Transcript of the Testimony of
# Videotaped Deposition of Ervin L. Ritter, Jr.

## Date taken: July 2, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 39

1      A      I was retained through Al Mallet

2   in this case.

3      Q      Okay.  And how much have you

4   billed or invoiced for your work in this

5   case?

6      A      As I recall, we are somewhere in

7   the neighborhood of around $30,000 to date.

8      Q      That's you alone?

9      A      Myself -- my firm.

10      Q      Your firm.  Yeah.  That's what I

11   meant.

12             And have you been paid?

13      A      No, we have not.

14      Q      Okay.  What are the arrangements

15   for payment?  Are you being reimbursed by

16   the plaintiffs' attorneys or are you being

17   reimbursed through Mr. Mallet?

18      A      We're billing through Mr. Mallet.

19      Q      Okay.  When did Mr. Mallet first

20   contact you?

21      A      I don't recall the exact date, but

22   I want to say it was about three or four

23   months ago.

24      Q      And do you recall what it was

25   Mr. Mallet asked you to do?

Page 40

```
 1       A     His first contact was to ask me if

 2  I would become one of the consultants on

 3  this case.

 4       Q     Okay.  And he told you at the

 5  first point he talked to you that it was for

 6  a matter that was in litigation?

 7       A     Correct.

 8       Q     And what was it he asked you to do

 9  specifically?

10       A     Talking about the first discussion

11  we had with him?  Because the first

12  discussion was very limited.

13       Q     Asking if you would get involved?

14       A     Correct.

15       Q     The first time you were actually

16  asked to do something, what was it that you

17  were asked to actually do for your role in

18  this case?

19       A     I was asked to be available to

20  evaluate the mechanical systems in this

21  travel trailer that's been converted to a

22  living unit.

23       Q     And were you asked to evaluate

24  them in terms of "Tell us what the present

25  condition of them are," or were you asked to
```

Page 41

```
 1    actually make a determination as to what the

 2    cause of any conditions you observed were?

 3        MR. LAMBERT:

 4            Objection.  You can answer if you

 5    can.

 6        THE WITNESS:

 7            I was asked to inspect it and give

 8    my opinions on what I see here.  I was not

 9    given any specific direction on what to look

10    at.

11    EXAMINATION BY MR. DERHAM:

12        Q    Okay.  Were you asked to make a

13    determination of what the cause of anything

14    you may have observed was?

15        MR. LAMBERT:

16            Objection.  Go ahead and answer

17    it.

18        THE WITNESS:

19            I'm hesitant because I'm not sure

20    what you're asking me.

21        MR. LAMBERT:

22            That's why I objected.

23    EXAMINATION BY MR. DERHAM:

24        Q    Okay.  Well, you can be asked to

25    simply go out and look at something and tell
```

Page 42

1    me what you see.  Right?  Go out and look at

2    the HVAC system and tell me what kind of

3    condition it's in, how it's working, if it's

4    got anything wrong with it, right?

5         A    Correct.

6         Q    Okay.  You can also be asked to go

7    out there, look at an HVAC system, tell me

8    if it has any problems, and if it does have

9    problems, tell me what caused those

10   problems.  Do you understand?

11        A    Correct.

12        Q    Okay.  Were you asked to do that

13   in this case?

14        A    I was asked to look at all the

15   systems and gather all the information I

16   needed to be able to write a report for this

17   case.

18        Q    Okay.  Well, at some point -- go

19   ahead.

20        A    I was going to say, I'm still

21   hesitant because I'm still not sure what you

22   asked me.

23        Q    Well, you went out to the trailer

24   at some point, correct?

25        A    Correct.

Page 43

```
 1        Q     Okay.  And you had access to, I
 2   think, some testing that Mr. LaGrange had
 3   done?
 4        A     I observed his testing, yes, I
 5   did.
 6        Q     And I assume you got to see his
 7   results, his data?
 8        A     Yes, I did.
 9        Q     From what you saw, you were able
10   to make a conclusion as to what the
11   operating condition was of the mechanical
12   system, correct?
13        A     I was able to evaluate those
14   systems.
15        Q     Okay.  And you were of the opinion
16   that there was some problems in the
17   operation of how those systems were working,
18   correct?
19        A     I'm of the opinion there were
20   problems in that system, yes, but here
21   again --
22        Q     Stay with me.
23        A     Okay.  I'll try.
24        Q     After that point, were you asked,
25   "Don't just tell us what the problems are,
```

Page 44

```
 1    tell us what caused the problems"?

 2         A    That's typically part of my

 3    involvement, is to go in that direction,

 4    but --

 5         Q    I'm just asking if you were

 6    specifically asked by Mallet or any of the

 7    plaintiffs' attorneys to tell us what's the

 8    cause of the problems you observed in the

 9    HVAC system.

10         A    Yes, I did.

11         Q    Okay.  I understand you did in

12    your report, I'm asking if you were actually

13    asked to?

14         A    I'd have to say yes to that

15    because -- I assume I --

16         Q    When did you go to the trailer for

17    the first time?

18         A    I'm sorry, say again?

19         Q    When did you go to the trailer for

20    the first time?

21         A    May I refer to my report for that

22    date?

23         Q    Oh, yes, certainly.

24    MR. LAMBERT:

25              And you may refer to your report
```

Page 51

1    inspected it in May of 2009?

2         A    No, I don't.

3         Q    Do you know how it was transported

4    from Florida up to Louisiana?

5         A    No, I don't.

6         Q    Do you know how it was transported

7    from the New Orleans area out to the Lottie

8    storage area?

9         A    Specifically for that unit, no, I

10   don't.  But I would assume that, seeing them

11   moved around on the highways, that they were

12   being towed.

13        Q    For the opinions that you've

14   rendered in your report relative to the

15   mechanical system, the HVAC system, is my

16   understanding correct that the data you

17   relied upon for those findings was the data

18   generated by Mr. LaGrange?

19        A    Correct.

20        Q    Okay.  And do you know what-all

21   tests Mr. LaGrange did?

22        A    He performed blower door tests and

23   duct blaster tests.

24        Q    And do you know, for the blower

25   door test, what standards govern the

Page 52

1    performance of the blower door test or what

2    protocol governs the performance of the

3    test?

4         A    The blower door test is not

5    something that I do.  So I have to defer to

6    someone that does that type of work, and

7    that is something that Mr. LaGrange does as

8    part of his business and he should be using

9    the most current technology and protocols.

10        Q    So you don't know any particular

11   codes, standards or protocols that would

12   govern how to administer a blower door test?

13        A    I had no reason to question that.

14        Q    Okay.  You assumed that whatever

15   protocol he relied upon was the right one

16   and that he did it the right way?

17        A    Correct.

18        Q    Would that be the same with the

19   duct blaster tests?

20        A    Correct.

21        Q    Just so we're clear, you've never

22   done duct blaster tests either, have you?

23        A    No, I have not.

24        Q    In your report -- let's spend some

25   time on your report.  You can go ahead and

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 53

1    open it up if you like.

2         MR. DERHAM:

3              We're going to take a quick break.

4         THE VIDEOGRAPHER:

5              We are off the record; it is

6    10:10.

7         (Recess.)

8         THE VIDEOGRAPHER:

9              Back on record; it's 10:21.

10        MR. LAMBERT:

11             Are you going to put on the record

12   that I was kind enough to give you a report

13   so that you could attach it?

14        MR. DERHAM:

15             Exhibit 3.  It's on the record now

16   and on the tape.

17   EXAMINATION BY MR. DERHAM:

18        Q    The second paragraph, you see it

19   starts with, "This trailer has a

20   roof-mounted air-conditioning unit"?

21        A    Yes, I do.

22        Q    Okay.  The third sentence in there

23   that says -- this is part of your summary --

24   it says, "The air-conditioning ducts located

25   in the ceiling were found to leak."

Videotaped Deposition of Ervin L. Ritter, Jr.

Page 54

1                Do you see that sentence?

2      A    Yes.

3      Q    Okay.  That's based on

4  Mr. LaGrange's findings, correct?

5      A    Correct.

6      Q    Okay.  You didn't do anything on

7  your own to confirm or verify this, correct?

8      A    It was just my observation of his

9  testing.  I mean, I was inside while he was

10  doing the testing, so I was able to observe

11  that, yes, there is leakage and, you know,

12  by seeing his equipment and his --

13      Q    The numbers?

14      A    -- the numbers of the tests that

15  he was doing.

16      Q    Okay.  How many times have you

17  worked with Mr. LaGrange?

18      A    I worked with Mr. LaGrange one

19  time before.  He was employed by a client of

20  mine to look at some vacation cabins at a

21  state park --

22      Q    Okay.

23      A    -- that had some problems and we

24  were trying to determine where the moisture

25  was.

Page 55

1      Q     And that's the only time you
2   worked with Mr. LaGrange before this?
3      A     Correct.
4      Q     Do you have any ongoing work with
5   Mr. LaGrange?
6      A     No, I do not.
7      Q     Okay.  If you turn to page 5, I
8   have a few questions about some stuff on
9   this page.
10          Starting at the first paragraph,
11   the last sentence, you discuss how you were
12   limited on fact-gathering on the mechanical
13   system.  Do you see that?
14      A     Correct.
15      Q     This is limited to the
16   fact-gathering on the mechanical system?
17      A     Yes.
18      Q     I think you were talking about the
19   time limits that were --
20      A     The time limits that were imposed.
21      Q     My question is, just how was it
22   limited?  What else would you have wanted to
23   have done that you weren't able to do?
24      A     Well, we weren't allowed to do any
25   destructive testing.  Our investigation was

Page 56

1    strictly what you could see on the surface

2    and within that time period.

3            So if you wanted to do more, you

4    had to work within that time.  That's all we

5    were given.  I mean, that's -- typically, in

6    an investigation, you can have more time.

7      Q    I understand what you're saying.

8    I'm just trying to find out what all else

9    you would have liked to have been able to do

10   to shore up your work in this case besides

11   you said you couldn't do any destructive

12   testing.  Is there anything else you wish

13   you had the opportunity to do?

14     A    There's probably more tests, not

15   more tests, but more observation, more

16   looking around that I would have liked to

17   have done, you know, but based on what time

18   y'all gave us or we were given to look at

19   this, I had to put together what I could

20   look at.

21           What you're asking for is what

22   would I have done different?  I would have

23   tried to do everything, touch on everything

24   that I would do in that time frame.  Would I

25   have liked to have spent more time doing

Page 57

1    each of those things?  Yes, I would.

2        Q    What kind of destructive testing

3    would you have liked to be able to perform

4    or have performed?

5        A    I would have liked to open up and

6    expose all the ductwork.  I would have liked

7    to go into the wall cavities, ceiling

8    cavities.

9        Q    And what would opening up and

10   exposing the ductwork so you could look at

11   it tell you?

12       A    I would like to see why the

13   ductwork is leaking.

14       Q    And what would looking into the

15   wall cavities have been able to tell you?

16       A    I would like to see the insulation

17   in it, if there is a vapor barrier, where

18   would it be?  It doesn't appear there is

19   one.  I would like to see if there is any

20   evidence of condensation and any evidence of

21   any mold growth, anything that shows that

22   there is moisture in that wall.

23       Q    When you were there, did you

24   observe the wall panel in the bedroom that

25   had come undone?

Page 58

1      A      Yes, I did.

2      Q      Okay.  Was it -- what condition

3   was it in on May 6 and/or May 7 when you

4   were there?

5      A      When I was there, it had come

6   loose.  It was several inches away from the

7   wall and it had duct tape that had been used

8   to secure it.

9      Q      So the old duct tape that had been

10  used to secure it was still present, but it

11  was actually in a separated condition?

12     A      Correct.

13     Q      Okay.  Did you pull it back and

14  look behind it?

15     A      I wasn't able to spend the time to

16  do that, to look inside.

17     Q      Okay.  Was there also one that had

18  come separated in the bathroom?

19     A      Yes, there was.

20     Q      Did you pull anything back --

21     A      No, I did not.  I didn't want

22  anyone to confuse my pulling back a panel as

23  doing destructive testing either.

24     Q      All right.  So then you don't have

25  any objective visual findings or evidence of

Page 59

1    what the conditions may have been behind

2    either the wall panel in the bedroom or the

3    wall panel in the bathroom?

4         A    No, I do not.

5         Q    Okay.  And I think you said in

6    your report, you were never able to actually

7    look at and visually observe any of the

8    ductwork, correct?

9         A    No, I could not.

10         Q    Okay.  In the third paragraph,

11   page 5, where it says, "During the air

12   sampling, the door was opened several times

13   by FEMA personnel."

14              Is that what you were discussing

15   earlier when you were trying to do your

16   Draeger tube testing?

17         A    No.  That was just a statement

18   that as we arrived there, the first person

19   in to do his test was Bill Scott.  And I

20   just documented that, as he was in there,

21   people were opening the door, asking

22   questions, trying to go in or come out, and

23   those are things that I had heard him say,

24   "I want to be in there with the doors

25   closed."  So I just added that in to my

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 60

1    documentation that it was not done.

2         Q    So this wasn't your air sampling,

3    it was someone else's air sampling?

4         A    Someone else's air sampling.

5         Q    Okay.  Do you know what he was

6    sampling for?

7         A    He was sampling for formaldehydes.

8         Q    Was the trailer connected to any

9    utility while you were there?

10        A    No, it was not.  It was the first

11   day and it was connected to temporary power

12   on the second day.

13        Q    A generator?

14        A    A generator.

15        Q    But it wasn't connected to any

16   plumbing or anything like that?

17        A    No, it was not.

18        Q    Okay.  Do you know when the last

19   time it was before you were on May 6 that

20   the unit was hooked up to the utilities,

21   plumbing, electrical?

22        A    I don't know a date.

23        Q    All right.  Prior to, I guess,

24   May 7 of 2009, do you know the last time the

25   HVAC unit was operated in the trailer?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Ervin L. Ritter, Jr.

Page 61

1        A      No, I don't.

2        Q      Do you know the last time any

3    windows or doors were open in the unit prior

4    to that time?

5        A      No, I don't.

6        Q      Move down to the seventh paragraph

7    there on page 5.  This is where you are

8    referencing the trailer's power and

9    air-conditioning unit was tuned on.  I

10   assume this was May 7?

11       A      Correct.

12       Q      Okay.  You say, "It was noted

13   there was considerable condensation on the

14   ceiling grill of the unit and on areas of

15   the ceiling around the air-conditioning

16   unit"?

17       A      Correct.

18       Q      Okay.  It was observed by who?

19       A      By myself.

20       Q      Okay.  That was my question.

21       A      And photographed.

22       Q      Do you know what time of day that

23   was?

24       A      It was in the afternoon, but it

25   was at the same time that the blower door

Page 62

1    test was being done.

2        Q    Do you know how long after the

3    air-conditioning units started you noted the

4    condensation on the ceiling grill?

5        A    The unit had been running all day.

6        Q    Oh, the air-conditioning unit had

7    already been running for some time?

8        A    It had been running, yes.

9        Q    Okay.  So do you know when in

10   relation to the air-conditioning unit being

11   first powered and turned on you observed

12   condensation?

13       A    No, I went into the unit and

14   stayed inside until after lunch.

15       Q    The condensation was already there

16   when you got in?

17       A    Yes.

18       Q    And you don't know how long the AC

19   unit had been running prior to that?

20       A    I don't know exactly what time it

21   was powered up.

22       Q    Do you know what the temperature

23   was in the unit when the air-conditioning

24   was started?

25       A    I don't recall.  I don't believe I

Page 63

1    recorded it --

2        Q    I'm not trying to put words in

3    your mouth, but I don't recall seeing it in

4    your report.

5        A    I don't know.  I thought it was

6    cooler inside than outside.

7        Q    Well, do you know what the

8    temperature was outside when the AC unit was

9    started up?

10       A    Well, see, we were -- no, I can't

11   answer that question.

12       Q    Okay.

13       A    I was thinking about it, but

14   there's nothing that I have that I saw what

15   the temperature was.

16       Q    Did the condensation that you

17   observed go away at some point?

18       A    No.

19       Q    It stayed there the whole time you

20   were there?

21       A    Correct.

22       Q    We're talking about May 7, right?

23       A    Yeah, May 7.  When I left

24   around -- I actually left around 4:00, Chris

25   Pinedo and I left about that time, somewhere

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Ervin L. Ritter, Jr.

Page 64

1    between 4:00 and 4:30 to come back to New

2    Orleans.

3        Q    Okay.  Was there any -- did you at

4    any time ever observe any kind of evidence

5    of mold or mold growth in the trailer?

6        A    I don't recall seeing any mold.  I

7    would like to go back through my pictures

8    and refresh my memory on that, but right now

9    I can't say that I recall it.

10       Q    But you didn't note it in your

11   report?

12       A    No.  But I went on antibiotics the

13   day after I was there, though.  So I know

14   that once we stirred up stuff, we did -- you

15   know, that's just -- I had a sinus infection

16   starting.

17       Q    Do you have allergies?

18       A    Yes, I do.

19       Q    Can you describe what the storage

20   facility in Lottie was?

21       A    As I observed it, it is open land

22   that the federal government has leased to

23   store somewhere in the neighborhood of 27 to

24   30-something thousand FEMA trailers.

25       Q    Big open grassy field?

Page 65

```
 1      A     Grassy field and so on.

 2      Q     Several hundred acres?

 3      A     At least.

 4      Q     Okay.  I may have asked you this a

 5  moment ago, besides noting the condensation

 6  on the ceiling grill, you didn't have the --

 7  you never had any observations of any

 8  condensation -- evidence of condensation on

 9  the backs of any of the wall panels,

10  correct?  You didn't look back in there?

11      A     Couldn't get in there.  We weren't

12  allowed to take them off.

13      Q     Well, it was open, I was asking

14  you if you --

15      A     No, as I said before, I did not

16  look inside those wall panels at the time,

17  before or after or during.

18      Q     Okay.  Do you know what the

19  humidity level was inside the trailer when

20  the air-conditioning unit was running

21  anytime during the day?

22      A     I don't know -- no, I don't know

23  what the humidity level was.  Somewhere

24  along the way I want to say that was

25  something that Paul LaGrange was reporting.
```

Page 66

1      Q     Okay.  Would that be the same with

2   the humidity level outside during the

3   testing?

4      A     I would think so.

5      Q     Okay.

6      A     Someone else may have been

7   recording temperature and humidities.  I

8   don't know what those results are.

9      Q     Are they important to any of your

10  opinions or analysis, the temperature

11  measurements or the humidity measurements at

12  any time while these tests were going on to

13  help interpret the data?

14     A     Knowing it would help, but really

15  I'm looking at the conditions and knowing

16  our conditions in south Louisiana and

17  looking at the construction of it, it's

18  information I would include if I had it.

19     Q     In that same paragraph, the last

20  sentence, still on page 5, "It was observed

21  there were cold spots on the ceiling."

22          Do you see that?

23     A     Correct.

24     Q     Okay.  How did you determine there

25  were cold spots on the ceiling?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 67

1        A     The presence of moisture.

2        Q     Are you the one who observed cold

3     spots on the ceiling?

4        A     Yes.

5        Q     Okay.  Did you touch it?

6        A     Yes, I did.

7        Q     Okay.  Did you put a, like,

8     thermal tape on it to measure the

9     temperature or anything like that?

10        A     No, I didn't do anything.  I did

11     absolutely no temperature measurements or

12     humidity measurements.

13        Q     No thermogram or anything like

14     that?

15        A     No.

16        Q     Okay.

17        A     That was being done by someone

18     else.

19        Q     Okay.  The paragraph after that,

20     you referenced "The air-conditioning unit

21     was producing continuous condensate,

22     draining off the roof and running down the

23     side of the trailer"?

24        A     Correct.

25        Q     Okay.  That's not uncommon, is it,

Page 68

1    for an AC unit to be producing condensate?

2         A    No, it's not uncommon for an AC

3    unit to produce condensate.

4         Q    In fact, they make pathways for

5    residential and building units to take that

6    condensate away from the unit, drain off the

7    side of your house in some way?

8         A    Yes, you do.

9         Q    Did you notice if any of the

10   condensate was leaking into the inside of

11   the trailer from any of the roof or the side

12   where it was running down?

13        A    No, I didn't see anything going

14   inside the envelope into the cavity.

15        Q    Okay.  The last paragraph on that

16   page, the sentence, third sentence, says,

17   "The exact size of the ductwork could not be

18   determined due to its concealed location."

19        A    Correct.

20        Q    And I assume your reference there

21   is because the air-conditioning ductwork was

22   in the ceiling space --

23        A    The cavity space, yes.

24        Q    -- and the heating duct was in the

25   floor space?

Page 69

1      A     Correct.

2      Q     Okay.  And you weren't able to

3  visually observe that, correct?

4      A     No, we weren't allowed to remove

5  any panels to inspect or check sizes.

6      Q     Okay.  Is the surface area of the

7  ductwork an important factor in helping

8  determine duct leakage rates?

9      A     There are methods that rate duct

10  leakage.

11      Q     What?  I'm sorry.

12      A     There are some standards that use

13  duct leakage rates as compared to the area.

14            Duct leakage as compared to a

15  percentage of the unit really tells you what

16  is happening to affect that unit's operation

17  more so than comparing it to the square

18  footage area of the duct.

19      Q     Okay.  Would you agree with the

20  statement that the surface area of the duct

21  should be used as a basic parameter in

22  determining duct leakage?

23      A     No.

24      Q     Are you familiar with the SMACNA

25  standards that you've cited in your report?

Page 70

```
 1      A    Yes, I am.

 2      Q    Let me just ask you a quick

 3  question.

 4           I'm looking at the bound document

 5  called "HVAC Air Duct Leakage Test Manual."

 6      A    Okay.

 7      Q    Is this the SMACNA publication?

 8  That's S-M-A-C-N-A.

 9      A    Yes.

10      Q    Which I understand is the Sheet

11  Metal and Air-Conditioning Contractors

12  National Association, Inc.?

13      A    Correct.

14      Q    Are you a member of that

15  association?

16      A    No, I'm not.

17      Q    The Bates stamp is ALXEXP60-000453

18  and it goes through 536.

19           I am turning to page little 3,

20  iii.

21      A    Okay.

22      Q    The second paragraph, where it

23  says, "New research in the leakage rates,"

24  do you see that paragraph?

25      A    Correct.
```

Page 71

```
 1        Q     "New research in the leakage rates

 2   of sealed and unsealed ductwork has

 3   disclosed a need for a better method of

 4   evaluating duct leakage.  European countries

 5   introduced an evaluation approach using the

 6   surface area of the duct and the pressure in

 7   the duct as the basic parameters.  SMACNA

 8   has concluded this approach is far superior

 9   to the arbitrary assignment of a percentage

10   of fan flow rate as a leakage criteria.  The

11   surface area base highlights the effect of

12   system size and is now the key note of new

13   SMACNA duct leakage classifications."

14              Did I read that correctly?

15        A     Correct.  That's for duct

16   construction classifications, but whenever

17   you've already built the duct, you're

18   talking about testing to determine what the

19   true leakage is and that's what we were

20   doing, what I was observing being done.

21        Q     Okay.  So you don't feel that the

22   surface area of the duct should be used as a

23   basic parameter in evaluating duct leakage?

24        A     At the time I'm designing a

25   system, yes.  At the time of evaluating that
```

Page 72

1    when it has already been built, I'm going to

2    take and measure the true leakage exactly

3    the best I can, or obtain it from someone

4    that has done it, and then I'll compare that

5    back to the leakage and then I can determine

6    if the duct system met the design criteria,

7    the leakage criteria set down in this

8    document.

9         Q    Does this SMACNA document, the

10   "HVAC Air Duct Leakage Test Manual," not

11   apply then to ductwork systems that have

12   already been put together and installed?

13        A    It's applicable for the fact that

14   I can take the information and compare it

15   back and determine if the design and

16   construction and installation met -- I mean,

17   we're talking about after the fact here.

18        Q    Correct.

19        A    You follow me?

20        Q    Yes.

21        A    Okay.  So if I, say, go through

22   here and I find that it's at least greater

23   than the classification that it's designed

24   for, then the ductwork doesn't meet the

25   criteria of this document.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 73

```
 1        Q     What classification is the
 2   ductwork in this travel trailer designed
 3   for?
 4        A     As I recall, it is Class 3.
 5        Q     Okay.  Is that from the SMACNA
 6   publication?
 7        A     I believe it is.
 8        Q     And how are the classifications
 9   determined in the SMACNA publication?
10        A     We can go through that for all --
11   if you want to go through this, I can pull
12   it out of the publication.  I want to refer
13   to it --
14   MR. LAMBERT:
15             Let me see that stuff you were
16   referring to a minute ago.
17   MR. DERHAM:
18             That's a great idea.  That was
19   this guy.  It's in the reliance materials.
20   MR. LAMBERT:
21             No, I understand.
22   EXAMINATION BY MR. DERHAM:
23        Q     No, I'm just asking you, is there
24   a section in the standards that tells you
25   how to determine the classification of a
```

Page 74

1    duct system?

2         A     Depending on how you -- what you

3    design, whether it's a low-pressure,

4    medium-pressure or high-pressure duct

5    system.

6              The designer, the engineer that is

7    designing the system, uses a classification

8    of design and designs within those

9    parameters.

10        Q     Okay.  And it's your understanding

11   that the SMACNA classification that would

12   apply to the ductwork in a travel trailer

13   was a Level 3 classification?

14        A     Correct.

15        Q     Okay.  And what are the duct

16   leakage rates called for by the SMACNA

17   publication for Level 3 classification

18   ductwork?

19        MR. DERHAM:

20             I might need that back, Hugh.

21        MR. LAMBERT:

22             I understand, but I'm going to

23   want it when it's my turn.

24        MR. DERHAM:

25             No, I understand, but he's looking

Page 75

1    right now and I need to see what he's

2    looking at.

3         MR. LAMBERT:

4              That's fine.

5    EXAMINATION BY MR. DERHAM:

6         Q    And you're in Section 4?

7         A    I'm in Section 4, correct.

8              And forgive me, if you expect me

9    to memorize everything in documents, I'm

10   going to go on record now, I don't memorize

11   anything in documents.  I keep a lot of

12   reference manuals so I can go back and

13   reread them.

14        Q    I understand.

15        A    So it's going to take me a little

16   bit of time here to go through here and find

17   what you want.

18        Q    Yes.  I'm just looking for -- I

19   mean, I'm assuming there is a table or a

20   graph or something in here which tells us

21   what is the, I guess, acceptable duct

22   leakage for classification 3 ductwork

23   systems.

24        A    Just off the top of my head, I'm

25   going to say it's -- I'm recalling I want to

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Ervin L. Ritter, Jr.

Page 76

1    say it is about 1 percent of the system

2    supply air.

3           Here again, it's something to go

4    through here and pull this out, it would

5    take a moment to do that.  It appears it

6    could even be a calculation --

7        Q    Well, if that's the case, just

8    tell me where -- you don't have to do the

9    calculation.

10       A    It would be in this section.

11       Q    Section 4?

12       A    Section 4.  I can go through it,

13   but if you tell me that next time you're

14   going to ask me the question you would like

15   me to know that answer, I will pull it out

16   of here for you.

17       Q    I will give you an outline before

18   your next deposition.

19       A    Please.

20       Q    Okay.  You don't have data on the

21   surface area of the ductwork that was in the

22   travel trailer, correct?

23       A    No, I do not.

24       Q    Okay.  Let's look at page 6 of

25   your report.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 77

1        A      Okay.

2        Q      Just let me know when you're

3    there.

4        A      Okay.

5        Q      Before you start, real quick, have

6    you had any training in forensic analysis of

7    finding a problem and then determining the

8    cause of that problem at some point in time

9    before?

10       A      No, I don't.

11       Q      Are you on page 6?

12       A      Yes.

13       Q      Where was I?  Second paragraph.

14   It says, "The condition of the

15   air-conditioning and heating ducts could not

16   be inspected due to their concealment in the

17   ceiling and floor cavities.  The blower door

18   test did prove that the ducts did leak

19   substantially."

20              Did I read that correctly?

21       A      Correct.

22       Q      Okay.  If someone offered the

23   opinion that this particular trailer unit --

24   well, would you consider this to be a leaky

25   trailer unit?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 78

1     A     Yes, I would.

2     Q     If someone were to offer the

3  opinion that this trailer unit was, in fact,

4  not very leaky, you would disagree with

5  that?

6     A     In a matter of semantics, yes.

7     Q     What is --

8     MR. LAMBERT:

9          Belated objection.  When you say

10 "leaking," are you talking about the whole

11 unit, the duct systems?

12    MR. DERHAM:

13          You objected too late, I'm sorry.

14    MR. LAMBERT:

15          Oh, yes?

16 EXAMINATION BY MR. DERHAM:

17    Q     I'm talking about the -- well,

18 okay, the trailer unit itself, the envelope

19 itself.  Do you understand what I'm saying?

20    A     Yes.

21    Q     Okay.  What is -- you say the

22 blower door test did prove that the duct did

23 leak substantially.  What is your -- what is

24 "substantially," I guess is what I'm saying,

25 as compared to what?  Or what tells us?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 79

1     What's the qualifier?

2          A     Okay.  Using the blower door test,

3     and I probably should have included at that

4     point also the duct blaster test, but that

5     is all the testing that Paul LaGrange was

6     doing, so I just put it all under that

7     classification.

8                But the total leakage in the

9     supply air duct that Paul LaGrange found

10    was, as I recall, around 76 CFM.

11         Q     That was the total from the ducts?

12         A     Total.

13         Q     From the AC ducts?

14         A     AC ducts.

15         Q     Yes, I believe that's correct.

16         A     And knowing that you have that

17    much leakage, and the unit only produces 325

18    CFM at its best day, and that is 325 CFM at

19    a .4 static pressure, that's roughly

20    23 percent of the total air from that unit

21    is leaking into the cavity space or

22    somewhere else other than coming out of the

23    duct into the occupied space.

24                So 23 percent of the air going

25    somewhere else is substantial.

Page 80

```
 1        Q    Okay.  And I guess my question is
 2    why is that substantial?  Is there a
 3    standard somewhere that says that that
 4    percentage is unacceptable or high or --
 5        A    Well, you've got -- that
 6    percentage relates directly back to what are
 7    your losses on cooling of that unit that's
 8    not coming into the occupied space?  You're
 9    losing 23 percent of your air, you're losing
10    roughly 23 percent of your capacity to
11    somewhere else.
12        Q    Okay.  So that's your definition,
13    the leakage of 23 percent of the total air
14    is substantially leaking?
15        A    Correct, yes.
16        Q    You may have just corrected this
17    in what you said a minute ago, but the next
18    paragraph, I think, it starts with the -- I
19    mean, that sentence says, "The blower door
20    test did prove the ducts did leak."
21        A    Correct.  I did correct that when
22    I said --
23        Q    You actually mean site blaster?
24        A    Yes.
25        Q    Okay.  And in fact that's the same
```

Page 81

```
 1    in the next paragraph, actually.  When you
 2    say "blower door test" --
 3         A    Blower door test, he was doing a
 4    blower door test and he followed in with the
 5    duct blaster, and just as a matter of not
 6    being exact on the language, I left -- used
 7    the blower door test.
 8         Q    Okay.  What does the blower door
 9    test test for?
10         A    Leakage of the structure.  And it
11    does -- you get to see some leakage also on
12    the mechanical system.  The duct blaster
13    test is more specific.
14         Q    You actually have to use the
15    blower door test while you're doing the duct
16    blaster test to find out how much is leaking
17    to the outside of the unit, don't you?
18         A    I don't do those tests, so I
19    cannot -- I'm not -- I'm not qualified to go
20    in that direction.
21         Q    I didn't give you the
22    instructions, I know you've done this a lot,
23    but we do get conversational along the way.
24         A    Somewhere along the way, I'll do
25    that.  I apologize.
```

Page 82

1        Q     Do you know if the ductwork in

2   this travel trailer unit was rectangular or

3   round or oval?

4        A     Could not see above the cavities.

5   MR. LAMBERT:

6              Excuse me.  We are talking AC now?

7   MR. DERHAM:

8              Talking AC.

9   THE WITNESS:

10             Could not see into the cavities to

11  see the configuration, but since the

12  cavities appeared to be rectangular, I would

13  assume that they would be rectangular.

14  EXAMINATION BY MR. DERHAM:

15       Q     Okay.  That's an assumption,

16  though, correct?

17       A     Yes.  And the manufacturer of the

18  air-conditioner unit also shows the ductwork

19  should be rectangular.

20       Q     But you didn't see it?

21       A     I did not see it.

22       Q     And you don't know what the -- I

23  think I asked you this -- the pressure class

24  rating of the duct was?

25       A     You asked me and I said I would

Page 83

1    assume that it would be a Class 3.

2        Q    Oh, that was the Class 3.  Okay.

3             Did you ever see anything anywhere

4    indicating what the pressure class rating of

5    the ductwork was?

6        A    I didn't see the ductwork.  I

7    couldn't see anything stamped on it.

8        Q    Okay.  And not necessarily the

9    ductwork, but from any other document you

10   may have looked at or information you got

11   from somewhere?

12       A    No.  No.

13       Q    And when you say "Class 3," you're

14   referring to the SMACNA classification?

15       A    The seal classification through

16   SMACNA or ASHRAE.

17       Q    Are the ASHRAE and SMACNA

18   classifications on ductwork the same?

19       A    They're relatively the same.

20   SMACNA, I believe, has let ASHRAE take and

21   incorporate duct construction into the

22   ASHRAE standards.

23       Q    And when you talk about ASHRAE,

24   what provision, what standards of ASHRAE are

25   you referring to?

Page 84

```
 1        A    It would be the -- to give you the

 2   exact standard, I don't know that.  It is in

 3   the ASHRAE guidebooks and it would be a

 4   chapter in -- here again, that's -- we get a

 5   new guidebook every year, and there's -- so

 6   I will have to take the time to go back and

 7   pull that out for you.

 8        Q    Okay.  Ducts can be

 9   overpressurized during testing, can't they?

10        A    Yes, they can.

11        Q    In fact, the SMACNA public

12   standards caution against over-pressurizing

13   the ducts, doesn't it?

14        A    Yes.

15        Q    Did LaGrange tell you at what

16   pressures he had the duct pressurized during

17   his testing?

18        A    No, I don't recall he did.

19        Q    Did you do anything to confirm

20   that LaGrange did not, in fact,

21   over-pressurize any of the ducts during his

22   testing?

23        A    No, I did not.

24        Q    What can happen if you

25   overpressurize the ducts during testing?
```

Page 85

1      A     You can deform them, you can open

2   up seam joints, you can cause damage to it.

3      Q     And can that result in leakage?

4      A     Yes, it can.  But it was already

5   leaking.

6      Q     What was already leaking?

7      A     The ductwork.

8      Q     When?

9      A     It was leaking before the test.

10      Q     How do you know?

11      A     Because the ceiling was -- having

12   condensation on it.  Wherever you have

13   condensation, the unit had been running, and

14   so you have air leaking into those cavities.

15   If the ceiling gets cold enough, below

16   dewpoint, you're going to have sweating on

17   it.

18           So there was leakage before Paul

19   LaGrange did his test.

20      Q     At the spot where you noticed

21   condensation?

22      A     Correct.

23      Q     Are there any standards that

24   govern the ventilation rates for travel

25   trailers?

Page 86

```
 1       A     There's no specific standards for
 2   travel trailers at all, but that doesn't
 3   mean that you can't have standards that you
 4   have to use.  When you have a standard
 5   specific to something, you use that standard
 6   for design, and you'll find those standards
 7   normally refer you to other standards,
 8   industry standards.
 9            In the absence of that, as an
10   engineer or a designer, you would have to
11   use the standards that are readily available
12   for the industry standards would then apply.
13            Basically, if you don't have a
14   standard, and you just go out and you build
15   whatever you want, that -- I mean, lack of a
16   standard doesn't allow you to do that
17   whenever you're dealing with life safety as
18   an engineer.
19       Q     So what ventilation rate standards
20   should we look to in the design and
21   construction of a travel trailer?
22       A     The standards published by ASHRAE
23   would be a good start right there.
24       Q     And without having the chance to
25   go back and look through all your stuff, you
```

Page 87

1    don't know the specific ASHRAE standard,

2    correct?

3        A    The standards that deal with

4    ventilation rates in buildings and

5    structures are ASHRAE 62.  62.1 deals with

6    commercial buildings, 62.2 deals with

7    residential low rise, if I recall.

8        Q    Which of the two, if any, would

9    you think would be more applicable in the

10   context of the design and construction of

11   travel trailers?

12       MR. LAMBERT:

13            Excuse me.  A "travel trailer"

14   used as a travel trailer or a "travel

15   trailer" used as temporary housing?

16       MR. DERHAM:

17            Travel trailers like the one that

18   the Alexanders were living in.

19       MR. LAMBERT:

20            Object.  You need to specify the

21   use of it.  In the use of the Alexanders

22   were in; is that what you're talking about?

23   EXAMINATION BY MR. DERHAM:

24       Q    No.  I'm talking about if you were

25   going to design a travel trailer, would you

Page 88

1    look to ASHRAE 61.1 or 62.2 in designing the

2    HVAC system?

3        MR. LAMBERT:

4            Objection for the reason that you

5    need to specify the use of the unit.

6    EXAMINATION BY MR. DERHAM:

7        Q    Okay.  You can answer the

8    question.

9        MR. LAMBERT:

10            Subject to the objection, answer

11    the question.

12        THE WITNESS:

13            That's been a problem here, is

14    that we're playing two sides of the fence

15    here.  Are we a travel trailer, are we a

16    dwelling unit?  Just what is our animal that

17    we are evaluating?

18    EXAMINATION BY MR. DERHAM:

19        Q    Can I stop you real quick?  Would

20    it make a difference?

21        MR. LAMBERT:

22            No, no.  Let him go ahead.

23        MR. DERHAM:

24            I may just get there quicker.

25        MR. LAMBERT:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Ervin L. Ritter, Jr.

Page 89

1            Yeah, it's 11:00.

2    EXAMINATION BY MR. DERHAM:

3        Q    Would it make a difference as to

4    which standard applies, his objection?

5        A    Yes, it would.

6        Q    Okay.  Explain.

7        A    And I base this on what you've

8    been asking me.

9        Q    Okay, go ahead.

10       A    You asked me a moment ago about

11   travel trailers and those standards.

12            If I have a travel trailer as I

13   observe that's being used as a dwelling

14   unit, not as a camper, then I've got people

15   living in it for some unknown period of

16   time.  We don't know how long, okay?  Then

17   it's a dwelling unit.  Then I have to apply

18   the standards that apply for that.  That

19   would be the ASHRAE 62 standard.

20       Q    The 62.1 or .2?

21       A    .2.

22       Q    Okay.  What's the flip side?

23       A    Flip side, a while ago you asked

24   about standards on travel trailers, and you

25   were making the point that there is no

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 90

1    standards on travel trailers.  So if there

2    is no standards on travel trailers, I would

3    assume that the industry doesn't use any

4    ventilation standards for it.

5        Q    Okay.  Well, there wouldn't be a

6    situation where 62.1 would be applicable,

7    would there?  Is that applicable to

8    commercial buildings?

9        A    If we started using it for office

10   buildings, yes, we would then go that

11   direction.

12       Q    Okay.  Did the Alexanders use

13   their travel trailer as an office building?

14       A    Not that I know of.

15       Q    Okay.

16   MR. LAMBERT:

17            You've got about three minutes.

18   MR. DERHAM:

19            You're holding me to too tight a

20   time frame.  I'm still shooting for noon.

21   MR. LAMBERT:

22            I know.

23   EXAMINATION BY MR. DERHAM:

24       Q    Third paragraph on page 6 of your

25   report.

Page 91

1              Let me back up real quick.  I

2    asked you about the standards for

3    ventilation rates in travel trailers, we

4    just had that whole discussion.

5         A    Correct.

6         Q    What about for the construction of

7    ductwork?

8         MR. LAMBERT:

9              What?  I think I know what you

10   mean, but I'm going to object to the

11   question just because it's not clear.

12             But go ahead and answer it.

13   EXAMINATION BY MR. DERHAM:

14        Q    You can answer it in the fashion

15   you just answered it if it makes a

16   difference.

17        A    Okay.  Here again, going back to

18   what we have here is that you've got a

19   travel trailer that is being used as a

20   dwelling unit.  The moment you -- as an

21   engineer looking at the use and the

22   occupancy, I've got to apply standards that

23   work within that realm.  And if it's a

24   travel trailer and there's no standards for

25   it, well, that's what the industry does.

Page 92

1    But when it becomes something that you put

2    people inside of, you've got to apply those

3    standards to protect them and give them

4    comfort.

5         Q    Okay.  And so my question is, if

6    you assume it's that kind of travel trailer

7    that's used as what you're calling a

8    dwelling unit, what type of ductwork or what

9    ductwork standards would apply?  Ductwork

10   construction standards would apply?

11        A    The SMACNA and ASHRAE standards

12   for ductwork installed in residential

13   occupancies.  I'm not sure where we're --

14        Q    It's the same standards?

15        A    Yes.

16        Q    Okay.  Third paragraph on that

17   page, it starts with "The blower door test

18   indicated a high amount of leakage in both

19   duct systems."

20             You see that one?

21        A    Correct.

22        Q    "The leakage goes into the

23   cavities of the walls and the floor.  The

24   leakage is causing the trailer to be in a

25   negative pressure condition.  This condition

Page 93

1    will cause air leakage outside or inside,

2    even when the windows and doors are closed."

3              Did I read that correctly?

4        A    Correct.

5        Q    Okay.  It would only be in a

6    negative pressure condition when the HVAC

7    system is running, correct?

8        A    Even if the heating system is

9    running too.

10       Q    If a mechanical system is running?

11       A    If one of the mechanical systems

12   is running.

13       Q    Okay.  And what's wrong with air

14   leakage of outside fresh air from the

15   outside to the inside in a negative pressure

16   state?

17       A    Our climate along the Gulf Coast

18   is considered a hot, humid climate.  Meaning

19   that our outside air is humid.  High levels

20   of water vapor, moisture in the air.

21              To remove moisture for comfort and

22   bring it into -- remove the moisture from

23   the air and bring it into the building, you

24   have to dehumidify it.  The best way to do

25   that is to bring that outside air through a

Page 94

1    mechanical unit.

2              If you let the air leak out of the

3    duct, find its way any way it can back into

4    the unit -- which means that some of this

5    air is going to make its path from the

6    cavity to the exterior then back in through

7    the cavity somewhere -- air is going to take

8    the path of least resistance.

9              So if it's leaking in the cavity

10   in one place, and there's another

11   opportunity for the air to come in

12   unconditioned, you're going to be bringing

13   moisture into those cavities.

14             You're going to hit dewpoints

15   sometimes somewhere in those cavities or on

16   the back side of the interior surface of the

17   wall material and you're going to have

18   condensation form there.  Once you get the

19   insulation wet, you start losing the

20   insulation value.

21             So your effect is degradation of

22   the insulation, the possibility of mold,

23   losing the capacity of the mechanical

24   system.  I mean, it can continue on there.

25   I mean, you want to always take in and keep

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 95

1    the interior positive with relationship to

2    the exterior, not the other way around.   In

3    our climate.

4            Now, if you go to some other

5    climates, it will reverse.

6        Q    Did you observe any wet or

7    water-damaged insulation when you went

8    through the trailer?

9            Did you observe any insulation in

10   the wall cavities that appeared to have been

11   damaged by water?

12       A    I didn't look in the cavities.

13       Q    You didn't look behind the wall

14   panels in the bedroom?

15       A    I said that before, no, I didn't.

16       Q    Or the bathroom?

17       A    Same thing.

18       Q    You said you always wanted to

19   be -- the ideal was to have a positive

20   pressure state.

21       A    Correct.

22       Q    What about a neutral pressure

23   state, is that acceptable?

24       A    A neutral pressure state is

25   acceptable over a negative air state.

Page 96

1        Q     A gradient.  Your ideal is

2   positive?

3        A     Correct.

4        Q     And then neutral is acceptable

5   more so than negative is acceptable?

6        A     Correct.

7        Q     Is it acceptable in general just

8   to have a neutral state?

9        A     In the past it has been.

10       Q     At what point in a negative

11  pressure state does it become a situation of

12  real concern?  You know, is there a range of

13  a negative pressure state that, yeah, it's

14  not ideal, but we can let it go versus you

15  get to a point where, absolutely not, this

16  is unacceptable?

17       MR. LAMBERT:

18            Objection, go ahead and answer if

19  you can.

20       THE WITNESS:

21            You're asking is there an amount

22  of air that's going to be flowing that is of

23  concern?

24       MR. LAMBERT:

25            He said, "not of concern."

Page 97

1          THE WITNESS:

2               Yeah, that question is very broad

3     to me, and so I'm going to go back and say,

4     if it's a negative air state, I've got a

5     concern.

6     EXAMINATION BY MR. DERHAM:

7          Q    Okay.  How would you classify a

8     system that was in a negative of minus 3 to

9     minus 4 Pascals?

10         A    Showing a pressure differential is

11    going to make me go looking for the reason

12    why it is negative.

13         Q    Okay.  Have you ever assessed a

14    structure that was at a negative 3 to a

15    negative 5 pressure state?

16         A    We have, yes.

17         Q    Okay.  What is the protocol when

18    you find -- what level of concern do you

19    have when you see something in those

20    numbers?

21         A    I'm not quite sure what you're

22    asking, but the fact that it is negative, 3

23    to 5, 5 to 10, it doesn't matter.  We're

24    designing buildings to be positive, not

25    negative.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 98

1          Once you show me it's negative, I

2    want to know why is this building negative,

3    is it staying negative, is there something

4    causing it to be negative?  I mean -- you --

5    I'm not sure what -- what you're looking for

6    in your answer, but it's just once the

7    building becomes negative, it's negative.

8    And I want to know why, if I'm investigating

9    and solving that problem of how to get it

10   back positive.

11        Q    Do you have any experience with

12   leakage rates in travel trailer

13   construction?

14   MR. LAMBERT:

15          Excuse me.  Again --

16   MR. DERHAM:

17          Same objection?

18   MR. LAMBERT:

19          You're talking about a living unit

20   travel trailer like the one in this case?

21   EXAMINATION BY MR. DERHAM:

22        Q    Well, let me ask you this:  Have

23   you ever seen any data that reports sort of

24   a range of what duct leakage rates may be in

25   the travel trailer industry, whether they

Page 99

1   are used as long-term living units or

2   short-term camping units?

3       MR. LAMBERT:

4           Excuse me, objection.

5       MR. DERHAM:

6           He can answer it both ways.

7       MR. LAMBERT:

8           Objection.  Now you're talking

9   duct leakage.  He's talking living space

10  plus or minus negative pressures inside of

11  the -- not just the duct space.

12      MR. DERHAM:

13          No.  I changed topics.

14      MR. LAMBERT:

15          Ah, well, I object to you

16  confusing me.

17  EXAMINATION BY MR. DERHAM:

18      Q   I'm asking if you have ever seen

19  any data, any published data or reports or

20  studies that put forth duct leakage rates

21  that may be experienced in the travel

22  trailer spectrum?

23      MR. LAMBERT:

24          Okay.  Now, let me just object

25  because when you're talking about duct

Page 100

```
 1    leakage rate, you're talking about inside

 2    the duct you have more pressure than outside

 3    the duct.  You're not talking about

 4    something intruding, you're talking about --

 5         MR. DERHAM:

 6              Talking about air leaking out of

 7    the ducts.

 8         MR. LAMBERT:

 9              Okay, got it.

10         MR. DERHAM:

11              I'm just wondering if there is any

12    data out there, studies, surveys, whatever

13    the number of travel trailers regardless of

14    how --

15         MR. LAMBERT:

16              I understand.  Object to the

17    question for the reasons I have already

18    stated.

19    EXAMINATION BY MR. DERHAM:

20         Q    If it makes any difference in your

21    answer to answer as short-term use versus a

22    dwelling unit, if there are standards or

23    data out there one way or the other, that's

24    fine.

25         MR. LAMBERT:
```

Page 101

```
 1              Okay.  Now, objection because I'm
 2    not sure if you're asking him to limit his
 3    answer to a travel trailer that is used as a
 4    housing unit or when it's used as a housing
 5    unit, can he then go to data which includes
 6    housing units that are -- you understand?
 7    Don't necessarily have wheels attached to
 8    their frame.  Is he allowed to do that?
 9         MR. DERHAM:
10              Sure.
11    EXAMINATION BY MR. DERHAM:
12         Q    Answer the question subject to the
13    objection, and if I need to go further, I
14    will.
15         MR. LAMBERT:
16              So you're basically asking him if
17    there are acceptable duct leakage rates for
18    residences?  Is that it?
19         MR. DERHAM:
20              No, I'm not asking that question.
21    EXAMINATION BY MR. DERHAM:
22         Q    What I'm asking is, have you seen
23    any data, anything out there -- let's do it
24    both ways -- any data out there as to what
25    duct leakage rates are experienced, not
```

Page 102

```
 1   necessarily acceptable, but what may be

 2   expected or experienced in travel trailers

 3   that are used for what you're calling a

 4   dwelling unit?

 5       MR. LAMBERT:

 6            And that's -- objection.  You want

 7   him to confine his answer to --

 8       MR. DERHAM:

 9            Travel trailers --

10       MR. LAMBERT:

11            Wait.  She is going to get mad at

12   us.

13            Travel trailers that are used as

14   housing units, you're not going with just

15   housing units?

16       MR. DERHAM:

17            That's the question.

18       MR. LAMBERT:

19            Okay, got it.

20       THE WITNESS:

21            Okay.  Travel trailers used as

22   housing units.

23   EXAMINATION BY MR. DERHAM:

24       Q    You were calling them dwelling

25   units?
```

Page 103

1      A     Dwelling units.

2      Q     I'm asking for data on travel

3    trailers used as dwelling units.

4      A     I don't know of any data on travel

5    trailers used as dwelling units on leakage.

6      Q     Okay.

7    MR. LAMBERT:

8            Duct leakage?

9    THE WITNESS:

10           Duct leakage.

11   EXAMINATION BY MR. DERHAM:

12     Q     Okay.  Fourth paragraph of page 6,

13   it says, in your report, "While the blower

14   door test was being done, it was noted that

15   daylight could be seen around the opening

16   when a power converter was installed.  This

17   indicates that there is a hole in the black

18   Tyvek-type membrane."

19           Do you see that?

20     A     Correct.

21     Q     Is that an opening that you

22   typically would have expected to have been a

23   sealed opening, not one open to the outside?

24     A     Yes.

25     Q     Okay.  On page 7 of your report,

Page 104

```
 1    the first paragraph, the big long paragraph,

 2    but I basically broke it into two parts.

 3              The first part states, "The

 4    construction of the trailer and

 5    air-conditioning and heating systems have

 6    deficiencies in insulation which tend to

 7    maintain a higher than normal moisture

 8    content in the walls."

 9              Did I read that part correctly?

10       A    Yes.

11       Q    And then basically everything in

12    that paragraph after appears to be you

13    explaining what happens as a result of that

14    condition, correct?

15       A    Correct.

16       Q    Okay.  So that's kind of how I

17    broke it up.

18              In that first sentence that I just

19    read, did you do any moisture testing?

20       A    No, I did not.

21       Q    Are you aware of any data or

22    anyone who did any moisture testing?

23       A    No, I'm not.

24       Q    What deficiencies in installation

25    regarding the construction of the trailer
```

Page 105

1    are you referring to?

2        A    I'm referring to the deficiencies

3    that allowed duct leakage in those systems

4    and the fact that the interior will be

5    negative with respect to the exterior and

6    would allow for the moisture to be built up.

7              This trailer had been sitting

8    there for quite some time and unoccupied

9    without these systems operating.

10             So whether there's moisture in the

11   walls or not, you know, it's -- moisture

12   testing, I don't know would have told us of

13   anything that would have been definitive of

14   an occupancy condition.

15       Q    Okay.  That really doesn't answer

16   the question I asked, though.

17             I just want to know, I understand

18   you're saying there are deficiencies in

19   installation in the air-conditioning and

20   heating system, but the sentence also says,

21   "in construction of the trailer."

22             So what I'm wondering is what

23   construction deficiencies, separate and

24   apart from the HVAC system, because that's

25   the second part, what construction

Page 106

1    deficiencies are there --

2        A    Lack of vapor barrier in the

3    walls, lack of sufficient insulation for a

4    dwelling unit in ceilings and walls and

5    floors.  Lack of means of being able to keep

6    these cavities sealed to prevent moisture

7    transmission through them.

8        Q    Is that not the same as a vapor

9    barrier?

10       A    Vapor barrier, yes.  But a means

11   of keeping that vapor barrier, you've got

12   something that is going to be rolling around

13   the country.  So if you put a vapor barrier

14   in there that cannot take those conditions,

15   so you need to have some -- it's a matter of

16   choosing the right materials for a dwelling

17   unit on wheels that are going to be pulled

18   from one emergency to another.

19       Q    Is steel a vapor barrier?

20       A    It's pretty good.

21       Q    What other construction

22   deficiencies?

23            What about plastic, is plastic a

24   vapor barrier?

25       A    If it's not a porous plastic, yes,

Page 107

1    it is.

2         Q    Do you know what the shell of this

3    trailer unit was constructed out of?

4         A    Aluminum interlocking panels, if I

5    recall.

6         Q    Is that a vapor barrier?

7         A    It is, except at the interlocking

8    joints.

9         Q    Did you examine the interlocking

10   joints?

11        A    Yes, I did.  I looked at them.

12        Q    Okay.  Where do you talk about

13   your examination of the interlocking joints?

14        A    I don't.  I just --

15        Q    It's not in your report, right?

16        A    No, it's not in my report.

17        Q    So the vapor barrier issue, the

18   lack of insulation, what other construction

19   deficiencies?

20        A    I'm just wondering how long you

21   want me to go on --

22        Q    You don't identify them in your

23   report, but --

24        MR. LAMBERT:

25             You two guys need to wait for each

Page 108

1    other to finish talking.  You're

2    particularly anxious.  I know you're in a

3    hurry because you only have 40 minutes, but

4    you need to let him finish.

5        MR. DERHAM:

6            Go ahead.

7        MR. LAMBERT:

8            I'm not being critical.

9        MR. DERHAM:

10            That's all right.  I'm used to

11    being criticized.

12        MR. LAMBERT:

13            I'm not being critical.

14        THE WITNESS:

15            To give you the opinions of the

16    deficiency, I would really like to take this

17    thing apart and then I could really tell you

18    more about it.

19    EXAMINATION BY MR. DERHAM:

20        Q    Okay.  I understand.

21        A    Because I'm only giving you what I

22    see on the surface.

23        Q    Let me ask you, the second part of

24    that question is what deficiencies in the

25    air-conditioning and heating system in

Page 109

1    installation are you referring to?

2        A     The connection of the ductwork to

3    the actual air-conditioning unit.   The

4    leakages around there appear to be

5    substantial and, there again, this is just

6    my observation to determine if with the

7    building, with the trailer, dwelling unit,

8    as constructed, that air-conditioning unit

9    with its leakage, is it sufficient for it?

10   That's a deficiency there.

11       Q     What was?

12       A     The capacity unit may not be

13   sufficient --

14       Q     The AC unit?

15       A     The AC unit.

16       Q     Okay.  You mean, it may be

17   underpowered?

18       A     Yes.

19       Q     Is it your opinion that the AC

20   unit on this travel trailer is underpowered?

21       A     With adequate insulation in the

22   walls and ceilings and floor, 15,000 BTU

23   would be adequate.

24       Q     Did you observe the connection of

25   any of the ductwork to the AC unit?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Ervin L. Ritter, Jr.

Page 110

1        A      We could not open it up.

2        Q      Okay.   The second part of that

3    paragraph -- well, let me ask you this:   You

4    mentioned that they are differences in

5    installation.   Are there any other possible

6    causes of these, you know, connections of

7    ductwork to the AC unit, for example, any

8    other causes of jeopardizing those

9    connections aside from installation?

10           Let me give you an example.   Is

11   that something that could happen during

12   transport?   Hit a pothole, rough road?

13       A      Anything is possible.

14       Q      I'm just asking if it is possible,

15   if the connection of the ductwork to the

16   unit, or for that matter, to the grills

17   maybe, are those areas that could be subject

18   to jeopardy during transportation?   If you

19   don't know, that's okay, I'm just asking.

20       A      I will give you my opinion.   For

21   an industry that builds these things and

22   puts them on the road, a pothole that would

23   break an air-conditioning unit loose should

24   have been long taken care of in its design.

25       Q      Okay.   Well, that doesn't answer

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 111

1    my question.  I'm just asking if that's a

2    possibility it could happen during

3    transportation?

4        MR. LAMBERT:

5            Objection.  He answered it.  He

6    said, if it did, it wouldn't have been

7    designed right.  That's what he said.

8    EXAMINATION BY MR. DERHAM:

9        Q    Well, the question is, is it

10   possible?

11       MR. LAMBERT:

12           Well, you know, it could come

13   unhooked from the towing unit and go down in

14   a ditch.  I mean --

15       MR. DERHAM:

16           Are you testifying?

17       MR. LAMBERT:

18           Everything is possible.  I object

19   to the question, it's too vague.

20       MR. DERHAM:

21           You want to sit right there?

22       MR. LAMBERT:

23           Do you want to what?

24       MR. DERHAM:

25           Sit right there?  We will swear

Page 112

1    you in.

2        MR. LAMBERT:

3            No, I'm all right here.

4        THE WITNESS:

5            The yes or no answer is a yes.

6    But the other side of the coin is, a

7    pothole, dragging it over a railroad track,

8    being hit by an 18-wheeler, any of that can

9    make it loosen up.

10   EXAMINATION BY MR. DERHAM:

11       Q    You don't know where in any of the

12   ductwork actual leakage was taking place, do

13   you, because you couldn't see them?

14       A    Correct.

15       Q    Okay.  Would being able to see

16   where duct leakage was happening help

17   determine what the cause of that duct

18   leaking was or what the cause of that

19   disconnect may be?

20       MR. LAMBERT:

21           Objection.

22   EXAMINATION BY MR. DERHAM:

23       Q    It would help, wouldn't it?

24       MR. LAMBERT:

25           Objection.

Page 113

1    EXAMINATION BY MR. DERHAM:

2        Q    You can answer.  The question is

3    just simply, if you could see it, would it

4    help you determine the cause?

5        A    I would like to see it to be able

6    to determine the cause or just determine

7    that it's leaking where it is.  It would

8    maybe give me an idea whether it's on a

9    defect side or a broke side, okay?  If it

10   broke, okay, was it due to the defect or was

11   it not installed -- we could -- I could go

12   on with this if you would like, but it's

13   just, yes, the answer is yes, I would like

14   to see it.

15       Q    Seeing it would help you --

16       A    But that's a broad question too.

17       Q    I think you just answered the

18   question, though.  Being able to see it

19   would help you determine whether it was

20   defect-related or damage-related?

21       A    Yes.  Which we were not allowed to

22   see.

23       Q    I understand.  The second half of

24   that --

25           THE VIDEOGRAPHER:

Page 114

1          We're off the record; it is 11:27.

2      (Recess.)

3      THE VIDEOGRAPHER:

4          Back on record; it is 11:37.

5  EXAMINATION BY MR. DERHAM:

6      Q    Okay, Mr. Ritter.  I had a

7  question still on this first sentence on

8  page 7 where you noted that the construction

9  heating and air systems have deficiencies

10 that tend to maintain a higher than normal

11 moisture content in the walls, correct?

12     A    Correct.

13     Q    Okay.  That's where I am.

14          Your field notes, Bates stamped

15 ALXEXP60, ending in 12.  It's dated 5-7-09,

16 page 2 of 3.

17     A    Okay.

18     Q    Do you see that one?

19     A    Yes.

20     Q    The fifth bullet point down, it

21 says, "Jacking during setup caused the wall

22 seam to open," and then it has underneath

23 that, it says, "roof" and underneath that,

24 it says, "wall."  You see that?

25     A    Yes.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 115

1      Q     What does that entry mean?  Is

2    that something that was told to you or

3    something you observed?

4      A     These are observations, things I

5    heard, you know, discussions, and I just

6    wrote down, you know, made a note of it.

7      Q     Who told you jacking during setup

8    caused the wall seams to open?

9      A     I don't recall exactly who made

10   the comment.

11     Q     Okay.  Does this also mean that

12   jacking during setup may have caused the

13   roof to open or the wall to open?  Is that

14   why those notes are under there?

15     A     It was just to take a look at it,

16   that was just memory joggers, things to

17   think about.

18     Q     If that was the case and the wall

19   seams were open, would that also be a

20   contributing source of moisture content in

21   the walls if the wall seams opened up?

22     A     If the wall seams open up, you are

23   going to let the moisture vent into the

24   dwelling area.  So you're going to be

25   letting the moisture move on into the

Page 116

1    structure, it's not going to stop on the

2    back side of the wall there.

3              I'm not quite sure what more you

4    want there.  But it does allow it to open up

5    and allows any moisture to actually equalize

6    into the space and move in that direction.

7    In the cavities that aren't, it's going to

8    stop right there at the back side of the

9    interior panel.

10       Q    Okay.  So my question is, if there

11   are open wall seams or open roof seams, for

12   that matter, that can contribute to a higher

13   moisture content in the walls, can it not?

14       A    Not necessarily.

15       Q    Not necessarily.

16   MR. LAMBERT:

17              Objection.

18   EXAMINATION BY MR. DERHAM:

19       Q    So under what circumstance would

20   an open wall seam not contribute to a higher

21   moisture content in the walls?  Where is

22   that moisture coming through that wall seam

23   going?

24   MR. LAMBERT:

25              He just said it.

Page 117

1          MR. DERHAM:

2                  I guess I didn't understand it.

3          MR. LAMBERT:

4                  He said it goes inside.  That's

5      what he said.

6      EXAMINATION BY MR. DERHAM:

7          Q     It goes inside the living space?

8          A     Yes, I said, it goes inside the

9      dwelling unit.

10          Q     Okay.  Well, I thought it hit the

11      vinyl wall covering.

12          A     If the seam is open, it's not

13      going to stop there.  It's going to take the

14      path of least resistance and go around that

15      crack in the wall and into the dwelling

16      unit.

17          Q     So if there is humid, moist air

18      outside that's drawn into the envelope of

19      the unit --

20          MR. LAMBERT:

21                  Envelope, same as cavity?

22          MR. DERHAM:

23                  Cavity, that's fine.

24      EXAMINATION BY MR. DERHAM:

25          Q     That is drawn into the wall

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 118

1   cavity, that can happen, right?

2        A    Yes, it will.

3        Q    That won't result in a higher than

4   normal moisture content in the wall cavity?

5        A    Yes.

6   MR. LAMBERT:

7             Yes, it will.  That's what he said

8   before.  Then you asked him about being

9   split open.

10  MR. DERHAM:

11            Now he is saying, yes, it will.

12  MR. LAMBERT:

13            That's what he said.

14  EXAMINATION BY MR. DERHAM:

15       Q    Yes, it will, that's what you

16  said?

17       A    That's what I said.

18       Q    Then I must have heard you wrong,

19  I'm sorry.

20  MR. LAMBERT:

21            You asked him if it was split, if

22  the inside of the wallboard was split open.

23  MR. DERHAM:

24            No, no, no.  I'm sorry.  I don't

25  think I said inside wall --

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Ervin L. Ritter, Jr.

Page 119

1        THE WITNESS:

2            I need a piece of paper.

3        MR. LAMBERT:

4            Do it again.

5    EXAMINATION BY MR. DERHAM:

6        Q    I think we can get to it.  The

7    wall seam that you are referring to in your

8    field notes that we just talked about.

9        A    Okay.

10       Q    Jacking during setup caused the

11   wall seam to open.  I don't care about the

12   jacking part, I'm talking about the wall

13   seam opening.  Okay?

14       A    Okay.

15       Q    Are you referring to the interior

16   wall or the exterior wall?  What --

17       A    I'm referring to the interior wall

18   panels, one in the bedroom, one in the

19   bathroom, up in the ceiling where the panels

20   come together, they were opened up.

21       Q    Okay.  Then that's where the

22   confusion was.  I thought that note you were

23   referring to the outside walls of the

24   trailer.  I thought you were referring to

25   those seams opening up.  That's not what

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 120

1    you're referring to in that note?

2         A    No.

3         Q    If there were openings in the --

4    you mentioned earlier the seams between the

5    aluminum panels on the outside skin,

6    correct?

7         A    Yes.

8         Q    If there were openings in those

9    seams, okay, you with me?

10        A    Uh-huh.

11        Q    Or openings in the sealants on the

12   roof, the roofing membrane, okay?

13        A    Go ahead.

14        Q    Is that a means by which outside

15   moist air could be drawn in and increase the

16   moisture level in the wall cavity?

17        A    Yes.

18        Q    Okay.  The second half of that

19   paragraph, which is basically from the

20   second sentence on down, that's your

21   explanation of the process that can happen

22   when this outside air is drawn?

23        A    We're going back to this other

24   page?

25        Q    Yes.

Page 121

1     A     Okay.

2     Q     Are you there?

3     A     Yes.

4     Q     Let me ask you, the temperature

5   being blown in the ductwork when the air

6   conditioner is on, what is the temperature

7   of the air in the ducts, do you know?

8     A     I answered that before.  No, I

9   don't know that.

10    Q     I don't think I asked that one

11  before.

12    A     You asked about taking temperature

13  measurements inside there.  So I couldn't

14  answer that question.

15    Q     I meant ambient air temperatures.

16    A     Ambient air temperatures.

17    Q     You don't have any temperatures of

18  the air, the cold air in the ducts, do you?

19    A     No.

20    Q     Okay.  Yesterday, Mr. LaGrange

21  told us that that can -- the temperature of

22  the air in the air-conditioning ducts can

23  sometimes be as low as the low 50s, but can

24  typically be more around 55 or so.  Is that

25  your understanding?  Does that sound right?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Ervin L. Ritter, Jr.

Page 122

1        A     Well, the temperatures in

2   air-conditioning ducts, that's a very true

3   statement there.  But we can have the

4   temperatures drop down to within a few

5   degrees of whatever the refrigerant

6   temperature is in the coil of the unit and

7   some systems are designed to go even lower,

8   depending on what the system is designed to

9   do.  If you do a dehumidification

10  application and so on, it can also go up.

11  And if it's into the 60s, you might have a

12  unit problem.  So what he told you is

13  exactly very, very valid here.

14       Q    Okay.  Based on LaGrange's data, I

15  think his data was that 47 CFMs of air was

16  leaking out of the AC ducts into the wall,

17  ceiling or floor cavities; is that correct?

18       A    I believe so.

19  MR. LAMBERT:

20            Asked and answered.

21  EXAMINATION BY MR. DERHAM:

22       Q    That one probably was.  But it

23  sets the predicate for what I'm asking you

24  now, so I'm bringing you back.

25  MR. LAMBERT:

Page 123

1          Okay.

2     EXAMINATION BY MR. DERHAM:

3          Q     Did you do anything to determine

4     what effect, if any, this cold air leaking

5     out of the ducts in those cavities would

6     have on the temperature of the air in those

7     cavities?

8          A     When you say, "do anything," I'm

9     not sure -- are you asking me if I did any

10    testing?

11         Q     Sure.

12         A     No.  I told you I didn't do any

13    testing before.

14         Q     Okay.  Maybe not so much testing,

15    but do you consider measuring testing?

16         A     I didn't take any measurements

17    inside the cavities.  We couldn't drill

18    holes into the cavities and things like

19    that.  That was destructive.

20         Q     Okay.  So you didn't stick a

21    thermometer or anything in the wall space

22    where the wall panels were separated out

23    when the air conditioner was running,

24    correct?

25         MR. LAMBERT:

Page 124

1          Excuse me.

2          Objection.  Go ahead.

3     EXAMINATION BY MR. DERHAM:

4          Q     You didn't do that?

5          A     No, I didn't.

6          Q     Okay.  Do you have any opinion on

7     what effect the cold air leaking out of the

8     ducts may have on the air in those cavities?

9          A     I think I put that in my report,

10    but if you take and you have air leakage

11    into that cavity, you're going to cool it

12    down, you're going to be bringing some of

13    the materials to a dew point.  And once you

14    start doing that, you're going to have

15    moisture, visible moisture collect and

16    you'll have condensation.  As that

17    condensation drains away, you're going to

18    have more water vapor seeking to come into

19    those cavities and you have a cycle of

20    condensation being created by the cooling

21    effect of air leaking out of the ductwork.

22         Q     Why does the air coming out of the

23    ductwork that gets into those wall cavities

24    not come close to the air temperature that's

25    on the other side of the wall, interior

Page 125

1    space of the trailer?

2         A    It will eventually.  It's

3    traveling, it's moving through that cavity.

4    But as it comes out of that duct

5    immediately, it's going to be the

6    temperature of whatever is in the duct.  And

7    as it warms up, which means that it is

8    absorbing heat, heat travels hot to cold, so

9    you have got heat coming from the exterior

10   roof side and from the interior side.  Heat

11   is going to travel to the coldest spot, but

12   you also have cold air coming back in to

13   that same area, too, on a continuous basis,

14   as long as the unit is running.

15        Q    Would it decrease the dew point in

16   that space?

17        A    Yes, it would.

18        Q    Is this drawing you have on the

19   bottom of page 7, the wall --

20        A    Let me correct that.  It would

21   change the dewpoint.  Whether it increases

22   it or decreases it is going to be dependent

23   on the factors on either side.  Let's not

24   just go with that one statement.

25        Q    Okay.  But there is no testing or

Page 126

1    data that you're aware of that says what

2    actually may have happened with the dewpoint

3    while the unit was under operation?

4        A    Not of that unit.

5        Q    Okay.  That's what I'm talking

6    about.

7             Is this picture that you have on

8    the bottom of page 7 the roof ceiling

9    section picture and the wall section

10   picture, you see that picture?

11       A    Correct.

12       Q    Is that a steady state picture?

13       A    When you say "steady state,"

14   explain that.

15       Q    Okay.  Does this picture take into

16   account the effect of the cold air leaking

17   out of the ducts getting down into that

18   cavity?

19       A    The cold air leaking into this

20   duct --

21       Q    Cavity.

22       A    -- this cavity from the duct can

23   change the point, but the point where

24   condensation is going to occur is going to

25   be dependent on the humidity levels,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                   Videotaped Deposition of Ervin L. Ritter, Jr.

Page 127

1    exterior, of the temperature of the

2    interior, the temperature of the air that's

3    leaking into the cavity.

4              So this is a depiction of what is

5    going to happen somewhere.  But how does it

6    happen and where does it exactly happen

7    along that line that I drew is going to be

8    dependent on other factors.  You give the

9    exact numbers, you can actually calculate

10   and graph this out with some fairly

11   technical calculations being done.

12        Q    You didn't do those, right?

13        A    No, I did not.

14        Q    Would the air coming into those

15   cavities act to pressurize those cavities?

16        A    Yes, it will pressurize it with

17   respect to interior and outside as you -- if

18   it does not travel to the inside, it's going

19   to be positive pressurized with respect to

20   the outside.  So the air is going to be

21   moving from inside the cavity to the

22   outside.  If you cool it down, you're going

23   to have moisture seeking to go into those

24   cold spots.  You have then air that's moving

25   from the cavity to the exterior, which has

In Re: FEMA Trailer Formaldehyde Products Liability Litigation         Videotaped Deposition of Ervin L. Ritter, Jr.

Page 128

1    to make its way back in, because you cannot

2    get rid of air.

3              So if you start off with a certain

4    amount of CFM of air, a volume of air in the

5    duct system and you lose some into an area

6    where it's not supposed to go, it has to

7    come in from somewhere else.  Wherever else

8    it comes in, it's going to probably be

9    bringing moisture with it.

10       Q    Is the pressurization of that

11   cavity not going to act to decrease the

12   amount of infiltration of outside air coming

13   in?

14       A    Only in the area where the leak

15   is.

16       Q    Okay.

17       A    Okay.  That cavity section.

18   Because, remember, you've got stud walls and

19   joists up there with a membrane on the

20   outside, some type of metal panel on the

21   outside and another panel.

22              So a cavity space that's being

23   leaked into, if it's just in that one

24   between the studs or between the joist

25   space, that's all that it affected.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 129

 1    Elsewhere, the cavity may be neutral,

 2    negative and so on.  And your vapor

 3    pressures are going to allow you to move

 4    into another area.  So what you're asking is

 5    true for what you're asking for that one

 6    area.  But it doesn't apply all the way down

 7    the wall necessarily either.

 8        Q    So it may become kind of

 9    compartmentalized between the studs in the

10    walls?

11        A    It can happen, yes.

12        Q    Next page, page 8.  In the top

13    paragraph, you are discussing the amount of

14    condensation could give the appearance of a

15    roof leak.

16            Do you see that?

17        A    Yes.

18        Q    Okay.  There was evidence of

19    actual roof leaks in the unit, was there

20    not?

21        A    There was evidence that the

22    ceiling was stained.  What was the source of

23    it, whether it be from an assumed roof leak,

24    a true roof leak or, from my possibility,

25    there was staining of the ceiling and

Page 130

1    staining of the mattress.

2        Q    Okay.  Do you know how long that

3    unit had been inactive out there in the

4    field at Lottie?

5        MR. LAMBERT:

6            Asked and answered.  Go ahead.

7    You can do it again.  About 20 times.

8        THE WITNESS:

9            Same answer as before.

10   EXAMINATION BY MR. DERHAM:

11       Q    Did you observe the water stains

12   in the light fixture in the bedroom?

13       A    I don't recall it.

14       Q    Did you observe the water stains

15   on the mattress in the bedroom?

16       A    Yes.

17       Q    Did they appear to be from an

18   ongoing leak?

19       MR. LAMBERT:

20           Objection.

21       MR. D'AMICO:

22           Form.

23       MR. DERHAM:

24           When you both object, does it make

25   a better objection?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 131

```
 1        MR. D'AMICO:
 2             I objected, he didn't.
 3        MR. LAMBERT:
 4             Yes, I did.
 5        MR. D'AMICO:
 6             I didn't hear you.  He's objecting
 7   on before of the plaintiff, and I'm
 8   objecting on behalf of the PSC.
 9        THE WITNESS:
10             The fact that they are stained,
11   both of them, it's hard to tell you if there
12   is an ongoing leak or not.  From what I
13   know, in my expertise, I cannot give you an
14   answer on that.
15   EXAMINATION BY MR. DERHAM:
16        Q    Okay.  If there was an ongoing
17   leak situation in the bedroom, let's say in
18   the light fixture or causing stain on the
19   mattress, assume that for me?
20        A    Okay.
21        Q    That would not be by operation of
22   the HVAC unit, would it?
23        MR. LAMBERT:
24             Objection.
25   EXAMINATION BY MR. DERHAM:
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 132

1        Q     If it has not been powered?

2     MR. LAMBERT:

3           Objection.

4     THE WITNESS:

5           I don't know.  I don't know when

6     the staining occurred.  I can't answer that

7     question.

8     EXAMINATION BY MR. DERHAM:

9        Q     Okay.  Did you do inspection up on

10    top of the roof?  Did you look on top of the

11    roof?

12       A     I took pictures of the top of the

13    roof, yes.

14       Q     Did you observe anything that

15    looked out of the ordinary from what you

16    would expect to see?

17       A     Being as I'm not a roofing expert,

18    it looked like a roof to me with some

19    penetrations and, you know, sealants around

20    it and so on.

21       Q     Okay.  Did you observe any

22    deterioration or torn or separated sealants?

23       A     No.

24       Q     Did you observe any delamination

25    of the roof membrane?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation         Videotaped Deposition of Ervin L. Ritter, Jr.

Page 133

```
 1      A    Wasn't looking for any of it.

 2      Q    So you don't recall observing

 3  that?

 4      A    I don't recall seeing any of it

 5  because, like I said, I wasn't -- that's

 6  just what I was looking for there at the

 7  time.  I mean, it looked like a roof to me.

 8      Q    If there were openings in the roof

 9  membrane, whether by the sealants or roofing

10  membrane was delaminated or there was some

11  other form of leakage coming in through the

12  roof membrane, would that be a source that

13  would contribute additional moisture to the

14  ceiling cavity?

15      A    Yes, that would be a definite

16  source.

17      Q    In the last paragraph of page 8 in

18  your report, it says, "During the

19  inspection, it was evident and obvious that

20  the trailer manufacturer and/or the

21  air-conditioning unit installer did not take

22  care to install the air-conditioning unit or

23  ducts as intended by the air-conditioning

24  unit manufacturer."

25           Did I read that correctly?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Ervin L. Ritter, Jr.

Page 134

1      A      Correct.

2      Q      Did you ever speak with the

3   air-conditioning unit manufacturer?

4      A      About this installation?

5      Q      Yes.

6      A      Not about this installation.

7      Q      Have you spoken with him before?

8      A      I have called and asked him

9   questions.

10      Q      In regard to this case?

11      A      In regards to their literature.

12   Never mentioned anything about this case to

13   them.

14      Q      Okay.  So it wasn't part of your

15   work in this case?

16      A      Yes, it was.

17      Q      Who did you talk to?

18      A      I don't recall the guy's name, but

19   I did call and ask him about static

20   pressures, ask him -- I asked him -- I

21   called additionally to get the document that

22   I have included in here.

23      Q      The Dometic?

24      A      The Dometic, yes.

25      Q      When did you have this

Page 135

```
 1    conversation with the manufacturer?

 2         A    Shortly after our inspection.  I

 3    don't remember the date.

 4         Q    Okay.  Did you take any notes of

 5    that conversation?

 6         A    No.

 7         Q    Did you type anything up or send

 8    any correspondence or have any phone calls

 9    with anyone about the conversation?

10         A    I e-mailed the document to Al

11    Mallet.

12         Q    The Dometic?

13         A    The Dometic, yes.

14         Q    Product literature?

15              Did you discuss with the person on

16    the phone from Dometic whether the trailer

17    manufacturer or air conditioning installer

18    failed to take care to install the

19    air-conditioning unit or ducts as intended

20    by the Dometic folks?

21         A    I didn't discuss any of that with

22    him.  I was talking with someone who would

23    send me product literature.

24         Q    Okay.  So that was really solely

25    the purpose of your call was to get --
```

Page 136

```
 1      A     The product literature.

 2      Q     -- product literature.

 3            Okay.  What findings exactly when

 4   you say, "It was evident and obvious that

 5   this care to install the air-conditioning

 6   system was not taken according to the

 7   intention of the air-conditioning

 8   manufacturer," what findings are you

 9   referring to that are evident and obvious?

10      A     Okay.  Go to the Dometic

11   literature.  That's in Exhibit 3 of my

12   report.  I don't have the Bates numbers on

13   it.

14      Q     It ends in 2?

15      A     Yes.

16      Q     Okay.

17      A     And go to page 2.

18      Q     Okay.  Right down to paragraph C.

19   "The air-conditioning" --

20      MR. LAMBERT:

21            Number C?

22      THE WITNESS:

23            Letter C, paragraph C.

24      MR. LAMBERT:

25            I meant letter C.
```

Page 137

1     EXAMINATION BY MR. DERHAM:

2         Q     Yes.   Section C under No. 1,

3     "General Information."   I see that.

4         A     Okay.   They're telling you the

5     limitations of the unit.   They want the

6     doors and windows kept shut, use blinds and

7     shutters.

8               Okay.   They're basically telling

9     me that, hey, we're going to be at our limit

10    with this unit and they're telling everybody

11    that.   "Condensation, the manufacturer of

12    this unit," that's paragraph D, down at the

13    bottom, "The air contains moisture and

14    moisture tends to condense on cold

15    surfaces."

16              They're warning there.   Let's go

17    on over to a couple more pages.

18              "Air Distribution System and

19    Sizing."

20        Q     What page are you on?

21        A     I'm on page 6 of that exhibit.

22        Q     Okay.   Section 4, "Air

23    Distribution"?

24        A     Section 4.   All of that down right

25    through the cautionary statement here.

Page 138

```
 1    They're giving very specific guidelines.

 2              If you keep turning on and go over

 3    to the air distribution installation,

 4    they're telling the manufacturer who is

 5    receiving it, the installers, how it has to

 6    be done.  Their recommendations.

 7              Continue on, they give you

 8    examples on page 8 of duct layouts that they

 9    would like to see.  All of this is in their

10    literature that they provide.  And in

11    looking at this, that's where I come up with

12    the statement that it's obvious that not all

13    of this stuff has been followed because of

14    the problems that I'm seeing.

15       Q    My question is specifically what

16    has not been followed?

17       A    Okay.

18       Q    Hold on, hold on.  I think you

19    said because of the conditions you're

20    seeing --

21       A    Yeah.  My inspection, at least in

22    reading this, the conditions I saw, the

23    unit, leads me to believe that it was not --

24    they didn't follow these installation

25    guidelines here.
```

Page 139

1      Q      And the conditions we're talking

2   about are the condensation, the duct

3   leakage?

4      A      Correct.

5      Q      Okay.  Anything else?

6      A      Insulation value of the ductwork.

7   Okay?  They're using a duct board material,

8   it's assumed, to be able to get some

9   insulation.

10            On page 6, under "Air Distribution

11  Sizing," at the end of paragraph B, it says,

12  "This insulation must be a minimum of R-7."

13            Well, you only have a cavity up

14  there that is 2 and 1/2 inches deep,

15  correct, unless there's something more there

16  than I know about.  But at 2 and 1/2 inches,

17  you're running a duct, right?

18            So you're going to use duct board.

19  The manufacturer of this air-conditioning

20  unit wants an R-7 duct.  A 1-inch thick duct

21  board has an R of 4.3, between 4 and 4.3.

22  To be able to get to an R-7, you have got to

23  double it to a 2-inch wall thickness on that

24  duct.

25            Well, you only have 2 and 1/2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 140

1    inches of cavity.  You have filled up your

2    space with the duct material and you don't

3    have any space left for your air to flow.

4    How can that work?  I mean, this is what

5    they're telling you to do.  And that is a

6    specific.

7         MR. LAMBERT:

8              It's 12:00.

9         MR. DERHAM:

10             I'm getting close.

11        MR. LAMBERT:

12             You might as well quit, you're

13   going backwards.

14   EXAMINATION BY MR. DERHAM:

15        Q    So your opinion is that the

16   insulation around the ductwork was not R-7

17   minimum, is that your opinion?

18        A    That's my opinion.

19        Q    Did you see the insulation around

20   the ductwork?

21        A    No, I did not.  And to add to

22   that, I don't know of any insulation that

23   thin that would give you an R-7 around that

24   ductwork.

25        Q    Okay.  So there's one.  Is this

Page 141

1    anything else?

2        A    We're going to be here a little

3    while.

4        Q    That's okay.  Take your time.

5        MR. D'AMICO:

6             I like these cautionary warnings

7    about the manufacturer.

8        THE WITNESS:

9             I have not been able to find an

10   RVA standard.  I've been looking for that.

11            That is something that --

12   evidently, in the RV Manufacturers'

13   Association, there is such a standard, but I

14   haven't been able to find it.  I've been

15   trying to find one of those.

16   EXAMINATION BY MR. DERHAM:

17       Q    Okay.

18       A    "Ducts and their joints must be

19   sealed to prevent condensation from forming

20   on adjacent surfaces during the operation of

21   the air conditioner and heat pump."

22            We had condensation all around the

23   ceiling of that unit.  If you have got

24   condensation, they're telling you right

25   here, you've got to have a seal so it

Page 142

 1    doesn't leak.

 2              "Return air openings must be at

 3    least 40 inches."

 4              That's not important here because

 5    the unit had its own grill opening.  The

 6    next one, D, is internal to the unit also.

 7         Q    On item C, "The ducts and the

 8    joints must be sealed to prevent

 9    condensation"?

10         A    Yes.

11         Q    It's your opinion that the ducts

12    and the joints weren't sealed?

13         A    I've said that before, but yes,

14    there are interruptions in the ceiling of

15    it.

16         Q    And you were not able to ever

17    visualize a duct or a duct joint, correct?

18         MR. LAMBERT:

19              Objection.

20         MR. DERHAM:

21              Asked and answered?

22         MR. LAMBERT:

23              Yes.  And you know, also, it's

24    vague because he told you there were leaks

25    between the duct and the grill.

Page 143

1        THE WITNESS:

2             Dometic goes on with their caution

3     that they won't be responsible for the

4     installation of the ductwork.

5             I could go through all of these

6     things item by item and probably find

7     something in each of them, if you would like

8     for me to do that on through here.

9     EXAMINATION BY MR. DERHAM:

10        Q    Well, your statement in your

11    report is that during inspection, it was

12    evident and obvious.  I'm just wondering

13    what are the things that are evident and

14    obvious.  Because we know you couldn't see

15    them, so I'm trying to find out why you make

16    the statement that --

17        A    Okay.  I make it based on the fact

18    that there's condensation, which indicates

19    duct leakage; the fact that the manufacturer

20    calls for an R-7 duct, and you can't get an

21    R-7 insulated duct into that space.

22        Q    And in the -- you made the

23    statement that the -- when the operation of

24    the HVAC unit was occurring, there was the

25    possibility for excess moisture to be drawn