Page 144

1    into the wall cavities, correct?

2        A    Yes, I did.  Several times.

3        Q    And you didn't actually do

4    anything to confirm or verify that there

5    was, in fact, excess moisture in the wall

6    cavities being drawn in during operation of

7    the HVAC unit, correct?

8        A    Not at the time we were there, no,

9    I did not.

10       Q    On page 9 of your report, I'm

11   sorry.  I assume you knew that.  The last

12   sentence, "The ducts for the heat and

13   air-conditioning system do not meet the

14   ASHRAE or SMACNA published standards for

15   duct construction and insulation."

16            Do you see that?

17       A    Yes.

18       Q    We talked a little bit about what

19   your opinion is as to what standards may be

20   applicable to this unit.  Do you remember

21   that?

22       A    Yes.

23       Q    Okay.  Do you know if FEMA or HUD

24   have adopted the SMACNA or ASHRAE published

25   standards for duct construction and

Page 145

```
 1    insulation in travel trailers?

 2         A    I don't know if FEMA or HUD has

 3    adopted those standards, but those are

 4    standards that are in the industry to build

 5    things with, so you're going to take

 6    published industry standards and throw them

 7    out the window because those agencies didn't

 8    adopt them?

 9         Q    I'm asking you if you know if they

10    have adopted them?

11         A    I said I don't know if they have

12    adopted them.

13         Q    Do you know if the RV industry has

14    adopted those standards?

15         A    No, I don't know if they've

16    adopted it either.

17         Q    Do you know if the State of

18    Louisiana has adopted those standards for

19    the construction of travel trailers?

20         MR. LAMBERT:

21              Excuse me.  I object for the

22    reason that it's vague.  Are you asking him

23    whether or not the State of Louisiana

24    imposes these kinds of health and safety

25    standards or safety standards for building
```

Page 146

```
 1   safe residential environments, which this
 2   travel trailer is one of, or specifically
 3   with regard to travel trailers?
 4        MR. DERHAM:
 5             No, well, I object to all that.  I
 6   don't think it's a proper objection.
 7        MR. D'AMICO:
 8             Objection to the form of the
 9   question.  Calls for a legal conclusion on
10   the part of this witness.
11   EXAMINATION BY MR. DERHAM:
12        Q    Okay.  Well, the question is
13   simply, do you know if the State of
14   Louisiana, by way of any of its official
15   agencies or organizations, requires the
16   application of the SMACNA or ASHRAE
17   published standards for duct construction
18   and insulation into travel trailers that are
19   used or lived in in Louisiana?  That's the
20   question.
21        MR. LAMBERT:
22             It's living units?  Okay.
23   EXAMINATION BY MR. DERHAM:
24        Q    As anything.  You can answer it --
25        A    I know I can --
```

Page 147

1        Q     -- as to what you consider to be a

2    travel trailer used as a dwelling unit.

3        A     Okay.

4        Q     Is there a standard out there in

5    the State of Louisiana that says these have

6    to apply?

7        MR. D'AMICO:

8              Again, object to the extent that

9    it calls for a legal conclusion on the part

10   of this witness.  To the extent he has

11   factual information or a basis to answer, he

12   can answer.

13   EXAMINATION BY MR. DERHAM:

14       Q     I think the question is, do you

15   know?

16       A     I do know that the State of

17   Louisiana adopts codes for construction

18   using the national codes.  The State of

19   Louisiana does not specifically write the

20   entire code.  They may modify it through an

21   amendment, through legislative action, but

22   have they done anything specifically for

23   travel trailers?  No.

24              But it would come under the State

25   Fire Marshal's Office and the State Fire

Page 148

1    Marshal's Office then would take the

2    National Fire Codes and apply them according

3    to the use of the travel trailer.  And if it

4    is used as a dwelling unit, then they would

5    look at it and probably put you under the

6    Manufactured Housing Code of NFPA.

7         Q    Okay.  I have got an NFPA question

8    for you in a minute.

9              What's ASHRAE published standard

10   for duct construction and insulation do the

11   ducts and heating and the air-conditioning

12   systems in this travel trailer not meet?

13        A    I don't know the exact standard

14   number or chapter of the guidebooks.  So

15   I'll stop right there.

16        Q    What's SMACNA's published standard

17   for duct construction and insulation do the

18   ducts and heating and air-conditioning

19   system in this travel trailer not meet?

20        A    It would be -- you have it in my

21   discovery, in my documents that we gave you.

22        Q    I do have --

23        A    That would be the SMACNA Duct

24   Leakage Test Manual.

25        Q    That's the published standard for

Page 149

1    duct construction and insulation --

2         A    It refers to the duct construction

3    through there.  I was using it.  But exactly

4    which one it would be -- it will be the low

5    pressure duct construction manual.  I may

6    not have the title exactly right, but you

7    have a couple of pages of construction

8    guideline manuals that SMACNA has put out

9    over the years.

10        Q    And your opinion is they don't

11   meet these standards because of the

12   conditions that you observed that we have

13   discussed?

14        A    Correct.

15        Q    The duct leakage, the

16   condensation?

17        A    Correct.

18        Q    According to the last page, page

19   10 of your report, I think you have here

20   that "There are a few codes which apply to

21   the construction of this travel trailer.

22   NFPA 1192 is the primary code which can be

23   applied to this travel trailer.  For this

24   report, the pertinent part of NFPA 1192 is

25   Chapter 5.  This chapter contains

Page 150

```
 1    requirements for air-conditioning, cooling

 2    and heating systems.  Considering the amount

 3    of duct leakage, the duct installation for

 4    the air-conditioning systems and heating

 5    systems do not apply."

 6              Did I read that correctly?

 7        A    Uh-huh.  As I wrote it.

 8        Q    Does that say anything about

 9    air-conditioning duct leakage?

10        A    Let me go back and read that,

11    okay?  Because I'm not going to go off the

12    top of my head.

13        Q    Or I guess specifically Chapter 5

14    is the --

15        A    Most of the codes of the NFPA,

16    they're going to reference other codes which

17    will bring in any of the duct leakage, but

18    let's go to that.

19        Q    I don't know if it helps you get

20    there any quicker or not, but I think it's

21    .5.8 is the air-conditioning section of

22    Chapter 5?

23        A    Correct.  Okay.  And your

24    question?

25        Q    Yes.  Go ahead.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 151

1       A     Could you repeat your question?

2       Q     Oh, I'm sorry.  I just asked you

3   what NFPA 1192 says about air-conditioning

4   duct leakage?

5       A     Okay.  5.8.1, "General

6   Requirements, every air-conditioning

7   appliance or combination air-conditioning

8   and heating application used in recreational

9   vehicles shall be listed and shall be

10  installed in accordance with the terms of

11  its listing and manufacturer's

12  instructions."

13          NFPA is referring you back to the

14  guy that built the air-conditioning unit,

15  who then talks about the ductwork.

16      Q     Okay.  There's not a duct leakage

17  specific standard in NFPA?

18      MR. LAMBERT:

19          Objection.  He just read it to you

20  and you're going back to this R factor for

21  the ducts.  And he explained that to you.

22      THE WITNESS:

23          Okay.  Now, since you're on that

24  page, and this is in the previous section,

25  it's on air ducts, 5.7.8, same page.

Page 152

1    "Joints and seams of ducts shall be securely

2    fastened and made substantially airtight.

3    And slip joints shall have a lap of at least

4    one-half inch of the individually fastened.

5    Tape or caulking compound shall be permitted

6    to be used for ceiling mechanical secured

7    joints."

8              They're saying -- they don't

9    define how tight it is; "substantially

10   tight."  I mean, you expect your ductwork to

11   deliver the air from the unit to the

12   locations inside the dwelling unit.

13       MR. LAMBERT:

14             Okay.  Are we done?  That was it,

15   right?

16   EXAMINATION BY MR. DERHAM:

17       Q    I'm waiting for him to tell me if

18   there's any more standards of NFPA that

19   would apply.

20       A    No, the whole 5.7 is "Circulating

21   Air Systems for Heating," if I were reading

22   this for just heating, and I flipped a

23   couple of pages further up at 5.7.  But what

24   would apply for the heating ductwork should

25   apply equally the same for the

Page 153

```
 1    air-conditioning ductwork as far as

 2    airtightness.

 3         Q     That's it?

 4         A     That's it.

 5         Q     Okay.  In your field notes we

 6    looked at earlier, page 2 of 3, dated

 7    5-7-09, ending with the Bates stamp No. 12,

 8    third bullet point down, it says, "Look at

 9    site, Peters Street, New Orleans."

10         A     I understand that's where this

11    unit had been located.

12         Q     On Peters Street?

13         A     I want to say that's a

14    recollection that I saw -- I mean, I asked

15    where it was and somebody told me Peters

16    Street, but I have not gone by the location

17    to look at it.

18         Q     That doesn't answer the question.

19    You never went to the location where it was

20    actually installed?

21         A     No, I have not.

22         Q     Or more specifically, where the

23    plaintiffs' lived in it, correct?

24         A     Correct.

25         Q     Okay.  Did you have a chance to
```

Page 154

1    read Damian Serauskas's report?

2         A    I got a copy of it yesterday.

3         Q    Have you had a chance to read

4    through it yet?

5         A    I read through it.

6         Q    Is there anything in that report

7    that you take issue with or feel is

8    inaccurate?

9         MR. LAMBERT:

10             Objection, that's way too vague.

11        MR. DERHAM:

12             It is?

13   EXAMINATION BY MR. DERHAM:

14        Q    Did you make any notes of your

15   review --

16        MR. LAMBERT:

17             That is not objection, that's a

18   good question.

19        THE WITNESS:

20             I will have a full report on his

21   report.

22   EXAMINATION BY MR. DERHAM:

23        Q    I'm sorry?

24        A    I said I will have a full report

25   on his report, but yes, I am putting little

Page 155

1    notes on it, but I have not --

2         Q    You're not prepared at this time

3    to discuss anything regarding what

4    Mr. Serauskas had in his report?

5         A    No, I am not.

6         MR. DERHAM:

7              Let me just take a quick look.

8         MR. LAMBERT:

9              While you're looking, why not let

10   these other guys go.

11        MR. DERHAM:

12             Listen, man, I was going to say I

13   think I am done with my questions right now

14   and I will pass the witness to some other

15   lawyers.  And if I have a follow-up, I'll

16   try to ask you another question that I

17   haven't asked you.

18             So I'll pass the witness right

19   now.  Thank you, Mr. Ritter.

20        THE WITNESS:

21             You're welcome.

22        MR. DINNELL:

23             I'll take a break for a minute.

24        THE VIDEOGRAPHER:

25             Off the record; it's 12:24.

Page 156

```
 1       (Recess.)

 2       THE VIDEOGRAPHER:

 3              We're back on the record; it's

 4    12:36.

 5    EXAMINATION BY MR. DINNELL:

 6       Q    Mr. Ritter, my name is Adam

 7    Dinnell; I represent the United States in

 8    this case.  Sir, you understand you're still

 9    under oath in this deposition?

10       A    Yes, I do.

11       Q    And if at any time I ask a

12    question that you don't understand, please

13    let me know and I will try and clarify it

14    for you, all right?

15       A    I will.

16       Q    Just for the record, we will ask

17    that the witness read and sign the

18    deposition transcript once it's provided to

19    him.

20              Mr. Ritter, I just want to go back

21    and clarify what tests you personally

22    conducted while you were in the Alexander

23    travel trailer in May of 2009.  You

24    mentioned a formaldehyde device you used for

25    testing; is that correct?
```

Page 157

```
 1      A      Correct.  A Draeger analyzer.

 2      Q      Am I correct you didn't get any

 3   readings on that?

 4      A      It was below the limits of the

 5   analyzer.

 6      Q      Do you know what the limits of

 7   those kind of devices are with regard to

 8   formaldehyde protection?

 9      A      Not off the top of my head.

10      Q      So that's one test.  What other

11   tests did you personally conduct while you

12   were in the trailer?

13      A      That was it.

14      Q      Okay.  I want you to take a look

15   at your expert report, we have marked it as

16   Exhibit 3 to this deposition.  Specifically

17   I want you to turn to page 3 of your report.

18             First line, second paragraph

19   reads, "Information and findings by other

20   parties have been used in this report."

21             Did I read that correctly?

22      A      Yes.

23      Q      Now, you mentioned some of the

24   other parties that I believe you relied on

25   in forming your opinions in this case.  One
```

Page 158

1    was Mr. LaGrange; is that right?

2         A    Correct.

3         Q    You mentioned a discussion with a

4    fellow at the air-conditioning company?

5         A    Correct.

6         Q    What other parties have you relied

7    on in forming your opinions in this case?

8         MR. LAMBERT:

9              Objection to the term "parties."

10   But subject to the objection, go ahead.

11        THE WITNESS:

12             Okay.  You're talking about going

13   to the manufacturer.  I talked to their

14   publications department to obtain the

15   document, okay?

16   EXAMINATION BY MR. DINNELL:

17        Q    Right.

18        A    Then the other experts in our

19   case, Al Mallet and Paul LaGrange, that's

20   what I have used for my report.

21        Q    So Mallet and LaGrange were the

22   two individuals that you were specifically

23   referencing in your report?

24        A    Correct.

25        Q    You said you have never spoken

Page 159

1    with Ms. Alexander before?

2         A    Never met her.

3         Q    Have you ever been on a conference

4    call when she spoke to other people?

5         A    No, I have not.

6         Q    And you have never spoken with any

7    other member of the Alexander family?

8         A    No, I have not.

9         Q    Have you read any depositions in

10   connection with your work on this case?

11        A    No, I have not.

12        Q    Other than your own report and the

13   report of Mr. Serauskas that you talked

14   about earlier, have you read any other

15   expert reports that have been done in this

16   case?

17        A    No, only Paul LaGrange and Al

18   Mallet.  That's the only ones I have seen.

19        Q    And you saw Mallet's and

20   LaGrange's expert reports?

21        A    Correct.

22        Q    Did you see those reports prior to

23   finalizing your own report?

24        A    I saw Paul LaGrange's prior.  I

25   asked for information from it.

Page 160

1        Q     Did you see his full report or

2   just his data?

3        A     To be honest, I couldn't tell you

4   if it was his full report or a partial

5   report.  It was his data I was looking for

6   and I wasn't reading to determine if he was

7   complete or not.

8        Q     And you wanted to see his data

9   because you relied on his data in forming

10  your opinions in this case?

11       A     Correct.  If I recall, it was just

12  an excerpt from it.

13       Q     Sir, it's your opinion that the

14  Alexander travel trailer that you inspected

15  in May of 2009 was in a negative pressure

16  condition when you were running the HVAC

17  system in that unit in May of 2009?

18       A     Correct.

19       Q     Do you know anything about

20  Ms. Alexander's prior home that she lived in

21  prior to Hurricane Katrina?

22       A     No, I do not.

23       Q     Do you know if that house was in a

24  negative pressure state when she would

25  operate the HVAC system in her home?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 161

1      A     I think I just answered that

2    question.  I don't know anything about her

3    house.

4      Q     And you don't know anything about

5    her current house?

6      A     Not at all.

7      Q     You can't compare what you saw in

8    the trailer in terms of negative pressure to

9    any other place she has lived in?

10     A     No, I cannot.  I don't know why

11   you asked me that, but just curious.

12     Q     That's fine.  What was the

13   pressure state in the travel trailer without

14   the HVAC system running?

15     A     It will be neutral with no

16   air-conditioning system operating.  You have

17   to have some force to change the pressure.

18     Q     What about with the windows open?

19   MR. LAMBERT:

20          Excuse me, just for clarity.

21   Windows open, no HVAC?  Is that what you're

22   asking?

23   MR. DINNELL:

24          Right, no HVAC system running,

25   windows open.

Videotaped Deposition of Ervin L. Ritter, Jr.

1        MR. D'AMICO:

2            Doors closed?

3        MR. LAMBERT:

4            He just answered that, but go

5    ahead and do it again.

6        MR. DINNELL:

7            He did?

8        THE WITNESS:

9            I'll answer it for him.

10        MR. LAMBERT:

11            Yes.

12        THE WITNESS:

13            If it's a no-wind day, it's going

14    to be equal inside and out.  If the wind is

15    blowing on the open window, you may have a

16    little bit of higher pressure.  If the wind

17    is blowing on the opposite side, you will

18    have forced infiltration on it.

19            So wind conditions can change the

20    pressure inside the structure.  The windows

21    opening and closing can change it.  But, in

22    general, no air-conditioning running, in

23    general terms of talk, you're going to say

24    it's neutral pressure.  It's going to be

25    very little -- it can be measured, I can set

Page 163

```
 1    up instrumentation on buildings to measure
 2    it, but it's a very, very small amount.  And
 3    a travel trailer, okay, you're talking about
 4    a very small travel trailer, that at the
 5    time we inspected it was in the middle of a
 6    whole bunch of travel trailers, so the wind
 7    is going to be blowing over it and causing
 8    eddy currents around it and swirling and so
 9    on.
10              So, I don't know where you're
11    going again.  You got me lost now.
12    EXAMINATION BY MR. DINNELL:
13         Q    That's all right.
14              Let's turn to page 4 of your
15    report.  First line, "Trailer is
16    manufactured in December of '04," you
17    mention and then you say, "Apparently, it
18    was not used until Hurricane Katrina
19    occurred."
20              Right?
21         A    Correct.
22         Q    Do you know if this unit was ever
23    occupied by anyone prior to Ms. Alexander?
24         A    I have no knowledge of prior
25    history before her time.
```

Page 164

1        Q     Did you see any documents

2   reflecting that this unit was at a Dow

3   Chemical facility at some point before

4   Ms. Alexander lived in the unit?

5        A     I don't have any knowledge of what

6   it was used for beforehand.  All I know is

7   that it became a dwelling unit whenever she

8   took it from FEMA.

9        Q     Okay.  But you don't know if it

10  was a dwelling unit before she took it from

11  FEMA, right?

12       A     No, I don't.

13       Q     And it's your understanding that

14  Ms. Alexander got this unit in response to

15  the loss of her home from Hurricane Katrina,

16  right?

17       A     That is my understanding.

18       Q     And that the trailer was used as

19  an emergency or disaster housing, correct?

20       A     Correct.

21       Q     Do you know where the concept of

22  using travel trailers as emergency housing

23  came from?

24       MR. LAMBERT:

25            Objection.  Go ahead and answer.

Page 165

```
 1         THE WITNESS:

 2             I don't.

 3    EXAMINATION BY MR. DINNELL:

 4         Q    You don't know who developed that

 5    idea?

 6         A    No, I'm kind of waiting to see if

 7    you will tell me.

 8         Q    We'll see.

 9             Do you know why travel trailers

10    were chosen to be used as disaster housing

11    rather than mobile homes or tents?

12         MR. LAMBERT:

13             Objection.

14         THE WITNESS:

15             No, I don't.

16    EXAMINATION BY MR. DINNELL:

17         Q    Have you done any research on that

18    topic?

19         A    No, I haven't gone into the whys

20    of why a travel trailer over manufactured

21    housing -- how are they?

22         Q    Now, it's your opinion that this

23    unit as a whole is not very tight, right?

24         A    Correct.

25         Q    And by "not very tight," you're
```

Page 166

1    saying that there is a lot of air exchanged

2    between the inside of the unit and the

3    outside air surrounding the unit, right?

4         MR. LAMBERT:

5              Objection.  Go ahead and answer.

6         THE WITNESS:

7              It's not tight because you have no

8    vapor barriers to stop vapor coming through

9    it.  The construction of the exterior panels

10   is not on sheathing, which also stops and

11   restricts the flow of moisture.  You

12   basically have a two-by-two stud wall with

13   some insulation, metal panels and an

14   interior prefinished wood composite material

15   panel.

16   EXAMINATION BY MR. DINNELL:

17        Q    Based upon your examination of the

18   trailer, did you find that a substantial

19   amount of air was being exchanged between

20   the inside of the trailer and the outside

21   atmosphere?

22        MR. LAMBERT:

23             Let me just object again.  Go

24   ahead and answer.

25        THE WITNESS:

Page 167

1            To be able to answer your

2     question, I need to know what condition

3     you're talking about.  With the unit

4     running, without it running?

5     EXAMINATION BY MR. DINNELL:

6        Q    Okay.  Let's start without any

7     HVAC system running.

8        A    Without any HVAC running, you have

9     neutral pressure, there won't be any

10    movement of air from outside to inside.

11       Q    Okay.  So even if we went and

12    drilled holes everywhere in the unit, there

13    would be no air flow between the two spaces?

14       A    You will have some infiltration,

15    but to what extent, it will be pretty much

16    negligible.

17       Q    Okay.

18       A    Okay.  Unless you've got -- your

19    very broad question, to give you an answer,

20    we could write several paragraphs of all the

21    what-ifs and scenarios that you're going

22    through.

23            Yeah, we could drill holes, we

24    could leave doors open, leave windows open

25    and so on.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 168

1       Q    All right.  With the HVAC system

2   running, your finding was that when the HVAC

3   system was running, there is a lot of air

4   coming from the outside atmosphere into this

5   trailer; is that correct?

6       MR. LAMBERT:

7            Objection.  Go ahead and answer.

8       THE WITNESS:

9            Define what you're calling "a lot

10  of air."  How much air?

11  EXAMINATION BY MR. DINNELL:

12      Q    Would you characterize it as a lot

13  of air?

14      A    I would characterize it as the

15  air-conditioning system is losing 23 percent

16  of its volume of air to the cavities which

17  must come back in somewhere to the return

18  air of that unit.

19            You mentioned air exchange, I'm

20  not going to go into air exchanges, I'm

21  talking about the air leakage.

22      Q    And that opinion you just gave is

23  based upon Mr. LaGrange's test results?

24      A    Correct.

25      Q    Do you have any idea of whether or

Page 169

1    not the ceiling cavity shares air with the

2    wall cavity in this unit?

3        A    I have no idea how they construct

4    this unit.  If there's openings, there's

5    drillings, holes through it.  Again, we

6    weren't allowed to open up and inspect any

7    of this.  There was no destructive testing

8    allowed.

9        Q    Have you seen any schematics of

10   the unit?

11       A    I've seen some in the discovery

12   documents.

13       Q    You don't know whether -- let me

14   ask you this way.  You felt cold spots on

15   the ceiling of this unit when the AC was

16   running, right?

17       A    Correct.

18       Q    And you saw some condensation on

19   the ceiling, correct?

20       A    Correct.

21       Q    How many spots of condensation --

22   well, let me put it this way.  How many

23   areas of condensation did you see on the

24   ceiling?

25       A    My area where I was standing while

Page 170

1    this testing was going on was right next to

2    the unit.  That was most of where I saw the

3    condensation.  But the equipment in place

4    and all, wherever you were standing, you

5    stayed there the whole time.

6         Q     Did you ever see any condensation

7    on the walls of the travel trailer?

8         A     No, but I wouldn't have expected

9    to see any condensation on the walls.

10        Q     Did you ever feel any cold spot on

11   the walls of travel trailer?

12        A     No.

13        Q     Is there any way for you to know

14   whether or not if cold air was leaking into

15   the ceiling cavity of the unit, that cold

16   air was then getting into the wall cavities

17   of the unit?

18        A     Without opening it up, I couldn't

19   tell you that.  But knowing how -- the fact

20   that you've got to run wires from lights in

21   the ceiling to the switch on the wall,

22   somewhere they drilled it, penetrated those

23   top plates of the walls.  So there is some

24   communication of air between the two spaces.

25        Q     But you don't know where that

Page 171

1    communication may be or how extensive it is?

2        A    I will know the day they let me

3    open one up.

4        Q    When you were in the unit, I

5    assume you looked up at the main

6    air-conditioning grate --

7        A    Return air grill.

8        Q    Okay.  And right near that return

9    air grill there was a switch.  Do you

10   remember that?

11       A    Okay.

12       Q    Do you remember there being a duct

13   diverter on that air-conditioning unit?

14       A    I mean, let me refer to my

15   pictures.

16       Q    Sure, please.

17       A    Because I'm -- all right, I'm

18   looking at pictures of the return air grill

19   and there's another grill next to it.

20       Q    Which one are you looking at?  Do

21   you have a little number on there?  DSC

22   something?

23       A    101, 104.  Look at 103.  In 103,

24   you can see on one corner the condensation

25   forming on that grill.

Page 172

1        Q      All right.  Do you remember there

2    being a switch on that unit that could

3    either have all the cold air come out of

4    that single vent rather than being

5    distributed to the ducts in other locations

6    in the unit?

7        A      I don't recall that switch.  At

8    the time I was looking at this unit, I

9    didn't have the manufacturer's literature,

10   so I wasn't looking to see if the switch

11   matched up to the literature.

12       Q      I mean, as you sit here today, you

13   don't know if there was a means to have all

14   of the cold air come out of that one spot

15   rather than being distributed through the

16   ducting system in the unit?

17       A      I don't know if the unit was set

18   up to be able to dump it all out of that one

19   side grill.  But it was set up for air to

20   come out of the other outlets in the

21   ceiling, which it was, while I was in there.

22       Q      And my question is just, was there

23   a switch to keep the air from going to all

24   those other locations?

25       A      I don't know that.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Ervin L. Ritter, Jr.

Page 173

1          Q     Page 4 of your report.  Again,

2     this is your report marked as Exhibit 3.   In

3     the second to last paragraph on page 4, you

4     mentioned that "negative pressure condition

5     will contribute to elevated moisture levels

6     in the trailer and envelope cavities and

7     elevated humidity levels in the trailer.

8     The air inside the trailer would feel warm

9     and moist."

10              Do you see that portion of your

11    report?

12         A     Okay.

13         Q     Got it?

14         A     Got it.

15         Q     When you were in this particular

16    unit with the air conditioner running, did

17    it feel warm and moist inside the unit?

18         A     It felt very good to me being as I

19    had been outside.

20         Q     Well, let me --

21         A     Yeah, it was humid in there.   I

22    didn't have any measuring -- I was not

23    taking any measurements.

24         Q     Is there a number you would

25    consider an elevated humidity level inside

Page 174

1    of a building or space?

2         A    That's a matter of opinion, but

3    every engineer has their own opinions on

4    what's elevated, but published levels,

5    typically, anything above 65 percent; 60 to

6    65 percent is considered elevated.  Once you

7    get above 60 percent, you're in an area

8    where you can have mold growth.

9         Q    I'm sorry, that's relative

10   humidity --

11        A    Relative humidity --

12        Q    -- inside the unit space?

13        A    Yes.  We'll speak about relative

14   humidity because I doubt if anyone wants me

15   to go into talk absolute humidity here.

16        Q    Right.  That's fine with me.

17             Now, you said 60 to 65 percent is

18   something you've seen in the literature, but

19   that every engineer has his own opinion?

20        A    Correct.

21        Q    What is your opinion as to the

22   humidity level inside a space?

23        A    A living space.

24        Q    A living space.

25        A    I don't like it going over 55

Page 175

```
 1    percent in a living space.  My personal is

 2    45 percent in my own home because my wife

 3    likes it that way, okay?  And I don't touch

 4    the damn thermostat.

 5         Q    Makes sense.

 6              Now, you didn't take any humidity

 7    measurements when you were in the trailer,

 8    right?

 9         A    No, I didn't.

10         Q    But Mr. LaGrange did, right?

11         A    I believe he did.

12         Q    And did you see what the relative

13    humidity measurement was that he got while

14    the air-conditioning was running inside this

15    unit?

16         A    I don't recall it off the top of

17    my head.

18         Q    Do you remember if it was below

19    what you said is your own personal level of

20    45 percent humidity?

21         A    I don't remember the numbers to be

22    able to discuss it.

23         Q    We would have to look at the data?

24         A    I would have to have his report

25    and go through it.
```

Page 176

```
 1       Q     Okay.  Did you watch him collect
 2   that humidity data?
 3       A     I observed him collecting it, I
 4   didn't watch him every step of the way.  I
 5   was taking pictures and looking at other
 6   things.
 7       Q     Do you have any reason to think
 8   his data would be wrong or incorrect on
 9   temperature and humidity?
10       MR. LAMBERT:
11             Excuse me.  Object.  The data he
12   collected that one day?
13       MR. DINNELL:
14             Mr. LaGrange's data of May 2009
15   from the Alexander travel trailer regarding
16   temperature and humidity.
17       MR. LAMBERT:
18             That day?
19       MR. DINNELL:
20             That day.
21       THE WITNESS:
22             On that day, the instruments I
23   observed him using are the instruments that
24   most professionals use, so I have no reason
25   to doubt his data he was collecting.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 177

1    EXAMINATION BY MR. DINNELL:

2        Q    At the bottom of page 4 of your

3    report, last line, you state, "Any

4    contaminants in the building materials or in

5    the cavity of the envelope will be drawn

6    into the interior of the trailer."

7            Correct?

8        A    Correct.

9        Q    Now, this depends on where you're

10   getting air leakage into the space, right?

11       A    Correct.

12       Q    If you're getting air leakage into

13   the space from a pipe near the toilet, if

14   there are any contaminants or substances in

15   that area, that's what you're going to get

16   flowing into the space under your scenario?

17       A    No, that's not quite fully true.

18       Q    Okay.

19       A    I mean, that's a good example, but

20   it's also not a good example.

21       Q    Why?

22       A    Okay.  All the cavity spaces have

23   communication openings through them, because

24   you have to wire this thing some kind of

25   way.  There's probably wiring going in --

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 178

1    yeah, I have not seen it to be able to

2    examine it.  But if I could go open one up,

3    I could really answer that a lot easier than

4    on supposition as you're asking me to do.

5         Q    But the answer is --

6         A    Okay.  It depends.  The area where

7    there's openings to the outside make it

8    easier for the air to travel than where it's

9    over here.  But water vapor is going to move

10   throughout and it's all going to keep trying

11   to come in because of the lower vapor

12   pressures inside versus outside.

13        Q    And this will depend on where the

14   communication is between one area of the

15   cavity and another?

16        A    Yes, but remember, all of the

17   cavities are linked together by lap seams on

18   joints of the exterior.  So you have

19   moisture that can move around.

20             I think that this is not a smooth

21   exterior surface on the outside with the

22   aluminum panels.  So anything -- the panels

23   don't seal up tight against the studs.  So

24   the stud space, the cavity spaces are open

25   to each other at each one of those also.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 179

1            Like I said, you have a good and a
2   bad, okay?  I mean, it's going to move
3   around and it's going to depend upon
4   changing outside conditions, inside
5   conditions and so on.
6        Q    Now, on page 5 of your report, on
7   the 6th, you mention "When inspection of the
8   trailer was allowed."
9            Do you see that?  Just right up at
10  the top?
11       A    Okay.  Yes, first paragraph.
12       Q    4:00 to 7:30 p.m. on the 6th,
13  9:00 to 5:00 p.m. on the 7th, correct?
14       A    Right.
15       Q    Is it your understanding that the
16  plaintiffs were allowed 11 and a half hours
17  to inspect the unit?
18       A    That sounds about right.
19       Q    Okay.  Now, third paragraph,
20  bottom line, "During the air sampling, the
21  door was opened several times by FEMA
22  personnel.  It was requested that the door
23  remain closed while the testing was being
24  conducted."
25            Now, would that affect any of the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 180

1    results that you were gathering during this

2    examination?

3         A    That was on the first day.  I

4    wasn't inside the trailer.  That is when

5    Bill Scott was doing his, and I answered

6    that earlier, that same question.

7         Q    Okay.  It didn't affect anything

8    that you were doing?

9         A    At that time, once I was inside

10   for the blower door test, nobody came in or

11   out.

12        Q    Okay.

13        A    We had the door sealed.

14        Q    You said, "It was requested that

15   the door remain closed while the testing was

16   being conducted."

17        A    That was -- go ahead.

18        Q    Is it your opinion that a broad

19   announcement was made that testing is

20   beginning and everyone either needs to get

21   in or get out?

22        A    It was a statement made by Bill

23   Scott that he wanted the doors closed.

24        Q    To who?

25        A    To the entire group that was

Page 181

1    there.  It was broadcast.

2        Q    When?

3        A    First day we were there, that

4    afternoon.

5        Q    Before he entered the unit?

6        A    Before he entered the unit.

7        Q    Who did he tell?

8        A    I think, if I recall, he just

9    stood up within the group and said, you

10   know, basically, once I go in, whoever wants

11   to go in, it was decided the people that

12   would go in.

13       Q    Right.  Now, why was the door

14   being open and closed?  Were there

15   conversations taking place?

16       A    He wasn't having conversations

17   with anyone.  It was FEMA personnel that was

18   trying to go in.  I think it was a lady

19   attorney that was trying to go in.

20            Now, this is an observation, okay?

21   It has nothing to do with my test, which I

22   didn't do any test, or anything I tried to

23   do.  It's just an observation.  And that's

24   in my handwritten notes also.  I just

25   included it so in case if it affected his

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 182

1    stuff, it would be documented.

2        Q    But you don't know what

3    conversations were going on amongst the

4    attorneys or other consultants to try to get

5    other people in there to try to view what

6    was going on?

7        MR. LAMBERT:

8            Objection.

9        THE WITNESS:

10           I didn't hear every attorney's

11   conversation and everybody.  So --

12   EXAMINATION BY MR. DINNELL:

13       Q    Did you ever see the protocol that

14   was issued regarding the May 6 and May 7,

15   2009, testing?

16       A    I want to say, yes, I have, but I

17   don't recall.  The answer is yes, but I

18   don't have any recollection to answer

19   questions on it.

20       Q    You don't remember if it said

21   anything about opening or closing of doors?

22       MR. LAMBERT:

23           If you don't remember, you don't

24   remember.

25       THE WITNESS:

Page 183

```
 1              I don't remember.  You're asking

 2      me a question.  If you have a copy of it, I

 3      will be glad to read it and answer your

 4      questions.

 5           MR. DINNELL:

 6              It's now marked as next in order,

 7      Exhibit 4.

 8      EXAMINATION BY MR. DINNELL:

 9           Q    Look at page 2 of Exhibit 4.

10              There's a title "Air Sampling."

11      Do you see that?

12           A    Okay.

13           Q    Would you read the paragraph under

14      "Air Sampling"?

15           A    Okay.  Before I start in on air

16      sampling --

17           Q    Please.

18           A    -- I would like to make a point

19      that I did not do air sampling, and I did

20      not do anything in my report and I am just

21      reading it as per your request.

22           Q    That's fine.

23           A    It says, "Air sampling will be

24      conducted according set forth in Mary

25      Devany's "'Procedures for Evaluating
```

Page 184

```
 1    Formaldehyde Levels in FEMA Temporary

 2    Housing Units,'" dated March 2008, for

 3    unoccupied trailers," in parenthesis,

 4    "(passive and active sampling)," parenthesis

 5    again, "attached as Exhibit B."

 6         Q    And that ends the paragraph?

 7         A    Under "Air Sampling"?

 8         Q    Under "Air Sampling."

 9         A    Did I miss something?

10         Q    No.  You read the entire paragraph

11    under "Air Sampling," correct?

12         A    Well, that's one paragraph.  Is --

13    you started to confuse me on the English

14    because I think the rest of it is bullet

15    points and itemized stuff.  Did I miss

16    something?

17         Q    No.

18         A    You got me worried there.

19         Q    No.

20         A    Please tell me I did okay.

21         Q    Now, that section doesn't say

22    anything about ingress or egress from the

23    unit, does it?

24         A    No.

25         Q    Let's look at --
```

Page 185

```
 1        MR. LAMBERT:

 2             Counsel, do you have a copy of

 3   Mary Devany's protocol?

 4        MR. DINNELL:

 5             I do not.

 6        MR. LAMBERT:

 7             That's all right.  I just want to

 8   know if you're asking him whether or not the

 9   reference protocol has anything about

10   opening and closing.

11        MR. DINNELL:

12             You can ask him that.

13        MR. LAMBERT:

14             I will as soon as you're finished.

15   EXAMINATION BY MR. DINNELL:

16        Q    Page 6 of your expert report.  Let

17   me ask you a different question.

18             You do HVAC work a lot in your

19   area of expertise, correct?

20        A    Yes, I do.

21        Q    That's one of the main fields that

22   you handle and your company handles?

23        A    Correct.

24        Q    And you have never performed one

25   of these blower tests?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Ervin L. Ritter, Jr.

                                                          Page 186

 1        A     No.

 2        Q     And never performed one of these

 3   duct blaster tests?

 4        A     No.

 5        Q     Why not?  Why do you not employ

 6   that as a method in your practice?

 7        MR. LAMBERT:

 8             Excuse me.  Counsel, those are two

 9   different questions.  For example, an

10   electrical engineer might not put in a light

11   switch but he might have a lot to do with

12   light switches.

13             You're asking him as if there's a

14   particular reason for him to do something

15   that he has told you he doesn't do.

16        MR. DINNELL:

17             I agree.  It was an unclear

18   question.  I will ask a new one.

19        MR. LAMBERT:

20             Thank you.  Why don't you hurry,

21   it's 1:05.

22        MR. DINNELL:

23             My plane tickets are refundable,

24   I'm fine.

25        EXAMINATION BY MR. DINNELL:

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255           (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

Page 187

```
 1         Q     Let me ask you this.  As a part of

 2     your practice, you go in and you diagnose

 3     whether or not there's a problem with an

 4     HVAC system, correct?

 5         A     If I'm hired to solve a problem.

 6         Q     Okay.  And you have been hired to

 7     solve a problem such as problems with HVAC

 8     systems?

 9         A     Well, the majority of my

10     practice --

11         MR. LAMBERT:

12             Excuse me.  Counsel, we don't have

13     time for one of these silly little debates.

14     Why don't you just discuss with him whether

15     or not technicians do something.  I tried to

16     give you a fair example of an electrician

17     and an electrical engineer.  He's telling

18     you about LaGrange who does blower door

19     tests who is a technician.  He's not a

20     graduate engineer.  This guy is an engineer,

21     he doesn't do the freaking blower door test

22     or the duct blaster tests himself.  Okay?

23     Other technicians do it.

24     EXAMINATION BY MR. DINNELL:

25         Q     How often do you hire technicians
```

Page 188

1    to do the blower door test and the duct

2    blaster test when you go in and investigate

3    an HVAC issue?

4         A    Rarely.

5         Q    Why?

6         A    The majority of my work is

7    designing air-conditioning systems, and then

8    I come back, and on the investigation side,

9    which is where we talked about this morning,

10   80 percent of my work is designing

11   air-conditioning systems.

12            I start off with a blank sheet of

13   paper with a floor plan on it and I start

14   designing it, calculating the loads.

15            After I am finished, in all the

16   years, I have made a few mistakes, but none

17   of them to the point that I have got to come

18   in here and do duct blaster tests and blower

19   door tests.  Because if that's the case, it

20   is probably not my system that's got a

21   problem, it's a problem with the structure

22   or the installation and construction of the

23   ductwork, which the contractor did.

24        Q    Okay.  So 80 percent of your

25   work --

Page 189

1        A     That was a number we threw out.

2        Q     Right.  I'm not going to hold you

3   to it.  But, generally, in the ballpark, 80

4   percent of your work is going to be

5   designing HVAC.

6              What percentage is diagnosing

7   problems with HVAC?

8        A     I wish I could give you that

9   number off the top of my head.  But, you

10  know, we said 80 percent is designing it,

11  another 20 percent is doing some litigation

12  work and environmental in the litigation

13  work and troubleshoot, we do that there.  So

14  it's within that 10 percent or so or 15,

15  whatever.

16       Q     Are there actual devices that

17  technicians or other people can employ to

18  test the actual moisture content that's

19  within a wall space?

20       A     Yes.  There are several different

21  manufacturers of them and they used

22  different methods of doing it.

23       Q     Would you describe how the

24  coverings inside of the trailer had a

25  vinyl -- let me strike that.

Page 190

```
 1              You said that the walls on the
 2    interior of the trailer had a vinyl covering
 3    on them, correct?
 4        A    It's a prefinished wall system.
 5        Q    On page 7 of your report, you say
 6    that "this vinyl wall covering acts as a
 7    vapor barrier," right?
 8        A    Correct.
 9        Q    And it's your opinion that that
10    vinyl covering acts as a vapor barrier --
11        A    Correct.
12        Q    -- inside this particular unit
13    that you examined?
14        A    On this unit and any other wall
15    system like it.
16        Q    Would a vapor barrier keep water
17    vapor from getting from the interior of the
18    wall space to the actual interior of the
19    unit?
20        A    Along that section of the panel,
21    where the panels are joined together, you
22    have some means for communication where you
23    have light switches that have been cut into,
24    where you have outlets, electrical outlets
25    that have been cut into it.  Those are not
```

Page 191

```
1    all sealed.  So you have communication from
2    those cavities to the inside for the water
3    vapor to come in.  But water vapor is going
4    to stop on the back side and start a
5    condensation process.
6         Q    Do you know the perm rating of the
7    vinyl wall covering inside the unit?
8         MR. LAMBERT:
9              The what rating?
10        MR. DINNELL:
11             P-E-R-M.
12        THE WITNESS:
13             The perm rating.  He wants to know
14   what the water transmission -- I do not
15   know, and it's going to be pretty close to
16   perfect as far as restricting water flow
17   through it.
18   EXAMINATION BY MR. DINNELL:
19        Q    And we talked about water vapor,
20   but water vapor, any gas that's built up
21   inside of that interior wall space, to reach
22   the interior of the living space of the
23   unit, has to come through one of those
24   communication points you just mentioned.  It
25   can't go directly through the wall vapor
```

Page 192

1    barrier of the vinyl; is that right?

2         A     That is correct.

3         Q     Page 8 of your report down near

4    the bottom, I'm just above the second to

5    last paragraph, with a sentence that begins,

6    "The manufacturer is correct."

7               Do you see that?

8         A     Correct.

9         Q     Okay.  And you state in your

10   report, "The manufacturer is correct to

11   recommend keeping doors and windows shut to

12   minimize the moisture condensation, but this

13   also assures that all airborne contaminants

14   will be retained inside the building."

15              Is that right?

16        A     Correct.

17        Q     Now, is the inverse of that

18   statement also true, that if you open doors

19   and windows, this will allow any airborne

20   contaminants that are inside the building to

21   exit the building?

22        MR. LAMBERT:

23              Objection to the term "any."

24        MR. D'AMICO:

25              Objection to vagueness.

Page 193

1       THE WITNESS:

2            By opening and closing the doors,

3    opening windows and so on, you're allowing

4    air from the outside to flow inside or flow

5    through if the windows are open on both

6    sides and so on.

7            So there is an opportunity for

8    outside air to flush out any contaminants

9    that are inside, that are being held inside

10   due to closed doors and windows.

11   EXAMINATION BY MR. DINNELL:

12       Q    Let's quickly take a look at your

13   field notes.

14       MR. LAMBERT:

15            Which page?

16       MR. DINNELL:

17            Second page of his field notes.

18   EXAMINATION BY MR. DINNELL:

19       Q    On page 2 of your field notes,

20   down near the bottom, there is a line that

21   says "The unit is kept closed tight until

22   delivered."

23            Did I read that right?

24       A    Correct.

25       Q    Where did you get that

Page 194

1    information?

2        A    That was in discussions with Al

3    Mallet talking about where this unit -- the

4    history of it and so on.

5             I don't have any documentation

6    that it was kept closed tight if you're

7    asking that.

8        Q    Okay.  Then the next one is "Water

9    and moisture increases the off-gassing."

10            What was your basis for that

11   notation?

12       A    Here again, that's a discussion we

13   were having while we were at the site.

14       Q    And then the final one on the

15   page -- actually, let me go back.

16       A    I'm sorry.  That was discussion we

17   were having prior to going to the site, all

18   of this right here.

19       Q    Okay.  The next entry, "Preventive

20   maintenance mandated," is that what that

21   says there?

22       A    Yes.  "Preventive maintenance

23   mandated."

24       Q    "No evidence of PM."

25            "PM" stands for "preventive

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 195

1    maintenance"?

2         A     Correct.

3         Q     "After delivery, repair."

4               Is that what that says?

5         A     Yes, "after delivery and repair."

6         Q     Okay.  Who told you that there was

7    no maintenance done on this unit, or to be

8    correct, who told you that there was no

9    preventive maintenance done on this unit?

10        A     As I said, this was just general

11   discussions we had prior to our going to the

12   site as a group.  Who exactly said it in our

13   group that was at our meeting, I don't

14   recall.

15        Q     Have you seen any maintenance

16   records or entries regarding this unit while

17   Ms. Alexander lived there?

18        A     I have seen it, but I don't

19   recall.  I believe they are in this

20   information we have.

21        Q     So if you have it, we have it,

22   your reliance file materials.

23        A     It's in my reliance files.

24        Q     Did you see any maintenance

25   records indicating that Ms. Alexander

Page 196

1    complained about condensation in her unit to

2    the maintenance number?

3        A    I don't recall any.

4        Q    The last entry on page 2 of your

5    field notes, "AC probably 13,500 BTU."

6             And you now know that it's 15,000

7    BTU, not 13,500.

8        A    Okay.

9        Q    You say, just above that,

10   "Evidence of sealing with steel wool."

11            Do you see that entry?

12       A    Yes, I do.

13       Q    Where did you get that from?

14       A    Here again, that was in our

15   discussions that openings around some of the

16   pipes were sealed with steel wool.

17       Q    Has anyone told you at any point

18   who did that sealing with steel wool?

19       A    No.

20       Q    You had your own company, Ervin

21   Ritter & Associates, from '81 to'92,

22   correct?

23       A    Correct.

24       Q    And you did consulting engineering

25   work for the mechanical design of HVAC,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Ervin L. Ritter, Jr.

Page 197

1    plumbing and fire protection systems, right?

2         A    Correct.

3         Q    And that's the same work that you

4    do still today?

5         A    Correct.

6         Q    Why did you change from Ervin

7    Ritter & Associates to Ritter Consulting

8    Engineers, Limited?

9         A    Legal and accounting had asked us

10   to do that, said it was better to go from a

11   sole proprietorship to go to a corporation

12   to protect myself.

13        (Off the record discussion.)

14   EXAMINATION BY MR. DINNELL:

15        Q    In the "Aucoin versus Southern

16   Quality Homes," it was also your opinion

17   there was negative air pressure inside the

18   mobile home that was involved in that case,

19   right?

20        A    Correct.

21   MR. DINNELL:

22        I have no further questions.  Pass

23   the witness.

24   THE WITNESS:

25        Thank you.

Page 198

1          THE VIDEOGRAPHER:

2              Off the record; it's 1:22.

3      (Recess.)

4          THE VIDEOGRAPHER:

5              Back on record; it's 1:31.

6  EXAMINATION BY MR. SHERBURNE:

7      Q   Mr. Ritter, my name is Richard

8  Sherburne.  I represent Fluor Enterprises in

9  this matter.  I would tell you I have a few

10 questions for you, but I suspect it depends

11 in part on your answers.

12             I would like to start with the

13 conversation you told us you had yesterday

14 with some of the lawyers for the plaintiffs

15 in this matter.  I believe you mentioned

16 earlier that, with them, you discussed the

17 LaGrange depo, which took place yesterday.

18 And you were asked what issues or items were

19 discussed about the LaGrange depo.  And your

20 answer, well, quite nice, but I don't really

21 answered it.  I believe you said you didn't

22 focus on any particular issue.

23             I would like to know what issues

24 you, in fact, did discuss from the LaGrange

25 depo yesterday.

Page 199

1       MR. LAMBERT:

2            Objection.  Go ahead and answer

3   it.

4       THE WITNESS:

5            I'm honestly taking time to think

6   about exactly what we did talk about on it

7   other than it was a general discussion of

8   his deposition and different things were

9   discussed.  But exactly what it was?  That

10  wasn't something I was committing to my

11  memory, and that's, you know, I would like

12  to say just a general discussion.

13  EXAMINATION BY MR. SHERBURNE:

14     Q   Was the use of the travel trailer

15  as a living unit or a dwelling unit

16  discussed?

17     MR. LAMBERT:

18          With regard to the LaGrange depo?

19     MR. SHERBURNE:

20          Yes.  I was getting there, Hugh.

21  Give me a minute.

22  EXAMINATION BY MR. SHERBURNE:

23     Q   With regard to the LaGrange depo.

24     A   I don't recall if it was in a

25  discussion about a deposition or not.  It

Page 200

1   was a discussion -- I opened the door and

2   wanted to know, how do you define what is

3   what.  And that's something I said here

4   earlier today.

5        Q    That's fine.  I believe you also

6   said in regards to the drafting of your

7   report that you edited and worked from a

8   single file, which was not reviewed as a

9   document by anyone before you issued the

10  final report.

11            What I would like to ask you is

12  whether you discussed the contents of your

13  draft report with anyone before the final

14  report was issued?

15       A    I had discussions with Al Mallet.

16       Q    Did you have any discussions with

17  anyone about the contents of your draft

18  report before the final report was issued?

19       A    I had discussions with Al Mallet

20  about my report.

21       Q    Were those face-to-face

22  discussions or telephone discussions?

23       A    Telephone discussions.

24       Q    Do you know if Mr. Mallet was the

25  only other person on the line?

Page 201

```
 1      A     We never had any conference calls.
 2      Q     So I take it the answer to that is
 3 you don't know?
 4      A     I don't know, but we were not on a
 5 conference call, we were on his cell phone.
 6      Q     Was there any item in your draft
 7 report which concerned Mr. Mallet or which
 8 he asked you to alter?
 9      A     No.
10      Q     In your report, I'll refer you
11 to -- I believe you still have a copy of it
12 there, correct?
13      A     I do.
14      Q     I believe it's page 3, but -- page
15 No. 3 and the Bates number that ends in
16 0003, "Information and findings by other
17 parties that have been used in this report."
18            I believe you earlier testified
19 that included information from Mr. LaGrange
20 and information from Mr. Mallet.
21            I note that in your report in
22 several places you reference exactly
23 information from Mr. LaGrange, but it does
24 not reference any particular information
25 from Mr. Mallet.
```

Page 202

1              What information from Mr. Mallet

2    was incorporated in this report or used in

3    this report?

4         A    All the discovery materials that I

5    have in here that you have been given were

6    received from Mr. Mallet to me.

7         Q    Are those discovery materials the

8    only things from Mr. Mallet that were used

9    in this report?

10        A    Yes.

11        Q    I believe you earlier said you

12   were hired three to four months ago and

13   asked to evaluate the mechanical systems in

14   a travel trailer that had been converted to

15   a living unit.  You may have said, "dwelling

16   unit."

17             Do you view the use of living unit

18   and dwelling unit as interchangeable in this

19   context?

20        A    In the form that a living unit

21   allows for human use, yes.

22        Q    When you inspected the trailer in

23   May 2009, what physical features did you see

24   that evidenced its conversion to a living

25   unit?

Page 203

1      A    The toilet was a tank-type toilet

2   and usually it's a travel trailer-type

3   toilet.  You have a refrigerator that had

4   been changed out.  The appliances had been

5   changed.  Those are primarily the -- if we

6   could take it apart, we would go in further,

7   but those are the initial things that I saw.

8      Q    So you saw that the toilet had

9   been changed and the appliances had been

10  changed?

11     A    And that's in the FEMA

12  documentation that that will be done also.

13     Q    And when you say "take it apart,"

14  do you mean physically disassemble the unit?

15     A    Well, to do -- we weren't allowed

16  to do any destructive investigation, so we

17  weren't allowed to pull wall panels off and

18  examine cavities and spaces above ceilings,

19  below the floors, et cetera.

20     Q    When you examined the unit or

21  inspected the unit in May of 2009, the unit

22  was not mounted on concrete piers, was it?

23     A    No, it was not.

24     Q    And it was not permanently

25  connected to sewerage and electrical

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 204

1    services, was it?

2        A    I answered that question earlier.

3    No, it was not.

4        Q    I would like to talk to you for a

5    few moments, and I know that you have been

6    asked some questions about these pages, but

7    your handwritten inspection notes, because a

8    couple of things strike me.

9            And I would like to start with

10   page 5 of your report.  The very first

11   paragraph states that "The inspection was

12   allowed" --

13       MR. LAMBERT:

14           Can I interpose an objection to

15   the colloquy?  Could you start with a

16   question as opposed to a statement?

17       MR. SHERBURNE:

18           Yes.

19   EXAMINATION BY MR. SHERBURNE:

20       Q    What time did the inspection of

21   the trailer begin on Thursday, May 7?

22       A    We arrived at the gate at

23   4:00 p.m.

24       Q    I'm sorry, on Thursday, May 7 you

25   arrived --

Page 205

```
 1       A     I'm sorry, I'm sorry, I'm sorry.

 2   Thursday, the inspection was scheduled to

 3   start at 9:00.  My arrival, due to another

 4   commitment that Thursday morning, was not

 5   until after lunch.

 6       Q     That rather clears the confusion,

 7   because it's true that your notes of the

 8   Thursday, May 7 inspection, begin time-wise

 9   at 12:15, do they not?

10       A     Correct.

11       Q     So those notes reflect your time

12   of arrival at the inspection site?

13       A     Correct.

14       Q     And you don't know what happened

15   before you arrived there, do you?

16       A     I did not observe that.

17       Q     I would like to ask you then to

18   look at page -- well, your handwritten

19   notes, Bates numbered 0012.  The May 7

20   inspection notes.

21       A     Okay.

22       Q     By my count, there are about nine

23   dashes before items on that page, about five

24   or six dots, and two or three circles.

25             Does the differing use of dots,
```

Page 206

```
 1    dashes and circles mean that that

 2    information came from any different source

 3    or was information you thought -- does it

 4    signify anything?

 5         A    No.  I probably used several

 6    different colors of ink pens on it too.  I

 7    have got three different colors --

 8         Q    I understand.  I just have some

 9    engineering friends and they code things

10    that way sometimes.

11         MR. LAMBERT:

12              They also carry lots of pens and

13    pencils.

14         MR. SHERBURNE:

15              Yes, they do.

16    EXAMINATION BY MR. SHERBURNE:

17         Q    This page that is numbered 0012,

18    only reflects a time of 12:15 on it.  And

19    the next page, 0013, reflects an initial

20    time at the top left corner of 2:00 and

21    on-site.

22              Were you on-site from 12:15 until

23    2:00?

24         A    If you look on the third page, up

25    in the upper right corner, you can see we --
```

Page 207

1    I left for Lottie at 10:00 -- right corner

2    of page 3 of 3 of my handwritten notes, I

3    have written "Left for Lottie at 10:00,

4    arrived at restaurant, Joe Dreyfus, at

5    11:45, lunch meeting until 1:30."

6          Q     So is it correct to say that the

7    notes beginning on page 0012, timed at

8    12:15, are notes from that lunch meeting?

9          A     Correct.

10         Q     Who else was at that lunch

11   meeting?

12         A     Al Mallet, Chris Pinedo, Paul

13   LaGrange.

14               I remember it was -- I think

15   Mr. Bunzer was there, but I couldn't confirm

16   that.

17         Q     At the time of this lunch meeting

18   at 12:15 on May 7, had you received any

19   materials concerning this trailer or FEMA

20   trailers in general?

21         A     Had I received any materials?

22         Q     Just prior to that meeting.

23         A     Yes, I had.

24         Q     Had you reviewed those materials

25   prior to that meeting?

Page 208

1        A     I had started to review.

2        Q     Do any of the items listed with a

3   dot, dash or circle on the page numbered 012

4   come from your review of those materials?

5        A     That would be my 2 of 3 -- I don't

6   have the Bates numbers, I'm sorry.

7        MR. LAMBERT:

8             Yes, that's it.

9   EXAMINATION BY MR. SHERBURNE:

10       Q     Yes, page 2 of 3.  Correct.

11       A     No.  None of it came from review

12   of those materials from our meetings and

13   discussions.

14       Q     Every one of those dots, dashes or

15   circled items came from your discussions at

16   that lunch meeting?

17       A     Correct.

18       Q     Were any of those items on that

19   list items that you knew prior to that

20   meeting?

21       A     Since this was the 7th --

22       MR. LAMBERT:

23             Let me just interpose an objection

24   to the question.  Go ahead and answer.

25       THE WITNESS:

Page 209

```
 1              Okay.  I mean, we started talking
 2     about this case on the day before.
 3     EXAMINATION BY MR. SHERBURNE:
 4          Q    Let me ask it a different way.
 5          A    Please.
 6          Q    Are each of the items on that list
 7     items of information that were provided by
 8     other people at that meeting to you during
 9     the meeting?
10          A    Provided by others or information
11     that I wanted to, you know, that I came up
12     with, or whatever.
13              I mean, it was just -- these are
14     my meeting notes, my handwritten notes.
15          Q    Can you tell me which of those
16     came from others and which of them came from
17     your own work?
18          A    That's very broad.  Go down each
19     and every one of them, we can do that.  The
20     2-and-1/2-inch faced batt insulation, that
21     came from others.
22              If you note, I say, "Look at
23     manufacturer's literature on the
24     construction.  Look for ASHRAE standards in
25     RV HVAC."
```

Page 210

```
 1              That's a note to myself.  That's

 2    what I'm going to do.

 3              "Look at the site on Peters

 4    Street."

 5              I had not had a chance to go and

 6    look at it yet.

 7              "Jacking during setup caused wall

 8    seams to open."

 9              That was a discussion around the

10    table.

11       MR. LAMBERT:

12              You missed one, "Study the floor

13    for water vapor."

14       THE WITNESS:

15              Oh.  "Study the floor for water

16    vapor."

17              That was just something to be able

18    to look at.  "Items to come up with."

19              Let's see, the jacking we talked

20    about.

21              "The roof leak did not start

22    immediately.  Started within," and then I

23    have some bullets down there with just the

24    whole history of discussion.

25              "Unit is kept closed tight until
```

Page 211

```
 1   delivery."

 2            That was part of a discussion.

 3   "Water and moisture causes off-gassing" --

 4   or, "increases off-gassing."

 5            That was part of a discussion.

 6            "Maintain preventive maintenance,"

 7   that was part of a discussion.

 8            "The AC probably 13,500 BTUs,"

 9   that was something that I know that these

10   little units come in certain sizes, and 13,5

11   is one of the sizes, so I wrote that down.

12            We were at a table with several

13   people, several conversations going on.  I'm

14   listening to several things simultaneously

15   and as I hear something, I would maybe jot a

16   note down.

17   EXAMINATION BY MR. SHERBURNE:

18       Q    Fair enough.

19            Is it your experience as an

20   engineer that steel wool is sometimes used

21   to prevent rodent infiltration?  And by

22   rodents, I mean rats.

23       A    I know what you mean.

24   MR. LAMBERT:

25            Let me just object to the
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 212

1    phraseology.  "Is it part of your experience

2    as an engineer."

3            The "as an engineer" part is what

4    I'm objecting to.

5        MR. SHERBURNE:

6            I will rephrase.

7    EXAMINATION BY MR. SHERBURNE:

8        Q    Is it part of your life experience

9    that steel wool is sometimes used to inhibit

10   rodents?

11       A    It comes right off "Hints from

12   Heloise" as to what you can stop rodents

13   from going in buildings with and other

14   people.

15       Q    Is that because they can't chew

16   it?

17       A    That's right.

18       Q    I want to talk to you for a few

19   moments about the air-conditioning unit.

20   Did you look at the roof of the trailer

21   yourself?

22       A    We were not allowed to walk on the

23   roof.

24       Q    Did you climb up a ladder and look

25   at it on the ladder?

Page 213

```
 1        A      I looked at it from a distance on

 2    a ladder and took pictures as I could.

 3        Q      In looking at the manufacturer's

 4    documents which, quite frankly, were timely

 5    provided, it provides -- just a second and I

 6    will give you the exact page number -- on

 7    page Bates No. 0024, I think it is the

 8    Dometic document 3 at the bottom center.

 9        A      Okay.

10        Q      The copy I have that was provided

11    with the reliance materials is highlighted

12    yellow near the bottom of the left-hand

13    column.

14        A      (Witness nods head affirmatively.)

15        Q      And it -- the first highlighted

16    number is 59016.521.

17               Do you see that number in the

18    left-hand column?

19        A      Correct.

20        Q      Are those numbers highlighted

21    because that's the type of unit that was on

22    this trailer?

23        A      They are highlighted because the

24    best I could figure, that unit would be one

25    of these three units.
```

Page 214

1        Q      Okay.  And if you track across

2    this -- this page is a table of

3    specifications for that unit, is it not?

4        A      Correct.

5    MR. D'AMICO:

6              Object to the form of the

7    question.

8    EXAMINATION BY MR. SHERBURNE:

9        Q      And that table also includes

10   specifications for "SCFM max/min" in roughly

11   the middle of the page; is that correct?

12       A      Correct.

13       Q      What does "SCFM max/min" mean to

14   you as an engineer?

15       A      You want a definition of SCFM or

16   the min and max?

17       Q      Why would there be a column and

18   specifications for an air-conditioning unit

19   with that reference?

20       A      Okay.  These small package units

21   are typically multispeed motors, so they're

22   going to give you the maximum air flow and

23   the minimum air flow, using SCFM or standard

24   CFM.

25       Q      How is a standard CFM number like,

Page 215

1    for example, 325, measured to be included in

2    a table like that, if you know?

3         A    How did the manufacturer come up

4    with it?

5         Q    If you know, yes, sir.

6         A    Okay.  This is the information

7    that the manufacturer developed through

8    their testing of their unit.

9         Q    Okay.  Is SCFM a flow rate or air

10   measured under some standard conditions?

11        A    SCFM is CFM at sea level

12   pressure --

13        MR. LAMBERT:

14             Cubic feet per minute.

15        THE WITNESS:

16             Cubic feet per minute at sea level

17   pressure and I'm thinking the temperature is

18   73 degrees.

19   EXAMINATION BY MR. SHERBURNE:

20        Q    So roughly 30 inches of mercury?

21        A    Or 14.7 psi.

22        Q    Is 14.7 psi a higher or a lower

23   pressure than a negative 25 pascal rating?

24        A    I typically use psi, I don't use

25   pascals that often.  But pascals, the reason

Page 216

1    for using pascals is because it's a smaller,

2    different amount of pressure.

3              The answer to your question is,

4    it's going to be smaller.  But pascals is

5    like measuring in centimeters.  But when

6    centimeters are too big to measure, you go

7    to millimeters and then you go to

8    micrometers.  It's a scale that you're going

9    to be using.

10      Q    I think you're trying to answer my

11   question, but I'm not sure you did.

12              Is a pressure of 25 pascal a lower

13   pressure than 14 point whatever -- I'm

14   sorry, I don't remember the exact number --

15   psi that you mentioned?

16      A    I don't feel comfortable answering

17   your question right off the bat because

18   every day -- if you were asking me in terms

19   of inches of water or feet of water

20   pressure, that's what I deal with every day.

21   When I deal with pascals, I'm doing -- I

22   would like to defer to my -- my reference

23   materials that I don't have with me.

24      Q    You could figure it out?

25      A    I could figure it out, yes, it's

Page 217

1    just a conversion factor.

2         Q    Would a fan unit such as the fan

3    in this air-conditioning unit flow a greater

4    amount of air or a lesser amount of air --

5    strike that.

6              Would a fan unit such as the fan

7    unit in this air-conditioning unit, which is

8    rated at 325 standard cubic feet per minute,

9    flow more air or less air if it was flowing

10   into an enclosure that was at a negative 50

11   pascal?

12        A    Negative 50 with respect to what?

13        Q    Negative 50 as this trailer was

14   tested by Mr. LaGrange.

15        A    Because all you're doing with this

16   system, if it's installed properly,

17   everything is sealed tight, you're

18   circulating air with inside that volume.  So

19   the pressure that you have it under, I mean,

20   inside of a balloon, which is a higher

21   pressure, if you circulate air inside of it,

22   there is no effect on it.

23        Q    Yes, sir, I know.  But you said --

24   that's why I said, "as tested by

25   Mr. LaGrange."  You have testified that this

Page 218

1    trailer was very leaky.

2        A    Correct.

3        Q    Would a fan rated at 325 standard

4    cubic feet per minute flow more air or less

5    air than 325 --

6        MR. LAMBERT:

7            Or the same air.

8    EXAMINATION BY MR. SHERBURNE:

9        Q    -- or the same air, if it was

10   flowing air into this trailer as tested by

11   Mr. LaGrange at negative 50 pascal?

12       MR. LAMBERT:

13           Okay, let me just interpose an

14   objection because you have got it going in,

15   but he just told you, it's a circulating

16   system, it's coming out.

17       MR. SHERBURNE:

18           He's also told us it's leaking,

19   that's why I asked the question.

20       THE WITNESS:

21           Okay.  All right.  The problem I'm

22   having with your question is "as tested."

23   Is it during the test or is it -- when are

24   you talking about?  Is it flowing it during

25   the test because "as tested" with 50 pascals

Page 219

```
 1    on it, I'm -- I want to know what time

 2    period, when are you talking about, when is

 3    it that you're talking about?

 4    EXAMINATION BY MR. SHERBURNE:

 5         Q    I'm talking about during the test.

 6         A    Okay.

 7         Q    Let me ask it a different way,

 8    okay.

 9              Assume that this fan was fully

10    loaded to its capacity during the LaGrange

11    test at minus 50 pascal --

12    MR. LAMBERT:

13              I have got to object right there

14    because I don't understand --

15    MR. SHERBURNE:

16              It's a hypothetical, let me

17    finish.

18    MR. LAMBERT:

19              A fan fully loaded?

20    MR. SHERBURNE:

21              Yes.

22    EXAMINATION BY MR. SHERBURNE:

23         Q    Do you understand the fan being

24    fully loaded?

25         A    Uh-huh.
```

Page 220

```
 1        MR. SHERBURNE:

 2             You should know that, Hugh, you

 3    have got a propeller airplane.

 4    EXAMINATION BY MR. SHERBURNE:

 5        Q    Assume the fan is fully loaded to

 6    its capacity during the test by

 7    Mr. LaGrange, is it flowing more than

 8    325 feet per minute at the front of the fan

 9    or less than 325 feet per minute in front of

10    the fan?

11        MR. LAMBERT:

12             Objection.

13        THE WITNESS:

14             You have thrown in now -- here,

15    again, you say, "the front of the fan."  At

16    the inlet of the fan?

17    EXAMINATION BY MR. SHERBURNE:

18        Q    At the exhaust to the fan.  On the

19    back side of the fan where the air is coming

20    out.

21        A    Okay.  Because you said the front

22    of the fan, now you're talking about the

23    back of the fan.

24        MR. LAMBERT:

25             I'm -- okay.  The sucking in part
```

Page 221

1    or the blowing out part?

2        MR. SHERBURNE:

3            If it makes a difference, let him

4    tell us it makes a difference.  But I mean

5    where it exhausts.

6        THE WITNESS:

7            Okay.  This is how I'm going to

8    answer your question.

9            If the fan is loaded to its motor

10   amperage of 6 amps at the static pressure,

11   as I am assuming here .4 inches, then the

12   fan will move the 325 CFM under any of the

13   conditions you give.

14           If you change any of it, you'll

15   see a corresponding change in amperage or

16   some other condition.

17   EXAMINATION BY MR. SHERBURNE:

18       Q    Do you know in pounds that what

19   was being supplied to the unit on the day of

20   the testing was capable of 5 and 6 amps at

21   the rated voltage?

22       A    Yes, it was.

23       MR. SHERBURNE:

24           That's all the questions I have.

25   Thank you.

Page 222

```
 1       MR. LAMBERT:

 2            Great.  I just have a few

 3   questions.

 4   EXAMINATION BY MR. LAMBERT:

 5       Q    Let's see.  One of the questions

 6   you were asked was about humidity based on a

 7   report of Mr. LaGrange, and I have it here.

 8   I don't have it now.

 9            Do you have it in your book?

10   There's a little chart.

11       A    It was in the LaGrange report?

12       Q    I think so.

13       MR. DERHAM:

14            I don't think the LaGrange report

15   is in his reliance materials.

16       MR. SHERBURNE:

17            It's not.  I think I may have a

18   copy.

19       MR. DERHAM:

20            I didn't bring one.  Okay.

21   EXAMINATION BY MR. LAMBERT:

22       Q    I'm just going to ask you to refer

23   to this.  I'm not going to attach it.

24            Do you see those temperatures and

25   humidities?
```

Page 223

1       A    Yes.

2       Q    Now, on this particular day, the

3  outside humidity was relatively low, wasn't

4  it?

5       MR. DERHAM:

6            Hugh, what day are you talking

7  about?

8       MR. LAMBERT:

9            The day these readings were taken.

10  EXAMINATION BY MR. LAMBERT:

11      Q    In the 70 degree -- 70 percentile

12  range.

13      A    Yes, they were in the 70

14  percentile range.  I don't know if I would

15  say they were low.

16      Q    Doesn't matter if it is high or

17  low, they're in the 70 range.

18           And here later in the day, the

19  inside humidity seems to be higher, correct,

20  with the corresponding temperature?

21      A    Correct.

22      Q    So that may be after the door has

23  been opened and closed for a while?

24      A    Correct.

25      Q    You've been asked a million

Page 224

1    questions about how the negative pascals

2    affect the humidity inside the trailer and

3    air flow and all that stuff.

4            Is it fair to say that when you're

5    asked about outside air being brought into

6    this unit when the windows and doors are

7    closed through the operation of the

8    air-conditioning system, which I think we're

9    focused on, that absent some wide-open path,

10   the leaks, assuming they're in the outside

11   of the trailer, which they have to be in

12   order to get inside, would come through the

13   cavities, one of them, either the ceiling or

14   the floor or the walls?

15       MR. DERHAM:

16           I'm going to object to the form.

17       MR. LAMBERT:

18           Fine.  You did.

19   EXAMINATION BY MR. LAMBERT:

20       Q    It comes through the walls,

21   doesn't it?

22       A    It would have to come through wall

23   structure, which would be going through the

24   cavities and up to the point where it would

25   be stopped by the vinyl side -- the facing

Page 225

1    of the prefinished paneling inside.

2         Q    All right.  So now, the prefaced

3    paneling inside, which is a moisture

4    barrier, would keep moisture in the cavity,

5    correct?

6         MR. DERHAM:

7              Object to the form.

8         THE WITNESS:

9              Correct.

10   EXAMINATION BY MR. LAMBERT:

11        Q    And then whatever gases were in

12   the cavity being generated by this

13   combination of temperature and moisture

14   would then come into the living space

15   through the openings that you described,

16   meaning the light switches and plugs and so

17   on, correct?

18        A    That's correct.

19        Q    All right.  And any leaking

20   air-conditioning that was in the ceiling,

21   for example, would likely push whatever

22   gases were in that cavity in the ceiling

23   into the living space, correct?

24        A    It will be a driving force, yes.

25        Q    Okay.  Now, you have told us about

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 226

1    the thickness of the insulation on the

2    air-conditioning ducts and that there was an

3    R factor of 7 suggested or required by the

4    manufacturer, correct?

5         A    Correct.

6         Q    All right.  And you also told us

7    that based on what you observed as the duct

8    board construction of the air-conditioning

9    duct, and what you know about duct board as

10   far as its R factor, meaning, I guess, it's

11   insulated quality?

12        A    Insulated, resistance to heat

13   flow.

14        Q    Okay.  What you -- what you were

15   faced with was a 2-and-12-inch space?

16   MR. DERHAM:

17        Let me just object real quick

18   because I don't know that he observed duct

19   board.

20   EXAMINATION BY MR. LAMBERT:

21        Q    Okay.  Did you see what the vents

22   were made out of -- the ducts?  I'm sorry.

23        A    No, I can't say I know what the

24   ducts were made out of.

25        Q    Okay.  Assuming they were made out

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 227

1    of duct board, is that what you were doing?

2         A    Correct.

3         Q    Okay.  What is the effect of

4    having a lower R factor air-conditioning

5    duct lower than the manufacturer's

6    recommendation, what effect would that have

7    on the operation of the system?

8         A    Reducing the R factor is going

9    to -- you're going to have more heat gain

10   through the ductwork, which is going to tend

11   to warm up the air.  It's going to take away

12   your cooling effect that your unit is giving

13   you.  So you'll have reduced capacity or the

14   apparent reduced capacity, leaving the unit

15   maybe 15,000 BTUs to cool that space.

16   Before it gets to the space, it's already

17   doing some work by cooling the cavity.

18        Q    Okay.  So the one effect that it

19   has with the R factor that is appropriate,

20   is that the cold air that comes out of the

21   unit when it is created in the air

22   conditioner itself, warms up before it gets

23   to the outlet?

24        A    That is correct.

25        Q    And that would be less likely to

Page 228

```
 1    occur in that one vent you're looking at

 2    that's there on the unit, correct?

 3         A     Correct.

 4         Q     Okay.  Now, let's assume the air

 5    is going down the vent to one of the

 6    bedrooms or the bathroom, the back or the

 7    bunks or wherever it's going and you have

 8    got this low R factor in the

 9    air-conditioning duct.  Can that also

10    promote sweating?

11         A     Yes, it can.

12         Q     And sweating means moisture and

13    condensation on the outside of the duct?

14         A     Correct.

15         Q     Okay.  Now, you've been asked

16    about R factors having to do with the

17    air-conditioning systems manufacturer's

18    recommendation and you said that, based on

19    their recommendations, the R factor

20    requirement was not met, correct?

21         A     Correct.

22         Q     Considering the width of the wall

23    joists and the outside material used for the

24    skin of the trailer and what you know to be

25    the inside material used for the inside
```

1    wall, and this insulation between, did you

2    do any calculations about what the R factor

3    would be on that wall?

4        A    No, I didn't do that, but

5    Mr. LaGrange did and it's in his report.

6        Q    Okay.  And if you were asked to

7    somehow fix this living space, can you give

8    me a little brief list of what it would be

9    that you would do to try and correct this

10   living space if it were to be inhabited as a

11   housing unit as opposed to a travel trailer?

12       MR. DINNELL:

13            Object to the form of the

14   question.  Go ahead.

15       THE WITNESS:

16            I would improve the insulation

17   qualities of the walls, tighten them up.  I

18   would increase the depth of the joist space,

19   the cavity space, and the ceiling so that

20   you could have properly sized ductwork up

21   there using properly insulated ductwork.

22            Doing that, sealing up the

23   ductwork, it's tight, 15,000 BTU unit would

24   be just fine for this space.  But as you

25   tighten it up, you're going to need to bring

Page 230

1    in some dedicated outside air that's

2    pre-conditioned, so that's going to mean

3    using something on the order of like a whole

4    house dehumidifier type unit, which are made

5    to bring in, depending on the size you

6    select, anywhere from about 65 to 125 CFM of

7    outside air that is pre-conditioned.

8              It also acts by continually

9    dehumidifying the interior space so that, as

10   you bring in a number of occupants into that

11   small of an area and the human body

12   continues to sweat all the time.  That's how

13   we feel cool.  So we're giving off water

14   vapor.  So if you seal it up with a family

15   in that small a space, you're going to start

16   having a higher humidity level just from the

17   people.

18             So it's necessary to dehumidify

19   constantly, even whenever the

20   air-conditioning unit satisfies temperature.

21   The thermostat is not designed to control

22   humidity within space.  It is what it says,

23   a thermostat.  You have to have a hemostat

24   on an appropriate system to be able to

25   control and remove the moisture.  So that

Page 231

1    would be going into that.

2         Make sure the floor is insulated

3    properly.  You only have a 35,000 BTU

4    heating unit, which should be more than

5    enough, especially with human occupancy.

6    But with the reduced insulation -- I

7    shouldn't say "reduced" -- but the

8    insulation of an inch and a half in the wall

9    and two and a half in the ceiling, it is

10   not -- it's going to have a great heat loss

11   in the wintertime.  And we didn't talk a lot

12   about that, but comfort in the wintertime,

13   when you have cold weather, cold fronts come

14   through, would also be affected.

15        So by doing the insulation, you

16   solve all the problems so the units that

17   were selected, which worked fine for that,

18   would work fine for this dwelling unit

19   conversion with good insulation and good

20   wall construction and the addition of a

21   whole house dehumidifier with outside air

22   capability brought in.  That would solve the

23   majority of the problems you have here.

24   EXAMINATION BY MR. LAMBERT:

25        Q    All right.  Now, is it your belief

Page 232

1    that if this unit were to be used just as a

2    travel trailer, meaning crank up the air

3    conditioner at night and whatever, and use

4    the unit for brief periods of time, would

5    you have to do all this kind of stuff?

6             Let me rephrase.  If it were used

7    as a travel trailer, not as a permanent or

8    semipermanent, however you want to call it,

9    housing unit, do you think that it will be

10   necessary to have, for example, the

11   dehumidifier system?

12       MR. DINNELL:

13            Objection, form.

14       MR. DERHAM:

15            Objection.

16       THE WITNESS:

17            As a travel trailer/recreational

18   vehicle that's used as a -- I will call it a

19   good insulated tin on wheels with an

20   air-conditioning unit out in the woods, it

21   would be great used there for its purpose to

22   give you shelter while traveling.

23            But for a dwelling unit, you're

24   going to run into problems.

25   EXAMINATION BY MR. LAMBERT:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 233

```
 1        Q     You mentioned -- you were asked a
 2   whole bunch of questions about different
 3   kinds of regulations that apply or don't
 4   apply to travel trailers.
 5               I want you to think about those
 6   and also think about what you told us you do
 7   on a yearly basis when you consider your
 8   environmental -- the environmental part of
 9   your engineering, the health and safety
10   part --
11        A     Taking -- I'm sorry, I cut you
12   off.
13        Q     No, go ahead.
14        A     Are you talking about going to
15   Life Safety Code seminars?
16        Q     Yes.  When you look at those sorts
17   of issues having to do with the ambient
18   conditions that people are exposed to
19   long-term, is there any reason why you
20   shouldn't follow the standards that you have
21   mentioned that apply to dwellings?
22        A     As an engineer doing design, it
23   would be unethical for you to design
24   something that could put the public or
25   people in harm.
```

Page 234

1              So for lack of the codes, because

2      it's a travel trailer, and to say there are

3      no codes or standards available, that as an

4      engineer, you have to use your best judgment

5      and codes that may not say, "travel trailer"

6      on it, but codes that you know will protect

7      the public and the people living in it.

8         Q    In other words, the travel trailer

9      being used as a housing unit would make, in

10     your judgment as an engineer, those sorts

11     regulations appropriate?

12        MR. DERHAM:

13             Object to the form.

14        THE WITNESS:

15             Correct.  As I had answered in a

16     previous question, if it went to the State

17     Fire Marshal's office, they would also apply

18     appropriate codes for their review if there

19     were nothing for the travel trailer

20     industry.

21     EXAMINATION BY MR. LAMBERT:

22        Q    You were asked a series of

23     questions about duct, and I hate to beat the

24     duct on the head some more, but I'm going to

25     just ask you a little bit more about the

Page 235

1   duct.

2            Remember all of those questions

3   about surface area and pressure and stuff?

4        A    Correct.

5        Q    Okay.  Now, a rectangular duct,

6   the more rectangular it gets, the more

7   surface area you've got, right?

8        A    Correct.

9        Q    Okay.  And an increased surface

10  area is going to increase drag, correct?

11       A    Correct.

12       Q    Okay.  And so the pressure inside

13  of the duct that's rectangular, for example,

14  is going to deliver more air to where it's

15  going than the one that's rectangular, isn't

16  it?  Or tell me how that works.

17       A    Okay.  The most efficient duct

18  design is a square duct.

19       Q    All right.

20       A    Okay.  It uses the least amount of

21  material, it uses the least amount of

22  surface area for friction loss, which is

23  another term used as drag.

24            So as you flatten the duct out and

25  decrease one dimension, greatly decrease the

Page 236

1    other to be able to get the same flow as you

2    would through a square duct, you've got to

3    increase those dimensions.  So you --

4    without my method and means of calculating

5    and knowing the air flow, you could end up

6    with one and a half, maybe twice as much

7    surface area to be able to get the flow

8    through it at the same friction loss,

9    pressures of the duct.

10            Now, if you want to keep it within

11   the cavity space, the other solution is, you

12   put more force behind the air to push it.

13   Increase the fan.  So that's the reason why

14   the manufacturer tells you that 325 SCFM,

15   standard CFM, will leave this unit when the

16   motor is loaded to 6 amps and you have a

17   pressure of .4 inches of water in the duct.

18        Q    All right.

19        A    Now, if you increase to 1.1

20   inches, this is either a two-speed -- I can

21   figure this out.  But if you increase the

22   pressure in the duct at 1.1 inches, which

23   means you're going to make the duct smaller,

24   you may find that you're at 250 standard CFM

25   at that same load.

Page 237

1        Q      Reduced efficiently?

2        A      Exactly.

3        Q      Okay.  Now, you mentioned --

4        A      Excuse me.  I kept saying 6 amps,

5     I was using was locked rotor amps.  The true

6     number I should have been using was the

7     column to the left of it, 2 and 1/2 full

8     load amps.

9        Q      Okay.  Now, I think you said that

10    you thought one of the reasons why the

11    manufacturer thought this unit was going to

12    be operating at about its maximum was

13    because of the suggestions on the page 2 of

14    the manufacturer's information, which you

15    have provided to us.  It says, "Park the RV

16    in the shade, use windows shades, keep the

17    windows and doors shut to minimize usage,

18    avoid the use of heat-producing appliances."

19              Then it says, "Operating on high

20    fan/cooling mode will go optimum or maximum

21    efficiency in hot, humid and high outside

22    temperatures," right?

23        A      Correct.

24        Q      And then it suggests that you

25    start the thing early to help it get a head

Page 238

1    start, it says, for maintaining the

2    temperatures during the day?

3          A    Correct.

4          Q    These are all methods of getting

5    the maximum use or the maximum bang out of

6    this small air-conditioning unit?

7          A    Correct.  What the manufacturer is

8    saying here is that they run into --

9    evidently, they have had complaints, is what

10   this is telling me.

11              So they say, start it up early in

12   the morning.  Well, with an inch and a half

13   of insulation in the wall, see, an inch and

14   a half, three and a half inches is -- I'm

15   going off the top of my head, I don't have

16   Paul's report in front of me -- but if three

17   and a half inches of insulation is between

18   11 and 13 in an R value, so going about half

19   that or cutting it to maybe 5 or 6 in the

20   wall --

21          Q    Let me help you.  Let's make it

22   simple.  That's why you want a thicker wall,

23   right?

24          A    Exactly.  What's happening is, if

25   you precool that wall, you're cooling from

Page 239

1    the inside to the outside.  Insulation just

2    slows heat down, insulation does not stop

3    heat.  We have yet -- and we are still

4    searching for that perfect insulator.  It

5    hasn't happened yet.  The guy that invents

6    it is going to be bigger than Bill Gates.

7            But he hasn't done it yet.  So

8    it's going to slow down.  The more

9    insulation, the greater the resistance to

10   heat flow one way or the other.  So with an

11   inch and a half, you have a minimum amount

12   of resistance to heat flow on that wall.  So

13   if you start cooling early before the heat

14   of the day, you're going to cool that wall

15   down.  And then as it heats up, that wall is

16   going to start warming up from outside to

17   in.

18       Q    All right.  Now, Mr. Ritter, let's

19   just focus for a minute here on this

20   situation.  You expect for this moisture

21   barrier that's on the inside of the housing

22   unit wall to trap the moisture in the wall,

23   correct?

24       A    Say it again.  I'm sorry.

25       Q    The moisture barrier, that

Page 240

1    laminated sort of surface on the inside of

2    the vinyl board?

3         A    The vinyl.

4         Q    Yes.  That's going to keep the

5    moisture in that space between the outside

6    wall and the inside wall, right?

7         A    Correct.  It's going to act as a

8    vapor barrier.

9         Q    Assuming that that creates gases

10   inside of the wall space that contain

11   formaldehyde, would this negative pascal

12   inside the housing unit when the air

13   conditioner is operating tend to suck those

14   gases inside?

15       MR. DERHAM:

16            Object to the form.

17       THE WITNESS:

18            Yes, it would.

19   EXAMINATION BY MR. LAMBERT:

20        Q    Now.  If this unit is being used

21   on a travel-trailer basis, we'll call it,

22   during the time when the wall space is

23   equalized, in other words, the air

24   conditioner is off, wall spaces, outside

25   pressure, everything equalizes and it leaks

Page 241

```
 1    a little bit and in both outside and the

 2    inside, there would be conceivably a time

 3    frame when the moisture inside of this wall

 4    space would dry up, correct?

 5        MR. DINNELL:

 6            Object to the form.

 7        MR. DERHAM:

 8            Object to the form.

 9        THE WITNESS:

10            Yes.

11    EXAMINATION BY MR. LAMBERT:

12        Q    If the unit is used in the

13    summertime in Louisiana when it's hot and

14    humid all the time and the air conditioner

15    is running pretty much all the time as

16    suggested in the operating manual here, then

17    there's no opportunity for this moisture to

18    dissipate or disappear in this wall space,

19    correct?

20        MR. DINNELL:

21            Same objection.

22        MR. DERHAM:

23            Same objection.

24    EXAMINATION BY MR. LAMBERT:

25        Q    Or less of an opportunity?
```

Page 242

1       A     Well, what happens is, you have --

2       Q     Can you answer the question?

3       A     Yes, I can answer the question.

4       Q     Is there less of an opportunity

5   for the moisture to dissipate in the wall

6   space if you're operating the unit all the

7   time as you would be if you were living in

8   it on a permanent basis?

9       MR. SHERBURNE:

10            Let me object to that.  It does

11   going beyond the scope.

12      MR. DERHAM:

13            Renew my objection as well.

14   EXAMINATION BY MR. LAMBERT:

15      Q     Go ahead.

16      A     Okay.  Running the

17   air-conditioning unit continuously will --

18   because you're cooling down, you're going to

19   be having moisture attracted to the lower

20   temperatures of which there's going to be

21   points inside that wall that are at or below

22   dewpoint, which condensation is going to

23   start occurring.

24            And if you want run it all the

25   time, you're going to be maintaining that

Page 243

1   wall, a condition that is going to allow for

2   condensation to build up as -- you will have

3   some times of the day whenever the moisture

4   will tend to try to evaporate back.

5          But since the trailer is under a

6   negative pressure, that water vapor is still

7   being held into that cavity, it's not going

8   to be forced back out.  So as soon as it

9   starts cooling down again, it's going to

10  recondense, but you're going to have already

11  gotten your insulation wet and you're losing

12  your R value of that.  So now you've got a

13  cycle started that stays wet.

14       Q    Okay.  Now, back to this duct

15  again.  23 percent loss in the duct, is that

16  what you got?

17       A    23 percent of the supply --

18       Q    It's not what LaGrange got?

19       A    Okay.  No, I'm not going to say

20  whether that's LaGrange or not.

21       Q    Okay.

22       A    But I will say that according to

23  LaGrange's report, there was 76 CFM of air

24  leaking out of the supply duct.

25       Q    Okay.

Page 244

```
 1        A     The unit supplies 325 CFM.

 2        Q     Max?

 3        A     Max.  And that is 23 percent of

 4    the air was leaking out of the system

 5    instead of being delivered to the living

 6    space.

 7        Q     What if it was operating at the

 8    lower end of this CFM range?

 9        A     Which is 230, 250.

10    MR. SHERBURNE:

11              Objection, form.  Standard CFM?

12    EXAMINATION BY MR. SHERBURNE:

13        Q     Standard CFM.  Go ahead.

14        A     With your standard CFM, for the

15    record, when we say "CFM," we will assume

16    it's standard CFM?

17        Q     Right.

18        A     So 76 -- they say it's 75 CFM

19    divided by 250 is going to be somewhere in

20    the neighborhood of over 30 percent -- I saw

21    a calculator here -- 30.4 percent.  So we go

22    from --

23        Q     Somewhere between 23 and

24    30 percent leakage, correct?

25        A     Correct.
```

Page 245

1     Q    Okay.  Now, you were asked a whole

2   bunch of questions about what's okay and

3   what's not okay.  That's clearly not okay,

4   right?

5     A    That's definitely a major loss of

6   air in the system.

7     Q    Okay.  And you were asked about

8   whether or not you needed to use these

9   calculations of surface area versus

10  pressure, da-da-da-da-da, and you said most

11  of the time when you use those kinds of

12  calculations, you're designing a system;

13  remember that?

14    A    That's correct.

15    Q    Okay.  When you're testing a

16  system, the blower door and the duct

17  blaster, as best you know, are appropriate

18  for testing, correct?

19    MR. DERHAM:

20         Object to the form.

21    THE WITNESS:

22         They are appropriate.

23  EXAMINATION BY MR. LAMBERT:

24    Q    And that's giving you actual

25  readings with regard to leakage, correct?

Page 246

1       A    Correct.

2       Q    So you're not there calculating a

3    leakage, you're measuring it, correct?

4       A    That is correct.

5       Q    And in this situation, you're

6    getting between 23 percent and 30 percent,

7    depending on whether it's pumping at 325

8    standard CFM or 250 standard CFM, which is

9    in no way acceptable, correct?

10      A    That is correct.

11      MR. DERHAM:

12           Objection to form.

13   EXAMINATION BY MR. LAMBERT:

14      Q    Now, you were asked a bunch of

15   questions about how these leaks occurred and

16   you didn't look because you were not allowed

17   to tear the ceiling apart, correct?

18      A    That is correct.

19      Q    But you know if you're building a

20   unit, whether it's a housing unit or travel

21   trailer or whatever it is, it's going to be

22   moved on wheels.  From an engineering

23   standpoint -- a mechanical engineering

24   standpoint, doesn't it seem logical that you

25   would make connections in the ductwork so

In Re: FEMA Trailer Formaldehyde Products Liability Litigation            Videotaped Deposition of Ervin L. Ritter, Jr.

Page 247

1    that they wouldn't fall apart or leak as a

2    result of the anticipated foreseeable

3    motion?

4          MR. DERHAM:

5              Objection to form.

6          THE WITNESS:

7              That is correct.

8    EXAMINATION BY MR. LAMBERT:

9          Q    Now, you were asked a bunch of

10   questions about the split-open paneling in

11   the bathroom and the bedroom, remember those

12   questions?

13         A    Correct.

14         Q    And there was duct tape that was

15   used to hold it together, remember that?

16         A    Yes.

17         Q    You saw the duct tape, right?

18         A    Yes.

19         Q    Now, let me ask you to make the

20   assumption that the opening was so wide at

21   that point that at least between the two

22   joists, that flange, that opening on either

23   side, that air space right in there would be

24   communicating with the inside ambient

25   conditions in the room, correct?

Page 248

1       A     Correct.

2       Q     All right.  Under those

3    conditions, you wouldn't necessarily expect

4    to see wet insulation or wet wood, would

5    you?

6       A     No, I would not.

7       Q     Okay.  The wet wood and insulation

8    would be occurring in the area that was not

9    sort of wide open to the inside environment?

10      A     That is correct.

11      Q     Okay.  Now, the implication that

12   outside air coming inside to this housing

13   unit as a result of negative pascal is an

14   improper implication that that's necessarily

15   fresh air, isn't it, because it's being

16   drawn through this contaminated air in the

17   cavity that's surrounding the living space?

18      MR. DERHAM:

19           Object to the form.

20      MR. DINNELL:

21           Objection to form.

22   EXAMINATION BY MR. LAMBERT:

23      Q     Isn't that correct?

24      A     That's correct.  It's outside air,

25   it's not fresh air.

Page 249

1        Q    It is outside air that's then

2   being filtered through a contaminated cavity

3   which, if it contains formaldehyde, it's

4   going to bring that into the living unit?

5        MR. DERHAM:

6             Object to the form.

7        MR. DINNELL:

8             Object to the form of the

9   question.

10       MR. SHERBURNE:

11            Same objection.

12   BY MR. LAMBERT:

13       Q    Isn't that correct?

14       A    That is correct.

15       Q    Okay.  And what you know is that

16   we've got a living space that's surrounded

17   by, on the top and either side and the

18   bottom, by cavities that have a low R

19   factor, which are basically little

20   germination chambers for moisture and hot

21   air and formaldehyde?

22       MR. DERHAM:

23            Object to the form.

24       MR. SHERBURNE:

25            Objection, beyond the scope of his