# Investigation of FEMA Travel Trailer NO. 1041407 VIN 1NL1GTR2551021783 Located At FEMA LOCATION 5310 OLD STATE HIGHWAY LOTTIE, LOUISIANA 70756

Prepared by
Ervin L. Ritter, P.E.
250 Ridgeway Drive, Ste. C-3
Lafayette, Louisiana 70503

3009 20th Street, Ste. D
Metairie, Louisiana 70002

May 15, 2009

ALX-EXP-60-000001

Table of Contents

Executive Summary………………………………………………. 4

Inspection of the FEMA Travel Trailer……………………….…5

Design Review ...................................................................................7

Code Review ……………………………………………………10

The following attachments are part of this report :

Exhibit RCE 1

Exhibit RCE 2

Exhibit RCE 3

This report has been prepared by Ervin L. Ritter, P. E. This report is based on inspections, observations, investigations, calculations, and research by Ervin L. Ritter, P. E.

Information and findings by other parties have been used in this report. This report reflects the writer's opinion based on the available information and physical examination of the evidence. This report may be modified and/or revised in total and/or part due to any discovered conditions, research or other related facts. All rights to modify and/or revise this report are reserved.

Ervin L. Ritter, P.E.
5/15/0

[Seal: STATE OF LOUISIANA — ERVIN L. RITTER — REG. No. 16639 — REGISTERED PROFESSIONAL ENGINEER IN MECHANICAL ENGINEERING]

ALX-EXP-60-000003

**Executive Summary**

This travel trailer was manufactured in December 2004 for FEMA. Apparently it was not used until Hurricane Katrina occurred. The trailer was moved from a site in Florida to New Orleans, Louisiana. The trailer was used for temporary housing. This trailer was one of many trailers purchased by FEMA for emergency housing in the aftermath of a disaster.

This trailer has a roof-mounted air conditioning unit feeding into ducts installed in the ceiling cavity. The heating is a separate system with ducts installed in the floor cavity. The air conditioning ducts located in the ceiling were found to leak. The heating ducts located in the floor were also found to leak. The testing of the ducts was performed by Paul LaGrange with LaGrange Consulting.

The trailer was tested for air leakage by Paul LaGrange. His results showed that there is substantial air leakage through the envelope in addition to the air leakage in the air conditioning and heating duct systems.

The air leakage in the envelope and the ducts will mean that the interior will be in a negative pressure condition with respect to the envelope cavities and the exterior. Outside air will be infiltrate through the building envelope any time that the air conditioning system or heating system is in operation.

In the summer time, the duct leakage will cause condensation to occur in the envelope cavities (wall cavity, ceiling cavity and floor cavity) by lowering the dew point in this space. This negative pressure condition, high summer time humidity levels, and leakage in the envelope will contribute to elevated moisture levels in the trailer envelope cavities and elevated humidity levels in the trailer. The air inside the trailer would feel warm and moist. This leaking humid air will allow water vapor to move through and into the envelope cavity since there is not a vapor barrier in the wall located in the exterior side of the wall.

The fact that there will be moisture in the envelope cavity and the interior of the trailer is a negative pressure state with respect to the exterior, any contaminants in the building materials or in the cavity of the envelope will be drawn into the interior of the trailer.

**INSPECTION OF THE FEMA TRAILER**

The inspection of the trailer was allowed on Wednesday, May 6, 2009 from 4:00 p.m. to 7:30 p.m. and on Thursday, May 7, 2009, from 9:00 a.m. to 5:00 p.m. During this inspection only approved persons, procedures and tests were allowed. This limited the fact gathering on the mechanical system.

The trailer inspected is identified as a FEMA 1041407 Trailer as manufactured by Gulf Stream and indicated as a Cavalier Model. The trailer is located in a FEMA facility located at 5310 Old State Highway, Lottie, Louisiana, 70756.

The initial start of the inspection was to photo-document the exterior of the trailer. This was done while the air sampling of the interior was underway. During the air sampling the door was opened several times by FEMA personnel. It was requested that the door remain closed while the testing was being conducted.

The inspection continued with the photo-documentation on the first day. The second day was spent on photo-documentation of the interior and observing the blower door test conducted by Paul Lagrange. Photo-documentation on the interior was done while the blower door test was underway.

Information gathered at the inspection is in the attachment labeled Exhibit RCE 1.

The trailer is constructed of 2" x 2" wood studs with 1 ½" thick fiberglass batt insulation, metal exterior with horizontal seams and pre-finished vinyl covered board on the interior. The roof is constructed of 2" x 3" rafters (joists) with 2 ½" thick fiberglass batt insulation, single ply membrane roof and pre-finished vinyl covered board on the ceiling. The floor is 2" x 3" joists with 2 ½" thick batt insulation on a metal trailer structure/frame with a floor deck and sheet vinyl type flooring and a Tyvek-type material closing the exterior side.

The travel trailer was powered and the air conditioning unit was started and run for the inspection. It was noted that there was considerable condensation on the ceiling grille of the unit and on areas of the ceiling around the air conditioning unit. It was observed that there were cold spots on the ceiling indicating and confirming that there is air leaking from the air conditioning ducts into the cavity between the ceiling and the roof.

It was also noted that the air conditioning unit was producing continuous condensate which was draining on to the roof and running down the side of the trailer. There was a continuous flow of condensate from the air conditioning unit. The unit was removing moisture from them air inside the trailer and the air infiltrating through the envelope into the interior of the trailer.

The air conditioning is provided by a Dometic Quick Cool 15,000 BTUH unit mounted on the roof. The air conditioning ducts are located in the cavity space between the ceiling and the roof. The exact size of the ductwork could not be determined due to its concealed

location.

The heating is provided by one heating unit located under the bench seat at the dining table. No information could be found on this unit. Due to the concealed location, the unit could not be inspected nor photographed. The heating ducts are concealed in the cavity space between the floor and the bottom Tyvek-type material closing the bottom.

The condition of the air conditioning and heating ducts could not be inspected due to their concealment in the ceiling and floor cavities. The blower door test did prove that the ducts do leak substantially.

The blower door test indicated a high amount of leakage in both duct systems. The leakage is into the cavity of the walls and the floor. This leakage is causing the trailer to be in a negative pressure condition. The condition will cause air leakage from outside to inside even when the windows and doors are closed.

While the blower door test was being done, it was noted that daylight could be seen around the opening where the power inverter is installed. This indicates that there is a hole in the black Tyvek type membrane.

The pictures taken will be attached as Exhibit RCE 2.

**DESIGN REVIEW**

The construction of the trailer and air conditioning and heating systems have deficiencies in installation which tends to maintain a higher than normal moisture content in the walls. This coupled with the typical climatic conditions normally experienced during the late spring to fall seasons will increase the moisture in the walls and infiltration into the trailer. Moisture contained in the wall will condense in the wall and allow the wood materials to increase in moisture content. The condensation will occur as the sun load (daytime heating) decreases to the evening and night. As this cooling occurs the interior wall temperatures drop to, and below, the dew point. When the temperature is below dew point, the moisture in the form of water vapor, will condense to water inside the wall. This is a cycle which will continue for five to six months of the year. The water vapor will move into the wall and through the wall materials unless stopped by a vapor barrier. The interior wall panels are covered with a vinyl wall covering. This vinyl wall covering acts as a vapor barrier.  This vapor barrier would be located in the wrong place for conditions in hot humid areas of the country.  Water vapor and water from the condensed water vapor cannot go through the interior wall. The moisture in the wall will condense, evaporate and condense again. This is the cycle which will occur every summer season.

This type of wall construction will allow these conditions anytime the indoor temperature is maintained at or below 75 degrees F. and the dew point is at or above 75 degrees F. The following roof and wall sections graphically show how the temperature changes through the wall composition. Since the exterior and interior materials are very thin, the transition through the insulation is close to a straight line (or linear) relationship.


Roofing/Ceiling Section


Wall Section

Considering that the construction of the air conditioning ductwork leaks cold conditioned air into the roof cavity, the amount of condensation which can occur would be even greater. The amount of condensation could give the appearance of a roof leak. As the air moves through the roof to the walls, there would be an increase in the condensation in the walls also, but not to the extent as in the ceiling cavity.

The duct leakage, the air which is leaked into the ceiling and wall cavities, must return to the unit return air inlet.

According to the blower door test the air conditioning ductwork is leaking 76 CFM of air into the cavity and 29 CFM is leaking through to the outside. This 29 CFM will return to the inside as outside air infiltration. This will add moisture from the outside air to the wall cavity. This air leakage will cause the inside space to be under a negative pressure with respect to the outside air.

The heating air duct was found to have 152 CFM leakage into the floor cavity with 87 CFM leakage to the outside of the Tyvek air barrier. This condition will keep the inside of the trailer under a negative pressure with respect to the outside during the heating season. This condition is not as serious as with the air conditioning ductwork because the outside air during the heating season has a lower moisture content.

In review of the manufacturer's literature on the air conditioning unit (attached as Exhibit RCE 3), there are disclaimers about not being responsible for "damage caused by condensed moisture on the ceilings or other surfaces. . . . .keeping doors and windows closed when this air conditioner is in operation will minimize condensed moisture on cold surfaces." It appears that there may have been an issue with condensed moisture in the past; however, it should be noted that any surface with a temperature at or below the dew point would be considered cold. For example, if the surface is 75 degrees F. and the dew point is 76 degrees F. or higher, the condensation will form on the surface. This is the same principle which causes a person's eyeglasses to fog up on a hot day when going from indoors to outdoors. The manufacturer is correct to recommend keeping doors and windows shut to minimize the moisture condensation, but this also assures that all airborne contaminants will be retained inside the building. Refer to Exhibit RCE 3, page 2.

The air conditioning unit manufacturer's literature states that "The duct material must meet or exceed any agency or RVIA Standard that may be in existence at the time the RV is produced". This same section states that the ducts shall be properly insulated to prevent condensation and that the insulation valve should be at least an R-7. And finally that the ducts and their joints shall be sealed to prevent condensation.

During the inspection it was evident and obvious that the trailer manufacturer and/or the air conditioning installer did not take care to install the air conditioning unit and/or ducts as intended by the air conditioning unit manufacturer.

The heating ducts were found to be leaking, but literature on the manufacturer of the heater could not be found to use for this investigation. Therefore, any installation requirements of the manufacturer related to heater and ducts was not reviewed here.

The ducts for the heating and the air conditioning systems do not meet the ASHRAE or SMACNA published standards for duct construction and insulation.

**CODE REVIEW**

The following is a list of codes and standards which will be or have been used in the investigation/evaluation of the trailer:

    NFPA 1192: Standard on Recreational Vehicles 2002 Edition
    ASHRAE 62:  Ventilation for Acceptable Indoor Air Quality
    ASHRAE Applications Hand Book 2003
    ASTM as used in the industry
    ANSI as used in the industry

There are few codes which apply to the construction of this travel trailer. NFPA 1192 is the primary code which can be applied to this travel trailer. For this report the pertinent part of NFPA 1192 is Chapter 5. This chapter contains the requirements for the air conditioning cooling and heating systems. Considering the amount of duct leakage, the duct installation for the air conditioning systems and heating systems do not comply.