# Transcript of the Testimony of
# Videotaped Deposition of Ervin L. Ritter, Jr.

### Date taken: July 2, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 2777-3   Filed 08/20/09   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 51

1   inspected it in May of 2009?
2       A    No, I don't.
3       Q    Do you know how it was transported
4   from Florida up to Louisiana?
5       A    No, I don't.
6       Q    Do you know how it was transported
7   from the New Orleans area out to the Lottie
8   storage area?
9       A    Specifically for that unit, no, I
10  don't.  But I would assume that, seeing them
11  moved around on the highways, that they were
12  being towed.
13      Q    For the opinions that you've
14  rendered in your report relative to the
15  mechanical system, the HVAC system, is my
16  understanding correct that the data you
17  relied upon for those findings was the data
18  generated by Mr. LaGrange?
19      A    Correct.
20      Q    Okay.  And do you know what-all
21  tests Mr. LaGrange did?
22      A    He performed blower door tests and
23  duct blaster tests.
24      Q    And do you know, for the blower
25  door test, what standards govern the