UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                   MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                 SECTION "N" (5)
                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Age, et al. v. Gulf Stream Coach, Inc., et al.*, No. 09-2892
*Alana Alexander, individually and OBO minor Christopher Cooper*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES' RESPONSE TO GULF STREAM COACH, INC.'S MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF JAMES P. KORNBERG, M.D., SC.D [Doc. No. 2769]**

Defendant, the United States of America, hereby adopts and joins in defendant Gulf Stream Coach, Inc.'s "Motion *In Limine* To Exclude Expert Testimony Of James P. Kornberg, M.D., Sc.D." [Doc. No. 2769]. Exclusion is appropriate for all of the reasons set forth in Gulf Stream Coach, Inc.'s supporting memorandum.

Dated: August 20, 2009                         Respectfully Submitted,

                                                        TONY WEST
                                                        Assistant Attorney General, Civil Division

                                                        J. PATRICK GLYNN
                                                        Director, Torts Branch, Civil Division

                                                        DAVID S. FISHBACK
                                                        Assistant Director

                                                        HENRY T. MILLER
                                                        ADAM BAIN
                                                        Senior Trial Counsel

           *s/ Adam M. Dinnell*
           ADAM M. DINNELL (TX No. 24055405)
           MICHELE GREIF
           JONATHAN WALDRON
           Trial Attorneys
           United States Department of Justice
           Civil Division, Torts Branch
           P.O. Box 340, Ben Franklin Station
           Washington, D.C. 20004
           Telephone:  (202) 616-4211

## CERTIFICATE OF SERVICE

  I hereby certify that on August 20, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

           *s/ Adam M. Dinnell*
           ADAM M. DINNELL (TX No. 24055405)