# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

```
 1       speaking about those intermediary times.  I was
 2       speaking about our since 1992 history.
 3   Q   You approved the release of a statement that said
 4       on April 27th of '06 that you guys had had no
 5       complaints, and by that point you had had
 6       complaints, and that's fact; isn't it?
 7   A   Well, the fact is that the first -- this whole
 8       issue became -- or whole controversy became an
 9       issue on March 16th of 2006.
10   Q   Okay.  Your statement was released after that?
11   A   Correct.
12   Q   To the press?
13   A   Absolutely.
14   Q   Picked up by CNN?
15   A   Press all would have read that statement; right?
16       CNN would have read that statement; right?
17       Correct?  Is that what you're saying?  That's what
18       you're inferring; correct?
19           So on March 16, 2006, there was a news story
20       by a local television station in Bay St. Louis.  It
21       involved a customer -- or not a customer but a
22       resident named Paul Stewart.  Now, Paul Stewart
23       resided in a Gulf Stream unit.  That story was
24       picked up by CNN, the other cable news networks,
25       the broadcast networks.  It was on the Internet.
```

Page 154

1     fact says, but if you want to ask him before that
2     date, I can get you the actual date.
3   A Okay.  Repeat the question.
4   Q You were well aware as the chairman of Gulf Stream
5     that you had had complaints about air quality in
6     your trailers before Miss Alexander took possession
7     of her trailer, assuming she took possession in May
8     of '06?
9   A We had had complaints, yeah, starting with this
10    one, and we had several between then and May
11    of '06.  But we didn't have 12 that I recall.
12  Q You knew that there was an issue or potential issue
13    with regard to formaldehyde exposure, didn't you?
14  A Well, we knew that this controversy had come to the
15    fore.  We knew that there was issues on
16    formaldehyde, yes.
17         MR. BUZBEE:  Let's take a little break.  I
18    want to make sure I get my dates right, because
19    I've been told several different dates.
20         THE VIDEOGRAPHER:  Please stand by.  We are
21    going off the video record at 12:44:49.
22         (At this time a short break in the proceedings
23    was had.)
24         THE VIDEOGRAPHER:  We are now back on our
25    video record at the time of 13:04:51.

Page 155

1  Q  When you were filling orders for these FEMA
2     trailers through your dealers in 2004, did you have
3     to, quote, ramp up like you did in 2005 for the
4     Katrina disaster?
5  A  No.  The Katrina disaster was a larger scale
6     project.
7  Q  I realize that.  But wasn't a 7,000-trailer order,
8     even though it was through various dealers, wasn't
9     that a large project as well?
10 A  Relatively large project.  I mean, there was some
11    planning that needs to go into it and additional
12    sourcing.
13 Q  You had to do additional sourcing and hire
14    additional personnel; isn't that right?
15 A  I would think we had to hire additional personnel.
16 Q  Which means you had to do additional training?
17 A  Yes.
18 Q  And do you recall there being an issue with regard
19    to sourcing; that is, being any sort of shortages
20    of any of the wood products?
21 A  I don't recall there being any.
22 Q  Can you give me an idea of how many additional
23    personnel were hired to fulfill FEMA's requirements
24    in 2004?
25 A  I don't think I could give you a very good number