Page 1

1                   UNITED STATES DISTRICT COURT

2                     DISTRICT OF LOUISIANA

3                       NEW ORLEANS DIVISION

4    In Re:  FEMA Trailer      )

5    Formaldehyde Products     ) MDL No. 1873

6    Liability Litigation      )

7

8                                    Washington, D.C.

9                                    Tuesday, July 14, 2009

10   Videotape Deposition of MARTIN EDWARD McNEESE, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:03 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

Martin Edward McNeese                                          July 14, 2009
                        Washington, DC

Page 100

1       A.    Yes, I do.

2       Q.    And you recall that your conclusion was
3  that based on those tests, you felt like travel
4  trailers in combination with ventilation were a
5  viable option for emergency housing.
6             Correct?

7       A.    That's correct.

8       Q.    Okay.  And you were asked a followup
9  question as to whether you were basing that solely on
10 the ATSDR test or whether you had any personal
11 training or experience or knowledge.
12            Do you recall those questions?

13      A.    I do.

14      Q.    Am I correct that you did in fact have
15 some personal experience while you were with FEMA
16 with the use of travel trailers in other disasters
17 prior to Hurricane Katrina?

18      A.    That's correct.
19            I have actually been working in housing
20 programs over the past -- over the years before
21 Katrina.

22      Q.    And am I also correct that part of your

Martin Edward McNeese                                          July 14, 2009
                        Washington, DC

Page 101

1   experience would have been working with travel

2   trailers in hurricane disaster areas, including the

3   Gulf Coast in Florida?

4         A.    That's correct.

5         Q.    Is -- am I also correct that to the best

6   of your knowledge and experience working with travel

7   trailers prior to Hurricane Katrina, you weren't

8   aware of any health concerns associated with

9   formaldehyde in the travel trailers; is that right?

10        A.    That's correct.  I was not.

11        Q.    And you dealt directly with occupants,

12  didn't you, in those other hurricane disaster areas

13  from time to time?

14        A.    I did.

15        Q.    And again, prior to Hurricane Katrina, you

16  weren't aware of any complaints by occupants relating

17  to formaldehyde or health effects of living in these

18  trailers?

19              MR. MILLER:  Objection, compound.

20        A.    Yeah,.

21              Actually I was not aware of any.

22              BY MR. SCANDURRO: