1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF LOUISIANA |
| 3 | NEW ORLEANS DIVISION |
| 4 | In Re:  FEMA Trailer    ) |
| 5 | Formaldehyde Products   ) MDL No. 1873 |
| 6 | Liability Litigation    ) |
| 7 | |
| 8 | Washington, D.C. |
| 9 | Thursday, July 9, 2009 |

10  Videotape Deposition of STEPHEN CARL MILLER, called
11  for examination by counsel for Plaintiffs in the
12  above-entitled matter, the witness being duly sworn
13  by CHERYL A. LORD, a Notary Public in and for the
14  District of Columbia, taken at the offices of NELSON
15  MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution
16  Avenue N.W., Suite 900, Washington, D.C., at
17  9:18 a.m., and the proceedings being taken down by
18  Stenotype by CHERYL A. LORD, RPR, CRR.
19
20
21
22

1  about here are the contractors who are actually

2  installing the units on-site?

3       A.    That is correct.

4       Q.    It would not be a manufacturer like Gulf

5  Stream?

6       A.    No, sir.

7       Q.    When you worked the Florida hurricanes in

8  2004, did you actually go to Florida at any -- for

9  any of those 4 storms you described earlier?

10      A.    I was in Florida.

11      Q.    So you were in Florida at the end of 2004?

12      A.    Yes, sir.

13      Q.    Okay.  Were you made aware of any

14 formaldehyde claims by residents of the THUs in

15 Florida?

16      A.    I do not recall any formaldehyde claims

17 out of Florida --

18      Q.    Okay.

19      A.    -- that I'm aware of.

20      Q.    Are you aware of the fact that Gulf Stream

21 sold approximately 7,000 travel trailers to FEMA on

22 the Florida disaster?