UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER     *    07-md-1873
     FORMALDEHYDE     *
     PRODUCTS LIABILITY     *
     LITIGATION     *    SECTION: N(5)
     *
     *    JUDGE: ENGELHARDT
     *
     *    MAG: CHASEZ

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT
## BASED ON THE GOVERNMENT CONTRACTOR DEFENSE

# FLUOR EXHIBIT 1

(Part 3) (also known as Exhibit 1A)

*Task Order Modification P0016*
*06/21/2006*

FL-FCA-000301

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGE |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00016 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. WN01286Y2006T | | 5. PROJECT NO. (if applicable) | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (if other than item 6) | | CODE | |
|---|---|---|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div. 500 C Street, S.W., Room 350 Washington DC 20472 | | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | | (X) | 9A. AMENDMENT OF SOLICITATION NO. | |
|---|---|---|---|---|---|
| FLUOR ENTERPRISES, INC 1101 WILSON BLVD STE 1900 ARLINGTON VA 222092211 | | | | 9B. DATED (SEE ITEM 11) | |
| | | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 | |
| | | | X | 10B. DATED (SEE ITEM 13) | |
| CODE | | FACILITY CODE | | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (if required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (Specify type of modification and authority)   FAR 52.216-24 Limitation of Government Liability (Apr 1984) | |

E. IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the Governments Liability as it relates to subject Task Order.

a.  The Governments liability on this undefinitized Task Order is hereby increased by the total amount of [Redacted]. The previous liability on this Task Order was [Redacted]. and is now increased to the total amount of [Redacted]. The Governments liability under this Task Order will not extend beyond the increased amount. Fund Cite: WN01286Y2006T/2006-06-1603DR-9064-XXXX-2591-D

b.  The final negotiated cost, for subject Task order, may differ from the funding amount indicated above.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in item 8A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Michael E. White Contracting Officer | |
|---|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY  *Michael E. White* (Signature of Contracting Officer) | 16C. DATE SIGNED 21 June 06 |

STANDARD FORM 30  (REV. 10-83)

FL-FCA-000302

**HSFEHQ-05-D-0471  HSFEHQ-06-J-0011  P00016**

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|----------|----------------------------------|-----|------|------------|--------|
| 0001 | Haul and Install Task Order. Increase funding Liability on Task Order | 1.00 | LOT | Redacted | |

FUNDING/REQ NO:    Redacted    WN01286Y2006T

GRAND TOTAL ---    ====   Redacted

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | REQUISITION NUMBER | AMOUNT |
|------|---------------|--------------------|--------|
| 1 | 2006-06-1603DR-9064--2591-D | WN01286Y2006T | Redacted |

## A.2 DELIVERY SCHEDULE

| ITEM NUMBER | QUANTITY | DATE OF DELIVERY |
|-------------|----------|------------------|
| 0001 | 1.00 | |

FL-FCA-000303

*Task Order Modification P0017 and Partial SOW Revision*
*06/28/2006*

FL-FCA-000304

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE U | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00017 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |

| 6. ISSUED BY                CODE | S1103A | ADMINISTERED BY (If other than item 6)   CODE | |
|---|---|---|---|
| DCMA ATLANTA 2300 LAKE PARK DRIVE SUITE 300 SMYRNA, GA 30080-0000 LT PAUL FOX/Paul.Fox@dcma.mil | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| FLUOR ENTERPRISES INC. 1101 WILSON BLVD SUITE 1900 ARLINGTON, VA 22209 | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471/06-J-0011 |
| | | | 10B. DATED (SEE ITEM 13) |
| CODE    1Q181 | FACILITY CODE | | 20051110 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| | The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers | □ is extended, | □ is not extended. |
|---|---|---|---|

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) |
|---|
| no change |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 42.302 (b) |

E. IMPORTANT:   Contractor ☒ is not,   ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) WAYNE MURPHY ADMINISTRATIVE CONTARACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 6/23/2006 |
| NSN 7540-01-152-9070 PREVIOUS EDITION UNUSABLE | | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |

Combined PDF Page 108 of 140

FL-FCA-000305

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSFEHQ-05-D-0471/06-J-0011 | PAGE OF<br>2 | PAGES<br>2 |
|---|---|---|---|

**A. PURPOSE**

The purpose of this modification is to revise the statement of work to increase the ceiling for temporary housing units, change the period of performance in accordance the revised statement of work, and to request contractor's proposal for the changes.

**B. SECTION B - SUPPLIES OR SERVICES (Changed)**

This modification incorporates the following changes to the statement of work.
All original requirements of the statement of work not listed in this revision remain in effect.

**SEE ATTACHMENT 1 TO THIS MODIFICATION FOR REQUESTED SCOPE CHANGES.**

**The contractor is required to submit a cost proposal for the revised changes within 30 days of the date of this modification.**

C.  The government's liability on this task order is ⌐Redacted¬ Fund Cite:
WN01286Y2006T/200606-1603-DR-9064-XXXX-2591-D.  The final negotiated cost, for subject task order, may differ from the funding amount indicated above.

END OF MODIFICATION

FL-FCA-000306

Contract HSFEHQ-05-D-0471                                    Task Order HSFEHQ-05-J-0011

### STATEMENT OF WORK

Direct Assistance
(Modification to Fluor-Task Order-06-J011)

## Modification to Fluor 06-J-0011
### June 19, 2006

## Changes to General Provisions

Note: This modified Statement of Work (SOW) only contains provisions that are being revised.
All other provisions remain unchanged from the previous version of the SOW. Deletions are
shown as ~~strikethroughs~~ and additions are underlined.

## 1. Disaster Information.

Disaster:  1603
State:  Louisiana

**Joint Field Office Information:**

Address:      Joint Field Office DR-1603
              Housing Management Group
              415 North 15th Street
              Baton Rouge, LA 70802

JFO Point of Contact: John Ward, COTR
Phone:                281.638.4917
Email:                John.D.Wardjr@dhs.gov
Alternate POC:

Parishes:  State of Louisiana.

Attachment 1 to P00017                                                           - 1 -

FL-FCA-000307

Contract HSFEHQ-05-D-0471                    Task Order HSFEHQ-05-J-0011

STATEMENT OF WORK
Direct Assistance
(Modification to Fluor-Task Order-06-J011)

### 3.2 Haul and/or Haul/Installation Subtask #2.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Trailers only | ~~4,700~~ **3,650** Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation- Travel Trailers (TT) | ~~43,450~~ Base: 44,500 Option 1: 2,500 Option 2: 2,000 Total/w Options: 49,000 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. Period of Performance through 30, September 2006 |
| 4 | Haul/ Installation Manufactured Homes (MH) | 4,850 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. Period of Performance through 30, September 2006. |

### 3.3 Maintenance Subtask #3.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (No Change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. Group Site Maintenance is extended 31 August 2006, with Option 1: 1 September through 30 September 2006, and Option 2: 1 October through 31 October 2006. |

# 5. Base Period of Performance:

5.1   The Base Period of Performance is the start date indicated in the Pre Authorization Letter through ~~31 March~~ 30 September 2006 for Task ID # 2, 3, and 4 and October 31, 2006 for Task ID # 7.

Attachment 1 to P00017                                                          - 2 -

FL-FCA-000308

*Task Order Modification P0018 and Partial SOW Revision*
*06/30/2006*

FL-FCA-000309

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE U | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00018 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                          CODE | S1103A | ADMINISTERED BY (If other than Item 6)   CODE | |
|---|---|---|---|

DCMA ATLANTA
2300 LAKE PARK DRIVE SUITE 300
SMYRNA, GA 30080-0000
LT PAUL FOX/Paul.Fox@dcma.mil

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

FLUOR ENTERPRISES INC.
1101 WILSON BLVD
SUITE 1900
ARLINGTON, VA 22209

| | 9B. DATED (SEE ITEM 11) |
|---|---|

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | HSFEHQ-05-D-0471/06-J-0011 |
| | 10B. DATED (SEE ITEM 13) |
| | 20051110 |

| CODE          1Q181 | FACILITY CODE | | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| | The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers | | is extended, | | is not extended. |
|---|---|---|---|---|---|

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)

no change

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 42.302 (b) |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) WAYNE MURPHY ADMINISTRATIVE CONTARACTING OFFICER | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED 6/30/2006 |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) | |

| NSN 7540-01-152-9070 PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

FL-FCA-000310

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSFEHQ-05-D-0471/06-J-0011 | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | | | 2 |

**A. PURPOSE**
A.1 The purpose of this modification is revise the statement of work to increase the ceiling for temporary housing units, change the period of performance in accordance the revised statement of work, and to request contractor's proposal for the changes.  This modification cancels and replaces modification P00017 in it's entirety.

**B. SECTION B - SUPPLIES OR SERVICES (Changed)**
This modification incorporates the following changes to the statement of work.
All original requirements of the statement of work not listed in this revision remain in effect.

**SEE ATTACHMENT 1 TO THIS MODIFICATION FOR REQUESTED SCOPE CHANGES.**

**The contractor is required to submit a cost proposal for the revised changes within 30 days of the date of this modification.**

C.  The government's liability on this task order is [Redacted] Fund Cite:
WN01286Y2006T/200606-1603-DR-9064-XXXX-2591-D.  The final negotiated cost, for subject task order, may differ from the funding amount indicated above.

**END OF MODIFICATION**

FL-FCA-000311

Contract HSFEHQ-05-D-0471                                    Task Order HSFEHQ-05-J-0011

## STATEMENT OF WORK
Direct Assistance
(Modification to Fluor-Task Order-06-J011)

## Modification to Fluor 06-J-0011
### June 30, 2006

## Changes to General Provisions

Note: This modified Statement of Work (SOW) only contains provisions that are being revised. All other provisions remain unchanged from the previous version of the SOW. Deletions are shown as ~~strikethroughs~~ and additions are underlined

## 1. Disaster Information.

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:      Joint Field Office DR-1603
              Housing Management Group
              415 North 15th Street
              Baton Rouge, LA 70802

JFO Point of Contact: John Ward, COTR
Phone:                281.638.4917
Email:                John.D.Wardjr@dhs.gov
Alternate POC:

Parishes:  State of Louisiana.

Attachment 1 to P00018                                                    - 1 -

FL-FCA-000312

Contract HSFEHQ-05-D-0471                                    Task Order HSFEHQ-05-J-0011

<u>STATEMENT OF WORK</u>
Direct Assistance
(Modification to Fluor-Task Order-06-J011)

### 3.2 Haul and/or Haul/Installation Subtask #2.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Trailers only | ~~5,700~~ <u>4,650</u> Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | ~~41,900~~ <u>Base: 45,450 Option 1: 2,000 Total/w Option: 47,450</u> Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. <u>Period of Performance through 30, September 2006</u> |
| 4 | Haul/ Installation Manufactured Homes (MH) | 5400 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. <u>Period of Performance through 30, September 2006.</u> |

### 3.3 Maintenance Subtask #3.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (No Change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. <u>Group Site Maintenance is extended 31 August 2006, with Option 1: 1 September through 30 September, and Option 2; 1 October through 31 October 2006.</u> |

## 5. Base Period of Performance:

5.1    The Base Period of Performance is the start date indicated in the Pre Authorization Letter through ~~31 March~~ <u>30 September 2006 for Task ID # 2, 3, and 4 and October 31, 2006 for Task ID # 7.</u>

Attachment 1 to P00018                                                              -2-

FL-FCA-000313

*Good Morning:   That sounds fine.  Due date has been extended to 8/4/06.........Thank you........Wayne*

Wayne S. Murphy
Administrative Contracting Officer
678 503-6210
wayne.murphy@dcma.mil
DCMA Atlanta GAOA
2300 Lake Park Drive, Suite 300
Smyrna, Ga. 30080

**From:** Mark.Ashby@Fluor.com [mailto:Mark.Ashby@Fluor.com]
**Sent:** Thursday, July 27, 2006 8:21 PM
**To:** Murphy, Wayne; Fox, Paul E.
**Cc:** dave.methot@fluor.com; mark.capelle@fluor.com; Mark.Coggin@fluor.com
**Subject:** FEMA Task Order 6-J-0011, Modifications P00018/P00019
**Importance:** High


Wayne,

Regarding the referenced Task Order modifications,  P00018 was issued on 6/30/06 and P00019 was issued on 7/17/06 (each with a 30 day requirement to submit a cost proposal).  We are requesting your concurrence to extend modification P00018 proposal due date from 7/30/06 to 8/4/06 at which time we will submit a cost proposal addressing the requirements for both modifications.

Regards,

Mark Ashby
Government Contracts Administration
Ph.  864-281-5864
Cell  864-444-2035
Fax  864-676-7055
mark.ashby@fluor.com


------------------------------------------------------------------------------------------------------------
The information transmitted is intended only for the person or entity to which it is addressed and may contain proprietary,
business-confidential and/or privileged material.
If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination,
distribution, reproduction or any action taken
in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from
any computer. Any views expressed in this message
are those of the individual sender and may not necessarily reflect the views of the company.

FL-FCA-000314

FL-FCA-000315

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE U | PAGE 1 | OF | PAGES 2 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00019 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY          CODE | S1103A | ADMINISTERED BY (If other than Item 6)   CODE |
|---|---|---|

DCMA ATLANTA
2300 LAKE PARK DRIVE SUITE 300
SMYRNA, GA 30080-0000
LT PAUL FOX/Paul.Fox@dcma.mil

| 8. NAME AND ADDRESS OF CONTRACTOR  (No., street, county, State and ZIP Code) | [X] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

FLUOR ENTERPRISES INC.
1101 WILSON BLVD
SUITE 1900
ARLINGTON, VA 22209

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
[X] HSFEHQ-05-D-0471/06-J-0011

10B. DATED (SEE ITEM 13)
20051110

| CODE     10181 | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)

no change

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| [X] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [X] | D. OTHER (Specify type of modification and authority) FAR 42.302 (b) |

E. IMPORTANT:   Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) WAYNE MURPHY ADMINISTRATIVE CONTARACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA |
| (Signature of person authorized to sign) | BY _____ (Signature of Contracting Officer) |
| 15C. DATE SIGNED | 16C. DATE SIGNED 7/17/2006 |

| NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

FL-FCA-000316

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSFEHQ-05-D-0471/06-J-0011 | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | | | 2 |

A. PURPOSE
A.1 The purpose of this modification is revise the statement of work to extend the performance period of TASK ID #8.

B. SECTION B - SUPPLIES OR SERVICES (Changed)
This modification incorporates the following changes to the statement of work.
All original requirements of the statement of work not listed in this revision remain in effect.

SEE ATTACHMENT 1 TO THIS MODIFICATION FOR REQUESTED SCOPE CHANGES.

The contractor is required to submit a cost proposal for the revised changes within 30 days of the date of this modification.

C.  The government's liability on this task order is ░░░Redacted░░░ Fund Cite: WN01286Y2006T/200606-1603-DR-9064-XXXX-2591-D.  The final negotiated cost, for subject task order, may differ from the funding amount indicated above.

END OF MODIFICATION

FL-FCA-000317

Contract HSFEHQ-05-D-0471                    Task Order HSFEHQ-05-J-0011

<u>STATEMENT OF WORK</u>
Direct Assistance
(Modification to Fluor-Task Order-06-J011)

# Modification to Fluor 06-J-0011
### June 30, 2006

## Changes to General Provisions

Note: This modified Statement of Work (SOW) only contains provisions that are being revised. All other provisions remain unchanged from the previous version of the SOW. Deletions are shown as ~~strikethroughs~~ and additions are <u>underlined</u>

## 1. Disaster Information.

    Disaster: 1603
    State: Louisiana

    **Joint Field Office Information:**

      Address:    Joint Field Office DR-1603
                Housing Management Group
                415 North 15th Street
                Baton Rouge, LA 70802

    JFO Point of Contact: <u>John D. Ward Jr., COTR</u>
    Phone:          <u>281.638.4917</u>
    Email:          <u>John.D.Wardjr@dhs.gov</u>
    Alternate POC:

    Parishes: State of Louisiana.

Attachment 1 to P00019                                                 - 1 -

FL-FCA-000318

Contract HSFEHQ-05-D-0471                                Task Order HSFEHQ-05-J-0011

STATEMENT OF WORK
Direct Assistance
(Modification to Fluor-Task Order-06-J011)

### 3.4 Additional Activities.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 8 | Deactivations/ Removal | 4,000 Estimated | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance.  Period of Performance through 31, July 2006. |

Attachment 1 to P00019                                                              - 2 -

FL-FCA-000319

*Task Order Modification P0020*
*08/30/2006*

FL-FCA-000320

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE U | PAGE OF PAGES 1    3 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00020 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |

6. ISSUED BY                    CODE | S1103A | ADMINISTERED BY (If other than Item 6)   CODE |

DCMA ATLANTA
2300 LAKE PARK DRIVE SUITE 300
SMYRNA, GA 30080-0000
LT PAUL FOX/Paul.Fox@dcma.mil

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | [X] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|

FLUOR ENTERPRISES INC.
1101 WILSON BLVD
SUITE 1900
ARLINGTON, VA 22209

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

[X]   HSFEHQ-05-D-0471/06-J-0011

10B. DATED (SEE ITEM 13)

| CODE      1Q181 | FACILITY CODE | 20051110 |
|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ]  The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

2006-06-1603DR-9064-XXXX-2591-D increased by    Redacted

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[X] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] D. OTHER (Specify type of modification and authority)
FAR 42.302 (b)

E. IMPORTANT:   Contractor [ ] is not, [X] is required to sign this document and return   1   (one)   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | WAYNE MURPHY ADMINISTRATIVE CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | BY | |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-9070 PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

FL-FCA-000321

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSFEHQ-05-D-0471/06-J-0011 | PAGE<br>2 | OF | PAGES<br>3 |
|---|---|---|---|---|

**A. PURPOSE**
The purpose of this modification is to definitize and increase funding to facilitate the base task order period of performance and statement of work changes issued on the task order award through modification P00016.

**B. CONTRACT PRICING ARRANGEMENT (Changed)**

BASE Total Cost:
BASE Fixed Fee:       Redacted
BASE Total Price:

Option Period 1 Total Cost:
Option Period 1 Fixed Fee:     Redacted
Option Period 1 Total Price:

Option Period 2 Total Cost:
Option Period 2 Fixed Fee:     Redacted
Option Period 2 Total Price:

Phase Out Total Cost:
Phase Out Fixed Fee:     Redacted
Phase Out Total Price:

Total Contract Price     Redacted

Total Contract Price:   Redacted   an increase of   Redacted   from the previous authorized level of   Redacted   the total contract price has increased by   Redacted   from   Redacted   to   Redacted

**C. SECTION B - SUPPLIES OR SERVICES (Changed)**
This modification definitizes the original task order award through modification P00016.

| Item | Description of<br>Supplies/Services | QTY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 001 | | 1.0 | LOT | | Redacted |

Provide Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation, and Technical Support FEMA of Direct Housing Operations authorized in the original task order award and modifications P00001 through P00016. Overall Period of Performance is September 09, 2005 through November 29, 2006.

(CONTINUED NEXT PAGE)

FL-FCA-000322

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | HSFEHQ-05-D-0471/06-J-0011 | 3 | | 3 |

D. SECTION G-CONTRACT ADMINISTRATION/PAYMENT DATA

Obligation
ACRN Appropriation

1 2006-06-1603DR-9064-XXXX-2591-D
ACRN Change ( Redacted )
New ACRN Amount: Redacted

Fund Cites: WN01286Y2006T
Fund Cites: TN01558Y2006T   Redacted

RECAP OF ACRNS (CHANGED)

| ACRN | AMOUNT | CLIN | TASK/MOD | |
|---|---|---|---|---|
| 1 | Redacted | 001 | HSFEHQ-06-J-0001 Award through P00019. | |
| 1 | | 001 | HSFEHQ-06-J-0001 P00020 (Increase). | |

TOTAL Redacted

E.  As a result of this modification, the contract obligations amount is hereby increased by Redacted from ( Redacted to Redacted )

END OF MODIFICATION

FL-FCA-000323

*Task Order Modification P0021*
*08/30/2006*

FL-FCA-000324

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE U | PAGE OF PAGES 1 1 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00021 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE DCMA ATLANTA 2300 LAKE PARK DRIVE SUITE 300 SMYRNA, GA 30080-0000 LT PAUL FOX/Paul.Fox@dcma.mil | S1103A | 7. ADMINISTERED BY (If other than item 6) CODE | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|
| FLUOR ENTERPRISES INC. 1101 WILSON BLVD SUITE 1900 ARLINGTON, VA 22209 | | | | 9B. DATED (SEE ITEM 11) |
| | | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471/06-J-0011 |
| | | | | 10B. DATED (SEE ITEM 13) 20051110 |
| CODE 1Q181 | FACILITY CODE | | | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| ☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers | ☐ is extended, | ☐ is not extended. |
|---|---|---|

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (if required) |
|---|
| no change |

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (x) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 42.302 (b) |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to exercise the Group Site Maintenance (Task ID #7) Option 1 Period of September 1, 2006 to September 30, 2006 in accordance with the statement of work revision issued under modification P00018. All other terms and conditions remain in effect.

END OF MODIFICATION

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) WAYNE MURPHY ADMINISTRATIVE CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 8/30/06 |
| NSN 7540-01-152-9070 PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software. | | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |

FL-FCA-000325

.

FL-FCA-000326

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| | | U | | 1 | | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| PD0022 | see blk 16C | | |

| 6. ISSUED BY | CODE | 81103A | ADMINISTERED BY (If other than item 6) | CODE | |
|---|---|---|---|---|---|

DCMA ATLANTA
2300 LAKE PARK DRIVE SUITE 300
SMYRNA, GA 30080-0000
LT PAUL FOX/Paul.Fox@dcma.mil

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

FLUOR ENTERPRISES INC.
1101 WILSON BLVD
SUITE 1900
ARLINGTON, VA 22209

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

×  HSFEHQ-05-D-0471/06-J-0011

10B. DATED (SEE ITEM 13)

| CODE | 1Q181 | FACILITY CODE | | 20051110 |
|---|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

2006-06-1603DR-9064-XXXX-2591-D increased by Redacted

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| [ ] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|

| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
|---|---|

| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
|---|---|

| × | D. OTHER (Specify type of modification and authority) |
|---|---|
| | FAR 42.302 (b) |

E. IMPORTANT: Contractor [ ] is not, [×] is required to sign this document and return 1 (One) copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Robert G. Jones    Sr VP | WAYNE MURRY  ADMINISTRATIVE CONTRACTING OFFICER |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | 9/6/2006 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

FL-FCA-000327

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSFEHQ-05-D-0471/06-J-0011 | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 3 |

**A. PURPOSE**

The purpose of this modification is to:

a. Cancel Modification P00020 in it's entirety.

b. Definitize and increase funding to facilitate the base task order period of performance and statement of work changes issued on the task order award through modification P00016.

**B. CONTRACT PRICING ARRANGEMENT (Changed)**

Total Cost:
Fixed Fee:     Redacted
Total Price:

Total Contract Price     Redacted

Total Contract Price:     Redacted     an increase of $107,383,988.00 from the previous authorized level of     Redacted     the total contract price has increased by $107,383,988.00 from     Redacted     to     Redacted

**C. SECTION B - SUPPLIES OR SERVICES (Changed)**
This modification definitizes the original task order award through modification P00016.

| Item | Description of<br>Supplies/Services | QTY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 001 | | 1.0 | LOT | | Redacted |

Provide Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation, and Technical Support FEMA of Direct Housing Operations authorized in the original task order award and modifications P00001 through P00016. Overall Period of Performance is September 09, 2005 through November 29, 2006.

(CONTINUED NEXT PAGE)

FL-FCA-000328

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | HSFEHQ-05-D-0471/06-J-0011 | | | 3 |

D. SECTION G-CONTRACT ADMINISTRATION/PAYMENT DATA

Obligation
ACRN Appropriation

1 2006-06-1603DR-9064-XXXX-2591-D
ACRN Change { Redacted
New ACRN Amount: Redacted

Fund Cites: WN01286Y2006T
Fund Cites: TN01558Y2006T
Fund Cites: TN02576Y2006T      Redacted
Fund Cites: WN01377Y2006T

RECAP OF ACRNS (CHANGED)

| ACRN | AMOUNT | CLIN | TASK/MOD |
|---|---|---|---|
| 1 | Redacted | 001 | HSFEHQ-06-J-0001 Award through P00021. |
| 1 | Redacted | 001 | HSFEHQ-06-J-0001 P00022 (Increase). |
| TOTAL | Redacted | | |

E. As a result of this modification, the contract obligations amount is hereby increased by
Redacted from $ Redacted Redacted

END OF MODIFICATION

FL-FCA-000329

*Task Order Modification P0023 and Partial SOW Revision*
*09/22/2006*

FL-FCA-000330

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE U | PAGE 1 | OF PAGES 3 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00023 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (if applicable) | |

6. ISSUED BY      CODE    S1103A

DCMA ATLANTA
2300 LAKE PARK DRIVE SUITE 300
SMYRNA, GA 30080-0000
Wayne Murphy/wayne.murphy@dcma.mil

ADMINISTERED BY (if other than item 6)  CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

FLUOR ENTERPRISES INC.
1101 WILSON BLVD
SUITE 1900
ARLINGTON, VA 22209

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

[X] HSFEHQ-05-D-0471/06-J-0011

10B. DATED (SEE ITEM 13)

20051110

| CODE 1Q181 | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)

2006-06-1603DR-9064-XXXX-2591-D increased by Redacted

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] D. OTHER (Specify type of modification and authority)
FAR 43.302 (A) (4) and 43.103 (A)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return   1 (one)   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

SEE CONTINUATION PAGE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Robert G. Jones    Sr VP | WAYNE MURPHY ADMINISTRATIVE CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 9/22/06 |
| 15C. DATE SIGNED 9/21/06 | | |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using Perform Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

FL-FCA-000331

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSFEHQ-05-D-0471/06-J-0011 | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | | | 3 |

**A. PURPOSE**
The purpose of this modification is to definitize and increase funding for the increase in ceiling for temporary housing units and the period of performance and statement of work changes authorized by modifications P00018 and P00019.

**B. CONTRACT PRICING ARRANGEMENT (Changed)**

Total Cost:
Fixed Fee:          Redacted
Total Price:

Total Contract Price: ( Redacted ).  The total contract price has increased by
Redacted from $7 Redacted to Redacted

**C. SECTION B - SUPPLIES OR SERVICES (Changed)**
· This modification definitizes the TASK ID changes detailed in Attachment 1 and authorized by modification P00018 and P00019.

| Item | Description of<br>Supplies/Services | QTY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 001 | | 1.0 | LOT | Redacted | |

Provide Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation, and Technical Support FEMA of Direct Housing Operations authorized in the original task order award and modifications P00001 through P00015. Overall Period of Performance is September 09, 2005 through November 29, 2006.

| 002 | | 1.0 | LOT | Redacted | |

Provide Staging Support, Haul/Install Travel Trailers, Group Site Infrastructure and Grounds Maintenance during the Base Period of Performance July 1, 2006 through September 30, 2006

| 003 | | 1.0 | LOT | Redacted | |

Option 1- Haul/Installation of Travel Trailers and Infrastructure and Grounds Maintenance on Group sites during the period October 1, 2006 through October 31, 2006.

| 004 | | 1.0 | LOT | Redacted | |

Option 2- Haul/Installation of Travel Trailers and Infrastructure during the period November 1, 2006 through November 30, 2006.

(CONTINUED NEXT PAGE)

NSN 7540-01-152-8-67                                    36-108                        STANDARD FORM 36 (REV. 10-83)

FL-FCA-000332

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSFEHQ-05-D-0471/06-J-0011 | PAGE | OF | PAGES 3 |

D. SECTION G-CONTRACT ADMINISTRATION/PAYMENT DATA

Obligation
ACRN Appropriation

1 2006-06-1603DR-9064-XXXX-2591-D
ACRN Change    Redacted
New ACRN Amo

Fund Cites: WN01377Y2006T
           WN01325Y2006T        Redacted

RECAP OF ACRNS (CHANGED)

| ACRN AMOUNT | CLIN | TASK/MOD |
| Redacted | 001 | HSFEHQ-06-J-0001 Award through P00021. |
|  | 001 | HSFEHQ-06-J-0001 P00022 (Increase). |
|  | 002-004 | HSFEHQ-06-J-0001 P00023 (Increase). |

TOTAL  Redacted

E.  As a result of this modification, the contract obligations amount is hereby increased by
    Redacted

END OF MODIFICATION

Attachment 1 to P00023

Statement of Work Revision

Contract HSFEHQ-05-D-0471, Task Order 06-J-0011

Note: This modified Statement of Work only contains provisions that are being revised. All other provisions remain unchanged from the previous version of the SOW. Deletions are shown as strikethroughs.

The revised and agreed-upon SOW is shown below in tabular format.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Trailers only | 5,700 4,650 Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | 41,000 Base 44,800 Option 1: 800 Option 2: 800 Total w/Option: 46,400 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. Base Period of Performance through 30 September, 2006. Option 1 POP is October 1 through October 31, 2006. Option 2 POP is November 1, 2006 through November 30, 2006. |
| 4 | Haul/Installation-Manufactured Homes (MH) | 5,400 Estimated QTY No change | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. Period of Performance through 30 September, 2006. |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated QTY No change | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. Group site maintenance is extended 31 August 2006, with Option 1: 1 September through 30 September, and Option 2: 1 October through 31 October 2006. |
| 8 | Deactivation | 4,000 QTY No change | Deactivation Period of Performance is extended through 31 JUL 06. |

Note: It is understood that maintenance services for trailers on Group Sites as stated in Task ID 7 "Remarks" in the SOW is not included in the scope of work and that the scope of work pertains only to Infrastructure and Grounds Maintenance on Group Sites.

Attachment 1 to P00023

FL-FCA-000334

*Task Order Modification P0024*
*10/04/2006*

FL-FCA-000335

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE U | PAGE OF 1 | PAGES 1 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00024 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) | |
| 6. ISSUED BY CODE S1103A | | ADMINISTERED BY (if other than item 6) CODE | | |

6. ISSUED BY

DCMA ATLANTA
2300 LAKE PARK DRIVE SUITE 300
SMYRNA, GA 30080-0000
Wayne Murphy/Wayne.Murphy@dcma.mil

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES INC. 1101 WILSON BLVD SUITE 1900 ARLINGTON, VA 22209 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471/06-J-0011 |
| | X | 10B. DATED (SEE ITEM 13) 20051110 |
| CODE 1Q181 | FACILITY CODE | |

*(handwritten: 05-0020)*

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
No Change

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Bilateral Agreement FAR 43.103A |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _1 (one)_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the period of performance at no additional cost through 31 October 2006.
   a. This extension is for the completion and close-out activities of current Haul&Install/Transition/Completion work in process only. This Modification is NOT exercising Option 1. The contractor hereby agrees there will be no additional costs "nor" shall it incur additional costs associated with this extension beyond the current Task Order award value except by express written direction via a formal contract modification by the Contracting Officer.
   b. All other terms and condition remain unchanged.
END OF MODIFICATION

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Robert G. Jones   SrVP | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) WAYNE MURPHY ADMINISTRATIVE CONTRACTING OFFICER | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR *(signature)* (Signature of person authorized to sign) | 16B. UNITED STATES OF AMERICA BY *(signature)* (Signature of Contracting Officer) | 16C. DATE SIGNED 10/4/06 |
| 15C. DATE SIGNED 9-29-06 | | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Combined PDF Page 140 of 140

FL-FCA-000336

# TASK ORDER 06-J-0011 (05-J-0020 ORIGINAL)

## FEMA
### SCOPE OF WORK REVISIONS

FL-FCA-000337

*Original Scope of Work*
*09/26/2005*

FL-FCA-000338

Contract HSFEHQ-05-R-0471                                    Task Order HSFEHQ-05-J-0020

## STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)

# General Provisions

## 1. Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:        Housing Area Command
                MMR Construction
                15961 Airline Hwy
                Baton Rouge, LA 70817


JFO Point of Contact: David Porter, COTR
Phone:               202-438-1294
Email:               david.porter@dhs.gov

Counties:  State of Louisiana.


## 2. Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

## 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits. .

### 3.1 Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.

FL-FCA-000339

Contract HSFEHQ-05-R-0471                              Task Order HSFEHQ-05-J-0020

_____ STATEMENT OF WORK _____

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)


Note: All site identification and associated Assessment Support for this effort shall be executed
under Task Order 0009 (Strike Teams).


| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 3500    Estimated | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |


## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with
the contract Performance Work Statements following notification by individual Work Order.
The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for
installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and
other appropriate requirements to include State and local requirement. The contractor
shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to
include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with
generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

FL-FCA-000340

Contract HSFEHQ-05-R-0471                                Task Order HSFEHQ-05-J-0020

## STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation,
(Fluor-Task Order 0020)

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Trailers only | 3500 Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul/Installation-TT | 3000 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units must be winterized. |
| Task ID | Task Title | Projected Qty | Remarks |
| 4 | Haul/Installation-MH | 1550 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units must be winterized. |

## 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

## 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

## 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

FL-FCA-000341

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation,
(Fluor-Task Order 0020)

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log will include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

### 3.3.4 Deactivation and Removal Subtask #4

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|------------|---------------|-------------------|
| 5 | Occupancy Maintenance | 8000 Estimated | The contractor will provide maintenance services for travel trailers and manufactured homes installed by the contractor as identified by FEMA for up to 18 months or FEMA determines maintenance is no longer needed. |
| 6 | Deactivation/Removal | 5000 Estimated | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA |

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, additional rigging for temporary mobile structures.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through April 01, 2007 (includes 18 months of Operations and Maintenance).

4 of 4

FL-FCA-000342

*Scope of Work Revision #1*
*10/09/2005*

FL-FCA-000343







U.S. Department of Homeland Security
Washington, DC 20472

**FEMA**

October 9, 2005

Mark Ashby
Fluor
100 Fluor Daniel Dr., C302E
Greenville, SC 29607

Dear Mr. Ashby:

Reference Contract HSFEHQ-05-D-0471, Revision to Task Order HSFEHQ-05-J-0020.

Pursuant to referenced contract, clause G.8, Task Order Procedures, you are hereby requested to submit a written technical and business proposal for services required in the attached <u>revised</u> Statement of Work. The period of performance is from receipt of the Pre Authorization Notice through April 1, 2007.

The technical proposal is to be in the form of a Work Plan. It must specify the contractor's proposed technical approach to performing the specific task required within the timeframe specified, identify the names of key personnel who will be performing the work, specify deliverables and due dates. The Work Plan should demonstrate your clear understanding of the government's requirement. The Work Plan is subject to negotiations and approval by the COTR.

The business proposal must identify labor categories, hours per labor category, materials and other direct costs. You should include an itemization of all estimated costs i.e. labor categories, hours, labor rates, extended totals by labor category, other direct costs, subcontract costs and indirect costs, proposed for the entire effort. Submit adequate supporting documentation with your proposal. All costs including profit/fee are negotiable.

Your response is due within 15 days from the date of this letter. In order to expedite this process please submit your proposal by e-mail to: marcus.tikotsky@dhs.gov. Should you have any questions or comments I can be reached at (202) 314-5539.

Sincerely,

Marcus Tikotsky
Contract Specialist

cc: David Porter, COTR

www.fema.gov

FL-FCA-000344

Contract HSFEHQ-05-R-0471          Revision 1 10/09/05          Task Order HSFEHQ-05-J-0020

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)

## General Provisions

## 1. Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:        Housing Area Command
                MMR Construction
                15961 Airline Hwy
                Baton Rouge, LA 70817

JFO Point of Contact: Kevin McCarthy, COTR
Phone:                202-367-2834
Email:                Kevin.mccarthy@dhs.gov

Counties: State of Louisiana.

## 2. Operational Objective: Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

## 3. Identified Tasks: The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

### 3.1 Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.

FL-FCA-000345

Contract HSFEHQ-05-R-0471          Revision 1 10/09/05          Task Order HSFEHQ-05-J-0020

## STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)

Note: All site identification and associated Assessment Support for this effort shall be executed
under Task Order 0009 (Strike Teams).

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 3,500   Estimated | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with
the contract Performance Work Statements following notification by individual Work Order. The
Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for
        installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and
        other appropriate requirements to include State and local requirement. The contractor
        shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to
        include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with
        generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

FL-FCA-000346

Contract HSFEHQ-05-R-0471                    Task Order HSFEHQ-05-J-0020

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation,
(Fluor-Task Order 0020)

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Trailers only | 8,000 Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul/Installation-TT | 5,000 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units must be winterized. |
| Task ID | Task Title | Projected Qty | Remarks |
| 4 | Haul/Installation-MH | 1,550 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units must be winterized. |

## 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

## 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

## 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

3 of 4

FL-FCA-000347

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation,
(Fluor-Task Order 0020)

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log will include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

### 3.3.4 Deactivation and Removal Subtask #4

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|------------|---------------|-------------------|
| 5 | Occupancy Maintenance | 8,000 Estimated | The contractor will provide maintenance services for travel trailers and manufactured homes installed by the contractor as identified by FEMA for up to 18 months or FEMA determines maintenance is no longer needed. |
| 6 | Deactivation/Removal | 5,000 Estimated | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA |

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/showers, additional rigging for temporary mobile structures.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through April 01, 2007 (includes 18 months of Operations and Maintenance).

FL-FCA-000348

**FEMA & Fluor Scope of Work Revision Discussions**
**11/19/2005**

FL-FCA-000349

*Task Order Modification P0004 and SOW Revision #6*
*03/10/2006*

FL-FCA-000350

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO | 1. CONTRACT ID CODE | PAGE 1 | OF PAG L |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00004 | 3. EFFECTIVE DATE 10 March 2006 | 4. REQUISITION/PURCHASE REQ NO TN0012GY2006T | | 5. PROJECT NO. (If applicable) |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| FEDERAL EMERGENCY MGMT AGENCY Financial & Acquisition Management Div 500 C Street S.W., Room 350 Washington D.C. 20472 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No. street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | |
| FLUOR ENTERPRISES, INC | | 9B. DATED (SEE ITEM 11) |
| 1101 WILSON BLVD STE 1900 | | 10A. MODIFICATION OF CONTRACT/ORDER NO HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| ARLINGTON VA 222092211 | | 10B. DATED (SEE ITEM 13) |
| CODE                          FACILITY CODE | X | 11-10-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (If required)       N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT  MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A  FAR 52.243-2 CHANGES -- COST REIMBURSEMENT ALT. I |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☒ is not.   ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to make changes to the task order Statment of Work by increasing trailer quantities as indicated in the attached revised Statement of Work, Revision 6, Dated 3/9/06.  The contractor shall continue to perform delivery and maintenance services and shall prepare and submit a cost proposal for the additional quantities.

b. This modification also serves as a stop work order for Propane Refueling Services as outlined under the Statment of Work, paragraph 3.3.6.  Propane Refueling Services are hereby cancelled, the contractor will be entitled to costs incurred for Propane Refueling services provided through March 15, 2006.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) MARCUS TIKOTSKY CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY  _Marcus Tikotsky_ (Signature of Contracting Officer) | 16C. DATE SIGNED 10 Mar 06 |

STANDARD FORM 30   (REV. 10-83)

FL-FCA-000351

Contract HSFEHQ-05-D-0471        Revision 6 - 3/9/06        Task Order HSFEHQ-06-J-0011
                                                             (Previously-Task Order HSFEHQ05-J-0020)

## STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

## General Provisions

## 1. Disaster Information.

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:        Joint Field Office DR-1603
                Housing Management Group
                415 North 15th Street
                Baton Rouge, LA 70802

JFO Point of Contact: Tom Nadsady, COTR
Phone:              916-212-4164
Email:              tom.nadsady@associates.dhs.gov

Alternate POC:

Parishes: State of Louisiana.

## 2. Operational Objective. Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina and Rita.

## 3. Identified Tasks. The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

**3.1 Staging Subtask #1.** The contractor shall, when required, operate and manage staging area(s) and/or Fluor forward staging areas. The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. The contractor shall utilize forward staging areas to support and expedite unit installations and reduce unnecessary travel times to intended destinations.

Note 1: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

FL-FCA-000352

Contract HSFEHQ-05-D-0471          Revision 6 - 3/9/06          Task Order HSFEHQ-06-J-0011
                                                               (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 6 staging sites estimated (no change) | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

3.2 Haul and/or Haul/Installation Subtask #2. The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures from FEMA staging areas, or contractor forward staging areas, to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications and supplemental COTR Technical Direction.

Note 2: From March to June, 2006 the Government's supply of Travel Trailers is assumed to be in excess of 250 per day and Mobile Homes are assumed to be in excess of 20 per day. The 800 Alternative Temporary Housing Structures (MS) are in stock in logistics at the present time.

FL-FCA-000353

Contract HSFEHQ-05-D-0471          Revision 6 - 3/9/06          Task Order HSFEHQ-06-J-0011
                                                                (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 5,700 Estimated (no change) | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | 34,650 Estimated Option 1: 750 Option 2: 750 Option 3: 750 | The contractor shall haul/install travel trailers on sites in the State of Louisiana.  All units shall be winterized. <u>Note</u>: See paragraph 5.4 below Optional trailer Quantities |
| 4 | Haul/Installation-Manufactured Homes (MH) | 4,250 Estimated Option 1: 250 Option 2: 250 Option 3: 250 | The contractor shall haul/install manufactured homes on sites in the State of Louisiana.  All units shall be winterized. <u>Note</u>: See paragraph 5.4 below Optional trailer Quantities |

**3.3 Maintenance Subtask #3.**    The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order.  If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

3.3.1  Optional maintenance. The contractor may be required to provide an additional two one month option periods for maintenance and a one month maintenance transition period (option) after March 31, 2006.  The Government expects to have new follow-on contracts in place for maintenance "only" of trailers as of April 1, 2006. Due to the uncertainty of the follow-on contract awards the contractor may be required under the optional periods to perform 100% maintenance of units, grounds and infrastructure. Although it is intended that the contractor should only perform grounds and infrastructure maintenance during the option periods the contractor shall be prepared to perform under either of the two situations.

3.3.2. User Maintenance Contact Phone Number. The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems.  The toll free number must be available and operational when the first unit is ready to occupy

3.3.3 Timely Maintenance Remedies. The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

FL-FCA-000354

Contract HSFEHQ-05-D-0471     **Revision 6 - 3/9/06**     Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ05-J-0020)

<u>STATEMENT OF WORK</u>

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

**3.3.4 Maintenance Records.** The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log shall include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

**3.3.5 Major Material Item Repair or Replacement.** PWS Exhibit 10 - Maintenance Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3. The contractor shall in accordance with the above exhibits include in their cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in their Work Plan how they arrived at the estimated delta and rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall follow exhibit requirements and shall be allowed to bill against a separate line item for Major Item Repairs under the task order only after the proper documentation has been signed and received by the COTR or other designated FEMA representative. The purpose of this requirement is to provide a means by which the contractor and government may replace or repair major items in the most expeditious manner causing the least amount of interruption to tenants.

**3.3.6 Propane Refueling Services.** ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive-use EGS and Group sites. Travel trailers are typically equipped with two 30 gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 5 | Occupancy Maintenance for Private Sites | 34,650 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
| 6 | Propane Refueling Service | 5,000 Estimated (no change) | The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (no change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. |

FL-FCA-000355

Contract HSFEHQ-05-D-0471          **Revision 6 - 3/9/06**          Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

**3.4   Additional Activities.** Additional activities for short/long term housing solutions (as directed by FEMA) may include deactivation, refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, additional rigging for temporary mobile structures.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 8 | Deactivation/ Removal | 4,000 Estimated (no change) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. The period of performance is through 30 June 2006. |

**4.   Phase Out:** The contractor shall deliver to the COTR for Government approval a Phase-out Plan no Later Than **April 15, 2006** for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

## 5. Base Period of Performance:

5.1   The Base Period of Performance is the start date indicated in the Pre Authorization Letter through 31 March 2006.

5.2   Option Periods: Three 1-month options may be exercised after March 31. The options shall be for grounds and infrastructure maintenance only. All trailer maintenance is expected to be transitioned on or after March 31, 2006. A separate 30 day option period for phase-out may be exercised at any time after March 31, 2005. The Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

5.3   The Government may exercise one or all options. The contracting officer will exercise the option periods by written notice to the contractor within 15 days prior to termination of that current period of performance.

FL-FCA-000356

Contract HSFEHQ-05-D-0471          Revision 6 - 3/9/06          Task Order HSFEHQ-06-J-0011
                                                               (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

5.4   Optional Trailer Quantities:  Exercise of option quantities will be based on the contractor's notification to FEMA of reaching within 50% of units delivered.  The Government will make every reasonable effort to exercise additional option quantities so as not to create a break in service.   Note: The contractor shall price separately the optional quantities and will reflect this in their cost proposal

FL-FCA-000357

*Task Order Modification P0006 and SOW Revision #7*
*03/15/2006*

FL-FCA-000358

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1 CONTRACT ID CODE | PAGE 1 | OF PAG |
|---|---|---|---|---|

| 2 AMENDMENT/MODIFICATION NO. P00006 | 3. EFFECTIVE DATE 03/15/06 | 4 REQUISITION/PURCHASE REQ. NO. CN00126Y2006T | | 5 PROJECT NO. (If applicable) |
|---|---|---|---|---|

| 6 ISSUED BY | CODE | | 7 ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>500 C. Street, S.W., Room 350<br>Washington D.C.  20472 | | | | |

| 8 NAME AND ADDRESS OF CONTRACTOR  (No., street, county, State and ZIP Code) | (X) | 9A AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES, INC<br><br>1101 WILSON BLVD STE 1900<br><br>ARLINGTON VA 222092211 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-C5-D-0471 HSFEHQ-06-J-0011 |
| | | 10B. DATED (SEE ITEM 13) 11-10-2005 |
| CODE                          FACILITY CODE | X | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12 ACCOUNTING AND APPROPRIATION DATA (If required) | N/A |
|---|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

|   |   |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor  ☒ is not,  ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to correct a typing error in the Statement of Work, in particular Task ID 4, Projected Quantity, Task ID 6, Strikethrough added, and paragraph 5.2 restated to add clarification to the requirement.

b. See the attached Statment of Work, Revision 7, dated 3/15/06.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A NAME AND TITLE OF SIGNER  (Type or print) | 16A NAME AND TITLE OF CONTRACTING OFFICER  (Type or print) Marcus Tikotsky Contracting Officer |
|---|---|
| 15B CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA BY  _Marcus Tikotsky_ (Signature of Contracting Officer) | 16C DATE SIGNED 15 Mar 06 |

STANDARD FORM 30  (REV. 10-83)

Contract HSFEHQ-05-D-0471          Revision 7 - 3/15/06          Task Order HSFEHQ-06-J-0011
                                                                 (Previously-Task Order HSFEHQ05-J-0020)

<u>STATEMENT OF WORK</u>

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

## General Provisions

## 1. Disaster Information.

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:        Joint Field Office DR-1603
                Housing Management Group
                415 North 15th Street
                Baton Rouge, LA 70802

JFO Point of Contact:  Tom Nadsady, COTR
Phone:                 916-212-4164
Email:                 tom.nadsady@associates.dhs.gov

Alternate POC:

Parishes:  State of Louisiana.

## 2. Operational Objective.  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina and Rita.

## 3. Identified Tasks. The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

**3.1 Staging Subtask #1.** The contractor shall, when required, operate and manage staging area(s) and/or Fluor forward staging areas.  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.  The contractor shall utilize forward staging areas to support and expedite unit installations and reduce unnecessary travel times to intended destinations.

<u>Note 1</u>: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

`Contract HSFEHQ-05-D-0471        Revision 7 - 3/15/06        Task Order HSFEHQ-06-J-0011
                                                            (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 6 staging sites estimated (no change) | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

3.2 Haul and/or Haul/Installation Subtask #2. The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures from FEMA staging areas, or contractor forward staging areas, to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications and supplemental COTR Technical Direction.

Note 2: From March to June, 2006 the Government's supply of Travel Trailers is assumed to be in excess of 250 per day and Mobile Homes are assumed to be in excess of 20 per day. The 800 Alternative Temporary Housing Structures (MS) are in stock in logistics at the present time.

FL-FCA-000361

Contract HSFEHQ-05-D-0471          Revision 7 - 3/15/06          Task Order HSFEHQ-06-J-0011
                                                                (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 5,700 Estimated (no change) | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | 34,650 Estimated Option 1: 750 Option 2: 750 Option 3: 750 | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. <u>Note:</u> See paragraph 5.4 below Optional trailer Quantities |
| 4 | Haul/Installation-Manufactured Homes (MH) | 4,650 Estimated Option 1: 250 Option 2: 250 Option 3: 250 | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. <u>Note:</u> See paragraph 5.4 below Optional trailer Quantities |

**3.3 Maintenance Subtask #3.** The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

3.3.1 Optional maintenance. The contractor may be required to provide an additional two one month option periods for maintenance and a one month maintenance transition period (option) after March 31, 2006. The Government expects to have now follow-on contracts in place for maintenance "only" of trailers as of April 1, 2006. Due to the uncertainty of the follow-on contract awards the contractor may be required under the optional periods to perform 100% maintenance of units, grounds and infrastructure. Although it is intended that the contractor should only perform grounds and infrastructure maintenance during the option periods the contractor shall be prepared to perform under either of the two situations.

3.3.2. User Maintenance Contact Phone Number. The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

3.3.3 Timely Maintenance Remedies. The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

3 of 6

Contract HSFEHQ-05-D-0471          Revision 7 - 3/15/06          Task Order HSFEHQ-06-J-0011
                                                                 (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

**3.3.4  Maintenance Records.** The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log shall include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

**3.3.5  Major Material Item Repair or Replacement.** PWS Exhibit 10 - Maintenance Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3. The contractor shall in accordance with the above exhibits include in their cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in their Work Plan how they arrived at the estimated delta and rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall follow exhibit requirements and shall be allowed to bill against a separate line item for Major Item Repairs under the task order only after the proper documentation has been signed and received by the COTR or other designated FEMA representative. The purpose of this requirement is to provide a means by which the contractor and government may replace or repair major items in the most expeditious manner causing the least amount of interruption to tenants.

**3.3.6  Propane Refueling Services.** ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive-use BGS and Group sites. Travel trailers are typically equipped with two 30 gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 5 | Occupancy Maintenance for Private Sites | 34,650 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
| 6 | ~~Propane Refueling Service~~ | ~~5,000 Estimated (no change)~~ | ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive-use BGS and Group sites.~~ |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (no change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. |

FL-FCA-000363

Contract HSFEHQ-05-D-0471          Revision 7 - 3/15/06          Task Order HSFEHQ-06-J-0011
                                                                        (Previously-Task Order HSFEHQ05-J-0020)

_____ STATEMENT OF WORK _____

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

3.4  **Additional Activities.** Additional activities for short/long term housing solutions
(as directed by FEMA) may include deactivation, refuse/waste disposal and debris removal,
lighting illumination, fences/barriers, fire and life safety protection/equipment, signage,
property/facilities management, portable restrooms/ showers, additional rigging for
temporary mobile structures.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 8 | Deactivation/ Removal | 4,000 Estimated (no change) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. The period of performance is through 30 June 2006. |

4. **Phase Out:** The contractor shall deliver to the COTR for Government approval a Phase-out
Plan no Later Than **April 15, 2006** for the transfer of operation and maintenance responsibilities for
the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor.
The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the
Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The
Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition
of Maintenance activities, including maintenance records and data. The Plan shall address how
ongoing work will be maintained and handed-over, the Phase-Out management organization, and a
schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

## 5. Base Period of Performance:

5.1   The Base Period of Performance is the start date indicated in the Pre Authorization Letter
through 31 March 2006.

5.2   Option Periods: Three 1-month options may be exercised after March 31. The options ·
may be exercised for trailer and grounds or for just grounds and infrastructure maintenance. All
trailer maintenance is expected to be transitioned on or after March 31, 2006. A 30 day option
period for phase-out/maintenance may be exercised at any time after March 31, 2005. The
Contractor shall be responsible for supporting the orderly transfer of responsibility for work,
records, and Government-furnished parts, equipment, supplies and materials to any contractor so
identified by FEMA as having taken over maintenance responsibilities.

5.3   The Government may exercise one or all options. The contracting officer will exercise the
option periods by written notice to the contractor within 15 days prior to termination of that
current period of performance.

5 of 6

Contract HSFEHQ-05-D-0471          **Revision 7 - 3/15/06**          Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ05-J-0020)

<u>STATEMENT OF WORK</u>

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

5.4   Optional Trailer Quantities:   Exercise of option quantities will be based on the contractor's notification to FEMA of reaching within 50% of units delivered.  The Government will make every reasonable effort to exercise additional option quantities so as not to create a break in service.  <u>Note</u>: The contractor shall price separately the optional quantities and will reflect this in their cost proposal

FL-FCA-000365

FL-FCA-000366

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO | 1 CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|---|
| | | | 1 | 3 |

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (if applicable) |
|---|---|---|---|
| P00011 | | TN00126Y2006T | |

**6 ISSUED BY**         CODE

Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

**7 ADMINISTERED BY** (if other than Item 6)      CODE

| 8 NAME AND ADDRESS OF CONTRACTOR (No, street, county, State and ZIP Code) | (X) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|
| FLUOR ENTERPRISES, INC | | 9B DATED (SEE ITEM 11) |
| 1101 WILSON BLVD STE 1900 | | 10A MODIFICATION OF CONTRACT/ORDER NO |
| ARLINGTON VA 222092211 | | HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| | | 10B DATED (SEE ITEM 13) |
| CODE        FACILITY CODE | X | 11-10-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)      See attached continuation sheet for Appropriation Data

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
| | Pursuant to FAR 52.243-2 Changes - Cost Reimbursement ALT 1 |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:**   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to correct the undefinitized task order total on P00010 and increase trailer quantities. See continuation of modification on pages 2 and 3.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Tina Burnette |
| | Contracting Officer |
| 15B CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA | 16C DATE SIGNED |
| | | 4/14/06 |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) | |

STANDARD FORM 30 (REV 10-83)

HSFEHQ-05-D-0471  HSFEHQ-06-J-0011  P00011

CONTINUATION PAGE

The purpose of this modification is to correct the undefinitized task order total, as specified in P00010, and increase the existing trailer quantity

Accordingly:

a. Decrease the amount that increased the undefinitized task order total, on Modification P00010, by ⸺⸺⸺⸺⸺⸺⸺⸺⸺Redacted⸺⸺⸺⸺⸺⸺⸺⸺⸺

b. Increase the existing trailer quantity by 5,000 additional travel trailers.

Modification P00004, dated 10 Mar 06 revised the original Statement of Work on this task order and apply to this modification as well.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

**Page 3**

FL-FCA-000368

U.S. Department of Homeland Security
Washington, DC 20472



April 10, 2006

Mark Ashby
Fluor
100 Fluor Daniel Dr., C302E
Greenville, SC 29607

Dear Mr. Ashby:

Reference Contract HSFEHQ-05-D-0471, Task Order HSFEHQ-06-J-0011.

The purpose of this letter is to document the increase in the Travel Trailer of an additional 5,000 units. Subject increase modifies the total trailer quantity from 48,000 to 53,000. This notice also continues to authorize the incurrence of pre-award costs prior to the issuance of Task Order No. HSFEHQ-06-J-0011 under contract HSFEHQ-05-D-0471 for Haul and Install of trailer homes.

This office has determined that it is in the best interests of the Government to continue to authorize the undefinitized task order total amount as specified in modification P00010 and as further corrected via P00011. It is anticipated negotiations will be commence on or around April 30, 2006. Task Order No. HSFEHQ-06-J-0011 should be finalized and issued during that period of time, for subject services.

Revision number 8, to the original Statement of Work (SOW), will be utilized in completing the requirements of subject task order. Fluor is instructed to revise their proposal to reflect the trailer quantity increases and provide said revised proposal no later than 19 Apr 06.

Should you have any questions or comments, I may be reached at (202) 646-3523.

Sincerely,

Michael E. White
Contract Specialist

FL-FCA-000369

Contract HSFEHQ-05-D-0471          **Revision 8 - 4/10/06**          Task Order HSFEHQ-06-J-0011
                                                                     (Previously-Task Order HSFEHQ-05-J-0020)

<u>STATEMENT OF WORK</u>

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

## General Provisions

## 1. Disaster Information.

    Disaster: 1603
    State: Louisiana

    **Joint Field Office Information:**

    Address:    Joint Field Office DR-1603
                Housing Management Group
                415 North 15th Street
                Baton Rouge, LA 70802

    JFO Point of Contact: Tom Nadsady, COTR
    Phone:           916-212-4164
    Email:           <u>tom.nadsady@associates.dhs.gov</u>

    Alternate Point of Contact:    John D Ward, COTR
    Phone:           281-638-4517
    Email            john.wardjr@dhs.gov

    Parishes: State of Louisiana.

## 2. Operational Objective. Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina and Rita.

## 3. Identified Tasks. The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

    **3.1 Staging Subtask #1.** The contractor shall, when required, operate and manage staging area(s) and/or Fluor forward staging areas. The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. The contractor shall utilize forward staging areas to support and expedite unit installations and reduce unnecessary travel times to intended destinations.

    <u>Note 1</u>: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

FL-FCA-000370

Contract HSFEHQ-05-D-0471          Revision 8 - 4/10/06          Task Order HSFEHQ-06-J-0011
                                                              (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 6 staging sites estimated (no change) | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

3.2 Haul and/or Haul/Installation Subtask #2. The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures from FEMA staging areas, or contractor forward staging areas, to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications and supplemental COTR Technical Direction.

Note 2: From March to June, 2006 the Government's supply of Travel Trailers is assumed to be in excess of 250 per day and Mobile Homes are assumed to be in excess of 20 per day. The 800 Alternative Temporary Housing Structures (MS) are in stock in logistics at the present time.

FL-FCA-000371

Contract HSFEHQ-05-D-0471          Revision 8 - 4/10/06          Task Order HSFEHQ-06-J-0011
                                                                 (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 5,700 Estimated (no change) | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | 41,900 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana.  All units shall be winterized. |
| 4 | Haul/Installation-Manufactured Homes (MH) | 5,400 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana.  All units shall be winterized. |

**3.3 Maintenance Subtask #3.**   The contractor shall resolve maintenance issues relating to the structures.  The contractor shall make all necessary repairs to systems specified in this task order.  If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

3.3.1  Optional maintenance. The contractor may be required to provide an additional two one month option periods for maintenance and a one month maintenance transition period (option) after March 31, 2006.  The Government expects to have new follow-on contracts in place for maintenance "only" of trailers as of April 1, 2006.  Due to the uncertainty of the follow-on contract awards the contractor may be required under the optional periods to perform 100% maintenance of units, grounds and infrastructure. Although it is intended that the contractor should only perform grounds and infrastructure maintenance during the option periods the contractor shall be prepared to perform under either of the two situations.

3.3.2. User Maintenance Contact Phone Number. The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems.  The toll free number must be available and operational when the first unit is ready to occupy.

3.3.3 Timely Maintenance Remedies. The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

3.3.4 Maintenance Records. The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log

FL-FCA-000372

Contract HSFEHQ-05-D-0471          Revision 8 - 4/10/06          Task Order HSFEHQ-06-J-0011
                                                                  (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

upon request. This log shall include all maintenance calls, and status of remedy. Records
shall be in accordance with the contract requirements.

### 3.3.5 Major Material Item Repair or Replacement.  PWS Exhibit 10 - Maintenance
Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3.
The contractor shall in accordance with the above exhibits include in their cost proposal a
separate cost for anticipated major item repairs based on current historical experience. This
cost will reflect anticipated cost for materials only, labor shall not be included. The
contractor shall explain in their Work Plan how they arrived at the estimated delta and
rationale thereof. The contractor shall list and price separately in their cost proposal the
anticipated replacement items and quantities. The contractor shall follow exhibit
requirements and shall be allowed to bill against a separate line item for Major Item Repairs
under the task order only after the proper documentation has been signed and received by the
COTR or other designated FEMA representative. The purpose of this requirement is to
provide a means by which the contractor and government may replace or repair major items
in the most expeditious manner causing the least amount of interruption to tenants.

### 3.3.6 Propane Refueling Services. ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. Travel trailers are typically equipped with two 30-gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 5 | Occupancy Maintenance for Private Sites | 37,150 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
| 6 | ~~Propane Refueling Service~~ | ~~5,000 Estimated (no change)~~ | ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites.~~ |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (No Change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. |

4 of 5

FL-FCA-000373

Contract HSFEHQ-05-D-0471          Revision 8 - 4/10/06          Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

**3.4  Additional Activities.** Additional activities for short/long term housing solutions
(as directed by FEMA) may include deactivation, refuse/waste disposal and debris removal,
lighting illumination, fences/barriers, fire and life safety protection/equipment, signage,
property/facilities management, portable restrooms/ showers, additional rigging for
temporary mobile structures.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 8 | Deactivation/ Removal | 4,000 Estimated (no change) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. The period of performance is through 30 June 2006. |

**4. Phase Out:** The contractor shall deliver to the COTR for Government approval a Phase-out
Plan no Later Than **April 15, 2006** for the transfer of operation and maintenance responsibilities for
the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor.
The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the
Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The
Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition
of Maintenance activities, including maintenance records and data. The Plan shall address how
ongoing work will be maintained and handed-over, the Phase-Out management organization, and a
schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

## 5. Base Period of Performance:

5.1   The Base Period of Performance is the start date indicated in the Pre Authorization Letter
through 31 March 2006.

5.2   Option Periods:  Three 1-month options may be exercised after March 31.  The options
may be exercised for trailer and grounds or for grounds and infrastructure maintenance.  All
trailer maintenance is expected to be transitioned on or after March 31, 2006.  A 30 day option
period for phase-out/maintenance may be exercised at any time after March 31, 2006.  The
Contractor shall be responsible for supporting the orderly transfer of responsibility for work,
records, and Government-furnished parts, equipment, supplies and materials to any contractor so
identified by FEMA as having taken over maintenance responsibilities.

5.3   The Government may exercise one or all options. The contracting officer will exercise the
option periods by written notice to the contractor within 15 days prior to termination of that
current period of performance.

FL-FCA-000374

*Scope of Work Revision #9*
*05/30/2006*

FL-FCA-000375

## General Provisions

## 1. Disaster Information.

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:    Joint Field Office DR-1603
            Housing Management Group
            415 North 15th Street
            Baton Rouge, LA 70802

JFO Point of Contact: Tom Nadsady, COTR
Phone:                916-212-4164
Email:                tom.nadsady@associates.dhs.gov

Alternate POC:

Parishes: State of Louisiana.

## 2. Operational Objective. Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina and Rita.

## 3. Identified Tasks. The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

**3.1 Staging Subtask #1.** The contractor shall, when required, operate and manage staging area(s) and/or Fluor forward staging areas. The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. The contractor shall utilize forward staging areas to support and expedite unit installations and reduce unnecessary travel times to intended destinations.

<u>Note 1</u>: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 6 staging sites estimated (no change) | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

**3.2 Haul and/or Haul/Installation Subtask #2.** The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1　Haul travel trailers/mobile homes/temporary structures from FEMA staging areas, or contractor forward staging areas, to their intended destination(s) for installation.

3.2.2　Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3　Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4　Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5　Establish procedures to monitor, and track progress and compliance with specifications and supplemental COTR Technical Direction.

<u>Note 2</u>: From March to June, 2006 the Government's supply of Travel Trailers is assumed to be in excess of 250 per day and Mobile Homes are assumed to be in excess of 20 per day. The 800 Alternative Temporary Housing Structures (MS) are in stock in logistics at the present time.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Trailers only | 4,700 Estimated (no change) | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | 43,450 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. |
| 4 | Haul/Installation-Manufactured Homes (MH) | 4,850 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. |

**3.3 Maintenance Subtask #3.**　The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task

order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

### 3.3.1 Optional maintenance.
The contractor may be required to provide an additional two one month option periods for maintenance and a one month maintenance transition period (option) after March 31, 2006. The Government expects to have new follow-on contracts in place for maintenance "only" of trailers as of April 1, 2006. Due to the uncertainty of the follow-on contract awards the contractor may be required under the optional periods to perform 100% maintenance of units, grounds and infrastructure. Although it is intended that the contractor should only perform grounds and infrastructure maintenance during the option periods the contractor shall be prepared to perform under either of the two situations.

### 3.3.2. User Maintenance Contact Phone Number.
The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy.

### 3.3.3 Timely Maintenance Remedies.
The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

### 3.3.4 Maintenance Records.
The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log shall include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

### 3.3.5 Major Material Item Repair or Replacement.
PWS Exhibit 10 - Maintenance Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3. The contractor shall in accordance with the above exhibits include in their cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in their Work Plan how they arrived at the estimated delta and rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall follow exhibit requirements and shall be allowed to bill against a separate line item for Major Item Repairs under the task order only after the proper documentation has been signed and received by the COTR or other designated FEMA representative. The purpose of this requirement is to provide a means by which the contractor and government may replace or repair major items in the most expeditious manner causing the least amount of interruption to tenants.

### 3.3.6 Propane Refueling Services.
~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. Travel trailers are typically equipped with two 30 gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
|         |           |               |         |

FL-FCA-000378

| 5 | Occupancy Maintenance for Private Sites | 37,150 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
| 6 | ~~Propane Refueling Service~~ | ~~5,000 Estimated (no change)~~ | ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive-use EGS and Group sites.~~ |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (No Change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. |

**3.4   Additional Activities.** Additional activities for short/long term housing solutions (as directed by FEMA) may include deactivation, refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, additional rigging for temporary mobile structures.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---|---|---|---|
| 8 | Deactivation/ Removal | 4,000 Estimated (no change) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. The period of performance is through 30 June 2006. |

**4. Phase Out:** The contractor shall deliver to the COTR for Government approval a Phase-out Plan no Later Than **April 15, 2006** for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

# 5. Base Period of Performance:

5.1   The Base Period of Performance is the start date indicated in the Pre Authorization Letter through 31 March 2006.

5.2   Option Periods: Three 1-month options may be exercised after March 31. The options may be exercised for trailer and grounds or for grounds and infrastructure maintenance. All trailer maintenance is expected to be transitioned on or after March 31, 2006. A 30 day option period for phase-out/maintenance may be exercised at any time after March 31, 2006. The Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

5.3   The Government may exercise one or all options. The contracting officer will exercise the option periods by written notice to the contractor within 15 days prior to termination of that current period of performance.

FL-FCA-000380

*Task Order Modification P0017 and Partial SOW Revision*
*06/28/2006*

FL-FCA-000381

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE U | PAGE OF PAGES 1    2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00017 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                    CODE     S1103A | ADMINISTERED BY (If other than Item 6)    CODE |
|---|---|

DCMA ATLANTA
2300 LAKE PARK DRIVE SUITE 300
SMYRNA, GA 30080-0000
LT PAUL FOX/Paul.Fox@dcma.mil

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

FLUOR ENTERPRISES INC.
1101 WILSON BLVD
SUITE 1900
ARLINGTON, VA 22209

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

[X]  HSFEHQ-05-D-0471/06-J-0011

10B. DATED (SEE ITEM 13)
20051110

| CODE    1Q181 | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ]  The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

no change

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 42.302 (b) |

E. IMPORTANT:   Contractor [X] is not,  [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | WAYNE MURPHY ADMINISTRATIVE CONTARACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 6/28/2006 |

| NSN 7540-01-152-9070 PREVIOUS EDITION UNUSABLE | Created using PerForm Pro Software. | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

FL-FCA-000382

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSFEHQ-05-D-0471/06-J-0011 | PAGE<br>2 | OF | PAGES<br>2 |
|---|---|---|---|---|

A. PURPOSE
The purpose of this modification is to revise the statement of work to increase the ceiling for temporary housing units, change the period of performance in accordance the revised statement of work, and to request contractor's proposal for the changes.

B. SECTION B - SUPPLIES OR SERVICES (Changed)
This modification incorporates the following changes to the statement of work.
All original requirements of the statement of work not listed in this revision remain in effect.

SEE ATTACHMENT 1 TO THIS MODIFICATION FOR REQUESTED SCOPE CHANGES.

The contractor is required to submit a cost proposal for the revised changes within 30 days of the date of this modification.

C.  The government's liability on this task order is [Redacted] Fund Cite: WN01286Y2006T/200606-1603-DR-9064-XXXX-2591-D.  The final negotiated cost, for subject task order, may differ from the funding amount indicated above.

END OF MODIFICATION

FL-FCA-000383

Contract HSFEHQ-05-D-0471                    Task Order HSFEHQ-05-J-0011

<u>STATEMENT OF WORK</u>
Direct Assistance
(Modification to Fluor-Task Order-06-J011)

## Modification to Fluor 06-J-0011
### June 19, 2006

## Changes to General Provisions

Note: This modified Statement of Work (SOW) only contains provisions that are being revised. All other provisions remain unchanged from the previous version of the SOW. Deletions are shown as ~~strikethroughs~~ and additions are <u>underlined.</u>

## 1. Disaster Information.

Disaster: 1603
State: Louisiana

### Joint Field Office Information:

Address:      Joint Field Office DR-1603
              Housing Management Group
              415 North 15th Street
              Baton Rouge, LA 70802

JFO Point of Contact:  <u>John Ward, COTR</u>
Phone:                 <u>281.638.4917</u>
Email:                 <u>John.D.Wardjr@dhs.gov</u>
Alternate POC:

Parishes:  State of Louisiana.

Attachment 1 to P00017                                          - 1 -

FL-FCA-000384

Contract HSFEHQ-05-D-0471                         Task Order HSFEHQ-05-J-0011

## STATEMENT OF WORK
### Direct Assistance
#### (Modification to Fluor-Task Order-06-J011)

### 3.2 Haul and/or Haul/Installation Subtask #2.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | ~~4,700~~ <br> 3,650 <br> Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | ~~43,450~~ <br> Base: 44,500 <br> Option 1: 2,500 <br> Option 2: 2,000 <br> Total/w Options: 49,000 <br> Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. Period of Performance through 30, September 2006 |
| 4 | Haul/ Installation Manufactured Homes (MH) | 4,850 <br> Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. Period of Performance through 30, September 2006. |

### 3.3 Maintenance Subtask #3.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 <br> Estimated <br> (No Change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. Group Site Maintenance is extended 31 August 2006, with Option 1; 1 September through 30 September 2006, and Option 2: 1 October through 31 October 2006. |

## 5. Base Period of Performance:

5.1    The Base Period of Performance is the start date indicated in the Pre Authorization Letter through ~~31 March~~ 30 September 2006 for Task ID # 2, 3, and 4 and October 31, 2006 for Task ID # 7.

Attachment 1 to P00017                                                                        - 2 -

*Task Order Modification P0018 and Partial SOW Revision*
*06/30/2006*

FL-FCA-000386

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE U | PAGE OF PAGES 1    2 | |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00018 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY                     CODE | | S1103A | ADMINISTERED BY (If other than Item 6)   CODE | | |

6. ISSUED BY                     CODE

DCMA ATLANTA
2300 LAKE PARK DRIVE SUITE 300
SMYRNA, GA 30080-0000
LT PAUL FOX/Paul.Fox@dcma.mil

| 8. NAME AND ADDRESS OF CONTRACTOR  (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES INC. 1101 WILSON BLVD SUITE 1900 ARLINGTON, VA 22209 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | X | HSFEHQ-05-D-0471/06-J-0011 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE       1Q181 | FACILITY CODE | 20051110 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

no change

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc), SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (Specify type of modification and authority) FAR 42.302 (b) | |

E. IMPORTANT:  Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)


SEE CONTINUATION PAGE


Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) WAYNE MURPHY ADMINISTRATIVE CONTRARACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 16C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED 6/30/2006 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7640-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

FL-FCA-000387

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSFEHQ-05-D-0471/06-J-0011 | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | | | 2 |

A. PURPOSE

A.1 The purpose of this modification is revise the statement of work to increase the ceiling for temporary housing units, change the period of performance in accordance the revised statement of work, and to request contractor's proposal for the changes. This modification cancels and replaces modification P00017 in it's entirety.

B. SECTION B - SUPPLIES OR SERVICES (Changed)
This modification incorporates the following changes to the statement of work.
All original requirements of the statement of work not listed in this revision remain in effect.

SEE ATTACHMENT 1 TO THIS MODIFICATION FOR REQUESTED SCOPE CHANGES.

The contractor is required to submit a cost proposal for the revised changes within 30 days of the date of this modification.

C. The government's liability on this task order is [Redacted] Fund Cite: WN01286Y2006T/200606-1603-DR-9064-XXXX-2591-D. The final negotiated cost, for subject task order, may differ from the funding amount indicated above.

END OF MODIFICATION

FL-FCA-000388

Contract HSFEHQ-05-D-0471                          Task Order HSFEHQ-05-J-0011

STATEMENT OF WORK
Direct Assistance
(Modification to Fluor-Task Order-06-J011)

# Modification to Fluor 06-J-0011
### June 30, 2006

## Changes to General Provisions

Note: This modified Statement of Work (SOW) only contains provisions that are being revised. All other provisions remain unchanged from the previous version of the SOW. Deletions are shown as ~~strikethroughs~~ and additions are underlined

## 1. Disaster Information.

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:        Joint Field Office DR-1603
                Housing Management Group
                415 North 15th Street
                Baton Rouge, LA 70802

JFO Point of Contact: John Ward, COTR
Phone:              281.638.4917
Email:              John.D.Wardjr@dhs.gov
Alternate POC:

Parishes:  State of Louisiana.

Attachment 1 to P00018                                      - 1 -

FL-FCA-000389

Contract HSFEHQ-05-D-0471                          Task Order HSFEHQ-05-J-0011

STATEMENT OF WORK
Direct Assistance
(Modification to Fluor-Task Order-06-J011)

### 3.2 Haul and/or Haul/Installation Subtask #2.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | ~~5,700~~ 4,650 Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | ~~41,900~~ Base: 45,450 Option 1: 2,000 Total/w Option: 47,450 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. Period of Performance through 30, September 2006 |
| 4 | Haul/ Installation Manufactured Homes (MH) | 5400 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. Period of Performance through 30, September 2006. |

### 3.3 Maintenance Subtask #3.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (No Change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. Group Site Maintenance is extended 31 August 2006, with Option 1; 1 September through 30 September, and Option 2: 1 October through 31 October 2006. |

## 5. Base Period of Performance:

5.1   The Base Period of Performance is the start date indicated in the Pre Authorization Letter through ~~31 March~~ 30 September 2006 for Task ID # 2, 3, and 4 and October 31, 2006 for Task ID # 7.

Attachment 1 to P00018                                                    - 2 -

*Task Order Modification P0023 and Partial SOW Revision*
*09/22/2006*

FL-FCA-000391

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE D | | PAGE 1 | OF | PAGES 3 |
|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00023 | 3. EFFECTIVE DATE see blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | | |

| 6. ISSUED BY CODE | S1103A | ADMINISTERED BY (If other than item 6) CODE | |
|---|---|---|---|
| DCMA ATLANTA 2300 LAKE PARK DRIVE SUITE 300 SMYRNA, GA 30080-0000 Wayne Murphy/wayne.murphy@dcma.mil | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | [X] | 9A. AMENDMENT OF SOLICITATION NO. | |
|---|---|---|---|---|
| FLUOR ENTERPRISES INC. 1101 WILSON BLVD SUITE 1900 ARLINGTON, VA 22209 | | | 9B. DATED (SEE ITEM 11) | |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. | |
| | | X | HSFEHQ-05-D-0471/06-J-0011 | |
| | | | 10B. DATED (SEE ITEM 13) 2005I110 | |

| CODE 10181 | FACILITY CODE |
|---|---|

| 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS |
|---|
| [ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended. |
| Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified. |

| 12. Accounting and Appropriation Date (if required) |
|---|
| 2006-06-1603DR-9064-XXXX-2591-D increased by Redacted |

| 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14. |
|---|
| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 43.302 (A)(4) and 43.103 (A) |
| E. IMPORTANT: Contractor [ ] is not. [X] is required to sign this document and return 1 (one) copies to the issuing office. |

| 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.) |
|---|
| SEE CONTINUATION PAGE |

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Robert G. Jones Sr VP | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) WAYNE MURPHY ADMINISTRATIVE CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 9/21/06 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 9/22/06 |
| NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-33) Prescribed by GSA FAR (48 CFR) 53.243 |

FL-FCA-000392

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSFEHQ-05-D-0471/06-J-0011 | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | | | 3 |

**A. PURPOSE**

The purpose of this modification is to definitize and increase funding for the increase in ceiling for temporary housing units and the period of performance and statement of work changes authorized by modifications P00018 and P00019.

**B. CONTRACT PRICING ARRANGEMENT (Changed)**

Total Cost:  
Fixed Fee:          Redacted  
Total Price:

Total Contract Price:    Redacted   The total contract price has increased by    Redacted

**C. SECTION B - SUPPLIES OR SERVICES (Changed)**

This modification definitizes the TASK ID changes detailed in Attachment 1 and authorized by modification P00018 and P00019.

| Item | Description of Supplies/Services | QTY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 001 | | 1.0 | LOT | | Redacted |

Provide Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation, and Technical Support FEMA of Direct Housing Operations authorized in the original task order award and modifications P00001 through P00016. Overall Period of Performance is September 09, 2005 through November 29, 2006.

| 002 | | 1.0 | LOT | | Redacted |

Provide Staging Support, Haul/Install Travel Trailers, Group Site Infrastructure and Grounds Maintenance during the Base Period of Performance July 1, 2006 through September 30, 2006

| 003 | | 1.0 | LOT | | Redacted |

Option 1- Haul/Installation of Travel Trailers and Infrastructure and Grounds Maintenance on Group sites during the period October 1, 2006 through October 31, 2006.

| 004 | | 1.0 | LOT | | Redacted |

Option 2- Haul/Installation of Travel Trailers and Infrastructure during the period November 1, 2006 through November 30, 2006.

(CONTINUED NEXT PAGE)

NSN 7540-01-152-8-67                    36-108                    STANDARD FORM 36 (REV, 10-83)

FL-FCA-000393

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | HSFEHQ-05-D-0471/06-J-0011 | | | 3 |

D. SECTION G-CONTRACT ADMINISTRATION/PAYMENT DATA

Obligation
ACRN Appropriation

1 2006-06-1603DR-9064-XXXX-2591-D
ACRN Change [Redacted]
New ACRN Amount: [Redacted]

Fund Cites: WN01377Y2006T
            WN01325Y2006T           Redacted

RECAP OF ACRNS (CHANGED)

| ACRN | AMOUNT | CLIN | TASK/MOD |
|---|---|---|---|
| 1 | Redacted | 001 | HSFEHQ-06-J-0001 Award through P00021. |
| 1 | | 001 | HSFEHQ-06-J-0001 P00022 (Increase). |
| 1 | | 002-004 | HSFEHQ-06-J-0001 P00023 (Increase). |

TOTAL Redacted

E.  As a result of this modification, the contract obligations amount is hereby increased by Redacted

END OF MODIFICATION

FL-FCA-000394

Attachment 1 to P00023

Statement of Work Revision

Contract HSFEHQ-05-D-0471, Task Order 06-J-0011

Note: This modified Statement of Work only contains provisions that are being revised. All other provisions remain unchanged from the previous version of the SOW. Deletions are shown as strikethroughs.

The revised and agreed-upon SOW is shown below in tabular format.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Trailers only | 5,700 4,650 Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | 41,000 Base 44,800 Option 1: 800 Option 2: 800 Total w/Option: 46,400 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. Base Period of Performance through 30 September, 2006. Option 1 POP is October 1 through October 31, 2006. Option 2 POP is November 1, 2006 through November 30, 2006. |
| 4 | Haul/Installation-Manufactured Homes (MH) | 5,400 Estimated QTY No change | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. Period of Performance through 30 September, 2006. |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated QTY No change | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. Group site maintenance is extended 31 August 2006, with Option 1: 1 September through 30 September, and Option 2: 1 October through 31 October 2006. |
| 8 | Deactivation | 4,000 QTY No change | Deactivation Period of Performance is extended through 31 JUL 06. |

Note: It is understood that maintenance services for trailers on Group Sites as stated in Task ID 7 "Remarks" in the SOW is not included in the scope of work and that the scope of work pertains only to Infrastructure and Grounds Maintenance on Group Sites.

Attachment 1 to P00023