UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | 07-md-1873 |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

**************************************************************************

## FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT BASED ON THE GOVERNMENT CONTRACTOR DEFENSE

# FLUOR EXHIBIT 2

| VIN | Bar Code | Manufacturer | Fluor - Stage Inspector | Fluor - Date Inspected | Fluor - Date Left Staging | Fluor - Haul Con |
|---|---|---|---|---|---|---|
| 1NL1GTR2551021783 | 1041407 | | DINA STEVENSON | 1/12/2006 | 2/17/2006 | MLU Service |



FL-FCA-004623