**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:  FEMA TRAILER          *      07-md-1873
        FORMALDEHYDE          *
        PRODUCTS LIABILITY    *
        LITIGATION            *      SECTION: N(5)
                              *
                              *      JUDGE: ENGELHARDT
                              *
                              *      MAG: CHASEZ

This document is related to:
  *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

*************************************************************************

**<u>FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT</u>**
**<u>BASED ON THE GOVERNMENT CONTRACTOR DEFENSE</u>**

# FLUOR EXHIBIT 4



# TRAVEL TRAILER INSPECTIONS

# ~

# FIELD INSPECTOR'S GUIDE



EXHIBIT

4

REVIEWED
By jcohen at 9:41 am, 12/1/05



# BLOCKING AND LEVELING SEC 2.1.2
(PIER CONSTRUCTION AND PLACEMENT)

DISTANCE FROM EDGE OF TT TO I-BEAM FRAME (UNLESS FRAME DESIGN IS DIFFERENT)

WOOD SHIMS - 1" MAX HEIGHT AT SUPPORT POINT

3" MAY BE FILLED WITH WOOD BLOCKS AND WEDGES

MUST BE VERTICALLY ALIGNED

TYPICAL PIER CONSTRUCTION

CAP BLOCKS MAY BE TOP LAYER SUPPORTING I-BEAM

7" MAX BETWEEN CEMENT CAP BLOCKS AND I-BEAM

6"

PIC 1

# BLOCKING AND LEVELING 2.1.2

**PIC 2**

2.1.2 The base will be ¾" X 24" X 24" exterior grade plywood ( an ¾" X 16" X 18" vinyl ABS pad is acceptable). The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers. The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with cooking timber and wedges laid perpendicular to the travel trailer steel I-Beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer his transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.



CONCRETE PIERS MUST BE VERTICALLY ALIGNED AND TIGHTLY SHIMMED WITH WOODEN WEDGES WHEN SET UNDER I-BEAM



5 Layer Pier Set up

NOTE: EACH SEPARATE LAYER IS TURNED PERPENDICULAR TO THE ONE BELOW

FL-FCA06915



# BLOCKING AND LEVELING

PIC 3

**NOTE:**

SOME TRAVEL TRAILERS (TT) HAVE PROPANE GAS LINES RUNNING BELOW AND PARALLEL TO THE I-BEAM.

WHEN INSPECTING THE PIER, BE SURE THE TT WEIGHT DOES NOT REST ON THE GAS LINE. THIS WEIGHT COULD CAUSE THE LINE TO RUPTURE OR THE PIPE JOINTS TO LEAK.

THESE TT'S REQUIRE SPECIAL BLOCKING CONFIGURATIONS THAT BYPASS THESE GAS LINES MAKING SURE THAT EQUAL WEIGHT IS DISTRIBUTED TO WHERE THE PIER IS RELOCATED.

SEVERE SAFETY ISSUE

EXPLOSION POTENTIAL

GAS LINE

PIPE JOINTS

GAS LINES SOMETIMES RUN ¼, ½ AND ¾ AND THE FULL LENGTH OF THE I-BEAM

PIPE JOINTS

Drag the side handles to change the width of the text block.

FL-FCA06916



BLOCKING AND LEVELING

PIC 4

NOTE: SINGLE CAP BLOCK WITH MINI-SHIMS ON THE OUTSIDE EDGE OF THE I-BEAM

NOTE: MINI-SHIMS ON THE OUTSIDE EDGE OF THE I-BEAM

NOTE: SINGLE PIER UNDER I-BEAM

NOTE: DOUBLE PIER UNDER TRAILER TONGUE

EXAMPLES OF ACCEPTABLE ALTERNATE PIER BLOCKING FOR GAS LINE WORK-AROUND

FL-FCA06917



BLOCKING AND LEVELING SEC 2.1.2

GAS LINE PROBLEMS TO LOOK FOR

PIC 5

FL-FCA06918



CHECKING PIER
CONSTRUCTION

MUST NOT BE
ABLE TO
REMOVE BY
HAND

SEC 2.1.2 BLOCKING
AND LEVELING

SHIM MUST
BE SNUG

PIC 6

FL-FCA06919



CHECKING PIER CONSTRUCTION

PUSH WOOD WITH FOOT

WOOD MUST NOT MOVE

SEC 2.1.2 BLOCKING AND LEVELING

PIC 7

FL-FCA06920

# ANCHORING AND STRAPS 2.1.3

PIC 8

**ANCHOR HEAD W/STRAPS ATTACHED**

**TURNBUCKLE**

**GALVANIZED STEEL STRAP**

**ANCHORS AND STRAPS CORRECTLY PLACED ON TONGUE & REAR BUMPER**



Sec. 2.1.3 The contractor shall install two( 2) anchors per side (total 4).  All anchors must be placed, driven or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A).  If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit.  Each strap shall extend from turnbuckle on the anchor head, and wrap one line around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head

The strap shall be 1.25" X .035 cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B Grade 1 strapping.  The anchor straps shall be snug and in a near vertical position

FL-FCA06921

# ANCHORING AND STRAPS 2.1.3

PIC 9

TESTING FOR SNUGGNESS



TEST 1
TEST SNUGGNESS BY PUSHING ON THE FRONT OF ONE STRAP – THEY SHOULD NOT TOUCH EACH OTHER



TEST 2
TEST SNUGGNESS BY PUSHING ON THE EDGE OF THE TWO STRAPS – THEY SHOULD NOT MOVE ON THE TONGUE

Sec. 2.1.3 The contractor shall install two( 2) anchors per side (total 4). All anchors must be placed, driven or auguered so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit. Each strap shall extend from turnbuckle on the anchor head, and wrap one ime around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035 cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping. The anchor straps shall be snug and in a near vertical position

FL-FCA06922



ANCHORING AND STRAPS 2.1.3   PIC 10

POTENTIAL SAFETY ISSUE

WHEN A POTENTIAL SAFETY ISSUE IS IDENTIFIED –

"TAP" it.

(ATTACH CAUTION/RED TAPE AND/ OR PAINT WITH HIGH-VISIBILITY COLOR PAINT)

TRIPPING HAZARDS



FL-FCA06924

# BLOCKING AND LEVELING

PIC 11



SEWER LINE

## NOTE: SOME TT'S HAVE

SEWER LINES RUNNING BELOW THE I-BEAM

WHEN INSPECTING THE PIER, BE SURE THE TT WEIGHT DOES NOT REST ON THE
SEWER LINE BECAUSE THE LINE MAY SPLIT OPEN.

THESE TT'S REQUIRE SPECIAL BLOCKING CONFIGURATIONS THAT BYPASS THESE SEWER
LINES MAKING SURE THAT EQUAL WEIGHT IS DISTRIBUTED TO WHERE THE PIER IS
RELOCATED.

## POTENTIAL BIO-HAZARD SAFETY ISSUE



BLOCKING AND LEVELING

PIC 12

CHECK BOTH INSIDE AND OUTSIDE OF PIER

ACCEPTABLE PIER CONSTRUCTION FOR SEWER WORK-AROUND

SEWER LINE

NOTE SINGLE CAP BLOCK

FL-FCA06926



CHECK  SEWER PIPE DRAIN
SLOPE
MUST BE A MINIMUM OF
¼"TO ½" (OR MORE) PER FOOT
OF DRAIN PIPE

SEWER LINE - ABOVE GROUND 2.1.4

PIC
13

FL-FCA06927



CHECK SEWER PIPE CONNECTIONS FOR LEAKS

SEWER LINE - ABOVE GROUND 2.1.4

PIC 14

FL-FCA06928



SEWER LINE - ABOVE GROUND 2.1.4

CHECK SEWER PIPE HANGING STRAPS ARE PLACED AT 4 FT INTERVALS

PIC 15

FL-FCA06929



WATER LINE TO TRAILER - ABOVE GROUND 2.1.4

PIC 16

PLASTIC MATERIAL

WATER PRESSURE REGULATORS REQUIRED ON THE WATER TAP ( SUPPLY INLET)

BOTH TYPES ACCEPTABLE

NOTE: SOME UNITS HAVE A BUILT-IN WATER PRESSURE REGULATOR WHEN LOW WATER PRESSURE IS NOTED INSIDE THE TRAILER, REMOVE THE EXTERNAL REGULATOR IF NEEDED.

METAL MATERIAL

FL-FCA06930



WATER LINE WINTERIZATION   2.1.15

PIC 17

ELECTRIC HEAT TAPE CONNECTED TO A/C LINE

CITY WATER CONNECTION

*WINTERIZATION*
INCOMING WATER LINE AND HOSE MUST BE HEAT-TAPED (HEAT-CABLE) AND WRAPPED WITH INSULATION

INSULATION TAPED OVER ELECTRIC HEAT TAPE

FL-FCA06931



FILL PROPANE TANKS AND INSPECT   2.1.7

PIC 18

COLOR CHANGE INDICATES GAS IS FLOWING FROM SIDE WITH GREEN INDICATOR

1. TURN ON GAS AT BOTH TANKS

3. SEE IF COLOR CHANGES TO FROM GREEN TO RED

PROPANE TANKS CHECK TO SEE IF GAS WILL FEED FROM BOTH TANKS

2. PUSH LEVER TO RIGHT OR LEFT

PROPANE FLOW INDICATOR

FL-FCA06932



BLOCKING AND LEVELING 2.1.2

PIC 19

PLACE LEVEL IN CENTER OF TRAILER FLOOR POINTING TOWARD TRAILER TONGUE

CHECK IF TRAILER IS LEVEL

BUBBLE SHOULD BE BETWEEN THESE LINES

PLACE LEVEL IN CENTER OF TRAILER FLOOR POINTING TOWARD DOOR- CHECK LEVEL BUBBLE



READY FOR OCCUPANCY (RFO) CHECKS 2.1.9

PIC 20

FLUSH TOILET

TURN ON HOT AND COLD IN SHOWER

CHECK ALL TRAILER WATER TAPS FOR HOT, COLD & ADEQUATE WATER PRESSURE

MAKE SURE WATER DRAINS OUT

TURN ON BOTH FAUCETS

FL-FCA06934



READY FOR OCCUPANCY (RFO) CHECKS 2.1.9

PROPANE GAS DETECTOR (LOCATED NEAR TRAILER FLOOR)

FURNACE/AC THERMOSTAT

FIRE EXTINGUISHER

CHECK & TEST ALL APPLIANCES AND DETECTORS

1ST SET

SMOKE DETECTOR

HOT WATER HEATER

PIC 21



READY FOR OCCUPANCY (RFO) CHECKS 2.1.9

PIC 22

CHECK REFRIGERATOR AND FREEZER FOR COOLNESS

LIGHT ALL BURNERS AND OVEN

CHECK & TEST ALL APPLIANCES AND DETECTORS

2ND SET

CHECK AIR FLOW FROM A/C CEILING AND FLOOR HEAT VENT

CARBON MONOXIDE ALARM

CHECK ALL LIGHTS

FL-FCA06936

FL-EG-A06937



PIC 23

STEPS 1.1.8

STEPS – CHECK FOR STURDINESS

REAR OF STEPS SUPPORTED BY CROSS MEMBER

HANDRAIL STURDY

STEPS ANCHORED BY RE-BAR

STEP SUPPORTED BY LATERAL BOARD



HANDICAP RAMP 2.1.16

HANDRAIL PAINTED WHITE

THIS IS A SWITCHBACK RAMP W/PLATFORM MIDWAY

RAMP DESIGN MUST BE COORDINATED WITH LOCAL AUTHORITIES AND MEET ADA, LOCAL AND STATE REQUIREMENTS

ALL RAMPS MUST HAVE NON-SKID SURFACE ON RAMP AND PLATFORM

ANOTHER ACCEPTABLE HANDICAP RAMP TYPE

PLATFORM MUST BE CENTERED ON DOOR & FLUSH WITH DOORSILL

PIC 24

FL-FCA06938



HANDICAP PLATFORM STEPS 2.1.25

PIC 25

HANDRAIL PAINTED WHITE

PLEASE NOTE: THESE PLATFORM STEPS WERE STILL UNDER CONSTRUCTION AND INCOMPLETE AT THE TIME THESE PHOTOS WERE TAKEN BUT WILL GIVE YOU AN IDEA HOW THEY SHOULD APPEAR

NON-SKID SURFACE ON PLATFORM STEPS

PLATFORM DESIGN MUST BE COORDINATED WITH LOCAL AUTHORITIES AND MEET ADA, LOCAL AND STATE REQUIREMENTS

STEP HEIGHT MUST BE 7 ½" TO 8" ON PLATFORM

PLATFORM MUST BE CENTERED ON DOOR & FLUSH WITH DOORSILL

FL-FCA06939

# FEMA



# TRAVEL TRAILER INSPECTION

## INSPECTOR'S GUIDEBOOK



This guidebook is designed to provide you with *a visual assist* as you inspect FEMA travel trailers for occupancy by evacuees. This guidebook is not a substitute for knowing the specifications contained in the project work statement (PWS) which is located in the back of this guidebook. You should read the PWS and familiarize yourself with its provisions before you begin your inspection.

Hopefully, the pictorial presentations will help you remember the individual items, acceptable methods and procedures you should use during your review of the contractor's work.

This Guidebook was conceived, designed, photographed and printed by
Gray L. Williams, a volunteer from the Internal Revenue Service
National Office Submission Processing Division, NCFB, Jimmy Smith, Director,
Serving FEMA's Joint Field Office in Montgomery AL as Technical
Monitor for the Human Services, Individual Assistance
Technical Assistance Contracts

PIC 0

FL-FCA06940