**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


**FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT**
**BASED ON THE GOVERNMENT CONTRACTOR DEFENSE**


# FLUOR EXHIBIT 5

FL-FCA-004609

SC-03-077802   D3A
93-9360133A

Orleans   D3A

*UDT*

# Final Residential/Private RFO Package Requirements:

- **FEMA Form 90-24 Ready for Occupancy Status**

- **FEMA Form 90 – Emergency Shelter- Agreement to Rules of Occupancy**

- **FEMA Form 90-13 Temporary Housing Unit Inspection Report**

- **FEMA Form 90-31 Ingress–Egress Agreement**

- **FEMA Form 90-26 Unit Installation Work Order**

- **FEMA Form 90-67 Temporary Housing Information Update**

- **FEMA Form 90-38 Temporary Housing Unit Maintenance Work Order**

- **STATS Record (Progress and Trailer Mobilization)**

- **Right of Entry Form**

- **LP Gas Testing Certificate**

- **Retrofit Documents**

FL-FCA-004610

JAN-30-2006 10:18 FROM:HUNTINGTON ATHH 9046457244 TO:15045930032 P.001/001

03-074 802

| FEDERAL EMERGENCY MANAGEMENT AGENCY LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT | 1. I.H. APPLICATION NO. | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No. 3067-0223 Expires September 30, 2005 |
|---|---|---|---|

**2. LANDOWNER'S INFORMATION** — **3. APPLICANT SITE INFORMATION**

NAME — NAME *Hans N Alexander*

ADDRESS (House No. and Street name) — SITE ADDRESS (House No. and Street name) *4415 Dala 5A*

CITY AND STATE (Include Zip Code) — CITY AND STATE (Include Zip Code) *N.O. La. 70126*

PHONE NO. (Include area Code) — NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY

4. In consideration of the President's Disaster Proclamation of **8-29-05** **1603** (date of declaration) (DRU) and the furnishing of a temporary housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, finishing, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress routes.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☒ other (specify) *FEMA*
   Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay **N/A** /month rental for use of the property. (Mark "None" if no rental is to be charged).

**8. SIGNATURES** — DATE

OWNER/AGENT —

APPLICANT *Hans M N Xander* — X 1/30/06

WITNESS — X

IA Form 90-31, OCT 02    REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-all May 91)

P.2    HI LASERJET FAX    Jan 30 2006 9:18

FL-FCA-004611

*1-28-06*

| | |
|---|---|
| **U. S. DEPARTMENT OF HOMELAND SECURITY**<br>**FEDERAL EMERGENCY MANAGEMENT AGENCY**<br>**UNIT INSTALLATION WORK ORDER** | 1. SITE CONTROL NO.  2. WORK ORDER NO.<br>SC-03-077802 |

**3. APPLICANT SITE INFORMATION**

| | | 4. CONTRACT WORK ORDER INFORMATION |
|---|---|---|
| NAME (Last, First, Middle Initial)<br>Alexander, Alana M | RGSN ID:<br>939360133A | CONTRACTOR  INSPECTOR<br>*MLU*  *Kenneth Trosclac* |
| SITE ADDRESS (House No. and Street Name. or Pad No.)<br>4415 Dale St | DATE WORK ISSUED  ISSUED BY<br>FEB 1 4 2006  *D09* | DATE SCH. COMPL. |
| CITY AND STATE  COUNTY<br>New Orleans  LA  70126  Orleans | 5. SITE  ☐ Comm.  ☐ Group<br>TYPE  ☑ Private  ☐ EGS | 6. UNIT TYPE  7. UNIT NO.<br>☐ MH  ☐ TT  ☐ Other |

**8. INSTALLATION**

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ✓ | Basic Setup | Each | *1* | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ✓ | Municpa; Water | Actual | | | |
| ✓ | Power Pole and Meter Loop | */00* AMP Each | *1* | | |
| ☐ | Additional Towing Outside | Mile Radius  Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of  AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | 30 AMP Breaker with Panel | Each | | | |

**WORK ORDER TOTAL:**

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

*I 10 To Hwy 90 Chef MenteurHwy East To Dale Left*
*Or North.*

*Note: No room for 2nd T/T 50x14'*

*Note: W - ON*
*S - Located*
*ONE - OFF*

**One Call Notification**
Date  Time
*2/0/06*  *7:30*

**One Call Reference No**
*6 0067673*

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|
| | | | |

FEMA Form 90-26, JUL 05

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
## EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY

| FEMA DR # 1603 LA | Location # 445 DALE St | LOT: |
| RGSN #: 939360133A | DE, LA 70126 | S.C.# 03-077802 |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1)   Must keep the unit and the surrounding area clean.

(2)   Must not commit or allow crimes to occur in the unit or in the vicinity.

(3)   Must not allow anyone, other than the individuals listed below, to live in the unit.

(4)   Must accept other housing options, when they become available.

(5)   Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6)   Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
| Alana M Alexander | Alana N Alexander | 3/30/06 |

*(To be Completed by Person Assigning the Shelter Unit)*

### Family Composition - Occupant Information

| Name | Age | Sex |
| --- | --- | --- |
| Alana M Alexander | 39 | F |
| Erika N Alexander | 11 | F |
| Christopher J Cooper | 9 | m |
| | | |
| | | |
| | | |
| | | |
| | | |

| Site Control # | Unit Bar Code # | Unit VIN # |
| 03-077802 | 1041407 | 161GTR255162783 |
| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
| Gloria Morton | Gloria Morton | 3/30/06 |

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSPECTION REPORT**

BARCODE NO. *1041407*

ARRIVAL TIME

1. MH SERIAL NO. / TT VIN NO. *1NL16TR2551021783*

DATE *1/14/06*

ORIGIN

| 2. TYPE OF INSPECTION | | | 3. TYPE OF UNIT | 4. APPLIANCES | | | 5. UNIT INFORMATION | |
|---|---|---|---|---|---|---|---|---|
| | Dispatch | Receipt | Check as many as apply | Type | Manufacturer | Model | a. Manufacturer *Gulf Stream* | |
| | | | ☐ Mobile Home | Furnace | — | | b. Vendor | |
| Vendor | ☐ | ☐ | ☑ Travel Trailer | Water Heater | *045008327* | | c. Model | |
| Staging | ☑ | ☐ | ☐ Park Model | Washer/Dryer | *NA* | | | |
| Site | ☐ | ☐ | ☑ FEMA Owned | Range | *10629702EV* | | d. Year *2005* | |
| RFO | ☐ | ☐ | ☐ FEMA Leased | Refrigerator | *2G-750392* | | e. Size *32* | |
| Move In | ☐ | ☐ | ☐ Slide Out | Microwave | *4701A12566* | | | |
| Move Out | ☐ | ☐ | ☐ ADA Compliant | TV/DVD | *NA* | | f. Sleeping Capacity *4* | |
| | | | ☐ ADA Compatible | Stereo | *NA* | | | |

6. INSPECTING  ☐ Staging Area  ☐ Site

7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR    N = New    G = Good    P = Poor    D = Damaged    M = Missing

| FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | Condition | | **First Bedroom** | Condition | | **Bathroom** | Condition | |
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs ( 6 for 3 BR) | | N | Mirror | | N | Tub/Shower | | N |
| Range | | N | Cabinet Storage | | N | Toilet | | N |
| Range Hood & Vent Fan | | N | Curtains & Rods | | N | Medicine Cabinet | | N |
| Refrigerator | | N | Light Fixture | | N | Mirror | | N |
| Curtains & Rods | | N | **Second Bedroom** | | | Curtains & Rods | | N |
| Cabinets | | N | Double Bed, Complete | | N | Light Fixture | | N |
| Sink | | N | Mirror | | N | **Exterior Condition** | | |
| Light Fixture | | N | Cabinet Storage | | N | Water Heater | | N |
| Fire Extinguisher | | yes | Curtains & Rods | | N | Doors | | N |
| **Living Room** | | | Light Fixture | | N | 2 Keys per Door | | 2 keys |
| Couch | | N | **Third Bedroom** | | | Windows | | N |
| Arm Chair | | N | Double Bed, Complete | | N | Screens | | N |
| End Table | | N | Mirror | | N | Front/Rear Panels | | N |
| Coffee Table | | N | Cabinet Storage | | N | Left/Right Side Panels | | N |
| Curtains & Rods | | N | Curtains & Rods | | N | Battery (For Slide Out Unit Only) | | yes |
| Light Fixture | | N | Light Fixture | | N | Propane Tanks | | yes |
| Surround Sound Speaker | | | | | | Awning | | N |
| **Hall** | | | **Interior Condition** | | | Roof & Vents | | closed |
| Furnace | | N | Floor Covering | | N | Towing Hitch | | N |
| Smoke Detectors | | yes | Wall Panels | | N | Axles & Springs | | N |
| Light Fixture | | N | Ceiling Panels | | N | Wheels & Tires | | N |

8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW:

RIGHT SIDE    LEFT SIDE    FRONT    REAR

9. COMMENTS (if more space is needed, see attached sheet)
*Need Starter Kit*
*Wall in Bedroom*

10. DRIVER DAMAGE  ☐ Yes  ☑ No

INSPECTOR INITIAL *AB*    DRIVER INITIAL

11. READY FOR OCCUPANCY CERTIFICATION

Contract W.O. No.

Inspector Signature *A Baker*

DATE

12. OCCUPANT NAME

ADDRESS *P2S*

THA No.

13. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:

| NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep.) |
|---|---|---|
| Receipt To/From (Print) *Six Flags* | *A. Baker 11/14/06* | |
| Dispatch To/From (Print) *Karen Lemieux* | *P2S* | |
| Receipt To/From Site (Print) *Karen Lemieux 2/7/06* | | |
| OCCUPANT SIGNATURE (Move In or Move Out) | DATE | FEMA REP. SIGNATURE | DATE |

DR1539 FORM 90-13 (TEST) JANUARY 05

FL-FCA-004614

## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### INTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **ACCESSORIES ASSEMBLED AND ARRANGED FOR USE, GENERAL INSPECTION** | | | |
| FIRE EXTINGUISHER HUNG AND CHARGED | ✓ | yes | |
| WINDOW CLIPS, TRAVEL BLOCKING, PROTECTIVE TAPE AND PACKING DEBRIS REMOVED | ✓ | removed | |
| MOUNTING AND CLEANLINESS OF STORM WINDOW PANELS | ✓ | yes | |
| SCREENS INSTALLED ON WINDOWS THAT OPEN | ✓ | yes | |
| CURTAINS/MINI-BLINDS INSTALLED AND FUNCTION | ✓ | yes | |
| CABINET DOOR PANELS AND KNOCKOUT PANELS INSTALLED | ✓ | yes | |
| DRAWERS INSTALLED AND FUNCTION | ✓ | yes | |
| CABINETS, DOORS, AND DRAWER HANDLES INSTALLED AND FUNCTION | ✓ | yes | |
| FLOORS, COUNTERS, KITCHEN EQUIPMENT, BATH FIXTURES, AND WINDOWS ARE CLEAN | ✓ | yes | |
| ALL DOORS FUNCTION PROPERLY | ✓ | yes | |
| MOULDING AND/OR PANELS INSTALLED PROPERLY | ✓ | yes | |
| **INTERIOR UTILITY SYSTEMS** | | | |
| INTERIOR WATER SYSTEMS CHECKED FOR LEAKS AT SUPPLY LINES, DRAIN LINES, AND PLUMBING CONNECTION POINTS | ✓ | no Leaks | |
| FAUCET SETS, BALL COCKS, AND SHOWER DIVERTERS OPERATE | ✓ | yes | |
| HOT/COLD LINES CONNECTED CORRECTLY | ✓ | Correct | |
| TOILET SEAL INTACT | ✓ | yes | |
| INTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | yes | |
| EXTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | yes | |
| ALL ELECTRICAL CIRCUITS, BREAKERS AND SWITCHES FUNCTION PROPERLY | ✓ | ok | |
| NO EVIDENCE OF LOOSE OR CORRODED ELECTRICAL CONNECTIONS | ✓ | OK | |
| **APPLIANCES AND APPERTENANCES** | | | |
| CHECK THE REFRIGERATOR, RANGE/OVEN, MICROWAVE OVEN, FURNACE, AIR CONDITIONER, AND WATER HEATER OPERATE PROPERLY | ✓ | All OK | |
| PILOTS AND RANGE BURNERS ADJUSTED PROPERLY | ✓ | OK | |
| SMOKE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| CARBON MONOXIDE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| LP DETECTORS INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| KITCHEN AND BATHROOM FANS OPERATE PROPERLY | ✓ | OK | |

REMARKS:

CLIENT NAME/ADDRESS/PHONE: AlAnA Alexandra  4415 Dale St.  New Orleans, La 70121

LOT/WORK ORDER NUMBER: 1603-001-061241-InD    SITE CONTROL NUMBER: SC-03-077802

TRAILER VIN: InLIg1R255n2n83    BAR CODE NUMBER: 1041407

CONTRACTOR QC: Daryl Lemieux    PRINT NAME
SIGNATURE: Daryl Lem    DATE: 2-17-06

QA INSPECTOR: Raul Medina    PRINT NAME
SIGNATURE: [signature]    DATE: 2-17-06

FL-FCA-004615

# READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

## EXTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **BLOCKING AND LEVELING** | | | |
| AREA CLEAN FOR BLOCK PLACEMENT | | yes | |
| FOOTINGS/PIER PADS | | yes | |
| SIX CONCRETE PIERS MINIMUM | | yes | |
| PIERS EVENLY SPACED, END PIERS APP. 8" OFF THE EDGE OF THE UNIT | | yes | |
| 4" CAP BLOCK LAYER, TOP AND BOTTOM | | yes | |
| SHIMS, MINIMUM 2 | | yes | |
| BLOCKING TIMBER AND SHIMS PERPENDICULAR TO I-BEAM | | yes | |
| ALL PIERS CORRECT | | correct | |
| **ANCHORS AND STRAPPING** | | | |
| ANCHOR INSTALLED CORRECTLY | | yes | |
| REQUIRED STRAPS | | yes | |
| SPACING OF ANCHORS | | yes | |
| STRAP SECUREMENT | | yes | |
| **SEWER LINE INSTALLATION** | | | |
| CLEAN-OUT FITTINGS INSTALLED | | yes | |
| VERIFY CORRECT P-TRAP AND VENT INSTALLATION | | yes | |
| HEAT TRACE AND INSULATION ON P-TRAP | | yes | |
| INSIDE PIPE DIAMETER MINIMUM OF 3" | | yes | |
| PIPE GRADE (SLOPE) 1% MAXIMUM (1/8" PER FOOT) | | yes | |
| HANGING STRAPS SPACED AT 4' MAXIMUM | | yes | |
| SEALED CONNECTION TO SEWER PIPE | | yes | |
| PVC SCHEDULE 40 PIPE | | yes | |
| SEWER TAP CORRECT WHEN CONNECTING TO MUNICIPAL SYSTEMS | | correct | |
| SEWER LINE TESTED FOR LEAKS | | no leaks | |
| **WATER LINE** | | | |
| APPROVED WATER HOSE RATED FOR POTABLE WATER | | yes | |
| CUT-OFF VALVE AT POINT OF CONNECTION AND ANTI-SIPHON INSTALLED | | yes | |
| HEAT TRACE AND INSULATION ON WATER HOSE | | yes | Insulate |
| PVC WATER SUPPLY LINE BURIED | | N/A | |
| WATER PRESSURE ACCEPTABLE | | yes | |
| WATER PRESS. REDUCING DEVICE USED IF SUPPLY PRESS IS TOO HIGH | | yes | |
| SERVICE LINE TESTED | | yes | test |
| **DIRECT WIRING** | | | |
| VERIFY #2 OR 2/0 THW WIRING | | correct | #2 |
| UNDERGROUND RATING 100 OR 200 AMPS | | correct | 100 |
| MAIN BREAKER SIZE | | correct | 30 |
| APPROPRIATE AMP 30 OR 50 | | correct | 30 |
| WEATHERPROOF RECEPTACLE AND BREAKER BOX | | yes | |
| CONDUIT BURIED AT LEAST 18" | | N/A | |
| SWEEPS INSTALLED AT JUNCTION BOX AND METER LOOP | | N/A | |
| JUNCTION BOX MOUNTED ON 4"x4" TREATED LUMBER POST | | yes | |
| BOTTOM OF JUNCTION BOX MINIMUM 18" FROM GROUND | | yes | 48" |
| **MISCELLANEOUS** | | | |
| BOTH PROPANE TANKS FULL | | yes | Full |
| ARE ADDITIONAL STEPS, PLATFORM, OR RAMPS INSTALLED? | | yes | metal |
| IS THE BATTERY INSTALLED? | | yes | |

REMARKS: No temp pole On

CONTRACTOR QC: Don Clement     PRINT NAME

SIGNATURE: _____ DATE 2-12-06

QA INSPECTOR: Ray Medina     PRINT NAME

SIGNATURE: _____ DATE 2-1-0

FL-FCA-004616

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

| | | |
|---|---|---|
| Work Order #: **1603-001-061241-INP** | Contractor: Fluor | Issue Date: 2 8 2006 |
| Site Type: Private | Unit Type: TT  Regular | Issued By: RJOHNS30 | RFO Date: |

## Applicant Information

Reg. ID: 93-9360133A
Name: ALEXANDER  ALANA M
Current Phone: (504)577-0737
Alternate Phone: ()
DD Phone: (504)577-0737
DD Alt. Phone: ()

P-Code        Number of Units Needed
P 4TTP      MH's  0      TT's  1

## Household Composition

Number
Housed
0

BR
Required

| Name | Relationship | Age |
|---|---|---|
| ALEXANDER  ALANA M | Registrant | 39 |
| ALEXANDER  ERIKA M | Friend | 11 |

## Special Needs

APP REQ TT  TY 12 16 05

## Site Information

| | | |
|---|---|---|
| Site Control #: SC-03-077802 | Address: 4415 DALE ST | County: Orleans |
| Site Name: | City, St. Zip: NEW ORLEANS, LA 70126 | Lot #1:        Lot #2: |
| Directions to Site:  EXPEDITED PPI | | |

## Unit Information

| | | |
|---|---|---|
| Unit #1: | Serial #1: | GPS Longitude: |
| Unit #2: | Serial #2: | GPS Latitude: |

## Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic TT set-up | Each | 1 | $0.00 | $0.00 |
| | | | Total Cost: | $0.00 |

## Signature Section

| Representative | Signature | Date | Driver Name |
|---|---|---|---|
| Inspector | | | |
| Contractor  Fluor | | | Driver License Number |
| Mover | | | |

| | | |
|---|---|---|
| Wednesday, February 08, 2006 | DR-1603-LA | Page 1 of 1 |

FL-FCA-004617

## SITE DESCRIPTION



| SITE CONTROL # | SC-03-077802 | THA #: | 939360133A | |
|---|---|---|---|---|
| APPLICANT NAME | Alexander, Alana M | | front left | |
| ADDRESS | 4415 Dale St | | Ransom St | One Call Notification |
| | New Orleans | LA | 70126 | Date 2/6/06  Time 7:30 |
| APPLICANT PHONE #'S | (504) 577-0737 | | | One Call Reference No |
| | 0 FL 4 904 645-7244 | 0 | | 6006 7673 |
| INSPECTOR NAME | Kenneth Traxler | | | |
| INSPECTOR PHONE # | ( 225 )- 226 - 5680 | | DATE | 1-28-06 |

**PLEASE COMPLETE AND PRINT ALL INFORMATION**

FL-FCA-004618



| | Fluor Government Group |
|---|---|
| | Project Number: FEMA_IA_01 |
| | Hurricane's Katrina & Rita Relief Project |

### Residential RFO Package Completion Form

| **Site Control Number** | SC 03-077802 - BC 1041407 |
|---|---|

| Form No. | Document Name | Instructions | Initial | Date |
|---|---|---|---|---|
| 1 | RFO Completion Form | Assemble the RFO Package by compiling the documents listed on this form. The documents MUST be assembled in the order listed here. The package is not considered complete unless all documents have been assembled. Once a Document has been assembled, The person completing this package initials and dates this form. | AP | 4/24 |
| 2 | RFO Status Form | This document MUST have the following fields filled in correctly: 1)Applicants Name 2) Site Control Number 3]Trailer Barcode 4] Trailer VIN | AP | ) |
| 3 | Emergency Shelter – Agreement to Rules of Occupancy | This document MUST have the following fields filled in correctly: FEMA DR #] Applicants FEMA Registration Number, LOT #] Site Control Number. Applicant MUST Print Name, Sign Name and Date the form. | AP | |
| 4 | Temporary Housing Unit Inspection Report | This document MUST have the following fields filled in correctly: Box 1] Site Control Number, Box 2] Trailer VIN, Box 3] Check As Required, Box 4] Check As Required, Box Handicap] Check As Required, Box 9] Mark As Required, Box 11] Work Order Number, Inspectors Signature & Date, Box 12] Occupant Name & Address, Box 13]Applicant Signature & Date and FEMA Representative Signature & Date. | AP | |
| 5 | DEL-GEN Inspection Report Form Sections 1 thru 4 | Check all appropriate boxes. Section 4 MUST have the following fields filled in correctly: 1] Trailer Address, 2) Site Control Number, 3] Trailer VIN, 4) Trailer Bar Code, 5) Work Order Number, Contractor QC Inspector] Printed Name, Signature & Date, QA Inspector] Printed Name, Signature & Date The Appendix is provided for contractor use and is NOT to be included in the package. | AP | |
| 6 | Trailer Lease Check In List | This document MUST have all fields checked off as completed. The Appendix is to be reviewed and left with the resident. | NA | |
| 7 | Assessment Team Tracking Report | The strike teams use this document to perform an initial assessment of the area or lot, include this in this RFO package. | NA | |
| 8 | Unit Delivery Ticket | This document MUST have the following fields filled in correctly: 1] Work order Number, 2] Site Type, 3] Site Control Number, 4] Site Address, 5] Unit Type, 6] Trailer Bar Code, 7] Trailer VIN, 8] Special Instructions – Check for ADA & other key items. | AP | 4/24 |
| 9 | Landowner's Authorization Ingress-Egress Agreement | This document MUST have the following fields filled in correctly: Box 2]Land Owners Name, Address and Phone Number, Box 3] Applicants Name and Address, Line 4] The Correct Date and DR Number Line 6) Check As Required, Box 8] Owners Signature & Date, Applicant Signature & Date and Witness Signature & Date. | AP | |
| 10 | Unit Installation Work Order | This document MUST have the following fields filled in correctly: Box 1] Site Control Number, Box 2] Work Order Number, Box 3]Applicant Name & Address, Box 4] Contractor Data, Box 5] Site Type -Check As Required, Box 6] Unit Type -Check As Required, Box 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. | AP | ) |
| 11 | Fluor Right Of Entry | This document MUST have the following fields filled in correctly: 1] Date, 2] Applicant Name 3] Lease Date, 4] Property Location, Box 5] Site Activities - Check As Required, 6] Lessor Signature & Date. | NA | |
| 12 | Site Description Form | This document MUST have the following fields filled in correctly: 1] Site Control Number, 2] Applicant Name 3] Applicant Address, 4] Applicant Phone Number Contractor Data, Box 5] Site Type -Check As Required, 6] Unit Type -Check As Required, Box 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. Attach Additional Copies as needed. | AP | 4/24 |
| 13 | Fluor Exhibit A Form | Attach Additional Copies as needed to document additional comments about the site, the location, the applicant or other items. This document MUST have the following fields filled in correctly: 1] Site Address, 2] Applicant Name 3] Site Control Num ber, 4] Trailer Bar Code, 5] Trailer VIN | NA | |
| 14 | LA DHH/OFC of Public Health/Sewage Treatment Waiver | This form is to accompany the package only when the applicant agrees to the waiver where there is a temporary sewage system in place. | NA | |
| 15 | Lease Agreement | Attach Original Executed Lease Documents. Copies may be substituted as necessary | AP | 4/24 |

SCANNED

Document Name : RFO Completion Form.doc

RESIDENTIAL DDM DISTRICT 3



509.13.3R (20)  F I M A   LPGas Testing Reports
Site Control (SC) #'s--SC-03-073510--03-077933
FEMA I.A/HSFEHQ-05-0471/
Orleans
16 11/0(620)                    HSFEHQ-J-J-0(20) (05-J-0(28)

FL-FCA-004620

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## LIQUEFIED PETROLEUM GAS COMMISSION

### INSTALLATION REPORT

| SOLD TO | | | |
|---|---|---|---|
| Alexander, Alana M | | Orleans | |

| ADDRESS | Street/ P.O. Box/ Rural Rte. | City/State | Zip |
|---|---|---|---|
| 4415 Dale St | | New Orleans | #Nam 70126 |

| DATE OF TEST AND COMPLETION | 8/15/2006 | PERSON IN CHARGE OR MAKING INSTALLATION | Mike Bussey |
|---|---|---|---|

| MANUFACTURER OF TANK | | TYPE | |
|---|---|---|---|
| 1NLIGTR2551021783 | | TT | |

| ADDRESS | | SIZE | |
|---|---|---|---|
| N/A | | N/A | |

| SERIAL NO. | | ASME | | DATA SHEET ATTACHED | |
|---|---|---|---|---|---|
| BC- | 1041407 | N/A | | N/A | |

IF DEALER INSTALLING ABOVE TANK DOES NOT SELL LPG, GIVE NAME OF REPRESENTATIVE PRESENT DURING FIRST FILLING
**Region 1**

NAME OF DEALER SUPPLYING GAS AND TRUCK DRIVER
**FLUOR**

| NO. OF OUTLETS | NO. NOT FURNISHED WITH APPLIANCES | IF PLACE OF PUBLIC ASSEMBLY, GIVE CATALOG NO. | N/A |
|---|---|---|---|

REMARKS

### TEST ON SUPPLY LINES MUST BE WITNESSED BY THE CUSTOMER OR HIS REPRESENTATIVE.

TEST ON SUPPLY LINES WITNESSED BY (Customer Signature)

### CERTIFICATE OF COMPANY SELLING INSTALLATION

To Liquefied Petroleum Gas Commission
The undersigned certifies that the above statements are true, and that the gas supply system covered by this report was installed by them in accordance with

the law and in a workmanlike manner and that same was tested at _____ pounds pressure or _____ inches of water column, and was found to be free of leaks. It is also certified that each appliance listed above is of a type approved for the use of liquefied petroleum gases and has been installed correctly for the use of such gases.

**Region 1**

DATE_____    SIGNED_____
                              FIRM

                              TITLE

S/C  SC-03-077802

FL-FCA-004621

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**LIQUEFIED PETROLEUM GAS COMMISSION**

### INSTALLATION REPORT

| SOLD TO | | |
|---|---|---|
| | Orleans | |

| ADDRESS 4415 Dale St | Street/P.O. Box/ Rural Rte. | City/State New Orleans | Zip 70126 |
|---|---|---|---|

| DATE OF TEST AND COMPLETION 8-15-2006 | PERSON IN CHARGE OR MAKING INSTALLATION *Mike Bussey* | | |
|---|---|---|---|

| MANUFACTURER OF TANK 1NL1GTR2551021783 | TYPE |
|---|---|

| ADDRESS N/A | SIZE N/A |
|---|---|

| SERIAL NO. BC- 1041407 | ASME N/A | DATA SHEET ATTACHED N/A |
|---|---|---|

IF DEALER INSTALLING ABOVE TANK DOES NOT SELL LPG, GIVE NAME OF REPRESENTATIVE PRESENT DURING FIRST FILLING.
**Region 1**

NAME OF DEALER SUPPLYING GAS AND TRUCK DRIVER
**FLUOR**

| NO. OF OUTLETS 3 | NO. NOT FURNISHED WITH APPLIANCES 0 | IF PLACE OF PUBLIC ASSEMBLY, GIVE CATALOG NO. N/A |
|---|---|---|

REMARKS

**TEST ON SUPPLY LINES MUST BE WITNESSED BY THE CUSTOMER OR HIS REPRESENTATIVE.**

TEST ON SUPPLY LINES WITNESSED BY (Customer Signature)

**CERTIFICATE OF COMPANY SELLING INSTALLATION**

To Liquefied Petroleum Gas Commission
The undersigned certifies that the above statements are true, and that the gas supply system covered by this report was installed by them in accordance with

the law and in a workmanlike manner and that same was tested at _N/A_ pounds pressure or _11.0_ inches of water column, and was found to be free of leaks. It is also certified that each appliance listed above is of a type approved for the use of liquefied petroleum gases and has been installed correctly for the use of such gases.

DATE 8-15-2006   SIGNED   Region 1   FIRM *Fluor*

TITLE *OA GASTEST*

S/C  03- 077802

FL-FCA-004622



| VIN | Bar Code | Manufacturer | Fluor - Stage Inspector | Fluor - Date Inspected | Fluor - Date Left Staging | Fluor - Haul Co |
|---|---|---|---|---|---|---|
| INLUGTP255102172B3 | 1041407 | | DINA STEVENSON | 1/12/2006 | 2/17/2006 | MLU Service |

FL-FCA-004623

FL-FCA-0046 24

| Huor - Date Received C | QA Date | RFO Date | Work Order # | Site Control # | FSC - Date Inspe | FEMA Staging - Date Left Staging | FSC - Haul Contractor | FEMA File # |
|---|---|---|---|---|---|---|---|---|
| 2/17/2006 | 2/17/2006 | 2/17/2006 | 1803-C01-406 1241-INP | | | | 2/17/2006 | |

| Fluor - Date Received At Fluor Staging | Work Order Received | Unit Occupied | Fluor - Staging Area |
|---|---|---|---|
| 1/12/2005 | 2/17/2005 | 3/20/2005 | Six Flags, LA |

FL-FCA-004625

| Lease Date | Leased In By | Head of Household | Family Member 1 | Family Member 2 |
|---|---|---|---|---|
| 3/20/2006 Gloria Morton | | Alana Alexander | Erika Alexander | Christopher Cooper |

FL-FCA-004626

| Flag - Site Cont Flag - RGSN ID | Inspector Name | Inspector Contractor |
|---|---|---|
| SC-03-077802   939360133A | RAUL MEDINA | FLUOR |

FL-FCA-004627



| LONGDESCRIPTION | WONUM |
|---|---|
| nEWvnLANA ALEXANDRAv 4415 DALE STREETvnNEW ORLEANS LAvn70126vnPH 504-577-0737vnB/C 104140TvnnTENANT STATES THE AIR DOES NOT COME ON bnvAPPROVED BY MARVA RECD@ 4:59PM. DISPATCHED TO MARY @ 5:29PM. DRvn+5/31/06: DISPATCHED TO DAVID T. AT 5:55 PMvnMHvnvDAVID IN PROGRESS @ 10:05PM. JPvnvDAVID COMPLETE 10:15PM. JPvn6/1/06 COMPLETED BY DAVID AND MICHAEL 20AMP BREAKER TRIPPED. THERMISTOR HOOK E TO COILS/SM | 273212 |

FL-FCA-004628

STATS Record        47576

Site Control #      SC-03-077802
RGSN ID             939360133A

Site Type           Private

Name                Alexander, Alana M

Site Name
Address             4415 Dale St
City                New Orleans
Parish/ County      Orleans
State               LA
ZIP                 70126
District             3a

Unit Type           TT
Work Order #        1603-001-061241-fNP

Bar Code            1041407

VIN                 1NL1GTR2551021783

RFO Date:           2/17/2006

FL-FCA-004629

MLU-01-01831

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

| | | | |
|---|---|---|---|
| Work Order #: 1603-001-061241-INP | | Contractor: Fluor | Issue Date: 2/8/2006 |
| Site Type: Private | Unit Type: TT - Regular | Issued By: RJOHNS30 | RFO Date: |

## Applicant Information / Household Composition

Reg. ID: 93-9360133A
Name: ALEXANDER, ALANA M.
Current Phone: (504)577-0737
Alternate Phone: ()
DD Phone: (504)577-0737
DD Alt. Phone: ()

P-Code: P-4TTP   Number of Units Needed   MH's: 0   TT's: 1

Number Housed: 0

BR Required:

| Name | Relationship | Age |
|---|---|---|
| ALEXANDER, ALANA M | Registrant | 39 |
| ALEXANDER, ERIKA M | Friend | 11 |

02-15-06 12:53 OUT

## Special Needs

APP REQ TT, TY 12/16/05

## Site Information

| | | |
|---|---|---|
| Site Control#: SC-03-077802 | Address: 4415 DALE ST | County: Orleans |
| Site Name: | City, St. Zip: NEW ORLEANS, LA 70126 | Lot #1:   Lot #2: |

Directions to Site: EXPEDITED PPI
VIN INLIGHt 20 5 K21753
Unit 21753
BC 1041467

## Unit Information

| | | | |
|---|---|---|---|
| Unit #1: | Serial #1: | GPS Longitude: | |
| Unit #2: | Serial #2: | GPS Latitude: | |

## Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic TT set-up | Each | 1 | $0.00 | $0.00 |
| | | | Total Cost: | $0.00 |

Daren Lemieux
S24-7RC-FL
L520-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-OFL
MLU 850-251-2421

RECEIVED BY:

FEB 14 2006

DDM DISTRICT 3

## Signature Section

| | Representative | Signature | Date | Driver Name |
|---|---|---|---|---|
| Inspector | | R. Chavi 9.45 | 2-17-06 | |
| Contractor | Fluor | | | Driver License Number |
| Monitor | | | | |

Wednesday, February 08, 2006          DR-1603-LA          Page 1 of 1

FL-FCA-004630

U.S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
**READY FOR OCCUPANCY STATUS**

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☐ TT ☐ OTHER | RGSN ID NUMBER 93-9360133A | CONTRACT WO NUMBER 061241 INP | SITE CONTROL NUMBER 03-007802 |
|---|---|---|---|
| APPLICANT NAME Alexander, Alona | T.H. No. BARCODE 1041407 | ADDRESS 4415 Dale St. New Orleans, La 70126 | |
| INSPECTOR (Please Print) Raul Medina | VEHICLE IDENTIFICATION NUMBER INL1 GTR 255/021/783 | | |

**1. INSPECTION (To be completed by Direct UNIT (DHOPS)**

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☑ Blocked          ☑ Sewer Connected
☑ Stairs/Ramp metal   ☑ Electric Connected
☑ Water Connected   ☑ Gas Connected

COMMENTS - INSTALLATION OR SITE CONDITIONS:

DATA & DOCUMENT MGT

| INSPECTOR SIGNATURE | DATE 2.17.06 |
|---|---|

**II. TEMPORARY WAIVER OF UTILITY INSTALLATION**

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/Federal Emergency Management Agency without:

☐ Water Connection   ☐ Electricity Connection   ☐ Sewer Connection   ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO:        DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer   ☐ Electricity   ☐ Permits (ele)   ☐ Water   ☐ Gas   ☐ Permits (meh)   ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

FEMA Form 90-24, JUL 05

FL-FCA-004631

| Federal Emergency Management Agency **LANDOWNER'S AUTORIZATION INGRESS-EGRESS AGREEMENT** | 1. REGISTRATION NO. 939360133A | SITE CONTROL NO. SC-03-077802 | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No 3067-0222 Expires September 30, 2005 |

| 2. LANDOWNER'S INFORMATION | 3. APPLICANT SITE INFORMATION |

NAME
*Lowis A. Alexander*

NAME
Alexander, Alana M

ADDRESS (House No. and Street name)
4415 Dale St

SITE ADDRESS (House No. and Street name)
4415 Dale St

CITY AND STATE (Include Zip Code)
New Orleans                    LA                    70126

CITY AND STATE (Include Zip Code)
New Orleans                    LA                    70126

PHONE No. (Include Area Code)

NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY

4. In consideration of the President's Disaster Proclamation of 08/29/2005   DR#1603  and the furnishings of a temporary housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property and authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street.  This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property.  No claims will be filed by Landowner for these actions.  (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.).  Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one)     the applicant     ⟂ the owner   ☑ other (specify)
   Provide details if responsibility is divided:                                                *Fema*

7. Landowner intends to charge and applicant agrees to pay          /month rental for use of the property. (Mark "None" if no rental is to be charged.)

| 8. SIGNATURES | DATES |

a. OWNER/AGENT
☒ *Louis A Alexander Jr*                                          *1/28/06*

b. APPLICANT

c. WITNESS
*Kennett — Inle*                                                 *1/28/06*

FEMA Form 90-31, OCT 02                    REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41, May 91)

FL-FCA-004632

STATS Record     1055

Site Control #
RGSN ID

Site Type        Industrial

Name

Site Name        Union Carbide/Dow Chemical
Address          10362 Airline Hwy.
City             St. Rose
Parish/ County   St. Charles
State            LA
ZIP              70057
District          Not a Fluor District

Unit Type        TT
Work Order #

Bar Code         1041407

VIN              1NL1GTR2551021783

RFO Date:        10/14/2005

FL-FCA-004633

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSTALLATION WORK ORDER**

| 1. SITE CONTROL NO. | 2. WORK ORDER NO. |
| --- | --- |
| | LA 09 1005-044 |

**3. APPLICANT/SITE INFORMATION**

**4. CONTRACT WORK ORDER INFORMATION**

NAME (Last, First, Middle Initial)
DOW - RIVER PARISH MAINT.

THA NO.

CONTRACTOR
FWDR

INSPECTOR

SITE ADDRESS (House No. and Street Name, or Pad No.)
116179 River Rd (HWY18)    4

DATE WORK ISSUED
9-10-05

ISSUED BY

DATE SCH. COMPL.

CITY AND STATE
HAHNVILLE, LA

COUNTY
ST. CHARLES

5. SITE TYPE ☒ Comm. ☐ Group ☐ Private ☐ EGS

6. UNIT TYPE ☐ MH ☒ TT ☐ Other

7. UNIT NO.
1041407

**8. INSTALLATION**

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
| --- | --- | --- | --- | --- | --- |
| ☒ | Basic Setup | Each | | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☐ | Power Pole and Meter Loop _____ AMP | Each | | | |
| ☐ | Additional Towing Outside _____ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of _____ AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | | | | | |
| ☐ | | | | | |
| | | | WORK ORDER TOTAL: | | |

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

10. CERTIFICATION AND SIGNATURES • The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF CONTRACTOR | DATE |
| --- | --- | --- | --- |
| | | | |

FEMA Form 90-26, JUL 05

9/10  17:15  CPC  TT

FL-FCA-004634

## TRANSFER OF CUSTODY

*2 of 3*

| Name: *Dow Chemical* | | Contact Person: *MARTY OWENS* | |
|---|---|---|---|
| Location: | | Phone #: | |
| Address: | | No. Units Needed: | |
| City/State: *ST. ROSE  LA* | | No. Units Delivered: | |
| **Unit Number** | | **Unit number** | |
| *145429* | ✓ | *4YDT295266A263205* | |
| *681363* | ✓ | *1CD1P322454283971* | |
| *1NL1GTR711073595* | ✓ | *1PAT64Z266P005933* | |
| *681253* | ✓ | *1UJBJ02R151EL1274* | |
| *1039703* | ✓ | *1SABS02P331DU1627* | |
| *681368* | ✓ | *1UJBJ02P251JN0497* | |
| *681175* | ✓ | *1052463* | |
| *1041407* | ✓ | *06031048307010715674* | |
| *650040* | ✓ | *1160072* | |
| *1NL1GTR256003501* | ✓ | *1160074* | |
| *1155040* | | *1CC1B262355339343* | |
| *1155044* | | *1160079* ✓ | |
| *47CTD9N86SM419548* | | *4YDT2S62X5N122742* | |
| *1155052* | | *1160008* | |
| *1UJBJ02N951EF3015* | | *1NL1GTM2BS1071679* | |
| *1155041* | | *1160077* | |
| *1155050* | | *06031048297010715 6843* | |
| *1155037* | | *1160087* | |
| *1155053* | | *1160131* | |
| *1155043* | | *47CTBAP23SL114730* | |
| *1155047* | | *4K01A1F266E156684* | |
| *4X47SMC206R394125* | | *4YDT291170C1915* | |
| Signature *OWENS* | | Date *10/14/05* | |

FL-FCA-004635