## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO**

*Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892;
Alana Alexander, individually and on behalf of Christopher Cooper

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing on Plaintiff's Motion to Compel with Respect to Gulf Stream Coach, Inc.,

**IT IS HEREBY ORDERED** that said Motion is granted and that the Motion to Compel with Respect to Gulf Stream Coach, Inc. be and is hereby set for hearing on the 21st day of August, 2009, at 11:00 a.m.

New Orleans, Louisiana, this 21st day of August, 2009.

_____
ALMA CHASEZ
UNITED STATES MAGISTRATE JUDGE