UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>         FORMALDEHYDE PRODUCTS<br>         LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Case No. 09-2892

## ORDER

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion in Limine to Exclude Expert Testimony of James P. Kornberg, M.D., SC.D (Rec. Doc. 2769) will be heard on an expedited basis. Any opposition to this motion shall be filed by **Friday, August 28, 2009, at noon**, at which time this motion will be taken under advisement.

New Orleans, Louisiana, this 20th day of August, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**