UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Case No. 09-2892

## ORDER

**IT IS ORDERED** that the following two motions will be heard on an expedited basis (as they both relate to the impending September 14, 2009 Gulf Stream trial): (1) Gulf Stream Coach, Inc.'s Motion to Exclude the Testimony of Alexis Mallet, Jr. (Rec. Doc. 2776); and (2) Gulf Stream Coach, Inc.'s Motion to Strike Opinions and Testimony of Ervin Ritter, P.E. (Rec. Doc. 2777).  Any oppositions to these motions shall be filed by **Friday, August 28, 2009**, at which time both motions will be taken under advisement.

New Orleans, Louisiana, this 21st day of August, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**