UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                  SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Bartel and Kujawa Member Cases

## ORDER

      **IT IS ORDERED** that Bechtel National, Inc.'s Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 2721) is **STRICKEN** from the record as it violates the page limitation in Local Rule 7.8.1E.  To be set for hearing on Wednesday, August 26, 2008, it shall be re-filed properly (in compliance with the page limitation) **on or before Monday, August 24, 2009.**

      **IT IS FURTHER ORDERED** that any opposition to the re-filed motion shall be filed on or before **Wednesday, August 26, 2009** at which time this motion will be taken under advisement.

      New Orleans, Louisiana, this 21st day of August, 2009.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**