## AFFIDAVIT OF PAUL HEWETT CONCERNING
## IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**STATE OF WEST VIRGINIA**
**COUNTY OF MONONGALIA**

BEFORE ME, the undersigned authority personally came and appeared:

**Paul Hewett, Ph.D.**

who, after being duly sworn by me, did depose and say that the information contained in the attached report is true and accurate to the best of his knowledge.

_____
PAUL HEWETT, Ph.D.

Sworn to and subscribed
before me, this 18th day of
May, 2009

_____
NOTARY PUBLIC

My commission expires March 21, 2015

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SUE H. ALEXANDER
P. O. Box 2121
Morgantown, West Virginia 26502-2121
My Commission Expires Mar. 21, 2015

ALX-EXP-20-000001

2

Technical Report
May 18, 2009
www.oesh.com

## Analysis of the Gulf Stream Coach Inc. Formaldehyde Exposure Dataset

Paul Hewett PhD, CIH

### 1    Introduction

Exposure Assessment Solutions, Inc. (EAS) was requested on May 11, 2009, by the "FEMA Trailer Formaldehyde Products Liability Litigation Plaintiffs Steering Committee" (hereafter referred to as the PSC or Plaintiffs Steering Committee) to do a statistical analysis of the Gulf Stream Coach, Inc. (Gulf Stream) "formaldehyde" exposure dataset, with special attention to the data obtained from "Cavalier" model THU's. In this report the abbreviation "THU's" is used to refer to the "temporary housing units" as used by FEMA, which includes travel trailers, mobile homes, park homes, and other similar housing units.  A dataset containing 1191 formaldehyde exposure measurements (plus supporting information) from Gulf Stream THU's was provided on May 13, 2009 as an Excel® spreadsheet. From these 1191 cases 1185 valid cases were extracted. Of these 876 were collected in Cavalier model THU's.

This analysis will in the case of case of Alexander and Cooper v. Gulf Stream, FEMA, and FLuor. According to the information provided the plaintiff moved into a Gulf Stream "Cavalier" THU in May 2006. The THU was manufactured on December 13, 2004. It was not until January 2008 that the unit was tested for formaldehyde, with a result of 0.05 ppm. The unit, now unoccupied, was recently tested on May 6-7, 2009 with five measurements ranging between 0.059 ppm to 0.11 ppm, with 0.074 ppm being measured using the same method and in the same location as was the original measurement.\[a]

This analysis was intended to accomplish the following:
- Compare the exposures - both for Gulf Stream as a whole and for the Cavalier model in particular - to the ATSDR 0.008 ppm exposure limit (for chronic exposures that 365 exceed days) and the NIOSH occupational exposure limit of 0.016 ppm (for daily 8-hour exposures for healthy, adult workers).
- Evaluate the dataset for a relationship of the exposures to season (and temperature).
- Evaluate the dataset for evidence that exposures tend to decline with the age of the THU.
- Address the question: "Would exposures in the plaintiffs, THU after moving in May, 2006 likely to have been higher than the 0.050 ppm measured on January 28, 2008?"

### 2    Background

#### 2.1    Data Sources

There are several sources for the formaldehyde exposure dataset provided by the PSC. First, there are the publically available datasets:
- data collected by the Sierra Club
- data collected by the Centers for Disease Control (CDC) and summarized by CDC (2008)
- data collected the Texas Parks & Wildlife Department.

Second, there are several datasets collected by various occupational and environmental consulting firms:
- DeVany Industrial Consultants
- Boston Chemical Data
- TES
- W. D. Scott Group

---

[a] On May 5, 2009 the following measurements were collected: 0.11, 0.074, 0.059, 0.099, and 0.068 ppm.

Last, in the dataset were data provided by "occupant", which refers to data where the occupant of a THU collected the formaldehyde measurement using a passive sampler.

## 2.2   Exposure Limits

Occupational and environmental exposure data can be compare to occupational exposure limits and general population or environmental exposure limits.  EAS was asked to compare the Gulf Stream formaldehyde exposure data to two exposure limits: (1) the Agency for Toxic Substances and Disease Registry (ATSDR) environmental exposure limit 0.008 ppm, which is intended to minimize health effects to the general population when the exposure is chronic; that is, greater than 365 days, and (2) the National Institute for Occupational Safety and Health (NIOSH) recommended occupational exposure limit of 0.016 ppm, which is intended to minimize the risk of chronic disease when the exposures to healthy, adult workers do not exceed 8 to 10 hours per day for a typical work week.

EAS is not aware of any official guidance on how the ATSDR chronic exposure limit should be statistically interpreted.  However, it appears that the intent is that the mean or average exposure for periods of one year or more should not exceed 0.008 ppm (ATSDR, 2007).

The NIOSH exposure limit is intended to be the upper limit to which any healthy adult worker should be exposed each and every working day, throughout a working lifetime.  While defined as an upper limit for the average exposure for *each* day, it is common practice to define a reasonably controlled work environment as one where 95% of the full-shift exposures for each worker are less than the exposure and where the excursions above the limit do exceed it by any great amount (Bullock and Ignacio, 2006).

## 3   Methods

The data were entered into an Excel® spreadsheet and then imported into Systat (Version 12, www.systat.com).  Summary statistics were produced using Systat and IHDataAnalyst (V1.01; www.oesh.com), developed by EAS for the analysis of occupational and environmental exposure data.

### 3.1   Figures

Various graphs were plotted to illustrate various features of the dataset.  Histograms (Figures X and X) were produced to show the distribution of the formaldehyde exposure data relative to the ATSDR and NIOSH exposure limits.  Time series plots (Figures 3-6, 8-15) show the exposures in relation to the time the measurements were collected, and are useful for evaluating the influence of "time of year" or season on the exposures.  The exposures were plotted by data source (Figures 7-15).  These figures show that regardless of the source of the data the exposures are consistently greater than the ATSDR limit (as well as the NIOSH occupational exposure limit).

In all of these figures reference lines are provided to show the location of the ATSDR exposure limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm to the exposure data.

### 3.2   Goodness-of-fit Evaluation

The first step in the analysis of occupational or environmental exposure data is generally the graphing of the data and an evaluation of the goodness-of-fit for the lognormal distribution (Hewett, 2001; Bullock and Ignacio, 2006).  In general, occupational and environmental exposure data tend to be best described by the lognormal distribution (Esmen and Hammad, 1977; Bullock and Ignacio, 2006).  Hewett (2008) showed that the lognormal distribution assumption tends to fits the majority of the formaldehyde exposure data for various manufacturers (i.e., the majority of the data fall on or nearby a best fit line).  Hewett (2008) showed that it would be incorrect to apply the normal distribution assumption to the data: the data are clearly not distributed symmetrically about a sample mean.

### 3.3     Descriptive Statistics\[b]

A "statistic" is an estimate of a parameter or true value.  In general, a statistic will better approximate the true value as the sample size increases.  A statistic is sometimes referred to as the ""point estimate"" of the parameter.  Tables 1 and 2 contains a statistical analysis of the entire Gulf Stream dataset and the Cavalier model dataset, respectively.  The following descriptive statistics are provided:
- sample size (n), minimum (min), maximum (max), and median
- sample mean and sample standard deviation (Mean, SD)
- sample geometric mean (GM) and sample geometric standard deviation (GSD).

Given that these data appear to be well described by the lognormal distribution (Hewett, 2008), the lognormal statistics (i.e., the sample GM and sample GSD) describe the shape of the underlying distribution better than the normal distribution statistics.  Descriptive statistics for both the Gulf Stream dataset and the "Cavalier" model dataset are shown in Tables 1 and 2.

### 3.4     Compliance Statistics

Various statistics were calculated that assist in determining whether or not the Gulf Stream THU's were in compliance with the ATSDR formaldehyde exposure limit of 0.008 ppm.  These are shown in Tables 3 and 4.  The percent of measurements that exceeded the ATSDR limit (as well as the NIOSH occupational exposure limit of 0.016 ppm) was calculated.

The true mean exposure was estimated using two methods.  Regardless of the shape of the underlying distribution of occupational and environmental exposures there will be a true mean for the entire distribution.  This true mean is estimated in Table 1 by the simple arithmetic mean.  If the data are not normally distributed (and they are not) and the lognormal distribution is deemed more appropriate for describing the shape of the underlying distribution then a superior estimate of the true mean is the Minimum Variance Unbiased Estimator (MVUE) (Aitchison and Brown, 1957; Bullock and Ignacio, 2006).

Table 2 contains both the simple arithmetic mean and MVUE estimates of the true mean exposure for each manufacturer (using the PSC database) and for the entire dataset.  For large sample sizes, say for example n>30, there will often be little practical difference between the simple arithmetic mean and the MVUE.  This is evident when comparing the sample mean and MVUE in Table 2 for manufacturers where the sample sizes are large or small.  However, for smaller sample sizes, the MVUE is the preferred estimate of the true mean.

In Table 2 the 99% Lower and Upper Confidence Limits (99%LCL and 99%UCL) are provided for both the simple arithmetic mean and the MVUE.  The confidence intervals for the arithmetic mean were calculated using standard methods, while the confidence intervals calculated assuming the lognormal distribution were calculated using Land's method (Land, 1975; Bollock and Ignacio, 2005; Hewett, 1997).

The sample mean and the MVUE are statistics or point estimates, and as such represent estimates of the true mean, given the normal and the lognormal distribution assumptions respectively.  But since each is calculated from only a fraction of the total possible number of days for the total possible number of THU's per manufacturer neither is expected to exactly equal to the true mean.  However, a confidence interval can be calculated in which the true value of the mean is expected to fall 98% of the time.  It is therefore expected that 1% of the time the true mean is expected to be less than the LCL and 1% of the time it is expected to be above the UCL.

In summary, given the data collected, the MVUE provides the best estimate of the true mean for a particular manufacturer.  The MVUE is not the true mean.  As the sample size, increases the MVUE (and arithmetic mean), in principle, better estimates the true, but unknowable, mean exposure.  The MVUE (and arithmetic mean) can be considered a "point estimate" of the true mean.  A method for gauging the uncertainty in the point estimate or statistic is the calculation of a confidence interval consisting of a lower and an upper confidence limit.  The point estimate is the best estimate and it is expected that the true value will lie within

---

[b] All descriptive statistics were calculated using Systat® Version 12.  The MVUE and confidence levels were calculated using IHDataAnalyst.

---

Exposure Assessment Solutions, Inc.                                                                                                                        3

the bounds of the lower and upper confidence limit some X% of the time.  As the sample size increases, the point estimate, in principle, approaches the true mean and at the same time the confidence interval narrows, suggesting that the true mean is known with greater and greater certainty.

# 4 Results

## 4.1 Figures

The histograms in Figures 1 and 2 show that the overwhelming majority of exposures (98.9%; see Table 2), regardless of the data source, were greater than the ATSDR and NIOSH exposure limits.  A log (base 10) x-axis was used in these figures due to the fact that the measurements range from very low to high concentrations.  These figures also clearly show that the data tend to be lognormally distributed rather than normally distributed.  Therefore, the compliance statistics - mean and confidence limits - calculated using the lognormal distribution assumption should be considered superior estimates over those calculated using the normal distribution assumption.  (This was discussed in considerable detail by Hewett (2008).)

Figures 3 and 4 are time series plots, and display the Gulf Stream formaldehyde exposure data in two different, but complementary ways.  Figure 3 is a standard box-whisker plot\[c] where the x-axis is in terms fo the year and month that a measurements was collected.  The y-axis indicates the formaldehyde exposure in parts per million or ppm.  Note that the y-axis is a log scale, where the increments differ by a factor of 10.  The center bar of the box indicates the median or 50th percentile of the data collected that month.  The box itself covers 50% of the data for each month.  It is clear that the overwhelming majority of the measurements exceed both the ATSDR and NIOSH limits.

Figure 4 is called a symmetrical dot density plot, and shows the actual exposures collected each month.  The x-axis and the y-axis are the same as before.  Very few exposures were less than the ATSDR and NIOSH limits.  Figure 3 assists in determining the central tendency of the data collected each month, and Figure 4 shows the number of measurements collected each month.  Figures 5 and 6 are similar, except that only the Gulf Stream "Cavalier" model data are plotted.  While the data in these figures were collected by various groups and at various times, a seasonal effect on the data is apparent, with higher exposures in the warmer months and lower exposures in the cooler months.

Figure 7 shows the data by data source.  Figures 8-15 show the data for each data source by the year and month of collection.  The "FEMA CDC" and the TES data were collected in the cooler months and tend to be lower than other datasets.  As a group, the data collected by DeVany consultants tend to be greater than the other datasets as the majority of these measurements were collected in unoccupied THU's during warm months.  The "Occupant" and TES datasets were collected over roughly the same period of time and are consistent.  It appears that regardless of the source or the time of year the data were collected each of the datasets lead to identical conclusions that the overwhelming majority of the measurements are greater than both the ATSDR environmental, public exposure and the NIOSH occupational exposure limit.  The DeVany consultants data were collected primarily from unoccupied THU's and strongly suggest that the THU's are a source of formaldehyde.

## 4.2 Tables

Another way to view the data collected is through descriptive statistics and compliance statistics.  Descriptive statistics indicate various features of the dataset, such minimum and maximum values, as well as describe the shape of the distribution of the exposures.  If the data are symmetrically distributed then the sample mean and standard deviation provide reasonable estimates of the central tendency and spread in the distribution.  If the data skewed to the right, as is typical of environmental and occupational exposure datasets, the sample

---

[c] In a box-whisker plot the center bar in the box represents the median value, or 50th percentile value, of the data set.  The upper and lower half of the box represents the 2nd and 3rd quartiles, or the central 50% of the dataset.  The whiskers, or lines projecting left and right of the box, are more complicated to explain, but basically represent the coverage of an additional fraction of the dataset.  Overlaid on the plot is what is called the dot density plot, or basically a plot of the individual datapoints for each study.

geometric mean (GM) and geometric standard deviation (GSD) are better indicators of the central tendency and variability of the dataset.

Tables 1 and 2 contain descriptive statistics for the Gulf Stream dataset and the "Cavalier" model dataset, respectively. A total of 1185 measurements was available for analysis, and 876 of these were collected from Cavalier models.\[d] For both the overall and the Cavalier only datasets the median or 50th percentile exposures were all greater than both the ATSDR and NIOSH limits, as were the sample means. (The lognormal distribution statistics are provided as they were used to generate an alternative (and arguably superior) estimate of the mean exposure as well as 99% lower and upper confidence limits for the mean.)

Tables 3 and 4 contain compliance statistics that assist in determining whether or not the exposures were systematically greater than the ATSDR and NIOSH limits. Considerably greater than 90% of the exposures for Gulf Stream models in general and the Cavalier model in particular, regardless of the data source, were greater than ATSDR limit of 0.008 ppm and the NIOSH occupational limit of 0.016 ppm. The mean exposures for both were greater than both limits, whether the mean was estimate using the normal distribution assumption or the lognormal distribution assumption. Furthermore, the 99% lower confidence limits (99%LCL) was also greater than both limits, which permits one to conclude with high confidence that the true mean was greater than the limits.

## 5   Discussion

Data analysis involves both inspecting the data, using appropriate figures, and statistically analyzing the data, calculating descriptive and compliance statistics. Both should be used to assist in evaluating whether or not the measured exposures indicate that the true exposures were greater than some exposure limit. With this particular dataset the figures tell a compelling story. Figures 1 through 15 show that the vast majority of measurements were greater than the ATSDR limit for chronic public exposures as well as the NIOSH occupational exposure limit for healthy adult workers. And this was true regardless of the source of the data - government agency, public advocacy organization, or professional occupational health consultancies - or time of year the measurements were collected or whether the THU was occupied or unoccupied.

- Compare the exposures - both for Gulf Stream as a whole and for the Cavalier model in particular - to the ATSDR 0.008 ppm exposure limit (for chronic exposures that exceed 356 days) and the NIOSH occupational exposure limit of 0.016 ppm (for daily 8-hour exposures for healthy, adult worker).

To determine if, across the Gulf Stream THU's and for the Cavalier model, the formaldehyde exposures exceed the ATSDR limit a hypothesis testing approach was adopted. The comparison of the sample mean exposure to an ATSDR exposure limit is basically a test of two hypotheses:

$H_o: \mu \leq$ Limit
$H_a: \mu >$ Limit

The first hypothesis $H_o$ is called the null hypothesis. Here it is assumed that the true mean ($\mu$) is equal to or less than the Limit. The second hypothesis $H_a$ is the alternative hypothesis that the true mean is greater than the Limit. In hypothesis testing it is the practice to assume that the null hypothesis is true *unless* compelling evidence exists that the alternative hypothesis is true. This is similar to the "innocent until proven guilty" maxim used in legal matters. If the sample mean is equal to or less than the limit then by default the null hypothesis is accepted and the alternative hypothesis is rejected. Evidence exists that the null hypothesis is wrong or incorrect when the sample mean is greater than the Limit. *Compelling* evidence exists when the sample mean *and* the lower confidence limit (LCL) for the sample mean are both greater than the Limit.

Inspection of Tables 3 and 4 reveals that not only were the sample mean exposures for each data source

---

[d] Other measurements may have been collected from Cavalier model, however the Gulf Stream Coachman, Inc. model was not indicated in the database, suggesting that the model information was not collected by the source of the datum.

greater than both the ATSDR and the NIOSH exposure limits, but the 99%LCL's were also greater than both limits. This suggests that one could be at least 99% confident that the true mean was greater than both limits for both Gulf Stream Coachman, Inc. models in general and the "Cavalier" model in particular.

- Evaluate the dataset for a relationship of the exposures to season.

While few seasonal cycles are represented in the dataset, there does appear to be a cyclic pattern to the exposures in Figures 3 through 6. Common sense suggests that season and temperature should affect the exposures. For example, the CDC data (data source = FEMA CDC; Figures 7 and 10) were collected in December and January, leading to these comments in the CDC study report (CDC, 2008; page 13):

> "Study results are not representative of trailers purchased and used in other places and other situations because the sample for this study was selected only from occupied FEMA-supplied trailers in LA and MS. Formaldehyde levels in other trailers used elsewhere could differ by age, characteristics of manufacture, circumstances of use, or characteristics of environment.
>
> Formaldehyde levels are expected to be lower in cooler temperatures and lower RH because of the processes of formaldehyde off-gassing. Therefore, levels measured in this study are likely to underestimate past levels—when trailers were hotter and more humid—and future levels— during summer months. Many of these trailers were >2 years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes (Hodgson et al., 2000; Gordon et al., 1999), so residents were probably exposed to higher levels of formaldehyde when their trailers were newer."

- Evaluate the dataset for evidence that exposures tend to decline with the age of the THU.

The exposure data were divided into groups representing the year of manufacture and each group was plotted using symmetrical dot density graph as in Figures 4 and 6. However, given the different data sources and other factors it was not possible to discern any evidence that the formaldehyde exposures tend to decline with the age of the THU. However, the data collected by DeVany Industrial Consultants in July and August of 2008 from unoccupied THU's was useful for addressing this question. The THU's were all unoccupied, subject to roughly identical weather conditions, and stored in similar locations. It could be assumed that any differences in exposures would be related more to the age of the trailers than any other factors. These data were extracted and plotted by year of THU manufacture. Figure 16, where the exposure data are plotted in relation to the year of manufacture, strongly suggests that the exposures were lower in the older THU's, as do the statistics below

| Year manufactured | Age of THU (years) | Mean exposure (ppm) |
|---|---|---|
| 2006 | 2 | 1.3625 (n=106) |
| 2005 | 3 | 1.1630 (n=131) |
| 2004 | 4 | 0.6993 (n=87) |
| 2003 | 5 | 0.1730 (n=4) |

The relationship between age of the THU and the decrease in exposures can be mathematically modeled. Figure 17 through 20 show various model fits to the exposure data versus age of the THU. All show that within the range of the data there is a definite decline in exposures with age of the THU. The converse or flip side of this conclusion is that the closer a measurement is collected to the time of manufacture the more likely a measurement will be high.

- Address the question: "Would exposures in the plaintiffs' THU after moving in May, 2006 likely to have been higher than the 0.050 ppm measured on January 28, 2008?

The analysis above strongly suggests that as the THU ages the formaldehyde exposures tend to decline. This coincides with our collective common sense developed, for example, noticing the decline in "new car" smell over time. Therefore, it is highly likely that exposures closer to the date of manufacture were greater than exposures some years afterwards.

## 6     References

Aitchison, J. and Brown, J.A.C.: *The Lognormal Distribution with special reference to its uses in economics*. Cambridge University Press (1957).

ATSDR (Agency for Toxic Substances and Disease Registry) (2007): An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006. (October, 2007).

Bullock, W.H. and Ignacio, J.S.: (editors): A Strategy for Assessing and Managing Occupational Exposures, Third Edition. Fairfax, VA: American Industrial Hygiene Association (2006).

CDC (Centers for Disease Control) (2008): Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, (July 2, 2008).

Esmen, N.A. and Hammad, Y.Y.: Log-normality of environmental sampling data. *J Environ Sci and Hlth* A12:29-41 (1977).

Hewett, P.: Mean Testing: II. Comparison of Several Alternative Procedures. *Applied Occupational and Environmental Hygiene* 12:347-355 (1997).

Hewett, P. (2001): Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. in *Handbook of Chemical Health and Safety*. Alaimo, R.J. (editor), American Chemical Society; Oxford University Press. (see also Technical Report 07-03 - Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. Exposure Assessment Solutions, Inc.; available at www.oesh.com).

Hewett, P. (2008): Estimation of Sample Sizes for the FEMA Temporary Housing Unit Study. Exposure Assessment Solutions, Inc. Technical Report.

## 7 Tables

**Table 1:** Descriptive statistics for the Gulf Stream Coach, Inc. formaldehyde exposure dataset (in ppm).

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 37 | 0.0270 | 0.9100 | 0.4500 | 0.4082 | 0.2792 | 0.2763 | 2.8745 |
| DeVany Industrial Consultants | 397 | 0.0087 | 3.2000 | 0.9100 | 0.9630 | 0.6205 | 0.6889 | 2.7408 |
| FEMA CDC | 123 | 0.0030 | 0.5900 | 0.1100 | 0.1434 | 0.1084 | 0.1042 | 2.4957 |
| Occupant | 237 | 0.0023 | 1.6000 | 0.1400 | 0.2268 | 0.2635 | 0.1326 | 3.1375 |
| Sierra Club | 14 | 0.0800 | 0.3600 | 0.1750 | 0.1836 | 0.0722 | 0.1710 | 1.4834 |
| TES | 132 | 0.0053 | 0.5500 | 0.0860 | 0.1195 | 0.0963 | 0.0906 | 2.1435 |
| Texas Parks & Wildlife Department | 1 | 0.2470 | 0.2470 | 0.2470 | 0.2470 | | | |
| W. D. Scott Group | 244 | 0.0058 | 1.5000 | 0.1200 | 0.1674 | 0.1791 | 0.1171 | 2.3011 |
| | | | | | | | | |
| Total | 1185 | 0.0023 | 3.2000 | 0.1900 | 0.4458 | 0.5398 | 0.2155 | 3.609 |

**Table 2:** Descriptive statistics for the Gulf Stream Coach, Inc. "Cavalier" model formaldehyde exposure dataset (in ppm).

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 28 | 0.0270 | 0.9100 | 0.3900 | 0.3746 | 0.2777 | 0.2477 | 2.8983 |
| DeVany Industrial Consultants | 262 | 0.0087 | 3.2000 | 1.0500 | 1.0598 | 0.6223 | 0.7827 | 2.7029 |
| Occupant | 215 | 0.0023 | 1.6000 | 0.1350 | 0.2236 | 0.2584 | 0.1301 | 3.1778 |
| Sierra Club | 14 | 0.0800 | 0.3600 | 0.1750 | 0.1836 | 0.0722 | 0.1710 | 1.4834 |
| TES | 120 | 0.0053 | 0.5500 | 0.0860 | 0.1207 | 0.0980 | 0.0909 | 2.1694 |
| W. D. Scott Group | 237 | 0.0058 | 1.5000 | 0.1200 | 0.1684 | 0.1813 | 0.1170 | 2.3221 |
| | | | | | | | | |
| Total | 876 | 0.0023 | 3.200 | 0.1880 | 0.4489 | 0.5533 | 0.2111 | 3.6790 |

**Table 3:** Compliance statistics for the Gulf Stream Coach, Inc. formaldehyde exposure dataset (in ppm). The sample mean was calculated using both the normal and lognormal distributional models. It is highly likely that the true mean is greater than the 99% Lower Confidence Limit (99%LCL) for the sample mean.

| SOURCE | N | % > 0.008 ppm ATSDR limit | % > 0.016 ppm NIOSH limit | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 37 | 100% | 100% | 0.4082 | 0.2965 | 0.5199 | 0.4718 | 0.3111 | 0.9324 |
| DeVany Industrial Consultants | 397 | 100% | 99.5% | 0.9630 | 0.8903 | 1.0358 | 1.1430 | 0.9974 | 1.3390 |
| FEMA CDC | 123 | 97.6% | 95.9% | 0.1434 | 0.1203 | 0.1664 | 0.1575 | 0.1281 | 0.2046 |
| Occupant | 237 | 96.6% | 94.9% | 0.2268 | 0.1867 | 0.2669 | 0.2539 | 0.2072 | 0.3260 |
| Sierra Club | 14 | 100% | 100% | 0.1836 | 0.1324 | 0.2347 | 0.1838 | 0.1435 | 0.2599 |
| TES | 132 | 99.2% | 99.2% | 0.1195 | 0.0998 | 0.1392 | 0.1208 | 0.1027 | 0.1470 |
| Texas Parks & Wildlife Department | 1 | | | 0.2470 | | | | | |
| W. D. Scott Group | 244 | 99.6% | 99.2% | 0.1674 | 0.1405 | 0.1942 | 0.1654 | 0.1444 | 0.1936 |
| Total | 1185 | 98.9% | 98.1% | 0.4458 | 0.4053 | 0.4862 | 0.4903 | 0.4380 | 0.5562 |

* An estimate of the true mean, calculated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Bullock and Ignacio, 2006).

**Table 4:** Compliance statistics for the Gulf Stream Coach, Inc. "Cavalier" model formaldehyde exposure dataset (in ppm). The sample mean was calculated using both the normal and lognormal distributional models. It is highly likely that the true mean is greater than the 99% Lower Confidence Limit (99%LCL) for the sample mean.

| SOURCE | N | % > 0.008 ppm ATSDR limit | % > 0.016 ppm NIOSH limit | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | MEAN | 99%LCL | 99%UCL | MEAN* | 99%LCL | 99%UCL |
| Boston Chemical Data | 28 | 100% | 100% | 0.3746 | 0.2448 | 0.5043 | 0.4234 | 0.2638 | 0.9830 |
| DeVany Industrial Consultants | 262 | 100% | 99.2% | 1.0598 | 0.9699 | 1.1498 | 1.2800 | 1.0880 | 1.5530 |
| Occupant | 215 | 96.3% | 94.4% | 0.2236 | 0.1822 | 0.2649 | 0.2526 | 0.2037 | 0.3304 |
| Sierra Club | 14 | 100% | 100% | 0.1836 | 0.1324 | 0.2347 | 0.1838 | 0.1435 | 0.2599 |
| TES | 120 | 99.2% | 99.2% | 0.1207 | 0.0996 | 0.1418 | 0.1223 | 0.1030 | 0.1511 |
| W. D. Scott Group | 237 | 99.6% | 99.2% | 0.1684 | 0.1408 | 0.1960 | 0.1665 | 0.1449 | 0.1959 |
| Total | 876 | 98.9% | 98.1% | 0.4489 | 0.4006 | 0.4971 | 0.4922 | 0.4310 | 0.5723 |

* Calculated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size.

## 8    Figures



**Figure 1**: Histogram of the Gulf Stream dataset (all models sampled). "EXP" refers to the formaldehyde exposure in PPM or "parts per million".  (n=1185)  (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 2**: Histogram of the Gulf Stream "Cavalier" model dataset. "EXP" refers to the formaldehyde exposure in PPM or "parts per million".  (n=1185)  (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 3**: Box-whisker plots for the Gulf Stream dataset, showing the formaldehyde exposure (in PPM) and the year and month the measurements was collected. (n=1185) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 4**: Symmetric dot-density plots for the Gulf Stream dataset, showing the formaldehyde exposure (in PPM) by year and month (n=1185). (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 5**: Box-whisker plots for the Gulf Stream "Cavalier" dataset, showing the formaldehyde exposure (in PPM) by year and month (n=876).



**Figure 6**: Symmetric dot-density plots for the Gulf Stream "Cavalier" dataset, showing the formaldehyde exposure (in PPM) by year and month (n=876).



**Figure 7**: Symmetric dot-density plots for the Gulf Stream dataset, showing the formaldehyde exposures by data source (n=1185).



**Figure 8**: Symmetric dot-density plots for the Gulf Stream data collected by Boston Chemical Data, showing the formaldehyde exposure (in PPM) by year and month (n=37).



**Figure 9**: Symmetric dot-density plots for the Gulf Stream data collected by DeVany Industrial Consultants, showing the formaldehyde exposure (in PPM) by year and month (n=397).



**Figure 10**: Symmetric dot-density plots for the Gulf Stream data collected by the Centers for Disease Control (for FEMA), showing the formaldehyde exposure (in PPM) by year and month (n=123).



**Figure 11**: Symmetric dot-density plots for the Gulf Stream data collected by "occupants", showing the formaldehyde exposure (in PPM) by year and month (n=237).



**Figure 12**: Symmetric dot-density plots for the Gulf Stream data collected by the Sierra Club, showing the formaldehyde exposure (in PPM) by year and month (n=14).



**Figure 13**: Symmetric dot-density plots for the Gulf Stream data collected by TES, showing the formaldehyde exposure (in PPM) by year and month (n=132).



**Figure 14**: Symmetric dot-density plots for the Gulf Stream data collected by the Texas Parks & Wildlife Department, showing the formaldehyde exposure (in PPM) by year and month (n=1).



**Figure 15**: Symmetric dot-density plots for the Gulf Stream data collected by the W.D. Scott Group, showing the formaldehyde exposure (in PPM) by year and month (n=244).



**Figure 16**: Formaldehyde exposure data collected by DeVany Industrial Consultant during July and August of 2008 from unoccupied trailers. The data are plotted by year of manufacture.



**Figure 17**: Formaldehyde exposure data collected by DeVany Industrial Consultant during July and August of 2008 from unoccupied trailers. The data are plotted by the age of the THU, with a best fit line calculated using a linear model.



**Figure 18**: Formaldehyde exposure data collected by DeVany Industrial Consultant during July and August of 2008 from unoccupied trailers. The data are plotted by the age of the THU, with a best fit line calculated using a power function.



**Figure 19**: Formaldehyde exposure data collected by DeVany Industrial Consultant during July and August of 2008 from unoccupied trailers. The data are plotted by the age of the THU, with a best fit line calculated using a quadratic function.



**Figure 20**: Formaldehyde exposure data collected by DeVany Industrial Consultant during July and August of 2008 from unoccupied trailers. The data are plotted by the age of the THU, with a best fit line calculated using a log model.