UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the trial of the claims of the plaintiff Alana Alexander individually against the United States/FEMA under the Federal Tort Claims Act, be severed from the trial of her and her son Christopher Cooper's claims against the defendants Gulf Stream and Fluor Enterprises; and

IT IS FURTHER ORDERED that the scheduling of the separate bench trial of the plaintiff Alexander's individual claims against United States/FEMA be deferred pending further orders of this Court and plaintiff's request for an interlocutory appeal of this Court's Order and Reasons of August 21, 2009 (Doc. 2789).

THIS DONE the ___ day of _____, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT