UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the individual FTCA claims of the plaintiff Alana Alexander be voluntarily dismissed pursuant to FRCP 41(a)(2) without prejudice to the right of plaintiff to reassert and/or re-file these claims at a later time, but reserving in full to the defendant United States all defenses, including jurisdictional defenses and those related to the statute of limitations, which this defendant may wish to assert should these claims be reasserted and/or re-filed.

THIS DONE the ___ day of _____, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT