UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Charlie Age, et al v. Gulf Stream Coach,
Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**NOTICE OF HEARING**</u>

TO:     ALL COUNSEL OF RECORD

    **IT IS HEREBY ORDERED** that Plaintiff Alana Alexander's Motion to Sever, Or, in the Alternative, to Voluntary Dismiss in the above-captioned matter is hereby set for hearing on the 9th day of September at 9:30 o'clock a..m.

    Respectfully submitted:

    **FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

    BY:    s/Gerald E. Meunier
             GERALD E. MEUNIER, #9471
             **PLAINTIFFS' CO-LIAISON COUNSEL**
             Gainsburgh, Benjamin, David, Meunier &
             Warshauer, L.L.C.
             2800 Energy Centre, 1100 Poydras Street
             New Orleans, Louisiana 70163
             Telephone:    504/522-2304
             Facsimile:    504/528-9973
             gmeunier@gainsben.com

             s/Justin I. Woods
             JUSTIN I. WOODS, #24713

**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820

### CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER