**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER             *      **MDL NO. 1873**
      **FORMALDEHYDE PRODUCTS**    *
      **LIABILITY LITIGATION**        *      **SECTION "N" (5)**
                               *
                               *      **JUDGE ENGELHARDT**
                               *      **MAGISTRATE CHASEZ**
                               *
**THIS DOCUMENT IS RELATED TO**       *
                               *
*Charlie Age, et al v. Gulf Stream Coach*    *
*Inc., et al*, Docket No. 09-2892         *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

     Considering the foregoing Motion for Expedited Hearing on Plaintiff Alana Alexander's

Motion to Sever, Or, in the Alternative, to Voluntary Dismiss,

     **IT IS HEREBY ORDERED** that said Motion is granted and that the Motion to Sever,

Or, in the Alternative, to Voluntary Dismiss, be and is hereby set for hearing on the _____ day of

_____, 2009, at ___a.m./p.m.

     New Orleans, Louisiana, this _____ day of _____, 2009.


                             _____
                             **HONORABLE KURT ENGELHARDT**
                             **UNITED STATES DISTRICT JUDGE**