# Exhibit 1

# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

### Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 2795-1   Filed 08/24/09   Page 3 of 10
In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alana Alexander

Page 393

1   trailer?

2       A.   Yes.

3       Q.   Subpart (c) references plaintiff's
4   mental anguish and emotional distress,
5   including the fear of an increased risk of
6   future serious disease, both in your own
7   case and in the case of your minor son.

8            You actually, in that fact sheet,
9   did raise that you're claiming mental and
10  emotional damage as a result of living in
11  the trailer, correct?

12      A.   Yes.

13      Q.   Okay.  Did you seek any
14  professional help for your mental anguish or
15  emotional distress before April of 2009?

16      A.   No.

17      Q.   Do you remember when you first
18  became a bellwether plaintiff?

19      A.   When I became a what?

20      Q.   Okay.  Do you understand that your
21  case is going to trial in September?

22      A.   Yes.

23      Q.   When were you informed that your
24  case was going to trial in September?

25      A.   The first time I met Bob.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Alana Alexander
Case 2:07-md-01873-KDE-MBN   Document 2795-1   Filed 08/24/09   Page 4 of 10

Page 394

1    Q.   Do you remember when that was?
2    A.   I don't exactly remember the date.
3    Q.   Do you remember whether it was
4    before Easter?
5    A.   I think it might have been before
6    Easter.  I'm not exactly sure.
7    Q.   Did you seek any treatment after
8    April of this year regarding emotional or
9    mental issues you might have as a result of
10   being in the trailer?
11   A.   No.
12   Q.   You did go see Dr. Shwery?
13   A.   Yes.
14   Q.   Who selected him as a treating
15   psychologist for you?
16   A.   I assume my attorneys.
17   Q.   You were told to go see him?
18   A.   Yes.
19   Q.   Did you have any relationship with
20   Dr. Shwery before you were told to go see
21   him?
22   A.   No.
23   Q.   Were you having any emotional
24   problems that you felt like you needed to
25   have addressed by a psychologist?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation  
Case 2:07-md-01873-KDE-MBN   Document 2795-1   Filed 08/24/09   Page 5 of 10  
Videotaped Deposition of Alana Alexander

Page 395

1    A.    I would say probably, yes, but I
2    talked to my sister a lot.
3    Q.    What emotional problems were you
4    having that you felt needed to be addressed?
5    A.    It was mostly a feeling of guilt
6    about the situation that I had inadvertently
7    put my children in.
8    Q.    How did the feelings of guilt
9    affect your daily life?
10   A.    In the beginning, I guess you
11   could say I was a little depressed because I
12   would mostly -- when I am depressed, I clean
13   a lot.  And I was cleaning everything and
14   anything I could get my hands on.
15         That's what I did a lot.  I talked
16   to them a lot.  I mean, I don't cry in front
17   of my children, but when they weren't
18   around, you know, I would have a moment to
19   cry.
20   Q.    When did these feelings of guilt
21   first arise?
22   A.    Oh, they started way -- they
23   started in Katrina, but they escalated a
24   little more after we got into the trailer.
25   Q.    Do you remember speaking to

In Re: FEMA Trailer Formaldehyde Products Liability Litigation   Videotaped Deposition of Alana Alexander
Case 2:07-md-01873-KDE-MBN   Document 2795-1   Filed 08/24/09   Page 6 of 10

Page 396

1    Dr. Ciota?

2        A.    Ciota?

3        Q.    Yes.  A psychologist, recently?

4        A.    Yes, I did speak to her.

5        Q.    Okay.  Do you remember the things

6    that you told to her?

7        A.    Not really.  I only talked to her

8    for about 20 minutes.

9        Q.    Do you feel that the concerns you

10   had about how you took care of your kids and

11   everything else were normal feelings for a

12   parent?

13       A.    No, because normal feelings, I

14   wouldn't have felt those feelings had I

15   known everything.  Because had I known what

16   I know now about the trailer, we would not

17   have been in the trailer because I wouldn't

18   knowingly put my children in harm's way.

19       Q.    And you're making that

20   determination based on the assumption that

21   there was a dangerous amount of formaldehyde

22   in the trailer?

23       A.    I would say yes.

24       Q.    Have you attempted to gather any

25   medical information that might establish or

Case 2:07-md-01873-KDE-MBN   Document 2795-1   Filed 08/24/09   Page 7 of 10
In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Alana Alexander

Page 400

1           But you may answer this one.
2      THE WITNESS:
3           I would still have to say no
4      because I cannot believe, with the limited
5      information that I have, that it's the same
6      in the trailer and the house.
7      EXAMINATION BY MR. GLASS:
8      Q.   Where did you obtain the
9      information that there's a fear of future --
10     an increased risk of future disease for you
11     from living in the trailer?
12     A.   I heard that from the news and
13     when they brought -- when we went to
14     National Jewish, she explained that there
15     could be, you know, possible long-term side
16     effects, especially to Erika, you know, that
17     she's young, and her reproductive system,
18     and Christopher as far as his asthma.
19     Q.   Dr. Pacheco told you that?
20     A.   Yes.
21     Q.   Subparagraph D in paragraph 15 is
22     also asserting mental anguish and emotional
23     distress for your son, Christopher Cooper.
24          I believe on Exhibit 2 on page 5,
25     you changed the --

Case 2:07-md-01873-KDE-MBN   Document 2795-1   Filed 08/24/09   Page 8 of 10
In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

Page 403

1   plaintiff in the lawsuit?
2        A.   I really don't know.
3        Q.   How many times has he talked to
4   you about emotional problems, such as the
5   fear of exposure making his asthma worse?
6        A.   I couldn't give you a numerical
7   number on it.  I really don't know.
8        Q.   Is it something that comes up a
9   lot?
10       A.   No, it doesn't come up a lot.
11       Q.   Regarding your own emotional
12  distress or mental anguish, how are you
13  currently feeling?
14       A.   Right now, since we're in the
15  house with my sister, I still think about it
16  often enough because, like I say, with
17  knowing that the formaldehyde, a possibility
18  may have long-term effects, I wonder how
19  they are going to be when they are older and
20  how it will affect them.
21       Q.   Are you going to seek additional
22  treatment for your mental or emotional
23  distress?
24       A.   I'll try.
25       Q.   Do you have appointments to see a

Case 2:07-md-01873-KDE-MBN Document 2795-1 Filed 08/24/09 Page 9 of 10
In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Alana Alexander

Page 404

1   doctor?
2       A.  Not at this time.
3       Q.  So how are you going to try and do
4   that?
5       A.  Well, like I said, my sister is a
6   social worker and our school has social
7   workers, and if they feel they need to talk
8   to them, it's open to them to speak with.
9       Q.  Have you ever spoken to anyone
10  besides your sister, Dr. Shwery and
11  Dr. Ciota?
12      A.  About?
13      Q.  About any anxiety or fears that
14  you attribute to your time in the travel
15  trailer?
16      A.  My best friend, Donna.
17      Q.  Okay.  I'm talking about
18  professionals, have you spoken to anybody,
19  counselors at the school or anybody else?
20      A.  No.
21      Q.  Okay.  With regard to Chris's
22  emotional distress and mental anguish that
23  you have alleged, does it impair his ability
24  to do things in daily life?
25      A.  I would say no.

Page 405

1    Q.   Are you aware of him speaking to
2    any school counselors?
3    A.   No, I'm not aware.
4    Q.   Are you aware of him speaking to
5    your sister?
6    A.   No, I'm not aware.
7    Q.   In Part E, "The past, continuing
8    and future medical expenses of plaintiff and
9    her minor son, which are necessitated by the
10   injuries, including costs for future medical
11   treatment, services, surveillance, medical
12   monitoring costs and/or procedures to
13   address physical and/or mental injuries from
14   formaldehyde exposure which are currently
15   manifested."
16        I'll represent to you that in
17   Exhibit 1 on page 5, the question is asked,
18   "Are you making a claim for medical expenses
19   as a result of injury, illness or disease
20   identified in C2 above?"
21        In C2 above, you identify
22   "respiratory problems."
23        Are you claiming that you have any
24   expenses associated with your respiratory
25   problems?