Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

## Date taken: October 16, 2008

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 71

 1    regarding Louisiana specifically?

 2         A     No.  IARC has a complete chart

 3    with every state -- I wouldn't say every

 4    state.  With states and countries, and my

 5    general impression is I have seen them, you

 6    know, in that area.

 7              But, of course, if you have a

 8    structure that is new compared to structures

 9    that are old, you're going to have variance

10    in that.  So, you know, to try to give you

11    one level is a bit -- I think the most

12    meaningful level is what's in the outdoor

13    ambient air in a pure environment, and

14    that's the 0.8 parts per billion.

15         Q     So even in what's considered to be

16    a pure environment, there is some

17    formaldehyde in the air?

18         A     Well, we have the troposphere,

19    which is carrying contaminants throughout

20    the nation -- I mean, throughout the world,

21    so you're never going to have, you know, a

22    totally pure environment anymore.

23         Q     Formaldehyde is something that's

24    produced not just by the human body as part

25    of metabolism, but also by any living

In Re: FEMA Trailer Formaldehyde Products Liability Litigation Document 2795-5 Filed 08/24/09 Page 3 of 10 Case 2:07-md-01873-KDE-MBN Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 72

1    creature; is that correct?

2        A    It's a by-product -- It's an

3    intermediary that is produced in normal

4    metabolic processes.  Now, it's a very toxic

5    intermediary, and the body handles it in a

6    way to attempt to -- I mean, we have a lot

7    of toxic intermediaries in our body, and so

8    the body usually has some ways that it

9    packages or handles or degrades when we have

10   a toxic substance to try to minimize damage

11   to our body itself.

12       Q    Do people exhale formaldehyde in

13   their breath?

14       A    Well, probably not measurable in

15   this room from us.  I wouldn't say -- You

16   know, perhaps some extremely low level.  But

17   if you have someone that has been in an

18   industrial accident or just coming out of a

19   dissection lab, you pick up more.  So, you

20   know, it's a normal metabolic -- Let me just

21   say this.  40 percent of what's taken into

22   the body -- When formaldehyde is in the

23   ambient air, 93 percent of it is absorbed by

24   the nasal mucosa.  It goes to the blood.

25            We know that the clearance time in

Page 73

1    animals from the blood, the half-life is one
2    minute.  We know that when they label the
3    carbon atom, it will stay in the blood
4    residually, half-life is half of it, for
5    maybe 55 hours.  But we know from that
6    absorption or that in the blood, 40 percent
7    of that original amount that came into the
8    nose, 40 percent will be eliminated as CO2
9    from the lungs.  17 percent will be
10   eliminated through the urine, water-soluble
11   formic acid.  Five percent will be
12   eliminated in the feces, because that's also
13   water-soluble formic acid.
14            But 35 to 39 percent of that
15   initial amount, dose that came in through
16   that nose is going to stay in the body.
17   It's going to stay in the body, because the
18   formaldehyde molecule, H2CO, the carbonyl --
19   And if I say something you don't understand,
20   just stop me.  CO is the double bond between
21   the carbon and oxygen.  The whole molecule
22   is referred to as a highly reactive
23   electrophile.
24            It is deficient in electrons from
25   its outer orbit, and so that 35 to

Page 74

1    39 percent is it's grabbing electrons,

2    looking for electrons, and it's incorporated

3    into crosslinks, protein-protein crosslinks,

4    DNA-protein crosslinks or macro molecules,

5    such as enzymes or molecules on a cell

6    membrane, so that from that initial dose, it

7    is going to stay in our body.

8         Q    Okay.  Back to my question.  Human

9    beings exhale formaldehyde; yes or no?

10        A    Yes, they can, but usually under

11   normal circumstances, at very low level.

12        Q    And you believe that formaldehyde

13   bioaccumulates, it accumulates in the body?

14        A    Okay.  Well, bio -- I teach

15   ecotoxicology.  Bioaccumulation is used to

16   describe when something is going to remain

17   in the body and it's coming into the

18   organism, in an individual organism in its

19   parent form, such as a heavy metal.

20             Now, aldehyde is -- formaldehyde

21   is so reactive that it is going to be in a

22   complex with something, so I would not as a

23   toxicologist use that term.

24        Q    So when you say 35 to 39 percent

25   of formaldehyde that's inhaled stays in the

Page 133

1        Q    I'm going to rephrase it, because

2    there's apparently some difficulty.

3            Do you defer to medical doctors as

4    to what tests should be performed as a part

5    of any intervention program?

6        A    Well, sure.  Yes.

7        Q    Do you defer to medical doctors as

8    to what treatment should be performed in any

9    type of medical intervention program?

10       A    Yes.  Yes, I'm not -- I do not --

11    Yeah.

12       MR. D'AMICO:

13            That's okay.  Now, can we take a

14    break?

15       MR. SCANDURRO:

16            Let's take a break, yes.  I'm

17    sorry.

18       THE WITNESS:

19            The way you were asking me --

20       MR. D'AMICO:

21            The answer was she defers to the

22    pulmonologists --

23       THE WITNESS:

24            Oh, yes.  Absolutely.

25       MR. D'AMICO:

Page 233

1    scientific body of knowledge. This is a

2    reactive electrophile.

3        Q    Would it surprise you to find or

4    learn that other toxicologists might

5    disagree with that?

6        A    Well, then, they need to read

7    Casarett & Doull's entire several chapters

8    on reactive electrophiles. Okay?

9        Q    What I'm asking you -- And I

10   understand Casarett & Doull's might say

11   this. I just want to know your opinion,

12   your personal professional opinion, what the

13   plaintiffs are paying you a lot of money

14   for, okay, in your opinion, in your

15   professional opinion, to a reasonable degree

16   of scientific certainty, does exposure to

17   one molecule of formaldehyde cause damage?

18       MR. D'AMICO:

19            Wait, wait. I object to the form

20   of the question.

21            Go ahead. You can answer.

22   EXAMINATION BY MR. MILLER:

23       Q    Go ahead and answer.

24       MR. D'AMICO:

25            We're not paying her a lot of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation Videotaped Deposition of Patricia M. Williams, PhD., DABT

Case 2:07-md-01873-KDE-MBN Document 2795-5 Filed 08/24/09 Page 8 of 10

Page 234

1  money.

2  THE WITNESS:

3  Well, that is absolutely correct.

4  MR. MILLER:

5  Okay. Hold on here. Read the

6  question back to the witness, please.

7  (Whereupon, the court reporter read back the

8  requested testimony as follows:

9  THE COURT REPORTER:

10  Question: "What I'm asking you --

11  And I understand Casarett & Doull's might

12  say this. I just want to know your opinion,

13  your personal professional opinion, what the

14  plaintiffs are paying you a lot of money

15  for, okay, in your opinion, in your

16  professional opinion, to a reasonable degree

17  of scientific certainty, does exposure to

18  one molecule of formaldehyde cause damage?"

19  EXAMINATION BY MR. MILLER:

20  Q  Okay. Strike that. Let me start

21  over.

22  In your professional opinion -- I

23  don't care what any other toxicologists or

24  sources say -- your professional opinion as

25  a toxicologist, does exposure to one

In Re: FEMA Trailer Formaldehyde Products Liability Litigation Document 2795-5 Filed 08/24/09 Page 9 of 10 Videotaped Deposition of Patricia M. Williams, PhD., DABT

Page 235

1    molecule of formaldehyde, is that more

2    likely than not to cause damage, injury?

3          A     One molecule of a reactive

4    electrophile as formaldehyde is, if it makes

5    contact with an ultrastructural level of a

6    cell without being in some way changed

7    before it makes the contact, it's going to

8    cause damage.

9          Damage is insertion of a reactive

10   electrophile that is grabbing electrons.  It

11   is taking away the integrity of, say, the

12   DNA, and it is sitting there making a new

13   code, altering, disguising the real code of

14   the cell, so that when it is copied to make

15   a daughter cell, you now have a mutant cell.

16   Now, it may not -- That one molecule may hit

17   something else besides DNA.  Perhaps it hits

18   a component of the cell membrane.  Then it

19   has made a mess.  It has made a problem.

20         We have a lot of these types of

21   reactive free radicals, electrophiles, and

22   when they hit, if they're not checked before

23   they hit, if they hit, they will punch you

24   in the nose, Counselor.  You're going to

25   have some kind of damage.

Page 236

1        Q      And so what I gather is, if, for

2    example, the one molecule comes in contact

3    with your eye or your mucous membranes

4    inside of your nose, you breathe it into

5    your lungs, that one molecule, in your

6    opinion, that would be sufficient to cause

7    damage?

8        A      If that one molecule in its

9    reactive electrophile form comes in contact

10   with any part of a cell, it's going to

11   combine and it's going to cause damage.

12             Now, observable damage?  You know,

13   no.  Not unless that observable damage

14   becomes later on a clone of mutant cells, it

15   has become a cancer.  So that it's not an

16   observable.  It's at the very molecular

17   level.  That's the nature of an

18   electrophile.

19       Q      Now, I would ask you to turn to

20   your report, Page 14.  The first full

21   paragraph.  It starts, "It has been shown

22   that sensory irritation."  Do you see that?

23       A      Correct.

24       Q      And the second sentence there

25   says, "Since differences in individual