# Exhibit 11

**EDWARD HALIE SHWERY, PH.D.**
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: (504) 833-2040
EMAIL: shwery@gmail.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

# PSYCHOLOGICAL EXAMINATION

Name: Christopher Cooper
Date of Birth: December 18, 1996
Date of Examination: April 29, May 1, 2009
Date of Report: May 4, 2009
School: McDonough 24, 6th grade

**Background Information**

Christopher Cooper, a 12-year-old boy, was examined on April 29 and May 1, 2009. Prior to my examination, I consulted with his mother, Ms. Alana Alexander, for background information. Alana reports that Christopher has been an A-B student in school and is described by others as a respectful, well-mannered young man. Christopher was born December 18, 1996 via a C-section as a full-term baby. Mother and baby were released from the hospital after 2-3 days. Alana reports that Christopher was an easy baby to care for and that he began sleeping through the night at 4 months of age. He crawled at approximately 9 months of age and began walking at 14 months of age. Expressive language development occurred at approximately 1 year of age with the baby uttering small words. By 18 months of age, his speech was rapidly increasing. Christopher was potty trained early at 13 months of age.

Christopher had recurrent breathing problems during his infancy and by age 3 years asthma was diagnosed by his pediatrician. As Alana notes, "One day he got sick and had a cold that wouldn't go away. The doctor diagnosed pneumonia and he was in the hospital for a week. He had to go to the hospital two times." Once asthma was diagnosed, albuterol and prednisone were prescribed. During the next several years until approximately age 6-7 years, Alana struggled with Christopher's recurrent problems with asthma. Typically, Alana took her small child to the hospital once or twice monthly. At age 4 years he was in the hospital for four days. A breathing machine eventually was prescribed and Christopher began using the machine at home. Gradually, by age 5, the use of the breathing machine and medications became routine and the acute problems with asthma began to dissipate. By age 6-7 years his asthma had declined significantly and he was only going to the hospital during significant

weather changes when it became excessively cold and damp. By age 6, his hospital visits were only 2 or 3 times per year. Christopher was able to advise his mother when he began experiencing symptoms of asthma and learned to manage his illness by use of his "puffers" and the breathing machine. As Christopher began coping more effectively with his asthma, asthma attacks in the middle of the night disappeared and his disease became well managed for over one year before Hurricane Katrina. When Christopher was 8 years old, Hurricane Katrina occurred and resulted in the family relocating to Florida due to flooding of their home. While in Florida, there were no visits to the emergency room and Alana's only contact with a pediatrician was to obtain a renewal of Christopher's medications. He was taking albuterol (2 puffs) and Advair (1 puff each 8 hours). As she notes, "His asthma was getting less and less. We didn't have to go to the emergency room in Florida and when he would say that his chest itched and felt tight, we would use the breathing machine or he would use his puffers." Alana notes that while in Florida, Christopher use of his breathing machine declined and his disease was successfully managed by over-the-counter Claritin for allergies and the prescribed albuterol and Advair.

Unfortunately, when the family relocated to New Orleans and began living in a FEMA trailer in May 2006, his disease dramatically increased and the management of Christopher's asthma became increasingly and significantly problematic. Alana notes that Christopher began using the inhalers 3 or 4 times monthly and resumed emergency room visits in the middle of the night as Christopher's asthma "flared up." When the family vacated the trailer nineteen months later, Christopher's symptoms of asthma gradually declined.

Alana also notes that while living in the trailer Christopher's allergies increased and he became prone to allergy attacks. When Alana became aware that formaldehyde was suspected as a problem for people in the trailers, she made arrangements for her family to vacate the trailer. They began living with her sister. Alana recalls that when her awareness of problems of formaldehyde increased, she discussed her concerns with the children and they became distressed and worried. Both children expressed concerns about cancer and becoming sick. As she notes, "I took them from a better situation (in Florida) to a worse situation (in New Orleans). Erika seemed to be worried about others getting sick too." At the present time Christopher's allergies have continued to increase significantly including sinusitis, watery eyes, and a sore throat

I reviewed the medical records from Children's Hospital where Christopher was treated from December 2007 to the end of July 2008. His doctors note that he was experiencing "coughing fits and asthma exacerbation." Albuterol and prednisone were prescribed. On each of the emergency room visits, the same symptoms were noted of an asthma exacerbation as well as the development of allergic reactions. The medical records are consistent with the reported history from his mother.

Name: Christopher Cooper
Date of Examination: April 29, May 1, 2009
Date of Report: May 4, 2009

## Examination Results

Christopher Cooper was examined on April 29 and May 1, 2009. He presented as a 12-year-old boy who was appropriately dressed in his school uniform and well groomed. Christopher appears healthy and well nourished. His understanding of affect and emotions is within normal limits. Christopher is a talkative and friendly young boy who was cooperative and compliant throughout the examination. Christopher, who prefers to be called "Coop" was able to express a good understanding of various feeling states including anxiety, anger, and worry. When I explored with him his various worries he stated, "Tests. I want to do good on tests." He then spontaneously offered, "Going to the hospital."

Coop has a normal set of aspirations for his future and manifests basically healthy and normal personality development. When I inquired for his aspirations for the future he noted that he wishes, "that everyone in the world would be healthy." When I asked him what kinds of problems interfered with health he noted, "Asthma, the flu, and HIV." I inquired with this young man the effects of asthma on people in general and he stated, "It makes them unable to play sports and when they run they wheeze and it hurts them. They can't breathe very well."

When I inquired of Coop the effect asthma has on himself he noted, "Sometimes I get to wheezing fast and I worry that I might pass away. When I had my last asthma attack (2007) I worried that I might die." Coop then noted that when he had his asthma attacks he was living in the trailer and, "Sometimes I would go outside and if the pollen was high I would go back in the trailer, but I started getting more attacks in the trailer." Coop then noted the effects of repeated attacks were, "I got frustrated because I couldn't go outside and do things." When I inquired where most of his problems with breathing occurred he noted, "In the trailer." I explored with Coop the breathing experiences and presence or absence of problems while living with relatives in Florida and he noted that, "I didn't really have problems, I had a couple of minutes where I would take the puffers and I would go right back outside to play with my cousins." I inquired if he had any idea why he was having problems in the trailer and he stated, "I don't know, but it got worse than in Florida or now."

I also explored with Coop the impact of having repeated asthma attacks and difficulties breathing while living in the trailer. He responded, "It (being in the trailer) was hard. It was scary. I couldn't breathe. I had problems catching my breath. My asthma was acting up." As I gently probed for more clarification of the impact of the asthma attacks Coop stated, "I thought if I died people would be sad. Before the hurricane (Katrina) I had attacks and I had times that I worried I might die, but (before Katrina) they (fears of dying) went away quickly, but after we were in the trailer, they didn't go away as quickly. In the trailer it got bad!"

ALX-EXP-68-000004

As I explored for more clarification, Coop noted, "It was bad! It took longer to feel like maybe I won't die." We discussed his continuing fears of dying and he stated that since living in the trailer his asthma has declined, but he continues to harbor such worries.

Coop also describes anxiety dreams that are consistent with his underlying fears of death due to asthma attacks. As he notes, "Sometimes in my dreams people are worried that I might not live. I couldn't run that fast and sometimes in my dreams I think that something bad is gonna happen." We explored the difference between affect from anxiety dreams involving fears of death versus asthma attacks leading to fears of death. Coop stated, "Well, with the dream, I kind of knew it wasn't real, but with the attacks I knew that it was real. I knew it was possible that I could die (with asthma attacks)."

Coop notes that the last serious asthma attack occurred during and after living in the trailer. Unfortunately, he continues privately to worry that his asthma attacks will return. I explored with him the impact of such worries and he stated, "When I think about it (dying from asthma) I get kind of confused and worried."

Coop relies on his mother for emotional support and he reports a strong healthy relationship with his mother. We explored the positive aspects of his life and he stated, "Some of the good things in my life are that I have a mother that helps me. My sister will play with me if she's in a good mood and my friends help me if I feel lonely."

Coop has been raised as a Catholic and attends church regularly. He reports that he often prays that he won't have recurrent asthma attacks in the future. When I explored with him his greatest worries and problems he noted, "My allergies. I get weak, and tired, and sometimes I can't sleep." Coop distinguished between allergies and asthma. As he stated, "With asthma I can't breathe, with allergies I get weak. If I can't sleep I get a little wobbly and I get tired in the morning." When I inquired which problem was worse he stated, "Both of them are. With allergies my nose is all stopped up and I can't do things. With asthma I can't breathe."

Psychological Testing

Coop was administered projective drawings and the Thematic Apperception Test. His projective drawings reflect prior healthy personality development. Privately, however, Coop continues to worry and reports distress about anxiety dreams and fears of continuing asthma attacks. As he states, "Sometimes I can barely breathe and I might not get enough air and I might die."

Coop also drew his worries and created images of three continuing worries in his life. These include frightening dreams, taking tests, and continuing asthma attacks.

The TAT was administered. This is a psychological test where pictures are provided to the person and they are asked to invent a story describing what is happening in the

Name:  Christopher Cooper
Date of Examination:  April 29, May 1, 2009
Date of Report:  May 4, 2009

picture. Coop's TAT responses are basically within normal limits and reflect normal prior emotional development.

Beck Youth Inventories

The Beck Youth Inventories was administered. This test assesses anxiety, depression, anger, deviant behaviors and self concept. Christopher's scales are in the average range compared to other children his age. His depression scores are above average, however.

## Diagnoses

| | |
|---|---|
| Axis I | Anxiety disorder due to Asthma and Allergies |
| Axis II | N/A |
| Axis III | Pulmonary and otolaryngological problems (by history) |
| Axis IV | Phobia of death due to asthma |
| Axis V | Current GAF = 60 |

## Prognosis

The prognosis for resolution of the underlying psychological conflicts and irrational fears of death are favorable as long as this young man receives appropriate psychological treatment.

## Summary and Recommendations

Christopher "Coop" Cooper has a pre-existing problem with asthma that appears to have been greatly exacerbated while living in a FEMA trailer following Hurricane Katrina. Although his asthma was well managed by his mother and himself via prescribed medication and procedures from his pediatrician, living in a trailer with reported formaldehyde gas appears to have greatly increased his asthma attacks. The psychological impact of the increased asthma attacks involves intense fears of death. Such fears of death are often seen in children with asthma when they experience an attack and great difficulty breathing. This young man outwardly appears normal and healthy, but privately continues to experience his fears that a recurrence of asthma attacks will lead to his death. The thoughts and fears of death due to an asthma attack continue even though he has had periods longer than 9 months without an attack. His continuing problems with allergic reactions also create additional anxiety for him.

Page 6

Name: Christopher Cooper
Date of Examination: April 29, May 1, 2009
Date of Report: May 4, 2009

I recommend the following:

1. Christopher should continue taking all prescribed medications and treatments from his physician;
2. Christopher requires individual psychotherapy aimed at helping him to explore his fears of death and to reduce the anxiety engendered by such fears;
3. Once treatment has made significant gains in his private worries and fears of death, mother-child psychotherapy is advised;
4. Family psychotherapy is also advised.

Based upon all of the available information it is my opinion that it is more likely than not that living in the trailer for 19 months with the reported ingestion of formaldehyde gas appears to have had a significant deleterious effect on his asthma that, in turn, has caused the development of abundant anxiety and fears of death.

Very truly yours,

*Edward H. Shwery, Ph.D.*

Edward Halie Shwery, Ph.D.
Clinical and Forensic Psychologist
EHS/dgs

ALX-EXP-68-000007