UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:

Anthony Bartel v. Gulf Stream Coach, Inc., et al.
and
Leslie Kujawa, et al. v. Keystone RV Company and Bechtel National, Inc.

........................................................................

## BECHTEL NATIONAL, INC.'S
## RULE 12(b)(6) MOTION TO DISMISS

NOW INTO COURT, comes Defendant, Bechtel National, Inc., who submits that it is entitled to a dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reason that Plaintiffs fail to state a claim upon which relief can be granted, all as is more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

**FRILOT, L.L.C.**

/s/   John J. Hainkel, III
JOHN J. HAINKEL, III – La. Bar No. 18246
A. J. KROUSE - La. Bar No. 14426
DAVID P. CURTIS – La. Bar No. 30880(Ms. Bar - 102092)
CAROLYN B. HENNESY - La. Bar No. 25089
PETER R. TAFARO – La. Bar No. 28776
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-Mail: jhainkel@frilot.com
**Attorneys for Bechtel National, Inc.**

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 24th day of August, 2009.

/s/     John J. Hainkel, III
JOHN J. HAINKEL, III