UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: | |

Anthony Bartel v. Gulf Stream Coach, Inc., et al.
and
Leslie Kujawa, et al. v. Keystone RV Company and Bechtel National, Inc.

........................................................................

**NOTICE OF HEARING**

Please take notice that Bechtel National, Inc.'s Rule 12(b)(6) Motion to Dismiss is set for hearing, without oral argument, before The Honorable Kurt D. Engelhardt, Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, Room C-351, New Orleans, Louisiana, on the 26th day of August, 2009 at 9:30 a.m. pursuant to Court Order. (Rec. Doc. 2790).

_____
THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 24th day of August, 2009.

                                        /s/     John J. Hainkel, III
                                        JOHN J. HAINKEL, III