UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE   MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al,
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc.

--------------------------------------------------------------------------------

# BECHTEL NATIONAL, INC.'S
# RULE 12(b)(6) MOTION TO DISMISS

# EXHIBIT 9

# BARTEL INSPECTION PACKAGE

FEDERAL EMERGENCY MANAGEMENT AGENCY  VIN# INLIGTRZ961025160
READY FOR OCCUPANCY CERTIFICATION
MOBILE HOME NUMBER __1121842__

FEDERAL EMERGENCY MANAGEMENT AGENCY   ☐ MH     CONTRACT WO NUMBER _____
(Disaster Temporary Housing Program)   ☒ TT     SITE CONTROL NUMBER __11661__

APPLICANT NAME __Sherry Bartel__   TH. NO. __9389948046__
ADDRESS __#103 Yellowjacket Blvd   Ocean Springs MS__

## I. INSPECTION (To be completed by Mobile Home Operations)

INSTALLATION ON THE MOBILE HOME IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☒ Blocked            ☒ Sewer Connected
☒ Steps              ☒ Electricity Connected
☒ Water Connected    ☒ Gas Connected

COMMENTS - INSTALLATION OR SITE CONDITIONS:

INSPECTOR __Jeffry R Powe__   DATE __12/6/05__

## II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a mobile home provided by the Federal Emergency Management Agency without:

☐ Water Connection       ☐ Electricity Connection
☐ Sewer Connection       ☐ Gas Connection

as a temporary measure until such time as it is possible for FEMA to make these connections.

APPLICANT _____   DATE _____   FEMA REPRESENTATIVE _____

## TO: MOBILE HOME OPERATIONS

Applicant will not occupy mobile home until the following utilities are connected:

☐ Sewer       ☐ Eelctricity
☐ Water       ☐ Gas

Please notify Applicant Assistant Staff when these utilities are connected **25151-003-GSH-GCX-** 29572

APPLICANT ASSISTANT SPECIALIST _____   DATE _____

FEMA Form 90-24 (3/80)

# U.S. DEPARTMENT OF HOMELAND SECURITY
# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TEMPORARY HOUSING UNIT INSPECTION REPORT

**1. Temporary Housing Unit No.** 1121842

**2. Serial No./Vin** INLIGTRZ961025160

### 3. TYPE OF INSPECTION
|  | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage |  |  |  |
| Staging |  |  |  |
| Site |  |  |  |
| RFO |  |  | ☒ |
| Move In |  |  | ☒ |
| Move Out |  |  |  |

### 4. TYPE OF FACILITY
- ☐ Other
- ☐ Mobile Home
- ☒ Travel Trailer

### 5. APPLIANCES
| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | OK | | |
| Range | OK | | |
| Microwave | OK | | |
| Refrigerator | OK | | |
| A/C | OK | | |
| Water Heater | | | |

### 6. UNIT INFO.
a. Manufacturer: Gulf Stream
b. Year: 2005
c. Size (Ft.-inc towing hitch): 8' x 30"
d. Number of Bedrooms: 1 BR  2 BK

**Handicap:** ☐ Yes  ☒ No

### 7. INSPECTIONS
☐ Disaster  ☐ Storage

### 8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New   G = Good   P = Poor   D = Damaged   M = Missing

| FURNISHINGS Kitchen & Dining | Sto | DIS | RE | FURNISHINGS First Bedroom | Sto | DIS | RE | FURNISHINGS Bathroom | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dinette Table  Booth | | | N | Double Bed, Complete | | | N | Commode | | | N |
| Dinette Chairs (6 for 3 BR) | | | NA | Mirror | | | NA | Tub/Shower | | | N |
| Range | | | N | Cabinets Storage | | | N | Lavatory | | | N |
| Range Hood & Vent Fan | | | N | Curtains & Rods  Blinds | | | N | Cosmetic Cabinet | | | N |
| Refrigerator | | | N | Light Fixtures | | | N | Mirror | | | N |
| Curtains & Rods  Blinds | | | N | Second Bedroom | | | | Curtains & Rods | | | N |
| Cabinets | | | N | Double Bed, Complete | | | | Light Fixtures | | | N |
| Sink | | | N | Mirror | | | | Exterior Condition | | | |
| Light Fixtures | | | N | Cabinet Storage | | | | Water Heater | | | |
| Fire Extinguisher | | | N | Curtains & Rods | | | | Doors | | | N |
| A/C  Living Room | | | N | Light Fixtures | | | | 2 Keys Per Door  2 | | | N |
| Couch | | | NA | Third Bedroom | | | | Windows | | | N |
| Arm Chair | | | NA | Double Bed, Complete | | | | Screens | | | N |
| End Table | | | NA | Mirror | | | | Front Panels | | | N |
| Coffee Table | | | NA | Cabinet Storage | | | | Left Side Panels | | | N |
| Curtains & Rods  Blinds | | | N | Curtains & Rods | | | | Rear Panels | | | N |
| Light Fixtures | | | N | Light Fixtures | | | | Right Side Panels | | | N |
| Hall | | | | Interior Condition | | | | Roof Vents | | | N |
| Furnace | | | N | Floor Covering | | | N | Towing Hitch | | | N |
| Smoke Detectors | | | N | Wall Panels | | | N | Axles & Springs | | | N |
| Light Fixtures | | | N | Ceiling Panels | | | N | Wheels & Tires | | | N |

### 9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:

RIGHT SIDE: OK    LEFT SIDE: OK    FRONT: OK    REAR: OK

**NOTE:** Tail light harness furnished by: ☐ Towing Contractor

### 10. COMMENTS (If more space is needed, continue on reverse)

| 11. READY FOR OCCUPANCY | CONTRACT W.O. No. 11601 | INSPECTOR SIGNATURE | DATE 12/17/05 |
|---|---|---|---|
| 12. OCCUPANT NAME | Sherry Bartel | ADDRESS #103 Yellowjacket Blvd Ocean Springs MS | THA No. 9389948046 |

### 13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:
| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |

Occupant SIGNATURE (Move In or Move Out): X Sherry Bartel   DATE 12/17/05   FEMA REP. SIGNATURE   DATE 12/17/05

EGS

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

JA 11661

| FEMA DR # | Location # | Lot # |
|---|---|---|
| 9389948046 | Ocean Springs MS Yellowjacket Blvd | 103 |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.
(2) Must not commit or allow crimes to occur in the unit or in the vicinity.
(3) Must not allow anyone, other than the individuals listed below, to live in the unit.
(4) Must accept other housing options, when they become available.
(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.
(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| Sherry Bartel | Sherry Bartel / Anthony Bartel | 12-17-05 |

*(To be Completed by Person Assigning the Shelter Unit)*

**Family Composition - Occupant Information**

| Name | Age | Sex |
|---|---|---|
| Sherry Bartel | 44 | f |
| Anthony Bartel | 50 | m |

| Site Control # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| 11661 | 1121842 | INL1GTR2961025160 |

| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
|---|---|---|
| LARRY DELANKEY | [signature] | 12/17/05 |

PAGE 3



# Federal Emergency Management Agency

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the State of Mississippi and appropriate agencies of the State of Mississippi responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from the major disaster declared on August 29, 2005 (designated FEMA-1604-DR-MS, Hurricane Katrina) to those agencies that provide disaster-related assistance. This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated. It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization. This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal, Tribal and State agencies. However, without my permission, my information c be shared with other agencies or organizations for consideration. I understand that should I choose not to sign this document, I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL - I chose to exclude the following agencies from access to this information:

---

I understand that it is my choice to sign this Release.

Name (Printed): __Sherry Bartel__   Date: __12/17/05__

Signature: __Sherry Bartel__

Pre-Disaster Address: ~~3631 Bienville Blvd #9~~ Gulf Shores Island Nat'l Seashore

Current Address: __3621 Bienville Blvd #9   Ocean Springs__

Phone or Message #: __228 238 8715__   FEMA Registration #: __938 9948046__

September 2, 2005

OK to Return

JA-11661

## Mobile Unit Transportation/Installation Work Order

Batch# 352

| ParkName | | | | Site Control # | Work Order # |
|---|---|---|---|---|---|
| Yellow Jacket Road EGS | | | | MS-B-JA-00048-01 | MS-B-CS-017753 |
| Address | | | Lot # | WO Issued By | |
| Yellow Jacket Road | | | 103 | PF | |
| City | County | State | ZipCode | Contractor | IssueDate |
| Ocean Springs | Jackson | MS | 39564 | Bechtel | 12/2/2005 |
| Directions | | | | UnitType | BarCode |
| GIS, Lat 30.44167, Long. -88.79833 | | | | TT | |
| Subcontractor | PlateNumber | | ShipDate | SerialNumber (17 Digit VIN for TT) | |
| Runge | | | | | |

| Line Item | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic Travel Trailer Setup | Each | 1 | $ | $ |

**Other Comments**

RUNGE TRANSPORTING, LLC

Robert Turnage
DL # 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 (MS)
601-297-0332

Fleetwood
~~Slide   NO ADA~~
~~VIN: 1F1322162912239~~
~~BC: 12504~~

Gulfstream
Slide

VIN: 1NL1GTR2961025160
BC: 1121842

**Signatures**

| | Print Name | Date | Signature |
|---|---|---|---|
| FEMA Rep: | Zack Bennett | 12/3/05 | |
| Site Inspector: | | | |
| Contractor: | | | |

Friday, December 02, 2005

Page 14 of 26

PAGE 5

FEMA Travel Trailer Inspection Checklist

Unit Address: Lot #103
County: 
Bar Code: 1121842
VIN:



| Item # | Source | Attribute | Requirement | Specification Reference | Acceptable Yes | No | N/A | Comments- work req'd to complete/accept |
|---|---|---|---|---|---|---|---|---|
| 1 | Ex. 7.2.1.2 | Blocking and Leveling | Area is clear of grass and debris. | FEMA Spec Exhibit 7 | ✓ | | | |
| 2 | Ex. 7.2.1.2 | Blocking and Leveling | Unit is set-up and level on jacks | FEMA Spec Exhibit 8 | ✓ | | | |
| 3 | Ex. 7.2.1.3 | Anchor and Straps (Tie-Downs) | If not excluded in owners lease, unit has 2 anchors and straps on the tongue (total 4). Each strap shall make at least 1 wrap around the bumper or tongue. | FEMA Spec Exhibit 9 | ✓ | | | |
| 4 | Ex. 7.2.1.3 | Anchor and Straps (Tie-Downs) | Anchor straps are snug and near to vertical | FEMA Spec Exhibit 10 | ✓ | | | |
| 5 | Ex. 7.2.1.4 | Sewer Line Installation | The sewer line (tap to unit connection) is 3" Min. hard ABS or PVC Sch. 40 | FEMA Spec Exhibit 11 | ✓ | | | |
| 6 | Ex. 7.2.1.4 | Sewer Line Installation | If a sewer riser is not present, a clean-out fitting is installed in an accessible location (to accommodate snaking out of the line) | FEMA Spec Exhibit 12 | ✓ | | | |
| 7 | Ex. 7.2.1.4 | Sewer Line Installation | The sewer connection to the unit is a secure threaded screw type or installed with a removable adapter | FEMA Spec Exhibit 13 | ✓ | | | |
| 8 | Ex. 7.2.1.4 | Sewer Line Installation | Installed sewer pipe has (minimum) 1/4"/ft fall | FEMA Spec Exhibit 14 | ✓ | | | |
| 9 | Ex. 7.2.1.4 | Sewer Line Installation | Sewer line has been tested and proven to be free of leaks | FEMA Spec Exhibit 15 | ✓ | | | |
| 10 | Ex. 7.2.1.10 | Sewer Line Installation | Where travel trailers have more than one sewer drop points, they have been interconnected to a single drain line. | FEMA Spec Exhibit 16 | ✓ | | | |
| 11 | Ex. 7.2.1.11 | Sewer Line Installation | Where sewer taps have been installed to municipal sewer lines, all backfilling has been completed | FEMA Spec Exhibit 17 | ✓ | | | |
| 12 | Ex. 7.2.1.5 | Water Line Installation | A cut-off valve and hose bibb with anti-siphon valve is installed close to the unit | FEMA Spec Exhibit 18 | ✓ | | | |
| 13 | Ex. 7.2.1.5 | Water Line Installation | Water service line has been tested for leakage | FEMA Spec Exhibit 19 | ✓ | | | |
| 14 | Ex. 7.2.1.5 | Water Line Installation | If local water pressure is higher than manufacturer's recommendations, then a water pressure reducing valve has been installed | FEMA Spec Exhibit 20 | ✓ | | | |
| 15 | Ex. 7.2.1.12 | Water Line Installation | Where water taps have been installed to municipal water lines, all backfilling has been completed | FEMA Spec Exhibit 21 | ✓ | | | |
| 16 | Ex. 7.2.1.12 | Water Line Installation | Where water line has been extended from municipal water line, the new line has been buried separate from the sewer and at a depth at least 24 inches deep. | FEMA Spec Exhibit 22 | ✓ | | | |
| 17 | Ex. 7.2.1.6 | Direct Wiring | If electrical service to trailer pedestal is buried, it is at least 24 inches below grade or buried in rigid or intermediate conduit | FEMA Spec Exhibit 23 | | | ✓ | |
| 18 | Ex. 7.2.1.6 | Direct Wiring | Where temporary power poles have been installed, pole and hardware are in accordance with installation details. | FEMA Spec Exhibit 24 | ✓ | | | |
| 19 | Ex. 7.2.1.7 | Propane Tanks | Both propane tanks are filled | FEMA Spec Exhibit 25 | ✓ | | | |
| 20 | Ex. 7.2.1.8 | Steps | If manufacturer' steps are used, the last riser is 7.5 inches or less from ground or landing area. | FEMA Spec Exhibit 26 | ✓ | | | |
| 21 | Ex. 7.2.1.8 | Steps | If patio stones are used they are level and backfill/tapered grading has been applied to eliminate tripping. Stacking of patio stones is prohibited. | FEMA Spec Exhibit 27 | ✓ | | | |
| 22 | Ex. 7.2.1.8 | Steps | Where wooden steps have been installed. Steps are (minimum) 36" wide (centered on doorway) and have sanded and painted handrails made of 2"x4' safety edge lumber on both sides | FEMA Spec Exhibit 28 | | | ✓ | |
| 23 | Ex. 7.2.1.8 | Steps | Steps are stable (foundation) level in both directions, and anchored to the ground. | FEMA Spec Exhibit 29 | | | ✓ | |
| 24 | Ex. 7.2.1.8 | Steps | The platform has non-skid surface (not sand added to paint) | FEMA Spec Exhibit 30 | | | ✓ | |
| 25 | Ex. 7.2.1.16 | Handicap Ramp | Where handicap ramps are installed. Ramp complies with design detail. | FEMA Spec Exhibit 31 | | | ✓ | |

FEMA Travel Trailer Inspection Checklist

County _____
Unit Address _____
Bar Code _____
VIN _____

| Item # | Source | Attribute | Requirement | Specification Reference | Acceptable Yes | No | N/A | Comments- work req'd to complete/accept |
|---|---|---|---|---|---|---|---|---|
| 26 | Ex. 7.2.1.9 | RFO (Functionality) | Smoke detector is installed and functioning | FEMA Spec Exhibit 32 | ✓ | | | |
| 27 | Ex. 7.2.1.9 | RFO (Functionality) | Storm window panels and screens installed | FEMA Spec Exhibit 33 | ✓ | | | |
| 28 | Ex. 7.2.1.9 | RFO (Functionality) | Remove window clips, travel blocking, and protective taping | FEMA Spec Exhibit 34 | ✓ | | | |
| 29 | Ex. 7.2.1.9 | RFO (Functionality) | Activate utility services and verify functionality of water, sewer, and electrical systems | FEMA Spec Exhibit 35 | ✓ | | | |
| 30 | Ex. 7.2.1.9 | RFO (Functionality) | Re-install any items that were dislocated during transport | FEMA Spec Exhibit 36 | ✓ | | | |
| 31 | Ex. 7.2.1.9 | RFO (Functionality) | Exhaust fans are functioning (restroom and kitchen) | FEMA Spec Exhibit 37 | ✓ | | | |
| 32 | Ex. 7.2.1.9 | RFO (Functionality) | Furniture is in place and in good condition | FEMA Spec Exhibit 38 | ✓ | | | |
| 33 | Ex. 7.2.1.9 | RFO (Functionality) | All furnished curtains are hung | FEMA Spec Exhibit 39 | ✓ | | | |
| 34 | Ex. 7.2.1.9 | RFO (Functionality) | Drawers are installed and functioning | FEMA Spec Exhibit 40 | ✓ | | | |
| 35 | Ex. 7.2.1.9 | RFO (Functionality) | All cabinet doors and knockout panels are installed and open and close (as applicable) | FEMA Spec Exhibit 41 | ✓ | | | |
| 36 | Ex. 7.2.1.9 | RFO (Functionality) | All commodes function (flush and refill) | FEMA Spec Exhibit 42 | ✓ | | | |
| 37 | Ex. 7.2.1.9 | RFO (Functionality) | All faucets function (hot/cold work as indicated- NOT reversed) | FEMA Spec Exhibit 43 | ✓ | | | |
| 38 | Ex. 7.2.1.9 | RFO (Functionality) | All drains function (plunger, traps strainers work or installed) | FEMA Spec Exhibit 44 | ✓ | | | |
| 39 | Ex. 7.2.1.15 | Winterized Water Line | Heat tape has been installed on any water feed lines exposed (3 wraps/ft, and fastened every 12") | FEMA Spec Exhibit 45 | ✓ | | | |

Notes: 1) Where local code requirements conflict with these requirements, local code shall take precedence

Subcontractor Representative _Dee O. Moll_ Date _12-4-05_
(installation is complete and in accordance with specification/subcontract requirements, and request final inspection by Bechtel)

Date of Unit Inspection/Acceptance _12/5/05_

Bechtel/FEMA Representative _Richard White / Ricky White_
Installation is acceptable. All open items have been completed.

☑ Installation acceptable (no open items)

☐ Installation not acceptable (open items require completion).  Bechtel/FEMA Representative _____ Date _____

☐ All open items have been completed and accepted.  Date _____

RFO
Complete
All good.