UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  　　　MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION N(5)

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

　　　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:

Anthony Bartel v. Gulf Stream Coach, Inc., et al.
and
Leslie Kujawa, et al. v. Keystone RV Company and Bechtel National, Inc.

## BECHTEL NATIONAL, INC.'S
## RULE 12(b)(6) MOTION TO DISMISS

## EXHIBIT 10

JACK HUME AFFIDAVIT

1

## AFFIDAVIT

STATE OF VIRGINIA

COUNTY OF FAIRFAX

BEFORE ME, personally came and appeared:

### Jack Hume

who declared, under oath, as follows:

1. That I am a competent individual over 18 years of age and make this affidavit based on my personal knowledge;

2. That I was employed as Project Manager for Bechtel National, Inc. ("Bechtel") in connection with its contract with the Department of Homeland Security relating to the delivery, installation, inspection, and maintenance of emergency housing units ("EHUs") in the state of Mississippi, some of which I understand are part of the *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*;

3. That, as Project Manager, I was familiar with the delivery, installation, inspection and maintenance process for the EHUs installed by Bechtel;

4. That data and documentation were generated in the regular course of Bechtel's business and maintained by Bechtel in connection with the delivery, installation, inspection and occupancy of each EHU handled by Bechtel under the contract;

5. That, as Project Manager, I had authority, control and custody of the data and documentation maintained in connection with the delivery, installation, inspection and occupancy process;

6. That I have directed the retrieval of and reviewed the data and documentation associated with the delivery, installation, inspection and occupancy of the EHUs assigned to Leslie Kujawa and Sherry Bartel; and

7. That Exhibit A, in globo, Kujawa and Exhibit B, in globo, Bartel are true and correct copies of the documents and data kept in the regular course of Bechtel's business relating to the EHUs assigned to Leslie Kujawa and Sherry Bartel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FAIRFAX, VIRGINIA, this 5TH day of AUGUST, 2009.

_____
Jack Hume

SWORN TO AND SUBSCRIBED before me at Fairfax, Virginia, this 5th day of August, 2009.

_____
NOTARY PUBLIC

My Commission Expires August 31, 2012