UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE            MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

                                             SECTION N(5)

                                             JUDGE ENGELHARDT

                                             MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al,
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc.

-------------------------------------------------------------------------------

# BECHTEL NATIONAL, INC.'S
# RULE 12(b)(6) MOTION TO DISMISS

# EXHIBIT 15

**EXHIBIT 7 TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION (REC. DOC. 1545-13)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 7

FEMA09-000363
Case 2:07-md-01873-KDE-MBN Document 2796-17 Filed 08/24/09 Page 3 of 3
Case 2:07-md-01873-KDE-ALC Document 1543-17 Filed 05/15/2009 Page 2 of 2

03/17/2005 13:05 6017944115 PURVIS STAG PAGE 02

# IMPORTANT NOTICES

State laws in the United States and provincial laws in Canada vary concerning operator licensing requirements and vehicle dimensional restrictions. Check the laws in the area where you anticipate travelling.

The particle board, hardwood plywood, or paneling used in your RV are made with urea-formaldehyde resin. The companies that supply us with these materials have asked that we tell you about urea-formaldehyde with the statements on this page.

Ventilation is important for making the interior of your RV comfortable. Please read the section about ventilation and prolonged occupancy in the *Living With Your Trailer* chapter in this *Owner's Manual*.

We provide you consumer information as detailed by the National Fire Protection Association (NFPA) and the American National Standards Institute (ANSI). The information and warnings found on these pages may also be found in other chapters of this *Owner's Manual*. Please see the *Propane System* and *Appliances* chapters for other safety and operating information.



**WARNING**

This product is manufactured with urea-formaldehyde resin. Formaldehyde vapor may in some people cause headaches, eye, nose and throat irritation, and aggravation of allergies and respiratory problems, such as asthma. Proper ventilation should reduce the risk of such problems.



**WARNING**

This product is manufactured with a urea-formaldehyde resin and will release small quantities of formaldehyde. Formaldehyde levels in the indoor air can cause temporary eye and respiratory irritation, and may aggravate respiratory conditions or allergies. Ventilation will reduce indoor formaldehyde levels.



**WARNING**

Irritant: This product contains a urea-formaldehyde resin and may release formaldehyde vapors in low concentrations. Formaldehyde can be irritating to the eyes and upper respiratory system of especially susceptible persons such as those with allergies or respiratory ailments. Use with adequate ventilation. If symptoms develop, consult your physician.

\*This is posted in All New T/Trailers

03-1