# Exhibit 1

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | |
| FORMALDEHYDE PRODUCTS | ) | |
| LIABILITY LITIGATION, | ) | MDL NO. 1873 |
| CHARLIE AGE, et al., | ) | SECTION N(5) |
| Plaintiffs, | ) | JUDGE: ENGELHARDT |
| V. | ) | MAG: CHASEZ |
| GULF STREAM COACH, | ) | |
| INC., et al., | ) | DOCKET NO. 09-2892 |
| Defendants. | ) | |

CONCURRENT VIDEO RECORD

Deposition of GERALD McGWIN, JR. M.S. Ph.D.

July 27, 2009

9:38 a.m.

Page 2

# S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of GERALD McGWIN, JR., M.S., Ph.D., may be taken before Elaine Scott, Notary Public, State at Large, at the Courtyard Birmingham Downtown at UAB, 1820 5th Avenue South, Birmingham, Alabama, on July 27, 2009, commencing at approximately 9:38 a.m.

IT IS FURTHER STIPULATED AND AGREED that the signature to and reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions, except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the

Gerald McGwin Jr.
July 27, 2009

Page 15

Q. And let me state it in a different way because I think Mr. Pinedo's objection is well-founded.

When we last spoke at your first deposition, the only cancer you could say more probable than not you believe was associated with formaldehyde exposure was nasopharyngeal cancer; is that correct?

MR. PINEDO: Objection to form.

A. I believe what I said -- at least what I wrote here was that my expert opinion was that formaldehyde can cause nasopharyngeal cancer and that with respect to other cancers there was evidence to suggest that formaldehyde played an etiologic role.

Q. But you could not say more probable than not that it would cause those other cancers, correct?

A. More probable than not. I'm struggling with the phrase more probable than not.

I would say it would be difficult at this point for me to attach a probability to the evidence related to those cancers. I would have to spend more time reviewing

 1  that -- those manuscripts to either agree or
 2  disagree with your statement.
 3       Q.  Let me ask you this.  I'm going to
 4  show you -- I'm going to read it and then show
 5  it to you.
 6           My question to you last time on
 7  page forty-three was, question:  What you mean
 8  in your opinion that leukemia, lung,
 9  pancreatic and brain cancer, there is evidence
10  to suggest formaldehyde plays an etiological
11  role.  Does that mean there's some association
12  there but not enough to say it causes it as
13  you said with nasopharyngeal?
14           Answer:  That would be accurate,
15  yes.
16           Is that your testimony today, sir?
17       A.  Yes, sir.
18       Q.  So it plays an etiological role,
19  but you couldn't say it causes leukemia, lung,
20  pancreatic, or brain cancer, correct?
21       A.  It plays an etiological role, but
22  the evidence isn't as strong for those cancers
23  as it is for nasopharyngeal.
24       Q.  And therefore, you cannot say more
25  probable than not it causes it?

Gerald McGwin Jr.
July 27, 2009

Page 17

1    A.  I'm reluctant to agree to the use
2  of the word probably than not.
3    Q.  I think you agreed to it last time,
4  but we'll look it up.
5    MR. PINEDO:  The record will
6  reflect what he said last time.
7    Q.  On page forty-five:  And based on
8  your review of these studies, you just told me
9  you couldn't say one way or another whether it
10 is more probable than not that leukemia, lung,
11 pancreatic, and brain cancer were caused by
12 exposure to formaldehyde; is that correct?
13   MR. PINEDO:  Would you show him the
14 testimony, please.
15   MR. WEINSTOCK:  Absolutely.
16   Q.  Answer:  Say that question one more
17 time.  I had it read back.  And you said:
18 That is correct, I apologize.
19      That's all the good highlighted
20 stuff.
21   A.  Yes, I believe my answer at that
22 time is consistent now.
23      You stated I couldn't say one way
24 or the other it's more probable than not.  And
25 that's what I'm saying now, because I can't

1  say now based on any probability.
2          MR. PINEDO:  And that's with regard
3  to leukemia, lung cancer, pancreatic cancer,
4  and brain cancer.
5          MR. WEINSTOCK:  Correct.
6      Q.  That was my question then and that
7  is my question now, correct?  That's how you
8  understood it?
9      A.  That's correct.
10     Q.  Now, Mr. Pinedo raises a valid
11 point, there are more than five cancers in the
12 world.  But those are the only ones you gave
13 opinions on in your report, correct, those
14 four and nasopharyngeal or sinonasal cancers?
15     A.  Those four and naso -- yes, sir.
16     Q.  So there may be other cancers out
17 there and they may be related to formaldehyde,
18 but you have not given those opinions?
19     A.  Yes, sir.
20     Q.  I knew we could do this quickly.
21     A.  I'm a very minimal guy.
22     Q.  If we can get to nasopharyngeal.
23 We had a long discussion, as you recall about
24 the Hauptmann paper.  I think you were sick of
25 it, and I know I was.

1       A.  Yes, sir.

2       Q.  At the end of the discussion, I
3  believe what we -- we both at least agreed
4  to -- and correct me if I'm wrong -- is that
5  to the extent that there's an association or
6  causation between formaldehyde exposure as
7  evidenced by the Hauptmann paper, that is only
8  evidenced when there are peak exposures above
9  four parts per million; is that correct?

10      A.  I would have to look at the paper
11 to -- I don't want to go over other ground.
12 If I said -- if we came to that agreement last
13 time, I would be happy to agree with it again
14 this time.  I just haven't read the paper
15 recently to agree or disagree with your
16 statement.

17          MR. PINEDO:  What page you on now?

18      Q.  I'm on page one fifteen, but let me
19 just read it to myself quickly.

20          I'm going to hand you your
21 deposition from last time, page one
22 fifteen -- it's really page 116 -- where you
23 talk about the trend from Hauptmann.  And it
24 says, the trend we see from peak exposure in
25 both Marsh and Hauptmann is no effect below

1  four thousand parts per billion and an effect
2  above four thousand parts per billion.
3      A.  One sixteen you said just --
4      Q.  So my question really is:  Does it
5  appear that we had the agreement last time
6  that according to at least the Hauptmann and
7  Marsh paper -- strike that.
8          According to the Hauptmann paper,
9  to the extent there's any association between
10 formaldehyde exposure and nasopharyngeal
11 cancer, that occurs when there's peak
12 exposures above four thousand parts per
13 billion or four parts per million.
14         MR. PINEDO:  Object to the form.
15     A.  That was the discussion that we're
16 having, and it appears that with respect to
17 that paper, one of the analyses that they did,
18 one could interpret it that way.  But it looks
19 like we went on to discuss the fact they used
20 it as a continuous variable, which makes the
21 interpretation a little bit more difficult.
22         But I would agree with you that one
23 of their analyses is consistent with the --
24 your characterization of their results.
25     Q.  Well, when you say one of their

```
 1    analyses, the one that dealt with peak
 2    exposure?
 3         A.   Yes, sir.
 4         Q.   As opposed to some more over time
 5    exposure?
 6         A.   That's correct.  Yes, sir.
 7         Q.   But you would agree with me that
 8    according -- at least according to the
 9    Hauptmann paper, to see an association between
10    formaldehyde exposure and nasopharyngeal
11    cancer, you needed to see peak exposure of
12    four thousand parts per billion?
13         A.   Based on that one paper.
14         Q.   Correct?
15         A.   Correct.
16         Q.   And speaking of that one paper, if
17    I understood your report, your -- you base
18    your association or your opinion on
19    nasopharyngeal cancer --
20              MR. PINEDO:  Which report are we
21    talking about?
22              MR. WEINSTOCK:  He only gives a
23    cancer opinion in the last fall report.
24         Q.   Let me start again.  In last
25    August's report, you based your association
```

1  between nasopharyngeal cancer and formaldehyde
2  exposure primarily on the work that was done
3  by IARC; is that correct?
4      A.  Are you referring to a specific
5  page that I can turn to or --
6      Q.  Maybe I'm misstating it.  If you
7  can go to your report, Exhibit 2 page four,
8  you see section four, formaldehyde exposure
9  and cancer?
10     A.  Yes, sir.
11     Q.  In the middle of that paragraph it
12 says, Regarding specific cancer sites --
13     A.  May I write on this?
14     Q.  Absolutely.  Yeah.  Yeah.  That's
15 fine.
16     A.  I just wanted to highlight what it
17 is you're reading.
18     Q.  Regarding specific cancer sites, no
19 statistically significant association was
20 observed for death due to neither oral nor
21 pharyngeal cancer nor lung cancer.  An
22 elevated but not statistically significant
23 association was observed for death due to
24 nasopharyngeal cancer, period.  This
25 association was largely attributed to the

elevated association in one plant study, Hauptmann, and you put 2003 and 2004, but really it was just the one study. The others --

A. There was a reanalysis.

Q. Well, I don't think -- there's two different Hauptmann papers. One deals with nasopharyngeal and the other deals with other cancers, I believe.

A. Okay.

Q. And then it goes on to state: Subsequent investigations have suggested that the original association may have been due to other non-formaldehyde exposures as well as a failure to consider specific methodological issues. And it cites the Marsh papers; correct?

A. Yes, sir.

Q. The association between formaldehyde exposure and nasopharyngeal cancer is primarily based on the Hauptmann paper, correct?

MR. PINEDO: Objection to form.

A. Well, I believe on page five I go on to talk about a number of other studies

1  that talk about pharyngeal cancers related to
2  formaldehyde exposure.
3          So I'm not -- I'm not quite sure
4  that I ever indicated that I reviewed more
5  heavily on these than I did on the others.
6      Q. Okay. Well, then let's -- are you
7  relying on Hauptmann or not? I guess that's
8  my question.
9      A. Solely?
10     Q. No.
11     A. More heavily?
12     Q. In part. Yeah, more heavily.
13 That's fine.
14     A. I would not say more heavily, and I
15 definitely would not say solely. I would say in
16 part.
17     Q. You're relying on Hauptmann in
18 part, but you acknowledge that no additional
19 cancers were seen without peak exposure to
20 four thousand parts per billion, correct?
21         MR. PINEDO: Objection to form.
22     A. I'd have to have the paper in front
23 of me to go back through it, unless we want to
24 rely on my testimony from last time.
25     Q. Do you have the paper?

1    A.   I unfortunately do not.

2    Q.   Then I'll rely on your testimony

3 from last time.

4         Turning to -- what other papers do

5 you believe you relied on?

6    A.   Most of the paragraph at the top of

7 page five in Exhibit number 2.  I believe goes

8 through a number of other studies that looked

9 at laryngeal cancers, hypopharyngeal cancers.

10 I'm just quickly going through the text here.

11        Another one focused on pharyngeal

12 cancers.  Another one focused -- a pooled

13 analysis of a 12-case control studies, Luce,

14 et al., 2002, sinonasal cancer.

15        I believe there's a number of other

16 studies that clearly speak to the issue of

17 formaldehyde and upper respiratory tract

18 cancers.

19   Q.   But you've only given an opinion

20 regarding nasopharyngeal, correct?

21   A.   That's --

22   Q.   I realize -- I understand all this

23 other stuff is interesting.  I want to focus

24 on nasopharyngeal because that's the cancer,

25 the only one, that you --

Page 31

```
 1    children demonstrate an association.
 2              Or to put it in null hypothesis,
 3    there is no association between formaldehyde
 4    exposure and asthma in children.
 5         Q.   And are we talking about the onset
 6    of asthma?
 7         A.   Well, phrased as a null hypothesis
 8    in the context of a meta analysis, I would
 9    probably just use the generic term asthma.
10              As you know, the studies that we're
11    likely going to talk about at length later
12    today include a cohort study and then the
13    majority of the others are cross-sectional
14    studies.
15              So it would be -- I think it would
16    be inaccurate to, you know, state the null
17    hypothesis as onset of asthma since those
18    studies by and large -- we really didn't have
19    that level of detail in them.
20         Q.   What is a cross-sectional study?
21         A.   A cross-sectional study is a study
22    designed wherein the information on the
23    disease, presence or absence of the disease --
24    or maybe we would measure something like
25    pressure or a non-binary variable in an
```

1  exposure are measured at the same time.
2          Q.  Is that another way of saying that
3  there's more than one factor working?
4          A.  No.  There's always more than one
5  factor at work in any epidemiologic study.
6          Q.  Well, what's an observational
7  study?  How about that?
8          A.  Any study wherein the investigator
9  doesn't assign or manipulate the exposure of
10 interest.
11         Q.  What's an experimental study?
12         A.  An experimental study would be a
13 study designed where the experimenter does
14 manipulate the exposure of interest.
15         Q.  Which one is considered superior
16 epidemiologically, observational or
17 experimental?
18         A.  I would say the general convention
19 is that experimental studies in epidemiology,
20 they are clinical trials, they are the top of
21 the food chain.
22              But that's not to say that a well-
23 designed observational study can't provide
24 similar evidence.
25         Q.  But experimental studies are sort