# Exhibit 6

# Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

## Date taken: October 16, 2008

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT
Case 2:07-md-01873-KDE-MBN   Document 2797-6   Filed 08/24/09   Page 3 of 11

Page 71

1   regarding Louisiana specifically?

2       A    No.   IARC has a complete chart

3   with every state -- I wouldn't say every

4   state.  With states and countries, and my

5   general impression is I have seen them, you

6   know, in that area.

7            But, of course, if you have a

8   structure that is new compared to structures

9   that are old, you're going to have variance

10  in that.  So, you know, to try to give you

11  one level is a bit -- I think the most

12  meaningful level is what's in the outdoor

13  ambient air in a pure environment, and

14  that's the 0.8 parts per billion.

15      Q    So even in what's considered to be

16  a pure environment, there is some

17  formaldehyde in the air?

18      A    Well, we have the troposphere,

19  which is carrying contaminants throughout

20  the nation -- I mean, throughout the world,

21  so you're never going to have, you know, a

22  totally pure environment anymore.

23      Q    Formaldehyde is something that's

24  produced not just by the human body as part

25  of metabolism, but also by any living

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT
Case 2:07-md-01873-KDE-MBN   Document 2797-6   Filed 08/24/09   Page 4 of 11

Page 72

1   creature; is that correct?
2       A    It's a by-product -- It's an
3   intermediary that is produced in normal
4   metabolic processes. Now, it's a very toxic
5   intermediary, and the body handles it in a
6   way to attempt to -- I mean, we have a lot
7   of toxic intermediaries in our body, and so
8   the body usually has some ways that it
9   packages or handles or degrades when we have
10  a toxic substance to try to minimize damage
11  to our body itself.
12      Q    Do people exhale formaldehyde in
13  their breath?
14      A    Well, probably not measurable in
15  this room from us. I wouldn't say -- You
16  know, perhaps some extremely low level. But
17  if you have someone that has been in an
18  industrial accident or just coming out of a
19  dissection lab, you pick up more. So, you
20  know, it's a normal metabolic -- Let me just
21  say this. 40 percent of what's taken into
22  the body -- When formaldehyde is in the
23  ambient air, 93 percent of it is absorbed by
24  the nasal mucosa. It goes to the blood.
25           We know that the clearance time in

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 73

1  animals from the blood, the half-life is one
2  minute. We know that when they label the
3  carbon atom, it will stay in the blood
4  residually, half-life is half of it, for
5  maybe 55 hours. But we know from that
6  absorption or that in the blood, 40 percent
7  of that original amount that came into the
8  nose, 40 percent will be eliminated as CO2
9  from the lungs. 17 percent will be
10 eliminated through the urine, water-soluble
11 formic acid. Five percent will be
12 eliminated in the feces, because that's also
13 water-soluble formic acid.
14        But 35 to 39 percent of that
15 initial amount, dose that came in through
16 that nose is going to stay in the body.
17 It's going to stay in the body, because the
18 formaldehyde molecule, H2CO, the carbonyl --
19 And if I say something you don't understand,
20 just stop me. CO is the double bond between
21 the carbon and oxygen. The whole molecule
22 is referred to as a highly reactive
23 electrophile.
24        It is deficient in electrons from
25 its outer orbit, and so that 35 to

In Re: FEMA Trailer Formaldehyde Products Liability Litigation   Videotaped Deposition of Patricia M. Williams, Ph.D., DABT
Case 2:07-md-01873-KDE-MBN   Document 2797-6   Filed 08/24/09   Page 6 of 11

Page 74

1  39 percent is it's grabbing electrons,
2  looking for electrons, and it's incorporated
3  into crosslinks, protein-protein crosslinks,
4  DNA-protein crosslinks or macro molecules,
5  such as enzymes or molecules on a cell
6  membrane, so that from that initial dose, it
7  is going to stay in our body.
8      Q   Okay. Back to my question. Human
9  beings exhale formaldehyde; yes or no?
10     A   Yes, they can, but usually under
11 normal circumstances, at very low level.
12     Q   And you believe that formaldehyde
13 bioaccumulates, it accumulates in the body?
14     A   Okay. Well, bio -- I teach
15 ecotoxicology. Bioaccumulation is used to
16 describe when something is going to remain
17 in the body and it's coming into the
18 organism, in an individual organism in its
19 parent form, such as a heavy metal.
20         Now, aldehyde is -- formaldehyde
21 is so reactive that it is going to be in a
22 complex with something, so I would not as a
23 toxicologist use that term.
24     Q   So when you say 35 to 39 percent
25 of formaldehyde that's inhaled stays in the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Case 2:07-md-01873-KDE-MBN   Document 2797-6   Filed 08/24/09   Page 7 of 11

Page 133

```
 1        Q    I'm going to rephrase it, because
 2   there's apparently some difficulty.
 3             Do you defer to medical doctors as
 4   to what tests should be performed as a part
 5   of any intervention program?
 6        A    Well, sure.  Yes.
 7        Q    Do you defer to medical doctors as
 8   to what treatment should be performed in any
 9   type of medical intervention program?
10        A    Yes.  Yes, I'm not -- I do not --
11   Yeah.
12        MR. D'AMICO:
13             That's okay.  Now, can we take a
14   break?
15        MR. SCANDURRO:
16             Let's take a break, yes.  I'm
17   sorry.
18        THE WITNESS:
19             The way you were asking me --
20        MR. D'AMICO:
21             The answer was she defers to the
22   pulmonologists --
23        THE WITNESS:
24             Oh, yes.  Absolutely.
25        MR. D'AMICO:
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation	Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 233

1  scientific body of knowledge.  This is a
2  reactive electrophile.
3      Q   Would it surprise you to find or
4  learn that other toxicologists might
5  disagree with that?
6      A   Well, then, they need to read
7  Casarett & Doull's entire several chapters
8  on reactive electrophiles.  Okay?
9      Q   What I'm asking you -- And I
10 understand Casarett & Doull's might say
11 this.  I just want to know your opinion,
12 your personal professional opinion, what the
13 plaintiffs are paying you a lot of money
14 for, okay, in your opinion, in your
15 professional opinion, to a reasonable degree
16 of scientific certainty, does exposure to
17 one molecule of formaldehyde cause damage?
18     MR. D'AMICO:
19          Wait, wait.  I object to the form
20 of the question.
21          Go ahead.  You can answer.
22 EXAMINATION BY MR. MILLER:
23     Q   Go ahead and answer.
24     MR. D'AMICO:
25          We're not paying her a lot of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation · Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 234

1  money.

2  THE WITNESS:

3  Well, that is absolutely correct.

4  MR. MILLER:

5  Okay. Hold on here. Read the
6  question back to the witness, please.
7  (Whereupon, the court reporter read back the
8  requested testimony as follows:

9  THE COURT REPORTER:

10  Question: "What I'm asking you --
11  And I understand Casarett & Doull's might
12  say this. I just want to know your opinion,
13  your personal professional opinion, what the
14  plaintiffs are paying you a lot of money
15  for, okay, in your opinion, in your
16  professional opinion, to a reasonable degree
17  of scientific certainty, does exposure to
18  one molecule of formaldehyde cause damage?"

19  EXAMINATION BY MR. MILLER:

20  Q  Okay. Strike that. Let me start
21  over.

22  In your professional opinion -- I
23  don't care what any other toxicologists or
24  sources say -- your professional opinion as
25  a toxicologist, does exposure to one

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT
Case 2:07-md-01873-KDE-MBN   Document 2797-6   Filed 08/24/09   Page 10 of 11

Page 235

 1    molecule of formaldehyde, is that more
 2    likely than not to cause damage, injury?
 3        A    One molecule of a reactive
 4    electrophile as formaldehyde is, if it makes
 5    contact with an ultrastructural level of a
 6    cell without being in some way changed
 7    before it makes the contact, it's going to
 8    cause damage.
 9             Damage is insertion of a reactive
10    electrophile that is grabbing electrons.  It
11    is taking away the integrity of, say, the
12    DNA, and it is sitting there making a new
13    code, altering, disguising the real code of
14    the cell, so that when it is copied to make
15    a daughter cell, you now have a mutant cell.
16    Now, it may not -- That one molecule may hit
17    something else besides DNA.  Perhaps it hits
18    a component of the cell membrane.  Then it
19    has made a mess.  It has made a problem.
20             We have a lot of these types of
21    reactive free radicals, electrophiles, and
22    when they hit, if they're not checked before
23    they hit, if they hit, they will punch you
24    in the nose, Counselor.  You're going to
25    have some kind of damage.

Case 2:07-md-01873-KDE-MBN   Document 2797-6   Filed 08/24/09   Page 11 of 11
In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 236

1    Q    And so what I gather is, if, for
2    example, the one molecule comes in contact
3    with your eye or your mucous membranes
4    inside of your nose, you breathe it into
5    your lungs, that one molecule, in your
6    opinion, that would be sufficient to cause
7    damage?
8    A    If that one molecule in its
9    reactive electrophile form comes in contact
10   with any part of a cell, it's going to
11   combine and it's going to cause damage.
12            Now, observable damage?  You know,
13   no.  Not unless that observable damage
14   becomes later on a clone of mutant cells, it
15   has become a cancer.  So that it's not an
16   observable.  It's at the very molecular
17   level.  That's the nature of an
18   electrophile.
19   Q    Now, I would ask you to turn to
20   your report, Page 14.  The first full
21   paragraph.  It starts, "It has been shown
22   that sensory irritation."  Do you see that?
23   A    Correct.
24   Q    And the second sentence there
25   says, "Since differences in individual