# Exhibit 9

*Mutation Research*, 280 (1992) 1-7
© 1992 Elsevier Science Publishers B.V. All rights reserved 0165-1218/92/$05.00

1

MUTGEN 01779

# Micronucleated cells in nasal mucosa of formaldehyde-exposed workers

Cinzia Ballarin [a], Franco Sarto [b], Luciano Giacomelli [c], Giovanni Battista Bartolucci [a] and Erminio Clonfero [a]

*[a] Institute of Occupational Health, University of Padua, [b] Occupational Health Inspectorate (S.P.I.S.A.L.) and [c] Cytodiagnostic Service, U.L.S.S. 21, Padua (Italy)*

(Received 4 November 1991)
(Revision received 31 December 1991)
(Accepted 8 January 1992)

*Keywords:* Micronuclei; Nasal mucosa; Cytology; Cytogenetic damage; Formaldehyde; Plywood factory

## Summary

The frequency of micronuclei (MN) and cytology of respiratory nasal mucosa cells were evaluated in 15 non-smokers exposed to formaldehyde in a plywood factory. Each subject was paired with a control matched for age and sex. Mean levels of exposure to formaldehyde ranged from about 0.1 mg/m$^3$ in the sawmill and shearing-press departments to 0.39 mg/m$^3$ in the warehouse area. There was a contemporary exposure to low levels of wood dust (inspirable mass ranged from 0.23 mg/m$^3$ in the warehouse to 0.73 mg/m$^3$ during sawing operations).

Nasal respiratory cell samples were collected by an otorhinolaryngologist near the inner turbinate using a brush for endocervical cytology. After staining (Feulgen plus Fast Green and Papanicolaou's method for MN analysis and cytology, respectively), about 6000 cells were screened for micronuclei and scored in parallel for cytology according to a histopathological scale. A higher frequency of micronucleated cells was observed in the exposed group than in the controls ($0.90 \pm 0.47$ vs. $0.25 \pm 0.22$, Mann-Whitney $U$ test: $p < 0.01$). Cytological examination indicated chronic phlogosis in the nasal respiratory mucosa of plywood factory workers, with a high frequency of squamous metaplasia cells (mean score $2.3 \pm 0.5$ vs. $1.6 \pm 0.5$ in the control group, Mann-Whitney $U$ test: $p < 0.01$).

---

Formaldehyde (FA) is widely used in industry for the manufacture of resins, wood composites, textiles, paper, and pharmaceutical products.

The acute and chronic irritant effects of FA on the epithelium of human respiratory mucosa (nose, lungs) and allergic sensitization of the skin are well known (IARC, 1982; Edling et al., 1988).

FA has long been known to be a mutagenic compound in several biological systems, including bacteria, insects, plants and fungi (Auerbach et al., 1977; Ma and Harris, 1988). In vitro, it causes increased sister-chromatid exchange (SCE) and chromosome aberrations (CA) in CHO cells (Natarajan et al., 1983), CA in human skin fibroblasts (Levy et al., 1983) and SCE and CA in human peripheral blood lymphocytes (Kreiger and

Correspondence: Dr. E. Clonfero, Istituto di Medicina del Lavoro, Università di Padova, Via Facciolati 71, I-35127 Padua (Italy).

2

Harry, 1983; Schmid et al., 1986), and gives a weak mutagenic response in the Ames test with strain TA100 of *Salmonella typhimurium*, with or without microsomal enzymes (Schmid et al., 1986). No increase in the frequency of micronuclei (MN) or CA in bone marrow has been observed in mice treated in vivo with FA (Natarajan et al., 1983).

Cytogenetic studies on peripheral blood lymphocytes from workers exposed to FA fumes have given contradictory results. In workers in a paper manufacturing plant, Bauchinger and Schmid (1985) found an increased frequency of CA, and Yager et al. (1986) reported an increased frequency of SCE in non-smoking students exposed in an anatomy laboratory; however, Fleig et al. (1982) in workers in a resin plant and Thompson et al. (1984) in a group of pathologists did not find significant increases in SCE and CA compared to controls. A study on urinary mutagenicity (Connor et al., 1985) gave negative results.

As regards cancerogenicity due to FA inhalation, increased squamous cell carcinomas of the nasal cavity in mice and rats have been observed (Swenberg et al., 1980; Kerns et al., 1983; Heck et al., 1990). Various epidemiological surveys have been carried out on subjects professionally exposed to FA, both retrospective cohort (Liebling et al., 1984; Partanen et al., 1985; Stayner et al., 1985; Bertazzi et al., 1986; Blair et al., 1990) and case–control studies (Holsen et al., 1986; Kauppinen et al., 1986), which did not provide conclusive results.

FA has been classified by the IARC as an animal carcinogen, with limited evidence of carcinogenesis in man (group 2A) (IARC, 1987).

In this study, the micronucleus test was applied to exfoliative cells (Stich and Rosin, 1983; Sarto et al., 1987) of the respiratory nasal mucosa of FA-exposed subjects, which are probably the first targets for volatile genotoxic contaminants. The cytopathological aspects of nasal cells were evaluated in parallel on the same samples.

### Materials and methods

A group of 15 non-smokers working in a plywood factory, exposed to FA vapours released from a urea-formaldehyde glue, were examined. Seven subjects worked in the warehouse, 6 in the shearing-pressing and 2 in the sawmill departments. Each subject was paired with a control matched for age and sex. The control group was chosen outside the factory from non-smoking university or hospital clerks with regular life-styles. Heavy drinkers were excluded from the study.

The levels of FA exposure in the 3 departments were measured according to the NIOSH method (NIOSH, 1977), providing 8-h TWA FA levels. No information on FA peaks during the workshift was obtainable. Gravimetrically mea-

TABLE 1

FORMALDEHYDE AND WOOD DUST IN THE WORK ENVIRONMENT OF A PLYWOOD FACTORY

| Department | Number of samples | Formaldehyde $(mg/m^3)$ $\overline{X} \pm SD$ (range) | Number of samples | Wood dust $(mg/m^3)$ $\overline{X} \pm SD$ (range) |
|---|---|---|---|---|
| Warehouse | 3 | $0.39 \pm 0.20$ (0.21–0.60) | 3 | $0.23 \pm 0.10$ (0.17–0.31) |
| Shearing-press | 8 | $0.1 \pm 0.02$ (0.08–0.14) | 6 | $0.41 \pm 0.21$ (0.11–0.69) |
| Sawmill | 1 | 0.09 | 1 | 0.73 |
| TLV-TWA [a] | | 1.2 | | 5 |
| Notice of intended change | | C [b] 0.37 | | – |

[a] Threshold limit value for time weighted average concentration of airborne pollutants at workplace; the indicated values have been suggested by the American Conference of Governmental Industrial Hygienists (1990–1991) and are periodically revised on the basis of new scientific knowledge on toxic effects of compound.
[b] Ceiling value not to be exceeded.

3

sured inspirable wood dust levels were also evaluated. Work environment monitoring was performed using personal samplers.

Nasal respiratory mucosa cells were scraped from the inner turbinate by an otorhinolaryngologist, using a brush for endocervical cell sampling, so that particularly cell-rich preparations could be obtained. The cells were smeared on two previously coded glass slides, left to dry, and then stained with Feulgen's method plus Fast Green for cytogenetic analysis (Gaub et al., 1975), and with Papanicolaou's method for cytological analysis (Takahashi, 1985).

The slides were analysed blind by two trained readers, one for cytogenetic evaluation, the other for cytopathological examination. For cytogenetic analysis, the slides were examined at 500 × magnification. Not fewer than 6000 cells were counted for each slide. Micronucleated cells were confirmed at 1250 × to be in accordance with predefined parameters (Sarto et al., 1987).

Cells with more than one micronucleus were not found.

For cytological analysis, the slides were scored at 100 × and 1000 × and ranked according to a morphological scale, analogous to the classification used for histological preparations from nasal biopsies (Torjussen et al., 1979; Edling et al., 1988). Each cytological characteristic was scored (normal cellularity, 1; number of mucus-secreting cells greater than ciliated cells indicating a loss of ciliated cells, 1.5; hyperplasia, 2; squamous metaplasia, 2.5; dysplasia, 3 mild, 4 moderate, 5 severe; malignant cells, 6). In cases when more than one cytological alteration was observed, the most severe score was assigned.

The Mann–Whitney $U$ and chi square tests were used for statistical comparison.

### Results

Exposure levels to FA and inspirable wood dust measured in the factory are reported in Table 1. Beside a very low level of dustiness (about one tenth lower than the TLV), due to the efficacy of the in loco dust collecting devices



Fig. 1. Micronuclei in ciliated cells from formaldehyde-exposed workers.

4

used, the average FA concentration ranged from 0.09 to 0.39 mg/m$^3$, the highest value being measured in the warehouse (0.60 mg/m$^3$), because of the high evaporation of FA from the glue during the storage of plywood articles before shipping.

The results of the micronucleus test applied to nasal exfoliative respiratory cells in FA-exposed and control subjects are shown in Table 2. The mean frequency of micronucleated cells × 1000 in FA-exposed subjects was 0.90 ± 0.47 (range 0.17–1.83) and 0.25 ± 0.22 (range 0–0.66) in the control group. The Mann–Whitney test revealed a significant difference ($p < 0.01$) between the two groups, whereas no significant difference was found within the exposed group between subjects working in the warehouse and those working in

TABLE 2

MICRONUCLEATED CELLS (MN) IN NASAL MUCOSA OF FORMALDEHYDE-EXPOSED SUBJECTS AND CONTROLS

| Subject | Age (years) | Sex | Years at plywood factory | Number of analysed cells | MN (‰) |
|---|---|---|---|---|---|
| *Exposed group (n = 15)* | | | | | |
| E1 | 30 | F | 2 | 6006 | 1.00 |
| E2 | 46 | M | 8 | 6033 | 0.33 |
| E3 | 26 | F | 6 | 6004 | 0.33 |
| E4 | 25 | F | 8.5 | 6000 | 0.17 |
| E5 | 28 | F | 11 | 6008 | 1.83 |
| E6 | 25 | F | 8.5 | 6030 | 0.33 |
| E7 | 25 | M | 4 | 6001 | 1.00 |
| E8 | 24 | F | 1.5 | 6010 | 1.00 |
| E9 | 25 | F | 8 | 6009 | 1.50 |
| E10 | 22 | M | 5 | 6013 | 0.83 |
| E11 | 39 | M | 2 | 6001 | 1.16 |
| E12 | 49 | M | 14 | 6000 | 1.00 |
| E13 | 34 | M | 19 | 6024 | 0.33 |
| E14 | 25 | M | 3 | 6013 | 0.66 |
| E15 | 41 | M | 2 | 6043 | 1.00 |
| $\bar{X}$ (SD) | 31.0 (8.7) | | 6.8 (5.0) | 6013 (13) | 0.90 * (0.47) |
| *Control group (n = 15)* | | | | | |
| C1 | 28 | F | – | 6011 | 0.17 |
| C2 | 48 | M | – | 6000 | 0.33 |
| C3 | 27 | F | – | 6080 | 0.00 |
| C4 | 25 | F | – | 6000 | 0.00 |
| C5 | 29 | F | – | 6002 | 0.66 |
| C6 | 25 | F | – | 6013 | 0.17 |
| C7 | 25 | M | – | 6020 | 0.00 |
| C8 | 25 | F | – | 6000 | 0.00 |
| C9 | 25 | F | – | 6020 | 0.33 |
| C10 | 22 | M | – | 6000 | 0.33 |
| C11 | 35 | M | – | 6030 | 0.33 |
| C12 | 43 | M | – | 6001 | 0.66 |
| C13 | 34 | M | – | 6001 | 0.50 |
| C14 | 26 | M | – | 6008 | 0.17 |
| C15 | 42 | M | – | 6018 | 0.17 |
| $\bar{X}$ (SD) | 30.6 (8.0) | | – | 6014 (21) | 0.25 (0.22) |

Subjects E1–E7 worked in the shearing-pressing area, E8–E13 in the warehouse, E14 and E15 in the sawmill department.
* Mann–Whitney $U$ test: $p < 0.01$.

5

the sawmill and shearing-pressing departments (mean frequency of micronucleated cells × 1000, 0.97 ± 0.39 and 0.74 ± 0.53, respectively).

A typical micronucleated cell from the nasal mucosa of exposed subjects is shown in Fig. 1. MN were mainly found in ciliated cells.

Table 3 shows our exposed subjects' nasal cytology. They all revealed a greater number of non-ciliated than ciliated cells, 40% had hyperplasia, 67% squamous metaplasia, and 6% slight dysplasia. In controls, the respective values were 26% (normal cytology), 67% (more non-ciliated than ciliated cells), 33% (hyperplasia) and 6% (squamous metaplasia). The average individual scores were 2.3 ± 0.5 in exposed subjects and 1.6 ± 0.5 in controls. The statistically significant difference (Mann–Whitney $U$ test: $p < 0.01$) between the two groups was mainly due to the greater frequency of squamous metaplasia observed in exposed people (chi-square: $p < 0.01$). In this case too, there were no significant differences within the exposed group between subjects

TABLE 3

NASAL RESPIRATORY CYTOLOGY OF FORMALDEHYDE-EXPOSED WORKERS AND CONTROLS

| Subject | Normal | Loss of ciliated cells | Hyperplasia | Squamous metaplasia | Mild dysplasia | Score |
|---|---|---|---|---|---|---|
| *Exposed group (n = 15)* | | | | | | |
| E1 | − | + | − | − | − | 1.5 |
| E2 | − | + | − | − | − | 1.5 |
| E3 | − | + | − | + | − | 2.5 |
| E4 | − | + | − | + | − | 2.5 |
| E5 | − | + | − | + | − | 2.5 |
| E6 | − | + | − | + | − | 2.5 |
| E7 | − | + | + | + | − | 2.5 |
| E8 | − | + | − | + | − | 2.5 |
| E9 | − | + | − | + | + | 3.0 |
| E10 | − | + | + | − | − | 2.0 |
| E11 | − | + | + | + | − | 2.5 |
| E12 | − | + | + | + | − | 2.5 |
| E13 | − | + | − | − | − | 1.5 |
| E14 | − | + | + | + | − | 2.5 |
| E15 | − | + | + | − | − | 2.0 |
| Frequency | 0/15 | 15/15 | 6/15 | 10/15 [+] | 1/15 | 2.3 * (0.5) $\overline{X}$ (SD) |
| *Control group (n = 15)* | | | | | | |
| C1 | − | + | + | − | − | 2.0 |
| C2 | + | − | − | − | − | 1.0 |
| C3 | + | − | − | − | − | 1.0 |
| C4 | − | + | + | + | − | 2.5 |
| C5 | − | + | − | − | − | 1.5 |
| C6 | − | + | − | − | − | 1.5 |
| C7 | − | + | + | − | − | 2.0 |
| C8 | − | + | − | − | − | 1.5 |
| C9 | + | − | − | − | − | 1.0 |
| C10 | + | − | − | − | − | 1.0 |
| C11 | − | + | − | − | − | 1.5 |
| C12 | − | − | + | − | − | 2.0 |
| C13 | − | + | + | − | − | 2.0 |
| C14 | − | + | − | − | − | 1.5 |
| C15 | − | + | − | − | − | 1.5 |
| Frequency | 4/15 | 10/15 | 5/15 | 1.15 | 0.15 | 1.6 (0.5) $\overline{X}$ (SD) |

* Mann–Whitney $U$ test: $p < 0.01$; [+] chi-square test: $p < 0.01$.

6

working in the warehouse and those working in other departments.

## Discussion

The micronucleus test was applied to exfoliative respiratory cells of the nasal mucosa of plywood factory workers in order to evaluate the genotoxic risk associated with FA exposure. A cytological evaluation of respiratory nasal epithelium cellularity was carried out in parallel.

No important cytological alterations of preneoplastic significance were identified, and only one exposed subject (E9) showed slight dysplastic alterations. Our scoring system revealed a significant difference between exposed subjects and controls, mainly due to alterations showing chronic irritation of the nasal respiratory mucosa with a high frequency of metaplasia. Histopathological studies on the effects of FA exposure on respiratory mucosa showed increased hyperplasia of mucus-secreting cells, squamous metaplasia and mild dysplasia of squamous metaplastic cells (Edling et al., 1985, 1987, 1988; Boysen et al., 1990).

A clearly significant difference in terms of increased counts of micronucleated cells in exfoliative nasal cells in FA-exposed subjects was found. In the present study, although carried out on a small sample population, possible confounding factors such as tobacco smoking had been excluded. Nonetheless, a dose–response relationship between FA exposure levels and the frequency of MN cells from exposed workers was not observed. Even FA concentrations around 0.1 mg/m$^3$, far below the current TLV/TWA of 1.2 mg/m$^3$, and even the proposed TLV-C of 0.37 mg/m$^3$ (American Conference Governmental Industrial Hygienists, 1991) seem able to increase the MN frequency. A possible concausative effect of low levels of some (geno)toxic wood dusts in increasing the frequency of MN in nasal mucosa of plywood workers cannot be excluded. The cytological picture of exposed subjects' nasal respiratory mucosa – indirectly indicating an increase in cell proliferation – may involve a greater sensitivity of these cells even at low doses of genotoxic agents (Woutersen et al., 1989).

In conclusion, this study suggests the use of the micronucleus test applied to exfoliative nasal mucosa cells (Stich and Rosin, 1983; Sarto et al., 1987) for biological monitoring of FA-exposed workers, since it provides direct evaluation of genotoxic effects on the nose, an organ in which the toxicity of FA has been verified, since specific toxicity has never been identified in other epithelia or structures far from the nose (e.g., lungs) (Heck et al., 1990).

The inconclusive results of other cytogenetic studies on FA-exposed subjects (Fleig et al., 1982; Thompson et al., 1984; Bauchinger and Schmid, 1985; Yager et al., 1986) may be due to the use of circulating lymphocytes in the evaluation of chromosome damage (CA and SCE), because it seems very unlikely that these cells can be reached by direct-acting and extremely reactive compounds like formaldehyde.

With respect to CA, SCE and MN assayed on peripheral blood lymphocytes of exposed subjects, analysis of micronucleus frequency in exfoliative cells has the further advantages that the effects of suspected mutagenic substances on target organ cells can be evaluated and that more rapid screening on a larger number of cells can be achieved. The test had already been applied in another of our studies (Sarto et al., 1990) in scoring MN in exfoliative cells of the nasal mucosa of workers exposed to ethylene oxide and chromic acid with substantially negative results, except for two subjects with recent over-exposure to ethylene oxide. In that study a low number of cells (on average less than 1600 for each sample) were examined, because of the inefficiency of the simple sampling technique used (a cottonwool tampon). In the present study the use of a brush for endocervical sampling allowed analysis of preparations with high numbers of cells.

## References

American Conference of Governmental Industrial Hygienists (1990–1991) Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, Cincinnati, OH.

Auerbach, C., M. Moutschen-Dahmen and J. Moutschen (1977) Genetic and cytogenetical effects of formaldehyde and related compounds, Mutation Res., 39, 317–362.

Bauchinger, M., and E. Schmid (1985) Cytogenetic effects in lymphocytes of formaldehyde workers of a paper factory, Mutation Res., 158, 195–199.

Bertazzi, P.A., A.C. Pesatori, L. Radice, C. Zocchetti and T. Vai (1986) Exposure to formaldehyde and cancer mortality in a cohort of workers producing resins, Scand. J. Work. Environ. Health, 12, 461–468.

Blair, A., P.A. Stewart and R.N. Hoover (1990) Mortality from lung cancer among workers employed in formaldehyde industries, Am. J. Ind. Med., 17, 683–699.

Boysen, M., E. Zadig, V. Digernes, V. Abeler and A. Reith (1990) Nasal mucosa in workers exposed to formaldehyde: a pilot study, Br. J. Ind. Med., 47, 116–121.

Connor, T.H., J.B. Ward and M.S. Legator (1985) Absence of mutagenicity in the urine of autopsy service workers exposed to formaldehyde: factors influencing mutagenicity testing of urine, Int. Arch. Occup. Environ. Health, 56, 225–237.

Edling, C., H. Hellquist and L. Ödkvist (1985) Formaldehyde and nasal mucosa, Br. J. Ind. Med., 42, 570–571.

Edling, C., H. Hellquist and L. Ödkvist (1987) Occupational formaldehyde exposure and nasal mucosa, Rhinology, 25, 181–187.

Edling, C., H. Hellquist and L. Ödkvist (1988) Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa, Br. J. Ind. Med., 45, 761–765.

Fleig, I., N. Petri, W.G. Stocker and A.M. Thiess (1982) Cytogenetic analyses of blood lymphocytes of workers exposed to formaldehyde in formaldehyde manufacturing and processing, J. Occup. Med., 24, 1009–1012.

Gaub, J., G. Auer and A. Zetterberg (1975) Quantitative cytochemical aspects of a combined Feulgen-naphthol yellow S staining procedure for a simultaneous determination of nuclear and cytoplasmatic proteins and DNA in mammalian cells, Exp. Cell Res., 92, 323–332.

Heck, H. d'A., M. Casanova and T.B. Starr (1990) Formaldehyde toxicity – new understanding, Toxicology, 20, 397–426.

Holsen, J., and S. Asnaes (1986) Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities, Br. J. Ind. Med., 43, 769–774.

IARC (1982) Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans, Vol. 29: Some industrial chemicals and dyestuffs, International Agency for Research on Cancer, Lyon, pp. 345–389.

IARC (1987) Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans; Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42, Suppl. 7, International Agency for Research on Cancer, Lyon, pp. 211–216.

Kauppinen, T.P., T.J. Partanen, M.M. Nurminen, J.I. Nickels, S.G. Hernberg, T.R. Hakulinen, E.I. Pukkala and E.T. Savonen (1986) Respiratory cancers and chemical exposures in the wood industry: a nested case-control study, Br. J. Ind. Med., 43, 84–90.

Kerns, W.D., K.L. Pavkov, D.J. Donofrio, E.J. Gralla and J.A. Swenberg (1983) Carcinogenicity of formaldehyde in rats and mice after long term inhalation exposure, Cancer Res., 43, 4382–4392.

Kreiger, R.A., and V.F. Garry (1983) Formaldehyde-induced cytotoxicity and sister-chromatid exchanges in human lymphocyte cultures, Mutation Res., 120, 51–55.

Levy, S., S. Nocentini and C. Billardou (1983) Induction of cytogenetic effects in human fibroblast cultures after exposure to formaldehyde or X-ray, Mutation Res., 119, 309–317.

Liebling, T., K.D. Rosenman, H. Pastides, R.G. Griffith and S. Lemeshow (1984) Cancer mortality among workers exposed to formaldehyde, Am. J. Ind. Med., 5, 423–428.

Ma, T.H., and M.M. Harris (1988) Review of the genotoxicity of formaldehyde, Mutation Res., 196, 37–59.

Natarajan, A.T., F. Darroudi, C.J.M. Bussman and A.C. van Kesteren-van Leeuwen (1983) Evaluation of the mutagenicity of formaldehyde in mammalian cytogenetic assays in vivo and vitro, Mutation Res., 122, 355–360.

NIOSH (1977) Manual of analytical methods, 1, 125/1–125/9.

Partanen T., T. Kauppinen, M. Nurminen, J. Nickels, S. Hernberg, T. Hakulinen, E. Pukkala and E. Savonen (1985) Formaldehyde exposure and respiratory and related cancers. A case-referent study among Finnish woodworkers, Scand. J. Work. Environ. Health, 11, 409–415.

Sarto, F., S. Finotto, L. Giacomelli, D. Mazzotti, R. Tomanin and A.G. Levis (1987) The micronucleus assay in exfoliated cells of the human buccal mucosa, Mutagenesis, 2, 11–17.

Sarto, F., R. Tomanin, L. Giacomelli, G. Iannini and A.R. Cupiraggi (1990) The micronucleus assay in human exfoliated cells of the nose and mouth: application to occupational exposures to chromic acid and ethylene oxide, Mutation Res., 244, 345–351.

Schmid, E., W. Göggelmann and M. Bauchinger (1986) Formaldehyde-induced cytotoxic, genotoxic and mutagenic response in human lymphocytes and *Salmonella typhimurium*, Mutagenesis, 1, 427–431.

Stayner, L., A.B. Smith, G. Reeve, L. Blade, L. Elliot, R. Keenlyside and W. Halperin (1985) Proportionate mortality study of workers in the garment industry exposed to formaldehyde, Am. J. Ind. Med., 7, 229–240.

Stich, H.F., and M.P. Rosin (1983) Micronuclei in exfoliated human cells as internal dosimeter for exposure to carcinogens, in: H.F. Stich (Ed.), Carcinogens and Mutagens in the Environment, CRC Press, Boca Raton, FL, pp. 17–25.

Swenberg, J.A., W.D. Kerns, R.E. Mitchell, E.J. Gralla and K.L. Pavkov (1980) Induction of squamous cells carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor, Cancer Res., 40, 3398–3402.

Takahashi, M. (1985) Citologia del Cancro, Verducci, Rome, pp. 78–79.

Thompson, E.J., S. Shackleton and J.M. Harrington (1984) Chromosome aberrations and sister-chromatid exchange frequencies in pathology staff occupationally exposed to formaldehyde, Mutation Res., 141, 89–93.

Torjussen, W., L.A. Solberg and A. Høgeveit (1979) Histopathologic changes of nasal mucosa in nickel workers. A pilot study, Cancer, 44, 963–974.

Woutersen, R.A., A. van Garderen-Hoetner, J.P. Bruijntjes, A. Zwart and V.J. Feron (1989) Nasal tumors in rats after severe injury to the nasal mucosa and prolonged exposure to 10 ppm formaldehyde, J. Appl. Toxicol., 9, 39–43.

Yager, J.W., K.L. Cohn, R.C. Spear, J.M. Fisher and L. Morse (1986) Sister-chromatid exchanges in lymphocytes of anatomy students exposed to formaldehyde embalming solution, Mutation Res., 174, 135–139.