# Exhibit 10

Toxicology 252 (2008) 40–48

Contents lists available at ScienceDirect

# Toxicology

journal homepage: www.elsevier.com/locate/toxicol




# Genotoxic damage in pathology anatomy laboratory workers exposed to formaldehyde

Solange Costa [a,b,*], Patrícia Coelho [a], Carla Costa [a], Susana Silva [a], Olga Mayan [a], Luís Silva Santos [c,d], Jorge Gaspar [c], João Paulo Teixeira [a]

[a] *National Institute of Health, Environmental Health Department, Praça Coronel Pacheco 15, 4050-453 Porto, Portugal*
[b] *Escola Superior de Biotecnologia da Universidade Católica Portuguesa, Rua Dr António Bernardino de Almeida, 4200-072 Porto, Portugal*
[c] *Faculty of Medical Sciences UNL, Department of Genetics, Rua da Junqueira 96, 1349-008 Lisboa, Portugal*
[d] *Centro Regional das Beiras, Universidade Católica Portuguesa, Estrada da Circunvalação, 3504-505 Viseu, Portugal*

ARTICLE INFO

*Article history:*
Received 7 July 2008
Received in revised form 20 July 2008
Accepted 21 July 2008
Available online 31 July 2008

*Keywords:*
Formaldehyde
Pathology anatomy workers
Micronuclei
Sister chromatid exchanges
Comet assay

ABSTRACT

Formaldehyde (FA) is a chemical traditionally used in pathology and anatomy laboratories as a tissue preservative. Several epidemiological studies of occupational exposure to FA have indicated an increased risk of nasopharyngeal cancers in industrial workers, embalmers and pathology anatomists. There is also a clear evidence of nasal squamous cell carcinomas from inhalation studies in the rat. The postulated mode of action for nasal tumours in rats was considered biologically plausible and considered likely to be relevant to humans. Based on the available data IARC, the International Agency for Research on Cancer, has recently classified FA as a human carcinogen. Although the *in vitro* genotoxic as well as the *in vivo* carcinogenic potentials of FA are well documented in mammalian cells and in rodents, evidence for genotoxic effects and carcinogenic properties in humans is insufficient and conflicting thus remains to be more documented. To evaluate the genetic effects of long-term occupational exposure to FA a group of 30 Pathological Anatomy laboratory workers was tested for a variety of biological endpoints, cytogenetic tests (micronuclei, MN; sister chromatid exchange, SCE) and comet assay. The level of exposure to FA was evaluated near the breathing zone of workers, time weighted average of exposure was calculated for each subject. The association between the biomarkers and polymorphic genes of xenobiotic metabolising and DNA repair enzymes was also assessed. The mean level of exposure was $0.44 \pm 0.08$ ppm (0.04–1.58 ppm). MN frequency was significantly higher ($p = 0.003$) in the exposed subjects ($5.47 \pm 0.76$) when compared with controls ($3.27 \pm 0.69$). SCE mean value was significantly higher ($p < 0.05$) among the exposed group ($6.13 \pm 0.29$) compared with control group ($4.49 \pm 0.16$). Comet assay data showed a significant increase ($p < 0.05$) of TL in FA-exposed workers ($60.00 \pm 2.31$) with respect to the control group ($41.85 \pm 1.97$). A positive correlation was found between FA exposure levels and MN frequency ($r = 0.384$, $p = 0.001$) and TL ($r = 0.333$, $p = 0.005$). Regarding the genetic polymorphisms studied, no significant effect was found on the genotoxic endpoints. The results of the present biomonitoring study emphasize the need to develop safety programs.

© 2008 Elsevier Ireland Ltd. All rights reserved.

## 1. Introduction

Formaldehyde (FA) is an important industrial compound with numerous applications ranging from the production of resins to medicine. At room temperature, it is a flammable and colorless gas with a strong pungent odor. It is also a naturally occurring biological compound present in all cells, tissues and body fluids. The highest level of human exposure to this aldehyde occurs in occupational settings. Because of its widespread use a relatively large number of workers are exposed to FA. Increased incidences of nasopharyngeal cancer were found in populations occupationally exposed to FA (Blair et al., 1990; Partanen, 1993; Armstrong et al., 2000; Vaughan et al., 2000; Hildesheim et al., 2001; Coggon et al., 2003; Hauptmann et al., 2004). Animal studies demonstrate that high concentrations of FA can cause irreversible damage to the nasal epithelium of rats and that in some cases rats exposed to these concentrations developed neoplasia (Merk and Speit, 1998).

* Corresponding author at: National Institute of Health, Environmental Health Department, Praça Coronel Pacheco 15, 4050-453 Porto, Portugal.
Tel.: +351 222 046 405; fax: +351 222 046 409.
*E-mail addresses:* solange.costa2@gmail.com, solange.costa2@yahoo.co.uk (S. Costa).

0300-483X/$ – see front matter © 2008 Elsevier Ireland Ltd. All rights reserved.
doi:10.1016/j.tox.2008.07.056

Based on available data the International Agency for Research on Cancer (IARC) classified FA as carcinogenic to humans (group 1) (IARC, 2006). Epidemiological studies of industrial workers, embalmers and pathology anatomists have associated FA exposure with elevated risks for cancers at various sites, including nasal cavities (Blair et al., 1990; Luce et al., 2002; Coggon et al., 2003), lung (Gardner et al., 1993; Coggon et al., 2003), brain (Hayes et al., 1990; Coggon et al., 2003), pancreas (Stone et al., 2001) and lymphohematopoietic system (Hall et al., 1991; Hauptmann et al., 2003; Pinkerton et al., 2004), however, these positive findings may have been confounded by concomitant exposures and remain controversial (Collins et al., 2001; Heck and Casanova, 2004; Marsh and Youk, 2004, 2005; Golden et al., 2006). Nevertheless, it is still unclear whether these tumours arose through a genotoxic mechanism and/or as a consequence of cytotoxicity except for carcinogenesis in nasal tissues where FA seems to proceed both by genotoxic and cytotoxic effects (Orsière et al., 2006). Several studies have shown the potential genotoxic effect of FA in proliferating cultured mammalian cell lines and in human lymphocytes. Induction of micronucleus (MN) (Suruda et al., 1993; He et al., 1998; Orsière et al., 2006), sister chromatid exchange (SCE) (He et al., 1998; Shaham et al., 1997, 2002), chromosomal aberrations (CA) (He et al., 1998), DNA-protein crosslinks (DPC) (Shaham et al., 1996, 1997, 2003) and DNA damage (comet assay) (Yu et al., 2005) were reported in industrial workers, embalmers and pathology anatomists exposed to FA.

Occupational exposure to FA occurs mainly in pathologic anatomy laboratories where it is used as a cytological fixative to preserve the integrity of cell structures for a wide variety of purposes, including cell, tissue and organelle descriptive examinations, clinical diagnoses and developmental studies. In these settings, absorption of FA occurs mainly through inhalation. Inhaled FA primarily affects the upper airways; the severity and extent of physiological response depends on its concentration in the air. Several studies have consistently shown that the levels of airborne FA in anatomy laboratories exceed recommended exposure criteria (Shaham et al., 2002; Akbar-Khanzadeh and Pulido, 2003). Such results along with the recent implications of human carcinogenicity, point out for the need of close monitoring of FA exposures. A wide range of methods is currently used for the detection of early biological effects of DNA-damaging agents in occupational settings. Assays measuring micronucleus (MN) and sister chromatid exchanges in peripheral blood lymphocytes are well-established cytogenetic techniques that have been used extensively for assessing DNA damage at the chromosomal level in human biomonitoring (Carrano and Natarajan, 1988; Fenech, 1993). Recently it has been reported that the MN test is also predictive of cancer risks in human populations (Bonassi et al., 2007). In recent years, single cell gel electrophoresis or comet assay has been proven to be a very sensitive method of human biomonitoring for the detection of levels of DNA damage, and as a useful tool for detection of genetic damage at the individual cell level (Collins, 2004). The simultaneous use of cytogenetic tests and comet assay in occupational studies allows a comparison of the presence of DNA strand breaks, due to both acute and chronic exposure, and of chromosome damage, due to clastogenic and aneugenic events. In the case of chronic exposure, comparing the levels of damage from a cytogenetic technique with the comet assay could provide information about concurrent versus past exposure (Albertini et al., 2000).

Polymorphic genes involved in the metabolism of xenobiotics may modulate the levels of biomarkers arising from environmental and/or occupational exposure to genotoxic agents (Pavanello and Clonfero, 2000). Knowledge of the real impact of genetic polymorphisms as biomarkers of susceptibility is of key significance in understanding the processes of genetic damage involved in muta- genesis and carcinogenesis (Srám and Binková, 2000) and could help to minimize risks for susceptible subjects (Laffon et al., 2006). Glutathione S-transferases (GSTs) are a superfamily of polymorphic enzymes involved in the conjugation of reactive chemical intermediates to soluble forms, and they play an important role in the detoxification of endogenous and exogenous compounds. The polymorphic genes *GSTM1* and *GSTT1* code for GSTs that are involved in the detoxification of a variety of potentially carcinogenic compounds, including polyaromatic hydrocarbon diol-epoxides, steroids and genotoxic lipoperoxidation products (Strange et al., 2001). The *GSTM1* and *GSTT1* polymorphisms are the result of the deletion of part of the gene, and this leads to the absence of activity in individuals homozygous for the deletion (null genotype) (Strange et al., 2001). The *GSTM1* and *GSTT1* null genotypes have been associated with increased risk for several cancers including, lung and colorectal cancer (Raimondi et al., 2006; Hosgood et al., 2007; Loft et al., 2007; Yeh et al., 2007). DNA repair is a key human cellular response to DNA-damaging stimuli. DNA repair mechanisms are vital responses to multiple types of DNA damage, including the ones caused by exposure to environmental and endogenous carcinogens (Kiyohara and Yoshimasu, 2007; McWilliams et al., 2008). Most of the alterations caused, if not repaired, can result in genetic instability, mutagenesis and cell death. Thus genetic variations in DNA repair genes may modulate DNA repair capacity and, therefore influence risk for cancer development (Kiyohara et al., 2007). Polymorphisms in the NER (nucleotide excision repair) pathway have been associated with increased risk for breast cancer (Milne et al., 2006; Costa, 2007), head and neck cancer (Shen et al., 2001), lung cancer (Kiyohara and Yoshimasu, 2007; Matakidou et al., 2007), basal cell skin cancer (Winsey et al., 2000) and pancreatic adenocarcinoma (McWilliams et al., 2008).

The aim of the present study was to evaluate both DNA and cytogenetic damage in peripheral lymphocytes of FA-exposed workers in pathologic anatomy laboratories. Air monitoring was performed in order to evaluate occupational exposure to FA. A multiple approach was used in order to integrate different biomarkers (effect and susceptibility). Genetic damage was studied by means of MN, SCE and comet assay (comet tail length, TL). In addition, the influence of polymorphic genes of xenobiotic metabolising enzymes (*GSTM1*, *GSTT1*) and DNA repair enzymes (*ERCC1* (rs3212986: 196bp 3' of STP T>G, Q504K), *ERCC4* (rs1800067: Ex8+31G>A R415Q) and *ERCC5* (rs17655: Ex15-344G>C, D1104H; and rs2227869: Ex8-369G>C, C529S)) on the biomarkers was also analysed.

## 2. Methods

### 2.1. Subjects

The study population consisted of 30 workers exposed to FA from four hospital pathological anatomy laboratories, located in Portugal (Oporto and Aveiro districts), and 30 non-exposed control employees, matched by age, sex, lifestyle and smoking habits, working in the same area in administrative offices and without occupational exposure history to FA. The characteristics of both groups are described in Table 1. Health conditions, medical history, medication, diagnostic tests (X-rays, etc.) and lifestyle factors were assessed by means of questionnaires. Subjects of the exposed group also gave information related to working practices such as use of protective measures, years of employment, specific symptoms related to FA-exposure and chronic respiratory diseases such as asthma and others. All subjects were fully informed about the procedures and objectives of this study and each subject prior to the study signed an informed consent form. Ethical approval for this study was obtained from the institutional Ethical Board of the National Institute of Health.

### 2.2. Environmental monitoring

Air sampling was performed in the workers breathing zone for representative working periods, analysis of the samples allowed the calculation of the 8-h time weighted average (TWA) level of exposure to FA for each subject. Air sampling and FA analysis were performed according to the NIOSH method no. 3500.

Case 2:07-md-01873-KDE-MBN   Document 2797-10   Filed 08/24/09   Page 4 of 10

**Table 1**
Characteristics of the study population

|  | Control group | Exposed group |
|---|---|---|
| Number of subjects | 30 | 30 |
| Gender | 19 females | 21 females |
|  | 11 males | 9 males |
| Age (years)[a] | 37 ± 10 (25–61) | 38 ± 8 (23–53) |
| Years of employment[a] | – | 11 ± 7 (0.5–27) |
| Smoking status |  |  |
| Non-smokers | 23 (77%) | 22 (73%) |
| Smokers | 7 (23%) | 8 (27%) |
| No cigarettes/day[a] | 14 ± 8 (6–30) | 13 ± 5 (5–20) |
| No years smoking[a] | 21 ± 17 (4–51) | 14 ± 8 (3–22) |

[a] Mean ± S.D.

### 2.3. Cytogenetic assays

Heparinized venous blood samples (10 ml), were collected between 10 and 11 a.m., from each donor, and were immediately processed for the different methodologies used in this study. Workers begin their work at 9 a.m. All samples were coded and analysed under blind conditions.

#### 2.3.1. MN test

Aliquots of 0.5 ml of heparinized whole blood were used to establish duplicate lymphocyte cultures for cytokinesis-blocked micronucleus test, as described in Teixeira et al. (2004). Cultures were incubated at 37 °C in the dark for a total of 72 h, cytochalasin B (6 μg/ml) was added at 44 h to prevent cytokinesis. Cells were collected by centrifugation and treated twice with a mixture of RPMI (pH 7.2) supplemented with 2% fetal bovine serum. The cells were centrifuged again and submitted to a mild hypotonic treatment in a mixture of RPMI (pH 7.2):deionized water (1:4, v/v), supplemented with 2% fetal bovine serum. Then, the centrifuged cells were placed on dry slides and smears were performed. After air-drying, the slides were fixed with cold methanol:acetic acid (3:1, v/v). Air-dried slides were stained with 4% Giemsa in pH 6.8 phosphate buffer. Microscopic analyses were performed on a Nikon Eclipse E400 light microscope. To determine the total number of MN in binucleated cells, a total of 1000 binucleated cells with well-preserved cytoplasm (500 per replicate) were scored for each subject. MN were scored blindly by the same reader and identified according to the criteria defined by Caria et al. (1995).

#### 2.3.2. SCE test

Lymphocyte cultures for SCE were established in duplicate as described previously (Teixeira et al., 2004) in the micronucleus assay, except for the addition of 5 μl of 5-bromo-deoxyuridine (10 μg/ml) to the culture medium. Differential chromatid staining was performed with the fluorescence-plus-Giemsa procedure (Perry and Wolff, 1974). A single observer scored 50 s division metaphases for each donor (25 from each duplicate culture) on coded slides to determine the number of SCE/cell.

#### 2.3.3. Comet assay

Lymphocytes were isolated, in duplicate, from heparinized whole blood, by centrifugation on a Ficoll density gradient. The lymphocyte layer (buffy coat) was removed and washed three times with ice-cold phosphate buffer solution (PBS) pH 7.4, at 1000 rpm (~270 × g) for 10 min. Cell viability, determined by trypan blue exclusion, was higher than 80% in all cases.

The alkaline version of the comet assay was performed as described by Singh et al. (1988) with minor modifications. Briefly, cells collected by centrifugation (7500 × g for 3 min) and suspended in 100 μl of 0.6% low-melting-point agarose (LMA) in PBS (pH 7.4) were dropped onto a frosted slide precoated with a layer of 1% normal melting point agarose. Slides were placed on ice for 4 min and allowed to solidify. Coverslips were then removed and slides were immersed in freshly prepared lysing solution (2.5 M NaCl, 100 mM $Na_2EDTA$, 10 mM TrisBase, 0.25 M NaOH, pH 10) for 1 h at 4 °C, in the dark. After lysis, slides were placed on a horizontal electrophoresis tank in an ice bath. The tank was filled with freshly made alkaline electrophoresis solution (1 mM $Na_2EDTA$, 300 mM NaOH, pH 13) to cover the slides, and they were left for 20 min in the dark to allow DNA unwinding and alkali-labile site expression. Electrophoresis was carried out for 20 min at 30 V and 300 mA (1 V/cm). The slides were then washed for 10 min with 1 ml of neutralizing solution (0.4 M TrisBase, pH 7.5). After neutralization, gels were stained with 100 μl of ethidium bromide solution (20 μg/ml) and covered with coverslips for 20 min. After staining the slides were washed twice with ice-cold bidistilled water for 20 min. Two slides were prepared for each donor and a 'blind' scorer examined 50 randomly selected cells from each slide (100 cells/donor) using a magnification of 400×. Image capture and analysis were performed with Comet Assay IV software (Perceptive Instruments). Comet tail length (TL) was the DNA damage parameter evaluated. TL (μm) indicates the extent of migration of genetic material in the direction of the anode (Singh et al., 1988) and is expected to be proportional to the level of single-strand breaks and alkali-labile sites.

### 2.4. Genotype analysis

Genomic DNA was obtained from heparinized whole blood samples using a commercially available kit according to the manufacturer's instructions (QIAamp DNA extraction kit; Qiagen, Hilden, Germany). Each DNA sample was stored at −20 °C until analysis.

GSTM1 and GSTT1 genotyping for gene deletions were carried out by a multiplex PCR as described by Lin et al. (1998) with minor modifications described in Gaspar et al. (2004). DNA samples were amplified with the primers (PerkinElmer Corp): 5'-GAACTCCCTGAAAAGCTAAAGC-3' (upstream) and 5'-GTTGGGCTCAAATATACGGTGG-3' (downstream) for GSTM1 which produced a 219 bp product, 5'-TCACCGGATCATGGCCAGCA-3' (upstream) and 5'-TTCCTTACTGGTCCTCACATCTC-3' (downstream) for GSTT1 which produced a 459-bp product. The amplification of albumin gene with the primers 5'-GCCCTCTGCTAACAAGTCCTAC-3' (upstream) and 5'-GCCCTAAAAAGAAAATCCCCAATC-3' (downstream) was used as an internal control and produced a 350-bp product. PCR was performed in a final volume of 50 μl, consisting of DNA (0.1 μg), dNTP (0.2 mM each) (PerkinElmer), $MgCl_2$ (2.5 mM), each primer (1.0, 0.3 and 0.2 μM for GSTM1, GSTT1 and albumin, respectively), AmplitaqGold polymerase (1.25 units) (PerkinElmer), reaction buffer and 2% DMSO. Amplification was performed with an initial denaturation at 95 °C for 12 min, followed by 35 cycles of amplification performed at 94 °C for 1 min, 62 °C for 1 min and 72 °C for 1 min, and a final extension at 72 °C for 10 min, using a GeneAmp 9600 thermal cycler (PerkinElmer Corp). After electrophoretic separation (30 min, 4 V/cm) the amplified products were visualized, under ultraviolet light, in ethidium bromide stained (1 μg/ml) agarose gel (1.5%).

All the genotype determinations were carried out twice in independent experiments and all the inconclusive samples were reanalysed.

ERCC1 (rs3212986), ERCC4 (rs1800067), ERCC5 (rs17655 and rs2227869) polymorphisms were determined using the TaqMan SNP genotyping assay (Applied Biosystems) with corresponding codes of C_2532948_10, C_3285104_10, C_1891743_10 and C_15956775_10. The 5'-nuclease allelic discrimination assay, or TaqMan assay, is a PCR-based assay for genotyping single nucleotide polymorphisms. The PCR amplification was performed in 10 μl reactions containing 10 ng of genomic DNA, 1× SNP Genotyping Assay Mix, and 1× TaqMan Universal PCR Master Mix containing optimised buffer components and Rox reference dye. The amplification conditions consisted of an initial AmpliTaq Gold® activation at 95 °C during 10 min, followed by 40 or more amplification cycles consisting of denaturation at 92 °C for 15 s and annealing/extension at 60 °C for 1 min. Amplification was performed in the 7300 Real-Time PCR System (Applied Biosystems) and sequences were detected by the SDS-*Sequence Detection Software* (version 1.3.1). All the genotype determinations were carried out twice in independent experiments and all the inconclusive samples were reanalysed.

### 2.5. Statistical analysis

The distribution of variables was compared with the normal distribution by means of the Kolmogorov–Smirnov goodness-of-fit test. MN was the only parameter that departed significantly from normality and therefore the non-parametric tests Mann–Whitney U-test and Kruskal–Wallis test were applied to data. Thus, analyses of all the other variables were performed by use of parametric tests. The effect of occupational exposure, gender, age, tobacco smoking, and GSTM1, GSTT1, ERCC1, ERCC4, and ERCC5 genotypes on every parameter studied was evaluated by one-way analysis of variance (ANOVA) and Student's t-test. The associations between two variables were analysed by Pearson's (parametric) and Spearman's (non-parametric) correlation tests. The level of significance considered was 0.05. All analyses were conducted using the SPSS for Windows statistical package, version 11.0.

## 3. Results

To evaluate current exposure to FA in pathological anatomy laboratories air samples were collected in the workers' breathing zone. The main FA vapor emissions occurred during the macroscopic examination of FA-preserved specimens and during the disposal of specimens and waste solutions, during these tasks the mean room FA concentrations were 1.50 and 4.43 ppm, respectively. The mean level of FA exposure of the 30 individuals studied was 0.44 ppm (0.04–1.58 ppm). The American Conference of Governmental Industrial Hygienists (ACGIH) has set for FA a ceiling limit at 0.3 ppm (ACGIH, 2008). The current Portuguese occupational exposure standard is also a 0.3 ppm ceiling limit (ceiling level), meaning the maximum safe FA-airborne concentration that should never be

Table 2
Results of MN, SCE, and comet assay in the populations examined

|  | Mean, MN ± S.E. | Mean, SCE ± S.E. | Mean, TL (μm) ± S.E. |
|---|---|---|---|
| Controls | 3.27 ± 0.69 (0–17) | 4.49 ± 0.16 (3.10–3.06) | 41.85 ± 1.97 (28.85–66.52) |
| Exposed | 5.47 ± 0.76* (1–17) | 6.13 ± 0.29** (3.64–8.80) | 60.00 ± 2.31** (33.76–99.09) |

S.E.: mean standard error.
* $p = 0.003$.
** $p < 0.05$.

exceeded during any length of time in a workers' breathing zone. Thus, the FA air concentrations obtained in this study show that workers in pathological anatomy laboratories are exposed to levels of airborne FA that exceed recommended exposure criteria.

Effect of exposure on frequencies of cytogenetic biomarkers and on DNA damage are shown in Table 2.

For all the variables studied significant increases were found in the exposed workers as compared with the controls. MN frequency was significantly higher ($p = 0.003$) in the exposed subjects (5.47 ± 0.76) when compared with controls (3.27 ± 0.69). SCE mean value was significantly higher ($p < 0.05$) among the exposed group (6.13 ± 0.29) compared with control group (4.49 ± 0.16). Comet assay data showed significantly increase ($p < 0.05$) of comet tail length (TL) in FA-exposed workers (60.00 ± 2.31) with respect to the control group (41.85 ± 1.97). Fig. 1 shows the distribution of MN and SCE frequencies and TL in the study populations. The distributions in the exposed group are displaced to higher values of damage for the three parameters studied. Moreover the exposed individuals were the only ones to have mean frequency SCE values higher than 6.4 and mean TL values equal or higher than 70.4 μm.

A positive correlation was found between FA exposure levels and MN frequency ($r = 0.384$, $p = 0.001$) and TL ($r = 0.333$, $p = 0.005$).

The effect of gender on the parameters examined is shown in Table 3. MN frequency increased in females in both groups compared with males, but the increase was not significant. No significant association was found between males and females from both groups for SCE frequency. Regarding DNA damage, comet tail length was significantly ($p = 0.014$) increased in females (63.06 ± 2.60, $n = 21$) compared with males (52.84 ± 4.00, $n = 9$) but only in the exposed group.

In order to examine the effect of age, exposed and non-exposed individuals were divided in three groups: <30 years, 30–40 years and >40 years. No significant effect of age was found in any of the variables studied (data not shown). MN frequency increased with age in both populations, but it did not reach statistical signification.

Smoking habits did not influence MN frequency and DNA damage (TL) (Table 4). However a significant increase ($p = 0.014$) was found for SCE frequency in the control group: smokers had a higher (5.24 ± 0.39, $n = 7$) frequency of SCE than non-smokers (4.27 ± 0.15, $n = 23$). In the exposed group no significant difference was observed.

In order to analyse the effect of exposure time four groups of exposed workers were established based on their years of employment. No significant association was found between the duration of exposure and the studied biomarkers (data not shown).

Distribution of the genotype frequencies of metabolic (GSTM1, GSTT1) and DNA repair (ERCC1, ERCC4, ERCC5) genes in the study population is presented in Table 5.

The GSTM1 null genotype was slightly more prevalent in controls (48%) than among the exposed workers (43%), whereas the distribution of the GSTT1 null genotype was 17% in the exposed population and 7% in the controls. Among the whole study population, the prevalence of GSTM1 and GSTT1 deleted genotypes was 46% and 7%, respectively, a finding consistent with previous results described by other authors for Caucasians (To-Figueras et al., 1997; Garte et al., 2001; Raimondi et al., 2006) and Portuguese populations (Martins and Alves, 1998; Gaspar et al., 2004). The distribution of ERCC1, ERCC4, ERCC5 frequencies in the study population were similar to the ones described in other studies for Caucasian populations (NCBI-SNP Database, 2008; SNP500Cancer Database, 2008). Allele frequencies of the different ERCC1 genotypes obtained in the study population are similar to those found for Caucasian populations NCBI-SNP Database, 2008; SNP500Cancer Database, 2008). The distribution of ERCC4 genotypes in the whole studied population was 78%, 20% and 2% for GG, GA and AA, respectively. These results are identical to those described for Caucasian population, GG 79%, GA 19% and AA 2% (SNP500Cancer Database, 2008). The ERCC5 (rs17655) CC genotype frequency in all studied population was 6%, which is in accordance with the 7% frequency described for the European population (NCBI-SNP Database, 2008). Concerning the frequency of the ERCC5 (rs2227869) genotypes among the whole population, the prevalence of ERCC5 GG genotype was 93%, a finding consistent with the frequency registered for Caucasian populations (NCBI-SNP Database, 2008; SNP500Cancer Database, 2008).

Regarding the effect of the genetic polymorphisms studied we did not find any effect on the genotoxic endpoints.

## 4. Discussion

Occupational exposure to FA evaluated in the four pathologic anatomy laboratories shows that workers are exposed to high levels of FA.

Several studies (Shaham et al., 1997; Dufresne et al., 2002; Akbar-Khanzadeh and Pulido, 2003) point the anatomy laboratories





Fig. 1. Distribution of MN frequency (A), SCE frequency (B), and comet tail length (C) in control and exposed populations.

**Table 3**
Effect of gender on MN, SCE, and comet assay

| Gender | N | MN ± S.E. (range) | SCE ± S.E. (range) | TL (μm) ± S.E. (range) |
|---|---|---|---|---|
| Controls | | | | |
| Females | 19 | 4.11 ± 1.03 (0–17) | 4.33 ± 0.17 (3.27–6.16) | 40.84 ± 2.75 (29.80–66.52) |
| Males | 11 | 1.82 ± 0.44 (0–5) | 4.78 ± 0.33 (3.10–6.04) | 43.60 ± 2.58 (28.85–53.70) |
| Exposed | | | | |
| Females | 21 | 5.95 ± 0.80 (2–17) | 6.10 ± 0.35 (3.72–8.80) | 63.06 ± 2.60* (51.23–99.09) |
| Males | 9 | 4.33 ± 1.72 (1–17) | 6.18 ± 0.52 (3.64–8.10) | 52.84 ± 4.00 (33.76–76.18) |

S.E.: mean standard error.
* $p = 0.014$, significant difference with regard to males among exposed individuals.

**Table 4**
Effect of smoking on MN, SCE, and comet assay

| Smoking habits | N | MN ± S.E. (range) | SCE ± S.E. (range) | TL (μm) ± S.E. (range) |
|---|---|---|---|---|
| Controls | | | | |
| Non-smokers | 23 | 3.09 ± 0.81 (0–17) | 4.27 ± 0.15 (3.10–6.04) | 40.89 ± 2.06 (29.80–62.14) |
| Smokers | 7 | 3.86 ± 1.44 (0–11) | 5.24 ± 0.39* (3.12–6.16) | 45.03 ± 5.17 (28.85–66.52) |
| Exposed | | | | |
| Non-smokers | 22 | 5.35 ± 0.89 (1–17) | 6.17 ± 0.32 (3.64–8.80) | 59.16 ± 2.84 (33.76–99.09) |
| Smokers | 8 | 5.70 ± 1.48 (2–17) | 6.02 ± 0.64 (3.72–8.70) | 61.66 ± 4.12 (41.01–66.10) |

S.E.: mean standard error.
* $p = 0.014$, significant difference with regard to non-smokers among the controls.

as one of the occupational settings where the workers are frequently exposed to levels of FA near or superior to recommended limit values, which indicate a potential risk to workers' health. Keil et al. (2001) reported that average daily area concentrations of airborne FA in a gross anatomy laboratory ranged from 0.635 to 1.82 mg/m$^3$ (0.51–1.46 ppm). Shaham et al. (2002) reported for 14 pathology departments a mean low level and high level of FA exposure of 0.4 and 2.24 ppm, respectively. Ohmichi et al. (2006) evaluated personal exposure levels and indoor FA concentrations in a gross anatomy laboratory during 3 sessions of a total 20 sessions over 10 weeks. Average personal FA-exposure levels for instructors and students ranged between 0.45 and 1.08 ppm, room FA average concentrations in the three sessions were 0.45, 0.38 and 0.68 ppm.

The mean level of exposure to FA obtained in this study was 0.44 ppm (0.04–1.58 ppm). Other authors reported similar results; Akbar-Khanzadeh et al. (1994) reported for 34 workers of a gross anatomy laboratory a mean FA-level exposure of 1.24 ppm (0.07–2.94 ppm). Orsière et al. (2006) recently evaluated the occupational exposure to FA in pathology and anatomy laboratories by personal air sampling and reported a mean concentration of 0.1 ppm (0.1–0.7 ppm).

Our results show that DNA and chromosomal damage occurs in peripheral lymphocytes of pathologic anatomy laboratory workers exposed to FA. Significant increases were found in all biomarkers studied compared with control population.

SCE frequencies were higher in the FA-exposed subjects than in controls. These results agree with those presented by Shaham et al. (1997, 2002) who described a significant increase of SCE frequency in peripheral lymphocytes of 90 pathology workers from 14 hospital pathology departments. The increase of SCE on FA exposed individuals was previously described by Yager et al. (1986); SCE measured in the peripheral lymphocytes of eight non-smoking anatomy students after exposure to FA embalming solution during a 10 week anatomy class showed a significant increase ($p = 0.02$) when compared with samples obtained from the same individuals immediately before exposure began (breathing-zone samples showed a mean FA concentration of 1.2 ppm). Recently Ye et al. (2005) reported significantly increased SCE frequencies in a group of 18 workers from a FA factory. The mean exposure duration

**Table 5**
Frequency of metabolic and repair genotypes in the study population

| Genes | DbSNP ID | Genotypes | All (%) | Controls (%) | Exposed (%) |
|---|---|---|---|---|---|
| GSTM1 | Deletion | Present | 32 (54) | 15 (52) | 17 (57) |
| | | Null | 27 (46) | 14 (48) | 13 (43) |
| GSTT1 | Deletion | Present | 53 (88) | 28 (93) | 25 (83) |
| | | Null | 7 (12) | 2 (7) | 5 (17) |
| ERCC1 | rs3212986 | TT | 4 (7) | 2 (8) | 2 (7) |
| | | TG | 22 (42) | 11 (46) | 11 (38) |
| | | GG | 27 (51) | 11 (46) | 16 (55) |
| ERCC4 | rs1800067 | GG | 43 (78.2) | 17 (68) | 26 (87) |
| | | GA | 11 (20) | 8 (32) | 3 (10) |
| | | AA | 1 (1.8) | 0 | 1 (3) |
| ERCC5 | rs17655 | GG | 32 (59) | 11 (46) | 21 (70) |
| | | GC | 19 (35) | 10 (42) | 9 (30) |
| | | CC | 3 (6) | 3 (12) | 0 |
| ERCC5 | rs2227869 | GG | 50 (93) | 22 (92) | 28 (93) |
| | | GC | 4 (7) | 2 (8) | 2 (7) |

Case 2:07-md-01873-KDE-MBN   Document 2797-10   Filed 08/24/09   Page 7 of 10

was 8.6 years and the level of exposure was $0.985 \pm 0.286$ mg/m$^3$ ($0.82 \pm 0.238$ ppm). In contrast, in other studies no differences were found on SCE frequencies of subjects occupationally exposed to FA (Suruda et al., 1993, level of FA exposure was 0.33 ppm; Ying et al., 1999, FA inhalation exposure was $0.508 \pm 0.299$ mg/m$^3$).

Our results also showed a significant increase in MN frequency in workers compared with the controls. This finding is consistent with previous studies on peripheral lymphocytes and on epithelial cells (nasal and buccal) of FA exposed workers. Suruda et al. (1993) examined the effect of low level exposure to FA (0.33 ppm) on oral, nasal and lymphocyte biological markers in a group of 29 mortician students during an embalming course. Epithelial cells from the buccal mucosa showed a 12-fold increase in micronuclei frequency. Micronucleated lymphocytes frequency increased 26% and nasal epithelial micronuclei increased 22% during the study period. A dose–response relationship was observed with cumulative exposure to FA. Ying et al. (1997) evaluated micronuclei frequency on lymphocytes and on oral and nasal mucosa cells of 25 anatomy students exposed to FA over an 8-week period. A higher frequency of micronuclei was observed in nasal and oral exfoliative cells after FA exposure, but no significant increase in the frequency of lymphocyte micronuclei was found. He et al. (1998) applied cytokinesis-blocked micronucleus (CBMN) assay as a biological dosimeter to detect abnormalities in human peripheral lymphocytes of 13 students exposed to FA during a 12-week anatomy class. Breathing-zone air samples collected during dissection procedures showed a mean concentration of 2.37 ppm; MN frequencies in the exposed group were significantly increased ($p<0.01$) compared with controls. FA-exposed group also showed a significant increase in CA ($p<0.01$) and SCE ($p<0.05$). A correlation between MN and CA in individuals was observed. The results indicated that FA might damage the chromosomes of human lymphocytes. Yu et al. (2005) also found significantly higher frequencies of micronuclei on peripheral lymphocytes in 151 workers occupationally exposed to FA from two plywood factories compared with control population ($p<0.05$). Recently a study was conducted to evaluate the genotoxic effect of occupational exposure to FA on 59 pathology and anatomy laboratory workers, assessment of chromosomal damage was carried out by use of the CBMN assay in peripheral lymphocytes. The frequency of binucleated micronucleated cells was significantly higher in pathologists/anatomists than in controls ($p=0.001$) (Orsière et al., 2006). Orsière et al. (2006) also reported a significantly higher frequency of monocentromeric micronuclei in FA-exposed pathologists/anatomists than in controls ($p<0.001$), whereas for acentromeric micronuclei frequency no differences were obtained between the exposed and control group, suggesting an aneugenic effect of FA in peripheral lymphocytes of exposed subjects. The potential aneugenic effects of FA have also been suggested in vitro. Pfuhler and Wolf (2002) reported the ability of FA to disturb the kinetochore-microtubule attachment and mitotic spindle checkpoint using isolated tubulin from pig brains. On the other hand, a significantly higher fraction of acentromeric micronuclei was reported in buccal and nasal cells of mortuary science students exposed to FA before and after a 90-day embalming class (Titenko-Holland et al., 1996), suggesting a clastogenic effect of FA as the primary mechanism of micronucleus formation.

Only in the last few years the comet assay has being introduced as a useful technique in human biomonitoring studies allowing the evaluation of DNA damage at the single cell level. Therefore, few are the studies published on FA occupational exposure in which this biomarker is used. However, there are already some in vitro studies in cellular lines and in animal and human leukocytes culture cells in which the comet assay proved to be a sensitive biological indicator in the evaluation of the genotoxic effect of FA (Frenzilli et al., 2000; Im et al., 2006; Liu et al., 2006; Sul et al., 2007). In this study, the levels of DNA damage, measured as TL, were significantly increased in the exposed group compared with controls. This result agrees with those presented by Yu et al. (2005) who reported a significantly increase of TL and olive tail moment in peripheral blood lymphocyte of 151 workers from two plywood factories. The levels of FA-exposed workers were between 0.10 and 7.88 mg/m$^3$ (0.08–6.54 ppm).

In human biomonitoring studies it is important to assess the influence of major confounding factors such as gender, age and smoking habits in the endpoints studied. In this work we did not find significant differences between females and males in MN and SCE frequencies. However, females presented an increase in MN frequencies compared with males. This is in agreement with current knowledge on the effect of gender on genetic damage which determines a 1.5-fold greater MN frequency in females than in males (Fenech et al., 1999). The influence of gender in MN frequencies can be explained by supposed preferential aneugenic events involving the X-chromosome (Costa et al., 2007). Surrallés et al. (1996) reported an excessive overrepresentation of this chromosome in micronuclei of lymphocytes cultured from women. Significant increases were found for comet tail length only among exposed individuals, females had higher comet tail length than males. Although in the past the effect of gender on the level of DNA damage was regarded as a matter of controversy (Møller et al., 2000), recent studies have shown that this is not a factor that influences the damage evaluated by this indicator (Møller, 2006; Angerer et al., 2007).

Regarding the influence of age, no differences were obtained for the three biomarkers studied, although MN frequencies tended to rise with age in both groups it did not reach statistical significance. It has been postulated that the age affect in MN frequency is related to a progressive increase in spontaneous chromosome instability and the loss of efficiency in DNA repair mechanisms which may result in the accumulation of genetic lesions with increasing age (Bolognesi et al., 1999; Kirsch-Volders et al., 2006; Orsière et al., 2006).

Tobacco smoke contains a high number of mutagenic and carcinogenic substances, hence smoking is an important variable to consider in biomonitoring studies (IARC, 2002; Bonassi et al., 2003). In the present study no significant differences were obtained for MN and TL. However in both groups the smokers presented slightly higher MN frequencies and TL than non-smokers. There are some conflicting results regarding the effect of smoking on MN frequencies and comet assay parameters (Laffon et al., 2002; Bhalli et al., 2006; Ergene et al., 2007), nevertheless in two recent meta-analysis studies no association between smoking and these two genotoxic endpoints was found (Bonassi et al., 2003; Hoffmann and Speit, 2005). Significant differences were obtained in SCE frequencies among the control group. Smoking is known to increase SCE frequencies, there are numerous reports describing the effect of smoking on SCE frequency of occupationally exposed subjects (Shaham et al., 1997, 2002; Cebulska-Wasilewska et al., 1999; Rowland and Harding, 1999; Ergene et al., 2007). However it is important to note the low number of smoker subjects included in this study, which may have affected our results.

No association was found between time of exposure and the biomarkers studied. One possible explanation may be an adaptation of various systems (induction of metabolising and detoxifying enzymes, induction of DNA repair processes) over time.

In the present study, no association between GSTM1, GSTT1, ERCC1, ERCC4, and ERCC5 polymorphisms and the three genotoxic endpoints were detected.

Genotoxicity of FA is confirmed in a variety of experimental systems ranging from bacteria to rodents. Although the positive findings from in vivo animal studies may provide a basis for

extrapolation to humans, the cytogenetic assays in humans have been conflicting with both positive and negative outcomes. Evidence for the genotoxic effects of FA exposure on first contact sites such as nose and respiratory tract have emerged increasingly, the biological evidence of toxicity on distant-site such as peripheral lymphocytes and bone marrow is still controversial.

Data obtained in this study indicate that genotoxic risk due to FA occupational exposure cannot be excluded. In the current FA level of exposure measured in pathologic anatomy laboratories, the DNA and chromosomal damage observed in peripheral blood lymphocytes of exposed workers might be induced by FA exposure, and be increased with the levels of exposure (positive correlation between FA exposure levels and MN frequency and TL). Although in this study the presence of centromeric signals in the MN was not assessed, the significant increase in DNA damage obtained in the comet assay (a clastogenicity assay) suggests a clastogenic mode of action of FA as the primary cause of the observed damage. Nevertheless, these results must be cautiously interpreted, owing to the relatively low number of exposed and control individuals included in this study.

The main determinants of FA exposure in the pathologic anatomy laboratories were the presence and efficiency of local exhaust systems, the efficiency of the general ventilation, the size and number of fixed anatomical parts to be handled and work methods. The highest room FA concentrations observed in this study occurred during the macroscopic examination of FA-preserved specimens and during the disposal of specimens and waste solutions. During this tasks in most of the cases the workers were not using respirators but when they used them the respirators were not the appropriate ones. The main reason presented by workers for the non-use of the respirators and goggles was the interference in the efficiency of the activities taken, namely communication difficulties, talking notes and handling material. Control aspects must take these factors into account. Implementation of security and hygiene measures in this sector as well as good practices campaigns may be crucial to decrease professional risk of FA exposed workers.

**Conflict of interest**

None.

**Acknowledgements**

Our current research is supported by Fundação Calouste Gulbenkian (grant 76436).

**References**

ACGIH, 2008. TLV's and BEI's—based on the Documentation of the Threshold Limit Values for Chemical Substances and Physical Agents & Biological Exposure Indices. American Conference of Governmental Industrial Hygienists, Cincinnati.
Akbar-Khanzadeh, F., Pulido, E.V., 2003. Using respirators and goggles to control exposure to air pollutants in an anatomy laboratory. Am. J. Ind. Med. 43, 326–331.
Akbar-Khanzadeh, F., Vaquerano, M.U., Akbar-Khanzadeh, M., Bisesi, M.S., 1994. Formaldehyde exposure, acute pulmonary response, and exposure control options in a gross anatomy laboratory. Am. J. Ind. Med. 26, 61–75.
Albertini, R.J., Anderson, D., Douglas, G.R., Hagmar, L., Hemminki, K., Merlo, F., Natarajan, A.T., Norppa, H., Shuker, D.E., Tice, R., Waters, M.D., Aitio, A., 2000. IPCS guidelines for the monitoring of genotoxic effects of carcinogens in humans. International Programme on Chemical Safety. Mutat. Res. 463, 111–172.
Angerer, J., Ewers, U., Wilhelm, M., 2007. Human biomonitoring: state of the art. Int. J. Hyg. Environ. Health 210, 201–228.
Armstrong, R.W., Imrey, P.B., Lye, M.S., Armstrong, M.J., Yu, M.C., Sani, S., 2000. Nasopharyngeal carcinoma in Malaysian Chinese: occupational exposures to particles, formaldehyde and heat. Int. J. Epidemiol. 29, 991–998.
Bhalli, J.A., Khan, Q.M., Nasim, A., 2006. DNA damage in Pakistani pesticide-manufacturing workers assayed using the comet assay. Environ. Mol. Mutagen. 47, 587–593.
Blair, A., Saracci, R., Stewart, P.A., Hayes, R.B., Shy, C., 1990. Epidemiologic evidence on the relationship between formaldehyde exposure and cancer. Scand. J. Work Environ. Health. 16, 381–393.
Bolognesi, C., Lando, C., Forni, A., Landini, E., Scarpato, R., Migliore, L., Bonassi, S., 1999. Chromosomal damage and ageing: effect on micronuclei frequency in peripheral blood lymphocytes. Age Ageing 28, 393–397.
Bonassi, S., et al., 2003. Effect of smoking habit on the frequency of micronuclei in human lymphocytes: results from the Human MicroNucleus project. Mutat. Res. 543, 155–166.
Bonassi, S., Znaor, A., Ceppi, M., Lando, C., Chang, W.P., Holland, N., Kirsch-Volders, M., Zeiger, E., Ban, S., Barale, R., Bigatti, M.P., Bolognesi, C., Cebulska-Wasilewska, A., Fabianova, E., Fucic, A., Hagmar, L., Joksic, G., Martelli, A., Migliori, L., Mirkova, E., Scarfi, M.R., Zijno, A., Norppa, H., Fenech, M., 2007. An incresead micronucleus frequency in peripheral blood lymphocytes predicts the risk of cancer in humans. Carcinogenesis 28, 625–631.
Caria, H., Chaveca, T., Laires, A., Rueff, J., 1995. Genotoxicity of quercetin in the micronucleus assay in mouse bone marrow erythrocytes, human lymphocytes, V79 cell line and identification of kinetochore-containing (CREST staining) micronuclei in human lymphocytes. Mutat. Res. 343, 85–94.
Carrano, A., Natarajan, A., 1988. Considerations for population monitoring using cytogenetic techniques. Mutat. Res.: Human Monit. (special issue) 204, 379–406.
Cebulska-Wasilewska, A., Wierzewska, A., Nizankowska, E., Graca, B., Hughes, J.A., Anderson, D., 1999. Cytogenetic damage and ras p21 oncoprotein levels from patients with chronic obstructive pulmonary disease (COPD), untreated lung cancer and healthy controls. Mutat. Res. 431, 123–131.
Coggon, D., Harris, E.C., Poole, J., Palmer, K.T., 2003. Extended follow up of a cohort of British chemical workers exposed to formaldehyde. J. Natl. Cancer Inst. 95, 1608–1615.
Collins, A.R., 2004. Comet assay for DNA damage and repair: principles, applications and limitations. Mol. Biotechnol. 26, 249–261.
Collins, J.J., Esmen, N.A., Hall, T.A., 2001. A review and meta-analysis of formaldehyde exposure and pancreatic cancer. Am. J. Ind. Med. 39, 336–345.
Costa, S., 2007. DNA repair genetic polymorphisms and breast cancer in the Portuguese population, Ph.D. Dissertation. Universidade do Minho, Braga.
Costa, C., Silva, S., Coelho, P., Roma-Torres, J., Teixeira, J.P., Mayan, O., 2007. Micronucleus analysis in a Portuguese population exposed to pesticides: preliminary survey. Int. J. Environ. Health 210, 415–418.
Dufresne, A., Infante-Rivard, C., Malo, J.L., Gautrin, D., 2002. Exposure to formaldehyde among animal health students. AIHA J (Fairfax, Va) 63, 647–650.
Ergene, S., Celik, A., Cavaş, T., Kaya, F., 2007. Genotoxic biomonitoring study of population residing in pesticide contaminated regions in Göksu Delta: micronucleus, chromosomal aberrations and sister chromatid exchanges. Environ. Int. 33, 885–887.
Fenech, M., 1993. The cytokinesis-block micronucleus technique and its application to genotoxicity studies in human populations. Environ. Health Perspect. 101, 101–107.
Fenech, M., Holland, N., Chang, W.P., Zeiger, E., Bonassi, S., 1999. The Human MicroNucleus Project—An international collaborative study on the use of the micronucleus technique for measuring DNA damage in humans. Mutat. Res. 428, 271–283.
Frenzilli, G., Bosco, E., Barale, R., 2000. Validation of single cell gel assay in human leukocytes with 18 reference compounds. Mutat. Res. 468, 93–108.
Gardner, M.J., Pannett, B., Winter, P.D., Cruddas, A.M., 1993. A cohort study of workers exposed to formaldehyde in the British chemical industry: an update. Br. J. Ind. Med. 50, 827–834.
Garte, S., Gaspari, L., Alexandrie, A.K., Ambrosone, C., Autrup, H., Autrup, J.L., Baranova, H., Bathum, L., Benhamou, S., Boffetta, P., Bouchardy, C., Breskvar, K., Brockmoller, J., Cascorbi, I., Clapper, M.L., Coutelle, C., Daly, A., Dell'Omo, M., Dolzan, V., Dresler, C.M., Fryer, A., Haugen, A., Hein, D.W., Hildesheim, A., Hirvonen, A., Hsieh, L.L., Ingelman-Sundberg, M., Kalina, I., Kang, D., Kihara, M., Kiyohara, C., Kremers, P., Lazarus, P., Le Marchand, L., Lechner, M.C., van Lieshout, E.M., London, S., Manni, J.J., Maugard, C.M., Morita, S., Nazar-Stewart, V., Noda, K., Oda, Y., Parl, F.F., Pastorelli, R., Persson, I., Peters, W.H., Rannug, A., Rebbeck, T., Risch, A., Roelandt, L., Romkes, M., Ryberg, D., Salagovic, J., Schoket, B., Seidegard, J., Shields, P.G., Sim, E., Sinnet, D., Strange, R.C., Stücker, I., Sugimura, H., To-Figueras, J., Vineis, P., Yu, M.C., Taioli, E., 2001. Metabolic gene polymorphism frequencies in control populations. Cancer Epidemiol. Biomarkers Prev. 10, 1239–1248.
Gaspar, J., Rodrigues, S., Gil, O.M., Manita, L., Ferreira, T.C., Limbert, E., Gonçalves, L., Pina, J.E., Rueff, J., 2004. Combined effects of glutathione S-transferase polymorphisms and thyroid cancer risk. Cancer Genet. Cytogenet. 151, 60–67.
Golden, R., Pyatt, D., Shields, P.G., 2006. Formaldehyde as a potential human leukemogen: an assessment of biological plausibility. Crit. Rev. Toxicol. 36, 135–153.
Hall, A., Harrington, J.M., Aw, T.C., 1991. Mortality study of British pathologists. Am. J. Ind. Med. 20, 83–89.
Hauptmann, M., Lubin, J.H., Stewart, P.A., Hayes, R.B., Blair, A., 2003. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries. J. Natl. Cancer Inst. 95, 1615–1623.
Hauptmann, M., Lubin, J.H., Stewart, P.A., Hayes, R.B., Blair, A., 2004. Mortality from solid cancers among workers in formaldehyde industries. Am. J. Epidemiol. 159, 1117–1130.
Hayes, R.B., Blair, A., Stewart, P.A., Herrick, R.F., Mahar, H., 1990. Mortality of U.S. embalmers and funeral directors. Am. J. Ind. Med. 18, 641–652.

He, J.L., Jin, L.F., Jin, H.Y., 1998. Detection of cytogenetic effects in peripheral lymphocytes of students exposed to formaldehyde with cytokinesis-blocked micronucleus assay. Biomed. Environ. Sci. 11, 87–92.

Heck, H., Casanova, M., 2004. The implausibility of leukemia induction by formaldehyde: a critical review of the biological evidence on distant-site toxicity. Regul. Toxicol. Pharmacol. 40, 92–106.

Hildesheim, A., Dosemeci, M., Chan, C.C., Chen, C.J., Cheng, Y.J., Hsu, M.M., Chen, I.H., Mittl, B.F., Sun, B., Levine, P.H., Chen, J.Y., Brinton, L.A., Yang, C.S., 2001. Occupational exposure to wood, formaldehyde, and solvents and risk of nasopharyngeal carcinoma. Cancer Epidemiol. Biomarkers Prev. 10, 1145–1153.

Hoffmann, H., Speit, G., 2005. Assessment of DNA damage in peripheral blood of heavy smokers with the comet assay and the micronucleus test. Mutat. Res. 581, 105–114.

Hosgood III, H.D., Berndt, S.I., Lan, Q., 2007. GST genotypes and lung cancer susceptibility in Asian populations with indoor air pollution exposures: a meta-analysis. Mutat. Res. 636, 134–143.

IARC, 2002. IARC Monographs on the Evaluation of Carcinogenic Risks to Human, Volume 83: Tobacco smoke and Involuntary Smoking, Summary of Data Reported and Evaluation. World Health Organization, Lyon.

IARC, 2006. IARC Monographs on the Evaluation of Carcinogenic Risks to Human, Volume 88: Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxy-2-propanol. World Health Organization, Lyon.

Im, H., Oh, E., Mun, J., Khim, J.Y., Lee, E., Kang, H.S., Kim, E., Kim, H., Won, N.H., Kim, Y.H., Jung, W.W., Sul, D., 2006. Evaluation of toxicological monitoring markers using proteomic analysis in rats exposed to formaldehyde. J. Proteome Res. 5, 1354–1366.

Keil, C.B., Akbar-Khanzadeh, F., Konecny, K.A., 2001. Characterizing formaldehyde emission rates in a gross anatomy laboratory. Appl. Occup. Environ. Hyg. 16, 967–972.

Kirsch-Volders, M., Mateuca, R.A., Roelants, M., Tremp, A., Zeiger, E., Bonassi, S., Holland, N., Chang, W.P., Aka, P.V., Deboeck, M., Godderis, L., Haufroid, V., Ishikawa, H., Laffon, B., Marcos, R., Migliore, L., Norppa, H., Teixeira, J.P., Zijno, A., Fenech, M., 2006. The effects of GSTM1 and GSTT1 polymorphisms on micronucleus frequencies in human lymphocytes in vivo. Cancer Epidemiol. Biomarkers Prev. 15, 1038–1042.

Kiyohara, C., Yoshimasu, K., 2007. Genetic polymorphisms in the nucleotide excision repair pathway and lung cancer risk: a meta-analysis. Int. J. Med. Sci. 4, 59–71.

Laffon, B., Pásaro, E., Méndez, J., 2002. Evaluation of genotoxic effects in a group of workers exposed to low levels of styrene. Toxicology 171, 175–186.

Laffon, B., Teixeira, J.P., Silva, S., Roma-Torres, J., Pérez-Cadahía, B., Méndez, J., Pásaro, E., Mayan, O., 2006. Assessment of occupational genotoxic risk in the production of rubber tyres. Ann. Occup. Hyg. 50, 583–592.

Lin, D., Tang, Y., Peng, Q., Lu, S., Ambrosone, C., Kadublar, F., 1998. Susceptibility to esophageal cancer and genetic polymorphisms in glutathione-S-transferase T1, P1 and M1 and cytochrome P450 2E1. Cancer Epidemiol. Biomarkers Prev. 7, 1013–1018.

Liu, Y., Li, C.M., Lu, Z., Ding, S., Yang, X., Mo, J., 2006. Studies on formation and repair of formaldehyde-damaged DNA by detection of DNA-protein crosslinks and DNA breaks. Front. Biosci. 11, 991–997.

Loft, S., Svoboda, P., Kasai, H., Tjonneland, A., Moller, P., Sorensen, M., Overvad, K., Autrup, H., Raaschou-Nielsen, O., 2007. Prospective study of urinary excretion of 7-methylguanine and the risk of lung cancer: effect modification by mu class glutathione-S-transferases. Int. J. Cancer. 121, 1579–1584.

Luce, D., Leclerc, A., B'egin, D., Demers, P.A., G'erin, M., Orlowski, E., Kogevinas, M., Belli, S., Bugel, I., Bolm-Audorff, U., Brinton, L.A., Comba, P., Hardell, L., Hayes, R.B., Magnani, C., Merler, E., Preston-Martin, S., Vaughan, T.L., Zheng, W., Boffetta, P., 2002. Sinonasal cancer and occupational exposures: a pooled analysis of 12 case-control studies. Cancer Causes Control 13, 147–157.

Marsh, G.M., Youk, A.O., 2004. Reevaluation of mortality risks from leukemia in the formaldehyde cohort study of the National Cancer Institute. Regul. Toxicol. Pharmacol. 40, 113–124.

Marsh, G.M., Youk, A.O., 2005. Reevaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the National Cancer Institute. Regul. Toxicol. Pharmacol. 42, 275–283.

Martins, G., Alves, M., 1998. Glutathione S transferase mu polymorphism and gastric cancer in the Portuguese population. Biomarkers 3, 441–447.

Matakidou, A., el Galta, R., Webb, E.L., Rudd, M.F., Bridle, H., GELCAPS Consortium, Eisen, T., Houlston, R.S., 2007. Genetic variation in the DNA repair genes is predictive of outcome in lung cancer. Hum. Mol. Genet. 16, 2333–2340.

McWilliams, R.R., Bamlet, W.R., Cunningham, J.M., Goode, E.L., Andrade, M., Boardman, L.A., Petersen, G.M., 2008. Polymorphisms in DNA repair genes, smoking, and pancreatic adenocarcinoma risk. Cancer Res. 68, 4928–4935.

Merk, O., Speit, G., 1998. Significance of formaldehyde-induced DNA-protein crosslinks for mutagenesis. Environ. Mol. Mutagen. 32, 260–268.

Milne, R.L., Ribas, G., González-Neira, A., Fagerholm, R., Salas, A., González, E., Dopazo, J., Nevanlinna, H., Robledo, M., Benítez, J., 2006. ERCC4 associated with breast cancer risk: a two-stage case-control study using high-throughput genotyping. Cancer Res. 66, 9420–9427.

Moller, P., 2006. Assessment of reference values for DNA damage detected by the comet assay in human blood cell DNA. Mutat. Res. 612, 84–104.

Moller, P., Knudsen, L.E., Loft, S., Wallin, H., 2000. The comet assay as a rapid test in biomonitoring occupational exposure to DNA-damaging agents and effect of confounding factors. Cancer Epidemiol. Biomarkers Prev. 9, 1005–1015.

NCBI-SNP Database. Available: http://www.ncbi.nlm.nih.gov/ (accessed on June 19, 2008).

NIOSH (National Institute for Occupational Safety and Health), 1994. Formaldehyde: Method 3500 (Issue 2). In: NIOSH (Ed.), NIOSH Manual of Analytical Method. U.S. Department of Health and Human Services, Cincinnati, Ohio, pp. 2–5.

Ohmichi, K., Komiyama, M., Matsuno, Y., Takanashi, Y., Miyamoto, H., Kadota, T., Maekawa, M., Toyama, Y., Tatsugi, Y., Kohno, T., Ohmichi, M., Mori, C., 2006. Formaldehyde exposure in a gross anatomy laboratory—personal exposure level is higher than indoor concentration. Environ. Sci. Pollut. Res. Int. 13, 120–124.

Orsière, T., Sari-Minodier, I., Iarmarcovai, G., Botta, A., 2006. Genotoxic risk assessment of pathology and anatomy laboratory workers exposed to formaldehyde by use of personal air sampling and analysis of DNA damage in peripheral lymphocytes. Mutat. Res. 605, 30–41.

Partanen, T., 1993. Formaldehyde exposure and respiratory cancer—a meta-analysis of the epidemiologic evidence. Scand. J. Work Environ. Health 19, 8–15.

Pavanello, S., Clonfero, E., 2000. Biological indicators of genotoxic risk and metabolic polymorphisms. Mutat. Res. 463, 285–308.

Perry, P., Wolff, S., 1974. New Giemsa method for the differential staining of sister chromatids. Nature 251, 156–158.

Pfuhler, S., Wolf, H.U., 2002. Effects of the formaldehyde releasing preservatives dimethylol urea and diazolidinyl urea in several short-term genotoxicity tests. Mutat. Res. 514, 133–146.

Pinkerton, L.E., Hein, M.J., Stayner, L.T., 2004. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup. Environ. Med. 61, 193–200.

Raimondi, S., Paracchini, V., Autrup, H., Barros-Dios, J.M., Benhamou, S., Boffetta, P., Cote, M.L., Dialyna, I.A., Dolzan, V., Filiberti, R., Garte, S., Hirvonen, A., Husgafvel-Pursiainen, K., Imyanitov, E.N., Kalina, I., Kang, D., Kiyohara, C., Kohno, T., Kremers, P., Lan, Q., London, S., Povey, A.C., Rannug, A., Reszka, E., Risch, A., Romkes, M., Schneider, J., Seow, A., Shields, P.G., Sobti, R.C., Sørensen, M., Spinola, M., Spitz, M.R., Strange, R.C., Stücker, I., Sugimura, H., To-Figueras, J., Tokudome, S., Yang, P., Yuan, J.M., Warholm, M., Taioli, E., 2006. Meta- and pooled analysis of GSTT1 and lung cancer: a HuGE-GSEC review. Am. J. Epidemiol. 164, 1027–1042.

Rowland, R.E., Harding, K.M., 1999. Increased sister chromatid exchange in the peripheral blood lymphocytes of young women who smoke cigarettes. Hereditas 131, 143–146.

Shaham, J., Bomstein, Y., Meltzer, A., Kaufman, Z., Palma, E., Ribak, J., 1996. DNA–protein crosslinks, a biomarker of exposure to formaldehyde—in vitro and in vivo studies. Carcinogenesis 17, 121–125.

Shaham, J., Bomstein, Y., Meltzer, A., Ribak, J., 1997. DNA-protein crosslinks and sister chromatid exchanges as biomarkers of exposure to formaldehyde. Int. J. Occup. Environ. Health. 3, 95–104.

Shaham, J., Gurvich, R., Kaufman, Z., 2002. Sister chromatid exchange in pathology staff occupationally exposed to formaldehyde. Mutat. Res. 15, 115–123.

Shaham, J., Bomstein, Y., Gurvich, R., Rashkovsky, M., Kaufman, Z., 2003. DNA–protein crosslinks and p53 protein expression in relation to occupational exposure to formaldehyde. Occup. Environ. Med. 60, 403–409.

Shen, H., Sturgis, E.M., Khan, S.G., Qiao, Y., Shahlavi, T., Eicher, S.A., Xu, Y., Wang, X., Strom, S.S., Spitz, M.R., Kraemer, K.H., Wei, Q., 2001. An intronic poly (AT) polymorphism of the DNA repair gene XPC and risk of squamous cell carcinoma of the head and neck: a case-control study. Cancer Res. 61, 3321–3325.

Singh, N., McCoy, M., Tice, R., Schneider, E., 1988. A simple technique for quantitation of low levels of DNA damage in individual cells. Exp. Cell Res. 175, 184–191.

SNP500Cancer Database. http://snp500cancer.nci.nih.gov/ (accessed on June 19, 2008).

Srám, R.J., Binková, B., 2000. Molecular epidemiology studies on occupational and environmental exposure to mutagens and carcinogens, 1997–1999. Environ. Health Perspect. 108, 57–70.

Stone, R.A., Youk, A.O., Marsh, G.M., Buchanich, J.M., McHenry, M.B., Smith, T.J., 2001. Historical cohort study of US man-made vitreous fiber production workers: IV. Quantitative exposure-response analysis of the nested case-control study of respiratory system cancer. J. Occup. Environ. Med. 43, 779–792.

Strange, R.C., Spiteri, M.A., Ramachandran, S., Fryer, A.A., 2001. Glutathione-S-transferase family of enzymes. Mutat. Res. 482, 21–26.

Sul, D., Kim, H., Oh, E., Phark, S., Cho, E., Choi, S., Kang, H.S., Kim, E.M., Hwang, K.W., Jung, W.W., 2007. Gene expression profiling in lung tissues from rats exposed to formaldehyde. Arch. Toxicol. 81, 589–597.

Surrallés, J., Falck, G., Norppa, H., 1996. In vivo cytogenetic damage revealed by FISH analysis of micronuclei in uncultured human T lymphocytes. Cytogenet. Cell Genet. 75, 151–154.

Suruda, A., Schulte, P., Boeniger, M., Hayes, R.B., Livingston, G.K., Steenland, K., 1993. Cytogenetic effects of formaldehyde exposure in students of mortuary science. Cancer Epidemiol. Biomarkers Prev. 2, 453–460.

Teixeira, J., Gaspar, J., Silva, S., Torres, J., Silva, S., Azevedo, M., Neves, P., Laffon, B., Mendez, J., Goncalves, C., Mayan, O., Farmer, P., Rueff, J., 2004. Occupational exposure to styrene: modulation of cytogenetic damage and levels of urinary metabolites of styrene by polymorphisms in genes CYP2E1, EPHX1, GSTM1, GSTT1 and GSTP1. Toxicology 195, 231–242.

Titenko-Holland, N., Levine, A.J., Smith, M.T., Quintana, P.J., Boeniger, M., Hayes, R., Suruda, A., Schulte, P., 1996. Quantification of epithelial cell micronuclei by fluorescence in situ hybridization (FISH) in mortuary science students exposed to formaldehyde. Mutat. Res. 371, 237–248.

To-Figueras, J., Gené, M., Gómez-Catalán, J., Galán, M.C., Fuentes, M., Ramón, J.M., Rodamilans, M., Huguet, E., Corbella, J., 1997. Glutathione S-transferase M1 (GSTM1) and T1 (GSTT1) polymorphisms and lung cancer risk among Northwestern Mediterraneans. Carcinogenesis 18, 1529–1533.

Vaughan, T.L., Stewart, P.A., Teschke, K., Lynch, C.F., Swanson, G.M., Lyon, J.L., 2000. Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma. Occup. Environ. Med. 57, 376–384.

Winsey, S.L., Haldar, N.A., Marsh, H.P., Bunce, M., Marshall, S.E., Harris, A.L., Wojnarowska, F., Welsh, K.I., 2000. A variant within the DNA repair gene XRCC3 is associated with the development of melanoma skin cancer. Cancer Res. 60, 5612–5616.

Yager, J.W., Cohn, K.L., Spear, R.C., Fisher, J.M., Morse, L., 1986. Sister-chromatid exchanges in lymphocytes of anatomy students exposed to formaldehyde-embalming solution. Mutat. Res. 174, 135–139.

Ye, X., Yan, W., Xie, H., Zhao, M., Ying, C., 2005. Cytogenetic analysis of nasal mucosa cells and lymphocytes from high-level long-term formaldehyde exposed workers and low-level short-term exposed waiters. Mutat. Res. 588, 22–27.

Yeh, C.C., Sung, F.C., Tang, R., Chang-Chieh, C.R., Hsieh, L.L., 2007. Association between polymorphisms of biotransformation and DNA-repair genes and risk of colorectal cancer in Taiwan. J. Biomed. Sci. 14, 183–193.

Ying, C.J., Yan, W.S., Zhao, M.Y., Ye, X.L., Xie, H., Yin, S.Y., Zhu, X.S., 1997. Micronuclei in nasal mucosa, oral mucosa and lymphocytes in students exposed to formaldehyde vapor in anatomy class. Biomed. Environ. Sci. 10, 451–455.

Ying, C.J., Ye, X.L., Xie, H., Yan, W.S., Zhao, M.Y., Xia, T., Yin, S.Y., 1999. Lymphocyte subsets and sister-chromatid exchanges in the students exposed to formaldehyde vapor. Biomed. Environ. Sci. 12, 88–94.

Yu, L.Q., Jiang, S.F., Leng, S.G., He, F.S., Zheng, Y.X., 2005. Early genetic effects on workers occupationally exposed to formaldehyde. Chin. J. Prev. Med. 39, 392–395.