# Exhibit 11

*Int. J. Cancer:* 53, 224–231 (1993)
© 1993 Wiley-Liss, Inc.


Publication of the International Union Against Cancer
Publication de l'Union Internationale Contre le Cancer

# SINONASAL CANCER AND OCCUPATIONAL EXPOSURE TO FORMALDEHYDE AND OTHER SUBSTANCES

Danièle Luce[1], Michel Gérin[2], Annette Leclerc[1], Jean-François Morcet[1], Jacques Brugère[3] and Marcel Goldberg[1]

[1]*INSERM Unité 88, 91 boulevard de l'Hôpital, 75634 Paris Cédex 13, France;* [2]*Département de Médecine du Travail et d'Hygiène du Milieu, Université de Montréal, Montréal, Canada; and* [3]*Institut Curie, Paris, France.*

A case-control study of cancer of the nose and paranasal sinuses was conducted in France to determine whether occupational exposure to formaldehyde was associated with an increased risk of sinonasal cancer. Exposures to 14 other substances or groups of substances were also studied (wood dust, leather dust, textile dust, flour dust, sugar dust, coal/coke dust, nickel compounds, chromium compounds, chromium VI, welding fumes, soldering fumes, cutting oils, paints and lacquers, glues and adhesives). Cases (n = 207) and controls (n = 409) were interviewed to obtain detailed information on job history and other potential risk factors for sinonasal cancer. In addition, a questionnaire specially designed for this study was used to help assess exposures to formaldehyde and other substances of interest. The questionnaires were translated into history of occupational exposure by an expert in industrial hygiene, without knowledge of case-control status. Several exposure variables (lifetime average level, duration, cumulative level) were used to describe the risks related to exposure to formaldehyde. Potential confounding factors (occupational and non-occupational) were examined and adjusted for when necessary.

No significant association was found between exposure to formaldehyde and squamous-cell carcinomas of the sinonasal cavities.

Because of the strong association between exposure to wood dust and nasal adenocarcinoma, it was not possible to assess an independent effect of formaldehyde on this type of cancer. However, among males exposed to medium or high levels of wood dust, the risk of adenocarcinoma associated with formaldehyde was significantly elevated for the highest exposure categories for average level (OR = 5.3, 95% confidence interval = 1.3–22.2), cumulative level (OR = 6.9, 95% CI = 1.7–28.2) and duration of exposure (OR = 6.9, 95% CI = 1.7–27.8). Although a residual confounding effect of wood dust could not be excluded, this study suggests that exposure to both formaldehyde and wood dust may increase the risk of nasal adenocarcinoma, by comparison with the risk due to wood dust alone.

This study also indicated an increased risk among males who had been exposed to glues and adhesives, for all histologic types, which was not explained by a confounding effect of paints and lacquers, wood dust or formaldehyde. No other significant association was observed.
© 1993 Wiley-Liss, Inc.

Cancers of the nasal cavity and paranasal sinuses are rare, with annual incidence rates of less than 1 per 100,000 in most countries (IARC, 1987a). However, a number of occupational risk factors for sinonasal cancer have been identified, including woodworking (especially furniture manufacturing), nickel refining, boot and shoemaking, chromium, cutting oils and work in the textile industry (Leclerc and Luce, 1992).

Since experimental data showed that rats exposed to formaldehyde by inhalation develop nasal cancers (Swenberg *et al.*, 1980; Kerns *et al.*, 1983), several epidemiological studies have been undertaken in order to evaluate a possible carcinogenic effect of formaldehyde in humans. Most of them were mortality studies and have inconsistently reported excesses for different sites (brain, leukemia, lung), but not for nasal cancer (Blair *et al.*, 1990). Although cohort studies were unlikely to detect excess risks for uncommon tumors, case-control studies of formaldehyde and sinonasal cancer have also produced conflicting results. Olsen *et al.* (1984) and Hayes *et al.* (1986) reported significant excesses in risk while Roush *et al.* (1987) and Vaughan *et al.* (1986) found no association. A working group of the International Agency for Research on Cancer concluded that formaldehyde was probably carcinogenic to humans. The evidence for formaldehyde carcinogenicity was stronger for nasal and nasopharyngeal cancer than for other sites (IARC, 1987b).

Formaldehyde is a widely used chemical, and exposure to formaldehyde may occur in various occupational settings. Consequently, it is important to assess the possible risk in humans. The main objective of the present case-control study was to determine whether occupational exposure to formaldehyde was associated with an increased risk of sinonasal cancer. Special efforts were devoted to the retrospective assessment of exposures. Differences between histologic types and possible confounding effects of other occupational exposures were taken into consideration. A previous report from this study examined associations with occupations (Luce *et al.*, 1992).

## SUBJECTS AND METHODS

Cases were patients with primary malignancies of the nasal cavity and paranasal sinuses (ICD 9th revision, codes 160.0, 160.2–160.9), diagnosed between January 1, 1986 and February 29, 1988. A total of 303 cases, resident in France, were identified for study in the 27 participating hospitals. Among them, 57 (18.8%) had died before an interview could be completed. Of the remaining 246 cases, 23 (9.3%) could not be located, 9 (3.7%) could not be interviewed for health reasons, and 7 (2.8%) refused to participate. Finally, 207 histologically confirmed cases were included in the study.

Information on site and histology was obtained from medical records. When uncertainties remained, additional information was requested from the departments in which patients were treated, or from the pathology laboratory.

For one male case, it was not possible to specify the site and histologic type. Fifty-nine male cases had squamous-cell carcinomas, 82 had adenocarcinomas and 25 had tumors of other histologic types (6 other carcinomas, 3 sarcomas, 11 lymphomas, 5 esthesioneuromas).

Of the 40 female cases, 18 had squamous-cell carcinomas, 5 had adenocarcinomas and 17 had cancers of other histologic types (4 other carcinomas, 7 esthesioneuromas, 3 sarcomas, 2 melanomas, 1 lymphoma).

Controls were obtained from 2 sources. One series, the hospital controls, comprised patients with cancers of 15 different sites, diagnosed during the same period as the cases in the same or nearby hospitals. The selected cancer sites were: rectum (n = 45), liver (n = 15), gall-bladder (n = 2), pancreas (n = 7), hematopoietic system (n = 36), bone (n = 11), soft tissues (n = 15), melanoma of skin (n = 22), prostate (n = 4), testis (n = 14), ovary (n = 16), bladder (=30), other sites of the urinary system (n = 24), brain (n = 19) and thyroid (n = 26). The controls were selected by frequency matching for age and sex, with a control-to-case ratio of approximately 3:2. Of the 340 eligible hospital controls, 17 (5%) could not be

Received: June 15, 1992 and in revised form September 24, 1992.

interviewed (6 for health reasons, 7 refused, 4 could not be located), thus 323 (251 men, 72 women) were included in the study.

Cases and hospital controls were identified by a review of medical records and by a regular surveillance of the hospitals. Records from different departments (mainly otolaryngology and radiotherapy) were compared to verify the exhaustiveness of identification of cases.

The second set of controls was selected from lists provided by the cases. The cases were asked to give several names of persons who could be contacted on their behalf (colleagues excluded). We attempted to select for each case one control matched for sex, age (±10 years) and residence. As few cases gave more than one name, only 233 potential controls were identified. Since these included a high proportion of women and of subjects under age 40, only 103 controls were eligible. Seventeen (16.5%) were not interviewed (6 could not be located, 11 refused) and thus 86 (69 men, 17 women) were included in the study. A more detailed description of the characteristics of cases and controls has been published (Luce et al., 1992).

Cases and controls were interviewed by specially trained physicians. The interview lasted about 1 hr, and was conducted at the hospital for cases and hospital controls, and at home for controls of the second set. Information on socio-demographic characteristics, smoking habits, passive smoking, alcohol consumption and history of nasal diseases was collected. The questionnaire on occupational history included a detailed description of each job (activity of the company, place of work, years of employment, tasks performed). In addition, a specific questionnaire, specially designed, was used to help the assessment of occupational exposures to a pre-determinated list of substances, compounds or procedures. This questionnaire has been described in detail elsewhere (Gérin and Siemiatycki, 1991). The products of interest were: formaldehyde, wood dust, leather dust, textile dust, flour dust, sugar dust, coal/coke dust, nickel compounds, chromium compounds, chromium VI, welding fumes, soldering fumes, cutting oils, paints, varnishes and lacquers, glues and adhesives.

Occupational exposures to these agents were assessed by an industrial hygienist (MG), without knowledge of case-control status, by examining each completed questionnaire (Gérin et al., 1985). For a given product and for each job, subjects were classified according to the probability of exposure (unexposed, possible, probable, definite). For exposed jobs the expert coded on 3 levels the frequency of exposure during a normal work week (1 = less than 5% of the time, 2 = 5–30%, 3 = more than 30%) and the concentration of the product in the environment (1 = low, 2 = medium, 3 = high). The low, medium and high levels of concentration were determined according to the occupations in which the substance occurred, and to additional information concerning tasks, period of employment and use of protective devices. For formaldehyde, the ranges of air concentration in the workplace corresponding to each category could be roughly estimated as less than 0.1 ppm (low), 0.1 to 1 ppm (medium) and more than 1 ppm (high).

For each exposed job, an exposure index was calculated by multiplying concentration by frequency. This index could only take the values 1, 2, 3, 4, 6 and 9. Since a subject may have been exposed at different levels in different jobs during his working life, several variables were constructed to summarize the lifetime occupational exposure.

Subjects with only possible exposure in any job were classified as possibly exposed, whatever the level and the duration of exposure.

Subjects probably or definitely exposed in at least one job were grouped. For these subjects we had, for each probably or definitely exposed job (i), the duration ($d_i$) and the exposure index ($X_i$). We then calculated: total duration of exposure ($\Sigma d_i$); the cumulative level of exposure, a weighted sum of the exposure indices of exposed jobs, the weights being the durations of jobs ($\Sigma X_i d_i$); lifetime average level of exposure, which was the cumulative level divided by the total duration ($\Sigma X_i d_i / \Sigma d_i$). This average level ranged from 1 to 9.

Subjects were also classified according to the calendar period of first probable or definite exposure, and the age at first probable or definite exposure.

All these exposure variables were used to describe the cancer risks related to exposure to formaldehyde. For the other occupational exposures, only results concerning the lifetime average level are presented, since results based on cumulative level and duration of exposure did not give additional information.

Adjusted odds-ratios associated with each exposure category were estimated with a multiple logistic regression model (Breslow and Day, 1980). The 2 series of controls were compared with regard to both occupational exposures and non-occupational factors. As only slight differences were observed, the controls were grouped in the analysis. All the odds-ratios were age-adjusted and calculated separately for men and women. The other potential confounding factors (occupational and non-occupational) were examined and included in the models if necessary (i.e., if their inclusion changed the odds-ratio estimates by more than 15%). Distinct analyses were performed for 3 histologic categories: squamous-cell carcinomas, adenocarcinomas and other histologic types.

RESULTS

Table I shows the distribution of cases and controls, and the associated odds-ratios for each substance or group of substances under study, except for formaldehyde, among males. Odds-ratios were estimated according to the probability of exposure and, if there was a sufficient number of cases, according to the average level of exposure in 2 categories: low (1–3); medium to high (more than 3). Odds-ratios were not calculated when less than 3 cases were exposed.

The risk of nasal adenocarcinoma increased significantly with exposure to wood dust, paints, varnishes and lacquers, glues and adhesives, with evidence of a dose-response relationship.

Squamous-cell carcinomas were significantly associated with the higher levels of exposure to flour dust. Odds-ratios, increasing with the level of exposure although non-significantly elevated, were observed for exposure to glues and adhesives. Non-significant excesses in risk were also noted for those exposed to medium-to-high levels of leather dust, coal dust and soldering fumes.

For the other histologic type categories, significant elevations in risk were found for those exposed to cutting oils or to medium to high levels of wood dust, paints, varnishes and lacquers, glues and adhesives.

Occupational exposures were very infrequent among women, with less than 5% of exposed controls and only one exposed case or none at all for most of the products. Textile dust was the most common agent, 28% of controls being exposed, and only exposure to textile dust was examined. Females with probable or definite exposure to textile dust presented elevated risks of both squamous-cell carcinomas (OR = 2.4; 95% confidence interval = 0.9–6.3; 9 exposed cases) and adenocarcinomas (OR = 3.4; 95% CI = 0.6–18.4; 3 exposed cases). For squamous-cell cancers, the odds-ratios increased with the average level of exposure (low: OR = 1.79; medium to high: OR = 3.43), whereas there was no evidence of a dose-

TABLE I – ODDS RATIOS (OR) ASSOCIATED WITH OCCUPATIONAL EXPOSURES (MEN)

| Occupational exposures | Controls, number | Squamous cell | | | Adenocarcinomas | | | Others | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Number | OR[1] | 95% CI[2] | Number | OR | 95% CI | Number | OR | 95% CI |
| Wood dust | | | | | | | | | | |
| Possible | 6 | 2 | — | — | 1 | — | — | 0 | — | — |
| Probable or definite, low level[3] | 42 | 10 | 1.4 | (0.6–3.0) | 2 | — | — | 1 | — | — |
| Probable or definite, medium-high level[4] | 29 | 5 | 1.0 | (0.4–2.6) | 77 | 288.6 | (135.5–615.1) | 6 | 2.9 | (1.1–7.9) |
| Leather dust | | | | | | | | | | |
| Possible | 0 | 0 | — | — | 0 | — | — | 0 | — | — |
| Probable or definite, low level | 5 | 1 | — | — | 0 | — | — | 1 | — | — |
| Probable or definite, medium-high level | 5 | 3 | 3.1 | (0.8–12.4) | 0 | — | — | 0 | — | — |
| Textile dust | | | | | | | | | | |
| Possible | 4 | 0 | — | — | 1 | — | — | 0 | — | — |
| Probable or definite | 27 | 5 | 1.1 | (0.4–2.9) | 7 | 1.0 | (0.4–2.4) | 3 | 1.5 | (0.4–5.2) |
| Flour dust | | | | | | | | | | |
| Possible | 1 | 0 | — | — | 0 | — | — | 0 | — | — |
| Probable or definite, low level | 7 | 0 | — | — | 0 | — | — | 0 | — | — |
| Probable or definite, medium-high level | 6 | 4 | 3.4 | (1.1–11.0) | 1 | — | — | 0 | — | — |
| Sugar dust | | | | | | | | | | |
| Possible | 2 | 0 | — | — | 0 | — | — | 0 | — | — |
| Probable or definite | 6 | 1 | — | — | 1 | — | — | 1 | — | — |
| Coal/coke dust | | | | | | | | | | |
| Possible | 6 | 1 | — | — | 1 | — | — | 0 | — | — |
| Probable or definite, low level | 16 | 2 | — | — | 2 | 0.4 | (0.1–1.2) | 0 | — | — |
| Probable or definite, medium-high level | 19 | 7 | 2.0 | (0.8–5.0) | 2 | | | 2 | — | — |
| Nickel | | | | | | | | | | |
| Possible | 16 | 2 | — | — | 2 | — | — | 2 | — | — |
| Probable or definite | 19 | 4 | 1.3 | (0.4–3.9) | 3 | 0.6 | (0.2–2.1) | 2 | — | — |
| Chromium | | | | | | | | | | |
| Possible | 29 | 5 | 1.0 | (0.4–2.6) | 4 | 0.5 | (0.2–1.4) | 4 | 2.3 | (0.7–7.1) |
| Probable or definite | 34 | 5 | 0.8 | (0.3–2.2) | 3 | 0.3 | (0.1–1.0) | 5 | 2.4 | (0.8–7.0) |
| Chromium VI | | | | | | | | | | |
| Possible | 27 | 2 | — | — | 4 | — | — | 2 | — | — |
| Probable or definite | 30 | 4 | 0.7 | (0.2–2.1) | 3 | 0.4 | (0.1–1.1) | 5 | 2.4 | (0.8–7.1) |
| Welding fumes | | | | | | | | | | |
| Possible | 2 | 0 | — | — | 1 | — | — | 0 | — | — |
| Probable or definite | 31 | 5 | 0.5 | (0.2–1.4) | 10 | 0.8 | (0.4–1.6) | 4 | 0.9 | (0.3–3.0) |
| Soldering fumes | | | | | | | | | | |
| Possible | 4 | 0 | — | — | 0 | — | — | 0 | — | — |
| Probable or definite, low level | 8 | 0 | — | — | 0 | — | — | 0 | — | — |
| Probable or definite, medium-high level | 12 | 4 | 2.1 | (0.7–6.5) | 1 | — | — | 1 | — | — |
| Cutting oils | | | | | | | | | | |
| Possible | 3 | 0 | — | — | 0 | — | — | 1 | — | — |
| Probable or definite | 28 | 2 | — | — | 3 | 0.4 | (0.1–1.3) | 5 | 2.9 | (1.0–8.0) |
| Paints, lacquers, varnishes | | | | | | | | | | |
| Possible | 1 | 1 | — | — | 1 | — | — | 0 | — | — |
| Probable or definite, low level | 47 | 8 | 1.0 | (0.4–2.3) | 20 | 3.9 | (2.7–7.2) | 3 | 1.0 | (0.3–3.6) |
| Probable or definite, medium-high level | 26 | 4 | 0.9 | (0.3–2.7) | 35 | 12.2 | (6.9–21.6) | 6 | 3.5 | (1.3–9.3) |
| Glues, adhesives | | | | | | | | | | |
| Possible | 0 | 0 | — | — | 1 | — | — | 0 | — | — |
| Probable or definite, low level | 32 | 7 | 1.4 | (0.6–3.5) | 19 | 22.4 | (10.9–45.9) | 4 | 2.1 | (0.6–7.1) |
| Probable or definite, medium-high level | 21 | 7 | 2.2 | (0.9–5.4) | 55 | 99.7 | (52.3–190.1) | 6 | 5.1 | (1.9–13.2) |

[1]Age-adjusted odds ratios (≤55, 56–65, ≥65).–[2]Confidence interval.–[3]Low level: lifetime average level <3.–[4]Medium-high level: lifetime average level >3.

ALX-EXP-77-000567

TABLE II – DISTRIBUTION OF FORMALDEHYDE EXPOSURE VARIABLES AMONG CASES AND CONTROLS

| Formaldehyde exposure | Squamous-cell carcinomas | | | | Adenocarcinomas | | | | Others | | | | Controls | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Males | | Females | | Males | | Females | | Males | | Females | | Males | | Females | |
| None | 36 | 61.0% | 14 | 77.8% | 7 | 8.5% | 3 | 60% | 10 | 40% | 14 | 82.4% | 204 | 63.8% | 63 | 70.8% |
| Possible | 7 | 11.9% | 2 | 11.1% | 6 | 7.3% | 1 | 20% | 2 | 8% | 1 | 5.9% | 35 | 10.9% | 12 | 13.5% |
| Probable or definite | 16 | 27.1% | 2 | 11.1% | 69 | 84.2% | 1 | 20% | 13 | 52% | 2 | 11.7% | 81 | 25.3% | 14 | 15.7% |
| Average level | | | | | | | | | | | | | | | | |
| ≤2 | 7 | | 1 | | 25 | | 0 | | 5 | | 1 | | 49 | | 8 | |
| 2–3 | 8 | | 0 | | 14 | | 0 | | 4 | | 1 | | 17 | | 3 | |
| >3 | 1 | | 1 | | 30 | | 1 | | 4 | | 0 | | 15 | | 3 | |
| Duration | | | | | | | | | | | | | | | | |
| ≤10 yr | 7 | | 0 | | 8 | | 1 | | 3 | | 1 | | 26 | | 7 | |
| 11–20 yr | 2 | | 1 | | 3 | | 0 | | 4 | | 0 | | 16 | | 2 | |
| 20–30 yr | 3 | | 0 | | 20 | | 0 | | 4 | | 0 | | 17 | | 2 | |
| >30 yr | 4 | | 1 | | 38 | | 0 | | 2 | | 1 | | 22 | | 3 | |
| Cumulative level | | | | | | | | | | | | | | | | |
| ≤30 | 9 | | 0 | | 9 | | 1 | | 5 | | 1 | | 36 | | 7 | |
| 30–60 | 4 | | 1 | | 8 | | 0 | | 4 | | 0 | | 20 | | 2 | |
| >60 | 3 | | 1 | | 52 | | 0 | | 4 | | 1 | | 25 | | 5 | |
| Date of 1st exposure | | | | | | | | | | | | | | | | |
| ≤1944 | 8 | | 1 | | 26 | | 0 | | 1 | | 1 | | 24 | | 2 | |
| 1945–54 | 3 | | 0 | | 34 | | 1 | | 6 | | 0 | | 24 | | 3 | |
| ≥1955 | 5 | | 1 | | 9 | | 0 | | 6 | | 1 | | 33 | | 9 | |
| Age at 1st exposure | | | | | | | | | | | | | | | | |
| ≤15 | 4 | | 1 | | 33 | | 0 | | 1 | | 0 | | 18 | | 0 | |
| 16–20 | 5 | | 0 | | 22 | | 0 | | 5 | | 2 | | 25 | | 8 | |
| >20 | 7 | | 1 | | 14 | | 1 | | 7 | | 0 | | 38 | | 6 | |

response relationship for adenocarcinomas. None of the odds-ratios were significantly above 1.

Adjustment for usual cigarette use or for smoking history did not change the results presented in Table I.

Table II gives the distribution of cases and controls according to the different formaldehyde exposure variables. Formaldehyde exposure was relatively frequent among study subjects. Among males, 36.2% of the controls and 54.8% of the cases were considered to have had a potential exposure to formaldehyde. Exposure was only slightly more frequent among squamous-cell carcinomas than among controls. On the other hand, for adenocarcinomas and, to a lesser extent, for tumors of other histologic types, many more cases than controls had been exposed to formaldehyde. The proportion of subjects with at least one probable or definite exposure was higher among exposed cases than among exposed controls.

Although formaldehyde was the second most common exposure among females (25% of the cases and 29.2% of the controls), the numbers of exposed cases were small, which made the evaluation of dose-response relationships difficult.

Odds-ratio estimates for formaldehyde exposure and squamous-cell carcinomas among males are shown in Table III. Odds-ratios were adjusted for exposure to wood dust and to glues. None of the exposure variables were significant and the highest odds-ratio was below 1.5. The risk increased slightly with the lifetime average level of exposure, and was higher for those exposed before 1944, but odds-ratios decreased when the duration and the cumulative level of exposure increased.

Wood dust exposure was strongly related to nasal adenocarcinoma. Table IV shows the distribution of exposure to wood dust and formaldehyde among male adenocarcinoma patients and controls. Since almost all cases exposed to formaldehyde were also exposed to wood dust, a study of an independent effect of formaldehyde on the risk of adenocarcinoma was difficult. By combining exposure categories it was, however, possible to estimate, despite some lack of precision, separate and joint relative risks, after exposure to formaldehyde and wood dust (Table V). For those with no or low exposure to

TABLE III – ODDS RATIOS[1] (OR) ASSOCIATED WITH FORMALDEHYDE EXPOSURE AMONG MEN: SQUAMOUS-CELL CARCINOMAS

| Formaldehyde exposure | OR | 95% CI[2] |
|---|---|---|
| None | 1 | |
| Possible | 0.96 | 0.38–2.42 |
| Probable or definite | | |
| Average level | | |
| <2 | 0.70 | 0.28–1.73 |
| >2 | 1.32 | 0.54–3.24 |
| Duration | | |
| ≤20 yr | 1.09 | 0.48–2.50 |
| >20 yr | 0.76 | 0.29–2.01 |
| Cumulative level | | |
| ≤30 | 1.26 | 0.54–2.94 |
| >30 | 0.68 | 0.27–1.75 |
| Date of 1st exposure | | |
| <1944 | 1.47 | 0.58–3.71 |
| ≥1945 | 0.66 | 0.27–1.64 |
| Age at 1st exposure | | |
| ≤15 | 1.08 | 0.32–3.60 |
| 16–20 | 0.98 | 0.34–2.85 |
| >20 | 0.85 | 0.33–2.17 |

[1]Adjusted for age (≤55, 56–65, >65), exposure to wood dust (none or possible, probable or definite), exposure to glues and adhesives (none or possible, probable or definite).–[2]Confidence interval.

wood dust, the relative risk estimate associated with formaldehyde exposure, although elevated, was not significantly above 1. It should be noted that there were only 4 exposed cases in this group, of which 2 had only possible exposure. For those unexposed to formaldehyde, a significant excess risk of 130 associated with exposure to wood dust was observed. The joint effect of formaldehyde and wood dust was also estimated, with an odds-ratio of 692. The use of different combinations for exposure categories gave similar results, i.e., no significant

ALX-EXP-77-000568

TABLE IV – DISTRIBUTION OF EXPOSURE TO FORMALDEHYDE AND WOOD DUST, AMONG ADENOCARCINOMA CASES AND CONTROLS (MEN)

| Wood dust exposure | Exposure to formaldehyde | Adenocarcinoma cases | Controls |
|---|---|---|---|
| None or possible | None | 1 | 170 |
|  | Possible | 2 | 27 |
|  | Probable | 0 | 52 |
| Probable or definite, low level[1] | None | 0 | 25 |
|  | Possible | 0 | 5 |
|  | Probable | 2 | 12 |
| Probable or definite, medium-high level[2] | None | 6 | 9 |
|  | Possible | 4 | 3 |
|  | Probable | 67 | 17 |

[1]Lifetime average level ≤ 3. – [2]Lifetime average level > 3.

TABLE V – SEPARATE AND JOINT ODDS-RATIOS (OR) AMONG MEN FOR ADENOCARCINOMAS, EXPOSURE TO WOOD DUST AND FORMALDEHYDE

|  |  | Wood dust exposure | |
|---|---|---|---|
|  |  | None or low[2] | Medium to high[3] |
| Formaldehyde exposure | No | n[4] = 1<br>OR = 1 | n = 6<br>OR[5] = 130<br>(14.2–1191)[6] |
|  | Yes[1] | n = 4<br>OR = 8.1<br>(0.9–72.9) | n = 71<br>OR = 692<br>(91.9–5210) |

[1]Possible, probable or definite exposure to any level. – [2]No exposure, possible exposure, probable or definite exposure to low levels (lifetime average level ≤ 3). – [3]Probable or definite exposure to medium-high levels (lifetime average level > 3). – [4]Number of exposed cases. – [5]Age-adjusted odds-ratio (≤ 55, 56–65, > 65). – [6]95% confidence interval.

TABLE VI – ODDS RATIOS (OR) ASSOCIATED WITH FORMALDEHYDE EXPOSURE AMONG MEN IN GROUP WITH MEDIUM OR HIGH LEVEL OF EXPOSURE TO WOOD DUST[1]

| Formaldehyde exposure | Adenocarcinomas | | | |
|---|---|---|---|---|
|  | Number of cases | Number of controls | OR[2] | 95% CI[3] |
| None | 6 | 9 | 1 |  |
| Possible | 4 | 3 | 1.28 | 0.16–10.42 |
| Probable or definite |  |  |  |  |
| Average level |  |  |  |  |
| ≤ 2 | 24 | 8 | 4.15 | 0.96–17.84 |
| > 2 | 43 | 9 | 5.33 | 1.28–22.20 |
| Duration |  |  |  |  |
| ≤ 20 yr | 10 | 7 | 1.03 | 0.18–5.77 |
| > 20 yr | 57 | 10 | 6.86 | 1.69–27.80 |
| Cumulative level |  |  |  |  |
| ≤ 30 | 8 | 5 | 1.13 | 0.19–6.90 |
| 30–60 | 7 | 3 | 2.66 | 0.38–18.70 |
| > 60 | 52 | 9 | 6.91 | 1.69–28.23 |
| Date of 1st exposure |  |  |  |  |
| ≤ 1944 | 26 | 6 | 6.02 | 1.18–30.69 |
| ≥ 1945 | 41 | 11 | 4.26 | 1.06–17.20 |
| Age at 1st exposure |  |  |  |  |
| ≤ 15 | 32 | 3 | 9.99 | 1.85–54.01 |
| 16–20 | 22 | 7 | 4.12 | 0.95–17.81 |
| > 20 | 13 | 7 | 2.74 | 0.58–13.02 |

[1]Probable or definite exposure to wood dust with a lifetime average level > 3. – [2]Adjusted for age (≤ 55, 56–65, > 65) and exposure to glues and adhesives in 2 categories: none, possible, probable or definite with a lifetime average level ≤ 3 vs. probable or definite with a lifetime average level > 3. – [3]Confidence interval.

TABLE VII – ODDS RATIOS (OR) ASSOCIATED WITH FORMALDEHYDE EXPOSURE AMONG MEN

| Formaldehyde exposure | Other histologic types | |
|---|---|---|
|  | OR[1] | 95% CI[2] |
| None | 1 |  |
| Possible | 0.81 | 0.15–4.36 |
| Probable or definite |  |  |
| Average level |  |  |
| ≤ 2 | 1.67 | 0.51–5.42 |
| > 2 | 3.04 | 0.95–9.70 |
| Duration |  |  |
| ≤ 20 yr | 2.82 | 0.94–8.43 |
| > 20 yr | 1.62 | 0.48–5.51 |
| Cumulative level |  |  |
| ≤ 30 | 2.18 | 0.65–7.31 |
| > 30 | 2.21 | 0.73–6.73 |
| Date of 1st exposure |  |  |
| ≤ 1954 | 0.48 | 0.05–4.35 |
| ≥ 1955 | 3.27 | 1.15–9.33 |
| Age at 1st exposure |  |  |
| ≤ 20 | 2.03 | 0.63–6.54 |
| > 20 | 2.36 | 0.76–7.33 |

[1]Adjusted for age (< 55, 56–65, > 65), exposure to wood dust (none or possible, probable or definite) and exposure to glues (none or possible, probable or definite). – [2]Confidence interval.

effect of formaldehyde in the absence of wood dust, and a higher risk among those exposed to both wood dust and formaldehyde than among those exposed to wood dust alone.

The effect of level and duration of formaldehyde exposure could only be examined in those exposed to medium or high levels of wood dust. Results are presented in Table VI. In addition, odds-ratios were adjusted for exposure to glues and adhesives. The odds-ratio associated with possible exposure to formaldehyde was not significantly above 1. When restricted to probable or definite exposures, the risk estimate was significantly elevated for the highest exposure category for average level, duration and cumulative level of exposure. The odds-ratios increased with the level and duration of exposure, and were consistent with a dose-response relationship. No clear effect of the calendar period could be shown. On the other hand, the lower the age at first exposure, the higher the associated odds-ratio was found to be.

For the other histologic types, there was a limited indication of an increased risk related to formaldehyde exposure (Table VII). The only significantly elevated risk was found for those who had been exposed for the first time after 1955. Although the risk estimates associated with the average level of exposure increased from the intermediate to the highest category, there was no evidence of a dose-response relationship for the other exposure variables.

Because of the small numbers, formaldehyde exposure could not be examined in women in a detailed manner. The odds-ratios associated with any exposure to formaldehyde were 0.66 (95% CI = 0.20–2.22) for squamous-cell carcinomas, 1.70 (95% CI = 0.27–10.90) for adenocarcinomas, and 0.53 (95% CI = 0.14–2.00) for other histologic types. No significant increase in risk with increase in probability of exposure was noted.

The same calculations were done, for men and women, taking into account a 15-year induction period. The risk estimates, although in general higher, changed only marginally. When adjusted for the usual amount of cigarettes smoked

ALX-EXP-77-000569

TABLE VIII – ODDS RATIOS (OR) ASSOCIATED WITH EXPOSURE TO GLUES AND ADHESIVES (MEN)

| Exposure to glues and adhesives | OR[1] adjusted for exposure to | | |
|---|---|---|---|
| | Paints, lacquers and varnishes[4] | Formaldehyde[5] | Wood dust[6] |
| **Squamous-cell carcinomas** | | | |
| Probable or definite, low level[2] | 1.7 (0.6–4.3) | 1.5 (0.6–3.7) | 1.5 (0.6–3.7) |
| Probable or definite, medium-high level[3] | 2.3 (0.9–6.3) | 2.1 (0.8–5.3) | 2.1 (0.8–5.6) |
| **Adenocarcinomas** | | | |
| Probable or definite, low level | 20.0 (7.2–55.3) | 12.6 (4.5–34.9) | 8.7 (2.7–28.4) |
| Probable or definite, medium-high level | 88.2 (32.7–237.8) | 51.2 (19.0–138.0) | 11.9 (4.0–35.6) |
| **Other** | | | |
| Probable or definite, low level | 2.1 (0.6–7.5) | 1.8 (0.5–6.1) | 2.4 (0.7–7.9) |
| Probable or definite, medium-high level | 4.6 (1.4–14.6) | 3.8 (1.2–11.7) | 5.7 (1.7–18.4) |

[1]95% confidence interval in parentheses.–[2]Lifetime average level ≤3.–[3]Lifetime average level >3.–[4]In 2 categories: none or possible, probable or definite.–[5]In 3 categories: none, possible, probable or definite.–[6]In 2 categories: none or possible, probable or definite except for adenocarcinomas: none, possible, probable or definite with a lifetime average level ≤3 vs. probable or definite with a lifetime average level >3.

or for the number of pack-years, the odds-ratios associated with exposure to formaldehyde were not substantially modified.

In addition, concerning the other occupational exposures, it is worth noting that the odds-ratios associated with exposure to glues and adhesives remained elevated, for the 3 histologic categories, after controlling for exposure to paints, varnishes, lacquers, formaldehyde and wood dust (Table VIII). On the other hand, the associations between sinonasal cancer and exposure to paints, varnishes and lacquers became non-significant after adjustment for exposure to glues and adhesives.

## DISCUSSION

Because of the rarity of nasal cancer, case-control studies are more suitable than cohort studies to detect excesses in risk for these tumors and allow various confounding factors to be taken into account. However, case-control studies involve a retrospective assessment of occupational exposures, which may be less accurate than that which could be obtained in cohorts of industrial workers. The retrospective assessment is particularly problematic for formaldehyde exposure, which may occur in a large range of occupations and industries.

The results from 4 case-control studies, planned to study the association between formaldehyde and nasal cancer, have been reported (Olsen et al., 1984; Olsen and Asnaes, 1986; Hayes et al., 1986; Vaughan et al., 1986; Roush et al., 1987). In these studies, the assessment of exposure to formaldehyde was almost entirely based on job titles. In the present study, although exposure codings were also founded on expert judgements, the procedure was a case-by-case assessment, based on a detailed description of the jobs and using a supplemental questionnaire, specially designed for this purpose. The average number of jobs reported by cases (3.3) and controls (3.0) was similar, indicating a comparable quality of the occupational data collected. Since the expert was not aware of the case-control status, potential misclassifications would be non-differential, and would tend to bias the odds-ratios towards 1.

Smoking is a potential confounder (Hayes et al., 1987). In the present study, adjustment for smoking only slightly changed the risk estimates. Since a number of other occupational and non-occupational factors were examined and controlled when necessary, confounding does not appear to be the major problem in this study, although the confounding effect of unknown risk factors could never be eliminated.

Cancer in various sites among hospital controls may be associated with the exposures under study, but it is unlikely that such associations seriously bias the results, since the proportion of each cancer site was low. Furthermore, the distribution of formaldehyde exposure did not differ between the sites. The procedure used for the selection of the second control set may entail overmatching. However, odds-ratios were calculated separately for each control series. Despite the loss of precision, these estimations led to similar results, which increases the reliability of the observed associations.

In this study, no association was found between occupational exposure to formaldehyde and squamous-cell carcinomas of the sinonasal cavities. Only 2 studies gave estimates for the risk of squamous-cell carcinoma related to formaldehyde. Olsen and Asnaes (1986) found a relative risk of 2.3, after adjustment for wood dust exposure. In the study of Hayes et al. (1986), 2 independent assessments were used, yielding relative risks of 3 (assessment A) and 2 (assessment B) in subjects with no or low wood dust exposure.

Vaughan et al. (1986) and Roush et al. (1987) reported no association with sinonasal cancer, without distinguishing between histologic types, but Vaughan notified that the cases were primarily squamous-cell carcinomas, which is consistent with the present findings. Using 95% confidence limits, our risk estimates are however compatible with 2- or 3-fold increases in risk. These negative results could be explained by lack of power. However, although odds-ratios increased slightly with average levels of exposure, the decrease of risk with duration and cumulative level of exposure are not in favor of a causal interpretation.

Our study confirmed the association between nasal adenocarcinoma and exposure to wood dust. The number of adenocarcinomas was much higher than in other studies. The high proportion of adenocarcinomas is unlikely to proceed from selection bias, since the proportion is of the same order in all recruitment hospitals, and among non-interviewed cases. It

ALX-EXP-77-000570

might be due to a special situation in France with respect to woodwork.

In spite of this high number of adenocarcinomas, the association with wood dust was so strong that it was nearly impossible to assess an independent effect of formaldehyde. Estimates of separate and joint odds-ratios should be interpreted with caution. The data in the present study did not allow us to provide a meaningful estimate of the risk associated with formaldehyde in the group with no or low exposure to wood dust. Nevertheless, they indicated an interaction between formaldehyde and wood dust, as seemed to be the case in the only study which reported the risk of nasal adenocarcinoma relative to formaldehyde (Olsen and Asnaes, 1986). In our study, among subjects exposed to medium or high levels of wood dust, the risk of adenocarcinoma associated with exposure to formaldehyde increased significantly. The odds-ratios were consistently elevated for any formaldehyde exposure variable, with an indication of a dose-response relationship. Hayes et al. (1986) did not find such a relationship for the adenocarcinomas in the moderate-to-high wood dust exposure group, but they had only 18 cases in this category.

An interaction between formaldehyde and wood dust is plausible, since the action of wood dust, by impairing the nasal mucosa, might enhance the effect of formaldehyde. However, the frequency and severity of histological changes in the nasal mucosa were not found to be higher in workers exposed to formaldehyde and wood dust than in workers exposed only to formaldehyde (Edling et al., 1988; Holmström et al., 1989). In the present study, a possible confounding effect of wood dust could not be excluded, as even for medium or high wood dust exposures, cases had been exposed to higher levels than controls. In order to reduce this residual confounding, we included in the logistic model presented in Table VI a dichotomic variable for wood dust exposure (average level: [3–5]; >5). The risk estimates were unchanged. It was not possible to carry out a more precise adjustment for wood dust, since almost all cases were exposed to the highest levels, while controls had rather moderate exposures.

Approximately 2-fold increases in risk, associated with formaldehyde exposure variables, were noted for sinonasal tumors of other histologic types. This could suggest an effect of formaldehyde for this group, but most of the odds-ratios were non-significant, and no clear dose-response effect was observed. These findings are hardly interpretable, because of the small numbers and the diversity of the histologic types in this category.

Other occupational exposures were also examined.

No association between nasal cancer and leather dust was found, although a non-significant increase in risk was noted for squamous-cell carcinomas. In previous reports (Merler et al., 1986) the risk was most strongly associated with adenocarcinomas, but the number of exposed subjects was too small in the present study to give relevant information.

Exposure to nickel and chromium compounds, including hexavalent chromium, was not related to the risk of sinonasal cancer. The association between sinonasal cancer and nickel compounds encountered in the nickel-refining industry is well known (Doll et al., 1990). Excesses of nasal cancer were observed among chromate production workers by Davies et al. (1991). No workers in this study had worked in nickel refining, or in chromate production. The situations involving exposure to nickel and chromium (often simultaneously) were mainly stainless-steel welding, spray painting of metals and car-painting. The exposure levels were relatively low, which may explain the absence of an association. However, Hernberg et al. (1983) studied nickel and chromium exposure arising from comparable occupations, and noted excesses in risk of nasal cancer for "welding, flame-cutting and soldering", chromium and nickel, but other authors did not confirm these findings. In the present study the risks related to exposure to welding or soldering fumes were not increased, although a non-significant excess for medium-high levels of exposure to soldering fumes was observed for squamous-cell carcinomas. Soldering operations do not involve exposure to nickel or chromium compounds, but soldering fumes contain several aldehydes, including formaldehyde.

In a previous report from this study (Luce et al., 1992), excesses in risk of squamous-cell carcinomas observed for bakers and miners were presented. The increases in risk associated with exposure to flour dust and to coal dust in the present study may explain these associations, which are consistent with the findings of Acheson et al. (1981) and Malker et al. (1986).

The risk of sinonasal cancer was elevated among women who had been exposed to textile dust. Associations between nasal cancer and textile work have been previously reported (Acheson et al., 1981; Brinton et al., 1985; Malker et al., 1986; Ng, 1986), and Brinton et al. (1985) noted a higher risk among those with heavy dust exposure. No association was found in men, which could be due to the higher frequency of exposure in women. Men and women may also have been exposed to different textile fibers. In several studies a large proportion of cases was exposed to cotton (Brinton et al., 1985). A more thorough analysis, distinguishing between the various types of textile, may help in interpreting these findings.

This study indicates an increased risk among those who had been exposed to glues and adhesives. The association was noted for the 3 histologic subgroups, and was not explained by a confounding effect of wood dust, even though residual confounding could not be excluded for adenocarcinomas. Olsen et al. (1984) noted an excess risk of sinonasal cancer with exposure to paint, lacquer and glue. In the present study, exposures to "paints, varnishes and lacquers" and to "glues and adhesives" were evaluated separately, and the increased risk was limited to those exposed to glues. Glues and adhesives may contain a number of products, including formaldehyde. However, the risks remained elevated after adjustment for formaldehyde. Another substance might have an independent effect. As the different compounds were not differentiated in the exposure assessment, and because subjects were in any case exposed to various kinds of glues concurrently, no specific carcinogenic agent could be identified.

This study does not provide conclusive evidence of an independent effect of formaldehyde, but suggests that exposure to both wood dust and formaldehyde may increase the risk of adenocarcinomas of the sinonasal cavities, by comparison with the risk due to wood dust alone.

Because of the strong association between wood dust exposure and nasal adenocarcinoma, future studies should be of substantial size to assess a separate influence of exposure to formaldehyde.

In addition, since an association between nasal cancer and exposure to glues and adhesives was indicated, further studies taking into account the different compounds, would be helpful in identifying the potential carcinogenic agents.

## ACKNOWLEDGEMENTS

This study would not have been possible without the cooperation of the following hospitals and clinicians: Bordeaux: Hôpital des enfants (Prof. L. Truissac); Centre Hospitalier Pellegrin-Tripode (Dr. D. Stoll); Fondation Bergonié (Dr. J.L. Renaud-Salis, Dr. A. Faucher); Hôpital St André (Dr. H. Demeaux). Caen: Centre François-Baclesse (Dr. F.

ALX-EXP-77-000571

Blanchet). *Lille:* CHR-Hôpital régional (Dr. D. Chevalier); Centre Oscar Lambret (Dr. J.L. Lefebvre); CHR-Hôpital B (Prof. A. Desaulty). *Lyon:* Hôpital de la Croix-Rousse (Prof. J. Gaillard); Centre Léon Bérard (Dr. B. Gignoux). *Nancy:* Hôpital de Brabois (Dr. A. Brunet); CHR (Dr. R. Beurton). *Strasbourg:* Centre Paul Strauss (Prof. G. Methlin); Clinique Ste Barbe; Hôpital Hautepierre (Prof. O. Klotz); CHR (Prof. C. Conraux). *Nantes:* Hôtel Dieu (Prof. C. Beauvillain). *Paris:* Institut Curie (Dr. J. Brugère); Hôpital Boucicaut (Dr. F. Ngo); Hôpital Claude Bernard (Prof. P. Gehanno); CHI de Créteil (Dr. J.M. Juvanon); Centre René-Huguenin, Saint-Cloud (Dr. E. Mahé); CHI de Montfermeil (Dr. C. Peytral); Institut Gustave-Roussy, Villejuif (Dr. G. Schwaab). *Toulouse:* CHU Toulouse-Rangueil (Prof. J.J. Pessey); Centre Claudius Regaud, CRAC (Prof. N. Daly). *Tours:* CHRU, Hôpital Bretonneau (Prof. P. Beutter). Interviews were carried out by: Drs. M.J. d'Alché-Gautier, M.F. Arquillière, B. Bonnet, P. Cattiau, N. Contour, D. Dupas, I. Gibert, G. Hansmaennel, M. Isaïri, Y. Iwatsubo, P. Lecourtois, C. Monnin, J. Nonatel, C. Rogier, B. Trombert, D. Von Seckendorff.

## REFERENCES

ACHESON, E.D., COWDELL, R.H. and RANG, E.H., Nasal cancer in England and Wales: an occupational survey. *Brit. J. indust. Med.*, 38, 218–224 (1981).

BLAIR, A., SARACCI, R., STEWARD, P.A., HAYES, R.B. and SHY, C., Epidemiologic evidence of the relationship between formaldehyde exposure and cancer. *Scand. J. Work environ. Hlth*, 16, 381–393 (1990).

BRESLOW, N.E. and DAY, N.E., *Statistical methods in cancer research. Vol. I: The analysis of case-control studies.* IARC, Lyon (1980).

BRINTON, L., BLOT, W.J. and FRAUMENI, J.F., Nasal cancer in the textile and clothing industries. *Brit. J. indust. Med.*, 42, 469–474 (1985).

DAVIES, J.M., EASTON, D.F. and BIRDSTRUP, P.L., Mortality from respiratory cancer and other causes in United Kingdom chromate production workers. *Brit. J. indust. Med.*, 48, 299–313 (1991).

DOLL, R., ANDERSEN, A., COOPER, W.C., COSMATOS, I., CRAGLE, D.L., EASTON, D., ENTERLINE, P., GOLDBERG, M., METCALFE, L., NORSETH, T., PETO, J., RIGAUT, J.P., ROBERTS, R., SEILKOP, S., SHANNON, H., SPIZER, F., SUNDERMAN, F.W., THORNHILL, P., WARNER, J.S., WEGLO, J. and WRIGHT, M., Report of the International Committee on Nickel carcinogenesis in man. *Scand. J. Work environ. Hlth*, 16, 1–82 (1990).

EDLING, C., HELLQUIST, H. and ODKVIST, L., Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa. *Brit. J. indust. Med.*, 45, 761–765 (1988).

GÉRIN, M. and SIEMIATYCKI, J., The occupational questionnaire in retrospective epidemiologic studies: recent approaches in community-based studies. *Appl. occup. environ. Hyg.*, 6, 495–501 (1991).

GÉRIN, M., SIEMIATYCKI, J., KEMPER, H. and BÉGIN, D., Obtaining occupational exposure histories in epidemiologic case control studies. *J. occup. Med.*, 27, 420–426 (1985).

HAYES, R.B., KARDAUN, J.W.P.F. and DE BRUYN, A., Tobacco use and sinonasal cancer: a case-control study. *Brit. J. Cancer*, 56, 843–846 (1987).

HAYES, R.B., RAATGEVER, J.W., DE BRUYN, A. and GÉRIN, M., Cancer of the nasal cavity and paranasal sinuses and formaldehyde exposure. *Int. J. Cancer*, 37, 487–492 (1986).

HERNBERG, S., WESTERHOLM, P., SCHULTZ-LARSEN, K., DEGERTH, R., KUOSMA, E., ENGLUND, A., ENGZELL, U., HANSEN, H.S. and MUTANEN, P., Nasal and sinonasal cancer connection with occupational exposures in Denmark, Finland and Sweden. *Scand. J. Work environ. Hlth*, 9, 315–326 (1983).

HOLMSTRÖM, M., WILHELMSSON, B., HELLQUIST, H. and ROSEN, G., Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and in combination with wood dust. *Acta Otolaryngol.*, 107, 120–129 (1989).

International Agency for Research on Cancer, C. Muir, J. Waterhouse, T. Mack, J. Powell and S. Whelan (eds.), *Cancer incidence in five continents*, Vol. V, IARC, Lyon (1987a).

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER. *IARC Monographs: Evaluation of carcinogenic risks to humans.* Suppl. 7, pp. 211–216. IARC, Lyon (1987b).

KERNS, W.D., PAVKOV, K.L., DONOFRIO, D.J., GRALLA, E.J. and SWENBERG, J.A., Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. *Cancer Res.*, 43, 4382–4392 (1983).

LECLERC, A. and LUCE, D., Occupational factors of sinonasal cancers. In: A. Hirsh, M. Goldberg, J.P. Martin and R. Masse (eds.), *Prevention of respiratory diseases. Section I. Occupational diseases.* Marcel Decker, New York (1992) (In press).

LUCE, D., LECLERC, A., MORCET, J.F., CASAL-LAREO, A., GÉRIN, M., BRUGÈRE, J., HAGUENOER, J.M. and GOLDBERG, M., Occupational risk factors for sinonasal cancer: a case-control study in France. *Amer. J. indust. Med.*, 21, 163–175 (1992).

MALKER, H.S.R., McLAUGHLIN, J.K., BLOTT, W.J., WEINER, J.A., MALKER, B.K., ERICSSON, J.L.E. and STONE, B.J., Nasal cancer and occupation in Sweden, 1961–1979. *Amer. J. indust. Med.*, 9, 477–485 (1986).

MERLER, E., BALDASSERONI, A., LARIA, R., FARAVELLI, P., AGOSTINI, R., PISA, R. and BERRINO, F., On the causal association between exposure to leather dust and nasal cancer: further evidence from a case-control study. *Brit. J. indust. Med.*, 43, 91–95 (1986).

NG, T.P., A case-referent study of cancer of the nasal cavity and sinuses in Hong Kong. *Int. J. Epidemiol.*, 15, 171–175 (1986).

OLSEN, J.H. and ASNAES, S., Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities. *Brit. J. indust. Med.*, 43, 769–774 (1986).

OLSEN, J.H., JENSEN, S.P., HINK, M., FAURBO, K., BREUM, N. and JENSEN, O.M., Occupational formaldehyde exposure and increased nasal cancer risk in man. *Int. J. Cancer*, 34, 639–644 (1984).

ROUSH, G.C., WALRATH, J., STAYNER, L.T., KAPLAN, S.A., FLANNERY, J.T. and BLAIR, A., Nasopharyngeal cancer, sinonasal cancer and occupations related to formaldehyde: a case-control study. *J. nat. Cancer Inst.*, 79, 1221–1224 (1987).

SWENBERG, J.A., KERNS, W.D., MITCHELL, R.I., GRALLA, E.J. and PAVKOV, K.L., Induction of squamous cell carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor. *Cancer Res.*, 40, 3398–3402 (1980).

VAUGHAN, T.L., STRADER, C., DAVIS, S. and DALING, J.R., Formaldehyde and cancers of the pharynx, sinus and nasal cavity. I. Occupational exposure. *Int. J. Cancer*, 38, 677–683 (1986).

ALX-EXP-77-000572