# Exhibit 14

# TOXICOLOGICAL PROFILE FOR FORMALDEHYDE

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Public Health Service
Agency for Toxic Substances and Disease Registry

July 1999

response data for nasal tumors in rats exposed to high concentrations of formaldehyde to extrapolate to human cancer risk at low exposure concentrations, using rates of DNA-protein cross links in target tissue as a measure of delivered dose. Relationships between formaldehyde air concentrations and rates of formation of DNA-protein cross links in nasal epithelial tissue of rats (Casanova et al. 1989) or of Rhesus monkeys (Casanova et al. 1991; Heck et al. 1989) and adjustments to continuous exposure were used to calculate lifetime human cancer unit risk estimates of $3.3 \times 10^{-4}$ per ppm formaldehyde based on the monkey data, and $2.8 \times 10^{-3}$ per ppm formaldehyde based on the rat data. EPA (1987d, 1991a; IRIS 1999) did not derive a cancer risk estimate for oral exposure to formaldehyde. EPA and CIIT (CIIT 1998) are currently working on options to derive new estimates of cancer risk in humans exposed by inhalation using CFD models of nasal airflow and uptake of formaldehyde in rats, monkeys, and humans; pharmacokinetic models of nasal tissue disposition of formaldehyde; and two-stage clonal growth cancer models incorporating data on cellular proliferation rates.

## 2.6 CHILDREN'S SUSCEPTIBILITY

This section discusses potential health effects from exposures during the period from conception to maturity at 18 years of age in humans, when all biological systems will have fully developed. Potential effects on offspring resulting from exposures of parental germ cells are considered, as well as any indirect effects on the fetus and neonate due to maternal exposure during gestation and lactation. Relevant animal and *in vitro* models are also discussed.

Children are not small adults. They differ from adults in their exposures and may differ in their susceptibility to hazardous chemicals. Children's unique physiology and behavior can influence the extent of their exposure. Exposures of children are discussed in Section 5.6 Exposures of Children.

Children sometimes differ from adults in their susceptibility to hazardous chemicals, but whether there is a difference depends on the chemical (Guzelian et al. 1992; NRC 1993). Children may be more or less susceptible than adults to health effects, and the relationship may change with developmental age (Guzelian et al. 1992; NRC 1993). Vulnerability often depends on developmental stage. There are critical periods of structural and functional development during both prenatal and postnatal life and a particular structure or function will be most sensitive to disruption during its critical period(s). Damage may not be evident until a later stage of development. There are often differences in pharmacokinetics and metabolism between children and adults. For example, absorption may be different in neonates

because of the immaturity of their gastrointestinal tract and their larger skin surface area in proportion to body weight (Morselli et al. 1980; NRC 1993); the gastrointestinal absorption of lead is greatest in infants and young children (Ziegler et al. 1978). Distribution of xenobiotics may be different; for example, infants have a larger proportion of their bodies as extracellular water and their brains and livers are proportionately larger (Altman and Dittmer 1974; Fomon 1966; Fomon et al. 1982; Owen and Brozek 1966; Widdowson and Dickerson 1964). The infant also has an immature blood-brain barrier (Adinolfi 1985; Johanson 1980) and probably an immature blood-testis barrier (Setchell and Waites 1975). Many xenobiotic metabolizing enzymes have distinctive developmental patterns and at various stages of growth and development, levels of particular enzymes may be higher or lower than those of adults and sometimes unique enzymes may exist at particular developmental stages (Komori 1990; Leeder and Kearns 1997; NRC 1993; Vieira et al. 1996). Whether differences in xenobiotic metabolism make the child more or less susceptible also depends on whether the relevant enzymes are involved in activation of the parent compound to its toxic form or in detoxification. There may also be differences in excretion, particularly in the newborn who has a low glomerular filtration rate and has not developed efficient tubular secretion and resorption capacities (Altman and Dittmer 1974; NRC 1993; West et al. 1948). Children and adults may differ in their capacity to repair damage from chemical insults. Children also have a longer lifetime in which to express damage from chemicals; this potential is particularly relevant to cancer.

Certain characteristics of the developing human may increase exposure or susceptibility while others may decrease susceptibility to the same chemical. For example, the fact that infants breathe more air per kilogram of body weight than adults may be somewhat counterbalanced by their alveoli being less developed, so there is a disproportionately smaller surface area for absorption (NRC 1993).

Whereas there are numerous studies of adults occupationally exposed to formaldehyde and exposed under acute controlled conditions, data regarding the toxicological properties of formaldehyde in children are limited. Nevertheless, the same type of effects that occur in adults are expected to occur in children (e.g., damage in portal-of-entry tissues at exposure levels that exceed tissue detoxification mechanisms). Symptoms expected to occur in children include eye, nose, and throat irritation from exposure to airborne concentrations between 0.4 and 3 ppm, and dermal irritation from exposure to dermal contact with liquids containing more than 2% formaldehyde. Given the water-soluble and reactive nature of formaldehyde and the apparent ubiquity of rapid cellular metabolism of formaldehyde, it is expected that the irritant effects of formaldehyde would be restricted in children, as in adults, to portals-of-entry, although no

information was located comparing rates of formaldehyde metabolism in children's tissues with rates in adult tissues, either in humans or animals. However, studies of adult humans or rats exposed for short periods to air concentrations of 1.9 ppm or 14.4 ppm, respectively (Heck et al. 1985), and monkeys exposed to 6 ppm for up to 4 weeks (Casanova et al. 1988) found no appreciable changes in circulating blood levels of formaldehyde; these results are consistent with the protective action of rapid metabolism of formaldehyde in portal-of-entry tissues. The developing fetus or nursing infant would be expected to be protected from exposure to formaldehyde (via inhalation, oral, and dermal contact) by the pregnant or breast-feeding mother. Studies of animals exposed during pregnancy to formaldehyde in air (Martin 1990; Saillenfait et al. 1989), in the diet or by gavage (Hurni and Ohder 1973; Marks et al. 1980), or on the skin (Overman 1985) have found no distinct or consistent effects on fetal development, even at exposure levels that produced severe maternal toxicity (e.g., Marks et al. 1980).

Two studies were available providing suggestive evidence that children may be more sensitive than adults to the irritant properties of airborne formaldehyde (Krzyzanowski et al. 1990; Wantke et al. 1996a). Krzyzanowski et al. (1990) questioned a group of 298 children (aged 6–15 years) and 613 adults concerning respiratory symptoms, measured PEFR during evenings and mornings for up to 14 days, and made measurements of household air concentrations of formaldehyde in several rooms of 202 houses. Preliminary reports of this study were published in an earlier report (Quackenboss et al. 1989). Bedroom air concentrations were ≤0.040 ppm for more than 80% of the subjects, between 0.04 and 0.06 ppm for about 8–10% of the subjects, and greater than 0.06 ppm in about 3% of children and 6% of adults in the study. A few cases were measured with air concentrations exceeding 0.09 ppm, with a maximum value of 0.14 ppm. Regression analysis found no significant relationship between exposure category of children and prevalence rates of subjectively reported respiratory symptoms, but physician-diagnosed chronic bronchitis or asthma prevalence rates were elevated in children with household air concentrations greater than 0.06 ppm, especially in households with environmental tobacco smoke. In adults, neither respiratory symptoms or physician-diagnosed chronic bronchitis or asthma were significantly related to formaldehyde air concentrations. In children, a statistically significant trend for decreasing PEFR values with increasing formaldehyde exposure concentrations was found; the estimated decrease in PEFR associated with 0.06 ppm was 22% compared with mean values for low-level children. In adults, PEFR values (mornings only) were also related to formaldehyde concentrations, but the effect was relatively small; the estimated decrement in adults associated with 0.10 ppm was about 1%.

School children who attended particleboard-paneled classrooms with estimated formaldehyde air concentrations of 0.075, 0.069, and 0.043 ppm reported respiratory tract symptoms consistent with the irritant properties of formaldehyde including rhinitis, cough, nosebleed, and headache (Wantke et al. 1996a). These concentrations are low compared to workplace air concentrations or exposure chamber concentrations associated with irritant symptoms in adults (0.4–3 ppm). Formaldehyde-specific IgE antibodies were detected in serum of 40% of the children. The investigators noted that the elevated levels were not correlated with the number and severity of symptoms, but serum levels and incidence of symptoms decreased in a subgroup of the children 3 months after they were moved to another school with lower air concentration of formaldehyde (0.023–0.029 ppm). As stated earlier when discussing this study, the significance of these findings is uncertain as the reported symptoms were more typical of an irritant response than of asthma-like symptoms that are expected to be mediated through IgE antibodies.

Additional research is necessary to confirm or discard the hypothesis that children may be more susceptible than adults to the irritant effects of formaldehyde and to understand the mechanistic basis of this possible difference.

## 2.7 BIOMARKERS OF EXPOSURE AND EFFECT

Biomarkers are broadly defined as indicators signaling events in biologic systems or samples. They have been classified as markers of exposure, markers of effect, and markers of susceptibility (NAS/NRC 1989).

Due to a nascent understanding of the use and interpretation of biomarkers, implementation of biomarkers as tools of exposure in the general population is very limited. A biomarker of exposure is a xenobiotic substance or its metabolite(s), or the product of an interaction between a xenobiotic agent and some target molecule(s) or cell(s) that is measured within a compartment of an organism (NAS/NRC 1989). The preferred biomarkers of exposure are generally the substance itself or substance-specific metabolites in readily obtainable body fluid(s) or excreta. However, several factors can confound the use and interpretation of biomarkers of exposure. The body burden of a substance may be the result of exposures from more than one source. The substance being measured may be a metabolite of another xenobiotic substance (e.g., high urinary levels of phenol can result from exposure to several different aromatic compounds). Depending on the properties of the substance (e.g., biologic half-life) and environmental conditions (e.g., duration and route of exposure), the substance and all of its metabolites may have left the