# Exhibit 16

# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

In Re: FEMA Trailer Formaldehyde Products Liability Litigation   Videotaped Deposition of Alana Alexander
Case 2:07-md-01873-KDE-MBN Document 2797-16 Filed 08/24/09 Page 3 of 11

Page 322

1      Q.   Okay.  Do you know if this is one
2   of the documents that was stuck on the
3   outside of your unit?
4      A.   I really can't say yes or no.
5      Q.   When you received whatever it was
6   that you received about formaldehyde in
7   travel trailers stuck to your unit, do you
8   remember what it told you?
9      A.   It told me basically about that
10  the irritant -- irritating eyes and
11  everything could possibly be one -- some of
12  the symptoms that you get and it's because
13  of the formaldehyde in the trailer.
14           And that the -- that if somebody
15  already had respiratory or asthmatic
16  problems, that it would either make it more
17  severe or cause them to have more problems,
18  and the fact that you could get some other
19  skin-irritating diseases from it and
20  possibly long-term effects of cancer and
21  stuff maybe.
22     Q.   Do you remember it saying anything
23  about if you have problems, go see a doctor?
24     A.   I don't remember that part.
25     Q.   Do you remember it saying anything

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Alana Alexander
Case 2:07-md-01873-KDE-MBN   Document 2797-16   Filed 08/24/09   Page 4 of 11

Page 393

1  trailer?
2      A.   Yes.
3      Q.   Subpart (c) references plaintiff's
4  mental anguish and emotional distress,
5  including the fear of an increased risk of
6  future serious disease, both in your own
7  case and in the case of your minor son.
8           You actually, in that fact sheet,
9  did raise that you're claiming mental and
10 emotional damage as a result of living in
11 the trailer, correct?
12     A.   Yes.
13     Q.   Okay.  Did you seek any
14 professional help for your mental anguish or
15 emotional distress before April of 2009?
16     A.   No.
17     Q.   Do you remember when you first
18 became a bellwether plaintiff?
19     A.   When I became a what?
20     Q.   Okay.  Do you understand that your
21 case is going to trial in September?
22     A.   Yes.
23     Q.   When were you informed that your
24 case was going to trial in September?
25     A.   The first time I met Bob.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation — Case 2:07-md-01873-KDE-MBN   Document 2797-16   Filed 08/24/09   Page 5 of 11 — Videotaped Deposition of Alana Alexander

Page 394

1     Q.   Do you remember when that was?
2     A.   I don't exactly remember the date.
3     Q.   Do you remember whether it was
4  before Easter?
5     A.   I think it might have been before
6  Easter.  I'm not exactly sure.
7     Q.   Did you seek any treatment after
8  April of this year regarding emotional or
9  mental issues you might have as a result of
10 being in the trailer?
11    A.   No.
12    Q.   You did go see Dr. Shwery?
13    A.   Yes.
14    Q.   Who selected him as a treating
15 psychologist for you?
16    A.   I assume my attorneys.
17    Q.   You were told to go see him?
18    A.   Yes.
19    Q.   Did you have any relationship with
20 Dr. Shwery before you were told to go see
21 him?
22    A.   No.
23    Q.   Were you having any emotional
24 problems that you felt like you needed to
25 have addressed by a psychologist?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation  Videotaped Deposition of Alana Alexander
Case 2:07-md-01873-KDE-MBN   Document 2797-16   Filed 08/24/09   Page 6 of 11

Page 395

1  A. I would say probably, yes, but I
2  talked to my sister a lot.
3  Q. What emotional problems were you
4  having that you felt needed to be addressed?
5  A. It was mostly a feeling of guilt
6  about the situation that I had inadvertently
7  put my children in.
8  Q. How did the feelings of guilt
9  affect your daily life?
10  A. In the beginning, I guess you
11  could say I was a little depressed because I
12  would mostly -- when I am depressed, I clean
13  a lot. And I was cleaning everything and
14  anything I could get my hands on.
15       That's what I did a lot. I talked
16  to them a lot. I mean, I don't cry in front
17  of my children, but when they weren't
18  around, you know, I would have a moment to
19  cry.
20  Q. When did these feelings of guilt
21  first arise?
22  A. Oh, they started way -- they
23  started in Katrina, but they escalated a
24  little more after we got into the trailer.
25  Q. Do you remember speaking to

In Re: FEMA Trailer Formaldehyde Products Liability Litigation   Case 2:07-md-01873-KDE-MBN   Document 2797-16   Filed 08/24/09   Page 7 of 11   Videotaped Deposition of Alana Alexander

Page 396

1   Dr. Ciota?
2       A.   Ciota?
3       Q.   Yes. A psychologist, recently?
4       A.   Yes, I did speak to her.
5       Q.   Okay. Do you remember the things
6   that you told to her?
7       A.   Not really. I only talked to her
8   for about 20 minutes.
9       Q.   Do you feel that the concerns you
10  had about how you took care of your kids and
11  everything else were normal feelings for a
12  parent?
13      A.   No, because normal feelings, I
14  wouldn't have felt those feelings had I
15  known everything. Because had I known what
16  I know now about the trailer, we would not
17  have been in the trailer because I wouldn't
18  knowingly put my children in harm's way.
19      Q.   And you're making that
20  determination based on the assumption that
21  there was a dangerous amount of formaldehyde
22  in the trailer?
23      A.   I would say yes.
24      Q.   Have you attempted to gather any
25  medical information that might establish or

In Re: FEMA Trailer Formaldehyde Products Liability Litigation   Videotaped Deposition of Alana Alexander
Case 2:07-md-01873-KDE-MBN   Document 2797-16   Filed 08/24/09   Page 8 of 11

Page 400

1          But you may answer this one.
2     THE WITNESS:
3          I would still have to say no
4    because I cannot believe, with the limited
5    information that I have, that it's the same
6    in the trailer and the house.
7    EXAMINATION BY MR. GLASS:
8     Q.   Where did you obtain the
9    information that there's a fear of future --
10   an increased risk of future disease for you
11   from living in the trailer?
12    A.   I heard that from the news and
13   when they brought -- when we went to
14   National Jewish, she explained that there
15   could be, you know, possible long-term side
16   effects, especially to Erika, you know, that
17   she's young, and her reproductive system,
18   and Christopher as far as his asthma.
19    Q.   Dr. Pacheco told you that?
20    A.   Yes.
21    Q.   Subparagraph D in paragraph 15 is
22   also asserting mental anguish and emotional
23   distress for your son, Christopher Cooper.
24         I believe on Exhibit 2 on page 5,
25   you changed the --

In Re: FEMA Trailer Formaldehyde Products Liability Litigation   Case 2:07-md-01873-KDE-MBN  Document 2797-16  Filed 08/24/09  Page 9 of 11   Videotaped Deposition of Alana Alexander

Page 403

1   plaintiff in the lawsuit?
2       A.   I really don't know.
3       Q.   How many times has he talked to
4   you about emotional problems, such as the
5   fear of exposure making his asthma worse?
6       A.   I couldn't give you a numerical
7   number on it.  I really don't know.
8       Q.   Is it something that comes up a
9   lot?
10      A.   No, it doesn't come up a lot.
11      Q.   Regarding your own emotional
12  distress or mental anguish, how are you
13  currently feeling?
14      A.   Right now, since we're in the
15  house with my sister, I still think about it
16  often enough because, like I say, with
17  knowing that the formaldehyde, a possibility
18  may have long-term effects, I wonder how
19  they are going to be when they are older and
20  how it will affect them.
21      Q.   Are you going to seek additional
22  treatment for your mental or emotional
23  distress?
24      A.   I'll try.
25      Q.   Do you have appointments to see a

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander
Case 2:07-md-01873-KDE-MBN   Document 2797-16   Filed 08/24/09   Page 10 of 11

Page 404

1    doctor?
2       A.   Not at this time.
3       Q.   So how are you going to try and do
4    that?
5       A.   Well, like I said, my sister is a
6    social worker and our school has social
7    workers, and if they feel they need to talk
8    to them, it's open to them to speak with.
9       Q.   Have you ever spoken to anyone
10   besides your sister, Dr. Shwery and
11   Dr. Ciota?
12      A.   About?
13      Q.   About any anxiety or fears that
14   you attribute to your time in the travel
15   trailer?
16      A.   My best friend, Donna.
17      Q.   Okay.  I'm talking about
18   professionals, have you spoken to anybody,
19   counselors at the school or anybody else?
20      A.   No.
21      Q.   Okay.  With regard to Chris's
22   emotional distress and mental anguish that
23   you have alleged, does it impair his ability
24   to do things in daily life?
25      A.   I would say no.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Case 2:07-md-01873-KDE-MBN   Document 2797-16   Filed 08/24/09   Page 11 of 11    Videotaped Deposition of Alana Alexander

Page 405

1    Q.    Are you aware of him speaking to
2    any school counselors?
3    A.    No, I'm not aware.
4    Q.    Are you aware of him speaking to
5    your sister?
6    A.    No, I'm not aware.
7    Q.    In Part E, "The past, continuing
8    and future medical expenses of plaintiff and
9    her minor son, which are necessitated by the
10   injuries, including costs for future medical
11   treatment, services, surveillance, medical
12   monitoring costs and/or procedures to
13   address physical and/or mental injuries from
14   formaldehyde exposure which are currently
15   manifested."
16         I'll represent to you that in
17   Exhibit 1 on page 5, the question is asked,
18   "Are you making a claim for medical expenses
19   as a result of injury, illness or disease
20   identified in C2 above?"
21         In C2 above, you identify
22   "respiratory problems."
23         Are you claiming that you have any
24   expenses associated with your respiratory
25   problems?