# Exhibit 17

**EDWARD H. SHWERY, PH.D.**
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: (504) 833-2040
EMAIL: shwery@gmail.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

## PSYCHOLOGICAL EXAMINATION

Name: Alana Alexander
Date of Birth: August 12, 1966
Date of Examination: April 23, May 17, 2009
Date of Report: May 18, 2009

### Background Information

Ms. Alana Alexander was seen in consultation to obtain developmental history information as well as current information about her children Erika Alexander and Christopher Cooper. I also assessed Alana's current psychological status. Please see the reports of Erika and Christopher for additional information. I have reviewed extensive research on the long term effects of asthma and have also reviewed the report of Christopher's treatment for asthma prepared by Dr. Janet Barnes, Christopher's physician.

### Examination Results

Alana Alexander presents as a 42 year old single mother who was appropriately dressed and well groomed. She was cooperative and compliant throughout the evaluation. A mental status examination was non-contributory. There were no symptoms noted and Ms. Alexander appeared psychologically healthy and well adjusted. She was born in New Orleans the youngest of eight children and recalls that she was an active and mischievous child. After graduating from high school, Alana trained as an EMT and worked for eight years as an EMT in an ambulance. She later worked in a refinery for eight years as an in-house EMT.

Alana reported that when she returned to New Orleans and secured housing in a trailer, she was unaware that there were formaldehyde problems. As she stated, "I put my children in harm's way!" Once she learned of the problems resulting from living in the trailer, she moved her family out of the trailer.

After reviewing Dr. Barnes' report I reviewed with Alana my examination findings of the children and discussed the issues of long term risks for the children. Alana acknowledged that she worries about what will happen to her children when they are

ALX-EXP-78-000001

adults. As she stated, "It makes me angry, I won't be able to do anything about it (future effects). It is already done. I can't do anything about it now. If I had known I wouldn't have gone into the trailer, I would've looked for an apartment."

Alana privately worries about the long-term effects on her children, but does not discuss these worries with her children. She is struggling to understand the effects and feels as if she has not been a competent mother. As she stated, "I didn't protect them from harm! What will this mean for my grandchildren? Will they be normal?"

Alana is conflicted about talking with her family and friends about the effects of formaldehyde. As she stated, "I try to get my feelings out when I talk to my friends, but maybe I didn't do what I was supposed to do as a parent."

The issue of the increased risk of cancer from exposure to formaldehyde is particularly alarming for Alana. As mentioned in my report of Christopher, he is preoccupied about dying. She also worries about the risk of flare-ups of asthma and the number of African American children that have died from an asthma attack. She fears that as Christopher becomes aware of the increased risk of cancer this will aggravate his already existing fear of dying.

Alana's methods of coping with these worries are beginning to take a toll on her psychological health. Although she is basically a well adjusted woman, she is becoming increasingly distressed with worry. Twice weekly she is awakening during the night with anguish about her children's future. She struggles to keep her worries from the children. As she stated, "I try hard not to become depressed. They need me to be as strong as I can."

Contrary to Alana's distress, self-blame and worries that she is inadequate as a mother, I found nothing in my examination to suggest that she is incompetent as a mother. Over the past 35 years practicing as a clinical psychologist I have had occasion to examine and treat thousands of parents for problems related to child abuse, child neglect and problems related to custody and divorce issues. Alana manifests good parenting skills and her children's basic personality development is healthy. She is at risk for the emergence of psychological problems, but these risks for her emotional and psychological health can be resolved with brief counseling and consultation.

## Diagnoses

Axis I   No mental disorder
Axis II  N/A
Axis III N/A
Axis IV  Worry and distress, developing mental anguish
Axis V   Current GAF = 80

ALX-EXP-78-000002

Re: Alana Alexander

## Prognosis

The prognosis for resolution of her mental anguish is good with brief treatment.

## Recommendations

I recommend the following:

1. Alana would benefit from brief counseling to assist her in improving her coping skills for anxiety and worry about her children's future;
2. Consultation regarding the long-term risk factors with her children is advised;
3. Assistance in helping her children to cope with their mental anguish is advised.

*Edward H. Shwery, Ph.D.*

Edward Halie Shwery, Ph.D.
Clinical and Forensic Psychologist