UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO  
Member Case 09-2892

## ORDER

**IT IS ORDERED** that the **PSC's Motion for Expedited Hearing (Rec. Doc. 2794)** is **GRANTED.** Any opposition to Plaintiff Alana Alexander's Motion to Sever or, in the Alternative, to Voluntar[il]y Dismiss (Rec. Doc. 2793) shall be filed **on or before Tuesday, August 25, 2009**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 24th day of August, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**