UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                        *          MDL NO. 1873
         FORMALDEHYDE                      *
         PRODUCTS LIABILITY                *          SECTION:  N(5)
         LITIGATION                        *
                                           *          JUDGE: ENGELHARDT
This Document Relates to:  *Charlie Age, et al. v.*  *
*Gulf Stream Coach Inc., et al*, Docket No. 09-2892  *          MAG: CHASEZ
*******************************************************************************

## <u>NOTICE OF HEARING</u>

**IT IS HEREBY ORDERED** that the Motion *in Limine* to Exclude Any Testimony or

Evidence of Other Lawsuits or Claims filed by Gulf Stream Coach, Inc., is hereby set for the 9th day

of September, 2009, at 9:30 a.m.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew W. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## <u>C E R T I F I C A T E</u>

I hereby certify that on the 24th day of August, 2009, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com