UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to:  *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GULF STREAM COACH, INC.'S MOTION *IN LIMINE* TO PROHIBIT ANY TESTIMONY OR EVIDENCE RELATING TO ANY NON-PARTY WITNESS MEDICAL ISSUES

Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), respectfully requests this Honorable Court to issue an Order prohibiting plaintiffs from introducing any evidence/testimony of or referencing any non-party's alleged health problems or health complaints allegedly due to their being in or around an EHU.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

>                       SCANDURRO & LAYRISSON
>                       Timothy D. Scandurro #18424
>                       **Dewey M. Scandurro #23291**
>                       **607 St. Charles Avenue**
>                       **New Orleans, LA 70130**
>                       (504) 522-7100
>                       (504) 529-6199 (FAX)
>                       tim@scanlayr.com
>                       dewey@scanlayr.com
>                       **Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 24th day of August, 2009, a copy of the foregoing Motion in Limine to Prohibit Any Testimony or Evidence Relating to Any Non-Party Witness Medical Issues was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

>                       s/Andrew D. Weinstock
>                       _____
>                       ANDREW D. WEINSTOCK #18495
>                       andreww@duplass.com