# Transcript of the Testimony of
# Videotaped Deposition of Gerald Paul Blanchard II

## Date taken: August 6, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1     A.   I kept them.
2     Q.   So back to my question, would you
3  agree to sign a release for your medical
4  records for any doctors you treated with for
5  any of these conditions after Hurricane
6  Katrina?
7     A.   I don't see why it would be
8  relevant.
9     Q.   Well, I'm just asking yes or no.
10    A.   No, I wouldn't.
11    Q.   Earlier you told us that -- you
12 said you have "mild, seasonal allergies but
13 nothing major," I believe were your words.
14 And in your statement we discussed a little
15 bit ago, you stated in your sworn statement
16 that you have "bad allergies."
17         Can you reconcile those two
18 statements?
19    A.   Okay.  When it's seasonal -- in
20 the spring or the summer when the pollen
21 gets real bad, I will get bad headaches,
22 like normal people.
23    Q.   Okay.  So in the spring, you have
24 bad allergies?
25    A.   Yes.