UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT
BASED ON THE GOVERNMENT CONTRACTOR DEFENSE**</u>

# FLUOR EXHIBIT 3



"McCarthy, Kevin"
<Kevin.Mccarthy@associates.dhs.gov>
10/17/2005 01:58 PM

To: "'Al.Whitaker@Fluor.com'" <Al.Whitaker@Fluor.com>,
"'Robert.Spaulding@fluor.com'" <Robert.Spaulding@fluor.com>,
"'Mike.Criss@fluor.com'" <Mike.Criss@fluor.com>,
cc: "Wilkinson, Christopher" <Christopher.Wilkinson@associates.dhs.gov>
Subject: Technical Direction for Fluor in LA: Blocking Diagram

Here is a blocking diagram that conforms to the Performance Work Statement on trailer blocking.

Kevin McCarthy
202-367-2834
COTR for Fluor in LA

**From:** Ulrick, James R MVP [mailto:James.R.Ulrick@mvp02.usace.army.mil]
**Sent:** Friday, October 14, 2005 11:51 AM
**To:** Mccarthy, Kevin
**Subject:** Contract Clarification/Mod

Kevin,

I would like to try to work a clarification regarding the blocking details mentioned in the base contract.

[Other info deleted]

Respectfully,

Jim Ulrick
U.S. Army Corps of Engineers
651.769.3436


TT_pier2.jpg


EXHIBIT 3

CONFIDENTIAL

FL-FCA 009634



Typical Travel Trailer Pier Construction — Terry R. Zien, USACE, 10/11/05

CONFIDENTIAL

FL-FCA 009521



"Mccarthy, Kevin"
<Kevin.Mccarthy@associates.dhs.gov>
10/18/2005 08:16 AM

To: Al.Whitaker@Fluor.com, Robert.Spaulding@fluor.com, Mike.Criss@fluor.com, Dave.Methot@fluor.com, Jim.Rammell@fluor.com

cc: "Macie, Edward" <Edward.Macie@associates.dhs.gov>, "Goetz, Mike" <Mike.Goetz@dhs.gov>, "Oliver, Clifford" <Clifford.Oliver@dhs.gov>, "Tikotsky, Marcus"

bcc:

Subject: Confirmation of Technical Direction for Fluor in LA: Travel Trailer Blocking Requirement

All Trailers installed by Fluor in LA shall be blocked in accordance with the Performance Work Statement and the diagram previously supplied. Trailers previously installed by but not blocked shall be blocked ASAP.

I do not know why the previous direction was issued, but these trailers NEED blocking to preserve their useful life span and to ensure the safety of the occupants. This issue has been brought to the attention of the IA-TAC Program Management in FEMA HQ and they agree 100%.

Kevin McCarthy
202-367-2834
COTR for Fluor in LA

-----Original Message-----
From: Dave.Methot@fluor.com [mailto:Dave.Methot@fluor.com]
Sent: Monday, October 17, 2005 6:31 PM
To: Mccarthy, Kevin
Subject: Fw: Travel Trailer Blocking Requirement


Here's guidance from the CO on 9/9/05.

Dave Methot
Fluor FEMA
Government Compliance Officer
864-593-9331 Cell
----- Forwarded by Dave Methot/GV/FD/FluorCorp on 10/17/2005 06:29 PM -----


                    Mark Ashby

                    09/20/2005 07:31 AM      To: Dave Methot/GV/FD/FluorCorp@FluorCorp, Mike

Criss/GV/FD/FluorCorp@FluorCorp, Don

Stokley/HO/FD/FluorCorp@FluorCorp


                                             cc:



                                             Subject:  Fw: Travel Trailer
Blocking Requirement

I'm just re-forwarding this again to ensure we haven't forgotten the relief this directive give us. I noted in a telecom last night that we we're still discussing "blocking materials". We do need it for Mobile Homes but not Travel Trailers. Just want to make sure we're all on the same page.

Thanks

Mark Ashby
Government Contracts Administration
Ph.    864-281-5864
Cell   864-414-1387
Fax    864-676-7604
mark.ashby@fluor.com

----- Forwarded by Mark Ashby/NW/FD/FluorCorp on 09/20/2005 08:26 AM -----

"Costello, Nancy"
&lt;Nancy.Costello@dhs.gov&gt;

09/09/2005 07:19 AM

To: "Marcus, Allen" &lt;Allen.Marcus@acquisitionsolutions.com&gt;, Mark.Ashby@Fluor.com, "Boyer, Joe" &lt;joe.boyer@shawgrp.com&gt;, "Kipness, Lewis" &lt;Lewis.Kipness@shawgrp.com&gt;, bboyer@ch2m.com, Karolyn.Gardner@CH2M.com, "'srwilli3@bechtel.com'" &lt;srwilli3@bechtel.com&gt;, "Wessel, Ronald" &lt;rewessel@bechtel.com&gt;, Al.Whitaker@Fluor.com

cc: "Porter, David" &lt;David.Porter@dhs.gov&gt;, "MacKendrick, David" &lt;David.Mackendrick@dhs.gov&gt;, "Clover, Keith" &lt;Keith.Clover@dhs.gov&gt;

Subject: Travel Trailer Blocking Requirement

FL-FCA-007181

Until further notice, for all travel trailer installations performed in response to Hurricane Katrina, "blocking" is not required. A mod under the contract is forthcoming.

-----------------------------------------------------------------------------------------------

The information transmitted is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material.
If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any computer. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.
-----------------------------------------------------------------------------------------------

FL-FCA-007182



"Porter, David"
<David.Porter@dhs.gov>
10/18/2005 08:17 AM

To "Mccarthy, Kevin" <Kevin.Mccarthy@associates.dhs.gov>, Al.Whitaker@Fluor.com, Robert.Spaulding@fluor.com, Mike.Criss@fluor.com, Dave.Methot@fluor.com,
cc "Macie, Edward" <Edward.Macie@associates.dhs.gov>, "Goetz, Mike" <Mike.Goetz@dhs.gov>, "Oliver, Clifford" <Clifford.Oliver@dhs.gov>, "Tikotsky, Marcus"
bcc

Subject RE: Confirmation of Technical Direction for Fluor in LA: Travel Trailer Blocking Requirement

At the time this decision was made there was an extreme shortage of materials. Since the TT can be used without the blocking the decision by management was to do so because the all MH require blocking.

If you all change this decision, then I strongly recommend that you also consider the availability of the resources.

thanks

-----Original Message-----
From: McCarthy, Kevin
Sent: Tuesday, October 18, 2005 8:16 AM
To: 'Al.Whitaker@Fluor.com'; 'Robert.Spaulding@fluor.com'; 'Mike.Criss@fluor.com'; 'Dave.Methot@fluor.com'; 'Jim.Rammell@fluor.com'
Cc: Macie, Edward; Goetz, Mike; Oliver, Clifford; Tikotsky, Marcus; Orris, David; Uthe, Janice; Porter, David; Orris, David; Wilkinson, Christopher; Ebron, Ronnie; Tatara, Greg
Subject: Confirmation of Technical Direction for Fluor in LA: Travel Trailer Blocking Requirement
Importance: High

All Trailers installed by Fluor in LA shall be blocked in accordance with the Performance Work Statement and the diagram previously supplied. Trailers previously installed by but not blocked shall be blocked ASAP.

I do not know why the previous direction was issued, but these trailers NEED blocking to preserve their useful life span and to ensure the safety of the occupants. This issue has been brought to the attention of the IA-TAC Program Management in FEMA HQ and they agree 100%.

Kevin McCarthy
202-367-2834
COTR for Fluor in LA

-----Original Message-----
From: Dave.Methot@fluor.com [mailto:Dave.Methot@fluor.com]
Sent: Monday, October 17, 2005 6:31 PM
To: Mccarthy, Kevin
Subject: Fw: Travel Trailer Blocking Requirement

Here's guidance from the CO on 9/9/05.

Dave Methot
Fluor FEMA
Government Compliance Officer
864-593-9331 Cell

```
----- Forwarded by Dave Methot/GV/FD/FluorCorp on 10/17/2005 06:29 PM -----
```

```
                    Mark Ashby
                    09/20/2005 07:31 AM    To: Dave
Methot/GV/FD/FluorCorp@FluorCorp, Mike
Criss/GV/FD/FluorCorp@FluorCorp, Don
Stokley/HO/FD/FluorCorp@FluorCorp

                                           cc:

                                           Subject: Fw: Travel Trailer
Blocking Requirement


.
```

I'm just re-forwarding this again to ensure we haven't forgotten the relief this directive give us. I noted in a telecom last night that we we're still discussing "blocking materials". We do need it for Mobile Homes but not Travel Trailers. Just want to make sure we're all on the same page.

Thanks

Mark Ashby
Government Contracts Administration
Ph.   864-281-5864
Cell  864-414-1387
Fax   864-676-7604
mark.ashby@fluor.com


----- Forwarded by Mark Ashby/NW/FD/FluorCorp on 09/20/2005 08:26 AM -----

```
                    "Costello, Nancy"
                    <Nancy.Costello@dhs    To: "Marcus, Allen"
<Allen.Marcus@acquisitionsolutions.com>,
                    .gov>                     Mark.Ashby@Fluor.com,
"Boyer, Joe" <joe.boyer@shawgrp.com>,
                    09/09/2005 07:19 AM    "Kipness, Lewis"
<Lewis.Kipness@shawgrp.com>,
                                           bboyer@ch2m.com,
Karolyn.Gardner@CH2M.com,
                                           "'srwilli3@bechtel.com'"
<srwilli3@bechtel.com>, "Wessel,
                                           Ronald"
<rewessel@bechtel.com>, Al.Whitaker@Fluor.com
```

<David.Porter@dhs.gov>, "MacKendrick, <David.Mackendrick@dhs.gov>, "Clover, Keith"

cc: "Porter, David"
David"
<Keith.Clover@dhs.gov>

Subject:  Travel Trailer Blocking Requirement

.

Until further notice, for all travel trailer installations performed in response to Hurricane Katrina, "blocking" is not required.  A mod under the contract is forthcoming.

---

The information transmitted is intended only for the person
or entity to which it is addressed and may contain proprietary,
business-confidential and/or privileged material.
If you are not the intended recipient of this message you
are hereby notified that any use, review, retransmission,
dissemination, distribution, reproduction or any action taken
in reliance upon this message is prohibited. If you received
this in error, please contact the sender and delete the
material from any computer.  Any views expressed in this message
are those of the individual sender and may not necessarily reflect
the views of the company.

---