# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| SHAW ENVIRONMENTAL, INC<br><br>1725 DUKE STREET<br>SUITE 400<br>ALEXANDRIA VA 223143470 | HSFEHQ-05-D-0573 | NN00259Y2005T |
| | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| | HSFEHQ-05-J-0006 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

See Continuation Page

**9. WORK DETAILS**

This is an unpriced (letter contract) task order. See continuation pages for terms and conditions.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION ___G.9___ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Nancy A. Costello | *Nancy A. Costello* | 9/30/05 |

FEMA Form 40-20, JUN 97                                   REPLACES ALL PREVIOUS EDITIONS

**CONFIDENTIAL**                                                                                    **SHAW 000579**

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Work shall be performed in accordance with the attached Statement of Work. FUNDING/REQ NO: 1: $▓▓▓ NN00259Y2005T FUNDING/REQ NO: 2: $▓▓▓ NN00517Y2005T | 1.00 | | $▓▓▓ | $▓▓▓ |

GRAND TOTAL --- $▓▓▓
================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2005-06-1603DR-9064- | -2591-D | NN00259Y2005T | P | $▓▓▓ |
| 2 | 2005-06-1603DR-9064- | -2591-D | NN00517Y2005T | P | $▓▓▓ |

CONFIDENTIAL

SHAW 000580

## TASK ORDER TERMS AND CONDITIONS
## NOT SPECIFIED IN THE CONTRACT

1. The contractor shall provide all necessary personnel, materials, services, equipement and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning September 4, 2005 through January 4, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 4, 2005, September 17, 2005, September 18, 2005 and September 30, 2005 for the period September 4, 2005 through January 4, 2006. The amount of pre-authorization through January 4, 2006 is $████████ for pre-award costs. Pre-authorized funds are included in the total value of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is September 4, 2005 through January 4, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $████████, which includes estimated cost of $████████ and fixed fee of $████████.

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $████████

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $████████

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $████████

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1) Proposal due October 4, 2005; (2) Negotiations on or before October 25, 2005; (3) Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with

Page 3

CONFIDENTIAL

SHAW 000581

the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by—

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes—

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(A) In accordance with the terms and conditions of a subcontract or invoice; and

Page 4

CONFIDENTIAL

SHAW 000582

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government; (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

**********************END OF TERMS AND CONDITIONS********************

CONFIDENTIAL                                                                                                         SHAW 000583

Contract No. HSFEHQ-05-D-0573　　　　　　　　Task Order No. HSFEHQ-05-J-0006

## STATEMENT OF WORK
### Direct Assistance
### (Shaw-Task Order-6)

## 1 General Provisions

### 1.1 Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:　　Housing Area Command
　　　　　　MMR Construction
　　　　　　15961 Airline Hwy
　　　　　　Baton Rouge, LA 70817

JFO Point of Contact: David Porter, COTR
Phone:　　　　　　　202-438-1294
Email:　　　　　　　david.porter@dhs.gov

Counties: State of Louisiana.

2　**Operational Objective:** Identify potential temporary housing solutions, resources, and requirement in Louisiana for people displaced as a result of Hurricane Katrina.

## 3 Identified Tasks

The contractor shall perform the tasks identified below. The Contractor shall execute the below tasks and the pre-deployment meetings in accordance with the Performance Work Statement (PWS) contained in the contract.

ATTACHMENT 1

1 of 3

Contract No. HSFEHQ-05-D-0573          Task Order No. HSFEHQ-05-J-0006

STATEMENT OF WORK
Direct Assistance
(Shaw-Task Order-6)

## 3.1 Site Identification & Assessment: Sub-Task #1

The contractor shall inspect sites identified by FEMA. The contractor shall report the results of those inspections.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 1 | Site Assessment | | The contractor shall provide staffing to identify potential sheltering and housing facilities that can be used by FEMA to support disaster-housing operations. The contractor shall identify the services, renovations, and site preparation required to occupy or use the facilities, or sites. The contractor will provide FEMA a status report. |

## 3.2 Miscellaneous Support Staff: Sub-Task #2

The contractor shall provide support staff to participate on the Housing Reconnaissance Teams.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Miscellaneous Support Staff | | The contractor shall provide staffing for 120 days to participate and support of the recovery division mission. This includes participating and supporting disaster-associated activities. The contractor will provide FEMA a status report. |

CONFIDENTIAL                                                              SHAW 000585



Contract No. HSFEHQ-05-D-0573   Task Order No. HSFEHQ-05-J-0006

STATEMENT OF WORK
Direct Assistance
(Shaw-Task Order-6)

### 3.3 Housing Strategy Support Services: Sub-Task #3

The contractor shall support the development of short and long-term disaster housing strategies, approaches, and plans. This includes incorporating the priorities identified by the long-term recovery committee as defined by FEMA. The contractor shall work closely with FEMA staff and other staff to include other contractors. The contractor shall track and monitor the disaster action plans as pertaining to housing and sheltering operations. The contractor shall attend and participate in strategy and planning sessions as defined and coordinated with FEMA disaster priorities.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3 | Housing Strategy Support Services. | | Contractor shall provide housing strategy support services. The contractor must coordinate and identify the number of contractor staffing with the HAC and JFO mission and activities.<br><br>The contractor must be prepared to work with others in a stressful environment to meet aggressive disaster priorities. This includes, but is not limited to, working with other contractors and FEMA JFO staff to analyze and identify trends, research and assess commercial and group site availability versus needs and housing alternatives and other available resources.<br><br>The contractor shall provide technical expertise and support in the development of the housing plans and strategies. |

## 4  Period of Performance:

The period of performance shall be 120 days form the effective date of the task order.

**CONFIDENTIAL**   SHAW 000586