# Forest River Recreational Vehicle Owner's Manual

## Travel Trailers & Fifth Wheels



www.forestriverinc.com

FOREST - 0002399

## REPORTING SAFETY DEFECTS
## (US ONLY)

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying Forest River Inc.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or Forest River, Inc.

To contact NHTSA, you may either call the **Auto Safety Hotline** toll free at **1-800-424-9393 (or 366-0123** in Washington, D.C. area) or write to:

**NHTSA**
**400 Seventh Street**
**U.S. Department of Transportation**
**Washington, D.C. 20590**

You can also contact NHTSA at the following Web Address:

WWW.NHTSA.GOV

08/28/2006

FOREST - 0002400

LIMITED WARRANTY                                        **FOREST RIVER, INC.**

RECREATIONAL VEHICLES BY FOREST RIVER, INC.

Thank you for choosing to purchase a Recreational Vehicle by Forest River, Inc., a fine product in which design and construction have received the care that quality demands. This important warranty covers many items and is indicative of our desire to stand behind our products and assure our customers' complete satisfaction.

WARRANTY COVERAGE

SUMMARY OF WARRANTY: Forest River, Inc., 55470 CR 1, P.O. Box 3030, Elkhart, Indiana 46515-3030 (Warrantor) warrants only to the ORIGINAL CONSUMER PURCHASER for a period of (1) one year from date of purchase or (12,000) twelve thousand miles, whichever comes first (Warranty Period), that the body structure of this recreational vehicle shall be free of substantial defects in materials and workmanship attributable to Warrantor.

EXCLUSIONS FROM THIS WARRANTY: Warrantor expressly disclaims any responsibility for damage to the trim and appearance items located in or on the unit where damage is due to condensation, normal wear and tear or exposure to elements. Warrantor makes no warranty with regard to the motorhome chassis including without limitation, the engine and drive train, any mechanical parts or systems of the chassis, tires, tubes, batteries and gauges, routine maintenance, equipment and appliances, or audio and/or video equipment and appliances. Some of these items may be warranted by their respective manufacturers and suppliers. Warranty information with respect to these items is available from your dealer.

The Warrantor further makes no warranty with regard to any product used for commercial purposes, as a permanent residence or as a rental unit, or any product not registered and normally used in the United States or Canada.

LIMITATION AND DISCLAIMER OF WARRANTIES: WARRANTOR EXPRESSLY LIMITS THE DURATION OF ALL EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND ALL IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE TO THE WARRANTY PERIOD OF (1) ONE YEAR OR (12,000) TWELVE THOUSAND MILES, WHICHEVER COMES FIRST. WARRANTOR EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AFTER EXPIRATION OF THE WARRANTY PERIOD. No action to enforce express or implied warranties shall be commenced later than ninety (90) days after expiration of the warranty period. There is no warranty of any nature made by the Warrantor beyond that contained in this Warranty. No person has authority to enlarge, amend or modify this Warranty.

Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

DISCLAIMER OF CONSEQUENTIAL AND INCIDENTAL DAMAGES: THE ORIGINAL CONSUMER PURCHASER OF THIS RECREATIONAL VEHICLE AND ANY PERSON TO WHOM THIS UNIT IS TRANSFERRED, AND ANY PERSON WHO IS INTENDED OR UNINTENDED USER OR BENEFICIARY OF THIS UNIT SHALL NOT BE ENTITLED TO RECOVER FROM WARRANTOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

WARRANTOR'S OBLIGATIONS: Warrantor will remedy substantial defects in materials and workmanship caused by Warrantor. Warrantor shall elect to remedy the defect from among the following: repair, replacement or refund. Warrantor may not elect refund unless the Purchaser agrees, or the Warrantor is unable to provide replacement and repair is not commercially practicable or cannot be timely made. Warranty performance can only be obtained at Warrantor's authorized dealers and service centers and from Warrantor. All costs incurred in transporting this recreational vehicle for warranty service shall be borne by Purchaser. Warrantor shall remedy the defect within a reasonable time, not to exceed sixty (60) days after delivery by Purchaser. All of warrantor's expenses in remedying the defect shall be borne by Warrantor.

PURCHASER'S OBLIGATIONS: Purchaser must complete and return the owner's registration card within (10) ten days of purchase to validate this Warranty. The return of this card is a condition precedent to warranty coverage; failure to return the completed card to the Warrantor will invalidate this warranty. Purchaser shall deliver this recreational vehicle for warranty service within a reasonable time after discovery of the defect and in no event after expiration of the Warranty period which Warranty Period is (1) one year or (12,000) twelve thousand miles, whichever first occurs. All expenses incurred by Purchaser in obtaining warranty service shall be borne by Purchaser. Purchaser can obtain a list of persons authorized to perform warranty service by contacting Warrantor at the above address.

EVENTS DISCHARGING WARRANTOR FROM OBLIGATION UNDER THIS WARRANTY: Misuse or neglect, including failure to provide reasonable and necessary maintenance, unauthorized alteration, accident, and improper loading, use as a permanent residence, commercial use or leasing of the recreational vehicle shall discharge Warrantor from any obligation under this Warranty.

PARTS AND DESIGN CHANGES: Warrantor reserves the right to change the parts and design of its recreational vehicle from time to time without notice and with no obligation to maintain spare parts or make corresponding changes in its products previously manufactured.

OBTAINING WARRANTY SERVICE: It is recommended that all warranty service be done by the authorized dealer from whom you purchased your unit. This is to insure your local dealer's personal interest in your complete satisfaction. If service becomes necessary as you are traveling or following a move, service under this warranty will be done by any authorized dealer in the United States or Canada. Such service should, whenever possible, be scheduled by an appointment in order to avoid possible delays.

WARRANTY REGISTRATION: A warranty registration card is to be completed by the owner at the time of purchase and returned to Warrantor. The return of this card is a condition precedent to warranty coverage; failure to return the completed card to Warrantor will invalidate this Warranty.

OTHER WARRANTIES: As indicated in the paragraph entitled "Exclusions From This Warranty," above, certain items that are not covered by this Warranty may be warranted separately by their manufacturers or suppliers. In order to validate those warranties, you may also be required to complete and return to the appropriate manufacturer the warranty forms included with the information package. These other warranties may cover such items as chassis, motorhome chassis, tires, tubes, batteries, optional generators, and appliances, which are not covered by the Limited Warranty. For service or parts required for these products it may be necessary to write or call the product manufacturer to obtain the nearest authorized service center location. In requesting parts for separately warranted products from the manufacturer of the product or its authorized service center it may also be necessary to first obtain a warranty work authorization number before the work is done. It may also be necessary to provide the Product Name, Model and Serial Number along with the description of the problem and part needed, plus shipping instructions. See these warranties with respect to their terms and conditions.

OWNER ASSISTANCE: Your personal satisfaction and good will are most important to Forest River as well as a confident and pleasant relationship with our dealers. We at Forest River recognize that there may be occasions where a warranty or service problem is not handled satisfactorily resulting in misunderstandings. If your problem has not been handled to your satisfaction after discussing it with the dealership management, we welcome you to contact the Forest River Customer Service Manager, at the address stated above who will communicate with the local dealer our recommendations for an agreeable solution.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

# Foreword

Thank you for selecting this recreational vehicle. Welcome to the life-style that it will provide you. You will have the freedom to travel and enjoy recreation wherever you may wish.

Your recreational vehicle complies with the requirements set forth by the Recreational Vehicle Industry Association, as well as various other federal and state agencies.

Items of quality, such as this recreational vehicle, will always respond best to considerate treatment and care. Therefore, before operating it, we suggest that you review the entire contents of this manual. The material within has been prepared in sufficient detail to be of considerable help when you are getting to know your new recreational vehicle.

This manual is intended to explain the majority of the features of our Class A Motorhomes, Mini Motorhomes, Travel Trailers and Fifth Wheel Trailers. Most of these are similar in nature, however; some features mentioned in this manual may not apply to your specific recreational vehicle.

In the case of a Class A Motorhome, please refer to the separate insert for a detailed description of the motorhome controls, also refer to the chassis owner's manual supplied by the chassis manufacturer.

Review both this manual and the chassis manufacturer's owner's manual with your dealer. Be sure to ask them any questions you have at that time. Also make sure to read all warranty and registration information carefully. Read all component manufacturer's owner's manuals, and validate any individual warranties by completing and mailing individual warranty cards as required.

COMPLETE THE WARRANTY REGISTRATION CARD IN THIS MANUAL AND RETURN TO US WITHIN 30 DAYS FROM THE DATE OF PURCHASE.

Always keep this owner's manual with the recreational vehicle for easy reference, making sure to observe all notes and warnings associated with the use of the recreational vehicle. A careful owner is the best insurance against an accident.

THIS OWNER'S MANUAL IS AS-CURRENT AS POSSIBLE AT THE TIME YOUR RECREATIONAL VEHICLE WAS PRODUCED. HOWEVER, SINCE OUR PRODUCTS ARE CONSISTENTLY BEING UPGRADED AND IMPROVED; SOME DIFFERENCES MAY OCCUR BETWEEN THE DESCRIPTION IN THIS MANUAL AND THE PRODUCT IN THE RECREATIONAL VEHICLE. IF THIS OCCURS, FOLLOW THE COMPONENT MANUFACTURER'S INSTRUCTIONS PROVIDED IN THEIR LITERATURE.

SOME OF THE PRODUCTS SHOWN IN THIS MANUAL MAY BE OPTIONAL EQUIPMENT NOT INCLUDED OR AVAILABLE WITH YOUR RECREATIONAL VEHICLE. ANY SPECIAL EQUIPMENT, MODIFICATIONS, OR ADDITIONS MADE BY OR AT THE REQUEST OF THE CUSTOMER, OR ANY SUBSEQUENT OWNER, WHETHER MADE AT THE FACTORY OR IN THE FIELD, ARE NOT COVERED IN THIS MANUAL. WE RESERVE THE RIGHT TO CHANGE THE CONSTRUCTION OR MATERIAL OF ANY PARTS AT ANY TIME WITHOUT INCURRING THE OBLIGATION TO INSTALL SUCH CHANGES ON DELIVERED UNITS.

FOREST - 0002402

# FOREWORD

Your recreational vehicle has had a thorough inspection before it was shipped to the dealer. However, to insure your complete satisfaction, the dealer must perform an inspection of various components and operations based on a pre-delivery inspection list provided. You should take the opportunity to cover the operation of all components of your recreational vehicle with your dealer. This will help make you familiar with the recreational vehicle and it's operation, while at the same time providing you with the assurance of everything being in proper working order. In the case of a motorized product, a road test by the dealer is included as part of the pre-delivery inspection. He can then check for and correct any steering problems before you take delivery of the recreational vehicle. After this road test has been completed, front end alignment and/or vibrations will not be covered as part of the new vehicle warranty.

This recreational vehicle has been designed for short term and recreational use. It was not designed to be used as a permanent dwelling. If you intend to use your recreational vehicle as a permanent dwelling, it could cause your carpet, drapes, upholstery, and interior surfaces to deteriorate prematurely. This premature wear caused by permanent residency may under the terms of the new vehicle warranty be considered abnormal and abusive, and COULD REDUCE YOUR WARRANTY COVERAGE.

Should a problem develop for which you need assistance, contact your dealer. If the problem is automotive, the motorhome should be taken to either a chassis manufacturer service center or dealer. If the problem is with an appliance, check the appliance manufacturer's information supplied with the recreational vehicle for information regarding warranty work and/or location of appliance service centers.

If when traveling, you experience a breakdown or problem while your recreational vehicle is under warranty, and an authorized service center or dealer is not available, contact the dealer you purchased your recreational vehicle from before having the work done at an independent service center. By notifying them, you will know what is covered under the terms of your warranty, as well as making them aware of your problem. Any parts that require replacement, that are covered under the terms of the warranty should be retained and returned to your local dealer along with your invoice. This way, they are able to check what has occurred, and also make sure you are properly reimbursed for your expenditures.

Repairs made without prior authorization may be subject to denial or partial reimbursement. Modifications made to the recreational vehicle without proper authorization can result in reduction or loss of warranty coverage. Please make sure to contact your dealer before making such changes.

The following note is added as a requirement of the National Highway Traffic Safety Administration (NHTSA):

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying the manufacturer.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or the manufacturer.

To contact NHTSA, you may either call the Auto Safety Hot-line toll-free at 1-800-424-9393 (or 366-0123) in Washington, D.C. 20590. You can also obtain other information about motor vehicle safety from the Hot-line.

4