# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

**Date taken: July 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1    couldn't afford nobody to come back as far
2    as employees. So Hyatt ruled, or what have
3    you, that I couldn't stay there.
4            I mean, I was still employed with
5    them, but as far as being on the payroll for
6    that moment, I couldn't be. So that's how I
7    wound up staying in my car.
8        Q.   How long did you have to stay in
9    your car before you found other
10   accommodations?
11       A.   About a week or two.
12       Q.   And how was it that you came to
13   find other accommodations?
14       A.   How was it --
15       Q.   How was it that you came to find
16   another place to stay?
17       A.   Through my job with the City.
18       Q.   As I recall from the records that
19   we have, you were hired on with the City
20   just before Katrina, correct?
21       A.   That's correct.
22       Q.   But they hadn't placed you in a
23   position; is that true?
24       A.   No, I was working in the Civil
25   District Court building.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lyndon Wright

Page 72

1   work for them after the hurricane?  Did you
2   call your supervisor once you found out you
3   were going to be living in your car to find
4   out if they needed you to work?
5        A.   That's correct.
6        Q.   And who was the person you
7   contacted at the City of New Orleans?
8        A.   Keith Lanier.
9        Q.   Keith --
10       A.   Lanier.
11       Q.   Lanier?
12       A.   Yes.
13       Q.   And what did Keith tell you?
14       A.   I told him I was back in the city
15  and I was staying in my car.  And he was
16  like, "Are you available for work?"
17            And I'm like, "Yeah."
18            He told me to come back to work
19  and I was back to work.
20       Q.   What did the City do for you in
21  terms of finding you a place to stay?
22       A.   They gave me residency on the
23  Carnival cruise ship.
24       Q.   So because you were available to
25  work for the City, they placed you on the

1  cruise ship that was docked out at the
2  riverfront?
3      A.   That's correct.
4      Q.   How long did you live on that
5  cruise ship?
6      A.   I would say roughly between
7  October of '05 to about March of '06.
8      Q.   And why was it that you came to
9  leave the cruise ship?  Was the cruise ship
10 leaving or were you -- was there a lease
11 period and they said you have to leave after
12 this point in time?  Why was it you got off
13 the ship?
14     A.   The cruise ship was leaving.
15     Q.   And at that time, when you left
16 the cruise ship, where did you go after
17 that?
18     A.   At that time, that's when I had
19 the trailer.
20     Q.   Let's talk about the period from
21 October '05 to March '06.
22          Did you, in fact, work at the
23 Hyatt during that period?
24     A.   No.
25     Q.   So other than going in and being

1    time?
2         A.   7:00 to 3:00.
3         Q.   So you had two shifts that were
4    from 7 a.m. to 3 p.m., two shifts that were
5    from 11 p.m. to 7 a.m.?
6         A.   That's correct.
7         Q.   And did you have another 3:00 to
8    11:00 shift?
9         A.   Yes.
10        Q.   How did that coincide with the
11   schedule you were working with the Hyatt at
12   that point in time?
13        A.   At that time, I think I worked
14   primarily evenings.  I think it was, like,
15   4:00 to 12:00 shift.
16        Q.   4 p.m. to 12 a.m.?
17        A.   Yes.
18        Q.   And how many days a week did you
19   work at the Hyatt 4:00 to 12:00?
20        A.   Five.
21        Q.   So if you were working a 40-hour
22   week for Hyatt, and you were working a
23   40-hour week for the City --
24        A.   Yeah.  That schedule -- me and the
25   guys would, like, if I had to work the

1  one that got the electricity turned on. So
2  it had to be right up in there around March,
3  last part of February.
4      Q.  So one of your supervisors, the
5  director of personnel for the City of New
6  Orleans, made a call on your behalf to make
7  sure the power was turned on in your unit,
8  correct?
9      A.  Yes. If I had went to her in the
10 first place --
11     Q.  So the first time you actually go
12 to this unit is once the power is supplied,
13 to live, correct?
14     A.  Didn't have electricity.
15     Q.  Right. The first time you go to
16 live there, the power was being supplied?
17     A.  Oh, yes.
18     Q.  Do you know how long that unit was
19 on your property before you lived in it?
20     A.  I can't recall.
21     Q.  Do you know if it was a matter of
22 weeks or months?
23     A.  Other than about -- it was a
24 matter of months, I would have to say. A
25 few months. A couple or a few.

1     Q.   When the power was supplied, were
2  you there the day the power was turned on,
3  or did you go by one day, realize that the
4  power was on and then proceed to move in?
5     A.   My initial -- my initial
6  recollection of that whole situation is when
7  my mom called me and asked if I could meet a
8  representative of FEMA at the trailer.  Now,
9  I can't recall if the power was on before I
10 met him.
11    Q.   Prior to that day, for example,
12 you didn't have the keys to the unit, did
13 you?
14    A.   No.
15    Q.   And you hadn't been in the unit
16 before you were given the keys to the unit
17 by FEMA, correct?
18    A.   No, I hadn't been in it.
19    Q.   So your mother called and asked if
20 you would meet with someone from FEMA
21 regarding moving into the unit?
22    A.   That's correct.
23    Q.   Take me through what you recall of
24 that meeting with that person.
25    A.   We met, pretty much walked around

1    trailer itself and the appliances in the
2    unit?
3         A.   No.
4         Q.   Were you told where you could find
5    them within the unit?
6         A.   No.
7         Q.   From your recollection, was the
8    owner's manual for that unit supplied with
9    it?
10        A.   No, I didn't see no manual.
11        Q.   So it's your testimony that you
12   never received the owner's manual for this
13   particular unit when you received the unit.
14   Is that a correct statement?
15        A.   That's correct.
16        Q.   Let me hand you what we will mark
17   as Exhibit 1 to the deposition, and I will
18   ask you, have you seen that document before?
19        A.   Yes.  This looks like that little
20   checklist he had.
21        Q.   And do you recall going through
22   those issues with the person you met with
23   before being provided the keys to the unit?
24        MR. D'AMICO:
25             Object to the form.  You're

Page 121

1    A.   Yes.
2    Q.   Was there any other area of the
3  unit that you observed a leak emanating from
4  or water coming from?
5    A.   No.
6    Q.   Did the water -- when you first
7  noticed the water leak related to the door,
8  did that come before the smell or did it
9  come after the smell that you noticed the
10 water leak at the door?
11   A.   It was after the smell.
12   Q.   You smelled the smell first and
13 then there was a water leak at the door?
14   A.   Yes.
15   Q.   And so by virtue of that, you
16 didn't notice a water leak at the door until
17 after the winter of 2006?
18   A.   After the winter of 2006?
19   Q.   Right.
20   A.   Yeah.  Because it was a hard rain
21 and that's when I really noticed it.
22   Q.   Was the discovery of the smell and
23 the leak -- the discovery of the smell and
24 the discovery of the leak, were they close
25 in time to one another?

Page 122

1    A.    Close in time, I would have -- I
2    noticed the rainwater about two or three
3    months after I really, you know, paid
4    attention to the smell.
5    Q.    So in the winter of '06, you
6    noticed the smell, and two to three months
7    later, you notice that there's a water leak
8    at the door?
9    A.    Yes.
10   Q.    When you smelled the smell in the
11   wintertime, did you take any steps to limit
12   the smell, to get rid of the smell?
13   A.    Yeah, pretty much tried to clean
14   up, use deodorizers and stuff like that
15   because I just couldn't pinpoint where it
16   was coming from.  So I would just
17   thoroughly, like I say, use carpet
18   deodorizer to just get that smell -- I
19   didn't know where the smell was coming from.
20   Q.    What type of carpet deodorizer did
21   you use, like a Renuzit or something like
22   that?
23   A.    Carpet deodorizer, household type.
24   Q.    Sure.  The kind you spray on?
25   A.    No, not the spray-on, the powder.

1     Q.  Okay.  When you say "prior to
2  that," when --
3     A.  Yeah.  The first time I went about
4  the congestion, he gave me an inhaler then
5  too.
6     Q.  Was that the first time you had
7  ever used an inhaler?
8     A.  Yeah, that was the first time.
9     Q.  Is it your testimony that prior to
10 2005, you had never used an inhaler?
11    A.  I never did.
12    Q.  Prior to moving into this unit,
13 had you ever had chest congestion with a
14 productive cough?
15    A.  Yes.
16    Q.  I believe you went to Dr. Worley
17 for him to look at your sinuses, correct?
18    A.  That's correct.
19    Q.  What did Dr. Worley tell you about
20 the issues you were having with your
21 sinuses?
22    A.  He said it was something inflamed
23 up in my sinuses and he pretty much gave me
24 antibiotics for it.
25    Q.  And did you have follow-up care

1   with Dr. Worley where he assessed whether
2   the antibiotics had been successful?
3       A.  No.
4       Q.  Okay.  Did the antibiotics resolve
5   the problems that you were having with
6   respect to your sinuses?
7       A.  Well, the congestion that was
8   there, it resolved that, but the blood in
9   the mucus, it didn't.
10      Q.  On how many occasions did you see
11  Dr. Worley for the sinus-related issue?
12      A.  That one time.
13      Q.  Prior to living in this unit, you
14  had had sinus problems of the same type
15  before, had you not?
16      A.  If I had a cold or something, yes.
17  I mean, cold-wise, yes, but not like that,
18  where I thought that was making the blood
19  come into, you know, my mouth.  Not nothing
20  like that.
21      Q.  All right.  You don't recall
22  having sinusitis with associated
23  blood-streaked sputum prior to 2005?
24      A.  No, I don't recall.
25      Q.  Okay.  Do you recall during the

1  her that you believed your occupancy of this
2  unit was causing you a health problem?
3       A.  I would say probably April.
4       Q.  Of what year?
5       A.  '06. Right after I got in the
6  trailer.
7       Q.  So in April of '06, you were of
8  the opinion that your occupancy of this unit
9  was causing you a health problem?
10      A.  I would say I thought it was
11 making me sick, yes.
12      Q.  And you expressed that to your
13 mother by May of 2006, correct?
14      A.  By April.
15      Q.  By April of 2006, correct?
16      A.  Yes.
17      Q.  Do you have any information as to
18 why your mother would have represented to
19 FEMA by February of 2008, that there were no
20 health concerns that she had about you
21 regarding your occupancy of this unit?
22      A.  No, I don't know.
23      Q.  Were you ever offered the
24 opportunity to purchase this unit?
25      A.  You would have to ask my mom. I

Page 217

1  me. And the guy talked about the trailer
2  and stuff and did I know about formaldehyde
3  exposure and all of that. And I was like,
4  "No."
5         And he was like, "Well, you need
6  to give this particular lawyer a call and
7  talk to him and listen to what he has to
8  say."
9     Q.  So if I understood you correctly,
10 before this individual came to you and
11 presented you with the card of a lawyer, you
12 had no knowledge about anything relating to
13 formaldehyde in this unit?
14    A.  No.
15    Q.  And this individual directed you
16 to call a particular lawyer, correct?
17    A.  Gave me a card for a particular
18 lawyer, yes.
19    Q.  Who was the lawyer that he gave
20 you the card for?
21    A.  Donald Schmidt -- Schmidt.
22    Q.  Doug Schmidt?
23    A.  Yeah, Doug Schmidt.
24    Q.  This gentleman who gave you the
25 card, would you describe him for me, his

1   who Mr. Weddington is?
2        A.   That was the guy that I met at the
3   trailer.
4        Q.   And do you know who he worked for?
5        A.   Who he worked for?
6        Q.   Yes, sir.
7        A.   I think he had a Shaw helmet on.
8        Q.   Okay.  Was the trailer up on
9   blocks at the time you saw it on
10  February 13, 2006, on cinder blocks?
11       A.   On blocks, yes.
12       Q.   How high was the frame of the
13  trailer off the ground, do you recall?
14       A.   About the size of the wheel that
15  it rolls on, it, like, leveled it off with
16  the wheels.
17       Q.   Was the wheel touching the ground?
18       A.   Yes.
19       Q.   Were there wooden steps in place
20  for you to walk up to get into the trailer?
21       A.   Yes.
22       Q.   Are you familiar with the screw
23  jack on the front of travel trailers?  Do
24  you know what I'm talking about?
25       A.   Screw jack.  Yes, where the chain

1  is and stuff?
2    Q.  Yes.  When you unhitch it from a
3  truck, that would be either what would fold
4  out or you could put it under the tongue so
5  that it doesn't tip over or whatever.
6    Was that folded out, or anything
7  up underneath the tongue that was supporting
8  any weight of the trailer at the time you
9  saw it on February 13, 2006?
10    A.  I don't recall that.
11    Q.  You don't remember seeing a jack
12  anywhere under the trailer --
13    A.  All I remember is seeing a big
14  blue knob like you sit it on a truck and the
15  truck would take it.  I didn't see, like, no
16  jack or nothing.
17    Q.  Okay.  The knob being where the
18  hitch goes, right?
19    A.  Yes.
20    Q.  Okay.  Was the trailer level at
21  the time you inspected it or participated in
22  the inspection on February 13, 2006?
23    A.  What about?
24    Q.  Was it level?
25    A.  Yes.

Page 266

1    Q.   Okay.  Did it stay level during
2  the time that you occupied it?
3    A.   No.  It had shifted and the rain
4  started coming in through the door.
5    Q.   Okay.
6    A.   The trailer had shifted.
7    Q.   Okay.  We'll talk about that in a
8  moment.
9         But at the time you first
10  participated in this inspection, it was
11  level at that time, right?
12    A.   Yes.
13    Q.   Okay.  Could you see the metal
14  frame underneath the trailer?
15    A.   Yes, you could see it, yes.
16    Q.   That's the piece of metal or the
17  pieces of metal that actually sit on the
18  concrete blocks, okay, you could see that?
19    A.   Yes.
20    Q.   Was it straight, as far as you
21  saw?
22    A.   As far as I could see.
23    Q.   Do you remember what the weather
24  was like the day that you inspected or
25  participated in an inspection, February 13,

```
 1    started living in the unit in March of '06
 2    and you moved out in July of '08; is that
 3    correct?
 4         A.    Yes.
 5         Q.    You lived in the trailer the
 6    entire time?
 7         A.    Yes, I did.
 8         Q.    And you moved directly from the
 9    cruise ship to the travel trailer; is that
10    correct?
11         A.    Yes.
12         Q.    Did you evacuate before Hurricane
13    Katrina?
14         A.    Evacuate before?  No.
15         Q.    Evacuate New Orleans before the
16    hurricane?
17         A.    No.
18         Q.    You stayed in New Orleans during
19    Hurricane Katrina?
20         A.    Yes.
21         Q.    But your mother evacuated?  Did
22    your mother evacuate?
23         A.    Before?
24         Q.    Before.
25         A.    No.
```