Name Lyndon Wright  Weight 114  Height _____ Date 4/10/06

36 y/o BM

CC:

HPI:

Last wk had SOB
awokeon by → Fast heartbeating
lasted 30 min. Wheezing
Dry cough, nasal congestion Ⓛ
No Ft asthma
No fever/chills

ROS:
- ☑ see HPI all rest negative
- ☐ HA, dizzynes, photophobia, tinnitus
- ☐ sinus pain, rhinorrhea, sore throat
- ☐ N, V, F, C
- ☑ CP, SOB, DOE, palpitations
- ☐ Cough, sputum, pleuritic CP
- ☐ dysuria, frequency, urgency, ED
- ☑ diarrhea, abd pain, heartburn
- ☐ BRBPR, melena, weakness
- ☐ rash, ms/back pain
- ☐ vag bleeding, d/c
- ☐ insomnia, anorexia
- ☐ wt loss, depression, anxiety

☐ FH/SH reviewed and updated; see face sheet

Pulse _____   BP 140/80

A/O NAD
CN II-XII intact, reflexes/strength equal/nl bilat u/l ext
PERRLA, EOMI, no conjunctivitis, fundus wnl
TM/turbinates nl, OP clear, no LAD
RRR no MRG, nl S1 S2, No carotid/ inguinal bruits
CTA B, no crackles/wheezes/rhonchi/effusions    exp-wheeze
Soft NT ND, No HSM/mass/hernia
GU grossly nl, no mass/discharges, nl prostate
No c/c/e/rash/ulcer/cellulitis, nl DP/PT pulses

A/P

Advair
Nasonex
RTC ī wk
Had blood work in Jan/06 — got

- ☐ Chem 7 Mg, Po4
- ☐ CBC with diff
- ☐ LFT, Lipids, VAP
- ☐ HBA1C
- ☐ 3hr GTT
- ☐ UA, spot urine pr /Cr
- ☐ urine micro-alb/cr
- ☐ proteinuria labs
- ☑ iron/TIBC/ferritin
- ☐ TSH, T4
- ☐ PSA
- ☐ uric acid
- ☐ PTHi
- ☐ BNP
- ☐ Homocysteine
- ☐ ESR, CRP
- ☐ 24 hr urine stone w/u
- ☐ B renal U/S
- ☐ CO2 angiogram
- ☐ MRA renal arteries

☐ Appropriate labs and tests have been reviewed/ordered

☐ Because of the complex medical history, there are a number of differential diagnosis.
and the risk of significant complications morbidity and mortality is high if not treated.

REPORT: RX0920                    11/30/07          LA  WALGREENS PURGED DATA FOR STORE  04304                        PAGE: 142317

PAT LAST NAME          FIRST                   PAT ADDRESS                                                   PAT PHONE# BIRTH DATE

RX NUMBER      DRUG NAME                       DRUG MFR                        CTL  PLAN           RX IMAGE ID
DOC NAME       DOC ADDRESS                                                          DOC PHONE#        DEA#
ORIG DATE    QTY    REFILLS  DAYS SUPPLY  RX COMMENTS                          TOT AMT  FILL SOLD DATE   CLAIM #      PARTIAL CODE  PLAN
ENTER DATE  CIND  ENT/VER  FILL QTY  REFILL              CUST AMT
AUTH NBR     AUTH BY

WRIGHT          , LYNDON           2315 SEMINOLE NEW ORLEANS, LA 70119                                   (504)701-6079  04/01/1970
------------------------------------------------------------------------------------------------------------------------------------
RX 0391603    ASMANEX 30 DOSES 220MCG TWISTHALER                              SCHERING          RX   PAID        043044911466761856
CRUZ, F 3525 PRYTANIA ST SUITE 620 NEW ORLEANS, LA 70119                                                   (504)897-4425  AC8716978
SIG: UND
04/10/2006    0.240    1           30                                                                      (504)897-4425

05/04/2006         MTS/AHM         0.240   ORIG                                30.00  05/04/2006         WD7QDKN
RX 0391604    GENTAMICIN 0.3% OPHTH SOLN 5ML                   BAUSCH & LOMB          RX   PAID        043045011466761903
CRUZ, F 3525 PRYTANIA ST SUITE 620 NEW ORLEANS, LA 70119                                                   (504)897-4425  AC8716978
SIG: INSTILL ONE TO TWO DROPS IN BOTH EYES TID FOR 4 DAYS
05/01/2006    5    0           4                                              61.74                        AC8716978          PAID
05/03/2006         MTS/AVR         5       ORIG                                10.00  05/04/2006         WD3CCN9           PAID
                                                                              0.00                                            PAID
------------------------------------------------------------------------------------------------------------------------------------