# Transcript of the Testimony of
# Videotaped Deposition of Lyndon Wright

### Date taken: July 10, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1    They had their little checklist.  I assume
2    they checked it; I don't know whether they
3    did or not, but it was a checklist.
4         Q.   The monthly maintenance people,
5    you had people that would come by the
6    trailer about once a month to check it out?
7         A.   Well, I would see stickers on the
8    trailer like somebody had came out.  That's
9    when I wasn't home.
10             Now, a few occasions they did
11   catch me home and asked if everything was
12   going all right, was the refrigerator
13   working, the stove working, and I would say,
14   "Yeah, but it's raining in my door."
15             And they would, like, be looking
16   at it and, like, "Okay, we will have
17   somebody to take care of it."  And so, you
18   know.
19        Q.   Did the water leaks that you said
20   you had, they were related to what areas of
21   the trailer?
22        A.   To the front entrance, the door,
23   the front entrance.
24        Q.   So the primary door to the trailer
25   is where your water leak was, correct?

1   A.   Yes.
2   Q.   Was there any other area of the
3   unit that you observed a leak emanating from
4   or water coming from?
5   A.   No.
6   Q.   Did the water -- when you first
7   noticed the water leak related to the door,
8   did that come before the smell or did it
9   come after the smell that you noticed the
10  water leak at the door?
11  A.   It was after the smell.
12  Q.   You smelled the smell first and
13  then there was a water leak at the door?
14  A.   Yes.
15  Q.   And so by virtue of that, you
16  didn't notice a water leak at the door until
17  after the winter of 2006?
18  A.   After the winter of 2006?
19  Q.   Right.
20  A.   Yeah. Because it was a hard rain
21  and that's when I really noticed it.
22  Q.   Was the discovery of the smell and
23  the leak -- the discovery of the smell and
24  the discovery of the leak, were they close
25  in time to one another?

1    A.   Close in time, I would have -- I
2  noticed the rainwater about two or three
3  months after I really, you know, paid
4  attention to the smell.
5    Q.   So in the winter of '06, you
6  noticed the smell, and two to three months
7  later, you notice that there's a water leak
8  at the door?
9    A.   Yes.
10   Q.   When you smelled the smell in the
11 wintertime, did you take any steps to limit
12 the smell, to get rid of the smell?
13   A.   Yeah, pretty much tried to clean
14 up, use deodorizers and stuff like that
15 because I just couldn't pinpoint where it
16 was coming from.  So I would just
17 thoroughly, like I say, use carpet
18 deodorizer to just get that smell -- I
19 didn't know where the smell was coming from.
20   Q.   What type of carpet deodorizer did
21 you use, like a Renuzit or something like
22 that?
23   A.   Carpet deodorizer, household type.
24   Q.   Sure.  The kind you spray on?
25   A.   No, not the spray-on, the powder.

1      The IDD.
2      MR. BONE:
3           Let's go off the record and I will
4   make sure I have covered what I need to
5   cover. We will go back on and I will wrap
6   it up.
7      THE VIDEOGRAPHER:
8           Off the record; it is 2:02.
9      (Recess.)
10     THE VIDEOGRAPHER:
11          We are back on the record; it is
12  2:05.
13  EXAMINATION BY MR. BONE:
14     Q.   Mr. Wright, you have also made a
15  claim for emotional-related issues; is that
16  correct?
17     A.   Yes.
18     Q.   Can you describe for me, if you
19  would, the nature of the emotional-related
20  issues that you feel are related to your
21  occupancy of this particular unit.
22     A.   First of all, like, when I
23  complained about the problems with the door
24  and the mold, nobody ever responded to it.
25  I had to keep trying to fix it myself, not

Page 234

1  knowing what I was trying to fix.
2         I mean, I would get bleach and
3  water, trying to clean up the mold and it
4  would come right back. The rainwater coming
5  through the door, every time a maintenance
6  man would come, they would say, "We'll have
7  somebody come look at it, somebody will give
8  you a call."
9         Nobody would call. When I'd see a
10 maintenance person again, do it again.
11        Just basically sitting in the
12 trailer with all the coughing and -- I'm not
13 thinking I'm sick, but I have got this
14 aggravating cough and it's making my head
15 hurt.
16        And then, that little cooped-up
17 trailer. And then when the blood started to
18 coming through my mouth, I don't know why
19 that's happening. So I'm just like
20 aggravated.
21    Q.  So you have some aggravation
22 associated with some of the issues that you
23 were having regarding getting resolution to
24 your complaints?
25    A.  Yes.

1    Q.   Okay.  Did it stay level during
2    the time that you occupied it?
3    A.   No.  It had shifted and the rain
4    started coming in through the door.
5    Q.   Okay.
6    A.   The trailer had shifted.
7    Q.   Okay.  We'll talk about that in a
8    moment.
9         But at the time you first
10   participated in this inspection, it was
11   level at that time, right?
12   A.   Yes.
13   Q.   Okay.  Could you see the metal
14   frame underneath the trailer?
15   A.   Yes, you could see it, yes.
16   Q.   That's the piece of metal or the
17   pieces of metal that actually sit on the
18   concrete blocks, okay, you could see that?
19   A.   Yes.
20   Q.   Was it straight, as far as you
21   saw?
22   A.   As far as I could see.
23   Q.   Do you remember what the weather
24   was like the day that you inspected or
25   participated in an inspection, February 13,

1   2006?  Was it cold or raining, anything like
2   that?
3       A.   I don't recall it.
4       Q.   Okay.  Do you recall seeing any
5   leaks at the time of the inspection,
6   February 13, 2006, or any evidence that
7   water had leaked into the trailer?
8       A.   No.
9       Q.   Okay.  At that point in time, you
10  did not have the problem with water coming
11  in through the door, right?
12      A.   No, not at that time.
13      Q.   That happened later, correct?
14      A.   Yes.
15      Q.   Did you observe any holes in the
16  trailer, like from the inside you might see
17  daylight coming in from the outside or
18  something like that?
19      A.   No.
20      Q.   Did you smell anything unusual at
21  that time, February 13, 2006?
22      A.   It had like this new smell.
23      Q.   Like a new car smell?
24      A.   Yeah.
25      Q.   Now, is the new smell the same as

1       A.      Maybe, yes.
2       Q.      Okay.  So that having been said,
3   this March 19 is probably the first time
4   out, right?
5       A.      Probably.
6       Q.      Did the maintenance crew fix the
7   furnace problem, as far as you knew, when
8   they came out on March 19, 2006?
9               Let me ask you a better way.  Did
10  you think they had fixed it when they left
11  on March 19, 2006?
12      A.      Yes, because it was working.
13      Q.      And that's why you signed off on
14  the maintenance form, right?
15      A.      Yes.
16      Q.      Okay.  You mentioned the leak
17  around the door.  First of all, was the leak
18  occurring under the door like rainwater was
19  getting pushed over the threshold or was it
20  coming from the top, the sides, what is your
21  recollection?
22      A.      It came over the top.
23      Q.      Over the top?
24      A.      Uh-huh.
25      Q.      Okay.  Was there a gap there that

1   you could see daylight through?
2        A.   Yes.
3        Q.   Okay.  When did that start?
4        A.   I would have to say I noticed it
5   in '07.
6        Q.   Okay.  Do you remember roughly
7   about what part of '07?
8        A.   No.
9        Q.   I believe earlier you told me that
10  the trailer had become off level and that
11  that was related to the water starting to
12  come in over your door, right?  Or am I
13  mixing these things up?
14       A.   I'm not -- I assumed that's why
15  the water was coming through there because I
16  could see more daylight than I usually did.
17  And when it rained, it would come through
18  the door.  Which would clearly be that it
19  shifted.
20       Q.   Did you know that the trailer had
21  come off level prior to noticing the rain
22  coming in over the door or is the fact that
23  rain was coming in over the door what told
24  you that the trailer had shifted?
25       A.   Well, to tell you the truth, I

1  noticed daylight out the door before it
2  really rained, but when it rained hard,
3  that's what really made me know that it
4  wasn't really sealed because the water would
5  just push in.
6      Q.  Okay.  And seeing the daylight is
7  what told you that the trailer had moved
8  around a little bit?
9      A.  Yes, I knew it had shifted.
10     Q.  Okay.  It wasn't like the trailer
11 was off level to the point where you could
12 feel it rocking or things were rolling
13 around or anything like that?
14     A.  No, sir, not like that.
15     Q.  Were there any other leaks besides
16 the one over the door?
17     A.  None that I saw.
18     Q.  Okay.  Did you do anything to try
19 to fix that leak?
20     A.  No.
21     Q.  Did you call the maintenance line
22 about it?
23     A.  Yes, I did.
24     Q.  Okay.  And what did they do about
25 it?

1     A.  Well, the maintenance line, I
2  didn't call.  I let the maintenance people
3  that came out and, like, did the checklist
4  know.
5         I mean, I never actually called
6  the line about that specific problem.
7     Q.  Okay.
8     A.  I mean, I let the maintenance
9  people know about it.  But my mom, I think
10 my mom should have made an initial call
11 about that.
12    Q.  You told your mom that this was
13 starting to happen?
14    A.  Uh-huh.
15    Q.  And you expected she would call
16 because she is really the applicant?
17    A.  Yeah, exactly.
18    Q.  And did she tell you what sort of
19 response she got out of the maintenance
20 line?
21    A.  Somebody was supposed to give her
22 a call back.
23    Q.  And did that ever happen?  Not to
24 your knowledge?
25    A.  It was like that since I moved

Page 279

1   out.  I mean, until I moved out.
2        Q.   The door was still leaking?
3        A.   Yes.
4        Q.   Okay.  And did the gap over the
5   door get any worse over time?
6        A.   It appeared to have, yes.
7        Q.   It grew?
8        A.   Yes.  You could see the door
9   actually lean if you were standing outside
10  the trailer.
11       Q.   So the door was not square with
12  the doorjamb, right?  The piece of frame
13  around the door and the door itself were no
14  longer square with each other, right?
15       A.   Exactly.
16       Q.   You said you told maintenance guys
17  who happened to be out there about that
18  problem, right?
19       A.   Yes.
20       Q.   And I believe you said that some
21  months, they would miss you and some months,
22  they would catch you, right?  So, obviously,
23  you had that conversation on a day when they
24  happened to catch you at the trailer during
25  their monthly inspection, right?

1    A.   Yes.
2    Q.   Okay. Do you remember when that
3  happened?
4    A.   No, un-un.
5    Q.   About how much time passed between
6  the time when you first saw that leak and
7  when you had the conversation with the
8  maintenance folks?
9    A.   I can't tell you that. Just time
10 period.
11   Q.   Okay. I know it was a while back,
12 Mr. Wright, and I apologize, I have to ask
13 these questions, and I'm going to ask you
14 another question, and I don't expect you to
15 remember this.
16        But do you remember the names of
17 any of the guys you spoke with?
18   A.   I don't know.
19   Q.   Do you remember who they worked
20 for?
21   A.   I guess they worked for FEMA.
22 That's what my assumption was.
23   Q.   Okay. Was the trailer ever,
24 during the time you were occupying it,
25 repositioned from where it was initially

1    the window, right?

2        A.    Yes.

3        Q.    That would have occurred during

4    the winter, right, when the window was

5    getting cold from the outside, right?

6        A.    Well, it was pretty much -- it

7    occurred in the wintertime, too, because the

8    air conditioner would be on and the vent

9    was, like, if I'm not mistaken, pointing

10   toward the -- the vents were pointing toward

11   the windows, if I'm not mistaken.

12       Q.    The vanes in the vent directed the

13   cold from the air-conditioning onto the

14   window to the point where water was

15   condensing on the inside of the window even

16   in the summertime?

17       A.    Yes.

18       Q.    Were the vanes adjustable?  Could

19   you move them around at all?

20       A.    Excuse me?

21       Q.    Were the vanes adjustable, could

22   you move them around at all?

23       A.    Oh, God.

24             No, no.

25       Q.    Okay.  The gap above the door that

1   you and I talked about?
2       A.   Yes.
3       Q.   How big was it?  Can you describe
4   how long it was and how wide it was?
5       A.   It started off as a little gap,
6   but by the time I got out of it, it was,
7   like, a good piece.  I mean, you could
8   actually, like, put your finger down into
9   it.  The handle side of the door, you could
10  actually put your hand down into the top of
11  it.
12      Q.   You could be standing on the
13  outside of the trailer and put your hand
14  into the inside of the trailer?
15      A.   Yeah.
16      Q.   How wide was the gap?  Was it the
17  whole length of the door?
18      A.   Well, the hinges of the door, so
19  it was like a diagonal-type --
20      Q.   Triangular?
21      A.   Yeah, like a triangular-type
22  opening.
23      Q.   So it came to a point by the hinge
24  side of the door, and it would have been at
25  its widest on the opposite side of the door;

1   is that right?
2        A.   That's correct.
3        Q.   And how wide?  You said wide
4   enough to stick your hand through, but was
5   it 2 inches, 3 inches, 6 inches?
6        A.   Well, it was enough for my hand to
7   go through.  But somebody with bigger hands
8   probably would have just got their fingers,
9   you know.
10       MR. KURTZ:
11            All right.  That's all I have.
12  Thank you.
13  EXAMINATION BY MR. AHLQUIST:
14       Q.   Lyndon, I have just a few
15  questions and I'll go as fast as I can.
16            A quick question is with a gap
17  like that on the door like you just
18  described, when it would rain, water would
19  come in that door, correct?
20       A.   Yes.
21       Q.   Would a dehumidifier have made any
22  difference if water was coming in --
23       MR. BONE:
24            Objection.
25       MR. KURTZ: