UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>* SECTION "N" (5)<br>*<br>*<br>* JUDGE ENGELHARDT<br>* MAGISTRATE CHASEZ<br>* |
| THIS DOCUMENT IS RELATED TO | | *<br>* |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892;<br>Alana Alexander, individually and on behalf of Christopher Cooper | | *<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT "A"**
**to**
**PLAINTIFF'S RESPONSE TO DEFENDANT FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT BASED ON PRESCRIPTION**

# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 2804-1   Filed 08/24/09   Page 3 of 3
In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Alana Alexander

Page 149

1  home with you guys?

2      A.  Shortly thereafter, Debra moved
3  into the home too.

4      Q.  With her two kids?

5      A.  No, by that time, her son, Jared,
6  had gotten a scholarship to Iowa State and
7  he went off to college.  Matthew went back
8  to New Orleans and lived in the dorms at
9  UNO.

10     Q.  What was the reason for moving
11 from Dwayne's house in May of '06?

12     A.  Because I was ready to come back
13 home.

14     Q.  Did you have a place to stay?

15     A.  The FEMA trailer was there by the
16 time we got back.

17     Q.  What kind of house did Dwayne
18 have?

19     A.  Two-story house.  It had four
20 bedrooms -- five bedrooms.

21     Q.  What was it made out of?

22     A.  It was a wooden house.

23     Q.  Were there wood floors?

24     A.  Yes.

25     Q.  Did you ever have any health