UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | |
| | LIABILITY LITIGATION * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf | * | |
| of Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EXHIBIT "A"
### to
### PLAINTIFF'S RESPONSE TO DEFENDANT FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT BASED ON PRESCRIPTION

# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN Document 2805-1 Filed 08/24/09 Page 3 of 3
In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Alana Alexander

Page 149

1  home with you guys?
2      A.   Shortly thereafter, Debra moved
3  into the home too.
4      Q.   With her two kids?
5      A.   No, by that time, her son, Jared,
6  had gotten a scholarship to Iowa State and
7  he went off to college.  Matthew went back
8  to New Orleans and lived in the dorms at
9  UNO.
10     Q.   What was the reason for moving
11 from Dwayne's house in May of '06?
12     A.   Because I was ready to come back
13 home.
14     Q.   Did you have a place to stay?
15     A.   The FEMA trailer was there by the
16 time we got back.
17     Q.   What kind of house did Dwayne
18 have?
19     A.   Two-story house.  It had four
20 bedrooms -- five bedrooms.
21     Q.   What was it made out of?
22     A.   It was a wooden house.
23     Q.   Were there wood floors?
24     A.   Yes.
25     Q.   Did you ever have any health