UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; | | * | |
| | | * | |
| Alana Alexander, individually and on behalf of Christopher Cooper | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**PLAINTIFF'S OBJECTIONS TO DEFENDANT FLUOR ENTERPRISES, INC.'S STATEMENT OF UNCONTESTED MATERIAL FACTS**</u>

Plaintiff Alana Alexander, Individually and on behalf of Christopher Cooper ("Ms. Alexander" or "Plaintiff") sets forth the following objections to Defendant Fluor Enterprises, Inc.'s Statement of Uncontested Material Facts, with respect to Defendant Fluor Enterprises, Inc.'s ("FEI") Motion for Summary Judgment Based on Prescription (Docket Entry No. 2728-3) and states the following:

**I    ALLEGED FACTS IN FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT BASEDON PRESCRIPTION WHICH ARE CONTROVERTED.**

Plaintiff controverts Fluor Enterprises, Inc.'s alleged Uncontested Material Fact Number 7. Plaintiffs vacated the travel trailer "on December 30, 2007", when Plaintiff became aware of the formaldehyde danger. However, Ms. Alexander's testimony confirms that she was misled about the dangers of formaldehyde by a representative of the U.S. Government. *See* Exhibit "A" to Rec. Doc. 2493.

1

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, TEXAS #16739600

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on August 24, 2009.

                                   s/Gerald E. Meunier
                                GERALD E. MEUNIER, #9471