UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S RESPONSE TO UNITED STATES' STATEMENT OF FACTS AND PLAINTIFF'S STATEMENT OF FACTS AND DISPUTES

Plaintiff respectfully submits the following response to the United States' Statement of Facts in support of its Motion to Dismiss and/or for Summary Judgment, and further sets forth factual issues and dispute which preclude any summary judgment relief:

1.  Plaintiff disputes the United States' statement of fact nos. 2 and 3, to the extent that no proclamations of a "state of emergency" or extended "state of emergency" by the Governor of Louisiana relate to the duration of the actual emergency giving rise to the housing assistance provided by FEMA, within the meaning of LSA-R.S. 29:733.1.

2.  Plaintiff disputes the United States' statements of fact nos. 4, 5, 6, 7, and 8, since FEMA did not have unfettered discretion in regard to providing the housing assistance at issue herein.

3.  Plaintiff disputes the United States' statement of fact no. 9, in that the plaintiff Alana Alexander did pay tax dollars used in part by FEMA in providing her with her travel

trailer.

4. There is a material issue of fact as to whether the actions/inactions for which FEMA is sued herein were truly "voluntary" within the meaning of LSA-R.S. 29:733.1.

5. There is a material issue of fact as to whether the actions/inactions for which FEMA is sued herein were carried out "without compensation," within the meaning of LSA-R.S. 29:733.1.

6. There is a material issue of fact as to whether the injuries for which FEMA is sued herein occurred "during" the "actual" emergency of Hurricane Katrina and the flooding which followed Hurricane Katrina.

7. There is a material issue of fact as to whether plaintiffs' tort claims under the FTCA are predicated on FEMA's status as the owner of property.

8. There is a material issue of fact as to whether FEMA's liability herein rises to the level of "gross fault," assuming the applicability of LSA-R.S. 9:733.1.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

        s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

    I hereby certify that on August 24, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
GERALD E. MEUNIER, #9471