UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER AND REASONS

After considering the memoranda of the parties and the applicable law relating to the following three motions, the Court rules as follows:

**IT IS ORDERED** that **Plaintiffs' Motion for Leave to File First Supplemental Witness List (Rec. Doc. 2626)** is **GRANTED**.

**IT IS FURTHER ORDERED** that **Plaintiffs' Motion for Leave to File First Supplemental Exhibit List (Rec. Doc. 2627)** is **GRANTED**.

**IT IS FINALLY ORDERED** that the **Motion to Strike Certain Lay Witnesses (Rec. Doc. 2628)** is **DENIED**.

New Orleans, Louisiana, this 21st day of August, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**