MINUTE ENTRY
ENGELHARDT, J.
August 24, 2009

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                      SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


        A telephone status conference was conducted on Monday, August 24, 2009, at 10:15 a.m.

Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, M. David

Kurtz, Henry T. Miller, Karen Whitfield, Timothy D. Scandurro, Charles R. Penot, Jr., Richard A.

Sherburne, J. Adam Bain.

JS10(00:30)