UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On August 24, 2009, the Court held a telephone status conference with the following counsel participating: Jerry Meunier, Justin Woods, Andy Weinstock, Tim Scandurro, Joe Glass, Henry Miller, Adam Bain, Charles Penot, Richard Sherburne, Dave Kurtz, and Karen Whitfield.

New Orleans, Louisiana, this 24th day of August, 2009.

                                       _____
                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**