# Transcript of the Testimony of
# Videotaped Deposition of Travis Allen

### Date taken: August 5, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 13

1      Q.   Do you have any check stubs left
2   from that time period?
3      A.   Not -- not with me.  I will have
4   to look.  I might have some at my house, I'm
5   not sure.
6      Q.   And were you paid on a weekly
7   basis?
8      A.   Yes, ma'am.
9      Q.   How did you come to having this
10  job?
11     A.   He -- he was just looking for a
12  team to go down there with a few guys he
13  could trust, you know.
14     Q.   And "he" meaning?
15     A.   Oh.  Paul Blanchard and my
16  brother, they have been best friends since
17  they was little and they decided to let me
18  come work down there with them.
19     Q.   Prior to January of 2006, had you
20  ever worked on a team that hauled trailers
21  and set them up?
22     A.   I -- yes, ma'am, I did.  Not --
23  not -- it would have been residential
24  trailers, like big, like double wides, like
25  16 by 80s.

Page 14

```
 1        Q.   And who did you work for doing
 2   this?
 3        A.   McCants Mobile Home in Woodville,
 4   Mississippi.
 5        Q.   And how long did you work for
 6   McCants?
 7        A.   It was just a summer job, so three
 8   months.  I can't remember the -- it will
 9   probably be 2002 sometime.  Roughly.  I'm
10   not real sure about the date.
11        Q.   So you would have been how old in
12   2002?
13        A.   I would have been 17, I believe.
14        Q.   And what did you do that summer
15   that you worked for McCants?
16        A.   We hauled -- hauled them and
17   basically, all I did was, I would ride
18   shotgun in the vehicle to -- when we hauled
19   the trailer, just to look out the right side
20   and make sure he didn't hit anything or make
21   sure nothing was coming.  Or talk on the
22   radio, because we had a lead car in front of
23   us and they'd tell us, you know, what's
24   coming around the curve.
25        Q.   Once the trailer arrived at the
```

Page 15

1  location it was going to be placed, did you
2  have any role in setting it up?
3      A.  Sometimes if they needed extra
4  help.  I wasn't -- that wasn't my job, but
5  I -- I would help out if they needed it.
6      Q.  Did you have any kind of formal
7  training when you were working at McCants?
8      A.  I wouldn't say "formal."  I'd
9  say -- helping them -- I would say an
10 example is like going and getting blocks off
11 the trailer, going -- hauling the, you know,
12 the straps, bringing them anchors and laying
13 them out by the trailers.  I wouldn't
14 actually block the trailer or nothing like
15 that.
16     Q.  Did you watch them as they were
17 blocking the trailer?
18     A.  Yes, ma'am.
19     Q.  And strapping the trailer, were
20 you there as they were strapping the trailer
21 and watching them as well?
22     A.  Yes, ma'am.
23     Q.  And what were the sizes of these
24 trailers you were saying at McCants that you
25 were working with?

Page 16

1    A.   Some of them, it varied.  Most of
2    them, like the single wides, most of them
3    would be 16 foot wide, 80 foot long.
4         And then the double wides, I
5    think -- I'm not real positive but I think
6    they are 32 wide and 80 foot long.
7    Q.   And were all of these brand-new
8    trailers?
9    A.   Yes, ma'am.
10   Q.   And did you ever have to go inside
11   of these trailers as y'all were setting them
12   up?
13   A.   Sometimes.  Not -- not every time.
14   Because sometimes I would just arrive there
15   with the trailer and they would put it into
16   place and then I would leave.  Sometimes I'd
17   stick around and help out.
18        I went -- I didn't go in the
19   trailers too much.
20   Q.   So prior to January of 2006, was
21   this your only experience working with
22   mobile homes?
23   A.   Yes, ma'am.
24   Q.   When you started working with your
25   brother and with Mr. Blanchard, were they

Page 17

1    already working this job?
2        A.   I believe they were working for
3    just a little while, I think.  It's kind of
4    far back.  But I believe they were.
5        Q.   Did you sign a contract with
6    Mr. Blanchard to do the work?
7        A.   No.  It was just a handshake.
8    He's been friends with our family for -- I
9    trust him like I trust a brother.
10       Q.   Do you know if Mr. Blanchard had
11   any experience hauling trailers before this
12   job?
13       A.   I'm not -- I couldn't -- I
14   couldn't tell you that.  I don't think -- I
15   don't think he has, but --
16       Q.   And what about your brother, do
17   you know if -- if your brother Heath had any
18   experience hauling trailers?
19       A.   No, ma'am, he hadn't.
20       Q.   When you started working with
21   Mr. Blanchard, where was the work occurring?
22       A.   Like where we were setting up the
23   trailers or --
24       Q.   Tell me about your day hauling
25   trailers.

Page 25

1  A.  No, ma'am.
2  Q.  Do you know when Paul stopped
3  hauling trailers?
4  A.  I'm -- I'm not sure on that.  It's
5  unclear.
6  Q.  Can you describe the trailers that
7  y'all would typically haul?
8  A.  There would be bumper pull,
9  sometimes they'd be just a regular trailer,
10 sometimes they'd be a double slide-out,
11 sometimes they'd be a single slide-out, but
12 they would probably be, I would say 30 foot
13 long maybe, 20 foot.  Somewhere in between
14 there.
15 Q.  And where were y'all typically
16 having -- placing these trailers?
17 A.  At residential areas, right next
18 to the peoples' houses.
19 Q.  And did you ever transport any to
20 the -- to group sites?
21 A.  No, ma'am.
22 Q.  Did you ever participate in
23 hauling and setting up a travel trailer?
24 A.  Yes, ma'am.
25 Q.  Do you know if your crew set up a

Page 26

1   travel trailer at an address in New Orleans,
2   4415 Dale Street in New Orleans?
3       A.  No, ma'am.  I -- we didn't even
4   know the names of the roads most of the
5   time.  The signs were all knocked down from
6   the flood.
7       Q.  Do you have any paperwork
8   concerning any of the trailers that you
9   participated in hauling and setting up?
10      A.  No, ma'am.
11      Q.  How did you learn of this
12  litigation, this lawsuit?  How did you learn
13  about all of this?
14      A.  Through Paul, Paul Blanchard.
15      Q.  And what did -- what did Paul talk
16  to you about?
17      MR. PEÑA:
18          Object to the form.
19  EXAMINATION BY MS. MALLETT:
20      Q.  You can go ahead and answer.
21      A.  They -- I -- can you repeat the
22  question?
23      Q.  Uh-huh.  What did Paul talk to you
24  about?
25      A.  Just that they had -- something

Page 57

1  were working with him?
2      A.   I believe -- I believe he did get
3  sick.  I'm not real positive on that one.
4  But I think he never got sick when I was
5  down there, but I think they said he got
6  sick before I got down there.
7      Q.   So you never actually saw him --
8      A.   No, ma'am.
9      Q.   -- sick?
10     A.   No, ma'am.
11     Q.   And what about your brother Heath,
12 did he get sick at any point when you were
13 working with him?
14     A.   I think he got on -- when we were
15 working down here, he got a sore throat.
16     Q.   And do you know if he saw a doctor
17 for that sore throat?
18     A.   I'm not sure.
19     Q.   Do you have a regular doctor that
20 you typically go to?
21     A.   Yes, ma'am.
22     Q.   And who is that?
23     A.   It will be David -- I just call
24 him "Dr. David."  I don't really know his
25 last name.

Page 58

```
 1        Q.    And where is he located?
 2        A.    He is in Woodville, Mississippi.
 3        Q.    And what type of doctor is he?
 4        A.    He works -- he works at a clinic
 5   in -- Catchings Clinic in Woodville,
 6   Mississippi.
 7        Q.    And when is the last time that you
 8   saw Dr. David?
 9        A.    Dr. David, it would be probably
10   about a year ago.  I got -- I got sick on
11   a -- it was just a sinus drain in the back
12   of my nose.
13        Q.    Is he the only doctor that you
14   see?
15        A.    Yes, ma'am.
16        Q.    And prior to seeing Dr. David
17   about a year ago, when was the last time you
18   saw him before that?
19        A.    I can't remember that far back.
20        Q.    Did you ever see him in relation
21   to any of the complaints that you had while
22   you were working hauling trailers with Paul
23   Blanchard?
24        A.    No, ma'am.
25        Q.    I believe you testified that you
```

Page 100

1    A.   Yes.
2    Q.   And how long would you be inside
3    the trailer doing your setup work inside the
4    trailer?
5    A.   Just long enough to get the, you
6    know, the air out of the water, and we
7    generally flushed the commode once.
8    Q.   Are we talking less than an hour?
9    A.   Yes.
10   Q.   Half hour?
11   A.   Probably half hour to 45 minutes.
12   Make it -- and we would put the level on the
13   floor to make sure, you know, nothing that
14   would take a long period of time.
15   Q.   So you typically spent 30 to 40
16   minutes inside the trailer after you
17   finished your outside work?
18   A.   Yes.
19   Q.   And because you had ventilated the
20   trailer and opened the door and everything,
21   you were able to get in there and get your
22   work done?
23   A.   Yes.
24   Q.   And you didn't have the problem
25   with the burning nose anymore?

Page 101

1    A.   No. After a -- after a while, it
2  would go away. If you left everything open.
3    Q.   So about a half-hour, you think it
4  all went away?
5    A.   Well, half-hour -- no, no, no.
6  Probably about as long as it took us to put
7  the blocks on there.
8    Q.   Okay. You didn't routinely go
9  back and forth inside the trailer, though,
10 to check, during that first hour?
11   A.   No, sir.
12   Q.   You did your outside work?
13   A.   Yes, we did our outside work and
14 then went back inside.
15   Q.   So after an hour, you had no
16 problems when you went inside the trailer?
17   A.   Yes.
18   Q.   That's correct, you had no
19 problems?
20   A.   Yes, sir.
21   Q.   Now I think you said earlier,
22 you -- you didn't have that pickle jar smell
23 on cooler days, correct?
24   A.   Yes.
25   Q.   But you still occasionally opened

Page 102

1   the vents because it would get hot inside
2   the trailer even on a cool day?
3        A.   Yes, sir.
4        Q.   So regardless of what the
5   temperature was outside, your experience was
6   it was always a lot hotter inside the
7   trailer?
8        A.   Yes.  And by cooler day, I mean
9   not cold, just, you know, 75, something like
10  that.
11       Q.   Seventy-five would be a cool day
12  where you didn't smell the pickle smell?
13       A.   Sometimes it gets up to the 90s
14  out there and that's when it was real bad.
15       Q.   You would say when it was about
16  75 degrees, you didn't have those symptoms
17  you talked about with the nose and the eyes,
18  right?
19       A.   Yes.
20       Q.   But when it got up to 90 or 95,
21  you could sense it?
22       A.   Yes.
23       Q.   You said you were contacted by
24  your brother about showing up today and
25  about appearing for the statement back in

Page 106

```
 1   EXAMINATION BY MR. SCANDURRO:
 2       Q.   Mr. Allen, we were talking about
 3   the first time you got sick it was the
 4   beginning of the summer of 2006.
 5       A.   Yes.
 6       Q.   So am I correct that from the time
 7   you started in January of 2006 until then,
 8   you did fine, you didn't have any illnesses?
 9       A.   Yes.
10       Q.   And after that couple of days when
11   you were down with the -- with the symptoms
12   that you had at the beginning of the summer,
13   you went back to work, right?
14       A.   Yes, sir.
15       Q.   And you worked without any other
16   symptoms for another couple of months?
17       A.   Yes, sir.
18       Q.   And then you got sick again?
19       A.   Yes, sir.
20       Q.   And the second time you got sick,
21   did you tell me it was sinus-type symptoms?
22       A.   Yes.
23       Q.   And you have, at least one time
24   within the past year, you've had some type
25   of sinus symptoms as well that you saw your
```

Page 107

1   doctor for?
2       A.   Yes.
3       Q.   What about before?  Before you
4   started working on the FEMA trailer job, you
5   ever have colds before?
6       A.   Yes.
7       Q.   Did you ever have the flu before?
8       A.   Yes.
9       Q.   Ever had sinus problems?
10      A.   Yes, sir.
11      Q.   So there wasn't anything unusual
12  about your medical history in 2006 compared
13  to before or after?
14      A.   No, I wouldn't say.
15      Q.   And you are a mechanic now at
16  Colonial Chevrolet.  Is that right?
17      A.   Yes, sir.
18      Q.   Do you have any medical
19  conditions, any diseases or illnesses?
20      A.   No, sir.
21      Q.   Are you allergic to anything?
22      A.   Apples.
23      Q.   Apples?
24      A.   Yes, sir.
25      Q.   Are you allergic to mold?

```
Page 108
 1        A.   No, sir.
 2        Q.   Are you allergic to anything else,
 3   pollen, flowers, trees?
 4        A.   No, sir.
 5        Q.   You talked earlier about the fact
 6   that Paul Blanchard never got sick during
 7   the seven or eight months that you were
 8   working with him on the FEMA job, correct?
 9        A.   Yes, sir.
10        Q.   And I think you said your brother
11   Heath got a sore throat one time during that
12   seven or eight-month period?
13        A.   Yes, sir.
14        Q.   How long did that sore throat
15   last?
16        A.   I can't recall how long.  I just
17   remember him just, you know, complaining
18   about his throat a little bit.
19        Q.   That's the only time he got sick
20   during that eight months?
21        A.   That's the only time I recall.
22        Q.   Did he take anything for it, to
23   your knowledge?
24        A.   Not to my knowledge.  I don't
25   know.
```

Page 163

1   EXAMINATION BY MR. SCANDURRO:
2        Q.   You're almost done.  I just have a
3   couple of quick questions.
4             The Cavalier trailers where you
5   smelled the vinegar smell you talked about,
6   I just want to confirm those were all
7   brand-new trailers built after Katrina, as
8   far as you know, right?
9        A.   Yes.
10       Q.   And when you smelled that strong
11  smell, generally -- there was no
12  air-conditioning, correct?
13       A.   No air-conditioning.
14       Q.   And it was very hot on the inside
15  of those trailers, maybe as much as a
16  hundred degrees or more?
17       A.   Correct.
18       Q.   You mentioned earlier that at some
19  point in time, you wished you had known
20  something about formaldehyde because you
21  learned it had can harm you pretty bad.
22            Do you recall saying that?
23       A.   Yes.
24       Q.   Did you learn that just watching
25  television?