# Transcript of the Testimony of
# Videotaped Deposition of Heath Allen

## Date taken: August 5, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 31

1   four months.  I don't know exactly.
2       Q.   Do you know where any of the
3   locations were that y'all placed the
4   trailers?
5       A.   Cities-wise?  Like, city-wise?
6            We put some -- Chalmette, Arabi,
7   down -- I mean, New Orleans.  Different
8   places like that.
9       Q.   Do you know any of the particular
10  residences?
11      A.   I don't remember no physical
12  addresses, no, ma'am.
13      Q.   So if I asked you if you placed a
14  trailer at 4415 Dale Street in New Orleans
15  East, would you know if you placed that
16  trailer there?
17      A.   No, ma'am.
18      Q.   What was the least number of
19  trailers that y'all set up in a day?
20      A.   Two.
21      Q.   What's the most?
22      A.   Four.
23      Q.   What was your average?
24      A.   About three.
25      Q.   When you were setting up a

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Heath Allen

Page 41

1    Q.   And about how long would you air
2  it out while y'all were doing the other
3  work?
4    A.   It varied.  It just depends on how
5  long it took us to block it, strap it down,
6  do the plumbing and water.  We would wait
7  until the last thing to do, to go inside and
8  set it up.  Just to make sure it was aired
9  out.
10   Q.   So what was the shortest amount of
11  time that it took for y'all to set up a
12  trailer when you were airing it out?
13   A.   Easiest would have been on the
14  concrete, probably like about an hour.
15   Q.   And what was the longest amount of
16  time it took you to set up a trailer?
17   A.   I would say the longest it ever
18  took us was about three hours.  Three, three
19  and a half hours.
20   Q.   And what was the reason it took
21  you so long on that job?
22   A.   It being unlevel in the yard and
23  stuff.
24   Q.   Were you ever treated by a
25  doctor while you were working with

Page 42

```
 1   Mr. Blanchard hauling the trailers?
 2       A.   Yes, ma'am.  I went to my doctor
 3   because I got sick when I was down there.
 4       Q.   Tell me when you got sick.
 5       A.   I can't exactly remember the
 6   month.  I mean, it was -- had to be in the
 7   summertime, because it was hot outside.  A
 8   lot of people say it was the mold, the black
 9   mold and stuff like that.  It probably was.
10   I mean, it was pretty nasty down there at
11   the time.
12       Q.   Tell me what your symptoms were.
13       A.   Upset stomach, throwing up.  Stuff
14   like that.
15       Q.   And what kind of medicine did he
16   give you?
17       A.   He just told me -- I just -- I
18   don't really like to take medicine for, you
19   know, that's just, like, a stomach virus.
20   He gave me some antibiotics, but I don't
21   remember what the name of it was.
22       Q.   Did he tell you what you had?
23       A.   He just said it was flu-like
24   symptoms, pretty much.
25       Q.   Did he tell you it had to do with
```

Page 43

1   the mold?
2       A.   Yes.  He said -- I told him where
3   I was working at, so that's what he said.
4   He said pretty much it's probably, you know,
5   the black mold and stuff down there.
6       Q.   So what was the diagnosis?
7       A.   He just said flu-like symptoms.
8       Q.   And aside from the antibiotic, did
9   he prescribe anything else?
10      A.   That was it.
11      Q.   Did you take anything over the
12  counter for your symptoms?
13      A.   No, ma'am.
14      Q.   Was this the only time that you
15  experienced this, when you were working with
16  Mr. Blanchard?
17      A.   Yes, ma'am.
18      Q.   What doctor did you see?
19      A.   Doctor Daniels, Challie Daniels.
20      Q.   Shelly Daniels?
21      A.   Challie.  C-H-A-L-L-I-E.
22      Q.   And where is Dr. Daniels?
23      A.   St. Francisville.
24      Q.   And what type of doctor --
25      A.   He's just my primary care

Page 44

1  physician.
2  Q. Is he like a family doctor?
3  A. Yes, ma'am.
4  Q. Did he run any tests on you?
5  A. No, ma'am.
6  Q. Do you still see Dr. Daniels?
7  A. Yes, ma'am.
8  Q. He's still in St. Francisville?
9  A. Yes, ma'am.
10 Q. Are you currently on any
11 medication?
12 A. No, ma'am.
13 Q. After getting sick in 2006, when
14 was the next time that you recall being
15 sick?
16 A. That was about it. I didn't -- I
17 mean, I would get runny noses and stuff like
18 that, but I ain't going to the doctor for
19 stuff like that.
20 Q. Like a cold, is what you're
21 talking about?
22 A. Allergies and stuff like that.
23 Q. Tell me what you're allergic to.
24 A. Nothing that I know of.
25 Q. Did you ever talk to Paul

Page 45

1   Blanchard about the smell in the trailers?
2       A.   Oh yeah, we talked about it.
3       Q.   Tell me what y'all talked about.
4       A.   Just that it hurt our eyes and
5   stuff like that. Just common problems we
6   had with it, the burning and stuff.
7            We always -- I mean, we knew --
8   after a little while, we knew it was going
9   to happen. Like I said, we would air it out
10  and try and get it all out of there first
11  before we would go back in there.
12      Q.   I believe you said that your nose
13  would bleed sometimes?
14      A.   Yes, ma'am. It bled a couple of
15  times.
16      Q.   And tell me, do you recall when it
17  was that it bled?
18      A.   We would go in there -- like I
19  said, when we first started doing the
20  trailers in the summer months, we didn't
21  realize it was going to be like that when we
22  went in there. So when we first walked in
23  there, we would breathe it in and that's
24  when it caused my nose to bleed. So it only
25  did it like twice at the most.

Page 46

1    Q.   Was it lot of blood?  Or...
2    A.   It just started bleeding.  It
3  didn't bleed that much or that long.
4    Q.   So what did you do to stop it from
5  bleeding?
6    A.   Just put a tissue in my nose and
7  kept on going.
8    Q.   Is it something that you felt you
9  needed to go to a doctor to check out?
10   A.   No, ma'am.  I didn't go to the
11 doctor until I got sick.
12   Q.   And how long were you sick?
13   A.   Couple of days.
14   Q.   Do you remember how much work you
15 missed?
16   A.   We worked out -- we went down
17 there on a Wednesday.  I started feeling
18 bad.  That Friday, I went to the doctor, and
19 by the end of the weekend, I was headed back
20 down there.
21   Q.   So --
22   A.   I don't know any specific dates or
23 nothing like that about it.
24   Q.   So did you miss any work at all?
25   A.   That Friday.

Page 84

```
 1   with the hauling and installing of the
 2   trailers.  Is that correct?
 3        A.   Yes, sir.
 4        Q.   That wouldn't be your job?
 5        A.   No, sir.
 6        Q.   Now, when you would first enter
 7   some of these units, those units were sealed
 8   up until the point when you open the door,
 9   correct?
10        A.   Yes, sir.
11        Q.   And I assume during the summer,
12   since those units were sealed, they could be
13   really hot inside, right?
14        A.   Yes, sir.
15        Q.   Over 100 degrees inside?
16        A.   I would assume.
17        Q.   And when you set foot in those hot
18   units, you would get some of that eye
19   burning and eye watering, right?
20        A.   Yes, sir.  Only during the summer
21   months.  I mean, there was a smell there in
22   the winter, but it was just like a new smell
23   pretty much.
24        Q.   So if it was a cooler day and it
25   was actually 75 degrees in the unit, you
```

Page 85

1   wouldn't get any of that eye burning or
2   watering, right?
3        A.   No, sir.  It would be just like a
4   new -- like a new car smell.  Pretty much.
5   You know, you could tell it was new, or
6   whatever.  Clean, pretty much.
7        Q.   And if it was 75 degrees when you
8   were entering the unit, you wouldn't get any
9   of that nose burning or any of those
10  respiratory issues, correct?
11       A.   No, sir.
12       Q.   Now, when it was really hot
13  inside, and you would get some of that eye
14  burning and eye watering, I believe you said
15  that you would open the door, open the
16  windows and open the roof vents in the unit,
17  right?
18       A.   Yes, sir.
19       Q.   Would that make the eye burning
20  and eye watering and the nose burning go
21  away?
22       A.   Well, after I did that I would go
23  outside the trailer and we would go ahead
24  and block and level it.  And as soon as it
25  would air out, you could go back in there.

Page 86

```
 1        Q.   So airing out the unit would make
 2   those symptoms go away, correct?
 3        A.   Yes, sir.
 4        Q.   And once the unit was aired out,
 5   you wouldn't have any of those problems with
 6   the eyes burning or the eye watering or the
 7   nose burning, correct?
 8        A.   Yes, sir.
 9        Q.   How did you figure out that
10   opening doors and opening windows would make
11   that issue go away?
12        A.   Just -- just something we came up
13   with pretty much.
14        Q.   Just airing it out?
15        A.   Yes, sir.
16        Q.   Was that just common sense to you
17   that airing it out would make that problem
18   go away?
19        A.   Yes, sir.
20        Q.   Did you ever run the
21   air-conditioning inside one of these units?
22        A.   No, sir.  No electricity was even
23   hooked up about the time we were there.
24        Q.   So the electricity would come
25   after you had already done your job with the
```

Page 109

```
 1  be somebody already in their yard saying,
 2  "We still ain't got electricity."
 3          I mean, there was nothing we could
 4  do about it.
 5      Q.  But again, the point is, somebody
 6  else would come in and open that trailer up
 7  and go in and do all this other work after
 8  you guys and before the occupant moved in?
 9      A.  Yes, sir.
10      Q.  I wasn't clear on this.  The
11  nosebleeds you had, was that once or twice?
12      A.  Twice.
13      Q.  Twice.  And that was in the
14  beginning of the summertime when it got hot?
15      A.  Yes, sir.
16      Q.  Were the two nosebleeds within a
17  day or two of each other, close in time?
18      A.  I would say about three days
19  apart.
20      Q.  And you said this is before y'all
21  started to ventilate the trailers by opening
22  the vents on the roof and the door?
23      A.  Yes, sir.
24      Q.  And once you started doing that
25  you didn't have any other problems with your
```

Page 110

```
 1   nose?
 2       A.   Yes, sir.
 3       Q.   And you are not having problems
 4   with your nose today?
 5       A.   No, sir.
 6       Q.   And the problems that you did have
 7   were just for a few minutes.  You stuffed a
 8   tissue in your nose and it went away?
 9       A.   Yes, sir.
10       Q.   And you were good to go the rest
11   of the day?
12       A.   Yes, sir.
13       Q.   And I know you are not a medical
14   doctor, but nobody has ever told you who is
15   a doctor that formaldehyde caused your nose
16   to bleed, did they?
17       A.   No, sir.
18       Q.   And you are aware that nosebleeds
19   can be caused by a number of different
20   things?
21       A.   Yes, sir.
22       Q.   I think you said a couple of times
23   the trailer-supplied jack bearings might
24   have malfunctioned and you were not able to
25   use the trailer jacks.  Is that right?
```