# Transcript of the Testimony of
# Videotaped Deposition of Gerald Paul Blanchard II

**Date taken: August 6, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1    2005, maybe, 2004 or 2005. Whatever year --
2    right after -- the November after the
3    hurricane.
4        Q.  And how long did you work for Kedo
5    Properties?
6        A.  Until around the -- I would say
7    probably, I think, the 10th of March.
8        Q.  Of 2006?
9        A.  Yes, ma'am.
10       Q.  Did you work for any other company
11   or individual doing this work down in the
12   New Orleans area?
13       A.  No, ma'am.
14       Q.  So in November of 2005, how did
15   you know where to show up?
16       A.  It was word of mouth. A friend of
17   mine met this guy at a party and he said he
18   needed people to work. So if you wanted a
19   job, meet such and such guy on this yard and
20   he will give you a job.
21       Q.  And where was the yard that you
22   went to?
23       A.  It was off of -- is it Chef
24   Ventura Highway? Menteur, in New Orleans?
25   I'm not really sure what the area is called

1           I will go ahead and go back and do
2   my cleanup right now.  I tend to forget to
3   do this.
4           You received a subpoena to appear
5   here, did you not, Mr. Blanchard?
6       A.  Yes, ma'am.
7       Q.  And I'm going to show you a copy
8   of this.  And if you can tell me if this is
9   what you were served with, which at the back
10  has an attachment A, or Exhibit A, which
11  says what we're asking -- the records we
12  have asked you to bring to this deposition
13  today.
14      A.  Yes, ma'am.  That would be what I
15  was served.
16      Q.  Okay.  I'm going to go ahead and
17  attach this as Exhibit 1.
18          How long did Heath work with you?
19      A.  He worked with me from maybe the
20  first or second week in December through the
21  time I left, around March.
22      Q.  So that would have been December
23  of 2005 until March of 2006?
24      A.  Yes, ma'am.
25      Q.  And did he continue working with

Page 44

1    A.   Yes, ma'am.
2    Q.   Do you know where any of the
3    residences are that you delivered the
4    trailers to?
5    A.   I could go back to them.  I don't
6    know the addresses or anything.  No, ma'am.
7    Q.   Did you keep a copy of the
8    paperwork as you finished up your delivery
9    before you gave it to whomever it was that
10   you gave it to?  Did you keep a copy of any
11   of that paperwork?
12   A.   No, ma'am.
13   Q.   So if I asked you if you delivered
14   a trailer to 4415 Dale Street in New
15   Orleans, would you know if you delivered
16   that trailer?
17   A.   No, ma'am.  If I would drive to 44
18   whatever it was Dale Street, I could
19   probably remember, yeah, that was one of
20   ours.  But as far as you giving me an
21   address, no, ma'am.
22   Q.   Do you know if Kedo Properties
23   kept a listing of the trailers that you and
24   your crew set up?
25   A.   No, ma'am.  I have no clue.

1   A.   I might have exaggerated when I
2  said every day, but it was -- out of a day
3  -- out of five days, probably three of the
4  five days.
5   Q.   And I understand you said there
6  might have been a day or two here or there
7  where you might not have had one, but how
8  long during that time frame did Heath
9  observe you have nosebleeds with that kind
10 of frequency?
11  A.   We were together probably ever
12 day, so if I was with him, I guess every
13 time I was with him.
14  Q.   Okay.  So from basically late
15 November of 2005 until the end of February
16 of 2006?
17       I'm sorry, you said your nose
18 started -- your nosebleeds started in
19 mid-December of 2005?
20  A.   Yes.
21  Q.   So from that time until the end of
22 February of 2006?
23  A.   Yes.
24  Q.   Has anybody told that you the
25 nosebleeds you experienced were caused by

1  your exposure to formaldehyde in any of the
2  trailers you worked in?
3      A.   No.
4      Q.   Do you believe it was caused by
5  your exposure to formaldehyde in any of the
6  trailers you worked in as opposed to any
7  other type of material you may have been
8  exposed to while you were doing all this
9  work?
10     A.   I have no clue if formaldehyde
11 caused it or not, but it started around that
12 time when I was down there.  And I was told
13 by a doctor that it look like it was
14 chemical related, you know, some kind of --
15 and breathing in a chemical or something and
16 blistered it.
17     Q.   And that was Dr. Traxler?  Is that
18 right?
19     A.   Yes.
20     Q.   But he couldn't tell you what kind
21 of chemical or when?
22     A.   No.  We're talking -- I talked to
23 him, what, two --
24     Q.   You first saw him in December of
25 2007?

1          A.    No.  I saw him in 3-4-2008.
2          Q.    Oh, yeah.  I'm sorry.  The first
3    time you saw him was in March of 2008?
4          A.    Yes.
5          Q.    And he didn't tell you what
6    chemical you were exposed to that could have
7    caused your problems?
8          A.    No.
9          Q.    Or when?
10         A.    No.
11         Q.    Did you contact any of your
12   doctors that you saw after you started
13   working around these -- after Katrina -- did
14   you contact any of the doctors you have
15   treated with that you have identified for us
16   today to obtain copies of your medical
17   records?
18         A.    No.
19         Q.    Would you have a problem signing a
20   release form for us to obtain your medical
21   records from any doctors that you've seen
22   after Hurricane Katrina?
23         A.    What would be the purpose?
24         Q.    Well, they were actually asked --
25   you were actually asked to bring them with

Page 178

1   you with your subpoena, and since the

2   plaintiffs have offered you as a witness to

3   testify to some of these things, it is going

4   to be relevant.  So I'm asking you if we

5   gave you a medical release to sign to obtain

6   your records from doctors you've treated

7   with after Hurricane Katrina for any

8   reason --

9          MR. PEÑA:

10              I'm going to object.  The subpoena

11  that was issued by Fluor, I believe, relates

12  to anything he has in his possession.

13         MR. DERHAM:

14              That's what I asked him.  I asked

15  him if he made any effort to obtain

16  anything.

17         MR. PEÑA:

18              Well, that wouldn't be something

19  in his possession.

20  EXAMINATION BY MR. DERHAM:

21     Q.   Did you make an effort to obtain

22  anything?  Any medical records?

23     A.   No.

24     Q.   Okay.  How did you get your

25  prescription records?

1      A.    I kept them.

2      Q.    So back to my question, would you
3  agree to sign a release for your medical
4  records for any doctors you treated with for
5  any of these conditions after Hurricane
6  Katrina?

7      A.    I don't see why it would be
8  relevant.

9      Q.    Well, I'm just asking yes or no.

10     A.    No, I wouldn't.

11     Q.    Earlier you told us that -- you
12 said you have "mild, seasonal allergies but
13 nothing major," I believe were your words.
14 And in your statement we discussed a little
15 bit ago, you stated in your sworn statement
16 that you have "bad allergies."

17           Can you reconcile those two
18 statements?

19     A.    Okay.  When it's seasonal -- in
20 the spring or the summer when the pollen
21 gets real bad, I will get bad headaches,
22 like normal people.

23     Q.    Okay.  So in the spring, you have
24 bad allergies?

25     A.    Yes.

Page 180

1    Q.    But the rest of the year you don't
2    feel like you have major allergies, is that
3    what you are saying?
4    A.    Not really.  Maybe when it dries
5    out in the fall I might, you know, sneeze a
6    few times, but nothing major.
7    Q.    Do you have hay fever?
8    A.    No.
9    Q.    Aside from nosebleeds and I think
10   you said burning eyes and a burning nose,
11   did you ever have -- ever experience any
12   other kinds of symptoms while you were
13   inside of any of the trailers?  Dizziness,
14   lightheadedness, nausea?
15   A.    No, not really.
16   Q.    And you never told anyone at -- is
17   it Kedo?
18   A.    Yes.
19   Q.    You never told anyone at Kedo that
20   you were having nosebleeds, did you?
21   A.    No.
22   Q.    And you never told anyone at the
23   MLU yard that you were having nosebleeds,
24   correct?
25   A.    No.

Page 181

```
 1      Q.   You never told anyone with Fluor
 2   that you were having nosebleeds, correct?
 3      A.   No.
 4      Q.   What about your wife, did she ever
 5   see your nosebleeds?
 6      A.   Yes.  She carried me -- she was --
 7   we were on the way to the emergency room
 8   twice because I couldn't get it to stop.
 9      Q.   When was that?
10      A.   I don't know.  Probably right
11   before I went and got it scoped, so we're
12   looking kind of around the area of --
13      Q.   December of 2007?
14      A.   3-4-2008.
15      Q.   I'm sorry.  3-4-2008 is when you
16   had --
17      A.   So we're looking at December of
18   2007, January, maybe around in there before
19   I went to the doctor and actually figured
20   out what it was.
21      Q.   Okay.  So you mean -- starting in
22   December of 2005 on not necessarily an
23   everyday basis, but like you said, three or
24   so times a week, you had gushing nosebleeds
25   of sometimes 15 minutes or more that would
```