UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER AND REASONS

Before the Court is the Motion for Partial Summary Judgment (Rec. Doc. 2596), filed by Defendant Gulf Stream Coach, Inc. ("Gulf Stream").  In this motion, Gulf Stream asserts that Plaintiff cannot establish that formaldehyde caused the physical symptoms she allegedly sustained after moving into the emergency housing unit ("EHU").  After considering the memoranda of the parties and the applicable law, the Court concludes that there are genuine issues of material fact that exist, relating to causation, which preclude summary judgment on this issue.  Accordingly,

**IT IS ORDERED** that the **Motion for Partial Summary Judgment (Rec. Doc. 2596)** is **DENIED**.

New Orleans, Louisiana, this 25th day of August, 2009.

                                           **KURT D. ENGELHARDT**
                                           **UNITED STATES DISTRICT JUDGE**