MINUTE ENTRY
CHASEZ, M.J.
AUGUST 21, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION           NUMBER: 07-1873

                               SECTION: "N"(5)


HEARING ON MOTION

APPEARANCES:   Peter Taaffe, Andy Weinstock, Tim Scandurro, Dewey Scandurro, Phillip Watson, Richard Sherburne

MOTION:

(1) Plaintiff's Motion to Compel With Respect to Gulf Stream Coach, Inc. (Rec. doc. 2705);
(2) Plaintiff's Second Motion to Compel With Respect to Gulf Stream Coach, Inc. (Rec. doc. 2707).

_____ :   Continued to

_____ :   No Opposition

_1,2_ :    Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR(00:30)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

__1,2__ : Other.

    1: Plaintiff's counsel is to advise the defense, by 5:00 p.m. today, as to whether search terms of four characters of length or less can be limited or eliminated. In any event, production of the electronic data is to be completed by August 26, 2009 given the imminent trial date.

    2: The documents in question are to be provided to the Court for an <u>in</u> <u>camera</u> inspection on or before August 24, 2009.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2