## AFFIDAVIT OF GERALD MCGWIN, JR. CONCERNING
## IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**STATE OF ALABAMA**
**COUNTY OF JEFFERSON**

**BEFORE ME**, the undersigned authority personally came and appeared:

**GERALD MCGWIN, JR., M.S., Ph.D**

who, after being duly sworn by me, did depose and say that the information contained in the attached report is true and accurate to the best of his knowledge.

GERALD MCGWIN, JR., M.S., Ph.D

Sworn to and subscribed
before me, this _20_ day of
August, 2008.

_Paula A. Faucett_          #  _____
NOTARY PUBLIC

My commission expires

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 3, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

ALX-EXP-83-000001

**Expert Opinion on the Epidemiologic Evidence Regarding the Health Effects Associated with Exposure to Formaldehyde**

Gerald McGwin, Jr., M.S., Ph.D.
August 20, 2008

Gerald McGwin, Jr., M.S., Ph.D.                                   Date

Gerald McGwin, Jr., M.S., Ph.D
Suite 120, 1922 7th Avenue South, Birmingham, AL 35294
205-975-3036

1

ALX-EXP-83-000002

## I.       Background

Following hurricanes Katrina and Rita in August and September 2005, the Federal Emergency Management Agency (FEMA) provided travel trailers, park models, and mobile homes (henceforth referred to as "trailers") to over 100,000 Gulf Coast families to serve as temporary housing.  In 2006 it was reported that trailer residents began experiencing a number of health problems which were largely respiratory in nature soon after occupying these trailers. Complaints of air quality problems in the trailers were also reported.  Based upon the premise that the reported health problems may be attributed to an airborne pollutant, specifically formaldehyde, several organizations measured air quality in both small and large samples of trailers.  The United States Centers for Disease Control and Prevention (CDC) conducted the most systematic assessment and identified high levels of formaldehyde in a large proportion of the trailers sampled.

## II.      Personal Information

My opinions offered herein are to a reasonable degree of scientific certainty and based upon:

### A.  Education

I hold a Ph.D. degree in epidemiology from the University of Alabama at Birmingham (1998), an M.S. degree in Health and Social Behavior from Harvard University (1995) and a B.S. degree in human development from the University of Vermont (1993).

### B.  Experience

I am currently a Professor and the Vice Chair in the Department of Epidemiology at the University of Alabama at Birmingham School of Public Health. I hold secondary appointments in the Departments of Ophthalmology and Surgery at the University of Alabama at Birmingham School of Medicine.

My research interests include injury epidemiology and ophthalmic epidemiology though I also work in the areas of systemic lupus erythematosus and epidemiologic methods. I regularly present the results of my research at other institutions and at national epidemiology, ophthalmology and trauma care meetings.

Since 1998 I have authored or co-authored over 250 peer reviewed manuscripts. I am an Associate Editor for the *American Journal of Epidemiology* and regularly review manuscripts for over a dozen clinical, public health and epidemiology journals.

I serve as a grant reviewer for the National Institutes of Health among other local, national and international organizations.

I currently teach three courses a year, two of which are Ph.D. level courses focused on the design and analysis of case-control and cohort studies; I also teach an introductory course on the principles of epidemiology.

ALX-EXP-83-000003

**C.  A review of the following specific documents and exhibits:**

1. Administrative Master Complaint.
2. An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers, Baton Rouge, LA, September-October, 2006.  Agency for Toxic Substances and Disease Registry, October 2007.
3. Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, Centers for Disease Control and Prevention, February 29, 2008.
4. Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes.  Centers for Disease Control and Prevention, July 2, 2008.
5. Trailer Manufacturers and Elevated Formaldehyde Levels.  Report of the United States House of Representatives, Committee on Oversight and Government Reform, Majority Staff Analysis, July 9, 2008.
6. Toxicology Profile for Formaldehyde, U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry.
7. Trailer Manufacturers and Elevated Formaldehyde Levels.  Report of the United States House of Representatives, Committee on Oversight and Government Reform, Majority Staff Analysis, July 9, 2008.
8. The Serious Public Health Issues Resulting from Formaldehyde Exposures Within FEMA Travel Trailers Issued to Hurricane Disaster Victims, and Recommended Action Items.  Testimony of Mary C. DeVany before the Committee on Oversight and Government Reform, US House of Representatives, July 19, 2007.
9. Statement of Harvey E. Johnson, Jr., Acting Deputy Administrator and Chief Operating Officer, Federal Emergency Management Agency, Department of Homeland Security, before the Subcommittee on Disaster Recovery and Subcommittee on State, Local, and Private Sector Preparedness and Integration, Homeland Security and Governmental Affairs Committee, United States Senate, March 4, 2008.
10. CDC'S Response to Health Concerns Related to FEMA-Provided Travel Trailers and Mobile Homes in the Gulf Coast Region.  Testimony of Howard Frumkin before the Subcommittee on Disaster Recovery and Subcommittee on State, Local, and Private Sector Preparedness and Integration, Committee on Homeland Security and Government Affairs, United States Senate, March 4, 2008.
11. Toxicological Profile for Formaldehyde.  Agency for Toxic Substances and Disease Registry, July 1999.
12. Formaldehyde.  International Agency for Research on Cancer (IARC) Monographs, Vol. 88 (2006).
13. Formaldehyde (Gas), National Toxicology Program, *Report on Carcinogens*, 11th Edition.
14. Formaldehyde.  Integrated Risk Information System (IRIS), US Environmental Protection Agency.

ALX-EXP-83-000004

15. Peer-reviewed scientific manuscripts (listed in the **References** section below)

## III.   Epidemiology and Causality

Epidemiology is the study of the distribution and determinants of diseases in populations. Epidemiology can be descriptive, for example, quantifying the rate of lung cancer in a defined population or it can be etiologic, investigating risk factors for lung cancer. Epidemiologists collect information on disease occurrence (or lack thereof) and potential risk factors of interest (often called exposures) using a variety of valid, reliable, and reproducible techniques. How and which of these techniques are employed is governed by the application of specific study designs in conjunction with careful consideration of the disease in question, specifically issues related to natural history. Specific hypotheses of interest are tested using statistics that are selected and applied with consideration of the specific study design being utilized. Though diverse, nearly all such statistical analyses have a common goal of quantifying the existence of an association between a specific risk factor and disease. However, the interpretation of a quantified exposure-disease relationship must be done in light of any potential threats to a study's validity. Flaws in a study's design or analysis can introduce specific biases that can obscure a relationship when one truly exists and vice versa. Establishing whether a hypothesized exposure-disease association reflects a true cause-effect relationship requires a diversity of information and the results of epidemiologic studies represent one, albeit important, such element.

## IV.   Formaldehyde Exposure and Cancer

There is a large amount literature regarding the association between formaldehyde exposure and cancer dating back at least two decades. Bosetti et al. have recently published a meta-analysis of this literature focusing specifically on retrospective cohort studies of formaldehyde-exposed occupational groups (Bosetti et al., 2008). The authors chose to omit case-control studies from their analysis as they were deemed to provide less valid and reliable information on actual formaldehyde exposure, which, for the sake of homogeneity, is reasonable. While occupational studies on groups of workers employed in the manufacture of formaldehyde and groups that use formaldehyde leave little question as to whether exposure has occurred, quantitative information on exposure levels is lacking. Regarding specific cancer sites, no statistically significant association was observed for death due to neither oral and pharyngeal cancer nor lung cancer. An elevated (relative risk [RR] 1.33), but not statistically significant, association was observed for death due to nasopharyngeal cancer. This association was largely attributed to a significantly elevated association (RR 9.10) in one plant in one study (Hauptmann et al., 2003; Hauptmann et al., 2004). Subsequent investigations have suggested that the original association may have been due to other, non-formaldehyde, exposures as well as failure to consider specific methodological issues (Marsh et al., 2005; Marsh et al., 2007). The authors also observed a statistically significant association for brain cancer among professionals (e.g., embalmers) (RR 1.56) as well as for lymphatic and hemopoietic cancer (RR 1.31). These associations were not observed among those employed in the manufacture of formaldehyde. A possible explanation for the lack of consistent results for these two occupational groups relates to their differential patterns of exposure to formaldehyde.

ALX-EXP-83-000005

The results from individual and pooled case-control studies as well as other meta-analyses also provide important insight regarding the association between formaldehyde and the risk of cancer, specifically nasopharyngeal. In a multi-center European case-control study, Shangina et al. (2006) reported an elevated, though not statistically significant, positive association between laryngeal cancer and formaldehyde exposure (odds ratio [OR] 1.68) (Shangina et al., 2006). This study had insufficient data to evaluate the association for hypopharyngeal cancer. In their case-control study DeStefani et al. reported a statistically significant positive association between self-reported long-term (i.e., >20 years) formaldehyde exposure and lung adenocarcinoma (DeStefani et al., 2005). Wilson et al. (2004) evaluated the association between salivary gland cancer and exposure to various occupational exposures including formaldehyde (Wilson et al., 2004). Their results indicated that, for white men, there was a statistically significant positive association for those with moderate to high intensity formaldehyde exposure (OR 1.6). A similar positive association was observed for black men (OR 1.9) though this was not statistically significant. Among workers at a plastics plant, formaldehyde was associated with an increased risk of pharyngeal cancer though the authors concluded that the pattern of results suggested that this association was due to other occupational and non-occupational risk factors (Marsh et al., 2002). A case-control study of laryngeal cancer and occupational chemical exposures failed to observe an association for formaldehyde exposure (Elci et al., 2003). However, a similar study with a more detailed exposure assessment did observe a positive association that was largely limited to those with a long-term duration of exposure (Berrino et al., 2003). A pooled analysis of data from 12 case-control studies on the association between sinonasal cancer and occupational exposures reported statistically significantly increased risks associated with formaldehyde exposure (Luce et al., 2002). In a case-control study from Taiwan elevated, though not statistically significant, associations between nasopharyngeal cancer and formaldehyde were reported (Hildesheim et al., 2001). LaForest et al. (2000) reported a strong association (OR 3.78) between exposure to formaldehyde and hypopharyngeal cancer (LaForest et al., 2000). Vaughan et al. similarly reported a strong association for nasopharyngeal cancer (Vaughan et al., 2000). In 1997 Collins et al. reported the results of an updated meta-analysis of formaldehyde exposure and upper respiratory tract cancers (Collins et al., 1997). The authors conclude that their results do not support a causal relationship between formaldehyde and nasopharyngeal cancer. This is in contrast to two other meta-analyses both of which conclude that formaldehyde plays a causal role in nasopharyngeal cancers (Blair et al., 1990; Partanen, 1993).

While the majority of research to date has focused on nasopharyngeal cancer, there is evidence to support a link between formaldehyde and other types of cancer. Kernan et al. reported a positive association between formaldehyde exposure and pancreatic cancer, though the statistically significant associations were largely limited to white females (Kernan et al., 1999). A meta-analysis supports this finding (Collins et al., 2001). A recent (2008) meta-analysis by Zhang et al. summarizes the research with respect to leukemia and provides evidence for a positive relationship (Zhang et al., 2008) though others have reached an opposing conclusion (Collins and Lineker, 2004; Pyatt et al., 2008).

It is perhaps important to note that the literature described above is highly variable in several respects, most importantly the determination and quantification of formaldehyde exposure and cancer case-definitions. Additionally, while the cohort studies are conducted in occupationally

ALX-EXP-83-000006

exposed groups the case-control studies include a more diverse array of participants.  Finally, most, if not all, of the cancer-related research to date has been limited to adults and exposures that occurred largely in adulthood and in occupational settings.  Inferences from such research to other groups of exposed individuals, specifically children, who may have different patterns of exposure, should be made with caution.

## V.    Formaldehyde Exposure and Non-Cancer Health Effects

The hypothesized non-cancer health effects associated with formaldehyde exposure include irritation of the eyes, throat and skin, asthma, bronchitis and neurologic problems.  Eye and throat irritation attributed to formaldehyde exposure is well-known though evidence for the exact exposure levels at which this irritation occurs is an area of ongoing research (Arts et al., 2006; Lang et al., 2008).  Regarding asthma, evidence exists supporting an association with formaldehyde exposure (Delfino, 2002; Leikauf, 2002; Norback et al., 1995) and it has been suggested that children (Mendell, 2007) and other sensitive groups such as pregnant women (Matsunaga et al., 2008) may be at elevated risk.  Dales and Raizenne (2004) have suggested that methodological problems might explain the lack of an association observed in certain types of studies (Dales and Raizenne, 2004).  Finally, regarding neurologic problems, there is evidence that formaldehyde exposure is associated with cognitive and neurologic symptoms (LoSasso et al., 2001; Kilburn, 2000).

As with the research regarding cancer, research regarding non-cancer health effects suffers from a number of limitations including the documentation and quantification of formaldehyde exposure and the confounding influence of demographic, behavioral and environmental characteristics.  However, despite these limitations, conclusions from published research are largely consistent regarding the likely causative role of formaldehyde on specific non-cancerous health problems.

## VI.    Expert Opinion

Formaldehyde is classified as a "known carcinogen" by the International Agency for Research on Cancer (IARC) with specific reference to nasopharyngeal cancer.  Based upon the published epidemiological research to date, it is my expert opinion that such a classification is warranted and that formaldehyde can cause nasopharyngeal cancer.  With respect to other cancers, specifically leukemia and lung, pancreatic, and brain cancer, there is evidence to suggest that formaldehyde plays an etiologic role in these diseases.  Similarly, it is my expert opinion that formaldehyde exposure plays an etiologic role in a variety of non-cancer health problems specifically sensory irritation and asthma.  There is also evidence that formaldehyde exposure may cause neurologic problems.

ALX-EXP-83-000007

## VII.    References

Arts JH, Rennen MA, de Heer C. Inhaled formaldehyde: evaluation of sensory irritation in relation to carcinogenicity. Regul Toxicol Pharmacol. 2006 Mar;44(2):144-60.

Berrino F, Richiardi L, Boffetta P, Estève J, Belletti I, Raymond L, Troschel L, Pisani P, Zubiri L, Ascunce N, Guberán E, Tuyns A, Terracini B, Merletti F; Milan JEM Working Group. Occupation and larynx and hypopharynx cancer: a job-exposure matrix approach in an international case-control study in France, Italy, Spain and Switzerland. Cancer Causes Control. 2003 Apr;14(3):213-23.

Blair A, Saracci R, Stewart PA, Hayes RB, Shy C. Epidemiologic evidence on the relationship between formaldehyde exposure and cancer. Scand J Work Environ Health. 1990 Dec;16(6):381-93.

Bosetti C, McLaughlin JK, Tarone RE, Pira E, La Vecchia C. Formaldehyde and cancer risk: a quantitative review of cohort studies through 2006. Ann Oncol. 2008 Jan;19(1):29-43.

Collins JJ, Acquavella JF, Esmen NA. An updated meta-analysis of formaldehyde exposure and upper respiratory tract cancers. J Occup Environ Med. 1997 Jul;39(7):639-51.

Collins JJ, Esmen NA, Hall TA. A review and meta-analysis of formaldehyde exposure and pancreatic cancer. Am J Ind Med. 2001 Mar;39(3):336-45.

Collins JJ, Lineker GA. A review and meta-analysis of formaldehyde exposure and leukemia. Regul Toxicol Pharmacol. 2004 Oct;40(2):81-91.

Dales R, Raizenne M. Residential exposure to volatile organic compounds and asthma. J Asthma. 2004;41(3):259-70.

Delfino RJ. Epidemiologic evidence for asthma and exposure to air toxics: linkages between occupational, indoor, and community air pollution research. Environ Health Perspect. 2002 Aug;110 Suppl 4:573-89.

De Stefani E, Boffetta P, Brennan P, Deneo-Pellegrini H, Ronco A, Gutiérrez LP. Occupational exposures and risk of adenocarcinoma of the lung in Uruguay. Cancer Causes Control. 2005 Sep;16(7):851-6.

Elci OC, Akpinar-Elci M, Blair A, Dosemeci M. Risk of laryngeal cancer by occupational chemical exposure in Turkey. J Occup Environ Med. 2003 Oct;45(10):1100-6.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries. J Natl Cancer Inst. 2003 Nov 5;95(21):1615-23.

ALX-EXP-83-000008

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A. Mortality from solid cancers among workers in formaldehyde industries. Am J Epidemiol. 2004 Jun 15;159(12):1117-30.

Hildesheim A, Dosemeci M, Chan CC, Chen CJ, Cheng YJ, Hsu MM, Chen IH, Mittl BF, Sun B, Levine PH, Chen JY, Brinton LA, Yang CS. Occupational exposure to wood, formaldehyde, and solvents and risk of nasopharyngeal carcinoma. Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1145-53.

Kernan GJ, Ji BT, Dosemeci M, Silverman DT, Balbus J, Zahm SH. Occupational risk factors for pancreatic cancer: a case-control study based on death certificates from 24 U.S. states. Am J Ind Med. 1999 Aug;36(2):260-70.

Kilburn KH. Indoor air effects after building renovation and in manufactured homes. Am J Med Sci. 2000 Oct;320(4):249-54.

Laforest L, Luce D, Goldberg P, Bégin D, Gérin M, Demers PA, Brugère J, Leclerc A. Laryngeal and hypopharyngeal cancers and occupational exposure to formaldehyde and various dusts: a case-control study in France. Occup Environ Med. 2000 Nov;57(11):767-73.

Lang I, Bruckner T, Triebig G. Formaldehyde and chemosensory irritation in humans: a controlled human exposure study. Regul Toxicol Pharmacol. 2008 Feb;50(1):23-36.

Leikauf GD. Hazardous air pollutants and asthma. Environ Health Perspect. 2002 Aug;110 Suppl 4:505-26.

LoSasso GL, Rapport LJ, Axelrod BN. Neuropsychological symptoms associated with low-level exposure to solvents and (meth)acrylates among nail technicians. Neuropsychiatry Neuropsychol Behav Neurol. 2001 Jul-Sep;14(3):183-9.

Luce D, Leclerc A, Bégin D, Demers PA, Gérin M, Orlowski E, Kogevinas M, Belli S, Bugel I, Bolm-Audorff U, Brinton LA, Comba P, Hardell L, Hayes RB, Magnani C, Merler E, Preston-Martin S, Vaughan TL, Zheng W, Boffetta P. Sinonasal cancer and occupational exposures: a pooled analysis of 12 case-control studies. Cancer Causes Control. 2002 Mar;13(2):147-57.

Marsh GM, Youk AO, Buchanich JM, Cassidy LD, Lucas LJ, Esmen NA, Gathuru IM. Pharyngeal cancer mortality among chemical plant workers exposed to formaldehyde. Toxicol Ind Health. 2002 Jul;18(6):257-68.

Marsh GM, Youk AO. Reevaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the National Cancer Institute. Regul Toxicol Pharmacol. 2005 Aug;42(3):275-83.

Marsh GM, Youk AO, Buchanich JM, Erdal S, Esmen NA. Work in the metal industry and nasopharyngeal cancer mortality among formaldehyde-exposed workers. Regul Toxicol Pharmacol. 2007 Aug;48(3):308-19.

ALX-EXP-83-000009

Marsh GM, Youk AO, Morfeld P. Mis-specified and non-robust mortality risk models for nasopharyngeal cancer in the National Cancer Institute formaldehyde worker cohort study. Regul Toxicol Pharmacol. 2007 Feb;47(1):59-67.

Matsunaga I, Miyake Y, Yoshida T, Miyamoto S, Ohya Y, Sasaki S, Tanaka K, Oda H, Ishiko O, Hirota Y; Osaka Maternal and Child Health Study Group. Ambient formaldehyde levels and allergic disorders among Japanese pregnant women: baseline data from the Osaka maternal and child health study. Ann Epidemiol. 2008 Jan;18(1):78-84.

Mendell MJ. Indoor residential chemical emissions as risk factors for respiratory and allergic effects in children: a review. Indoor Air. 2007 Aug;17(4):259-77.

Norbäck D, Björnsson E, Janson C, Widström J, Boman G. Asthmatic symptoms and volatile organic compounds, formaldehyde, and carbon dioxide in dwellings. Occup Environ Med. 1995 Jun;52(6):388-95.

Partanen T. Formaldehyde exposure and respiratory cancer--a meta-analysis of the epidemiologic evidence. Scand J Work Environ Health. 1993 Feb;19(1):8-15.

Pyatt D, Natelson E, Golden R. Is inhalation exposure to formaldehyde a biologically plausible cause of lymphohematopoietic malignancies? Regul Toxicol Pharmacol. 2008 Jun;51(1):119-33.

Shangina O, Brennan P, Szeszenia-Dabrowska N, Mates D, Fabiánová E, Fletcher T, t'Mannetje A, Boffetta P, Zaridze D. Occupational exposure and laryngeal and hypopharyngeal cancer risk in central and eastern Europe. Am J Epidemiol. 2006 Aug 15;164(4):367-75.

Vaughan TL, Stewart PA, Teschke K, Lynch CF, Swanson GM, Lyon JL, Berwick M. Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma. Occup Environ Med. 2000 Jun;57(6):376-84.

Wilson RT, Moore LE, Dosemeci M. Occupational exposures and salivary gland cancer mortality among African American and white workers in the United States. J Occup Environ Med. 2004 Mar;46(3):287-97.

Zhang L, Steinmaus C, Eastmond DA, Xin XK, Smith MT. Formaldehyde exposure and leukemia: A new meta-analysis and potential mechanisms. Mutat Res. 2008 Jul 15.

ALX-EXP-83-000010

**Appendix A**

**CURRICULUM VITAE**

**Gerald McGwin, Jr., M.S., Ph.D.**

**PERSONAL INFORMATION:**

| | |
|---|---|
| Name: | Gerald McGwin, Jr., M.S., Ph.D. |
| Citizenship: | United States of America |
| Home Address: | 4740 Quarter Staff Road<br>Birmingham, Alabama 35223<br>205-968-4083 |

**RANK/TITLE:**

Vice Chair and Professor of Epidemiology
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham

Business Address:

Center for Injury Sciences
1922 7th Avenue South, Suite 120
Birmingham, Alabama 35294
Phone: 205-975-3030
Fax:    205-975-3040
Email: mcgwin@uab.edu

Clinical Research Unit
Department of Ophthalmology
700 18th Street South, Suite 609
Birmingham, Alabama 35294
Phone: 205-325-8117
Fax:    205-325-8692
Email: mcgwin@uab.edu

**EDUCATION:**

University of Vermont
Bachelor of Science in Human Development and Family
Studies – 1993.

Harvard University
Master of Science in Health and Social Behavior – 1995.

University of Alabama at Birmingham
Doctor of Philosophy in Epidemiology – 1998.

ALX-EXP-83-000011

**ACADEMIC**
**APPOINTMENTS:**

Tenured Professor of Epidemiology
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham.
October 2007 to present.

Ph.D. Program Director
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham.
June 2005 to present.

Associate Professor of Epidemiology
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham.
January 2003 to present.

Assistant Professor of Ophthalmology
Department of Ophthalmology
School of Medicine
University of Alabama at Birmingham
January 2003 to present.

Assistant Professor of Epidemiology
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham.
September 1998 to December 2002.

Assistant Professor of Surgery
Section of Trauma, Burns, and Surgical Critical Care
Division of General Surgery
Department of Surgery
School of Medicine
University of Alabama at Birmingham
September 1998 to present.

Assistant Professor of Ophthalmology
Department of Ophthalmology
School of Medicine
University of Alabama at Birmingham
February 2001 to December 2002.

ALX-EXP-83-000012

Associate Director
Center for Injury Sciences at the University of Alabama at Birmingham
January 2001 to present.

Associate Director
Clinical Research Unit
Department of Ophthalmology
School of Medicine
University of Alabama at Birmingham
January 2001 to present.

Scientist
Center for Aging, University of Alabama at Birmingham, Birmingham, Alabama.
September 1999 to present.

Epidemiologist
Mercedes-Benz Crash Injury Research Engineering Network (CIREN) Center, University of Alabama at Birmingham, Birmingham, Alabama.
September 1999 to present.

**VISTING PROFESSORSHIPS:**   Injury Control Research Center, Harvard School of Public Health – April 2002

Department of Public Health Sciences, Division of Epidemiology, University of California – Davis, February 2003

Department of Ophthalmology, University of California – San Francisco, March 2006

Department of Geriatrics, University of California – San Francisco, October 2006

**COUNCILS/COMMITTEES:**   Member, Birmingham Regional Emergency Medical Services System Quality Assurance Committee
August 1999 to 2002.

Consultant, State Emergency Medical Control Committee
Alabama Department of Public Health

ALX-EXP-83-000013

January 1999 to 2003.

Chair, Alabama Trauma Registry Task Force
Alabama Department of Public Health
March 2001 to 2003.

Member, Review Committee
American Medical Association/National Highway Traffic
Safety Administration
*Physician's Guide to Assessing and Counseling Older
Drivers*
January 2003 to December 2004

Member, Committee for the Safe Mobility of Older Persons
Transportation Research Board
June 2003 to present

Member, Search Committee
Various faculty positions
UAB School of Public Health
UAB School of Medicine
January 2004 to present

Member, Faculty Affairs Committee
School of Public Health
University of Alabama at Birmingham
March 2004 to 2006; 2007 to present

Member, Scientific Advisory Board
*Restore Effective Survival in Shock* (Clinical Trial)
Naval Medical Research Center
January 2005 to present

Member, Epidemiology Training Committee
School of Public Health
University of Alabama at Birmingham
January 2005 to present

Member, Search Committee
UAB GCRC Informatics Core Director
January 2005 to December 2005

Member, Search Committee
Associate Dean, UAB School of Public Health
December 2006 to June 2007

ALX-EXP-83-000014

**EDITORIAL SERVICE:**

Reviewer – *Accident Analysis and Prevention*
January 1999 to present.

Reviewer – *American Journal of Epidemiology*
January 2000 to present.

Reviewer – *American Journal of Public Health*
January 2002 to present

Reviewer – *Epidemiology*
February 2002 to present.

Reviewer – *Injury Prevention*
July 2002 to present.

Reviewer – *Investigative Ophthalmology and Vision Science*
July 2002 to present.

Reviewer – *JAMA*
July 2002 to present.

Reviewer – *Journal of Vision*
July 2002 to present.

Reviewer – *Archives of Ophthalmology*
August 2002 to present.

Reviewer – *Optometry and Vision Science*
January 2003 to present.

Reviewer – *American Journal of Preventive Medicine*
January 2003 to present.

Reviewer – *Shock*
January 2003 to present

Reviewer – *Occupational and Environmental Medicine*
January 2004 to present

Reviewer – *Obesity Research*
May 2004 to present

Reviewer – *Journal of Women's Health*

ALX-EXP-83-000015

May 2004 to present

Associate Editor – *American Journal of Epidemiology*
November 2004 to present

**GRANT REVIEWER:**   Special Emphasis Panel, National Eye Institute, NIH; 2005, 2006

James and Esther King Biomedical Research Program, Florida Department of Public Health; 2007, 2008

Bankhead-Coley Cancer Research Program, Florida Department of Public Health; 2007, 2008

AAA (American Automobile Foundation) Foundation for Traffic Safety, Washington, D.C.; 2006, 2007

Intramural Grant Reviewer, UAB Center for Aging; 2004, 2005

Grant Reviewer, National Institute of Occupational Safety and Health, Centers for Disease Control and Prevention; 2003, 2004, 2007

Scientific Merit Review, Department of Veteran Affairs' Rehabilitation Research & Development Service, Washington, D.C.; 2004, 2006

Grant Reviewer, Canadian Institutes of Health Research; 2004

Grant Reviewer, (Ireland) Health Research Board; 2003

**TEACHING EXPERIENCE:**  Instructor
Introduction to SAS
Department of Epidemiology, School of Public Health, University of Alabama at Birmingham
1998 to 2003.

Instructor
Analysis and Presentation of Epidemiologic Data
Department of Epidemiology, School of Public Health, University of Alabama at Birmingham
1999 to present.

ALX-EXP-83-000016

Instructor
The Analysis of Case-Control Studies
Department of Epidemiology, School of Public Health,
University of Alabama at Birmingham
2000 to present.

Instructor
Master's Seminar
Department of Epidemiology, School of Public Health,
University of Alabama at Birmingham
2001 to present.

Instructor
Introduction of Health and Human Disease
School of Health-Related Professions, University of
Alabama at Birmingham
2002 to present.

Instructor
The Analysis of Cohort Studies
Department of Epidemiology, School of Public Health,
University of Alabama at Birmingham
2003 to present.

## BIBLIOGRAPHY:

BOOK CHAPTERS:

McGwin G, Owsley C. Statins and age-related maculopathy. In: Tombran-Tink J and Barnstable CJ (eds.) Retinal Degenerations: Biology, Diagnostics, and Therapeutics. Totowa, NJ: The Humana Press; 2006.

McGwin G. Quantifying Trauma System Effectiveness. In: Flint L, Meredith JW, Schwab CW, Trunkey DD, Rue LW (eds.) Trauma: Contemporary Principles and Therapy. Lippincott, Williams & Wilkins; 2007.

MANUSCRIPTS:

Published:

1.  McGwin G, Roseman JM, Owsley C. Epidemiology and the internet [letter]. Epidemiology 1997;8(4):465.

ALX-EXP-83-000017

2.    Owsley C, Ball K, McGwin G, Sloane ME, Roenker DL, White MF, Overley ET. Visual processing impairment and crash risk among older adults.  JAMA 1998;279:1083-1088.

3.    McGwin G, Roseman JM. Diabetes and accident insurance [letter]. Diabetes Care 1998;21(5):877.

4.    Calhoun A, McGwin G, King WD, Rousculp M. Pediatric pedestrian injuries: a community assessment using a hospital surveillance system.  Academic Emergency Medicine 1998;5(7):685-90.

5.    Owsley C, McGwin G, Ball K. Visual impairment, eye disease, and injurious motor vehicle crashes in the elderly. Ophthalmic Epidemiology 1998;5(2):101-113.

6.    McGwin G, Owsley C, Ball K. Crash involvement among older drivers: agreement between self-report and state-records. Accident Analysis & Prevention 1998;30(6):781-791.

7.    McGwin G.  Are drivers with CVD more at risk of motor vehicle crashes? [letter.] Canadian Family Physician 1998;44:2061.

8.    McGwin G, Sims R, Pulley L, Roseman JM. Diabetes and automobile crashes in the elderly: A population-based case-control study. Diabetes Care 1999;22(2):220-227.

9.    McGwin G, Brown, D. Characteristics of traffic crashes among young, middle-aged, and older drivers. Accident Analysis & Prevention 1999;31(3):13-30.

10.   Lyman S, McGwin G, Enochs R, Roseman JM. Prevalence of agricultural injury among Deep South farmers: characteristics and determinants. American Journal of Industrial Medicine 1999;35:499-510.

11.   Owsley C, McGwin G. Vision and driving. Survey of Ophthalmology. 1999;43(6):535-550.

12.   Alarcon, GS, Friedman, AW, Straaton, KV, Moulds JM, Lisse J, Bastian HM, McGwin G, Bartolucci AA, Roseman JM, Reveille JD. Systemic lupus erythematosus in three ethnic groups: III. A comparison of characteristics early in the natural history of the LUMINA cohort. Lupus 1999;8:197-209.

13.   Friedman AW, Alarcon GS, Straaton KV, McGwin G, Roseman JM, Reveille JD. Systemic lupus erythematosus in three ethnic groups IV:  Factors associated with self-reported functional outcome in a large, SLE cohort study. Arthritis Care and Research. 1999;12:256-266.

ALX-EXP-83-000018

14.     Jackson GR, Owsley C, McGwin G. Aging and dark adaptation. Vision Research 1999;39(23): 3975-3982.

15.     McGwin G, Chapman V, Curtis J, Rousculp M. Age and fire-fatalities. Journal of the American Geriatrics Society. 1999;47(11):1307-1311.

16.     McGwin G, Jackson G, Owsley C. Using non-linear regression to quantify dark adaptation kinetics. Behavior Research Methods, Instruments, and Computers. 1999;31(4):712-717.

17.     McGwin G, Gibbs V, Rousculp M, Robison J, Fine P.  The epidemiology of fire-related deaths in Alabama: 1992-1997. Journal of Burn Care and Rehabilitation. 2000;21:75-83.

18.     May AK, McGwin G, Lancaster L, Taylor AJ, Rue LW. The April 8, 1998 Tornado: assessment of the trauma system response and the resulting injuries. Journal of Trauma. 2000;48:666-672.

19.     McGwin G,  Scotten S, Aranas A, Enochs R, Roseman JM. Impact of agricultural injury among farmers in Alabama and Mississippi. American Journal of Industrial Medicine. 2000;37:374-381.

20.     Sims R, McGwin G, Allman R, Ball K, Owsley C. An exploratory study of risk factors for older driver vehicle crashes. Journal of Gerontology, Medical Sciences. 2000;55A:M22-27.

21.     Zonana-Nacach A, Roseman JM, McGwin G, Alarcon GS, Straaton KV, Baethge B, Friedman AW, Moulds JM, Reveille JD. Systemic lupus erythematosus in three ethnic groups IV: Factors associated with fatigue within 5 years of criteria diagnosis. Lupus. 2000;9:101-9.

22.     McGwin G, Chapman V, Owsley C. Visual risk factors for driving difficulty among older drivers. Accident Analysis and Prevention. 2000;32:735-744.

23.     McGwin G, Sims R, Pulley L, Roseman JM. Relations among chronic medical conditions, medications, and automobile crashes in the elderly: A population-based case-control study. American Journal of Epidemiology. 2000;152:424-431.

24.     Taylor AJ, McGwin G. Temperature-related deaths in Alabama. Southern Medical Journal. 2000;93:787-92.

25.     McGwin G, Enochs R, Roseman JM. A prospective study of agricultural injuries among farmers in the Deep South. American Journal of Epidemiology. 2000;152:640-50.

ALX-EXP-83-000019

26.    McGwin G, Melton SM, May AK, Rue LW. Long-term survival in the elderly following trauma. Journal of Trauma. 2000;49:470-6.

27.    McGwin G, Lyman J, Sims RV. Factors related to driving difficulty and reduced mobility in older drivers. Accident Analysis and Prevention. 2001;33(3):413-421.

28.    May AK, Melton SM, McGwin G, Cross JM, Moser SA, Rue LW. Reduction in vancomycin-resistant enterococcal infections by limitation of broad-spectrum cephalosporin use in a trauma and burn intensive care unit. Shock. 2000;14:259-64.

29.    McGwin G, Melton SM, May AK, Rue LW. Recurrent trauma in the elderly. Archives of Surgery. 2001;136(2):197-203.

30.    Tew MB, Alarcon GS, Ahn CW, Lisse JR, Bastian HM, Fessler BJ, McGwin G, Reveille JD, Tan FK. Systemic lupus erythematosus in three ethnic groups: VIII. Glutathione S-transferase null alleles lack association with disease manifestations in the LUMINA cohort. Arthritis and Rheumatism. 2001 Apr;44(4):981-3

31.    Taylor AJ, McGwin G, Davis GG, Brissie RM, Holley TD, Rue LW. Hypothermia deaths in Jefferson County, Alabama. Injury Prevention. 2001;7:141-5.

32.    Sims R, McGwin G, Pulley L, Roseman JM. Mobility impairments in crash-involved older drivers. Journal of Aging & Health. 2001;13(3):430-438.

33.    Owsley C, Stalvey B, Wells J, Sloane ME, McGwin G. Visual functional risk factors for vehicle crashes in older drivers with cataract. Archives of Ophthalmology. 2001;119:881-7.

34.    Park CA, McGwin G, Smith DR, May AK, Melton SM, Rue LW. Trauma-specific ICUs can be cost effective and contribute to reduced hospital length of stay. American Surgeon. 2001;67:665-70.

35.    Passman C, McGwin G, Taylor AJ, Rue LW. Seatbelt use before and after motor vehicle trauma. Journal of Trauma. 2001;51:105-9.

36.    Alarcón GS, McGwin G, Bastian H, Roseman J, Moulds J, Goel N, Friedman AW, Reveille JD. Systemic lupus erythematosus in three ethnic groups, the LUMINA Study: VIII. Predictors of early mortality. Arthritis and Rheumatism. 2001;45:191-202.

37.    Owsley C, McGwin G, Sloane ME, Stalvey BT, Wells J. Timed instrumental activities of daily living (IADL) tasks: Relationship to visual function in older

---

19

adults. Optometry and Vision Science 2001;78:350-9.

38. Reiff DA, McGwin G, Rue LW. Splenic injury in side impact motor vehicle collisions – The effect of occupant restraints. J Trauma. 2001;51:340-5.

39. Valent F, McGwin G, Bovenzi M, Barbone F. Fatal work-related inhalation of harmful substances in the United States. Chest. 2002;121:969-75.

40. Abernathy JH, McGwin G, Acker JE, Rue LW. Reduction in mortality, hospital length of stay and cost can be realized through a voluntary trauma system. American Surgeon. 2002;68:182-92.

41. Alarcón GS, McGwin G, Roseman J, Lisse J, Fessler BJ, Bastian HM, Friedman AW, Reveille JD. Systemic lupus erythematosus in three ethnic groups, the LUMINA study: VIII Differences in damage accrual. Arthritis and Rheumatism. 2001;44:2797-806.

42. Moran SG, McGwin G, Reiff DA, Rue LW.  The association between body mass index, restraint use, and fatality in motor vehicle collisions.  Proceedings of the - Association for the Advancement of Automotive Medicine. 2001;45:107-123.

43. Owsley C, Sloane M, McGwin G, Ball K. Timed instrumental activities of daily living (TIADL) tasks: relationship to cognitive function and everyday performance assessments in older adults. Gerontology 2002;48:254-265.

44. Valent F, McGwin G, Hardin W, Johnston C, Rue LW. Restraint use and injury patterns among children involved in motor vehicle collisions. Journal of Trauma. 2002;52:745-51.

45. Taylor AJ, McGwin G, Davis GG, Brissie RM, Rue LW. Occupational electrocutions in Jefferson County, Alabama. Occup Med. 2002;52:102-6.

46. Bastian HM, Roseman JM, McGwin G, Alarcon GS, Friedman AW, Fessler BJ, Baethge BA, Reveille JD. Systemic lupus erythematosus in three ethnic groups: X. Risk factors for lupus nephritis after diagnosis. Lupus. 2002;11:152-60.

47. McGwin G, Reiff DA, Rue LW. Differences in the incidence and etiology of blunt thoracic aortic injury in motor vehicle collisions by age. Journal of Trauma. 2002;52:859-65.

48. Alarcon GS, McGwin G, Petri M, Reveille JD, Ramsey-Goldman R, Kimberly RP. Baseline characteristics of a multiethnic lupus cohort: Profile. Lupus. 2002;11:95-101.

49. Moran SG, McGwin G, Metzger J, Windham ST, Reiff DA, Rue LW.  Injury rates among restrained drivers in motor vehicle collisions – The role of body

ALX-EXP-83-000021

habitus. Journal of Trauma. 2002;52:1116-20.

50.  Alarcon GS, Cianfrini L, Bradley L, Sanchez ML, Brooks K, Freidman AW,
     Baethge BA, Fessler BJ, Bastian HM, Roseman JM, McGwin G, Reveille JD.
     Measuring cognitive impairment with the Cognitive Symptoms Inventory.
     Systemic lupus erythematosus in 3 ethnic groups: XI. The LUMINA Study.
     Arthritis and Rheumatism. 2002;47:310-19.

51.  Alarcon GS, McGwin G, Bastian HM, Fessler BJ, Baethge BA, Friedman AW,
     Reveille JD. SLE in three ethnic groups: XIII. The "weighted" criteria as
     predictors of damage. Lupus. 2002;11:329-31.

52.  Taylor AJ, McGwin G, Smith DR, Birmingham BR, Rue LW. The epidemiology
     of serious occupational burn injuries in Alabama. Journal of Burn Care and
     Rehabilitation. 2002;23:244-248.

53.  Owsley C, McGwin G, Sloane M, Wells J, Stalvey BT, Gauthreaux S. Impact of
     cataract surgery on motor vehicle crash involvement by older adults. JAMA.
     2002;288:841-849.

54.  Alarcon GS, McGwin G, Brooks K, Roseman JM, Fessler BJ, Sanchez M, Bastian
     HM, Friedman AW, Baethge BA, Reveille JD. Systemic lupus erythematosus in
     three ethnic groups: X. Sources of discrepancy in perception of disease activity: A
     comparison of physician and patient visual analog scale. Arthritis and
     Rheumatism. 2002;47:408-413.

55.  Quinney B, McGwin G, Cross JM, Valent F, Taylor AJ, Rue LW. Thermal burn
     fatalities in the workplace, United States, 1992-1999. Journal of Burn Care and
     Rehabilitation. 2002;23:305-310.

56.  Stannard JP, Wilson TC, Sheils TM, McGwin G, Volgas DA, Alonso JE.
     Heterotopic ossification associated with knee dislocations. Arthroscopy.
     2002;18:835-9.

57.  Meredith JW, Evans G, Kilgo PD, MacKenzie E, Osler T, McGwin G, Cohn S,
     Esposito T, Gennarelli T, Hawkins M, Lucas C, Mock C, Rotondo M, Rue L. A
     comparison of the abilities of nine scoring algorithms in predicting mortality.
     Journal of Trauma. 2002;53:621-629.

58.  McGwin G, George RL, Cross JM, Reiff DA, Chaudry IH, Rue LW. Gender
     differences in mortality following burn injury. Shock. 2002;18:311-315.

59.  Owsley C, McGwin G. Risk of motor vehicle crashes in patients with cataract
     surgery [letter]. JAMA. 2002;288:2262-3.

ALX-EXP-83-000022

60.     Taylor AJ, <u>McGwin G</u>, Valent F, Rue LW. Fatal occupational electrocutions in the United States. Injury Prevention. 2002;8:306-312.

61.     Reiff DA, <u>McGwin G</u>, Metzger J, Doss M, Rue LW. Identifying injuries and motor vehicle collision characteristics that together are suggestive of diaphramatic rupture. Journal of Trauma. 2002;53:1139-1145.

62.     <u>McGwin G</u>, Valent F, Taylor AJ, Howard HJ, Davis GG, Brissie RM, Rue LW. Epidemiology of fatal occupational injuries in Jefferson County, Alabama. Southern Medical Journal. 2002;95:1300-1311.

63.     <u>McGwin G</u>, Cross JM, Ford JW, Rue LW. Long-term trends in mortality according to age among adult burn patients. Journal of Burn Care and Rehabilitation. 2003;24:21-25.

64.     George RL, <u>McGwin G</u>, Windham ST, Melton SM, Metzger J, Chaudry IH, Rue LW. Age-related gender differential in outcome following blunt and penetrating trauma. Shock.2003;19:28-32.

65.     Melton SM, <u>McGwin G</u>, Abernathy JA, MacLennan P, Cross JM, Rue LW. Motor vehicle crash-related mortality is associated with pre-hospital and hospital-based resource availability. Journal of Trauma. 2003;54:273-279.

66.     Moran SG, Metzger JS, <u>McGwin G</u>, Alonso JE, Rue LW. The relationship between age and lower extremity fractures in motor vehicle collisions. Journal of Trauma. 2003;54:261-265.

67.     Fuller JJ, Mason JO, White MF, <u>McGwin G</u>, Emond TL, Feist RM. Retinochoroidal collateral veins protect against anterior segment neovascularization after central retinal vein occlusion. Archives of Ophthalmology. 2003;121:332-6.

68.     George RL, <u>McGwin G</u>, Metzger J, Chaudry IH, Rue LW. The association between gender and mortality among trauma patients as modified by age. Journal of Trauma. 2003;54:464-471.

69.     Wulu JT, Singh K, Famoye F, Thomas TN, <u>McGwin G</u>. Regression analysis of count data. J. Ind. Soc. Ag. Statistics. 2002;55:220-231.

70.     Stannard JP, Riley RS, Sheils TM, <u>McGwin G</u>, Volgas DA. Anatomic reconstruction of the posterior cruciate ligament after multiligament knee injuries: A combination of the tibial-inlay and two-femoral-tunnel techniques. Am J Sports Med. 2003;31:196-202.

ALX-EXP-83-000023

71.    McGwin G, Owsley C, Gauthreaux S. The association between cataract and mortality among older adults. Ophthalmic Epidemiology. 2003;10:107-19.

72.    McGwin G, Metzger J, Moran SG, Rue LW. Occupant and collision related risk factors for blunt thoracic aorta injury. Journal of Trauma. 2003;54:655-662.

73.    Melton SM, McGwin G, Cross JM, Davidson J, Waller H, Doss MW, Vickers S, Rue LW. Common bile duct transection in blunt abdominal trauma: Case report emphasizing mechanism of injury and therapeutic management. Journal of Trauma. 2003;54:781-785.

74.    Friedman AW, Tew MB, Ahn C, McGwin G, Fessler BJ, Bastian HM, Baethge BA, Reveille JD, Alarcón GS: Systemic lupus erythematosus in three ethnic groups: XV. Prevalence and correlates of fibromyalgia. Lupus. 2003;12:274-9.

75.    Calvo-Alén J, Reveille JD, Rodríguez-Valverde V, McGwin G, Baethge BA, Friedman AW, Alarcón GS. Clinical, immunogenetic and outcome features of Hispanic SLE patients of different ethnic ancestry. Lupus. 2003;12:377-85.

76.    McGwin G, Scilley K, Brown J, Owsley C. Impact of cataract surgery on self-reported visual difficulties: comparison to a no-surgery reference group. Journal of Cataract and Refractive Surgery. 2003;29:941-948.

77.    Taylor AJ, McGwin G, Brissie RM, Rue LW, Davis GG. Death during theft from electric utilities. American Journal of Forensic Medicine and Pathology. 2003;24:173-6.

78.    McGwin G, Metzger J, Alonso JE, Rue LW. The association between restraint systems and frontal motor vehicle collision-related morbidity and mortality. Journal of Trauma. 2003;54:1182-1187.

79.    Stannard JP, Sheils TM, McGwin G, Volgas DA. The use of a hinged knee fixator after surgery for knee dislocation. Arthroscopy. 2003;19:626-31.

80.    Sanchez ML, Alarcón GS, McGwin G, Fessler BJ, Kimberly RP. Can the weighted criteria improve our ability to capture a larger number of lupus patients into observational and interventional studies? A comparison with the American College of Rheumatology criteria. Lupus. 2003;12:468-70.

81.    Girkin C, McGwin G, McNeal S, Ortega J. Racial differences in the association between optic disc topography and glaucoma. Investigative Ophthalmology and Vision Science. 2003;44:3382-7.

82.    McGwin G, Owsley C, Curcio CA, Crain RJ. Use of statins and risk of age-related maculopathy. British Journal of Ophthalmology. 2003;87:1121-1125.

ALX-EXP-83-000024

83. Alarcon GS, Roseman JM, McGwin G, Bastian HM, Fessler BJ, Baethge BA, Friedman AW, Reveille JD. Systemic lupus erythematosus in three ethnic groups: XVI. Damage as predictor of further damage. Rheumatology. 2003;42:1-4.

84. McGwin G, Metzger J, Porterfield JR, Moran SG, Rue LW. The association between side air bags and risk of injury in near-side impact motor vehicle collisions. Journal of Trauma. 2003;55:430-436.

85. Lyman JM, McGwin G, Malone DE, Taylor AJ, R Brissie, Davis GG, Rue LW. Epidemiology of child homicide in Jefferson County, Alabama. Child Abuse and Neglect. 2003;27:1063-1073.

86. McGwin G, Li J, McNeal S, Owsley C. The impact of cataract surgery on depression among older adults. Ophthalmic Epidemiology. 2003;10:303-313.

87. Owsley C, McGwin G, McNeal SF. Impact of impulsiveness, venturesomeness and empathy on driving by older adults. Journal of Safety Research. 2003;34:353-359.

88. Vilá LM, Alarcón GS, McGwin G, Friedman AW, Baethge BA, Bastian HM, Fessler BJ, Reveille JD. Early clinical manifestations, disease activity and damage of systemic lupus erythematosus among US Hispanic subpopulations. Rheumatology (Oxford). 2004;43:358-63.

89. Stannard JP, Harris HW, McGwin G, Volgas DA, Alonso JE. Intramedullary nailing of humeral shaft fractures with a locking flexible nail. Journal of Bone and Joint Surgery. 2003;85-A:2103-10.

90. Connor GS, McGwin G, MacLennan P, Alonso JE, Rue LW. Early versus delayed fixation of pelvic ring fractures. American Surgeon. 2003;69:1019-23.

91. Zamrini E, McGwin G, Roseman JM. The association between statin use and Alzheimer's disease. Neuroepidemiology. 2004;23:94-8.

92. Davis RP, McGwin G, Melton SM, Reiff DA, Whitley D, Rue LW. Specific occupant and collision characteristics are associated with motor vehicle collision-related blunt cerebrovascular artery injury. J Trauma. 2004;56:64-7.

93. Alarcón GS, McGwin G, Sanchez ML, Bastian HM, Fessler BJ, Friedman AW, Baethge BA, Roseman J, Reveille JD. Systemic lupus erythematosus in three ethnic groups. XIV. Poverty, wealth and their influence on disease activity. Arthritis Rheum. 2004;51:73-7.

94. McGwin G, Whatley J, Metzger J, Valent F, Barbone F, Rue LW. The effect of state motorcycle licensing laws on motorcycle driver mortality rates. Journal of

ALX-EXP-83-000025

Trauma. 2004;56:415-9.

95.   Melton SM, Kerby JD, McGiffin D, McGwin G, Smith JK, Oser RF, Cross JM, Windham ST, Moran SG, Hsia J, Rue LW. The evolution of chest computed tomography for the definitive diagnosis of blunt aortic injury: a single center experience. Journal of Trauma. 2004;56:243-50.

96.   Davis GG, McGwin G, Brissie R. Comparison of heart mass in seizure patients dying of sudden unexplained death in epilepsy to sudden death due to some other cause. The American Journal of Forensic Medicine and Pathology. 2004;25:23-28.

97.   Mason J, Feist R, White M, Swanner J, McGwin G, Emond T. Sheathotomy to decompress branch retinal vein occlusion: A matched control study. Ophthalmology. 2004;111:540-545.

98.   Owsley C, McGwin G, Phillips JM, McNeal SF, Stalvey BT. Impact of an educational program on the safety of high-risk, visually impaired older drivers. American Journal of Preventive Medicine. 2004;26:222-229.

99.   McGwin G, Russell SR, Rux RL, Leath CA, Valent F, Rue LW. Knowledge, beliefs, and practices concerning seat belt use during pregnancy. Journal of Trauma. 2004;56:512-517.

100.  Rana AI, Kenney PJ, Lockhart ME, McGwin G, Morgan DE, Smith JK, Windham ST. Adrenal hematomas in trauma patients. Radiology. 2004;230:669-75.

101.  McGwin G, Metzger J, Rue LW. The influence of side air bags on the risk of head and thoracic injury following motor vehicle collisions. Journal of Trauma. 2004; 56:670-675.

102.  Claytor B, Maclennan PA, McGwin G, Rue LW, Kirkpatrick JS. Cervical spine injury and restraint system use in motor vehicle collisions. Spine. 2004;29:386-9.

103.  Uribe AG, Alarcón GS, Sanchez ML, McGwin G, Sandoval R, Fessler BJ et al. Systemic lupus erythematosus in three ethnic groups. XVIII. Factors predictive of poor compliance with study visits. Arthritis Rheum. 2004;51:258-63.

104.  Cox D, Vincent DG, McGwin G, MacLennan PA, Holmes JD, Rue LW. Effect of restraint systems on maxillofacial injury in frontal motor vehicle collisions. Journal of Oral and Maxillofacial Surgery. 2004;62:571-575.

105.  Stannard JP, Sheils TM, Lopez-Ben RR, McGwin G, Robinson JT, Volgas DA. Vascular injuries in knee dislocations following blunt trauma: evaluating the role of physical examination to determing the need for arteriography. Journal of Bone

ALX-EXP-83-000026

and Joint Surgery. 2004;86:910-915.

106.   Holmes JP, Koehler J, McGwin G, Rue LW. Frequency of maxillofacial injuries in all-terrain vehicle collisions. Journal of Oral and Maxillofacial Surgery. 2004;62:697-701.

107.   Metzger J, McGwin G, MacLennan P, Rue LW. Is seat belt use associated with fewer days of lost work after motor vehicle collisions? Journal of Trauma. 2004;56:1009-1014.

108.   McGwin G, Willey P, Ware A, Kohler C, Kirby T, Rue LW. A focused educational intervention can promote the proper application of seat belts during pregnancy. Journal of Trauma. 2004;56:1016-1021.

109.   Mansuetta CC, Mason JO, Swanner J, Feist RM, White MF Jr, Thomley ML, McGwin G, Emond TL. An association between central serous chorioretinopathy and gastroesophageal reflux disease. Am J Ophthalmol. 2004;137:1096-1100.

110.   Alarcón GS, McGwin G, Uribe A, Friedman AW, Roseman JM, Fessler BJ, Bastian H M, Baethge B A, Vilá LM, Reveille JD, for the LUMINA Study Group. Systemic Lupus Erythematosus in a Multiethnic Lupus Cohort (LUMINA), XVII: Predictors of Self-Reported Health-Related Quality of Life Early in the Disease Course. Arthritis Rheum. 2004;51:465-74.

111.   McGwin G, McNeal S, Owsley C, Girkin C, Epstein D, Lee PP. Statins and other cholesterol lowering medications and the presence of glaucoma. Arch. Ophthalmology. 2004;122:822-826.

112.   Girkin CA, McGwin G, Long C, DeLeon-Ortega J, Graf CM, Everett AW. Subjective and objective optic nerve assessment in African Americans and whites. Invest Ophthalmol Vis Sci. 2004;45:2272-8.

113.   Uribe AG, McGwin G, Reveille JD, Alarcon GS. What have we learned from a 10-year experience with the LUMINA (Lupus in Minorities; Nature vs. Nurture) cohort? Where are we heading? Autoimmun Rev. 2004;3:321-9.

114.   Key JS, Moran SG, McGwin G, Keeley JW, Davidson JS, Rue LW. The applicability of a computer model to predict head injury incurred during actual motor vehicle collisions. Journal of Trauma. 2004;57:99-103.

115.   Jackson GR, McGwin G, Phillips JM, Klein R, Owsley C. Impact of aging and age-related maculopathy on activation of the a-wave of the rod-mediated electroretinogram. Invest Ophthalmol Vis Sci. 2004;45:3271-3278.

116.   Lyman JM, McGwin G, Davis GG, Kovandzic TV, King W, Vermund SH. A comparison of three sources of data on child homicide. Death Studies.

ALX-EXP-83-000027

2004;28:659-69.

117.    Uribe AG, Ho KT, Agee B, McGwin G, Fessler BJ, Bastian HM, Reveille JD,
        Alarcón GS. Relationship between adherence to study and clinic visits in systemic
        lupus erythematosus patients: data from the LUMINA cohort. Lupus.
        2004;13:561-568.

118.    Alarcón GS, McGwin G, Jr., Roseman ML, Uribe AG, Fessler BJ, Bastian HM,
        Friedman AW, Baethge BA, Reveille JD for the LUMINA Study Group.
        Systemic lupus erythematosus in three ethnic groups. XIX: The natural history of
        the accrual of the American College of Rheumatology criteria prior to the
        occurrence of criteria diagnosis. Arthritis Rheum. 2004;51:609-15.

119.    Estrada LS, Alonso JE, McGwin G, Metzger J, Rue LW. Restraint use and lower
        extremity fractures in frontal motor vehicle collisions. Journal of Trauma.
        2004;57:323-328.

120.    Girkin CA, McGwin G, Sandre FM, Lee PP, Owsley C.  Hypothyroidism and the
        development of open angle glaucoma. Ophthalmology. 2004;111:1649-1652.

121.    Swanson M, McGwin G. Visual impairment and functional status from the 1995
        National Health Interview Survey on Disability. Ophthalmic Epidemiology.
        2004;11:227-39.

122.    Girkin CA, McGwin G, DeLeon-Ortega J. Frequency doubling technology
        perimetry in non-arteritic ischemic optic neuropathy. British Journal of
        Ophthalmology. 2004;88:1274-9.

123.    Uribe AG, Vila LM, McGwin G, Sanchez ML, Reveille JD, Alarcon GS. The
        Systemic Lupus Activity Measure-Revised, the Mexican Systemic Lupus
        Erythematosus Disease Activity Index (SLEDAI), and a Modified SLEDAI-2K
        Are Adequate Instruments to Measure Disease Activity in Systemic Lupus
        Erythematosus. J Rheumatol. 2004;31:1934-40.

124.    Toloza SM, Roseman JM, Alarcon GS, McGwin G, Uribe AG, Fessler BJ,
        Bastian HM, Vila LM, Reveille JD. Systemic lupus erythematosus in a
        multiethnic US cohort (LUMINA): XXII. Predictors of time to the occurrence of
        initial damage. Arthritis Rheum. 2004;50:3177-3186.

125.    McGwin G, Mays A, Joiner W, DeCarlo DK, McNeal S, Owsley C. Is glaucoma
        associated with motor vehicle collision involvement and driving avoidance?
        Investigative Ophthalmology and Vision Science. 2004;45:3934-9.

ALX-EXP-83-000028

126.   Owsley C, McGwin G. Association between visual attention and mobility in older adults. J Am Geriatr Soc. 2004;52:1901-6.

127.   Owsley C, McGwin G. Depression and the National Eye Institute Visual Function Questionnaire - 25 in older adults. Ophthalmology. 2004;111:2259-64.

128.   Maclennan PA, McGwin G, Metzger J, Moran SG, Rue LW. Risk of injury for occupants of motor vehicle collisions from unbelted occupants. Inj Prev. 2004;10:363-7.

129.   Krawczyk C, Holmberg SD, Moorman AC, Gardner LI, McGwin G. Risk of developing biopsy-confirmed chronic renal disease among HIV-infected persons. AIDS. 2004;18:2171-8.

130.   Toloza SMA, Uribe AG, McGwin G, Alarcón GS, Fessler BJ, Bastian HM, Vilá LM, Wu R, Shoenfeld Y, Roseman JM, Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort (LUMINA) XXIII: Baseline predictors of vascular events. Arthritis and Rheumatism. 2004;50:3947-57.

131.   Reiff D, Davis RP, MacLennan P, McGwin G, Clements R, Rue LW. The association between body mass index and diaphragm injury among motor vehicle collision occupants. Journal of Trauma. 2004;57:1324-8.

132.   Girkin C, McGwin G, Xie A, DeLeon-Ortega J. Differences in optic disc topography between black and white normal subjects. Ophthalmology. 2005;112:33-9.

133.   McGwin G, Owsley C. Risk factors for motor vehicle collision related eye injuries. Archives of Ophthalmology. 2005;123:89-95.

134.   Thomas SN, McGwin G, Rue LW. The financial impact of delayed discharge at a level I trauma center. Journal of Trauma. 2005;58:121-125.

135.   Dhimitri KC, McGwin G, McNeal S, Lee P, Morse PA, Patterson M, Wertz FD, Marx J. Symptoms of musculoskeletal disorders in ophthalmologists. American Journal of Ophthalmology. 2005;139:179-81.

136.   Girkin CA, McGwin G, Morris R, Kuhn F. Glaucoma following penetrating ocular trauma: a cohort study of the United States Eye Injury Registry. American Journal of Ophthalmology. 2005;139:100-5.

137.   McGwin G, Taylor A, MacLennan P, Rue LW. Unusual job activities as a risk factor for occupational injuries. Occupational Medicine. 2005;55:66-8.

ALX-EXP-83-000029

138. Hawkins A, MacLennan P, McGwin G, Cross JM, Rue LW. The impact of combined trauma and burns on patient mortality. Journal of Trauma. 2005;58:284-288.

139. Dawn AG, McGwin G, Lee P. Patient expectations regarding eye care: survey development and results. Patient expectations regarding eye care: development and results of the Eye Care Expectations Survey (ECES). Arch Ophthalmol. 2005;123:534-41.

140. Gruszecki AC, McGwin G, Robinson CA, Davis GG. Unexplained sudden death and the likelihood of drug abuse. J Forensic Sci. 2005;50:419-22.

141. Etheridge BS, Beason DP, Lopez RR, Alonso JE, McGwin G, Eberhardt AW. Effects of trochanteric soft tissues and bone density on fracture of the female pelvis in experimental side impacts. Ann Biomed Eng. 2005;33:248-54.

142. Kimble JA, Brandt BM, McGwin G. Clinical examination accurately locates capillary nonperfusion in diabetic retinopathy. American Journal of Ophthalmology. 2005;139:555-7.

143. McGwin G, Xie A, Owsley C. The use of cholesterol lowering medications and age-related macular degeneration. Ophthalmology. 2005;112:488-94.

144. McGwin G, MacLennan PA, Fife JB, Davis GG, Rue LW. Preexisting conditions and mortality in older trauma patients. J Trauma. 2004;56:1291-6.

145. Stannard JP, Brown SL, Farris RC, McGwin G, Volgas DA. The posterolateral corner of the knee: repair versus reconstruction. Am J Sports Med. 2005;33:881-8.

146. McGwin G, Owsley C. The incidence of emergency department treated eye injury in the United States. Arch Ophthalmol. 2005;123:662-6.

147. Etheridge BS, Beason DP, Lopez RR, Alonso JE, McGwin G, Eberhardt AW. Effects of trochanteric soft tissues and bone density on fracture of the female pelvis in experimental side impacts. Ann Biomed Eng. 2005;33:248-54.

148. Fessler BJ, Alarcon GS, McGwin G, Roseman J, Bastian HM, Baethge BA, Friedman AW, Reveille JD. Systemic lupus erythematosus in three ethnic groups: XVII. Hydroxychloroquine usage is protective against damage. Arthritis Rheum. 2005;52:1473-80.

ALX-EXP-83-000030

149. Mason JO, Colagross CT, Haleman T, Fuller JJ, White MF, Feist RM, Emond TL, McGwin G. Visual outcome and risk factors for light perception and no light perception vision after vitrectomy for diabetic retinopathy. Am J Ophthalmol. 2005;140:231-5.

150. Calvo-Alen J, Toloza SM, Fernandex M, Bastian HM, Fessler BJ, Roseman JM, McGwin G, Vila LM, Reveille JD, Alarcon GS. Systemic lupus erythematosus in a multiethnic US cohort (LUMINA): XXV. Smoking, older age, disease activity, lupus anticoagulant, and glucocorticoid dose as risk factors for the occurrence of venous thrombosis in lupus patients. Arthritis Rheum. 2005;52:2060-8.

151. Stannard JP, Singhania AK, Lopez-Ben RR, Anderson ER, Farris RC, Volgas DA, McGwin G, Alonso J. Deep-vein thrombosis in high-energy skeletal trauma despite thromboprophylaxis. J Bone Joint Surg Br. 2005;87:965-8.

152. Taylor A, McGwin G, Sharp CE, Stone TL, Dyer-Smith J, Bindon MJ, Rue LW. Seatbelt use during pregnancy: a comparison of women in two prenatal care settings. Matern Child Health J. 2005;9:173-9.

153. Fernandez M, Calvo-Alen J, Alarcon GS, Roseman JM, Bastian HM, Fessler BJ, McGwin G, Vila LM, Sanchez ML, Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort (LUMINA): XXI. Disease activity, damage accrual, and vascular events in pre- and postmenopausal women. Arthritis Rheum. 2005;52:1655-1664.

154. McGwin G, Xie A, Owsley C. The rate of eye injury in the United States. Archives of Ophthalmology. 2005;123:970-976.

155. McGwin G, Hall TA, Searcey K, Modjarrad K, Owsley C. Cataract and cognitive function among older adults. Journal of the American Geriatrics Society. 2005;53:1260-1.

156. McGwin G, Hall TA, Xie A, Owsley C. The relationship between C-reactive protein and age-related macular degeneration in the Cardiovascular Health Study. British Journal of Ophthalmology. 2005;89:1166-70.

157. Goldman M, MacLennan P, McGwin G, Lee D, Sparks D, Rue LW. The association between restraint system and upper extremity injury following motor vehicle collisions. Journal of Orthopaedic Trauma. 2005;19:529-534.

158. Bowers A, Peli E, Elgin J, McGwin G, Owsley C. On-road driving with moderate visual field loss. Optom Vis Sci. 2005;82:657-667.

ALX-EXP-83-000031

159.    Read RW, Szalai AJ, Vogt SD, McGwin G, Barnum SR. Genetic deficiency of C3 as well as CNS-targeted expression of the complement inhibitor sCrry ameliorates experimental autoimmune uveoretinitis. Exp Eye Res. 2005;82:389-94.

160.    George RL, McGwin G, Schwacha MG, Metzger J, Cross JM, Chaudry IH, Rue LW. The association between sex and mortality among burn patients as modified by age. J Burn Care Rehabil. 2005;26:416-421.

161.    Stannard JP, Brown SL, Robinson JT, McGwin G, Volgas DA. Reconstruction of the posterlateral corner of the knee. Athroscopy. 2005;21:1051-9.

162.    Philbin N, Rice J, Gurney J, McGwin G, Arnaud F, Dong F, Johnson T, Flournoy WS, Ahlers S, Pearce LB, McCarron R, Freilich D. A hemoglobin-based oxygen carrier, bovine polymerized hemoglobin (HBOC-201) versus hetastarch (HEX) in a moderate severity hemorrhagic shock swine model with delayed evacuation. Resuscitation. 2005;66:367-78.

163.    Cobb JD, MacLennan PA, McGwin G, Metzger JS, Rue LW III. Motor vehicle mismatch related spinal injury. J Spinal Cord Med. 2005;28:314-319.

164.    Girkin CA, McGwin G, Long C, Morris R, Kuhn F. Glaucoma after ocular contusion: A cohort study of the United States Eye Injury Registry. J Glaucoma. 2005;14:470-473.

165.    Vila LM, Alarcon GS, McGwin G, Bastian H, Fessler BJ, Reveille JD. Systemic lupus erythematosus in a multiethnic cohort (LUMINA): XXIX. Elevation of erythrocyte sedimentation rate is associated with disease activity and damage accrual. J Rheumatol. 2005;32:2150-2155.

166.    Dong F, Golech SA, Philbin NB, Rice JP, Gurney J, Arnaud FG, Hammett M, Flournoy WS, Hong J, Kaplan LJ, Pearce LB, McGwin G, Ahlers S, McCarron RM, Freilich. DA. Immune effects of resuscitation with the hemoglobin-based oxygen carrier, HBOC-201, in swine with moderately severe hemorrhagic shock due to controlled hemorrhage. Shock. 2006;25:50-55.

167.    Hall TA, McGwin G, Searcey K, Xie A, Hupp SL, Owsley C, Kline LB. Benign essential blepharospasm:  Risk factors with reference to hemifacial spasm. Journal of Neuro-Ophthalmology. 2005;25:280-285.

168.    McGwin G, Xie A, Mays A, Joiner W, DeCarlo DK, Hall TA, Owsley C. Visual field defects and the risk of motor vehicle collisions among patients with glaucoma. Investigative Ophthalmology and Vision Science. 2005;46:4437-41.

169.    Alarcon GS, Beasley TM, Roseman JM, McGwin G, Fessler BJ, Bastian HM, Vila LM, Tan F, Reveille JD. Ethnic disparities in health and disease: the need to account for ancestral admixture when estimating the genetic contribution to both

ALX-EXP-83-000032

(LUMINA XXVI). Lupus. 2005;14:867-8.

170. Alarcon GS, Bastian HM, Beasley TM, Roseman JM, Tan FK, Fessler BJ, Vila LM, McGwin G, Reveille JD. Systemic lupus erythematosus in a multi-ethnic cohort (LUMINA): Contributions of admixture and socioeconomic status to renal involvement. Lupus. 2006;15:26-31.

171. Bertoli AM, Alarcon GS, McGwin G, Fernandez M, Bastian HM, Fessler BJ, Vila LM, Reveille JD. Systemic lupus erythematosus in a multiethnic U.S. cohort (LUMINA) XXVII: factors predictive of a decline to low levels of disease activity. Lupus. 2006;15:13-8.

172. Stannard JP, Lopez-Ben RR, Volgas DA, Anderson ER, Busbee M, Karr DK, McGwin G, Alonso JE. Prophylaxis against deep-vein thrombosis following trauma: a prospective, randomized comparison of mechanical and pharmacologic prophylaxis. J Bone Joint Surg Am. 2006;88:261-6.

173. Alarcon GS, Calvo-Alen J, McGwin G, Uribe AG, Toloza SM, Roseman J, Fernandez M, Fessler BJ, Vila L, Ahn C, Tan FK, Reveille JD. Systemic lupus erythematosus in a multiethnic cohort: LUMINA XXXV. Predictive factors of high disease activity over time. Ann Rheum Dis. 2006;65:1168-74.

174. Owsley C, McGwin G, Scilley K, Kallies K. Development of a questionnaire to assess vision problems under low luminance in age-related maculopathy. Invest Ophthalmol Vis Sci. 2006;47:528-35.

175. McGwin G, Hall TA, Xie A, Owsley C. Trends in eye injury in the United States, 1992-2001. Invest Ophthalmol Vis Sci. 2006;47:521-7.

176. McGwin G, Vaphiades MS, Hall TA, Owsley C. Non-arteritic anterior ischaemic optic neuropathy and the treatment of erectile dysfunction. Br J Ophthalmol. 2006;90:154-7.

177. Ball K, Roenker DL, Wadley VG, Edwards JD, Roth DL, McGwin G, Raleigh R, Joyce JJ, Cissell GM, Dube T. Can high-risk older drivers be identified through performance-based measures in a department of motor vehicles setting? J Am Geriatr Soc. 2006;54:77-84.

178. Hall TA, McGwin G, Searcey K, Xie A, Hupp SL, Kline LB, Owsley C. Health-related quality of life and psychsocial in patients with primary blepharospasm. Arch Ophthalmol. 2006;124:116-9.

179. McGwin G, Modjarrad K, Hall TA, Xie A, Owsley C. HMG-CoA reductase inhibitor use and the presence of age-related macular degeneration in the

ALX-EXP-83-000033

Cardiovascular Health Study. Arch Ophthalmol. 2006;124:33-7.

180. Hall TA, McGwin G, Owsley C. Effect of cataract surgery on cognitive function in older adults. J Am Geriatr Soc. 2005;53:2140-4.

181. Jackson GR, McGwin G, Phillips JM, Klein R, Owsley C. Impact of aging and age-related maculopathy on inactivation of the a-wave of the rod mediated electroretinogram. Vision Research. 2006;46:1422-31.

182. Reiland A, Hovater M, McGwin G, Rue LW, Cross JM. The epidemiology of intentional burns. J Burn Care Rehabilitation. J Burn Care Res. 2006;27:276-80.

183. Schwacha M, McGwin G, Hutchinson B, Cross J, MacLennan P, Rue LW. The contribution of opiate analgesics to infectious complications in burn patients. The American Journal of Surgery. 2006;192:82-6.

184. McGwin G, Hall TA, Xie A, Owsley C. Gun-related eye Injury in the United States, 1993-2002. Ophthalmic Epidemiology. 2006;13:15-21.

185. MacLennan PA, Jones B, McGwin G, George R, Rue LW III. Trauma center resource consumption and mortality. Am. Surg. 2006;72:1-6.

186. Owsley C, McGwin G, Jackson G, Heimburger DC, Piyathilake CJ, Klein R, White MF, Kallies K. Effect of short-term, high-dose retinal on dark adaptation in aging and early age-related maculopathy. Investigative Ophthalmology and Vision Science. 2006;47:1310-8.

187. Arthur SN, Aldridge AJ, Leon-Ortega JD, McGwin G, Xie A, Girkin GA. Agreement in assessing cup-to-disc ratio measurement among stereoscopic optic nerve head photographs, HRT II, and stratus OCT. J Glaucoma 2006;15:183-89.

188. Stannard JP, Robinson JT, Anderson ER, McGwin G, Volgas DA, Alonso JE. Negative pressure wound therapy to treat hematomas and surgical incisions following high-energy trauma. J Trauma 2006;60:1301-6.

189. Bertoli AM, Fernandez M, McGwin G, Reveille JD, Alarcon GS. Association of antioxidized low-density lipoprotein antibodies with vascular arterial events and renal manifestations in systemic lupus erythematosus patients: Comment on the article by Frostegard et al. Arthritis Rheum. 2006;54:2035-2036.

190. Calvo-Alen J, Alarcon GS, Tew MB, Tan FK, McGwin G, Fessler BJ, Vila LM, Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort: XXXIV. Deficient mannose-binding lectin exon 1 polymorphisms are associated with cerebrovascular but not with other arterial thrombotic events. Arthritis Rheum. 2006;54:1940-1945.

ALX-EXP-83-000034

191.    Fuller JJ, McGwin G. Phakic status affects vitreous penetration of topical
        moxifloxacin. Arch Ophthalmol. 2006;124:749.

192.    Bertoli AM, Fernandez M, McGwin G, Aalrcon GS, Tan FK, Reveille JD, Vila
        LM. Systemic lupus erythematosus in a multiethnic US cohort: XXXVI. Influence
        of mannose-binding lectin exon 1 polymorphisms in disease manifestations,
        course, and outcome. Arthritis Rheum. 2006;54:1703-4.

193.    Johnson T, Arnaud F, Dong F, Philbin N, Rice J, Asher L, Arrisueno M,
        Warndorf M, Gurney J, McGwin G, Kaplan L, Flournoy WS, Apple FS, Pearce
        LB, Ahlers S, McCarron R, Freilich D. Bovine polymerized hemoglobin
        (hemoglobin-based oxygen carrier-201) resuscitation in three swine models of
        hemorrhagic shock with militarily relevant delayed evacuation--effects on
        histopathology and organ function. Crit Care Med. 2006;34:1464-74.

194.    Girkin CA, McGwin G, McNeal SF, Owsley C. Is there an association between
        pre-existing sleep apnoea and the development of glaucoma? Br J Ophthalmol.
        2006;90:679-81.

195.    Spann MD, McGwin G, Kerby JD, George RL, Dunn S, Rue LW, Cross JM.
        Characteristics of burn patients injured in methamphetamine laboratory
        explosions. J Burn Care Res. 2006;27:496-501.

196.    Kerby JD, McGwin G, George RL, Cross JA, Chaudry IH, Rue LW. Sex
        differences in mortality after burn injury: results of analysis of the National Burn
        Repository of the American Burn Association. J Burn Care Res. 2006;27:452-
        456.

197.    Owsley C, McGwin G, Scilley K, Girkin CA, Phillips JM, Searcey K. Perceived
        barriers to care and attitudes about vision and eye care: focus groups with older
        African-Americans and eye care providers. Invest Ophthalmol. Vis Sci.
        2006;47:2797-802.

198.    Semes L, Shaikh A, McGwin G, Bartlett JD. The relationship among race, iris
        color, central corneal thickness, and intraocular pressure. Opt. Vis. Sci.
        2006;83:512-5.

199.    McGwin G, Gewant H, Modjarrad K, Hall TA, Owsley C. Effect of cataract
        surgery on falls and mobility among independently living older adults. J Am
        Geriatr Soc. 2006;54:1089-94.

200.    Deleon-Ortega JE, Arthur SN, McGwin G, Xie A, Monheit BE, Girkin CA.
        Discrimination between glaucomatous and nonglaucomatous eyes using
        quantitative imaging devices and subjective optic nerve head assessment. Invest.
        Ophthalmol. Vis. Sci. 2006;47:3374-80.

ALX-EXP-83-000035

201.  Andrade RM, McGwin G, Alarcon GS, Sanchez ML,Bertoli AM, Fernandez M, Fessler BJ, Apte M, Arango AM, Bastian HM, Vila LM, Reveille JD. Predictors of post-partum damage accrual in systemic lupus erythematous: data from LUMINA, a multiethnic US cohort (XXXVIII). Rheumatology 2007;56:622-630.

202.  Alarcon GS, Calvo-Alen J, McGwin G, Uribe AG, Toloza SM, Roseman JM, Fernandez M, Fessler BJ, Vila LM, Ahn C, Tan FK, Reveille JD. Systemic lupus erythematosus in a multiethnic cohort: LUMINA XXXV. Predictive factors of high disease activity over time. Ann Rheum Dis. 2006;65:1168-74.

203.  Rice J, Philbin N, McGwin G, Arnaud F, Johnson T, Flournoy WS, Pearce LB, McCarron R, Kaplan L, Handrigan M, Freilich D. Bovine polymerized hemoglobin versus Hextend resuscitation in a swine model of severe controlled hemorrhagic shock with delay to definitive care. Shock. 2006;26:302-10.

204.  Ringsdorf L, McGwin G, Owsley C. Visual field defects and vision-specific health-related quality of life in African Americans and Whites with glaucoma. J Glaucoma. 2006;15:414-418.

205.  Reed MA, Naftel RP, Carter S, Maclennan PA, McGwin G, Rue LW. Motor vehicle restraint system use and risk of spine injury. Traffic Inj Prev. 2006;7:256-63.

206.  Girkin CA, Deleon-Ortega JE, Xie A, McGwin G, Arthur SN, Monheit BE. Comparison of the Moorfields Classification using confocal scanning laser ophthalmoscopy and subjective optic disc classification in detecting glaucoma in blacks and whites. Ophthalmology. 2006;113:2144-9.

207.  Fernandez M, McGwin G, Bertoli AM, Calvo-Alen J, Vila LM, Reveille JD, Alarcon GS. Discontinuation rate and factors predictive of the use of hydroxychloroquine in LUMINA, a multiethnic US cohort (LUMINA XL). Lupus. 2006;15:700-4.

208.  McGwin G, Hall TA, Seale J, Xie A, Owsley C.  Consumer product-related eye injury in the United States, 1998-2002. J Safety Res. 2006;37:501-6.

209.  Chaiamnuay S, Bertoli AM, Roseman JM, McGwin G, Apte M, Vila LM, Duran S, Reveille JD, Alarcon GS.  African American and Hispanic ethnicities, renal involvement and obesity predispose to hypertension in systemic lupus erythematosus: Results from LUMINA, a multiethnic cohort. (LUMINA XLV). Ann Rheum Dis. 2006;

210.  Rice J, Philbin N, Handrigan M, Hall C, McGwin G, Ahlers S, Pearce LB, Arnaud F, McCarron R, Freilich D. Vasoactivity of bovine polymerized hemoglobin (HBOC-201) in swine with traumatic hemorrhagic shock with and without brain injury. J Trauma. 2006;61:1085-1099.

ALX-EXP-83-000036

211.    Fernandez M, McGwin G, Bertoli AM, Calvo-Alen J, Alarcon GS. Systemic
        lupus erythematosus in a multiethnic cohort (LUMINAXXXIX): relationship
        between hormone replacement therapy and disease activity over time. Lupus.
        2006;15:621-2.

212.    Alarcon GS, McGwin G, Petri M, Ramsey-Goldman R, Fessler BJ, Vila LM,
        Edberg JC, Reveille JD, Kimberly RP. Time to renal disease and end-stage renal
        disease in PROFILE: a multiethnic lupus cohort. PLoS Med. 2006;3:e396.

213.    Vila LM, Alarcon GS, McGwin G, Bastian HM, Fessler BJ, Reveille JD.
        Systemic lupus erythematosus in a multiethnic US cohort, XXXVII: association
        of lymphopenia with clinical manifestations, serologic abnormalities, disease
        activity, and damage accrual. Arthritis Rheum. 2006;55:799-806.

214.    Bastian HM, Alarcon GS, Roseman JM, McGwin G, Vila LM, Fessler BJ,
        Reveille JD. Systemic lupus erythematosus in a multiethnic US cohort
        (LUMINA) XL II: factors predictive of new or worsening proteinuria.
        Rheumatology. 2006;

215.    McGwin G, Modjarrad K, Reiland A, Tanner S, Rue LW. Prevalence of
        transportation safety measures portrayed in primetime U.S. television programs
        and commercials. Inj Prev. 2006;12:400-3.

216.    Szalai AJ, Alarcon GS, Calvo-Alen J, Toloza SM, McCrory MA, Edberg JC,
        McGwin G, Bastian HM, Fessler BJ, Vila LM, Kimberly RP, Reveille JD.
        Systemic lupus erythematosus in a multiethnic US Cohort (LUMINA). XXX:
        association between C-reactive protein (CRP) gene polymorphisms and vascular
        events. Rheumatology. 2005;44:864-8.

217.    Vicinanzo MG, McGwin G, Boyle M, Long JA. The consequence of premature
        silicone stent loss after external dacryocystorhinostomy. Ophthalmology. 2007
        Dec 11; [Epub ahead of print]

218.    Dreer LE, McGwin G, Scilley K, Meek GC, Dyer A, Seker D, Owsley C.
        Development of a nursing home vision-targeted health-related quality of life
        questionnaire for older adults. Aging Ment Health. 2007;11:722-33.

219.    Owsley C, McGwin G, Scilley K, Meek GC, Seker D, Dyer A. Effect of refractive
        error correction on health-related quality of life and depression in older nursing
        home residents. Arch Ophthalmol. 2007;125:1471-7.

220.    Kerby JD, MacLennan PA, Burton JN, McGwin G, Rue LW. Agreement between
        prehospital and emergency department glasgow coma scores. J Trauma.
        2007;63:1026-31.

ALX-EXP-83-000037

221.    Reiff DA, Harkins CL, McGwin G, Cross JM, Rue LW. Risk factors associated
        with adrenal insufficiency in severely injured burn patients. J Burn Care Res.
        2007;28:854-8.

222.    VanderMolen C, Malkevich N, Philbin N, Rice J, Collier S, Hall C, Ahlers S,
        McCarron R, Freilich D, McGwin G, Pearce LB.  Immune effects of decreasing
        low-molecular weight hemoglobin components of hemoglobin-based oxygen
        carriers (HBOC) in a swine model of severe controlled hemorrhagic shock. Artif
        Cells Blood Substit Immobil Biotechnol. 2007;35:507-17.

223.    Fernández M, Calvo-Alén J, Bertoli AM, Bastian HM, Fessler BJ, McGwin G,
        Reveille JD, Vilá LM, Alarcón GS.  Systemic lupus erythematosus in a
        multiethnic US cohort (LUMINA L II): relationship between vascular events and
        the use of hormone replacement therapy in postmenopausal women. J Clin
        Rheumatol. 2007;13:261-5.

224.    Owsley C, McGwin G. Measuring the personal burden of eye disease and vision
        impairment. Ophthalmic Epidemiol. 2007;14:188-91.

225.    Andrade RM, Alarcón GS, Gonzalez LA, Fernandez M, Apte M, Vila LM,
        McGwin G, Reveille JD. Seizures in patients with systemic lupus erythematosus:
        data from LUMINA, a multiethnic cohort (LIV). Ann Rheum Dis. 2007 Sep 17;
        [Epub ahead of print]

226.    McGwin G, George RL, Cross JM, Rue LW. Improving the ability to predict
        mortality among burn patients. Burns. 2007 Sep 13; [Epub ahead of print]

227.    Cotran PR, Roh S, McGwin G. Randomized comparison of 1-site and 2-site
        phacotrabeculectomy with 3-year follow-up. Ophthalmology. 2007 Sep 5; [Epub
        ahead of print]

228.    Owsley C, McGwin G, Jackson GR, Kallies K, Clark M. Cone- and rod-mediated
        dark adaptation impairment in age-related maculopathy. Ophthalmology.
        2007;114:1728-35.

229.    Zhang J, McGwin G. Association of statin use with the risk of developing diabetic
        retinopathy. Arch Ophthalmol. 2007;125:1096-9.

230.    Schmidt GW, Yoon M, McGwin G, Lee PP, McLeod SD. Evaluation of the
        relationship between ablation diameter, pupil size, and visual function with
        vision-specific quality-of-life measures after laser in situ keratomileusis. Arch
        Ophthalmol. 2007;125:1037-42.

231.    De León-Ortega JE, Sakata LM, Monheit BE, McGwin G, Arthur SN, Girkin CA.
        Comparison of diagnostic accuracy of Heidelberg Retina Tomograph II and
        Heidelberg Retina Tomograph 3 to discriminate glaucomatous and

ALX-EXP-83-000038

nonglaucomatous eyes. Am J Ophthalmol. 2007;144:525-32.

232.   Fernández M, Alarcón GS, McGwin G, Sanchez ML, Apte M, Vilá LM, Reveille JD. Using the Short Form 6D, as an overall measure of health, to predict damage accrual and mortality in patients with systemic lupus erythematosus: XLVII, results from a multiethnic US cohort. Arthritis Rheum. 2007;57:986-92.

233.   Limdi N, McGwin G, Goldstein J, Beasley T, Arnett D, Adler B, Baird M, Acton R. Influence of CYP2C9 and VKORC1 1173C/T genotype on the risk of hemorrhagic complications in African-American and European-American patients on warfarin. Mol Ther. 2008;83:312-21.

234.   Owsley C, McGwin G, Scilley K, Meek GC, Dyer A, Seker D. The visual status of older persons residing in nursing homes. Arch Ophthalmol. 2007;125:925-30.

235.   Hall C, Malkevich N, Handrigan M, Vandermolen C, Aranaud F, Hong J, Dong F, Rice J, Philbin N, Ahlers S, McCarron R, Freilich D, McGwin G, Flournoy WS, Pearce LB. Innate immune responses in Swine resuscitated from severe traumatic hemorrhagic shock with hemoglobin-based oxygen carrier-201. Artif Cells Blood Substit Immobil Biotechnol. 2007;35:259-74.

236.   Reiff DA, Hipp P, McGwin G, Modjarrad K, MacLennan PA, Rue LW. Body mass index affects the need for and the duration of mechanical ventilation after thoracic trauma. J Trauma. 2007;62:1432-5.

237.   Modjarrad K, McGwin G, Cross JM, Rue LW. The descriptive epidemiology of intentional burns in the United States: an analysis of the National Burn Repository. Burns. 2007;33:828-32.

238.   Owsley C, McGwin G, Scilley K, Meek GC, Seker D, Dyer A. Impact of cataract surgery on health-related quality of life in nursing home residents. Br J Ophthalmol. 2007;91:1359-63.

239.   Li J, McGwin G, Vaphiades MS, Owsley C. Non-arteritic anterior ischaemic optic neuropathy and presumed sleep apnoea syndrome screened by the Sleep Apnea scale of the Sleep Disorders Questionnaire (SA-SDQ). Br J Ophthalmol. 2007;91:1524-7.

240.   Fernández M, Alarcón GS, Calvo-Alén J, Andrade R, McGwin G, Vilá LM, Reveille JD; LUMINA Study Group. A multiethnic, multicenter cohort of patients with systemic lupus erythematosus (SLE) as a model for the study of ethnic disparities in SLE. Arthritis Rheum. 2007;57:576-84.

241.   Alarcón GS, McGwin G, Bertoli AM, Fessler BJ, Calvo-Alén J, Bastian HM, Vilá LM, Reveille JD; LUMINA Study Group. Effect of hydroxychloroquine on the survival of patients with systemic lupus erythematosus: data from LUMINA, a

ALX-EXP-83-000039

multiethnic US cohort (LUMINA L). Ann Rheum Dis. 2007;66:1168-72.

242.   Philbin N, Handrigan M, Rice J, McNickle K, McGwin G, Williams R, Warndorf M, Arnaud F, Malkevich N, McCarron R, Freilich D. Resuscitation following severe, controlled hemorrhage associated with a 24 h delay to surgical intervention in swine using a hemoglobin based oxygen carrier as an oxygen bridge to definitive care. Resuscitation. 2007;74:332-43.

243.   DeLeón Ortega JE, Sakata LM, Kakati B, McGwin G, Monheit BE, Arthur SN, Girkin CA. Effect of glaucomatous damage on repeatability of confocal scanning laser ophthalmoscope, scanning laser polarimetry, and optical coherence tomography. Invest Ophthalmol Vis Sci. 2007;48:1156-63.

244.   Fuller JJ, Lott MN, Henson NM, Bhatti AA, Singh H, McGwin G, Marcus DM. Vitreal penetration of oral and topical moxifloxacin in humans. Am J Ophthalmol. 2007;143:338-40.

245.   Bastian HM, Alarcón GS, Roseman JM, McGwin G, Vilá LM, Fessler BJ, Reveille JD; LUMINA Study Group. Systemic lupus erythematosus in a multiethnic US cohort (LUMINA) XL II: factors predictive of new or worsening proteinuria. Rheumatology (Oxford). 2007;46:683-9.

246.   Chaiamnuay S, Bertoli AM, Roseman JM, McGwin G, Apte M, Durán S, Vilá LM, Reveille JD, Alarcón GS. African-American and Hispanic ethnicities, renal involvement and obesity predispose to hypertension in systemic lupus erythematosus: results from LUMINA, a multiethnic cohort (LUMINAXLV). Ann Rheum Dis. 2007;66:618-22.

247.   Apte M, McGwin G, Vilá LM, Kaslow RA, Alarcón GS, Reveille JD; for the LUMINA Study Group. Associated factors and impact of myocarditis in patients with SLE from LUMINA, a multiethnic US cohort. Rheumatology (Oxford). 2008 Feb 4; [Epub ahead of print]

248.   González LA, McGwin G, Durán S, Pons-Estel GJ, Apte M, Vilá LM, Reveille JD, Alarcón GS. Predictors of Premature Gonadal Failure in Patients with Systemic Lupus Erythematosus. Results from LUMINA, a Multiethnic US Cohort. Ann Rheum Dis. 2008 Jan 16; [Epub ahead of print]

249.   Edberg JC, Wu J, Langefeld CD, Brown EE, Marion MC, McGwin G, Petri M, Ramsey-Goldman R, Reveille JD, Frank SG, Kaufman KM, Harley JB, Alarcón GS, Kimberly RP. Genetic Variation in the CRP Promoter: Association with Systemic Lupus Erythematosus (SLE). Hum Mol Genet. 2008 Jan 8; [Epub ahead of print]

250.   Willen CM, McGwin G, Liu B, Owsley C, Rosenstiel C. Efficacy of cyclosporine 0.05% ophthalmic emulsion in contact lens wearers with dry eyes. Eye Contact

ALX-EXP-83-000040

Lens. 2008;34:43-5.

251.   Edberg JC, Wu J, Langefeld CD, Brown EE, Marion MC, McGwin G, Petri M, Ramsey-Goldman R, Reveille JD, Frank SG, Kaufman KM, Harley JB, Alarcón GS, Kimberly RP. Genetic variation in the CRP promoter: association with systemic lupus erythematosus. Hum Mol Genet. 2008;17:1147-55.

252.   González LA, McGwin G, Durán S, Pons-Estel GJ, Apte M, Vilá LM, Reveille JD, Alarcón GS. Retraction. Predictors of premature gonadal failure in patients with systemic lupus erythematosus. Results from LUMINA, a multiethnic US cohort. Ann Rheum Dis. 2008;67:732.

253.   Apte M, McGwin G, Vilá LM, Kaslow RA, Alarcón GS, Reveille JD; LUMINA Study Group.  Associated factors and impact of myocarditis in patients with SLE from LUMINA, a multiethnic US cohort (LV). Rheumatology (Oxford). 2008;47:362-7.

254.   Lott MN, Fuller JJ, Hancock HA, Singh J, Singh H, McGwin G, Marcus DM. Vitreal penetration of oral moxifloxacin in humans. Retina. 200;28:473-6.

255.   McGwin G, Wilson SL, Bailes J, Pritchett P, Rue LW. Malpractice risk: trauma care versus other surgical and medical specialties. J Trauma. 2008;64:607-12; discussion 612-3.

256.   Ramsey-Goldman R, Alarcón GS, McGwin G, Petri M, Vilá LM, Edberg JC, Reveille JD, Kimberly RP; Profile Study Group. Time to seizure occurrence and damage in PROFILE, a multi-ethnic systemic lupus erythematosus cohort. Lupus. 2008;17:177-84.

257.   Tucker LB, Uribe AG, Fernández M, Vilá LM, McGwin G, Apte M, Fessler BJ, Bastian HM, Reveille JD, Alarcón GS. Adolescent onset of lupus results in more aggressive disease and worse outcomes: results of a nested matched case-control study within LUMINA, a multiethnic US cohort (LUMINA LVII). Lupus. 2008;17:314-22.

258.   McGwin G, McCartt AT, Braitman KA, Owsley C. Survey of older drivers' experiences with Florida's mandatory vision re-screening law for licensure. Ophthalmic Epidemiol. 2008;15:121-7.

259.   Wright JW, Griffin R, Maclennan PA, Rue LW, McGwin G. The incidence of shopping cart-related injuries in the United States, 2002-2006. Accid Anal Prev. 2008;40:1253-6.

260.   Limdi NA, Arnett DK, Goldstein JA, Beasley TM, McGwin G, Adler BK, Acton RT. Influence of CYP2C9 and VKORC1 on warfarin dose, anticoagulation

ALX-EXP-83-000041

attainment and maintenance among European-Americans and African-Americans. Pharmacogenomics. 2008;9:511-26.

261.   Rice J, Philbin N, Light R, Arnaud F, Steinbach T, McGwin G, Collier S, Malkevich N, Moon-Massatt P, Rentko V, Pearce LB, Ahlers S, McCarron R, Handrigan M, Freilich D. The effects of decreasing low-molecular weight hemoglobin components of hemoglobin-based oxygen carriers in swine with hemorrhagic shock. J Trauma. 2008;64:1240-57.

262.   McGwin G, Modjarrad K, Duma S, Rue LW. Association between upper extremity injuries and side airbag availability. J Trauma. 2008 May;64:1297-301.

263.   Durán-Barragán S, McGwin G, Vilá LM, Reveille JD, Alarcón GS; LUMINA (LIX): a multiethnic US cohort. Angiotensin-converting enzyme inhibitors delay the occurrence of renal involvement and are associated with a decreased risk of disease activity in patients with systemic lupus erythematosus--results from LUMINA (LIX): a multiethnic US cohort. Rheumatology (Oxford). 2008;47:1093-6.

264.   MacLennan PA, Marshall T, Griffin R, Purcell M, McGwin G, Rue LW. Vehicle rollover risk and electronic stability control systems. Inj Prev. 2008;14:154-8.

265.   Fernández M, McGwin G, Andrade R, Bastian HM, Fessler BJ, Reveille JD, Vilá LM, Alarcón GS; LUMINA Study Group. Systemic lupus erythematosus in a multiethnic US cohort, LUMINA (XLIX): preliminary evaluation of the impact of statins on disease activity. J Clin Rheumatol. 2008;14:178-80.

266.   Malkevich NV, Dong F, Vandermolen CA, Philbin NB, Rice JP, Scultetus A, Hong J, Arnaud F, Hall CH, McGwin G, Pearce LB, Handrigan M, Ahlers S, McCarron RM, Freilich D. Innate immune response after resuscitation with hemoglobin-based oxygen carrier and recombinant factor VIIA in uncontrolled hemorrhagic shock in a swine model. J Trauma. 2008;64:1498-510.

267.   McGwin G, Zoghby JT, Griffin R, Rue LW. Incidence of golf cart-related injury in the United States. J Trauma. 2008;64:1562-6.

In Press:

1.   McGwin G, Nunn AM, Mann JC, Griffin R, Davis GG, MacLennan PA, Kerby JD, Acker JE, Rue LW. Reassessment of the tri-modal mortality distribution in the presence of a regional trauma system. J Trauma.

2.   Weinberg JA, McGwin G, Griffin R, Huynh VQ, Cherry SA, Marques MB, Reiff DA, Kerby JD, Rue LW. Age of transfused blood: an independent predictor of mortality despite universal leukoreduction. J Trauma.

ALX-EXP-83-000042

3.  Weinberg JA, McGwin G, Cherry SA, Marques MB, Reiff DA, Kerby JD, Rue LW. Transfusions in the less severely injured: does age of transfused blood affect outcomes? J Trauma.

4.  McGwin G, Sarrels SA, Griffin R, Owsley C, Rue LW. The impact of a vision screening law on older driver fatality rates. Oph Epidemiol.

5.  Reiff DA, Haricharan RN, Bullington NM, Griffin R, McGwin G, Rue LW. Traumatic brain injury is associated with the development of deep vein thrombosis independent of pharmacological prophylaxis. J Trauma.

6.  Parks CT, Griffin R, Rue LW, McGwin G. The incidence of powered vs. non-powered scooter injuries in the United States, 2002-2006. J Safety Res.

7.  MacLennan PA., Ashwander WS, Griffin R, McGwin G, Rue LW. Injury risks between first and second-generation airbags in frontal motor vehicle collisions. Accid Anal Prev.

8.  Boyle MH, McGwin G, Flanagan CE, Vicinanzo MG, Long JA. High concentration versus low concentration botulinum toxin A for benign essential blepharospasm: does dilution make a difference. Oph Plastic Recostruct Surg.

9.  Elliott AF, McGwin G, Owsley C. Health-related quality of life and visual and cognitive impairment among nursing home residents. J Am Geriatr Soc.

10. Owsley C, McGwin G. Driving and age-related macular degeneration. J Vis Imp Blindness.

11. Owsley C, McGwin G, Stalvey B, Weston J, Searcey K, Girkin C. Eduating older African-Americans about the preventive importance of routine comprehensive eye care. J Nat Med Assoc.

ALX-EXP-83-000043

**Appendix B**

**Professional Fees**

- Review and report preparation………….        $250.00 per hour

- Participation at trial or depositions……..        $300.00 per hour

- Travel…………………………………...        $175.00 per hour

- Expenses………………………………..        Itemized

- Invoices………………………………….        Payment is due upon receipt.
                                            Payments received 60 days after receipt of
                                            invoice are subject to a late fee of
                                            $50.00/month, posted monthly.

ALX-EXP-83-000044

## Appendix C

## Deposition & Trial Testimony

**Deposition Testimony**

1.  Date of Testimony:        June 14, 2007
    Case Title and Number:    Viagra Products Liability Litigation (MDL 1724)
    Jurisdiction:             U.S. District Court; Minnesota
    Retained by:              Daniel Becnel, Attorney for Plaintiff
                              Becnel Law Firm, LLC.
                              P.O. Drawer H
                              106 W. Seventh St.
                              Reserve, LA 70084

2.  Date of Testimony:        July 23, 2008
    Case Title and Number:    Laura T. Headley v. Textron, Inc., d/b/a E-Z Go, CRM Sun
                              City, et al. (2007-CP-07-1414)
    Jurisdiction:             Judicial Court; Beaufort, SC
    Retained by:              William C. Clark, Attorney for Plaintiff
                              Clark & Stevens
                              60 Arrow Road
                              P.O. Box 7788
                              Hilton Head Island, SC 29938

**Trial Testimony**

                              None

ALX-EXP-83-000045