Gerald McGwin Jr.
July 27, 2009

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER ) | |
| FORMALDEHYDE PRODUCTS ) | |
| LIABILITY LITIGATION, ) | MDL NO. 1873 |
| CHARLIE AGE, et al., ) | SECTION N(5) |
|    Plaintiffs, ) | JUDGE: ENGELHARDT |
| V. ) | MAG: CHASEZ |
| GULF STREAM COACH, ) | |
| INC., et al., ) | DOCKET NO. 09-2892 |
|    Defendants. ) | |

CONCURRENT VIDEO RECORD

Deposition of GERALD McGWIN, JR. M.S. Ph.D.

July 27, 2009

9:38 a.m.

Gerald McGwin Jr.
July 27, 2009

Page 17

1       A.   I'm reluctant to agree to the use
2  of the word probably than not.
3       Q.   I think you agreed to it last time,
4  but we'll look it up.
5            MR. PINEDO:  The record will
6  reflect what he said last time.
7       Q.   On page forty-five:  And based on
8  your review of these studies, you just told me
9  you couldn't say one way or another whether it
10 is more probable than not that leukemia, lung,
11 pancreatic, and brain cancer were caused by
12 exposure to formaldehyde; is that correct?
13           MR. PINEDO:  Would you show him the
14 testimony, please.
15           MR. WEINSTOCK:  Absolutely.
16      Q.   Answer:  Say that question one more
17 time.  I had it read back.  And you said:
18 That is correct, I apologize.
19           That's all the good highlighted
20 stuff.
21      A.   Yes, I believe my answer at that
22 time is consistent now.
23           You stated I couldn't say one way
24 or the other it's more probable than not.  And
25 that's what I'm saying now, because I can't

say now based on any probability.

       MR. PINEDO:  And that's with regard to leukemia, lung cancer, pancreatic cancer, and brain cancer.

       MR. WEINSTOCK:  Correct.

    Q.  That was my question then and that is my question now, correct?  That's how you understood it?

    A.  That's correct.

    Q.  Now, Mr. Pinedo raises a valid point, there are more than five cancers in the world.  But those are the only ones you gave opinions on in your report, correct, those four and nasopharyngeal or sinonasal cancers?

    A.  Those four and naso -- yes, sir.

    Q.  So there may be other cancers out there and they may be related to formaldehyde, but you have not given those opinions?

    A.  Yes, sir.

    Q.  I knew we could do this quickly.

    A.  I'm a very minimal guy.

    Q.  If we can get to nasopharyngeal. We had a long discussion, as you recall about the Hauptmann paper.  I think you were sick of it, and I know I was.

1  analyses, the one that dealt with peak
2  exposure?
3       A.  Yes, sir.
4       Q.  As opposed to some more over time
5  exposure?
6       A.  That's correct.  Yes, sir.
7       Q.  But you would agree with me that
8  according -- at least according to the
9  Hauptmann paper, to see an association between
10 formaldehyde exposure and nasopharyngeal
11 cancer, you needed to see peak exposure of
12 four thousand parts per billion?
13      A.  Based on that one paper.
14      Q.  Correct?
15      A.  Correct.
16      Q.  And speaking of that one paper, if
17 I understood your report, your -- you base
18 your association or your opinion on
19 nasopharyngeal cancer --
20          MR. PINEDO:  Which report are we
21 talking about?
22          MR. WEINSTOCK:  He only gives a
23 cancer opinion in the last fall report.
24      Q.  Let me start again.  In last
25 August's report, you based your association

Gerald McGwin Jr.
July 27, 2009

Page 55

A.  I was looking at the association between the two.

Q.  Okay.  Is -- so let me -- so you were looking at the question of does -- is formaldehyde exposure associated with onset of asthma?

A.  Yes, sir.

Q.  Not is formaldehyde exposure associated with aggravation of asthma?

A.  That's correct.  I believe the studies are much more consistent with looking at the presence of asthma as opposed to the aggravation of symptoms.

Now, there have been studies that have done that.

Q.  We will get to some and more, some that you have and some that I have.

A.  Okay.

Q.  You will agree with me that what really has been studied is onset primarily?

A.  I don't know.  At least for this study we can actually classify it as onset.  I think presence or absence is the best that we can do for most of these studies.

Q.  Presence or absence?  In figure

Gerald McGwin Jr.
July 27, 2009

Page 115

1     Q.  Correct.

2     A.  This was not the university administering formaldehyde to them.

4     Q.  Correct.

5     A.  That would concern me.

6     Q.  I've got another one.

7     A.  So I'm ready for your question.

8     Q.  So the question is -- well, first of all, first question: You did not pull this study, correct?

11     A.  No.

12     Q.  You did not evaluate whether asthma exacerbates -- I'm sorry, formaldehyde exposure exacerbates asthma. That's not what you were charged with doing. Otherwise you mite have pulled this study, correct?

17     A.  That's correct.

18     Q.  And this is a quasi experimental study in that people that were naturally exposed to formaldehyde had their pulmonary function measured and it was determined that asthmatics did no better, no worse than nonasthmatics?

24     A.  To call it quasi experimental, I think it's more of an observational study

Gerald McGwin Jr.
July 27, 2009

Page 131

1  are looking at are generally people who are
2  exposed to formaldehyde by their work, their
3  job title, excuse me, most likely.
4       Q.   And --
5       A.   And we don't know that it was X
6  number of parts per million, whereas the CDC
7  study tells us these are the exposure levels.
8  We just don't have those.
9            That's how I understand the
10 question.
11      Q.   Correct.  And at the levels the CDC
12 found, from three parts per billion to 590
13 parts per billion, you can't give an opinion
14 that that level is associated with
15 nasopharyngeal cancer because the epidemiology
16 just does not provide that to you?
17      A.   That's right.  None of the
18 epidemiologic studies that I'm aware of
19 actually provide formaldehyde exposure
20 levels.
21           And that doesn't mean that one
22 couldn't, through some sort of job exposure
23 matrix, link that CDC data or any exposure
24 data to those cancer cases.
25           But as the evidence exists today,

Gerald McGwin Jr.
July 27, 2009

Page 132

1  nobody has done that.
2      Q.  And you have not done that?
3      A.  I have not done that, no, sir.
4      Q.  And you have not been asked to do
5  it?
6      A.  No, not to my knowledge.
7      Q.  As we sit here today, at the levels
8  that people were exposed to in the FEMA
9  trailers, the 519 that we talked about, from
10 three parts per billion to 590 parts per
11 billion, you cannot say more probably than not
12 that would be associated with nasopharyngeal
13 cancer?
14     A.  Sitting here today, no, sir.
15 Although, again, it could be done.
16     Q.  It's possible it just has not been
17 done?
18     A.  That's correct.
19     Q.  When you said no, sir, you were
20 actually agreeing with my statement, correct?
21         Sometimes it's the way I ask
22 questions.  I tend to lead.  So the correct
23 answer is yes, but let me ask it again.
24     A.  Sure.
25     Q.  As we sit here today, at the levels

Gerald McGwin Jr.
July 27, 2009

Page 133

1  people were exposed from the FEMA trailer,
2  from three parts per billion to 590 parts per
3  billion, you cannot say more probably than not
4  there's an association to nasopharyngeal
5  cancer to those levels.  My statement is
6  correct?
7        A.   Your statement is correct, yes,
8  sir.
9        Q.   That's the tricky part with any
10 one-sided question?
11       A.   I'll remember that.
12       Q.   Going back to that same report, you
13 had a section on irritation that I want to
14 touch on very briefly.
15       A.   Yes, sir.
16       Q.   Well, maybe not a section, but it
17 was in the noncancer effects?
18       A.   On page six, I believe.
19       Q.   Yes.  You referenced Arts and Lang,
20 which are two volunteer studies, correct?
21       A.   I'll take your word for it.  I
22 don't have them sitting here in front of me.
23       Q.   I have -- I don't have Lang right
24 here, although I do have it on the computer.
25 I do have the Arts paper.

Page 141

Q. Yeah. When you were -- when you were contacted by Danny Becnel about the formaldehyde issue, he -- what did he ask you to do?

A. About, I guess -- clarify the word contact. Danny was at a deposition related to Viagra and he mentioned -- it wasn't -- he didn't call me directly, just to make that clear.

What did he ask me to do? I believe he simply told me that -- when I agreed to be contacted, I believe what he told me was, somebody will contact you.

Q. Okay. So when you were contacted by the other attorneys, what did they -- what did they ultimately ask you to do in terms of this case, this formaldehyde litigation?

A. Okay. They asked me to prepare an expert report focusing on the cancer effects of formaldehyde exposure. And I believe at that time I mentioned to them that there are many other noncancer effects.

They may have specifically said nasopharyngeal, but I doubt it. And I asked them if they wanted me to include that

Gerald McGwin Jr.
July 27, 2009

Page 142

1   material as well, and they said yes, I
2   believe, but their focus was on cancer?
3        Q.   Okay.  And then you obviously
4   prepared that report because we all have it.
5   And then at some point after that report you
6   were contacted again to do a second report; is
7   that right?
8        A.   Yes, ma'am.
9        Q.   And what was your charge with
10  regard to that report?
11       A.   I believe my charge with that
12  report was very vague at the beginning.  Even
13  before the report was -- words were committed
14  to paper, I think it was there had been a
15  shift from cancer now to asthma or respiratory
16  problems, and in general down to children,
17  focused on children, and in subsequent
18  conversations with a gentleman by the name of
19  Michael Watts.
20            It was clear that they felt they
21  would find a meta analysis of that
22  literature.  He did not use that word.  He
23  described what he thought would be useful, and
24  I said well, you're describing essentially a
25  meta analysis.

Gerald McGwin Jr.
July 27, 2009

Page 143

1           And at that time he had pulled,
2   boy, I bet you every study that had ever been
3   published on formaldehyde exposure, and I then
4   did my own search for studies specific to
5   asthma, formaldehyde in children.
6           Q.  Okay.  And then did you use -- you
7   said he pulled what seemed to be like you said
8   every --
9           A.  I have a list of the papers if you
10  would like to see it.
11          Q.  Did you review all those papers?
12          A.  No, ma'am.
13          Q.  You just did your own independent
14  search?
15          A.  Well, in conversations with him, it
16  was clear that his foundation of literature
17  was much more extensive than what he needed me
18  for.  It sounded as if he had other experts
19  that were in the area of industrial hygiene,
20  et cetera.  So his literature covered many,
21  many, different discipline.
22              So instead of me going through all
23  those papers, picking out the ones, it was
24  easier for me just to do a de novo literature
25      search.

1  where a primary outcome was asthma.
2       Q.  Did any of them involve
3  formaldehyde?
4       A.  I'm almost certain none of them
5  included formaldehyde.
6       MR. SHERBURNE:  Thank you.  I think
7  that's all the questions I have, Doctor.
8       MR. WEINSTOCK:  I'm sorry.  You
9  know how I am.
10
11            FURTHER EXAMINATION
12 BY MR. WEINSTOCK:
13      Q.  I found something I didn't ask you
14 about before.  It's on page six of your --
15      A.  Cancer?
16      Q.  Yes.  It says, Formaldehyde is
17 classified as a known carcinogen by the
18 International Association for Research on
19 Cancer, IARC, with specific reference to
20 nasopharyngeal cancer.  I asked you about that
21 before and we couldn't find it in your
22 report.
23           You may or may not know this, but
24 is it my understanding that is primarily due
25 to the Hauptmann paper?  Is that your

Gerald McGwin Jr.
July 27, 2009

Page 224

1  understanding as well?
2      A.   That is my understanding.
3          MR. WEINSTOCK:  Thank you, doctor.
4          MR. PINEDO:  A couple more
5  questions.
6
7          FURTHER EXAMINATION
8  BY MR. PINEDO:
9      Q.   Doctor, I'd like to ask you to turn
10 to your report again, page three, figure two.
11 I think previously I misstated what the parts
12 per million were for the upper levels that you
13 have reported there.  So let me ask you a
14 different question.
15          It appears to me that the highest
16 level which you have reported an odds ratio
17 and a confidence interval equates with .106
18 parts per million; is that right?
19     A.   That's correct.
20     Q.   And so the odds ratio of asthma for
21 those who have been exposed to formaldehyde at
22 .106 parts per million is 7.1; is that right?
23         MR. WEINSTOCK:  Object to the form.
24     A.   That is correct.
25     Q.   There's an objection so let me ask