# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

### Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1   it?
2        A.   Well, I'm on page 4.  Which one
3   did you say?
4        Q.   Paragraph 15.  I'll represent to
5   you that this is a legal paragraph that lays
6   out your claims.
7             Did you have any specific
8   recollection of input regarding what claims
9   you were making in this allegation?
10       A.   As far as this one, yes.
11       Q.   Okay.  The first subparagraph A
12  says, "Plaintiff's physical pain and
13  suffering," which "plaintiff" being you.
14       A.   Okay.
15       Q.   What pain and suffering did you
16  have as a result of living in the trailer?
17       A.   I had headaches, I had the
18  itching, watery eyes, the burning nose, the
19  burning in the back of the throat, the
20  coughing and -- yeah.  That's the physical
21  pain and everything.
22       Q.   You said that when you first came
23  into the trailer, that's when you had the
24  watery eyes, and then after a couple of
25  months, that went away?

1    A.    Yes.

2    Q.    Was that also true for the
3 headaches, the itching and the other items
4 you just mentioned?

5    A.    The itching; the headaches stayed
6 a little longer.

7    Q.    Okay. After they went away, when
8 did they first come back?

9    A.    After all of these symptoms went
10 away --

11   Q.    You said after a couple of months,
12 they went away, and then a little bit longer
13 for the headaches. Did they come back later
14 on?

15   A.    No.

16   Q.    Okay. So you had a couple of
17 months of headaches, itching and watery
18 eyes?

19   A.    Yes.

20   Q.    But the itching and the watery
21 eyes diminished over those couple of months?

22   A.    Yes.

23   Q.    When you say "diminished," are you
24 talking about in frequency or severity?

25   A.    In severity.

1    Q.   So you had a constant headache the
2  entire time you were in the trailer for the
3  first couple of months?
4    A.   I would say a constant headache --
5  MS. PETROVICH:
6         Object to the form of the
7  question.
8  MR. HILLIARD:
9         What was your objection?
10 MS. PETROVICH:
11        Form of the question.  I don't
12 think she said she had constant headaches.
13 MR. GLASS:
14        That's what I asked her.  That was
15 the question.
16 EXAMINATION BY MR. GLASS:
17   Q.   Did you have constant headaches?
18   A.   No, it wasn't constant headaches.
19   Q.   At any time in those first couple
20 of months, did you see a doctor about your
21 complaints?
22   A.   No.
23   Q.   After those couple of months, did
24 you return to your pre-Katrina health?
25   A.   Me?

Page 391

1      Q.   Yes.
2      A.   Yeah, pretty much.
3      Q.   As we sit here today, do you have
4  any physical complaints or issues that you
5  relate to the -- and I am talking about
6  physically -- that relate to your time in
7  the trailer?
8      A.   I would say no.
9      Q.   The second subparagraph B is
10 "Regarding the physical pain and suffering
11 of her minor son, Christopher Cooper."
12          What physical pain and suffering
13 did Chris go through?
14     A.   Well, in the trailer, his eyes
15 were worse because his eyes constantly
16 stayed watery through the time that we were
17 in there.  Even after the odor dissipated,
18 he always had the watery eyes.
19     Q.   How did you treat those watery
20 eyes?
21     A.   That's when he was on the
22 Claritin, and like I said, I thought it had
23 to do with mostly allergies.
24     Q.   What other manifestations of
25 physical symptoms did Chris have in those

1  first couple months?
2      A.   Like I say, he felt the burning in
3  the throat and the nose; say again watery
4  eyes, the itchy eyes and the nose, the
5  burning in the nose.  And the frequency of
6  the inhaler started to increase.
7      Q.   Okay.  During those first couple
8  of months, did his symptoms also decrease
9  over time?
10     A.   The itching and the watery eyes --
11 not the watery eyes, I'm sorry.  The itching
12 of the nose -- I take that back.  Not the
13 nose for him.  Because he was always doing
14 that with his nose, rubbing his nose.
15     Q.   So for the entire 19 months that
16 you were in the trailer, it's your testimony
17 that Chris's symptoms from day one in the
18 trailer were the same until the end when he
19 left the trailer?
20     A.   Yes.
21     Q.   We've already gone into some of
22 the medical records.  All of the visits to
23 the doctors have been talked about --
24     A.   Yes.
25     Q.   -- from the time he was in the