IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHEILA ROBINSON,** | * | **DOCKET NO. 2:09-CV-04149** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | **SECTION:** |
| "Exhibit A" | * | |
| | * | |
| versus | * | |
| | * | **JUDGE: ENGELHARDT** |
| **ABC MANUFACTURER, INC.,** | * | |
| **DEF MANUFACTURER, INC.,** | * | |
| **RST MANUFACTURER, INC.,** | * | |
| **XYZ MANUFACTURER, INC.,** | * | **MAGISTRATE: CHASEZ** |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT** comes Petitioners to supplement and amend their Complaint, in the following respects, to wit:

**1.**

Plaintiff amends the caption of the above matter to add the following phrase beneath the name of the defendants: "**PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT**"

Therefore new caption should appear as follows:

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHEILA ROBINSON,** | * | **DOCKET NO.** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | **SECTION:** |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | **JUDGE:** |
| **ABC MANUFACTURER, INC.,** | * | |
| **DEF MANUFACTURER, INC.,** | * | |
| **RST MANUFACTURER, INC.,** | * | |
| **XYZ MANUFACTURER, INC.,** | * | **MAGISTRATE:** |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **PLAINTIFFS UNMATCHED WITH A** | * | |
| **SPECIFIC MANUFACTURING DEFENDANT** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WHEREFORE**, Plaintiffs, Sheila Robinson, et al., pray that Defendants be duly cited to appear and answer this Complaint, and after the legal delays, and due proceedings had, there be judgment herein in favor of Plaintiffs and against the defendants, in a full and true sum sufficient to compensate Plaintiff for all damages and losses, and for such other and further relief as this court deems just and proper.

                                            Respectfully submitted,
                                            LAW OFFICES OF PIUS A. OBIOHA & ASSOCIATES, L.L.C.

                                            /s/Pius A. Obioha
                                            _____
                                            PIUS A. OBIOHA, BAR# 25810
                                            1550 North Broad Street
                                            New Orleans, LA  70119
                                            Telephone:    (504) 265-0437
                                            Facsimile:    (504) 265-0440

<u>PLEASE SERVE</u>

ABC MANUFACTURER, INC.
(hold service)


DEF MANUFACTURER, INC.
(hold service)


RST MANUFACTURER, INC.
(hold service)


XYZ MANUFACTURER, INC.
(hold service)


UNITED STATES OF AMERICA
Through the United States Attorney General,
Hon. Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And

Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Court Building
500 Poydras Street, Ste. B-210
New Orleans, La 70130

FEDERAL EMERGENCY MANAGEMENT AGENCY
Through R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472