UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Louis Rabalais, et al. v.,et al. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4845

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER
FEDERAL RULE 41(a)(1)(a)(I)

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the attached affidavit executed by Russell E. Clayton for **Clayton Homes of Lafayette, f/k/a Clayton Homes, Inc.** on April 11, 2008, (Exhibit 1) hereby give notice of Named Plaintiffs' voluntary dismissal of all claims asserted within the Eastern District of Louisiana against Clayton Homes of Lafayette, f/k/a Clayton Homes, Inc. in the above-entitled suit previously filed in these proceedings.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,

1

*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/ Roberta L. Burns
        ROBERTA L. BURNS