

**U.S. Department of Justice**

Civil Division
Environmental Torts Section

---

Jonathan R. Waldron
Trial Attorney

Ben Franklin Station, P.O. Box 340
Washington, DC 20044

July 08, 2009

**VIA FEDERAL EXPRESS**

Andrew D. Weinstock
Joe Glass
Carmen Motes – Legal Assistant
Duplass, Zwain, Bourgeois, Morton,
　　Pfister & Wein
Three Lakeway Center, 3838 N.
Causeway Blvd, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700

Justin Woods
Gerald E. Meunier
Denise Martin – Legal Assistant
Gainsburgh, Benjamin, David,
　　Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
(504) 522-2304

David Kurtz
Baker, Donelson, Bearman,
　　Caldwell & Berkowitz, PC
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
(504) 566-5259

　　　　Re:　In re: **FEMA TRAILER FORMALDEHYDE PRODUCTS
　　　　　　　LIABILITY LITIGATION, MDL No. 07-1873 (E.D. La)**

Dear Counsel:

　　Please find enclosed (1) the United States' Response to Plaintiffs' Steering Committee's June 5, 2009 Request for Production of Documents to the United States of America Through the Federal Emergency Management Agency and (2) a Verification Statement regarding this response.

　　　　　　　　　　　Regards,

　　　　　　　　　　　s/Jonathan R. Waldron
　　　　　　　　　　　Jonathan R. Waldron
　　　　　　　　　　　Civil Division, Torts Branch
　　　　　　　　　　　Office of Environmental Torts
　　　　　　　　　　　(202) 307-2091

**Exhibit 2**

CC:    Henry Miller
          Adam Dinnell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## VERIFICATION

I declare under penalty of perjury that the foregoing Defendant United States of America's Responses to Plaintiffs' Steering Committee's June 5, 2009 Request for Production of Documents to the United States of America Through the Federal Emergency Management Agency, are true and correct to the best of my knowledge, information, and belief.

Executed this 8th day of July, 2009.

Janice Williams-Jones
Federal Emergency Management Agency

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSES TO "PLAINTIFFS' [JUNE 5, 2009] REQUEST FOR PRODUCTION OF DOCUMENTS TO THE UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY"**

Defendant United States of America ("United States") hereby responds to Plaintiffs' Steering Committee's ("PSC") June 5, 2009 Request for Production of Documents.

## GENERAL OBJECTIONS

1. The United States objects to the requests to the extent they call for the production of documents that have previously been identified, provided, or produced to PSC by the United States.

2. The United States objects to the extent the burden or expense of the requested discovery outweighs its likely benefit. *See* Fed. R. Civ. P. 26(b)(2)(C)(iii).

3. The United States objects to the requests to the extent that they purport to call for the production of documents that are privileged or exempt from discovery on the basis of the attorney-client privilege, the attorney work product doctrine, the joint defense privilege,

the self-evaluative privilege, the deliberative process privilege, or any other privilege or exemption from discovery, all of which the United States hereby asserts. This response and production of documents is without waiver of any privilege or claim of confidentiality. In the event any privileged information or document is produced by the United States, its production is inadvertent and does not constitute a waiver of any privilege or claim of confidentiality.

4. The United States objects to the request to the extent that it seeks to cover information protected by the Privacy Act and PSC has not produced to the United States in conjunction with this request a Privacy Act release from each and every individual whose Individual Assistance file PSC seeks to obtain.

5. The United States objects to the requests to the extent that they contain duplicative requests for documents; to the extent that they call for the production of documents that are not relevant to any claim or defense in this action; to the extent that they are not reasonably calculated to lead to the discovery of admissible evidence; to the extent that they are overly broad or unduly burdensome; and to the extent that they purport to call for the production of documents that are in the public domain and/or are otherwise easily accessible to PSC.

6. The United States is providing responses to these requests without waiver of, or prejudice to, its right at any later time to raise objections as to the competence, relevance, materiality or admissibility of statements made in these Responses to the requests or any part thereof, or any information or document produced pursuant to these Responses.

7. The United States' Responses shall not be deemed to contain or constitute admissions

that any particular document exists, is relevant, is admissible in evidence, or that any statements or characterizations in the requests are accurate or complete.

8. The United States reserves the right to, at any time, revise, correct, add to, or clarify the objections or responses set forth herein and the production made pursuant thereto. The United States also expressly reserves the right to redact documents produced in response to the requests.

9. Each General Objection is incorporated into each Response provided, as if fully set forth therein.

Subject to and without waiving these objections, United States responds to each specific instruction, definition, and request as follows:

## OBJECTIONS TO INSTRUCTIONS

The United States objects to Instruction No. 2 to the extent it exceeds the obligations imposed by Fed. R. Civ. P. 26(b)(5)(A). The United States will comply with the provisions of Rule 26(b)(5)(A) with regard to any assertions of privilege or work product protection. The United States further objects to this instruction to the extent it requires the United States to state (1) why a document was redacted; (2) when the document was redacted; or (3) who redacted the document. This is unduly burdensome because it infringes upon attorney work-product protections.

The United States objects to Instruction No. 4 to the extent it conflicts with the Court's prior order, providing that documents are to be produced in electronic format "to the extent practicable." *See* PTO No. 36 ¶ E (Dkt. 1386).

The United States objects to Instruction No. 5 and Instruction No. 6 as vague, overbroad,

and unduly burdensome to the extent each requires the United States to provide documents in the possession, custody, or control of any federal agency or entity other than the agency at issue in this litigation – FEMA. *See* Fed. R. Civ. P. 34(a)(1).

The United States objects to Instruction No. 8 as overbroad and unduly burdensome, as it requests documents that would otherwise be non-responsive to PSC's discovery requests.

The United States objects to Instruction No. 9 to the extent it states obligations different from Fed R. Civ. P. 26(e). The United States will supplement in accordance with the Federal Rules of Civil Procedure.

The United States objects to Instruction No. 10 as unduly burdensome to the extent it requires the United States to produce documents, or things already produced to PSC by the United States. This instruction exceeds the permissible boundaries of Rule 34 by requiring the United States to search for and identify documents that are already in PSC's possession.

## REQUEST FOR PRODUCTION OBJECTIONS AND RESPONSE

**REQUEST FOR PRODUCTION NO. 1:**

Produce the "disaster" and/or Individual Assistance file maintained by FEMA for each individual listed on the attached exhibit "A".

**RESPONSE:**

The United States objects to Request No. 1 on the grounds that this request is vague, overly broad and unduly burdensome, not likely to lead to discovery of information required at this stage of the litigation, and seeks Privacy Act protected material without simultaneously providing a valid Privacy Act waiver. The request is vague and unduly burdensome because it seeks production of the Individual Assistance files for 4,791 persons and includes no identifying

information other than those persons' first and last name. The request is vague and unduly burdensome because, without PSC identifying each individual's FEMA Identification Number and other identifying information, including but not limited to current address, social security number, and date of birth, FEMA cannot locate and produce each person's Individual Assistance file. As previously demonstrated in April 2008, FEMA ability to locate responsive information in its possession relating to a disaster victim without that person's FEMA identification number and other personal information is severely impinged, often resulting in uncertainty as to whether a given name is the person sought. FEMA's prior attempt to locate such information using only a name search only resulted in a match and identification of responsive information for approximately fifteen percent of the persons.

The United States further objects that the production of this information at this stage of the litigation is unduly burdensome and PSC has advanced no specific need for the files of these persons in connection with the ongoing consolidated proceedings before the MDL Court. Further, that PSC can obtain through the listed persons themselves any necessary information that it requires at this stage of the litigation. The United States has already produced the Individual Assistance files for the more than 100 designated class representatives and all bellwether plaintiffs; however, production of these further 4,791 Individual Assistant files could, by diverting resources of the agency, substantially interfere with FEMA's ability to effectively prepare and respond to a disaster and is, therefore, an unduly burdensome request. Production of each Individual Assistance file requires FEMA to mine through NEMIS, a computer database that contains names of all recipients of FEMA disaster aid for all disasters. FEMA estimates that to complete a search and produce responsive data for one person takes support staff

approximately one hour. Even assuming that PSC produces the necessary information to mine the FEMA data base, it will require approximately 4,791 hours to search, locate and produce the requested Individual Assistance Files. Moreover, given the confidential information contained in the FEMA database relating to persons other than the listed persons – confidential and personal information including social security numbers, bank accounts, dates of birth, addresses, personal financial information, including income and sources of income – FEMA cannot allow non-governmental private parties to access its data base.

    Imposition of such a burden on the Government to produce this information at this stage of the litigation is unjustified given that the listed individual's trials have not been scheduled and PLC has advanced no specific need for these files at this stage of the consolidated proceedings before the MDL Court. Additionally, most, if not all of the information that is contained in the Individual Assistance file can also be obtained by PSC by simply interviewing its clients. The Individual Assistance file contains information relating to interaction and contact between FEMA and a disaster victim. As such, the file merely reflects correspondence between FEMA and a disaster victim and/or telephone contacts between FEMA and a disaster victim. The information contained in the file, therefore, has either previously been provided to each person listed in Exhibit A, or simply reflects conversations that each person had with a FEMA representative. Accordingly, PSC can obtain most, if not all of the information from its clients rather than impose an enormous burden on the United States.

    Subject to and without waiving these objections, the United States will continue to produce Individual Assistance files for any Plaintiffs upon entry of a scheduling order setting that person's suit for trial.

Dated: July 8, 2009

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

OF COUNSEL:
JORDAN FRIED
Associate Chief Counsel

JANICE WILLIAMS-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
Washington, DC, 20472

Respectfully Submitted,

HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel

ADAM DINNELL
MICHELE GREIF
MICHELLE BOYLE
Trial Attorneys

//S// Jonathan R. Waldron
JONATHAN R. WALDRON
(MO Bar No. 58898)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No. (202) 307-2091
E-mail: jonathan.waldron@usdoj.gov

Attorneys for the United States of America

### CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2009 the foregoing document was sent via Federal Express to all Court appointed Liaison Counsel.

*//S//Jonathan R. Waldron*
JONATHAN R. WALDRON (MO Bar No. 58898)




**From:** Origin ID: RDVA (202) 616-4453
William Powers
USDOJ/CIVIL/TORTS/ET
1331 Pennsylvannia Ave.
Room 8203N
Washington, DC 20004

FedEx Express

J09200096152023

**SHIP TO:** (504) 522-2304      **BILL SENDER**
Denise Martin
Gainsburgh, Benjamin, David et al
1100 POYDRAS ST
2800 ENERGY CENTRE
NEW ORLEANS, LA 70163

Ship Date: 08JUL09
ActWgt: 1.0 LB
CAD: 100550010/INET9060
Account#: S *********

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

TRK# 0201   7977 4546 0297

THU - 09JUL   A1
PRIORITY OVERNIGHT

XH NEWA

70163
LA-US
MSY

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx



```
From:  Origin ID: RDVA  (202) 616-4453
William Powers
USDOJ/CIVIL/TORTS/ET
1331 Pennsylvannia Ave.
Room 8203N
Washington, DC 20004
```

Ship Date: 08JUL09
ActWgt: 1.0 LB
CAD: 100550010/INET9060
Account#: S *********

Delivery Address Bar Code

SHIP TO: (504) 566-5259    BILL SENDER
**David Kurtz**
Baker, Donelson, Bearman et al
201 SAINT CHARLES AVE STE 3600

**NEW ORLEANS, LA 70170**

Ref #
Invoice #
PO #
Dept #

TRK# 0201  7977 4546 9787

THU - 09JUL   A1
**PRIORITY OVERNIGHT**



70170
LA-US
MSY

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx

From: Origin ID: RDVA (202) 616-4453
William Powers
USDOJ/CIVIL/TORTS/ET
1331 Pennsylvannia Ave.
Room 8203N
Washington, DC 20004

FedEx Express

Ship Date: 08JUL09
ActWgt: 1.0 LB
CAD: 100550010/INET9060
Account#: S *********

Delivery Address Bar Code

SHIP TO: (504) 832-3700    BILL SENDER
**Carmen Motes**
Duplass, Zwain, Bourgeois, et al
3838 N CAUSEWAY BLVD
THREE LAKEWAY CENTER STE. 2900
METAIRIE, LA 70002

Ref #
Invoice #
PO #
Dept #

TRK# 7967 5848 3935
0201

THU - 09JUL  A1
PRIORITY OVERNIGHT



70002
LA-US
MSY

XH MSYA

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx