UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION           SECTION N-5
                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF BELLANCE R. GREEN

I, Bellance (Faye) R. Green, state and declare as follows:

1. I am employed by the Federal Emergency Management Agency (FEMA), as the Center Manager of the National Processing Service Center in Hyattsville, Maryland, as part of the NPSC Individual Assistance Division of the Disaster Assistance Directorate. As the Center Manager, one of my duties is to supervise FEMA's response to requests for information and documents contained in the National Emergency Management Information System (NEMIS). NEMIS is an integrated system that provides FEMA with automation to perform disaster response and recovery operations. It serves as FEMA's central repository of information relating to each individual who applies for or receives disaster related assistance.

2. In my capacity as Center Manager, I am knowledgeable about FEMA's capability to respond to requests for Individual Assistance files (IA files) for individuals who applied for and/or received disaster assistance following Hurricanes Katrina and Rita ("applicants"). Each applicant's IA file does not simply exist in the way that a "paper file" would. It must be created through a process of collecting information and documents that refer to a specific applicant contained in tabs and subfolders within NEMIS. In order to collect this information, it is

Exhibit 3

essential that FEMA be provided with accurate identifying information in addition to a person's full name, such as their FEMA identification number, social security number, date of birth, and address where the damaged property was located . This information is needed for FEMA to accurately identify both the person seeking the IA file, and the documents within NEMIS associated with that particular individual. The request must also include a copy of a valid Privacy Act waiver to ensure compliance with the Privacy Act.

3.      The information contained in an individuals' IA file is generated almost entirely from interactions or communications between the applicant and FEMA. This includes written correspondence, contact logs memorializing verbal communications, a Comments Report listing any actions taken based upon contacts between the applicant and FEMA, and database screens reflecting insurance and financial information regarding the applicant. Each applicant should already be aware of most, if not all of this information, as a party to the communication or as the provider of information to FEMA.

4.      The process to assemble an individual applicant's file from NEMIS is time intensive. Due to the way NEMIS is structured, information relating to a particular applicant is not easily transferrable from NEMIS to another medium, such as a CD, because the information relating to an applicant is contained in multiple formats that must be accessed separately in order to view all information relating to an applicant. Accordingly, obtaining documents from NEMIS that make up an IA file requires use of software programs outside of NEMIS to locate and extract documents such as the inspection report and call contact log that are contained within NEMIS. Other information in NEMIS requires a FEMA employee to display the information on the computer screen, then manually use a print-screen option to copy the image that appears on the

computer screen and paste it into a word processing document before printing it out. Once all of the information regarding an individual is printed and compiled, this information is assembled to create the IA file, which is then scanned into one electronic file for production to the requesting entity. The "IA file" simply does not exist in a format such that it can be readily produced prior to this process taking place. In other words, the NEMIS database does not contain a function that allows a FEMA employee to press "print" and produce an entire IA file.

5. I have overseen FEMA's previous production of more than 100 IA files for Plaintiffs in the FEMA Trailer Formaldehyde Litigation and can say that, on average, creation and production of the IA file for each individual took approximately one hour. It took approximately 50 minutes, on average, to assemble the documents that made up an individual's IA file and another 10 minutes to scan this file and process it to an electronic medium for production. Although the size of IA files vary widely, based on our past IA file productions, I estimate that future requests would, on average, also take this same amount of time to complete, approximately one hour.

6. FEMA's ability to respond to requests for IA files for 4,791 individuals would take substantial resources and substantial time to complete, approximately 4,791 work hours. Currently, I have five staff members who are dedicated to fulfilling requests and performing searches for information contained in NEMIS. A large number of requests for information contained in NEMIS come from the Office of Inspector General and are criminal in nature. It is our normal practice to give top priority to any request relating to a criminal investigation. Without disrupting normal operations, I estimate that four of these five staff members could each currently dedicate two hours per day towards fulfilling additional litigation requests for IA files beyond their normal work load. This would total approximately 40 hours per week, which would

3

likely allow us to produce about 40 IA files per week, unless ongoing disaster response activities diverted these resources. Without regard to training time, benefits, or overhead, the hourly cost of the employees who handle requests for production of IA files is $31.17 per hour for one supervisor, and $27.37 for each of the other four employees.

7. When FEMA must respond to a hurricane or other natural disaster, individuals who normally process requests for information and documents contained in NEMIS are pulled away to other disaster response activities, such as answering phone calls, processing requests for disaster assistance, and handling the mail. During these times, requests for documents from NEMIS are generally put on hold until resuming those activities would not severely impede FEMA's disaster response operations.

8. Given the resources currently available to me, FEMA may have the ability to create and produce 40 IA files per week without substantially impeding its disaster response and preparedness operations, but FEMA simply could not, however, create and produce 4,791 IA files in a matter of a few weeks or months time without severely affecting ongoing disaster response and preparedness operations. For this work to be completed on such an expedited basis, a contractor would need to be hired.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of August 2009.

Bellance R. Green
Bellance (Faye) R. Green
DHS / FEMA
Hyattsville, MD