UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DECLARATION OF CLAY HALE

I, Clay Hale, state and declare as follows:

1.      I am employed by the Federal Emergency Management Agency (FEMA), as the Supervisory Program Specialist of the Process Design Department at the National Processing Services Center ("NPSC") located in Winchester, VA. The Virginia NPSC is part of the National Processing Service Center Operations Branch of the Disaster Assistance Directorate. I have several duties as Supervisory Program Specialist of the Process Design Department. My primary responsibilities are in software development, including that of the National Emergency Management Information System ("NEMIS"). NEMIS is the system of record used to record actions related to applications for assistance, including the activities relating to direct housing in mobile homes and travel trailers. I am also a Contracting Officer's Technical Representative ("COTR") for NPSC related activities, and in this capacity I am responsible for providing independent cost estimates for new contract requirements.

2.      In my capacity as Supervisory Program Specialist and as a COTR, I am familiar with and involved in the process to contract out work to independent contractors. Given my knowledge of and involvement with the NEMIS database and my position as a COTR, I am able to provide an

Exhibit 4

estimate of what it would cost to contract out producing 4,791 individual assistance files ("IA files"). I can also provide an estimate of how long the process would take if it were started in the near future.

3.      I created an independent government cost estimate ("IGCE") of what it would cost to produce 4,791 IA files from the NEMIS system through a contract vehicle, which is attached as Exhibit "A". Based on the assumptions stated in the estimate, the total estimated cost of producing these files would be $285,550, which includes government oversight and management costs. The cost estimate gives a breakdown of these costs and some explanation of what each of the categories contain. In short, the "contract costs" section details the actual expenses of the contractor. These include the production staff labor cost of assembling and producing the files, contractor costs to supervise these employees, to provide quality check, and the associated costs to print, scan, and reproduce on a digital medium. The "associated FEMA costs" section includes mandatory contract oversight (which includes costs associated with the contract approval and hiring process), training of contract staff to perform the work, quality assurance to ensure the contracted for work is actually performed, physical security (including background checks of all contractor staff), and IT security and operations, to ensure off-site connection to the NEMIS system and data integrity.

4.      The time needed to complete a statement of work and other contract-related documentation, in addition to acquisitions work to solicit bids, review them, select a contractor, and execute a contract, normally takes a minimum of 45 days. However, due to the end of the fiscal year approaching, there is a current stay on new requests for approval of new requirements until the start of the next fiscal year, October 1, 2009. Unless this stay is lifted, the earliest a contract could be approved and production work set to begin would be early November 2009.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21 day of August, 2009

*Clay Hale*
Clay Hale
DHS / FEMA
Winchester, VA

# Exhibit "A"

## Independent Government Cost Estimate

This is the cost estimate for production of IA files through a contract vehicle. The assumptions used to generate this estimate are:

- The number of files will not exceed 4,791
- The contractor will perform the work at their own site
- The contractor will be responsible for providing all equipment and materials
- The contractor will be responsible for providing QC and supervisory staff
- Quality Control will be conducted by the contractor on 5% of the files
- It takes one hour to produce each file on average
- FEMA will be responsible for conducting initial training of the contractor staff

Total estimated cost is $285,550 including contract costs and government oversight and management costs. The breakdown for these costs is as follows:

| Contract costs | | | |
|---|---|---|---|
| Labor category | Hours | Rate | Total |
| Production Staff | 4791 | $ 30.00 | $143,730 |
| QC | 240 | $ 40.00 | $9,600 |
| Supervisor | 160 | $ 50.00 | $8,000 |
| File costs | 4791 | $ 20.00 | $95,820 |
| Total | | | $257,150 |

| Associated FEMA costs | | | |
|---|---|---|---|
| Labor | Hours | Rate | Total |
| Contract oversight | 200 | $50.00 | $10,000 |
| Training SME | 40 | $40.00 | $1,600 |
| QA | 80 | $40.00 | $3,200 |
| Physical Security | 80 | $50.00 | $4,000 |
| IT security and Ops | 160 | $ 60.00 | $9,600 |
| Total | | | $28,400 |

Contract oversight includes writing the statement of work and other contract related documentation, Acquisitions work to solicit bids, time to review the bids received, work performed to execute the contract, and monitoring of the contractor's performance.

The Training and SME includes time spent to train individuals on use of NEMIS and technical support during the period of performance of the contract.

QA is staff that ensures the contractor is implementing quality control properly.

Physical Security is the time required to process and adjudicate the estimated 65 contractor FTE (full time equivalency) required to prepare all documents in 2 weeks.

IT security and Ops time is the time needed to ensure that the contractor site is secure from the IT perspective, and that the site can connect to FEMA's network to gain access to NEMIS.