# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER        *    MDL NO. 1873
       FORMALDEHYDE PRODUCTS     *
       LIABILITY LITIGATION     *    SECTION "N" (5)
       *
       *    JUDGE ENGELHARDT
       *    MAGISTRATE CHASEZ
       *
THIS DOCUMENT IS RELATED TO    *
       *
*Charlie Age, et al v. Gulf Stream Coach*    *
*Inc., et al*, Docket No. 09-2892;    *
Alana Alexander, individually and on behalf of    *
Christopher Cooper    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

     Considering the foregoing Motion for Expedited Hearing on Plaintiff's Motion to Compel

with Respect to Gulf Stream Coach, Inc.,

     **IT IS HEREBY ORDERED** that said Motion is granted and that the Motion to Compel

with Respect to Gulf Stream Coach, Inc. be and is hereby set for hearing on the 26th day of

_____ August _____, 2009, at ___11:00 a.m./xxxxx  via telephone

     New Orleans, Louisiana, this ___24th___ day of _____ August _____, 2009.


_____
United States Magistrate Judge