UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE | * | | |
| PRODUCTS LIABILITY | * | | |
| LITIGATION | * | SECTION:  N(5) | |
| | * | | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | | |
| | * | MAG: CHASEZ | |

*********************************************************************************

**GULF STREAM COACH, INC.'S
MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF
PATRICIA M. WILLIAMS , PH.D., DABT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream

Coach, Inc., which hereby respectfully moves this Honorable Court *in limine* to Order precluding

Patricia Williams, Ph.D., DABT, from offering the following opinions:

a.   Formaldehyde exposure causes, in any way, any form of cancer, including but not
limited to nasopharyngeal, sinonasal, nasal or upper respiratory tract cancer;

b.   Formaldehyde exposure causes or precipitates, in any way, the onset of
asthma/broncho-constriction; and

c.   Formaldehyde exposure exacerbates or aggravates, in any way, asthmatic
conditions in pre-existing asthma.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119

andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

C E R T I F I C A T E OF SERVICE

I hereby certify that on the 25th day of August, 2009, a copy of the foregoing Gulf Stream Coach, Inc.'s Motion *in Limine* to Exclude Expert Testimony of Patricia M. Williams, Ph.D., DABT was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com