Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams

**Date taken: July 7, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 42

1    factored into your opinions?

2         A.   Yes.

3         Q.   And, in fact, many of those are

4    listed on Page 7 of your report as part of

5    your methodology, correct?

6         A.   That's correct.

7         Q.   Doctor, something I should have

8    asked you previously.  Did you review your

9    deposition from the class certification

10   phase of this case?

11        A.   I have my deposition from the

12   class certification.  I probably haven't

13   looked at it.  I have a pretty good

14   recollection of my deposition.  It hasn't

15   been more than a year.

16        Q.   Was there anything in there that

17   you recall being inaccurate or anything you

18   wanted to change?

19        A.   Not that I can recall.

20        Q.   Have you reviewed your testimony

21   from the class certification hearing?

22        A.   I don't have a copy of the

23   transcript, but I certainly have vivid

24   memories of our time together in trial.

25        Q.   Was there anything that you

Page 43

1    responded to that you can recall wanting to

2    change as you sit here right now?

3          A.   Not that I can recall.

4          Q.   Nothing jumps out at you and say,

5    I wish I had answered a question in a

6    different way?

7          A.   Oh, no, huh-uh.  Maybe wish I had

8    more time to say more.

9          Q.   One of the other ground rules is

10   if you need a break at any time, let me

11   know.

12         A.   I'm fine.

13         Q.   We certainly can take a break.

14         A.   I was rushing out the door.  I

15   didn't have time to drink water.  I think we

16   need to wait for Frank to come back.  I

17   didn't mean for him to leave.

18         Q.   I suppose.  If we can turn to

19   Page 15 of your report.

20         A.   15?

21         Q.   I'm sorry, Page 35, Section 15.

22   If I understand your report and from the

23   last time you were involved in this

24   litigation, the actual opinions you are

25   rendering are in Section 15; is that

Page 44

1    correct?

2          A.    That's correct.

3          Q.    The other material, the other 34

4    pages that precede it, outline some of your

5    methodology, some of the things you

6    reviewed, some of the studies you have

7    talked about, but those are merely in an

8    illustrative form; these are the real

9    opinions, correct?

10         MR. PINEDO:

11               Objection; form.

12         THE WITNESS:

13               I don't have opinions prior to

14    this.  These are my opinions.  What is

15    before it is all of the literature that I

16    reviewed, including the complete citation of

17    the literature and some experts, I can't

18    repeat the whole literature as I discuss it,

19    but some excerpts from it, as many as I had

20    time to do.

21    EXAMINATION BY MR. WEINSTOCK:

22         Q.    The last time we spoke when there

23    were questions about specific studies you

24    had cited, I think you stated that, well,

25    you really hadn't cited those specifically,

Page 47

1    where you said the scientific literature on

2    formaldehyde documents.  Did you read that

3    first line when you started?

4         Q.   I believe I did.

5         A.   If you did, then that's correct.

6         Q.   And trust me, we will attach a

7    copy of this so there will be no question as

8    to what you have said.

9              Based on that, you then say:

10   Therefore, the following general causation

11   opinion is rendered.  First, a cause-effect

12   relationship exists between formaldehyde and

13   upper respiratory tract damage and cancer.

14        A.   Yes.

15        Q.   Second, the cause-effect

16   relationship exhibits between formaldehyde

17   and bronchoconstriction/asthma.

18        A.   Correct.

19        Q.   Those are the opinions you are

20   rendering in this case?

21        A.   Those are my opinions.

22        Q.   Let's talk about cancer first.  Do

23   you still hold the opinion that one molecule

24   of formaldehyde can theoretically cause

25   cancer?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams

Page 48

1          MR. PINEDO:

2               Objection; form.

3          THE WITNESS:

4               Well, at the molecular level we

5     know the mechanism whereby it can cause

6     cancer.  We have DNA and genetic studies,

7     and so I give you the right concentration,

8     brings them down to -- brings the molecular

9     damage of the DNA which given no repair

10    systems or faulty repair or lack of repair

11    depending on the timing of the cycle, the

12    studies that showed elevated odds ratio for

13    the DNA protein complex, the damage, the

14    cross links at 40 parts per billion.  And

15    the group, other study, another study shows

16    it starting the DNA damage, the population

17    started at 65 parts per billion.  So when

18    you say -- another one the study showed the

19    genotoxic damage at 360 parts per billion.

20               So when you say molecularly

21    speaking, they are going into the

22    mechanistic.  We know how the DNA damage is

23    done at the molecular level.  So that's

24    where the theoretical comes from.  However,

25    to say, what do we have to show this and at

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams

Page 49

1    what levels do we see this, this occurrence

2    of DNA damage, we have levels that are in

3    the 40 parts per billion and the 65 parts

4    per billion or some studies a little bit

5    higher.

6    EXAMINATION BY MR. WEINSTOCK:

7         Q.   Doctor, I'm not understanding you.

8    Let me start again.  Are you saying, for

9    example, for the first paper that in your

10   opinion it would take 40 parts per billion

11   to show an association and not one molecule?

12        A.   No.

13        Q.   What are you saying?

14        A.   When you are talking about a

15   mechanistic study and how is the damage

16   done, we are at the molecular level.  We are

17   at one molecule.  And we know that

18   formaldehyde is an electrophile, a reactive

19   electrophile.  We know that it is deficient

20   in electrons.

21        Q.   Doctor, what cancers do you

22   associate with exposure to formaldehyde?

23        A.   I'm only speaking about the

24   nasopharyngeal, the sinonasal, the nasal at

25   this time, the upper respiratory tract

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams

Page 50

1      cancers, and that's it.

2           Q.    Well, help me out here.

3      Nasopharyngeal, sinonasal, is there any

4      other cancer of the upper respiratory tract

5      that you associate with exposure to

6      formaldehyde?

7           A.    The nasal cancer.  I said nasal

8      cancer -- cavity, nasopharynx and sinonasal.

9      I think I said those.

10          Q.    I don't think you said nasal

11     cavity just that way, so I appreciate that

12     answer.

13          A.    The nasal cancer -- the nasal area

14     is a cavity.

15          Q.    So it's just those three cancers;

16     yes?

17          A.    Sinonasal, nasal cavity.

18     Accessory sinuses are included in some of

19     the strength of the associations in the

20     nasopharynx, and some have nasal cavity and

21     pharynx, so they are all anatomical terms.

22     And we say nasal cavity just so you don't

23     misunderstand that nasal doesn't mean the

24     outside of your nose.  We are talking about

25     inside.

Page 51

1          Q.   Fair enough.  For nasopharyngeal

2     cancer, I think you told me before that IARC

3     has recognized formaldehyde as a probable

4     carcinogen?

5          A.   No.

6          Q.   Known carcinogen.

7          A.   It is a Group 1 carcinogen.

8          Q.   And am I correct that IARC did

9     that as a result of the Hauptmann paper?

10         A.   It didn't do that just because of

11    one paper.

12         Q.   Primarily?

13         A.   No, you are absolutely incorrect.

14    IARC looked at -- if you look in the front

15    of the monograph that is published by IARC,

16    they make it very clear they are using very

17    much what I'm using here for the scientific

18    methodology.

19         Q.   What papers do you rely on to

20    determine that nasopharyngeal cancer is

21    related to formaldehyde exposure?

22         A.   The West paper has a, 1993 has

23    relative risk of 2.7.

24         MR. D'AMICO:

25              What page are you reading?

Page 54

1    damage, the 40 parts per billion, the 65

2    parts per billion, and one was at, a little

3    bit higher than that, 360 parts per billion.

4              The studies for these, not all of

5    them have any measure of exposure other than

6    a surrogate for it, a biological gradient

7    instead of an actual concentration.

8         Q.   What level does Hauptmann give?

9         A.   Hauptmann, I don't have that

10   particular paper in this 2004.  I don't know

11   that he's -- he is using historic levels of

12   exposure to formaldehyde and other

13   potentially compounding levels.  Just a

14   minute.  Let me get the right folder.  Here

15   we go.

16        Q.   Go ahead, I'm with you.

17        A.   Hauptmann is using a population

18   where it's a ten parts per billion to

19   4.25 parts per million exposure in its

20   population.

21        Q.   The confidence interval you

22   selected and put in your report --

23        A.   I don't think I put the confidence

24   interval in Page 25.

25        Q.   Look at Page 28, if you would.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams

Page 55

1          A.    That is the confidence interval
2     that IARC put in their monograph, which is
3     the same one that is in the paper that I
4     looked at in considering the strength of
5     association.  It's on Page 4 of 14 of the
6     Hauptmann article itself.  If you look a
7     little bit to the right side -- you were on
8     it, I think you were on it.  One, two,
9     three, four, five, six, seven, the eighth.
10         Q.    We have it paginated differently.
11         A.    1120?
12         Q.    Perfect.
13         A.    Okay.
14         Q.    And you highlighted --
15         A.    It's an SMR.
16         Q.    The SMR?
17         A.    Right, of the exposed.
18         Q.    Of 2.10, correct?
19         A.    Right.
20         Q.    What do you believe the exposure
21     level was at that confidence interval?
22         A.    I just gave it to you.  The
23     population that he studied for all of those
24     various confidence intervals from the study
25     range from ten parts per billion to 4.25

Page 56

1    parts per million.

2        Q.    And at what level did he find an

3    excess?

4        A.    That's what he studied.   Those are

5    the ranges that are included in the study.

6        MR. PINEDO:

7            Do you have an extra copy of that

8    paper?

9        MR. WEINSTOCK:

10           Absolutely.

11       THE WITNESS:

12           I don't have an extra.

13   EXAMINATION BY MR. WEINSTOCK:

14       Q.    Give me one minute to pull out my

15   annotated copy.

16       A.    Its page number is 1119.   No.   For

17   the exposures it's 1120, for the SMR.

18       Q.    There is a footnote next to that

19   confidence interval, isn't there?

20       A.    The footnote next to that

21   confidence interval, he gives no explanation

22   why he's contradicting what is in there.

23   The exact 95 percent confidence interval is

24   .91 to 4.14, and IARC gave no such notation.

25   So I don't know why he is giving two

Page 57

1    different.  I have no way to know that.

2         Q.   If the exact confidence interval

3    is .91 to 4.14, would that make it lose

4    statistical significance?

5         MR. PINEDO:

6              Object to the form.

7         THE WITNESS:

8              At the 95 percent confidence

9    interval, this is an example of what I was

10   trying to tell you before, when you see that

11   at the 95 percent confidence interval, if

12   you have the raw data, that would be one you

13   would recalculate at the 90 percent

14   confidence interval.  I do not know why this

15   author and IARC made no notation of it when

16   they used and relied on his work.  As to the

17   difference, he gives no explanation.

18   EXAMINATION BY MR. WEINSTOCK:

19        Q.   If you would turn to Page 1122,

20   under the cancer nasopharynx.

21        A.   Uh-huh.  Wait, show me where you

22   are.

23        Q.   (Indicating).

24        A.   Okay.

25        Q.   Here we have the exposure -- peak

Page 92

1    classification for any of these diseases

2    other than nasopharyngeal?

3        A.    They have made statements, so let

4    me pull the exact statement that IARC made.

5        MR. D'AMICO:

6            Please.

7        THE WITNESS:

8            This is the evaluation that IARC

9    has made, quote:  There is sufficient

10   evidence in humans for the carcinogenicity

11   of formaldehyde.  There is sufficient

12   evidence in experimental animals for the

13   carcinogenicity of formaldehyde.  Overall

14   evaluation, formaldehyde is carcinogenic to

15   humans.  That is their official opinion.

16   They have discussions as to what they

17   considered on various cancers, but they have

18   called it as a Group 1 carcinogen.  When one

19   is doing a causal analysis, whatever

20   evidence exists that they may not even have

21   considered, must be considered as well as

22   what has occurred since they met.  So that's

23   where we are.

24           We have some monographs that are

25   20 years old and they have never made

Page 95

1              As I sit here today, I say that

2      IARC has made a call of formaldehyde being a

3      Group 1 carcinogen.  I have read it verbatim

4      from their monograph.  They have presented

5      many different pieces of evidence of

6      strength of association in many different

7      target organs.  They generally do not go

8      into every target organ and make the call.

9      There are some that they felt stronger at

10     the time than others.

11             But we are in 2009 right now.

12     That was a 2004 publication.  I think a

13     meeting was a little bit earlier than that,

14     so if I were going to make causal

15     considerations and causal opinions on

16     individual cancers, I would have to look at

17     all the data as it is today, at this point

18     in time.  And for this purpose I have only

19     chosen upper respiratory tract cancers.

20     EXAMINATION BY MR. WEINSTOCK:

21          Q.   As you read IARC, is there a

22     sufficient strength of association to find

23     that formaldehyde causes sinonasal cancer?

24          A.   As I have done my own causal

25     analysis, there is.

Page 97

1    cavity and pharynx.  You have several

2    studies with the nasal cavity and pharynx.

3    They have sufficient epi evidence for that.

4    They generally -- it's rare, but in their

5    overall evaluation they usually are calling

6    it a Group 1.

7            IARC knows there is more to come

8    with literature, so it's very rare that in

9    that overall evaluation it's going to limit

10   that overall evaluation.

11        Q.   As we sit here today, in your

12   review of the literature on formaldehyde

13   exposure and nasopharyngeal cancer, is there

14   a level of exposure required to say there is

15   a sufficient strength of association to say

16   that cancer is caused by exposure to

17   formaldehyde?

18        MR. PINEDO:

19            Objection; form.

20        THE WITNESS:

21            Say it again.

22   EXAMINATION BY MR. WEINSTOCK:

23        Q.   I will say it more simply.  Is

24   there a threshold level of formaldehyde that

25   one needs to be exposed to for you to opine

Page 98

```
 1    that that cancer was caused by exposure to

 2    formaldehyde, that nasopharyngeal cancer?

 3         A.    I'm not doing specific causation.

 4         Q.    Is there a level in general that

 5    you would feel needs to be -- that someone

 6    would need to be exposed to to say, yes,

 7    that nasopharyngeal cancer can be caused by

 8    exposure to that formaldehyde?

 9         A.    I'm not doing specific causation.

10         Q.    Does that mean that any level of

11    formaldehyde can cause nasopharyngeal

12    cancer?

13         MR. PINEDO:

14              Objection; form.

15         THE WITNESS:

16              What I did say was the scientific

17    evidence shows that the DNA damage that is

18    the mechanistic requirement for the mutation

19    into a malignant transformation of a cell is

20    documented in scientific literature with

21    odds, ratios and other -- and more than one.

22    It is documented in the scientific

23    literature with studies of individuals

24    exposed as low as 40 parts per billion and

25    65 parts per billion.  That tells you that
```

Page 99

1    in those ranges you are going to see DNA

2    damage.  And that is certainly in general

3    causation sufficient, according to the

4    literature, to cause the DNA damage that can

5    cause the malignant transformation of a cell

6    into a -- mutation into cancer.

7         Q.   What paper can you cite me to that

8    shows a higher -- strike that.

9              What paper can you cite me to that

10   shows a relative risk or a standard

11   mortality ratio greater than 1.0 for

12   exposure to formaldehyde of 40 parts per

13   billion?

14        A.   The Shaham article.  Do you need

15   protein crosslinks?  Shaham, I may not be

16   saying it right.  S-H-A-H-A-M, Bomstein,

17   Gurvich, Rashkovsky and Kaufman:

18   DNA-protein crosslinks and p53 protein

19   expression in relation to occupational

20   exposure to formaldehyde shows that you have

21   the OR, an odds ratio, of 2.5, 95 percent

22   confidence interval, 1.2 to 5.4.  And you

23   have the concentration ranges started at 40

24   parts per billion.  And he is showing you

25   having the DNA-protein crosslinks and the

Page 106

1    exposure in terms of parts per billion?

2         A.   It doesn't give a median exposure.

3    He gives two exposure groups.

4         Q.   Now, how many of the people in

5    this study developed cancer?

6         A.   This is prior to.  This is the

7    study that would show the mechanism of the

8    cancer formation.  This would have to be

9    followed out to sit down and see who got

10   cancer.

11        Q.   And has that been done?

12        A.   That's not part of the study.  I

13   don't know if it's been done.

14        Q.   Let me ask my question in a

15   different way.  Is this an epidemiological

16   paper to you or a toxicological paper with

17   some variants?

18        A.   He is using epidemiological

19   methods.  It's called molecular

20   epidemiology.  That's what it's called.

21        Q.   Is that a cohort study?

22        A.   This is a -- let me see if he

23   followed them.  I don't think he followed

24   them.  No.  I don't think he is doing a

25   prospective cohort.  This is more of a

Page 110

1    statistically significant strength of

2    association to nasopharyngeal cancer?

3         A.    Association to nasopharyngeal

4    cancer, I used the more immediate term where

5    the Shaham was at 40 parts per billion and

6    that was the mechanistic transformation of

7    the cell to an abnormal cell.

8         Q.    Maybe we can agree.

9         A.    Then I used the Valeran article

10   with the 65 parts per billion, which is,

11   again, the DNA damage.  My studies with the

12   exact parts per billion go into the

13   molecular epidemiology that shows the damage

14   at the cellular level, which is part epi and

15   part mechanism.  Those that are in pure epi

16   go with a surrogate for the parts per

17   billion by using parts per billion years or

18   parts per million years and duration of

19   exposure, so you use both.

20        Q.    I think we are getting closer.

21   When you referred to the 40 parts per

22   billion and the 65 parts per billion, you

23   were talking about studies that look at the

24   mechanism of injury, the damage to the DNA,

25   or the DNA-protein crosslink?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Patricia M. Williams

Page 111

```
 1        A.   I was looking exactly at the

 2   damage done to the cell by the formaldehyde

 3   with the DNA-protein crosslinks, or it also

 4   has micronucleus formation.

 5        Q.   And none of those people were

 6   followed to see if they ultimately developed

 7   nasopharyngeal cancer, to your knowledge?

 8        A.   I have not looked to see if they

 9   followed them up.  The histological cellular

10   damage is proven there as compared to the

11   very gross observations of an

12   epidemiological study.

13        Q.   If you would indulge me in the

14   gross observations of epidemiological

15   studies.  What is the lowest level of an

16   epidemiological cohort study that you can

17   refer me to where there is a statistically

18   significant strength of association of

19   formaldehyde and nasopharyngeal cancer?

20        A.   I will have to look at each one of

21   them.

22        MR. D'AMICO:

23             Take your time, because he is

24   going to want an answer.  We might need a

25   little break.
```

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

Page 127

1     formaldehyde can cause respiratory tract

2     cancers so it's not just nasopharyngeal.

3     It's lumped all of them together.

4              Yes, there are multiple studies,

5     each looking at different measures of

6     exposure that come up with the same answer

7     that, yes, it is a cause and effect

8     relationship between formaldehyde and upper

9     respiratory tract cancers.

10    EXAMINATION BY MR. WEINSTOCK:

11        Q.   Between formaldehyde at an

12    exposure level of 40 parts per billion?

13        A.   There are studies at -- there is a

14    study at 40 parts per billion.  There are

15    other studies at other points, but as low as

16    40 parts per billion based on this study,

17    yes.

18        Q.   I'm not asking you to go with one

19    study or not.  I'm asking as the person that

20    reviewed this study, these studies, what

21    level are you comfortable opining

22    nasopharyngeal cancer can be caused by what

23    level of formaldehyde?

24        A.   Well, I don't think I limited

25    myself to a specific level.  I think that

Page 128

1      the evidence in the literature from

2      epidemiological studies puts it as low as 40

3      parts per billion.  But that's not the only

4      studies that we have that give a numerical

5      measure of exposure.

6                  So I'm not going to limit it to

7      just the particular parts per billion, but

8      that is a level that is documented to have

9      an increased risk of upper respiratory tract

10     cancer.

11         Q.   I just want to make sure I'm clear

12     here.  Are you saying you will not

13     articulate a specific level at which the

14     epidemiological evidence is sufficient to

15     say that level of formaldehyde exposure

16     causes nasopharyngeal cancer?

17         MR. PINEDO:

18                  Objection; form.

19         THE WITNESS:

20                  No.  I'm saying that we have

21     evidence as low as 40 parts per billion that

22     you can have either the increased

23     observation of increased upper respiratory

24     tract cancers or the DNA-protein complex

25     breaks.  That is my opinion.

Page 129

1        Q.    And I want to focus on, not on the

2   DNA mechanism studies, on the pure

3   epidemiology cohort or case control studies.

4   On the basis of any of those studies, would

5   40 parts per billion exposure to

6   formaldehyde be sufficient to cause

7   nasopharyngeal cancer, in your opinion?

8        A.    In my opinion -- well, my opinion

9   is based on all of the studies as well as

10  the mechanistic studies.  So my opinion, if

11  you want my causal opinion, you have to look

12  not just at epi studies, you have to look at

13  the mechanistic studies, the consistency,

14  the strength of association of both of those

15  as well as all the other parameters, the

16  biological gradient, the dose response.

17  When you ask me for my opinion, I'm not

18  going to base an opinion just on an

19  epidemiological study.

20       Q.    That's a fair response.  You are

21  correct.  Based on everything you have

22  reviewed, at what level of exposure to

23  formaldehyde is it more likely than not that

24  nasopharyngeal cancer can develop?

25       A.    Well, I haven't given that in my

Page 130

1    opinion.  What I have given in my opinion

2    that it can cause upper respiratory tract

3    cancers.  I will say that based upon the

4    review of the literature we see as low as 40

5    parts per billion, we see associations with

6    the formation of the cancer or of the

7    damage, the DNA-protein complexes or the

8    micronuclei which -- all of the components

9    that can cause the mutation -- do cause the

10   mutation in the cell.  That is my opinion.

11   I'm not giving a specific opinion.

12       Q.   You are not giving a specific

13   level in your opinion?

14       A.   I'm not giving -- in specific

15   causation the person who's going to make

16   specific causation will have to go back to

17   literature and use some of these parameters

18   with what he knows that particular claimant

19   is exposed to.  I am not into the business

20   of specific causation for this.  I'm into

21   the business of can this cause upper

22   respiratory tract cancer.  Yes, I want to

23   know the concentrations because I want to

24   know, and -- but I made -- my opinion is

25   general causation.

Page 131

1        Q.   If you were exposed to 40 parts

2    per billion of formaldehyde, is it more

3    likely than not that you will develop any of

4    these cancers?

5        MR. D'AMICO:

6              Object to the form.

7        THE WITNESS:

8              Yeah, that's risk assessment.   And

9    I'm not here to testify on probabilities and

10   risk assessment.   This is hard science.

11   Risk assessment is based on assumptions and

12   that's what you are asking and I don't do

13   risk assessment, for that reason.   It's not

14   hard science.

15   EXAMINATION BY MR. WEINSTOCK:

16       Q.   Doctor, saying I don't have an

17   opinion on that is fine by me.

18       A.   I will not give an opinion on risk

19   assessment.   That is not acceptable.

20       Q.   Or that.   That's a fine answer

21   too.   So as we sit here today, if I

22   understand correctly, you have not

23   formulated an opinion in your mind as to

24   what level is necessary to cause any of

25   these cancers, what level of formaldehyde

Page 132

1    exposure; is that correct?

2         A.   I have scientific evidence as to

3    what levels individuals were exposed to

4    where there was an increased risk of cancer.

5    I'm with general causation which says, given

6    the scientific data, given the scientific

7    evidence, can formaldehyde cause upper

8    respiratory tract cancers.  Yes, based on

9    everything, not just epi, mechanistic,

10   everything, all of the information that I

11   have studied, all of the different

12   components, considerations that are required

13   to look at, the answer is my opinion is

14   formaldehyde can cause upper respiratory

15   tract cancers.

16        Q.   Can formaldehyde at one molecule

17   cause upper respiratory cancer?

18        A.   Well, you are talking about

19   theoretically.  You always as a

20   toxicologist, you want to know molecularly

21   what is the ultimate toxicant and that is --

22   when you are talking about molecular cause

23   of cancer you must consider the molecular

24   basis, which is what is the ultimate

25   toxicant and how does the ultimate toxicant

Page 133

1  at the molecular level cause the damage that

2  can result in a mutant DNA cell that can be

3  proliferated and go into daughter

4  generations.  So that is, one molecule is

5  going to cause the damage.  One molecule at

6  the theoretical level can cause the damage.

7  It can also be repaired.  And it also is not

8  just is one hit.  When is the hit going to

9  occur in the cell cycle?  Is the hit going

10  to occur in the cell cycle just before the

11  mitotic phase?  Because if it is, one hit is

12  sufficient to produce the mutation that will

13  go into the proliferation of daughter cells

14  and then it will be recognized itself and it

15  will not be cleared.

16          So theoretically, when we talk

17  about as toxicologists what is the mechanism

18  of action and what does this do, we are

19  talking at the molecular level.  So

20  theoretically, molecular level one hit could

21  theoretically cause the mutation that will

22  be transferred.

23          However, one has to realize, when

24  did that hit occur in the cell cycle?  Did

25  it occur in the G1 phase where there would

Page 134

1    be more time to repair?  Did it occur a

2    millisecond before the division of the

3    mitosis?  Were the repair mechanisms that

4    are inherent to every cell able to fix the

5    hit, fix the damage?  You have a lot of

6    considerations.

7           But when you say you have a DNA

8    reactive carcinogen, the theoretical

9    potential is there, if the repair mechanisms

10   fail, if the cell cycle timing of the hit is

11   just that it isn't repaired.  And so when

12   you have a DNA-reactive carcinogen you

13   always say -- that's why many statements

14   come from many different -- there is no safe

15   level of the DNA-reactive carcinogen.

16        Q.   And you have cited me for

17   nasopharyngeal cancer the Blair, Hauptmann

18   and two Vaughan papers, correct?

19        A.   I have to go back and look.  The

20   Vaughan II, Roman numeral II.  There are two

21   Vaughan papers in there Roman numeral II,

22   residential exposures.  The Vaughan 2009 --

23   you said nasopharyngeal, correct?

24        Q.   Correct.

25        A.   The Vaughan 2009.  The Michael

Page 144

1    cause and effect relationship exists between

2    formaldehyde and bronchoconstriction/asthma;

3    is that correct?

4         A.    That's correct.  Are we finished

5    with this?

6         Q.    Yes, you can move all the cancer

7    papers?

8         A.    Can we go off the record for a

9    minute and let me just move it so I can have

10   space to pull the next --

11        THE VIDEOGRAPHER:

12             Off the record.  It's 2:07.

13        (Whereupon, an off-the-record

14             discussion was held.)

15        THE VIDEOGRAPHER:

16             Back on record.  It's 2:11.

17   EXAMINATION BY MR. WEINSTOCK:

18        Q.    Previously you told us that

19   formaldehyde is a highly reactive molecule;

20   is that correct?

21        A.    It is.

22        Q.    Where does asthma occur in the

23   lungs?

24        A.    Well, there are three mechanisms,

25   basic mechanisms for asthma for

Page 145

1    bronchoconstriction or asthma to occur and

2    so it can occur as a response to

3    trigeminal-vagal response, which is an

4    irritant response, bronchoconstriction.

5    Trigeminal nerve innervates the nasal areas,

6    the nasopharyngeal areas.  And when an

7    irritant hits it, it will send signals via

8    the brain -- to the brain, which then will

9    synapse to send out back signals from the

10   vagal nerve, which controls the lower

11   respiratory system, the bronchocidacos

12   (phonetic), all the smooth muscle along the

13   respiratory airways.  And the message is

14   saying basically in lay language we have a

15   toxic substance coming in through

16   inhalation.  We need to shut down, close

17   down the airways so it cannot reach the very

18   sensitive, delicate lung tissue.  So

19   bronchoconstriction occurs.  That's via the

20   trigeminal-vagal reflex.

21        Q.   I appreciate you said there were

22   two more.  If I can just ask you something

23   about that statement you just made.  Is that

24   a permanent reaction?

25        A.   No.  That would be a reaction that

Page 146

1    would be in the presence of a irritant, so

2    that you would not expect to see that

3    bronchoconstriction when you are not in the

4    irritant.

5         Q.   Now, if you can give me the other

6    two, I would appreciate it.

7         A.   Okay.  The second one is a little

8    bit more complicated.  It involves nitric

9    oxide, which we have some enzymes -- I will

10   try to make this simple.  We have some

11   enzymes, nitrogen oxide synthase, which are

12   going to control the levels of endogenous

13   nitric oxide.  There are several different

14   isoforms of this nitrogen oxide synthase,

15   and there is a balance of the concentrations

16   and the locality of these nitrous oxide

17   synthase.  We have one that's called

18   inducible NOS, nitric oxide synthase.  When

19   that is stimulated to be produced, it can

20   alter the nitrogen oxide and basically that

21   will cause -- will do away with the dilation

22   effects, the smooth muscle dilation effects

23   controlled by some other very complicated

24   named enzymes.  It will do away with the

25   regulation and have like a dysregulation of

Page 147

1    the nitric oxide synthase and how much

2    nitric oxide is produced where.  And that

3    will basically favor bronchoconstriction.

4    And that's putting it in very, very lay

5    language terms.

6         Q.   I appreciate that.  What is the

7    third method?

8         A.   The third method would be the IgE

9    sensitization and then, of course, after

10   sensitization, the reentry of the

11   sensitizing agent, in this case

12   formaldehyde, that would cause the IgE that

13   is produced to be produced in even greater

14   amounts.  But it's also been produced and

15   circulating and basically it will attach to

16   mass valves and then will release granules

17   that contain histamine, which can cause an

18   immediate constriction of the smooth muscles

19   that would cause a closure of the tiny

20   bronchioles or the tiny airways and cause a

21   constriction, prevent the proper flow of air

22   into the lung and out of the lung.

23        Q.   What studies are you aware of that

24   demonstrate that formaldehyde causes IgE

25   sensitization?

Page 149

1    that, I thought that would be the easiest

2    one, but perhaps not.  Let's go through the

3    nitric oxide first and let me ask you this.

4    Is it your opinion that nitric oxide levels

5    are increased by exposure to formaldehyde?

6          A.    They are.  They can be.

7          Q.    And is it your opinion that

8    increased nitric oxide exposure levels as a

9    result of exposure to formaldehyde cause

10   asthma-like symptoms?

11         A.    Well, asthma is

12   bronchoconstriction so that all three of

13   these would produce the same picture of

14   asthma and all three of these can be induced

15   by formaldehyde.

16         Q.    And in your mind, the increased

17   nitric oxide is beyond the theoretical stage

18   and it has been proven, correct?

19         A.    There are quite a number of

20   stories -- journal articles that are

21   documented the nitric oxide.  The exact step

22   one, two, three, through ten of how it does

23   it is not known.

24         Q.    Do any of these three theories

25   require formaldehyde to get into the lower

Page 166

```
 1     deliberately using the formaldehyde to set

 2     them into an asthma attack.  I don't have

 3     any in my --

 4         Q.   I'm going to hand you a study and

 5     give you some time to read it on the clock

 6     since it's not one of your studies, although

 7     I will tell you what, let's go off the

 8     record, but we will keep the clock running.

 9         MR. WEINSTOCK:

10             Is that fair, gentlemen?

11         MR. PINEDO:

12             Sure.  So long as the clock is

13     running.

14         MR. WEINSTOCK:

15             Before we go off, it's the

16     K-R-A-K-O-W-I-A-K study.

17         THE WITNESS:

18             Krzyzanowski.  Is it Krzyzanowski?

19         MR. WEINSTOCK:

20             No.  With that, we can go off the

21     record and give the doctor time to read

22     them.  I do have copies.

23         THE WITNESS:

24             I do have that one.

25         MR. D'AMICO:
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Videotaped Deposition of Patricia M. Williams

Page 167

```
 1              I don't have it.
 2         THE VIDEOGRAPHER:
 3              We are off the record.  It's 2:53.
 4      (Whereupon, an off-the-record
 5           discussion was held.)
 6         THE VIDEOGRAPHER:
 7              We're back on record.  It's 3:14.
 8   EXAMINATION BY MR. WEINSTOCK:
 9         Q.   Doctor, is it correct that inhaled
10   formaldehyde at a level as low as .41 parts
11   per million did not induce a specific
12   allergic response either in the upper or
13   lower part of the respiratory tract?
14         A.   In any of these people?
15         Q.   In any of these people.
16         A.   In any of these people, no.  I
17   think that this study makes a huge
18   assumption, and without considering the
19   fact, there was no proof that these
20   individuals were sensitized to -- she is
21   assuming because the people feel that the
22   asthma, the workers feel that their
23   bronchial asthma is probably due to
24   formaldehyde.  The problem I have with this
25   study is workers of textile and shoe
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams

Page 168

1   manufacturing are exposed to dispersed blue

2   dyes and resins which are known to able to

3   cause sensitization.  The only inkling that

4   she has that these are formaldehyde

5   sensitized individuals is that the people

6   feel that it's the formaldehyde.  There is

7   just absolutely no proof that these people

8   were actually exposed to formaldehyde.

9           She also confirms that when she

10  does a blood testing and says there is no

11  IgE antibodies in them prior to these

12  results.  So that what you have is a whole

13  study done in a very way that I really don't

14  think would even -- an internal review board

15  would even approve it here in America to

16  take these individuals.  But the whole study

17  is based on the premise that she has

18  formaldehyde previously sensitized

19  individuals.  And certainly the first

20  exposure to formaldehyde has to occur for

21  the sensitization.  She has not done

22  anything but used the people's own feeling

23  that they were sensitized to formaldehyde.

24  And all of her tests show there doesn't seem

25  to be any presensitization of these

Page 169

1     individuals.  You have to have seen the

2     compound first before you are going to be

3     able to turn on the IgE production.

4               So I have a basic problem with the

5     premise on this.  Yes, no, there was no

6     reaction to anybody, but if you look at the

7     comparison of the healthy and the supposed

8     alleged formaldehyde preexposed, you really

9     don't see any difference in them in any of

10    the parameters.

11              So unless she had something that

12    would say these dealt with more than the

13    people feeling that they had asthma due to

14    formaldehyde, I really think -- there is no

15    positive skin prick test, there's no RAST

16    test positive to show, yes, they did have

17    previous sensitization to formaldehyde.  She

18    has none of that.  So she is making a huge

19    leap to say these are preexposed

20    formaldehyde people and they have asthma and

21    it's due to the asthma, now let's

22    demonstrate the asthma.  Come on.  Let's

23    make sure that we see the IgE sensitization

24    and then see if we can provoke the asthma.

25              They definitely feel like they

Page 170

```
 1    have asthma but it's only the patients own

 2    feeling, feeling or conclusion that this was

 3    due to formaldehyde.  And what about all of

 4    the other sensitizations.  They obviously

 5    have asthma.  They have been treated or

 6    whatever for it.  But there are so many

 7    things in the textile industry that can

 8    cause the sensitization.

 9        Q.    Doctor, you said they obviously

10    had asthma, correct?

11        A.    They claim they have asthma.  But

12    there is nothing that says their asthma was

13    due to formaldehyde.  There is nothing that

14    says they were exposed to formaldehyde.

15        Q.    Just so I'm clear and we are on

16    the same page as to what I'm asking you.  In

17    an asthmatic, a preexisting asthmatic, an

18    asthmatic that has nothing to do with

19    preexisting exposure to formaldehyde, this

20    study demonstrates that at .41 parts per

21    million it did not invoke an asthmatic

22    response?

23        A.    You wouldn't expect it, because

24    you have to have the IgE experience.  You

25    have to have the exposure.  If this is their
```

Page 171

1    first exposure, you will not see the asthma

2    attack.  That is the nature of

3    sensitization.  She may have sensitized

4    these ten people and now if they are

5    sensitized, whenever they come in contact

6    with formaldehyde, they may have an asthma

7    attack.  That is why I don't believe we

8    could ever get this approved.

9           But the problem with this is you

10   are not going to have sensitization and

11   immediately and without a previous exposure

12   to sensitize you.  You have to have the

13   priming.  And she has no evidence that these

14   were already preexposed to formaldehyde and

15   had any type of asthma from that preexposure

16   so that she could have a chance of

17   demonstrating the IgE.  That's what I see is

18   a very, very big problem with this.

19      Q.   I appreciate what you are saying.

20   So if I take a preexisting asthmatic and put

21   them in an environment with formaldehyde as

22   low as .41 parts per million, I would not

23   expect to see an asthmatic response?

24      A.   If you have never seen --

25   sensitization by definition -- if I take you

Page 172

1    and you have never seen formaldehyde and I

2    throw it all over you and let you breathe

3    it, you are going to get sensitized then.

4    Now, the next time you come in contact with

5    it, if you have IgE, if you are an IgE

6    producer, if you have the genes that allow

7    you to produce IgE, the second time you see

8    it you would expect to have some type of IgE

9    reaction, whether it's asthma or whatever it

10   is depending upon your exposure.

11            There is nothing that tells you

12   that they really were exposed to

13   formaldehyde.  There is nothing that says

14   their asthma attacks -- they have no

15   antibodies.  They have no RAST.  They have

16   no skin prick test.  They have nothing that

17   showed any kind of IgE to formaldehyde.  So

18   certainly there is a whole host of things

19   that I could think that they would have

20   asthma attacks from in the textile industry.

21   Formaldehyde is a possibility.  I'm not

22   saying it's not, it is.  But I'm just saying

23   she did the test to see if they had IgE

24   before she provoked them and they didn't.

25   They didn't have IgE to asthma -- I mean, to

Page 173

1       formaldehyde.

2           Q.    Is there a formaldehyde specific

3       antibody?

4           A.    Well, you are going to have a

5       hapten form and then you are going to have

6       the antibody to -- you are going to be

7       expected to be able to elicit the IgE to the

8       hapten formed with formaldehyde.  It's a

9       very small amount.  It has to form a hapten,

10      a conjugate.  In other words, it has to

11      combine with something.  It's too small in

12      itself.

13          Q.    Can you measure that?

14          A.    You can measure the response of an

15      IgE specific for the formaldehyde.  You can

16      measure a response once you have the IgE,

17      but to elicit the sensitization, the IgE --

18      the formaldehyde molecule is so small it has

19      to combine with something.  I'm just saying,

20      there is nothing that shows -- she is taking

21      the word of the people that they feel the

22      reason they had asthma was from

23      formaldehyde.  Perhaps they don't know the

24      name of the word dispersed blue dye.

25      Perhaps they don't know the name of the word

Page 174

1     of some of the many resins in textiles.  I

2     mean, those can cause the sensitization and

3     cause an asthmatic attack also.  There is

4     just no groundwork.  It could have been done

5     better, to select better to someone who may

6     well be sensitized to formaldehyde from

7     their exposures, but she didn't do that

8     groundwork.  She took what they thought and

9     I don't think that's acceptable.

10         Q.   Are you familiar with the Fergus

11    Reid study?

12         A.   I don't have it in my group, no.

13         Q.   Are you familiar with the

14    S-C-H-A-C-T-O-R studies?

15         A.   I don't have it in my group.  If

16    they are negative studies, their negative

17    studies prove nothing.  You cannot prove the

18    no.  And a negative study can have a lot of

19    reasons it's a negative study, such as some

20    of which I have pointed out.  But the null

21    hypothesis cannot be proven through negative

22    studies.

23         Q.   And using that same scenario in

24    terms of carcinogenicity, would you agree

25    with the following statement:  When several

Page 175

```
 1    epidemiological studies show little or no

 2    indication of an association between

 3    exposure and cancer, the judgment may be

 4    made that in the aggregate they show

 5    evidence of a lack of carcinogenicity?

 6         A.   I think that's a very dangerous

 7    statement.  We have seen that with

 8    thalidomide.  There were so many studies

 9    with thalidomide and adverse health effects.

10    I think it was somewhere in the '60s.  And

11    abounded studies, many, many studies, and it

12    was put on the market except in the United

13    States, because one person stopped it at the

14    FDA.  And within a five-year period, as she

15    played her games to stop it from getting

16    licensed to be approved, we had thousands of

17    babies born without arms and legs and there

18    was not one positive study that would have

19    predicted that.  So no, I don't agree with

20    it.  History tells us not to fall into that

21    trap.

22         Q.   And the statement I just read is

23    completely wrong; is that accurate?

24         A.   The statement you just read you

25    see many times over in many, you know,
```

Page 176

```
 1    publications, but it is not -- it is

 2    scientifically not correct.  You cannot use

 3    a negative study to prove the null

 4    hypothesis.

 5         Q.   It's bad science, correct?

 6         A.   It can be tragic science and we

 7    know that, and thalidomide is one of many.

 8         Q.   So tragic is worse than bad?

 9         A.   We know it can be tragic science

10    from the thalidomide experience and there

11    are others.

12         Q.   It's bad science and you wouldn't

13    practice it?

14    MR. PINEDO:

15              Objection to form.

16    THE WITNESS:

17              It's not acceptable, statistical

18    conclusion.

19    EXAMINATION BY MR. WEINSTOCK:

20         Q.   And that's why, for example -- you

21    are familiar with the Marsh studies, are you

22    not, the Marsh papers?

23         A.   I'm not sure.  I know the word

24    Marsh.  I have papers that say Marsh.

25         Q.   Gary Marsh who did a reanalysis of
```

Page 177

1    the Hauptmann paper.  Are you familiar with

2    those papers?

3        A.   I do know of the Marsh papers, but

4    I don't have them fresh in my mind right

5    now.

6        Q.   And you have not put that in your

7    reliance file?

8        A.   Negative studies cannot prove the

9    no.  That is a cardinal rule of

10   epidemiology.  There are some

11   epidemiologists who are now trying to use

12   the negative studies to make the statement.

13   There are some respected ones.  But it is

14   scientifically incorrect statistically.  You

15   cannot prove the no with a negative study.

16       Q.   Doctor, at this point in time I'm

17   going to pass you to these other lawyers.  I

18   probably have a few more questions, but in

19   the interest of moving this along, instead

20   of reading through my notes, I'm going to

21   let them ask you questions.

22       THE VIDEOGRAPHER:

23          We are off the record.  It's 3:26.

24       (Whereupon, an off-the-record

25              discussion was held.)

Page 181

1    reliance material that really didn't have

2    the epi, but they may have had some good

3    information in like the introduction, so I

4    don't exclude them.

5         Q.   You did not cite a single negative

6    study in your paper?

7         A.   Oh, I think I did.  Yes, I think I

8    did, because when I was going through my

9    stuff, I pitch them, but they are on my

10   references list.  There are some.

11        Q.   Let me get my question out and I

12   will let you answer any way you like.  In

13   the body of your report from Pages 1 to 35,

14   you did not cite a single negative study?

15        A.   Incorrect.

16        Q.   Which ones?

17        A.   Well, I don't know.  They are in

18   the box at home.  I didn't bring them with

19   me.  But there are studies in there that

20   have epidemiology that I would consider did

21   not reach the 2.0 that I did not use as my

22   gold standards of what I use in a causal

23   consideration.

24        Q.   I'm probably asking it the wrong

25   way.  Let me try one more time.  Pages 1 to

Page 182

```
 1    35 in your report, you did not discuss a

 2    single negative finding from these papers;

 3    is that correct?

 4         A.    That's correct.  I did not discuss

 5    it.

 6         Q.    With that, I'm going to attach the

 7    Krakowiak as Exhibit 1 and pass you to

 8    Mr. Dinell.

 9     (Exhibit No. 1 marked for identification.)

10    EXAMINATION BY MR. DINELL:

11         Q.    Dr. Williams, my name is Adam

12    Dinell.  I represent the United States in

13    this case.

14         MR. DINELL:

15              Just for the record, we will ask

16    that the witness read and sign her

17    deposition transcript once it's provided to

18    her.

19    EXAMINATION BY MR. DINELL:

20         Q.    Dr. Williams, if at any point I

21    ask a question that you don't understand,

22    please let me know and I will try to clarify

23    it for you.  All right?

24         A.    That's fine.

25         Q.    Let me just mark the deposition
```

Page 201

1    if you are going to have a molecular

2    experiment as we can do now and do, it's

3    where in the cell cycle is the hit for the

4    cell.  If it's a DNA reaction with the

5    electrophile, that's what is important.

6    There is where your theoretical molecular

7    basis of damage occurs.  And so there you

8    are looking at the exact damage -- mechanism

9    of damage and they can study that now.

10           But when you are talking about a

11   person, you are looking to see what --

12   generally you don't have a dose.  You have a

13   measure of exposure externally.

14       Q.   And this is sort of a simplified

15   example, but if I have five different

16   formaldehyde molecules from five different

17   sources, any one of those five could be the

18   one that creates the hit that you are

19   talking about?

20       A.   Or all five.

21       Q.   Or all five?

22       A.   Or all five.  And that's the

23   point.  If one hits the cell, if one

24   molecule, it's probably going to be

25   repaired, especially if it's in the gap one

Page 202

1    or one of the earlier phases of the cell

2    cycle.  For a liver cell has 40 hours.  If

3    you are hitting a cell in the early stages

4    of its cell cycle, it's probably going to be

5    repaired unless there is some problem with

6    the repair mechanism.  If you take all five

7    of those hits and you hit the DNA with all

8    five of those, that's probably --

9    toxicologically it's probably not going to

10   be able to be repaired during that cell

11   cycle.  And there again, you are at the

12   molecular level where the dose makes the

13   poison.  More of the hits that you get to

14   the same cell during the period of time of

15   that cell cycle -- cell cycle means you are

16   having a lot of enzymatic preparations and

17   reactions, and then you are getting ready,

18   you are copying the DNA, and then bam, it's

19   finished and you are separating into two

20   daughter cells.  So during that period of

21   time one hit, probably going be to repaired.

22   Two hits, probably also.  But when you get

23   down into multiple hits in the same cell

24   toxicologically it's usually been shown and

25   agreed that that's probably going to

Page 203

1    overwhelm the cells in the repair process.

2         Q.   So it's dosage that really

3    determines --

4         A.   At the cellular -- I'm giving you

5    dosages at the cellular level, yes.

6         Q.   Dosage is what really determines

7    whether or not there will be a toxicological

8    effect?

9         A.   Yes, but if in the last fraction

10   of a millisecond you have that hit and

11   that's, of course -- and the cell goes on to

12   divide and you have done all of the repair,

13   you have done all of the DNO, and it's right

14   before it's dividing or in the process of

15   dividing, that's going into the daughter

16   cell and that won't be repaired and the

17   daughter cell will see that as self and

18   that's not going to be repaired.  That

19   mutation will stay.

20        Q.   So regardless of dosage, if one

21   molecule of formaldehyde hits at the right

22   time, you are saying that you could have

23   these cell damage problems that you are

24   talking about?

25        A.   At the cellular level.  But will

Page 206

```
 1    toxicologist, do you consider yourself a

 2    scientist?

 3         A.   I am.

 4         Q.   And in your work, do you follow

 5    the scientific method?

 6         A.   I do.

 7         Q.   Now, earlier we were discussing

 8    controlled chamber experiments involving

 9    formaldehyde.  And those kind of experiments

10    would be considered direct science, would

11    they not?

12         A.   Those kind of experiments would be

13    considered direct experimental.

14         Q.   Whereas epidemiological studies

15    would be considered observational applied

16    science?

17         A.   That is correct.

18         Q.   In a controlled chamber study, can

19    you remove all the variables aside from

20    formaldehyde?

21         A.   It depends on what you are doing

22    when you say all the variables.  Human

23    susceptibility is a variable, so no, I don't

24    think you can remove all the variables.

25         Q.   In epidemiological studies, can
```

Page 209

1        A.    That's the citation.  That's the

2   reference that he is referring to, that

3   Rumchev is making.

4        Q.    Is that your opinion?

5        A.    Well, these aren't my opinions.

6   These are facts that I considered to come up

7   with my causal opinion.  None of these

8   levels are my opinion.  That is what is

9   science, direct science.  This is what is

10  measured.  This is what Rumchev has found

11  greater than 49 parts per billion, there is

12  an increased risk of asthma.  Wieslander has

13  found an association with asthma in 20 parts

14  per billion and 26 parts per billion.  Those

15  are not opinions.  Those are what the

16  authors published in peer-reviewed journals.

17        My opinion on the cause and effect

18  of formaldehyde and asthmas comes from

19  looking at all of the studies and all of the

20  categories, the points for consideration as

21  listed by Sir Bradford Hill and now in the

22  reference manual of scientific evidence.  A

23  causal opinion looks at everything, all of

24  the parameters for consideration.

25        Q.    And you have listed those two

Page 224

1      epithelium cells; mixed cuboid/squamous

2      epithelium, metaplasia; stratified squamous

3      epithelium; keratosis; budding, so forth.

4      Those parameters, that's what he was looking

5      at so that's the lowest that he observed

6      that.

7           Q.   Did you ever generate a draft of

8      this particular report for the Alexander

9      Cooper case?

10          A.   No.  I do all my own -- well, I

11     don't know if you call it typing on a

12     computer, and I just delete and work over

13     it.  There are no copies.  The finished

14     product is the finished product and no one

15     else does my work but me.

16          Q.   Did you ever send an earlier

17     version of this document to anyone prior to

18     sending out the final version?

19          A.   No.  They have not given me very

20     much time to get reports turned around.

21     Even if I do, I don't like to do that.

22          Q.   Did you use any assistants in your

23     work on the case?

24          A.   No.

25          Q.   Did you ever speak with

Page 225

```
 1     Ms. Alexander or Mr. Cooper during your work

 2     on this case?

 3         A.   No.

 4         Q.   Did you ever speak with any of the

 5     other experts the plaintiffs have retained

 6     in this case?

 7         A.   Not about this case.  I think

 8     there was a phone call where somebody was on

 9     the phone before they had decided who they

10     were going to use as experts and everybody

11     was kind of just saying hi.  I don't even

12     remember who was on the line.

13         Q.   When was that?

14         A.   A long time ago.  But once I was

15     asked to do the report, no, I have had no

16     communication with anyone.

17         Q.   Have you read any other expert

18     reports in the case?

19         A.   Did I what?

20         Q.   Read any other expert reports?

21         A.   I haven't had a lot of time.  I

22     have kind of skimmed through a few, I mean,

23     just briefly, like summaries and things like

24     that, just nothing much.  I haven't had

25     time.
```

Page 226

 1        Q.   Do you remember which ones they
 2   were that you reviewed?
 3        A.   No.  I really don't.  And I
 4   wouldn't say I reviewed the report.  There
 5   may have been something like in the
 6   summaries or something like that that I
 7   might have just looked at.
 8        Q.   Summaries that are included as
 9   part of that report?
10        A.   Yeah, like the end of it or
11   conclusion or something like that.
12        Q.   Have you read any depositions,
13   transcripts?
14        A.   I didn't had time to read any of
15   that.
16        Q.   You were first contacted to work
17   on this case prior to the class
18   certification period of the litigation?
19        A.   This case?  No.  Just the class
20   cert.
21        Q.   That's what I'm saying.  You
22   worked on the class certification portion of
23   this litigation, correct?
24        A.   Yes, I did.
25        Q.   And do you remember who first

Page 240

1          Do you have a copy of it?  I will

2    make copies.

3       MR. WEINSTOCK:

4            It's electronic.

5       (Whereupon, an off-the-record

6              discussion was held.)

7       MR. WEINSTOCK:

8            I'm going to attach the Wantke

9    study which we discussed earlier as

10   Exhibit 7.

11    (Exhibit No. 7 marked for identification.)

12            The Luce study as Exhibit 8.

13    (Exhibit No. 8 marked for identification.)

14       THE WITNESS:

15            Which one are you sending to him?

16       MR. WEINSTOCK:

17            This is housekeeping I should have

18   done much earlier.  The Hansen and Olsen

19   study as Exhibit 9.

20    (Exhibit No. 9 marked for identification.)

21            I will find a few of the other

22   ones while Chris is doing his questioning.

23   EXAMINATION BY MR. WEINSTOCK:

24       Q.   Would you agree with the statement

25   negative studies are meaningless?

Page 241

1      A.   Negative studies do not prove the

2   null.

3      Q.   But they are meaningless?

4      A.   I think you have to be extremely

5   careful in giving meaning to a negative

6   study.  To me, they do not offer any

7   information, if that's a definition of

8   meaningless.  I certainly think you cannot

9   draw any conclusions from them, so in that

10  regard, yes, I would say they were

11  meaningless.

12     Q.   That's what you said at the

13  certification hearing?

14     A.   That's correct.

15     Q.   And your methodology -- your

16  opinion of those has not changed?

17     A.   My opinion of negative studies has

18  certainly not changed.

19     Q.   You said something before in

20  response to Mr. Dinell's questions that you

21  were just giving opinions on general

22  causation.  And that is what we have

23  discussed all day today, general causation,

24  instead of specific causation.  Would you

25  agree that by giving an opinion on general

Page 263

```
 1    something you have routinely done in the

 2    last 19 or so years in examining chemicals

 3    and what kinds of diseases or effects they

 4    can have on people?

 5         A.    Yes.

 6         Q.    And is that part of what you have

 7    done in your report that's been marked as

 8    Exhibit 5?

 9         A.    Yes.

10         Q.    And if we turn to Page 35 of your

11    report, does that set forth your opinions in

12    this case?

13         A.    Yes.

14         Q.    Is it your opinion that there is a

15    cause and effect relationship that exists

16    between formaldehyde and upper respiratory

17    tract damage?

18         MR. WEINSTOCK:

19            Objection.

20         THE WITNESS:

21            Yes.

22    EXAMINATION BY MR. PINEDO:

23         Q.    Is it your opinion that there is a

24    cause and effect relationship exists between

25    formaldehyde and upper respiratory cancer?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Patricia M. Williams

Page 264

1          MR. WEINSTOCK:

2                Objection.

3          THE WITNESS:

4                Yes.

5      EXAMINATION BY MR. PINEDO:

6          Q.    Is it your opinion that there is a

7      cause and effect relationship that exists

8      between formaldehyde and

9      bronchoconstriction?

10         A.    Yes.

11         MR. WEINSTOCK:

12               Objection.

13     EXAMINATION BY MR. PINEDO:

14         Q.    Is it your opinion that there is a

15     cause and effect relationship that exists

16     between formaldehyde and asthma?

17         MR. WEINSTOCK:

18               Objection.

19         THE WITNESS:

20               Yes.

21     EXAMINATION BY MR. PINEDO:

22         Q.    Let's examine some of those

23     opinions in a little bit more detail.  First

24     let's talk about formaldehyde and asthma.

25     Could you briefly -- as a predicate to that,

Page 265

1      could you briefly describe -- I have heard

2      before there is three mechanisms of asthma.

3      What are the mechanisms of asthma?

4           A.    Well, there are three ways that

5      one can have the bronchoconstriction which

6      is referred to asthma, the hyporeactivity of

7      the bronchial airways as asthma.  One is

8      with an irritant exposure that comes into

9      the nasal cavity.  We have nerves, we call

10     them the cranial nerves because they come

11     out of the brain into the rest of the body.

12     And the cranial nerve that innervates the

13     sensory component of that cranial nerve is

14     the trigeminal nerve.  The trigeminal nerve

15     is in the nasal cavities and the nasal

16     areas.  And we will bring back irritants and

17     sensory information when an irritant hits

18     that area of the body through inhalation,

19     breathing in, and send nerve impulses back

20     to the brain, which then will be relayed to

21     another cranial nerve, which comes out and

22     goes to many parts of the body.  But in this

23     case the lung, the bronchial airways in the

24     lung, and innervates the smooth muscle.  And

25     it's called the trigeminal-vagal reflex,

Page 266

 1    because when this irritant comes in, it will

 2    very quickly send these impulses back and

 3    the sensory information going from the

 4    trigeminal will tell, through the brain, the

 5    vagal to constrict the smooth muscle that is

 6    controlling the diameter of the varying

 7    sizes of tubes that bring air down into our

 8    lungs.  And it's very small in some areas,

 9    so when you constrict that smooth muscle it

10    can almost shut off and cause the wheezing

11    that you see in the asthma and

12    bronchoconstriction.

13         Q.   Has formaldehyde been recognized

14    in the medical and scientific literature as

15    an irritant that causes that type of

16    trigeminal-vagal reflex?

17         A.   Yes, it is very well published.

18         Q.   What is the second mechanism of

19    asthma?

20         A.   Well, the second mechanism of

21    asthma is that formaldehyde is known, and

22    that it will increase NO, nitrous oxide,

23    coming out, exhaling this from the breath of

24    asthmatics.  And what we know is that there

25    are three enzymes that regulate this nitric

Page 288

1    to get rid of.  So you have cell

2    proliferation, tumor initiation and growth

3    of a tumor or a cancer.

4         Q.    You have previously testified at

5    the molecular level formaldehyde is harmful

6    to the human cells; is that right?

7         A.    Correct.  It's an electrophile.

8    It's going to do damage.  It's extremely

9    reactive.

10        Q.    Explain what that means.

11        A.    It's deficient of an electron in

12   its outer orbit.  We are getting molecular

13   here, so it's very reactive.  It's seeking

14   to react with other components.  Those

15   components could be a molecule or an atom in

16   the DNA or it could be a molecule or an atom

17   in the cell membrane.  So when it does it is

18   going to form a coveiling bonding and change

19   that structure of the DNA or change the

20   structure of the cell membrane.

21            When you change the structure of

22   the DNA and DNA during cell division is

23   copied, it will cause an error, and so you

24   will make an erroneous copy of the DNA, the

25   normal DNA, and make a mutant copy of an

Page 310

1     about --

2          MR. PINEDO:

3               Excuse me.  And the reason we are

4     just doing those pages because it's a

5     350-page report.

6          MR. WEINSTOCK:

7               It's about 200-page, but either

8     way, we don't need to attach the whole

9     thing.

10    EXAMINATION BY MR. WEINSTOCK:

11         Q.   Apparently the World Health

12    Organization found the previous study.  I'm

13    going to read it to you and then let you see

14    it and see if you agree this is accurate.

15               In a similar study on 13 patients

16    with asthma suspected of being related to

17    formaldehyde exposure, no significant drop

18    in FEV was seen when bronchial provocation

19    tests with formaldehyde concentrations of up

20    to 3.6MG/M cubed were carried out.  Five of

21    the subjects were on bronchodilator

22    treatment at the time.  You would not

23    believe that to be accurate; is that

24    correct?

25         MR. PINEDO: