# Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

**Date taken: October 16, 2008**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 2 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 30

1    A    I don't think so. I don't know
2    who he is, so I don't think so.
3    Q    Have you been involved in any
4    litigation involving formaldehyde before
5    this case?
6    A    No. I have extensive experience
7    with formaldehyde -- I'm an anatomist -- and
8    electron microscopy and immunocytochemistry,
9    so, of course, I use formaldehyde, but I
10   can't think of formaldehyde, per se, being
11   any subject of litigation.
12   Q    Okay. Have you done any --
13   A    Not right offhand. You know,
14   there were some cases with resins and things
15   like that, that it might have been something
16   peripheral, but not that I can recall. It
17   was a long time ago.
18   MR. MILLER:
19         Doctor, I'm going to ask you if
20   you can just speak up a little bit. I have
21   some bad hearing.
22   THE WITNESS:
23         Okay.
24   MR. MILLER:
25         And I know the people on the phone

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 3 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 31

1  might have trouble hearing.
2       THE WITNESS:
3             I know.  My voice is just not
4  there.
5  EXAMINATION BY MR. SCANDURRO:
6       Q    So is it correct that you have not
7  given any prior opinions in litigation
8  regarding formaldehyde?
9       A    That's correct.  To the best of my
10 knowledge, what I can recall, that is
11 correct.
12      Q    Okay.  And you said as an
13 anatomist, you have physically worked with
14 formaldehyde?
15      A    Yes.  I fixed tissues, whole
16 animals, cadavers, and I use a lot of
17 formaldehyde and paraformaldehyde in what we
18 call immunocytochemistry to cross the
19 typical crosslinks to visualize receptors on
20 the surface of cells or to visualize perhaps
21 particular components inside the cells at
22 the ultrastructural level as well as at the
23 cytological, which implies at the light
24 microscopic level, so I have worked a lot
25 with formaldehyde.

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 4 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 32

1    Q    Have you done any research
2 regarding -- When I say "have you done,"
3 have you performed any research regarding
4 the health effects of formaldehyde before
5 this case?
6    A    No.  I think this is probably the
7 first time that there has been a problem
8 that warranted studying the adverse health
9 effects of formaldehyde that I have been
10 involved in.
11   Q    Okay.  Have you authored any
12 publications regarding the health effects of
13 formaldehyde?
14   A    No.
15   Q    Have you taken any courses
16 specific to the health effects of
17 formaldehyde?
18   A    Well, I'm a toxicologist, yes.
19 Everything -- You know, aldehyde is a
20 formaldehyde, acid-aldehyde.
21        The aldehydes are extremely toxic
22 electrophile metabolites, and, of course,
23 formaldehyde and acid-aldehyde are the
24 original electrophile metabolites, so it
25 doesn't have to be a metabolite.  They're

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 5 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 45

```
 1       Q    You don't diagnose or treat blood
 2  disorders?
 3       A    Absolutely not.
 4       Q    Okay.
 5       A    But sometimes what I am
 6  interpreting is the diagnosis, but it's
 7  given to the doctor.
 8       Q    Okay.  You're not a medical
 9  doctor?
10       A    No.
11       Q    Are you a certified industrial
12  hygienist?
13       A    No.
14       Q    Are you an epidemiologist?
15       A    I have graduate training in
16  epidemiology and also a lot of continuing
17  education.  I have used the tool of
18  epidemiology.  Basic scientists have used
19  the tool before it was given a name, and I
20  have used the tool of epidemiology and still
21  use the tool of epidemiology.
22       Q    That's part of being a
23  toxicologist would be using work done by
24  epidemiologists?
25       A    No, I didn't say using work.  I
```

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 6 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 46

1  use the tool itself.
2      Q    Okay.
3      A    Okay. I did a study of a group of
4  Native American Cajuns in Louisiana that
5  resided within 500 feet of a hazardous waste
6  site which is designated under federal law
7  as a non-hazardous oil field site, which had
8  various heavy metals and radioactivity in
9  it, and I did a cross-sectional analysis,
10 comparison control, which was funded by the
11 State of Louisiana.
12          So when I say use it as a tool,
13 that is what I am saying. I do not -- In
14 other words, a lot of people call them --
15 They are epidemiologists. That's all they
16 are. It's an applied science, and so I
17 don't really like the title. I'm a true,
18 hard scientist, anatomy, toxicology, so
19 there's a big distinction.
20     Q    You don't hold yourself out as an
21 epidemiologist?
22     A    No, because I think it's not as
23 in-depth. No. For instance, I do
24 immunocytochemistry. I do electron
25 microscopy. I don't hold myself out in

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 7 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 101

```
 1       MR. SCANDURRO:
 2            Let's take a break for a few
 3  minutes, please.
 4       THE VIDEOGRAPHER:
 5            We're off the record.  It's 3:23.
 6  (Discussion off the record.)
 7       THE VIDEOGRAPHER:
 8            We're back on the record.  It's
 9  3:30.
10  EXAMINATION BY MR. SCANDURRO:
11       Q    Dr. Williams, there are, I
12  believe, 47 different symptoms on the list
13  of symptoms you have created?
14       A    I haven't counted them.
15  (Reviewing document).
16            48, I got.
17       Q    48.  Okay.  I was going from
18  memory.  Of those 48 symptoms, are there any
19  individual symptoms that are caused
20  exclusively by formaldehyde?
21       A    Well, these are symptoms that are
22  temporal.  You know, these symptoms can be
23  caused by other things.  Certainly an
24  irritant, there are other irritants that can
25  cause some of the same symptoms.  There are
```

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 8 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 102

1   other toxicants.
2          What you're looking at here is the
3   temporal relationship of these symptoms to
4   the exposure, to the residents in the FEMA
5   trailer, and then you also have to realize
6   that each symptom is a reflection of the
7   damage done by the formaldehyde to the
8   contact tissue or beyond from the
9   metabolite, the crosslinks that are formed.
10         So, in other words, a symptom is
11  what you observe, and it varies from person
12  to person, but the damage is there.  This is
13  a contact toxicant, so that anyone that is
14  in the presence or in the exposure medium
15  and is in contact will have the damage.  At
16  what point you see the symptom varies in
17  each person.
18      Q    Okay.  There are a couple of
19  things you said there.
20         First, getting back to the
21  question I asked, each of these 47 or 48
22  symptoms can be caused by something other
23  than formaldehyde; is that correct?
24      A    Correct.
25      Q    Okay.

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 9 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 125

1  a residential environment has respiratory
2  disease?
3       MR. D'AMICO:
4              Object to the form of the
5  question.  Incomplete.
6       THE WITNESS:
7              Anyone who breathes in
8  formaldehyde --
9       MR. D'AMICO:
10             At what level?
11      THE WITNESS:
12             Well, no.  Anyone who breathes in
13 formaldehyde is having contact damage by
14 that formaldehyde.  There's just no question
15 about that.  Okay.  That's the nature of the
16 molecule.
17             How much you're breathing in, how
18 often, how long you're in the trailer, the
19 more damage.  But if you're living in the
20 environment, you've got damage.
21             Now, the intervention program, as
22 I stated it, is for those who are -- you
23 know, the susceptible populations, and that
24 would be the children and the elderly,
25 because, look, we see in animal studies, we

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 10 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation      Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 134

1       -- and the other trained
2  physicians who would diagnose, treat and
3  manage it.
4       THE WITNESS:
5            Yes.
6       THE VIDEOGRAPHER:
7            We're off the record.  It's 4:05.
8  (Discussion off the record.)
9       THE VIDEOGRAPHER:
10           Back on the record.  It's 4:19.
11 EXAMINATION BY MR. SCANDURRO:
12      Q    Backing up a little bit, Doctor, I
13 believe earlier you said that everyone who
14 has inhaled formaldehyde has some damage?
15      A    Correct.  At the cellular level.
16 I'm a toxicologist, and I'm talking about
17 the cellular and molecular result of
18 formaldehyde, electrophile, the electrophile
19 attacking components of cells.
20      Q    A person wouldn't necessarily have
21 symptoms as a result of that damage, would
22 they?
23      A    You may not see symptoms.  The
24 observable symptoms may not be seen from
25 that damage.  All right.

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 11 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 135

1    Q    This is something you would have
2  to look at in a laboratory to see this
3  damage?
4    A    No.  Most of the damage that -- I
5  don't know what you mean by "in a
6  laboratory," but most of the damage in the
7  literature that I provided for you that has
8  been observed has been taking biopsies to
9  look at the damage, and that's an invasive
10 procedure.
11          I've got some articles with biopsy
12 of the nasal mucosa, you know -- Well,
13 several.  Most of them have biopsies of the
14 nasal mucosa.  To see if there's damage in
15 the lungs, you would take a biopsy, and
16 that's just not something -- certainly it
17 would be I think unethical to do for a small
18 child or even an elderly person or someone
19 who has some compromised health.
20   Q    And the biopsy would involve
21 taking some tissue from the person would
22 breathed in formaldehyde?
23   A    Right.  In animals, we take the
24 tissue.  And those that would qualify,
25 physicians take biopsies -- I don't take a

Case 2:07-md-01873-KDE-MBN Document 2834-4 Filed 08/25/09 Page 12 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 136

1  biopsy from an individual -- would take
2  tissue, actual tissue, if you want to see if
3  damage has been done.  Because then you can
4  look at the known, scientifically documented
5  damage to these tissues.
6     Q   Okay.  And is this something that
7  you would see under a microscope or you
8  would have to use a microscope to see that?
9     A   At the cellular level, you would
10 have to use a microscope to see it.  There
11 are publications in the literature where
12 they're looking at, for instance, in
13 consumption of formaldehyde in water, the GI
14 effects in the stomach.  There are some
15 descriptions that could possibly be seen not
16 by taking a biopsy, but the sophisticated
17 technology of looking, scoping the tissue.
18    Q   Okay.  But for this cellular level
19 damage from inhaling formaldehyde that you
20 say everyone who has inhaled formaldehyde
21 exhibits, that's damage you would have to
22 look at tissue under a microscope in order
23 to determine if it was there?
24    A   Right.  Those who have --
25    MR. D'AMICO:

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 13 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 181

1  doctorate degree in?
2      A    My doctoral degree is a doctorate
3  in anatomy.
4      Q    So you are a doctor of anatomy?
5      A    That is my doctoral degree.
6      Q    Do universities offer doctorate
7  degrees in toxicology, to the best of your
8  knowledge?
9      A    I don't know if anybody does or
10 not.
11     Q    How about a Master's Degree in
12 toxicology?
13     A    I believe there are some at a
14 Master's level, knowledge of toxicology.  I
15 believe there are a few.  I have seen a few
16 here and there.
17     Q    Are there medical doctors with
18 specialties in toxicology?
19     A    There is in -- There are medical
20 doctors that have a small section, like a
21 board.  They can do --
22     Q    Are there medical toxicologists?
23     A    Well, yes, and it's part of
24 internal medicine.  I don't want to say the
25 wrong thing.  I believe it's internal

Case 2:07-md-01873-KDE-MBN  Document 2834-4  Filed 08/25/09  Page 14 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 231

1    response?

2        A    The observable response.

3        Q    Correct.

4        A    The observable response, there
5    will be a variation, but with a contact
6    electrophile compound, there is the damage
7    on contact that is well documented.

8        Q    And, in fact, from what I can
9    gather from your opinion, any exposure to
10   formaldehyde causes some of these
11   non-symptomatic damages or injuries?

12       A    At the cellular level, contact,
13   that is where the damage occurs.  When you
14   have a reactive electrophile, it is going to
15   grab electrons from something, so you have
16   damage.

17       Q    Okay.  And, ma'am, I am not a
18   toxicologist, and all that explanation of it
19   is great, but I'm just asking the more
20   simple question, at any concentration
21   levels, in your opinion, it will cause some
22   damage, although it's not symptomatic, it
23   will cause some damage?

24       A    Right.  Any time an electrophile
25   distorts a normal molecule, you have damage.

Case 2:07-md-01873-KDE-MBN Document 2834-4 Filed 08/25/09 Page 15 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 232

1    Q    And so your definition of "damage"
2    is -- What was that?  What did you refer to
3    that?
4    A    An electrophile?
5    Q    Yes.
6    A    This one is a reactive
7    electrophile.
8    Q    So under your theory, an exposure
9    to one molecule of formaldehyde will cause
10   some damage?
11   A    It's not my theory.  A reactive
12   electrophile will be seeking electrons until
13   it finds them, and the act of combining two,
14   a macromolecule, an enzyme, a cell membrane
15   is damage, or a DNA, you know, combining to
16   a portion of a DNA, that's damage.  That's
17   big-time damage.  One molecule attaching to
18   DNA is big-time damage, because that means
19   you have a mutant DNA if it's not repaired.
20   Q    And I understand that you might
21   think this is generally held, and it may be,
22   I don't know, but as you sit here today,
23   what you're voicing is your opinion?
24   A    No, I am not voicing an opinion on
25   that.  I am giving you what's in the

Page 233

1  scientific body of knowledge.  This is a
2  reactive electrophile.
3      Q    Would it surprise you to find or
4  learn that other toxicologists might
5  disagree with that?
6      A    Well, then, they need to read
7  Casarett & Doull's entire several chapters
8  on reactive electrophiles.  Okay?
9      Q    What I'm asking you -- And I
10 understand Casarett & Doull's might say
11 this.  I just want to know your opinion,
12 your personal professional opinion, what the
13 plaintiffs are paying you a lot of money
14 for, okay, in your opinion, in your
15 professional opinion, to a reasonable degree
16 of scientific certainty, does exposure to
17 one molecule of formaldehyde cause damage?
18     MR. D'AMICO:
19           Wait, wait.  I object to the form
20 of the question.
21           Go ahead.  You can answer.
22 EXAMINATION BY MR. MILLER:
23     Q    Go ahead and answer.
24     MR. D'AMICO:
25           We're not paying her a lot of

PROFESSIONAL SHORTHAND REPORTERS, INC 1(800)-536-5255   BATONROUGE*NEW ORLEANS* SHREVEPORT
504-529-5255

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 17 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 234

1   money.
2       THE WITNESS:
3           Well, that is absolutely correct.
4       MR. MILLER:
5           Okay. Hold on here. Read the
6   question back to the witness, please.
7   (Whereupon, the court reporter read back the
8   requested testimony as follows:
9       THE COURT REPORTER:
10          Question: "What I'm asking you --
11  And I understand Casarett & Doull's might
12  say this. I just want to know your opinion,
13  your personal professional opinion, what the
14  plaintiffs are paying you a lot of money
15  for, okay, in your opinion, in your
16  professional opinion, to a reasonable degree
17  of scientific certainty, does exposure to
18  one molecule of formaldehyde cause damage?"
19  EXAMINATION BY MR. MILLER:
20      Q   Okay. Strike that. Let me start
21  over.
22          In your professional opinion -- I
23  don't care what any other toxicologists or
24  sources say -- your professional opinion as
25  a toxicologist, does exposure to one

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 18 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 235

1   molecule of formaldehyde, is that more
2   likely than not to cause damage, injury?
3       A    One molecule of a reactive
4   electrophile as formaldehyde is, if it makes
5   contact with an ultrastructural level of a
6   cell without being in some way changed
7   before it makes the contact, it's going to
8   cause damage.
9            Damage is insertion of a reactive
10  electrophile that is grabbing electrons.  It
11  is taking away the integrity of, say, the
12  DNA, and it is sitting there making a new
13  code, altering, disguising the real code of
14  the cell, so that when it is copied to make
15  a daughter cell, you now have a mutant cell.
16  Now, it may not -- That one molecule may hit
17  something else besides DNA.  Perhaps it hits
18  a component of the cell membrane.  Then it
19  has made a mess.  It has made a problem.
20           We have a lot of these types of
21  reactive free radicals, electrophiles, and
22  when they hit, if they're not checked before
23  they hit, if they hit, they will punch you
24  in the nose, Counselor.  You're going to
25  have some kind of damage.

Case 2:07-md-01873-KDE-MBN   Document 2834-4   Filed 08/25/09   Page 19 of 19

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 236

1    Q    And so what I gather is, if, for
2    example, the one molecule comes in contact
3    with your eye or your mucous membranes
4    inside of your nose, you breathe it into
5    your lungs, that one molecule, in your
6    opinion, that would be sufficient to cause
7    damage?
8    A    If that one molecule in its
9    reactive electrophile form comes in contact
10   with any part of a cell, it's going to
11   combine and it's going to cause damage.
12        Now, observable damage?  You know,
13   no.  Not unless that observable damage
14   becomes later on a clone of mutant cells, it
15   has become a cancer.  So that it's not an
16   observable.  It's at the very molecular
17   level.  That's the nature of an
18   electrophile.
19   Q    Now, I would ask you to turn to
20   your report, Page 14.  The first full
21   paragraph.  It starts, "It has been shown
22   that sensory irritation."  Do you see that?
23   A    Correct.
24   Q    And the second sentence there
25   says, "Since differences in individual