**ORIGINAL TRANSCRIPT**

OFFICE OF WORKERS' COMPENSATION

STATE OF LOUISIANA

BEVERLY AKERS/LINDSAY JO AKERS              DOCKET NO.

VERSUS                                      94-07647

CIBA-GEIGY CORPORATION                      DISTRICT 5

DEPOSITION OF PATRICIA WILLIAMS, PH.D., 5211 ESSEN LANE, SUITE 6, BATON ROUGE, LOUISIANA 70809-3593, TAKEN IN THE OFFICES OF CARDENAS LAW FIRM, 6525 PERKINS ROAD, BATON ROUGE, LOUISIANA 70808 ON THE 12TH DAY OF AUGUST, 2003 COMMENCING AT 10:00 A.M.

REPORTED BY:

RACHEL Y. TORRES, CCR, RPR
CERTIFIED COURT REPORTER

TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
TORRESREPORTING@AOL.COM

1325 Springlake Drive
Baton Rouge, Louisiana 70810
(225) 757-0443
(225) 761-8962 Fax

848 East Lexington Avenue
Gretna, Louisiana 70056
(504) 392-4791
(504) 392-4852 Fax

```
 1   "negligible"?
 2        A.   Dr. Philip ~~Cole~~ ~~taught me a~~
 3   gra~~duate level course in epidemiology at the~~ ts
 4   Univ~~ersity, and he did some of his earlier~~ er
 5   st~~udies, and he presented the following sta~~tes,
 6   the~~re could be no association below~~ ten
 7   ciga~~rettes a day. A day.~~ A day.
 8        Q.   ~~Ten cigarettes per~~ day?
 9        A.   ~~Correct~~.
10        Q.   ~~There is no asso~~ciation?
11        A.   ~~That's correc~~t.
12        Q.   ~~To~~ what?
13        A.   To lung cancer or any of the cancers.
14        Q.   This is not a lung cancer case.
15        A.   No. It's not.
16        Q.   Did he look at pancreatic cancer?
17        A.   No. He did of the bladder cancer, and
18   basically with the lung cancer and the bladder
19   cancer, that was the statement that he made.
20        Q.   So he has no research or did not
21   provide any research with regard to smoking in
22   pancreatic cancer?
23        A.   No. Not at that time.
24        Q.   At any time since then?
25        A.   I have not spoken to him at any time
```



TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
TORRESREPORTING@AOL.COM

1325 Springlake Drive
Baton Rouge, Louisiana 70810
(225) 757-0443
(225) 761-8962 Fax

848 East Lexington Avenue
Gretna, Louisiana 70056
(504) 392-4791
(504) 392-4852 Fax

```
 1    the .05 pack years was negligible.
 2          Q.   ████████████████████████████ the
 3    smo████████████████████████████████ any
 4    cau████████████████p?
 5          A.   ████████████████████████████
 6    by D████████████████████rse.
 7          Q.   And you do not know what smoking ten
 8    cigarettes per day for any duration, what the
 9    causal affect that would have on pancreatic
10    cancer, correct?
11          A.   Correct.  And again, we are talking
12    about studies that are looking at multiple
13    chemicals that are affecting a person in
14    addition to looking at the smoking, so when you
15    are talking about contributory factors, and
16    basically lifestyle factors are considered
17    contributory factors and can get very blended
18    with numerous other chemicals that an individual
19    is exposed to, so you always have to look at the
20    work in context with, are we looking at
21    non-smoking individuals who have never -- who
22    are non-smokers, who have never smoked.  We can
23    see a causal relationship with pancreatic
24    cancer.
25          Q.   Are you not able to exclude, for
```



TORRES REPORTING & ASSOCIATES, INC.

COURT REPORTING & LITIGATION SERVICES
TORRESREPORTING@AOL.COM

1325 Springlake Drive
Baton Rouge, Louisiana 70810
(225) 757-0443
(225) 761-8962 Fax

848 East Lexington Avenue
Gretna, Louisiana 70056
(504) 392-4791
(504) 392-4852 Fax