Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER ) | |
| FORMALDEHYDE PRODUCTS ) | |
| LIABILITY LITIGATION, ) | MDL NO. 1873 |
| CHARLIE AGE, et al., ) | SECTION N(5) |
|    Plaintiffs, ) | JUDGE: ENGELHARDT |
| V. ) | MAG: CHASEZ |
| GULF STREAM COACH, ) | |
| INC., et al., ) | DOCKET NO. 09-2892 |
|    Defendants. ) | |

CONCURRENT VIDEO RECORD

Deposition of GERALD McGWIN, JR. M.S. Ph.D.

July 27, 2009

9:38 a.m.

1   Q.  And let me state it in a different
2   way because I think Mr. Pinedo's objection is
3   well-founded.
4       When we last spoke at your first
5   deposition, the only cancer you could say more
6   probable than not you believe was associated
7   with formaldehyde exposure was nasopharyngeal
8   cancer; is that correct?
9       MR. PINEDO:  Objection to form.
10  A.  I believe what I said -- at least
11  what I wrote here was that my expert opinion
12  was that formaldehyde can cause nasopharyngeal
13  cancer and that with respect to other cancers
14  there was evidence to suggest that
15  formaldehyde played an etiologic role.
16  Q.  But you could not say more probable
17  than not that it would cause those other
18  cancers, correct?
19  A.  More probable than not.  I'm
20  struggling with the phrase more probable than
21  not.
22      I would say it would be difficult
23  at this point for me to attach a probability
24  to the evidence related to those cancers.  I
25  would have to spend more time reviewing

1   that -- those manuscripts to either agree or
2   disagree with your statement.
3          Q.  Let me ask you this.  I'm going to
4   show you -- I'm going to read it and then show
5   it to you.
6              My question to you last time on
7   page forty-three was, question:  What you mean
8   in your opinion that leukemia, lung,
9   pancreatic and brain cancer, there is evidence
10  to suggest formaldehyde plays an etiological
11  role.  Does that mean there's some association
12  there but not enough to say it causes it as
13  you said with nasopharyngeal?
14             Answer:  That would be accurate,
15  yes.
16             Is that your testimony today, sir?
17         A.  Yes, sir.
18         Q.  So it plays an etiological role,
19  but you couldn't say it causes leukemia, lung,
20  pancreatic, or brain cancer, correct?
21         A.  It plays an etiological role, but
22  the evidence isn't as strong for those cancers
23  as it is for nasopharyngeal.
24         Q.  And therefore, you cannot say more
25  probable than not it causes it?

1    A.  I'm reluctant to agree to the use
2  of the word probably than not.
3    Q.  I think you agreed to it last time,
4  but we'll look it up.
5        MR. PINEDO:  The record will
6  reflect what he said last time.
7    Q.  On page forty-five:  And based on
8  your review of these studies, you just told me
9  you couldn't say one way or another whether it
10 is more probable than not that leukemia, lung,
11 pancreatic, and brain cancer were caused by
12 exposure to formaldehyde; is that correct?
13       MR. PINEDO:  Would you show him the
14 testimony, please.
15       MR. WEINSTOCK:  Absolutely.
16   Q.  Answer:  Say that question one more
17 time.  I had it read back.  And you said:
18 That is correct, I apologize.
19       That's all the good highlighted
20 stuff.
21   A.  Yes, I believe my answer at that
22 time is consistent now.
23       You stated I couldn't say one way
24 or the other it's more probable than not.  And
25 that's what I'm saying now, because I can't

1  say now based on any probability.
2          MR. PINEDO:  And that's with regard
3  to leukemia, lung cancer, pancreatic cancer,
4  and brain cancer.
5          MR. WEINSTOCK:  Correct.
6      Q.  That was my question then and that
7  is my question now, correct?  That's how you
8  understood it?
9      A.  That's correct.
10     Q.  Now, Mr. Pinedo raises a valid
11 point, there are more than five cancers in the
12 world.  But those are the only ones you gave
13 opinions on in your report, correct, those
14 four and nasopharyngeal or sinonasal cancers?
15     A.  Those four and naso -- yes, sir.
16     Q.  So there may be other cancers out
17 there and they may be related to formaldehyde,
18 but you have not given those opinions?
19     A.  Yes, sir.
20     Q.  I knew we could do this quickly.
21     A.  I'm a very minimal guy.
22     Q.  If we can get to nasopharyngeal.
23 We had a long discussion, as you recall about
24 the Hauptmann paper.  I think you were sick of
25 it, and I know I was.

1  analyses, the one that dealt with peak
2  exposure?
3       A.  Yes, sir.
4       Q.  As opposed to some more over time
5  exposure?
6       A.  That's correct.  Yes, sir.
7       Q.  But you would agree with me that
8  according -- at least according to the
9  Hauptmann paper, to see an association between
10 formaldehyde exposure and nasopharyngeal
11 cancer, you needed to see peak exposure of
12 four thousand parts per billion?
13      A.  Based on that one paper.
14      Q.  Correct?
15      A.  Correct.
16      Q.  And speaking of that one paper, if
17 I understood your report, your -- you base
18 your association or your opinion on
19 nasopharyngeal cancer --
20          MR. PINEDO:  Which report are we
21 talking about?
22          MR. WEINSTOCK:  He only gives a
23 cancer opinion in the last fall report.
24      Q.  Let me start again.  In last
25 August's report, you based your association

1  between nasopharyngeal cancer and formaldehyde
2  exposure primarily on the work that was done
3  by IARC; is that correct?
4      A.  Are you referring to a specific
5  page that I can turn to or --
6      Q.  Maybe I'm misstating it.  If you
7  can go to your report, Exhibit 2 page four,
8  you see section four, formaldehyde exposure
9  and cancer?
10     A.  Yes, sir.
11     Q.  In the middle of that paragraph it
12 says, Regarding specific cancer sites --
13     A.  May I write on this?
14     Q.  Absolutely.  Yeah.  Yeah.  That's
15 fine.
16     A.  I just wanted to highlight what it
17 is you're reading.
18     Q.  Regarding specific cancer sites, no
19 statistically significant association was
20 observed for death due to neither oral nor
21 pharyngeal cancer nor lung cancer.  An
22 elevated but not statistically significant
23 association was observed for death due to
24 nasopharyngeal cancer, period.  This
25 association was largely attributed to the

1  elevated association in one plant study,
2  Hauptmann, and you put 2003 and 2004, but
3  really it was just the one study.  The
4  others --
5       A.  There was a reanalysis.
6       Q.  Well, I don't think -- there's two
7  different Hauptmann papers.  One deals with
8  nasopharyngeal and the other deals with other
9  cancers, I believe.
10      A.  Okay.
11      Q.  And then it goes on to state:
12 Subsequent investigations have suggested that
13 the original association may have been due to
14 other non-formaldehyde exposures as well as a
15 failure to consider specific methodological
16 issues.  And it cites the Marsh papers;
17 correct?
18      A.  Yes, sir.
19      Q.  The association between
20 formaldehyde exposure and nasopharyngeal
21 cancer is primarily based on the Hauptmann
22 paper, correct?
23           MR. PINEDO:  Objection to form.
24      A.  Well, I believe on page five I go
25 on to talk about a number of other studies

1   are looking at are generally people who are
2   exposed to formaldehyde by their work, their
3   job title, excuse me, most likely.
4        Q.  And --
5        A.  And we don't know that it was X
6   number of parts per million, whereas the CDC
7   study tells us these are the exposure levels.
8   We just don't have those.
9            That's how I understand the
10  question.
11       Q.  Correct.  And at the levels the CDC
12  found, from three parts per billion to 590
13  parts per billion, you can't give an opinion
14  that that level is associated with
15  nasopharyngeal cancer because the epidemiology
16  just does not provide that to you?
17       A.  That's right.  None of the
18  epidemiologic studies that I'm aware of
19  actually provide formaldehyde exposure
20  levels.
21           And that doesn't mean that one
22  couldn't, through some sort of job exposure
23  matrix, link that CDC data or any exposure
24  data to those cancer cases.
25           But as the evidence exists today,

Gerald McGwin Jr.
July 27, 2009

Page 132

1  nobody has done that.
2      Q.  And you have not done that?
3      A.  I have not done that, no, sir.
4      Q.  And you have not been asked to do
5  it?
6      A.  No, not to my knowledge.
7      Q.  As we sit here today, at the levels
8  that people were exposed to in the FEMA
9  trailers, the 519 that we talked about, from
10 three parts per billion to 590 parts per
11 billion, you cannot say more probably than not
12 that would be associated with nasopharyngeal
13 cancer?
14     A.  Sitting here today, no, sir.
15 Although, again, it could be done.
16     Q.  It's possible it just has not been
17 done?
18     A.  That's correct.
19     Q.  When you said no, sir, you were
20 actually agreeing with my statement, correct?
21         Sometimes it's the way I ask
22 questions.  I tend to lead.  So the correct
23 answer is yes, but let me ask it again.
24     A.  Sure.
25     Q.  As we sit here today, at the levels

Gerald McGwin Jr.
July 27, 2009

Page 194

1  comparing the symptoms in a community who --
2  there was a plant in the area that I believe
3  was emitting formaldehyde.
4          Wantke, no association between
5  formaldehyde levels of -- there's a typo
6  here.  No association between levels of
7  formaldehyde specific IgE.  However,
8  formaldehyde levels were associated with
9  symptoms.  Decrease in symptoms with reduction
10 and exposure.
11         And then finally Franklin, children
12 living in homes with higher formaldehyde
13 levels had higher eNO levels, in parenthesis,
14 inflammatory response marker.  No association
15 between formaldehyde levels and pulmonary
16 function tests.
17     Q.  Is that similar to what we
18 discussed earlier today, that there's going to
19 be studies that are -- have a positive finding
20 and some studies that have no finding and
21 that's what you see in the field of
22 epidemiology?
23     A.  Yeah.
24     Q.  And partly the goal of the
25 epidemiologist is to look at the studies

Gerald McGwin Jr.
July 27, 2009

Page 223

1   where a primary outcome was asthma.
2        Q.  Did any of them involve
3   formaldehyde?
4        A.  I'm almost certain none of them
5   included formaldehyde.
6            MR. SHERBURNE:  Thank you.  I think
7   that's all the questions I have, Doctor.
8            MR. WEINSTOCK:  I'm sorry.  You
9   know how I am.
10
11              FURTHER EXAMINATION
12  BY MR. WEINSTOCK:
13       Q.  I found something I didn't ask you
14  about before.  It's on page six of your --
15       A.  Cancer?
16       Q.  Yes.  It says, Formaldehyde is
17  classified as a known carcinogen by the
18  International Association for Research on
19  Cancer, IARC, with specific reference to
20  nasopharyngeal cancer.  I asked you about that
21  before and we couldn't find it in your
22  report.
23           You may or may not know this, but
24  is it my understanding that is primarily due
25  to the Hauptmann paper?  Is that your

1  understanding as well?
2        A.   That is my understanding.
3             MR. WEINSTOCK:   Thank you, doctor.
4             MR. PINEDO:   A couple more
5  questions.
6
7             FURTHER EXAMINATION
8  BY MR. PINEDO:
9        Q.   Doctor, I'd like to ask you to turn
10 to your report again, page three, figure two.
11 I think previously I misstated what the parts
12 per million were for the upper levels that you
13 have reported there.  So let me ask you a
14 different question.
15            It appears to me that the highest
16 level which you have reported an odds ratio
17 and a confidence interval equates with .106
18 parts per million; is that right?
19       A.   That's correct.
20       Q.   And so the odds ratio of asthma for
21 those who have been exposed to formaldehyde at
22 .106 parts per million is 7.1; is that right?
23            MR. WEINSTOCK:   Object to the form.
24       A.   That is correct.
25       Q.   There's an objection so let me ask