## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary, appeared on this the 18th day of May, 2009, William D. Scott, PE, CHMM, a person whose identity is known to me. After being sworn under oath, he stated as follows:

1.  My name is William D. Scott, PE, CHMM. I am over 21 years of age and am competent to give this affidavit. Unless otherwise noted, the facts contained in this affidavit are based on my personal knowledge.

2.  I am a registered professional Environmental Engineer. I am the principal of the W. D. Scott Group, Inc., a professional environmental engineering and consulting firm that, for nearly thirty years, provides hazardous materials evaluation and consulting services to the public and private sectors. These services include the management of hazardous and toxic materials and wastes, regulatory compliance programs, environmental technical direction for many hazardous/toxic materials release incidents at transportation and industrial incident sites, hazard evaluations, exposure controls, occupational safety and health, and technical and regulatory compliance training. I have more than thirty years personal and direct experience in the above mentioned areas. I have completed post-graduate courses and seminars in chemical toxicology, occupational and public environmental safety and health, chemical exposure assessment, indoor air quality, air contaminant sampling methodology, exposure recognition, and hazardous materials evaluation and control. Throughout this period, I have personally conducted and directed the use of field air sampling, laboratory report interpretation, and field investigative techniques to determine the source and origin of environmental contaminants. Further information on my background and experience is contained in my resume, Attachment 1.

3.  **Background** - The objective of the following study is to quantitatively determine the airborne concentrations of Formaldehyde in one (1) Federal Emergency Management Agency (FEMA) temporary housing unit (THU). The THU in question is identified as follows:

    A.  **THU Identity** - The THU is designated by the following information:

        | | |
        |---|---|
        | Manufacturer: | Gulf Stream Coach, Inc. |
        | Model: | Cavalier |
        | Date of Manufacture: | 12/13/04 |
        | Gulf Stream Serial Number: | 57-5-T-CVDH-21783 |
        | Vehicle Identification Number: | 1NL1GTR2551021783 |
        | FEMA Identification Number: | 1041407 |
        | THU Size: | 8' x 28' |

    B.  **Occupancy** - The THU was occupied during the period of May 27, 2006 through December 30, 2007.

*Page 1 of 10*

ALX-EXP-64-000001

C.    **Configuration** - The THU is generally configured as three (3) rooms: Master Bedroom, Bathroom, and Kitchen/Living/Bunkroom.  Floorplan drawings are contained in Attachment 2.  Photographs are contained in Attachment 3.

D.    **THU Sampling Locations -**

    1.    Initial Sampling Event (January 28/29, 2008) - The THU was located at 4415 Dale Street, New Orleans, Louisiana, 70126, at the time of the initial inspection/sampling event.

    2.    Second Sampling Event (May 06/07, 2009) - The THU was located at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, at the time of the second inspection/sampling event.

4.    **Formaldehyde** - Formaldehyde is a colorless, flammable, acrid, pungent-smelling gas.  The chemical formula for formaldehyde is HCOH and its molecular weight is 30.03 grams per mole.  Formaldehyde's CAS is 50-00-0.[1]

5.    **Potential Formaldehyde Sources** - Hardwood plywood, particleboard, and medium-density fiberboard (MDF) release formaldehyde. Cabinets, countertops, shelving, doors, wall paneling, furniture, and floor underlayment are all potential formaldehyde sources.  The origin of the formaldehyde vapor is urea formaldehyde (UF) adhesive.  UF adhesive is used to bond veneers, wood particles, and wood fibers. Melamine formaldehyde adhesives are used to bond vinyl overlays and hardwood veneers to particleboard and hardwood plywood. During fabrication and curing of these materials, the majority of the formaldehyde becomes part of the adhesive matrix. A small amount of formaldehyde, however, attaches directly to the wood without reacting. This "free" formaldehyde can be later released when ambient conditions become favorable.

---

[1] Lewis, *Sax's Dangerous Properties of Industrial Materials Tenth Edition and Hawley's Condensed Chemical Dictionary Thirteenth Edition*, Wiley, Hoboken, NJ, 2000.

*Page 2 of 10*

THU manufacturers commonly use pressed wood products such as particleboard, plywood, and MDF as building materials, finishes, and finishes. These materials are used in sub-floors, cabinetry and furniture. In addition, some formaldehyde-containing upholstery, fabrics, and carpeting are also used in the manufacture of THUs. Countertops, carpeting and the above-listed wood products are commonly installed using formaldehyde-based glues and adhesives. [2]

6.    **Formaldehyde Exposure Standards** - The following formaldehyde exposure standards have been published by regulatory agencies, advisory agencies, and health and safety professional organizations.

    A.    **Occupational Safety & Health Administration** (OSHA), US Department of Labor; Workplace Exposure Standard [3]

            Permissible Exposure Limit:
            Time-Weighted Average (TWA) (8-hours) - 0.75 parts per million (ppm)

            Short Term Exposure Limit (workplace allowable exposure for 15 minutes followed by 1.75 hours of no exposure) - 2 ppm

    B.    **American Conference of Governmental Industrial Hygienists** (ACGIH); Workplace Exposure Standard [4]

            Threshold Limit Value - Short Term Exposure Limit (TLV-STEL) (workplace allowable exposure for 15 min. followed by 1.75 hrs. of no exposure) - 0.3 ppm

    C.    **World Health Organization** (WHO), 2000, Air Quality Guidelines for Europe; General Public [5]

            Air Quality Guideline Value (0.5 hour) - 0.08 ppm

    D.    **Health Canada** (HC), Residential Indoor Air Quality Guidelines; General Public [6]

            One (1) hour exposure limit - 0.1 ppm

            Eight (8) hour exposure limit - 0.04 ppm

---

[2] USEPA, *Indoor Air Quality - Basic Information - Formaldehyde*, Washington DC, 2007 http://www.epa.gov/iaq/formalde.html

[3] USDOL, OSHA, *OSHA Formaldehyde Standards* ,Washington DC, 2008 http://wvvw.osha.gov/SLTC/formlaldehyde/standards.html

[4] ACGIH, *Documentation of Threshold Limit Values and Biological Exposure Indices*, 2001

[5] World Health Organization, *Air Quality Guidelines for Europe - Formaldehyde*, Copenhagen, DE, 2001   http://www.euro.who.int/document/aiq/5_8formaldehyde.pdf

[6] Health Canada, *Residential Indoor Air Quality Guideline - Formaldehyde* , 2006 http://www.hc-sc.gc.calewh-selnt/alt forn1ats/hecs-sesc/pdf/pubs/air/formaldehyde-eng.pdf

ALX-EXP-64-000003

E.   **National Institute for Occupational Safety & Health** (NIOSH), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; Workplace Exposure Standard [7]

    Recommended Exposure Limits:

    TWA up to 10 hour work day/40 hour work week - 0.016 ppm

    Ceiling (never exceed) - 0.1 ppm

    Immediately Dangerous to Life and Health (IDLH) - 20 ppm

F.   **Agency for Toxic Substances and Disease Registry** (ATSDR), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; General Public [8]

    Minimal Risk Levels (MRL)

    Acute MRL (exposure < 14 days) - 0.04 ppm

    Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

    Chronic duration MRL (exposure > 1 year) - 0.008 ppm

G.   **California Environmental Protection Agency** (CEPA), Office of Environmental Health Hazard Assessment; General Public [9]

    As low as possible (assuming concentrations < background not achieved), or:

    Recommended exposure limits (REL)

    Acute REL (1 hour) - 0.076 ppm

    Intermediate REL (8 hour) - 0.027 ppm

    Chronic REL - 0.0024 ppm

In evaluating the exposure standards presented above, it is important to understand that the "Workplace Exposure Standard" is, as the name implies, based on the contaminant concentration in air for which it is believed that nearly all workers may be repeatedly exposed, day after day, without adverse effect, based on a conventional 8-hour workday and a 40-hour work week, without adverse effect. The population used to establish workplace exposure standards consists of adults generally males, in relatively good health.

---

[7] NIOSH, *NIOSH Pocket Guide to Chemical Hazards*, 2005
http://www.cdc.gov/niosh/npg/npgd0293.html

[8] ATSDR, *Minimal Risk Levels (MRLs) for Hazardous Substances,* 2007
http://www.atsdr.cdc.gov/mrls/index.html

[9] California EPA, ARB, *Indoor Air Quality Guideline - Formaldehyde in the Home*, 2004
http://www.arb.ca.gov/research/indoor/formaldgl08-04.pdf

ALX-EXP-64-000004

"General Public Exposure Standards" are generally significantly lower than Workplace Exposure Standards for two predominant reasons: 1) the General Public contains many subsets of sensitive individuals (the elderly, the very young, immuno-compromised individuals, individuals with respiratory disease, etc.; that are excluded from the workplace model and 2) the general public will have an exposure duration that far exceeds the "8-hour workday and 40-hour work week" basis of workplace standards.

For these reasons, the OSHA, NIOSH, and ACGIH formaldehyde workplace exposure standards cannot be competently applied when evaluating the general public's exposures.

7.   **Sampling Methodology** - The formaldehyde sampling methods employed in determining the concentrations in the THU are described below.  The sampling methods employed comply with *Formaldehyde Sampling: Active and Passive Sampling Protocols* [10] (Sampling Protocol).

A.   **Initial Sampling Event** (January 28/29, 2008) -

Passive Sampling - Passive Dosimetry was employed, using an Assay Technology, Inc, ChemDisk 571 Aldehyde Monitor (Monitor).  Sampling was conducted by Mr. Nathan Vallette, Project Manager, W. D. Scott Group, Inc.  The Monitor was placed in the Master Bedroom near the Night Stand at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed.  The Monitor was exposed to the environment for approximately twenty-four hours.  At the completion of the sampling period, the Monitor was recovered, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.  Note that the THU is supported by at least one out of plumb support.

Field data collection records, laboratory reports, and chain of custody documents for the Initial Sampling Event are contained in Attachment 4.

B.   **Second Sampling Event** (May 06/07, 2009) - Sampling was conducted by the undersigned.

1.   **Passive Sampling** –

Passive Dosimetry was employed, using SKC UMEX 100 Passive Samplers (Monitor).  Monitors were placed at the following locations within the THU:

a.   Master Bedroom - Near the Night Stand at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed.

b.   Master Bedroom - Near the window at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed.

c.   Kitchen - Within the cabinetry beneath the Kitchen Sink at a height of 26" above floor level.  The cabinet door was closed for the duration of the sampling period.

---

[10] DeVany, *Formaldehyde Sampling: Active and Passive Sampling Protocols*, 2008

ALX-EXP-64-000005

    d.    Bathroom - Suspended from the midpoint of the shower curtain rod, at a height of 60" to approximate a standing person's breathing zone.

The Monitors were exposed to the environment for approximately fourteen hours. At the completion of the sampling period, the Monitor was recovered, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

    2.    **Active Sampling** –

Active sampling was conducted in accordance with *NIOSH Method 2016* [11] (Method). Active sampling was conducted by the use of a battery operated personal sampling pump, connected with flexible tubing, to an SKC 226-119 sorbent tube (Sample Tube). The sample train was placed in the Master Bedroom on the Night Stand, with the sample tube inlet at a height of 26" above floor level to simulate the breathing zone of a recumbent person occupying the bed. This sample train was calibrated immediately prior to and immediately after sampling. The sampling duration was 30 minutes. Based on the calibrated sample train flow rate and duration, the sample volume was determined.

At the completion of the sampling period, the Sample Tube was recovered, sealed, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

    3.    **Interferences** -

The Active Sampling was to occur with the THU sealed. A single door opening was necessary to allow the entry of personnel and equipment to conduct the sampling. On four (4) occasions prior to and during the Active Sampling, Defense and/or FEMA personnel opened the THU access door, resulting in ventilation of the THU.

Field data collection records, laboratory reports, and chain of custody documents for the Second Sampling Event are contained in Attachment 5.

**8.**    **Laboratory Analysis**

    A.    All samples were analyzed in accordance with *NIOSH Method 2016 (Formaldehyde)*, Issue 2, 15 March 2003 (Method). The Method employs High Performance Liquid Chromatography with Ultraviolet Detection (HPLC UV) as the analysis method.

    B.    All samples were analyzed by Assay Technology, 1252 Quarry Lane, Pleasanton, California, 94566. Assay Technology is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 101728.

---

[11] NIOSH, *Method 2016 (Formaldehyde), Issue 2, NIOSH Manual of Analytical Methods (NMAM), Fourth Edition*, 2003, http://www.cdc.gov/Niosh/nmam/pdfs/2016.pdf

ALX-EXP-64-000006

9. **Results** - The following, summarized results for the Initial and Second Sampling Events are presented below.

A. **Initial Sampling Event** (January 28/29, 2008) –

| Sample # | Sample Location | Monitor Result HCOH (ppm) |
|---|---|---|
| GD2439 | MBR @ Night Stand | 0.05 |

B. **Second Sampling Event** (May 06/07, 2009) –

| | Sample Location | Monitor Result HCOH (ppm) | Tube Result HCOH (ppm) |
|---|---|---|---|
| 2917200300 | MBR @ Night Stand | N/A | 0.11 |
| 955045 | MBR @ Night Stand | 0.074 | N/A |
| 955047 | MBR @ Window | 0.059 | N/A |
| 955048 | Kitchen Cabinet under Sink | 0.099 | N/A |
| 955049 | Bathroom | 0.068 | N/A |

Laboratory reports are contained in Attachment 6.

10. **Conclusions** -

A. **Initial Sampling Event** (January 28/29, 2008) -

The Passive Dosimetry result was a formaldehyde concentration in air of 0.05 parts per million (ppm). The average ambient outdoor temperature for the duration of the sampling event was approximately 59° F. The average THU interior temperature was approximately 72° F. The average THU interior relative humidity was 46.6 %.

B. **Second Sampling Event** (May 06/07, 2009) -

1. Passive Sampling - The Passive Dosimetry results for formaldehyde concentration in air of were: 0.074 ppm, 0.059 ppm, 0.099 ppm, and 0.068 ppm. The average ambient outdoor temperature for the duration of the sampling event was 82.4° F. The average THU interior temperature was 83.8° F. The average THU interior relative humidity was 69.9 %.

2. Active Sampling - The Active Sampling result was a formaldehyde concentration in air of 0.11 ppm. The average ambient outdoor temperature for the duration of the sampling event was 84° F. The average THU interior temperature was 91.8° F. The average THU interior relative humidity was 69.3 %.

*Page 7 of 10*

C.      **Temperature and Humidity Effects -**

The apparent variance in results between the Initial and Second Sampling Events can be easily explained through close examination of the conditions extant during the sampling events. Both temperature and relative humidity were significantly higher during the Second Sampling Event than for the Initial Sampling Event. This is due to the seasonal variations in these parameters. The fact that formaldehyde off gassing rates from materials (and resulting formaldehyde concentrations in air in enclosed spaces) vary directly with both temperature and relative humidity is well documented.

For example, ASTM Standard E 1333 – 96 [12] indicates that a 5° F increase in temperature from 72°F to 77°F results in a 36 % correction factor (increase) to provide an accurate estimate for actual airborne formaldehyde concentrations. Thus, an increase to 77°F from the average 72°F encountered in the THU in the Initial Sampling Event results in a temperature adjusted airborne formaldehyde concentration of 0.068 ppm from the measured 0.05 ppm.

Similarly, Relative Humidity is an important factor in interpreting airborne formaldehyde concentrations. Referring to the Initial Sampling results and Standard E 1333–96 [13], adjusting the measured 0.05 ppm result for relative humidity, based on the 46.6% encountered at sampling to the relative humidity encountered during the Second Sampling Event (69.9%) results in a corrected value of 0.084 ppm.

These factors demonstrate that the results obtained by both Sampling Events are generally consistent.

D.      **Formaldehyde Concentration Variance Over Time -**

The off gassing rates of formaldehyde containing building materials over time has been well documented. The rate at which formaldehyde emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time. In simple terms, the rate of off gassing of formaldehyde containing building materials decreases over time.

The Initial and Second Sampling Events occurred approximately 37 and 52 months, respectively, after the THU was constructed (12/13/2004). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak materials formaldehyde off gassing period. This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Initial and Second Sampling Events.

---

[12] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

[13] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

ALX-EXP-64-000008

The same conclusion was reached by the U. S. Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of 519 FEMA supplied occupied travel trailers, park models, and mobile homes conducted in December/January, 2008: *These measured levels probably under-represent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.* [14]

E.    **Ventilation -**

During the Initial Sampling Event, the THU's heating, ventilation, and air conditioning (HVAC) system was not in operation due to mild weather conditions and the fact the THU was unoccupied.  The doors and windows were shut.

The occupants vacated the THU in late December, 2007.  The THU was unoccupied and (presumably) neither the HVAC was operated nor the doors and windows opened.  For the Second Sampling Event, Active Sampling was performed without the HVAC system in operation and with THU openings shut (with the exception of the previously mentioned unauthorized opening of the door).  Passive sampling was performed after the THU had stood open for approximately three hours.  However, the results of these sampling events should not be regarded as tests of a "sealed unit".

Immediately subsequent to the Second Sampling Event, an ASTM E 1827 – 96 "Blower Door" test [15] was performed on the THU to determine its air tight integrity.  The results of this test indicate that, with all doors and windows shut, the THU experienced an equivalent air exchange rate of 1.65 air changes per hour (ACH).  This compares to an observed air change rate of 0.15 to 0.39 ACH in THUs examined by CDC.  This ACH rate, coupled with the multiple door openings and closings prior to Passive Sampling, prevented any "sealed" conditions for the Passive Sampling conducted.

F.    **Comparison of Second Sampling Event Results with Published Standards -**

Using only the results of Sample Number 955045 that reported 0.074 ppm formaldehyde in air, for clarity, the following comparisons are presented:

1.    The Sample Number 955045 result exceeds the Health Canada (HC), *Residential Indoor Air Quality Guidelines*; General Public; Eight (8) hour exposure limit - 0.04 ppm

2.    The Sample Number 955045 result exceeds the National Institute for Occupational Safety & Health (NIOSH), CDC; *Workplace Exposure Standard*; Recommended Exposure Limits: TWA up to 10 hour work day/40 hour work week - 0.016 ppm

---

[14] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes*; *Conclusions*; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

[15] ASTM, *Standard E 1827 – 96 (2007) Standard Test Method for Determining Airtightness of Buildings Using an Orifice Blower Door*, West Conshohocken, PA, 2002

ALX-EXP-64-000009

3.  The Sample Number 955045 result exceeds the Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; *Minimal Risk Levels* (MRL):

    Acute MRL (exposure < 14 days) - 0.04 ppm

    Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

    Chronic duration MRL (exposure > 1 year) - 0.008 ppm

4.  The Sample Number 955045 result exceeds the California Environmental Protection Agency (CEPA), Office of Environmental Health Hazard Assessment; General Public; *Recommended Exposure Limits* (REL):

    Intermediate REL (8 hour) - 0.027 ppm

    Chronic REL - 0.0024 ppm

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this *18th* day of May, 2009

_____
William D. Scott, PE, CHMM
1117 Wright Avenue
Gretna, Louisiana   70056

_____
Notary Public Signature

*EDWARD D. MARKLE*
Notary Public Name

*08919*
Notary Number

*DEATH*
Commission Expires

*Page 10 of 10*

ALX-EXP-64-000010

**<u>Attachment 1</u>**

**William D. Scott, PE, CHMM, Resume**

ALX-EXP-64-000011

# RESUME
# WILLIAM D. SCOTT

**W. D. Scott Group, Inc.**
**1117 Wright Avenue**
**Gretna, Louisiana 70056**

## EDUCATION

Bachelor of Science, Ceramic Engineering; 1974; Missouri School of Mines and Metallurgy, Rolla, MO

MPH Program, Tulane University, School of Environmental Health and Tropical Medicine, New Orleans, LA; completed significant portion of required coursework toward degree program.

## PROFESSIONAL LICENSES/REGISTRATIONS

Certified Hazardous Materials Manager (Master Level), 1984
Designated Engineering Duty Officer, U.S. Navy Sea Systems Command, 1985
Registered Professional Engineer, Florida, 1989 (Inactive)
Registered Professional Engineer (Environmental), Louisiana 1994
Registered Professional Engineer (Mechanical), Louisiana, 1984
Registered Professional Engineer, Mississippi, 1984
Registered Professional Engineer, Missouri, 1984
Registered Environmental Assessor, California, 1990 (Inactive)
Registered Asbestos Consultant, Florida, 1990 (Inactive)
AHERA Accredited Asbestos Instructor, USEPA/Louisiana, 1987
AHERA Accredited Asbestos Inspector, USEPA/Louisiana, 1987 (Inactive)
AHERA Accredited Asbestos Management Planner, USEPA/Louisiana, 1987
AHERA Accredited Asbestos Project Supervisor, USEPA/Louisiana, 1987 (Inactive)
AHERA Accredited Asbestos Designer, USEPA/Louisiana, 1987

## PROFESSIONAL ASSOCIATIONS

American Consulting Engineers Council, Louisiana Chapter
    Environmental Committee Chairman
Environmental Information Association (formerly the National Asbestos Council)
    National President - 1991
    Chairman, Industrial Committee - 1992 to 1993
    Chairman, Sampling and Analytical Committee - 1987 to 1990
Institute of Certified Hazardous Materials Managers
Louisiana Chapter, Certified Hazardous Materials Managers
Louisiana Consulting Engineers Council
Louisiana Engineering Society
Louisiana Emergency Preparedness Association

ALX-EXP-64-000012

# RESUME
## WILLIAM D. SCOTT

**PROFESSIONAL EXPERIENCE**

**1987 to present; W. D. Scott Group, Inc.; President and Senior Project Manager**

The W. D. Scott Group is actively involved in all facets of hazardous/toxic materials management including site evaluations, emergency planning, permitting, remediation design, project management, and industrial hygiene. The areas of expertise of the firm include asbestos management; underground storage tanks; bulk liquid storage and transfer facilities; chemical emergency response support; commercial and industrial hazardous/toxic waste sites; hazardous/toxic soils and groundwater investigations; air pollution quantification and controls; risk based assessments; litigation support, commercial and industrial health and safety; and all phases of regulatory agency interface. Specific regulatory areas within the Firm's scope of work include CERCLA, SARA Title III, RCRA, CAA, CWA, TOSCA, FIFRA, and portions of OSHA dealing with construction, hazardous materials, and process safety management. The Asbestos Division of the Scott Group has conducted several hundred asbestos projects including surveys; project design and specification; construction management; air monitoring and QA/QC and cost estimates.

**1990 to 1993; Materials Management Group, Inc.; President, Partner, Senior Project Manager, Incident Commander**

The Materials Management Group (MMG) was a full service environmental remediation company, with a particular emphasis on Chemical Emergency Response, the management and handling of high risk materials, and post-disaster cleanup. Customers included the petrochemical and oil refining industries, and the marine, rail, highway, and aviation transportation industries. In addition to field services, MMG provided, through its professional staff, emergency planning, training, exercise planning and execution, industrial hygiene, remediation project design, and contaminant dispersion modeling services. MMG's primary area of operations was the U.S. Gulf Coast, although the company provided services in the Far East, Europe, and various locations in North America.

**1980 to 1987; Lanier and Associates, Consulting Engineers, Inc.; Vice-President, Partner, and Project Manager**

Formed and headed the Environmental Management Division within this established engineering firm. The firm was actively involved in all facets of hazardous/toxic materials management including site evaluations, permitting, remediation design, project management, and industrial hygiene. The specific areas of expertise of the firm include underground storage tanks, bulk liquid storage and transfer facilities, commercial and industrial hazardous/toxic waste sites, hazardous/toxic soils and groundwater investigations, air pollution quantification and controls, commercial and industrial health and safety, and all phases of regulatory agency interface. Specific regulatory areas within the firms scope of work include CERCLA, SARA Title III, RCRA, CAA, CWA, TOSCA, Article 404 Wetlands, and portions of OSHA dealing with construction and hazardous materials. In responsible charge of projects including: design and permitting of oil refinery retrofit to hazardous waste recycling unit; design and permitting of ship/barge cleaning and gas freeing facility for hazardous waste and recycle; design and project management of coastal and marshland waterflood system; design and project management for sour gas production platforms; design, permitting, and project management for liquid hazardous material bulk storage and transfer facilities; design, permitting, and project management for hazardous and toxic waste remediation sites.

**Page 2 of 5**

# RESUME
## WILLIAM D. SCOTT

**1979 to 1980; Paktank Louisiana Inc.; Resident Project Manager**

Project management for the retrofit and expansion of an existing bulk petroleum marine storage facility to liquid chemical storage and transfer. The facility included spec chemical storage for materials in quantities of 5,000 to 1,000,000 barrels per tank. Liquid chemicals stored included toxics, carcinogens, flammables, explosives, pesticides, and cryogens. Design and construction management for storage, pipelines, and pumping stations, ship and barge docks, truck racks, pumping and purging systems, pollution control, fire management, OSHA compliance, and necessary supporting systems. Development and training of in-house fire and chemical emergency response capability.

**1978 to 1979; Goodhope Refining Inc.; Construction Superintendent**

Direct field construction and project management for the expansion of a 100,000 mmbd refinery to 200,000+ mmbd. Responsibilities included translating process flow diagrams into workable piping and equipment systems, management of 500 person contract construction workforce, acceptance testing, safety and fire management. Major construction areas included the installation of a new FCCU, platformer reformer unit, ship and barge docks and loading facilities, product storage, and pollution control systems. Collateral duty as Emergency Coordinator for plant fire and emergency.

**1977 to 1978; AMAX Nickel Refinery, Inc.; Area Supervisor**

Supervisory responsibility for eight first line supervisors and 38 hourly employees. Responsible for production throughout and quality for major unit of 80MM pound/year nickel and cobalt refining process. Evaluation and prioritization of maintenance requirements for area and acceptance testing of capital additions. Coordination of production scheduling to meet maintenance requirements. Shift and volunteer fire and rescue brigade supervisor.

**1976 to 1977; Interpace Corporation; Calcine Superintendent**

Cost, production and maintenance responsibility for a 200,000 ton (annualized) calcined kaolin production facility, and 30,000 ton air-floated kaolin bulk and packaging facility. Supervisory responsibility for 15 maintenance, 45 production, and 10 salaried personnel, including one geologist and one staff engineer. Supervisor for California Division of Forestry required forest/range fire fighting company. Instituted facility preventative maintenance and engineering group for this facility and others in this area. Liaison with export trading companies and product sales personnel. Responsibility for mine control, process performance, and finished product quality.

**1975 to 1976; Interpace Corporation; Area Process Engineer**

Primary responsibility for initiation of energy reduction programs for a complex of five mines and four mineral process plants. Staff environmental and safety advisor to plant/mine management. Radiological controls officer. Instituted of revised quality control procedures; correlated mine control data with finished product quality. Collateral responsibilities as Superintendent of Reclaim Mining Operations and Acting Manager of flotation silica sand plant.

ALX-EXP-64-000014

# RESUME
# WILLIAM D. SCOTT

## MILITARY EXPERIENCE

**1974 to 1992; U.S. Naval Reserve; Engineering Duty Officer**

Commanding Officer (1991-92) of an Intermediate Ship Repair Unit during Desert Shield/Desert Storm. Detachment capabilities include propulsion, weapons, and hull maintenance and repair, with QA/QC capability. Military Advisor to USCG Captain of the Port, New Orleans (1989-91). Previously assigned (1982-89) as Operations Officer for SBU-22, a coastal/inshore Special Warfare unit; with significant Unit deployments to Africa, South and Central America, the Middle East, and Asia. Qualified Special Warfare Combat Craft Patrol Officer. Prior assignments include Repair Officer for Intermediate Ship Repair Unit, and Quality Control Officer for the U.S. Navy Supervisor of Shipbuilding, New Orleans.

**1965 to 1972; U.S. Navy; Nuclear Reactor Operator**

Qualified in Submarines; Qualified Reactor Operator, Maneuvering Area Shutdown Watch and Engineering Watch Supervisor on afloat and prototype submarine nuclear propulsion plants. Engineering Damage Control Supervisor and Radiological Controls Team Member. Prototype Instructor 8/68 to 6/70, training operator and watch officer candidates. Experience includes core physics testing and two reactor refuelings.

## PUBLICATIONS/PRESENTATIONS

Contributing author to the *Sourcebook on Asbestos Diseases* (Garland Publishing, Inc., New York, NY, March, 1989; 1991; and 1995 editions)

Co-authored *Assessing Asbestos Exposure Potential in Nonindustrial Settings* (Journal of Community Health, Summer/Fall, 1987); E. Chang, W. Scott, L. White

*Heavy Industry: Stepchild of Asbestos Management*, (Asbestos Abatement News, April, 1990)

*Instant Experts* (Asbestos Issues, February, 1989)

*Asbestos Management Implementation: The Practical Aspects*; National Asbestos Council Annual Conference; Atlanta, GA; February, 1988

*Asbestos Abatement Projects: Saving the Ones That Go Bad*; National Asbestos Council Annual Conference, Anaheim, CA; March, 1989

*Chemical Emergency Response: Building the Foundation*; Invited Speaker, Pro-Eco '93, Monterrey, Mexico; May, 1993

*When Disaster Strikes - Catastrophic Chemical Emergency Response and Remediation*; Invited Speaker; Academy of Certified Hazardous Materials Managers Annual Conference, New Orleans; August, 1996

*Air Monitoring for Marine Chemical Release Emergencies;* Invited Speaker, USCG Captain of the Port; New Orleans; June, 2000

**Page 4 of 5**

ALX-EXP-64-000015

# RESUME
## WILLIAM D. SCOTT

*Air Monitoring for Marine Chemical Release Emergencies;* Invited Speaker, USCG Captain of the Port; New Orleans; August, 2001

*Mold Issues in Gulf Coast Construction; Causes and Cures*; Invited Speaker, Home Builders Association Gulf Coast Region Conference; New Orleans, LA; October, 2003

*Mold in Gulf Coast Construction; Causes and Cures*; Invited Speaker, American Institute of Architects and Society of Interior Designers Conference; New Orleans, LA; October, 2003

*Remediation of the Jefferson Parish Fire Training Center: A Decade of Challenges*; Invited Speaker, USEPA Region VI MS4 Conference; New Orleans, LA; July, 2004

*After the Storm: Cleaning Up After Katrin*a; Invited Speaker, National Environmental Partnership Summit, New Orleans, LA; May, 2007

**Page 5 of 5**

ALX-EXP-64-000016

**William D. Scott**
**Participation in Legal Proceedings**
**as of 11/05/2008**

| | |
|---|---|
| Case Title: | Riverside Market Development Corporation versus National Gypsum Co. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1987 |
| Retained by: | Stone, Pigman, Walther, Wittman & Hutchinson (Paul Zimmering) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 471 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | State of Louisiana ex. Re. Board of Commissioners of the Port of New Orleans versus W.R. Grace & Co.-Conn. and U.S. Mineral Products Co. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1990 |
| Retained by: | Lewis & Kullman (Lawrence Kullman) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 521 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Brevard County versus W. R. Grace & Company |
| Venue: | U.S. District Court of Florida, Orlando Division |
| Year: | 1991 |
| Retained by: | Barham & Markle (Edward D. Markle) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support |
| Internal File No.: | 819 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Gracie S. Atkins, et al, versus Harcros Chemicals, Inc., et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 1991 |
| Retained by: | Kean, Miller, Hawthorne, D'Armond, McCowan & Jarmon (Neil Sweeney) |
| Case Type: | Chemical Real Property Damage, Personal Injury Class Action |
| Services Provided: | Technical Support, Deposition Testimony |
| Internal File No.: | 951 |
| Status: | Closed |

ALX-EXP-64-000017

## William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | Southern Pacific Transport Co. versus Builders Transport |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1993 |
| Retained by: | Barham & Markle (Edward D. Markle) |
| Case Type: | Chemical Personal Injury |
| Services Provided: | Technical Support, Trial Testimony |
| Internal File No.: | 843 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Jefferson Parish Hospital Service District No. 2, Parish of Jefferson, State of Louisiana, d/b/a East Jefferson General Hospital versus W. R. Grace & Company and W. R. Grace& Company- Conn. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 1993 |
| Retained by: | Lewis & Kullman (Lawrence Kullman) |
| Case Type: | Asbestos Cost Recovery, Product Liability |
| Services Provided: | Technical Support |
| Internal File No.: | 1136 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Stranco, Inc. versus Heartland Express, Inc. of Iowa |
| Venue: | 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana |
| Year: | 1993 |
| Retained by: | Crawford & Lewis (Kirk Patrick) |
| Case Type: | Hazardous Materials Cleanup Billing |
| Services Provided: | Technical Support, Trial Testimony |
| Internal File No.: | 493 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Douglas Abadie, et al, versus Metropolitan Life Insurance Company, et al |
| Venue: | 24th Judicial District Court, Parish of Jefferson, State of Louisiana |
| Year: | 1995 |
| Retained by: | Jones, Walker, Waechter, Poitevent, Carrere & Denegre (Stan Denegre) |
| Case Type: | Asbestos Personal Injury, Product Liability |
| Services Provided: | Technical Support |
| Internal File No.: | 1864 |
| Status: | Closed |

Page 2 of 7

ALX-EXP-64-000018

# William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

| | |
|---|---|
| Case Title: | Cheryl A. Bone versus Harcros Chemicals, Inc., et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 1996 |
| Retained by: | Keen, Miller, Hawthorne, D'Armond, McCowan & Jarmon (Neil Sweeney) |
| Case Type: | Chemical Real Property Damage, Personal Injury Class Action |
| Services Provided: | Technical Support |
| Internal File No.: | 1552 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Debra Zackowski, et al, versus State of Louisiana |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 1999 |
| Retained by: | Markle,. Daly & Martinez (Edward D. Markle) |
| Case Type: | Product Liability, Personal Injury |
| Services Provided: | Technical Support |
| Internal File No.: | 531 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Nelson E. Davis, et al, versus Avondale Industries, Inc. et al |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 2000 |
| Retained by: | Jones, Walker, Waechter, Poitevent, Carrere & Denegre (Leon Gary) |
| Case Type: | Asbestos Personal Injury |
| Services Provided: | Technical Support, Expert Report |
| Internal File No.: | 538 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Gwendolyn Johnson versus FDL, Inc. |
| Venue: | U.S. District Court, Eastern District of Louisiana |
| Year: | 2001 |
| Retained by: | Markle & Associates (Edward D. Markle) |
| Case Type: | Product Liability, Personal Injury |
| Services Provided: | Technical Support |
| Internal File No.: | 2300 |
| Status: | Closed |

**Page 3 of 7**

ALX-EXP-64-000019

## William D. Scott
## Participation in Legal Proceedings
### as of 11/05/2008

Case Title:          James Presly, et al, versus Air Products and Chemicals, Inc.
Venue:               Circuit Court, Santa Rosa County, Florida, No. 99-528-CA
Year:                2001
Retained by:         Frank J. D'Amico, Jr. Law Firm (Frank D'Amico, Jr.)
Case Type:           Chemical Real Property Damage and Personal Injury Class Action
Services Provided:   Technical Support, Expert Reports, Deposition Testimony, Judicial
                     Hearing Testimony
Internal File No.:   534
Status:              Closed


Case Title:          Premier Restaurants, Inc. versus Joseph Simone and Rose Simone
Venue:               24th Judicial District Court, Jefferson Parish, Louisiana No. 541-195
Year:                2002
Retained by:         Newman, Mathis, Brady, Wakefield & Spedale (Bob Mathis)
Case Type:           Real Estate Environmental Contamination
Services Provided:   Technical Support, Deposition Testimony
Internal File No.:   1901
Status:              Closed


Case Title:          Daniel Benedetto versus The Oatey Co. and Cherne Industries, Inc.
Venue:               24th Judicial District Court, Jefferson Parish, Louisiana
Year:                2002
Retained by:         Markle & Associates (Edward D. Markle)
Case Type:           Product Liability, Personal Injury
Services Provided:   Technical Support, Affidavit
Internal File No.:   542
Status:              Closed


Case Title:          Sherry Waters, et al versus U.S. Department of Social Services, et al
Venue:               Civil District Court, Parish of Orleans, State of Louisiana
Year:                2002
Retained by:         Duplass, Zwain, Bourgeois & Morton (Joe Morton)
Case Type:           Mold and Asbestos Personal Injury Class Action
Services Provided:   Technical Support, Deposition Testimony, Judicial Hearing Testimony
Internal File No.:   2291
Status:              Closed


**Page 4 of 7**

ALX-EXP-64-000020

**William D. Scott**
**Participation in Legal Proceedings**
**as of 11/05/2008**

| | |
|---|---|
| Case Title: | Brenda C. Redden and Lettie Marinovich versus the Parish of Plaquemines, the Plaquemines Parish Council, and ABC Insurance Company |
| Venue: | 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, No. 48-380 |
| Year: | 2002 |
| Retained by: | Plaquemines Parish Attorney's Office |
| Case Type: | Mold Personal Injury |
| Services Provided: | Technical Support |
| Internal File No.: | 2284 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | L. & P. Sowa versus Cox Communications, et al. |
| Venue: | Civil District Court, Division D, Parish of Orleans, State of Louisiana |
| Year: | 2002 |
| Retained by: | Hulse & Wanek (Joseph Gallagher, Jr.) |
| Case Type: | Mold and Water Damage Real Estate Property Damage |
| Services Provided: | Technical Support, Expert Report, Deposition Testimony |
| Internal File No.: | 2512 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Hozenthal, et al (Case # 2001-16969); Galen, et al (Case # 2001-16972); Feran, et al (Case # 2001-16984), versus the Sewerage & Water Board of New Orleans |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2005 |
| Retained by: | Murray Law Firm (Justin Woods) |
| Case Type: | Mold and Water Damage Real Estate Property Damage |
| Services Provided: | Technical Support, Expert Reports, Deposition Testimony |
| Internal File No.: | 2640 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Wellmyer, et al, versus Baumer Foods, Inc., et al |
| Venue: | Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2005 |
| Retained by: | Chopin Wagar Richard & Kutcher (Elizabeth S. Sirgo) |
| Case Type: | Mold Personal Injury |
| Services Provided: | Technical Support, Expert Report |
| Internal File No.: | 2798 |
| Status: | Closed |

ALX-EXP-64-000021

**William D. Scott**
**Participation in Legal Proceedings**
**as of 11/05/2008**

| | |
|---|---|
| Case Title: | Jude Guidry, et al, versus Southern Petroleum Laboratories, et al; Civil Action No. 03-936 |
| Venue: | Section D, Middle District of Louisiana, United States District Court |
| Year: | 2006 |
| Retained by: | Frank J. D'Amico, Jr. Law Firm (Frank D'Amico, Jr.) |
| Case Type: | Chemical Personal Injury |
| Services Provided: | Technical Support, Expert Report, Deposition Testimony |
| Internal File No.: | 2977 |
| Status: | Active |

| | |
|---|---|
| Case Title: | Bruce Coates, et al, versus Garlock Sealing Technologies, et al; Case No. 2004-7817 |
| Venue: | Division 4, Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2006 |
| Retained by: | Jones Walker (Stan Millan) |
| Case Type: | Asbestos Personal Injury |
| Services Provided: | Technical Support, Expert Report |
| Internal File No.: | 2970 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | The Higbee Company versus The Greater Lakeside Corp., et al; Civil Action No. 06-2848 |
| Venue: | Eastern District of Louisiana, United States District Court |
| Year: | 2007 |
| Retained by: | Chopin Wagar Richard & Kutcher (Robert Kutcher) |
| Case Type: | Commercial Real Estate Hurricane Damage |
| Services Provided: | Technical Support, Expert Report, Deposition |
| Internal File No.: | 2995 |
| Status: | Closed |

| | |
|---|---|
| Case Title: | Tara House Condominium Association, Inc., MLB Mortgage and Investments, Inc., and Michael Brown, versus James River Insurance Company; No. 06-9840 |
| Venue: | Division I-14, Civil District Court, Parish of Orleans, State of Louisiana |
| Year: | 2008 |
| Retained by: | Orrill, Cordell & Beary, L.L.C. (Harry Cummins) |
| Case Type: | Commercial Real Estate Hurricane Damage |
| Services Provided: | Technical Support, Deposition |
| Internal File No.: | 2824 |
| Status: | Active |

**Page 6 of 7**

ALX-EXP-64-000022

**William D. Scott**
**Participation in Legal Proceedings**
**as of 11/05/2008**

| | |
|---|---|
| Case Title: | Mantis, et al. v. Fournet, et al. v. Kochera, et al. |
| Venue: | 24th Judicial District Court, Parish of Jefferson, State of Louisiana |
| Year: | 2008 |
| Retained by: | Gauthier, Houghtaling & Williams  (Todd R. Slack) |
| Case Type: | Residential Mold Damage |
| Services Provided: | Technical Support, Deposition |
| Internal File No.: | 2296 |
| Status: | Active |

\userfile\admin\resumes\WDS legal participation

**Page 7 of 7**

ALX-EXP-64-000023

**Attachment 2**

**THU Floorplan Drawing**

ALX-EXP-64-000024



① CLOSET – 1'–6" X 1'–6"
TO CEILING

② BED – 4' X 6' 22" FROM FLOOR
TO TOP OF MATTRESS

③ NIGHT STAND – 20" X 20"
24" TALL

④ SEATING AREA – 24" X 38", 18"
FROM FLOOR TO TOP OF SEAT

⑤ TABLE – 26" X 38"
23" FROM FLOOR TO TABLE TOP

⑥ SEATING AREA – 24" X 38", 18"
FROM FLOOR TO TOP OF SEAT

⑦ REFRIGERATOR – 28" X 29"
5'–4" FROM FLOOR TO TOP

⑧ SOFA – 76" X 32"
20" FROM FLOOR TO SEATING AREA

⑨ BOTTOM CABINETS – 4'–4" X 24"
DEEP, 36" FROM FLOOR TO TOP OF
CABINET.

⑩ TOP CABINETS –4'–4" X 14" DEEP
63" FROM FLOOR

⑪ BOTTOM BUNK BED – 73"
DEEP, 22" FROM FLOOR

⑫ TOP BUNK BED – 73" X 32" DEEP
48" FROM FLOOR

⑬ BATHROOM CLOSET – 10" X 24"
DEEP TO CEILING

FLOOR PLAN

CLOSET
NIGHT STAND
BED
6'–5" CEILING
HEIGHT (TYPICAL)
LIVING ROOM AREA
SOFA
SEATING
TABLE
SEATING
KITCHEN AREA
REFRIG.
BATHROOM
BUNK BEDS
CLOSET

ALX-EXP-64-000025

**Attachment 3**

**THU Photograph**

ALX-EXP-64-000026



Note out of plumb corner support.

ALX-EXP-64-000027

**<u>Attachment 4</u>**

**Initial Sampling Event Documentation**

ALX-EXP-64-000028

# W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA  70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA - EMA HOUSING UNITS

Address:  **4415 Dale St New Orleans LA 70126**

Monitor brand & ID: **GD2439**          Name of person sampling: **Nathan Vallette**

Mfgr. Name: **Gulfstream**          Make / Model Name: **Cavalier**

Date of Manufacture ( mm/yy): **12/2004**          Unit Size / # Rooms:  **8X28 3 Rms**

VIN: **1NL1GTR2551021783**          FEMA ID #: **1041407**

Travel Trailer **(X)**   Park Home **( )**   Mobile Home  **( )**

Sample:  Start time / date: **01/28/08 10:47**          End time / date: **01/29/08 11:13**

Total sampling duration (minutes): **1466**

Relative humidity (%):  Start: **41.2 %**   End: **52.0 %**   Range: **10.8 %**

Temperature(°F): Start: **65.6° F**   End: **78.0° F**   Range: **12.4° F**

Trailer Sealed? ( no open windows or vents ):   Yes **(X )**  No  **( )**

If "No", Describe:

Any forced draft heat or air conditioning?  Yes **( )**  No  **(X)**

If "No", Describe:

Any visible moisture damage, condensation or mold?  If "Yes", Describe: **Bedroom closet has some visible mold on walls.**

Describe location within the housing unit where the sample is being measured: **Bedroom**

Comments/ Any interferences observed or noted: **n/a**

Date sample submitted to lab: **01/31/08**

Sample Analysis Result: **0.05 ppm**

## FEMA Trailer Pictorial
### W.D. Scott Group, Inc.
### 4415 Dale St New Orleans LA



1. Exterior



2. Interior



3. FEMA Information

*Page 1 of 1*

ALX-EXP-64-000030

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

**CHAIN OF CUSTODY RECORD**

PAGE 1 OF 3

### SEND LAB REPORT TO:

Name: W. D. Scott Group, Inc.

Address: 1117 Wright Avenue

City: Gretna, LA    Zip: 70056

Email: wscott@wdscottgroup.com

Phone No.: 504-393-7338

Fax No.: 504-393-7311

Sampled By: NATHAN VALLETTE

### PROJECT INFORMATION

Project Name: NEW FEMA TRAILER PROJECT

Project Location:

Project No.: 3070

Project Contact: William Scott

Phone No.:

Fax No.:

### ANALYSIS REQUIRED

FORMALDEHYDE-
CAS # 50-00-0
FOR ALL SAMPLES

| Sample No. | Device | Time On | Time Off | Total Time (minutes) | | COMMENTS |
|---|---|---|---|---|---|---|
| 0310 | AT 571 12AO7GD | 1315 | 1625 | 5950 | x | SAMPLING TIME 01/24/08 → 01/28/08 * Delay in pick up arrangement |
| 1479 | AT 571 12AO7GD | 1400 | 1600 | 1560 | x | |
| 1079 | AT 571 12AO7GD | | | 1472 | x | |
| 1383 | AT 571 12AO7GD | | | 1465 | x | |
| 1164 | AT 571 12AO7GD | | | 1466 | x | |
| 2439 | AT 571 12AO7GD | | | 1466 | x | |
| 0831 | AT 571 12AO7GD | | | 1452 | x | |
| 1198 | AT 571 12AO7GD | | | 1447 | x | |

### TRANSACTIONS

| | Date | Time |
|---|---|---|
| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | 01/31/08 | 1700 |
| RELINQUISHED BY (SIGNATURE) DHL | ACCEPTED BY (SIGNATURE) | | |

COMMENTS/DRAWING

ALX-EXP-64-000031

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

**CHAIN OF CUSTODY RECORD**

PAGE 2 OF 3

### SEND LAB REPORT TO

Name: W. D. Scott Group, Inc.

Address: 1117 Wright Avenue

City: Gretna, LA          Zip: 70056

Email: wscott@wdscottgroup.com

Phone No.: 504-393-7338

Fax No.: 504-393-7311

Sampled By: NATHAN VALLETTE

### PROJECT INFORMATION

Project Name: NEW FEMA TRAILER PROJECT

Project Location:

Project No.: 3070

Project Contact: William Scott

Phone No.:

Fax No.:

### ANALYSIS REQUIRED

FORMALDEHYDE-
CAS # 50-00-0
FOR ALL SAMPLES

| Sample No. | Device | Time On | Time Off | Total Time (minutes) | | | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 1668 | AT 571 12AO7GD | | | 1455 | x | | | | |
| 2419 | AT 571 12AO7GD | | | 1440 | x | | | | |
| 1934 | AT 571 12AO7GD | | | 1440 | x | | | | |
| 1531 | AT 571 12AO7GD | | | 1444 | x | | | | |
| 2227 | AT 571 12AO7GD | | | 1442 | x | | | | |
| 1500 | AT 571 12AO7GD | | | 1444 | x | | | | |
| 2106 | AT 571 12AO7GD | | | 1446 | x | | | | |
| 176 | AT 571 12AO7GD | | | 1447 | x | | | | |

### TRANSACTIONS

| | Date | Time | COMMENTS/DRAWING |
|---|---|---|---|
| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | 01/31/08 | 1700 |
| RELINQUISHED BY (SIGNATURE) DHL | ACCEPTED BY (SIGNATURE) | | |

ALX-EXP-64-000032

**W. D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

## CHAIN OF CUSTODY RECORD

PAGE 3 OF 3

### SEND LAB REPORT TO

Name: W. D. Scott Group, Inc.

Address: 1117 Wright Avenue

City: Gretna, LA        Zip: 70056

### PROJECT INFORMATION

Project Name: NEW FEMA TRAILER PROJECT

Project Location:

Project No.: 3070

Project Contact: William Scott

Email: wscott@wdscottgroup.com

Phone No.: 504-393-7338

Phone No.:

Fax No.: 504-393-7311

Fax No.:

### ANALYSIS REQUIRED

FORMALDEHYDE- CAS # 50-00-0 FOR ALL SAMPLES

Sampled By: NATHAN VALLETTE

| Sample No. | Device | Time On | Time Off | Total Time (minutes) | | COMMENTS |
|---|---|---|---|---|---|---|
| 1745 | AT 571 12AO7GD | | | 1442 | x | |
| 1226 | AT 571 12AO7GD | | | 1442 | x | |
| 1171 | AT 571 12AO7GD | | | 1441 | x | |
| 2163 | AT 571 12AO7GD | | | 1446 | x | |
| 1112 | AT 571 12AO7GD | | | 1483 | x | |
| 0569 | AT 571 12AO7GD | | | 1445 | x | |
| NO OTHERS | ~~AT 571 12AO7GD~~ | | | | | |
| ↓ | ~~AT 571 12AO7GD~~ | | | | | |

### TRANSACTIONS

| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | Date | Time |
|---|---|---|---|
| | | 01/31/08 | 1700 |
| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | | |

COMMENTS/DRAWING

ALX-EXP-64-000033

# ASSAY TECHNOLOGY SAMPLE RECEIPT CONFIRMATION REPORT

**Send Lab Report To:**
Customer: WD SCOTT GROUP INC
Attention: WILLIAM SCOTT
Address: 1117 WRIGHT AVENUE

City, State: GRETNA, LA 70056
Country:
Tel No: (504) 393-7338
Fax No: (504) 393-7311

**Send Bill To (if applicable):**
Customer:
Attention:
Address:
City, State:
Country:
Project No: NEW FEMA TRAILER/3070
PO No:

Contact No: 49566
Batch No: 2008020039
Received: February 1, 2008
Report Due On: February 11, 2008

This report has been sent to you as a confirmation of receipt. Unless noted below, each sample has been found to be in satisfactory condition. An analytical report will be sent to the address above once the analyses are complete. For customers who have requested it, the reports will be faxed and/or emailed as well when possible. Contact Customer Service at 800-833-1258 ext. 4 if you need to change any of the information below or have any questions about the content of this report.

| Lab Sample ID / Lab Code | Client Sample ID | Media Code | Media Lot / Serial # | Date Sampled | Sampling Time (min) | Sampling Rate (L/min) | Analytes Requested | Method | Price Code * |
|---|---|---|---|---|---|---|---|---|---|
| 2008003979 / ATCA | 0310 | J571 | 12A07 - GD0310 | 1/24/08 | 5950 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003980 / ATCA | 1479 | J571 | 12A07 - GD1479 | 1/24/08 | 1560 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003981 / ATCA | 1879 | J571 | 12A07 - GD1879 | 1/24/08 | 1472 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003982 / ATCA | 1383 | J571 | 12A07 - GD1383 | 1/24/08 | 1465 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003983 / ATCA | 1164 | J571 | 12A07 - GD1164 | 1/24/08 | 1466 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003894 / ATCA | 2439 | J571 | 12A07 - GD2439 | 1/24/08 | 1466 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003985 / ATCA | 0831 | J571 | 12A07 - GD0831 | 1/24/08 | 1452 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003986 / ATCA | 1198 | J571 | 12A07 - GD1198 | 1/24/08 | 1447 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003987 / ATCA | 1668 | J571 | 12A07 - GD1668 | 1/24/08 | 1455 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003988 / ATCA | 2419 | J571 | 12A07 - GD2419 | 1/24/08 | 1440 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003989 / ATCA | 1934 | J571 | 12A07 - GD1934 | 1/24/08 | 1440 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003990 / ATCA | 1531 | J571 | 12A07 - GD1531 | 1/24/08 | 1444 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003991 / ATCA | 2227 | J571 | 12A07 - GD2227 | 1/24/08 | 1442 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003992 / ATCA | 1500 | J571 | 12A07 - GD1500 | 1/24/08 | 1444 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003993 / ATCA | 2106 | J571 | 12A07 - GD2106 | 1/24/08 | 1446 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003994 / ATCA | 1176 | J571 | 12A07 - GD1176 | 1/24/08 | 1447 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003995 / ATCA | 1745 | J571 | 12A07 - GD1745 | 1/24/08 | 1442 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003996 / ATCA | 1226 | J571 | 12A07 - GD1226 | 1/24/08 | 1442 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003997 / ATCA | 1171 | J571 | 12A07 - GD1171 | 1/24/08 | 1441 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008003998 / ATCA | 2163 | J571 | 12A07 - GD2163 | 1/24/08 | 1446 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008004000 / ATCA | 1112 | J571 | 12A07 - GD1112 | 1/24/08 | 1483 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |
| 2008004003 / ATCA | 0569 | J571 | 12A07 - GD0569 | 1/24/08 | 1445 | N/A | FORMALDEHYDE | NIOSH 2016 (OSHA) | X |

**Messages**

| Lab Sample ID | Message |
|---|---|

1 of 1

* Analysis with price codes that begin with an "X" have been prepaid.

ALX-EXP-64-000034

# α assay technology
## AT Labs a unit of assay technology

**The Innovation & Value Leader in Occupational Hygiene Analysis**

**LABORATORY REPORT**
(Air Sampling)

**Batch No: 2008020039**

Customer: WD SCOTT GROUP INC
Attention: WILLIAM SCOTT
Address: 1117 WRIGHT AVENUE

City, State: GRETNA, LA 70056
Country:

Tel No: (504) 393-7338
Fax No: (504) 393-7311

Contact No: 49566
Project No: NEW FEMA TRAILER3070
PO No:

Date Received: February 1, 2008
Date Reported: February 5, 2008
Date Revised: April 20, 2009
Date(s) Analyzed: 020608

Exposure results are the average concentration for the period of time monitored. ND = None Detected. The results relate only to the items tested. Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results. The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppm. Air concentrations reported are based upon field sampling information provided by the customer. For assistance with the content of this report, please visit the Customer Service section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Media Lot / Serial # | Chemical Analyzed | Quantity Found (µg) | Reporting Limit (µg) | Sample Volume (L) | Sample Time (min) | Concentration/Exposure (mg/M3) | (ppm) | Reporting Limit (mg/M3) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008020904 - ATCA | 1/24/2008 | J571 - 2439 | 12A07 - G02408 | FORMALDEHYDE (1) | 1.2 | 0.05 | 19.1 | 1408 | 0.062 | 0.05 | 0.003 | 0.002 |

**Method**
| | | | | | Method Name | | | | Analyzed By | | Approved By |
| 1 | | | | | NIOSH 2016 (OSHA PEL 0.75 PPM, STEL 2 PPM) | | | | T. NGUYEN | | S. GREEN |

**Messages**
Lab Sample ID          Message

Results Reviewed by Person Monitored (if Applicable): _____ (Initials/Date)

S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor

1252 Quarry Lane • Pleasanton, CA 94566 • (800) 833-1258 • FAX: (925) 461-7149    www.assaytech.com
250 DeBartolo Place, #2525 • Boardman, OH 44512 • (800) 365-3396 • FAX: (330) 758-1245

AIHA Accredited Lab #101728
AIHA Accredited Lab #100903

1 of 1

**Attachment 5**

**Second Sampling Event Documentation**

ALX-EXP-64-000036

## W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA  70056 Phone (504) 393-7772 - Fax (504) 393-7311

### FORMALDEHYDE TUBE SAMPLING DATA -
### FEMA HOUSING UNITS

Address: **FEMA THU Lot, 5310 Old State Hwy, Lottie, LA  70756**

Mfr. Name / Model Name: **Gulf Stream / Cavalier**

Date of Manufacture ( month, year): **12/2004**      Size of Unit / Number Rooms: **8 X 28 / 3 Rms**

VIN: **1NL1GTR2551021783**          FEMA ID #: **1041407**

Check one:   Travel Trailer **(X)**   Park Home **( )**   Mobile Home **( )**

Collection Media Brand/ Type: **SKC 226-119**    Lot # : **5855**

Media Serial # : _2917 200 300_

Inspector Name : **William D. Scott**

Sampling Date : _05/07/09 null 05/06/07_

Start Time : _1639_      End Time : _1709_      Duration : _30 min_

RH Start: _64.2_   RH End: _74.3_      RH Range: _1011_

Temperature (°F) Start: _91.2_   End: _92.4_    Temp. Range: _1.2_

Flow Rate (LPM) : _0.521_

Sample Location : _MBR NIGHTSTAND @ 27" ABOVE FLOOR_

Date submitted to laboratory: _05/07/09_

_Sample Train Cal Data:_

_Pre_
1   5.224
2   5.220
3   5.222

_Post_
1   5.221
2   5.219
3   5.220

> _AVG = 5.221 LPM_

AVG  5.222     AVG  5.220

ALX-EXP-64-000037

# W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA  70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA -
## FEMA HOUSING UNITS

Address: **FEMA THU Lot, 5310 Old State Hwy, Lottie, LA   70756**

Passive monitor brand & ID # : _UMEX  955045,  LOT 592C;  SAME LOT FOR ALL_

Name of person sampling: **William Scott**

Mfgr. NameMake / Model Name: **Gulf Stream / Cavalier**

Date of Manufacture ( month, year): **12/2004**    Size of Unit / Number of Rooms: **8 X 28 3 Rms**

VIN: **1NL1GTR2551021783**            FEMA ID #: **1041407**

Check one:   Travel Trailer **(X)**   Park Home **( )**   Mobile Home   **( )**
Sampling Start time/date: _1901_   _05/06/09_   End time/date: _0935_   _05/07/09_   Total time: _14:34_  _14:34_

Relative humidity start: _73.1_ %  end: _67.2_%    Relative humidity range:_<5.9>_ %

Temperature start: _84.8_ °F   end: _83.4_ °F   Temperature Range _<1.4>_°F

Trailer Sealed? ( no open windows or vents ):  Yes _(X)_  No  ( )

Describe: _____

Any forced draft heat or air conditioning?  Yes ( )  No _(X)_

Describe: _____

Any visible moisture damage, condensation or mold? Describe: _MOLD - MBR CLOSET,_
_LOWER FRONT; LIGHT COATING ON WALL/CLNG MOLDING; WALL COVERING_
_SEPARATED @ SEAM ON LEFT (NIGHTSTAND) SIDE._
Describe location within the housing unit where the sample is being measured: _MBR NIGHT-_
_STAND_

_BLANK - 955086_

Comments/ Any interferences observed or noted: _NONE_

Date sample submitted to laboratory: _05/07/09 (SHIPPED)_

Analysis Results: _0.1_ ppm

# W. D. Scott Group, Inc.
1117 Wright Avenue, Gretna LA 70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA -
## FEMA HOUSING UNITS

Address: **FEMA THU Lot, 5310 Old State Hwy, Lottie, LA   70756**

Passive monitor brand & ID # : *UMEX  955047, Lot 5926*

Name of person sampling: **William Scott**

Mfgr. NameMake / Model Name: **Gulf Stream / Cavalier**

Date of Manufacture ( month, year): **12/2004**      Size of Unit / Number of Rooms: **8 X 28 3 Rms**

VIN: **1NL1GTR2551021783**          FEMA ID #: **1041407**

Check one:   Travel Trailer **(X)**   Park Home **( )**   Mobile Home **( )**       *14:33*

Sampling Start time/date: *1905  05/06/09*   End time/date: *0938  05/07/09*   Total time: *12:33 (1)*

Relative humidity start: **72.9** %  end: **67.4** %   Relative humidity range: **<5.5>** %

Temperature start: **84.7** °F   end: **83.1** °F   Temperature Range **<1.6>**°F

Trailer Sealed? ( no open windows or vents ):   Yes (X)  No ( )

Describe: _____

Any forced draft heat or air conditioning?  Yes ( )  No (X)

Describe: _____

Any visible moisture damage, condensation or mold? Describe: *SEE   955045  SHEET*

_____

Describe location within the housing unit where the sample is being measured: *MBR @*

*WINDOW*

Comments/ Any interferences observed or noted: _____

Date sample submitted to laboratory: *05/07/09  (SHIPPED)*

Analysis Results: *0.082* **ppm**

ALX-EXP-64-000039

## W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA  70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA - FEMA HOUSING UNITS

Address: **FEMA THU Lot, 5310 Old State Hwy, Lottie, LA   70756**

Passive monitor brand & ID #: _UMEX 955048 , LOT 5926_

Name of person sampling: **William Scott**

Mfgr. NameMake / Model Name: **Gulf Stream / Cavalier**

Date of Manufacture ( month, year): **12/2004**     Size of Unit / Number of Rooms: **8 X 28 3 Rms**

VIN: **1NL1GTR2551021783**          FEMA ID #: **1041407**

Check one:   Travel Trailer **(X)**   Park Home **( )**   Mobile Home **( )**

Sampling Start time/date: _1912_   _05/06/09_   End time/date: _0940_   _05/07/09_   Total time: _12:28_   _14:28_

Relative humidity start: _69.4_ %  end: _67.8_ %   Relative humidity range: _<1.6>_ %

Temperature start: _85.6_ °F      end: _80.9_  °F    Temperature Range _<4.7>_ °F

Trailer Sealed? ( no open windows or vents ):  Yes _X_ )  No ( )

Describe: _____

Any forced draft heat or air conditioning?  Yes ( )  No _X_

Describe: _____

Any _visible moisture damage, condensation, or mold?_ _Carpet_
_appears moldy; light coating on wall/ceiling_

Describe location within the housing unit where the sample is being measured: _LOWER_
_KITCHEN CABINET UNDER SINK & SUSPENDED FROM SINK DRAIN_

Comments/ Any interferences observed or noted: _____

Date sample submitted to laboratory: _05/07/09 (SHIPPED)_

Analysis Results: _0.14_ ppm

ALX-EXP-64-000040

# W. D. Scott Group, Inc.

1117 Wright Avenue, Gretna LA  70056 Phone (504) 393-7772 - Fax (504) 393-7311

## FORMALDEHYDE PASSIVE MONITORING DATA - FEMA HOUSING UNITS

Address: **FEMA THU Lot, 5310 Old State Hwy, Lottie, LA   70756**

Passive monitor brand & ID # : _UMEX  955049,  LOT 5926_

Name of person sampling: **William Scott**

Mfgr. NameMake / Model Name: **Gulf Stream / Cavalier**

Date of Manufacture ( month, year): **12/2004**     Size of Unit / Number of Rooms: **8 X 28 3 Rms**

VIN: **1NL1GTR2551021783**          FEMA ID #: **1041407**

Check one:   Travel Trailer **(X)**   Park Home ( )   Mobile Home  ( )
Sampling Start time/date: _1914_ _05/06/09_   End time/date: _0941_ _05/07/09_   Total time: ~~12:27~~ _14:27_

Relative humidity start: **69.2**% end: **72.3** %   Relative humidity range: _3.1_ %

Temperature start: **86.1** °F   end: **81.5** °F   Temperature Range _<4.6>_ °F

Trailer Sealed? ( no open windows or vents ):  Yes (X)  No ( )

Describe: _____

Any forced draft heat or air conditioning?  Yes ( )  No (X)

Describe: _____

Any _visible moisture damage, condensation, or mold?  Light_
_coating of apparently mold on Bathroom surfaces._

Describe location within the housing unit where the sample is being measured: _BATHROOM_
_FROM  SHOWER  CURTAIN  ROD_

Comments/ Any interferences observed or noted: _NONE_

Date sample submitted to laboratory: _05/07/09 (SHIPPED)_

Analysis Results: _0.095_ ppm

ALX-EXP-64-000041

PAGE _1_ OF _1_

**W.D. SCOTT GROUP, INC.**
1117 Wright Avenue
Gretna, Louisiana 70056
(504) 393-7338   Fax (504) 393-7311

# CHAIN OF CUSTODY RECORD

**SENDER/REPORT TO:**

| | |
|---|---|
| Name: W. D. Scott Group, Inc. | Project Name: NEW FEMA TRAILER PROJECT |
| Address: 1117 Wright Avenue | Project Location: |
| City: Gretna, LA   Zip: 70056 | Project No.: 3070 |
| Email: wscott@wdscottgroup.com | Project Contact: William Scott |
| Phone No.: 504-393-7338 | Phone No.: |
| Fax No.: 504-393-7311 | Fax No.: |
| Sampled By: | |

**ANALYSIS REQUIRED:** FORMALDEHYDE CAS # 50-00-0 FOR ALL SAMPLES

| Sample No. | Media | Time-On | Time-Off | Total Time (minutes) | Date | COMMENTS |
|---|---|---|---|---|---|---|
| 2917-200-300 | tube | 1639 | 1709 | 30 min | | flow rate 0.521 L/m = 16.63 L |
| 2917-200-298 | tube | N/A | N/A | Bottle/vial | | OLAM |
| 955045 | badge | 1901 | 0935 | 1634 min | | |
| 955047 | badge | 1905 | 0938 | 633 | | |
| 955048 | badge | 1912 | 0940 | 628 | | |
| 955049 | badge | 1914 | 0941 | 627 | | |
| 955046 | badge | N/A | N/A | 0 | | |

**TRANSMITTAL:**

| RELINQUISHED BY (SIGNATURE) | ACCEPTED BY (SIGNATURE) DHL | Date |
|---|---|---|
| *[signature]* | *[signature]* | 5/1/9 |
| RELINQUISHED BY (SIGNATURE) DHL | ACCEPTED BY (SIGNATURE) *[signature]* L Steam.l.Cm | 5/8/09  10:4K |

ALX-EXP-64-000042

# ASSAY TECHNOLOGY SAMPLE RECEIPT CONFIRMATION REPORT

**Send Lab Report To:**

*Customer:* WD SCOTT GROUP INC
*Attention:* WILLIAM  SCOTT
*Address:* 1117 WRIGHT AVENUE

*City, State:* GRETNA, LA 70056
*Country:*

*Tel No:* (504) 393-7338
*Fax No:* (504) 393-7311

**Send Bill To (if applicable):**

*Customer:* LAMBERT AND NELSON LAW FIRM

*Attention:* ATTN: HUGH T LAMBERT
*Address:* 701 MAGAZINE ST

*City, State:* NEW ORLEANS, LA 70130
*Country:*

*Project No:* 3070/ NEW FEMA TRAILER PROJECT
*PO No:*

*Contact No:* 49566
*Batch No:* 2009050282

*Received:* May 8, 2009
*Report Due On:* May 11, 2009

This report has been sent to you as a confirmation of receipt. Unless noted below, each sample has been found to be in satisfactory condition. An analytical report will be sent to the address above once the analyses are complete.  For customers who have requested it, the reports will be faxed and/or emailed as well when possible.  Contact Customer Service at 800-833-1258 ext. 4 if you need to change any of the information below or have any questions about the content of this report.

| Lab Sample ID / Lab Code | Client Sample ID | Media Code | Media Lot / Serial # | Date Sampled | Sampling Time (min) | Sampling Rate (L/min) | Analytes Requested | Method | Price Code * |
|---|---|---|---|---|---|---|---|---|---|
| 2009015847 / ATOH | 2917200300 | J6-119 | - | 5/7/2009 | 30 | 0.521 | FORMALDEHYDE | MOD NIOSH 2016 (C | A 707-1 |
| | | | | | | | LC ANALYSIS 1 DAY RUSH FEE | SERVICE CHARGE | A8003-H-RS |
| 2009015848 / ATOH | 2917200298 | J6-119 | - | 5/7/2009 | N/A | N/A | FORMALDEHYDE | MOD NIOSH 2016 (C | A 707-1 |
| | | | | | | | LC ANALYSIS 1 DAY RUSH FEE | SERVICE CHARGE | A8003-H-RS |
| 2009015849 / ATOH | 955045 | SKC-UMEX-100 | - | 5/7/2009 | 634 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (C | A 707-1 |
| | | | | | | | LC ANALYSIS 1 DAY RUSH FEE | SERVICE CHARGE | A8003-H-RS |
| 2009015850 / ATOH | 955047 | SKC-UMEX-100 | - | 5/7/2009 | 633 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (C | A 707-1 |
| | | | | | | | LC ANALYSIS 1 DAY RUSH FEE | SERVICE CHARGE | A8003-H-RS |
| 2009015851 / ATOH | 955048 | SKC-UMEX-100 | - | 5/7/2009 | 628 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (C | A 707-1 |
| | | | | | | | LC ANALYSIS 1 DAY RUSH FEE | SERVICE CHARGE | A8003-H-RS |
| 2009015852 / ATOH | 955049 | SKC-UMEX-100 | - | 5/7/2009 | 627 | N/A | FORMALDEHYDE | MOD NIOSH 2016 (C | A 707-1 |
| | | | | | | | LC ANALYSIS 1 DAY RUSH FEE | SERVICE CHARGE | A8003-H-RS |
| 2009015853 / ATOH | 955046 | SKC-UMEX-100 | - | 5/7/2009 | N/A | N/A | FORMALDEHYDE | MOD NIOSH 2016 (C | A 707-1 |
| | | | | | | | LC ANALYSIS 1 DAY RUSH FEE | SERVICE CHARGE | A8003-H-RS |

**Messages**

| Lab Sample ID | Message |
|---|---|

\* Analyses with price codes that begin with an "X" have been prepaid

1 of 1

AHA Accredited #101728 - 1252 Quarry Lane - Pleasanton, CA  94566
AHA Accredited #100903 - 250 DeBartolo Place, #2525 - Boardman, OH  44512

ALX-EXP-64-000043

# LABORATORY REPORT
## (Air Sampling)

### Batch No: 2009050282

**Customer:** WD SCOTT GROUP INC
**Attention:** WILLIAM SCOTT
**Address:** 1117 WRIGHT AVENUE

**City, State:** GRETNA, LA 70056
**Country:**

**Tel No:** (504) 393-7338
**Fax No:** (504) 393-7311

**Contact No:** 49566
**Project No:** 3070/ NEW FEMA TRAILER PROJECT
**PO No:**

**Date Received:** May 8, 2009
**Date Reported:** May 11, 2009

**Date(s) Analyzed:** 05/11/09

Exposure results are the average concentration for the period of time monitored. ND = None Detected. The results relate only to the items tested. Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results. The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppm. Air concentrations reported are based upon field sampling information provided by the customer. For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Chemical Analyzed | Quantity Found (Front/Back) (µg) | Quantity Found (µg) | Reporting Limit (µg) | Sample Load (µg) | Sample Volume (L) | Sample Liter (field) | Concentration/Exposure (mg/M³) | Concentration/Exposure (ppm) | Reporting Limit (mg/M³) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009015847 - ATOH | 5/7/09 | J6-119 - 291720320 | FORMALDEHYDE (1) | 2.2 / ND | 2.2 | 0.05 | 15.6 | 30 | | 0.14 | 0.11 | 0.003 | 0.003 |
| 2009015848 - ATOH | 5/7/09 | J6-119 - 291720298 | FORMALDEHYDE (1) | ND / ND | ND | 0.05 | | N/A | | ND | ND | | |

### Messages

| Lab Sample ID | Message | Method | Method Name |
|---|---|---|---|
| | | 1 | MOD NIOSH 2016 (OSHA PEL 0.75 PPM, STEL 2 PPM) W. EWING |

**Analyzed By:** W. EWING
**Approved By:** K. TAYLOR

S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor

LAB CODE ATOA-Lab 101728, ATOH-Lab 100903

1 of 1

ALX-EXP-64-000044

# assay technology

AT Labs *a unit of assay technology*

**LABORATORY REPORT**
(Air Sampling)

*The Innovation & Value Leader in Occupational Hygiene Analysis*

**Batch No: 2009050282**

**Customer:** WD SCOTT GROUP INC
**Attention:** WILLIAM SCOTT
**Address:** 1117 WRIGHT AVENUE

**City, State:** GRETNA, LA 70056
**Country:**

Tel No: (504) 393-7138
Fax No: (504) 393-7311

**Contact No:** 49566
**Project No:** 3070/ NEW FEMA TRAILER PROJECT
**PO No:**

Date Received: May 8, 2009
Date Reported: May 11, 2009
Date Revised: May 18, 2009
Date(s) Analyzed: 051109

Exposure results are the average concentration for the period of time monitored. ND = None Detected. The results relate only to the items tested. Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results. The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppm. Air concentrations reported are based upon field sampling information provided by the customer. For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Media Lot / Serial # | Chemical Analyzed | Quantity Found (µg) | Reporting Limit (µg) | Sample Volume (L) | Titer (L) | Sample Time (min) | Concentration/Exposure (mg/M3) | (ppm) | Reporting Limit (mg/M3) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009015649 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955045 | - | FORMALDEHYDE (1) | 2.3 | 0.05 | 25 | 679 | | 0.083 | 0.074 | 0.002 | 0.002 |
| 2009015650 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955047 | - | FORMALDEHYDE (1) | 1.6 | 0.05 | 25 | 673 | | 0.074 | 0.059 | 0.002 | 0.002 |
| 2009015651 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955048 | - | FORMALDEHYDE (1) | 3.1 | 0.05 | 24.8 | 868 | | 0.12 | 0.099 | 0.002 | 0.002 |
| 2009015652 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955049 | - | FORMALDEHYDE (1) | 2.1 | 0.05 | 24.8 | 867 | | 0.085 | 0.068 | 0.002 | 0.002 |
| 2009015653 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955046 | - | FORMALDEHYDE (1) | ND | 0.05 | 24.8 | N/A | | ND | ND | 0.002 | 0.002 |

| | Method Name | Method | Analyzed By | Approved By |
|---|---|---|---|---|
| | MOD NIOSH 2016 (OSHA PEL 0.75 PPM, STEL 2 PPM) | 1 | W. EWING | K. TAYLOR |

**Messages**

| Lab Sample # | Message |
|---|---|
| 2009015649 | Report revised with sampling times provided by Customer 5/18/09. |

Lab CODE: ATCA-Lab 101728, ATOH-Lab 100903

S. GREEN- Laboratory Director K. TAYLOR-Ohio Supervisor

**AIHA Accredited Lab #101728**          1252 Quarry Lane • Pleasanton, CA 94566 • (800) 833-1258 • FAX: (925) 461-7149          www.assaytech.com
**AIHA Accredited Lab #100903**          250 DeBartolo Place, # 2525 • Boardman, OH 44512 • (800) 365-3396 • FAX: (330) 758-1245

ALX-EXP-64-000045

**<u>Attachment 6</u>**

**Laboratory Reports**

ALX-EXP-64-000046

# α assay technology

**AT Labs** a unit of assay technology

**The Innovation & Value Leader**
**in Occupational Hygiene Analysis**

## LABORATORY REPORT
### (Air Sampling)

**Batch No: 2008020039**

**Customer:** WD SCOTT GROUP INC
**Attention:** WILLIAM SCOTT
**Address:** 1117 WRIGHT AVENUE

**City, State:** GRETNA, LA 70056
**Country:**

**Tel No:** (504) 393-7238
**Fax No:** (504) 393-7311

**Contact No:** 49566
**Project No:** NEW FEMA TRAILER3070
**PO No:**

**Date Received:** February 1, 2008
**Date Reported:** February 5, 2008
**Date Revised:** April 20, 2009
**Date(s) Analyzed:** 02/05/08

Exposure results are the average concentration for the period of time monitored. ND = None Detected. The results relate only to the items tested. Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results. The molar volume at 22.C (24.1 L/mole) was used to calculate parts per million, ppm. Air concentrations reported are based upon field sampling information provided by the customer. For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Media Lot / Serial # | Chemical Analyzed | Quantity Found (µg) | Reporting Limit (µg) | Sample Volume (L) | Sample Time (min) | Concentration/Exposure (mg/M3) | (ppm) | Reporting Limit (mg/M3) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008007984 - ATCA | 1/24/2008 | J571 - 2/439 | 12A07 - G02439 | FORMALDEHYDE (1) | 1.2 | 0.05 | 19.1 | 1466 | 0.062 | 0.05 | 0.003 | 0.002 |

**Messages**

| Lab Sample ID | Message |
|---|---|
| | |

| Method Name | Analyzed By | Approved By |
|---|---|---|
| NIOSH 2016 (OSHA PEL 0.75 PPM, STEL 2 PPM) 1 | T. NGUYEN | S. GREEN |

Results Reviewed by Person Monitored (if Applicable): _____ (Initials/Date)

S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor

1252 Quarry Lane • Pleasanton, CA 94566 • (800) 833-1258 • FAX: (925) 461-7149   www.assaytech.com
250 DeBartolo Place, # 2525 • Boardman, OH 44512 • (800) 365-3396 • FAX: (330) 758-1245

**AIHA Accredited Lab #101728**
**AIHA Accredited Lab #100903**

1 of 1

ALX-EXP-64-000047

LABORATORY REPORT
(Air Sampling)

Batch No: 2009050282

Customer: WD SCOTT GROUP INC
Attention: WILLIAM SCOTT
Address: 1117 WRIGHT AVENUE

City, State: GRETNA, LA 70056
Country:

Tel No: (504) 393-7338
Fax No: (504) 393-7311

Contact No: 49566
Project No: 3070/ NEW FEMA TRAILER PROJECT
PO No:

Date Received: May 8, 2009
Date Reported: May 11, 2009

Date(s) Analyzed: 05/11/09

Exposure results are the average concentration for the period of time monitored. ND = None Detected. The results relate only to the items tested. Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results. The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppm. Air concentrations reported are based upon field sampling information provided by the customer. For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Chemical Analyzed | Quantity Found (μg) (Result/Bks) | Quantity Found (μg) | Reporting Limit (μg) | Sample Volume (L) | Sample Time (min) | Concentration (mg/m³) | Exposure (ppm) | Reporting Limit (mg/M3) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009015847 - ATCH | 5/7/09 | J5-119 - 2917200300 | FORMALDEHYDE (1) | 2.2 / ND | 2.2 | 0.05 | 15.6 | 30 | 0.14 | 0.11 | 0.003 | 0.003 |
| 2009015848 - ATCH | 5/7/09 | J5-119 - 2917200298 | FORMALDEHYDE (1) | ND / ND | ND | 0.05 | N/A | N/A | ND | ND | | |

Messages

| Lab Sample ID | Message | | | Method | Method Name | | | | Analyzed By | | Approved By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | MOD NIOSH 2016 (OSHA REL 0.75 PPM, STEL 2 PPM) | | | | W. EWING | | K. TAYLOR |

S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor

LAB CODE: ATCA-Lab 101728, ATOH-Lab 100803

ALX-EXP-64-000048

# α assay technology

## AT Labs a unit of assay technology

**LABORATORY REPORT**
(Air Sampling)

## The Innovation & Value Leader
## in Occupational Hygiene Analysis

**Batch No: 2009050282**

**Customer:** WD SCOTT GROUP INC
**Attention:** WILLIAM SCOTT
**Address:** 1117 WRIGHT AVENUE

**City, State:** GRETNA, LA 70056
**Country:**

**Tel No:** (504) 393-7338
**Fax No:** (504) 393-7311

**Contact No:** 49566
**Project No:** 30TU NEW FEMA TRAILER PROJECT
**PO No:**

**Date Received:** May 8, 2009
**Date Reported:** May 11, 2009
**Date Revised:** May 18, 2009
**Date(s) Analyzed:** 05/11/09

Exposure results are the average concentration for the period of time monitored. ND = None Detected. The results relate only to the items tested. Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results. The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppm. Air concentrations reported are based upon field sampling information provided by the customer. For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Media Lot / Serial # | Chemical Analyzed | Quantity Found (µg) | Reporting Limit (µg) | Sample Volume (L) | Sample Time (min) | Concentration/Exposure (mg/M3) | Concentration/Exposure (ppm) | Reporting Limit (mg/m³) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009015849 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955045 | - | FORMALDEHYDE (1) | 2.3 | 0.05 | 25 | 874 | 0.093 | 0.074 | 0.02 | 0.002 |
| 2009015850 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955047 | - | FORMALDEHYDE (1) | 1.8 | 0.05 | 25 | 873 | 0.074 | 0.059 | 0.02 | 0.002 |
| 2009015851 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955048 | - | FORMALDEHYDE (1) | 3.1 | 0.05 | 24.8 | 866 | 0.12 | 0.099 | 0.02 | 0.002 |
| 2009015852 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955049 | - | FORMALDEHYDE (1) | 2.1 | 0.05 | 24.8 | 867 | 0.085 | 0.068 | 0.02 | 0.002 |
| 2009015853 - ATOH | 5/7/2009 | SKC-UMEX-100 - 955046 | - | FORMALDEHYDE (1) | ND | 0.05 | | N/A | ND | ND | | |

| | Method Name | | | | | | | | | Analyzed By | | Approved By |
| 1 | MOD NIOSH 2016 (OSHA PEL 0.75 PPM, STEL 2 PPM) | | | | | | | | | W. EWING | | K. TAYLOR |

## Messages

| Lab Sample ID | Message |
|---|---|
| 2009015848 | Report revised with sampling times provided by Customer 5/18/09. |

LAB CODE: ATOA-Lab 101728, ATOH-Lab 100903

S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor

1 of 1

**AIHA Accredited Lab #101728**
**AIHA Accredited Lab #100903**

1252 Quarry Lane • Pleasanton, CA 94566 • (800) 833-1258 • FAX: (925) 461-7149    www.assaytech.com
250 DeBartolo Place, # 2525 • Boardman, OH 44512 • (800) 365-3396 • FAX: (330) 758-1245

ALX-EXP-64-000049



**AIHA**

*Protecting Worker Health*

The American Industrial Hygiene Association

*acknowledges that*

**AT Labs, A Unit of Assay Technology**

1252 Quarry Lane, Pleasanton, CA 94566-4756

Laboratory ID: 101728

has fulfilled the requirements of the AIHA Laboratory Quality Assurance Programs (LQAP), thereby, conforming to the
ISO/IEC 17025:2005 international standard, *General Requirements for the Competence of Testing and Calibration Laboratories.*
The above named laboratory, along with all premises from which key activities are performed, as listed above, have been accredited
by AIHA in the following:

**ACCREDITATION PROGRAMS**

✓ **INDUSTRIAL HYGIENE**          Accreditation Expires: 10/1/2010
☐ **ENVIRONMENTAL LEAD**          Accreditation Expires:
☐ **ENVIRONMENTAL MICROBIOLOGY**  Accreditation Expires:
☐ **FOOD**                        Accreditation Expires:

Specific Field(s) of Testing (FoT)/Method(s) within each Accreditation Program for which the above named laboratory maintains
accreditation is outlined on the attached Scope of Accreditation.  Continued accreditation is contingent upon successful on-going
compliance with LQAP requirements.  This certificate is not valid without the attached **Scope of Accreditation**.  Please review the
AIHA website for the most current status of the scope of accreditation.

*Laura R. McMahon*
Laura R. McMahon
Chairperson, Analytical Accreditation Board

*Lindsay E. Booher*
Lindsay E. Booher,  CIH, CSP
President, AIHA

Date Issued: 09/30/2008

ALX-EXP-64-000050