```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2   ***************************************************************

 3
     IN RE:  FEMA TRAILER
 4   FORMALDEHYDE PRODUCTS              Docket No. MDL-1873(N)
     LIABILITY LITIGATION               New Orleans, Louisiana
 5                                      Tuesday, December 2, 2008

 6   ***************************************************************

 7
              TRANSCRIPT OF MOTION TO CERTIFY CLASS PROCEEDINGS
 8            HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                        UNITED STATES DISTRICT JUDGE
 9


10
     APPEARANCES:
11
     FOR THE PLAINTIFF
12   STEERING COMMITTEE:         GAINSBURGH BENJAMIN DAVID
                                 MEUNIER AND WARSHAUER
13                               BY:  GERALD E. MEUNIER, ESQ.
                                      JUSTIN I. WOODS, ESQ.
14                               2800 Energy Centre
                                 1100 Poydras Street, Suite 2800
15                               New Orleans, LA 70163

16
                                 LAW OFFICES OF FRANK J. D'AMICO, JR.
17                               BY:  FRANK J. D'AMICO, JR., ESQ.
                                 622 Baronne Street
18                               New Orleans, LA 70113

19
                                 REICH & BINSTOCK
20                               BY:  DENNIS REICH, ESQ.
                                 4265 San Felipe, Suite 1000
21                               Houston, TX 77027

22

23                               NEXSEN PRUET JACOBS POLLARD & ROBINSON
                                 BY:  PAUL A. DOMINICK, ESQ.
24                               P. O. Box 486
                                 Charleston, SC 29402
25
```

```
 1  doesn't mean that I haven't looked at the others.
 2  Q.  Am I correct that you consider negative studies to be
 3  meaningless?
 4  A.  IARC makes a statement in the front of their -- negative epi
 5  studies cannot prove the no.  You cannot take a negative result,
 6  that's a cardinal rule of epidemiology, and prove that something
 7  isn't.  You can't prove a negative.  And that is standard.  So that
 8  is correct.  You cannot make that conclusion.
 9  Q.  And I don't -- I am not concerned about IARC's methodology, I
10  am concerned about Dr. Williams' methodology.
11  A.  My methodology is the same as the methodology in
12  epidemiologies.  You can't prove the no, you can only say we have
13  not found results because of the nature of epidemiology.  If you do
14  say that negative result proves that you are giving
15  epidemiologically incorrect information.
16          MR. WEINSTOCK:  Your Honor, may I approach?
17          THE COURT:  Yes.
18          MR. D'AMICO:  What page are you going to?
19          MR. WEINSTOCK:  I don't know.  If we can go to page 132.
20  BY MR. WEINSTOCK:
21  Q.  This is your answer, "That is the cardinal rule of
22  epidemiology, all I look for were epidemiological studies and I
23  look for those that would prove an association."
24  A.  Well that's correct.  That's just what I told you.  If you're
25  looking for epidemiology, you've got to find positive studies.  You
```

```
 1   can't -- the negative cannot prove the no.  So that is an absolute
 2   correct statement.
 3   Q.  If we can continue.  Next slide.  Same page.  "I chose were
 4   articles that would prove and showed an association.  Since
 5   epidemiology is by design, negative studies are meaningless."
 6   A.  Correct.
 7   Q.  "They do not mean there is no association.  They strictly mean
 8   they did not show no association."
 9   A.  That is absolutely correct in what I said.
10   Q.  And that is -- I just want to make sure that is your
11   methodology as we stand here today?
12   A.  That is the nature of epidemiology, sir.  You cannot prove the
13   no.  You can only -- you must look for positive associations.  That
14   is expressed in epidemiology texts, that is expressed in the
15   beginning of IARC --
16   Q.  I just want your methodology.
17   A.  That's not just my methodology, that is the methodology of the
18   state of science.
19   Q.  So if we had three studies and two showed an association and
20   one showed no association, the one, as you said with no
21   association, is meaningless; correct?
22   A.  Correct.  And IARC also says if you see an abundance of
23   negative epi studies but you have one with a positive association,
24   then you have to look at that positive association.
25   Q.  And that's your opinion.  So if we had --
```