Dr. Karin Ann Pacheco
July 15, 2009

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | |
| Charlie Age, et al., v. | * | |
| Gulf Stream Coach Inc, et al. | * | |
| Docket No. 09-2892 | * | |

VIDEOTAPE ORAL DEPOSITION OF
KARIN ANN PACHECO, M.D., M.S.P.H. - VOLUME I
July 15, 2009


   VIDEOTAPE ORAL DEPOSITION OF KARIN ANN
PACHECO, M.D., M.S.P.H., produced as a witness at the
instance of Gulf Stream Coach, Inc., and duly sworn, was
taken in the above-styled and numbered cause on the 15th
of July, 2009, from 3:41 p.m. to 6:41 p.m., before Carla
D. Capritta, RPR, in and for the State of Colorado,
reported by machine shorthand, at the conference room of
National Jewish Hospital 1400 Jackson Street, Denver,
Colorado 80206, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record or
attached hereto.

Dr. Karin Ann Pacheco
July 15, 2009

Page 11

1  Q. If we can go through your report, it's
2  probably the easiest way to do it, at least way to
3  start. It says here that he was diagnosed with asthma
4  at the age of three, correct?
5  A. Yes. That's what his mother told me.
6  Q. Okay. And he was born in 1996?
7  A. Yes.
8  Q. August 29th, 2005, probably doesn't mean much
9  to you, but it in New Orleans it's kind of a big day.
10 And that's a day of reference I will use throughout the
11 course of this deposition.
12     Can we agree that at the time that he was
13 diagnosed with asthma, that was before August 29, 2005?
14 A. Yes.
15 Q. Okay. When he was three, he was hospitalized
16 for pneumonia?
17 A. Yes, it was two or three.
18 Q. Okay.
19 A. Again, often what I do is, just as an aside,
20 take a history and then look at the medical records to
21 see if they corroborate the history, as sort of an
22 external check.
23 Q. And was he hospitalized again for pneumonia at
24 age five?
25 A. Yes.

Dr. Karin Ann Pacheco
July 15, 2009

Page 41

1 responsiveness.
2 Q. And it's your understanding, this was the
3 first methacholine challenge he ever had, correct?
4 A. To my understanding, yes.
5 Q. But it was also your understanding that he
6 must have had significant asthma before the storm,
7 because he had been given a nebulizer; is that correct?
8 A. He had a history of asthma before the storm,
9 yes.
10 Q. Well, there's a history of asthma, and there's
11 a history of asthma, you know. And there's some early
12 wheezers that might grow out of it. But his seemed a
13 bit more significant than that; isn't that correct?
14 A. Yes. It did seem to persist more.
15 Q. And it was treated with more significant
16 medication, correct?
17 A. Yes. Although, you know, I don't have a very
18 good record for what his day-to-day medication needs
19 were before Katrina.
20 Q. But you can't say that he would have performed
21 any better or worse on the methacholine challenge before
22 Katrina; is that correct?
23 A. I don't know.
24 Q. Can anybody tell that, looking at the
25 methacholine challenge result?

Dr. Karin Ann Pacheco
July 15, 2009

Page 54

1  result, in your mind, of his long-term asthma?
2          MR. PINEDO:  Objection, form.
3     A.   I don't -- I don't think I can say.
4     Q.   (By Mr. Weinstock)  Okay.  Can -- can you say
5  it was certainly a plausible cause, you could not remove
6  his poorly treated asthma?  Or suboptimally treated, I
7  believe, was your word.
8     A.   That I could not -- I'm sorry.  Say that
9  again.
10    Q.   Let me find what you said.  Then we'll go over
11 it.  Okay.  "It is equally plausible that the patient's
12 asthma would have" -- no, that's not it.
13         Here we go.  Page 7, last paragraph,
14 "Nonetheless, the patient's test results document
15 moderately severe [broncho] bronchial
16 hyperresponsiveness, as well as a component of fixed
17 airflow obstruction.  This likely reflects a long
18 history of asthma that has been suboptimally treated."
19         Is that correct?
20    A.   Yes.
21    Q.   Do you still believe that today?
22    A.   Yes, I do.
23    Q.   Skip a sentence.  Then you state, "Chronic
24 untreated asthma can lead to airways remodeling and
25 scarring with fixed airflow obstruction that no longer

Dr. Karin Ann Pacheco
July 15, 2009

Page 57

1  baseline. And so you -- you have this continuous loop
2  when you exhale and inhale --
3       Q.   Okay.
4       A.   -- right?  Classic vocal cord dysfunction
5  shows a normal expiratory loop; but the inspiratory
6  loop, instead of looking like a circle, is sort of --
7  can be very flat and very irregular.  The vocal cords
8  are closing, it's hard to get the nice flow rate that
9  you would normally get.
10      Q.   So this pulmonary function test --
11      A.   Looks normal.
12      Q.   -- does not look like somebody with vocal cord
13 dysfunction?
14      A.   No, it does not.
15      Q.   Let's mark that this Page 299 as Exhibit 6.
16           Okay.  On Page 7 of your report -- oh, your
17 copy -- under the section on "Discussion," it states,
18 "Despite the limited previous medical record, the
19 patient's asthma as a young child must have been
20 moderately severe in that he was maintained on" nebu- --
21 nebul- -- "nebulized Pulmicort as well as nebulized
22 albuterol."
23           Is that correct?
24      A.   Yes.
25      Q.   Based on his records, can you tell us that his

Dr. Karin Ann Pacheco
July 15, 2009

1  that.
2       You state here, "Although allergies to
3  formaldehyde have been reported, they are rare,"
4  correct?
5       A.   Yes.
6       Q.   In anything in your workup, did it indicate
7  that he had an allergy -- an allergic response to
8  formaldehyde?
9       A.   Other than the skin rash behind his knees, no.
10 He didn't really describe allergic symptoms -- which we
11 would characterize by itching, sneezing -- to
12 formaldehyde.  He didn't report those in the trailer.
13 They were more irritant-type symptoms.
14      Q.   And as we sit here today, you're not
15 diagnosing him with IgE-mediated asthma as a result of
16 formaldehyde exposure, correct?
17      A.   No.
18      Q.   My statement's correct?
19      A.   Yes.
20      Q.   It's the way I ask questions.  It drives
21 everybody crazy.  You're just one of them.
22           We can turn to the test data that you had run.
23 I'll try to hand you the pages we need.  It's in another
24 report.  Okay.  You had PFTs from him?
25      A.   Yes.

Dr. Karin Ann Pacheco
July 15, 2009

Page 66

1    A.    No.
2    Q.    It's not -- what's a LOAEL, Doctor?
3    A.    "Lowest observable effect level."
4    Q.    It's not a NOAEL --
5    A.    Actually, "lowest observable adverse effect
6    level."
7    Q.    It's not a NOAEL, is it?
8    A.    No.
9    Q.    What's a NOAEL, Doctor?
10   A.    The "no observable adverse effect level."
11   Usually those are related to cancer endpoints.
12         THE REPORTER:  Are what?
13   A.    Cancer endpoints.
14   Q.    (By Mr. Weinstock)  Usually?
15   A.    Usually.
16   Q.    Certainly the ATSDR chronic MRL is not related
17   to a cancer endpoint; isn't that correct, Doctor?
18   A.    Yes.
19   Q.    My statement's correct?
20   A.    Yes.
21   Q.    You said previously that he, that Chris
22   Cooper, did not have formaldehyde-related, IgE-mediated
23   asthma, correct?
24   A.    To my knowledge, no, he did not.
25   Q.    And so there's really no point in reviewing