# Mayo Clinic Proceedings

Vol 59  ROCHESTER, MINNESOTA  MAY 1984

# Bronchial Challenge With Formaldehyde Gas: Lack of Bronchoconstriction in 13 Patients Suspected of Having Formaldehyde-Induced Asthma

EVANGELO FRIGAS, M.D., Division of Allergic Diseases and Internal Medicine; WARREN V. FILLEY, M.D., Resident in Allergy*; CHARLES E. REED, M.D., Division of Allergic Diseases and Internal Medicine

We studied 13 selected patients with symptoms suggestive of asthma who suspected exposure to formaldehyde as a cause. These patients had a history of exposure to formaldehyde gas which either coincided with the onset of or aggravated their symptoms of asthma. The levels of exposure at their homes or at work ranged from 0.1 to 1.2 parts per million (ppm) of formaldehyde gas. The patients were tested with bronchial challenges of 0.1-, 1-, and 3-ppm concentrations of formaldehyde gas and randomly interspersed room-air placebos. The formaldehyde gas or placebo was delivered via a Dynacalibrator. The period of exposure to formaldehyde gas or placebo with each challenge was 20 minutes. Pulmonary function was measured before and for 24 hours after each bronchial challenge. No patient had a significantly greater decrease in the forced expiratory volume in 1 second after exposure to formaldehyde than after exposure to air. In no case were we able to substantiate that exposure to formaldehyde gas (3 ppm or less) was indeed causing or aggravating the asthmatic symptoms.

Extensive use of formaldehyde compounds in the construction of wood products, adhesives, carpeting, drapes, and urea formaldehyde foam insulation materials, to mention but a few, has brought formaldehyde into the home. Between February and June 1979, 275 cases of possible exposure to formaldehyde gas in Minnesota homes were reported to the Minnesota Department of Health by the persons involved.[1] Screening of all the homes revealed measurable indoor levels of formaldehyde in most of the cases and at times levels as high as 3.2 parts per million (ppm). The maximal permissible level of exposure for industrial settings in the United States is 3 ppm for an 8-hour period.[2] A safe level of formaldehyde in homes has not yet been established. Recently, the United States Consumer Product Safety Commission linked exposure to low levels of formaldehyde gas (3 ppm or less) to a variety of symptoms, formaldehyde-induced asthma, and an increased risk for cancer.[3] In 1982, this commission banned the use of urea formaldehyde foam insulation materials,[3] but on Aug. 25, 1983, a panel of three justices cancelled that ban.[4]

The most widely reported symptoms from exposure to formaldehyde are irritation of the upper respiratory tract, irritation of the eyes, and headache, all of which are precipitated at a concentration of 2 to 5 ppm.[5] For skin, formaldehyde is considered to be both an irritant and a sensitizer.[6]

Reports of occupational asthma attributable to exposure to formaldehyde have appeared since 1939.[7] Workers in the industry,[8-10] embalmers,[11] and medical and paramedical personnel[12,13] may react to formal-

This investigation was supported in part by Grant AI 11483C from the National Institutes of Health, Public Health Service
*Mayo Graduate School of Medicine, Rochester, Minnesota. Present address: Oklahoma City, Oklahoma.

Mayo Clin Proc 59:295-299, 1984                                  295

ALX-DYSON-000333

dehyde. The levels of inhaled formaldehyde gas which will produce asthma are unknown. Inhalation of concentrations of more than 11 ppm has been reported to cause chemical pneumonitis, pulmonary edema, and death.[2,3] For the past 5 years, there has been growing speculation in the medical[14-20] and the nonmedical press that exposure to low levels (less than 3 ppm) of formaldehyde gas in homes may produce asthma.

This article summarizes our experience with bronchial challenge in 13 patients who were referred for evaluation of asthma and who suspected that exposure to formaldehyde gas was responsible for their asthmatic symptoms.

**MATERIAL AND METHODS**

*Subjects.*—The clinical data are summarized in Table 1. The 11 female and 2 male patients ranged in age from 15 to 70 years. Before our evaluation, all of them had been exposed to formaldehyde gas for variable periods, either at work or at home, in the concentrations shown in Table 1. Local health agencies not associated with our institution had measured these indoor concentrations of formaldehyde at the request of the patients before they underwent medical evaluation. The patients reported symptoms of chest tightness, coughing, or wheezing, which they attributed to exposure to formaldehyde gas. In addition, most of the patients had noted that these symptoms would abate or disappear when they were away from the site of exposure to formaldehyde. Also, several of them had noted nasal congestion, irritation of the eyes, and headache. All except two of the patients (cases 5 and 7) had been entirely healthy before exposure. These two patients had had a history of mild asthma that necessitated occasional bronchodilator treatment. After they were exposed to formaldehyde, their symptoms worsened, occurred more frequently, and necessitated more treatment. Of the patients who had been exposed to formaldehyde in their homes, one patient (case 2) also reported that her husband had had similar symptoms although of less intensity. Of the five smokers, three had stopped smoking soon after they became symptomatic. At the time of evaluation, five patients (cases 5, 7, 9, 12, and 13) were being treated with bronchodilators, and three of them had also received short tapered courses of systemic glucocorticoids. The rest of the patients had not required treatment for their symptoms, although a few were using nonprescription antihistamines. Of our 13 patients, 11 were still living in the same environment suspected of causing their symptoms, and 6 had initiated or were contemplating a law suit.

*Medical Evaluation.*—On the first day, each patient underwent a general physical examination as well as chest roentgenography, pulmonary function tests, and standard laboratory tests. None had a history of allergy. Five patients (cases 3, 4, 5, 6, and 13) had negative results of skin tests to a battery of 40 common inhalant allergens. The other patients did not undergo skin testing. No abnormal auscultatory findings were noted on chest

Table 1.—Clinical Data of 13 Study Patients

| Case | Sex and age (yr) | Occupation | Smoking | Formaldehyde (ppm)* | Duration of exposure (yr)† | Suspected source‡ |
|---|---|---|---|---|---|---|
| 1 | F 29 | Pathology technician | Never | | 9 | Occupation |
| 2 | F 32 | Homemaker | Yes | 0.1 | 1 | Paneling in home |
| 3 | F 24 | Technician | Never | 0.2 | 4 | Occupation |
| 4 | M 38 | Farmer | Never | | 2 | UFFI in home |
| 5 | F 49 | Homemaker | Never | | 1 | UFFI in home |
| 6 | F 35 | Homemaker | Never | | 1 | Paneling in mobile home |
| 7 | F 46 | Cosmetologist | Yes | 0.3 | 3 | Occupation |
| 8 | F 36 | Homemaker | Yes | 0.1 | 4 | UFFI in home |
| 9 | F 41 | Homemaker | Yes | 0.4 | 1 | Particleboard in mobile home |
| 10 | F 46 | Teacher | Never | | 2 | Occupation |
| 11 | F 15 | Student | Never | 0.5 | 4 mo | UFFI in home |
| 12 | F 70 | Homemaker | Never | 1.2 | 2 | UFFI in home |
| 13 | M 54 | Foundry worker | Yes | | 6 | Occupation |

*Concentration of formaldehyde gas in parts per million to which the subjects had been exposed at work or home; ellipses indicate unknown level of exposure.
†Before evaluation in this study.
‡UFFI = urea formaldehyde foam insulation materials.

ALX-DYSON-000334

examination, except for wheezing in case 7 at the time of initial presentation. For this patient, we postponed bronchial challenge testing until she had become asymptomatic. All patients had normal chest roentgenograms, and their total blood eosinophil counts were within normal limits except for case 5 (1,100 cells/mm³), a patient who had chronic asthma, nasal polyposis, and hyperplastic pansinusitis. Two patients (cases 4 and 5) had nasal polyps. The remaining findings on the physical examinations were unremarkable, and the patients had no additional symptoms or illnesses except for one patient (case 2) who had diabetes.

*Bronchial Challenge.*—Flow-volume loops were determined with maximal forced exhalations in triplicate the first and second days in order to establish the baseline for each subject and to exclude effort-induced bronchoconstriction. We delayed testing with the bronchial challenge until patients were asymptomatic and able to reproduce baseline flow-volume loops with a maximal variability of 10%. The forced expiratory volumes in 1 second ($FEV_1$) obtained by standard techniques from the patients' best efforts are reported in Table 2. Substantial pulmonary obstruction was found in three patients (cases 5, 7, and 12), but only one patient (case 7) was wheezing; and all of them except that patient could reproduce their baseline value with a variability of less than 10%. Orally administered or inhaled bronchodilators were discontinued 24 hours or more before the beginning of the evaluation. At the time of testing, no one was taking systemic glucocorticoids or cromolyn sodium.

Beginning on the morning of the second day, each patient underwent bronchial challenge with room air or formaldehyde gas. We tested only one concentration or the placebo each day, and a smaller concentration or placebo preceded larger concentrations. Depending on the time constraints for each patient, we tested with one or several concentrations of formaldehyde: 0.1, 1, and 3 ppm. Formaldehyde gas or placebo (room air) was delivered from a Dynacalibrator (model 340-23-X, Metronics, Santa Clara, California) at a flow rate of 10 to 14 liters/min through Teflon tubing to a loosely fitting face mask for 20 minutes. Most of the gas overflowed around the mask and was exhausted from the chamber, which had dimensions of 1.5 by 2 by 3 m. Spirometry was performed before the challenge, at 0 minutes, and 1/4, 1/2, 1, 3, 6, and 24 hours after the challenge. In three of these patients, the sequence of challenge was double-blind and randomized. In the others, it was single-blind. A bronchial challenge was considered positive when it induced a 20% or more decrease of the baseline $FEV_1$ in a dose-related fashion with the various formaldehyde concentrations tested, and the placebo challenges did not produce the same effect.

## RESULTS

Table 3 shows the greatest decreases in $FEV_1$ after the formaldehyde and placebo challenges. In only one patient (case 7) did the $FEV_1$ decline by 20% or more after exposure to formaldehyde, and in this case the placebo challenge induced almost the same decrease in $FEV_1$ as did formaldehyde. For the rest of the patients, the $FEV_1$ did not diminish significantly after challenge with formaldehyde gas.

In addition to the $FEV_1$, we measured the vital capacity and airflows at 50% and 25 to 75% of the expiratory volume. All of these variables showed changes similar to the $FEV_1$ values reported in Table 3 and thus offered no additional information for the interpretation of the results.

The health of all of our patients throughout the period of evaluation and testing remained stable, and they did not require any treatment. Several patients noted subjective symptoms such as irritation of the eyes, nose, and throat and tightness of the chest, but these occurred as frequently with the placebo as with the formaldehyde challenges and were without any distinguishing features. Consequently, we have interpreted all of these challenges as negative.

Of our 13 patients, 3 (cases 1, 3, and 13) also underwent bronchial challenge with methacholine. Two of these patients (cases 1 and 3) had negative challenges, whereas the third patient had a positive challenge. Three patients (cases 5, 7, and 12) were not tested with a methacholine challenge because they had unequivocal histories of asthma and pulmonary obstruction when pulmonary function tests were done (Table 2). Also, five

Table 2.—Pulmonary Function Before Bronchial Challenge*

| Case | FEV₁ (liters) Predicted | FEV₁ (liters) Found | FEV₁ found as % of predicted† |
|---|---|---|---|
| 1 | 2.89 | 3.49 | 121 |
| 2 | 3.27 | 3.24 | 99 |
| 3 | 3.17 | 3.32 | 105 |
| 4 | 2.86 | 3.23 | 113 |
| 5 | 2.80 | 1.85 | 66 |
| 6 | 2.75 | 2.50 | 91 |
| 7 | 2.50 | 1.85 | 74 |
| 8 | 2.45 | 2.35 | 96 |
| 9 | 2.50 | 2.40 | 96 |
| 10 | 2.40 | 2.45 | 102 |
| 11 | 3.35 | 3.10 | 93 |
| 12 | 1.80 | 1.25 | 69 |
| 13 | 2.85 | 3.40 | 119 |

*$FEV_1$ = forced expiratory volume in 1 second.
†The predicted normal values were obtained from a report by Knudson and associates.[21]

ALX-DYSON-000335

Table 3.—Pulmonary Function Before and After Bronchial Challenge*

| Case | FEV₁ (liters) | | | FEV. (liters) | | |
|---|---|---|---|---|---|---|
| | Before F | After F | % change | Before P | After P | % change |
| 1 | 3.50 | 3.39 | D 3.2 | 3.49 | 3.28 | D 6.0 |
| 2 | 3.04 | 2.84 | D 6.6 | 3.24 | 3.06 | D 5.6 |
| 3 | 3.21 | 2.88 | D 10.3 | 3.32 | 3.23 | D 2.7 |
| 4 | 3.45 | 3.22 | D 6.7 | 3.23 | 3.34 | I 3.4 |
| 5 | 1.80 | 1.55 | D 13.9 | 1.85 | 1.55 | D 16.2 |
| 6 | 2.70 | 2.65 | D 1.9 | 2.50 | 2.55 | I 2.0 |
| 7 | 1.75 | 1.30 | D 25.7 | 1.85 | 1.40 | D 24.3 |
| 8 | 2.35 | 2.00 | D 14.9 | ND | ND | ... |
| 9 | 2.35 | 2.00 | D 14.9 | 2.40 | 1.95 | D 18.8 |
| 10 | 2.45 | 2.15 | D 12.2 | 2.45 | 2.15 | D 12.2 |
| 11 | 3.10 | 2.75 | D 11.3 | 3.10 | 2.95 | D 4.8 |
| 12 | 1.25 | 1.05 | D 16.0 | ND | ND | ... |
| 13 | 3.05 | 2.60 | D 14.8 | 3.40 | 3.40 | 0 |

*D = decrease; F = bronchial challenge with formaldehyde gas; FEV₁ = forced expiratory volume in 1 second; I = increase; ND = not done; P = bronchial challenge with placebo (room air); % change = the change in the FEV₁ measured after bronchial challenge as a percentage of the baseline FEV₁ before the bronchial challenge.
†Table 3 was derived from a more detailed tabulation of measurements, which is available upon request from the first author.

patients (cases 4, 6, 9, 10, and 11) had convincing histories of asthma; thus, testing them with a methacholine bronchial challenge was avoided. The remaining two patients (cases 2 and 8) were not tested because of time constraints.

The final diagnoses were as follows: habitual cough (case 1); possible asthma, now inactive and unrelated to formaldehyde exposure (cases 4, 6, 9, and 10); history of mild exercise-induced asthma, unrelated to formaldehyde exposure (case 11); mild to moderate asthma of the nonallergic variety, unrelated to formaldehyde exposure (cases 5, 7, 12, and 13); and no respiratory diagnosis (cases 2, 3, and 8). In addition, some of the patients had a secondary diagnosis of vasomotor rhinitis and nasal polyps (cases 4, 5, 6, 7, 8, and 13) plus hyperplastic sinusitis (cases 4 and 5).

## DISCUSSION

These data deal with the issue of whether formaldehyde-induced asthma can develop in persons exposed to low levels (less than 3 ppm) of the gas. Besides published case reports[7,12,17] that have raised the question of formaldehyde-induced asthma, the previous studies[9,12,13] that have published accounts of "positive" formaldehyde challenges in patients with asthma lacked adequate controls, and the subjects tested were exposed to unknown but probably very high concentrations of formaldehyde gas. Accurate delivery of a specific concentration of formaldehyde gas is difficult because of its extreme solubility in water, its reactivity with rubber or plastics, and its self-polymerization. With the Dynacalibrator that we used, however, we are confident that we delivered the concentrations intended. The accurate delivery was confirmed by measuring the concentration of formaldehyde gas at the end of our delivery system.

Ideally, the bronchoprovocation should be a double-blind test with placebo challenges interspersed randomly in a sequence of increasing concentrations of formaldehyde. In this type of testing, placebo controls are essential, both because of the enormous psychologic effect and the fear that surround this particular agent (many of the subjects are involved in litigation) and also because of the spontaneous variability of indices of pulmonary function in patients with asthma. A bronchial challenge can be interpreted as positive when a patient who is asymptomatic, with normal or near-normal results of pulmonary function tests without medication and who is able to reproduce a steady baseline FEV₁, shows a sustained decrease in FEV₁ of 20% or more and in a dose-related fashion after exposure to the material in question, while placebo produces a negligible change or no change.

Interpretation of these tests in patients with chronic airway obstruction is much more difficult. Because medications may alter the response, their use must be discontinued. The tests must be repeated often enough to show consistently that the response after exposure to the suspected agent is significantly different from the response after the placebo challenge. When airway caliber is frequently changing because of the disease, any change after a single stimulus may represent only a chance variation. An apparently positive test must be confirmed by repeating it one or more times.

Another issue currently debated is the duration of

ALX-DYSON-000336

exposure. In other words, exposure to 1 ppm of formaldehyde gas for 20 minutes may not induce asthma, whereas exposure to 1 ppm for 10 hours may do so. In our study, a challenge period of 20 minutes was selected for practical reasons. Although it is conceivable that a longer exposure could have a different effect, no precedence exists for this conclusion on the basis of experience with challenges with other agents. As brief an exposure as five inhalations has become the standard protocol for allergens such as ragweed.[22] Also, a 20-minute exposure to toluene diisocyanate, with use of the procedure described herein for formaldehyde, regularly produced a positive response in workers with occupational asthma due to diisocyanates.[23] In addition, a rapidly metabolized substance such as formaldehyde seems unlikely to have a cumulative effect.

In conclusion, testing with a formaldehyde bronchial challenge did not provoke asthma in 13 selected patients with symptoms suggestive of asthma and a history of exposure to formaldehyde gas. Cases of formaldehyde-induced asthma may be rare.

## ACKNOWLEDGMENT

The authors thank Marjorie E. Mehring for expert technical assistance and Drs. John W. Yunginger and Gerald J. Gleich for their comments and suggestions about the manuscript.

## REFERENCES

1. Garry VF, Oatman L, Pleus R, Gray D: Formaldehyde in the home: some environmental disease perspectives. Minn Med 63:107-111, 1980
2. U.S. Department of Health, Education, and Welfare: Occupational exposure to formaldehyde. DHEW Publication No. NIOSH 77-126, Washington DC, Government Printing Office, 1976
3. U.S. Consumer Product Safety Commission: Ban of urea formaldehyde foam insulation: final rule. 47 Fed Reg 14366-14421, Apr. 2, 1982
4. U.S. Court of Appeals for the Fifth Circuit: Opinion Gulf South Insulation V Consumer Product Safety Commission: Case No. 82-4218, June 23, 1983
5. Fassett DW: Aldehydes and acetals. Ind Hyg Toxicol 2:1959-1989, 1963
6. Horsfall FL Jr: Formaldehyde hypersensitiveness: an experimental study. J Immunol 27:569-581, 1934
7. Vaughan WT. Practice of Allergy. St. Louis, CV Mosby Company, 1939, p 677
8. Harris DK. Health problems in the manufacture and use of plastics. Br J Ind Med 10:255-268, 1953
9. Popa V, Teculescu D, Stănescu D, Gavrilescu N: Bronchial asthma and asthmatic bronchitis determined by simple chemicals. Dis Chest 56:395-404, 1969
10. Schoenberg JB, Mitchell CA: Airway disease caused by phenolic phenol formaldehyde resin exposure. Arch Environ Health 30:574-577, 1975
11. Kerfoot EJ, Mooney TF Jr: Formaldehyde and paraformaldehyde study in funeral homes. Am Ind Hyg Assoc J 36:533-537, 1975
12. Hendrick DJ, Lane DJ: Formalin asthma in hospital staff. Br Med J 1:607-608, 1975
13. Hendrick DJ, Lane DJ: Occupational formalin asthma. Br J Ind Med 34:11-18, 1977
14. Baumann H: Formaldehyde in UF-schuim. Plastica 30:72-74, 1977
15. Bardana EJ Jr: Formaldehyde: hypersensitivity and irritant reactions at work and in the home. Immunol Allergy Pract 2:11-23, 1980
16. Godish T: Formaldehyde and building-related illness. J Environ Health 44:116-121, 1981
17. Bernardini P, Carelli G, Valentino R: Formaldehyde in insulated housing (letter to the editor). Lancet 2:375, 1981
18. Bresyse PA: The health cost of "tight" homes (editorial). JAMA 245:267-268, 1981
19. The health hazards of formaldehyde. Lancet 1:926-927, 1981
20. Hendrick DJ, Rando RJ, Lane DJ, Morris MJ: Formaldehyde asthma, challenge exposure levels and fate after five years. J Occup Med 24:893-897, 1982
21. Knudson RJ, Slatin RC, Lebowitz MD, Burrows B: The maximal expiratory flow-volume curve: normal standards, variability, and effects of age. Am Rev Respir Dis 113:587-600, 1976
22. Chai H, Farr RS, Froehlich LA, Mathison DA, McLean JA, Rosenthal RR, Sherier AL II, Spector SL, Townley RG. Standardization of bronchial inhalation challenge procedures. J Allergy Clin Immunol 56:323-327, 1975
23. Butcher BT, Salvaggio JE, Weill H, Ziskind MM: Toluene diisocyanate (TDI) pulmonary disease: immunologic and inhalation challenge studies. J Allergy Clin Immunol 58:89-100, 1976

ALX-DYSON-000337