Case 2:07-md-01873-KDE-MBN Document 2834-18 Filed 08/25/09 Page 1 of 3



IPCS INCHEM Home

INTERNATIONAL PROGRAMME ON CHEMICAL SAFETY

ENVIRONMENTAL HEALTH CRITERIA 89

FORMALDEHYDE

This report contains the collective views of an international group of experts and does not necessarily represent the decisions or the stated policy of the United Nations Environment Programme, the International Labour Organisation, or the World Health Organization.

Published under the joint sponsorship of
the United Nations Environment Programme,
the International Labour Organisation,
and the World Health Organization

World Health Orgnization
Geneva, 1989

The International Programme on Chemical Safety (IPCS) is a joint venture of the United Nations Environment Programme, the International Labour Organisation, and the World Health Organization. The main objective of the IPCS is to carry out and disseminate evaluations of the effects of chemicals on human health and the quality of the environment. Supporting activities include the development of epidemiological, experimental laboratory, and risk-assessment methods that could produce internationally comparable results, and the development of manpower in the field of toxicology. Other activities carried out by the IPCS include the development of know-how for coping with chemical accidents, coordination of laboratory testing and epidemiological studies, and promotion of research on the mechanisms of the biological action of chemicals.

WHO Library Cataloguing in Publication Data

Formaldehyde.



DEPOSITION EXHIBIT 20

ALX-EXP-77-001335

damage and hyperplasia.

Dose-related lesions observed in long-term, repeated inhalation exposure (2.4, 6.7, or 17.2 mg/m$^3$) were dysplasia and squamous metaplasia of the respiratory and olfactory epithelia, which regressed to some extent after cessation of exposure.

Formaldehyde produced nasal squamous cell carcinomas in rats exposed to high concentrations (17.2 mg/m$^3$), which also caused severe tissue damage. The concentration - response curve was extremely non-linear with a disproportionate increase in tumour incidence at higher concentrations. A low, but not statistically significant, incidence of nasal tumours occurred at 6.7 mg/m$^3$. No tumours were found at other sites. Mice developed squamous cell carcinomas of the nasal cavity with long-term exposure to 17.2 mg/m$^3$, but this finding was not statistically significant. No tumours were found at other sites. No tumours were found in hamsters.

Long-term oral administration of formaldehyde (0.02-5% in the drinking-water) to rats was found to induce papillomas in the forestomach.

Several skin initiation/promotion studies with formaldehyde did not produce evidence of skin carcinogenicity in mice; the results with respect to promotion were either negative or inconclusive.

1.8 Effects on Man

Formaldehyde has a pungent odour detectable at low concentrations, and its vapour and solutions are known skin and eye irritants in human beings. The common effects of formaldehyde exposure are various symptoms caused by irritation of the mucosa in the eyes and upper airways. In the non-industrial indoor environment, sensory reactions are typical effects, but there are large individual differences in the normal population and between hyperreactive and sensitized people.

There are a few case reports of asthma-like symptoms caused by formaldehyde, but none of these demonstrated a sensitization effect (neither Type I nor Type IV) and the symptoms were considered to be due to irritation. Skin sensitization is induced only by direct skin contact with formaldehyde solutions in concentrations higher than 20 g/litre (2%). The lowest patch test challenge concentration in an aqueous solution reported to produce a reaction in sensitized persons was 0.05% formaldehyde.

The available human evidence indicates that formaldehyde does not have a high carcinogenic potential. While some studies have indicated an excess of cancer in exposed individuals or populations, only nasal or nasopharyngeal tumours are likely to be causally related to formaldehyde exposure.

Formaldehyde does not have any adverse effects on reproduction and is not teratogenic.

Formaldehyde *in vitro* interferes with DNA repair in human cells, but there are no data relating to mutagenic outcomes.

2. IDENTITY, PHYSICAL AND CHEMICAL PROPERTIES, ANALYTICAL METHODS

2.1 Identity

ALX-EXP-77-001345

one second (FEV1).

In a similar study on 13 patients with asthma suspected of being related to formaldehyde exposure, no significant drop in FEV was seen when bronchial provocation tests with formaldehyde concentrations of up to 3.6 mg/m$^3$ were carried out. Five of the subjects were on bronchodilator treatment at the time (Frigas et al., 1984).

Eight cases of occupational asthma (3 smokers, 5 non-smokers) were reported among 28 members of the nursing staff at a haemodialysis unit where formalin was used to sterilize the artificial kidney machine

(Hendrick & Lane, 1977). In 2 out of 5 subjects with histories of recurrent attacks of wheezing, inhalation provocation tests led to asthmatic attacks similar to those at work.

Hendrick et al. (1982) reinvestigated the nurses of the haemodialysis unit. One nurse had not worked with formaldehyde since 1976 and had had no further symptoms. Her 1981 test (15-min exposure to 7.2 mg formaldehyde/m$^3$) did not provoke any asthmatic response. The other nurse had continued to work with formaldehyde, though under much improved conditions, and had continued to suffer mild intermittent attacks of asthma. Her test (5-min exposure to 3.6 mg formaldehyde/m$^3$) provoked a late asthmatic reaction similar to the one observed in 1975.

9.2.4.4 Systemic sensitization

A case report has been described involving an anaphylactic shock reaction after accidental iv application of formaldehyde during haemodialysis treatment due to formaldehyde remaining in the equipment after disinfection. No measurements of the residual formaldehyde in the reconditioned dialyser were given. There was no personal or family history of atopy. Prick tests and radioallergosorbent tests (RAST) with common food and inhalant allergens were negative. Prick tests performed with 0.1 and 1% formaldehyde were positive in the patient, whereas they were negative in control subjects. The RAST with formaldehyde was performed using discs specially prepared and coated with serum-albumin. RAST was strongly positive. RAST to ethylene oxide was negative. A patch test with formaldehyde (concentration 1%) was performed and induced an anaphylactic shock, 26 h after the skin application of formaldehyde. The patient did not present any anaphylactic symptoms with the use of non-reconditioned dialysers. An immediate-type allergy to formaldehyde mediated by IgE may have occurred in this patient (Maurice et al., 1986). Because, after 26 h, the patch test resulted in an anaphylactic, but not delayed allergic contact dermatitis, reaction, the findings seem to be contradictory.

Wilhelmsson & Holmström (1987) investigated possible mechanisms underlying nasal symptoms in 30 formaldehyde workers exposed through inhalation in a formaldehyde-producing factory. Two cases showed a positive RAST with formaldehyde with high total IgE values (177 and 360 kU/litre). One of them suffered from severe rhinitis, the other from nasal and skin symptoms associated with the work place. A skin test with formaldehyde was negative at 15 min but positive at 72 h.

Systemic sensitization arising from the release of formaldehyde into the circulation in chronic haemodialysis patients showed evidence of formaldehyde-dependent immunization. The production of auto-antinuclear-like antibodies was dependent on the length (years) of the haemodialysis treatment (Lynen et al., 1983) and on the formaldehyde

ALX-EXP-77-001446