American Journal of Industrial Medicine 15:91-101 (1989)

# Prospective Study of Respiratory Effects of Formaldehyde Among Healthy and Asthmatic Medical Students

**Grant Uba, MD, Donna Pachorek, MD, Jonathan Bernstein, MS, David H. Garabrant, MD, MPH, John R. Balmes, MD, William E. Wright, MD, MSPH, and Robert B. Amar, MS, CIH**

We conducted a prospective evaluation of pulmonary function and respiratory symptoms among 103 medical students exposed to formaldehyde over a 7-month period to determine the incidence of bronchoconstriction and respiratory symptoms in response to exposure. Time-weighted average formaldehyde exposures were generally less than 1 part per million (ppm) and peak exposures were less than 5 ppm. Acute symptoms of eye and upper respiratory irritation were significantly associated with exposure. There was no pattern of bronchoconstriction in response to exposure after either 2 weeks or 7 months. Twelve subjects had a history of asthma; they were no more likely to have symptoms of respiratory irritation or changes in pulmonary function than those without such a history. These findings are consistent with previous case reports that indicate exposure to formaldehyde vapor at levels that are commonly encountered in occupational and residential settings do not commonly cause significant bronchoconstriction, even among subjects with preexisting asthma.

**Key words: formaldehyde, bronchoconstriction, asthma, respiratory disease**

## INTRODUCTION

Recent studies have shown that formaldehyde exposures of 2–3 parts per million (ppm) are associated with acute nose, throat, and eye irritation [Green et al., 1987; Witek et al., 1987; Schachter et al., 1986]. However, these same studies have shown conflicting results regarding acute changes in pulmonary function. Healthy subjects [Schachter et al., 1986] and asthmatics [Witek et al., 1987] exposed at rest and during exercise to 2.0 ppm formaldehyde showed no significant changes in lung function. In contrast, healthy subjects exposed to 3.0 ppm showed significant decreases in forced expiratory volume in 1 second ($FEV_1$), forced vital capacity (FVC), and $FEV_3$ during exercise, while asthmatics exposed in the same manner showed no significant changes [Green et al., 1987]. In all of these studies, responses

Division of Occupational Health, Department of Preventive Medicine (G.U., D.P., J.B., D.H.G., W.E.W., R.B.A.), and Pulmonary Division, Department of Medicine, (J.R.B.), University of Southern California School of Medicine, Los Angeles.
Address reprint requests to Dr. David H. Garabrant, Department of Environmental and Industrial Health, The University of Michigan School of Public Health, 109 Observatory St., Ann Arbor MI 48109-2029.
Accepted for publication July 12, 1988.

© 1989 Alan R. Liss, Inc.

were studied during or within the first 24 hours after exposure. A number of reports have shown that specific airway reactivity to formaldehyde may develop [Hendrick et al., 1982; Burge et al., 1985; Nordman et al., 1985], but the intensity and duration of exposure necessary for this to occur are not known.

The effects of repeated exposures to formaldehyde on respiratory function have been examined largely in cross-sectional studies, which may underestimate the effects because of selection out of the work force of susceptible subjects. It is essential that prospective studies of airway reactivity be done to determine the incidence of asthma in populations exposed to chemicals and to determine the levels of exposure below which no one becomes sensitized [Chan-Yeung and Lam, 1986].

We sought to address this issue through a prospective study of medical students by measuring their respiratory function before they were exposed to formaldehyde and over the following 7 months, during which they had regular exposures in the anatomy laboratory. The specific purposes of this study were to determine: 1) whether the respiratory responses to formaldehyde change with increasing duration of exposure; 2) whether subjects who give a history of asthma respond differently to formaldehyde exposure than those who do not; and 3) whether any observed changes relate to measured formaldehyde concentrations.

## MATERIALS AND METHODS

One hundred three members of the University of Southern California School of Medicine class of 1988 agreed to participate in this study and their informed consent was obtained. The study was approved by the Research Review Committee of the University of Southern California School of Medicine.

### Questionnaire

We designed the study to ascertain both whether respiratory symptoms developed over the course of the year and whether they developed acutely in response to formaldehyde exposure. To do this we used two different questionnaires. The first, the American Thoracic Society Epidemiology Standardization Project [Ferris, 1978] respiratory questionnaire, was completed by each subject on two occasions: in September 1984 prior to the first formaldehyde exposure in gross anatomy laboratory and again in April 1985 after 7 months of formaldehyde exposure. This questionnaire elicited the presence of respiratory symptoms and their duration, information regarding prior exposures to formaldehyde, occupational history, history of allergies and asthma, and smoking history. Subjects were counted as having asthma if they reported ever having had asthma. For the purposes of this study, the responses to this questionnaire are called persistent symptoms to distinguish them from acute symptoms that were ascertained by a separate questionnaire.

The second questionnaire, administered in November 1984, ascertained the presence of acute symptoms during or after laboratory, such as headaches, eye and nose irritation, wheezing, coughing, and chest tightness. Eighty-one subjects completed this questionnaire twice: once after a gross anatomy laboratory in which there was formaldehyde exposure and once after a control microanatomy laboratory in which no formaldehyde was used. The sequence of administering the questionnaires was varied to minimize reporting bias; one group completed the questionnaire for the

first time after gross anatomy laboratory and for the second time after microanatomy laboratory; for the other group this order was reversed.

### Spirometry

The pulmonary function of each subject was measured in September before gross anatomy laboratory began, again after 2 weeks of laboratory, and a third time after 7 months of laboratory. On each test day, spirometry was performed before the start of laboratory and again at the end of laboratory. For most students each laboratory session lasted about 4 hours. Since laboratory was scheduled twice weekly in the afternoon throughout the school year, testing was always performed between noon and 1 P.M. and again between 4 and 5 P.M. on the same day.

Spirometry was done by trained technicians using Puritan-Bennet model VS400 dry-seal volume spirometers. Three spirometers were used and all tests for each subject were done on the same machine. Each spirometer was calibrated at the start and at the end of each testing session. Testing conformed with the American Thoracic Society Snowbird Workshop recommendations [American Thoracic Society, 1979]. The largest $FEV_1$ and FVC were taken from the acceptable tracings. The forced expiratory flow during the middle half of the FVC ($FEF_{25-75}$) was calculated from the tracing with the greatest combined FVC and $FEV_1$. Ninety-six subjects completed all six assessments of pulmonary function.

### Environmental Monitoring

The medical students worked in a 4,500-square-foot room containing 37 dissection tables. A morgue and an embalming room were located adjacent to the laboratory. The laboratory was ventilated 24 hours a day (45 room air changes/hour) 7 days/week. The room temperature was maintained between 68 and 71°. The time-weighted average exposure to formaldehyde vapor was measured during gross anatomy laboratory by using personal sampling devices (impingers) located in the breathing zones of the medical students. Thirty-two such samples were obtained during the 7 months of study and were analyzed by using chromotropic acid as a spectrophotometric reagent (NIOSH method 3500) [Eller, 1984]. Sixteen short-term exposures were measured to represent peak exposures while students performed activities such as dissecting and observing. These were measured by using a portable infrared spectrophotometer (Miran 1B, Foxboro Instruments). The exposures of subjects who gave a history of asthma were preferentially measured.

### Statistical Analysis

The occurrence of acute symptoms was analyzed by using McNemar's test for paired-sample nominal scale data [Dixon, 1981]. In these analyses, each subject's responses during formaldehyde exposure were compared to his/her responses during a nonexposed laboratory session. Odds ratios and p values were calculated. Subjects who gave a history of asthma were, in addition, analyzed separately from those who did not, to see if they were more likely to report symptoms after exposure. Comparisons of those who gave a history of asthma with those who did not were made in $2 \times 2$ tables and tests of significance were made by using the chi-square statistic.

Persistent symptoms were also analysed by using McNemar's test. In these analyses, the subjects' responses at the beginning of the school year were compared to their responses at the end of the study.

We compared pulmonary function before and after exposure for each subject on each of the 3 test days as well as before and after 7 months of exposure. The change in pulmonary function during the laboratory session was calculated as the difference between the noon (preexposure) and late-afternoon (postexposure) measurements. This was calculated separately for the $FEV_1$, FVC, $FEV_1$/FVC, and $FEF_{25-75}$. Changes in pulmonary function were analyzed by repeated measures analysis of covariance [Dixon, 1981] to simultaneously assess the effects of sex, formaldehyde exposure, and repeated measurement. Repeated measures analysis of variance was used to determine the factors that best predicted the cross-shift change in pulmonary function, rather than using t-tests to compare the mean cross-shift changes on each of the 3 test days. The analysis of variance model is preferred over t-tests in that it appropriately respects the relationship among the multiple variables that influenced pulmonary function during each of the test sessions.

In another set of analyses, subjects who gave a history of asthma were analyzed separately from those who did not to see if they reacted differently to exposure. Comparison of pulmonary function of those who gave a history of asthma with those who did not was made by use of t-tests.

## RESULTS

### Demographic Characteristics of Subjects

Seventy-six males and 27 females (out of the total class of 142) completed the initial questionnaire regarding persistent symptoms. The mean age of both male and female students was 24.3 (range 21–33 years). The average height of males was 179.7 cm, while the average height of females was 166.2 cm. Eighty-eight percent of the student population was white and 12% was nonwhite. Six students had smoked cigarettes in the past and none was a current smoker at the time of the study.

There were eight males and four females who gave a history of asthma. The average age of these subjects was 25.5 years. Their characteristics are reported in Table I. Seven of them reported asthma that was active, although only two reported recent use of medications to control symptoms. None of the subjects used medications on a regular basis during the 7 months of the study, and none used medications on the days on which pulmonary function was measured.

### Formaldehyde Exposures

Time-weighted average formaldehyde exposures ranged from below the lower limit of detection (0.05 ppm) to 0.93 ppm. The monthly average of the personal samples was highest in September and October (0.6 and 0.8 ppm, respectively) and declined more or less steadily throughout the academic year to an average of 0.1 ppm in May. While dissecting, the peak exposures of the students ranged from 0.1 to 5.0 ppm, with a mean of 1.9 ppm. While observing dissection, the peak exposures ranged from 0.2 to 2.0 ppm, with a mean of 1.2 ppm.

### Acute Symptoms

In November, 81 students completed both questionnaires regarding acute symptoms (one given after formaldehyde exposure in gross anatomy laboratory and the other after a control laboratory with no formaldehyde exposure). The time-weighted average exposures to formaldehyde in the gross anatomy laboratory ranged from 0.16

**TABLE I. Atopic History of 12 Subjects Who Reported a History of Asthma**

| | Age | Sex | Asthma: Age at onset | Asthma: Age at resolution | Presently using medications | Other atopic history |
|---|---|---|---|---|---|---|
| 1. | 31 | F | 30 | Presently active | Bronchodilator occasionally, not on test days | Allergy to foods, cats |
| 2. | 23 | F | <5 | Presently active | No | Allergy to plants, animals<br>Hay fever<br>Eczema |
| 3. | 29 | F | <5 | Presently active | No | Allergy to cats, foods, sulfonamides<br>Hay fever |
| 4. | 22 | F | 15 | Presently active | No | Allergy to cats, foods, pollens |
| 5. | 22 | M | <5 | Presently active | Bronchodilator occasionally, not on test days | Allergy to feathers, cats |
| 6. | 27 | M | 5 | Presently active | No | Allergy to sulfonamides grasses, animals |
| 7. | 22 | M | 10 | Presently active | No | Allergy to cats, grasses |
| 8. | 22 | M | <5 | 15 | No | Allergy to pollens, tetracycline<br>Hay fever<br>Eczema |
| 9. | 32 | M | 11 | 12 | No | Allergy to diphenhydramine |
| 10. | 22 | M | <5 | 15 | No | Allergy to pollens, animals |
| 11. | 32 | M | 5 | 17 | No | Allergy to cats, dogs, pollens<br>Hay fever |
| 12. | 22 | M | 15 | 20 | No | Allergy to pollens |

to 0.93 ppm during this month. Symptoms of eye, nose, and throat irritation were statistically significantly associated with exposure (Table II). In contrast, symptoms of lower respiratory tract irritation, such as cough, wheezing, and dyspnea, were not statistically significantly related to exposure. Chest tightness was of borderline significance ($p = .05$) and was reported by only four students during exposure but not during the control laboratory.

None of the subjects who had a history of asthma reported cough, chest tightness, wheezing, or dyspnea during formaldehyde exposure. They reported burning and watering eyes significantly more frequently during exposure than during the control laboratory ($p = .03$ for both). They reported all other acute symptoms less frequently (not significantly) than nonasthmatics.

### Persistent Symptoms

One hundred three students completed the questionnaire regarding persistent symptoms at both the beginning of the year and after 7 months of exposure. Comparison of each subject's responses on these two occasions indicated that cough was reported statistically significantly more often at the end of the year (Table III).

**TABLE II. Relationship of Formaldehyde Exposure to Acute Symptoms During Exposure, Based on Analysis of Paired Samples From 81 Subjects**

| | No. of subjects who reported symptom | | | |
|---|---|---|---|---|
| Symptom | Only during exposure (A) | Only during control laboratory (B) | Odds ratio (A/B) | p value (2-sided) |
| Itchy eyes | 33 | 1 | 33.0 | <.001 |
| Watery eyes | 36 | 3 | 12.0 | <.001 |
| Burning eyes | 47 | 0 | Infinite | <.001 |
| Burning nose | 19 | 0 | Infinite | <.001 |
| Sore throat | 21 | 4 | 5.3 | <.01 |
| Sneezing | 10 | 1 | 10.0 | <.01 |
| Rhinorrhea | 13 | 3 | 4.3 | .01 |
| Chest tightness | 4 | 0 | Infinite | .05 |
| Cough | 5 | 4 | 1.3 | NS |
| Wheezing | 2 | 0 | Infinite | NS |
| Dyspnea | 2 | 0 | Infinite | NS |

**TABLE III. Relationship of Formaldehyde Exposure to Persistent Symptoms, Based on Analysis of Paired Samples From 103 Subjects**

| | No. of subjects who reported symptom | | | |
|---|---|---|---|---|
| Symptom | Only at beginning of school year (A) | Only at end of school year (B) | Odds ratio (B/A) | p value (2-sided) |
| Cough | 1 | 8 | 8.0 | .02 |
| Phlegm | 4 | 9 | 2.3 | NS |
| Chronic bronchitis | 4 | 2 | 0.5 | NS |
| Chest illnesses | 9 | 0 | 0 | <.001 |
| Wheezing | 37 | 1 | 0.03 | <.001 |
| Wheezing with dyspnea | 4 | 0 | 0 | .05 |
| Dyspnea on exertion | 0 | 0 | — | — |

Wheezing both with and without dyspnea were reported significantly more frequently at the beginning than at the end of the year. The subjects who gave a history of ever having asthma did not differ significantly from the rest of the students in development of respiratory symptoms over the course of the year.

## Pulmonary Function Tests

Ninety-six students completed spirometry on all six occasions (Table IV). The mean values at noon and after laboratory (before and after exposure) on each day are presented by test day. Comparison of pulmonary function (measured at noon) between test days indicated that there was no significant difference in the FVC, $FEV_1$, $FEF_{25-75}$, or $FEV_1$/FVC between test days, indicating that there was no overall increase or decrease in pulmonary function over the course of the study.

The mean change in each measure of pulmonary function on each test day (i.e., the cross-shift change) was calculated and the mean changes were compared. For the FVC, the mean change on the nonexposed day (first test day) was −.012 liters and was −.042 liters on both of the exposed (second and the third) days. These cross-shift

**TABLE IV. Mean Pulmonary Function by Test Day and by Time of Day (Noon or End of Laboratory), Based on 96 Subjects**

| | Test day | | | | | |
|---|---|---|---|---|---|---|
| | 1 | | 2 | | 3 | |
| | Before first exposure | | After 2 weeks of exposure | | After 7 months of exposure | |
| | Noon | End of laboratory | Noon | End of laboratory | Noon | End of laboratory |
| FVC (liters) | 5.246 | 5.234 | 5.277 | 5.235 | 5.308 | 5.266 |
| (S.D.) | (1.025) | (1.037) | (1.027) | (1.044) | (1.027) | (1.036) |
| (% predicted) | (105) | | | | | |
| $FEV_1$ (liters) | 4.379 | 4.348 | 4.409 | 4.363 | 4.399 | 4.378 |
| (S.D.) | (0.846) | (0.834) | (0.824) | (0.830) | (0.823) | (0.834) |
| (% predicted) | (102) | | | | | |
| $FEF_{25-75}$ (liters/sec) | 4.492 | 4.413 | 4.484 | 4.395 | 4.392 | 4.389 |
| (S.D.) | (1.216) | (1.188) | (1.151) | (1.154) | (1.198) | (1.166) |
| (% predicted) | (94) | | | | | |
| FEV1/FVC | 0.835 | 0.831 | 0.836 | 0.833 | 0.829 | 0.831 |
| | Mean change during laboratory (% change) | | | | | |
| | Test day 1 | | Test day 2 | | Test day 3 | |
| FVC (liters) | −0.012 | (−0.23) | −0.042[a] | (−0.80) | −0.042[a] | (−0.79) |
| $FEV_1$ (liters) | −0.031 | (−0.71) | −0.046[b] | (−1.04) | −0.021[c] | (−0.48) |
| $FEF_{25-75}$ (liters/sec) | −0.079 | (−1.76) | −0.089 | (−1.99) | 0.003 | (0.07) |
| $FEV_1$/FVC | −0.004 | (−0.48) | −0.003 | (−0.36) | 0.002 | (0.24) |

[a]Mean change on test days 2 and 3 significantly greater than on day 1 ($p < .001$).
[b]Mean change on test day 2 significantly greater than on day 1 ($p = .03$).
[c]Mean change on test day 3 significantly less than on day 1 ($p = .01$).

changes were statistically significantly larger on the exposed days than on the nonexposed day.

For the $FEV_1$, the mean change on the exposed days was inconsistent, being statistically significantly greater on test day 2 (−.046 liters) than on the nonexposed day (−.031 liters) but significantly less on test day 3 (−.021 liters) than on the nonexposed day. For the $FEF_{25-75}$ and the $FEV_1$/FVC, there were no significant differences in the cross-shift changes seen on the exposed days as compared to the nonexposed day.

We also examined the frequency distribution of each pulmonary function test to see if a small subset of subjects suffered large decrements in function on the exposed days, as tests of significance based on differences in means might not indicate the presence of such individuals. Figures 1 and 2 present the frequency distributions of the percentage change in FVC and $FEV_1$, respectively, during the laboratory session on each of the 3 test days. Comparison of the three graphs in each figure indicates that all are normally distributed, that the number of subjects having decrements greater than 5% is not appreciably greater on the exposed days than on the nonexposed day, and that the magnitude of the decrements on the exposed days is not appreciably greater than on the nonexposed day.

We also examined the spirograms of the individuals who showed greater than 5% decreases in either the FVC or the $FEV_1$ on the exposed days to see if their




Fig. 1. Frequency distribution of changes in FVC during anatomy laboratory by test day.




Fig. 2. Frequency distribution of changes in $FEV_1$ during anatomy laboratory by test day.

responses were consistently greater on the exposed days than on the nonexposed day. None of the subjects showed this pattern.

The pattern of changes in pulmonary function among the subjects who gave a history of asthma was examined in detail, because this group was considered to be most likely to experience adverse effects of exposure. The baseline pulmonary function at noon on each test day and the percent changes in pulmonary function during laboratory among those who gave a history of asthma are presented in Table V, according to the test day. Comparison of these changes with those among the 84 subjects who had no history of asthma (Table V) indicates that on the nonexposed day those with a history of asthma had greater decrements (not statistically significant) in all measures of pulmonary function than those who did not report such a history.

**TABLE V. Group Mean and Mean Percent Change in Pulmonary Function During Formaldehyde Exposure by Test Day Among 12 Subjects who Reported a History of Asthma and 84 Subjects who did not Report Asthma**

| | Subjects who reported asthma (n = 12) | | | Subjects who did not report asthma (n = 84) | | |
|---|---|---|---|---|---|---|
| | Before first exposure | After 2 weeks of exposure | After 7 months of exposure | Before first exposure | After 2 weeks of exposure | After 7 months of exposure |
| FVC (liters) | | | | | | |
| Mean | 4.995 | 5.036 | 5.063 | 5.353 | 5.311 | 5.343 |
| S .D. | (1.215) | (1.213) | (1.234) | (0.982) | (0.985) | (0.981) |
| % change | −1.17 | −0.88 | −0.63 | −0.12 | −0.79 | −0.81 |
| $FEV_1$ (liters) | | | | | | |
| Mean | 3.917 | 3.998 | 3.989 | 4.445 | 4.468 | 4.458 |
| S .D. | (0.802) | (0.800) | (0.788) | (0.842) | (0.818) | (0.818) |
| % change | −1.68 | 0.06 | −0.36 | −0.59 | −1.18 | −0.49 |
| $FEF_{25-75}$ (liters/sec) | | | | | | |
| Mean | 3.434 | 3.625 | 3.531 | 4.463 | 4.607 | 4.515 |
| S.D. | (0.872) | (0.918) | (0.889) | (1.243) | (1.167) | (1.222) |
| % change | −2.80 | 4.20 | 1.88 | −1.65 | −2.68 | −0.13 |
| $FEV_1$/ FVC | | | | | | |
| Mean | 0.794 | 0.804 | 0.799 | 0.841 | 0.841 | 0.833 |
| % change | −0.53 | −0.93 | −0.24 | −0.47 | −0.28 | −0.31 |

However, on the exposed days, the decrements in pulmonary function among those with a history of asthma were smaller than among those without asthma, and for some measurements (e.g., $FEV_1$ and $FEF_{25-75}$), there was actually an increase during exposure. No measure of pulmonary function showed a greater decrement among asthmatics than nonasthmatics on the exposed days. None of the differences were statistically significant. Thus, there was no clear evidence of a bronchoconstrictive response to exposure among those with a history of asthma on either of the exposed days.

We also examined the pulmonary function test results of each subject with a history of asthma individually to see whether any one subject had a large decrement in response to exposure. Only one subject had a decrement in $FEV_1$ that exceeded 5% on either of the exposed days. She was a 31-year-old female (subject 1, Table I) who had the onset of asthma at age 30 and who used an albuterol inhaler occasionally, but not on the test days. She had never been exposed to formaldehyde before starting anatomy laboratory. On the first exposed day, her $FEV_1$ and $FEF_{25-75}$ decreased by 9 and 13%, respectively. However, on the second exposed day (after 7 months of laboratory) her $FEV_1$ and $FEF_{25-75}$ increased by 0.7 and 3.9%, respectively. She denied wheezing during anatomy laboratory and reported no worsening of cough or episodes of wheezing over the course of the year. Formaldehyde exposure did not appear to worsen her asthma or produce respiratory symptoms. Similarly, none of the other 11 subjects who reported a history of asthma had clinically significant decrements in pulmonary function in response to exposure, or symptoms that suggested bronchoconstriction during or after exposure.

## DISCUSSION

This prospective study demonstrates that while subjects experienced a significant increase in acute symptoms of eye, nose, and throat irritation during and following relatively low-level formaldehyde exposures, there was no clear evidence of any increase in persistent symptoms over 7 months of exposure. The current OSHA permissible exposure limit for formaldehyde is 3.0 ppm as an 8-hour time-weighted average, which is considerably higher than the exposures measured in our study. Our results indicate that a substantial fraction of our subjects suffer from symptoms of respiratory irritation at levels below 1 ppm. The National Institute for Occupational Safety and Health (NIOSH) has recommended a standard of 0.1 ppm, which would provide considerably greater protection from acute respiratory irritation than the present standard.

This study also shows that while nonasthmatic subjects experienced small but significant decreases in FVC during exposure (cross-shift changes), after 7 months of exposure the cross-shift changes did not worsen and there was no decrease in their baseline pulmonary function.

Although the cross-shift decrements in FVC were statistically significant, it is difficult to attach physiologic significance to them because of their small size. Other studies have also found decrements in pulmonary function during exposure [Alexandersson et al., 1982; Sauder et al., 1986] but they have been transient or small. The FVC decrements seen in our study may represent an acute irritant response that is not accentuated by repeated exposure.

The study also demonstrates that none of the 12 subjects who had a prior history of asthma developed clinically significant immediate bronchoconstriction in response to exposure, or symptoms that suggested a late response to exposure. (However, because the number of asthmatics in our study was small and the diagnoses were not verified, the absence of clinically significant bronchoconstriction among them does not provide strong evidence regarding the bronchoconstrictive effects of formaldehyde in asthmatics.) Our findings are consistent with other studies that indicate that asthmatics exposed to 2.0–3.0 ppm of formaldehyde at rest or during moderate exercise show no significant acute bronchoconstrictive effect [Frigas et al., 1984; Green et al., 1987; Sheppard et al., 1984; Witek et al., 1987]. Thus, it appears that formaldehyde is unlikely to cause bronchoconstriction by direct irritation among asthmatics who are not previously sensitized.

An issue of concern is whether subjects (or medical students) who have asthma should receive special protection from formaldehyde exposure. Our findings and those of other studies [Green et al., 1987; Sheppard et al., 1984; Witek et al., 1987] indicate that they are at no greater risk than others for developing respiratory irritation or changes in pulmonary function. Other studies [Burge et al., 1985; Nordman et al., 1985; Frigas et al., 1984] suggest, however, that asthmatics who do report respiratory symptoms in response to formaldehyde exposure should undergo bronchial challenge testing to establish whether they have airway reactivity in response to formaldehyde.

The long-term effects of formaldehyde exposure on lung function have been addressed in other studies. No important reductions in the FVC have been observed. Reductions in $FEV_1$ and $FEV_1$/FVC have been detected [Schoenberg and Mitchell, 1975] but not in studies where exposure to formaldehyde was solely as a vapor [Levine et al., 1984; Main and Hogan, 1983]. Our data are consistent with this overall

pattern in that we found no significant change in pulmonary function over 7 months of exposure. Our study did not address the nonrespiratory effects of formaldehyde, which have been reported to include contact dermatitis, neurobehavioral changes, and carcinogenesis [Gough et al., 1984].

## REFERENCES


Alexandersson R, Hedenstierna G, Kolmodin-Hedman B (1982): Exposure to formaldehyde: Effects on pulmonary function. Arch Environ Health 37:279–283.

American Thoracic Society (1979): ATS statement—Snowbird workshop on standardization of spirometry. Am Rev Respir Dis 119:4–11.

Burge PS, Harries MG, Lam WK, O'Brien IM, Patchett PA (1985): Occupational asthma due to formaldehyde. Thorax 40:255–260.

Chan-Yeung M, Lam S (1986): State of the art: Occupational asthma. Am Rev Respir Dis 133:686–703.

Dixon WJ (ed) (1981): "BMDP Statistical Software." Berkeley: University of California Press, pp 666–676.

Eller PM (ed) (1984): Method 3500, formaldehyde. In "NIOSH Manual of Analytic Methods, Vol. 2, 3rd Edition." Cincinnati: National Institute for Occupational Safety and Health, pp 3500-1 to 3500-4.

Ferris BG (1978): Epidemiology standardization project. Am Rev Respir Dis 118(Part II):10–27.

Frigas E, Filley WV, Reed CE (1984): Bronchial challenge with formaldehyde gas: Lack of bronchoconstriction in 13 patients suspected of having formaldehyde-induced asthma. Mayo Clin Proc 59:295–299.

Gough M, Hart R, Karrh B, Koestner A, Neal R, Parkinson D, Perera F, Powell K, Rosenkrantz H (1984): Report on the consensus workshop on formaldehyde. Environ Health Perspect 58:323–381.

Green DJ, Sauder LR, Kulle TJ, Bascom R (1987): Acute response to 3.0 ppm formaldehyde in exercising health nonsmokers and asthmatics. Am Rev Respir Dis 135:1261–1266.

Hendrick DJ, Rando RJ, Lane DJ, Morris MJ (1982): Formaldehyde asthma: Challenge exposure levels and fate after five years. J Occup Med 24:893–897.

Levine RJ, DalCorso RD, Blunden PB, Battigelli MC (1984): The effects of occupational exposure on the respiratory health of West Virginia morticians. J Occup Med 26:91–98.

Main DM, Hogan TJ (1983): Health effects of low-level exposure to formaldehyde. J Occup Med 25:896–900.

Nordman H, Keskinen H, Tuppurainen M (1985): Formaldehyde asthma—rare or overlooked? J Allergy Clin Immunol 75:91–99.

Sauder LR, Chatham MD, Green DJ, Kulle TJ (1986): Acute pulmonary response to formaldehyde exposure in healthy nonsmokers. J Occup Med 28:420–424.

Schachter EN, Witek TJ, Tosun T, Leaderer BP, Beck GJ (1986): A study of respiratory effects from exposure to 2 ppm formaldehyde in healthy subjects. Arch Environ Health 41:229–239.

Schoenberg JB, Mitchell CA (1975): Airway disease caused by phenolic (phenol-formaldehyde) resin exposure. Arch Environ Health 30:574–577.

Sheppard D, Eschenbacher WL, Epstein J (1984): Lack of bronchomotor response to up to 3 ppm formaldehyde in subjects with asthma. Environ Res 35:133–139.

Witek TJ, Schachter EN, Tosun T, Beck GJ, Leaderer BP (1987): An evaluation of respiratory effects following exposure to 2.0 ppm formaldehyde in asthmatics: Lung function, symptoms, and airway reactivity. Arch Environ Health 42:230–237.