UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 09-2892

## ORDER

As the Court has already instructed the parties in an August 21, 2009 email to them,

**IT IS ORDERED** that all motions in limine, including *Daubert* motions, relative to the September 14, 2009 Gulf Stream trial shall be filed **on or before Wednesday, August 26, 2009** and noticed for hearing on **Friday, August 28, 2009.** Thus, any oppositions to these motions shall be filed on or before **Friday, August 28, 2009**, at which time these motions will be taken under advisement.  Consistent with these instructions,

**IT IS FURTHER ORDERED** that the following three motions will be heard on an expedited basis: (1) Gulf Stream Coach, Inc.'s Motion to Exclude Expert Testimony of Paul Hewett, Ph.D (Rec. Doc. 2792); (2)  Gulf Stream Coach, Inc.'s Motion in Limine to Exclude Any Testimony or Evidence of Other Lawsuits or Claims (Rec. Doc. 2799); and (3) Gulf Stream Coach, Inc.'s Motion in Limine to Prohibit Any Testimony or Evidence Relating to Any Non-Party Witness Medical Issues (Rec. Doc. 2801).   Any oppositions to these motions shall be filed

by **Friday, August 28, 2009**, at which time these motions will be taken under advisement.

New Orleans, Louisiana, this 25th day of August, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**