UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to:  *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## GULF STREAM COACH, INC.'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN WITNESS TESTIMONY

Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), respectfully requests this Honorable Court to issue an Order excluding the testimony of former Gulf Stream Coach, Inc. plant workers whom Plaintiff wishes to call at trial.

                              Respectfully Submitted:

                              **DUPLASS, ZWAIN, BOURGEOIS,**
                              **PFISTER & WEINSTOCK**

                              s/Andrew D. Weinstock
                              _____
                              **ANDREW D. WEINSTOCK #18495**
                              **JOSEPH G. GLASS #25397**
                              3838 N. Causeway Boulevard, Suite 2900
                              Metairie, Louisiana 70002
                              (504) 832-3700
                              (504) 837-3119 (FAX)
                              andreww@duplass.com
                              jglass@duplass.com

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
**Dewey M. Scandurro #23291**
**607 St. Charles Avenue**
**New Orleans, LA 70130**
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 26th day of August, 2009, a copy of the foregoing Motion *in Limine* to Exclude Certain Witness Testimony was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com