# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

Page 238

1     we could get confirmation of that, but not to my
2     knowledge.
3 Q Did you go back and check -- I know you asked some
4     management and so forth about complaints, but the
5     specific individuals that appeared on CBS News and
6     were interviewed -- you watched the interview, did
7     you not?
8 A I saw some of the interviews.
9 Q Did you look at those individuals' personnel files?
10 A Yes. We reviewed personnel files for those
11     individuals, our HR people did.
12 Q Okay. And what did you find with regard to what
13     they were saying on TV?
14 A We didn't find anything that would indicate that
15     they made a complaint about fumes or formaldehyde
16     or --
17 Q Were they disgruntled or was there something in
18     their file where they were fired or were
19     problematic employees?
20 A Well, there were some that had a reduction in -- or
21     were part of a reduction of work force subsequent
22     to Katrina, and, of course, there was kind of a
23     reduction in the economic level of the industry
24     also going into 2007. But -- so anyway, some did
25     not continue to be employees and some did after