UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION, | ) ) ) MDL NO. 1873 ) ) SECTION "N"(5) |
| THIS DOCUMENT IS RELATED TO | ) ) ) JUDGE ENGELHARDT |
| Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper. | ) MAGISTRATE CHASEZ ) ) ) ) ) |

The Videotaped Deposition of TERRY L. SLONE, JR.

Date:   Friday, July 17, 2009

Time:   8:07 a.m.

Place:  Midwest Reporting, Inc.
        1448 Lincolnway East
        South Bend, Indiana 46613

Called as a witness by the Plaintiffs in accordance with the Federal Rules of Civil Procedure for the United States District Court, Eastern District of Louisiana, pursuant to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
           MIDWEST REPORTING, INC.
              1448 Lincolnway East
            South Bend, Indiana 46613

                (574) 288-4242

1  A.  Oh yeah.  Like I said, where I come from is a small town.
2      So unless you have a degree or something and work in a
3      larger city, to this today that's the most money I've ever
4      made in my life.  You know, they paid us well, but it
5      wasn't well enough for what we did.
6  Q.  But the point I guess I'm getting at is that when he said
7      there are three people that can replace you, that was a
8      fact?
9  A.  Oh yeah.
10          MR. WEINSTOCK:  Object to the form of the
11      question.
12 BY MR. BUZBEE:
13 Q.  You were lucky to get that job you felt like?
14 A.  Yes.
15 Q.  And you didn't want to lose it?
16 A.  No.
17 Q.  How many hours in the day did you work?
18 A.  It varied.  I mean, I can't actually recall ever working
19     eight hours.  I mean, it was always at least 10, 12, 14
20     hours.  I mean, we worked until we were told we could
21     leave.
22 Q.  As I understand it, at some point in the process you got
23     to where you had to meet certain quotas?
24 A.  Yes.
25 Q.  And until you met that particular quota, you didn't go

CROSS-EXAMINATION

BY MR. WEINSTOCK:

Q. Mr. Slone, Andy Weinstock. I've got a few questions for you. First one is this: If I understood correctly, you never worked at Gulf Stream Coach in 2004; is that correct?

A. Right.

Q. You have no idea how Gulf Stream Coach was run in 2004; is that correct?

A. Right.

Q. You told us today that you just met Mr. Buzbee last night; is that right?

A. Yes.

Q. But you've met with his investigator before; is that right?

A. Yes.

Q. How many occasions?

A. Twice.

Q. How many times have you spoken with him on the phone?

A. Maybe two or three times.

Q. So we have about a total between the investigator and Mr. Buzbee, about six meetings before you came here today either by telephone or in person?

A. Yes.

Q. Sir, what do you do today for a living?