UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION, | )<br>)<br>) MDL NO. 1873<br>)<br>) SECTION "N"(5) |
| THIS DOCUMENT IS RELATED TO | )<br>) JUDGE ENGELHARDT |
| Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper. | ) MAGISTRATE CHASEZ<br>)<br>)<br>)<br>)<br>) |

The Videotaped Deposition of SUSAN LINDA ESPARZA

Date:       Friday, July 17, 2009

Time:       11:16 a.m.

Place:      Midwest Reporting, Inc.
            1448 Lincolnway East
            South Bend, Indiana 46613

Called as a witness by the Plaintiffs in accordance with the Federal Rules of Civil Procedure for the United States District Court, Eastern District of Louisiana, pursuant to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
          MIDWEST REPORTING, INC.
            1448 Lincolnway East
           South Bend, Indiana 46613

              (574) 288-4242

Page 10

1  A.  I want to say it would have been -- I can't remember if it
2      was right before Christmas or afterwards.
3  Q.  So sometime at the turn of the year of '05 all the way
4      through April of '06?
5  A.  Correct.
6  Q.  That was the timeframe when you were doing the inspections
7      of the final product outside?
8  A.  Yes.
9  Q.  Okay. When you were doing the final inspections, what
10     sort of documentation did you have to assist you in that
11     regard?
12 A.  We had a checklist we worked off of too to make sure all
13     the lights were accounted for on the front and back, the
14     Cavalier sticker was where it needed to be, chains were
15     strapped down, just about everything you can think of.
16     That there were no staples protruding on the bunk boards
17     on the interior, that everything was strapped down under
18     the queen size bed and secure for shipment.
19 Q.  Okay. Now, was there on this inspection checklist, was
20     there anything to do with air quality inside the trailer?
21 A.  No.
22 Q.  Anything to do with -- where you could note that the
23     inside air in the trailer was offensive in any way?
24 A.  No.
25 Q.  Anything on the checklist that had to do with smells?

Page 10

1  A.  I want to say it would have been -- I can't remember if it
2      was right before Christmas or afterwards.
3  Q.  So sometime at the turn of the year of '05 all the way
4      through April of '06?
5  A.  Correct.
6  Q.  That was the timeframe when you were doing the inspections
7      of the final product outside?
8  A.  Yes.
9  Q.  Okay. When you were doing the final inspections, what
10     sort of documentation did you have to assist you in that
11     regard?
12 A.  We had a checklist we worked off of too to make sure all
13     the lights were accounted for on the front and back, the
14     Cavalier sticker was where it needed to be, chains were
15     strapped down, just about everything you can think of.
16     That there were no staples protruding on the bunk boards
17     on the interior, that everything was strapped down under
18     the queen size bed and secure for shipment.
19 Q.  Okay. Now, was there on this inspection checklist, was
20     there anything to do with air quality inside the trailer?
21 A.  No.
22 Q.  Anything to do with -- where you could note that the
23     inside air in the trailer was offensive in any way?
24 A.  No.
25 Q.  Anything on the checklist that had to do with smells?

Page 40

1  Q. And what training did you have before in the RV business
2     before you were hired?
3  A. I also had no training in the RV business before I was
4     hired.
5  Q. Do you smoke, ma'am?
6  A. Yes.
7  Q. How much do you smoke a day?
8  A. About a pack a day.
9  Q. Does smoking bother your sinuses?
10 A. No.
11 Q. Does it give you watery eyes?
12 A. If I get smoke in my eye.
13 Q. Occasionally smoking gives you watery eyes?
14 A. Uh-huh.
15 Q. Yes?
16 A. Yes.
17 Q. Runny nose?
18 A. Yes.
19 Q. Headaches?
20 A. No.
21 Q. Do I understand correctly you did not work at Gulf Stream
22    Coach in 2004; is that right?
23 A. Correct.
24 Q. You said on one occasion you went to see your doctor?
25 A. Correct.