# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| RELATES TO CIVIL ACTION NO. 09-2892 | * | MAG. JUDGE CHASEZ |
| Age, et al. vs. Gulf Stream Coach, Inc., et al. | * | |
| *(Alana Alexander, individually and on behalf of* | * | |
| *her minor child, Christopher Cooper)* | * | |

**********************************************************************************

## PLAINTIFFS' FIRST SUPPLEMENTAL EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Alana Alexander, individually and on behalf of her minor child, Christopher Cooper, pursuant to this Honorable Court's Trial I Scheduling Order dated April 8, 2009 (Doc. No. 1305), who hereby submit the following First Supplemental Exhibit List in connection with the above captioned matter:

| Exhibit ID: | Category: | Exhibit Description: | Bates Range: | Status: |
|---|---|---|---|---|
| **Plaintiffs' Exhibits** | | | | |
| | **Articles** | | | |
| P1 | | "Inhalation of formaldehyde and xylene induces apoptotic cell death in the lung tissue" *by M. Sandikci, K. Seyrek, H. Aksit and H. Kose* | | |

Page 1 of 8

|  | Expert Reports and Files |  |  |  |
|---|---|---|---|---|
| P2 |  | Addendum to Dr. Paul Hewett's Report | ALX-EXP-20-000252 - ALX-EXP-20-000271 |  |
| P3 |  | Addendum to Dr. Lee Branscome's Report | ALX-EXP-8-000022 - ALX-EXP-8-000023 |  |
| P4 |  | Addendum to Weather data from Dr. Lee Branscome for Atlana, GA, Baton Rouge, LA, Lottie, LA, and MSY | ALX-EXP-8-000024 - ALX-EXP-8-000027 |  |
|  | Fluor Enterprises, Inc. |  |  |  |
| P5 |  | Email original date of August 29, 2006 originating from Monica Jarves to Stephen Miller regarding blocking and strapping | FL-FCA 007772 – FL-FCA 00783 |  |
| P6 |  | Email original date of January 27, 2006 originating from Dick Fedderman to Kellie Turnis regarding maintenance of trailers | FL-FCA 008394 - FL-FCA 008402 |  |
| P7 |  | Email original date of November 22, 2005 originating from Juanita Gradney to Kevin McCarthy regarding Gulf Streams problem trailers | FL-FCA 009154 - FL-FCA 009156 |  |
| P8 |  | Email original date of June 20, 2006 originating from David Dudley to Melissa Wilson regarding maintenance | FL-FCA 010442 - FL-FCA 010445 |  |

| P9 | | Preventive Maintenance Inspection Form | FL-FCA 010840 – FL-FCA 010841 | |
|---|---|---|---|---|
| P10 | | Email original date of March 20, 2006 from Brian Boyle to No-Bid Contractors regarding Formaldehyde | FL-FCA 011222 - FL-FCA 011223 | |
| P11 | | Powerpoint Presentation for Training n the proper way to haul and install (Exhibit 6 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025557 - FL-FDA-025589 | |
| P12 | | Haul and Install Training Manual (Exhibit 8 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025530 - FL-FDA-025556 | |
| P13 | | Fluor's Committing to Health & Safety (Exhibit 11 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025479 - FL-FDA-025527 | |
| P14 | | Procedure Providing Guidelines for Identifying Hazards and Develop Safe Work Procedures Enabling Work (Exhibit 13 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025695 - FL-FDA-025752 | |
| P15 | | Respiratory Protection Document (Exhibit 14 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025801 - FL-FDA-025829 | |
| P16 | | Suno Formaldehyde Issues (Exhibit 16 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025853 | |

| P17 | | Irritant Effects of Formaldehyde Exposure in Mobile Homes (Exhibit 17 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025906 - FL-FDA-025907 | |
|---|---|---|---|---|
| P18 | | Industrial Hygiene Direct Reading Instrument Survey (Exhibit 18 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025908 - FL-FDA-025909 | |
| P19 | | Industrial Hygiene Direct Reading Instrument Survey for Sherwood Forest Staging Area (Exhibit 19 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FCA-025283 – FL-FCA-025284 | |
| P20 | | E-mail history of Formaldehyde (Exhibit 20 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025831 - FL-FDA-025834 | |
| P21 | | Employee Formaldehyde Exposure (Exhibit 21 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025835 | |
| P22 | | Primary work Memo of Patrick Logue | FL-FDA-025913 | |
| P23 | | Memo to file by Patrick Logue dated May 25, 2006 (Exhibit 24 to Fluor 30(b)(6) deposition taken on August 5, 2009) | FL-FDA-025911 - FL-FDA-025912 | |
| P24 | | Haul and Install Contractor Selection | FL-FCA-019246 - FL-FCA-019247 | |

| P25 | | Fluor Contractor/ Subcontractor Site Safety Guidelines | FL-FCA-018626 - FL-FCA-018652 | |
|---|---|---|---|---|
| P26 | | Project Health Safety Environmental Program | FL-FCA-019518 - FL-FCA-019524 | |
| P27 | | Travel Trailer Training Syllabus | FL-FCA-019987 - FL-FCA-019992 | |
| P28 | | Site Assessment, Trailer Installation and Quality Control Training | FL-FCA-019969 - FL-FCA-019986 | |
| P29 | | Performance Work Statement Maintenance and Deactivation of Manufactured Homes and Travel Trailers | FL-FCA-022672 - FL-FCA-022702 | |
| P30 | | Fluor Quality Assurance Quality Control Plan | FL-FCA-020821 - FL-FCA-020839 | |
| P31 | | Email original dated October 28, 2005 originating from David Porter to Cindy Croxdale, Clifford Oliver and Marcus Tikotsky regarding Hand off of Installed Units for Continuing Operation and Maintenance | FL-FCA-016685 - FL-FCA-016686 | |
| P32 | | Email original dated June 20, 2006 from David Dudley to Melissa Wilson regarding Maintenance | FL-FCA-013955 - FL-FCA-013958 | |
| P33 | | Email original date of June 20, 2006 to Melissa Wilson regarding maintenance | FL-FCA-013950 - FL-FCA-013954 | |

| P34 | | Email original date of October 28, 2005 originating from Mark Ashby to Marcus Tikotsky regarding Task Order #16 – ARC Support – Request for POP extension | FL-FCA-025001 - FL-FCA-025004 | |
| --- | --- | --- | --- | --- |
| P35 | | Private Site Work Process & Responsibilities | FL-FCA-018280 - FL-FCA-018301 | |
| P36 | | Draft A – November 14, 2005 – Travel Trailer Set Up Inspection Report Guidance | FL-FCA-019666 - FL-FCA-019668 | |
| P37 | | Event Notification Log – May 22, 2006 | FL-FCA-024902 | |
| P38 | | Fluor Government Group – Material Request Form (MRF) | FL-FCA-024898 - FL-FCA-024899 | |
| P39 | | Fluor Hurricane Katrina/Rita Temporary Housing Response Effort – IA-TAC Program Updated February 16, 2006 | FL-FCA-017982 - FL-FCA-018003 | |
| P40 | | Fluor Hurricane Katrina/Rita Temporary Housing Response Effort – IA-TAC Program Updated January 9, 2006 | FL-FCA-017933 - FL-FCA-017981 | |
| P41 | | Limitations to Capacity QA Inspection Reports from FEMA | FL-FCA-017931 | |
| P42 | | Issues FEMA can Address | FL-FCA-017932 | |
| P43 | | Formaldehyde Chemical Backgrounder | FL-FCA-019338 - FL-FCA-019342 | |

| P44 | | Email original date of April 4, 2006 from Adrell Pinkney to Barbara Russell regarding Warning on trailers: Health Concerns | FL-FCA-019330 - FL-FCA-019333 | |
| --- | --- | --- | --- | --- |
| P45 | | Email dated April 6, 2006 from Patrick Logue to Barbara Russell regarding Warning on trailers: Health concerns | FL-FCA-019329 | |
| P46 | | Draft Copy - Memo to file – Subject Temporary Housing Residual Formaldehyde Levels; Dated 5/25/06; From Patrick Logue | FL-FCA-019325 | |

Plaintiffs supplement their Preliminary Exhibit List in the foregoing respects, and otherwise reiterate and adopt all witnesses and designations contained therein.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

        s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    MIKAL WATTS, Texas # 20981820
    DENNIS REICH, Texas # 16739600
    ROBERT BECNEL, #14072

## CERTIFICATE OF SERVICE

I hereby certify that on __August 13__, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
GERALD E. MEUNIER, #9471