UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:  *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

*************************************************************************

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the Motion to Amend Trial I Scheduling Order filed by

Gulf Stream Coach, Inc., Fluor Enterprises, Inc. and United States of America is hereby set for the

28th day of August, 2009, at 9:30 a.m.

    Respectfully Submitted:

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana 70002
    (504) 832-3700
    (504) 837-3119 (FAX)
    andreww@duplass.com
    jglass@duplass.com

    and

    SCANDURRO & LAYRISSON
    Timothy D. Scandurro #18424
    Dewey M. Scandurro #23291
    607 St. Charles Avenue
    New Orleans, LA 70130
    (504) 522-7100
    (504) 529-6199 (FAX)

tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

and

s/Charles R. Penot, Jr.
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

and

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com
**Counsel for Defendant, Fluor Enterprises, Inc.**

s/ Henry T. Miller
HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel
ADAM M. DINNELL
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N

> Washington, D.C. 20004
> Telephone:    202/616-4449
> Henry.Miller@usdoj.gov
> Adam.Dinnell@usdoj.gov
> Jonathan.Waldron@usdoj.gov
> **Counsel for Defendant, The United States of America**

## C E R T I F I C A T E

I hereby certify that on the 26th day of August, 2009, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

> s/Andrew D. Weinstock
> _____
> ANDREW D. WEINSTOCK #18495
> andreww@duplass.com