UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           * | | MDL NO. 1873 |
|       FORMALDEHYDE            * | | |
|       PRODUCTS LIABILITY      * | | |
|       LITIGATION              * | | SECTION:  N(5) |
|                               * | | |
| This Document Relates to: *Charlie Age, et al. v.*  * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892  * | | |
|                               * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Gulf Stream Coach, Inc.'s, Fluor Enterprises, Inc.'s and United States of America's Motion to Amend Trial I Scheduling Order is hereby set for hearing on the ____ day of _____, 2009 at _____ o'clock a.m.

_____
UNITED STATES DISTRICT JUDGE