# Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams

**Date taken: July 7, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 66

1   have an extra one.

2          THE WITNESS:

3              Let me see what it looks like.  I

4   have this -- here.  No, no.  It was clipped

5   behind another one.

6   EXAMINATION BY MR. WEINSTOCK:

7       Q.   Where did you find the relative

8   risk of 2.7 for 95 percent confidence

9   interval?

10      A.   Let's see.  Just a second.  If you

11  look on Page 723 of the West article.

12      Q.   What level of exposure was

13  associated with this confidence interval?

14      A.   These are job titles, surrogate

15  for exposure, so they are going by duration

16  of time in the workplace and not a specific

17  concentration.  And IARC on Page 28 of my

18  report used the same study.  They used the

19  one, the 2.7 relative risk at the 95 percent

20  confidence interval with the interval being

21  1.1 to 6.6.  And you see this confidence,

22  this adjusted relative risk at occupation

23  employed less than 15 years.  You also see

24  it under those employed less than 25 years

25  after first exposure.  And IARC also uses

1              Yes.  I gave them a copy.  Why
2     don't you do a color copy for him so he can
3     understand this?
4          THE VIDEOGRAPHER:
5              Off the record.  It's 10:35.
6          (Whereupon, an off-the-record
7              discussion was held.)
8          THE VIDEOGRAPHER:
9              Back on record.  It's 10:47.
10    EXAMINATION BY MR. WEINSTOCK:
11         Q.   Doctor, we took a break and now we
12    all have copies of the West study in front
13    of us.  Is this a case control study?
14         A.   This is -- I believe it -- I have
15    to look.  It is a case control study.
16         Q.   What is a case control study,
17    Doctor?
18         A.   Well, you are going to compare a
19    group compared to a control population, a
20    group of exposed to a group of unexposed.
21         Q.   What is a cohort study, Doctor?
22         A.   Cohort is when -- this is a
23    retrospect, case controls are usually
24    retrospect.  A cohort study is generally a
25    prospective study, where you are following

1    the cohort.

2         Q.    Is a cohort study a population

3    study?

4         A.    Well, they are all population

5    studies.

6         Q.    Doctor, is it correct that after

7    lagging exposure ten years, those exposed to

8    formaldehyde for 15 or more years were found

9    to be at a nonsignificant 2.1-fold excess of

10   developing NPC?

11        MR. D'AMICO:

12             Where are you reading from?

13        MR. WEINSTOCK:

14             723.

15        MR. D'AMICO:

16             723?  Up at the top?  What

17   paragraph?  First paragraph on the right?

18   Okay.  I'm sorry, Andy.  I'm just trying to

19   follow with you, because you don't read

20   correctly all the time.

21        MR. WEINSTOCK:

22             Pinedo will point that out.

23        MR. D'AMICO:

24             If we know where you are reading

25   from.

Page 86

1  his data, two other studies' datas, and he
2  came up with the statistically significant
3  in the highest cumulative.  This is a
4  cumulative not a peak.
5       Q.   And that cumulative was 5.5 parts
6  per million?
7       A.   Years.
8       Q.   5.5 --
9       A.   Parts per million years.
10      Q.   What does that mean?
11      A.   It can mean many different things.
12 Say you have a ten part per million year of
13 a person.  It means they could have ten
14 parts per million exposure in one year.
15 They could have two parts per million
16 exposure in five years.  It could have one
17 parts per million exposure for ten years.
18      Q.   What did he mean?
19      A.   Well, it's a combination of all of
20 the -- it's any combination that he came up
21 with the 5.5 parts per million years.
22      Q.   Is 5.5 parts per million per year,
23 total in five years, total in ten years?
24 What is it?
25      A.   It's exactly what I just said.

1  the Blair study, we have gone through them.
2  You have duration --
3  EXAMINATION BY MR. WEINSTOCK:
4      Q.   Doctor, maybe we can cut this
5  short.
6      A.   Well, I have to look through them,
7  because some of them -- most of them use a
8  substitute for the duration, except some of
9  them do have concentration.
10     Q.   I understand exactly what you are
11 saying.
12     MR. D'AMICO:
13         Let her finish her answer.  He is
14 asking for cohort studies.
15     THE WITNESS:
16         He's asking for cohort.  I have to
17 look through it.
18 EXAMINATION BY MR. WEINSTOCK:
19     Q.   Just to be clear, you're the one
20 that gave me 40 parts per billion.
21     A.   Right.
22     Q.   So I guess the question is, let's
23 make it simpler.  What study were you
24 referring to when you said that exposure of
25 40 parts per billion you have a

1   statistically significant strength of
2   association to nasopharyngeal cancer?
3       A.   Association to nasopharyngeal
4   cancer, I used the more immediate term where
5   the Shaham was at 40 parts per billion and
6   that was the mechanistic transformation of
7   the cell to an abnormal cell.
8       Q.   Maybe we can agree.
9       A.   Then I used the Valeran article
10  with the 65 parts per billion, which is,
11  again, the DNA damage.  My studies with the
12  exact parts per billion go into the
13  molecular epidemiology that shows the damage
14  at the cellular level, which is part epi and
15  part mechanism.  Those that are in pure epi
16  go with a surrogate for the parts per
17  billion by using parts per billion years or
18  parts per million years and duration of
19  exposure, so you use both.
20      Q.   I think we are getting closer.
21  When you referred to the 40 parts per
22  billion and the 65 parts per billion, you
23  were talking about studies that look at the
24  mechanism of injury, the damage to the DNA,
25  or the DNA-protein crosslink?

1    A.    I was looking exactly at the
2    damage done to the cell by the formaldehyde
3    with the DNA-protein crosslinks, or it also
4    has micronucleus formation.
5    Q.    And none of those people were
6    followed to see if they ultimately developed
7    nasopharyngeal cancer, to your knowledge?
8    A.    I have not looked to see if they
9    followed them up.  The histological cellular
10   damage is proven there as compared to the
11   very gross observations of an
12   epidemiological study.
13   Q.    If you would indulge me in the
14   gross observations of epidemiological
15   studies.  What is the lowest level of an
16   epidemiological cohort study that you can
17   refer me to where there is a statistically
18   significant strength of association of
19   formaldehyde and nasopharyngeal cancer?
20   A.    I will have to look at each one of
21   them.
22       MR. D'AMICO:
23            Take your time, because he is
24   going to want an answer.  We might need a
25   little break.

1    MR. WEINSTOCK:
2          And that's fine.
3    THE WITNESS:
4          I can give it to you.
5    EXAMINATION BY MR. WEINSTOCK:
6    Q.   Great.
7    A.   Ten parts per billion to 4.25
8    parts per million in the cohort of the
9    Hauptmann study for the mortality, I gave
10   you that before.
11   Q.   You did.  Any other paper besides
12   Hauptmann?
13   MR. D'AMICO:
14         I'm going to ask that we take a
15   ten-minute break while you review the
16   literature, because he's asking you for --
17   MR. WEINSTOCK:
18         I think that makes perfect sense.
19   MR. D'AMICO:
20         Because you are asking her for all
21   references and I don't want it to be a trick
22   question.
23   THE WITNESS:
24         Oh, yeah, there's --
25   MR. WEINSTOCK:

Page 113

1    And just so as long as you are
2    going through them, I'm also going to ask
3    you the exact same question for sinonasal
4    and nasal cavity cancer after that.
5         MR. D'AMICO:
6              Maybe we will take 15 minutes and
7    look at all of them so she can give you the
8    basis for that opinion.
9         THE VIDEOGRAPHER:
10             We're off the record. It's 11:34.
11        (Whereupon, an off-the-record
12             discussion was held.)
13        THE VIDEOGRAPHER:
14             We're back on the record. It's
15   12:03.
16   EXAMINATION BY MR. WEINSTOCK:
17        Q.   Doctor, we took a break for you to
18   look through the studies that you have had
19   provided to us from your reliance materials,
20   and the first question is:  Can you cite to
21   me the cohort studies that show a
22   statistically significant association or
23   level of association to a specific level of
24   formaldehyde exposure in a specific cancer?
25        A.   We have no prospective studies, so

1  what we have are occupational studies or
2  some residential studies that are
3  retrospective in nature, so that's what I'm
4  going to be giving you.
5      Q.   And those are case control
6  studies?
7      A.   Most of them are case control
8  studies.
9      Q.   If you can give me the case
10 control studies.
11     A.   Well, the studies that we have for
12 nasopharyngeal, is that what we started
13 with, they give you a quantity -- a
14 quantitative estimate in various forms.  And
15 we have the Blair study which was giving you
16 exposure measures in parts per million
17 years.  And basically giving the results as
18 the relative risk in the ones going -- he is
19 using parts per million years, is that what
20 you want?  And he is using in the high
21 duration.  He has used the relative risk for
22 the high duration -- high level duration
23 category, which is -- and you have to say
24 level/duration, because that's what parts
25 per million years are.  And so he is using

1  greater than or equal to 5.5 parts per
2  million.
3       Q.   This is exactly what I asked you
4  to do, so if you will continue with the
5  rest.
6       A.   I think I did.
7       Q.   Okay, great, thank you. What else
8  you got?
9       A.   Then in the Hauptmann,
10 H-A-U-P-T-M-A-N-N, study of 2004, American
11 Journal of Epidemiology, Volume 159, because
12 there are several Hauptmann articles, you
13 are using an exposure level.  He has a
14 nasopharyngeal cancer again and he is using
15 the SMR, standard mortality ratio, and the
16 exposure to formaldehyde is ten parts per
17 billion to 4.25 parts per million.
18            In the Vaughan study, occasional
19 exposure to formaldehyde in wood dust and
20 nasopharyngeal, we are still in a
21 nasopharyngeal cancer.  He is using
22 cumulative exposure as parts per million
23 years and so the odds to ratio that is
24 statistically significant comes from the
25 greater that 1.1 parts per million year.

1          Then still nasopharyngeal, study
2    by Vaughan in residential exposures, No. 2,
3    he is not using a quantitative amount in his
4    nasopharyngeal that has statistical
5    significance.  He is using duration of
6    residence in the mobile homes.
7          Q.   And at what level?
8          A.   Well, he is going one to nine
9    years and ten plus years.  There is no
10   level.  He is using a surrogate, a
11   biological gradient.
12         Q.   Just so I'm clear, so we don't
13   have a parts per million measurement?
14         A.   You don't have a parts per
15   million.  You have a -- epidemiology doesn't
16   always have parts per million.  They don't
17   have the exact measure of exposure.  They
18   often use -- that's why we use the term
19   biological gradient.  They will either use
20   work histories, duration in the workplace.
21   It's a surrogate, but that is epidemiology.
22   That's what they do.  Okay?
23         Q.   Yes.
24         A.   Then the last one for
25   nasopharyngeal carcinoma is, again, here

1    he's -- the author is West, Sheila West, et
2    al. and she is using duration of exposure as
3    the surrogate for -- as the measure of
4    exposure.  No numbers.  Duration of
5    exposure.  That was nasopharyngeal.
6         Q.    Next?
7         A.    Then from the sinonasal cancer.
8    Let me make sure I'm not confusing this.
9    The sinonasal cancer, with the Olsen study,
10   they are using exposure histories.  This is
11   an occupational formaldehyde exposure and
12   increased nasal cancer risk in man.  And for
13   the relative risk, which is statistically
14   significant, and I'm not going to give those
15   again, we already gave them, he is using
16   exposure histories from the workplace.  They
17   were assessed by industrial hygienists, and
18   basically based on the industrial -- they
19   say based on the knowledge of the Danish
20   industrial scene and contact with local
21   officers of the labor inspection service
22   they have come up with some gradation of
23   exposure history, not a numerical number.
24   And that was for sinonasal cancer.
25              Another for sinonasal cancer used

1    Q.   And I want to focus on, not on the
2  DNA mechanism studies, on the pure
3  epidemiology cohort or case control studies.
4  On the basis of any of those studies, would
5  40 parts per billion exposure to
6  formaldehyde be sufficient to cause
7  nasopharyngeal cancer, in your opinion?
8    A.   In my opinion -- well, my opinion
9  is based on all of the studies as well as
10 the mechanistic studies.  So my opinion, if
11 you want my causal opinion, you have to look
12 not just at epi studies, you have to look at
13 the mechanistic studies, the consistency,
14 the strength of association of both of those
15 as well as all the other parameters, the
16 biological gradient, the dose response.
17 When you ask me for my opinion, I'm not
18 going to base an opinion just on an
19 epidemiological study.
20   Q.   That's a fair response.  You are
21 correct.  Based on everything you have
22 reviewed, at what level of exposure to
23 formaldehyde is it more likely than not that
24 nasopharyngeal cancer can develop?
25   A.   Well, I haven't given that in my

1  opinion.  What I have given in my opinion
2  that it can cause upper respiratory tract
3  cancers.  I will say that based upon the
4  review of the literature we see as low as 40
5  parts per billion, we see associations with
6  the formation of the cancer or of the
7  damage, the DNA-protein complexes or the
8  micronuclei which -- all of the components
9  that can cause the mutation -- do cause the
10 mutation in the cell.  That is my opinion.
11 I'm not giving a specific opinion.
12      Q.  You are not giving a specific
13 level in your opinion?
14      A.  I'm not giving -- in specific
15 causation the person who's going to make
16 specific causation will have to go back to
17 literature and use some of these parameters
18 with what he knows that particular claimant
19 is exposed to.  I am not into the business
20 of specific causation for this.  I'm into
21 the business of can this cause upper
22 respiratory tract cancer.  Yes, I want to
23 know the concentrations because I want to
24 know, and -- but I made -- my opinion is
25 general causation.

1    Q.   If you were exposed to 40 parts
2 per billion of formaldehyde, is it more
3 likely than not that you will develop any of
4 these cancers?
5    MR. D'AMICO:
6        Object to the form.
7    THE WITNESS:
8        Yeah, that's risk assessment. And
9 I'm not here to testify on probabilities and
10 risk assessment. This is hard science.
11 Risk assessment is based on assumptions and
12 that's what you are asking and I don't do
13 risk assessment, for that reason. It's not
14 hard science.
15 EXAMINATION BY MR. WEINSTOCK:
16    Q.   Doctor, saying I don't have an
17 opinion on that is fine by me.
18    A.   I will not give an opinion on risk
19 assessment. That is not acceptable.
20    Q.   Or that. That's a fine answer
21 too. So as we sit here today, if I
22 understand correctly, you have not
23 formulated an opinion in your mind as to
24 what level is necessary to cause any of
25 these cancers, what level of formaldehyde