*Int. J. Cancer:* 38, 685–688 (1986)
© 1986 Alan R. Liss, Inc.

# FORMALDEHYDE AND CANCERS OF THE PHARYNX, SINUS AND NASAL CAVITY: II. RESIDENTIAL EXPOSURES

Thomas L. Vaughan[1], Clifton Strader, Scott Davis and Janet R. Daling

*Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, 1124 Columbia St., Seattle, WA 98104; and Department of Epidemiology, University of Washington, Seattle, WA 98195, USA.*

To investigate the possible association between residential formaldehyde exposures and risk of cancer of the oro- and hypopharynx (OHPC, N = 205), nasopharynx (NPC, N = 27) and sinus and nasal cavity (SNC, N = 53), a population-based case-control investigation was carried out in 13 counties of western Washington. Controls (N = 552) were selected by random digit dialing. Subjects' residential histories, including type of dwelling, were determined from a structured telephone interview which also collected smoking, alcohol and demographic information. Multiple logistic regression was used to estimate exposure odds ratios (OR) while adjusting for known risk factors. A strong association was found between a history of having lived in a mobile home and NPC, but not OHPC or SNC. The NPC risk increased with the number of years lived in a mobile home: for those with 1 to 9 years the OR = 2.1 (95% confidence interval = 0.7–6.6), and for those with 10 or more years, the OR = 5.5 (95% CI = 1.6–19.4). No associations were found between any of the cancers and a history of exposure to new constructions containing particle board and plywood, or to urea-formaldehyde foam insulation. The association found with living in a mobile home must be interpreted with caution since it is based on a small number of cases, and may be due to factors other than formaldehyde. This report emphasizes the need for additional studies focusing on potential associations between indoor air pollutants and respiratory cancers.

Since the first reports indicating that formaldehyde was carcinogenic in animals (Swenberg, 1980), there has been concern about a possible increase in cancer risk for those exposed in residential or occupational settings. Although the exposure level in non-occupational environments is usually lower than in the workplace, its potential significance is increased by the large number of people exposed for relatively long periods of time. While a number of studies have examined the cancer risks associated with occupational exposures (Consensus Workshop, 1984; Scott and Margosches, 1985), with inconsistent results, no epidemiologic studies have explored relationships with home exposures.

Formaldehyde is a component in a wide range of products, including cosmetics, textiles and leather goods. However, approximately half of the formaldehyde made goes into the production of resins used in the manufacture of particle board and plywood. These wood products, in turn, have become important components of many new homes over the last 30 years, particularly mobile homes (Fasick *et al.*, 1972). Urea-formaldehyde foam insulation (UFFI) constitutes an additional source of formaldehyde vapor in the home.

The present report examines associations between potential exposures to formaldehyde in the home and cancers of the pharynx, sinus and nasal cavity using data from a population-based case-control study in 13 counties in western Washington. A separate report from this study examines associations found with occupational exposures (Vaughan *et al.*, 1986).

## METHODS

Cases were identified by the Cancer Surveillance System (CSS) of the Fred Hutchinson Cancer Research Center, a population-based cancer registry operated as part of the Surveillance, Epidemiology and End Results (SEER) program of the National Cancer Institute. The CSS identifies 98 to 99% of all incident cases of cancer occurring among residents of 13 counties in western Washington. Case identification is accomplished through medical record review in all 58 area hospitals as well as routine surveillance of private radiotherapy and pathology facilities and state death certificates. Attempts were made to identify and interview all incident cases of pharyngeal cancer (diagnosed between 1980 and 1983), and sinonasal cancer (diagnosed between 1979 and 1983) occurring in persons aged 20 to 74 who were resident at the time of diagnosis in the study area.

Controls were identified via random digit dialing (Waksberg, 1976). Phone numbers were randomly generated from a list of working exchanges for the area. Each number was called up to 9 times at different times of the day and week in order to determine if the number was a residence, and if so, whether an eligible person resided in the household. Controls were selected to be similar in age and sex to the cases. If more than one eligible control resided in a household, only one was randomly selected for interview.

A structured telephone interview sought information on a subject's residential history since 1950 (including type of dwelling, use of UFFI, and occurrence of home renovation or new construction using particle board or plywood) as well as lifetime occupational history. Information was also collected on potential confounding factors, including lifetime smoking and recent alcohol consumption histories as well as demographic characteristics. In instances where the case was deceased, attempts were made to locate and interview the closest next-of-kin (NOK), preferably the spouse.

Overall, 415 cases were identified as potentially eligible for the study. Of these, 59 (14%) could not be located or were deceased with no known next-of-kin, and 61 (15%) were not interviewed due to physician

---

[1]To whom reprint requests should be sent, at the Fred Hutchinson Cancer Research Center.

Received: May 22, 1986 and in revised form July 21, 1986.

ALX-EXP-77-001297

686 VAUGHAN ET AL.

TABLE I – DISTRIBUTION OF RESIDENTIAL SOURCES OF FORMALDEHYDE AMONG CASES AND CONTROLS

| Exposure variable | OHPC[1] Number | (%) | NPC[2] Number | (%) | SNC[3] Number | (%) | Control Number | (%) |
|---|---|---|---|---|---|---|---|---|
| *Mobile home* Number of years | | | | | | | | |
| 0 | 177 | (86.3) | 19 | (70.4) | 48 | (90.6) | 469 | (85.1) |
| 1–9 | 21 | (10.2) | 4 | (14.8) | 5 | (9.4) | 64 | (11.6) |
| 10+ | 7 | (3.4) | 4 | (14.8) | 0 | (0.0) | 18 | (3.3) |
| *Particle board/plywood* Number of years | | | | | | | | |
| 0 | 137 | (66.8) | 17 | (63.0) | 28 | (52.8) | 352 | (64.1) |
| 1–9 | 40 | (19.5) | 6 | (22.2) | 13 | (24.5) | 100 | (18.2) |
| 10+ | 28 | (13.7) | 4 | (14.8) | 12 | (22.6) | 97 | (17.7) |

[1]Includes oropharynx, hypopharynx and unspecified pharyngeal sites.–[2]Nasopharyngeal cancer.–[3]Sinonasal cancer.

or subject refusal. Of households contacted for control selection, 96% were successfully screened. Of a total of 690 persons eligible as controls, 573 (83%) completed the interview, yielding an overall control completion rate of 80%. Twenty-one control and 10 case interviews were later excluded on the basis of ineligible age. Available for analysis were 552 controls, 205 oro- and hypopharyngeal cases (OHPC) (including unspecified pharyngeal sites), 27 nasopharyngeal cases (NPC), and 53 sinonasal cases (SNC). NOK interviews were required for half (143) of the cases. Additional descriptions of the cases and controls are given in the report on occupational exposures (Vaughan *et al.*, 1986).

Quality control checks were made by calling back approximately 10% of the subjects and asking a short series of questions, including a history of mobile home residence. In each instance, the call-back interviewer was different from the original interviewer, and unaware of the original answers.

The exposure odds ratio (OR) was used to estimate relative risk in this study. To control for the potential confounding effects of multiple risk factors, a multiple logistic regression model with the unconditional maximum likelihood procedure was used (Breslow and Day, 1980). Variables used in the frequency matching (age and sex) were examined and included as necessary.

RESULTS

Table I shows the distribution of residential sources of formaldehyde among cases and controls. Of the 27 NPC cases, 8 (29.6%) reported having lived in a mobile home since 1950 as compared to 82 (14.9%) of the controls. Furthermore, of those having lived in a mobile home, 50% of the NPC cases reported a duration of residence of 10 years or more *versus* 22% of the controls. In contrast, the OHPC and SNC cases reported similar mobile home histories to those of controls.

Twenty-five (47.1%) of the SNC cases reported having resided in a dwelling with inside construction of plywood or particle board. This compared to 35.7% of the controls, 33.2% of the OHPC cases and 37% of the NPC cases reporting such exposures. Thirteen (2.4%) of the controls reported having lived in a residence with UFFI, whereas only 2 (0.7%) of the cases did (one SNC and one OHPC); therefore no further analyses of this variable are presented.

We adjusted for the major confounding factors for each cancer site by including them in an unconditional logistic model. Significant interactions between variables were also included when doing so affected the formaldehyde risk estimates. For the OHPC and SNC sites, the following risk factors were adjusted for in the analyses: sex; age (categorized into 20–49, 50–59, and 60–74 years of age); smoking history (calculated as pack-years, grouped into 5 categories—0-1, 2-19, 20-39, 40-59, and 60+—and entered into the model as a continuous variable with values equal to the median of the category); and recent drinking patterns (calculated as drinks per week, grouped into 3 categories—0-6, 7-20, 21+, and entered as a continuous variable with median levels). For the NPC analyses, we controlled for the confounding effects of smoking and ethnic origin (White, Black, Asian, and other).

The adjusted risk estimates for mobile home and particle board/plywood exposures are given in Table II. There is a strong and significant association between living in a mobile home for 10 or more years and risk of nasopharyngeal cancer (OR = 5.5, 95% confidence interval = 1.6–19.4). For those who have lived in a mobile home from 1 to 9 years, the risk estimate is 2.1 (95% CI = 0.7–6.6). A test for trend was accomplished by replacing the 3-level factored variable for mobile home history with a continuous variable, coded 1 to 3. The *p*-value (Wald test) associated with the addition of this variable to the model with smoking and ethnic origin included was 0.006. There was no evidence of a positive association between SNC or OHPC and mobile home history.

No associations, nor any indication of a trend, were found between any of the cancer sites and reported exposures to particle board and plywood. Risk estimates were highest for SNC: 1.8 (95% CI = 0.9–3.8) for an exposure history of 1–9 years, and 1.5 (95% CI = 0.7–3.2) for 10 or more years.

We also investigated whether the NPC risk associated with living in a mobile home was modified by potential occupational formaldehyde exposures (Table III). The occupational exposures were derived from a job-exposure matrix developed for this study (Vaughan *et al.*, 1986). An exposure score was calculated as a weighted sum of years spent in formaldehyde-associated jobs (excluding 15 years before diagnosis).

TABLE II – ADJUSTED ODDS RATIOS, RESIDENTIAL FORMALDEHYDE SOURCES

| Site | Exposure variable | | | |
|---|---|---|---|---|
| | Mobile home | | Particle board | |
| | 1–9 yrs | 10+ yrs | 1–9 yrs | 10+ yrs |
| OHPC[1] | | | | |
| Odds ratio | 0.9 | 0.8 | 1.1 | 0.8 |
| (95% CI) | (0.5–1.8) | (0.2–2.7) | (0.7–1.9) | (0.5–1.4) |
| NPC[2] | | | | |
| Odds ratio | 2.1 | 5.5 | 1.4 | 0.6 |
| (95% CI) | (0.7–6.6) | (1.6–19.4) | (0.5–3.4) | (0.2–2.3) |
| SNC[3] | | | | |
| Odds ratio | 0.6[4] | | 1.8 | 1.5 |
| (95% CI) | (0.2–1.7) | | (0.9–3.8) | (0.7–3.2) |

[1]Includes oropharynx, hypopharynx and unspecified pharyngeal sites—adjusted for cigarette smoking, alcohol, sex and age (22 cases with missing values excluded).–[2]Nasopharyngeal cancer—adjusted for cigarette smoking and ethnic origin (1 case excluded).–[3]Sinonasal cancer—adjusted for cigarette smoking, alcohol, sex and age (2 cases excluded).–[4]There were no cases exposed for 10 or more years; the exposure categories were collapsed into one.

TABLE III – ADJUSTED ODDS RATIOS BY FORMALDEHYDE SOURCE

| Exposure source | NPC[1] | Control | Adjusted[2] odds ratio | 95% CI |
|---|---|---|---|---|
| None | 15 | 414 | Reference | |
| Occupation only[3] | 4 | 55 | 1.7 | (0.5–5.7) |
| Mobile home only | 6 | 75 | 2.8 | (1.0–7.9) |
| Both | 2 | 7 | 6.7 | (1.2–38.9) |

[1]Nasopharyngeal cancer.–[2]Adjusted for ethnic origin and cigarette smoking.–[3]Occupational exposures described in Vaughan et al. (1986).

with the weight taking into account estimates of both the likelihood and intensity of exposure. For this analysis, subjects with exposure scores of 5 or more were considered occupationally exposed. Compared to those subjects with neither occupational nor mobile home exposures, the adjusted risk estimates were: 1.7 (95% CI = 0.5–5.7) for occupational exposures only, 2.8 (95% CI = 1.0–7.9) for residential exposures only, and 6.7 (95% CI = 1.2–38.9) for both occupational and residential exposures.

To investigate whether living in a mobile home in the distant past was more likely to be associated with NPC risk than recent exposures, the number of years in mobile homes was recalculated, with exposures occurring in the previous 15 years excluded (Table IV). The risk estimate with such an induction period (OR = 3.0, 95% CI = 0.8–11.2) was unchanged from that calculated from all years (OR = 3.0, 95% CI = 1.2–7.5). To determine whether the large number of NOK interviews may have biased the results, the mobile home analysis was repeated with all NOK interviews excluded, again with very little change in the risk estimate (95% OR = 2.8, CI = 0.9–8.8).

A total of 59 subjects (including NOK) were called back as part of the interview validation check. One of the questions asked was whether the subject had ever lived in a mobile home. Fifty-eight of the 59 answers (98.3%) on the call-back agreed with the original questionnaire response.

## DISCUSSION

Our results show a strong association between a history of having lived in a mobile home and nasopharyngeal cancer, but not with other cancers of the pharynx, or sinonasal cancer. To our knowledge, this is the first report examining this question.

There are several factors which lend credence to the possibility that the association is a causal one. First, it is well established that elevated formaldehyde concentrations do in fact occur in residences, particularly mobile homes. Indoor air measurements in homes in a variety of areas in the US and Scandinavia have revealed levels of formaldehyde which approach those found in the workplace (Niemela and Vainio, 1981; Dally et al., 1981; Garry et al., 1980; Anderson et al., 1975; Breysse, 1977; Hanrahan et al., 1984).

Secondly, the finding with respect to NPC and mobile home exposure is consistent with results from two recent reports. The occupational formaldehyde analysis from this study (Vaughan et al., 1986) found risk estimates consistently but not significantly above one for NPC. Similarly, in a mortality study of industrially exposed workers (Blair et al., 1986) a significant excess of NPC deaths was reported (6 observed among the exposed group and 2.0 expected).

Additional support comes from the evidence of increasing NPC risk associated with increasing number of years in a mobile home. Furthermore, there is limited evidence (based on 2 exposed cases) that occupational and residential formaldehyde exposures may act multiplicatively in increasing the risk of NPC cancer.

One potential limitation of the study is the large number of next-of-kin interviews which were conducted among the cases, but not the controls. In assessing certain exposures, this incomparability between

ALX-EXP-77-001299

TABLE IV – EFFECT OF INDUCTION PERIOD AND NEXT-OF-KIN INTERVIEWS ON ODDS RATIOS

| Mobile home status[1] | NPC[2] | Control | Adjusted[3] odds ratio | 95% CI |
|---|---|---|---|---|
| All subjects | | | | |
| + | 8 | 82 | 3.0 | (1.2–7.5) |
| – | 19 | 469 | | |
| Induction period[4] | | | | |
| + | 3 | 24 | 3.0 | (0.8–11.2) |
| – | 24 | 527 | | |
| Live interviews only | | | | |
| + | 5 | 82 | 2.8 | (0.9–8.8) |
| – | 10 | 469 | | |

[1]+indicates one or more years in a mobile home.–[2]Nasopharyngeal cancer.–[3]Adjusted for race and cigarette smoking.–[4]Excluding mobile home residences within previous 15 years.

cases and controls, together with the possibility of differential recall usually present in a case-control study, might bias the results. It is unlikely, however, for this to be a serious problem in the present study since a history of living in a mobile home is a fairly objective one which is unlikely to be preferentially answered positively by cases or their NOK. In fact, it might be more likely that NOK would tend to be uncertain or forget about a mobile home residence in the more distant past. If this occurred, it would conservatively bias the results. Results from analysis with NOK interviews excluded support the assumption that this was not an important limitation in the study.

The association found with living in a mobile home may not be due to formaldehyde. While this study has adjusted for or ruled out the confounding effects of cigarettes, alcohol, age, sex and ethnic origin, there may be other factors which are associated with living in a mobile home and the risk of NPC.

It has been estimated that as many as 11 million people experience elevated formaldehyde concentrations in the home. Many more come into contact with formaldehyde vapor in polluted air and in cigarette smoke. If formaldehyde does act as a respiratory tract carcinogen at relatively low concentrations, the impact could be quite large. The present finding is based on a small sample of cases, and until this relationship has been verified by other studies, it should be interpreted with extreme caution. Additional studies of this important issue examining not only nasopharyngeal cancer but additional respiratory sites are clearly necessary. More detailed assessment of factors affecting the concentration of formaldehyde as well as other indoor air pollutants should be an integral part of these studies.

ACKNOWLEDGEMENTS

We thank Ms. C. L. Ure, Ms. K. Byron, Ms. J. Kuskin, Ms. J. Stilson, Ms. M. Price, Mr. D. Rock, Mr. K. Scholes, Ms. B. Nist, Ms. J. Reusser, Ms. J. Juz, Ms. M. Saltrones, Ms. C. Burns and Ms. A. Petersx for their invaluable assistance in the study.

This work was supported in part by the United States Environmental Protection Agency through Contract No. 68-01-6280 to the Office of Toxic Substances. The views expressed in this paper are those of the authors and do not necessarily reflect the views or policies of the Agency.

REFERENCES

ANDERSON, I., LUNDQUIST, G.R., and MOELHAVE, L., Indoor air pollution due to chipboard used as a construction material. *Atmospheric Environ.*, 9, 1121-1127 (1975).

BLAIR, A., STEWART, P., O'BERG, M., GAFFEY, W., WALRATH, J., WARD, J., BALES, R., KAPLAN, S., and CUBIT, D., Mortality among industrial workers exposed to formaldehyde. *J. nat. Cancer Inst.*, 76, 1071-1084 (1986).

BRESLOW, N.E., and DAY, N.E., Statistical methods in cancer research. Vol. I. The analysis of case-control studies. *International Agency for Research in Cancer Publication*, IARC, 32, Lyon (1980).

BREYSSE, P., Formaldehyde in mobile and conventional homes. *Environ. Hlth. Safety News*, 25, 1-17 (1977).

CONSENSUS WORKSHOP, Report on the Consensus Workshop on Formaldehyde. *Environ. Hlth. Persp.*, 58, 323-381 (1984).

DALLY, K., HANRAHAN, L.P., WOODBURY, M.A., and KANAREK, M.S., Formaldehyde exposure in non-occupational environments. *Arch. environ. Hlth.*, 36, 277-284 (1981).

FASICK, C.A., DICKERHOOF, H.E., and LAWRENCE, J.D., Evaluation of the use of wood products in mobile home manufacture. *Forest Prod. J.*, 23, 11-15 (1972).

GARRY, V.F., OATMAN, L., PLEUS, R., and GRAY, D., Formaldehyde in the home. *Minn. Med.*, Feb., 107-111 (1980).

HANRAHAN, L.P., DALLY, K.A., ANDERSON, H.A., KANAREK, M.S., and RANKIN, J., Formaldehyde vapor in mobile homes: a cross sectional survey of concentrations and irritant effects. *Amer. J. publ. Hlth.*, 74, 1026-1027 (1984).

NIEMELA, R., and VAINIO, H., Formaldehyde exposure in work and the general environment. *Scand. J. Work environ. Hlth.*, 7, 95-100 (1981).

SCOTT, C.S., and MARGOSCHES, E.H., Cancer epidemiology relevant to formaldehyde. *Environ. Carcinogen. Rev.*, 3, 107-144 (1983).

SWENBERG, J.A., KERNS, W.D., MITCHELL, R.E., GRALL, E.J., and PAVKOV, K.L., Induction of squamous cell carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor. *Cancer Res.*, 40, 3398-3402 (1980).

VAUGHAN, T.L., STRADER, C., DAVIS, S., and DALING, J.R., Formaldehyde and cancers of the pharynx, sinus and nasal cavity: I. Occupational exposures. *Int. J. Cancer*, 38, 677-683 (1986).

WAKSBERG, J., Sampling methods for random digit dialing. *J. Amer. statist. Ass.*, 73, 40-46 (1978).

Case 2:07-md-01873-KDE-MBN Document 2848-4 Filed 08/26/09 Page 4 of 5

ALX-EXP-77-001300

LNO/LNM

Borrower: LNU  MAY 13 '09  Lending Library: LAULNO/LNM
Lending String: *LNM,LTM,LNE,SWT,FDA  Call #:
Location: pull

Patron: Williams, Patricia  Regular

Journal Title: International journal of cancer. Journal international du cancer.  Shipping Option: Ariel

Volume: 38  Issue:  EFTS: No
Month/Year: 1986  Pages: 685-688  Charge:
MaxCost: $50IFM

Article Author:

Article Title: Vaughan TL, Strader C, Davis S, et al; Formaldehyde and cancer4s of the pharynx, sinus and nasal cavity; II. Residential exposures

Shipping Address:
Earl K. Long Library
University of New Orleans
Interlibrary Loan
New Orleans, LA 70148

Fax: 504-280-3173
Ariel: 137.30.164.18

ILL Number: 54013205

Comments:

LSUHSC New Orleans ILL
ILLiad TN: 68931



ALX-EXP-77-001301