IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | * * * * * | MDL No. 1873 |
| | | Section N(5) |
| | | Judge Engelhardt |
| **This Document Relates To:** | * | |
| *Damien Dillon, et al. v.* | * | Magistrate Chasez |
| *Forest River, Inc., et al.* | * | |
| Civil Action No. 09-3557 | * | Jury Demand |

**************************************************************************

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

NOW INTO COURT, come Damien Dillon together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3557, Rec. Doc. 1), (hereinafter, "Plaintiffs"), who, through undersigned counsel, respectfully reallege, restate and adopt paragraphs one through one-hundred and twenty seven of the original Complaint for Damages filed on their behalf with this Court on May 15, 2009 (Rec. Doc. No. 1).

**1.**

This First Supplemental and Amending Complaint for Damages adds Latasha Jones-Dillon on behalf of her minor children Miljaenee Cowley and Edward Smith, (hereinafter referred to as "Newly Added Plaintiffs"), whose names appear on the attached "Exhibit B" as <u>additional</u> Named Plaintiffs in the above captioned matter.

**2.**

Upon information and belief, these Newly Added Plaintiffs resided in the same travel trailer with Damien Dillon and other Plaintiffs, whose names appear on Exhibit A,

1

provided by FEMA, manufactured by Forest River, Inc. (Vehicle ID No.4X4TSMH294R392329) and installed by Fluor at 7537 Stonewood Street in New Orleans, Louisiana.

**3.**

Newly Added Plaintiffs adopt paragraphs one through one-hundred and twenty-seven of the original Complaint for Damages filed on behalf of Damien Dillon, et al. with this Court on May 15, 2009, (Rec. Doc. 1).

**4.**

Additionally, Named Plaintiffs and Newly Added Plaintiffs, (hereinafter, "Plaintiffs"), request that the caption of this case be amended to "Damien Dillon together with all individuals and entities whose names appear on the attached 'Exhibits A and B' v. Forest River, Inc., Fluor Enterprises, Inc. and the United States of America through the Federal Emergency Management Agency."

## REQUEST FOR JURY TRIAL

Plaintiffs are entitled to and demand a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that Defendants Forest River, Fluor and the United States of America through the Federal Emergency Management Agency be served with a copy of this First Supplemental and Amending Complaint for Damages, and that, after due proceedings:

1. there be a judgment herein in favor of Plaintiffs and against Defendants for all compensatory damages together with legal interest thereon from the date

of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   i. costs of court; and

   j. all other general, equitable and further relief, as the Court may deem just and proper.

Respectfully submitted,

   /s/ Hugh P. Lambert
 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**PLEASE SERVE:**

1. Forest River, Inc.
   **through its registered agent for service:**
   C T Corporation System
   5615 Corporate Blvd., Ste 400B
   Baton Rouge, LA 70808

2. Fluor Enterprises, Inc.
   **through its registered agent for service:**
   Corporation Service Company
   320 Somerulos St.
   Baton Rouge, LA 70802-6129

3. The United States Government
   **Through**
   U.S. Attorney's Office, Eastern District of Louisiana
   500 Poydras Street
   Room B210
   New Orleans, Louisiana 70130
   **And through**
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   **And through**
   Federal Emergency Management Agency

Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC 20472

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                                                   */s/ Hugh P. Lambert*

                                                   Hugh P. Lambert, Esq. (#7933)