UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 09-2892

## ORDER

As the Court has already instructed the parties in an August 21, 2009 email to them and again in its August 25, 2009 Order (Rec. Doc. 2835),

**IT IS ORDERED** that all motions in limine, including *Daubert* motions, relative to the September 14, 2009 Gulf Stream trial shall be filed **on or before Wednesday, August 26, 2009** and noticed for hearing on **Friday, August 28, 2009.**  Thus, any oppositions to these motions shall be filed on or before **Friday, August 28, 2009**, at which time these motions will be taken under advisement.  Consistent with these instructions,

**IT IS FURTHER ORDERED** that the following four motions will be heard on an expedited basis: (1) Gulf Stream Coach, Inc.'s Motion in Limine to Limit the Testimony of Travis Allen, Heath Allen, and Gerald Paul Blanchard (Rec. Doc. 2819); (2)  Gulf Stream Coach, Inc.'s Motion in Limine to Prohibit Any Testimony or Evidence Relating to the Testing of Other Emergency Housing Units (Rec. Doc. 2821); (3) Gulf Stream Coach, Inc.'s Motion in

Limine to Exclude Testimony of Dr. Mcgwin and to Exclude Evidence of Irrelevant Medical Conditions and to Exclude any Reference to Cancer (Rec. Doc. 2824); and (4) Gulf Stream Coach, Inc.'s Motion in Limine to Exclude Expert Testimony of Patricia M. Williams, Ph.D., DABT (Rec. Doc. 2834).   Any oppositions to these motions shall be filed by **Friday, August 28, 2009**, at which time these motions will be taken under advisement.

New Orleans, Louisiana, this 26th day of August, 2009.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**