UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: N(5) |
| | LITIGATION | * | |
| | | *` | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS'**
**OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON PRESCRIPTION**

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully requests an Order from this Honorable Court granting it leave to file its Reply to Plaintiffs' Opposition to its Motion for Summary Judgment.

Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of this Reply.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:   _/ Sarah A. Lowman_
John D. Person, La. Bar No. 10531
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170

> Telephone: (504) 525-7200
> Facsimile: (504) 581-5983
> jperson@midrid.com
> slowman@midrid.com
>
> *-and-*
>
> Charles R. Penot, Jr. (La. Bar No. 1530 &
> Tx. Bar No. 24062455)
> 717 North Harwood, Suite 2400
> Dallas, Texas 75201
> Tel: (214) 220-6334; Fax: (214) 220-6807
> cpenot@midrid.com
>
> *-and-*
>
> Richard A. Sherburne, Jr., La. Bar No. 2106
> 450 Laurel Street, Suite 1101
> Baton Rouge, Louisiana 70801
> Telephone: (225) 381-7700
> Facsimile: (225) 381-7730
> rsherburne@midrid.com
>
> **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2009, I electronically filed the foregoing pleading Unopposed Motion for Leave to File Reply to Plaintiffs' Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via email and/or U.S. mail.

> *s/Sarah A. Lowman*
> SARAH A. LOWMAN

ND: 4848-4295-9620, v. 1