UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | 07-md-1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper

*******************************************************************************

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Reply to Plaintiffs' Opposition to Fluor Enterprises, Inc.'s Motion for Summary Judgment on Prescription.

**IT IS HEREBY ORDERED** that Fluor Enterprises, Inc. is hereby granted leave to file its Reply to Plaintiffs' Opposition to Fluor Enterprises, Inc.'s (**FEI**) Motion for Summary Judgment on Prescription.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
JUDGE

ND: 4827-7942-7588, v. 1