## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## LIQUEFIED PETROLEUM GAS COMMISSION

### INSTALLATION REPORT

**SOLD TO:** Orleans

**ADDRESS:** 4415 Dale St  
**Street/P.O. Box/Rural Rte.**  
**City/State:** New Orleans  
**Zip:** 70126

**DATE OF TEST AND COMPLETION:** 8-15-2006  
**PERSON IN CHARGE OR MAKING INSTALLATION:** Mike Bussey

**MANUFACTURER OF TANK:** 1NL1GTR2551021783  
**TYPE:** TT

**ADDRESS:** N/A  
**SIZE:** N/A

**SERIAL NO.:** BC- 1041407  
**ASME:** N/A  
**DATA SHEET ATTACHED:** N/A

IF DEALER INSTALLING ABOVE TANK DOES NOT SELL LPG, GIVE NAME OF REPRESENTATIVE PRESENT DURING FIRST FILLING

Region 1

**NAME OF DEALER SUPPLYING GAS AND TRUCK DRIVER:** FLUOR

**NO. OF OUTLETS:** 3  
**NO. NOT FURNISHED WITH APPLIANCES:** 0  
**IF PLACE OF PUBLIC ASSEMBLY, GIVE CATALOG NO.:** N/A

**REMARKS:**

TEST ON SUPPLY LINES MUST BE WITNESSED BY THE CUSTOMER OR HIS REPRESENTATIVE.

**TEST ON SUPPLY LINES WITNESSED BY (Customer Signature):** [signature]

**CERTIFICATE OF COMPANY SELLING INSTALLATION**

To Liquefied Petroleum Gas Commission
The undersigned certifies that the above statements are true, and that the gas supply system covered by this report was installed by them in accordance with the law and in a workmanlike manner and that same was tested at N/A pounds pressure or 11.0 inches of water column, and was found to be free of leaks. It is also certified that each appliance listed above is of a type approved for the use of liquefied petroleum gases and has been installed correctly for the use of such gases.

**DATE:** 8-15-2006  
**SIGNED:** Region 1  
**FIRM:** Fluor  
**TITLE:** QA GAS TEST

**S/C** 03-077802

EXHIBIT 5

FL-FCA-004622