UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           * | | MDL NO. 1873 |
|     FORMALDEHYDE           * | | |
|     PRODUCTS LIABILITY   * | | |
|     LITIGATION                    * | | SECTION:  N(5) |
|                                              * | | |
| This Document Relates to:  *Charlie Age, et al. v.*   * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892  * | | |
|                                              * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION TO
<u>AMEND TRIAL I SCHEDULING ORDER</u>**

**MAY IT PLEASE THE COURT:**

Defendants, Gulf Stream Coach, Inc., Fluor Enterprises, Inc. and United States of America, respectfully submit that the Trial I Scheduling Order be amended.

As this court is well aware, the *Alexander* trial is set for September 14, 2009. In response to Fluor's Motion for a Continuance, the Alexander Plaintiffs opposed that Motion and assured both the Court and the other litigants that they were ready to proceed on that date. Nevertheless, attached is the Plaintiffs' purported pre-trial inserts which were received a day late. There are still 293 witnesses and 671 exhibits listed. Apparently, the Plaintiffs have made no attempt to limit the number of witnesses and exhibits they intend to call/introduce at a bellwether trial less than three weeks away. As currently scheduled, Gulf Stream Coach, Inc. owes its inserts on August 26, 2009. Without meaningful inserts from the Plaintiffs, this is impossible. Gulf Stream Coach, Inc. seeks an order from the court requiring the Alexander plaintiffs to produce meaningful inserts. Gulf Stream Coach, Inc. further requests two days (the same as under the current scheduling order) to produce its inserts. It is anticipated that Government will want one day thereafter and FEI an additional day after that to provide their inserts.

Additionally, Gulf Stream Coach, Inc. requests the court order Plaintiffs to provide their deposition designations, page and line by 5:00 p.m. central on Friday, August 28, 2009. Gulf Stream Coach, Inc. proposes that Gulf Stream Coach, Inc. and Fluor provide their deposition designations, page and line, by 5:00 p.m. on the following Friday, September 5, 2009. For purposes of ruling on deposition objections prior to trial, Gulf Stream Coach, Inc. requests the court either set a hearing date and rule on those objections, or set a deadline for presenting those objections via motion."

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
*Dewey M. Scandurro #23291*
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

/s/ Sarah A. Lowman .
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

and

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

and

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com
**Counsel for Defendant, Fluor Enterprises, Inc.**

s/ Henry T. Miller
HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel
ADAM M. DINNELL
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:    202/616-4449
Henry.Miller@usdoj.gov
Adam.Dinnell@usdoj.gov

Jonathan.Waldron@usdoj.gov
**Counsel for Defendant, The United States of America**

## C E R T I F I C A T E

I hereby certify that on the 26th day of August, 2009, a copy of the foregoing Motion to Amend Trial I Scheduling Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com