UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

******************************************************************************

### MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF CHRISTOPHER DEROSA, PH.D.

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), which hereby respectfully moves this Honorable Court to Exclude the Expert Testimony of Christopher DeRosa, Ph.D., because Dr. DeRosa's opinions are not based on reliable scientific methodology, are not relevant and would not assist a trier of fact. Thus, those opinions should be excluded under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals*, and the *Daubert* progeny. Gulf Stream specifically avers that it is not seeking to exclude the fact testimony that Dr. DeRosa provided, only any expert opinions he has given or will give at the trial of this matter.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com

jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
*Dewey M. Scandurro #23291*
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 26th day of August, 2009, a copy of the foregoing Memorandum in Support of Motion in *Limine* to Exclude Expert Testimony of Christopher DeRosa, Ph.D. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

2