IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGIANA GREY, WARREN MATTHEWS VERNETTA MATTHEWS, JERRICA MCKNIGHT & JESSICA MCKNIGHT | * * * * * | DOCKET NO. 09-4135 SECTION: N |
| versus | * * | JUDGE: ENGELHARDT |
| FRONTIER RV, INC., RAZZ ELECTRICAL SERVICES, L.L.C. And United States of America through the Federal Emergency Management Agency | * * * * * | MAGISTRATE: 5 |

*************************************************************************

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT** comes Petitioners to supplement and amend their Complaint, in the following respects, to wit:

**1.**

Plaintiff amends the caption of the above matter to add the following additional Plaintiff:

1. Mya Foster.

**2.**

Plaintiff reiterates all allegations found in Plaintiff's original complaint as if copied here, in extensor.

**WHEREFORE**, Plaintiffs, Georgiana Grey, et al., pray that Defendants be duly cited to appear and answer this Complaint, and after the legal delays, and due proceedings had, there be judgment herein in favor of Plaintiffs and against the defendants, in a full and true sum sufficient to compensate Plaintiff for all damages and losses, and for such other and further relief as this court deems just and proper.

    Respectfully submitted,
LAW OFFICES OF PIUS A. OBIOHA & ASSOCIATES, L.L.C.

/s/Pius A. Obioha

_____
PIUS A. OBIOHA, BAR# 25810
1550 North Broad Street
New Orleans, LA  70119
Telephone:	(504) 265-0437
Facsimile:	(504) 265-0440

PLEASE SERVE

FRONTIER RV, INC.
Through its agent for service of process,
Lawyer's Aid Service, Inc.
408 West 17th Street, Ste. 101
Austin, Tx 78701


RAZZ ELECTRICAL SERVICES, LLC.
Frankie L. Rasberry
84 H. Strange Road
Lecompte, La 71346


UNITED STATES OF AMERICA
Through the United States Attorney General,
Hon. Eric Holder
U.S. Department of Justice

950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And

Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Court Building
500 Poydras Street, Ste. B-210
New Orleans, La 70130


FEDERAL EMERGENCY MANAGEMENT AGENCY
Through R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472


UNITED STATES OF AMERICA
Through the United States Attorney General,
Hon. Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And

Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Court Building
500 Poydras Street, Ste. B-210
New Orleans, La 70130

FEDERAL EMERGENCY MANAGEMENT AGENCY
Through R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472