Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION


IN RE:   FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

					MDL NO. 1873
vs.
					SECTION "N-5"

					JUDGE ENGELHARDT

					MAG. JUDGE CHASEZ



ORAL AND VIDEOTAPED DEPOSITION OF

WILLIAM L. DYSON, Ph.D.

July 22, 2009

10:00 a.m.

201 17th Street

Suite 1700

Atlanta, Georgia


Maureen S. Kreimer, RPR, CCR-B-1379

Page 59

1    A.    No.

2    Q.    Tell me why not?

3    A.    It's not sensitive enough at low
4  concentration.  It's not stable, it's hard to
5  calibrate.  It's not a useful technique except to
6  compare one situation with another situation using
7  the same meter.

8    Q.    What do you mean?

9    A.    Well, if I wanted to -- if I wanted to
10 test two trailers to see which one was higher than
11 the other, I could use a formaldehyde meter to do
12 that, but I could not use a formaldehyde meter to
13 determine what the concentration was in either of
14 those trailers with any precision.

15   Q.    Are there any governmental entities that
16 use Formaldemeters?

17   A.    I don't know.

18   Q.    Have you ever compared the results of the
19 Formaldemeter with any other type of formaldehyde
20 testing?

21   A.    I have done that a few times with
22 chromotropic acid procedure years ago, and it doesn't
23 compare, especially at concentrations less than a
24 part-per-million.

25   Q.    One part-per-million?

Page 60

1      A.      Yes, one part-per-million.
2      Q.      So you believe that below one
3  part-per-million, it's not reliable?
4      A.      It's not precise, and it's not accurate.
5      Q.      But is that just below one
6  part-per-million, you believe that to be the case?
7      A.      Well, I -- the only information that I
8  have is is that below one part-per-million.  I don't
9  have information above one part-per-million to be
10 able to make a judgment on it.
11     Q.      When is the last time you used a
12 Formaldemeter?
13     A.      Many years ago now, because I didn't find
14 it useful.  The other techniques are much, much
15 better.
16     Q.      Have the Formaldemeters changed over the
17 years?
18     A.      Yes.
19     Q.      Have they gotten better?
20     A.      Well, they claim to have, but no one in
21 the industrial hygiene community, at least that I'm
22 aware of, believes that they have.
23     Q.      Okay.  Let me make sure I understand that.
24 You're saying no one in the industrial hygiene
25 community believes that Formaldemeters are a useful

Page 61

1  device?
2      A.    They have a use, but it is not to get a
3  reading that can be compared with any type of
4  standards, or to have any belief that it is accurate
5  or precise.
6            The only use that they have is just as a
7  rough indication of whether there is formaldehyde
8  present or not, and whether one place is higher than
9  another place.  That's the only use that they have as
10 far as I'm concerned.
11     Q.    Okay.  So you would never use one?
12     A.    I would never use one.
13     Q.    But -- and you're not aware of how
14 accurate, or how reliable, or who actually uses them
15 in the Government today?
16     A.    I do not know who in the Government uses
17 them today.
18     Q.    You don't know how reliable they are
19 today?
20     A.    I'm pretty sure that they are not
21 reliable.  They never have been in any testing that I
22 have done with them and that my colleagues that have
23 used them have done with them.
24     Q.    And would you use them as kind of a quick
25 test to see if there was an issue that maybe needed

Page 62

1  to be explored?
2      A.   I would not.  I don't think they have much
3  usefulness at all.
4      Q.   And --
5      A.   If I wanted a quick test, I'd use a
6  detector tube.
7      Q.   And how long would that take?
8      A.   About 30 seconds.
9      Q.   And what would that detector tube do?
10     A.   Just give me an indication of whether
11 formaldehyde was present and a general idea of what
12 the concentration was.
13     Q.   And what would you do then?
14     A.   Well, it depends on what the result is,
15 obviously.
16     Q.   Well, let's assume the result is there is
17 formaldehyde present, what do you do next?
18     A.   If I need to know at what concentration
19 it's present, then I would go to a more sophisticated
20 technique, which is the Sorbent Tube active sampler
21 or the passive sampler.
22     Q.   Are those expensive tests?
23     A.   I don't know what you mean by expensive.
24 The analysis of them runs a few dollars per test.
25     Q.   A few dollars, you mean a couple of bucks?

1  would think they would want more info?
2      A.   Well, if they believed the Formaldemeter
3  as an indicator and were going to rely upon that for
4  some reason, then to get a more precise and more
5  accurate result, they would have to go to the next
6  stage.
7      Q.   And so certainly elevated levels using a
8  Formaldemeter may not be something you would want to
9  rely on, you as a scientist, but certainly would be a
10 reason to do more scientific and valid testing?
11     A.   Well, I would not rely upon it at all.
12     Q.   Right.  But you certainly could use that
13 as a basis or as an impetus to do more testing?
14     A.   Well, I presume someone could.  I wouldn't
15 recommend it.  It's a poor piece of equipment for its
16 intended purpose.
17     Q.   Right.  But again, what I'm getting at is
18 is it at least, the results of a Formaldemeter, at
19 least enough to give a responsible manufacturer the
20 reason to actually do some additional testing?
21          MR. WEINSTOCK:  Object to the form.
22     A.   Well, to answer your question, I have to
23 know that it's recently calibrated, and that it's
24 operating properly and that sort of thing.
25          But under the assumption that all of those