UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    *          MDL NO. 1873
          FORMALDEHYDE              *
          PRODUCTS LIABILITY        *          SECTION:  N(5)
          LITIGATION                      *
                                                    *          JUDGE: ENGELHARDT
This Document Relates to:  *Charlie Age, et al. v.*  *
*Gulf Stream Coach Inc., et al*, Docket No. 09-2892  *          MAG: CHASEZ
*********************************************************************************

## NOTICE OF HEARING

          **IT IS HEREBY ORDERED** that the Motion *in Limine* to Exclude Evidence of Certain

Formaldehyde Screening Devices filed by Gulf Stream Coach, Inc., is hereby set for the 28th day of

August, 2009, at 9:30 a.m.

                              Respectfully Submitted:

                              **DUPLASS, ZWAIN, BOURGEOIS,
                              PFISTER & WEINSTOCK**

                              s/Andrew W. Weinstock
                              _____
                              **ANDREW D. WEINSTOCK #18495
                              JOSEPH G. GLASS #25397**
                              3838 N. Causeway Boulevard, Suite 2900
                              Metairie, Louisiana 70002
                              (504) 832-3700
                              (504) 837-3119 (FAX)
                              andreww@duplass.com
                              jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 26th day of August, 2009, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com