Page 1

1             UNITED STATES DISTRICT COURT

2               DISTRICT OF LOUISIANA

3                NEW ORLEANS DIVISION

4      --------------------------------X

5      In Re:  FEMA Trailer            :

6      Formaldehyde Products           :   MDL No. 1873

7      Liability Litigation            :

8

9      --------------------------------X

10                           Washington, D.C.

11                           Tuesday, July 28, 2009

12           Videotaped deposition of Michael E. Ginevan,

13   Ph.D., a witness herein, called for examination by counsel

14   for Plaintiffs in the above-entitled matter, pursuant to

15   notice, the witness being duly sworn by DENNIS A. DINKEL, a

16   Notary Public in and for the District of Columbia, taken at

17   the offices of Nelson Mullins Riley & Scarborough LLP, 101

18   Constitution Avenue, N.W., Washington, D.C. at 10:06 a.m.,

19   Tuesday, July 28, 2009, and the proceedings being taken down

20   by Stenotype by DENNIS A. DINKEL, FAPR, CRR, and transcribed

21   under his direction.

22

```
                                                          Page 130
 1   nine people were smokers?
 2        A.    I do not.
 3        Q.    Could you find out?
 4        A.    No.
 5        Q.    Okay.  All right.  Let's go to your
 6   conclusions, first full paragraph?
 7        A.    Yes.
 8        Q.    Let's go to the second paragraph for a
 9   second, Dr. Hewett's analysis, and we'll get into
10   this in more detail.
11              What is the best way to attempt to
12   calculate what the exposure levels were in a trailer
13   if you don't have a test result at the time that the
14   people were in the trailer?
15        A.    It would be very difficult bordering to
16   impossible to predict the level in a given travel
17   trailer by trying to do an exposure reconstruction.
18              Now, what you could do is to try to set up
19   a trailer as much like the trailer that you had and
20   then do an experiment like an exposure reconstruction
21   study to see what the levels were.
22              But that's not what Dr. Hewett got his
```

Michael Ginevan, Ph.D  July 28, 2009
Washington, DC

Page 131

1  data. He was sort of opportunistically saying here's
2  some formaldehyde measurements, here's some other
3  formaldehyde measurements, here's the average and
4  that's not very helpful in terms of assessing
5  individual exposure.
6     Q.   Okay. You said that the data set that
7  Dr. Hewett used to provide a basis for his sample
8  size calculations is flawed because it consists
9  entirely of trailers that were sealed which had no
10 ventilation?
11    A.   That's true.
12    Q.   Do you know where the tests that comprised
13 the data set that Dr. Hewett used came from?
14         Most of them were from Dr. DeVany, weren't
15 they?
16    A.   Yes. It was a certain number -- can I
17 have Hewett's report? Do I have Hewett's report?
18    Q.   You do. I'm sorry, I do.
19    A.   There we go.
20         MR. GLASS: Michael, that previous
21 question that you were asking him about, is that
22 something you were reading from his report?

Michael Ginevan, Ph.D                                                                    July 28, 2009
Washington, DC

Page 156

1       A.      Yes.

2       Q.      Go to paragraph 4 on Hewett's report?

3       A.      I'm there.

4       Q.      You talk about the 1390 fold difference

5   between .0023 parts per million and 3.2 parts per

6   million.

7               You see that?

8       A.      Yes.

9       Q.      What is an outlier as it relates to a

10  statistical study?

11      A.      That's a complicated question.

12              I like extreme values rather than

13  outliers.  Outlier implies that in some sense large

14  values are incorrect; and, in fact, a lot of

15  environmental measurements, you can have some fairly

16  large values and a lot of smaller values.

17              To the extent that you have a

18  distribution, you expect large values, a few large

19  values, then it is really not correct to say they're

20  an outlier.  You can say they are extreme values but

21  they're the biggest thing you saw, but that doesn't

22  necessarily mean they're a bad measurement.

Michael Ginevan, Ph.D  
Washington, DC  
July 28, 2009

Page 157

1    Q.    Okay.  What is an outlier?

2    A.    What?

3    Q.    What is an outlier?

4    A.    An outlier in a statistical sense would be
5    a number which is larger than you would expect to see
6    on the basis of some known statistical distribution.

7    Q.    Now, at the end of your paragraph 4 on
8    Dr. Hewett's report, the last sentence beginning with
9    page 7, it says, "Moreover, the extreme variability
10   shown across the trailer suggests that an average
11   level for a group of trailers is not helpful in
12   assessing exposure to a specific individual."

13   A.    Yes.

14   Q.    Isn't that kind of statistical method done
15   in every toxicology or epidemiology report?

16   A.    Excuse me?

17   Q.    Isn't that kind of statistical method
18   calculated in every toxicology or epidemiology study?

19   A.    Yes.

20   Q.    Why do you all in an epidemiology study go
21   ahead and do this statistical method?

22   A.    Here's the problem.

Michael Ginevan, Ph.D                                            July 28, 2009
                              Washington, DC

Page 158

1    Q.    Answer my question.  Answer my question
2  first and then tell me what the problem is, if you
3  would.
4          Why is it done in epidemiology studies?
5    A.    We routinely use average levels in
6  exposure assessment in epidemiology studies.
7    Q.    Why?
8    A.    Why?  Okay.
9          Because as a person moves through the
10 environment, they are -- they're assumed to contact
11 the environment or breathe the air in an area in kind
12 of -- around -- they're moving around, so they're
13 averaging their environment.
14         So at the end of the day, if I have a set
15 of measurements for an area or workplace, I can say,
16 well, people who are moving through that workplace
17 over time experience the average level in that -- in
18 that workplace or in that field that we believe is
19 contaminated.
20         So it is basically -- it is a good measure
21 of a person averaging their environment by moving
22 around.  That's the idea.



# Alderson
COURT REPORTING

PAGE _1_ of _1_

Notice Date: August 11, 2009
Case Name: In re: FEMA Trailer Formaldehyde Products Liability Litigation
Deponent: ~~Michael␣E.l␣Geneven,␣Phd~~ Michael E. Ginevan Ph.D.
Deposition Date: 07/28/2009
Reference Number: 15783

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|------|------|-----------|-------------|-------------------|
| 15 | 22 | Interim Findings | Final Report | Reliance document was final not interim report |
| 16 | 3 | February 29 | July 2 2008 | Reliance document was final not interim report |
| 37 | 12 | on the CEDRs system. | on the CEDR system. | No "s" in CEDR |
| 77 | 5 | would be hypothesis | would be a hypothesis | Missing "a" |
| 83 | 5 | the source is | the source that is | Missing "that" |
| 100 | 10 | have air contingency | have air conditioning | |
| 130 | 22 | not what Dr. | not where Dr. | |
| 165 | 20 | Not 50 participants | Not 50 parts | |

Signature of Deponent

Date of Signature: 08/25/2009

1155 Connecticut Avenue NW, Suite 200
Washington, DC 20036