UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

*************************************************************************

### MOTION *IN LIMINE* TO EXCLUDE CERTAIN IRRELEVANT AND INFLAMMATORY COMMENTARY OF COUNSEL, TESTIMONY AND EVIDENCE RELATED TO PLAINTIFFS' HURRICANE KATRINA EVACUATION EXPERIENCE, AND ANY REFERENCE OR EVIDENCE RELATED TO INCOME OF GULF STREAM COACH, INC.

Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), respectfully moves this Honorable Court to issue an Order prohibiting plaintiffs' counsel from engaging in certain irrelevant and inflammatory commentary, from introducing testimony and evidence related to plaintiffs' Hurricane Katrina evacuation experience, or making any reference to or introducing evidence related to the income of Gulf Stream.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
**Dewey M. Scandurro #23291**
**607 St. Charles Avenue**
**New Orleans, LA 70130**
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 26th day of August, 2009, a copy of the foregoing Motion *in Limine* to Exclude Certain Irrelevant and Inflammatory Commentary of Counsel, Testimony and Evidence Related to Plaintiffs' Hurricane Katrina Evacuation Experience, and Any Reference or Evidence Related to Income of Gulf Stream Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com