UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION, | )<br>)<br>)  MDL NO. 1873<br>)<br>)  SECTION "N"(5) |
| THIS DOCUMENT IS RELATED TO | )<br>)  JUDGE ENGELHARDT |
| Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper.<br>-------------------------------- | )  MAGISTRATE CHASEZ<br>)<br>)<br>)<br>)<br>)<br>) |

The Videotaped Deposition of EDDIE ABBOTT

Date:      Friday, July 10, 2009

Time:      9:16 a.m.

Place:     The Marriott
           123 St. Joseph Street
           South Bend, Indiana 46601


Called as a witness by the Plaintiffs in

accordance with the Federal Rules of Civil

Procedure for the United States District

Court, Eastern District of Louisiana, pursuant

to Notice.



Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
          MIDWEST REPORTING, INC.
             1448 Lincolnway East
          South Bend, Indiana 46613

              (574) 288-4242

Page 26

1  A.  Huh-uh.
2  Q.  In other words, anything you had lying around that you
3      hadn't used before, that's what you would use for the FEMA
4      trailers; isn't that right?
5              MR. SCANDURRO:  Object to form, lack of
6          foundation.
7  A.  I don't know what a dreg is.
8  BY MR. BUZBEE:
9  Q.  Well, you just said you knew what it was.  Do you not know
10     what that means?
11 A.  I know what you're saying.  I didn't say I know what a
12     dreg -- a dreg, I don't know what -- I've never used that
13     word before.
14 Q.  Right.
15 A.  But if we had leftover items --
16 Q.  Yeah.
17 A.  -- that were the items we were using last week, you mean
18     did we use them in the FEMA?
19 Q.  No.  I mean stuff that's been laying around outside,
20     anything, put it in the -- if it's a FEMA trailer --
21 A.  I do not know of anything like that.
22 Q.  It's going to the black people, put it in the FEMA
23     trailer.
24             MR. SCANDURRO:  Object to the form.
25             MR. PENOT:  Object --

Page 27

```
 1              MR. MILLER:  Object, argumentative.
 2   BY MR. BUZBEE:
 3   Q.  Isn't that how it worked at your factories?
 4   A.  Absolutely not.
 5   Q.  Well, I've got 30 people that say that's how it worked.
 6              MR. SCANDURRO:  Object to form.
 7   Q.  Do you know anything how the factories operated?
 8              MR. MILLER:  Objection, assumes facts not in
 9          evidence, argumentative.
10              MR. PENOT:  Join the objection.
11   A.  I do not know of any of that happening.
12   Q.  You don't.
13   A.  If you're asking if we used material that was obsolete --
14       I don't know of any old material that we used.  But I know
15       that we have -- every month we have something become
16       obsolete.  I don't know any substandard material or old
17       material or material -- what did you say, from the field
18       or something?
19   Q.  Yeah, just laying outside.  Stuff that if it was not going
20       to be used for the trailers that you were selling --
21          I want to try to be delicate.  But for the normal
22       customers.  But for the government, anything you have
23       lying around, anything that's been lying outside, not
24       covered in the warehouse, put it in the FEMA trailer.
25   A.  Like I --
```