UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | * * * * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4     IN RE:    FEMA TRAILER           * MDL NO. 1873
 5               FORMALDEHYDE PRODUCTS  *
 6               LIABILITY LITIGATION   * SECTION "N" (5)
 7                                      *
 8                                      * JUDGE ENGELHARDT
 9     THIS DOCUMENT IS RELATED TO      * MAGISTRATE CHASEZ
10                                      *
11     Charlie Age, et al v. Gulf       *
12     Stream Coach, Inc., et al,       *
13     Docket No. 09-2892; Alana        *
14     Alexander, individually and on   *
15     behalf of Christopher Cooper     *
16                       - - - - -
17       Videotaped telephone deposition of CHARLES
18     A. WHITAKER, JR., P.E., taken by the
19     Plaintiffs, pursuant to notice and/or
20     agreement, before Phyllis Butler, Court
21     Reporter and Notary Public, at the Hilton,
22     45 West Orchard Park Drive, Greenville,
23     South Carolina, on the 5th day of August,
24     2009, commencing at the hour of 9:39
25     o'clock, a.m.
```

1   Q.   Let me ask a different question just so
2   we're clear.  The united States
3   Government did not dictate to Fluor on
4   the means and methods to be used to
5   jack up travel trailers, did they?
6      MR. PENOT:  Object to the form.
7   A.   From what you're saying about means and
8   method, no, I don't --- I don't think
9   so.  I mean, just like if you're saying
10  would they tell a carpenter how to hold
11  a hammer and how to drive a nail, no,
12  they didn't tell us how to do that.
13  Q.   So the means and methods to elevate
14  these travel trailers to put them on
15  blocks was left up to the discretion of
16  Fluor, wasn't it?
17     MR. PENOT:  Object to the form.
18  A.   Done to the discretion.  Yeah, I would
19  guess you could call it that.
20  Q.   Well, I mean, Fluor has engineers on
21  staff, don't they?
22  A.   Yes, sir.
23  Q.   If you turn to Exhibit-Number-Three on
24  page 90, do you see that?
25  A.   Exhibit-Three, page 90.  Yes, sir.

1  mitigation strategies?
2  A.  As we described earlier ventilate the
3  unit, open it up, open the doors, the
4  windows.  If air conditioning was
5  functioning to turn on the air
6  conditioner and set the switch, if it
7  had a switch, for outside exhaust to
8  ventilate the unit before going in and
9  doing the --- the work required under
10 the --- the RFO process that everybody
11 called "make ready," which required our
12 workers to enter the unit.
13 Q.  So it was recommended that the windows
14 be opened before the workers go into
15 the unit?
16 A.  Well, it --- it's physically impossible
17 to do that.  They had to enter to open
18 the windows, but then exit can allow
19 the --- the unit to air out before they
20 go back in to do their work.
21 Q.  And how long were they supposed to
22 remain outside before they go back in
23 to do their work?
24 A.  I don't recall if it had an actual time
25 limit on it, but if you look at the ---

1    the process of the --- you go --- when
2    you deliver the unit, open it up, then
3    do the jacking, and lifting, and
4    blocking, and leveling, and hook up the
5    water, electric, and all that kind of
6    stuff.  So that's a period of time that
7    --- I --- I can't --- I didn't put a
8    stop watch.  I don't know if the ---
9    the mitigation strategy told them there
10   was a minimum time required, but also
11   if you look at it, there's common sense
12   that if you know there's a hazard, and
13   you're letting it air out, that if you
14   walk in, and you don't think it's aired
15   out enough, you would walk back out.
16   Q.   Don't you think it's also common sense
17   that however much time the workers
18   spent in the unit the people who were
19   living there would be spending a lot
20   more time in the unit?
21   A.   I think that's a given, yes, sir.
22   Q.   And it's also a given that the longer
23   that you're exposed to formaldehyde the
24   greater the risk of suffering some harm
25   from it?