UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
    *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

*************************************************************************

**FLUOR ENTERPRISES, INC.'S MOTION *IN LIMINE* TO EXCLUDE
CERTAIN FACT TESTIMONY OF PLAINTIFFS AND FACT WITNESSES**

**NOW INTO COURT,** through undersigned counsel comes, Fluor Enterprises, Inc. (FEI), who respectfully moves this Honorable Court *in limine* to Exclude the Certain Testimony of plaintiffs, Alana Alexander, Christopher Cooper, and fact witnesses such as Erika Alexander and Shirley Alexander because this testimony is irrelevant and prejudicial, would create undue delay and would not assist a trier of fact as to issues in this case, and therefore should be excluded pursuant to Federal Rules of Evidence 401 and 403.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:  *s/Sarah A. Lowman*
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

 *s/Sarah A. Lowman*

ND: 4813-5048-0388, v. 1