# Exhibit 1

(to FEI's Memorandum in Support of a Motion *in Limine* to Exclude Certain Testimony of Plaintiffs and Fact Witnesses*)*

# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

### Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

```
 1    Q.  Any discussions about if the
 2   water -- for instance, he talked about maybe
 3   being 20 feet, was there discussion about
 4   where you would go or what you would do?
 5    A.  Yes.
 6    Q.  What did you guys talk about?
 7    A.  We would go into the attic.
 8    Q.  Did you have a plan for maybe
 9   getting out of the attic if the water got
10   high?
11    A.  Not really.
12    Q.  The only reason I ask is, in the
13   paper, you usually bring an axe with you.
14    A.  Well, we did have a hammer with us
15   in the attic.
16    Q.  Pound your way out, huh.
17        Did Chris seem satisfied with the
18   fact of your explanation that the house had
19   never flooded before?
20    A.  Yes.
21    Q.  So we were talking about the night
22   before the hurricane.  So you went to sleep
23   that night?
24    A.  Yes.
25    Q.  And then what happened the next
                                    Page 77
```

```
 1   morning?
 2    A.  Well, when we woke up, by the time
 3   I woke up that morning, the wind was just
 4   slightly blowing and it was just a drizzle.
 5        So for the most part, we figured
 6   out that the major part of the storm had
 7   passed.  And I was in the kitchen cooking
 8   breakfast.  And they were in the front of
 9   the house looking at the rain.
10        Erika said, "Momma, come look at
11   the water."
12        And I'm like, "There's no water."
13        And she's like, "No, Mom, come see
14   the water."
15        By the time I walked from the
16   kitchen to the front of the house, the water
17   was already starting to come into the house.
18    Q.  All the people that you previously
19   described or identified for us were still in
20   the house at that time?
21    A.  Yes.
22    Q.  Any additional people come over?
23    A.  No.
24    Q.  All right.  So you saw the water
25   coming into the house.  What did you do at
                                    Page 78
```

```
 1   that point?
 2    A.  Well, when the water starting
 3   coming in, since it was moving as fast as it
 4   was coming in, we decided to go into the
 5   attic.  And so the attic access panel was to
 6   the back of the house, so we went to the
 7   back of the house and went up the ladder.
 8    Q.  Everyone in the house?
 9    A.  Yes.
10    Q.  Did you bring anything with you?
11    A.  Yeah, because we had a --
12   everybody had their little hurricane kit, so
13   we had water and food and stuff like that we
14   brought up.  And while the water was rising,
15   my brother and my oldest nephew Jared went
16   to try and salvage as much as we could when
17   the water was rising.
18    Q.  Talking about pictures, things
19   like that?
20    A.  Pictures, some clothing, things
21   like that.
22    Q.  How big of an attic are we talking
23   about?
24    A.  The attic was the width of the
25   house.
                                    Page 79
```

```
 1    Q.  Do you know the square footage of
 2   the house?
 3    A.  No.
 4    Q.  It wasn't a finished attic, I take
 5   it?
 6    A.  Partially finished.
 7    Q.  Partially finished?
 8    A.  Uh-huh.
 9    Q.  Did it have wood paneling?
10    A.  No, no.
11    Q.  What part was finished?
12    A.  Floor.
13    Q.  What kind of floor did it have?
14    A.  Wood.
15    Q.  Do you know what kind of wood?
16    A.  No.
17    Q.  Were the attic beams open and
18   exposed?
19    A.  Yes.
20    Q.  The underside of the roof, the
21   plywood was exposed?
22    A.  Yes.
23    Q.  Did you have any electricity up in
24   the attic?
25    A.  No.
                                    Page 80
```

```
 1    MR. HILLIARD:
 2        Clarification. Do you mean
 3  electricity because of the storm, or was
 4  there electricity wired up there?
 5    MR. GLASS:
 6        Electricity wired.
 7    THE WITNESS:
 8        No, because there was no
 9  electricity by that time.
10  EXAMINATION BY MR. GLASS:
11    Q.  The electricity had gone out the
12  night before?
13    A.  No, that morning.
14    MR. HILLIARD:
15        I still think it's unclear now.
16  You might want to clarify it.
17  EXAMINATION BY MR. GLASS:
18    Q.  I'm asking if there was power to
19  the house, first off, the morning of the
20  hurricane?
21    A.  Early in the morning.
22    Q.  Okay. But at some point, the
23  electricity was cut off to the house?
24    A.  Yes.
25    Q.  Up in the attic, was there wiring
                                    Page 81
```

```
 1  for lights?
 2    A.  No.
 3    Q.  Okay. So regardless of whether
 4  there was electricity to the house, there
 5  would be no lights or anything in the attic?
 6    A.  Yes.
 7    Q.  Unless you brought a flashlight or
 8  something like that?
 9    A.  Yes.
10    Q.  Okay. So you're all up in the
11  attic and the water is rising. How high did
12  it get?
13    A.  In my house, it got up to
14  five feet, just below the light switch.
15    Q.  What were the kids doing before
16  you went up into the attic?
17    A.  Watching the water run down the
18  street.
19    Q.  Was there any concern, as the
20  water started rising several feet in the
21  house, expressed by your kids?
22    A.  They got a little nervous and
23  scared.
24    Q.  Before you went in the attic, did
25  the kids have to get on any furniture or
                                    Page 82
```

```
 1  anything like that to get out of the water?
 2    A.  No, my nephews picked them up.
 3    Q.  Was Chris ever left on his own on
 4  a countertop or anything like that while you
 5  were collecting things?
 6    A.  No, he wasn't on a countertop.
 7    Q.  Do you remember any specific
 8  concerns or fears that were expressed by
 9  Chris before you went up into the attic?
10    A.  No, not specifically.
11    Q.  Was there any concern about
12  potentially drowning?
13    A.  Not really. I didn't worry about
14  drowning because I knew we were going in the
15  attic.
16    Q.  So you were up in the attic and
17  the water got up to about five feet. How
18  long did you stay in the attic?
19    A.  A few hours.
20    Q.  Was there any discussion about any
21  concerns or fears while you were waiting in
22  the attic for those few hours?
23    A.  We didn't discuss a lot. We were
24  mostly quiet listening to the rain and the
25  wind.
                                    Page 83
```

```
 1    Q.  Did you have a portable radio or
 2  anything like that?
 3    A.  No, it had gotten wet.
 4    Q.  What was the plan as you waited
 5  out those few hours in the attic?
 6    A.  Well, when the rain eventually
 7  stopped and the water started to actually go
 8  down, my father owns a barber shop that was
 9  right next door to the house, which is a lot
10  higher than our house was. And so we
11  figured if the water would keep going down,
12  we would go over to the barber shop, since
13  it was higher.
14    Q.  You said the barber shop next
15  door, was it immediately next door to 4415?
16    A.  Yes, immediately.
17    Q.  If you're facing the house at 4415
18  Dale Street, is it to the right or left?
19    A.  It's on the right-hand side.
20    Q.  Is that house still there?
21    A.  Yes.
22    Q.  And that was used as a barber
23  shop?
24    A.  Yes.
25    Q.  And your father owned that as
                                    Page 84
```

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

well?
A. Yes.
Q. Where were your parents at this time?
A. Around the corner on Reynes Avenue.
Q. That's 4758 Reynes Street?
A. Right.
Q. Did you speak with them?
A. Not until the next day.
Q. You had a key to the barber shop?
A. My sister did.
Q. Debra?
A. Yes.
Q. So as the water went down, who went over to the barber shop to see how that was property doing?
A. Ronald.
Q. And he came back and told you it was better?
A. Yes.
Q. So on August 29, 2005, everyone moved from 4415 Dale Street over to the barber shop?
A. Yes.

Page 85

Q. How high did the water get at the barber shop?
A. I would say maybe a foot or two.
Q. Did the water recede to the point where it was dry in the house?
A. Yes.
Q. The barber shop?
A. Yes, it was just below the porch.
Q. Did you have to clean up before you could stay in the barber shop?
A. Yes.
Q. What did you do to clean up?
A. We took a broom and swept all the water out, we found some mops and wiped up as much of the water as we could. We had some sheets to soak up the water, and we just kept wringing them out until we got out the majority of the water and opened the doors on all sides so it would air.
Q. The 4415 Dale Street address is a single-story house?
A. Yes.
Q. The barber shop, is that one story or two stories?
A. One.

Page 86

Q. How long did you stay in the barber shop?
A. One day.
Q. Until August 30?
A. Yeah. You got to understand, we started losing track of days, so --
Q. So you stayed in the barber shop. Did all of the people that were at 4415 Dale Street stay at the barber shop as well?
A. Yes.
Q. How did you -- what sleeping arrangements were made in the barber shop?
A. There was a lot of chairs in there, so mostly everybody sat up in the chairs. I sat in one, my nephew sat in a barber chair. It was basically everybody on a chair. I was outside because there was like a chair, a bench on the porch, so I stayed outside.
    That's pretty much how it was.
Q. Was it hot outside?
A. Oh, yes. It was hot inside too.
(Off the record discussion.)
EXAMINATION BY MR. GLASS:
Q. Did Chris have his nebulizer at

Page 87

that time?
A. No, all of that got wet.
Q. Did he have his inhaler?
A. I managed to save his inhaler, yes.
Q. Did he need it?
A. No.
Q. So he didn't have to use his inhaler on the day after the hurricane?
A. No.
Q. The next morning, what did you guys do?
A. The next morning, the evening before, a friend of my brother's had a boat and he had gotten his family from in the back of the neighborhood, because we stayed up closer to the highway.
    So the guy gave my brother the boat. So we went to check on my grandmother and my aunt and my mom and my dad early that next morning.
Q. Those are all people who were in the neighborhood?
A. Yes.
Q. Who is your aunt?

Page 88

```
 1     A.  Melvina.
 2     Q.  Alexander?
 3     A.  No.  She's a Bowers, B-O-W-E-R-S.
 4     Q.  What is her address?
 5     A.  She lives in Texas now.  I don't
 6  know the --
 7     Q.  At the time of the hurricane?
 8     A.  44 -- excuse me.  4515 Dale.
 9     Q.  Okay.  And then you also went to
10  check on your parents at Reynes Street?
11     A.  My aunt and my grandmother lived
12  in the same house.
13     Q.  Who's your grandmother?
14     A.  Her name was Leona Scott.
15     Q.  Is she still alive?
16     A.  No, she died.
17     Q.  I'm sorry for your loss.
18     A.  She was 97.  She lived a full
19  life.
20     MR. HILLIARD:
21         When did she die?
22     THE WITNESS:
23         She died two years after the storm
24  in Texas.
25     EXAMINATION BY MR. GLASS:
                                    Page 89
```

```
 1     Q.  Other than your grandmother and
 2  your aunt and your parents, did you check on
 3  anyone else?
 4     A.  No.
 5     Q.  Who was the friend with the boat?
 6     A.  I have no idea.
 7     Q.  So you were using the boat to get
 8  around and check the neighborhood the next
 9  day?
10     A.  Yes.
11     Q.  I think it was August 30 or
12  maybe -- well, who went with you to check
13  these other people?
14     A.  Ronald.
15     Q.  Just Ronald?
16     A.  Yes.  My sister was scared of the
17  boat.
18     Q.  What about Chris and Erika, did
19  they want to come?
20     A.  No.  She wanted to, but I said,
21  no, you're not coming.
22     Q.  All right.  How long did it take
23  you to check around the neighborhood?
24     A.  I would say a few hours, because
25  we had to dodge fences and cars and trees.
                                    Page 90
```

```
 1  We weren't the best people to be in a canoe
 2  with a shovel and a paddle.  It's not like
 3  we go canoeing every weekend.  So it took us
 4  a while to maneuver it down the street and
 5  around the corner.
 6     Q.  Did you see other people in the
 7  neighborhood?
 8     A.  Yes, there were a few people
 9  calling out to us and everything, but Ronald
10  told them that we would check on them after
11  we checked on my mom and my grandmother and
12  them.
13     Q.  When you checked on the relatives,
14  what was the general condition?  Everyone
15  was okay?
16     A.  For the most part, yeah, everybody
17  was okay.
18         So that's why I said that the days
19  became fuzzy.  Because we went to check on
20  them, and I know the next morning, and I
21  don't know exactly what date that would have
22  been, but the next morning we actually got
23  them out of the houses that they were in.
24     Q.  And brought them over to the
25  barber shop?
                                    Page 91
```

```
 1     A.  Yeah, but they didn't stay.  We
 2  brought them to the highway, to the Chef
 3  Highway.  Because Chef Highway didn't have
 4  any water on it.
 5     Q.  And that's the part of the highway
 6  that runs along the eastern side of the
 7  house, your house?
 8     A.  Yes, it's about three blocks away
 9  from my house.
10     Q.  And the water didn't reach up to
11  the level of the Chef --
12     A.  It had already crossed over the
13  Chef Highway.  The way the neighborhood is
14  made, Chef is high and the neighborhood goes
15  like that.
16     Q.  Were other people gathering on the
17  highway?
18     A.  Oh, yeah, there was a lot of
19  people on the highway.
20     Q.  People that you knew?
21     A.  Yes.
22     Q.  Who else was on the highway that
23  you knew?
24     A.  We met some church members.  I
25  don't remember his name, but he's passed
                                    Page 92
```

23 (Pages 89 to 92)

**Page 93**

1 since.
2     A lot of people in the
3 neighborhood, I knew them, but not their
4 names. So we saw a lot of them up there by
5 the highway.
6     Q. Did everybody have food and water?
7     A. There was a grocery store right
8 there on the highway that a few people had
9 broken into and had gotten food and water
10 out of.
11     Q. So people were taking what they
12 needed at that time?
13     A. Yes.
14     Q. Was there any contact with
15 authorities in the city?
16     A. Not to my knowledge. Not at that
17 time.
18     Q. What was the plan while you were
19 on the highway? How were the arrangements
20 made as far as sleeping and things of that
21 nature?
22     A. Oh, we didn't sleep on the
23 highway. What we did was, there's a hotel
24 that was right there by the interstate and
25 they were willing to take in older people.

**Page 94**

1 So my mom and my aunt and my grandmother
2 went to that hotel. And we saw a friend of
3 my sister's that had a truck that brought us
4 over the Danziger Bridge. And by then, we
5 just had the stuff that we had carried out
6 of the house.
7     So we got a basket from
8 Winn-Dixie, two baskets, and put our stuff
9 in there. So then we were like, what are we
10 going to do now? So we decided to walk
11 because we had heard through the grapevine
12 that there was supposedly help at the
13 Superdome. So we decided to start walking
14 from New Orleans East to the Superdome. And
15 that's what we did.
16     Q. Let me back up a little bit. You
17 said you got to the interstate and you met
18 some people. At that point, the hotel took
19 in your grandmother --
20     A. My mom and my aunt.
21     Q. Okay. And then somebody had a
22 truck that took you to the Danziger Bridge?
23     A. Yes.
24     Q. Who had the truck?
25     A. I don't know his name.

**Page 95**

1     Q. Who went with you to the bridge?
2     A. Me and Erika, Christopher, Debra
3 and Matthew and Jared.
4     Q. So Debra and her kids and you and
5 your kids?
6     A. Right.
7     Q. At that point, you got dropped off
8 at the bridge?
9     A. Yes.
10     Q. And you never went back to the
11 Dale Street address until many years later?
12     A. When we came back.
13     Q. You brought with you in the truck
14 some food and then whatever you could
15 salvage?
16     A. Food, water and clothes that we
17 had.
18     Q. Was there any discussion with your
19 kids at that time about any concerns or
20 fears they may have had while they were on
21 bridge?
22     A. Not really, because you've got to
23 understand. I mean, I tried to make
24 everything more of an adventure, so I tried
25 to not make it -- as little stress as

**Page 96**

1 possible.
2     There were some people on that
3 bridge who had, I guess, went to some other
4 stores and had some clothing. And they were
5 talking, we were talking to them, and they
6 give Christopher like a jersey, stuff like
7 that.
8     So like I say, me and Debra
9 decided that we would just go ahead on and
10 start walking.
11     Q. Were there any authorities around
12 the bridge at that time?
13     A. No.
14     Q. No police, anything like that?
15     A. No, there was nobody around.
16     Q. So you started to walk toward
17 downtown New Orleans?
18     A. Yes.
19     Q. And your plan was to get to the
20 Superdome?
21     A. Yes.
22     Q. Along the way, did you run into
23 anyone?
24     A. Well, there were a few people
25 walking on the interstate because we

---

**Page 97**

1   actually got on I-10 and walked on I-10.
2       Q.  How long did it take you to get to
3   downtown New Orleans?
4       A.  I don't know.  We didn't really
5   have a watch.  I want to say maybe six
6   hours.
7       Q.  So you did it in one day?
8       A.  Yes, we did it in one day.  You
9   know, we wasn't in a rush, we took our time.
10      Q.  Was there any problem either on
11  your part or on Chris's part regarding the
12  walk?  Were you having any health problems?
13      A.  No.
14      Q.  It was hot outside still?
15      A.  Yes.
16      Q.  When you got to downtown New
17  Orleans, what's the next thing that
18  happened?
19      A.  Well, by the time we got there
20  late that evening, we slept on the bridge by
21  the Canal Street exit that night.
22      Q.  Were there other people on the
23  bridge?
24      A.  Oh, yeah.
25      Q.  Was there any concern for your

---

**Page 98**

1   safety at that point?
2       A.  Not really because there was so
3   many other people in the same predicament,
4   so, I mean --
5       Q.  So everyone was trying to kind of
6   help out everyone else?
7       A.  Yes, as much as you could.
8       Q.  You had water and food?
9       A.  Yes, we had water and food.
10      Q.  At that point, you were sleeping
11  on the bridge.  The next morning, what
12  happened?
13      A.  The next morning, we eventually
14  made our way to the Superdome.  But when we
15  saw all of the people there and how
16  unorganized it was, we were like, hmmm,
17  well, no, we really didn't want to go there.
18  So we decided then to start walking to the
19  Convention Center because we had heard they
20  were accepting people at the Convention
21  Center also.
22          So we started walking again, and
23  we eventually got to the Convention Center,
24  I would say, mid-afternoon, later on.
25          And we stayed in the Convention

---

**Page 99**

1   Center, I want to say, maybe three or four
2   days until the buses came.
3       Q.  Was there a concern about staying
4   in the Superdome because of potential safety
5   issues?
6       A.  Yeah, because, you know, we had
7   been hearing, you know, different things
8   that had been going on.  They had said
9   people had got killed, people were getting
10  raped, things like that.  So it was like,
11  no, we really didn't want to go there.
12      Q.  That's something that all of you
13  heard that were in your group?
14      A.  Yes.
15      Q.  You heard from other people that
16  were in the area?
17      A.  Yes.
18      Q.  Did you see any authorities?
19      A.  When we got up to Canal Street,
20  there was a police up there and the military
21  trucks we saw up there.  And while we were
22  on the bridge, we saw the military trucks
23  going back and forth.
24      Q.  Did you speak to any of the
25  authorities?

---

**Page 100**

1       A.  No, not really.
2       Q.  Were they offering any kind of
3   assistance at that time?
4       A.  No.
5       Q.  How was your food and water
6   holding out at that point?
7       A.  We was doing okay.  We were doing
8   okay.  Because Debra is -- she packed a lot.
9   Let me put it that way.
10      Q.  How were you moving all this
11  stuff?
12      A.  We had the baskets we had gotten
13  from the Winn-Dixie before we left the first
14  bridge.
15      Q.  So you had rolling shopping carts?
16      A.  Right.
17      Q.  So you made the decision to
18  continue on to the Convention Center.  And
19  when you got to the Convention Center, were
20  there any authorities there?
21      A.  No.
22      Q.  What was the situation at the
23  Convention Center?
24      A.  Lot of people.  So we decided to
25  stay on the outside of the Convention Center

---

because there was a lot of people inside. But we stayed on the outside part.
Q. Were you under the cover?
A. Yes, we were under the overhang, I guess you could say.
Q. Did you see any people who had passed?
A. We saw two.
Q. When you were walking over?
A. When we were walking, we saw none. We only saw those two bodies when we got to the Convention Center.
Q. They were at the Convention Center already?
A. Yes. One was on the neutral ground and one was in a wheelchair.
Q. Did your kids see them as well?
A. Yeah. They were covered, but, you know, they could see.
Q. Was there any discussion about that?
A. We tried not to have big discussions about stuff like that.
Q. Did anybody express any concern about their safety or their health?

Page 101

A. They were a little worried, but like I said, I tried not to harp on the bad that was happening. We tried to, you know, go as -- we tried to make it the best we could, I guess you could say with what we had, best situation with what we had.
Q. Did you see any problems with crime going on at the Convention Center?
A. No, not really.
Q. For the most part, people were still being helpful to each other?
A. Cordial, yes. I mean, we had people that were breaking into the stores. They would break into the stores and get food for everybody.
   And at one point, the hotels that still had people in them would cook food and then they would come to the Convention Center and give the food out. A few people stole, like, grills and got other food from other stores and they cooked the food and would pass it out to the old people and the children first, and whatever they had left, they would give it to everybody else.
   You know, somehow I guess the

Page 102

machines were still running on generators and they found the ice machine and they started passing out the ice to people, stuff like that.
Q. After a few days, you said that some buses came to take you someplace else?
A. Yes, they took us to Fort Chaffee.
Q. That's in Arkansas?
A. Yes.
Q. How were the arrangements made? Was there some kind of authoritative body that came in and said, "This is what we're going to do"?
A. Well, prior to the buses coming, military did show up. I would say the day before the buses came. They just, you know, had -- they had moved all -- the way the Convention Center was, they had sick people all over the place, you know, older people who were sick.
   So they had to move everybody who was older and sick up to front of the Convention Center. I think it was Julia Street. And we were actually right there. By the time we got into the Convention

Page 103

Center, we actually caught up with my mom and my grandmother and my aunt. And so we all kind of stayed together. We had heard that early that next morning that the buses were supposed to be coming.
Q. Was your father at the Convention Center as well?
A. No, my brother and my daddy decided they wanted to stay in the neighborhood.
Q. When you were sleeping at the Convention Center, were you outside on the ground?
A. Yes.
Q. Did you have any kind of bedding or anything?
A. Well, we had a -- like I said, Debra, she had packed sheets, when we were at the barber shop, we dried as much as we could and she had packed sheets and stuff like that, so we had some sheets to lay on.
Q. So you were told that you were going to be transported to Fort Chaffee and --
A. No, we weren't told anything.

Page 104

**Page 105**

They just told us to get on the bus. We got on the bus, and we wound up at Fort Chaffe, Arkansas.

Q. So the military just basically said, "Get on the bus, you can't stay here"?

A. Pretty much, yeah. Nobody wanted to stay after all of that. We were going to get on the bus no matter where it was going.

Q. Figured anyplace was better?

A. There you go.

Q. Okay. So how long did it take to get to Arkansas?

A. Felt like all day. We started out during the day, and we didn't get to Arkansas until the next morning. So I would say it took at least about 12 hours, I would say. At least.

Q. How were the kids holding up at that point?

A. At that point, it had gotten better because when we did get on the bus, the military gave us those MREs.

Q. Yes.

A. So they were making it an adventure, "Who's going to get the roast

**Page 106**

beef?"

They liked the roast beef over the meatloaf. And there was chicken and stuff like that and the desserts. And they found it interesting where you would add the water to the little packet and it would warm up the food.

So by then, I think it became a little more fun and less stressful. I won't say entirely fun, but, you know.

Q. Were there any issues with the stress between Erika and Chris for those few days there at the Convention Center?

A. No, not really.

Q. Did Chris have to use his inhaler at all?

A. No.

THE WITNESS:
    Can we take a break?
MR. HILLIARD:
    Certainly.
THE VIDEOGRAPHER:
    We're off the record; it's 9:58.
(Recess.)
(Recess.)

**Page 107**

THE VIDEOGRAPHER:
    Back on the record; it is 10:13.
EXAMINATION BY MR. GLASS:

Q. When we were off the record, ma'am, it's my understanding that you took time to review what has now been marked as A. Alexander 1 and A. Alexander 2.

A. Alexander 1 being a Plaintiff Fact Sheet relating to your yourself and A. Alexander 2 relating to Christopher J. Cooper; is that correct?

A. Correct.

Q. Okay. Let me ask you a few questions about that before we get back to Arkansas.

Looking at A. Alexander Exhibit 1, it's my understanding that there's some information that you do not believe is accurate?

A. Yes.

Q. Okay. Can you grab A. Alexander 1 and go to the information that you want to correct, the first thing.

A. On the first page No. 2, you have the wrong address for where am I staying,

**Page 108**

the current address. It should be 1619 Mirabeau.

Q. Okay. If you would, take a look at the last page of the fact sheet before we get to the --

A. What page number is that?

Q. That's what I'm trying to look for. Hold on a second. Look at page 17.

A. Okay.

Q. Do you have the signed authorization there?

A. Yes.

Q. The certification?

A. Yes.

Q. That's dated July 22, 2008, correct?

A. Uh-huh.

Q. That's a "yes"?

A. Yes.

Q. And is that your signature?

A. Yes, it is.

Q. Okay. Under the certification, you were declaring as of July 22, 2008, that the information on the sheet was, to the best of your knowledge, accurate?

1  initially filled out one for all three, so
2  they said they couldn't find the other one,
3  so I went and filled out another one.
4      Q.  Are you talking about for you and
5  Erika -- I'm sorry, for Chris and Erika?
6      A.  Yes.
7      Q.  So the original forms that you
8  filled out apparently had been lost?
9      A.  I don't know.
10     Q.  And I'm talking about for
11 Christopher and Erika?
12     A.  I don't know if they were lost or
13 what.  I was just asked to fill out papers.
14     Q.  All right.  When we last left off
15 on your trek after the storm, you were in
16 Arkansas, correct?
17     A.  Uh-huh.
18     Q.  How long were you in Arkansas?
19     A.  One day.
20     Q.  You stayed at the military base?
21     A.  Yes.
22     Q.  Did they provide you sleeping
23 quarters there?
24     A.  Yes.
25     Q.  Cots?

Page 133

1      A.  You know, those beds that they
2  have in the barracks, bunk beds, stuff like
3  that.
4      Q.  And you also received some
5  supplies like food and water.
6      A.  Food, clothing, water, you were
7  able to take a shower.
8      Q.  What happened next?
9      A.  We heard from the grapevine that
10 they was supposed to be moving us again
11 because it was only temporary.  So we had
12 gotten in contact with family members by
13 then.  My uncles, who lived in Texas, rented
14 a 16-passenger van, and came from Texas and
15 picked us up in Fort Chaffee, and we went to
16 Texas.
17     Q.  Is that Lauren Williams?
18     A.  Yes.
19     Q.  What is Lauren Williams's
20 relationship to you?
21     A.  My cousin.
22     Q.  And they lived at 3335
23 Breckenridge Drive in Houston, Texas?
24     A.  Yes, she does.
25     Q.  So sometime in September of 2005,

Page 134

1  you were now living at the Houston address
2  with your cousin?
3      A.  Yes.
4      Q.  How long did you stay there?
5      A.  Ten days.
6      Q.  Okay.  Who was in the house
7  besides yourself, Erika and Christopher?
8      A.  Matthew, Jared, Debra, my
9  grandmother, my momma -- no, I take that
10 back, my momma -- yeah, my momma, Lauren, my
11 aunt and my other aunt.
12     Q.  What's her name?
13     A.  Melvina, my Auntie Melvina, and
14 Leona.
15     Q.  Same name as your grandmother?
16     A.  Uh-huh.  Yes.
17     Q.  Did you apply for any assistance
18 while you were staying with Lauren Williams?
19     A.  I applied for the FEMA assistance
20 that they were giving.
21     Q.  What FEMA assistance are you
22 referring to?
23     A.  They would give you money
24 initially.
25     Q.  Any specific amount?

Page 135

1      A.  They said $2,000.  I never
2  received it.
3      Q.  Did you apply for anything else
4  besides the $2,000 while you were in
5  Houston?
6      A.  Yeah, food stamps.
7      Q.  Who did you apply with for food
8  stamps?
9      A.  For myself and Erika and
10 Christopher.
11     Q.  Was that with a Houston agency --
12 I mean, a Texas agency or a federal
13 government agency?
14     A.  I think it was with the federal
15 government agency.
16     Q.  Did you receive food stamps?
17     A.  I did get food stamps.
18     Q.  Where were those food stamps
19 mailed?
20     A.  It was on a card.
21     Q.  How did you get the card?
22     A.  I went to, think it was to the
23 Convention Center in Houston and they were
24 issuing the cards.
25     Q.  Did you have to fill out a form in

Page 136

34 (Pages 133 to 136)

**Page 137**

```
 1  the Convention Center?
 2      A.  Yes.
 3      Q.  Other than the food stamps and the
 4  application for $2,000 from FEMA, did you
 5  apply for anything else while living in the
 6  Williams's home?
 7      A.  I think we applied for Red Cross.
 8      Q.  What was Red Cross providing?
 9      A.  I think it was $1,500.
10      Q.  Did you receive that money?
11      A.  No.
12      Q.  Did anyone else in your family
13  receive $2,000 from FEMA?
14      A.  My sister, Debra.
15      Q.  Did anyone else in your family
16  receive food stamps?
17      A.  Debra, my mom.  But my mom never
18  did get the money from FEMA.
19      Q.  Did anybody in your family receive
20  Red Cross funds?
21      A.  My mom and Debra.
22      Q.  Any reason why you didn't receive
23  it, but everybody else did?
24      A.  Because FEMA stated that there was
25  too many people living in the same house.
```

**Page 138**

```
 1      Q.  Did you receive the benefit of any
 2  of the money that was provided to Debra?
 3      A.  No, she had her own two children
 4  to take care of.
 5      Q.  So she kept the $2,000 and the
 6  $1,500 from Red Cross?
 7      A.  Uh-huh.
 8      Q.  That's a "yes"?
 9      A.  Yes.
10      Q.  Were you receiving assistance or
11  funds while living in Houston from any other
12  source?
13      A.  Only the money I had in my account
14  and my sister, Maria, was still living in
15  New York at the time, and her church did a
16  collection, and we received -- I think it
17  was $2,000, I want to say, from her church.
18      Q.  You received that while you were
19  in Houston?
20      A.  Yeah, we got that just before we
21  left, yes.
22      Q.  Where did you maintain your
23  savings account?
24      A.  It was at AmSouth before; it's
25  Regions now.
```

**Page 139**

```
 1      Q.  Did you have a credit card with
 2  them?
 3      A.  No.
 4      Q.  Do you have any credit cards?
 5      A.  Uh-huh.  Yes.
 6      Q.  At the time that you were living
 7  in Houston, did you have credit cards?
 8      A.  Yes.
 9      Q.  Which credit cards did you have?
10      A.  I had a Sears.
11      Q.  Any others?
12      A.  No, that was it at the time.  That
13  was it.
14      Q.  What was your reason for leaving
15  Ms. Williams's house after ten days?
16      A.  Because my momma wanted to go
17  where my daddy was and my daddy had
18  eventually made it to Jacksonville, by my
19  brother's.
20      Q.  You mentioned the people who moved
21  into the Williams's household in Houston,
22  how many people lived there full time
23  besides Ms. Williams?
24      A.  Before the storm?
25      Q.  Yes.
```

**Page 140**

```
 1      A.  Only Lauren.
 2      Q.  So she had the house to herself?
 3      A.  Yes.
 4      Q.  How big was the house?
 5      A.  It's four bedrooms, living
 6  room/kitchen combo and dining room.
 7      Q.  It was not an apartment, it's a
 8  house.
 9      A.  No, it's a house.
10      Q.  What types of floors did she have
11  in that house?
12      A.  She had carpet.
13      Q.  Was it a new house?
14      A.  Yes.  No, no, it wasn't.  No.
15      Q.  Did Christopher have any problems
16  while he was in that house?
17      A.  No.
18      Q.  Did he have to use his inhaler at
19  all?
20      A.  No.
21      Q.  Did you have any health problems
22  while you were in the house?
23      A.  No.
24      Q.  How did you get from Houston to
25  Jacksonville?
```

35 (Pages 137 to 140)