# Exhibit 2

(to FEI's Memorandum in Support of a Motion *in Limine* to Exclude Certain Testimony of Plaintiffs and Fact Witnesses*)*

# Transcript of the Testimony of
# Videotaped Deposition of Christopher Cooper

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 65

```
 1      Q.   Do you feed Miss Meow?
 2      A.   Yes.
 3      Q.   Does Miss Meow come into the
 4   house?
 5      A.   She tries to, but she doesn't.
 6      Q.   It's mostly an outside cat?
 7      A.   Yes.
 8      Q.   Do you see Miss Meow every day?
 9      A.   Yes.
10      Q.   Do you play with Miss Meow?
11      A.   I don't play with her.
12      Q.   I'm sorry?
13      A.   I don't play with her, I kind of
14   pet her.
15      Q.   You pet her.
16           When you had Max, did you play
17   with him every day?
18      A.   Well, I didn't play with him every
19   day because I was kind of scared of him.
20      Q.   Because he was bigger than you?
21      A.   Yes.
22      Q.   Did you ever walk Max?
23      A.   Yes.
24      Q.   What kind of dogs do you think
25   you're going to get when you move into your
```

1   new house?
2       A.   German shepherds.
3       Q.   And it's going to be either one or
4   two?
5       A.   Yes.
6       Q.   Does your mom still cook over at
7   your aunt's house?
8       A.   Yes.
9       Q.   Do you help out with the cooking?
10      A.   Sometimes.
11      Q.   I want to ask you about the
12  hurricane itself.  I don't want to upset
13  you, so if it starts causing problems, just
14  let us know.  Your mom kind of took us
15  through what was happening on the day of the
16  hurricane.
17           Do you remember the hurricane?
18      A.   Yes.
19      Q.   Do you remember when the water
20  started coming into your house?
21      A.   Yes.
22      Q.   Can you tell me what you were
23  doing on that day or at that time?
24      A.   Well, it happened in the morning
25  and me and my sister was in my mother's room

Page 67

1    asleep. When we woke up, it was kind of,
2    like, dark in the house because it was
3    raining and the clouds and the power was
4    out.
5           When we got up, my mother was
6    cooking breakfast and everybody -- we were
7    saying, where was everybody else? Everybody
8    had a chair and was sitting in the front
9    door just watching the storm go by. And
10   they were just having a conversation about
11   the storm.
12         Q.   And the water started coming up at
13   that point?
14         A.   Yes.
15         Q.   Do you remember trying to get away
16   from the water?
17         A.   Yes.
18         Q.   What did you do to get away from
19   the water?
20         A.   Well, we kind of ran to the back
21   where the attic was and we got all the
22   things that we -- our prized possessions,
23   and went to the attic.
24         Q.   Did you ever have to get on a
25   table or a counter to get away from the

1  water?
2      A.  Well, we went on a shelf.
3      Q.  And then you went from the shelf
4  to the attic?
5      A.  Yes.
6      Q.  How long were you in the attic?
7      A.  Maybe about maybe 30 minutes.
8      Q.  Were you scared up in the attic?
9      A.  Not really.
10     Q.  Were you interested in what was
11 happening around you?
12     A.  Yes.
13     Q.  And after you left the attic,
14 where did you go?
15     A.  We went next door to the barber
16 shop and we kind of just stayed there for
17 the night.
18     Q.  After you left the barber shop,
19 where did you go?
20     A.  After that, we went to the highway
21 and then we started walking to the bridge.
22     Q.  After you got to the bridge, what
23 happened?
24     A.  There were some people who had
25 some clothes and they were giving out some

Page 69

1   clothes. So we went by them and got some
2   clothes.
3           Then after that, we went down the
4   bridge and then we had a Winn-Dixie basket.
5       Q.   Did you walk with the Winn-Dixie
6   basket someplace else?
7       A.   Yes. We went to the -- I don't
8   know the street name, but we started walking
9   to it, and it was kind of flooded. But
10  there was this person with a truck, and he
11  kind of rode us through the water a little
12  bit. And then he told us he can't go that
13  far because he doesn't know how far it goes
14  down. So we started walking there and since
15  I wasn't tall, I had to ride on my cousin's
16  back.
17      Q.   The water was deep and you had to
18  ride on your cousin's back?
19      A.   Yes.
20      Q.   So you walked through the water?
21  And where did you go when you were walking
22  through the water?
23      A.   We went to another bridge that was
24  near the highway and just started walking to
25  the Superdome.

Page 70

1    Q.   When you got to the Superdome,
2    what did you find?
3    A.   Well, we heard some people saying
4    that some stuff was going on at the
5    Superdome.  Then we was close to the
6    Superdome, and so we decided to turn back.
7         And while we was walking, they had
8    water everywhere and then when we were
9    walking through the water, they had dead
10   rats floating about and maybe some dead
11   fish.  And then after that, that was it.
12   Q.   The dead rats and the dead fish,
13   did it smell like what you smelled at the
14   trailer?
15   A.   No.
16   Q.   Did you smell anything around the
17   Superdome that smelled like you said you
18   smelled in the trailer?
19   A.   No, it just smelled like dirty
20   water.
21   Q.   Do you remember where you went
22   instead of going to the Superdome?
23   A.   Well, we started to walk to the
24   Convention Center.
25   Q.   Were you concerned about what

Page 71

1   people were telling you was happening at the
2   Superdome?
3       A.   Yes.
4       Q.   They said bad things were
5   happening at the Superdome?
6       A.   Yes.
7       Q.   So the decision was that you
8   weren't going to go near that place?
9       A.   Yes.
10      Q.   When you got to the Convention
11  Center, what happened there?
12      A.   When we got to the Convention
13  Center, we stayed there -- it felt like a
14  week, but it was only, like, four days.
15           And we just waited and then we
16  found my grandma and my great, great
17  grandma, and then we got on the bus.
18      Q.   While you were at the Convention
19  Center, did you have enough food and water?
20      A.   Yes.
21      Q.   Did you see any things that
22  bothered you at the Convention Center?
23      A.   No.
24      Q.   Did you see any people that had
25  passed?

1     A.    No.
2     Q.    Were there any concerns about bad
3  things happening while you were at the
4  Convention Center?
5     A.    No. Except for the inside.
6     Q.    What was going on on the inside?
7     A.    Well, the inside, it was just
8  smelling bad and the air would kind of get
9  in people's heads and kind of make them
10 dizzy.
11    Q.    Did you smell the inside?
12    A.    Yes.
13    Q.    What did it smell like?
14    A.    Pee.
15    Q.    All of the stuff that you went
16 through in the hurricane, did that cause you
17 any kind of problems emotionally, did it
18 make you feel bad?
19    A.    No.
20    Q.    You were just happy to get out of
21 New Orleans at that time?
22    A.    Yes.
23    Q.    And then, ultimately, you were
24 happy to find a place to stay when you got
25 to Florida?

1   A.  Yes.
2   Q.  And you were happy when you got
3   back to New Orleans?
4   A.  Yes.
5   Q.  When you went into the trailer for
6   the first time, did you see any damage to
7   the trailer?
8   A.  No.  Until my mom went into her
9   room.
10  Q.  What was damaged in your mom's
11  roof?
12  A.  The little wooden part inside it,
13  it was kind of falling off.
14  Q.  You're talking about on the wall?
15  A.  Yes.
16  Q.  What did your mom use to fix that?
17  A.  Duct tape.
18  Q.  Does duct tape fix about
19  everything?
20  A.  Yes.
21  Q.  When you were in the trailer, did
22  you have any pets?
23  A.  No.
24  Q.  I think your mom told us at some
25  point that there were some mice running