# Exhibit 3
(to FEI's Memorandum in Support of a Motion *in Limine* to Exclude Certain Testimony of Plaintiffs and Fact Witnesses*)*

# Transcript of the Testimony of
# Videotaped Deposition of Shirley J. Alexander

**Date taken: July 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1   that wasn't much.
2          Like I said, the water from the
3   highway passed through those houses and just
4   went straight to the back where our Ray
5   Avenue house is, and that's where all the
6   water stayed, to the back.  The first three
7   blocks in from the highway, the water was
8   there, but it wasn't as high, so the houses
9   wasn't as damaged.  The first block from the
10  highway, they didn't get water at all.
11  Those people's houses wasn't damaged at all.
12  Some people was lucky and some of them
13  wasn't.
14       Q   All right.  Did you ever receive
15  any money from FEMA to help repair your
16  houses?
17       A   Yes, we did.
18       Q   Do you have any idea about how
19  much you received?
20       A   Well, for our house on Ray -- The
21  only house we got it, on Ray, we got
22  $159,000.
23       Q   $159,000?
24       A   Uh-huh (affirmative response).
25       Q   And was that a loan or was that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Shirley J. Alexander

Page 175

1   and they all just got together and built the
2   house. We never had a mortgage and all the
3   stuff like people have now. We never had
4   all that.
5       Q    Okay. Now, let's talk a little
6   bit about what happened when Hurricane
7   Katrina hit. Where were you when the
8   hurricane came through New Orleans?
9       A    Well, I was at my house on Ray
10  Avenue. We didn't leave. My husband said
11  he wasn't leaving. And we had never had a
12  flood before. We went through all those
13  others, everything else, all those other
14  storms and all of that, Betsy.
15           We never had -- In our area, we
16  never had any water, so you just assumed
17  that -- we just assumed it was going to be
18  the same way, and it was really with the
19  storm, but when the levee broke, that's when
20  the water came. Because it was not raining
21  the day that we had that flood. There was
22  no rain, no water on the street or anything.
23  All of a sudden here comes the water.
24      Q    When did you first notice the
25  water coming?

1    A    My clock stopped at 9:00, when it
2    got all the way up to my clock on the wall.
3    When we went back, the clock had stopped at
4    9:00.
5              But I was just looking at the
6    television, and Louis, he went in the
7    kitchen and made some coffee, and then he
8    said, "Shirley, put your shoes on." Because
9    I was completely dressed anyway. Whenever
10   they had hard rain or anything, I never put
11   pajamas on. I just keep my clothes on.
12             So I just had to put my shoes on.
13   He said, "Come. Get up. Put your shoes on,
14   because water is coming in the house." I
15   said, "How could water be coming in the
16   house? It's not even raining." And that's
17   when the levees had broken. And that water
18   came up so fast.
19   Q    So how high did that water get in
20   the house where you were at?
21   A    In our house, it was 10 feet. You
22   could see it went all the way up. You know,
23   it went all the way up to the ceiling. But
24   we had -- My husband had built -- He had a
25   boat, and so he had built another room and

Page 177

1  he built it high, so we could put the boat
2  under that room, and we had stairs in the
3  garage where we would go up to that other
4  room.
5           Because his vision for that room
6  was to put a pool table and all that up
7  there, make a "rec" room out of it, and that
8  never happened, but that's what that room
9  was for.
10          And when we were able to get out
11 of our house and get up those steps, that's
12 where we stayed until Alana -- We got in our
13 boat, because we got the boat -- Well, we
14 assumed that the water was as high
15 everywhere as it was where we were.  We got
16 in the boat.
17    Q     You got in your own boat?
18    A     We got in our own boat, and the
19 boat stalled.  We got to the corner and the
20 boat stalled.  For some reason, it just
21 stopped.  And we were just going around in
22 circles and circles and circles.
23          Well, they had another neighbor of
24 ours, he was at his house, too.  And then I
25 didn't know how to swim, neither did my

Page 178

1  husband, but my neighbor and his son knew
2  how to swim, so they got in the water to see
3  what was causing the boat to stop. Because
4  my husband had put the -- What you call it?
5  When you put it down, it will stop the --
6  Oh, this long thing made like that
7  (indicating). Anchor.
8           When he put that down, they went
9  down there and they said the anchor was
10 caught on something. So they got the anchor
11 together, but then the boat still wouldn't
12 start.
13          So what they did, they just pulled
14 the boat back to our house. You know, they
15 just pulled the boat, pushed the boat back
16 to our house and hooked it up to the house.
17     Q    Did you eventually leave your
18 house?
19     A    Yeah, when Alana and Ronald came
20 in a boat. We was out there, and it had
21 started raining, and we was in the boat
22 trying to get back in that window we had
23 gotten out of, and we heard somebody
24 hollering, "Momma, come," and it was Ronald
25 and Alana, and they got us out.

Page 179

1           And then we went up -- And then I
2    went up to the barber shop, you see, because
3    that's where Alana and all of them was up
4    there, and they was able to get in the house
5    on Dale Street, and so all of us was in the
6    water.  So we all was up there together.
7    They wouldn't have been there, but my momma
8    wouldn't leave.  My momma was 97 years old
9    at that time.
10        Q    Where was she living?
11        A    She was living in the next block
12   from me on Dale Street.  She was in the 4500
13   block of Dale Street.  Well, in fact, she
14   was 4515 Dale Street.  I don't know.  15
15   just stuck with us.  And she was 4515 Dale
16   Street, and she said she wasn't leaving, she
17   was 97 years old, she was just going to
18   stay, for us to go.
19             We said, "Well, momma, you know
20   we're not going to leave you here."  So
21   everybody said they wasn't staying.  Because
22   my sister said she wasn't staying, but my
23   husband wasn't -- I mean, wasn't leaving,
24   and she wasn't leaving and I wasn't leaving.
25   And so Alana and them said, "Well, mom,

1  we're not going to leave you either.  We're
2  not going to leave you all here."
3      Q    So did you eventually have to
4  leave Dale Street?
5      A    Eventually, we did leave, because
6  when Alana and them came the next morning --
7  Because we spent the night up there in that
8  room that we had up there, and the next
9  morning Alana and them came and got us and
10 brought us.  So we finally were able to
11 convince my momma to leave, and that's when
12 we left.
13     Q    Where did you go?
14     A    Right on the highway by -- We
15 went -- They got a thing they call the
16 highrise.  Right there on Chef Menteur
17 Highway, you know, right there on Chef
18 Menteur Highway.  So they were taking the
19 elderly people there, so momma and -- me and
20 my momma and my sister, we went there.
21 That's how we got separated from Alana,
22 because when we went there, they were only
23 accepting senior citizens, and my momma was
24 blind, so my sister and I was able to go
25 with her, and they couldn't, you know.

Page 181

1        So we stayed there a day and a
2   night, and then we came and got in one of
3   the big trucks, and they brought us up to
4   the Convention Center.
5        Well, by that time, I didn't know
6   where Alana and them were. I knew I had
7   left my husband in the house, and he said he
8   stayed there until the helicopters came and
9   told him, you know, that they had to leave.
10       By that time, he and my son, they
11  got in the boat and they had gone up to the
12  Dale Street house and they was up there, up
13  there by the barber shop.
14   Q    So when was the next time you saw
15  Alana?
16   A    We saw Alana a couple of days
17  after that. We was sitting -- I was sitting
18  in front, by the -- up there by the
19  Convention Center, Gate 11. I will never
20  forget that gate as long as I live, because
21  that's where we were. And we were sitting
22  there, and one of our church members
23  happened to pass and we were talking to him.
24       And he said, well, he was further
25  down. He was up there by the Convention

Page 182

1   Center, but he was a little further down.
2           So he passed and saw us, and he
3   talked to momma for awhile, and then he
4   left. He said he was going to walk up to
5   the front. So when he got up to the front,
6   he was talking -- that's when he saw Alana
7   and Debra and all them, and they were saying
8   that they didn't know where we were,
9   and naturally -- And I get emotional every
10  time I talk about it. I'm sorry.
11       Q   That's okay. Just take your time.
12       A   They said, "I just saw your momma
13  and your sister down the street," and Alana
14  and them came and I was so happy.
15       Q   That's all right. Just take your
16  time. We will move on to something else.
17       A   But anyway, they came down there
18  where we were, and then we decided, we was
19  going to go -- Because they was up there by
20  the Riverwalk, and so we went up there by
21  them. And then we all said we was never
22  going to be separated again, and we wasn't.
23       Q   So where did you all go from New
24  Orleans when you all finally got reunited
25  with the whole family there?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Shirley J. Alexander

Page 183

 1      A     We went to Arkansas.  When we got
 2   on the bus, they said we was going to Texas,
 3   but then the bus driver got a call that the
 4   bus wasn't -- we wasn't going to Texas, we
 5   were going to Arkansas.  So we went through
 6   this Army camp.  I think it's called Fort
 7   Chaffee in Arkansas.  And that's where we
 8   was.
 9           It was a real nice place.
10   Everything was nice and clean and we were
11   able to take showers and we had food.  There
12   were doctors you could go and see.  So it
13   was very, very nice.
14           And then we stayed there like, I
15   think, maybe two days or a day and a half or
16   something.  Things were so hectic, you just
17   lost track of time.  You just didn't know
18   what, you know, what day it was.  You just
19   know days was coming and days was going.
20      Q     So where did you go after
21   Arkansas, after that day or two?
22      A     After Arkansas, my brother came
23   and got us from Arkansas and we went to
24   Texas.
25           Then from Texas, the people who

Page 184

1    Maria was working for up there in New York,
2    they all got together and they sent us some
3    money to get a van, and that's how we all
4    went to Florida.  Because, see, I had three
5    sons in Florida, so, you know, we stayed in
6    Florida until it was time.
7              And then my husband, they had
8    gotten -- They got to Florida before us,
9    because for a few days there, I didn't know
10   where my husband was.  I didn't know if he
11   was even okay.  But they was all the way up
12   there in West Virginia.  That's where they
13   took them when they left.  They took him to
14   West Virginia, so I didn't know where he
15   was.
16             But eventually my daughter met me
17   in New York.  She came and she had a car,
18   and so she gave them the car, and so he and
19   my son Ronald -- Because Ronald was with
20   him.  When Ronald's daddy said he wasn't
21   leaving, Ronald said he wasn't going to
22   leave his daddy there by himself.  So they
23   were together.  And she gave him the car and
24   they went on to Florida.
25             So by the time I got to Florida,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Shirley J. Alexander

Page 185

1   my husband was in Florida and my son. Then
2   we stayed there. That's when I stayed in
3   Florida, until January, '06, and then I came
4   on back in January of '06.
5        Q    So you came back to New Orleans in
6   January of '06?
7        A    Uh-huh (affirmative response).
8        Q    So you came back before --
9        A    I came back before Alana came
10  back.
11       Q    Okay. And she came back that same
12  year at some point?
13       A    Yeah, I think it was the same
14  year, but later in the year.
15       Q    Okay. Let me switch gears a
16  little bit. You were shown some pictures
17  earlier depicting your lot over there on
18  Dale Street where the house that Alana was
19  living in used to be, you and your husband's
20  house, and there's a large tree in the back.
21  I believe that's a pecan tree, you
22  testified?
23       A    Uh-huh (affirmative response).
24       Q    Okay. Did you ever while you
25  were -- While Chris was living in the