# Exhibit 4

(to FEI's Memorandum in Support of a Motion *in Limine* to Exclude Certain Testimony of Plaintiffs and Fact Witnesses)

# Transcript of the Testimony of
# Videotaped Deposition of Erika Alexander

## Date taken: June 30, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 21

1   that are your favorites?
2       A.   Does pecan candy count?
3       Q.   Everything counts.
4   MR. HILLIARD:
5            We've talked about that already.
6   EXAMINATION BY MR. GLASS:
7       Q.   Did she also fry fish?
8       A.   Yeah, she fried fish, but mostly
9   during Lent, though.
10      Q.   Did she bake different types of
11  meats or grill different types of meats?
12      A.   Yes.  We grilled chicken,
13  sometimes we had paneed pork chops.
14      Q.   What types of chores would you
15  typically do when you had to clean the
16  house?
17      A.   I would wash the dishes, I'd dust,
18  sweep, stuff like that.  Mop.
19      Q.   Did Chris help out?
20      A.   He would complain about it.
21      Q.   He would complain and pretend like
22  he was doing stuff?
23      A.   Yes.  Most of the time we had to
24  go behind him and clean up.
25      Q.   What would he complain about doing

1    when he -- what were his chores?
2         A.   Before or right now?
3         Q.   Before the hurricane.
4         A.   He would mostly have to clean up
5    his toys and stuff and keep his stuff out of
6    the living room so we wouldn't step on them.
7         Q.   Regarding the hurricane itself, do
8    you remember what happened on the day of the
9    hurricane?
10        A.   Yes.
11        Q.   Can you just give me a kind of
12   overview of what happened at the time of the
13   hurricane?
14        A.   You want the day or during the
15   whole time we were here?
16        Q.   On August 29, 2005.
17        A.   Well, I had just woken up because
18   it was hot, because the power had went out.
19   So I was hot because my air conditioner went
20   off.
21             So I put some shoes on and some
22   stuff like my momma told me to.
23             And then she had made us some
24   eggs. We ate the eggs, and then when she
25   was cooking her own, I was looking out the

Page 23

1  door. My cousin had just come back from
2  playing outside in the rain, and I saw the
3  water coming down the street. I said,
4  "Momma, there's water coming down the
5  street."
6         At first she didn't believe me and
7  I was like, Momma, no, there is really water
8  coming down the street."
9         So she came in and looked, and
10 there was water coming down the street. My
11 aunt, I don't know why she tried to put a
12 towel by the door to stop the water, I
13 didn't know what that was going to do, but
14 basically, we did that and we stayed in the
15 attic a while. Then we went to the barber
16 shop. Then we left and walked around trying
17 to find somewhere to go.
18        We slept on the bridge one night,
19 and then after that, we walked to the
20 Convention Center and we stayed there until
21 the bus came and got us.
22   Q.   Before the hurricane, did Chris
23 ever talk to you about any anxieties or
24 concerns he had about asthma?
25   A.   Not really. Before the hurricane,

1    we really weren't that close, but the
2    hurricane brought us closer.
3         Q.   So you don't remember before the
4    hurricane talking about any fears or
5    concerns he had about asthma?
6         A.   No.
7         Q.   Or anything else?
8         A.   No.
9         Q.   Did Chris play sports before the
10   hurricane?
11        A.   No.  He just played the usual
12   outside tag and ball and stuff like that.
13        Q.   I appreciate the clarification, I
14   was talking about organized sports in
15   school.
16        A.   No, he didn't play sports in
17   school.
18        Q.   Did he play any kind of wind
19   instrument or anything like that before the
20   hurricane?
21        A.   No, he didn't play anything.  He
22   didn't really do anything before the
23   hurricane.  He was like in third grade
24   before the hurricane.
25        Q.   Before the hurricane, did your mom

Page 25

1  ever talk to you about any anxieties or
2  concerns she had?
3       A.   No.
4       Q.   During the entire evacuation
5  process of the hurricane, from the time you
6  saw the water coming to when you got to
7  Arkansas -- that's where you went when you
8  left the Convention Center, correct?
9       A.   Yes.
10      Q.   Okay.  From the time you left your
11 house -- excuse me -- from the time you saw
12 the water coming until you got to Arkansas,
13 did you have any discussions with Chris
14 regarding how he was feeling?
15      A.   Yes.  Because I tried to stay
16 strong for Christopher because he was young
17 during that time.  So I had to try to keep
18 myself together because he was my little
19 brother and I'm supposed to protect him.
20      Q.   You were looking out for him?
21      A.   Uh-huh.
22      Q.   What about your mom, how was she
23 holding up during that whole trip?
24      A.   She was -- she was being the
25 momma, but since it wasn't just us and we

1  were okay, because it was me, my momma, my
2  aunt, my two cousins and my brother, so it
3  wasn't just us three, because if it was just
4  us three, we probably wouldn't have been as
5  strong as we were.
6      Q.   So everybody was kind of looking
7  out for each other?
8      A.   Uh-huh.  Yes.
9      Q.   Great.  After you got to Arkansas,
10 then you went to Houston; is that correct?
11     A.   Yes.  Two of our uncles who lived
12 in Houston -- who were in Houston at the
13 time, came and got us and took us to
14 Houston.
15     Q.   And after a short period of time,
16 you went to Jacksonville, Florida?
17     A.   Yes, because I have three uncles
18 who live in Florida.
19     Q.   You moved a couple of times while
20 you were in Florida?
21     A.   Yes.  At first, we were staying in
22 an apartment, but then the, like, grant
23 money, whatever, run out, and then we went
24 and stayed back with the uncle who we stayed
25 with at first.