UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
    *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

*************************************************************************

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the Motion *in Limine* to Exclude the Certain Testimony of Plaintiffs, Alana Alexander, Christopher Cooper, and fact witnesses filed by Fluor Enterprises, Inc. is hereby set for hearing on the 28th day of August, 2009 at 9:30 a.m.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:   *s/Sarah A. Lowman*
       Dominic J. Gianna, La. Bar No. 6063
       Sarah A. Lowman, La. Bar No. 18311
       201 St. Charles Avenue, Suite 3100
       New Orleans, Louisiana 70170
       Telephone: (504) 525-7200
       Facsimile: (504) 581-5983
       dgianna@midrid.com
       slowman@midrid.com

>
> Charles R. Penot, Jr. (La. Bar No. 1530 &
> Tx. Bar No. 24062455)
> 717 North Harwood, Suite 2400
> Dallas, Texas 75201
> Tel: (214) 220-6334; Fax: (214) 220-6807
> cpenot@midrid.com
>
> *-and-*
>
> Richard A. Sherburne, Jr., La. Bar No. 2106
> 450 Laurel Street, Suite 1101
> Baton Rouge, Louisiana 70801
> Telephone: (225) 381-7700
> Facsimile: (225) 381-7730
> rsherburne@midrid.com
>
> **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

 *s/Sarah A. Lowman*

ND: 4852-9627-1876, v. 1