UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION *IN LIMINE* TO PROHIBIT PLAINTIFFS' RFERENCE TO OR INTRODUCTION OF EVIDENCE REGARDING UNREASONABLE AND SUBSEQUENTLY PASSED AMBIENT AIR STANDARDS**

Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), respectfully moves this Honorable Court to issue an Order prohibiting plaintiffs from offering any testimony, reference to or evidence of any standards, levels or guidelines promulgated, adopted or set in place after December 2004 and/or after the alleged exposures in this case could have occurred (i.e. May 2006) as set forth in Section III (B).

                              Respectfully Submitted:

                              **DUPLASS, ZWAIN, BOURGEOIS,
                              PFISTER & WEINSTOCK**

                              s/Andrew D. Weinstock
                              _____
                              **ANDREW D. WEINSTOCK #18495
                              JOSEPH G. GLASS #25397**
                              3838 N. Causeway Boulevard, Suite 2900
                              Metairie, Louisiana 70002
                              (504) 832-3700
                              (504) 837-3119 (FAX)
                              andreww@duplass.com
                              jglass@duplass.com

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
**Dewey M. Scandurro #23291**
**607 St. Charles Avenue**
**New Orleans, LA 70130**
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 26th day of August, 2009, a copy of the foregoing Motion *in Limine* to Prohibit Plaintiffs' Reference to or Introduction of Evidence Regarding Unreasonable and Subsequently Passed Ambient Air Standards or was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com