# APPENDIX A

## ATSDR MINIMAL RISK LEVELS AND WORKSHEETS

The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) [42 U.S.C. 9601 et seq.], as amended by the Superfund Amendments and Reauthorization Act (SARA) [Pub. L. 99–499], requires that the Agency for Toxic Substances and Disease Registry (ATSDR) develop jointly with the U.S. Environmental Protection Agency (EPA), in order of priority, a list of hazardous substances most commonly found at facilities on the CERCLA National Priorities List (NPL); prepare toxicological profiles for each substance included on the priority list of hazardous substances; and assure the initiation of a research program to fill identified data needs associated with the substances.

The toxicological profiles include an examination, summary, and interpretation of available toxicological information and epidemiologic evaluations of a hazardous substance. During the development of toxicological profiles, Minimal Risk Levels (MRLs) are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration for a given route of exposure. An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse noncancer health effects over a specified duration of exposure. MRLs are based on noncancer health effects only and are not based on a consideration of cancer effects. These substance-specific estimates, which are intended to serve as screening levels, are used by ATSDR health assessors to identify contaminants and potential health effects that may be of concern at hazardous waste sites. It is important to note that MRLs are not intended to define clean-up or action levels.

MRLs are derived for hazardous substances using the no-observed-adverse-effect level/uncertainty factor approach. They are below levels that might cause adverse health effects in the people most sensitive to such chemical-induced effects. MRLs are derived for acute (1–14 days), intermediate (15–364 days), and chronic (365 days and longer) durations and for the oral and inhalation routes of exposure. Currently, MRLs for the dermal route of exposure are not derived because ATSDR has not yet identified a method suitable for this route of exposure. MRLs are generally based on the most sensitive chemical-induced end point considered to be of relevance to humans. Serious health effects (such as irreparable damage to the liver or kidneys, or birth defects) are not used as a basis for establishing MRLs. Exposure to a level above the MRL does not mean that adverse health effects will occur.

APPENDIX A

# MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical name:      Formaldehyde
CAS number:         50-00-0
Date:               April 20, 1999
Profile status:     Final
Route:              [X] Inhalation [ ] Oral
Duration:           [] Acute [ ] Intermediate [X] Chronic
Key to figure:      86
Species:            Human

MRL: 0.008          [ ] mg/kg/day [X] ppm [ ] mg/m³

Reference: Holmstrom M, Wilhelmsson B, Hellquist H, et al. 1989c.  Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and in combination with wood dust. Acta Otolaryngol (Stockh) 107:120-129.

Experimental design: Holmstrom et al. (1989c) examined histological changes in nasal tissue specimens from a group of 70 workers in a chemical plant that produced formaldehyde and formaldehyde resins for impregnation of paper, a group of 100 furniture factory workers working with particle board and glue components, and a nonexposed, control group of 36 office workers in the same village as the furniture factories.  Mean durations of employment in the groups were 10.4 years (SD 7.3, range 1–36 years) for the chemical workers and  9.0 years (SD 6.3, range 1–30 years) for the furniture workers.  Estimates of personal breathing zone air concentrations ranged from 0.04 to 0.4 ppm (median 0.24±0.13 ppm) for the chemical workers, from 0.16 to 0.4 ppm (median  0.20±0.04 ppm) for the furniture workers, and from 0.07 to 0.13 ppm in the late summer for the office workers with a year-round office worker median reported as 0.07 ppm with no standard deviation.  The mean wood dust concentration in the furniture factory was reported to have been between 1 and 2 mg/m³.  Nasal mucosa specimens were taken from the medial or inferior aspect of the middle turbinate.  Histology scores were assigned to each specimen based on a  0–8 scale, identical to the scale used by Edling et al. (1988; described previously).  Nasal mucosal biopsy sections for each subject were examined and assigned scores as follows: 0 - normal respiratory epithelium; 1- loss of ciliated epithelium cells; 2 - mixed cuboid/squamous epithelium, metaplasia; 3 - stratified squamous epithelium; 4 - keratosis; 5 - budding of epithelium; 6 - mild or moderate dysplasia; 7 - severe dysplasia; and  8 - carcinoma.

Effects noted in study and corresponding doses:   Nasal histology scores ranged from 0 to 4 (mean 2.16; n=62) for the chemical workers, from 0 to 6 (mean 2.07; n=89) for the furniture workers, and from 0 to 4 (mean 1.46; n=32) for the office workers.  The mean histological score for the chemical workers, but not the furniture workers, was significantly different from the control score, thus supporting the hypothesis that the development of the nasal lesions is formaldehyde-related and not obligatorily related to possible interaction between formaldehyde and wood dust.  The most severe epithelial change found (light or moderate epithelial dysplasia) was found in two furniture workers.  Among the chemical workers (not exposed to wood dust), loss of cilia, goblet cell hyperplasia and cuboidal and squamous cell metaplasia replacing the columnar epithelium occurred more frequently than in the control group of office workers.  Within both groups of formaldehyde-exposed workers, no evidence was found for associations between histological score and duration of exposure, index of accumulated dose, or smoking habit.