**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                      SECTION N-5
                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE CHASEZ

**This Document Relates to:**

*Charlie Age, at al. v. Gulf Stream Coach, Inc., et al.* **[Docket No. 09-2892]**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLUOR ENTERPRISES, INC.'S JOINDER**
**TO GULF STREAM COACH, INC., VARIOUS MOTIONS IN LIMINE**

        Defendant Fluor Enterprises, Inc. hereby adopts and joins in the following motions filed

on behalf of co-defendant Gulf Stream Coach, Inc.:

1. Rec. Doc 2834, GSCI MIL re Patricia Williams

2. Rec. Doc. 2879, GSCI's Motion to Strike Opinions and Testimony of Paul Lagrange

3. Rec. Doc. 2872, GSCI's MIL to Exclude Expert Testimony of Christopher DeRosa, Ph.D.

4. Rec. Doc. 2824, GSCI's MIL re McGwin

5. Rec. Doc. 2821, GSCI's MIL re Testing of Other EHUs

6. Rec. Doc. 2819, GSCI's MIL to Limit Testimony of T. Allen, H. Allen & G. Blanchard

7. Rec. Doc. 2801, GSCI's MIL re Other Medical Issues

8. Rec. Doc. 2799, GSCI's MIL re other lawsuits or claims

9. Rec. Doc. 2792, GSCI's MIL to Exclude Expert Testimony of Paul Hewett, Ph.D.

10. Rec. Doc. 2777, GSCI's Motion to Strike Ritter

11. Rec. Doc. 2776, GSCI's  MIL re Alexis Mallet, Jr.

13. Rec. Doc. 2769, GSCI's MIL re Kornberg

14. Rec. Doc. 2839, GSCI's MIL re Political Proceedings

The Court should grant each such Motion for all the reasons set forth in Defendant Gulf Stream

Coach, Inc.'s Memorandum filed in support thereof.

Dated: August 26, 2009                           Respectfully Submitted,

                                    **MIDDLEBERG, RIDDLE & GIANNA**

                                         /s/ Richard A. Sherburne, Jr.
                            BY:    _____
                                         Dominic J. Gianna, La. Bar No. 6063
                                         Sarah A. Lowman, La. Bar No. 18311
                                         201 St. Charles Avenue, Suite 3100
                                         New Orleans, Louisiana 70170
                                         Telephone: (504) 525-7200
                                         Facsimile:  (504) 581-5983
                                         dgianna@midrid.com
                                         slowman@midrid.com

                                         Charles R. Penot, Jr., La. Bar No. 1530 &
                                         Texas Bar No. 24062455
                                         717 North Harwood, Suite 2400
                                         Dallas, Texas 75201
                                         Telephone: (214) 220-6334
                                         Facsimile:  (214) 220-6807
                                         cpenot@midrid.com

                                              *-and-*

                                         Richard A. Sherburne, Jr., La. Bar No. 2106
                                         450 Laurel Street, Suite 1101
                                         Baton Rouge, Louisiana 70801
                                         Telephone: (225) 371-7700
                                         Facsimile:  (225) 381-7730
                                         rsherburne@midrid.com

                            **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2009, a copy of the foregoing Motion in Limine  on behalf of Fluor Enterprises, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.


/s/ Richard A. Sherburne, Jr.
RICHARD A. SHERBURNE, JR.
rsherburne@midrid.com