UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | * * * * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT B

Methot Depo Rough Draft

Rough -   1

```
 1
 2         THE VIDEOGRAPHER:  WE'RE GOING ON THE VIDEO
 3  RECORD AT 10:12:30 TO VIDEOTAPE THE DEPOSITION OF
 4  DAVID METHOT IN THE MATTER OF IN RE FEMA TRAILER
 5  FORMALDEHYDE PRODUCTS LIABILITY LITIGATION, MDL NO.
 6  1873, IN THE U.S. DISTRICT COURT FOR THE EASTERN
 7  DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION.
 8         THIS HEARING IS BEING HELD AT THE HILTON
 9  GREENVILLE IN GREENVILLE, SOUTH CAROLINA.  TODAY IS
10  TUESDAY AUGUST 25TH, 2009.  I'M STEVE GODSEY, A
11  CERTIFIED LEGAL VIDEO SPECIALIST, REPRESENTING THE
12  FIRM OF A. WILLIAM ROBERTS, JR. & ASSOCIATES, AND
13  THE COURT REPORTER IS KEN MCCLURE, ALSO FROM THE
14  FIRM OF A. WILLIAM ROBERTS, JR. & ASSOCIATES.
15         COUNSEL IN THE ROOM WILL PLEASE IDENTIFY
16  THEMSELVES FOR THE RECORD.
17         MR. PINEDO:  CHRIS PINEDO FOR THE
18  PLAINTIFFS.
19         MR. PENOT:  CHARLES PENOT FOR FLUOR
20  ENTERPRISES, INC.  AND WITH ME IS MR. AL WHITAKER.
21         MR. DINNELL:  ADAM DINNEL FOR THE UNITED
22  STATES.
23         THE VIDEOGRAPHER:  THE COURT REPORTER WILL
24  PLEASE SWEAR IN THE WITNESS.
25
```

Uncertified Rough Draft from Realtime Transcription

Rough -   2

 1                      DAVID MICHAEL METHOT
                              Page 1

Methot Depo Rough Draft

```
11      Q.   WHAT EXHIBITS ARE YOU TALKING ABOUT?
12      A.   OF THE PRIME CONTRACT, THE EXHIBIT 6
13  THROUGH 9.
14      Q.   AND THOSE PARTICULAR EXHIBITS TO THE PRIME
15  CONTRACT, NONE OF THOSE -- LET ME START OVER THOSE
16  EXHIBITS TO THE PRIME CONTRACT IS THAT SOMETHING
17  THAT FLUOR AND FEMA DRAFTED UP TOGETHER?
18      A.   SIX THROUGH 9?
19      Q.   6 THROUGH NINE?
20      A.   NO.
21      Q.   WHO WOULD HAVE DRAFTED THOSE UP?
22      A.   FEMA.
23      Q.   I WANT TO BE CLEAR EXHIBITS 6 THROUGH 9 OF
24  THE PRIME CONTRACT EXHIBIT NO. 3 WERE SOMETHING THAT
25  WAS DRAFTED UP BY FEMA?
```

Uncertified Rough Draft from Realtime Transcription

Rough - 132

```
1       A.   YES.
2       Q.   AND EXHIBIT 7 AS WE DISCUSSED, GOVERNS
3   INSTALLING TRAVEL TRAILERS?
4       A.   YES.
5       Q.   ALLOT INDIVIDUAL SITES?
6       A.   YES.
7       Q.   AND THERE'S NOTHING IN EXHIBIT 7 WHERE THE
8   UNITED STATES GOVERNMENT DICTATES TO FLUOR THE MEANS
9   AND METHODS TO JACK UP THE TRAVEL TRAILERS SUCH THAT
10  THEY CAN BE PUT ON BLOCKS IS THERE?
11           MR. PENOT:  OBJECT TO FORM.
12      A.   I DON'T KNOW THAT THE PROCESS OR I'D HAVE
13  TO LOOK AND SEE IF IT ACTUALLY WAS IN THERE OR NOT.
```
Page 119

Methot Depo Rough Draft

14   Q.   COULD YOU TURN TO EXHIBIT 7 OF THE PRIME
15   CONTRACT WHICH HAS PREVIOUSLY BEEN MARKED AS
16   EXHIBIT NO. 3 TO THIS DEPOSITION.
17   A.   OKAY I HAVE EXHIBIT 7.  PAGE 113.
18        MR. PINEDO:  GO OFF THE RECORD AS THE
19   WITNESS IS READING THAT EXHIBIT.
20        THE VIDEOGRAPHER:  WE'RE OFF THE RECORD AS
21   15852 OF THE VIDEOTAPED DEPOSITION OF DAVID METHOT.
22        THE VIDEOGRAPHER:  WE'RE BACK ON THE RECORD
23   AS 15920 IN THE VIDEOTAPED DEPOSITION OF DAVID
24   METHOT.
25   Q.   MR. METHOT YOU NOW HAVE READ THROUGH 7

Uncertified Rough Draft from Realtime Transcription

Rough - 133

1   EXHIBIT 7 TO THE PRIME CONTRACT, WHICH GOVERNS
2   INSTALLING TRAVEL TRAILERS, IS THAT RIGHT?
3   A.   YES.
4   Q.   THERE IS NO WHERE IN THERE THAT THE UNITED
5   STATES DICTATES TO FLUOR THE MEANS AND METHODS AS TO
6   HOW TO ELEVATE THE TRAVEL TRAILERS SUCH THAT THEY
7   CAN BE PUT ON BLOCKS IS THERE?
8        MR. PENOT:  OBJECT TO FORM.
9   A.   I SAW NO REFERENCE TO -- TO JACKING UP THE
10  TRAILER ITSELF.
11  Q.   YOU SAW NO REFERENCE AS TO THE MEANS OR
12  METHODS THAT FLUOR IS TO EMPLOY AS DICTATED BY THE
13  UNITED STATES GOVERNMENT WITH REGARD TO JACKING UP
14  TRAVEL TRAILERS, DID YOU?
15       MR. PENOT:  OBJECT TO FORM.
16  A.   I COULD FIND NO MEANS OR METHODS OF HOW TO

Page 120

Methot Depo Rough Draft

17  ACTUALLY JACK UP THE TRAILER.
18      Q.   AND YOUR UNDERSTANDING THE MEANS AND
19  METHODS TO JACK UP THE TRAILERS UNDER THIS CONTRACT
20  SO THAT THEY CAN BE PUT ON BLOCKS LET ME START OVER.
21      Q.   YOUR UNDERSTANDING, IS THAT THE FEMA WISHED
22  FLUOR TO PUT THESE TRAVEL TRAILERS ON BLOCKS, IS
23  THAT RIGHT?
24      A.   YES.
25      Q.   HOWEVER, FEMA DID NOT DICTATE TO FLUOR AS

Uncertified Rough Draft from Realtime Transcription

Rough - 134

1   TO HOW THE TRAVEL TRAILERS ARE TO BE ELEVATED OR THE
2   PROCESS TO BE USE IN ELEVATING THOSE TRAVEL TRAILERS
3   SUCH THAT THEY CAN BE PUT ON BLOCKS, DID THEY?
4       A.   NOT TO MY KNOWLEDGE.
5       Q.   AND YOU WERE IN THE POSITION WITH REGARD TO
6   COMMUNICATING INFORMATION BY THE UNITED STATES
7   GOVERNMENT TO FLUOR ON EXECUTION OF THEIR CONTRACT
8   RESPONSIBILITIES, WEREN'T YOU?
9       A.   YES.
10      Q.   TAPE CHANGE.
11      Q.   SO IT WOULD HAVE BEEN UP TO THE DISCRETION
12  OF FLUOR IF THE UNITED STATES ISSUED NO DIRECTION TO
13  THEM ON HOW TO ELEVATE OR JACK UP THESE TRAVEL
14  TRAILERS, IT WOULD HAVE BEEN TO THE DISCRETION OF
15  FLUOR AND THERE SUBCONTRACTORS, THE WAY AND MANNER
16  IN WHICH TO ELEVATE THESE TRAVEL TRAILERS, IS THAT
17  RIGHT?
18           MR. PENOT:  OBJECT TO FORM.
19           MR. PENOT:  YOU CAN ANSWER.

Methot Depo Rough Draft

20      A.     YES, GENERALLY THAT'S PROBABLY TRUE.

21      Q.     YOU SAID GENTLEMEN GENERALLY IS THERE SOME

22 PART OF THAT YOU DISAGREE WITH SIR?

23             MR. PENOT:  SAME OBJECTION.

24      A.     SINCE I DON'T KNOW THE TECHNICAL ASPECTS OF

25 IT ALL I CAN TELL YOU IS IT'S NOT CONTAINED IN HERE

Uncertified Rough Draft from Realtime Transcription

Rough - 135

1  AND SO IF IT'S NOT CONTAINED IN HERE THEN IT WOULD

2  BE UP TO THE CONTRACTOR TO DETERMINE HOW BEST TO ASH

3  LIQUOR THE TASK.

4       Q.     AND THE CONTRACTOR IS FLUOR, IS THAT RIGHT?

5       A.     IN THIS CASE, FLUOR IS THE CONTRACTOR.

6       Q.     AND AS WE SAW PREVIOUSLY, IN -- COULD YOU

7  PASS THAT ONE EXHIBIT TO ME THAT IS UNDERNEATH

8  EXHIBIT 2?  YES, THE ONE YOU FIRST HAD YOUR HAND ON

9  SIR, THANK YOU?

10      A.     FIVE.

11      Q.     AND AS WE SAW IN EXHIBIT NO. 5, THAT FLUOR

12 HAD AVAILABLE CONSTRUCTION MANAGERS, CONSTRUCTION

13 SPECIALISTS, CIVIL ENGINEERS, TECHNICAL ENGINEERS,

14 CONSTRUCTION ENGINEERS THEY CERTAINLY HAD THE

15 EXPERTISE TO COME UP WITH A PROCEDURE AND PROGRAM TO

16 FOLLOW IN JACKING UP THE TRAVEL TRAILERS, DIDN'T

17 THEY?

18      A.     YES, WE CERTAINLY WOULD HAVE.

19      Q.     THAT'S SOMETHING A CIVIL ENGINEER COULD

20 HAVE EASLEY?

21      A.     I DON'T KNOW WHAT THE RIGHT ONE IS BUT

22 SOMEBODY WOULD HAVE HAD NO IN THE ENGINEERING