UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892;<br>Alana Alexander, individually and on behalf of Christopher Cooper | | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT D

1         UNITED STATES DISTRICT COURT
2         EASTERN DISTRICT OF LOUISIANA
3
4
5
6   IN RE:  FEMA TRAILER          MDL NO. 1873
7   FORMALDEHYDE PRODUCTS         SECTION "N"(5)
8   LIABILITY LITIGATION          JUDGE ENGELHARDT
9
10                  *   *   *
11
12       Videotaped Deposition of ALEXIS MALLET,
13  JR., P.O. Box 80857, Lafayette, Louisiana
14  70598, taken at the offices of Lambert &
15  Nelson, 701 Magazine Street, New Orleans,
16  Louisiana 70130, on Friday, the 17th day of
17  July, 2009.
18
19  REPORTED BY:
20      JAMES T. BRADLE, CCR
        PROFESSIONAL SHORTHAND REPORTERS
21      (504)529-5255
22  VIDEOGRAPHER:
23      KYM HAWKINS
        PROFESSIONAL SHORTHAND REPORTERS
24      (504)529-5255
25

Case 2:07-md-01873-KDE-MBN   Document 2889-5   Filed 08/26/09   Page 3 of 5

310

1    sufficiently supporting the frame, the
2    installation contractor created a condition
3    conducive to the interior panels warping in
4    the bedroom on the front and rear walls" in
5    the bedroom.
6         A    I'm sorry.  Where are you again,
7    please?
8         Q    Right in that same paragraph, the
9    very next sentence.
10        A    Are we in the first one?
11        Q    Paragraph 10 on Page 97, right
12   after the one about the scissors jack.
13        MR. PINEDO:
14             I'm going to object.  It was not
15   read properly by counsel.
16   EXAMINATION BY MR. PENOT:
17        Q    Well, it says what it says.  Can
18   we agree to that?
19        A    The last paragraph, is that where
20   you are?
21        Q    Pardon?
22        A    The last paragraph, is that where
23   you are?
24        Q    No, sir.  Paragraph 10, right
25   after the sentence we had just been

1    discussing, namely, the scissors jack.
2         "In jacking the unit and not
3    sufficiently supporting the frame, the
4    installation contractor created a condition
5    conducive to the interior walls warping in
6    the bedroom on the front and rear walls and
7    in the bathroom."
8         MR. PINEDO:
9              I'm going to object to the
10   improper reading by counsel.
11        MR. PENOT:
12             Where?
13        MR. PINEDO:
14             You said "walls" and it says
15   "interior panels."
16   EXAMINATION BY MR. PENOT:
17        Q    You can answer, Mr. Mallet.
18        MR. PINEDO:
19             I'm going to object to the form of
20   the question.
21        THE WITNESS:
22             That's what it says.
23   EXAMINATION BY MR. PENOT:
24        Q    Okay.  Now, are you saying that it
25   is your opinion or that you know, which one,

1    that the installation contractor jacked this
2    without sufficiently supporting the frame?
3    That's your opinion or do you know that as a
4    fact or what?
5         A    Well, based on what I was told
6    about how it was jacked up, the weight of
7    the building was taken off of the wheels,
8    and that certainly could have caused that
9    condition, the walls to bow.
10        Q    Okay.  You were told by whom?
11        A    Well --
12        Q    By Ms. Shirley Alexander's
13   deposition?
14        A    Yes.  But before that, that there
15   was only two-man crews installing these, and
16   unless they had a unified hydraulic system,
17   there was no way that they could have lifted
18   this unit, two men could have lifted this
19   unit, or screw jack systems, in a unified
20   manner.
21        Q    Didn't you say -- So is it your
22   opinion that the only way, the only way this
23   trailer could be lifted would be with a
24   unified hydraulic jacking system?
25        MR. PINEDO: