UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | * * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT E

# FLUOR.

Fluor Enterprises, Inc
100 Fluor Daniel Drive
Greenville, SC 29607-2770
USA

864-281-4858
864-281-5715 fax

November 1, 2006

Attn: John D. Ward, Jr.
Contract Officer's Technical Representative (COTR)
FEMA Baton Rouge Area Field Office
415 North 15th Street
4th Floor – Column 6
Baton Rouge, LA 70802

Dear Mr. Ward:

**SUBJECT:** **CONTRACT NO. HSFEHQ-05-D-0471, TASK ORDER 06-J-0011 (05-J-0020) - FEMA ACCEPTANCE OF TASK ORDER SERVICES**

All services and deliverables required under subject contract task order for **TO 06-J-0011 (05-J-0020), Staging, Hauling, Haul/Install, Minor Installation Construction Activities, Maintenance, and Deactivation/Removal – LA** were ordered and delivered for the performance period of September 9, 2005 to October 31, 2006. In order to begin the Contract closeout process in accordance with FAR 4.804, Closeout of Contract Files, Fluor requests your acceptance and acknowledgement that all services have been received under this task order.

Pursuant to your request, the following documentation/information is provided for your records as task order close-out deliverables:

1. Task Order 06-J-0011 (05-J-0020) Work Order Completion Report
2. Staging (Task ID 01)
3. Haul Only (Task ID 02)
4. Haul/Install Travel Trailers and Haul/Install Manufactured Homes (Task ID 03 & 04)
5. Occupancy Maintenance (Task ID 05)
6. Group Site Infrastructure & Grounds Maintenance (Task ID 07)
7. Deactivation/Removal (Task ID 08)
8. LP Gas Testing

Note: Task ID 06 – Propane Refueling Service was cancelled 3/06 and has no separate close-out deliverable beyond description included in the work plan completion report.

Task Order #20 Request for Acceptance of Services

CONFIDENTIAL

FL-FCA 019669

Mr. John D Ward, Jr.
November 1, 2006
Page 2 of 2

If you have any questions, please do not hesitate to contact me at 864-281-5864 or email: mark.ashby@fluor.com.

Sincerely,

Mark T. Ashby
Government Contracts Administrator

Based on the above, I hereby certify that all services and deliverables required under subject task order have been received and accepted by the Government.

_____   COTR   16 Nov 06
Name                                                Title                               Date

Attachment: CD with the items listed in the box on page 1.

Task Order #20 Request for Acceptance of Services

CONFIDENTIAL