**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |
| **THIS DOCUMENT IS RELATED TO** | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH THERE
EXISTS A GENUINE ISSUE TO BE TRIED**

      Pursuant to Local Rule 56.2, Plaintiff Alana Alexander, sets forth the following statement

of material facts as to which there exists a genuine issue to be tried, with respect to Defendant

Gulf Stream Coach, Inc.'s ("Gulf Stream") "Partial Motion for Summary Judgment", and also

sets forth facts controverted in Defendant's Statement of Uncontested Material Facts.

**I.     MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE TO
BE TRIED.**

    1.     Whether FEMA provided the specifications to Gulf Stream.

    2.     Whether these specifications "detailed how the trailer was to be constructed."

    3.     Whether the specifications at issue meet the first *Boyle* element.

    4.     Whether the specifications at issue cover the design, warning and testing claims
made by Plaintiff in this case.

    5.     Whether the one page form submitted by Gulf Stream constitutes an acceptance of
Gulf Stream's design, warnings (or lack thereof) or any other acceptance of the
trailer, other than an indication that the trailer had no physical damage.

    6.     Whether Gulf Stream had knowledge of formaldehyde issue before delivering the
subject trailer to Best Buy RV.

    7.     Whether FEMA had any knowledge of formaldehyde issue before Gulf Stream
delivered the trailer to Best Buy RV.

## II.   ALLEGED FACTS IN GULF STREAM'S MOTION WHICH ARE CONTROVERTED.

Plaintiff controverts numbers 4, 5 and 6 of Gulf Stream's Statement of Uncontested Facts.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:     504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:     504/528-9973
      jwoods@gainsben.com

      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      MIKAL WATTS, Texas # 20981820
      ROBERT BECNEL
      DENNIS REICH, Texas # 16739600

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>s/Gerald E. Meunier</u>
GERALD E. MEUNIER, #9471