# Transcript of the Testimony of

# PHILIP S. SAVARI - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT A

8

```
 1        MR. WEINSTOCK:  Okay.  I know what it is.
 2   Q  Have you seen that document before, sir,
 3      Exhibit 18?
 4   A  Yes, sir.
 5   Q  What is it?
 6   A  It's an invoice to Best Buy RV for a 33-foot
 7      Cavalier travel trailer.
 8   Q  Who sold that travel trailer to Best Buy RV?
 9   A  Gulf Stream Coach.
10   Q  Is that the company for whom you work?
11   A  Yes, sir.
12   Q  What is your job title?
13   A  I am the executive vice president at Gulf Stream
14      Coach.
15   Q  And that trailer was sold to Best Buy RV and in
16      turn was sold to FEMA?
17   A  I know it was sold to Best Buy RV, yes, sir.
18   Q  And Gulf Stream knew that when it was selling that
19      trailer to Best Buy RV that it was going to be a,
20      quote, FEMA trailer; true?
21   A  The Ship To address is FEMA, yes.
22   Q  In other words, this particular trailer never
23      actually went to the Best Buy RV lot, did it?
24   A  I'm not certain of that.
25   Q  Well, how does it work?  One thing I was curious
```

9

1  about is, first off, why wouldn't you guys just
2  sell the trailer directly to FEMA? Why have a
3  middleman?
4  A  Best Buy ordered the units from Gulf Stream.
5  Q  Right. And FEMA ordered the units from Best Buy
6     RV; right?
7  A  I believe so.
8  Q  Well, explain to me how that process works.
9  A  Which process, Best Buy giving us an order?
10 Q  Yeah.
11 A  Well, they called us up and asked us to build a
12    specific unit for them.
13 Q  And Best Buy RV was an entity that had relations or
14    contractual relations with FEMA?
15        MR. DINNELL: Objection, foundation.
16 A  I'm not certain of what their relation or what
17    their contractual obligation was with FEMA.
18 Q  Well, haven't you sold hundreds and hundreds of
19    trailers manufactured to FEMA specs to Best RV --
20    or Best Buy RV in the past?
21 A  I know we have sold units to Best Buy under these
22    specs, yes.
23 Q  How many trailers have you sold to Best Buy under
24    these specs, these FEMA specs?
25 A  I'm not certain of the exact number.