```
GULF STREAM COACH, INC.              GULF STREAM COACH, INC.
P.O. BOX 1005                        SLOT 303110
NAPPANEE, INDIANA 46550              P.O. BOX 66973
PHONE (574) 773-7761                 CHICAGO, IL 60666-0973

SOLD TO:  04742 14                   SHIP TO:                         PAGE#   1
                                                              OD:   /   /
BEST BUY RV'S INC.                   FEMA DFO PUNTA GORDA, FL
3250 CHESTER BLVD
P.O. BOX 2607
RICHMOND                             PUNTA GORDA
INDIANA              47375           FLORIDA
```

RETAIL NAME:

| INVOICE DATE | INVOICE NO. | ORDER DATE | ORDERED BY | SALES ORDER NO. | C.O.D. | DATE SHIPPED |
|---|---|---|---|---|---|---|
| 12/13/2004 | 57- 21783 | 11/26/2004 | | F | NO | 12.13.04 |

| SERIAL NO. | P.U. | DELIVERY | TERR. | FLOOR PLAN SOURCE | | P.O.# PG5 105 |
|---|---|---|---|---|---|---|
| | | GULF STREAM | 093 | BANK OF AM-GA / APV#1210047365 | | |

| SERIAL NO./CHASSIS NO. | DECOR | R.V.I.A. NO. | EXTERIOR COLOR SCHEME VERTICAL / TRIM |
|---|---|---|---|
| 57-5-T-CVDH - 21783 | OBSOLETE | 0000000 | |
| VIN#  1NL1GTR2551021783 | | | |

| DESCRIPTION | AMOUNT |
|---|---|
| DRAWING# CVDH        33' CAVALIER TRAVEL TRAILER | 11,861.00 |
| 30136   1   CENTRAL DUCTED AIR (REQ.24'& UP) | 150.00 |
| 31409   1   (4) STAB JACK | 160.00 |
| 31514   1   RESIDENTIAL REFRIGERATOR CREDIT | 105.00- |
| 31410   1   RESIDENTIAL COMODE | 5.00 |
| SUB-TOTAL | 12,071.00 |
| FREIGHT | 1,379.00 |
| INVOICE TOTAL | 13,450.00 |
| ALLOWANCE | 3,176.00- |
| NET TOTAL | 10,274.00 |



Pl's Ex 18
Witness Sarvari
Date 5/28/09 MWC

***** STRICTLY CONFIDENTIAL *****
WHITE-DEALER FILE     SALMON-A/R     YELLOW-SALES     WHITE-SERVICE

PLAINTIFF'S EXHIBIT B

Data Base __AS400__ Copy

# GULF STREAM COACH, INC.

| Form Nbr.: FMSLS09 | Revision D | Revision Date: 26-Mar-01 |

## PRODUCTION CHANGE ORDER / RESOLD FORM

DATE: _____ SERIAL NUMBER: 21783 MODEL NUMBER: CVDH

CIRCLE ONE:     RESOLD     (CHANGE ORDER)     RESOLD & CHANGE ORDER

RESOLD TO (DEALER NAME): _____ DEALER NUMBER: _____

ORIGINAL DEALER NAME: BEST BUY-PUNTA GORDA   DEALER NUMBER: 8-04742-14

REQUESTED BY: _____ STATUS: _____ PRODUCTION NOTIFIED: ___

FLOOR PLAN SOURCE: _____ P.O. #: PG5-105   C.O.D.: ___

UNIT LOCATION: _____ ON-LINE DATE: _____

| ADD | DELETE | OPTION NBR | DESCRIPTION | PRICE |
|---|---|---|---|---|
|  |  |  | ORIGINAL AMOUNT | 12071 |
| XXX |  |  | FREIGHT | 1379 |
|  |  |  | FREIGHT |  |
|  |  |  | ALLOWANCE | <3176> |
|  |  |  | SEALS (AZ, CO, KY, MO, NE, OR, TN, WA) |  |
|  |  |  | Fuel Surcharge .25/Mile X _____ Miles |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | Total | 10274 |

NOTES: _____ FEMA _____

PREPARED BY: DEB FUCHS

***NOTE:** IF UNIT IS ALREADY SCHEDULED, CURRENTLY ON-LINE OR IN THE YARD AND RESOLD / CHANGE ORDER REQUIRES A PHYSICAL CHANGE TO THE UNIT, THREE (3) SIGNATURES OF APPROVAL ARE REQUIRED!

PRODUCT MANAGER APPROVAL: _____

SALES MANAGER APPROVAL: _____

EXECUTIVE APPROVAL: _____

### TRAILER WEIGHT INFORMATION
CONSULT OWNER MANUAL(S) FOR SPECIFIC WEIGHING INSTRUCTIONS AND TOWING GUIDELINES.

| MODEL | CVDH | | | kilograms | pounds |
|---|---|---|---|---|---|
| SERIAL # | 21783 | | GVWR | 2812 | 6200 |
| | | | UVW* | 2113 | 4660 |
| | | | NCC* | 698 | 1540 |

#### CARGO CARRYING CAPACITY (CCC) INFORMATION
Your carrying capacity is affected by everything put into your trailer.
Use this chart to support your travel needs.

| | | | Added weight | | Adjusted CCC* | | |
|---|---|---|---|---|---|---|---|
| | | gallons | kilograms | pounds | kilograms | pounds | |
| Fresh water @ 8.3 lb/gal | water tank & heater | 36 | 136 | 299 | 563 | 1241 | |
| LP-Gas @ 4.2 lb/gal | LP tank | 14 | 27 | 60 | 536 | 1181 | = CCC* |

* Weights shown are calculated weights with options included. Dealer installed equipment will reduce CCC.

GVWR (Gross Vehicle Weight Rating) is the maximum permissible weight of this trailer when fully loaded. It includes all weight at the trailer axle(s) and tongue or pin.
UVW (Unloaded Vehicle Weight) is the weight of this trailer as manufactured at the factory. It includes all weight at the trailer axle(s) and tongue or pin. If applicable, it also includes full generator fluids, including fuel, engine oil and coolants.
NCC (Net Carrying Capacity) is equal to the GVWR minus the UVW.
CCC (Cargo Carrying Capacity) is equal to the GVWR minus each of the following: UVW, full fresh (potable) water weight (including water heater), and full LP-Gas weight.

### TRAILER WEIGHT INFORMATION
CONSULT OWNER MANUAL(S) FOR SPECIFIC WEIGHING INSTRUCTIONS AND TOWING GUIDELINES.

| MODEL | CVDH | | | kilograms | pounds |
|---|---|---|---|---|---|
| SERIAL # | 21783 | | GVWR | 2812 | 6200 |
| | | | UVW* | 2113 | 4660 |
| | | | NCC* | 698 | 1540 |

#### CARGO CARRYING CAPACITY (CCC) INFORMATION
Your carrying capacity is affected by everything put into your trailer.
Use this chart to support your travel needs.

| | | | Added weight | | Adjusted CCC* | | |
|---|---|---|---|---|---|---|---|
| | | gallons | kilograms | pounds | kilograms | pounds | |
| Fresh water @ 8.3 lb/gal | water tank & heater | 36 | 136 | 299 | 563 | 1241 | |
| LP-Gas @ 4.2 lb/gal | LP tank | 14 | 27 | 60 | 536 | 1181 | = CCC* |

* Weights shown are calculated weights with options included. Dealer installed equipment will reduce CCC.

GVWR (Gross Vehicle Weight Rating) is the maximum permissible weight of this trailer when fully loaded. It includes all weight at the trailer axle(s) and tongue or pin.
UVW (Unloaded Vehicle Weight) is the weight of this trailer as manufactured at the factory. It includes all weight at the trailer axle(s) and tongue or pin. If applicable, it also includes full generator fluids, including fuel, engine oil and coolants.
NCC (Net Carrying Capacity) is equal to the GVWR minus the UVW.
CCC (Cargo Carrying Capacity) is equal to the GVWR minus each of the following: UVW, full fresh (potable) water weight (including water heater), and full LP-Gas weight.



P.O. Box 1005 • Nappanee, IN 46550 • (574) 773-7761 • Fax (574) 773-5761

COMMITMENT LETTER

BANK OF AMERICA, N.A.
1355 WINDWARD CONCOURSE
GA79030208
ALPHARETTA, GA 30005

Contact:                    COMP LINK

Thank you for your floor plan commitment received on DECEMBER 13, 2004 for
   FEMA DFO PUNTA GORDA, FL.

   PUNTA GORDA, FL

| Serial # | Model # | Invoice Amt. | P.O. # | Approval # |
|---|---|---|---|---|
| 21783 | CVDH | $10,274.00 | PG5 105 | 1210047365 |

Our certificate of origin and invoice will be sent directly to you, and we retain ownership of this unit until we have received payment in full from you.

NOTE:  Invoice amounts may vary between date of commitment and receipt of invoice due to product variances incurred by Gulf Stream Coach, Inc. through said dealer.  Gulf Stream Coach, Inc. will ship these unit(s) based upon its reliance upon your commitment(s).

Cordially yours,


Deb Fuchs
Jodie Craven
Floor Plan Coordinators        CERTIFIED #:____7002 2410 0001 3671 0556____

## GULF STREAM COACH, INC.

| Form Nbr: FMDIS02 | Revision: D | Revision Date: 09-Jan-01 |
|---|---|---|

### DRIVER AND DEALER ACCEPTANCE FORM

INVOICE/UNIT #: 57-21783 CVDH     CHASSIS V.I.N. #: _____     TERMS: _____
SHIP TO: BEST BUY RV FEMA DFO FL
C.O.D. AMOUNT: _____
DEALER PHONE #: _____
PUNTA GORDA, FL

**DRIVER INSTRUCTIONS** (Check each box below as each item is verified / completed):

☐ Verify the vehicle identification numbers to be certain the invoiced unit and shipped unit are the same
☐ Torque all lug nuts per specifications listed at right
☐ Check the unit to assure there is no damage to the exterior
☐ Check the unit to assure there is no damage to the interior
☐ Verify that all keys are in the unit
☐ Assure any identified damages have been corrected before taking the unit
☐ For motorized units, verify that the lights, instruments and gauges work

**IN CASE OF BREAKDOWN:** CALL DISPATCH IMMEDIATELY
800-289-8787 EXT. 3257

**[COMPLETED stamp]**

| CHASSIS | REQUIRED LUG TORQUE |
|---|---|
| All Ford (A's & C's) | 126 - 170 ft. lbs. |
| All Chevy | 130 - 180 ft. lbs. |
| Spartan | 450 - 500 ft. lbs. |
| Freightliner - VC | 450 - 500 ft. lbs. |
| Freightliner - XC | 280 - 310 ft. lbs. |
| Towables | 85 - 95 ft. lbs. |
| "Lite" Towables | 50 - 75 ft. lbs. |

I have checked the above listed items and find them to be satisfactory:
Driver Signature: _Loren J Hayden_     Date: 12-13-04
Odometer reading at time of pick up (motorized only): _____
Odometer reading at time of delivery (motorized only): _____

**DEALER INSTRUCTIONS:**

Check the unit for damage IMMEDIATELY and verify that all invoiced items are present in the unit. Any discrepancies must be listed and verified by the driver, as the driver is responsible for any damage incurred, and for items that are on the unit when the driver accepted it from the plant, but are not present upon delivery. If there ARE discrepancies, please indicate them below.**

Check each of the following boxes below to verify that you have received them:
☐ CHASSIS MANUALS (MOTORIZED ONLY)        ☐ OWNER'S MANUAL
☐ ALL KEYS ARE INSIDE UNIT                 ☐ OPERATING MANUALS & RELATED WARRANTIES
☐ FULL ONE YEAR WARRANTY                   ☐ SUBSEQUENT OWNER'S WARRANTY

SHORTAGES: NONE (Unless noted below**)       DAMAGES: NONE (Unless noted below**)

NO DRIVER DAMAGE

**ENTERING "SUBJECT TO FURTHER INSPECTION" IS NOT ACCEPTABLE AND IS RECOGNIZED BY GULF STREAM COACH, INC. AS ENTERING "NONE".**

In accepting the unit I understand that none of the appliances are considered safe for use prior to specific safety and operation tests by a qualified technician. The LP Gas system was checked prior to leaving the factory, however, the LP Gas system must be inspected by a competent LP Gas service technician to assure there are no leaks and the system is satisfactorily functioning prior to delivery to the retail customer.

Dealer Signature: _____ FEMA     Date: 12-15-04
Driver Signature: _Dane Varner #563_     Date: 12-15-04

1. WHITE - FILE     2. BLUE - DEALER     3. PINK - DISPATCH     4. CANARY - GUARD

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## UNIT INSPECTION REPORT

**BARCODE NO.:** 104407
**1. MH SERIAL NO. / TT VIN NO.:** 1N41GTR2551021783
**ARRIVAL TIME:** 1200
**DATE:** 12/15/04
**ORIGIN:**

### 2. TYPE OF INSPECTION
|  | Dispatch | Receipt |
|---|---|---|
| Vendor | ☐ | ☑ |
| Staging | ☐ | ☐ |
| Site | ☐ | ☐ |

### 3. TYPE OF UNIT
Check as many as apply
- ☐ Mobile Home
- ☑ Travel Trailer
- ☐ Park Model
- ☑ FEMA Owned
- ☐ FEMA Leased
- ☐ Slide Out
- ☐ ADA Compliant
- ☐ ADA Compatible

### 4. APPLIANCES
| Type | Manufacturer | Model |
|---|---|---|
| Furnace | ✓ | |
| Water Heater | ✓ | |
| Washer/Dryer | NO | |
| Range | ✓ | |
| Refrigerator | ✓ | |
| Microwave | ✓ | |
| TV/DVD | NO | |
| Stereo | NO | |

**COMPLETED**

### 5. UNIT INFORMATION
a. Manufacturer: Gulf Stream
b. Vendor: Best Buy
c. Model: Cavalier
d. Year: 2004
e. Size: 34
f. Sleeping Capacity: 8

### 6. INSPECTING
☑ Staging Area  ☐ Site

### 7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New  G = Good  P = Poor  D = Damaged  M = Missing

| FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | | Condition | **First Bedroom** | | Condition | **Bathroom** | | Condition |
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs (6 for 3 BR) | | | Mirror | | | Tub/Shower | | N |
| Range | | N | Cabinet Storage | | N | Toilet | | N |
| Range Hood & Vent Fan | | N | Curtains & Rods | | N | Medicine Cabinet | | N |
| Refrigerator | | N | Light Fixture | | N | Mirror | | N |
| Curtains & Rods | | N | **Second Bedroom** | | | Curtains & Rods | | N |
| Cabinets | | N | Double Bed, Complete | | | Light Fixture | | N |
| Sink | | N | Mirror | | | **Exterior Condition** | | |
| Light Fixture | | N | Cabinet Storage | | | Water Heater | | N |
| Fire Extinguisher | | N | Curtains & Rods | | | Doors | | N |
| **Living Room** | | | Light Fixture | | | 2 Keys per Door | | N |
| Couch | | N | **Third Bedroom** | | | Windows | | N |
| Arm Chair | | | Double Bed, Complete | | | Screens | | N |
| End Table | | | Mirror | | | Front/Rear Panels | | N |
| Coffee Table | | | Cabinet Storage | | | Left/Right Side Panels | | N |
| Curtains & Rods | | N | Curtains & Rods | | | Battery (For Slide Out Unit Only) | | |
| Light Fixture | | N | Light Fixture | | | Propane Tanks | | N |
| Surround Sound Speaker | | N | | | | Awning | | |
| **Hall** | | | **Interior Condition** | | | Roof & Vents | | N |
| Furnace | | N | Floor Covering | | N | Towing Hitch | | N |
| Smoke Detectors | | N | Wall Panels | | N | Axles & Springs | | N |
| Light Fixture | | N | Ceiling Panels | | N | Wheels & Tires | | N |

### 8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW:
RIGHT SIDE  LEFT SIDE  FRONT  REAR

### 9. COMMENTS (if more space is needed, see attached sheet)

**10. DRIVER DAMAGE:** ☐ Yes  ☑ No
INSPECTOR INITIAL: _____  DRIVER INITIAL: DW

### 11. READY FOR OCCUPANCY CERTIFICATION
Contract W.O. No: _____  Inspector Signature: _____  DATE: _____

### 12. OCCUPANT NAME
ADDRESS:  THA No.:

### 13. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:
| NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep.) |
|---|---|---|
| Receipt To/From (Print): x DAVID E VARNER | x David Warner | _____ 12/15/04 |
| Dispatch To/From (Print): | | |
| Receipt To/From Site (Print): | | |

OCCUPANT SIGNATURE (Move In or Move Out)  DATE  FEMA REP. SIGNATURE  DATE

# CERTIFICATE OF ORIGIN FOR A VEHICLE

**GULF STREAM COACH INC.**

| | |
|---|---|
| DATE | INVOICE NO. |
| 12/13/2004 | 57- 21783 |
| VEHICLE IDENTIFICATION NO. | YEAR | MAKE |
| 1NL1GTR2551021783 | 2005 | GULF STREAM |
| BODY TYPE | SHIPPING WEIGHT |
| TRAVEL TRAILER | * 4,660 |
| H.P. (S.A.E) | G.V.W.R | NO. CYLS. | SERIES OR MODEL |
| | 06200 | | 57-5-T-CVDH - 21783 |

*APPROX. UNIT BASE WEIGHT PLUS WEIGHT OF LISTED OPTIONS DOES NOT INCLUDE FLUIDS

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

BEST BUY RV'S INC.
3250 CHESTER BLVD
P.O. BOX 2607
RICHMOND                    IN   47375

If the vehicle described hereon is a motor home the undersigned certifies that it is equipped with at least four of the following life support systems: cooking, refrigeration or ice box, self-contained toilet, heating and/or air conditioning, a potable water supply system including a faucet and sink, seperate 110-115 volt electrical power supply and/or an LP gas supply, all of which meet the ANSI A119.2 standards.

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce 1211M

**GULF STREAM COACH, INC.**

G000142670

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)                    (AGENT)

**NAPPANEE, INDIANA 46550**

OERPG500G

LISTING OF SALES ORDER  21783  FOR COMPANY GULF STREAM STREAM-LITE D AS OF 11/26/2004  11:26:51      PAGE   1

DEALER# LOT  SALESMAN                    ORDER DATE ORDERED BY DEALER PO#   DPU COD VA SHOW INT COLOR EXT COLOR
56700    00  093 JOHN STRINGER           11/26/2004                          N   N  N   N  OBSOLETE
         ***OPEN UNIT***                                                              ***OPEN UNIT***
                  SOLD TO                                                                     SHIP TO
         OPEN                                      RETAIL SOLD TO              OPEN                        IN  00000
                                  IN  00000
                                DRAWING# CVDH                                             BASE PRIC      11,861.00
                                33' CAVALIER TRAVEL TRAILER                         BASE PRICE UP-CHG          .00
                                TRAVEL TRAILER                                      BASE PRICE ALLOW     3,176.00-
                                FREIGHT      .00                               BASE PRICE SPCL-ALLOW          .00
                                FUELCHG      .00                                       FREIGHT TOTAL          .00
                                PERMITS      .00
                                ALLOW        .00                                         UNIT TOTAL     8,685.00

CHAS#  1NL1GTR2551021783        RVIA#  0000000
VIN#

| CLASS | SEQ | TYPE | GROUP | QTY | ITEM  | DESCRIPTION | PRICE |
|-------|-----|------|-------|-----|-------|-------------|-------|
|       |     |      |       |     |       | DECOR       |       |
| 01    | 40  | S    | NK    | 1   | 00300 | STANDARD INTERIOR | .00 |
| 01    | 55  | S    | ZZ    | 1   | 30077 | WOOD T-MOLD EDGING (THROUGHOUT) | .00 |
| 01    | 75  | S    | ZZ    | 1   | 30142 | STAINLESS STEEL SINK (KITCHEN) | .00 |
| 01    | 100 | S    | ZZ    | 1   | 31113 | VINYL FLOOR THROUGHOUT | .00 |
| 01    | 110 | S    | ZZ    | 1   | 31131 | CABINET WRAPPED STILES | .00 |
| 01    | 115 | S    | ZZ    | 1   | 31134 | LAMINATE C-TOPS (KIT/BATH) | .00 |
| 01    | 120 | S    | ZZ    | 1   | 31137 | CEILING PANEL | .00 |
| 01    | 175 | S    | ZZ    | 1   | 31411 | COUNTER-TOPS (DINETTE,NIGHT STAND) | .00 |
| 01    | 200 | S    | ZZ    | 1   | 31568 | NICKEL CABINET DOOR & DRAWER PULLS | .00 |
|       |     |      |       |     |       | HEATING/COOLING |  |
| 02    | 50  | S    | ZZ    | 1   | 05811 | IN FLOOR HEAT DUCT | .00 |
| 02    | 70  | S    | ZZ    | 1   | 30136 | CENTRAL DUCTED AIR (REQ.24'& UP) | 150.00 |
| 02    | 80  | S    | FN    | 1   | 30492 | 35,000 BTU FURNACE | .00 |
| 02    | 125 | S    | ZZ    | 1   | 31152 | 30# LP BOTTLE W/ AUTO CHANGE & BOTTLE COVER | .00 |
|       |     |      |       |     |       | MISCELLANEOUS |  |
| 03    | 10  | S    | AR    | 1   | 00182 | WHITE MOD WHEELS | .00 |
| 03    | 60  | S    | ZZ    | 1   | 30083 | WALL MOUNT FIRE EXTINGUISHER | .00 |
| 03    | 85  | S    | ZZ    | 1   | 30804 | SAFETY CHAINS | .00 |
| 03    | 95  | S    | ZZ    | 1   | 31103 | LP LEAK DETECTOR | .00 |
| 03    | 105 | S    | ZZ    | 1   | 31116 | KNIFE HOLDER | .00 |
| 03    | 165 | S    | ZZ    | 1   | 31409 | (4) STAB JACK | .00 |
| 03    | 190 | S    | AH    | 1   | 31514 | RESIDENTIAL REFRIGERATOR CREDIT | 160.00- |
| 03    | 215 | S    | ZZ    | 1   | 31592 | FRONT BEDROOM CARPET & PAD | 105.00- |
| 03    | 225 | S    | ZZ    | 1   | 31595 | WELDED TRIPLE STEP | .00 |
| 03    | 235 | S    | ZZ    | 1   | 31597 | THREE SMOKE DETECTORS | .00 |
| 03    | 240 | S    | ZZ    | 1   | 31598 | 15,000 BTU ROOF A/C | .00 |
|       |     |      |       |     |       | ELECTRICAL |  |
| 04    | 15  | S    | ZZ    | 1   | 00190 | EXTERIOR LIGHTS (PATIO) | .00 |
| 04    | 20  | S    | ZZ    | 1   | 00191 | 45 AMP CONVERTER W/CHARGER | .00 |
| 04    | 140 | S    | ZZ    | 1   | 31242 | CABLE TV HOOK UP | .00 |
|       |     |      |       |     |       | BATH |  |
| 05    | 25  | S    | ZZ    | 1   | 00193 | POWER BATH VENT | .00 |

```
OERPG500G
LISTING OF SALES ORDER 21783 FOR COMPANY GULF STREAM STREAM-LITE D AS OF 11/26/2004   11:26:51    PAGE 2
```

| CLASS | SEQ | TYPE | GROUP | QTY | ITEM | DESCRIPTION | PRICE |
|---|---|---|---|---|---|---|---|
| 05 | 45  | S | AW | 1 | 05786 | AQUA MAGIC IV TOILET | .00 |
| 05 | 90  | S | ZZ | 1 | 31008 | SHOWER CURTAIN (PLASTIC) | .00 |
| 05 | 155 | S | ZZ | 1 | 31295 | 24 X 40 PULL TUB | 5.00 |
| 05 | 170 | S | AW | 1 | 31410 | RESIDENTIAL COMODE | .00 |
| 05 | 205 | S | ZZ | 1 | 31569 | NICKEL BATH HRD (TOW.RING,SOAPDISH,TISHOLD,TBT) | |
|   |     |   |    |   |       | FURNISHINGS | |
| 07 | 5   | S | QD | 1 | 00011 | DINETTE W/5" CUSHIONS | .00 |
| 07 | 30  | S | ZZ | 1 | 00198 | MEDICINE CABINET | .00 |
| 07 | 135 | S | AE | 1 | 31177 | 74" CONVERTA SOFA W/5" CUSHIONS | .00 |
| 07 | 150 | S | BB | 1 | 31286 | (2) 4X28X74 POLYFOAM BUNK BED MATTRESSES | .00 |
| 07 | 180 | S | ZZ | 1 | 31415 | 5" POLYFOAM QUEEN BED MATTRESS | |
|   |     |   |    |   |       | APPLIANCES | |
| 08 | 35  | S | AN | 1 | 00224 | POWER RANGE HOOD | .00 |
| 08 | 185 | S | ZZ | 1 | 31416 | 3-BURNER RANGE & OVEN W/PIEZZO IGNITION | .00 |
| 08 | 195 | S | AH | 1 | 31534 | N611 NORCOLD REFER | .00 |
| 08 | 210 | S | ZZ | 1 | 31591 | 10 GAL GAS/ELECTRIC WATER HEATER | .00 |
| 08 | 220 | S | ZZ | 1 | 31593 | 1.2 CF MICROWAVE | |
|   |     |   |    |   |       | WINDOWS/DOORS | |
| 09 | 65  | S | BI | 1 | 30115 | RADIUS WINDOWS | .00 |
| 09 | 130 | S | MB | 1 | 31153 | MINI BLINDS (THROUGHOUT) | .00 |
| 09 | 145 | S | ZZ | 1 | 31255 | PADDED VALANCE TOP | .00 |
| 09 | 160 | S | ZZ | 1 | 31296 | 30 X 72 SQUARE ENTRANCE DOOR | .00 |
| 09 | 230 | S | ZZ | 1 | 31596 | PANEL CURTAIN IN BUNK AREA | 210.00 |

ESCODE N

8,895.00

```
OERPG240G           GULF STREAM (STREAM-LITE) - PRODUCTION ORDER           PAGE   1

  SOLD TO#  85670000   ***OPEN UNIT***

PRINT DATE    ORDER DATE                              INTERIOR COLOR  EXTERIOR COLOR
11/26/2004    11/26/2004                              OBSOLETE

SERIAL #  21783          33' CAVALIER TRAVEL TRAILER
DRAWING# CVDH            TRAVEL TRAILER                      VIN# 1NL1GTR2551021783
```

|  |  | HEATING/COOLING |
|---|---|---|
| 30136 | 1 | CENTRAL DUCTED AIR (REQ.24'& UP) |
|  |  | MISCELLANEOUS |
| 31409 | 1 | (4) STAB JACK |
| 31514 | 1 | RESIDENTIAL REFRIGERATOR CREDIT |
|  |  | BATH |
| 31410 | 1 | RESIDENTIAL COMODE |

END OF ORDER - SERIAL  21783

**GULF STREAM COACH, INC.**

| Form Nbr: FMVT01T | Revision: B | Revision Date: 18-Apr-97 |

UNIT #_____    IS CSA A REQUIREMENT: YES_____    MODEL #_____

# *TOWABLE*

## VEHICLE RECORDS AND CONTENTS

VEHICLE MAKE    33' Cavalier CVDH

VEHICLE MODEL   CVDH

V.I.N. NUMBER   1N4GTR2551021783

SERIAL NUMBER   57-5-T-CVDH-21783

PROD. START DATE   _____

PROD. COMP. DATE   _____

I HAVE CHECKED THIS UNIT AND ALL QUALITY CHECKS ARE COMPLETE.
THE UNIT IS READY TO BE SUBMITTED TO BILLING.

_Melody Denton_                    12-13-4
QUALITY INSPECTOR                    DATE

## GULF STREAM COACH, INC.

| Form Nbr: FMVT33T | Revision D | Revision Date: 18-Apr-97 | Page: 1 of 3 |

UNIT #_____     IS CSA A REQUIREMENT: YES____     MODEL #_____

### TOWABLE - LEADER APPROVAL CHECK LIST

| CHASSIS PREP | LEADER SIGN OFF: |
|---|---|
| JW | work order to assure unit is built correctly |
| JW | no defective rims, tires, or lugs |
| JW | tire pressure     Jeremy Williams |
| JW | torque sheet has been completed properly FMVT13 |

| FLOORS/CARPETS | LEADER SIGN OFF: |
|---|---|
| JW | work order to assure unit is built correctly |
| JW | the LP gas line is not near any suspension component or in a tire jounce clearance spot |
| JW | there are absolutely no Quick-splice (pinch through type) wire connections |
| JW | wire routings do not come in contact with the radiator vents, exhaust system, or any other heat source |
| JW | floor for squareness |
| NA | luggage compartment & generator box |
| NA | heater & defroster ducts for installation and security |
| NA | LP manifold for proper installation |

| CABINET SET | LEADER SIGN OFF:    Max Isley |
|---|---|
| MI | work order to assure unit is built correctly |
|  | all floor mount seat belts |
| MI | counter tops level, no delamination, no chips, no cracks |
|  | all heat ducts are in and fastened |
| MI | all kitchen & bath decor is not damaged |
|  | all built in options for proper installation |
| MI | all shelves are cut, in unit, and fit the openings |
|  | gimp is properly installed |

| PLUMBING | LEADER SIGN OFF:    Max Isley |
|---|---|
| MI | work order to assure unit is built correctly |
| MI | all tubing is double flared and has no cracks |
| — | all waste holding tanks are properly installed |
| — | all water tanks are properly installed |
| — | water pump security |
| MI | all water lines have the correct slope |
| — | termination valves for security & operation |
| MI | installation of tub and shower |
| MI | stool and all fittings |
| MI | all water faucets |
| MI | all drains and P-traps |
| MI | low point water line drains |
| MI | the LP gas lines are OK and are free of kinks |

## GULF STREAM COACH, INC.

| Form Nbr: FMVT33T | Revision D | Revision Date: 18-Apr-97 | Page: 2 of 3 |

UNIT # _____   IS CSA A REQUIREMENT: YES ____   MODEL # _____

### TOWABLE - LEADER APPROVAL CHECK LIST

**ELECTRICAL - ROUGH**  LEADER SIGN OFF: _____
- work order to assure unit is built correctly
- installation, location, routing, & security of wiring
- all wiring for proper ground
- 120V romex is secured within 8" if not clamped at J-box
- 120V romex is secured within 12" if clamped at J-box
- water pump wiring

**SHELLING**  LEADER SIGN OFF: _____
- work order to assure unit is built correctly
- all gimp is OK before roof is set
- all cabinets are tight to the ceiling
- unit is square and level
- cabinet front openings are squareness
- no damage has been done to the wiring while fastening the side shells
- side walls for proper installation and seal

**ELECTRICAL - HOOK-UP**  LEADER SIGN OFF: _____
- work order to assure unit is built correctly
- installation of breaker panel and main power cell
- all interior lights, switches, and receptacles, for correct location and wiring
- there are absolutely no Quick-splice (pinch through type) wire connections
- all 12V & 120V are separated by at least 1/2" and cross at not less than 45 degrees
- 120V romex is secured within 8" if not clamped at J-box
- 120V romex is secured within 12" if clamped at J-box
- receptacles are installed with 6" minimum free wire
- J-box for generator installation, wiring, & ground
- assure monitor panel is working
- unit passed 12V and 120V dielectric tests FMVT07
- all receptacles passed polarity test FMVT07
- all roof vents have grommets installed

**APPLIANCE SET**  LEADER SIGN OFF: _____
- work order to assure unit is built correctly
- work order to assure unit is built correctly
- installation of all appliances
- bottom panels secured in overhead cabinets
- TV booster works properly
- refer compartment and seal
- shower surround - ABS
- shower faucet
- bed box wire covers
- front and rear cap set

## GULF STREAM COACH, INC.

| Form Nbr: FMVT33T | Revision D | Revision Date: 18-Apr-97 | Page: 3 of 3 |

UNIT # _____    IS CSA A REQUIREMENT: YES ___   MODEL # _____

### TOWABLE - LEADER APPROVAL CHECK LIST

| METAL | LEADER SIGN OFF: TDAY |
|---|---|
| ✓ | work order to assure unit is built correctly |
| ✓ | all locks are installed, all keys are on key ring |
| ✓ | all laminated parts for appearance |
| ✓ | water heater for proper installation and security |
| ✓ | gravity water fill for proper slope and security |
| ✓ | exterior door and all access doors for installation, proper working order, and a key in each lock |
| ✓ | radius blocks for security |
| ✓ | windows and doors for straightness |
| ✓ | windows to see that all screws are in |
| ✓ | metal on exterior to assure no dents or defects |
| ✓ | molding and sealing |
| ✓ | exterior receptacles for proper gasket, polarity, and label |
| ✓ | all wheel wells for neatness and seal |
| ✓ | roof properly sealed and no defects |
| ✓ | furnace properly installed, secured, and vented |
| ✓ | roof ladder is installed straight and putty trimmed |
| ✓ | all exterior seals have proper application with no gaps or globs, molding, doors windows, lights, vents, water heater, and miscellaneous exterior components |

| DOORS AND TRIM | LEADER SIGN OFF: |
|---|---|
| ✓ | work order to assure unit is built correctly |
| ✓ | all bathroom trim for fit and finish |
| ✓ | all doors for fit and finish |
| ✓ | all interior radius corners for fit and finish |
| ✓ | all latches work smooth and fit properly |

| FINAL FINISH | LEADER SIGN OFF: |
|---|---|
| ✓ | work order to assure unit is built correctly |
| ✓ | cover on LP regulator and hose is at 45 degree angle |
| ✓ | all drapes and valances for installation and fit |
| ✓ | seat, dinette, and bedding installation |
| ✓ | all tables and legs for fit and finish |
| ✓ | all bunks for proper installation |
| ✓ | installation of all batteries |
| ✓ | towel bar and toilet paper holder properly installed and fastened to backer |
| ✓ | all mirrors and bifold doors for fit and finish |
| ✓ | unit has passed all code tests |
| ✓ | refrigerator compartment has been sealed properly |
| ✓ | all closet rods for installation and security |
| ✓ | unit is clean |

## GULF STREAM COACH, INC.

| Form Nbr: FMVT07B | Revision: C | Revision Date: 18-Apr-97 |

UNIT # _____   IS CSA A REQUIREMENT: YES _____   MODEL # _____

### TESTING RECORD SIGN OFF SHEET

| TEST | WHAT IS DONE (refer to applicable work instructions) | DATE COMP. | COMP. BY | INSP. BY |
|---|---|---|---|---|
| 3-lb. PSIg LP GAS TEST- FLOORS | I PERFORMED THIS TEST PER WI 4.10.1002 AND THERE WAS NO FAILURE. | 12/13 | JL | CM |
| 3-lb. PSIg LP GAS TEST- PLUMBING | I PERFORMED THIS TEST PER WI 4.10.1002 AND THERE WAS NO FAILURE. | 12/13 | MT | CM |
| 100-lb. PSIg WATER LINE TEST (AIR)-PLUMBING | I PERFORMED THIS TEST PER WI 4.10.1012 AND THERE WAS NO FAILURE. | 12/13 | MT | M |
| DWV FIXTURE FLOOD LEVEL TEST-PLUMBING | I PERFORMED THIS TEST PER WI 4.10.1015 AND THERE WAS NO FAILURE. | 12/13 | MT | M |
| INTERIOR DIELECTRIC 12 VOLT TEST-ELECTRICIANS | I PERFORMED THIS TEST PER WI 4.10.1006 AND THERE WAS NO FAILURE. | | | |
| DIELECTRIC 120/240 VOLT TEST- ELECTRICIANS | I PERFORMED THIS TEST PER WI 4.10.1007 AND THERE WAS NO FAILURE. | | | |
| EXTERIOR DIELECTRIC 12 VOLT TEST-METAL | I PERFORMED THIS TEST PER WI 4.10.1008 AND THERE WAS NO FAILURE. | | | |
| INTERIOR DIELECTRIC 12 VOLT TEST-SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1006 AND THERE WAS NO FAILURE. | 12-13 | TSpence | TSpence |
| DIELECTRIC 120/240 VOLT TEST- SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1007 AND THERE WAS NO FAILURE. | 12-13 | TSpence | TSpence |
| 30-lb. PSIg WATER LINE TEST (AIR)-SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1013 AND THERE WAS NO FAILURE. | 121304 | M | M |
| WATER SUPPLY, FIXTURES, DRAINS, FLOW TEST-SYS. | I PERFORMED THIS TEST PER WI 4.10.1014 AND THERE WAS NO FAILURE. | 121304 | M | M |
| DWV FIXTURE FLOOD LEVEL TEST- SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1015 AND THERE WAS NO FAILURE. | 121304 | M | M |
| 1/2-lb. PSIg LP GAS TEST- SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1003 AND THERE WAS NO FAILURE. | 121304 | M | M |
| LP GAS APPLIANCE LIGHT OFF TEST- SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1004 AND THERE WAS NO FAILURE. | | | |
| LP TANK CONNECTION TEST -SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1005 AND THERE WAS NO FAILURE. | 121304 | M | M |
| POLARITY TEST - SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1009 AND THERE WAS NO FAILURE. | 12-13 | TSpence | TSpence |
| CONTINUITY TEST - SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1010 AND THERE WAS NO FAILURE. | 12-13 | TSpence | TSpence |
| FUNCTIONAL TEST - SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1011 AND THERE WAS NO FAILURE. | 12-13 | TSpence | TSpence |
| ALTERNATE EXIT (EGRESS) TEST -SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1018 AND THERE WAS NO FAILURE. | | | |
| WINTERIZING OF RV UNITS - SYSTEMS | I PERFORMED THIS TEST PER WI 4.10.1017 AND THERE WAS NO FAILURE. (Sept. 15 - Apr. 1) | 21304 | M | M |
| SLIDE OUT FUNCTION TEST-SLIDE OUT | I PERFORMED THIS TEST PER WI 4.10.1022 AND THERE WAS NO FAILURE. | | | |
| DIELECTRIC 12 VOLT TEST FOR S/O-SLIDE OUT | I PERFORMED THIS TEST PER WI 4.10.1020 AND THERE WAS NO FAILURE. | | | |
| DIELECTRIC 120/240 VOLT TEST FOR S/O -SLIDE OUT | I PERFORMED THIS TEST PER WI 4.10.1021 AND THERE WAS NO FAILURE. | | | |
| RAIN SIMULATION TEST - RAIN STATION | I PERFORMED THIS TEST PER WI 4.10.1023 AND THERE WAS NO FAILURE. | | | |
| ROAD TEST - DRIVER (MOTORIZED ONLY) | A ROAD TEST WAS MADE ON _____ ODOMETER READ _____ AT THE END OF TEST. ALL FUNCTIONS WORKED SATISFACTORILY. | | | |

## GULF STREAM COACH, INC.

| Form Nbr: FMVT08B | Revision: C | Revision Date: 18-Apr-97 |
|---|---|---|

UNIT #_____    IS CSA A REQUIREMENT: YES_____    MODEL #_____

### L. P. CONNECTION TAG RECEIVER

TAG "A" IS TO BE PLACED ON APPLIANCE AND IS SIGNED BY OPERATOR WHO CONNECTED LP LINE TO THE APPLIANCE.   TAG "B" IS TO BE SIGNED BY FINAL FINISH LEADER OR A QA INSPECTOR.   TAG "C" IS TO BE SIGNED BY A LEADER OR A QA INSPECTOR.   TAG "D" IS SIGNED BY THE INDIVIDUAL WHO CHECKS THE LP CONNECTION TO APPLIANCE.

FURNACE LP        EXTRA FURNACE LP (if included)        WATER HEATER LP

| FURNACE L.P. NO. 92805 B INITIAL | B | WATER HEATER L.P. NO. 87305 B INITIAL |
| FURNACE L.P. NO. 92805 C INITIAL | C | WATER HEATER L.P. NO. 87305 C INITIAL |
| FURNACE L.P. NO. 92805 D INITIAL | D | WATER HEATER L.P. NO. 87305 D INITIAL |

REFRIGERATOR LP        GENERATOR LP        RANGE LP

| B | B | RANGE L.P. NO. 103381 B INITIAL |
| C | C | RANGE L.P. NO. 103381 C INITIAL |
| D | D | RANGE L.P. NO. 103381 D INITIAL |

## GULF STREAM COACH, INC.

| Form Nbr: FMVT13T | Revision: D | Revision Date: 14-Aug-97 |
|---|---|---|

UNIT # _____    IS CSA A REQUIREMENT: YES _____    MODEL # _____

### TOWABLES - TORQUE SPECIFICATIONS AND SERIAL NUMBER LOG -

| ITEM TO BE TORQUED | REQUIRED TORQUE VALUES | | TORQ & PAINT BY | ATTEM INSPECT | INSP BY |
|---|---|---|---|---|---|
| WHEEL LUGS | 85 - 95 | ft.lbs. | JL | 100% | JL |
| SHOULDER BOLT IN SPRING HANGER | 30 - 50 | ft.lbs. | | 10% | |
| ENTRY STEP TO PLATFORM | 15 - 25 | ft.lbs. | JL | 10% | JL |
| SPARE TIRE BRACKET TO CHASSIS | 22 - 30 | ft.lbs. | | 10% | |
| LP TANK TO FLOOR | 45 - 55 | ft.lbs. | | 10% | |

NOTE: THE SPRING EYE BOLTS, SHACKLE BOLTS, & EQUALIZER BOLTS, SHOULD BE TIGHTENED TO A SNUG FIT ONLY. THESE PARTS MUST BE ABLE TO ROTATE FREELY.

| EQUIPMENT | LITERATURE INCLUDED | CSA LABEL AFFIXED | MAKE | MODEL | SERIAL NUMBER |
|---|---|---|---|---|---|
| RANGE | | | | | |
| REFRIGERATOR | | | | | |
| FURNACE | | | | | |
| WATER HEATER | | | | SF-35 | 044708755 |
| MICROWAVE/CONV. OVEN | | | | SW10 0 | 015008321 |
| A/C - FRONT ROOF | | | | | |
| A/C - REAR ROOF | | | | | |
| BLACK WATER TANK | N/A | N/A | | | |
| GREY WATER TANK | N/A | N/A | | | |
| WATER PUMP | | | | | |
| FRESH WATER TANK | N/A | | | | |
| RANGE HOOD | | | | | |
| CONVERTER | | | | | |
| MONITOR PANEL | | N/A | | | |
| LP DETECTOR | | | | | |
| SMOKE DETECTOR | | | | | |
| TV - BOOSTER | | N/A | | | |
| TV - ANTENNA | | | | | |
| FANTASTIC FAN | | | | | |
| WASHER/DRYER | | | | | |
| LP TANK | N/A | N/A | | | |
| STEREO - COACH | | N/A | | | |
| CO DETECTOR | | N/A | | | |
| FIRE EXTINGUISHER | | | | | |
| BATTERY - COACH | | N/A | | | |

| TABLE & TOPS | MODEL | COLOR | |
|---|---|---|---|
| DINETTE TABLE | | | |
| COUNTERTOP | | | |

## GULF STREAM COACH, INC.

| Form Nbr: FMVT31S | Revision: A | Revision Date: 3-Mar-97 |

UNIT #_____   IS CSA A REQUIREMENT: YES_____   MODEL #_____

### TOWABLE - 3rd INSPECTION CHECK LIST

| INTERIOR | EXTERIOR |
|---|---|
| ✓ LEADER SIGN OFF FMVT03 | ✓ SCREEN DOOR |
| ✓ UNIT BUILT TO CUSTOMER ORDER | ✓ ENTRY DOOR |
| ✓ STEPWELL INSTALLATION AND FUNCTION | ✓ FURNACE FLUE FMVT09 |
| ✓ FIRE EXTINGUISHER INSTALLATION | ✓ RANGE HOOD VENT |
| ✓ PHONE JACKS | N/A REFRIGERATOR COMPARTMENT FMVT09 |
| ✓ WINDOW COVERINGS | ✓ WATER HEATER COMPARTMENT FMVT09 |
| ✓ OVERHEAD FLUSH TO CEILING | ✓ FENDERS |
| ✓ OVERHEAD FABRIC AND PANELS | N/A GENERATOR PREPARATION |
| ✓ RETURN DOORS | ✓ CLEARANCE LIGHTS |
| ✓ HAND RAIL AND LOGO | ✓ BELT RAIL |
| ✓ CURTAINS AND TRACKS | ✓ CAP MOLDING |
| ✓ INTERIOR LABELS INSTALLED (as needed) | ✓ EXTERIOR LABELS INSTALLED (as needed) |
| ✓ ENTRY DOOR | ✓ LICENSE PLATE HOLDER |
| ✓ LOOSE WIRES | ✓ TONGUE HITCH |
| ✓ TV BOOSTER OPERATION | ✓ WINDOW INSTALLATION AND SEAL |
| N/A ANTENNA BOX AND CRANK | ✓ COMPARTMENTS SEAL AND CLEANLINESS |
| ✓ ALL OVERHEAD LIGHTS | ✓ FLOOR RISERS |
| ✓ A/C BOX | ✓ COMPARTMENT DRAINS AND OUTLETS |
| ✓ WALLS FOR CRACKS | ✓ POWER CORD |
| | ✓ ALL TANKS INSTALLATION, PROBES, DRAINS, SEALS |
| | ✓ CITY WATER COMPARTMENT |
| | ✓ O/H METALS SEAL |
| | N/A BATTERIES |
| | ✓ SEALS, LOOSE WIRES INSIDE HOOD |
| | N/A LADDER |
| | ✓ ROOF SCREWS SEALED |
| | ✓ LINER FOR WRINKLES |
| | ✓ WATER LOW POINTS |
| | N/A WATER LINES, MANIFOLD |
| | ✓ WATER HEATER RISER AND BRAIN BOX |
| | N/A SPARE TIRE |
| | ✓ ALL PAINT AND BODY REWORK |
| | ✓ DOCKING LIGHTS |
| | ✓ PORCH LIGHT |
| | ✓ BACK UP LIGHTS |
| | ✓ LICENSE PLATE LIGHT |
| | ✓ TURN SIGNALS |
| | ✓ FOUR WAY FLASHERS |
| | ✓ BRAKE LIGHTS |
| | ✓ POWER CORD |
| | ✓ CORRECT TIRE PRESSURE |