# Transcript of the Testimony of

# BRIAN SHEA

### Date: June 1, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

PLAINTIFF'S
EXHIBIT
F

18

1    Q   You realize that at Gulf Stream, whether it be the

2        motor homes or the towables, formaldehyde has been

3        a well-known issue well before 2006.  Isn't that

4        true?

5    A   We've never had -- it's never been a problem for

6        us, as long as I can remember.

7    Q   Well, you're saying no one ever complained about

8        it, but you were well aware that formaldehyde was

9        an issue with regard to the ambient air quality

10       within the products that you sell.  Isn't that

11       true?

12   A   That's not true.

13   Q   Were you around in the '80s when Fairmont Homes had

14       issues with formaldehyde?

15   A   I was around in the '80s, but, you know, I worked

16       as a salesperson.

17   Q   So you weren't aware that Fairmont Homes had had

18       complaints and lawsuits with regard to formaldehyde

19       exposure in its manufactured housing?

20   A   You know, I don't -- I can't remember exactly an

21       instance of that.  I mean, they could have had.  I

22       don't know.

23   Q   Well, I know they did have.  I'm asking whether you

24       remember it.

25   A   I can't remember specifically.  I mean...

68

1    warnings whatsoever to purchasers of motorized

2    units regarding formaldehyde?

3  A  No, we didn't.

4  Q  Did you provide such warnings in regard to the

5    mobile homes, or manufactured housing, that

6    Fairmont provided or built?

7  A  I believe we did in the 80s, but I don't know how

8    that's changed.

9  Q  You're aware that in the '80s, HUD adopted

10    regulations governing the use of certain materials

11    in manufactured housing, that governed formaldehyde

12    emissions?

13  A  Uh-huh, yes.

14  Q  And are you aware that HUD also adopted regulations

15    that indicated the type of warnings, including the

16    specific language of the warnings that had to be

17    posted, relating to formaldehyde in the

18    manufactured housing units?

19  A  I was, you know, I was around it, but I wasn't that

20    familiar with what was required or what wasn't or

21    how -- you know, what the regulation was at that

22    time.

23  Q  In the '80s, you were involved with the

24    manufactured housing division; correct?

25  A  Yes.

69

1   Q   And you were aware that there were warnings in the
2       '80s posted in those units --
3   A   Yes.
4   Q   -- concerning formaldehyde.
5   A   Yes.
6   Q   In the '90s, when you adopted this low emission
7       policy for travel trailers as well as motorized
8       units, why did you adopt the policy to use low
9       emission materials, HUD-compliant materials, but
10      you did not extend or include the written warnings
11      that went with the manufactured housing?
12  A   You know, I'm not sure.  That was my father's
13      decision.
14  Q   You had no involvement in that decision-making
15      process?
16  A   No.
17  Q   Besides your father, was anyone else involved in
18      that decision-making process?
19  A   You know, I'm not sure who would have been at that
20      time.
21  Q   Who would have been -- your best estimate, who else
22      may have been involved in that decision-making
23      besides your father?
24  A   Most likely Ed Ludwig.
25  Q   Anybody else?