**Capital Reporting Company**
**CONFIDENTIAL**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

------------------------------X

IN RE:                         )   MDL NO. 1873

   FEMA TRAILER               )   SECTION "N" (4)

   FORMALDEHYDE PRODUCTS      )   JUDGE ENGELHARDT

   LIABILITY LITIGATION.      )   PAGES 1 - 40

------------------------------X

                 Tuesday, September 23, 2008

                 Washington, D.C.

CONFIDENTIAL DISCOVERY MATERIAL

30(b)(6) Videotaped Deposition of:

BRIAN McCREARY, called for oral examination by counsel for the Plaintiffs, pursuant to notice, at 1821 Jefferson Place, Washington, D.C., before Leslie Todd, of Capital Reporting Company, a Notary Public in and for the Commonwealth of Virginia, beginning at 12:28 p.m., when were present on behalf of the respective parties:

(866) 448.DEPO
www.CapitalReportingCompany.com


PLAINTIFF'S EXHIBIT J

Capital Reporting Company
CONFIDENTIAL

Page 15

1   THU manufacturers use low formaldehyde -- excuse me --
2   low formaldehyde-emitting products in its construction?
3       A.   We had -- I remember nothing in our
4   specifications that directly speak to formaldehyde, but
5   they -- in the mobile home specifications, the
6   manufacturers were required to comply with HUD
7   requirements.
8       Q.   But not the travel trailers, correct?
9       A.   Correct.
10      Q.   And the huge majority of these purchases by
11  the government were for travel trailers, correct?
12      A.   Correct.
13      Q.   So the government was aware, and you were
14  aware in the contracting department, of
15  formaldehyde-emitting products with these temporary
16  housing units, correct?
17           MR. MILLER:  Objection.  Assumes facts not in
18  evidence, vague as to time.
19  BY MR. PENTON:
20      Q.   Correct?
21      A.   I was actually not aware that formaldehyde was
22  an issue, and I hadn't read the HUD specifications --

Capital Reporting Company
CONFIDENTIAL

Page 29

```
1       A.   Yes.
2       Q.   Were you aware they had provided temporary
3  housing units to FEMA since the time of Hurricane
4  Andrew?
5       A.   No.  Just from my -- I wasn't involved until
6  around -- in the housing program until sometime in
7  2000.
8       Q.   Since 2000 had you become aware of any
9  complaints prior to Katrina of formaldehyde in a Gulf
10 Stream unit provided for temporary housing?
11      A.   No, sir.
12           MR. WEINSTOCK:  That's all the questions I
13 have.
14
15      EXAMINATION BY COUNSEL FOR DEFENDANT FLEETWOOD
16 BY MS. DALY:
17      Q.   My name is Taylor Daly, and I represent
18 Fleetwood.  I'm going to follow up on Mr. Weinstock's
19 questions.
20           With respect to Fleetwood, are you aware of
21 FEMA representatives going to facilities to look at
22 construction?
```

Martin Edward McNeese                                              July 14, 2009
                           Washington, DC

                                                                        Page 1

1                  UNITED STATES DISTRICT COURT
2                     DISTRICT OF LOUISIANA
3                      NEW ORLEANS DIVISION
4    In Re:   FEMA Trailer      )
5    Formaldehyde Products      ) MDL No. 1873
6    Liability Litigation       )
7
8                                   Washington, D.C.
9                                   Tuesday, July 14, 2009
10   Videotape Deposition of MARTIN EDWARD McNEESE, called
11   for examination by counsel for Plaintiffs in the
12   above-entitled matter, the witness being duly sworn
13   by CHERYL A. LORD, a Notary Public in and for the
14   District of Columbia, taken at the offices of NELSON
15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution
16   Avenue N.W., Suite 900, Washington, D.C., at
17   9:03 a.m., and the proceedings being taken down by
18   Stenotype by CHERYL A. LORD, RPR, CRR.
19
20
21
22

PLAINTIFF'S EXHIBIT L

Page 101

1  experience would have been working with travel
2  trailers in hurricane disaster areas, including the
3  Gulf Coast in Florida?
4      A.   That's correct.
5      Q.   Is -- am I also correct that to the best
6  of your knowledge and experience working with travel
7  trailers prior to Hurricane Katrina, you weren't
8  aware of any health concerns associated with
9  formaldehyde in the travel trailers; is that right?
10     A.   That's correct.  I was not.
11     Q.   And you dealt directly with occupants,
12 didn't you, in those other hurricane disaster areas
13 from time to time?
14     A.   I did.
15     Q.   And again, prior to Hurricane Katrina, you
16 weren't aware of any complaints by occupants relating
17 to formaldehyde or health effects of living in these
18 trailers?
19          MR. MILLER:  Objection, compound.
20     A.   Yeah,.
21          Actually I was not aware of any.
22          BY MR. SCANDURRO: