Page 1

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2

3

4    IN RE:  FEMA TRAILER         MDL NO. 1873

5    FORMALDEHYDE PRODUCTS        SECTION "N" (4)

6    LIABILITY LITIGATION         JUDGE ENGELHARDT

7

8                         *   *   *

9

10   Videotaped Deposition of GUY NICHOLAS BONOMO,

11   taken at the offices of United Reporting,

12   Inc., 1218 S.E. 3rd Avenue, Fort Lauderdale,

13   Florida, 33316, on Friday, August 21, 2009.

14

15

16

17   REPORTED BY:

18       DARLINE MARIE WEST, RPR
         UNITED REPORTING, INC.
19       (954) 525-2221

20

21   VIDEOGRAPHER:

22       RICK RECCHI
         UNITED REPORTING, INC.
23       (954) 525-2221

24

25              -   -   -


PLAINTIFF'S
EXHIBIT
M

19

1    basically what took place.

2        Q.    So when you say it came down, again, are

3    you talking about from OGC?

4        A.    No.  From my boss.  My boss, George Smith,

5    was my immediate supervisor, and who informed him of

6    it.  I mean, we had to mitigate the problem somewhat

7    and get the word out.

8        Q.    Okay.  Let's delve into that.

9              First of all, who's George Smith?

10       A.    Ought the IA Section Chief.  He was my

11   boss.

12       Q.    And when you say that we had to "mitigate

13   matters," what do you mean by that?

14       A.    Well, I mean, to, you know, get some public

15   awareness out there to people who were in the

16   Emergency Housing Units.  You know, we were as

17   surprised as the applicants, you know.  We had no

18   idea.  I didn't personally.

19       Q.    You had no idea about what?

20       A.    That there was a formaldehyde issue.  So we

21   wanted to get the word out there.  I mean, it was

22   very serious, and we took it very serious.

23       Q.    What was your understanding as to what the

24   issues were concerning formaldehyde?

25       A.    My understanding, at that particular time,