UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to:  *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

**************************************************************************

### GULF STREAM COACH, INC.'S MOTION IN LIMINE
### TO LIMIT EXPERT TESTIMONY OF JANET BARNES, M.D.

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which hereby respectfully moves this Honorable Court *in limine* to Limit the Expert Testimony of Janet D. Barnes, M.D., to the extent Dr. Barnes has opined that formaldehyde exposure caused various physical symptoms in plaintiff Christopher Cooper. Dr. Barnes' causation opinions are not based on reliable scientific methodology, are outside of her area of expertise, are not relevant and would not assist a trier of fact. Accordingly, they should be excluded under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals*, and the *Daubert* progeny.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,
        PFISTER, & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495
        JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Fax: (504) 837-3119
        andreww@duplass.com

jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## C E R T I F I C A T E OF SERVICE

I hereby certify that on the 26th day of August, 2009, a copy of the foregoing Gulf Stream Coach, Inc.'s Motion in Limine to Limit Expert Testimony of Janet Barnes, M.D., was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

2