Janet D. Barnes
June 4, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION


IN RE: FEMA TRAILER      *   MDL NO. 1873
FORMALDEHYDE PRODUCTS    *
LIABILITY LITIGATION     *   SECTION:  N(5)
                         *
This Document Relates    *   JUDGE: ENGELHARDT
to:  Charle AGe, et      *
al. v. Gulf Stream       *   MAG: CHASEZ
Coach Inc., et al,       *
Docket No. 09-2892       *
* * * * * * * * * * * * * * * * * * * * * * *



     Videotaped deposition of JANET DUNCAN
BARNES, M.D., M.B.A., 3600 Prytania Street,
Suite 50, New Orleans, Louisiana 70128,
taken at the offices of Lambert & Nelson,
701 Magazine Street, New Orleans, Louisiana
70130, on Thursday, the 4th, of June, 2009.


APPEARANCES:


     CHRIS PINEDO
     ATTORNEY AT LAW
     4550 Jericho
     Corpus Christi, Texas  78413
          (Representing the Plaintiffs)


     BUZBEE LAW FIRM
     (BY:  Peter K. Taaffe, Esquire)
     600 Travis, Suite 7300
     Houston, Texas  77002
          (Representing the Plaintiffs)

Janet D. Barnes
June 4, 2009

Page 11

1          A.     No.

2          Q.     In this case, am I correct that

3     you met with Mikal Watts sometime before May

4     5th, 2009?  And I will hand you a letter

5     from Mr. Watts dated May 5th, 2009, which

6     I'll mark as Barnes 1.

7          A.     Okay.  Yes.

8          Q.     Do you -- do you have a record

9     of how many times you either met with or

10    spoke with lawyers for Chris Cooper and

11    Alana Alexander?

12         A.     Personally, I spoke prior to

13    that.  I spoke again within the last few

14    days and today.

15         Q.     Mr. Watts sent you a package of

16    approximately ten articles?

17         A.     Uh-huh (affirmative response).

18         Q.     Yes?

19         A.     (Nods affirmatively).

20         Q.     You need to answer out loud.

21         A.     Huh?

22         Q.     You need to answer verbally.

23         A.     Yes.

24         Q.     Did you review all ten of those

25    articles?

Janet D. Barnes
June 4, 2009

Page 12

1      A.      I scanned most of them.

2      Q.      Did you base your opinions on

3  those ten articles?

4      A.      As to whether -- on my decision

5  on whether there is formaldehyde-induced

6  asthma or problems?  Knowledge is power, and

7  doing more or less a retrospective analysis

8  of not only this patient but other patients

9  that I followed since Hurricane Katrina

10  who've lived in trailers, it made me more

11  aware of what we could not explain at that

12  time, leading back to an association with

13  the formaldehyde.

14          It opened my eyes up quite a

15  bit, and I think that -- so much so that

16  having been president of the New Orleans

17  Medical Association for the last five years,

18  that's one of the things I'm going to

19  introduce to the organization is that most

20  physicians are not aware of its importance.

21  But that's one of the things that we can do

22  is analyze, and -- and that's what you're

23  supposed to do.

24      Q.      Well, let's talk about that in

25  general.  Certainly you've had the

Janet D. Barnes
June 4, 2009

1   opportunity to --

2          A.     Uh-huh (affirmative response).

3          Q.     -- examine the patient, yes?

4          A.     (Nods affirmatively).   Yes.

5          Q.     Review his records, yes?

6          A.     Yes.

7          Q.     Perform any tests you deem

8   necessary?

9          A.     Yes.

10         Q.     Review the results of those

11  tests?

12         A.     Yes.

13         Q.     And you as a physician also have

14  the ability to review the -- what you

15  consider to be the relevant medical

16  literature?

17         A.     Yes.

18         Q.     And we'll get to what you

19  consider to be the relevant medical

20  literature, but am I correct that if you

21  only scanned these ten articles, you did not

22  consider those, per se, to be the relevant

23  medical literature?

24         A.     I wouldn't say that.  I -- I

25  read -- I read them -- I read all of them.

Janet D. Barnes
June 4, 2009

Page 14

1    I went back and reviewed -- after I

2    highlighted some parts, I went back and

3    reviewed those that I -- the parts that I

4    highlighted that I felt was important

5    relative to my patient, and not only that

6    particular patient but to other patients.

7    And -- and when I say "scan," I mean I

8    didn't try to consume all ten articles.

9         Q.   Other than these ten articles,

10   are there any other articles you reviewed in

11   formulating your opinions?

12        A.   No.

13        Q.   It's my understanding as a

14   result of the flooding of New Orleans East

15   that you have no medical records of your own

16   on Chris Cooper from before the storm.  Is

17   that correct?

18        A.   I can say that I haven't found

19   any.  I have boxes and boxes of charts that

20   I have not gone completely through.  I have

21   looked for it, but so far we haven't found

22   any, found his chart in particular.  I

23   probably have about 2,000 more charts to go

24   through.  So maybe it's -- it's in there,

25   but I haven't found it.

Janet D. Barnes
June 4, 2009

Page 34

1    Q.    Was he having boggy nasal

2   turbinates in his nose prior to the storm

3   that he needed -- what's the word?  I'm

4   sorry.

5        A.    Turbinates.

6        Q.    Turbinates.

7        A.    It just means your -- your nasal

8   passages are swollen.

9        Q.    And was he having that?  So you

10  prescribed the RediTabs?

11       A.    Probably he was having some

12  postnasal drainage then.

13       Q.    But you don't recall for sure?

14       A.    Well, if I gave him some

15  Claritin -- if I gave him some Claritin

16  RediTabs, he was having some postnasal

17  drainage.

18       Q.    As we sit here today, can you

19  tell me, since we don't have the records,

20  from memory whether he was having boggy

21  nasal turbinates prior to the storm?

22       A.    I can't tell you that from

23  memory.

24       Q.    So it's possible he could; it's

25  possible he couldn't?

Janet D. Barnes
June 4, 2009

Page 35

1          A.     Right.

2          Q.     All right.  When is the next

3    time you saw him?

4          A.     After October the 4th?

5          Q.     Correct.

6          A.     October the 18th.

7          Q.     What did you see him for October

8    the 18th?

9          A.     To review his labs that I had

10   drawn and to see how he was doing on -- on

11   his medicines.

12         Q.     How did his labs look?

13         A.     His cholesterol was elevated,

14   and he also had a hemoglobin electrophoresis

15   which showed that he had hemoglobin C trait,

16   which, you know, you tell them about it, but

17   my concern at that time was more about his

18   cholesterol.  He was an overweight child for

19   his age with asthma who had elevated

20   cholesterol.

21         Q.     Would he have been able to play

22   sports with asthma?

23         A.     Yes.  With -- with treatment for

24   sure.

25         Q.     What about --

Janet D. Barnes
June 4, 2009

Page 42

1    had told he needed to come back and get his

2    cholesterol checked anyway.

3             And she was concerned about

4    whether formaldehyde had anything to do with

5    him getting worse, his sinuses.

6        Q.    Now, at this point, she had been

7    out of the trailer for over a year; is that

8    correct?

9        A.    Yes.

10       Q.    What history did she give you

11   about his asthma since they moved out of the

12   trailer?

13       A.    It had improved, but he was

14   still having some episodes.

15       Q.    It wasn't the twice a week he

16   had been having?

17       A.    No.

18       Q.    As I -- well, you tell me.  Is

19   asthma a reaction in the lower lungs?

20       A.    Yes, but it's triggered -- it

21   can be triggered by the upper respiratory

22   tree.

23       Q.    What -- what factors aggravate

24   asthma or wheezing, what things?

25       A.    Allergens, if they're allergic

Janet D. Barnes
June 4, 2009

Page 70

1        A.      -- Spickett, and Bulsara,

2   Phillips, and Stick.

3        Q.      Now, the first question I have

4   for you on the Rumchev or Rumcheck --

5   Rumchev study is on page 406, if you could

6   look at Figure 1.  Figure 3.  I'm sorry.

7        A.      On what?  Where are you?

8        Q.      Page 406.

9        A.      I don't have any page numbers on

10   mine.

11        Q.      Okay.  How about ALX-EXP-4-000115?

12   Well, however you got there, you found it.

13   Looking at Figure 3, okay?  Did you review

14   Figure 3?

15        A.      I -- okay.  I see Table 1.  Is

16   this Figure 3 (indicating)?  Is that what

17   you're talking about (indicating)?

18        Q.      Yes.

19        A.      Yeah.

20        Q.      Did you review Figure 3?

21        A.      I didn't.

22        Q.      You did not?

23        A.      No.

24        Q.      What is an odds ratio?

25        A.      I don't know.

Janet D. Barnes
June 4, 2009

Page 71

1      Q.     You're not familiar with that?

2   I'm sorry.

3      A.     I'm not familiar with this

4   particular brand.

5      Q.     Okay.  But what is an odds ratio

6   in general?

7      A.     If I could read, please, maybe I

8   could.

9      Q.     Take your time.

10  MR. WEINSTOCK:

11         While she reads that, I'm going

12      to go ahead and mark the "Domestic

13      exposure to formaldehyde significantly

14      increases the risk asthma in young

15      children" by Rumchev and others as

16      Exhibit 4.

17  BY MR. WEINSTOCK:

18     Q.     Let me know when you're ready,

19  Doctor.

20     A.     Okay.

21     Q.     You're ready?

22     A.     I think so.

23     Q.     What is an odds ratio?

24     A.     An odds ratio is the probability

25  of -- relative to increasing the odds of

Janet D. Barnes
June 4, 2009

Page 72

1    getting a particular problem, a disease

2    process, or illness or disorder.

3              In this case, as -- your

4    formaldehyde, the amount of formaldehyde

5    exposed -- the amount of formaldehyde that

6    you're exposed to increased the probability

7    that it would have some increased risk

8    factor of a child having asthma on this --

9    on this particular graph.

10       Q.    Is an odds ratio below 2.0

11   statistically significant?

12       A.    Any exposure in a child is

13   significant.

14       Q.    Okay.  But from an epidemiological

15   standpoint -- well, strike that.  Maybe not.

16              Would you rely on an epidemio-

17   logical paper where the odds ratio was below

18   2.0?

19       A.    Yes.

20       Q.    Okay.  Looking at that same

21   graph, you see how the first data set is 10

22   to 29?

23       A.    Yes.

24       Q.    That's 20 points?

25       A.    Yes.

Stratos Legal Services
800-971-1127

Janet D. Barnes
June 4, 2009

Page 73

1          Q.    You see where the second data

2     set is 30 to 49?

3          A.    30 to 49, yeah, that's -- yeah,

4     that's --

5          Q.    Twenty points, correct?

6          A.    Nineteen, twenty.

7          Q.    Well, I think it's inclu --

8          A.    If you count --

9          Q.    I think it's inclusive, so.

10         A.    Right.

11         Q.    The next data set is 50 to 59.

12         A.    Yes.

13         Q.    Ten data points?

14         A.    Yes.

15         Q.    And the last data set is 60 plus?

16         A.    Yes.

17         Q.    Do you know why they split that

18    last set?

19         A.    What you mean, split it?

20         Q.    Well, they went from 20 data

21    points to 10.  Do you know why they split

22    that set?

23         MR. PINEDO:

24              Andy, where are you referring to

25         the data points?

Janet D. Barnes
June 4, 2009

1         MR. WEINSTOCK:

2               The bottom of the chart

3         (indicating).

4         A.    Okay.  To me, it just simply

5    means that the more you -- that they have,

6    the more likely they're going to have a -- a

7    greater risk, whether it's 20, whether it's

8    10.

9    BY MR. WEINSTOCK:

10        Q.    Well, if the -- I'm sorry.  Go

11   ahead.

12        A.    But why they -- they stip. that,

13   I -- I don't know.

14        Q.    And in your mind, an odds ratio

15   below 2.0 does not take away from the

16   significance of the study, correct?

17        MR. PINEDO:

18              Objection, form.

19   BY MR. WEINSTOCK:

20        Q.    I'm sorry, I didn't hear.  Did

21   you answer?  I'm sorry.

22        A.    Anytime there's an irritant

23   in -- in a child, it is significant.

24        Q.    Okay.  If you go to the last

25   page of the study before the -- right at the

Janet D. Barnes
June 4, 2009

Page 75

1    references.  It's probably the very next

2    page.  Does the last sentence of the study

3    conclude:  "Furthermore, the observation

4    that exposure to formaldehyde very early in

5    childhood is associated with asthma suggests

6    the possibility that irritants in indoor air

7    might be involved in the initiation phase of

8    asthma"?  Is that the conclusion of this

9    paper?

10        A.    You said the initiation of

11   asthma?

12        Q.    Correct.

13        A.    (Nods affirmatively).

14        Q.    Did I misread that last sentence?

15        A.    Let me see what I put on here.

16   Yes.

17        Q.    I misread it?

18        A.    That it can initiate asthma, but

19   you would also -- it also talks about

20   genetic risk factors are important in that,

21   too.

22        Q.    Okay.  But I want to get to the

23   conclusion of the study.

24              Does the -- does the study say

25   that:  "... exposure to formaldehyde very

Janet D. Barnes
June 4, 2009

Page 76

1    early ... childhood is associated with

2    asthma suggests the possibility that

3    irritants in indoor air might be involved in

4    the initiation phase of asthma"; is that the

5    conclusion of this paper?

6          MR. PINEDO:

7                Objection to form.

8          A.    I don't -- I don't see where

9    that says "initiation."

10   BY MR. WEINSTOCK:

11         Q.    Okay.

12         A.    Maybe you could point it out to

13   me.

14         Q.    I'll tell you what.  Can -- the

15   last sentence before --

16         A.    Indoor guidelines?  Am I --

17         Q.    I think -- I think I pointed you

18   to the wrong place.

19         A.    Right.  Because --

20         Q.    The last sentence before

21   "Implications."

22         A.    -- because you said the last --

23   I'm looking over here (indicating).

24         Q.    It's my mistake.

25         A.    That's not the last sentence.

Janet D. Barnes
June 4, 2009

Page 77

1      Q.    The last sentence of the

2  discussion.  You're on the right page.

3      A.    Let me see what you said.  Okay,

4  okay.  Of the discussion.  Okay.  That's

5  what, it's in the initiation phase of

6  asthma --

7      Q.    If we can --

8      A.    -- that formaldehyde can

9  initiate it?  That's what it says:

10  "Furthermore, the observation that exposure

11  to formaldehyde very early in childhood is

12  associated with asthma" suggested --

13  "suggests the possibility that irritants in

14  indoor air might be involved in the

15  initiation phase of asthma."

16          And the irritant in this case is

17  the formaldehyde.

18      Q.    If we can break this down, it

19  says possibility, correct?

20      A.    Yes.

21      Q.    You have said probability, that

22  it does cause it, correct?

23      A.    Yes.

24      Q.    Is that found in this paper?

25      A.    No.

Janet D. Barnes
June 4, 2009

Page 80

1       Q.     Okay.

2       A.     In this case in Christopher

3   Cooper, he had genetic risk -- risk factors.

4       Q.     Correct.  His father had asthma.

5       A.     Right.

6       Q.     Genetic risk -- formaldehyde is

7   not a genetic risk factor, is it?

8       A.     What did you say?

9       Q.     Formaldehyde is not a genetic

10   risk factor, is it?

11       A.     It's not a genetic risk factor,

12   but he had genetic risk factors --

13       Q.     So I asked you --

14       A.     -- which means that he would be

15   susceptible to things that could trigger his

16   asthma, more so than a healthy child who has

17   no past history or no family history or no

18   social history or exposures to anything that

19   cause asthma.

20       Q.     And in your mind, one of those

21   things was formaldehyde?

22       A.     Yes.

23       Q.     And that's why he was having

24   wheezing two or three times a week living in

25   the trailer?

Janet D. Barnes
June 4, 2009

1      A.    Yes.

2      Q.    Back to my original question.

3    Are you aware of any study that has proven

4    formaldehyde causes asthma?

5      MR. PINEDO:

6            Objection, form.

7      A.    I don't know all the studies.  I

8    have ten here, and from my experiences

9    with -- with assault to any young -- young

10   child's life -- not life, but to their

11   lungs, say, for instance, a premature baby

12   who -- who started out with poor lungs and

13   end up with asthma as they develop, any

14   assault to that particular child can

15   ultimately cause asthma; and I've seen that,

16   whether the irritant is smoke, whether the

17   irritant is formaldehyde, and the child

18   wheezes, you know, it triggers.  It can

19   trigger.

20     MR. WEINSTOCK:

21           Somebody does not have their

22     phone on mute.  Please put it on mute.

23     Thank you.

24   BY MR. WEINSTOCK:

25     Q.    Doctor, I understand what you're

Janet D. Barnes
June 4, 2009

Page 88

1          Patients with asthma, if not --

2     even if you're not exposed to an irritant

3     like formaldehyde, if not treated properly

4     can have micro damage anyway.  You put on --

5     you put in the fact that there are irritants

6     that can cause micro damage like formaldehyde,

7     which is gaseous, in a patient who is not

8     taking their medicines anyway every day, as

9     recommended by a pulmonologist, or an

10    allergen could definitely have permanent

11    damage and make their asthma worse or their

12    sinuses worse or atopic dermatitis worse.

13         MR. WEINSTOCK:

14              I'm going to attach the Wantke

15         study as Exhibit 5.

16    BY MR. WEINSTOCK:

17         Q.    And now I'm going to re-ask my

18    question.

19              Are there any other studies you

20    point to to support your belief that

21    formaldehyde causes asthma?

22         A.    All of this.

23         Q.    And, again, I'm -- I want to be

24    very clear:  Causes, not probable, not

25    possibility?

Janet D. Barnes
June 4, 2009

1          articles, but all the articles support

2          the fact that kids who are exposed to

3          formaldehyde have problems and

4          significant problems and that -- even

5          in some of them, that it's recommended

6          that, you know, that this shouldn't be.

7     BY MR. WEINSTOCK:

8          Q.    How do you in --

9          A.    Even at -- even at low, even at

10    low formaldehyde levels, there is a response

11    to it --

12         Q.    How do you measure permanent --

13         A.    -- particular problems.

14         Q.    How do you measure permanent

15    epithelial damage?

16         A.    How do I measure it?

17         Q.    How do you measure it?

18         A.    That's something that you look

19    on a microscope -- a microscope and find.

20         Q.    Which of these studies looked on

21    the microscope and found that formaldehyde

22    caused permanent epithelial damage?

23         A.    An asthmatic already has the

24    potential for epithelial damage if it's not

25    treated properly, and this child was not

Janet D. Barnes
June 4, 2009

1    taking his.  He was taking it as an as-needed

2    basis in a trailer that is filled with

3    formaldehyde material, whose mom initially

4    could not take the odor, was irritated, the

5    nasal, eyes, or whatever.

6            The mother and the daughter, I

7    did not have as -- as -- as many problems as

8    this child, who has asthma and who had had

9    severe problems with his asthma as a very

10   young child.

11           Now, you're talking about these

12   articles, but I'm talking about a child

13   who's been exposed to formaldehyde who is

14   more than likely going to have permanent

15   damage because it's an irritant.  It's a

16   chemical.

17           It's just like if I had a

18   chemical burn, whether it was superficial,

19   whether it was second-degree burn, third-

20   degree, once you get it, it's permanent.

21   It -- it's a scar there.

22           He has dysfunctional vocal

23   cords.  He's -- he -- he has no evidence

24   that he's allergic to a lot of the things

25   that were going on in New Orleans such as --

Janet D. Barnes
June 4, 2009

Page 97

1    caused permanent epithelial damage?

2          MR. PINEDO:

3                Objection, asked and answered.

4          MR. WEINSTOCK:

5                I'll tell you what.  This is not

6          going to be a seven-hour deposition.

7          I'm going to go to court and get

8          another 20 hours if it's going to go

9          like this.

10   BY MR. WEINSTOCK:

11         Q.    Please answer my question.

12         A.    Are you calm now?

13         Q.    I'm fine.

14         A.    Okay.

15         Q.    Which of these studies show that

16   formaldehyde exposure caused permanent

17   epithelial damage?

18         MR. PINEDO:

19                Objection, asked and answered.

20         A.    I have given you article -- the

21   names of articles.  I don't know.  Based on

22   what I read, so.

23   BY MR. WEINSTOCK:

24         Q.    The Rumchev article supports

25   that?

Janet D. Barnes
June 4, 2009

Page 98

1       A.      I think they all basically can

2    support it, and it's backed up by what Dr.

3    Pacheco has in hers.

4       Q.      Well, Dr. Pacheco's report, I

5    talked to Dr. Pacheco about, that was not

6    part of what you reviewed in formulating

7    your opinions.  I want to talk about what

8    you looked at when you formulated your

9    opinions.

10              In your opinion, the Franklin

11   study supports the idea that formaldehyde

12   exposure causes permanent epithelial damage,

13   correct?  The Garrett study supports the --

14   your opinion that formaldehyde exposure

15   causes permanent epithelial damage, correct?

16      A.      Uh-huh (affirmative response).

17      Q.      I'm sorry?

18      A.      That the what study?

19      Q.      The Garrett study, "Increased

20   risk of allergy in children due to

21   formaldehyde exposure in homes," demonstrates

22   evidence that formaldehyde causes permanent

23   epithelial damage, correct?

24      A.      That it supports my theory, that

25   they all basically support my theory.

Janet D. Barnes
June 4, 2009

Page 99

1          Q.    Do --

2          A.    They don't say in any of them

3     that there is microscopic damage.  I don't

4     remember reading any of that in any of them,

5     but they all state that about the exposure

6     to the formaldehyde increases the risk of

7     asthma in young children.

8          Q.    Initiation.  You made it very

9     clear.  Not exacerbation, correct?

10         A.    It increases exacer -- if it can

11    increase an -- if it can initiate an asthma,

12    it can increase -- it can -- it can

13    definitely increase an exacerbation in a

14    child who already has asthma.  If -- if

15    you've got good lungs and you can get -- get

16    an initiation of asthma, surely if you

17    already have asthma, it can trigger wheezing.

18         Q.    All these papers --

19         A.    And as far as this paper go,

20    whether they say that, some of them are

21    talking about those -- those patients that

22    are, oh, okay, like this one, like the one

23    that I just said, in young children.

24    Domestic exposure to formaldehyde can

25    increase the risk of asthma in young

Janet D. Barnes
June 4, 2009

Page 100

1    children.

2         Q.    Increases the possibility.

3         A.    So when -- and when -- and when

4    you say someone has asthma, they do not

5    outgrow asthma.

6              So the conclusion definitely

7    says that if it can increase the risk of

8    asthma in young children, surely if you

9    already have asthma, you can get

10   exacerbations, and you can have permanent

11   damage.  You already got -- you're already

12   having a genetic disposition.  You already

13   are -- are susceptible to other allergens in

14   the air.  Now you got an irritant on top of

15   all of that.

16        Q.    Okay.

17        A.    In a child who should be getting

18   better that did not; who's getting worse.

19        Q.    Am I to understand correctly

20   that you just said as long -- if it can --

21   that these papers show formaldehyde can

22   initiate asthma; therefore, you assume it

23   can exacerbate asthma?

24        A.    Yes.

25        Q.    But none of these papers studied

Janet D. Barnes
June 4, 2009

1   exacerbation, correct?

2        A.    Whether they studied exacerbation

3   or whether they study initiation, the

4   conclusion is the same is that there is some

5   problems for that asthmatic patient relative

6   to formaldehyde.  And it's just your wording.

7             Initiation is even more

8   significant than the exacerbation because

9   you already have a patient who's already

10  having problems.

11       Q.    And in your opinion, all of

12  these papers say that more probable than not

13  formaldehyde exposure causes asthma, correct?

14       MR. PINEDO:

15            Objection, form.

16       A.    Whether it causes asthma or it

17  cause an exacerbation.

18  BY MR. WEINSTOCK:

19       Q.    Let's talk --

20       A.    You're trying to change --

21       Q.    Let's talk what they studied.

22  They studied initiation, yes?

23       A.    Initiation, like I say, is -- if

24  I'm a healthy -- if I have a healthy child

25  and now he has asthma, surely a child with

Janet D. Barnes
June 4, 2009

Page 109

1        A.     -- is inflammation.

2        Q.     So according to you --

3        A.     -- airway inflammation.

4        Q.     -- the Franklin article proves

5   that formaldehyde exposure causes asthma in

6   initiation?

7        A.     No.  It says that it causes

8   airway inflammation --

9        Q.     So does --

10       A.     -- which is one of the symptoms

11  of -- one of the things that you find in an

12  asthmatic --

13       Q.     Okay.

14       A.     -- particularly when they're

15  having an asthma attack, but it's also one

16  of the things you can find with bronchitis

17  or bronchiolitis.

18       Q.     Does it show that formaldehyde

19  exposure -- does it prove that formaldehyde

20  exposure exacerbates asthma?

21       MR. PINEDO:

22            Objection to form.

23       A.     It would support it.

24  BY MR. WEINSTOCK:

25       Q.     Does it prove it, more probable

Janet D. Barnes
June 4, 2009

Page 110

1    than not?

2         A.    More probable that probably it

3    would.

4         Q.    And that's the conclusion of the

5    paper, correct?

6         A.    Uh-huh (affirmative response).

7    I said probability.

8         Q.    All right.

9         A.    And that it would increase your

10   sensitization to other allergens.

11        Q.    At what level, by the way?

12        A.    What level what?

13        Q.    What level of formaldehyde?

14        A.    Oh.  Lower than a -- it would be

15   for an adult; that children are more

16   sensitive to formaldehyde than adults would

17   be.  And for surely a child with asthma

18   would be more sensitized than a child who is

19   healthy.

20        Q.    In your opinion --

21        A.    And for sure a child that's

22   younger would be more sensitized a child

23   that's a teenager.

24        Q.    In your opinion, is formaldehyde

25   affected -- affecting asthma a dose-response

Janet D. Barnes
June 4, 2009

Page 111

1  relationship, more formaldehyde, more

2  response?

3       A.   It's more dangerous, but it

4  doesn't -- it doesn't take away the fact

5  that it could still initiate it.  And I say

6  that because some things trigger some

7  asthmatics with a lot less irritation, a lot

8  less -- a lot less exposure, a lot less

9  changes, a lot less symptoms, lot less upper

10  airways irritations, other problems --

11       Q.   Those are all possibilities?

12       A.     -- like nasal bleeding, like

13  nasal mucosal thickening, like rhinorrhea,

14  like eye irritation.  It just depends on

15  that particular person.  And any upper

16  respiratory tract problems can cause you to

17  wheeze.

18       Q.   Okay.  Is asthma -- are the

19  effects of formaldehyde on asthma dose-

20  response-related?

21       MR. PINEDO:

22            Objection, asked and answered.

23       THE WITNESS:

24            You're saying that it has to be

25            at a certain level in order to trigger

Janet D. Barnes
June 4, 2009

1    your wheezing?

2  BY MR. WEINSTOCK:

3        Q.    That's not what I asked.

4        A.    It depends on the -- on the

5  person.

6        Q.    That's not what I asked.

7        A.    Okay.  Ask again.

8        Q.    What I asked was:  Are the

9  effects of formaldehyde on asthma dose-

10 response-related, the more dose the more

11 response?

12       A.    The more dose I'm sure more

13 severe.

14       Q.    In this study, the one you cite,

15 at what level do they --

16       A.    You took -- you picked this one.

17 You're talking about --

18       Q.    No.

19       A.    Which one are you talking about?

20       Q.    Yes, but you're the one that

21 gave me these.  I didn't pick any of them.

22       A.    No, I know that; but, no.  You

23 said let's look at this one.  So you -- I

24 mean --

25       Q.    The Franklin study.

Janet D. Barnes
June 4, 2009

Page 113

1          A.      -- you started with the Franklin.

2          Q.      At what level did they find --

3     did they need to find the nitric oxide

4     levels raised, what level formaldehyde?

5          A.      Okay.  I didn't do this.  This

6     is -- I reviewed this.

7               Greater than 50.  It simply says

8     we have -- that they demonstrated that

9     exposure to formaldehyde at levels typically

10    found in homes is associated with raised

11    levels in healthy children suggesting that

12    chronic exposure to even low levels of

13    formaldehyde may induce an inflammatory

14    response in the airways.  That's in the

15    article, and I'm not --

16         Q.      It suggested it, and it may induce

17    it.  It didn't say it -- more probable than

18    not it happens, correct?

19         MR. PINEDO:

20               Mr. Weinstock, if you could let

21          her finish her answer before you ask

22          her the next question or interrupt

23          her, please.

24    BY MR. WEINSTOCK:

25         Q.      It suggested it, and it said it

Janet D. Barnes
June 4, 2009

1    may induce it.  It didn't say more probable

2    than not, did it?

3         A.    It didn't say probably, but

4    there is -- it's -- it's strong.  We have

5    demonstrated.  We have demonstrated that

6    exposure to formaldehyde at levels typically

7    found in a house is associated with raised

8    levels, even in healthy children, suggesting

9    that just a chronic exposure to even low

10   levels can induce an inflammatory response

11   in the airways.

12   BY MR. WEINSTOCK:

13        Q.    Raised levels --

14        A.    It is associated upper airway

15   inflammation or irritants or allergens can

16   trigger an asthma attack, so.

17        Q.    Raised levels --

18        A.    This right here is talking about

19   just chronic exposure --

20        Q.    Raised levels --

21        A.    -- which my patient had, chronic

22   exposure.

23        Q.    At what level?

24        A.    From May 2006 to December 2007.

25        Q.    At what level?

Janet D. Barnes
June 4, 2009

Page 115

1        A.     In a closed box, trailer, filled

2   and built with formaldehyde-laced material.

3        Q.     At what level?

4        A.     In a humidified and in a high --

5   it doesn't matter the level.

6        Q.     The level does not matter?

7        A.     This is whether it's low --

8   whether it's a low level -- they have here:

9   There was, however, significantly in higher

10  levels measured from children living in

11  homes with average formaldehyde levels

12  greater than 50.  Exhaled were 15.  You

13  know, it's right there in the results.

14       Q.     Okay.  But at what level was

15  Chris Cooper exposed?

16       A.     I don't know because I don't

17  know the level in his trailer.

18       Q.     And that doesn't matter to your

19  opinion, correct?

20       A.     He was exposed, and he was -- it

21  was evident that he was having problems, and

22  he was progressively having problems.  And

23  when I'm treating my children, the most

24  important person is my mom or my parent who

25  gives me that history, and that's what I

Janet D. Barnes
June 4, 2009

1        Q.     Yes or no?

2        A.     You want to go to the next

3    article.

4        Q.     Did this paper study asthma?

5    MR. PINEDO:

6               Objection, asked and answered.

7        A.     It mentions asthma in here.

8    BY MR. WEINSTOCK:

9        Q.     Was this a study of asthma?

10        A.     It's more about proving that

11    formaldehyde has -- it causes inflammation

12    in the lung fields by exhaled nitric oxide.

13        Q.     That's the theory, correct?  It

14    didn't prove anything, did it?

15        A.     (No response).

16        Q.     Wasn't the conclusion further

17    research is required to confirm these

18    results and explore their implications?

19        A.     It is -- it is possible,

20    therefore, that the --

21        Q.     Possible.

22        A.     -- reported immune responses

23    may result from airway epithelial damage,

24    causing increased airway permeability and

25    other inflammatory changes that could allow

Janet D. Barnes
June 4, 2009

Page 122

1    easier penetration of inhaled allergens, the

2    cells of immune system knowing that asthma.

3         Q.    Where did it say -- you added

4    the asthma.

5         A.    No.  I said:  Knowing that a

6    child --

7         Q.    Oh.

8         A.    -- who has asthma is then more

9    sensitized to other allergens or other

10   infections or whether it's viral or whether

11   it's bacterial.

12        Q.    Okay.  So if I understood you

13   correctly, you took what they said, which

14   was it is possible, not probable, it is

15   possible, therefore, that the reported

16   immune responses may, not will, may result

17   from airway epithelial damage causing

18   increased airway permeability and other

19   inflammatory changes that could allow easier

20   penetration of the inhaled allergens to the

21   cells of the immune system?

22        A.    Uh-huh (affirmative response).

23        Q.    Correct?  And nowhere does it

24   say probable, correct?

25        A.    Right.

Janet D. Barnes
June 4, 2009

1    Chris Cooper had, correct?

2         A.    I said that even low

3    concentrations of exposure can cause damage

4    in a healthy lung and surely in a lung that

5    already has the potential to wheeze.

6         Q.    At that point, any amount will

7    do, correct?

8         A.    Yes.

9         Q.    The next study is the Garrett

10   study, correct?  Okay?  Am I correct, first

11   of all, that the Garrett study is studying

12   initiation or exacerbation of asthma?

13        A.    It is talking about sensitization.

14        Q.    So is that both initiation and

15   exacerbation?

16        A.    This is talking about more

17   initiation, increased risk of allergy in

18   children due to formaldehyde exposure.

19        Q.    This is initiation?

20        A.    Uh-huh (affirmative response).

21        Q.    And, in fact, on page -- the

22   second page, first full paragraph, it says:

23   "While irritant effects of the respiratory

24   tract are a well-established consequence of

25   formaldehyde exposure above 150 ug/m3, there

Janet D. Barnes
June 4, 2009

Page 125

1    have also been suggestions of a long --

2    long-term effect on the lower respiratory

3    system of formaldehyde exposure, but the

4    results have not been consistent."  Is that

5    what it says?

6         A.    Yes.

7         Q.    Do you know what level of

8    exposure 150 ug/m3 is?

9         A.    No, I don't.

10        Q.    Do you know if Chris Cooper was

11   exposed to that level?

12        A.    I don't know that.

13        Q.    And just so we're clear, asthma

14   occurs in the lower lungs, correct?

15        A.    Yes, but it's -- it can be

16   triggered by what happens in the upper.

17   It's all one tree.

18        Q.    Moving on to -- further in that

19   paper on page 335.

20        A.    On 335?

21        Q.    335.

22        A.    Okay.

23        Q.    The first -- right at the --

24   we're not on the same page.

25        A.    Okay.

Janet D. Barnes
June 4, 2009

Page 126

1    Q.    Right at the very top it says:

2    "However, after adjusting for parental

3    allergy and parental asthma by logistical

4    regression, the odds ratio for asthma was

5    not significantly different from 1.0."  Is

6    that what it says?

7          A.    Yes.

8          Q.    And what does -- does that mean

9    anything to you, an odds ratio of 1.0?

10         A.    Probably not as high.

11         Q.    Does that mean the findings are

12   not statistically significant?

13         A.    Yes.

14         Q.    Yes?  Let me ask you a question,

15   Doctor, before we get through the rest of

16   these papers:  You didn't pull these papers,

17   correct?  They were sent to you by plaintiff's

18   counsel?

19         A.    Yes.

20         Q.    It's not your normal practice,

21   as I think you've told me, to go looking

22   through papers when a patient comes in your

23   office, correct?

24         A.    Right.

25         Q.    This is not what you do on a

Janet D. Barnes
June 4, 2009

Page 127

1    daily basis?  You don't go looking for an

2    epidemiological paper on a patient's case,

3    correct?

4         A.    No.

5         Q.    And there may be many, many more

6    papers that study formaldehyde and asthma,

7    but you didn't go looking for them, correct?

8         A.    No.

9         Q.    Because that's just not part of

10   your practice, right?

11        A.    Right.

12        Q.    You don't rely on epidemiological

13   papers, and you really didn't sit here and

14   try to interpret them very often, do you?

15        A.    No.  But I do read them, and I

16   do go to continuing medical education, and I

17   do have experience in setting up medical

18   lecture, dinner lectures, luncheon lectures,

19   and we're taught through those -- through

20   those medical lectures --

21        Q.    Okay.  Going to page --

22        A.    -- two or three months -- times

23   a month.

24        Q.    -- 336 of Garrett.

25        A.    Okay.  On what page?

Janet D. Barnes
June 4, 2009

Page 128

1  Q.  336.  You ready?  Above -- do

2  you see a sentence starting with "...

3  significantly" down to the sentence that

4  says "The odds" -- it starts "The odds

5  ratio"?

6  A.  Okay.

7  Q.  And it says:  "The odds ratio

8  for the presence of any respiratory symptoms

9  was, on the other hand, not significant."

10  A.  Okay.

11  Q.  "An apparent association between

12  asthma in children and formaldehyde exposure

13  is suggested from the bivariate analysis,

14  but the association did not remain after

15  adjusting for family-history-related

16  factors," correct?

17  A.  Yes, that's what it says.

18  Q.  So the finding of this paper was

19  there was no statistically significant

20  evidence that formaldehyde initiated asthma,

21  correct?

22  A.  But it also implies that:  "At

23  the same time, materials emitting

24  formaldehyde have become increasingly

25  popular in residential homes.  Thus, it is

Janet D. Barnes
June 4, 2009

1    possible that at least some part of the

2    increase in allergic disease could have been

3    brought about by an increase in indoor

4    formaldehyde exposure.  Coupled with an

5    increase in exposure to some indoor allergens,

6    the effect may have been synergistic, thus

7    offering a possible explanation of the rapid

8    increase in allergic diseases."

9         Q.    So my statement's correct, but

10   you feel that this other information should

11   be considered as well, correct?

12        A.    That's right.

13        Q.    Okay.  And those are possible

14   synergistic effects?

15        A.    Right.

16        Q.    Obviously things that need to be

17   studied, correct?

18        A.    Yes.

19        Q.    But nowhere does it say probable,

20   correct?

21        A.    No, it doesn't say probable.

22        Q.    And it doesn't stand for that,

23   certainly not for statistical significant

24   data, correct?

25        A.    Okay.

Janet D. Barnes
June 4, 2009

Page 130

1      Q.    Correct?  Yes?  You can say.

2  Yes?

3      A.    Yes.

4      Q.    Okay.

5  MR. WEINSTOCK:

6           We're going to attach the

7      Garrett study as Exhibit 6 and move

8      to -- I don't know how to pronounce

9      it -- the Krzyzanowski study.

10  BY MR. WEINSTOCK:

11      Q.    In that study on TABLE 3, which

12  is on page 121 --

13      A.    Give me a minute.

14      Q.    Take your time.

15      A.    Okay.  Now what -- where are

16  you?

17      Q.    And I apologize.  I skipped

18  ahead.

19           First, does this initiate --

20  study initiation of asthma or exac -- or

21  exacerbation?

22      A.    It's chronic respiratory

23  evidences of indoor formaldehyde exposure.

24      Q.    So it's not even studying

25  asthma, is it?  It's studying chronic

Janet D. Barnes
June 4, 2009

Page 133

1          answer the last question?

2          THE WITNESS:

3                He can repeat the question.

4    BY MR. WEINSTOCK:

5          Q.    Okay.  Let's start with the

6    first one.

7                Is this -- is this paper about

8    formaldehyde initiating asthma or formaldehyde

9    exacerbating asthma?

10         A.    It's about exposure to

11   formaldehyde.

12         Q.    I'm sorry.  Causing bronchitis,

13   correct?

14         A.    And also they talked about

15   asthmatics as well.

16         Q.    But they don't study whether it

17   causes asthma?  They study whether it causes

18   chronic bronchitis, correct?

19         A.    It talks about prevalent rates

20   of asthma and chronic bronchitis in children

21   and adults.

22         Q.    And it finds only a statistically

23   significant association between formaldehyde

24   exposure and asthma or chronic bronchitis in

25   people who live in houses with smokers,

Janet D. Barnes
June 4, 2009

Page 134

1      correct?

2            A.    Did you say significant or

3      insignificant?

4            Q.    Statistically significant.

5            A.    Statistically significant

6      prevalent rates of asthma and bronchitis

7      with -- with children exposed to formaldehyde.

8            Q.    But only in houses with smokers,

9      correct?

10           A.    No.   They said especially in

11     children who are exposed to smoke, not only

12     in smokers' homes.

13           Q.    But the statistically

14     significant findings were only in people

15     exposed to formaldehyde above 60 parts per

16     billion and in houses with smokers, correct?

17           A.    No.   They also said that asthmatic

18     children exposed below that were greater

19     than in children who were healthy.   So still

20     significant.

21           Q.    Which -- where did that data

22     point come from?

23           A.    It's at the beginning.   The

24     effects of asthmatic children exposed to

25     formaldehyde below 50 were greater than in

Janet D. Barnes
June 4, 2009

Page 135

1  healthy ones.  The effects on the adults

2  were less evident.  But what it does show

3  is -- is whether it's smoking along with the

4  formaldehyde that -- that there is a

5  synergistic effect.

6        Q.     The fact that there may be

7  higher rates does not necessarily make those

8  rates statistically significant, does it?

9        A.     The fact that there may be

10  higher rates, yes, it makes it -- it makes

11  it significant.

12        Q.     Any higher rate --

13        A.     If you have higher rates of

14  formaldehyde exposure, yes, it's significant.

15        Q.     No.  I think what you said was

16  higher rates of asthma.

17        A.     No.  I was talking about

18  formaldehyde.  The effects on asthmatic

19  children exposed to formaldehyde below 50.

20  This is -- they're talking about parts per

21  billion were greater than in -- in healthy

22  ones.

23            The effects in an asthmatic

24  child that was exposed to formaldehyde was

25  greater even at below 50 than in those

Janet D. Barnes
June 4, 2009

Page 136

1   children that were healthy.

2        Q.    But it's still got to be

3   statistically significant even if it's

4   greater?

5        A.    It is significant.

6        Q.    Statistically significant?

7        A.    Statistically significant.

8        Q.    Now, you just read to me the

9   commentary.  Where in the paper does it show

10  it's statistically significant?

11       A.    Respiratory effects of

12  formaldehyde at time, morning, nonasthmatic,

13  morning, asthmatics.

14       MR. PINEDO:

15            Andy, when you are talking

16       about --

17       THE WITNESS:

18            Sixty to 80.  I don't know.

19       MR. PINEDO:

20            When you're talking about

21       statistical significance, what P value

22       are you using to find that?

23       MR. WEINSTOCK:

24            I'm waiting for the doctor to

25       tell me that.

Janet D. Barnes
June 4, 2009

Page 137

1        MR. PINEDO:

2              Well, I mean, you're asking if

3        it's statistically significant, but

4        what P value are you talking about?

5        MR. WEINSTOCK:

6              Well, whatever P value she

7        places statistical significance on.

8        She's told me she does not place

9        statistical significance on a 2.0 odds

10       ratio.  So I want to know what value

11       she places --

12       THE WITNESS:

13             I told you what?  I told you

14       what?

15  BY MR. WEINSTOCK:

16       Q.    That's a great point.  Answer

17  his question.

18             At what P value does a -- an --

19  a finding lose statistical significance?

20       A.    But you said I said something

21  about --

22       Q.    Don't worry about that.  That

23  was not a question.

24             My question is:  At what P value

25  does a finding lose statistical significance?

Janet D. Barnes
June 4, 2009

Page 138

1          MR. PINEDO:

2                  I'm saying you're using the

3          term, and how are you using it for

4          her?  When you're asking --

5          MR. WEINSTOCK:

6                  I understand what you're saying.

7          I've asked the question.  I'm waiting

8          on an answer.

9          A.    It -- it's apparent that even at

10    low values, it's -- when you say "value,"

11    you're talking about whether it's 20, 40,

12    60, 80 in the graph that's respiratory

13    effects of the formaldehyde, is that what

14    you're talking about --

15          Q.    What is a --

16    BY MR. WEINSTOCK:

17          A.    -- a P value?

18          Q.    What is a P value, Doctor?

19          A.    It's the peak respiratory flow

20    rate.

21          Q.    That's what you --

22          A.    Is that what you're talking

23    about?

24          Q.    No.  I'm talking about the P

25    value, for example, on TABLE 3, the last

Janet D. Barnes
June 4, 2009

Page 139

1    column, P value.

2         A.    I have to look at it.  Oh, okay.

3    Okay.  So you're -- you're looking at

4    chronic bronchitis.  You're avoiding the

5    asthma portion.

6         Q.    Well, we can get to the asthma.

7    I'm just saying for example.  You can look

8    at TABLE 4.

9              What P value -- at what P value

10   does a finding lose statistical significance?

11        MR. PINEDO:

12             I'm going to object to the form

13        of the question.

14        A.    I said I know that the kitchen

15   was the most important place in the house.

16   BY MR. WEINSTOCK:

17        Q.    Right.

18        A.    And --

19        Q.    More important in -- more

20   important than even -- even the child's

21   bedroom, correct?

22        A.    Yes.

23        Q.    In terms of their findings.  You

24   wouldn't agree with that, would you?

25   Wouldn't you think that the bedroom would be

Janet D. Barnes
June 4, 2009

Page 140

1    more important?

2         A.    Not necessarily.

3         Q.    Okay.

4         A.    It depends on what's going in

5    the kitchen.  If you got a gaseous stove

6    or --

7         Q.    Well, we know why the levels

8    might be higher in the kitchen, but wouldn't

9    the most important location for the

10   formaldehyde to be in the child's bedroom?

11        A.    If the child stays in the

12   bedroom a lot, but if that child is not a

13   child who stays in his bedroom, no.

14        Q.    Well, we don't know that from

15   the study, do we?

16        A.    No, we don't.

17        Q.    So my question remains --

18        A.    And so for them, it -- it -- it

19   was more or less in the kitchen.

20        Q.    At what level does -- at what P

21   value does a finding lose statistical

22   significance; do you know?

23        MR. PINEDO:

24             Object to the form.

25   BY MR. WEINSTOCK:

Janet D. Barnes
June 4, 2009

Page 141

1      Q.    I'm sorry, the answer was:  I

2  don't know, correct?

3      MR. WEINSTOCK:

4          We're going to attach --

5  BY MR. WEINSTOCK:

6      Q.    Right?  You don't know, correct?

7      A.    No, I -- I --

8      MR. WEINSTOCK:

9          We're going to attach the

10         Krzyzanowski study as Exhibit 7.  And

11         I apologize.  I think you did answer

12         this, but I missed it.

13  BY MR. WEINSTOCK:

14     Q.    Was this study the initiation of

15  formaldehyde -- of asthma, the exacerbation

16  of asthma, or chronic bronchitis, or some

17  combination thereof?

18     A.    In that, some combination thereof.

19     Q.    Did it study the exacerbation of

20  asthma?

21     A.    Yes.  The effects in asthmatic

22  children.  So that would be exacerbation

23  because they already have asthma.

24     Q.    You said something earlier about

25  Chris Cooper, and I want to go back to that.

Janet D. Barnes
June 4, 2009

Page 149

1    trigger it.

2         Q.    Can it cause -- can airborne or

3    vapors formaldehyde cause it?

4         A.    Sure.

5         Q.    Can airborne or vapor formaldehyde

6    cause allergic dermatitis?

7         A.    Yes.

8         Q.    Okay.  Do you have a paper you

9    can cite me for that?

10        A.    Not a paper that I can cite you,

11   but I -- but patients have come in exposed

12   to airborne allergens have had allergic

13   reactions such as swelling of the hands,

14   swelling of the eyes, swelling of the lips,

15   and surely it can swell the lips, and they

16   can breathe.  They can get allergic responses

17   throughout the air -- the respiratory tree.

18        Q.    And it doesn't matter how much

19   formaldehyde, correct?

20        A.    The more I'm sure the worse.

21   But somebody who's already susceptible, yes,

22   who is already sensitized, yes, it can

23   increase.

24        Q.    What do you mean by an asthmatic

25   at the age of two?  How do you define a

Janet D. Barnes
June 4, 2009

Page 152

1          the Mendell study on indoor air

2          pollutants and thermal conditions in

3          schools influencing student performance.

4     BY MR. WEINSTOCK:

5          Q.    Going to the next Mendell

6     article, "Indoor residential chemical

7     emissions as risk factors for respiratory

8     and allergic effects in children: a review."

9          A.    Where?  You say indoor?  This

10    one (indicating)?

11         Q.    No.  After the power point.

12    It's the review article by Mendell.

13    (Indicating).  Here it is (indicating) .

14         A.    Oh, okay.

15         Q.    All right.  It's one thing

16    that -- well, first of all, let's start at

17    the beginning.  Did this article focus on

18    the initiation of asthma or the exacerbation?

19         A.    Initiations.

20         Q.    You don't have anything about

21    this in your notes?

22         A.    I answered.

23         Q.    Oh --

24         A.    Are you --

25         Q.    -- I'm sorry.  What was the

Janet D. Barnes
June 4, 2009

Page 153

1    answer?

2         A.    I thought you --

3         Q.    I apologize.

4         A.    Okay.  You asked me --

5         Q.    Does it deal with the initiation

6    or the exacerbation of asthma?

7         A.    Uh-huh (affirmative response).

8    And I said it was about initiating.

9         Q.    Initiating.

10        A.    Uh-huh (affirmative response).

11        Q.    So this really doesn't apply to

12   Chris Cooper other than you take it a step

13   further, if it can initiate, it can

14   exacerbate?

15        A.    Yes.

16        Q.    But it didn't study that, correct?

17        A.    It referenced:  Higher indoor

18   concentration of formaldehyde presence were

19   associated with the following:  diagnosed

20   asthma in three studies.  And, I mean, kind

21   of more like a review.

22        Q.    It is a "Review Article," correct?

23        A.    Uh-huh (affirmative response).

24        Q.    And -- by the way, did this

25   study -- did any of the articles that it

Janet D. Barnes
June 4, 2009

Page 154

1    referred to study permanent epithelial

2    damage?

3         A.    No.

4         Q.    Is one of the weakness of this

5    review article -- well, strike that.

6              On page 267, the last full

7    paragraph that starts "The simultaneous."

8    Would you agree that it finds that:  "The

9    simultaneous investigation of multiple risk

10   factors increases the likelihood of

11   'significant' findings occurring by chance"?

12        A.    Yes, synergistic.

13        Q.    Next page, bottom of 268, last

14   full paragraph.

15        A.    Where is that?

16        Q.    Last full paragraph on the page,

17   second sentence:  "Still, it is not yet

18   clear through what mechanisms inhalation of

19   relatively low levels of chemicals such as

20   formaldehyde, plasticizers, and emissions

21   from paint could increase asthma or allergies."

22        A.    I -- I don't know -- I don't

23   know where you are.

24        Q.    Right here (pointing).

25        A.    Oh, okay.

Janet D. Barnes
June 4, 2009

1      Q.    "Still" (pointing).  I'll read

2  it again.  "Still, it is not yet clear

3  through what mechanisms inhalation of

4  relatively low levels of chemicals such as

5  formaldehyde, plasticizers, and emissions

6  from paint could increase asthma or allergies."

7      A.    Yes, that goes on to talk

8  about -- "The reviewed studies have" -- "The

9  reviewed studies have associated indoor

10  chemical emissions with increased airway

11  inflammation," which is a part of asthma,

12  "allergic sensitization," which a part of

13  asthma, "and ... altered immune system

14  development in infants and children, all

15  processes involved in the genesis and

16  exacerbation of asthma."

17          They all acted synergistically

18  in this report.  And -- and it goes on to

19  talk about construction.

20      Q.    It talks about that as being

21  associations, correct?

22      A.    (No response).

23      Q.    No causation, correct?

24      A.    Where does it say association?

25      Q.    You just read it.  Back on the

Janet D. Barnes
June 4, 2009

Page 156

1    page before.  "The reviewed studies have

2    associated indoor chemical ..."

3         A.    Yes.  I read that, I'm thinking

4    it's synergistic.  Associated indoor

5    chemical emissions increased -- all of them

6    did that.  I mean --

7         Q.    You're thinking of --

8         A.    -- they -- they synergistically

9    worked.

10         Q.    That's a theory, correct, that

11    it could act synergistically, correct?

12         A.    It happens.

13         Q.    Right.

14         A.    But it happens.  It's --

15         Q.    It's not proven, but it's a

16    theory, correct?

17         A.    It happens.  A child who's been

18    exposed to -- who's been sensitized and then

19    get exposed to an irritant such as smoking.

20    I was with an asthmatic who was exposed to

21    someone's smoking and was sitting there

22    fine, and then just started -- started

23    wheezing.  I mean, went from ground zero to

24    probably respiratory rate.  Couldn't catch

25    their breath.  So things work synergistically

Janet D. Barnes
June 4, 2009

Page 157

1    in asthma.  Asthma is complex.  It's not

2    like this did this, this did that.

3         Q.    Right.

4         A.    Anything can -- they can work

5    all together and cause an acute episode.

6         MR. WEINSTOCK:

7              You want a copy of this paper

8         (indicating)?

9         MR. PINEDO:

10             No.  I have it.  I was looking

11        for Exhibit 4.

12        MR. WEINSTOCK:

13             What is Exhibit 4?  I'd be happy

14        to give it to you if I have taken it.

15   BY MR. WEINSTOCK:

16        Q.    Synergist -- studying synergistic

17   effects is very difficult to do, correct,

18   because it's different in every person?

19        A.    Yes.

20        Q.    And the doses of the two or

21   three or four different synergistic chemicals

22   are different?

23        A.    I would probably say individual

24   is more -- maybe may have a different

25   response but at different levels, but it

Janet D. Barnes
June 4, 2009

Page 158

 1    still may be there.  And if they're an

 2    asthmatic who's having problems, it's going

 3    to be exacerbated.

 4         Q.    Okay.  This Exhibit 9 we'll

 5    attach is that Review Article.  And if you

 6    can go with me in that same Review Article

 7    to the last page before all the citations.

 8         A.    Where?

 9         Q.    Page 272.

10         A.    In this article (indicating)?

11         Q.    Same article.  It says right

12    under "Implications":  "Although the

13    available studies are limited in number and

14    quality, and although" casual -- or "causal

15    relationships have not been demonstrated,

16    the findings overall suggest adverse

17    respiratory and allergic effects associated

18    with some common indoor materials in

19    residences including formaldehyde-emitting

20    materials, flexible plastics, and recently

21    painted surfaces," correct?

22         A.    Yes.

23         Q.    So they're suggesting a finding,

24    but there is no causal relationship according

25    to this paper, correct?

Janet D. Barnes
June 4, 2009

1      A.      However, formaldehyde is

2  currently the most consistently identified

3  risk factor.

4      Q.      You can say whatever you want,

5  but --

6      A.      And I think that -- that was --

7  and that was found in this one, too

8  (indicating).

9      Q.      Okay.  Well --

10     A.      When they were looking at the

11  plastics and --

12     Q.      Same author?

13     A.      Same author.

14     Q.      That's his paper?

15     A.      That formaldehyde produces a

16  higher risk.

17     Q.      Well, it didn't say that.  It's

18  the most consistently identified risk factor?

19     A.      Uh-huh (affirmative response).

20  It's consistent.

21     Q.      But that's not --

22     A.      But these --

23     Q.      That's not the same thing as a

24  higher risk?

25     A.      These values here show it as

Janet D. Barnes
June 4, 2009

Page 160

1    higher.

2         Q.    But I'm correct that this paper

3    found that they could not show a causal

4    relationship, and it was just an association,

5    correct?

6         A.    That asthma-related outcomes --

7         Q.    Can we stay with the paper a

8    moment, please, Doctor?

9         A.    I know, but, I mean, if they're --

10        Q.    We'll get --

11        A.    -- they're going back -- I mean,

12   it's the same people.  So he references

13   his -- his -- I mean, his work because in

14   here, you have plasticizers and plasters,

15   you have formaldehyde, and you --

16   formaldehyde or composite wood and the paint

17   or painting, and that's what you're talking

18   about.  You're talking about including

19   formaldehyde-emitting materials, flexible

20   plastics, and recently painted surfaces.

21   Same author.  And it's the most consistent

22   risk factor, which -- which suggests that

23   yes, it's a risk factor.

24        Q.    It's a risk factor?

25        A.    That's right.

Janet D. Barnes
June 4, 2009

Page 161

1       Q.    Which is not the same thing as

2  causation according to this author, correct?

3       A.    Anytime there is a risk in

4  anything that can cause something, it can

5  lead to some illness.

6       Q.    Lead to what?  I'm sorry.

7       A.    It can lead to that particular

8  illness.  If it's associated, if it's a risk

9  factor, it's something you want to avoid.

10      Q.    But because you don't avoid it,

11  it doesn't mean it causes it, does it?

12      A.    If you don't avoid it, and it --

13  but it shows that there is relationship with

14  you having some symptomatology from it, it

15  is something that you should avoid.

16      Q.    So from formaldehyde is something

17  you should avoid?

18      A.    That's right.

19      Q.    Okay.  But going back to what the

20  paper --

21      A.    Formaldehyde is for dead people.

22      Q.    Is for what?

23      A.    Formaldehyde is for dead people --

24      Q.    Okay.

25      A.    -- not for the living.

Janet D. Barnes
June 4, 2009

Page 162

1    Q.    Going back to what the paper

2    said, it did not demonstrate a causal

3    relationship.  It just demonstrated an

4    association, correct?

5    A.    It -- it states it's a risk

6    factor and a significant and consistent risk

7    factor.

8    Q.    Did it state -- it showed a

9    causal relationship?

10   A.    (No response).

11   Q.    Did it state that it showed a

12   causal relationship?

13   A.    It states it as a risk factor.

14   Q.    Not as a causal relationship,

15   correct?

16   A.    But it -- it also states it

17   should be avoided.  For risk factors such --

18   Q.    Please just answer my question,

19   and then say whatever you want.

20   A.    Okay.

21   Q.    Does it state that it's -- does

22   it find a causal relationship?  Is the

23   answer no?

24   A.    Let me just review this.

25   (Reading).  Okay.  It doesn't say that it

Janet D. Barnes
June 4, 2009

Page 163

1  causes it.  However, it gives you warning

2  that -- and in this, it says:  Thus, these

3  findings seem to point to a new class of

4  little recognized indoor risk factors for

5  respiratory and allergic effects, distinct

6  from the currently recognized indoor risk

7  factors such as allergens, moisture and

8  molds, endotoxins, or combustion products

9  from indoor or outdoor sources.

10          So maybe it's not saying it's

11  causal, but it -- there is concern.

12      Q.    Doctor, I appreciate that you

13  answered the question, and as I promised --

14      A.    I understand.

15      Q.    -- and as I promised, you can

16  say whatever you want.

17      A.    And I answered?

18      Q.    And you did answer my question.

19      A.    Okay.

20      Q.    Next we turn to the -- however

21  you pronounce it.  Smedje is how I pronounce

22  it.  And since there's two Smedje studies, I

23  would like to focus you on the 1997 study

24  first.

25          Is it correct that they studied

Janet D. Barnes
June 4, 2009

Page 164

1    classrooms?

2         A.    Yes.

3         Q.    Is it correct that in two-thirds

4    of the classrooms, the level of formaldehyde

5    was below the detection limit?

6         A.    I didn't get that.

7         Q.    Page --

8         A.    Where do you see that?

9         Q.    -- 1274, below "Exposure

10   measurements," middle of the paragraph.

11        A.    They were talking, I agree with

12   that.  However, it's also talking about the

13   confinement of the buildings.

14        Q.    Sure.

15        A.    Too compact.

16        Q.    Right.  And it's really not a

17   study of formaldehyde, is it?  Formaldehyde

18   is just one of many factors they looked at?

19        A.    Right, uh-huh (affirmative

20   response).

21        Q.    And if we look at Table 5 on the

22   next page, the odds ratio for formaldehyde

23   is 1.1?

24        A.    Table 5?

25        Q.    Table 5.

Janet D. Barnes
June 4, 2009

Page 165

1        A.      (No response).

2        Q.      Is that correct, the odds ratio

3   is 1.1, Table 5, formaldehyde?

4        A.      Yes, uh-huh (affirmative

5   response).

6        Q.      And the conclusion at the very

7   end is that:  "The school that should be

8   recommended to sensitive individuals should

9   be small, the classrooms should be furnished

10  so that dust-binding fittings are minimized,

11  the air exchange rate should be according to

12  standards, and the school must be maintained

13  and cleaned so that moisture damage is

14  avoided and allergen burden minimized,"

15  correct?

16       A.      Yes.

17       Q.      It's really not a study of

18  formaldehyde and asthma, correct?  It's more

19  of a study of a building, science and air

20  exchange?

21       A.      Of the structure.

22       Q.      Structure?

23       A.      But it also -- it also says that

24  it was -- that asthma was more frequent

25  among pupils exposed to higher levels of --

Janet D. Barnes
June 4, 2009

Page 166

1    of the formaldehyde.

2        Q.    But the odds ratio for that was

3    1.1, correct?

4        A.    It's 1.1, but still it made a

5    significance because you had asthma.

6        Q.    Right.  And to you that's

7    statistically significant, correct?

8        A.    That's statist -- that's --

9    statistically is significant because you --

10   you know, if you have asthma -- and to the

11   average person it may not be that important

12   to you, but to an asthmatic, it could be

13   very significant.

14       MR. WEINSTOCK:

15           Okay.  We're going to attach

16       that paper as Exhibit 10.

17   BY MR. WEINSTOCK:

18       Q.    And just to follow up on that

19   last point, you -- regardless of what the

20   odds ratio was, you found this paper supports

21   the idea that -- that formaldehyde either

22   initiates or exacerbates asthma, correct?

23       A.    Yes.

24       Q.    Okay.  Going to the paper, which

25   is the 2001 Smedje paper.  First of all, is

Janet D. Barnes
June 4, 2009

Page 169

1    Atopy, the eczema, the asthma, allergic

2    sinusitis, allergic conjunctivitis, all of

3    that.  The same family, allergy, atopy.

4         Q.    If we can go to the conclusion

5    of this paper, which I'll attach as Exhibit

6    11, is it correct that it says:  "A school

7    environment with more dust, cat allergen,

8    formaldehyde and moulds may affect the

9    incidence of asthma and sensitivity to furry

10   pets in schoolchildren"?

11        A.    Where are you?

12        Q.    The conclusion.

13        A.    Okay.  Uh-huh (affirmative

14   response).

15        Q.    It does not say that it will

16   affect the incidence of asthma, does it?

17        A.    It says may.

18        Q.    Okay.  We talked earlier today

19   about the upper airways and asthma being in

20   the lower airways.

21             To you, what is the biological

22   mechanism of injury by which asthma -- I'm

23   sorry, formaldehyde affects the lower airways?

24        A.    To start out in the upper airways.

25        Q.    Okay.  How does it get to the

Janet D. Barnes
June 4, 2009

Page 170

1    lower?

2        A.    And that -- as a gaseous

3    substance.

4        Q.    Yes.

5        A.    And -- and if you already have

6    the potential to wheeze, even something as

7    simple as a cold can trigger asthma in an

8    asthmatic.  And that meaning as a cold

9    that's in your nostrils, airway source in

10   your nostrils, it goes all the way down in

11   your alveoli, and so what affects the nose

12   can also affect the lungs.

13           So by the mere fact that they're

14   basically studies in the airway respiratory

15   tract and showing that formaldehyde

16   significantly affects the upper airway,

17   ultimately it can affect the lower respiratory

18   tree as well.

19       Q.    But how?  How does it get down

20   there?  How does it affect it biologically?

21       A.    Swelling, inflammation,

22   progression as it goes down, as they breathe

23   it in.

24       Q.    So the formaldehyde actually

25   gets --

Janet D. Barnes
June 4, 2009

Page 171

1      A.     Inflammation --

2      Q.     -- into the lower lungs?

3      A.     Inflammation, swelling, triggers

4  bronchospasms, hypersensitivity, and they

5  wheeze.

6      Q.     Okay.  Because the formaldehyde

7  gets into the lower lungs?

8      A.     It gets into -- it gets into the

9  upper airway and -- and starts a process

10  that causes allergic reaction.  Whether it

11  gets into the bloodstream, whether it gets

12  into the respiratory -- upper respiratory

13  tract and it's absorbed, it can trigger

14  wheezing.

15      Q.     In the lower?

16      A.     In the lower.

17      Q.     How?

18      A.     Same way a viral infection can

19  trigger the lower.  It -- it's just a

20  progression.  It's all one respiratory

21  trigger.

22      Q.     But does the formaldehyde get

23  into the lower tract?

24      A.     It can get into the lower tract

25  at a certain level, and an asthmatic is

Janet D. Barnes
June 4, 2009

Page 172

1    going to be more sensitive.  So for sure it

2    can go into the lower tract.

3           Q.    You said that a certain --

4           A.    But these articles basically

5    talk about the upper respiratory tract, and

6    what I'm saying is just from my experience

7    with any trigger that starts it in the upper

8    respiratory tract -- in the upper respiratory

9    tract, if that child is sensitized or if

10   that child is an atopic child, they can

11   wheeze.  They can precipitate.

12          Q.    Okay.

13          A.    And I've seen it over and over

14   and over again.  I mean, they may come into

15   my office one week with a cold, and the next

16   week they come in, they're wheezing.  It's --

17   it's -- it's a progression.  And with chronic

18   exposure, for sure, it's a progression.

19          Q.    You said that a certain level of

20   formaldehyde gets into the lower tract; is

21   that correct?

22          A.    Yes, I'm sure.

23          Q.    What level is that?

24          A.    I don't know what level, and

25   it -- and it -- and the amount may not be --

Janet D. Barnes
June 4, 2009

Page 171

1    A.    Inflammation --

2    Q.    -- into the lower lungs?

3    A.    Inflammation, swelling, triggers

4  bronchospasms, hypersensitivity, and they

5  wheeze.

6    Q.    Okay.  Because the formaldehyde

7  gets into the lower lungs?

8    A.    It gets into -- it gets into the

9  upper airway and -- and starts a process

10  that causes allergic reaction.  Whether it

11  gets into the bloodstream, whether it gets

12  into the respiratory -- upper respiratory

13  tract and it's absorbed, it can trigger

14  wheezing.

15    Q.    In the lower?

16    A.    In the lower.

17    Q.    How?

18    A.    Same way a viral infection can

19  trigger the lower.  It -- it's just a

20  progression.  It's all one respiratory

21  trigger.

22    Q.    But does the formaldehyde get

23  into the lower tract?

24    A.    It can get into the lower tract

25  at a certain level, and an asthmatic is

Janet D. Barnes
June 4, 2009

Page 172

1      going to be more sensitive.  So for sure it

2      can go into the lower tract.

3              Q.    You said that a certain --

4              A.    But these articles basically

5      talk about the upper respiratory tract, and

6      what I'm saying is just from my experience

7      with any trigger that starts it in the upper

8      respiratory tract -- in the upper respiratory

9      tract, if that child is sensitized or if

10     that child is an atopic child, they can

11     wheeze.  They can precipitate.

12             Q.    Okay.

13             A.    And I've seen it over and over

14     and over again.  I mean, they may come into

15     my office one week with a cold, and the next

16     week they come in, they're wheezing.  It's --

17     it's -- it's a progression.  And with chronic

18     exposure, for sure, it's a progression.

19             Q.    You said that a certain level of

20     formaldehyde gets into the lower tract; is

21     that correct?

22             A.    Yes, I'm sure.

23             Q.    What level is that?

24             A.    I don't know what level, and

25     it -- and it -- and the amount may not be --

Janet D. Barnes
June 4, 2009

Page 173

1    be relevant in a child with asthma.

2         Q.    Oh.  So any --

3         A.    And -- and the reason I say

4    that, just like in these articles when they

5    say even at a common household level,

6    children -- healthy children can have

7    initiation of some wheezing or chest

8    tightness.  If a healthy child can get that,

9    then a child who already has underlying

10   atopy or asthma will wheeze.

11        Q.    At any level of formaldehyde,

12   correct?

13        A.    They could.  It depends on the

14   environment, depends on if they're in a

15   closed box and everything is -- is

16   increased.  Yes, uh-huh (affirmative

17   response).

18        Q.    And you keep saying that about

19   this "closed box."  You don't think much of

20   these trailers, do you?

21        A.    No.  And the reason I don't is

22   because I've had so many patients who have

23   come in with eye irritation.  They go and

24   open up the trailer for the first time to go

25   and live in, and the complaint is, is that

Janet D. Barnes
June 4, 2009

Page 182

1    continuously having symptoms, and he didn't

2    have symptoms in Florida, so.

3         Q.    He didn't have symptoms in

4    Florida?

5         A.    He didn't -- he didn't have the

6    type of symptoms he's having in New Orleans.

7         Q.    That's the history that was

8    reported to you?

9         A.    That's the history that was

10   reported to me, and that's the history that

11   I have to go on.

12        Q.    And if the history is wrong,

13   your opinion might be wrong?

14        A.    My -- no.  The history is not

15   wrong.  The history is never wrong.  When my

16   mother steps into my office and she tells me

17   about what's going on with her child, I have

18   to believe that this mother is -- is -- is --

19   is a caregiver that is truly observing her

20   child.  She observed him enough that she was

21   willing to read the warning on a -- on a

22   particular medicine and not give it to her

23   child.

24             So she's been a mother that has

25   been compliant, she was compliant when the

Janet D. Barnes
June 4, 2009

Page 185

1    make sure you understand the question.

2          A.    And because I will not assume my

3    mother is wrong, I cannot assume my findings

4    are wrong because I believed in my mother,

5    and I believed in her exposure.

6          Q.    No matter what, correct?

7          A.    Yes.

8          Q.    No matter what she says, you

9    believe it, correct?

10          A.    I believe in what she says

11    because it is consistent with what I have

12    found in other patients.  It is consistent

13    in my experience in treating my asthmatics

14    here in New Orleans, not in other states,

15    not in other environments; and people with

16    asthma depending -- depending on your race,

17    depending on your environment, depending on

18    your genetics, depending on your medicines,

19    it can present in various ways.  It depends

20    on what you've been exposed to, whether it's

21    just smoke, whether it's bleach, whether

22    it's formaldehyde, whether you're allergic

23    to dust, whether you're allergic to mold.

24                I have to -- I have to look at

25    my patient as a whole, and I have to take my

Janet D. Barnes
June 4, 2009

Page 186

1    mother's complaint at face value.

2         Q.    And no matter what the records

3    show, you believe Mrs. Alexander and the

4    history she gave you, correct?

5         A.    Because it has not wavered.  It

6    has been consistent as -- as what I know

7    about this mother.

8         Q.    I understand.  But no matter

9    what the records show, you believe Alana

10   Alexander over anything that might be in the

11   records, correct?

12        A.    In -- in what records?  Whose

13   records?

14        Q.    Chris Cooper's records.

15        A.    In Chris Cooper's records, I

16   have to go with what my mother gave me.

17        Q.    Okay.

18        A.    And that's all I can go on.

19        Q.    Now --

20        A.    Now, if she's proven wrong,

21   she's proven wrong.  But at that moment when

22   she's in my office and my patient is having

23   troubles and I'm asking her questions and

24   she's giving me answers, then it determines

25   my choice of treatment, and I have to

Janet D. Barnes
June 4, 2009

Page 187

1    believe her because she is the caregiver.

2    There is no lawyer there.  There is no

3    doctor there.  There is no nurse there.  I

4    can only go with what my mother tells me.

5         Q.    And if she -- you said if that's

6    wrong -- if she's proven wrong --

7         A.    If she's proven wrong that --

8    proven wrong what?  She didn't -- she didn't

9    come in with a diagnosis except for the

10   child has asthma and that he's got -- he's

11   getting worse and that he needs his medicines.

12   That's what she came in.

13        Q.    She came in with a history upon

14   which you based your opinion, correct?

15        A.    Uh-huh (affirmative response).

16        Q.    Let me ask you this.

17        A.    With a past medical history that

18   substantiates what she says.

19        Q.    Let me ask you this:

20   Hypothetically, if Chris Cooper had been

21   evaluated right before he moved out of the

22   trailer and he was fine in his nasal

23   membranes, fine --

24        A.    Uh-huh (affirmative response).

25        Q.    -- and five months after he

Janet D. Barnes
June 4, 2009

Page 189

1    not had any wheezing for a year, then you

2    would not attribute his wheezing and his

3    asthma to being in a formaldehyde trailer,

4    would you?

5         MR. PINEDO:

6              Objection, form.

7         A.    Except he did.

8    BY MR. WEINSTOCK:

9         Q.    But except what I'm --

10        A.    If -- if he had not had any --

11   if he had -- in January 2008, he hadn't had

12   any wheezing since he left Florida, then I

13   couldn't relate it to the trailer.  However,

14   he did.

15        Q.    All right.  But we're close --

16        A.    He did have wheezing, and his

17   mother complained that -- that he was

18   progressively guessing worse.  And it goes

19   with -- it goes with how much he had to take

20   and how long his inhaler lasted.

21             Say, for instance -- I don't

22   know exactly when he saw the doctor in

23   Florida, but say if he saw that doctor in

24   April and it lasted from May 2006 to October

25   2007 and that was the last time that she had

Janet D. Barnes
June 4, 2009

Page 218

1          Your focus is pediatrics; is

2    that right?

3          A.    Yes.

4          Q.    You don't hold yourself out as

5    an expert in epidemiology?

6          A.    No, I don't.

7          Q.    You don't hold yourself out as

8    an expert in toxicology?

9          A.    No, I don't.

10         Q.    And you don't hold yourself out

11   as an expert in pulmonology; is that right?

12         A.    No, I don't.

13         Q.    Now, you had mentioned earlier

14   that you had highlighted parts of these ten

15   articles as you went through them?

16         A.    Yes.

17         Q.    Do you have the highlighted

18   versions up there with you?

19         A.    Yes.

20         Q.    Of these ten articles, these are

21   the only articles that you reviewed in

22   preparing your opinions in this case; is

23   that right?

24         A.    (Nods affirmatively).  Yes.

25         Q.    And these were the articles that

Janet D. Barnes
June 4, 2009

Page 253

1    So it wasn't a big pressure.

2         Q.    So you've never attempted to

3    take any board exams?

4         A.    I might have taken it once.

5         Q.    Which one?

6         A.    Pediatric board.

7         Q.    Did you pass?

8         A.    No.

9         Q.    You ever had any kind of

10   professional suspensions or discipline at all?

11        A.    No.

12        Q.    You requested some lab work on

13   Christopher Cooper through Quest Diagnostics.

14   Do you remember that --

15        A.    Yeah.

16        Q.    -- blood work?

17        A.    Yes.

18        Q.    Well, what was your reason for

19   requesting that work to be done?

20        A.    Because I hadn't seen him in

21   three years, and every child that I haven't

22   seen, I've been --

23        Q.    But you didn't --

24        A.    -- I've been getting labs.

25        Q.    But you didn't want any pulmonary

Janet D. Barnes
June 4, 2009

Page 259

1         more, but if you're satisfied with that.

2         MR. WEINSTOCK:

3             Don't start.

4         MR. PINEDO:

5             You started.

6    BY MR. WEINSTOCK:

7         Q.    We talked earlier about persistent

8    epithelial damage, correct?

9         A.    Yes.

10        Q.    And then you suggested that

11   formaldehyde was something like -- something

12   akin to getting a chemical burn; it would

13   cause that scarring, and it would never go

14   away, correct?

15        A.    That's right.

16        Q.    You do not consider the irritant

17   effects of formaldehyde to be transient,

18   correct?

19        A.    I don't.

20        Q.    Are you familiar with the

21   A-S-T-D-R toxicological profile on

22   formaldehyde?

23        A.    No.

24        Q.    Would you agree with the following

25   statement:  Additional research is necessary

Janet D. Barnes
June 4, 2009

Page 263

1    That's different.

2            Q.    And that -- that's your belief,

3    right?  That it just had astronomically high

4    levels of formaldehyde, correct?

5            MR. PINEDO:

6                Objection to form.

7            A.    Having read -- I think Dr.

8    Kornberg, I think, reported, implied that it

9    was higher than it should have been.  Some

10   of the report talk about formaldehyde being

11   higher than it should be; and knowing how

12   sensitive asthmatics are, it's a little bit

13   different.

14                I have absolutely no allergies,

15   and so my exposure or me making some or

16   being exposed to -- to things that could

17   trigger an asthmatic to wheeze or a patient

18   with eczema to start itching or somebody

19   with sinus to have -- we could be in the

20   same place and my -- my having been exposed

21   to it may not make a difference.

22   BY MR. WEINSTOCK:

23           Q.    But you think that the levels of

24   formaldehyde in the Alexander trailer

25   because it was made out of, as you said,

Janet D. Barnes
June 4, 2009

Page 264

1   just everything had formaldehyde, for example,

2   are higher than the levels you would find

3   normally in a regularly site-built home,

4   correct?

5          MR. PINEDO:

6                Objection to form.

7          A.    I -- you know, I don't -- I'm

8   not an expert on construction and about a

9   site home or a trailer.  I formulate a lot

10  of my opinions also with patients coming

11  into my office who have the same complaints

12  and at that time did not know anything about

13  formaldehyde exposure, but it's documented

14  that they were having problems, including

15  nasal, the throat, the eyes, the lungs, and

16  also giving the same complaint that when

17  they opened up the trailer for the first

18  time, they immediately began having eye

19  irritation and difficulty breathing and was

20  told to just air out the trailer.  And I've

21  had that on several occasions told to me.

22               And I think that's a little bit

23  different.  I think it was -- it's -- it was

24  concentrated, and people complained of that

25  before they found out it was formaldehyde.

Janet D. Barnes
June 4, 2009

Page 342

1          A.      It strengthens.

2          Q.      And how is that?

3          A.      Because some negatives are

4    confirmations that if your theory is that he

5    could be responding to molds and he's

6    negative to molds, then he really wasn't

7    exposed to molds, as you felt.

8                  And it's probably pretty

9    consistent because most parents who were

10   building didn't bring their kids to the

11   building site.  And the places that he did

12   attend or the places that he stayed didn't

13   have mold.  So he really didn't get exposed

14   to mold to react to mold.

15                 As well as cockroaches -- see,

16   it also means the mom was probably pretty

17   clean.  Couldn't find anything but hickory

18   trees and pecan trees and a little dust

19   mites.  Dust mites are everywhere.  He was

20   negative to cat and dog, even though he

21   stayed in someone's home who had a cat and

22   dog.  So he really wasn't getting exposed to

23   the cat and dog, apparently.

24                 And so the biggest thing is --

25   and this confirms that he definitely was

Janet D. Barnes
June 4, 2009

1    exposed to the formaldehyde, and he definitely

2    was having some -- some acute asthma attacks.

3         Q.    Due to what?

4         A.    Due to the formaldehyde.

5         Q.    And in your mind -- in your

6    mind, is it simple -- similar to a

7    differential diagnosis that seeing the lack

8    of the allergic response helps you rule out

9    that the asthma was related to mold or to

10   cockroaches or other things?

11        A.    Yes.

12        Q.    And it helps you rule that out.

13   Does it in any way strengthen your opinion

14   with regard to formaldehyde?

15        A.    Yes.

16        Q.    And explain that to the ladies

17   and gentlemen of the jury.

18        A.    When you -- when you're -- when

19   you have a differential diagnosis and you

20   are testing for things, possibilities that

21   could cause a particular illness or disorder

22   or disease or -- or an exacerbation, you

23   look for things that would be in that person's

24   environment, and you would have expected post-

25   Katrina that molds would have been in that

Janet D. Barnes
June 4, 2009

Page 358

1    was contained in the trailer that Christopher

2    Cooper was living in when it was tested in

3    January of 2008; is that right?

4         A.    Yes.

5         Q.    And, in fact, if we look at the

6    manufacture date, what we know is this level

7    of -- this level that was in the trailer

8    that Christopher Cooper was living in was

9    approximately three years after it was

10   manufactured if it was manufactured in

11   December of 2004; isn't that right?

12        A.    Yes.

13   MR. PINEDO:

14            Nothing further.

15   MR. DINNELL:

16            Can I just clarify one thing?

17   EXAMINATION BY MR. DINNELL:

18        Q.    You said you lived in a FEMA

19   trailer at some point in time earlier, right?

20        A.    (Nods affirmatively).

21        Q.    You're not a plaintiff in this

22   lawsuit, are you?

23        A.    No.

24        Q.    Have you filed any claims relating

25   to your time in the FEMA trailer?

Janet D. Barnes
June 4, 2009

Page 359

1      A.    No.

2      Q.    None?

3      A.    I haven't -- well, I haven't --

4  I had -- what I want to say?  I had one of

5  my parents bring me a -- a paper to file,

6  and after reviewing these articles and

7  stuff, I will be filing.

8      Q.    Okay.  And you'll be retaining

9  an attorney presumably in connection with

10 your time in the FEMA trailer?

11     A.    I'll fill out if there's an

12 attorney there with the papers.

13     MR. DINNELL:

14          Nothing further.

15     MR. WEINSTOCK:

16          I do have a followup on that.

17 EXAMINATION BY MR. WEINSTOCK:

18     Q.    Have any of your relatives filed

19 suit against any of the trailer manufacturers?

20     A.    My children.  And they just did

21 that this week.  And that was recommended by

22 me because my daughter was pregnant during

23 the time that she stayed in the FEMA trailer.

24     Q.    Anybody else that you're related

25 to, parents --