Dr. Karin Ann Pacheco
July 15, 2009

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            *       MDL NO. 1873
       FORMALDEHYDE            *
       PRODUCTS LIABILITY      *       SECTION: N(5)
       LITIGATION              *
                               *
Charlie Age, et al., v.        *
Gulf Stream Coach Inc, et al.  *
Docket No. 09-2892             *


VIDEOTAPE ORAL DEPOSITION OF
KARIN ANN PACHECO, M.D., M.S.P.H. - VOLUME I
July 15, 2009


       VIDEOTAPE ORAL DEPOSITION OF KARIN ANN
PACHECO, M.D., M.S.P.H., produced as a witness at the
instance of Gulf Stream Coach, Inc., and duly sworn, was
taken in the above-styled and numbered cause on the 15th
of July, 2009, from 3:41 p.m. to 6:41 p.m., before Carla
D. Capritta, RPR, in and for the State of Colorado,
reported by machine shorthand, at the conference room of
National Jewish Hospital 1400 Jackson Street, Denver,
Colorado 80206, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record or
attached hereto.

Dr. Karin Ann Pacheco
July 15, 2009

Page 38

1  that.
2          You state here, "Although allergies to
3  formaldehyde have been reported, they are rare,"
4  correct?
5       A.   Yes.
6       Q.   In anything in your workup, did it indicate
7  that he had an allergy -- an allergic response to
8  formaldehyde?
9       A.   Other than the skin rash behind his knees, no.
10 He didn't really describe allergic symptoms -- which we
11 would characterize by itching, sneezing -- to
12 formaldehyde.  He didn't report those in the trailer.
13 They were more irritant-type symptoms.
14      Q.   And as we sit here today, you're not
15 diagnosing him with IgE-mediated asthma as a result of
16 formaldehyde exposure, correct?
17      A.   No.
18      Q.   My statement's correct?
19      A.   Yes.
20      Q.   It's the way I ask questions.  It drives
21 everybody crazy.  You're just one of them.
22           We can turn to the test data that you had run.
23 I'll try to hand you the pages we need.  It's in another
24 report.  Okay.  You had PFTs from him?
25      A.   Yes.

Dr. Karin Ann Pacheco
July 15, 2009

Page 53

a sinus CT can pick up whether or not there's mucosal thickening. That is sort of the demonstration of sinusitis. This can be acute and chronic.

Q. Did you see scarring?

A. Scarring wasn't described. There was mucosal thickening.

Q. Did you see any permanent epithelial damage?

MR. PINEDO: Objection, form.

A. You -- you -- you don't actually visualize the epithelium on the CAT scan.

Q. (By Mr. Weinstock) How would you see the epithelium? Laryngoscopy?

A. Probably on biopsy.

Q. Okay. Can you do it without a biopsy?

A. Chronic asthma can cause what's called airway remodeling.

Q. Which you've described, yes?

A. Which I -- I think he had. That is related to hypertrophy of the base of the membrane, you know, smooth muscle hyperplasia. There can be damage to the airways epithelium. So that indirectly one could say he probably has epithelial scarring, but if you really want to say epithelial scarring, then you need a piece of tissue.

Q. So if he has epithelial scarring, it's the

Dr. Karin Ann Pacheco
July 15, 2009

Page 54

1  result, in your mind, of his long-term asthma?
2         MR. PINEDO: Objection, form.
3     A.  I don't -- I don't think I can say.
4     Q.  (By Mr. Weinstock) Okay. Can -- can you say
5  it was certainly a plausible cause, you could not remove
6  his poorly treated asthma? Or suboptimally treated, I
7  believe, was your word.
8     A.  That I could not -- I'm sorry. Say that
9  again.
10    Q.  Let me find what you said. Then we'll go over
11 it. Okay. "It is equally plausible that the patient's
12 asthma would have" -- no, that's not it.
13        Here we go. Page 7, last paragraph,
14 "Nonetheless, the patient's test results document
15 moderately severe [broncho] bronchial
16 hyperresponsiveness, as well as a component of fixed
17 airflow obstruction. This likely reflects a long
18 history of asthma that has been suboptimally treated."
19        Is that correct?
20    A.  Yes.
21    Q.  Do you still believe that today?
22    A.  Yes, I do.
23    Q.  Skip a sentence. Then you state, "Chronic
24 untreated asthma can lead to airways remodeling and
25 scarring with fixed airflow obstruction that no longer

Dr. Karin Ann Pacheco
July 15, 2009

Page 55

1  completely reverses with inhaled bronchodilator."
2          Is that correct?
3      A.  Yes.
4      Q.  So that you believe he had airway remodeling
5  and scarring based on suboptimally treated asthma?
6      A.  In part, yes.
7      Q.  Okay.  I think I asked, but I don't know that
8  we got to an answer.  On the CAT scan, there's no way to
9  see permanent epithelial damage you would have actually
10 had to get a biopsy, correct?
11     A.  Of the sinuses.
12     Q.  Where else would you have permanent epithelial
13 damage?
14     A.  Well, in -- in the lungs.  And the chest CT
15 described mild central bronchial wall thickening; with
16 patchy areas of air trapping; scarring, or atelectasis.
17 Means a little bit of collapse of the right middle lobe.
18 So it's possible that the bronchial wall thickening
19 reflected epithelial scarring.
20     Q.  From his asthma?
21     A.  Yes.
22     Q.  Okay.  What would a pulmonary function test
23 flow loop look like if somebody had vocal cord
24 dysfunction?
25     A.  Typically, classically, the -- the expiratory

Dr. Karin Ann Pacheco
July 15, 2009

Page 66

1        A.    No.
2        Q.    It's not -- what's a LOAEL, Doctor?
3        A.    "Lowest observable effect level."
4        Q.    It's not a NOAEL --
5        A.    Actually, "lowest observable adverse effect
6    level."
7        Q.    It's not a NOAEL, is it?
8        A.    No.
9        Q.    What's a NOAEL, Doctor?
10       A.    The "no observable adverse effect level."
11   Usually those are related to cancer endpoints.
12             THE REPORTER:  Are what?
13       A.    Cancer endpoints.
14       Q.    (By Mr. Weinstock)  Usually?
15       A.    Usually.
16       Q.    Certainly the ATSDR chronic MRL is not related
17   to a cancer endpoint; isn't that correct, Doctor?
18       A.    Yes.
19       Q.    My statement's correct?
20       A.    Yes.
21       Q.    You said previously that he, that Chris
22   Cooper, did not have formaldehyde-related, IgE-mediated
23   asthma, correct?
24       A.    To my knowledge, no, he did not.
25       Q.    And so there's really no point in reviewing

Stratos Legal Services
800-971-1127