# AFFIDAVIT OF JUDD E. SHELLITO CONCERNING IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority personally came and appeared:

## JUDD E. SHELLITO, M.D.

who, after being duly sworn by me, did depose and say that the information contained in the attached report is true and accurate to the best of his knowledge.

_____
JUDD E. SHELLITO, M.D.

Sworn to and subscribed
before me, this 20th day of
August, 2008.

_____ # 29063
NOTARY PUBLIC  Aaron Ahlquist

My commission expires  at death

# AFFIDAVIT OF JUDD E. SHELLITO CONCERNING
# IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority personally came and appeared:

## JUDD E. SHELLITO, M.D.

who, after being duly sworn by me, did depose and say that the information contained in the attached report is true and accurate to the best of his knowledge.

_____
JUDD E. SHELLITO, M.D.

Sworn to and subscribed
before me, this 20th day of
August, 2008.

_____ # 29063
NOTARY PUBLIC Aaron Ahlquist

My commission expires at death

1

**LSU Health Sciences Center**

NEW ORLEANS

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

School of Medicine
Department of Medicine
Section of Pulmonary/Critical Care Medicine

August 18, 2008

To Whom It May Concern:

Introduction
This report is intended to present my opinion regarding potential adverse health effects of formaldehyde contained in temporary housing units (travel trailers, park models, and mobile homes) used to house displaced residents of Louisiana and Mississippi following Hurricane Katrina on August 29, 2005 and Hurricane Rita on September 24, 2005. These units were provided to eligible residents by the Federal Emergency Management Agency (FEMA) as part of the emergency response to the storms. While intended as temporary housing, many of these units were actually occupied by adults and children for a period of years, as their homes were being rebuilt or new housing was located. In fact, many of these temporary housing units are still occupied and in use, particularly those located on private property rather than in group sites.

Exposure to formaldehyde within these units takes place mainly through inhalation or breathing in of formaldehyde gas. Thus, potential hazards from such exposures could involve diseases of the lungs or airways, also including the nose and sinuses. I am currently Chief of the Section of Pulmonary and Critical Care Medicine at Louisiana State University Health Sciences Center (LSUHSC) in New Orleans, Louisiana. I am board certified in Internal Medicine and Pulmonary Medicine and serve as the Lowenstein Professor of Medicine at LSUHSC. On the foundation of my training and experience, I feel that I am qualified to express an opinion about formaldehyde exposures in the housing units provided by FEMA as they might affect the respiratory tract (nose, sinuses, and lungs).

Background
Formaldehyde is used in a variety of components that make up mobile homes/units, and the air exchange rate within a mobile home is less than for conventional homes. For the same reasons, formaldehyde is a potential concern for owners of recreational vehicles. Release of formaldehyde into the air from manufactured products is called "off gassing". This is most evident shortly after manufacture and then declines. The process is accelerated by higher temperatures and higher humidity. FEMA conducted tests in March of 2006, apparently concerned not about housing unit residents but for their workers who were involved in moving and setting up the units within the hurricane affected areas. FEMA found that formaldehyde concentrations were detectable but below the OSHA recommended limits. These concentrations fell significantly, when the units were ventilated for 3.5 hours. They recommended that FEMA employees be given formaldehyde training and that notices be placed on these housing units prior to delivery.

Complaints about odors from Mississippi residents of FEMA units were investigated by the Sierra Club in April Of 2006. They found detectable concentrations in a majority of units tested.

Louisiana State University Health Sciences Center • 1901 Perdido Street, Room 3205 • New Orleans, Louisiana 70112
phone (504) 568-4634  fax (504) 568-4295  www.lsuhsc.edu

In September, 2007, FEMA collected air samples from 96 new housing units in Baton Rouge, LA. The units had been closed up for 6 weeks before sampling. The opening concentrations of formaldehyde in the units averaged 1,200 ppb (parts per billion). However, when the windows and vents were opened, the indoor concentrations of formaldehyde dropped below 300 ppb after 4 hours and remained lower. Using the air conditioner with one open vent in the bathroom also reduced levels but not as much. FEMA recommends ventilation, if a unit has been closed up for several days. FEMA asked the CDC to help with a study of indoor formaldehyde exposures in FEMA units occupied for long periods of time. A final report of this CDC study was released dated July 2, 2008 (1). The CDC found that formaldehyde levels within temporary housing units averaged 77 ppb. This level is higher than those found in manufactured homes (34 ppb) and site-built homes (34 ppb) (2). The CDC acknowledged that their studies were conducted in colder winter months and in older units and likely under-estimate formaldehyde exposures when the units were new or during hot and humid weather.

Pathophysiology of Formaldehyde Inhalation
Formaldehyde is a respiratory irritant. That is to say that inhaled vapors or fumes of formaldehyde can irritate the cells lining the nose, throat, and bronchi resulting in acute symptoms of nasal discharge, nose bleeds, sore throat, watery eyes, hoarseness, and cough. As a rule, these symptoms are transient and resolve completely once the worker removes him or herself from exposure. The very fact that these compounds are irritants decreases the likelihood that workers will endure prolonged exposure. The odor threshold for formaldehyde is 50 ppb (3). There is increasing interest in possible permanent or long-term pulmonary reactions to irritant exposures at all levels (4). Formaldehyde is also a sensitizer, which means it can stimulate the immune system to develop a reaction to the chemical. A well recognized immune reaction for topical formaldehyde exposure is contact dermatitis. Formaldehyde is also a carcinogen which means that exposure to the chemical can cause cellular changes that result in cancer (http://monographs.iarc.fr/ENG/Monographs/vol88/mono88-6.pdf).

Potential toxic effects from any inhalational exposure relate to 3 factors in addition to the chemical properties of the specific compound: the intensity of the exposure, the duration of the exposure, and the susceptibility of the individual in question. There has been considerable study of worker groups who may be exposed to formaldehyde on the job: agricultural workers, anatomists, beauticians, biologists, bookbinders, botanists, chemical production workers, cosmetic formulators, crease-resistant textile finishers, disinfectant makers, disinfectors, dress-goods shop personnel, electrical insulation makers, embalmers, embalming fluid makers, fire proofers, formaldehyde production workers, formaldehyde resin makers, foundry employees, fumigators, fur processors, furniture makers, glue and adhesive makers, hide preservers, histology technicians (including necropsy and autopsy technicians), ink makers, lacquerers and lacquer makers, medical personnel (including pathologists), mirror manufacturers, paper makers, particle-board makers, photographic film makers, plastic workers, plywood makers, rubber makers, taxidermists, textiles mordanters and printers, textiles water proofers, varnish workers, wood preservers (5). Studies of these worker groups have uncovered potential health hazards related to formaldehyde exposure (6) and have stimulated the establishment of OSHA standards for workplace exposures to formaldehyde (7). Relatively less is known about possible toxicity related to residential or environmental exposures to formaldehyde.

Potential Toxicity Related to Resident Exposures in Temporary Housing Units
    Dose- As noted above, the latest CDC study of temporary housing unit residents found an average of 77 ppb formaldehyde in the housing unit interiors. This is likely to be an underestimation of the actual level experienced by the residents for reasons mentioned above. Is this level of 77 ppb a harmful level of formaldehyde? According to the CDC final report (1), the World Health

Organization guideline for short term formaldehyde exposure is 100 ppb for 30 minutes and the California Office of Environmental Health Hazard Assessment guideline for office exposures is 23 ppb. The Occupational Health and Safety Administration recommends a time weighted average for a 10 hour/day exposure over a 40 hour week of 750 ppb (7). The National Institute of Occupational Safety and Health recommends a time weighted average of 16 ppb with a 15 minute ceiling exposure limit of 100 ppb for short term exposures (8). The Agency for Toxic Substances and Disease Registry (ATSDR) recommends that exposures to formaldehyde should not exceed a minimum risk level of 40 ppb for acute exposures, 30 ppb for intermediate exposures, and 8 ppb for chronic exposures (9). These limits were for noncancer adverse effects only. It should be obvious that there is variability in recommended exposure limits for formaldehyde, particularly between worker exposures versus residential or environmental exposures (see below under Host Susceptibility). Nevertheless, as a result of the most recent study of formaldehyde in FEMA units (1), the CDC recommended that FEMA relocate all Gulf Coast residents displaced by Hurricane Katrina still living in units. CDC also recommended a long-term health study with a respiratory focus of children who resided in FEMA units and mobile homes in Louisiana and Mississippi. <u>It is my conclusion that residents of FEMA units were exposed to a dose of formaldehyde that exceeded levels accepted by the ATSDR as associated with adverse non-cancer health effects.</u> This conclusion is based on the fact that documented exposures in FEMA units exceeded ATSDR limits, which apply to residential in addition to workplace exposures.

Duration of Exposure- Individuals displaced by the Hurricanes resided in these units for periods ranging from a few months to a few years. In fact, many FEMA-supplied units are still occupied. <u>It is my conclusion that residents of FEMA-provided housing units were exposed to formaldehyde for a sufficient duration of time to pose a potential health hazard.</u>

Host Susceptibility- It should be emphasized that workplace exposures to formaldehyde tend to be high intensity exposures and to involve healthy working populations. It is not clear that conclusions derived from such studies can be applied to low intensity and more chronic exposures such as experienced by residents of these temporary housing units. More importantly, the unit residents potentially exposed to formaldehyde were not just healthy adults but included children, the elderly, and persons with pre-existing diseases, such as asthma, emphysema, allergic rhinitis, sinusitis, and heart disease. Such individuals are recognized to be more sensitive to a variety of irritant exposures and to represent a subset of individuals who may be especially susceptible or vulnerable to adverse effects from formaldehyde exposure. The concept of susceptible subpopulations is a key concept in the field of occupational and environmental medicine. As a result, toxin exposure limits for residential and environmental exposures are considerably lower than the same limits for worker exposures. In fact, the CDC recommended that priority be given for relocation from these housing units to children, the elderly, and those with chronic diseases (1). <u>It is my conclusion that residents of FEMA-provided housing units included susceptible populations that may experience adverse health effects at very low levels of formaldehyde exposure.</u>

Thus, on the basis of dose, duration, and host susceptibility, I conclude that individuals residing in FEMA-supplied housing units following Hurricanes Katrina and Rita were exposed to a potential health hazard in the form of formaldehyde. What are these potential health hazards?

<u>Nonmalignant Effects of Formaldehyde Exposure Relevant to Residence in FEMA-provided Temporary Housing Units</u>
As mentioned above, inhaled formaldehyde is an irritant and may cause nasal discharge, sore throat, and cough. These are temporary but troublesome symptoms and may cause affected individuals to take time off from work or school. Many of the residents of FEMA-provided housing units developed such symptoms after taking up residence in the units and attributed them to viral

infections such as colds or bronchitis. <u>It is my conclusion that upper respiratory tract symptoms or bronchitis showing a temporal relationship to residence in FEMA-provided housing units can be causally linked, in part, to formaldehyde exposure within these units.</u>

In addition to being an irritant, formaldehyde is a sensitizer, that is to say it can stimulate the immune system to cause allergic reactions to it. This is particularly true for skin exposures, where formaldehyde is a recognized cause of contact dermatitis. With regard to formaldehyde, cases of low-level formaldehyde induced allergic asthma have been reported in the scientific literature (10,11). Asthma has also been reported to occur more commonly in children whose bedrooms have detectable levels of formaldehyde (12,13). The National Asthma Education and Prevention Program has concluded that formaldehyde and other volatile organic compounds are potential risk factors for asthma (14). <u>Thus, it is clear that some low-level and more chronic irritant exposures including formaldehyde can cause irritant-induced asthma or allergic asthma. Some of these temporary housing unit residents have developed a clinical picture consistent with asthma showing a temporal relationship between asthma symptoms and residence in the units. It is my conclusion that these new cases of asthma can be causally linked, in part, to formaldehyde exposure within the FEMA units.</u>

Because inhaled irritants contact the tissues lining the nose, sinuses, and lung airways, low level exposures to irritants including formaldehyde can cause <u>aggravation of pre-existing lung disease</u>, particularly asthma and chronic obstructive pulmonary disease (e.g. emphysema). This is because patients with these lung diseases may be extremely sensitive to concentrations of irritating dusts or fumes which are well tolerated by normal individuals. Such exposures may trigger bronchospasm or narrowing of the lung airways with resultant chest tightness, shortness of breath, and wheezing. In some cases, this may result in a clinical exacerbation of their lung disease that lasts for several weeks, requiring hospitalization or more aggressive treatment by their physician. Symptoms of chest tightness and shortness of breath have been linked to formaldehyde exposure in trailer residents (15). Exacerbation of symptoms of lung disease has been reported in other studies of low-level formaldehyde exposures (13,16,17). Low-level exposures to irritants may also cause <u>aggravation of pre-existing nasal or sinus disease</u> through the same mechanisms. <u>Aggravation of pre-existing heart disease</u> may follow irritant exposures as well, probably through vasoconstriction or hypoxemia. <u>Many of the residents of FEMA-provided temporary housing units experienced a worsening of pre-existing lung, heart, or sinus disease that had a temporal relationship to their residence in the units. It is my conclusion that this worsening of pre-existing disease can be attributed, in part, to inhalation of formaldehyde within these units.</u>

<u>Malignant Effects of Formaldehyde Exposure</u>
The International Agency for Research on Cancer has classified formaldehyde as a definite human carcinogen and concluded that exposure to formaldehyde can cause nasopharyngeal cancer (*http://monographs.iarc.fr/ENG/Monographs/vol88/mono88-6.pdf*). The evidence that formaldehyde causes cancer at other sites, including lung cancer, was not felt to be conclusive. <u>It is my opinion that any new cases of nasopharyngeal carcinoma detected in FEMA housing unit residents are causally related, in part, to formaldehyde exposure.</u> This opinion is not meant to exclude other causes of this form of cancer (e.g. alcohol, tobacco, EBV). As with all cases of multiple exposures to carcinogens, there is no rational way to apportion causation between formaldehyde and these other causes.

<u>Duration of Adverse Health Effects from Formaldehyde Exposure</u>
Unlike some other pulmonary toxics, there is no latent interval between first exposure and the development of nonmalignant disease related to formaldehyde. Thus in adults, new onset asthma or the aggravation of pre-existing lung, sinus, or heart disease should be detectable among the

present residents, and new cases resulting from formaldehyde exposure are not likely to occur in the future (assuming the exposure has been terminated). Removal of the resident from the housing unit (and the formaldehyde) should result in a lessening of asthma symptoms and a return of pre-existing disease to baseline. For malignant disease related to formaldehyde, the picture is less clear, as many years may elapse between the onset of exposure to a carcinogen and the development of the cancer. Thus, removal of a resident from a temporary housing unit will not guarantee decreased risk for the ultimate development of nasopharyngeal carcinoma as a result of formaldehyde exposure.

I trust this information will be helpful to you and your clients.

Sincerely,



Judd Shellito, MD
Lowenstein Professor of Medicine
Chief, Section of Pulmonary and Critical Care Medicine

REFERENCES
1. Final Report on Formaldehyde Levels in FEMA-supplied Travel Units, Park Models, and Mobile Homes, Centers for Disease Control, July 2, 2008.
2. Hodgson AT, Rudd AF, Beal D, Chandra S. Volatile organic compound concentrations and emission rates in new manufactured and site-built houses. Indoor Air 2000;10:178-192.
3. Formaldehyde and Other Aldehydes. National Academy press, Washington, DC. 1981.
4. Wegman DH, Eisen EA. Acute irritants: More than a nuisance. Chest 1990;97:773-775.
5. IARC; Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man. Geneva, Switzerland: WHO 62: 225 (1995)
6. Malaka T, Kodama AM. Respiratory health of plywood workers occupationally exposed to formaldehyde. Arch Environ Health 1990;45:288-294.
7. Occupational Safety and Health Administration, 29 CFR Part 1910, Occupational Exposure to Formaldehyde
8. NIOSH Pocket Guide to Chemical Hazards. DHHS (NIOSH) Publication No. 2005-149
9. Toxicological Profile for Formaldehyde, Agency for Toxic Substances and Disease Registry (US Dept. of Health and Human Services), July, 1999.
10. Gannon PF. Bright P. Campbell M. O'Hickey SP. Burge PS. Occupational asthma due to glutaraldehyde and formaldehyde in endoscopy and x-ray departments. Thorax. 1995;50(2):156-9.
11. Burge PS. Harries MG. Lam WK. O'Brien IM. Patchett PA. Occupational asthma due to formaldehyde. Thorax. 1985;40(4):255-60.
12. Rumchev, J.T. Spickett, M.K. Bulsara, M.R. Phillips, and S.M. Stick Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur Respir J 2002;20:403-408.
13. Krzyanowski M, Quackenboss JJ, Lebowitz MD. Chronic respiratory effects of indoor formaldehyde exposure. Environ Research 1990;52:117-125.
14. National Heart, Lung, and Blood Insititute. National Asthma Education and Prevention Program. Expert Panel Report 3: Guidelines for the Diagnosis and Management of Asthma. 2007. http://www.nhlbi.nih.gov/guideline/asthma/asthgdln.pdf.
15. Main DM, Hogan TJ. Health effects of low-level exposure to formaldehyde. J Occup Med 1983;25:896-900.

16. Bracken MJ. Leasa DJ. Morgan WK. Exposure to formaldehyde: relationship to respiratory symptoms and function. Canadian Journal of Public Health. 1985;76(5):312-6.

17. Kilburn KH, Warshaw R, Boylen CT, et al. Pulmonary and neurobehavioral effects of formaldehyde exposure. Arch Environ Health 1985;40:254-260.