**EMERGENCY DEPARTMENT RECORD**  **CHILDREN'S HOSPITAL**
200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511

| ADMIT DATE/TIME 12/04/07  15:38 | ACCOUNT NO. 4410331674 | PC A | SEX M | RACE B | AGE 10 | REG. BY JV0610 | DATE OF BIRTH 12/18/1996 | MEDICAL RECORD NO. 0221912 |
|---|---|---|---|---|---|---|---|---|
| LAST NAME  FIRST  MI COOPER , CHRISTOPHER | HOME PHONE 504   577-0738 | | | SOCIAL SECURITY NUMBER - - | | | PRIMARY CARE PHYSICIAN 000000   BARNES, JANET D MD Auth#         PH# - | |

| HOME ADDRESS-CSZ 4415 DALE ST | NEW ORLEANS | LA 70126 |
|---|---|---|

"Other records may be available, please refer to MII (Master Index Inquiry) in Unity for record listings." Radiology results are located in Raypax, call Radiology at Ext. 4565. For insurance information, contact Patient Accounts Ext. 4342.

HISTORY: 10yo ♂ c hx of Asthma. c chest tight new + cough since last night ⊘Tx @ home. Last episode of wheezing was 1yr ago ⊘fever ~~cough~~ @cough ⊘rhinorrhea.

☐ ROS FORM REVIEWED

T 98⁰  P 105  R 24  BP ___  Wt. 48.5 kg  pO₂ 94% on RA

| # | | LAB |
|---|---|---|
| 1. General | ☑ Alert, NAD ☑ Well hydrated ☐ Oriented ☐ Other | ☐ H&H |
| 2. Head | ☑ Normal ☐ Other | *☐ CBC ☐ Retic |
| 3. Eyes | ☑ Normal ☐ Other | *☐ CBC c̄ Diff |
| 4. Ears | ☐ Normal ☐ Other | ☐ Blood C&S |
| 5. Nose | ☐ Normal ☐ Other | ☐ Sed Rate |
| 6. Mouth | ☑ Normal ☐ Other | ☐ Electrolytes |
| 7. Neck | ☐ Supple ☐ No adenopathy ☐ Other | ☐ BMP |
| 8. Chest | ☑ No retractions ☐ Other | ☐ CMP |
| 9. Lungs | ☐ Clear, equal BBS ☑ Other ↓'d BS ® | *☐ U/A *☐ Dipstick |
| 10. Heart | ☑ RRR s̄ murmur ☐ Other | ☐ Urine C&S |
| 11. Abdomen | ☑ Soft, non tender, BS present ☐ No org or masses ☐ Other | ☐ Strep Screen |
| 12. GU | ☐ Normal ☐ Other | ☐ RSV & Viral Panel |
| 13. Neuro | ☑ No meningeal signs or focal deficits ☐ Other | ☐ Stool Rota/Adeno |
| 14. Skin | ☑ No rash or petechiae ☑ Good turgor ☐ Other | ☐ Stool Blood |
| 15. Ext | ☑ CCE ☑ <2 sec refill ☐ Other | ☐ Stool WBC |
| 16. Lymph | ☐ No adenopathy ☐ Other | ☐ Stool Culture |
| 17. Musculoskeletal ☐ Tone ☐ Gait ☐ Other | | RADIOLOGY |
| | | ☐ Chest X-Ray |
| | | ☐ AP ☐ LAT |
| | | ☐ Sinus (Waters) |
| | | ☐ KUB |
| | | ☐ Flat & Erect ABD |
| | | ☐ Skull X-Ray |
| | | ☐ AP ☐ LAT |
| | | ☐ C-Spine |
| | | ☐ AP ☐ LAT |
| | | ☐ Other Tests |

| TIME | ORDERS: |
|---|---|
| 1545 | Alb 5mg neb. |
| 1610 | Alb 5mg neb c̄ Atrovent 500mcg |
| | Crapret & Prednisone 50mg |
| 1715 | Alb 5mg neb. |

☐ SEE ATTACHED ORDER SHEET

DIAGNOSIS: Asthma Exacerbation

ADVANCE DIRECTIVE -

| DISPOSITION OF PATIENT ☐ ADMIT ROOM # _____ ☑ HOME ☐ _____ | DATE DISCHARGE 12-4-07 TIME DISCHARGE 1710 | CONDITION ON DISCHARGE ☑ GOOD, STABLE ☐ OTHER _____ | DISCHARGE VIA ☐ CARRIED ☑ WALKED ☐ OTHER ☐ STRETCHER _____ ☐ WHEEL CHAIR _____ | PHYSICIAN SIGNATURE |
|---|---|---|---|---|

* IF WBC COUNT IS < 4 or > 14 OR IF ABNORMAL WBC FLAGS ARE PRESENT, A MANUAL DIFF WILL BE PERFORMED.
♦ CULTURE PERFORMED IF NITRITE OR LEUCESTERASE IS 1 + OR >.   • U/A MICRO PERFORMED IF LEUCESTERASE, NITRITE, BLOOD OR SSA PROTEIN IS +.