# Transcript of the Testimony of
# Videotaped Deposition of Gerald McGwin, Jr., MS, PhD

### Date taken: September 24, 2008

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1   and you often see them in manuscripts
2   presented together.  But one can have an
3   association devoid of statistical
4   significance so that the p-value can be
5   quite small, which would mean, A, it's very
6   statistically significant.  Yet, one could
7   have a very small association.  One could
8   have a very strong or large association with
9   a p-value that is, let's say, weaker.  So
10  these things are not synonomous with one
11  another.  The strength of one is not also
12  related to the strength of the other.
13       Q    Is there a range of p-value you
14  tend to look for for statistical
15  significance?
16       A    The literature, by convention, for
17  hundreds of -- hundred years or more uses a
18  cutoff of .05.
19       Q    Returning to the Bradford-Hill
20  criteria, is consistency one of the
21  criteria?
22       A    Yes, sir.
23       Q    And what do we mean by consistency
24  in epidemiology?
25       A    No one epidemiologic study

Page 63

1    A    We have.

2    Q    And decided that it is an accurate
3   way of looking at the data?

4    A    It is a more accurate way.

5    Q    More accurate way of looking at
6   the data?

7    A    But I also note -- I note that in
8   my report as well.

9    Q    Okay.  No doubt about it.  You've
10  cited both Marsh papers in your report and
11  stated this exact issue with the Hauptmann
12  paper, that there was a cluster of six
13  workers who all apparently had a major
14  confounding factor that may have skewed the
15  data because nasopharyngeal is such a rare
16  cancer?

17   A    That's correct.

18   Q    So now my question is:  If there's
19  a question to the statistical significance
20  of the Hauptmann paper, why would you opine
21  that nasopharyngeal cancer can be caused by
22  formaldehyde exposure?

23   A    There are two reasons, I mean, one
24  of which we discussed about an hour ago, and
25  one is the reliance on p-values for drawing

1  inferences versus our reliance on these
2  measures of association, the SMRs that you
3  asked about a few moments ago.
4           Many people, scientists even, will
5  go directly to the p-value. And if it's not
6  significant, if it doesn't meet that .05
7  level, then there's nothing there, there's
8  no association, there's no relationship, we
9  can move on. What is not appreciated in
10 that is the actual measure of association,
11 the SMR, the odds ratio.
12          So regardless of Marsh's
13 reanalysis, we're still left with the
14 question: Is there an association? Let's
15 not talk about statistical significance. Is
16 there an association? And in his reanalysis
17 and all those jumbles of numbers and all the
18 statistics in there, there still remains a
19 relationship. That's .1.
20          .2 is that, just as we would not
21 rely on the Hauptmann study to make a
22 conclusion, we should, therefore, also not
23 rely on one person's reanalysis of a given
24 study to detract from that conclusion.
25          Epidemiology is not about taking