Gerald McGwin Jr.
July 27, 2009

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER ) | |
| FORMALDEHYDE PRODUCTS ) | |
| LIABILITY LITIGATION, ) | MDL NO. 1873 |
| CHARLIE AGE, et al., ) | SECTION N(5) |
|    Plaintiffs, ) | JUDGE: ENGELHARDT |
| V. ) | MAG: CHASEZ |
| GULF STREAM COACH, ) | |
| INC., et al., ) | DOCKET NO. 09-2892 |
|    Defendants. ) | |

CONCURRENT VIDEO RECORD

Deposition of GERALD McGWIN, JR. M.S. Ph.D.

July 27, 2009

9:38 a.m.

Gerald McGwin Jr.
July 27, 2009

Page 54

1   Q.  And was there an interpretation
2   regarding the aggravation of asthma symptoms?
3   A.  Again, that sentence refers
4   specifically to the initiation phase of
5   asthma.
6   Q.  Do you have your own interpretation
7   as to whether this paper represents an
8   exacerbation of asthma conditions?
9   A.  I wouldn't have an opinion in that
10  regard because I don't believe the authors
11  defined it in such a way.
12  Q.  I guess my question is:  Why would
13  we use papers that evaluate initiation and
14  combine them with papers that talk about
15  exacerbation?
16  A.  Well, I believe all the studies
17  that I included in here either were children
18  who had been self-reported or diagnosed.  I
19  don't believe I included any studies that had
20  exacerbation as the case definition.
21  Q.  So what you were looking at was
22  does formaldehyde exposure cause asthma?
23  A.  No.  No, sir.  I was not looking at
24  that.
25  Q.  Then why does --

Gerald McGwin Jr.
July 27, 2009

Page 115

1      Q. Correct.
2      A. This was not the university
3 administering formaldehyde to them.
4      Q. Correct.
5      A. That would concern me.
6      Q. I've got another one.
7      A. So I'm ready for your question.
8      Q. So the question is -- well, first
9 of all, first question: You did not pull this
10 study, correct?
11      A. No.
12      Q. You did not evaluate whether asthma
13 exacerbates -- I'm sorry, formaldehyde
14 exposure exacerbates asthma. That's not what
15 you were charged with doing. Otherwise you
16 mite have pulled this study, correct?
17      A. That's correct.
18      Q. And this is a quasi experimental
19 study in that people that were naturally
20 exposed to formaldehyde had their pulmonary
21 function measured and it was determined that
22 asthmatics did no better, no worse than
23 nonasthmatics?
24      A. To call it quasi experimental, I
25 think it's more of an observational study