Dr. James Phillip Kornberg
July 9, 2009

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER              *       MDL NO. 1873
       FORMALDEHYDE              *
       PRODUCTS LIABILITY        *       SECTION: N(5)
       LITIGATION                *
                                 *
Charlie Age, et al., v.          *
Gulf Stream Coach Inc, et al.    *
Docket No. 09-2892               *

VIDEOTAPE ORAL DEPOSITION OF
JAMES PHILIP KORNBERG, M.D., Sc.D.
July 9, 2009

         VIDEOTAPE ORAL DEPOSITION OF JAMES PHILIP
KORNBERG, M.D., Sc.D., produced as a witness at the
instance of Gulf Stream Coach, Inc., and duly sworn, was
taken in the above-styled and numbered cause on the 9th
of July, 2009, from 9:40 a.m. to 5:55 p.m., before Carla
D. Capritta, RPR, in and for the State of Colorado,
reported by machine shorthand, at the conference room of
Fairfield Inn Denver Airport, 6851 Tower Road, Denver,
Colorado  80249, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record or
attached hereto.

Dr. James Phillip Kornberg
July 9, 2009

Page 60

1  The precise provoking, or the -- what we call
2  the etiological agent, that resulted in this pneumonia
3  is in -- is indeterminate at this time.
4      Q.   Based on your review of his records, as we sit
5  here today, is he an atopic individual?
6      A.   We don't have the IgE levels to make that
7  diagnosis.  The -- the results of Dr. Pacheco's workup,
8  which demonstrate that he has very limited IgE-mediated
9  allergy -- he was notably not allergic to molds, not
10 allergic to cats, not allergic to dogs -- I would say
11 that it isn't strictly atopic, but I don't -- I can't
12 say.
13     Q.   He was allergic to dust?
14     A.   He was allergic to dust, yes.  He was found to
15 be skin-prick positive to dust mites and, I think,
16 hickory and -- I -- again, I hate to do this without
17 looking right at the record, because there's a lot of
18 detail.  But he -- for the most part, he -- he didn't
19 present as a -- as an atopic person, but we don't
20 have -- I don't have the -- the lab data to -- to
21 determine yes or no.
22          We know he had a positive methacholine
23 challenge, and we can talk about that whenever you like.
24     Q.   Well, that was -- that was later in time.  I'm
25 trying to focus now on when he was first diagnosed with

1  really recent. I -- I don't believe that she's changed
2  her mind on that matter.
3      Q.  Am I correct that -- well, strike that.
4          It is your opinion that the asthma he suffers
5  from today is not IgE-mediated from formaldehyde; is
6  that correct?
7      A.  We don't know if it's IgE-mediated from
8  formaldehyde. The -- the -- the asthma that he has
9  today is -- is a different disease than he had prior to
10 his living in the trailer, in my opinion.
11         We -- from all the history that -- that we can
12 reconstruct, even notwithstanding some of the problems
13 that he had after he left the trailer, he has a -- a
14 disease which is -- puts him at higher risk for
15 provocation to irritants that -- that would -- that
16 would create a -- a -- a larger reaction, if you will,
17 than he did prior to his exposure. And the -- the
18 workup of Dr. Pacheco was very important in drawing that
19 conclusion.
20     Q.  How would you characterize the condition he
21 has today versus the condition he had on August 28,
22 2005?
23     A.  Based upon what we -- what we know in the
24 record, and the -- the opinions of Dr. Barnes, who is
25 his clinical physician, and Dr. Pacheco, he has a -- and

Dr. James Phillip Kornberg
July 9, 2009

1  irritant related, correct?
2     A.  It -- it would be -- it would become
3  editorial, but it would be primarily not IgE-mediated.
4     Q.  And therefore primarily irritant related?
5     A.  That -- that's the other major category of
6  provocation, yes.
7     Q.  He has been removed from the trailer, correct?
8     A.  Yes.  Yes, of course.
9     Q.  So whatever irritant effects there are that
10 made his condition worse, in your mind, are permanent,
11 correct?
12    A.  Well, they're very long-lasting.  I -- you
13 know, the word "permanent" is -- I would have to say his
14 disease, he's now changed.  The natural course of his
15 underlying disease is now permanently changed.  Whether
16 he can recover over the next 30 or 40 years, remains to
17 be seen.  But he doesn't have the same disease, in my
18 opinion, now, that he had back in -- in August.
19    Q.  Physically, what's different?
20    A.  He --
21        MR. PINEDO:  Objection, form.
22    A.  The -- he continues to have physical findings
23 which were seen prior to the -- his living in -- well,
24 actually, were seen at the time he was living in the
25 trailer.  I'm relating primarily to the October of 2007

1  Q.  You said its irritant effect, and I guess my
2  question is, could having asthma cause that same effect?
3  A.  No, not -- not in this case.  I don't think
4  you can explain this overall clinical presentation on
5  this basis.
6  Q.  What is it about this methacholine challenge
7  that tells you it's irritant based and not IgE-mediated
8  based?
9  A.  You can't -- you can't demonstrate the
10 specific difference entirely.  What I think stands out
11 in this -- in this examination was the persistence of
12 the -- the boggy turbinates, the swelling and the
13 edematous effect, frankly, probably in absence of any
14 stimulating antigen, because notwithstanding the fact
15 that he might have a few dust mites where he lives,
16 he -- he still has a reaction, which a -- a -- a
17 persistent physical finding, which wouldn't necessarily
18 go away if it were just dust mites or -- or -- or -- or
19 hickory, but is -- is there, in my opinion, again, is a
20 signature of an irritant effect.
21        Plus he has a reaction to cholinergic agents
22 like methacholine, which was -- which was diagnosed --
23 I -- I'd like to get the precise language, but as I
24 recall, was a severe reaction to methacholine, where
25 they -- you know, he -- he demonstrated marked effects

Dr. James Phillip Kornberg
July 9, 2009

Page 270

1   So the sensitization in the IgE-mediated
2   atopic sensitization of formaldehyde has been described
3   in the literature. I believe it's real and it does
4   affect some people. It does not -- I do not think, at
5   this time, I have enough information to put Mr. Cooper
6   in that classification, because I don't have the
7   laboratory data that I need to make that decision.
8       Q.   Have you seen anything in the medical
9   literature, otherwise, to support the proposition that
10  formaldehyde exposure can result in some type of vocal
11  cord dysfunction?
12      A.   Yes.
13      Q.   Have you seen anything in the medical
14  literature to support the proposition that, generally
15  speaking, formaldehyde exposure can cause eczema?
16      A.   Yes.
17      Q.   Let's take a look specifically at the case of
18  Christopher Cooper. Did you review the medical records
19  of Dr. Pacheco?
20      A.   Yes.
21      Q.   Did Dr. Pacheco do a -- what you would
22  consider a detailed workup on some of the symptoms, and
23  in some way evaluate the severity of Christopher
24  Cooper's asthma?
25      A.   Yes, she did.