very low (below 6 μg/m³), but may be higher in urban areas (4). Indoor sources of formaldehyde include particle board, plywood, fibreboard, panelling, urea formaldehyde foam insulation, and some carpets and furniture, as well as some household chemicals. Due to the common use of formaldehyde-emitting materials in residential houses, indoor concentrations generally exceed those outdoors. In the USA, a mean formaldehyde concentration of 38 μg/m³ has been reported in residential houses, with a typical range of 13–350 μg/m³ (4). An indoor guideline of 100 ppb (125 μg/m³) has been set in Australia, and this concentration is seldom exceeded in conventional houses (5). However, substantially higher formaldehyde levels can be found in caravans, mobile homes, and houses insulated with urea formaldehyde insulation.

While irritant effects of the upper respiratory tract are a well-established consequence of formaldehyde exposure above 150 μg/m³ (4), there have also been suggestions of a long-term effect on the lower respiratory system of formaldehyde exposure (6, 7), but the results have not been consistent (4). Furthermore, the mechanism by which formaldehyde exposure could affect the lower respiratory tract is unclear. At low exposure levels, most formaldehyde is deposited in the upper respiratory tract (4), and irritant effects on the lower respiratory system are therefore not likely. Another possible mechanism would be sensitization to tissue proteins that have reacted to formaldehyde, an effect which would in turn lead to respiratory symptoms. Indeed, such sensitization has been demonstrated at high exposure levels which would only be encountered in occupations such as pathology or embalming (8). More recently, it has also been demonstrated that low-level exposure to formaldehyde can trigger production of specific IgE in children, but this sensitization was not associated with symptoms, making its relevance unclear (9). A third possible mechanism for an effect of formaldehyde on the lower respiratory system would be an increased risk of allergic sensitization to common aeroallergens with formaldehyde exposure. The biologic plausibility for such an effect has been demonstrated in animal trials at high exposure levels (10). On the other hand, no evidence for such an association in man has yet been published, making it uncertain whether the lower exposure levels in conventional homes have the potential to interact with allergen exposure.

This paper presents the association of formaldehyde with atopy, asthma, and respiratory symptoms in children. The data were collected as part of an indoor environmental study, which also included measurements of indoor nitrogen dioxide, house-dust-mite allergen (Der p 1), and airborne fungal spores, results for which are being published separately (11–14).

## Material and methods

A total of 80 households from the rural towns Moe and Morwell in the Latrobe Valley, Victoria, Australia, were recruited for the study. Both towns have a population of around 18 000 people, and they are surrounded by open-cut brown coal mines and power stations, which provide considerable employment. Brief information sheets with a reply-paid slip were distributed via schools and medical centres seeking households with at least one child in the age-group 7–14 years to participate in this multicontaminant study. Equal numbers of households with asthmatic and nonasthmatic children were sought. In the later stages of the recruiting process, advertisements in the local press were utilized to encourage households with nonasthmatic children to participate, as they were proving more difficult to recruit. Forty-three of the participating households had at least one asthmatic child in the age-group, diagnosed by a doctor, but any nonasthmatic children were also included as study participants, making 53 asthmatic and 30 nonasthmatic children. The remaining 37 households had only nonasthmatic children with a total of 65 in the age-group. Across the 80 households, a total of 148 study children was thus included. Their mean age was 10.2 years at the start of the study with equal numbers of girls and boys. Approval for the study was obtained from the Standing Committee for Ethics in Research on Humans at Monash University (project no. 73/93).

### Formaldehyde measurements

Formaldehyde samples were collected from participating households on four occasions over 1 year, in March–April, May, and September 1994, and January–February 1995. Passive samplers were exposed for 4 days in bedrooms of participating children, living rooms, kitchens, and outdoors. Thus, the total number of samples in each house varied depending on the number of children participating in the study. The method was based on the work by Levin et al. (15), with slight modifications (16).

ALX-EXP-77-000363