Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER              *    MDL NO. 1873
       FORMALDEHYDE PRODUCTS     *
       LIABILITY LITIGATION      *    SECTION "N"(5)
                                 *
                                 *    JUDGE ENGELHARDT
                                 *    MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO      *
                                 *
Charlie Age, et al. v. Gulf      *
Stream Coach, Inc., et al.,      *
Docket No. 09-2892;              *
Alana Alexander, individually    *
and on behalf of Christopher     *
Cooper                           *
* * * * * * * * * * * * * * * *  *
```

The 30(b)(6) videotaped deposition upon oral examination of GULF STREAM COACH, INC., by JAMES F. SHEA, a witness produced and sworn before me, Maria W. Collier, RPR, CRR, Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Plaintiffs at The Marriott, 123 North St. Joseph Street, South Bend, Indiana, on May 28, 2009, at 9:09 a.m., pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square, Suite 2425
Indianapolis, IN  46204
(317)237-3773


EXHIBIT A

Page 23

1   A   Correct.
2   Q   And would that also include if a particular grade
3       of subflooring was ordered that wasn't provided, he
4       would become involved to fix that and to deal with
5       that?
6   A   Yeah. If it didn't -- if the product didn't meet
7       the purchase order, for instance, he would have to
8       become involved and communicate with the vendor and
9       get things resolved.
10  Q   And was there any specification with regard to the
11      subflooring regarding formaldehyde?
12  A   The subflooring that we -- it was our policy to
13      utilize was product that met the HUD requirements
14      for formaldehyde emissions.
15  Q   And where is that policy written?
16  A   This is a policy that we've had since the early
17      '90s.
18  Q   I heard you say that, but where is it written?
19  A   You know, I can't say that we have a specific
20      document that I can point to at this time. It's
21      been such a long-standing policy and is very well
22      known in the industry, and we made the decision to
23      do that, like I said, in the early '90s.
24  Q   So it's not written?
25  A   It may have been written and communicated at that

1    time, but I don't have a document that I can point
2    to relative to that policy. But it was a
3    well-known policy in the industry, and I've never
4    heard any of our vendors question that.
5  Q Okay. You testified before Congress. It was a
6    real big deal; we talked a lot about it last time
7    we met. You produced more than 5,000 documents to
8    Congress. Your company's produced more than 5,000
9    documents to the plaintiffs in this case. I know
10   you've reviewed many of those documents.
11          Can you point me to one document that
12   references or lists some sort of internal policy at
13   your company that requires HUD standards on your
14   subflooring?
15 A Well, certainly in our last deposition we went
16   through documents that referenced the requirements
17   on the POs that we -- that the vendor provide
18   product that met those HUD emissions requirements.
19   And we've seen those.
20 Q Remember we talked --
21 A You've showed those to me. You have them. And so
22   there's many references on POs issued to those HUD
23   requirements, referencing those HUD requirements or
24   code requirements.
25 Q Didn't you tell me last time we were together that

1    2006.

2        So as far as what vendors -- what were the

3    universe of vendors that would have been supplying

4    in 2004, I would say that this likely

5    encompasses -- this listing encompasses the vendors

6    that would have been supplying us in 2004.

7    Probably not every vendor was in that plant in

8    2004, but the vendors that were supplying, I think,

9    would be represented in this list.

10  Q  Are there additional vendors that may have been

11    providing the decorative hardwood panels in 2004 to

12    Plant 57?

13  A  I can't think of any.

14  Q  So --

15  A  It would be likely that the plywood that was

16    provided for that unit was one of these vendors.

17  Q  Okay.  So maybe not all the vendors listed on

18    Exhibit 2 provided plywood to that plant.

19  A  Correct.

20  Q  But certainly that would -- as best you know,

21    that's the universe of the vendors that would have

22    done so?

23  A  Correct.

24  Q  Okay.  How do you -- what are your -- does your

25    policy also apply to the -- as far as LFE or

```
 1      formaldehyde, apply to the decorative hardwood
 2      panels?
 3   A  Yes.  The policy that we instituted in the early
 4      '90s also apply to hardwood plywood panels.
 5   Q  And have you made any determination as to whether
 6      these particular vendors that may have provided
 7      these decorative hardwood panels to Plant 57
 8      actually provided component parts that fit within
 9      your policy?
10   A  As I say, we rely on our vendors to provide
11      products that meet the HUD requirement, emission
12      requirement.
13   Q  Are you telling me there's nothing that you guys,
14      whether it be company-wide or Plant 57, can do to
15      make sure that the vendors are following your
16      policy?
17   A  What we would have to do in that -- would have had
18      to have done in that case is we would have had to
19      do large chamber confirmatory testing on every
20      panel.
21   Q  Well, can't you just read the labels on the panels
22      that are provided?
23   A  Well, they place the labeling on.  I mean, you're
24      still having to depend on what the vendor does,
25      what the vendor represents.  You're dependent on
```

1      divisions, as I recall.
2   Q  And what was Friendship Homes?
3   A  It was -- it manufactured a certain model series,
4      kind of larger dual section units.
5   Q  And so you were the president of one of the
6      divisions that had this issue with regard to
7      complaints, concerns, lawsuits regarding
8      formaldehyde exposure?
9   A  Some of the issues of the '80s related to some of
10     the products that we produced.
11  Q  And that's why Fairmont Homes joined this trade
12     association?
13  A  We joined the trade association because there's
14     hundreds and hundreds of issues relative to the
15     federal regulations.  This was just one.
16  Q  It was a very big one, though, was it not, back in
17     the '80s?
18  A  Well, yes, it was an important one.
19  Q  And so you had a lot of experience in the '80s with
20     this issue of formaldehyde exposure as the
21     president of one of these manufactured housing
22     divisions within Fairmont Homes?
23  A  Yes.
24  Q  And you were intimately familiar with this
25     formaldehyde issue as it -- specifically

1      complaints, exposure, lawsuits, etc.?
2   A  I was familiar with it, yes, quite familiar.
3   Q  All right. And Fairmont Homes was a member of
4      this -- what was the name of the trade association?
5   A  The Manufactured Housing Association for Regulatory
6      Reform.
7   Q  And did you attend those meetings when that group
8      would have meetings?
9   A  I attended meetings, yes.
10  Q  Were you the individual from Fairmont Homes who was
11     designated to interface with the trade association?
12  A  I was the primary interface.
13  Q  Okay. So you would have been aware of the
14     discussions, the memos that went back and forth
15     within the trade association about formaldehyde
16     rulemaking, that sort of thing?
17  A  Frankly, I don't remember that we spent a lot of
18     time on that subject at MHARR. Of course, it was
19     24 years ago or so. But I remember more that had
20     to do with a lot of other HUD programs that were
21     creating, you know, issues and difficulties for the
22     manufacturers. But that one, I don't remember much
23     input that we made on that subject.
24          I mean, certainly this regulatory aspect was a
25     positive thing, I think, for the industry and for

1    16 or 20 years. You know, I mean, it's -- we
2    haven't found any at this point.
3  Q So somebody within your company has looked for
4    memos, and I know there was no e-mail back in those
5    days, but memos or any sort of writing or
6    documentation about this policy?
7  A We haven't found any.
8  Q But you've looked for it?
9  A We've looked for all kinds of documents related to
10   this subject matter, and we haven't found any that
11   relate to this early '90s policy.
12 Q We were talking about quality control. Have you
13   been shown pictures of the Alexander trailer?
14 A No, I haven't.
15 Q Now, you guys have been building trailers such as
16   the one the Alexander family was living in for how
17   many years?
18 A Well, we've been building travel trailers since the
19   mid '80s; '83, '84.
20 Q Take a look at Plaintiffs' Exhibit 8, which is just
21   a picture. It's not Bates stamped.
22        THE VIDEOGRAPHER: Mr. Buzbee, could we hold
23   for one second. Please stand by. We're now going
24   off the video record at 11:19:43 for a quick tape
25   change. Please stand by.