UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER         *    MDL NO. 1873
       FORMALDEHYDE PRODUCTS *
       LIABILITY LITIGATION  *    SECTION "N"(5)
                             *
                             *    JUDGE ENGELHARDT
THIS DOCUMENT IS RELATED TO  *    MAGISTRATE CHASEZ
                             *
Charlie Age, et al. v.  Gulf *
Stream Coach, Inc., et al.,  *
Docket No. 09-2892;          *
Alana Alexander, individually*
and on behalf of Christopher *
Cooper                       *
* * * * * * * * * * * * * * **
```

      The videotaped deposition upon oral examination of BRIAN SHEA, a witness produced and sworn before me, Patrice E. Morrison, RMR, CRR, Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Plaintiffs at The Marriott, 123 North St. Joseph Street, South Bend, Indiana, on June 1, 2009, at 9:03 a.m., pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square
Suite 2425
Indianapolis, IN  46204
(317)237-3773

EXHIBIT
B

```
 1                        APPEARANCES

 2


 3   FOR THE PLAINTIFFS:

 4        Anthony G. Buzbee, Esq.
          BUZBEE LAW FIRM
 5        JP Morgan Chase Tower
          600 Travis Street, Suite 7300
 6        Houston, TX  77002


 7
     FOR THE DEFENDANTS GULF STREAM COACH, INC., and
 8   FAIRMONT HOMES:

 9        Andrew D. Weinstock, Esq.
          DUPLASS ZWAIN BOURGEOIS MORTON PFISTER &
10            WEINSTOCK
          29th Floor, Three Lakeway Center
11        3838 N. Causeway Boulevard
          Metairie, LA  70002
12

13   FOR THE DEFENDANT SILVER CREEK and ALLIANCE HOMES
     d/b/a ADRIAN HOMES:
14
          Shyra L. Latiolais (By telephone)
15        On behalf of
          Jack C. Benjamin, Jr., Esq.
16        Walker K. Jamison, III, Esq.
          KRAFT GATZ LANE BENJAMIN, LLC
17        601 Poydras Street, Suite 1660
          New Orleans, LA  70130
18

19   FOR THE DEFENDANTS RECREATION BY DESIGN, LLC,
     TL INDUSTRIES, INC., FRONTIER RV, INC., and PLAY'MOR
20   TRAILERS, INC.:

21        Randall C. Mulcahy, Esq. (By telephone)
          GARRISON YOUNT LORMAND FORTE & MULCAHY, LLC
22        909 Poydras Street, Suite 1800
          New Orleans, LA  70112
23


24


25
```

1  Q  You realize that at Gulf Stream, whether it be the
2     motor homes or the towables, formaldehyde has been
3     a well-known issue well before 2006.  Isn't that
4     true?
5  A  We've never had -- it's never been a problem for
6     us, as long as I can remember.
7  Q  Well, you're saying no one ever complained about
8     it, but you were well aware that formaldehyde was
9     an issue with regard to the ambient air quality
10    within the products that you sell.  Isn't that
11    true?
12 A  That's not true.
13 Q  Were you around in the '80s when Fairmont Homes had
14    issues with formaldehyde?
15 A  I was around in the '80s, but, you know, I worked
16    as a salesperson.
17 Q  So you weren't aware that Fairmont Homes had had
18    complaints and lawsuits with regard to formaldehyde
19    exposure in its manufactured housing?
20 A  You know, I don't -- I can't remember exactly an
21    instance of that.  I mean, they could have had.  I
22    don't know.
23 Q  Well, I know they did have.  I'm asking whether you
24    remember it.
25 A  I can't remember specifically.  I mean...

1    warnings whatsoever to purchasers of motorized
2    units regarding formaldehyde?
3  A  No, we didn't.
4  Q  Did you provide such warnings in regard to the
5    mobile homes, or manufactured housing, that
6    Fairmont provided or built?
7  A  I believe we did in the 80s, but I don't know how
8    that's changed.
9  Q  You're aware that in the '80s, HUD adopted
10   regulations governing the use of certain materials
11   in manufactured housing, that governed formaldehyde
12   emissions?
13 A  Uh-huh, yes.
14 Q  And are you aware that HUD also adopted regulations
15   that indicated the type of warnings, including the
16   specific language of the warnings that had to be
17   posted, relating to formaldehyde in the
18   manufactured housing units?
19 A  I was, you know, I was around it, but I wasn't that
20   familiar with what was required or what wasn't or
21   how -- you know, what the regulation was at that
22   time.
23 Q  In the '80s, you were involved with the
24   manufactured housing division; correct?
25 A  Yes.

1  Q  And you were aware that there were warnings in the
2     '80s posted in those units --
3  A  Yes.
4  Q  -- concerning formaldehyde.
5  A  Yes.
6  Q  In the '90s, when you adopted this low emission
7     policy for travel trailers as well as motorized
8     units, why did you adopt the policy to use low
9     emission materials, HUD-compliant materials, but
10    you did not extend or include the written warnings
11    that went with the manufactured housing?
12 A  You know, I'm not sure.  That was my father's
13    decision.
14 Q  You had no involvement in that decision-making
15    process?
16 A  No.
17 Q  Besides your father, was anyone else involved in
18    that decision-making process?
19 A  You know, I'm not sure who would have been at that
20    time.
21 Q  Who would have been -- your best estimate, who else
22    may have been involved in that decision-making
23    besides your father?
24 A  Most likely Ed Ludwig.
25 Q  Anybody else?