Page 1

            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           *   MDL NO. 1873
       FORMALDEHYDE PRODUCTS  *
       LIABILITY LITIGATION   *   SECTION "N"(5)
                              *
                              *   JUDGE ENGELHARDT
                              *   MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO   *
                              *
Charlie Age, et al. v. Gulf   *
Stream Coach, Inc., et al.,   *
Docket No. 09-2892;           *
Alana Alexander, individually *
and on behalf of Christopher  *
Cooper.                       *
* * * * * * * * * * * * * * * *

     The videotaped deposition upon oral examination of BURL B. KEEL, III, a witness produced and sworn before me, Maria W. Collier, RPR, CRR, Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Plaintiffs at The Marriott, 123 North St. Joseph Street, South Bend, Indiana, on June 2, 2009, at 8:33 a.m., pursuant to the Federal Rules of Civil Procedure.

              STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
                One Indiana Square, Suite 2425
                   Indianapolis, IN  46204
                        (317)237-3773


EXHIBIT D

1   Q   To talk about this lawsuit with anybody?
2   A   No, sir.
3   Q   Okay.  You've been in a lot of different positions
4       at Gulf Stream.
5   A   Yes, sir.
6   Q   Have you ever been involved in purchasing?
7   A   No, sir.
8   Q   Okay.  Are you familiar with the component wood
9       products that go into the trailer?
10  A   Yes, sir.
11  Q   Do you know what LFE means, the designation LFE?
12  A   I believe it has something to do with what we're
13      calling F4 rating, that all materials now must have
14      an F4 rating for us to use it.
15  Q   F4 means what?
16  A   I don't know.  I was just told it had to have F4 on
17      there to use it.
18  Q   Is that recently?
19  A   About a year ago, year and a half ago.
20  Q   How about before that; was there any policy that
21      you knew about as far as formaldehyde?
22  A   No, sir.
23  Q   You never knew that there was any policy that the
24      company would use only low formaldehyde emitting
25      products?

```
 1  A  I was not aware of it, sir.
 2  Q  You've never even heard that before, have you?
 3  A  No, sir.
 4  Q  You certainly never saw it in writing?
 5  A  No, sir.
 6  Q  And you've been service manager, plant
 7     superintendent, foreman, you've been in research
 8     and development?
 9  A  Yes, sir.
10  Q  You filled pretty much every leadership role within
11     a factory?
12  A  Yes, sir.
13  Q  And now you're moving on up the chain?
14  A  Well, I don't know if I'm moving up anymore but...
15  Q  Well, we hope you are.
16  A  I would hope so.
17  Q  And you report directly to one of the senior vice
18     presidents, don't you?
19  A  Yes, sir.
20  Q  And that's Mr. Pullin.  And he reports directly to
21     Dan Shea?
22  A  Yes, sir.
23  Q  And sometimes you interact with Dan Shea, you just
24     told me.
25  A  Once in a great while, yes, sir.
```