UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | MDL NO. 1873 |
| THIS DOCUMENT IS RELATED TO | SECTION "N"(5) |
| Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper. | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

The Deposition of SCOTT BAILEY

Date:      Friday, July 31, 2009

Time:      2:02 p.m.

Place:     Warrick & Boyn, LLP
           121 West Franklin Street, Suite 400
           Elkhart, Indiana 46516

Called as a witness by the Plaintiffs in accordance with the Federal Rules of Civil Procedure for the United States District Court, Eastern District of Louisiana, pursuant to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
         MIDWEST REPORTING, INC.
           1448 Lincolnway East
          South Bend, Indiana 46613

              (574) 288-4242


EXHIBIT E

1  Q. Were you aware that at some point you were having a
2     conversation with him in his office and he was recording
3     it?
4  A. Absolutely not.
5  Q. You've been made privy to the recording of a conversation
6     between you and him?
7  A. Yes.
8  Q. Have you listened to it?
9  A. Yes.
10 Q. Does it refresh your recollection of a meeting that you
11    had with him?
12 A. Not at all.
13 Q. Do you remember any of the conversation that Mr. Zumbrun
14    secretly recorded?
15 A. No.
16 Q. Were you aware when you were dealing with Gulf Stream that
17    they had some sort of LFE policy?
18 A. You'll have to be more specific on the timeframe.
19 Q. Okay.  Did at some point you become aware that Gulf Stream
20    had an LFE only policy --
21 A. Yes.
22 Q. -- for their wood products?
23 A. Yes.
24 Q. When did you become aware of that?
25 A. No idea.  It became a law at some point by the RVIA, and

1    that's when I was aware of it.
2  Q. So is it fair to say that whenever the RVIA adopted that
3    policy, that's when you became aware that that was Gulf
4    Stream's policy?
5  A. That's correct.
6  Q. And if you were going to try to pinpoint when it was that
7    you learned that Gulf Stream had that policy, that's how
8    you would do so?
9  A. Yes.
10 Q. Just so we're all clear, because I don't think you'll be
11   at this trial, the first time you learned that Gulf Stream
12   had any sort of low formaldehyde wood policy was whenever
13   the RVIA adopted that policy?
14 A. Correct.
15 Q. Do you ever remember -- strike that.
16    Do you ever remember Gulf Stream ever sending you any
17   documentation, writing, letter, whatnot, informing you
18   that when you were selling them wood products to only sell
19   them low formaldehyde wood products?
20 A. No, I don't.
21 Q. Have you ever seen such a writing where Gulf Stream
22   informed you of any low formaldehyde emitting policy?
23 A. I have not.
24 Q. Are you familiar with the phrase or the term "reg" as it's
25   used in the selling of wood to trailer companies?