Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            *    MDL NO. 1873
       FORMALDEHYDE PRODUCTS   *
       LIABILITY LITIGATION    *    SECTION "N"(5)
                               *
                               *    JUDGE ENGELHARDT
                               *    MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO    *
                               *
Charlie Age, et al. v. Gulf    *
Stream Coach, Inc., et al.,    *
Docket No. 09-2892;            *
Alana Alexander, individually  *
and on behalf of Christopher   *
Cooper.                        *
* * * * * * * * * * * * * * * *

The videotaped deposition upon oral examination of SCOTT PULLIN, a witness produced and sworn before me, Maria W. Collier, RPR, CRR, Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Plaintiffs at The Marriott, 123 North St. Joseph Street, South Bend, Indiana, on June 2, 2009, at 11:47 a.m., pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square, Suite 2425
Indianapolis, IN  46204
(317)237-3773


EXHIBIT F

Page 8

1        MR. WEINSTOCK:  Andy Weinstock for Gulf Stream
2    Coach.
3        THE VIDEOGRAPHER:  Would the court reporter
4    please swear the witness.
5                    SCOTT PULLIN
6   having been first duly sworn to tell the truth, the
7   whole truth, and nothing but the truth was examined
8   and testified as follows:
9   DIRECT EXAMINATION
10  QUESTIONS BY MR. BUZBEE:
11  Q   What is your name, sir?
12  A   Scott Pullin.
13  Q   Who told you to go down to Louisiana and test
14      trailers?
15  A   Mr. Shea.
16  Q   What did he tell you to do?
17  A   Take some screening samples.
18  Q   He called it screenings from the very beginning, or
19      did he call it testing?
20  A   I don't recall it being called testing.  It was
21      screening.
22  Q   It was called a screening?
23  A   Uh-huh.
24  Q   So your testimony is, the day that he called you up
25      and said, Scott, go to Baton Rouge and do some --

1    he used the word "screening"?

2  A  As I recall, yes.

3  Q  And you're sure about that?

4  A  Yes, sir.

5  Q  Okay. And why did he tell you, if you know, to go
6    down to Louisiana and do some screening?

7  A  The news had surfaced about some concerns, and we
8    just wanted to get down and see what was going on,
9    get some samples and see what the conditions were.

10  Q  And what did you do to prepare yourself? Do you
11    remember when he told you to go down and do some
12    screening?

13  A  I believe it was towards the end of March or the
14    beginning of April.

15  Q  Okay.

16    MR. WEINSTOCK: Tony, before you ask the next
17  question, if we can have an agreement there will be
18  no additional waiver of privilege.

19    MR. BUZBEE: We'll have the same one we've had
20  for each time we've talked about this screening.

21    MR. WEINSTOCK: Thank you very much and
22  proceed.

23    MR. BUZBEE: Thank you.

24  Q  Just so I'm clear, the first conversation you had
25    with Jim -- was it Jim Shea that told you to do it