UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper

******************************************************************************

## MOTIONS *IN LIMINE* OF FLUOR ENTERPRISES, INC.

Defendant, Fluor Enterprises, Inc. (**FEI**), moves the Court to grant its Motions *in Limine* on the following issues and for the reasons more fully set forth in the accompanying memorandum in support of these motions:

(1) Preclude reference to FEI's financial condition or money paid to FEI under the IA/TAC;

(2) Exclude reference to FEI as a "no bid" contractor, or the IA/TAC as a "no bid" contract;

(3) Exclude the Dept. of Homeland Security, Office of Inspector's report: "Hurricane Katrina temporary housing technical assistance contracts" dated August, 2008.

Further, FEI moves this court for an order that the plaintiffs, their attorneys, and witnesses be instructed not to mention or bring before the jury, either directly or indirectly, upon *voir dire*, reading of pleadings, statement of case, interrogation of witnesses, argument, objections before the jury, or in any other means or manner inform the jury, or bring to the jury's attention any of the matters set forth in the paragraphs below, or in the alternative, unless and until such matters have been first called to the court's attention, out of the presence and/or hearing of the jury, and a favorable ruling received as to the admissibility and relevance of such matters. Permitting interrogation of witnesses or prospective jurors or mentioning these matters in the jury's presence will prejudice the jury and cannot be cured by timely objections and instructions to disregard the comments or evidence.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     */ Sarah A. Lowman*
        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        Telephone: (504) 525-7200
        Facsimile: (504) 581-5983
        dgianna@midrid.com
        slowman@midrid.com

        *-and-*

        Charles R. Penot, Jr. (La. Bar No. 1530 &
        Tx. Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        Tel: (214) 220-6334; Fax: (214) 220-6807
        cpenot@midrid.com

        *-and-*

>Richard A. Sherburne, Jr., La. Bar No. 2106
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>Telephone: (225) 381-7700
>Facsimile: (225) 381-7730
>rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

_/ Sarah A. Lowman_

ND: 4831-5973-2996, v. 1

3