```
1:1
  2           UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA                    NEW OR
  3                        NEW ORLEANS DIVISION
  4
  5   IN RE:   FEMA TRAILER    ) FORMALDEHYDE PRODUCTS    )  MDL NO. 1873 LIABILITY LITIGATION   )
  6   LIABILITY LITIGATION     ) ) SECTION: N(4)                                   ) )
  7                              ) )
  8                              )  JUDGE:  ENGLEHARDT This Document Relates  ) to:  ALL CASES
  9   to:  ALL CASES          ) MAG:  ROBY )                          )
 10                          )
 11
 12    VIDEOTAPED DEPOSITION OF ROBERT FUNKHOUSER            SEPTEMBER 30,
 13                  SEPTEMBER 30, 2008
 14
 15          ORAL DEPOSITION OF ROBERT FUNKHOUSER, produced as a witne
 16   produced as a witness at the instance of the  Defendant and duly sworn, was taken in t
 17   Defendant and duly sworn, was taken in the above
 18   styled and numbered cause on SEPTEMBER 30, 2008,
 19   from 9:08 a.m. to 12:46 p.m., before KATERI A.
 20   FLOT-DAVIS, CSR, CCR in and for the State of
 21   Louisiana, reported by machine shorthand, at the
 22   offices of Jones Walker, 10001 Woodloch Forest
 23   Drive, Ste. 350, The Woodlands, Texas 77380,
 24   pursuant to the Federal Rules of Civil Procedure and
 25   the provisions stated on the record herein.
```

EXHIBIT 1

```
25:1    there are a couple of people listed as key personnel
   2    under this contract, a program manager named Dwight
   3    Durham?
   4         A.   Yes.
   5         Q.   Was he one of these fellows?
   6         A.   He was a program manager on the prime
   7    contract.  He was not deployed on Katrina/Rita.
   8         Q.   Okay.  And when you say prime contract,
   9    tell me what you mean.
  10         A.   Fluor had a contract with FEMA prior to the
  11    hurricane coming ashore.  I believe it was several
  12    months that was competitively bid, and Fluor won a
  13    prime contract.
  14              This contract is an IDIQ contract, which is
  15    an indefinite delivery, indefinite quantity contract
  16    which provides the basis for FEMA to then issue a
  17    Task Order request to Fluor for specific scope
  18    items.
  19              So this prime contract covers the IDIQ
  20    contract for Fluor to then execute Task Orders at
  21    FEMA's request.
  22         Q.   Okay.  I gotta interpret that.
  23              Before I do, who's Al Whitaker?
  24         A.   Al Whitaker is someone that is also on the
  25    Fluor payroll that represents us to -- to FEMA, and
```