```
1:1            UNITED STATES DISTRICT COURT
  2            EASTERN DISTRICT OF LOUISIANA
  3
  4    IN RE:    FEMA TRAILER              * MDL NO. 1873
  5              FORMALDEHYDE PRODUCTS     *
  6              LIABILITY LITIGATION      * SECTION "N" (5)
  7                                        *
  8                                        * JUDGE ENGELHARDT
  9    THIS DOCUMENT IS RELATED TO         * MAGISTRATE CHASEZ
 10                                        *
 11    Charlie Age, et al v. Gulf          *
 12    Stream Coach, Inc., et al,          *
 13    Docket No. 09-2892; Alana           *
 14    Alexander, individually and on      *
 15    behalf of Christopher Cooper        *
 16                    - - - -
 17       Videotaped telephone deposition of CHARLES
 18    A. WHITAKER, JR., P.E., taken by the
 19    Plaintiffs, pursuant to notice and/or
 20    agreement, before Phyllis Butler, Court
 21    Reporter and Notary Public, at the Hilton,
 22    45 West Orchard Park Drive, Greenville,
 23    South Carolina, on the 5th day of August,
 24    2009, commencing at the hour of 9:39
 25    o'clock, a.m.
```

EXHIBIT 2

```
60:1    the IA-TAC contract.
   2    Q.   Hand that back to me, please?
   3    A.   Yes, sir.
   4         (Thereupon Counsel marked the
   5    pertinent document as
   6    PLAINTIFFS'-EXHIBIT-NUMBER-THREE.)
   7    Q.   I'm now showing you what's been marked
   8    as Exhibit-Number-Three, and you call
   9    that the IA-TAC contract.  What does
  10    that mean?
  11    A.   It was the contract between Fluor and
  12    FEMA to perform the IA-TAC services
  13    that we kind of generally described
  14    earlier.  So this governs our work
  15    under what we did for FEMA under
  16    Katrina.
  17    Q.   Did it also cover other events besides
  18    Katrina?
  19    A.   Yes, sir.
  20    Q.   What other events besides Katrina did
  21    that contract that you have before,
  22    Exhibit-Number-Three, cover?
  23    A.   Under the IA-TAC --- and I guess I
  24    could be more specific and say IA-TAC
  25    one, because there's more than one TAC
```

61:1    contract now.  We have a TAC two

2    contract also, and that has now

3    expired.  But under TAC one it covered

4    the activities of the call readiness,

5    which was to be able to be ready to

6    respond to a disaster.  So we did that

7    throughout the duration of the

8    contract, and then we responded to

9    different disasters under this

10    contract.  Under this contract we

11    responded to Hurricane Dennis ---

12    Hurricane Dennis in July of 2005.  We

13    responded to tornadoes in Wyoming.

14    Then Katrina hit, so we responded to

15    Katrina.  While we were in Katrina Rita

16    hit, so we also responded to Rita.  And

17    Hurricane Wyoming --- Wilma.  Excuse

18    me.  Hurricane Wilma hit in Florida,

19    and we also responded to Hurricane

20    Wilma in Florida under this contract.

21      MR. MILLER:  What was that last

22    one?

23      THE WITNESS:  Wilma.

24      MR. PINEDO:  All right.  We need

25    to change tapes.  Let's go off the

```
68:1   A.   113? Yes, sir.  That's Exhibit-Seven.
   2   Q.   Exhibit-Seven is page 113 through page
   3   122 of Exhibit-Three; is that right?
   4   A.   Yes, sir.
   5   Q.   And that covers travel trailer
   6   installation; is that right?
   7   A.   Yes, sir.
   8   Q.   Could you distinguish for me what you
   9   were talking about earlier, the task
  10   order number 20 and another task order
  11   regarding travel trailers?  What's the
  12   difference between that and what we see
  13   before us on pages 113 through 124?
  14   A.   Yes, sir.  What we have right in front
  15   of us is the --- what we would call the
  16   prime contract, which is an ID/IQ
  17   contract, Indefinite Delivery
  18   Indefinite Quantity Contract, that
  19   establishes, if you will, the game
  20   rules in which you're going to work
  21   under.  And then each time the
  22   government wants to use that contract
  23   to then task us with a specific item to
  24   do, they would issue us a task order
  25   under this contract.  So all the rules
```