UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE: | ) | MDL NUMBER 1873 |
| FEMA TRAILER FORMALDEHYDE | ) | SECTION "N" (4) |
| PRODUCTS LIABILITY LITIGATION | ) | JUDGE ENGELHARDT |

- - - - - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF BECHTEL NATIONAL, INC.

30(B)(6) DEPONENT JACK HUME

THURSDAY, AUGUST 21, 2008

BEHMKE REPORTING & VIDEO SERVICES

BY: CHRISTINE L. JORDAN, CSR NO. 12262, RPR, CCRR

160 SPEAR STREET, SUITE 300

SAN FRANCISCO, CALIFORNIA 94105

(415) 597-5600

BEHMKE REPORTING & VIDEO SERVICES
(415) 597-5600



EXHIBIT A

Page 98

1  of lacking, thin, maybe nonexistent in some
2  instances. Go ahead.
3     MR. BONE: Object to form.
4  BY MR. LAMBERT:
5     Q. My question -- my question to you is: Where did
6  the manufacturer specifications for blocking, leveling,
7  jacking, however you want to put it, come from?
8     MR. MILLER: Objection; foundation.
9     THE WITNESS: The manufacturers' manuals,
10 instructions, were received from a large number of
11 manufacturers. And I haven't looked at any of those
12 personally so I don't know what the contents of them
13 are.
14 BY MR. LAMBERT:
15    Q. Okay. Is it your guess that the engineering
16 department which Sam -- is it Garde?
17    A. Garde.
18    Q. Garde. That he -- that he would be the one who
19 likely looked at those?
20    MR. HAINKEL: I'm going to object and ask the
21 witness not to guess. But if he knows the answer to
22 that question --
23    MR. LAMBERT: Okay.
24    THE WITNESS: Yeah, no, I -- I don't know.
25

Page 99

1  BY MR. LAMBERT:
2     Q. Okay. Well --
3     A. I would have to -- if I said, I would be
4  guessing.
5     Q. Okay. So is there anybody else you can think of
6  that is likely to have looked at those manufacturer
7  specifications for travel trailers other than him? Was
8  it maybe somebody who worked for him?
9     A. I would suspect a large number of people
10 did.
11    Q. Okay.
12    A. But I couldn't surmise who they'd be.
13    Q. Okay. Do you know of any distinctions between
14 travel trailer manufacturers insofar as the subcontracts
15 were concerned for blocking and leveling?
16    A. You got two questions there.
17    Q. All right. Let me -- let me break it down
18 because maybe I'm confused.
19       We know that there's a bunch of different
20 manufacturers of travel trailers, correct?
21    A. Yes.
22    Q. And you men- -- you mentioned a minute ago that
23 you had operator manuals or whatever title the particular
24 book has -- owners manuals -- manufacturers'
25 specifications for these -- different ones for these

Page 100

1  different trailers, correct?
2     A. I know -- I know we had several --
3     MR. BONE: Objection; compound.
4  BY MR. LAMBERT:
5     Q. Go ahead.
6     A. I know we had several manufacturers'
7  manuals, yes.
8     Q. Yes. Okay.
9       And but in the -- in the subcontracts, are
10 there distinctions between different travel trailer
11 models for the way that they are leveled or blocked?
12    A. No, I don't believe so.
13    Q. So they -- it's uniform, correct?
14    A. Yes.
15    Q. Okay. So if one -- one manufacturer -- or
16 scratch that.
17       Do you know of any prohibition against
18 lifting the weight of a travel trailer off of its
19 wheels in the process of setting it up?
20    MR. MILLER: Objection; vague.
21    THE WITNESS: I'm really not a travel trailer
22 expert.
23 BY MR. LAMBERT:
24    Q. I know you're not. But you're a guy that did
25 the construction work in terms of setting up these

Page 101

1  36,000, 35,000 plus or minus travel trailers, correct?
2     MR. MILLER: Objection; mischaracterizing the
3  witness's testimony --
4     THE WITNESS: Correct.
5     MR. MILLER: -- compound.
6     THE WITNESS: Yes, I was.
7  BY MR. LAMBERT:
8     Q. Okay. So my question to you is: Do you know --
9  are you aware of any prohibition against lifting the
10 weight off of the wheels of a travel trailer?
11    MR. MILLER: Objection; foundation.
12    THE WITNESS: No, I'm not.
13       (Simultaneous speaking.)
14       (Reporter interrupts.)
15    MR. HAINKEL: Okay. Go ahead and answer.
16 BY MR. LAMBERT:
17    Q. No, you're not?
18    A. No, I'm not.
19    Q. Okay. And you know that in fact that was done,
20 correct?
21    A. Yes, I do.
22    Q. Okay. If there were any -- or scratch that.
23       Were you generally familiar with maintenance
24 issues of travel trailers?
25    A. Generally?