**Oliver Bernstein**

From: Mary C. DeVany [mdevany@earthlink.net]
Sent: Friday, April 18, 2008 9:52 PM
To: 'Oliver Bernstein'; Oliver.Bernstein@sierraclub.org
Subject: I Urgently Need to Talk with You

Oliver,

It is urgent that you call me immediately. Consider that I have never asked you to do this before so it must be a crisis – and it is.

Home: 360-576-1975

Work: 360-546-0999

Cell: 503-621-8548

Mary DeVany

**Oliver Bernstein**

From: Mary C. DeVany [mdevany@earthlink.net]
Sent: Tuesday, March 18, 2008 11:13 PM
To: 'Becky Gillette'; 'Oliver Bernstein'
Subject: FW: Formaldehyde

Attachments: Bobby's CV.pdf; Example 1 VOC bake out.pdf; Example 2 VOC bake out.pdf

  

Bobby's CV.pdf (16 KB)    Example 1 VOC bake out.pdf (76...    Example 2 VOC bake out.pdf (13...

Please see below and attached that I received from Bobby Parks. His procedure is a bake-off with ventilation. And at a fairly low temperature, too.

Mary

From: Bobby Parks [mailto:bobby@parksair.com]
Sent: Sunday, March 16, 2008 3:11 PM

8

SC 05235

To: Mary C. DeVany
Subject: Formaldehyde

Mrs. DeVany,

The process is a combination of applying a controlled "super heated " condition to the home and maintaining that super heated condition, with/ a ventilation process. BEWARE, "ventilation of a structure" means something different to a building scientist than to the average person. Ventilation of a structure means to create a current of air "THROUGH" the structure and not just through windows and doors. In order to do this, a pressure imbalance must be maintained across the buildings enclosure and monitored depending upon the size and ventilation rate of the structure...... the key to the process is balance and "real time" monitoring.

The offer I recently made to the Louisiana Dept. of Health Services was -

1)  I will provide you with a complete, detailed as possible process protocol (keeping in mind that I have never done a travel trailer so I have no bases for establishing a time allowance for each trailer)

2)  I will perform and document the process on 6 travel trailers – "COMPLETELY FREE OF CHARGE" –so I can guaranty that you will get your moneys worth ! ( this will allow us to establish a basis for which to create a much more definitive protocol and estimate of a potential "cost of cure"

3)  It will also give us an opportunity to overcome any unforeseen obstacles that may be presented.

6 is (I believe) "a minimum" of which would give us enough consistent substantiation that the issue can remediated adequately.

I travel all over the US... literally coast to coast... I would have no problem presenting the information "pre" or "post" in Washington or anywhere else. I will also offer 1 trip to do so, free of charge......
Mrs. DeVany, the only thing I would ask of you would be, please DO NOT pursue this with "me" any further unless you are serious about FIXING the problem. I have 8 children and 5 in college and am not interested in "maybe's" ... no disrespect intended but my experience with the Serria Club membership to this point has involved nothing but "talk" – again, with all due respect - this will be my last communication unless homes are provided for testing.

Thank you,

9

SC 05236

Healthy Homes of Louisiana, llc

Robert (Bobby) Parks, mm

318-355-1918 anytime

bobby@parksair.com

I am attaching:

1) Report on a 2200 sft home ( this home was located less than 1 mile between 2 major carpet manufactures in Georgia – the outdoor air contained a base of 2.0ppm)

2) Date only on a 1600 sft home ( this home had a minimum concentration but the homeowner was highly sensitive)

3) My CV

SC 05237