Transcript of the Testimony of
# Videotaped Deposition of Marco Kaltofen

## Date taken: June 16, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 117

1    that affect formaldehyde and what people actually

2    experienced.

3         Q.    And again, we'll look and see at the

4    BCDU results, your company's results on the

5    testing data and whether any temperature

6    information is logged --

7         A.    Or better -- I'm sorry.  I didn't --

8         Q.    That's okay.  What's fair is fair and I

9    understand.

10             What generally were the temperatures

11   that you were testing in when you were doing your

12   testing up in Maryland?

13        A.    Oh, let's just look at them rather than

14   try and dig them out.  There are just too many

15   numbers.

16        Q.    And I'm not going to hold you to it, but

17   do you have any just general recollection?

18        A.    We were probably, you know, within a

19   range of 50s to 70s, maybe 80s.  I don't know if

20   we really hit 80s.

21        Q.    Did you attempt to heat any of the units

22   using the HVAC system when you did the testing?

23        A.    No, I think most of our samples, we

24   either collected it from a trailer that was as is,

25   it was occupied, the ones that were unoccupied

Page 118

```
 1    generally weren't hooked up.
 2         Q.   You cite on page 8 of your report, the
 3    Lawrence Berkeley -- in fact, there's a lengthy
 4    quote from the Lawrence Berkeley report, correct?
 5         A.   Correct.
 6         Q.   And I'm just curious, based upon your
 7    analysis of statistical sampling and appropriate
 8    sample sizes previously in your report, but the
 9    Lawrence Berkeley quote that you give here talks
10    about four unoccupied FEMA THUs were studied.
11              Just based upon what you've already
12    expressed as a statistically appropriate sample,
13    is four a statistically appropriate sample?
14         A.   Actually, you're mixing a few things, I
15    think, based on your question.
16              I didn't talk in my report about many of
17    the exact statistical significance levels for this
18    data.  So just so that's clear.
19         Q.   All I --
20         A.   Also --
21         Q.   -- meant to imply, and I don't mean to
22    interrupt, was just where you discuss selection of
23    an appropriate sample size.  That's all I'm
24    talking about.
25         A.   We actually talked about that in our
```