Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

### Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

## **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 379

```
 1        A.    No, I do not.

 2        Q.    Was there any period of time while

 3   you were in the trailer that you stayed in

 4   the trailer in hot weather with the

 5   air-conditioning off?

 6        A.    Off?

 7        Q.    Yes.

 8        A.    Only if I was cooking.

 9        Q.    Okay.  But at that time, you had

10   the trailer open with the windows and door,

11   if I understood correctly?

12        A.    Correct.

13        Q.    Okay.  So there was no time when

14   you lived in the trailer that you closed it

15   up and kept the air-conditioning off when it

16   was hot outside?

17        A.    Oh, no.

18        Q.    It would get too hot inside?

19        A.    Yes, it would.

20        Q.    So if I understood your testimony,

21   and I know it's subject to your earlier

22   objection, that your understanding of why

23   Gulf Stream Coach was sued is because,

24   No. 1, of the potential of exposure to

25   formaldehyde in the trailer; and No. 2,
```

Page 287

```
 1          A.    No, I did ventilate it every day.

 2          Q.    Okay.  And that included opening

 3    doors and opening windows?

 4          A.    Yes.

 5          Q.    Would you also use the AC to keep

 6    temperatures low inside the unit?

 7          A.    Yes.

 8          Q.    Did that occur from day one

 9    through the end of your time in the unit?

10          A.    Yes.  During the summer months.

11          Q.    Right.  You would always try to

12    maintain a comfortable temperature in the

13    unit when you lived in it, correct?

14          A.    Yes.

15          Q.    Did you ever smoke inside the

16    unit?

17          A.    No.

18          Q.    Have you ever smoked?

19          A.    No.

20          Q.    I assume Chris has never smoked

21    that you know of?

22          A.    No, he doesn't smoke.

23          Q.    You've never seen Chris smoke?

24          A.    He doesn't smoke.

25          Q.    Okay.  You worked as an EMT,
```

Page 176

```
 1   trailer --

 2        A.   And air it out.

 3        Q.   Air it out.

 4             Did you open up the windows?

 5        A.   Yeah, open up the windows, the

 6   door, turn the air conditioner on.

 7        Q.   So you opened up the windows all

 8   the way?

 9        A.   Yes.  There was only one position.

10        Q.   How many windows?

11        A.   Four.

12        Q.   And you opened up the door as

13   well?

14        A.   Yes.

15        Q.   How long would you leave the

16   windows and door open?

17        A.   Usually when I cooked.  Because

18   when I came home from work, I immediately

19   started cooking.  And usually, I didn't

20   close it up until after I finished cooking.

21        Q.   How long would it take you to

22   cook, typically?

23        A.   About an hour.

24        Q.   Did you cook the same types of

25   things in the trailer that you cooked when
```