UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | * * * * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:   FEMA TRAILER            * MDL NO. 1873
 5             FORMALDEHYDE PRODUCTS   *
 6             LIABILITY LITIGATION    * SECTION "N" (5)
 7                                     *
 8                                     * JUDGE ENGELHARDT
 9    THIS DOCUMENT IS RELATED TO      * MAGISTRATE CHASEZ
10                                     *
11    Charlie Age, et al v. Gulf       *
12    Stream Coach, Inc., et al,       *
13    Docket No. 09-2892; Alana        *
14    Alexander, individually and on   *
15    behalf of Christopher Cooper     *
16                     - - - - -
17      Videotaped telephone deposition of CHARLES
18    A. WHITAKER, JR., P.E., taken by the
19    Plaintiffs, pursuant to notice and/or
20    agreement, before Phyllis Butler, Court
21    Reporter and Notary Public, at the Hilton,
22    45 West Orchard Park Drive, Greenville,
23    South Carolina, on the 5th day of August,
24    2009, commencing at the hour of 9:39
25    o'clock, a.m.
```

105

1    or did not, but to my personal

2    knowledge, they didn't.  I'm sorry.  I

3    --- I didn't want to violate the rules.

4    Q.   Don't you think that some of these

5    construction managers, or engineering

6    managers, environmental engineers, or

7    other engineers knew about the

8    existence of formaldehyde used in

9    mobile homes prior to 2005?

10        MR. PENOT:  Object to the form.

11   A.   Yes, I would say that people were aware

12   that formaldehyde was in mobile homes

13   before 2005.

14   Q.   People within Fluor?

15   A.   Yes.  I would say people within Fluor

16   because they're part of the general

17   community, and some of our employees

18   live in mobile homes.

19   Q.   But some of them also had that

20   knowledge based upon their professional

21   experience and background whether

22   they're environmental engineers, or

23   safety engineers, or construction

24   managers.  They would have been aware

25   of that, wouldn't they?