## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE:    **FEMA TRAILER**       *    **MDL NO. 1873**
         **FORMALDEHYDE PRODUCTS**  *
         **LIABILITY LITIGATION**    *    **SECTION "N" (5)**
                                 *
                                 *    **JUDGE ENGELHARDT**
                                 *    **MAGISTRATE CHASEZ**
                                 *

**THIS DOCUMENT IS RELATED TO**    *
                               *

*Charlie Age, et al v. Gulf Stream Coach*    *
*Inc., et al*, Docket No. 09-2892;       *
Alana Alexander, individually and on behalf  *
of Christopher Cooper           *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT E

# EVENT NOTIFICATION LOG

Event Date _May 22, 2006_  
Event Time _1:45 PM_  
Safety Notification Date _May 22, 2006_  
Safety Notification Time _1:45 PM_

Location of Event _LATTIMORE GROUP SITE_

Information Received From: Name _MICHAEL HOPKINS_   Phone Number _225-226-2351_

Description of the Event _I am reporting that for the last 48 hours I have had a severe headache and flu like symptons. These symptons started around 2:00 AM Saturday May 20th, 2006. The day before May 19th, 2006, around 12:30 PM after lunch, I was checking two rows of travel trailers that I had inspected the day before May 18th, 2006. I had left the air conditioners on in the units so I could return and check up on the air conditioners to verify that they were working properly. Some one had turned the A/c off in the units, so I went back into the units to turn them back on. I noticed a strong irritation fumes inside the units. I was probably inside each unit about 1 minute. Long enough to open the 3 windows, turn on the vent hood, A/c, & bathroom vent. As I left the unit, I propt the door open and left the unit to air out. I mentioned the headaches I was having to site safety personal today (5/22/06) 2 days after noticing the symptons. Symptons similar to galvanize poisoning._

Notifications

| | Person | Date | Time |
|---|---|---|---|
| Fluor Government Group | RANDY INGRAM | 5/22/06 | 1:30 PM |
| | AMADEO MARTINEZ | 5/22/06 | 6:30 Am |
| FGG Program Safety | MISSY BUSCO | 5/22/06 | 6:30 Am |
| Other | | | |
| _SAFETY_ Name/Company | R-JEANSONNE | 5-22-06 | 2:10 pm |
| Name/Company | | | |
| Name/Company | | | |

Notifier (signature) _Mike Hopkins_  
MIKE HOPKINS

Date _May 22, 2006_

S-NW-216 (10/03)

FL-FCA 024902