UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al,* Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>FLUOR ENTERPRISES, INC.'S MOTION TO EXCLUDE
EXPERT TESTIMONY OF CHARLES DAVID MOORE, PE, PLS</u>**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Fluor Enterprises, Inc., which hereby respectfully moves this Honorable Court *in limine* to Exclude the Expert Testimony of Charles David Moore, PE, PLS at the trial of this matter. The factual and legal bases for this motion are set forth in the attached memorandum and exhibits. The opinions of Moore that relate to blocking and jacking techniques are baseless and lack facts to support such opinions. These opinions will not assist the trier of fact and should be excluded under <u>Daubert</u> and its progeny.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     s/ Richard A. Sherburne, Jr.
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleáns, Louisiana 70170
Telephone: (504) 525-7200
Facsímile:  (504) 581-5983
dgianna@midrid.com
showman@midrid.com

Charles R. Penot, Jr., La. Bar No. 1530 &
Texas Bar No. 24062455
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsímile:  (214) 220-6807
cpenot@midrid.com

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile:  (225) 381-7730
rsherburne@midrid.com
smallett@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26${}^{th}$ of August, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                                s/ Richard A. Sherburne, Jr.
                                            **RICHARD A. SHERBURNE, JR.**