# Transcript of the Testimony of
# Videotaped Deposition of Shirley J. Alexander

Date taken: July 10, 2009

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**Note**
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT
C
Blumberg No. 5118

Page 42

```
 1   same day or the day after?
 2       A    They probably moved it the same
 3   day, because you couldn't just leave it out
 4   on the street.
 5       Q    And that was a bad question,
 6   because I said "did they."  I guess was the
 7   trailer moved on the same day would be a
 8   better question.  And you think that it was
 9   moved down the street and back the same day,
10   correct?
11       A    Uh-huh (affirmative response).
12       Q    Did you watch anybody put the
13   trailer back on the property?
14       A    No, I did not see that.
15       Q    Okay.  Did you watch them set up
16   the trailer back on piers or blocks after
17   the demolition?
18       A    I didn't see them when they put it
19   back after the demolition.
20       Q    You didn't see anybody do that
21   work?
22       A    No, I didn't see that work done.
23       Q    Okay.  And back to when you first
24   saw the trailer, you talked about the
25   bedroom wall.  Did you see any other
```

Page 52

1   A   No.

2   Q   Louis wasn't home?

3   A   No.

4   Q   So there were no customers at the
5   barber shop?

6   A   No.

7   Q   Okay. And what was the first
8   thing that these men did that you remember
9   to start setting up, putting the trailer on
10  the blocks?

11  A   They went to their truck and they
12  got the blocks and the young guy got under
13  the trailer and he was putting them under.
14  The older guy, well, he didn't get on the
15  ground. The younger guy got under the
16  trailer and he was putting the blocks up
17  until they got it to the height that they
18  wanted it.

19  Q   Okay. Let me ask you this. When
20  you say "older guy," what years are we
21  talking about, fifties?

22  A   He probably was in about his
23  fifties.

24  Q   Okay. When the young guy started
25  going to the truck to get the blocks, were

Page 53

1  you back inside?
2      A    No, I was outside.
3      Q    You were outside?
4      A    Uh-huh (affirmative response). I
5  was on my porch. I didn't go over there. I
6  was just standing on the porch of the barber
7  shop.
8      Q    Okay. You stood on the porch to
9  watch this?
10     A    Right.
11     Q    Did you stay on the porch the
12 whole time or did you go inside?
13     A    No, I didn't stay out the whole
14 time they were out there. You know, I went
15 out there and I saw what they were doing,
16 and I went back inside, and then I would
17 come outside and look a little again, you
18 know, see what was going on. But I did not
19 just stay there from the time they started
20 until the time they finished, no, I did not.
21     Q    Okay. And how far away do you
22 think the trailer is from your porch?
23     A    I guess -- I would say between
24 about 15 and 20 feet from where I was.
25     Q    And which way did the front of the

Page 55

1   A    I did not observe that, no.  I
2  don't know.
3   Q    Okay.  Well, tell me about what
4  you observed.  You told me that they just
5  put the blocks there, but did you see
6  them -- Well, tell me about how they did
7  that.
8   A    I don't understand the question.
9   Q    Did they just start stacking
10  blocks, you know, the young guy would go to
11  the truck, get a block, put a block up, go
12  back to the truck?  Just explain in your own
13  words what you saw.
14   A    No, what I saw from where I was
15  standing, I could see them, they kind of
16  like lifted the trailer up.
17   Q    Okay.
18   A    And where the wheels is was about
19  like that (indicating) from the ground.
20   Q    Okay.  The wheels --
21   A    And then --
22   Q    Let me interrupt you there.  The
23  wheels were like this from the ground, and
24  I'm sure some engineer has measurements of
25  the wheels, but --

Page 56

1    A    They were just up, a little bit
2    off. And they put the blocks under the --
3    by the wheel, because, you see, they were
4    stabilizing the wheels. I would imagine
5    that's what they were doing. And they put
6    the blocks, and then they went and they did
7    the same thing on the other side, you know,
8    how they put the blocks on this side, and
9    then they let the trailer down.
10   Q    Okay. What was the old man
11   doing -- the older man, I should say?
12   A    To me, he was more like
13   supervising.
14   Q    Okay.
15   A    The young guy, he was like in his
16   late twenties and he was doing all the work.
17   Q    Okay.
18   A    Because he was telling him just
19   where to put it and how to put it, and then
20   he would stand back and he would look at it,
21   and then he would tell him he needed to put
22   something else there, and he would put it
23   there, and that's the way he did it.
24   Q    All right. Do you remember seeing
25   them use jacks to lift the trailer or you

Page 57

```
 1   don't really remember that?
 2       A    Well, they had some kind of --
 3   Evidently, they had some kind of jacks, but
 4   I didn't really pay attention to everything
 5   they did with them.  I was basically just
 6   looking.
 7       Q    Okay.  And I think I have read
 8   somewhere, you don't know how many jacks
 9   they used?
10       A    I really don't.
11       Q    You have no idea how many jacks
12   they used?
13       A    No.
14       Q    And you never came outside and
15   walked around to the other side of the
16   trailer, correct?
17       A    No, I just stayed right on my
18   porch.
19       Q    And so you don't know if there was
20   a jack or any other mechanism on the side of
21   the trailer where there's not a door?
22       A    No, I don't.
23       Q    And did you see them moving jacks
24   or anything like that?
25       A    No.
```

Page 58

```
 1     Q    You don't remember that?
 2     A    No.
 3     Q    You just remember the actual
 4   blocks coming?
 5     A    Uh-huh (affirmative response).
 6     Q    And the blocks were stacked up in
 7   the back of their truck?  Did they have a
 8   truck?  I keep saying a truck, but they
 9   could have had a van or they could have had
10   anything.
11     A    No, they had a truck.  That's
12   where they were going, out that way, to get
13   the blocks, and then put them back up
14   underneath.
15     Q    Okay.  When you started first
16   observing -- and this is just -- I know this
17   seems very detailed, but it's real
18   important.  You were talking about the
19   tires.  Were the tires already off the
20   ground or were they on the ground, or do you
21   not remember?
22     A    They were off the ground a little,
23   because they eased that trailer down after
24   they done put all of the blocks and things,
25   and they just eased the trailer down.
```

Page 59

```
 1       Q    Do you remember observing the
 2   process of them lifting the trailer off of
 3   the ground, or the first time you saw it,
 4   the tires were already up?
 5       A    The tires and everything was
 6   already up when I saw it, but they wasn't
 7   completely on the ground.
 8       Q    The tires were a little bit --
 9       A    Meaning they were up.  You know,
10   they were on the ground, but then they
11   raised a little bit, just enough to -- I
12   guess they were stabilizing it or leveling
13   it off or whatever.
14       Q    Okay.  So you don't remember --
15   When you came out, the tires were already
16   off the ground?
17       A    Uh-huh (affirmative response).
18   They were --
19       Q    Or do you remember?
20       A    I don't remember.
21       MR. PENA:
22            I object to the form.  Asked and
23   answered.  She has already testified that
24   the wheels were on the ground when she got
25   there.  That's what she testified to.
```

Page 62

1   little bit and they put the blocks under it,
2   and then let it down, so they had to use --
3   They used the jack to raise it up a little
4   bit, and then they put it down after they
5   put the blocks and everything under there to
6   even it off.
7       Q    And when it initially came off the
8   ground, did you actually see them get it off
9   the ground?
10      A    No.
11  EXAMINATION BY MS. PETROVICH:
12      Q    When they were putting the bricks
13  under the trailer, do you remember when
14  you're looking out the front, facing the
15  street, where they started putting the
16  bricks?
17      A    They started putting the bricks --
18  This is the part that I could see, was right
19  here (indicating), and they started putting
20  the bricks here (indicating), and then they
21  started putting the bricks at the back, on
22  this side (indicating).
23      Q    Okay.
24      A    And then they did something
25  diagonally, they went and do this here

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Shirley J. Alexander

Page 67

```
 1   trailer was on Dale Street?
 2        A    I really don't remember that,
 3   because I didn't look under the trailer.
 4        Q    Okay.  And do you remember either
 5   way whether there were jacks or some type of
 6   mechanical device that was in the middle
 7   while they were doing these bricks or do you
 8   just not remember that?
 9        A    I don't remember.  I just don't
10   remember that.
11        Q    Okay.  And you never observed the
12   side of the trailer where the door was not
13   located, correct?
14        A    Huh-uh (negative response).
15        Q    And "huh-uh," meaning correct, you
16   never observed it?  Correct?
17        A    What?
18        Q    You never observed that side?
19        A    No.
20        Q    Okay.  Do you remember when they
21   were stacking the bricks, whether they would
22   put a piece of wood or anything in between
23   the bricks or do you just not recall?
24        A    I don't recall them putting
25   anything in between, because the things that
```

Page 68

```
 1    came out wasn't little bricks.  It was wide
 2    things (indicating).
 3         Q    Cylinder?
 4         A    Yeah, and then they just put them
 5    up.
 6         Q    Do you remember them putting
 7    mortar or anything in between the bricks?
 8         A    No, I don't remember.
 9         Q    And you don't remember observing
10    the men doing a pumping motion to lift the
11    trailer up, right?
12         A    I don't remember.  I really don't
13    remember.
14         Q    Okay.  And do you remember after
15    the men installed that, did they then tell
16    you about the keys or do you think that was
17    another occasion or do you not remember
18    either way?
19         A    No, after they finished doing what
20    they had to do, that's when they told me
21    about the keys and they left.
22         Q    The younger guy told you?
23         A    No, the older guy.
24         Q    So that was his task for the day?
25         A    Uh-huh (affirmative response).
```

Page 88

1   Christopher's asthma, which I haven't talked
2   about Christopher's asthma yet.  All I'm
3   talking about is the trailer.
4        Q    Sure.
5        A    So I thought more I was talking
6   about Christopher's asthma.
7        Q    Sure.
8        A    And I wasn't really thinking about
9   having to talk about a trailer and all of
10  this stuff that I have been talking about
11  here today.
12       Q    Okay.
13       A    Which has nothing to do with
14  Christopher's asthma.
15       Q    Sure.  Okay.  So do you think that
16  you were mistaken when you told the
17  attorneys that you saw the men using jacks?
18       A    They could have.  They could have.
19       Q    But you just don't remember?
20       A    I just don't remember all of it,
21  because I really didn't put all of that in
22  my mind when I was looking at this outside.
23       Q    Sure.
24       A    There are certain things that I do
25  remember, but all of these little bitty

Page 89

1    things you're coming up with, some of the
2    things I just didn't even pay attention to.
3        Q    And when did you talk to the
4    attorneys on the phone?
5        A    I never talked to them on the
6    phone.
7        Q    You never talked to any of the
8    attorneys on the phone?
9        A    They told Alana that they wanted
10   to talk to me, and we went by Maria's house
11   and we talked.
12       Q    Okay. And that was just with Rick
13   here, right?
14           MR. PENA:
15               "Ray."
16   EXAMINATION BY MS. PETROVICH:
17       Q    "Ray." I'm sorry.
18       A    Ray.
19       Q    Okay. And then did you have an
20   opportunity to talk to attorneys again?
21       A    No, the only one that I talked to
22   was Ray.
23       Q    Okay. How many times did you talk
24   to Ray?
25       A    I think I talked to Ray twice.

Page 93

1    Q    But today, as you sit here, you
2    don't remember observing men pumping up --
3    A    I remember them putting --
4    bringing in the blocks and putting the
5    blocks up under there.  I really don't
6    remember too much.
7    Q    But that's all you really can
8    remember?
9    A    Uh-huh (affirmative response).
10   Q    How long did you meet with Ray
11   this morning?
12   A    This morning?  I didn't -- For the
13   little I saw him out there waiting for you
14   all.
15   Q    Okay.  And that was an example of
16   a bad question.  I should have asked, did
17   you meet with Ray this morning before the
18   deposition?
19   A    Like I say, we was sitting out
20   there waiting for you all to come.  That's
21   the only time.
22   Q    Okay.  Do you know anybody that
23   worked for FEMA?
24   A    Huh-uh (negative response).
25   Q    Do you know anybody that worked

Page 200

1   side?  You meant that they worked on one
2   side, then they would work on the other,
3   correct?
4       A     Yeah, like --
5       MR. PENA:
6            Objection, form.
7       THE WITNESS:
8            Like this (indicating).
9   EXAMINATION BY MS. PETROVICH:
10      Q     In a diagonal way?
11      A     Yeah, they raised it.  From what I
12  could see, they raised it.
13      Q     Sure.
14      A     And they put the blocks under here
15  (indicating) and went up like that
16  (indicating), and then the wheels, and then
17  they went and they did it on the other side,
18  and then they came and they fixed up this
19  side and that side (indicating).  That's
20  what I can remember.
21      Q     Thank you.  And I'm going to move
22  on from this soon.  And you don't know
23  whether there were -- You don't know either
24  way whether there were any other jacks
25  supporting the trailer while they worked

Page 201

1  putting the blocks in, do you?
2       A    No, because they were -- The
3  trailer was on wheels.
4       Q    Yes, but do you know if there were
5  any other jacks?
6       A    No, I really don't know what they
7  had on it.
8       Q    You don't know either way, whether
9  there were jacks at any other point
10 supporting the trailer while they installed
11 the blocks, correct?
12      A    I don't know.
13      Q    And you didn't even observe
14 anything on the other side, correct?
15      A    No, because I was on this side.
16      Q    And you said you weren't counting
17 blocks, and you don't know if they worked
18 from "X" to "Y" to the other corners, and
19 then back to "X" and "Y"?  You don't
20 remember?
21      MR. PENA:
22           Objection, form.  Misstatement of
23 testimony.
24      THE WITNESS:
25           I said that already, didn't I?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Shirley J. Alexander

Page 211

```
 1      Q    I know.  I know.  Let me just ask
 2   you this.  Did you see them do any mechanism
 3   to put it back on its wheels or you don't
 4   really remember?
 5      A    I really don't remember looking at
 6   it.
 7      Q    Okay.  And we have talked about it
 8   at length.  I know.  You just remember the
 9   process of them stacking the bricks?
10      A    Uh-huh (affirmative response).
11      Q    And we talked about it.  Okay.
12      A    Okay.
13      Q    And so you don't remember the
14   process of them lowering it back?
15      A    Oh, I wasn't paying -- As far as
16   in my head, I don't remember all of that.
17      Q    Okay.
18      A    Just what I told you.  I can say
19   it over and over and over.
20           MS. PETROVICH:
21                Okay.  All right.  Thank you,
22   Ms. Alexander.
23           THE WITNESS:
24                You're welcome.
25           THE VIDEOGRAPHER:
```