**Page 81**

1    MR. PINEDO:
2        Objection to the form.
3    EXAMINATION BY MR. PENOT:
4    Q   Let me say, or from the roof
5    decking material?
6    A   Yes. As we talked about, all
7    those types of causes of differential
8    movement could cause these kinds of damages,
9    separation of the roof from the walls and
10   other things like that, yes.
11   Q   And in particular, though, my
12   question was wind, a wind event could do
13   that, correct?
14   A   In particular, wind events could
15   do that, yes.
16   Q   Now, if I'm understanding your
17   opinion correctly, though, despite these
18   things being consistent, you think they are
19   different, they're not probably the cause?
20   You think probably the cause is the improper
21   jacking; am I right or wrong about that?
22   A   Of the wall panels in particular,
23   yes. Because of the timing of that, it was
24   reported to me that the wall panels were
25   popped loose from the time that

**Page 82**

1    Ms. Alexander moved into the structure, so
2    then you would have to look at from the time
3    that she moved in, before that, from the
4    time it was manufactured up to the time that
5    she moved in, where did that damage occur?
6        Some of the other things, as far
7    as the separation of the roof, I don't know
8    when that was first reported, so that
9    leads -- then there could be other things
10   that happened even after the unit was at
11   Lottie that could have actually caused some
12   of those kinds of things.
13       But from the timing of the wall
14   panels particularly, okay, then we would
15   have to look at what could have caused it
16   during that time frame. And, of course, the
17   further back it goes, the shorter life
18   history that the travel trailer has, so then
19   you can start narrowing down what are the
20   effects or what are the causes of that.
21   Q   Okay. So you say it's probably
22   because it was reported when she moved in.
23   Probably improper jacking, because when she
24   moved in, she reported when she moved in?
25   A   Uh-huh (affirmative response).

**Page 83**

1    Q   Well, I don't understand that.
2    Couldn't all these other things also have
3    happened before she moved in? Couldn't
4    there -- Let me finish the question.
5    A   Go ahead.
6    Q   Couldn't there have been a prior
7    installation where there was differential
8    settlement? Couldn't there have been
9    thermal-induced expansion and contraction,
10   moisture-induced expansion and contraction,
11   or the combination of thermal and
12   moisture-induced expansion and contraction,
13   or transportation loads or wind loads?
14   Couldn't all of those -- She didn't move in
15   until May of 2006. The trailer was a year
16   and a half old by then, wasn't it?
17   A   That's correct. And, yes, you're
18   correct, it could have happened in all those
19   instances, but let's go back and address
20   some of those.
21       We haven't really talked about the
22   thermal, and I would like to go ahead and
23   address that now, so that we can kind of get
24   that out of the way.
25       Yes, thermal forces do induce

**Page 84**

1    movements. I would not expect that to be a
2    proximate cause of this particular instance,
3    because typically what you're looking at is
4    one of two things.
5        One, in that different materials
6    have different rates of expansion and
7    contraction. They have coefficients for
8    each type of material, metal, wood, rubber,
9    different things like that, and they will
10   expand and contract different based on their
11   temperature.
12       In other words, if these different
13   materials are laid out here and we subject
14   them to, say, 100 degrees of temperature,
15   they will all expand differently at
16   different rates.
17       Wood might expand a certain
18   distance, the metal will expand a certain
19   distance that would be different, the rubber
20   would expand a certain distance and that
21   will probably be different from either one
22   of those.
23       That I don't think is the problem
24   here. I don't think that is the problem
25   here, because the coefficients of each of

21 (Pages 81 to 84)

Page 85

```
 1   those materials are fairly, fairly small,
 2   and so the relative difference between the
 3   different materials will not cause a great
 4   difference of movement.  We're talking on
 5   the micron level.
 6        So those types of movements could
 7   definitely be handled by the connectors,
 8   like the staples and like glue and things
 9   like that.  So, you know, I don't think that
10   the thermal by itself could be the cause
11   here.
12        The second thing that I have
13   mentioned earlier that would be thermal is
14   where you get one side of a structure that
15   would be heated or cooled much differently
16   than the other side of the structure, which
17   would cause this part of the structure
18   (indicating) to expand differently than the
19   other part of the structure (indicating).
20        That I don't see as being a real
21   problem with this issue, because the
22   structure as a whole is very small, so it's
23   very unlikely that one side heated up much
24   greater than the other side to cause the
25   types of differential movements that we
```

Page 86

```
 1   would expect to see there.
 2        That would be a case where you
 3   would have a piece of structure that would
 4   be out exposed to a hot sun and the other
 5   part of the structure would be in a freezer
 6   somewhere.
 7        So, you know, those types of
 8   things I don't see.  I don't think thermal
 9   is going to be a culprit here.  The
10   magnitude of movements that could be caused
11   by thermal would not happen in this case.
12   Very, very, very low probability of anything
13   like that happening in this case.
14        The moisture that you talk about,
15   I would think it would be very unlikely to
16   happen in this case, also, because for that
17   year and a half leading up to the time that
18   she moved in, it was basically a brand new
19   trailer.
20        Brand new trailers are constructed
21   by nature to keep water out, and so if
22   anything happened during that time frame,
23   then something had to cause the moisture to
24   get in there, and that by itself is a
25   problem.
```

Page 87

```
 1        I don't think that happened here,
 2   because if we had moisture getting into this
 3   unit before she moved in, then there's a
 4   problem in that history that should have
 5   been taken care of before she ever moved in.
 6        The other things, the wind and the
 7   transportation, definitely could have
 8   happened.  However, again, we're talking
 9   about that this is a brand new trailer, and
10   so from the time that it was delivered to
11   the time that FEMA accepted it, and then
12   passed that on to the contractor, which I
13   think it was Fluor, and then they came out
14   and moved it there, if there was damage that
15   was done either by transportation, that
16   would probably have been addressed by
17   someone.
18        In other words, from the time from
19   when Gulf Stream manufactured it to they
20   sent it to Florida, I think it was, and I'm
21   pretty sure that the document actually said
22   specifically no damage done during
23   transportation, so that means somebody
24   inspected it, looked.
25     Q    To Florida?
```

Page 88

```
 1     A    To Florida, right.
 2     Q    From the manufacturer to Florida?
 3     A    From the manufacturer to Florida.
 4   So we can rule out transportation issues at
 5   that point.
 6        I think that from there, from what
 7   I remember, there was at least some document
 8   that indicated that it was in Georgia for a
 9   period of time, and I think that those
10   documents also indicated no transportation
11   damage or no damage noted in the
12   inspections, things like that, so I think we
13   can rule out that period of time of
14   happening there.
15        I think the next documents that I
16   remember was probably around September,
17   where Fluor was indicated as the contractor
18   that accepted the travel trailer somewhere
19   in the St. Rose or Hahnville area or
20   somewhere around the New Orleans area, that
21   Fluor was -- That was in September, which
22   would have been probably right after the
23   hurricane.  Probably immediately after it.
24   They were probably still dealing with the
25   effects of trying to breach the -- or trying
```

22 (Pages 85 to 88)

**Page 89**

1  to get the levees fixed and that kind of
2  thing, but they were in the process of
3  moving to get something happening as we
4  remembered the events.
5       So during that time frame, there
6  were documents where Fluor had this trailer
7  and checked off whether there was damage or
8  not, and there was nothing noted in those
9  documents whether there was any damage.  So
10 I think we can rule out that time period.
11      And then the next document that I
12 remember seeing, there was a document in
13 January of '06, I guess it was.  Again, I
14 think Fluor was listed there as a
15 contractor, and there was a notation that
16 they needed a starter kit maybe and there
17 was a notation about the bedroom wall, and I
18 think that's all it would have said, was the
19 bedroom wall.  So there may have been some
20 issue with the bedroom wall at that point.
21 That was in January.
22      Now, I would assume, and maybe
23 that's a bad assumption on my case, but I
24 would assume that if there was a problem, if
25 that was referring to the paneling on there,

**Page 90**

1  I would assume that someone addressed that
2  and fixed it.  That may not be a real good
3  assumption on my case.  So somewhere between
4  September and January, something happened
5  there that was addressed.
6       And then when they moved it onto
7  site, there wasn't any reference to any
8  damage done or anything like that at the
9  installation procedure.  It was installed, I
10 think, in February, and then she moved in in
11 May, and at that point was when, from what I
12 remember, the different documents here, that
13 was when Ms. Alexander noted to someone that
14 there was this damage.  So that would be the
15 time frame, as I understand it, from what
16 happened.
17      During that time frame, that could
18 have been some transportation issues, it
19 could have been some improper jacking
20 techniques at those intermediate locations.
21      As I understand the chain of
22 events, when the travel trailer came from
23 Georgia down to Louisiana, it most likely
24 went to some staging area first to make sure
25 that they had everything prepared and ready

**Page 91**

1  before they actually assigned it to someone
2  in particular, in this case Ms. Alexander,
3  so -- and possibly even numerous staging
4  areas, depending on what was going on.
5       Like I said, those are the details
6  I don't know, but just based on the
7  documents, there were probably two or three
8  of those locations.
9       So at each one of those
10 transportation areas, basic set-ups to at
11 least stabilize it at those staging areas to
12 make sure that nothing happened to it, there
13 could be some incidents that could have
14 caused this damage, also.
15    Q   A couple of questions about that
16 rather lengthy answer.  None of that has to
17 do with your expertise as an engineer, does
18 it?  You just told me what the documents say
19 and what conclusions you're drawing from it
20 that have nothing to do with engineering
21 expertise?
22    A   I wouldn't agree to that, no.  My
23 expertise as a civil engineer includes
24 transportation issues, it includes
25 structural issues, it includes weather --

**Page 92**

1  hydrological and weather-related issues, so
2  I wouldn't agree that that has nothing to do
3  with my expertise, no.
4    Q   You are more -- You are better
5  qualified than the people that sit in the
6  jury box to decide when something happened
7  simply by looking at -- All you just told
8  me -- You didn't do any calculations.  You
9  just told me what the documents say.  It
10 went to this staging area and it said no
11 damage.  It went to this one and it said
12 damage.
13      What does that have to do with
14 being an engineer?
15    MR. PINEDO:
16      Objection.
17 EXAMINATION BY MR. PENOT:
18    Q   You're smarter than the people in
19 the jury box to figure that out?
20    MR. PINEDO:
21      Objection to the form.
22 Argumentative.
23    THE WITNESS:
24      Actually, probably, no, I would
25 think that most people should be able to

23 (Pages 89 to 92)

**Page 173**

1  '05 to January of '06?
2      A   No, it does not.  Well, again,
3  we're putting some assumptions on this.
4      Q   No, we're not.  You are.  Please
5  tell me your assumptions.
6      A   My assumptions, no.  I think this
7  is factually based on the forms, is that in
8  September 10th, '05, the name listed on
9  there is Dow-River Parish Maintenance, and
10 the address is 16179 River Road in
11 Hahnville.
12         In January, the name is listed out
13 as Union Carbide/Dow Chemical, and it's got
14 a different address, 10362 Airline Highway,
15 St. Charles Driving Range in St. Rose,
16 Louisiana.  Those appear to be two separate
17 locations.
18     Q   But the same trailer, correct?
19     A   The first one specifically does
20 have the unit number listed on it here.  The
21 second one says "see the attached list of
22 VIN's," which I don't know that we have
23 that.
24     Q   What is -- Okay.
25     A   There is a list of VIN's on here,

**Page 174**

1  which I'm assuming --
2      Q   Would you look and see if the
3  VIN that is --
4      MR. PINEDO:
5          Would you let him finish his
6  answer, please.
7      THE WITNESS:
8          Okay.  I'm assuming this goes with
9  this, that this is the list of VIN's that
10 they're looking at, because it's called Dow
11 Chemical in St. Rose and it has a list of
12 VIN's.  And the VIN is not actually listed
13 on here that I see, but I do see the bar
14 code number or the FEMA ID number on here,
15 1041407.
16 EXAMINATION BY MR. PENOT:
17     Q   So that was a whole lot of way of
18 saying that the first page that we were
19 looking at in September is the Alexander
20 trailer and it shows it going wherever that
21 address is in Hahnville, and then the next
22 one, when put together with the list of
23 VIN's, says that the Alexander trailer was
24 at the address shown on FGC006-000007,
25 right?

**Page 175**

1      A   That's correct.
2      Q   Okay.
3      A   Okay.
4  MR. PENOT:
5          I would like a copy of this
6  document -- I'm not going to attach it to
7  the deposition -- from Mr. Moore's file.
8  It's called "Gulf Stream FEMA Process
9  Documentation Manual, Plant 67, Copy
10 No. 101, Volume 2, Part 1 of 2," and it
11 bears Bates Nos. Gulf 0004874 through 5101.
12 MR. PINEDO:
13         I just suggest we make a copy
14 before you leave today and that will take
15 care of that.
16 MR. PENOT:
17         That's what I would like to have
18 happen.  Thank you very much.
19         When do you want to take your
20 lunch break?  It's quarter to 1:00 right
21 now.
22 MR. PINEDO:
23         How much longer do you have?
24 MR. PENOT:
25         An hour, hour and a half.

**Page 176**

1  MR. PINEDO:
2          Let's go ahead and take a lunch
3  break.
4  THE VIDEOGRAPHER:
5          We're off the record.  It's 12:47.
6  (Discussion off the record.)
7  (Whereupon, a lunch break was taken.)
8  THE VIDEOGRAPHER:
9          We're back on the record.  It's
10 2:00.
11 EXAMINATION BY MR. PENOT:
12     Q   Mr. Moore, have you ever shimmed
13 some structure to level it?
14     A   Yes.
15     Q   What kind of structure?
16     A   Personally, I have done some of
17 that type of work at my own house.  In
18 general, gosh, I have shimmed a lot of
19 different things.  We use shimming for both
20 vertical and horizontal, like doors.  To
21 install a door, you typically would have to
22 shim to get it level or get it plumb, I
23 guess would be the more correct term.  Other
24 foundations, different structures that we
25 have worked on over the years, both from a