UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al,* Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

*************************************************************************

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the Motion *in Limine* to Exclude Expert Testimony of Charles David Moore, PE, PLS filed by Fluor Enterprises, Inc., is hereby set for the 28th day of August, 2009, at 9:30 a.m.

        Respectfully submitted,

        **MIDDLEBERG, RIDDLE & GIANNA**

  BY:      s/ Richard A. Sherburne, Jr.
        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleáns, Louisiana 70170
        Telephone: (504) 525-7200
        Facsímile:  (504) 581-5983
        dgianna@midrid.com
        showman@midrid.com

        Charles R. Penot, Jr., La. Bar No. 1530 &
        Texas Bar No. 24062455
        717 North Harwood, Suite 2400
        Dallas, Texas 75201

        Telephone: (214) 220-6334
        Facsímile:  (214) 220-6807
        cpenot@midrid.com

        *-and-*

        Richard A. Sherburne, Jr., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        Telephone: (225) 381-7700
        Facsimile:  (225) 381-7730
        rsherburne@midrid.com
        smallett@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on 26th of August 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                s/ Richard A. Sherburne, Jr.
            **RICHARD A. SHERBURNE, JR.**