UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION *IN LIMINE* OF PLAINTIFF ALANA ALEXANDER,
INDIVIDUALLY AND ON BEHALF OF CHRISTOPHER COOPER**

Plaintiff, Alana Alexander, individually and on behalf of Christopher Cooper, hereby moves this Honorable Court to issue an Order prohibiting plaintiffs' counsel from engaging in certain irrelevant and inflammatory commentary.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE
        PRODUCT LIABILITY LITIGATION**

        BY:    s/Gerald E. Meunier
               GERALD E. MEUNIER, #9471
               **PLAINTIFFS' CO-LIAISON COUNSEL**
               Gainsburgh, Benjamin, David, Meunier &
               Warshauer, L.L.C.
               2800 Energy Centre, 1100 Poydras Street
               New Orleans, Louisiana 70163
               Telephone:    504/522-2304
               Facsimile:     504/528-9973
               gmeunier@gainsben.com

        s/Justin I. Woods

JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 26, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      s/Gerald E. Meunier
                                      GERALD E. MEUNIER, #9471