Transcript of the Testimony of

# SCOTT PULLIN

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

PLAINTIFF'S
EXHIBIT

tabbies

B

Page 8

1           MR. WEINSTOCK:  Andy Weinstock for Gulf Stream

2      Coach.

3           THE VIDEOGRAPHER:  Would the court reporter

4      please swear the witness.

5                          SCOTT PULLIN

6      having been first duly sworn to tell the truth, the

7      whole truth, and nothing but the truth was examined

8      and testified as follows:

9      DIRECT EXAMINATION

10     QUESTIONS BY MR. BUZBEE:

11     Q   What is your name, sir?

12     A   Scott Pullin.

13     Q   Who told you to go down to Louisiana and test

14         trailers?

15     A   Mr. Shea.

16     Q   What did he tell you to do?

17     A   Take some screening samples.

18     Q   He called it screenings from the very beginning, or

19         did he call it testing?

20     A   I don't recall it being called testing.  It was

21         screening.

22     Q   It was called a screening?

23     A   Uh-huh.

24     Q   So your testimony is, the day that he called you up

25         and said, Scott, go to Baton Rouge and do some --

1    he used the word "screening"?

2    A  As I recall, yes.

3    Q  And you're sure about that?

4    A  Yes, sir.

5    Q  Okay.  And why did he tell you, if you know, to go

6       down to Louisiana and do some screening?

7    A  The news had surfaced about some concerns, and we

8       just wanted to get down and see what was going on,

9       get some samples and see what the conditions were.

10   Q  And what did you do to prepare yourself?  Do you

11      remember when he told you to go down and do some

12      screening?

13   A  I believe it was towards the end of March or the

14      beginning of April.

15   Q  Okay.

16      MR. WEINSTOCK:  Tony, before you ask the next

17      question, if we can have an agreement there will be

18      no additional waiver of privilege.

19      MR. BUZBEE:  We'll have the same one we've had

20      for each time we've talked about this screening.

21      MR. WEINSTOCK:  Thank you very much and

22      proceed.

23      MR. BUZBEE:  Thank you.

24   Q  Just so I'm clear, the first conversation you had

25      with Jim -- was it Jim Shea that told you to do it

1     was in the spring of '06?

2  A  I want to say that with regard to trailers.  Early

3     on when I first went to work for Fairmont, there

4     was a formaldehyde situation with mobile homes

5     where we followed the HUD standards when those were

6     established as it was developed.  And then

7     throughout, you know, production of both Fairmont

8     Homes and the RV division, we always would purchase

9     a low emission formaldehyde -- low emission board.

10  Q  How do you know that?

11  A  Because I remember specifically sitting with

12     Mr. Shea, Sr., when he was alive and going through

13     some of the discussions that he had regarding the

14     HUD housing.  And he just made it a mandate that

15     all of our materials, because we share so many

16     materials, would be LVE.

17  Q  LFE?

18  A  LFE.

19  Q  And you were with him when he made that mandate?

20  A  I don't know if I was personally with him.  I was

21     aware that he made that mandate, yes.

22  Q  Was it in writing?

23  A  It's on all of our purchase orders.

24  Q  Did he put the mandate in writing other than

25     sometimes there's a stamp on the purchase order?

Page 37

1    A    I don't know for sure.

2    Q    Okay.  So how did you learn about it?

3    A    Conversations.  Jim and I used to spend a lot of

4         time together.

5    Q    You and Jim, Sr.?

6    A    Senior, yes.

7    Q    Okay.  Actually Jim is not a junior, he told us

8         last time.  But you're talking about the older

9         gentleman Jim Shea?

10   A    Yes.

11   Q    Okay.  And you were telling me that sometimes

12        product is used amongst each -- or between each

13        company.  So sometimes the same product being used

14        in the manufactured housing side of the business

15        will be used in the Gulf Stream side of the

16        business?

17   A    That's correct.  We share a large cabinet shop that

18        manufactures all the cabinet doors for both the

19        mobile home side and the RV side out of one

20        facility.

21   Q    Okay.  So that might explain why the name

22        Friendship Homes would appear on some of the

23        purchase orders?

24   A    Yes.

25   Q    For wood that actually goes into a Gulf Stream

1   Q   Do you know what the result of this person's --

2       whether he was relocated or not?

3   A   I don't know.

4   Q   Now, I want to step back and I want to ask you a

5       question about, as to the FEMA units that you guys

6       constructed for purposes of responding to

7       Hurricanes Katrina and Rita, how many complaints

8       about formaldehyde, formaldehyde-type fumes, are

9       you aware of that Gulf Stream Coach received

10      between the March 10, 2006, and middle of March --

11      middle of May 2006?  Actually the end of May 2006.

12  A   Well, I was given direction to be the point guy on

13      that, so a lot of this stuff was under the flux to

14      come my direction after some calls had come in.  I

15      think I collectively got everything and responded

16      to those that I was aware of that were in Gulf

17      Stream Coaches.

18          I also received calls from people that were in

19      other manufacturers' units and tried to -- I gave

20      them the same answer that I was providing our

21      customers.  I would be guessing at the number.  I

22      think it was in the 30 -- you said Hurricane Rita

23      and Andrew.

24  Q   No, Rita and Katrina.

25  A   Rita and Katrina.  I think it was in the -- the

Page 197

1    total envelope of all complaints was, like, 34, if

2    I recall right.  But there is a mixture of, like I

3    say, different vendors, different manufacturers,

4    and some were even calling because they had heard

5    it on the radio and wanted to get a clarification

6    of whether their fifth wheel or their motor home

7    would have formaldehyde similar to that built in

8    the FEMA trailers.

9  Q  In the spring of 2006 there was a lot of news in

10    the press about the formaldehyde in trailers; is

11    that right?

12  A  Yes.

13  Q  And so what I gather you're telling me is that you

14    were getting calls from persons who had bought

15    units from private dealers as well as calls from

16    units that had been manufactured by other vendors?

17  A  That's correct.

18  Q  And the total number of those calls that you

19    received from about mid March through the end of

20    May was between 30 and 40?

21  A  Yes.

22  Q  How many of those calls -- let me step back.

23      You're aware that Gulf Stream Coach

24    manufactured a total of about 50,000 units for

25    FEMA?

1   A   No.  Regarding formaldehyde?  Because there was

2        some construction issues --

3   Q   Correct.  I apologize.  I'm restricting it to

4        formaldehyde.  I don't want to mislead you.

5   A   Okay.

6   Q   At this point in time we had some discussions that

7        there was some anticipation of litigation early on,

8        as early as March 10, 2006, by Gulf Stream Coach.

9   A   Yes.

10   Q   Were you aware that that early on Gulf Stream Coach

11        was worried about potential litigation?

12   A   Yes.

13   Q   Was that one of the reasons why you didn't engage

14        in any discussions with anybody about formaldehyde

15        outside of Gulf Stream Coach?

16   A   Yes.

17   Q   And everything was being funneled through Mr. Shea;

18        is that right?

19   A   Dan Shea, yes.

20   Q   I want to step back and talk about the Gulf Stream

21        Coach policy to use low emission -- low emission

22        emitting -- low emitting formaldehyde materials in

23        their units.  You indicated or you thought that

24        Mr. Shea, the older Mr. Shea, had adopted that

25        policy in the 1980s at some point in time.

```
 1   A   At some time during my first tenure with Gulf
 2       Stream.  I left in '88.  I believe it was --
 3       specific dates, it could have been when I first got
 4       back in '92, but it was '88 to '93 range, I would
 5       think.
 6   Q   Are you aware that in the mid 1980s HUD adopted
 7       some regulations that related to manufactured
 8       housing requiring the use of low emission materials
 9       in manufactured housing?
10   A   That would be the correct date then, the mid 1980s,
11       because I do remember that, yes.
12   Q   There has been some testimony from Dan Shea, Jim
13       Shea, and I think even Brian Shea that indicates
14       that that policy to use low emission materials in
15       travel trailers, they didn't extend that policy to
16       use low emission in travel trailers at Gulf Stream
17       Coach until the early or mid 1990s.  Is that
18       consistent with your understanding, or is it your
19       belief that that policy was adopted in the 1980s?
20   A   I would believe -- I would believe that what I
21       stated earlier, that once that decision was made,
22       because of the cross-graining of materials, that it
23       would have all been brought in under those
24       specifications.
25   Q   Now, Mr. Buzbee, the plaintiffs' counsel, had some
```