# Transcript of the Testimony of

# BURL B. KEEL, III

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



1   departments or one of those parts of the line?
2 A Correct, sir.
3 Q Okay. But you also ran a whole plant?
4 A Correct, sir.
5 Q You said you worked in research and development?
6 A Yes, sir.
7 Q Okay. And what are the other jobs you said you
8   had? Service manager?
9 A Service manager and then the general jobs moving up
10  the chain; group leaders, section leader, and then
11  I worked in slide-outs.
12 Q Slide-outs, they didn't have any slide-outs on
13  these FEMA trailers obviously.
14 A No, sir.
15 Q Okay. Slide-out is just you push the little button
16  and the thing goes out to make it a larger trailer
17  when you're setting up?
18 A Yes, sir.
19 Q Okay. All right. I'm going to come back to all
20  that, but my question was, in your long experience
21  with Gulf Stream, 17 years, you're not surprised to
22  smell formaldehyde, are you?
23 A No, sir.
24 Q I mean, that's well known to you that you smell
25  formaldehyde in trailers; isn't that right?

1   A   Yes, sir.

2   Q   Okay.  And you know why that is, don't you?

3   A   No, sir, I don't.

4   Q   Well, you know it's in the wood?

5   A   I know it's in the wood, yes.

6   Q   Okay.  And that's why you smell it; right?

7   A   But you smell it in a new house too but...

8   Q   But we're talking about trailers, remember?

9   A   Yes, sir.

10  Q   Okay.  All right.  So there was the 31 trailers in
11      this coastal town.  You mentioned a couple of other
12      places you recall working with and interacting with
13      some of the contractors.  Can you help me -- tell
14      me about those other places you worked where you
15      interacted with contractors.

16  A   At Six Flags down in New Orleans, I was sent down
17      there.

18  Q   Okay.  To do what?

19  A   To assist the contractors.  They had a hard time
20      fixing a water heater, as it turned out, and so I
21      had to show those guys how to do that.

22  Q   Okay.  You sound like you're a kind of guy that
23      pretty much knows how to do everything in the
24      trailer.

25  A   I don't know if I'd go that far, but I know a lot

1  A  Do you mean like did they send me to school for
2     something?
3  Q  Right.  Was there any formalized training?
4  A  No, sir.
5  Q  What about informal training; did you have people
6     show you how to do different jobs along the way?
7  A  Yes, sir.
8  Q  Did you have a lot of training -- well, strike
9     that.
10          You said you worked at a different company
11    before working for Gulf Stream; right?
12 A  Yes, sir.
13 Q  What company was that?
14 A  Mallard Coach.
15 Q  How long were you there?
16 A  Three years.
17 Q  And what type of work did you do there?
18 A  The same as I do for Gulf.  I was an assistant
19    superintendent, I was a foreman, and I ran --
20    primarily my function was slide-outs for them.
21 Q  Okay.  And you've never had any training at either
22    company regarding formaldehyde; is that right?
23 A  No, sir.
24 Q  When was the first time you had heard the word
25    "formaldehyde"?

```
 1    A   I -- years ago.  I don't know how to answer it.  I
 2        don't know what year it was, but the first time I
 3        ever heard anything about formaldehyde was probably
 4        ten years ago, 15 years ago.
 5    Q   Was that in connection with your work at Gulf
 6        Stream?
 7    A   No, sir.
 8    Q   What was it?
 9    A   My wife was doing a study for some class in
10        college, and she asked me what formaldehyde was.
11        And I don't remember much more than that concerning
12        it.  I know she researched it, and she said -- she
13        told me it was a gas.
14    Q   When did you first realize that there was
15        formaldehyde in wood products that were used at
16        Gulf Stream?
17    A   Probably shortly thereafter.
18    Q   And just a general -- I know you probably can't
19        remember the specific date or anything, but you
20        said your wife was in college at the time?
21    A   She was taking a college course, yes.
22    Q   Okay.  Is there anything that you can pinpoint that
23        down to a specific year?
24    A   I probably could if I went home and looked at the
25        paperwork and stuff.  Right now I'd hate to put a
```

1    year on it.

2  Q  Okay. Was it more than five years ago?

3  A  Yes.

4  Q  More than ten years ago?

5  A  Yes.

6  Q  More than 15?

7  A  That's the time frame. I'm not sure. It could be 18, I mean.

9  Q  When was the first time you remember anyone talking about formaldehyde at Gulf Stream?

11  A  '05.

12  Q  Okay. And what was that in connection with?

13  A  The news report that came out.

14  Q  Could that have been March of 2006?

15  A  Could have been.

16  Q  So prior to that time you hadn't been told anything about any type of policies regarding formaldehyde or off-gassing or anything like that?

19  A  No, sir.

20  Q  And the smell, can you describe the smell that you attribute to formaldehyde when you were inspecting these trailers?

23  A  Well, I don't know how to put the smell into words. It's -- I mean, for me, you walk into a unit and you've got an odor that, you know, is present. And