Capital Reporting Company
**CONFIDENTIAL**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
---------------------------X
IN RE:                     )   MDL NO. 1873
   FEMA TRAILER            )   SECTION "N" (4)
   FORMALDEHYDE PRODUCTS   )   JUDGE ENGELHARDT
   LIABILITY LITIGATION.   )   PAGES 1 - 87
---------------------------X
```

Tuesday, September 23, 2008

Washington, D.C.

CONFIDENTIAL DISCOVERY MATERIAL

30(b)(6) Videotaped Deposition of:

KEVIN SOUZA, called for oral examination by counsel for the Plaintiffs, pursuant to notice, at 1821 Jefferson Place, Washington, D.C., before Leslie Todd, of Capital Reporting Company, a Notary Public in and for the Commonwealth of Virginia, beginning at 9:13 a.m., when were present on behalf of the respective parties:



Capital Reporting Company
**CONFIDENTIAL**

Page 22

1   BY MR. WOODS:

2       Q.  Mr. Souza, do you know the circumstances

3   through and by which FEMA first became aware of any

4   health hazards associated with the exposure to

5   formaldehyde in temporary housing units provided to

6   residents following Hurricanes Katrina and Rita?

7           MR. MILLER:  Objection.  Vague.  Compound.

8           THE WITNESS:  Yes, I have a general

9   understanding of how FEMA became aware of

10  formaldehyde concerns.

11  BY MR. WOODS:

12      Q.  What is your understanding?

13      A.  My understanding is that in approximately

14  March of 2006 that one of our field offices became

15  aware of a formaldehyde issue through a media story,

16  and they began addressing that particular case at

17  that time.

18      Q.  I'm sorry.  Who became aware?

19      A.  One of our field offices.

20      Q.  And who would that be?

21      A.  It was the Mississippi joint field office.

22      Q.  Do you have an individual's name?

Capital Reporting Company
CONFIDENTIAL

Page 26

1  those concerns to our maintenance office, and then
2  eventually through the media and other avenues,
3  including the Sierra Club, until it became aware --
4  brought up to headquarter's attention, again, in
5  approximately May, I believe -- or at least that's
6  when I got involved was the end of May.
7  BY MR. WOODS:
8      Q.  You earlier testified that FEMA officially
9  became aware in March of 2006.  Are you now saying
10 that there were complaints that were filed with FEMA
11 prior to March of 2006 in your work in Louisiana?
12     A.  Not that I -- no, not that I'm aware of.
13     Q.  Are you aware of any complaints that existed
14 prior to March of 2006 anywhere along the gulf coast
15 region regarding formaldehyde emissions in THUs?
16     A.  Not that I'm aware of.
17         MR. MILLER:  Do you want to take this one
18 which is the unmarked exhibit and give this exhibit
19 to him?
20         MR. PENTON:  Yes.
21
22 BY MR. WOODS: