VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

------------------------------X
                              :
IN RE: FEMA TRAILER           :
    FORMALDEHYDE PRODUCTS     : MDL NO. 1873
    LIABILITY LITIGATION      : Section "N" (5)
                              : Judge Engelhardt
                              : Magistrate Chasez
------------------------------X

VIDEOTAPED DEPOSITION OF KEVIN SOUZA

Winchester, Virginia

Wednesday, July 15, 2009

10:34 a.m.

Job No.: 1-159429

Pages: 1 - 156

Reported by: Michelle L. Lonas, RPR, CCR


PLAINTIFF'S EXHIBIT G

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664

Page 30

1  back, I'd like to join in that objection as well.

2           (Last question was read back by the

3  reporter.)

4  BY MR. WOODS:

5       Q    Is that true?

6       A    That's correct.

7       Q    Do you feel comfortable sitting here today

8  testifying and telling us exactly -- and affirming

9  what you, the statements you've made in this

10 declaration as to what FEMA relied upon when

11 negotiating with vendors and manufacturers for

12 emergency housing units?

13          MR. MILLER:  Objection, mischaracterizes

14 the declaration and the terms in the declaration.

15      A    Yes.

16 BY MR. WOODS:

17      Q    You go on to state, the last sentence in

18 your declaration says that, FEMA purchased these EHUs

19 believing that they would provide safe and habitable

20 temporary emergency housing.  And you feel comfortable

21 today testifying that you knew, or you are certain

22 that FEMA purchased these EHUs believing that they

Page 42

1   BY MR. WOODS:

2       Q      Let's say Louisiana.

3              MR. MILLER: Objection, vague.

4       A      I think it was Steve Miller.

5   BY MR. WOODS:

6       Q      I believe -- is there a Steve Miller and a

7   Stephen Miller?

8       A      I'm talking about -- I -- I go -- I call

9   him by Steve Miller. I don't know if -- his name is

10  Stephen Miller, but I call him Steve. I don't know if

11  there's another one.

12      Q      We've just run across a couple of people.

13  One, I think, is referred to as Steve, and one is

14  referred to as Stephen. You don't know?

15      A      I don't know.

16      Q      When was the first that you ever heard of

17  any complaints or concerns? Let's say that. When was

18  the first that you ever heard of any concerns

19  regarding formaldehyde emissions in the EHUs?

20      A      I think it was about May of 2006.

21      Q      But in your declaration, you say that FEMA

22  received the first reported concerns in March of 2006;

**VIDEOTAPED DEPOSITION OF KEVIN SOUZA**
**CONDUCTED ON WEDNESDAY, JULY 15, 2009**

Page 43

```
 1   is that correct?
 2       A      Yes.
 3       Q      How did you become aware of the March 2006
 4   concerns?
 5       A      As the formaldehyde topic started to grow,
 6   people started asking questions about -- people at
 7   headquarters I should say, started saying to the field
 8   offices in particular, trying to fact gather in terms
 9   of what they knew and what they had collected to
10   point.  And I think it was Mississippi indicated that
11   the first indication they had or were aware of a
12   problem was in March.
13       Q      If you'd turn to page four of your
14   declaration, and if I can draw your attention to
15   section 12.  You state, In June 2006, I was made aware
16   of ongoing discussions between FEMA Field Program
17   staff and FEMA's Office of General Counsel regarding
18   formaldehyde-related applicant requests for EHU
19   information.  What discussions -- what particular
20   discussions were you made, made aware of in June of
21   2006 between FEMA field program staff and FEMA
22   office -- FEMA's Office of General Counsel?
```