Transcript of the Testimony of
# Videotape Deposition of Martin Edward McNeese

## Date taken: July 14, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com.**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:    www.psrdocs.com**



PLAINTIFF'S
EXHIBIT
J

Page 101

|            |    |                                                    |
|------------|----|----------------------------------------------------|
|            | 1  | experience would have been working with travel     |
|            | 2  | trailers in hurricane disaster areas, including the |
| 11:45:40   | 3  | Gulf Coast in Florida?                              |
| 11:45:43   | 4  | A.    That's correct.                               |
| 11:45:44   | 5  | Q.    Is -- am I also correct that to the best      |
| 11:45:49   | 6  | of your knowledge and experience working with travel |
| 11:45:51   | 7  | trailers prior to Hurricane Katrina, you weren't   |
| 11:45:55   | 8  | aware of any health concerns associated with       |
| 11:45:57   | 9  | formaldehyde in the travel trailers; is that right? |
| 11:46:00   | 10 | A.    That's correct.  I was not.                   |
| 11:46:02   | 11 | Q.    And you dealt directly with occupants,        |
| 11:46:04   | 12 | didn't you, in those other hurricane disaster areas |
| 11:46:07   | 13 | from time to time?                                  |
| 11:46:08   | 14 | A.    I did.                                        |
| 11:46:09   | 15 | Q.    And again, prior to Hurricane Katrina, you    |
| 11:46:13   | 16 | weren't aware of any complaints by occupants relating |
| 11:46:16   | 17 | to formaldehyde or health effects of living in these |
| 11:46:19   | 18 | trailers?                                           |
| 11:46:21   | 19 | MR. MILLER:  Objection, compound.                   |
| 11:46:23   | 20 | A.    Yeah,.                                        |
| 11:46:24   | 21 | Actually I was not aware of any.                    |
|            | 22 | BY MR. SCANDURRO:                                   |