Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS        SECTION "N" (4)

LIABILITY LITIGATION         JUDGE ENGELHARDT

\* \* \*

Videotaped Deposition of GUY NICHOLAS BONOMO, taken at the offices of United Reporting, Inc., 1218 S.E. 3rd Avenue, Fort Lauderdale, Florida, 33316, on Friday, August 21, 2009.

REPORTED BY:

    DARLINE MARIE WEST, RPR
    UNITED REPORTING, INC.
    (954) 525-2221

VIDEOGRAPHER:

    RICK RECCHI
    UNITED REPORTING, INC.
    (954) 525-2221

- - -



PLAINTIFF'S EXHIBIT K

Page 19

1  basically what took place.

2  Q.  So when you say it came down, again, are
3  you talking about from OGC?

4  A.  No.  From my boss.  My boss, George Smith,
5  was my immediate supervisor, and who informed him of
6  it.  I mean, we had to mitigate the problem somewhat
7  and get the word out.

8  Q.  Okay.  Let's delve into that.
9      First of all, who's George Smith?

10 A.  Ought the IA Section Chief.  He was my
11 boss.

12 Q.  And when you say that we had to "mitigate
13 matters," what do you mean by that?

14 A.  Well, I mean, to, you know, get some public
15 awareness out there to people who were in the
16 Emergency Housing Units.  You know, we were as
17 surprised as the applicants, you know.  We had no
18 idea.  I didn't personally.

19 Q.  You had no idea about what?

20 A.  That there was a formaldehyde issue.  So we
21 wanted to get the word out there.  I mean, it was
22 very serious, and we took it very serious.

23 Q.  What was your understanding as to what the
24 issues were concerning formaldehyde?

25 A.  My understanding, at that particular time,