# TRAVEL TRAILERS AND FIFTH WHEELS
## OWNER'S MANUAL



**GULF STREAM** COACH, INC.

### Nappanee, Indiana

**GULF STREAMERS INTERNATIONAL RV CLUB APPLICATION – PAGE 30**



PLAINTIFF'S EXHIBIT
M

## FORWARD

This manual has been provided for your use in operating and maintaining your travel trailer or fifth wheel. The manual contains pertinent information concerning the items manufactured and installed by Gulf Stream Coach, Inc. There are additional manufacturer's manuals on the appliances and optional equipment installed in your unit. Please refer to them for information not contained in the Gulf Stream manual.

We appreciate your decision to purchase a travel trailer or fifth wheel manufactured by Gulf Stream Coach, Inc. By carefully reviewing the manuals and performing the scheduled maintenance, you should have many safe and enjoyable excursions ahead.

**TABLE OF CONTENTS**

GULF STREAM WARRANTY..........................................................................1
LP GAS SAFETY.......................................................................................2
• FIRE SAFETY.....................................................................................3
• SMOKE DETECTOR...........................................................................3
• CARBON MONOXIDE SAFETY............................................................4
• LP GAS SAFETY................................................................................4
TOW VEHICLE REQUIREMENTS..................................................................4
• BRAKE CONTROLLER.......................................................................4
HITCHING – TRAVEL TRAILERS..................................................................4
• EQUALIZER HITCHES........................................................................4
• SWAY CONTROL...............................................................................5
• SAFETY CHAINS...............................................................................5
• HITCH LOCKING DEVICES.................................................................5
• SAFETY BREAKAWAY SWITCH..........................................................5
• POSITIONING THE HITCH BALL..........................................................5
• HITCH HEIGHT ADJUSTMENT............................................................6
• HITCHING.........................................................................................6
• UNHITCHING....................................................................................6
HITCHING – FIFTH WHEELS.......................................................................6
• HITCHES..........................................................................................6
• ELECTRICAL CONNECTION...............................................................7
• SAFETY BREAKAWAY SWITCH..........................................................7
• RIDE HEIGHT OF FIFTH WHEELS – CLEARANCE.................................7
CARRYING CAPACITY................................................................................7
• LOADING TIPS..................................................................................7
• WEIGHING YOUR TRAILER................................................................8
• TRAVEL TRAILER..............................................................................8
• FIFTH WHEEL...................................................................................8
• MANUFACTURER'S LABELS..............................................................9
• VEHICLE WEIGHT INFORMATION LABEL.............................................10
• FEDERAL WEIGHT DEFINITIONS........................................................10
• DANGERS OF OVERLOADING............................................................10
TIRES.......................................................................................................10
• TIRE MARKINGS...............................................................................10
• TIRE LOAD RATINGS.........................................................................10
• TIRE AIR PRESSURE.........................................................................11
• TIRE MAINTENANCE.........................................................................11
WHEEL NUT TORQUE................................................................................11
ELECTRIC BRAKE SYSTEM........................................................................11
TRAILER SYSTEMS....................................................................................11
• SAFETY............................................................................................12
• ELECTRICAL.....................................................................................12
• 12-VOLT/110-VOLT............................................................................12
• SHORELINE GROUND CAUTION!........................................................12
• 30-AMP AND 50-AMP 110-VOLT SERVICE...........................................12
• POWER CONVERTER.........................................................................13
• GROUND FAULT INTERRUPTER..........................................................14
• BATTERY..........................................................................................14
• BATTERY TYPES AND CHARGING......................................................14
• MONITOR PANEL..............................................................................14
• SOLAR CHARGER.............................................................................14
• TELEVISION 12 VOLT ELECTRICAL CONNECTION...............................14

**LP GAS**..............................................................................................................15
- GENERAL..........................................................................................................15
- CLIMATE DIFFERENCES.................................................................................15
- OPERATION.....................................................................................................15
- FILLING THE LP TANK....................................................................................15
- GAS LINE CHECK............................................................................................16
- REGULATOR PRESSURE................................................................................16
- GAS TANK AND REGULATOR FREEZE UP....................................................16
- HOSE REPLACEMENT.....................................................................................16
- REGULATOR VENT MAINTENANCE................................................................16

**PLUMBING**.......................................................................................................17
- FRESH WATER.................................................................................................17
- CITY WATER.....................................................................................................17
- WATER TANK....................................................................................................17
- SANITIZING THE WATER TANK......................................................................17
- WATER PUMP...................................................................................................17
- WINTERIZING THE WATER PUMP..................................................................18
- DRAINAGE AND SEWER..................................................................................18
- DRAINAGE P-TRAPS........................................................................................18
- HOLDING TANKS..............................................................................................18
- DUAL GRAY HOLDING TANKS.........................................................................18
- EMPTYING HOLDING TANKS...........................................................................18
- HOLDING TANK MAINTENANCE......................................................................19
- DO'S AND DON'TS OF HOLDING TANK USE..................................................19
- HOLDING TANK FLUSH SYSTEM....................................................................19
- WATER SYSTEM WINTERIZING......................................................................19

**APPLIANCES**...................................................................................................20
- WATER HEATER...............................................................................................20
- RANGE..............................................................................................................20
- MICROWAVE.....................................................................................................21
- REFRIGERATOR...............................................................................................21
- FURNACE..........................................................................................................21
- AIR CONDITIONER (ROOF).............................................................................21
- FANTASTIC FAN OPERATION.........................................................................22

**EFFECTS OF LONG TERM OCCUPANCY**.....................................................22

**SLIDE OUT SYSTEMS**.....................................................................................22
- HYDRAULIC SLIDE OUT SYSTEMS................................................................22
- ELECTRIC SLIDE OUT SYSTEMS...................................................................22
- SLIDE OUT BREAKER SWITCH.......................................................................22
- SLIDE OUT WEATHER SEALS.........................................................................22

**MAINTENANCE**................................................................................................23
- RUBBER ROOF.................................................................................................23
- RUBBER ROOF REPAIR...................................................................................23
- METAL ROOF....................................................................................................23
- FIBERGLASS EXTERIOR SKIN........................................................................23
- ALUMINUM EXTERIOR SKIN...........................................................................23
- CORROSION PROTECTION.............................................................................23

**AWNINGS**.........................................................................................................24
- AWNING CARE..................................................................................................24

**REPORTING SAFETY DEFECTS**....................................................................24

**PRE-TRIP CHECKLIST**...................................................................................25

**MAINTENANCE SCHEDULE**...........................................................................26

**WIRING DIAGRAM FOR CAR CONNECTION**................................................27

**INDEX**..............................................................................................................28

**GULF STREAMERS INTERNATIONAL RV CLUB APPLICATION**..................30

# GULF STREAM WARRANTY AND WARRANTY SERVICE

## GULF STREAM WARRANTY

### 1. WHAT IS COVERED (Effective December, 1997)

Your new recreational vehicle has a limited warranty by Gulf Stream Coach, Inc. ("Gulf Stream") to the original purchaser as follows:

    a)  A two (2) year or 24,000 miles of use warranty (whichever comes first) against structural defects in floors, walls and roof.

    b)  A full one (1) year or 12,000 mile total use warranty (whichever comes first) under normal use against defects in materials and/or workmanship in the construction of the vehicle and its original components.

The warranty coverage starts on the date the original retail purchaser takes possession of such recreational vehicle. This Limited Warranty covers only those defects which occur or exist within the period or periods referenced above and which are specifically identified to Gulf Stream Coach, Inc. in the manner specified in Section 3 of this Limited Warranty. All obligations of Gulf Stream pursuant to this Limited Warranty are limited to replacing or repairing the defective part or component.

This Limited Warranty is expressly **IN LIEU** of any other express warranty and is further **IN LIEU** of any implied warranty, including, but not limited to, any implied **WARRANTY OF MERCHANTABILITY** or **FITNESS** for a particular purpose except as may otherwise be required by applicable valid Federal or State law at time of manufacture.

### 2. WHAT ARE THE DEALER'S OBLIGATIONS

The independent Gulf Stream dealer, by agreement with Gulf Stream, will maintain the recreational vehicle until retail sold; will perform a comprehensive pre-delivery check procedure and inspection; will repair or replace any identified defective parts; will correct identified defects in workmanship; will present the retail owner with a copy of this warranty prior to the retail owner's entering into any written contract to purchase a recreational vehicle; and will mail to Gulf Stream a warranty registration notice and the signed Limited Warranty.

### 3. WHAT ARE THE RETAIL OWNER'S OBLIGATIONS

The retail owner is responsible for the normal maintenance as described in the Owner's Manual; however, minor adjustments (such as adjustments to the interior or exterior doors, LP regulator pressure, cabinet latches, TV antenna control, etc.) will be performed by the dealer during the first 90 days of warranty coverage. Thereafter, such adjustments are the responsibility of the owner as normal maintenance unless required as a direct result of repair or replacement of a defective part under this Limited Warranty.

If a problem occurs which the owner thinks is covered by this Limited Warranty, the owner is responsible to contact Gulf Stream Coach, Inc. by certified mail, return receipt requested, giving specific notice of the problem(s) being experienced with the recreational vehicle. Such notice must be sent to the Director of Service, Gulf Stream Coach, Inc., P.O. Box 1005, Nappanee, Indiana 46550. Gulf Stream will arrange for repair or replacement of parts or workmanship identified as defective by Gulf Stream. The owner is advised that he/she must notify Gulf Stream of any items believed to require warranty service. Gulf Stream reserves the right to cure all warranty claims. Service work conducted by any party not specifically authorized by Gulf Stream to undertake such work is specifically not covered by this Limited Warranty and WILL VOID THIS LIMITED WARRANTY.

The owner agrees to maintain all evidence of any defect or damage through the ultimate resolution of any claim and make such evidence available to Manufacturer and further agrees that the failure to preserve evidence will result in loss of the claim.

The owner, at his expense, will deliver the recreational vehicle to the dealer or authorized repair location or manufacturing plant for warranty service as designated.

### 4. WHAT IS NOT COVERED BY EXPRESS WARRANTY

- THIS LIMITED WARRANTY DOES NOT COVER RETAIL SOLD UNITS FOR WHICH GULF STREAM HAS NOT RECEIVED THE GULF STREAM COACH, INC. WARRANTY REGISTRATION NOTICE.
- THE AUTOMOTIVE SYSTEM (INCLUDING THE CHASSIS AND DRIVE TRAIN AND ANY PART OF THAT CHASSIS ASSEMBLED BY THE CHASSIS MANUFACTURER), TIRES, BATTERIES, AUXILIARY GENERATOR POWER PLANTS WHICH ARE COVERED BY THE RESPECTIVE MANUFACTURERS OF THESE COMPONENTS.
- FAILURE WHICH MAY BE CAUSED BY, OR RELATED TO ABUSE, MISUSE, NEGLIGENCE, OR ACCIDENT, FAILURE WHICH MAY BE RELATED TO ALTERATION OR MODIFICATION, FAILURE AS A RESULT OF NOT FOLLOWING INSTRUCTIONS CONTAINED IN THE OWNER'S MANUAL.
- NORMAL DETERIORATION DUE TO WEAR OR EXPOSURE, SUCH AS FADING OF FABRICS OR DRAPES, CARPET WEAR, EXTERIOR SURFACES, ETC.
- MAINTENANCE ITEMS: SUCH AS LIGHT BULBS, FUSES, WIPER BLADES, LUBRICANTS, MINOR ADJUSTMENTS.
- USE OF THE RECREATIONAL VEHICLE FOR ANY COMMERCIAL OR RENTAL PURPOSE VOIDS THE WARRANTY FROM THE TIME THAT THE VEHICLE IS FIRST USED FOR A COMMERCIAL OR RENTAL PURPOSE AND AT ALL TIMES THEREAFTER.
- MOTOR HOMES ON WHICH THE ODOMETER READING HAS BEEN ALTERED.
- TRANSPORTATION TO AND FROM DEALER OR MANUFACTURING PLANT LOCATION, AND CONSEQUENTIAL AND INCIDENTAL EXPENSES SUCH AS, BUT NOT LIMITED TO, LOSS OF TIME, COMMERCIAL LOSS, LOSS OF USE, TOWING CHARGES, LODGING, FOOD, PHONE CALLS, INCONVENIENCE, BUS OR PLANE FARES, OR RENTAL CHARGES.
- ANY DEFECTS OR SHORTAGES READILY APPARENT ON DELIVERY TO THE INITIAL RETAIL PURCHASER UNLESS NOTED ON DELIVERY SHEET COMPLETED BY THE DRIVER TRANSPORTING THE RECREATIONAL VEHICLE TO THE INDEPENDENT DEALER.
- ANY COMPONENT PART WHICH POSSESSES ITS OWN WARRANTY FROM A PARTY OTHER THAN GULF STREAM.

### 5. IMPORTANT FACTS

- Please inspect your recreational vehicle at the time of delivery and make sure you accept it as delivered to you. This recreational vehicle has been sold to an independent dealer, and not an agent of Gulf Stream, for resale in the ordinary course of the dealer's business, on terms and conditions and equipped as he and you determine, and your agreement is solely with the dealer, not Gulf Stream. Gulf Stream does not participate in retail sales or retail contracts in any instance, other than by terms of this Limited Warranty.
- Gulf Stream reserves the unrestricted right at any time and from time to time to make changes in the design of and/or improvements upon its product without thereby imposing any obligation upon itself to make corresponding changes or improvements in or upon its products already manufactured. Gulf Stream further reserves the right to substitute parts or components of substantially equal quality in any warranty service required by operation of this Limited Warranty.
- Like any other product, a recreational vehicle and the products installed in it will require care and maintenance attention by the owner and occupants. Please read and follow all care and maintenance manuals and instructions supplied with your recreational vehicle.

### 6. JURISDICTION AND APPLICABLE LAW

Exclusive jurisdiction for deciding any claims, demands or causes of action for defects or representations of any nature or damages due from such defects or representations shall be in the courts in the State of Manufacture. The laws applicable to any litigation, dispute, mediation, arbitration or any claim whatsoever arising, from the sale, purchase, or use of the recreational vehicle shall be those of the State of Manufacture.

### 7. ARBITRATION - MEDIATION

At the option of Gulf Stream, any dispute concerning a manufacturing defect shall be subject to mediation or arbitration conducted in the State of

1

Manufacture. In the case of arbitration, the arbitrator shall be selected from the American Arbitration Association (AAA).

Gulf Stream Coach, Inc. is not responsible for any representation or warranty that is not herein stated. Some states do not allow the exclusion or limitation of incidental or consequential damages.

This warranty gives you specific legal rights and you may also have other rights that may vary from state to state.

I HEREBY ACKNOWLEDGE THAT I HAVE READ AND RECEIVED A COPY OF THE ABOVE WARRANTY FOR GULF STREAM COACH PRIOR TO ENTERING INTO ANY CONTRACT TO PURCHASE MY GULF STREAM RECREATIONAL VEHICLE AND AGREE TO ABIDE BY ALL OF ITS TERMS AND PROVISIONS INCLUDING, BUT NOT LIMITED TO, THE PROVISIONS HEREOF PROVIDING THAT THE EXCLUSIVE JURISDICTION FOR ANY CLAIMS WHATSOEVER SHALL BE IN THE COURTS IN THE STATE OF MANUFACTURE AND THAT THE APPLICABLE LAW SHALL BE THE LAW OF THE STATE OF MANUFACTURE

MODEL_____SERIAL NUMBER_____

DATE_____SIGN_____

SIGN_____
Effective December 1997

Authorized dealers are independent contractors and independently owned businesses. This is also true of the authorized chassis service dealers.

Gulf Stream Coach, Inc. desires that you have full enjoyment of your new Gulf Stream recreational vehicle. If for any reason your vehicle is out of service and cannot be used because of a manufacturing or chassis defect for a cumulative total of seven (7) days during the warranty period, you are to immediately contact Gulf Stream Coach, Inc., by certified mail, return receipt requested, setting forth the service problems and asking for immediate assistance. Gulf Stream Coach, Inc. is ready, willing and able to make every effort for a quick response.

## WARRANTY SERVICE

1. Warranty service, under your Limited Warranty, is to be performed by your authorized Gulf Stream dealer from whom you purchased your unit or by an authorized service center for those appliances and equipment not maintained by Gulf Stream. Your dealer has a vested interest in your satisfaction, therefore, if at all possible; it is best to return to your dealer for service.

2. If you are traveling or move, any authorized dealer may provide service. Keep your warranty registration form with the vehicle at all times since it must be presented for warranty service. This form is your proof of purchase

and provides the date of retail sale, both of which are necessary to determine warranty eligibility.

3. If you cannot locate an authorized Gulf Stream dealer contact:

GULF STREAM COACH, INC.
PO Box 1005
Nappanee, IN 46550
1.800.482.6456

4. Other warranties - The retail customer is responsible for completing and forwarding warranty forms for all items not covered by either the chassis manufacturer's or Gulf Stream's warranty.

5. YOUR WARRANTY IS NOT VALID UNTIL IS HAS BEEN SIGNED AND SUBMITTED TO GULF STREAM COACH, INC!

Your authorized Gulf Stream Dealer from whom you purchased your unit will assist you in service, maintenance, selection of options, and instructions concerning the operation of your recreational vehicle. Occasionally, a warranty or service matter may not be handled to your satisfaction. In this case, we recommend that you discuss the problem with dealer management. If you are unable to find satisfaction at the dealer level, please contact the Gulf Stream Service Department, where we will make our best effort to reach an agreeable solution. In most instances, we will eventually refer you back to the local dealer with our recommendations.

Contact the Gulf Stream Service Department at:
Gulf Steam Coach, Inc.
PO Box 1005
Nappanee, IN 46550

# LP GAS HEATING SYSTEM AND LP GAS APPLIANCE SAFETY REGULATIONS

The United States Government requires that the manufacturer of this recreational vehicle provide the following safety information that has been provided by the National Fire Prevention Association (NFPA) and the American National Standards Institute (ANSI). The information contained below will also be found, along with additional information, in other appropriate sections of this operator's manual. Refer to the Table of Contents and the Index.

2

WARNING! LP GAS CONTAINERS SHALL NOT BE PLACED OR STORED INSIDE THE VEHICLE. LP GAS CONTAINERS ARE EQUIPPED WITH SAFETY DEVICES THAT RELIEVE EXCESSIVE PRESSURE BY DISCHARGING GAS TO THE ATMOSPHERE.

WARNING! IT IS EXTREMELY DANGEROUS TO USE COOKING APPLIANCES FOR COMFORT HEATING. COOKING APPLIANCES NEED FRESH AIR FOR SAFE OPERATION. BEFORE OPERATION (1) OPEN THE OVERHEAD VENT OR TURN ON AN EXHAUST FAN AND (2) OPEN A NEARBY WINDOW. A WARNING LABEL HAS BEEN PLACED IN THE COOKING AREA OF THE VEHICLE TO REMIND YOU THAT YOU MUST PROVIDE AN ADEQUATE SUPPLY OF FRESH AIR FOR CUMBUSTION. UNLIKE HOMES, THE AMOUNT OF AIR IN AN RV IS LESS DUE TO ITS LIMITED SIZE (VOLUME). PROPER VENTILATION WHEN USING COOKING APPLIANCES WILL AVOID THE DANGERS OF ASPHYXIATION. THE THREAT OF ASPHYXIATION INCREASES WHEN A COOKING APPLIANCE IS USED FOR LONG PERIODS OF TIME, THUS, THEY SHOULD NEVER BE USED TO HEAT THE INTERIOR OF THE VEHICLE.

WARNING! PORTABLE FUEL-BURNING EQUIPMENT, INCLUDING CHARCOAL GRILLS AND STOVES, SHALL NOT BE USED INSIDE THE RV. THE USE OF THIS CATEGORY OF EQUIPMENT INSIDE AN ENCLOSED SPACE MAY CAUSE ASPHYXIATION AND CREATES A FIRE HAZARD.

WARNING! DO NOT BRING OR STORE LP GAS CONTAINERS, GASOLINE OR OTHER FLAMMABLE LIQUIDS INSIDE THE VEHICLE DUE TO THE POSSIBILITY OF EXPLOSION AND FIRE.

A warning label has been attached near the LP gas container. The label reads: DO NOT FILL CONTAINER (S) TO MORE THAN 80 PERCENT OF CAPACITY.

Uncontrolled gas flow can result from overfilling of LP gas containers, resulting in a fire or explosion. A properly filled container will contain approximately 80 percent of its volume as liquid.

The following label has been placed in the cooking area of the vehicle:

IF YOU SMELL GAS:
1. Extinguish any open flame, pilot light and smoking material.
2. Do not touch any electrical switch.
3. Shut off the LP gas supply at the tank valve(s) or gas supply connection.
4. Open doors and other ventilating openings.
5. Leave the area until the odor clears.
6. Have the gas system checked and leakage source corrected before using again.

LP gas regulators must always be installed with the diaphragm vent facing down. Regulators that are not in compartments have been equipped with a protective cover. Make sure the regulator vent faces down and the cover is kept in place to minimize vent blockage; blockage could result in excessive gas pressure and, therefore, possibly cause a fire or explosion.

Notice: All LP gas regulators are factory tested for proper pressure output. Pressure output should be checked periodically by a qualified LP dealer. Only qualified persons should install, adjust or service LP gas regulators. If service is needed contact a qualified LP dealer.

## FIRE SAFETY

Prevention is the best form of fire safety. Carefully follow the instructions for the care and operation of the various appliances in your trailer (see appropriate sections).

Follow the same basic rules of fire prevention that you use at home. DO NOT SMOKE IN BED. DO NOT OVERLOAD THE ELECTRICAL SYSTEM. DO NOT PERMIT CHILDREN NEAR THE LP GAS CONTROLS OR CONTAINER. DO NOT STORE FLAMMABLE LIQUIDS INSIDE THE UNIT.

Carry-over your fire preparedness from home to your RV by having a pre-planned escape route. BE SURE EVERYONE KNOWS WHERE THE EMERGENCY EXITS ARE LOCATED AND HOW THEY OPERATE.

Your RV has been equipped with a fire extinguisher. MAKE SURE EVERYONE KNOWS WHERE IT IS LOCATED, HOW TO OPERATE IT AND WHAT TYPES OF FIRES IT IS DESIGNED TO HANDLE.

Check the extinguisher on a regular basis to make sure it is charged.

## SMOKE DETECTOR

All units are equipped with a smoke detector. Check its operation on a regular basis. If it does not check properly, get is serviced or replaced prior to using the coach again.

NOTE! IF A FIRE DOES START WITHIN THE UNIT, GET ALL OCCUPANTS OUT IMMEDIATELY. IF IT IS A SMALL FIRE, USE THE FIRE EXTINGUISHER. IF THE FIRE IS NOT QUICKLY PUT OUT, GET OUT OF THE VEHICLE. CONTACT THE FIRE

DEPARTMENT. IF POSSIBLE, CLOSE THE LP GAS
SERVICE VALVE. MOVE A SAFE DISTANCE FROM
THE TRAILER.

## CARBON MONOXIDE SAFETY

Carbon Monoxide is a colorless, odorless, tasteless
gas, which can be fatal if a high concentration builds
up in a sealed area over a period of time. Carbon
Monoxide is a by-product of burning fuel, and is found
in high concentrations in exhaust from gas burning
engines. A water heater or furnace operating
improperly can also produce Carbon Monoxide. Under
normal conditions your coach should be free from
Carbon Monoxide at any given time.

Carefully read the instructions included with your CO
detector to ensure proper use and maintenance. Most
CO detectors require only occasional dusting and
weekly testing. DO NOT use any type of cleaner
when dusting your CO detector. Doing so may render
the unit useless without warning.

Carbon Monoxide is often confused with illness such
as "flu like symptoms". (Headaches, Nausea,
Dizziness). Such symptoms should be discussed with
all vehicle occupants. RV certified CO detectors will
sound an alarm if 100 PPM (parts per million) of CO is
present within 90 minutes. 50 PPM is allowed in a
work place for up to 8 hours. Cigarette smoke contains
about 5 PPM Carbon Monoxide.

If your CO alarm sounds, exit the vehicle immediately.
After exiting the vehicle take a head count and make
sure everyone is accounted for. Air out the vehicle and
check again to ensure that the alarm came from the
CO detector, as your vehicle is also equipped with a
smoke detector and LP gas detector (optional).
Following instructions included with your CO detector
is recommended.

**NOTE!** ONLY TRAVEL TRAILERS AND FIFTH
WHEELS WITH A GENERATOR SETUP WILL HAVE
A CO DETECTOR FACTORY INSTALLED

## LP GAS SAFETY

**WARNING!** SHUT OFF ALL LP GAS SYSTEMS
BEFORE FILLING THE GASOLINE TANK.

LP appliances should never be operated while the
vehicle is in motion.

If the pungent odor of LP gas is detected immediately
shut off the LP gas valve and check the LP gas label
for further instructions. Your unit may be equipped
with an LP gas leak detector that will help you detect

the presence of LP gas. However, this detector should
not be relied upon solely; if you detect the smell of LP
gas, shut off the gas valve immediately.

Check other sections of this manual for more
information on the LP gas system.

# TOW VEHICLE REQUIREMENTS

Prior to hitching and pulling your travel trailer or fifth
wheel make sure your tow vehicle is properly suited
and equipped for such use. Read your tow vehicle's
owner's manual sections on trailer towing, Gross
Combined Weight Rating, hitch requirements, sway
control requirements, braking requirements, and all
related areas for proper towing. Gulf Stream Coach,
Inc. is not responsible for problems associated with
insufficient towing capabilities of the tow vehicle or
hitching systems.

## Brake Controller

All Gulf Stream travel trailers and fifth wheels are
equipped with electric brakes due to the weight of the
trailer. This requires your tow vehicle to have an
electronic brake controller installed to control and
adjust the trailer brakes.

There are several different manufacturers of brake
controllers. Each controller has adjustable settings
that could provide safe, effective stopping or lockup
your trailer brakes upon use, depending on the settings
selected. It is strongly recommended that you read the
instruction manual for the brake controller and learn
about its proper use prior to pulling your trailer or fifth
wheel.

Consult with your dealer on which brake controller is
recommend for your tow vehicle/trailer combination.

**NOTE!** TEST YOUR TRAILER BRAKES WITH YOUR
BRAKE CONTROLLER PRIOR TO EACH TRIP TO
ENSURE ITS PROPER OPERATION!

# HITCHING – TRAVEL TRAILERS

## Equalizer Hitches

In addition to the pulling weight of a trailer, a tow
vehicle must also support approximately 9-15% of the
actual weight of the trailer at the hitch point. With a
6,000 lb. trailer, this additional weight might be 700 to
800 lbs. This much weight added to your rear bumper
could cause the car to become out of balance, and

4

traction on the front wheels to be reduced. This will result in poor steering control, poor braking control, and can be potentially dangerous. Use of heavier springs, spring helpers or stiffer tires will not correct the basic out-of-balance condition. The problems from this condition are compounded when traveling over bumps and dips in the road. The balance problem is solved by the addition of a suitable matched "equalizer hitch," sometimes called a "weight distributing hitch." Basically, the affect of an equalizing hitch is to distribute the hitch load equally between the front and rear tow vehicles axles and the trailer axle(s). If the weight at the hitch is 600 lbs., the affect of the equalizing hitch would be to distribute this weight in approximately equal portions to both tow vehicle axles and all trailer axles. Thus, your tow vehicle can remain relatively level. This not only will give you better steering and brake control, but also will insure that your headlight beams remain down on the road where they belong. Equalizing hitches also afford help in sway control.

Most hitch manufacturers offer equalizing hitches in several sizes designed to handle trailers of various hitch-weight classes. Get the hitch size that is right for your requirements. Your dealer will help you select one on the basis of your trailer weight and tow vehicle.

Please consult your tow vehicle's owner's manual for requirements on using equalizing hitches.



WITH LOAD EQUALIZING HITCH



WITHOUT LOAD EQUALIZING HITCH

EQUALIZING HITCH LOAD

## Sway Control

Except for the very light folding tent campers, most trailers should employ some type of sway control device. There are several types of these devices available, operating on different principles such as friction, cam action, and computer operated braking of the trailer wheels. Each has its advantages. They will all decrease or eliminate the sway affects induced by passing trucks, strong winds, and down-hill grades. They will make your towing safer when driving under adverse conditions.

Please consult your tow vehicle's owner's manual for requirements on using sway control devices.

If you encounter a situation where the trailer is swaying, accelerate slightly then gradually slow down, do not "hit" the brakes. If your trailer still sways, slowly pull off the road and check your weight distribution hitch, then your tow vehicle and trailer tire pressures.

## Safety Chains

There are different safety chain requirements in the various states. As delivered by your dealer, your trailer is equipped to meet the state requirements where purchased. Heavier and/or additional chains with case-hardened, quick-connect links may be desired. Always have the safety chains attached when towing. Install them in a manner so they do not restrict sharp turns of the tow vehicle, but tight enough so they do not drag on the ground.

### Hitch Locking Devices

Make sure that locking devices and/or safety pins are in place before beginning your travels. Your failure to secure the hitch may be costly. If your hitch utilizes a pin for securing the safety latch, carry a spare.

### Safety Breakaway Switch

A stand-alone battery or the auxiliary 12 volt battery powers safety breakaway switches for the RV. If the trailer becomes detached while towing, the pin is pulled out and current is applied to the trailer brakes automatically. Occasionally pull the pin out and check the braking action. Make sure your battery is kept well charged for this emergency braking circuit.

### Positioning The Hitch Ball

The hitch ball should be installed as close to the tow vehicle bumper as possible, without limiting the turning radius of the combination of vehicles. Locating the hitch ball too far to the rear puts a greater strain on the equalizer spring bars and decreases stability when encountering side winds or gusts from large trucks.

5

## Hitch Height Adjustment

If the spring bars on the equalizer hitch are fitted with chains for fastening to the trailer "A" frame, the selection of the proper link to be used at the connecting point can best be chosen by "hitching up" on a level road or driveway. After hitching up the trailer visually inspect how level the tow vehicle/trailer combination is and adjust the chain link selection accordingly. In order to have a level tow vehicle/trailer combination you may have to raise or lower the hitch ball on the tow vehicle. Most, if not all, equalizer hitches allow for height adjustments of the hitch ball.

Remember which chain link is used on the equalizer hitch spring bar for your most common load conditions. This will save time in future use! Depending on the trailer load each time the trailer is used, you may have to go up or down one link to have a level tow vehicle/trailer combination.

## Hitching

Before starting the hitching operation, remove (or raise) the stabilizing jacks (if equipped) from beneath the trailer. Make sure the coupler on the trailer "A" frame is in the "unlatched" position. With another person as a guide, back the tow vehicle hitch ball under the coupler and lower the coupler over the hitch ball. <u>Latch the coupler and install the safety pin immediately before any other steps are taken.</u> Attach the equalizing hitch spring bars, the safety chains, safety breakaway switch tether and the electric connection plug. Crank the trailer jack all the way up and remove the wheel chocks from the trailer wheels. Before starting down the road, check the trailer lights and brake operation.

## Unhitching

The site for parking your trailer should be as level as possible so less jacking will be necessary to level the trailer. The ground should also be firm enough that the jacks will not sink.

Before unhitching, the trailer should be immobilized by use of wheel chocks placed both in front of and behind the wheels on both sides of the trailer. This is important to keep the trailer from moving downhill if the site should not be exactly level.

After removing the safety chains, the breakaway switch tether and the trailer electrical plug, place a block under the hitch jack and extend the jack to meet is firmly, and raise the hitch a few inches with the coupler and equalizer hitch still attached to the hitch ball. This will remove pressure on the equalizer hitch. Next,

carefully remove the equalizer hitch spring bar in accordance with the hitch manufacturer's instructions. Lower the hitch back down to where is barely has pressure on the ground. The safety latch on the hitch coupler should now be released and the hitch jacked back up until it just clears the hitch ball. With all hitch items detached, you can now remove the tow vehicle and proceed to level the trailer. Remember that such leveling is not only important to your comfort, but also for proper functioning of the refrigerator and the plumbing drain lines.

# HITCHING -- FIFTH WHEELS

## Hitches

There are several types of fifth wheel hitches available. Be certain to use the one recommended by your vehicle manufacturer and that meets the weight requirements of your fifth wheel. The one described here is typical, but have your dealer demonstrate and explain the proper hitching and unhitching procedure for your hitch.

**NOTE!** MAKE SURE YOUR FIFTH WHEEL HITCH IS INSTALLED IN A LOCATION THAT ALLOWS PROPER TURNING CLEARANCE OF THE FIFTH WHEEL AND THE TRUCK CAB!

To hitch the fifth wheel, lower or remove the tailgate. Release the plate jaws by pulling the handle. It may be necessary to raise or lower the fifth wheel with the front jacks to align the pin with the jaw plates. Once connected, put your truck in drive and apply pressure on the hitch to ensure it is locked. Then activate your electric jacks or turn the crank jack to raise the jacks off the ground as far as possible.



FIFTH WHEEL PLATE (TYPICAL)

FIFTH WHEEL PLATE

## Electrical Connection

Plug the pigtail on the fifth wheel into the electrical harness on the truck. Be sure there is enough slack to allow the vehicle to turn without disconnecting the pigtail. Make sure all lights and the brakes work prior to moving the fifth wheel.

## Safety Breakaway Switch

Attach the safety breakaway tether to the truck body. DO NOT attach the cable to the plate handle, hitch plate base or plate mounting brackets. Adjust the cable so both vehicles may turn freely without pulling the pin from the switch. Lubricate the breakaway pin periodically to ensure good operation. Make sure the pin is securely in place each time before using the trailer. The tow vehicle battery will supply power for the safety breakaway switch pin if a separation occurs. However, if the pigtail also disconnects, the fifth wheels brakes will not engage unless an RV battery is installed in the fifth wheel and is charged.

NOTE! DO NOT USE THE BREAKAWAY SWITCH AS A PARKING BRAKE, AS IT IS INTENDED FOR EMERGENCY USE ONLY AND SUCH USE WILL DRAIN YOUR RV BATTERY.

## Ride Height of Fifth Wheel- Clearance

When the fifth wheel is connected to the tow vehicle, check the ground clearance and front to rear pitch of the fifth wheel. If the front of the unit is too high, weight will be transferred behind the axles, causing the unit to fishtail and the rear axle tires to prematurely wear. If the front of the unit is too low, additional weight will be transferred to the truck. To achieve proper ride height, adjust the pinbox by removing the bolts on each side and raising or lowering the box until the proper holes are aligned, then reinsert and tighten the bolts. Re-tighten the pinbox bolts after the first 50 miles.

# CARRYING CAPACITY

During the design and development of our travel trailer and fifth wheels, the number and size of storage compartments and the liquid tank capacities are maximized for value and convenience. However, be mindful that if all holding tanks are filled to capacity, and all storage compartments and cupboards are filled to the maximum volume, the travel trailer or fifth wheel could be overloaded. Refer to the manufacturer's labels posted inside and outside of the unit for unit weight information (See Fig. 1 & Fig. 2).

The amount and placement of cargo will also affect the amount of water and LP gas that you can carry. Water weighs 8.3 pounds per gallon and propane weighs 4.2 pounds per gallon. Periodically reweigh your unit. Different traveling configurations may change your loading and weight pattern.

WARNING! DO NOT EXCEED THE RATED LOAD OF THE RV OR THE RATED LOAD OF ANY AXLE! EMPTY ALL HOLDING TANKS BEFORE FILLING FRESH WATER TANK OTHERWISE YOU WILL LIMIT CARGO CAPACITY. CAMPGROUNDS SUPPLY DUMP STATIONS WHICH CAN BE UTILIZED.

## Loading Tips

After you have determined how much weight you can safely carry and selected those items to make up that weight, make a list and keep it for future reference. Load the RV and distribute the load so that you get proper weight on the axles and hitch. Do not load upper cabinets with heavy items. Secure and brace items so they won't move during travel, thereby shifting the load in the RV. Do not load heavy items near either end of the RV or on the rear bumper. Adjust cargo storage to keep the side to side wheel loads as equal as possible. Carry only as much water as needed for travel use or to balance the load. Always empty your waste water and sewage holding tanks before traveling.

WARNING! DO NOT INSTALL ANY TYPE OF WEIGHT CARRYING RACK OR FRAME TO THE REAR BUMPER OR ANY CHASSIS OR BODY COMPONENT OF THE RV. DAMAGE TO THE RV AND UNSTABLE HANDLING CHARACTERISTICS MAY RESULT.

WARNING! IT IS NOT RECOMMENDED THAT YOU TOW ANYTHING BEHIND YOUR TRAVEL TRAILER OR FIFTH WHEEL. SUCH USE COULD DAMAGE THE TRAILER/FIFTH WHEEL FRAME AND ADVERSLY AFFECT THE TOWABILITY. MANY STATES HAVE SPECIFIC LENGTH RESTRICTIONS THAT MAY BE VIOLATED IF "TANDEM TOWING". YOUR FRAME AND STRUCTURE WARRANTY COVERAGE WILL BE VOIDED.

WARNING: EXCEEDING THE GAWR, GVWR, OR GCWR OF YOUR RV/TRUCK COMBINATION CAN CAUSE UNDESIRABLE HANDLING CHARACTERISTICS AND MAY CREATE A SAFETY HAZARD. MODIFICATION OF YOUR VEHICLE BY ADDITION OF RACKS NOT SPECIFIED BY THE MANUFACTURER TO CARRY ADDITIONAL EQUIPMENT OR VEHICLES/TRAILERS IS STRICTLY PROHIBITED, MAY CREATE A SAFETY HAZARD, AND MAY VOID YOUR WARRATY.

Make a loading diagram of your properly loaded RV. It will help you locate where specific items are stored, and will help speed the loading process. Store emergency items in a readily accessible location. Include tools, first-aid kit, rain gear, flashlight, highway warning devices, and an electric cord or light.

The difference between the empty weight and the weight of the RV in traveling configuration is your usable load. If the loaded weight of your RV exceeds the GVWR or the weight on any axle exceeds that axle's GAWR, the RV is overloaded and you'll have to remove items to bring the weight down to or below the GVWR and GAWR.

All items must be considered for their weight and stored according to how heavy they are. Heavy items should be placed close to the floor and in the center of the vehicle. DON'T FORGET TO INCLUDE THE ITEMS YOU PURCHASE ON YOUR TRIP.

Luggage and similar cargo carried inside the vehicle must be secured to prevent possible damage in the case of a sudden stop or an accident.

## Weighing your trailer

In order to make sure the trailer is not overloaded you should periodically weigh it in a loaded condition. You will want to check the weight on the axles on travel trailers with the trailer hitched to the vehicle as well as when not hitched if you are using a weight distribution hitch.   On fifth wheels you will need the weight of the truck to determine the pin weight of the fifth wheel. Please review the following guidelines for weighing your trailer.

### TRAVEL TRAILER

Pull your fully loaded travel trailer onto the scale and leave it hitched to the vehicle as shown in diagram A. This will give you the actual Gross Axle Weight (GAW) as pulled down the road. Check your Federal ID label (FIG. 1) to see what the maximum rating for your axles is and make sure they are not overloaded. If necessary, redistribute or remove weight within the trailer.



Diagram A

Lower your front jack and unhitch the trailer as shown in diagram B. Record this weight. This weight is necessary to determine the hitch weight.



Diagram B

Next, move the trailer so that the front jack and the axles are on the scale as shown in diagram C. This will give you the Gross Vehicle Weight (GVW). This weight must not exceed the trailer's GVWR. If it does you will need to remove some cargo from your trailer.



Diagram C

To determine your hitch weight, take the final GVW and subtract the axle weight recorded per diagram B. Most hitch weights should fall between 9-15% of the total trailer weight. You may have to shift some of your cargo to remain within this parameter.

### FIFTH WHEELS

Pull your fully loaded fifth wheel onto the scale per Diagram D. This will give you the actual Gross Axle Weight (GAW) as pulled down the road. Check your Federal ID label (FIG. 1) to see what the maximum rating for your axles is and make sure they are not overloaded. If necessary, redistribute or remove weight within the fifth wheel.

## Manufacturer's Labels

Your vehicle is equipped with several federally required labels pertaining to the vehicle's weight, load capacity and operating limitations.

On the front, left exterior wall is the federal ID label that lists the unit's manufacturer's serial number, the front and rear GROSS AXLE WEIGHT RATING (GAWR), the vehicle's GROSS VEHICLE WEIGHT RATING (GVWR), tire and wheel rim sizes, tire operating pressure, chassis serial number and the VEHICLE IDENTIFICATION NUMBER (VIN). (FIG.1)



Diagram D

To determine the pin weight of the fifth wheel you must weigh the truck with the fifth wheel hitched as shown in Diagram E. Record this weight. Then disconnect the fifth wheel and weigh the truck again as shown in Diagram F. Subtract the difference between the two weights and you will arrive at your pin/hitch weight. Adjust your cargo accordingly to remain within 23-25% of the GVW of the fifth wheel. The GVW is the GAW added to the pin/hitch weight.



Diagram E



Diagram F

| MFG BY 🌊 GULF STREAM COACH, INC. | | | |
|---|---|---|---|
| DATE OF MFG / GULF STREAM | INC. VER. MFD. BY: | DATE OF MFG | * GVWR |
| GAWR FRONT | WITH MINIMUM TIRES | RIMS | COLD TIRE PRESSURE |
| GAWR INTERM. | WITH MINIMUM TIRES | RIMS | COLD TIRE PRESSURE |
| GAWR REAR | WITH MINIMUM TIRES | RIMS | COLD TIRE PRESSURE |
| SINGLE □ DUAL □ | THIS VEHICLE CONFORMS TO ALL APPLICABLE FEDERAL MOTOR VEHICLE SAFETY AND THEFT PREVENTION STANDARDS IN EFFECT IN: | | |
| VEHICLE ID NO. | VEHICLE TYPE | | GULF STREAM SERIAL NO. |
| * REFER TO TRIP PLANNER FOR MAXIMUM VEHICLE LOADING. | | | |

(FIG. 1) FEDERAL ID LABEL

| TRAILER WEIGHT INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| CONSULT OWNER MANUAL(S) FOR SPECIFIC WEIGHING INSTRUCTIONS AND TOWING GUIDELINES. | | | | | | |
| MODEL | 275 FBS | | | | kilograms | pounds |
| SERIAL # | 46978 | | | GVWR | 3515 | 7750 |
| | | | | UVW* | 2628 | 5794 |
| | | | | NCC* | 887 | 1956 |
| CARGO CARRYING CAPACITY (CCC) INFORMATION | | | | | | |
| Your carrying capacity is affected by everything put into your trailer. Use this chart to support your travel needs. | | | | | | |
| | | | Added weight | | Adjusted CCC* | |
| | | gallons | kilograms | pounds | kilograms | pounds |
| Fresh water @ 8.3 lb/gal | Fresh water | 36 | 136 | 299 | 752 | 1657 |
| LP-Gas @ 4.5 lb/gal | LP tank | 13 | 27 | 60 | 724 | 1597 = CCC* |
| * Weights shown are calculated weights with options included   Dealer installed equipment will reduce CCC | | | | | | |

GVWR (Gross Vehicle Weight Rating) is the maximum permissible weight of this trailer when fully loaded   It includes all weight at the trailer axle(s) and tongue or pin.
UVW (Unloaded Vehicle Weight) is the weight of this trailer as manufactured at the factory   It includes all weight at the trailer axle(s) and tongue or pin.  If applicable, it also includes full generator fluids, engine oil and coolants.
NCC (Net Carrying Capacity) is equal to the GVWR minus the UVW.
CCC (Cargo Carrying Capacity) is equal to the GVWR minus each of the following: UVW, full fresh (potable) water (including water heater), and full LP-Gas weight.

(FIG. 2) WEIGHT INFORMATION LABEL

9

## Vehicle Weight Information Label

All GULF STREAM vehicles have a weight information label posted inside the kitchen cupboard or attached to the back cover of the owner's manual (FIG. 2). Please refer to this label to see the shipping weight of your vehicle and the net carrying capacity of your water and LP tanks.

The vehicle weight information label also contains the net cargo capacity. This is the maximum weight designated by GULF STREAM that can be utilized for cargo. Any addition of accessories by you or the dealer reduces this amount proportionally with the weight of added accessories.

## Federal Weight Definitions

**GAWR:** The allowable weight, INCLUDING CARGO AND PASSENGERS, which can be SAFELY supported by a specified axle.

**GVWR:** The maximum permissible weight of your vehicle, INCLUDING CARGO, ALL OPTIONS AND WATER.

## Dangers of Overloading

One of the attractive selling points of the GULF STREAM is the abundance of storage, both inside and outside the vehicle. However, there are limits to what the vehicle can carry as has been shown above.

When preparing for a trip and while on your travels, always be mindful of WHAT YOU ARE STORING, HOW MUCH IT WEIGHS AND WHERE YOU ARE STORING IT. BEWARE OF OVERLOADING.

In addition to causing premature wear, overloading can cause problems in the area of handling characteristics. An overloaded vehicle will take longer (time and distance) to stop in an emergency. Overloading can also cause added wear to components such as tires and wheel bearings. Overloading can also cause overheating of the tow vehicle in some instances.

The solution? Stay on top of your vehicle weight situation at all times. Know where you stand when it comes to the GVWR, GAWR and GCWR.

## Tires

The tires installed on your trailer have been pre-selected as the proper size and weight for the type of coach built. The Federal ID tag located on the side of

the coach will show the proper tire size. When replacing tires, make sure that these guidelines are followed.

## Tire Markings

Sample tire size: LT225/75 R 16 E

- LT reflects the "Light Truck" usage. Light truck tires are used on anything from compact pickups to class A motor homes.
- 225 indicates the "contact patch" width. The contact patch is the amount of tire surface that actually comes into contact with the pavement. In this case the width is 225 millimeters wide.
- 75 indicates the height to width ratio of the tire.
- R identifies the construction type of the tire. R – Radial, B – Bias belted, D – Diagonal Bias. Some tires may have a speed designation label in front of the construction type. Example – MR tires are rated for use up to 81 mph. SR tires up to 112 mph. ZR tires carry the highest speed rating, and are safe for speeds over 150 mph. However, ZR tires should never be installed on any motor home or travel trailer. If no speed rating is listed on the sidewall, the maximum speed for light truck tires is 87 mph, and for passenger cars 105 mph.
- 16 is the rim size. This is the only measurement made in inches.
- E is the load range.

## Tire load ratings

Load ratings for tires go up as the corresponding letter changes. For example, load range "E" tires have a heavier rating than load range "D" tires. Load capabilities of tires change as the psi (air pressure) is lowered. As much as 220 lbs. of load carrying capacity is lost per tire for each 5 psi below the recommended inflation. This decreased load amount varies from one tire manufacturer to the next, therefore it is recommended that you contact your tire manufacturer for further information in this regard.

## Tire air pressure

When checking air pressures, if the tire has been driven more than 6 miles, you can add 4 to 6 psi to the rated maximum "cold" inflation recommendations. For example, if the tire has a maximum rating of 90 psi cold, you can inflate the tire to 96 psi after being driven on. Under inflation generates excessive heat (a tire's worst enemy!), increases tread wear in the shoulder area, and reduces your vehicle's fuel economy.

Never mix radial, bias belted or bias type tires. Never mix brands. This can adversely affect vehicle handling and stability. Use only the tire size that is listed on the

Safety Compliance Certification Label. If you have a question about the label, please call Gulf Stream.

## Tire maintenance

When cleaning tires, try to use a tire cleaning agent. Never use any cleaner that contains solvents. Solvents will draw oil from tires and cause them to prematurely crack. Inspect your tires prior to each trip, looking for bulges or cracks in the sidewalls.

When storing your recreational vehicle for long periods you should completely unload the vehicle so that a minimum weight will be placed on the tires. Make sure the tires are inflated to the recommended operating inflation pressure. Avoid moving the vehicle during extremely cold weather. Move the vehicle at least every three months to prevent ozone cracking in the tire bulge area as well as "flat spotting" from prolonged strain of sidewall and tread deflection. Make sure you check the inflation and adjust to the recommended operating pressure before putting the vehicle back into service.

# WHEEL NUT TORQUE

Wheel nut torque is a very important safety measure that should be checked often. Travel trailer tires may carry higher loads than typical passenger car tires. Further, travel trailer tires on tandem axle trailers are subject to high side-to-side load stress when making slow or tight turns. These circumstances require extra maintenance on the wheel bearings and brakes, and also extra care when checking your wheel lug nut torque.

To properly check your wheel lug nut torque you will need a torque wrench.

**NOTE!** ON YOUR INITIAL TRIP, CHECK THE LUG NUT TORQUE AT 50, 100, AND 150 MILES. ALWAYS CHECK MORE OFTEN IF YOU HAVE OPTIONAL ALUMINUM WHEELS.

**NOTE!** BEFORE EACH TRIP AND EACH TIME A WHEEL IS REMOVED BE SURE TO TIGHTEN YOUR WHEEL LUG NUTS AS PER THE FOLLOWING GUIDELINES:

"Lite" Towables:          50 – 75 ft. lbs.

All other Towables:       85 – 95 ft. lbs.

**WARNING!** DO NOT OVER TIGHTEN THE LUG NUTS! OVER TIGHTENING MAY CAUSE THE LUG STUDS TO SHEER OFF UNDER CERTAIN DRIVING CONDITIONS.

# ELECTRIC BRAKE SYSTEM

The electric brakes on your travel trailer of fifth wheel are similar to those on your automobile; the difference being that they are activated by 12 volt electrical impulse as opposed to a hydraulic system. The impulse comes from a brake controller, which in affect regulates the flow of electrical current to the trailer brakes.

Brakes are usually maintenance free; however, road and driving conditions may at times cause them to grab, drag, or fade. Also, improper grounding of the trailer to the tow vehicle, irregular current, or a short circuit in the wiring system will cause electric brakes to malfunction. In any case, we recommend that you consult your dealer or local trailer brake specialist on these problems.

Electric brakes should be checked periodically to determine the condition of the magnets and drums, and whether wiring connections are still secure (see manufacturer's instructions). Brakes can be adjusted to activate ahead of the tow vehicle brakes for best road control. Consult the manufacturer's instructions or your dealer for detailed maintenance and service procedures.

# TRAILER SYSTEMS

## Safety

Your new trailer has been provided with numerous safety features.

EMERGENCY WINDOW EXIT: Push on bottom red tab. Window will swing out, held in place by top-mounted hinges.

FIRE EXTINGUISHER: Located just inside side entry door. Activated by pulling ring-pin and squeezing handle. Direct contents at base of fire. Read instructions on bottle. Check regularly to insure that charge is adequate.

SMOKE DETECTOR: Located in kitchen/dining area. Sounds alarm if it detects smoke. Test regularly and replace battery as needed. Consult smoke detector owner's manual.

LP GAS DETECTOR: Located in kitchen/dining area near floor. Sounds alarm if it detects LP gas. Test regularly. Consult LP gas detector owner's manual.

CARBON MONOXIDE (CO) DETECTOR (some models): Located in rear hall or sleeping area. Sounds

11

alarm if it detects Carbon Monoxide. Test regularly. Consult CO detector owner's manual.

## Electrical

Your GULF STREAM is equipped with two (2) separate electrical systems that provide your vehicle with power on the road and in camp.

### 12-volt DC/110-volt AC

Like your car or truck, your trailer has a 12-volt system that is used for running RV equipment that's designed for 12-volt operation. This is a direct current (DC) system (12V).

Like your home, your trailer has a 110-volt alternating current (AC) system that requires an external source of 110-volt electricity. A shoreline connection (extension cord) or an optional electrical on-board power generator or an inverter can provide this power. In order to use your 110-volt electrical system, your shoreline (power cord) should be plugged into either a properly rated external power source or the generator should be running. CONSERVE BATTERY POWER, USE OF THE SHORELINE IS RECOMMENDED WHENEVER POSSIBLE. (FIG. 5)



(FIG. 5) 110-V SHORELINE CONNECTION

## SHORELINE GROUND CAUTION!

MAKE SURE YOUR POWER SUPPLY (SHORELINE HOOKUP) IS PROPERLY GROUNDED! IF YOUR POWER SUPPLY TO THE TRAILER IS NOT GROUNDED YOU WILL EXPERIENCE A DANGEROUS SHOCK WHEN STANDING ON THE GROUND AND TOUCHING A METAL PORTION OF YOUR TRAILER! USE A CONTINUITY TESTER TO ENSURE PROPER POWER SUPPLY!

**NOTE!** DO NOT USE A CHEATER PLUG TO HOOK UP YOUR RV TO A 110-VOLT CIRCUIT.

**NOTE!** DO NOT USE AN EXTENSION CORD WITH A CURRENT RATING LESS THAN THE AMPERAGE YOUR RV REQUIRES. EXTRA EXTENSION CORDS REDUCE THE AMPERAGE AND VOLTAGE BEING SUPPLIED TO THE RV AND MAY CAUSE DAMAGE TO ELECTRICAL COMPONENTS, INCLUDING THE SHORELINE CORD.

### 30-Amp and 50-Amp 110-Volt Service

30-amp service is 110-volt service limited to a total of 30 amps of draw. A three pronged power supply cord much like your clothes dryer would have in your house identifies this type of power supply (FIG. 5). Each appliance in your vehicle is capable of working by itself with this type of service. However, you may not be able to operate all your appliances at the same time without causing a circuit breaker to blow.

A typical component in your vehicle such as a TV or VCR will draw only about 1 amp. Other items such as coffee makers and microwaves will draw 10-15 amps when used. Roof air conditioners usually draw the most, pulling up to 15 amps when the compressor is running. So as you can see, with 30 amp service, you can use only one air conditioner when hooked up to shore power even if your coach is equipped with two. The combined draw of two air conditioners may only be 29 amps, but other items in your coach such as converters, refrigerators, water heaters, etc. will put your draw over the 30-amp mark causing a circuit break. You may be asking yourself "Why then did Gulf Stream install two a/c's if I can only use only one at a time?" This is done so that you can direct more cold air to the front or rear of the vehicle if you desire. Plus, usually they both can be operated while using your generator.

30-amp service is the most common electrical service in the RV industry and can be found at most, if not all, RV campgrounds. This makes 30-amp service the most user friendly as far as availability. If your vehicle is equipped with 50-amp service, you will be able to run any installed appliance at any time when a 50-amp service park is available or you are running your generator.

50-amp service is also 110-volt service, but it is capable of running up to 50-amps of draw. Some people believe that 50-amp service is the same as having 220-volts of ac power. Yes, 50-amps of service does have 220-volts, but only 110-volts is capable of being supplied to any part of your system at any given time. A four pronged power cord that is very unique identifies 50-amp service, as two of the four prongs each carry 110-volts of ac power. 30-amp service has

only one prong that carries 110 volts of ac power. Each of the 110-volt lines in a 50-amp cord supplies power to a designated part of your RV. In doing this, when 110-volt AC powered components are installed they can be put on separate power feeds according to how much amperage they draw. One example of this method consists of installing two air conditioners for use at the same time. Each one is powered by a different power supply feed within the 50-amp power cord; therefore they both can be used simultaneously. Think of 50-amp service as having two shoreline power cords in one casing as opposed to only one in 30-amp service.

If you travel to an RV park that does not offer 50-amp service you will have to use an adapter to hook up to shore power. Use of an adapter is not recommended, but may not be avoidable.   When using an adapter remember that your coach will not have sufficient power to run as many options as with 50-amp service. You may be able to run both your air conditioners for a limited time; however, this will cause damage to both your ac units as well as other components by operating them on insufficient power.

Listed below are components that might be used in Gulf Stream vehicles and the typical maximum amperage draw each one has. Whether your power supply is 30-amps or 50-amps this chart may help you decide which components you can safely use for an extended period without damage.

| Components | Amperage |
|---|---|
| Roof air conditioners (each) | 15 |
| Electric water heater | 12 |
| Microwaves | 15 |
| Hair dryer | 2 |
| Washer/dryer | 10 |
| Vacuum | 5 |
| TV | 1.0 |
| VCR | 1.0 |
| Engine block heater | 10 |
| Heart Inverter/Charger | 22 |
| Magnetek charger | 14 |
| Refrigerators | 3.5 |
| Space heaters | 10-15 |
| 110-volt lamp | 1.0 |

## Power Converter

Your vehicle is equipped with an electrical power converter that changes 110-volt power to 12-volt power to run 12-volt powered appliances in your vehicle. It gets the 110-volt power by way of the shoreline (FIG. 6).



(FIG. 6) 45 AMP CONVERTER PANEL

Circuit breakers and fuses protect the circuits in the vehicle. Locate the converter and see where the fuses are located. If you blow a fuse, turn off the appliance. Unplug the fuse. Check the fuse for breakage and replace it with a new fuse of the proper rating. If the fuse continues to fail, contact your nearest dealer. NEVER REPLACE A FUSE WITH A HIGHER RATED FUSE THAN WHAT IS DESIGNATED. (FIG. 7)



(FIG. 7) TYPICAL FUSE

## Ground Fault Interrupter

Your unit is equipped with a Ground Fault Interrupter that will stop the current in the event of a short. Refer to your manufacturer's owner's manual on how to reset the GFI (FIG. 8)



(FIG. 8) GFI RECEPTACLE

13

## Battery

Your trailer should be equipped with a deep cycle 12 volt battery. Check the electrolyte fluid levels on a regular basis, especially during hot weather conditions. Refill as necessary with either distilled water or clean tap water in an emergency. DO NOT ALLOW THE FLUID LEVELS IN THE BATTERIES TO FALL BELOW THE INTERNAL BATTERY PLATES. DAMAGE TO THE BATTERIES MAY RESULT AND SHORTEN THE LIFE OF THE BATTERIES.

When charging the batteries, do not charge at such a fast rate as to cause spewing of the electrolyte from the cells. However, do charge the battery with the cell vent caps off.

WARNING! NEVER USE AN OPEN FLAME AROUND BATTERIES. AVOID MAKING ELECTRICAL SPARKS. FUMES FROM THE BATTERY ARE COMBUSTIBLE. KEEP AN EYE OUT FOR CORROSION ON THE BATTERY TERMINALS. CORRODED TERMINALS CAN CAUSE A LOSS OF AVAILABLE POWER AS WELL AS CUT DOWN ON THE EFFICIENCY OF THE CHARGING/ELECTRICAL SYSTEM. THIS COULD LEAD TO A SITUATION WHERE THE BATTEY ISN'T CHARGED ENOUGH TO START THE VEHICLE...THE DRAIN ON THE BATTERY WAS GREATER THAN THE CHARGE TO THE BATTERY DUE TO DIRTY TERMINAL CONNECTIONS.

If your batteries have problems prior to the end of their warranty period, consult the nearest representative of the battery manufacturer.

When it is time to replace the batteries, be sure to replace them with quality batteries of equal electrical and physical properties. Contact your nearest dealer for advice in the selection of new batteries.

## Battery Types and Charging

Only similar batteries should be connected together in one bank if you choose to have more than one battery. Do not connect old and new batteries, or wet and gel cell batteries together. Deep-cycle batteries are usually rated in Amp-hours, which is based on a 20-hour discharge rate. Therefore, a 100 amp-hour battery can deliver 5 amps for 20 hours. Deep-cycle batteries can be discharged about 80% of capacity before damage occurs. Shallow cycling (50%-60% drain before recharge) will result in much longer battery life. To find out how long your batteries will last when using various equipment in your coach, research the amperage of the items in use, and use that number to gauge what size amp-hour battery you think you need. Keep in mind that you should recharge your batteries

when they are 50% discharged, so only half of the amp-hour rating is actually used.

Completely charging wet cell deep-cycle batteries requires the battery voltage to be raised beyond what is known as the gassing point. This is the voltage at which the battery begins to bubble and gas is given off. If charging stops short of this point, sulfate is left on the plates and deterioration of the battery begins. The gassing point will vary with battery temperature. At 77 degrees F, the gassing point of a 12-volt battery is about 14.0 volts.

Your battery will be charged when the trailer is hooked up to the tow vehicle by the tow vehicle's electrical system. The converter will also charge your battery when the trailer is plugged into shore power.

## Monitor Panel

Your vehicle has an electrical panel that can provide you with important information about various systems on the RV including the condition of your batteries. The panel is most often located above the stove or on the wall near the stove. The monitor panel will give you information including:

- How much potable (fresh) water remains.
- How full your black (sewage) tank is.
- How full your gray (waste water) tank is.
- How much LP gas is in your LP tank.
- How much charge your battery has.

NOTE! The monitor panel will give false readings if the sensors in the holding tanks are covered with debris. Clean your waste holding tanks frequently with approved treatments.

## Solar Charger

Some RV's come factory equipped with an optional solar charger. The solar charger is a low amperage charger for your house battery. The solar charger is operating when the red indicator light comes on. The red indicator light will be located on the base of the roof air conditioner or near the monitor panel. Good exterior lighting is necessary for the solar charger to operate.

## Television Electrical Connection

A television "cigarette lighter" type DC electrical outlet is located in your vehicle. For example, on some units it is located both in the front and rear near shelving specifically built for holding TV's. THIS "CIGARETTE

14

LIGHTER" OUTLET IS INTENDED FOR TELEVISION USE ONLY. ANY OTHER USE MIGHT CAUSE AN ELECTRICAL PROBLEM OR A POSSIBLE ELECTRICAL FIRE. USE ONLY THE PROPER "CIGARETTE LIGHTER" ADAPTER DESIGNED FOR YOUR SPECIFIC TELEVISION.

This panel may also contain a television 75 ohm RF antenna hookup.

# LP GAS

## General

The liquid Petroleum gas system in your unit furnishes fuel for various appliances. It is comprised of propane (LP) gas. LP gas provides an efficient and inexpensive source of energy.

The gas is stored in a pressure tank located on or under the chassis of your unit. Under pressure, the LP gas turns to vapor; it is this vapor that burns.

Each tank has an automatic eighty percent stop-fill valve that allows space in the tank for vapor expansion. The high pressure of the vapor in the tank is reduced in two stages as it makes its way to your appliance. The tank pressure will vary with temperature and altitude, but it may be in the range of 100 to 250 pounds per square inch (psi) or more. It is reduced by a pressure regulator to about 12 psi in the first stage and then to about 6.25 ounces in the second stage. The 6.25 ounces psi can also be expressed as 11 inches of water column.

The LP gas system is designed and built to rigid standards and tested before leaving the factory. Your dealer also tests the system prior to customer delivery.

**NOTE:** YOUR DEALER IS RESPONSIBLE FOR A THOROUGH LP GAS SYSTEM CHECK PRIOR TO DELIVERY. DO NOT ACCEPT THE UNIT UNTIL THIS CHECK HAS BEEN COMPLETED.

Except for simple maintenance and occasionally tightening a connection, you should take your unit to an authorized dealer for LP gas problems. An authorized LP supplier should always fill the LP gas tank.

**NOTE:** YOUR UNIT'S MANUFACTURER IS NOT RESPONSIBLE FOR PERSONAL INJURY OR PROPERTY DAMAGE RESULTING FROM IMPROPERLY MAINTAINED LP GAS APPLIANCES AND SYSTEMS.

**CAUTION:** READ LP GAS PRECAUTIONS IN THE FRONT OF THIS MANUAL. BECOME FAMILIAR WITH THEM AND MAKE SURE YOUR ENTIRE FAMILY IS COMPLETELY AWARE OF THE SAFETY ASPECTS OF LIVING AROUND LP GAS.

## Climate Differences

The appliances in your vehicle will not function if the LP gas does not vaporize. Propane will continue to vaporize down to –44 degrees F.

Propane has become the main type of LP gas used in RVs in recent years. Butane should not be used. The LP gas dealer will have the correct type or blend for his locale. If you plan on traveling from a warm climate to a cold climate, check with your local gas dealer to see if the blend he supplies is appropriate for the part of the county you plan on visiting.

## Operation

To operate any LP gas appliance, the LP gas tank's service valve must be OPEN (FIG 11). When first used, or after a refill, there may be some air in the gas lines that will escape when the range burner or similar gas valve is opened. The air may extinguish the match or igniter the first time or two you attempt to light a stove burner.

Also remember that when you close the tank's service valve, some gas will remain in the lines. To completely bleed the lines of gas, close the tank valve and light the range burner. When the flame burns out, turn off the appliance.



**Overview of Typical LP Gas Hook Up**

(FIG 11). LP GAS TANK

## Filling the LP tank

Make sure that all burners and pilot lights are turned OFF prior to having a gas supplier refill your LP tank.

Drive your unit to the LP supplier for filling. Never remove the tank from the unit. The supplier will

connect his fill nozzle to your unit's LP tank FILL VALVE.

When the tank is being filled, the service valve must be CLOSED. The 20 percent LIQUID LEVEL GAUGE must be OPEN.

The 80 percent STOP FILL VALVE may close the valve before liquid appears at the 20 percent liquid level gauge, but if liquid does appear, stop filling immediately...the tank is filled to its LP capacity.

Do not use a wrench to tighten the service valve or the 20 percent gauge. They are both designed to be closed leak-tight by hand. If you cannot hand-tighten the valve, the valve may need repair or replacement. Consult your gas dealer.

NOTE! YOUR LP TANK MUST BE KEPT FREE OF RUST AT ALL TIMES. IF RUST DOES DEVELOP, THE TANK SHOULD BE CLEANED COMPLETELY FREE OF THE RUST, PRIMED, AND PAINTED WHITE (OR SOME OTHER HIGHLY REFLECTIVE COLOR) WHICH WILL HELP TO REDUCE EXPANSION OF THE LP GAS BECAUSE OF HEAT.

## Gas Line Check

Check the gas line connection and all other connections regularly. To check, turn OFF all burners and pilot lights. Open all doors and windows. OPEN the LP gas tank service valve and use soapy water or an approved leak detector fluid to test all line connections. Do not use products that contain AMMONIA or CHLORINE. The appearance of bubbles in the soapy solution indicates a leak. Tighten the connections with two (2) open-end wrenches until the bubbles stop. If this does not take care of the leak, contact your gas dealer. DO NOT OVERTIGHTEN. (FIG. 12)



(FIG. 12) LP GAS SYSTEM (TYPICAL)

## Regulator Pressure

Have the gas regulator checked at the beginning of each season and whenever a problem occurs. Proper line pressure is 11 inches of water column. Your RV dealer or gas supplier can perform this needed check.

## Gas Tank and Regulator Freeze-Up

LP gas regulator freeze-up can be prevented if owners are aware of its causes. Freeze-up may be caused by one of these things: moisture in the tank, an overfilled tank or a greater vapor withdrawal demand than the tank can deliver at a particular temperature.

Freeze-up occurs more frequently in cold weather since liquid gas does not vaporize as quickly. This, along with a higher demand, can cause frosting of the tank and regulator. Be sure to have your LP gas supplier add ANHYDROUS METHANOL before filling the tank in cold weather.

Moisture may enter the tank in the LP gas through condensation if air is allowed to enter the tank through an open valve. This can be avoided by using moisture-free gas and keeping all tank valves CLOSED during storage. If moisture is present, have the tank purged by an authorized dealer and have him add the proper amount of ANHYDROUS METHANOL for your tank. An overfilled tank can allow liquid gas, rather than the needed vapor, to flow through the regulator. This can result in erratic regulator delivery pressure, improper appliance operation and possible frosting of the regulator and gas line. This can be avoided by following the procedures outlined in "Filling the LP Tank." Always contact your local gas supplier for current procedures.

## Hose Replacement

The flexible LP gas hoses connected to your LP tank should be checked regularly for signs of deterioration and may need to be replaced every two to three years. Be sure to replace the hoses with approved and properly rated products.

## Regulator Vent Maintenance

Since the LP gas regulator is equipped with a vent that allows the system to "breathe," you must check it on a routine basis to see that it does not become clogged. If dirt, sealant or corrosion clogs the vent, clean it with a toothbrush or similar device. At least once a year have your LP serviceman check the regulator for adjustment and operation.

# PLUMBING

## Fresh Water

Fresh water for your RV is provided by filling the FRESH WATER TANK or by hooking directly to a city water connection. These sources supply water to the kitchen sink, shower, lavatory, toilet and water heater. Fill the FRESH WATER TANK per figure 13A.



(FIG. 13) FRESH WATER LINES (TYPICAL)



(FIG. 13A)

## City Water

Open the CITY WATER INLET DOOR and connect a hose to a city pressurized water faucet and to the vehicle's CITY WATER INLET. Some models have a separate water fill for the FRESH WATER TANK. Others can be supplied per Figure 13A.

**CAUTION!** A PRESSURE REGULATOR SHOULD ALWAYS BE USED WHEN CONNECTING TO CITY WATER. EXCESSIVE WATER PRESSURE CAN DAMAGE LINES AND CONNECTIONS, CAUSING WATER DAMAGE TO YOUR RV. MAKE SURE WATER PRESSURE NEVER EXCEEDS 60 PSI.

## Water Tank

UNLOCK the GRAVITY WATER FILL HATCH and use a hose or vessel to fill the water tank. Or, select FRESH WATER TANK after hooking the hose to the CITY WATER. Watch your monitor panel inside to determine when the tank is full.

**CAUTION!** NEVER LEAVE YOUR COACH UNATTENDED WITH FILLING THE FRESH WATER TANK! ALTHOUGH PROPER VENTING IS ALLOWED FOR OVERFLOW, THE WATER PRESSURE CAN EXPAND THE TANK AND CAUSE

## Sanitizing the Water Tank

To drain, open the water tank drain. When the tank is empty, CLOSE the valve. Mix three (3) gallons of water with three-quarters cup of LIQUID HOUSEHOLD BLEACH. Pour this solution into the tank through the GRAVITY FILL. Or, siphon from the winterizing tube supplied on some models. Wait three hours, drain and flush several times with fresh drinking water.

## Water Pump

The RV water pump is a 12-volt DC appliance that is activated by a switch in the kitchen area or on the monitor panel. The switch may be left ON while camping. This is called a demand system. (FIG. 14)



(FIG. 14) WATER PUMP

Turn the faucet on when you want water. The pump will run only as long as needed. If the pump fails when the switch is ON, check the fuse located in the converter. If the pump continues to operate whether

17

the faucet is open or closed, check the water tank to see if it is empty and check to see if there is a leak in the system.

**NOTE!** DO NOT RUN THE WATER PUMP WITHOUT WATER IN THE SYSTEM. ALWAYS KEEP THE PUMP SWITCH OFF WHEN THE SYSTEM IS EMPTY OR WHEN CONNECTED TO CITY WATER. RUNNING THE PUMP DRY CAN DAMAGE IT AND VOID THE WARRANTY. WHEN LEAVING YOUR CAMPER, OR WHEN PULLING IT DOWN THE ROAD BE SURE TO TURN OFF YOUR WATER PUMP SWITCH.

## Winterizing the Water Pump

With the water drained from the potable water tank, disconnect the water pump outlet hose and then turn the pump on to allow the remaining water to be pumped out (less than one cup).

If you desire, you can blow out the water lines with compressed air by opening all valves and placing the air nozzle into the system where the outlet hose has disconnected. Replace pump hose.

## Drainage and Sewer

Your RV has a Drainage/Sewer system that operates much the same way as the one in your home. How extensive the system depends on your unit model and the options you obtained. It includes a drain line from the kitchen sink and shower to a GRAY WATER HOLDING TANK. There is also a marine toilet and lavatory that empties into a separate BLACK WATER HOLDING TANK. Which tank each sink drains into may vary from one model to another, but usually the bathroom sink will drain into the BLACK WATER tank to assist in flushing out solids.

The drainage system also includes vents that carry odors caused by drain water and waste out of the RV, while also equalizes air pressure. Drain clean outs are provided to clean lines between fixtures and holding tanks.

## Drainage P-traps

By code, all drains are equipped with P-traps to keep holding tank odors from entering the vehicle. If you detect a foul odor, which you believe is from your holding tanks, add water to all drains to ensure that your P-trap water hasn't evaporated from long term storage. Places to add water include the Kitchen sink, Bathroom sink, shower/tub, wet bar sink, and the washer/dryer drain.

## Holding Tanks

Your unit has a GRAY WATER HOLDING TANK and a BLACK WATER HOLDING TANK. The tanks should be emptied frequently, or as indicated on the monitor panel and especially before travel. The tanks should always be emptied at a special DUMPING STATION. Most campgrounds and highway rest stops and many gasoline stations are equipped with proper DUMPING STATIONS.

**NOTE!** MOST STATES HAVE LAWS PROHIBITING EMPTYING SEWAGE ANYWHERE BUT AN APPROVED DUMPING STATION.

While camping it is normal practice to leave your GRAY WATER HOLDING TANK valve open if your campsite is equipped with sewer hook-up. NEVER leave the BLACK WATER TANK valve open while using the coach. Since the system utilizes gravity to empty, the BLACK WATER TANK will not drain properly unless is has sufficient liquid to help drain out the solids.

## Dual Gray Holding Tanks

Some models are equipped with two gray holding tanks due to the floor plan. You must use the dump lever for each tank to empty the contents. Pulling the dump lever for one tank will not empty the other. One some models the second holding tank has it's own termination valve. Each holding tank fluid level will show up on the monitor panel.

## Emptying Holding Tanks

To empty the holding tanks, be certain that your RV is level since this process depends upon gravity. Remove the sewage drain hose from its storage location. Remove the cap from the termination outlet and connect the drain hose (FIG. 15).

**NOTE!** DRAIN THE TOILET (BLACK) HOLDING TANK FIRST.

To drain either holding tank, pull out the TERMINATION VALVE (FIG. 15) by pulling out the dump valve slide handle. Close the valve after the tank has drained. Flush or pour about two gallons of water through the toilet when emptying the black tank and drain again. This flushes the tank and helps clean the drain hose. Repeat as necessary.

Follow the same procedure for the GRAY WATER HOLDING TANK(S). A repeat flush is not necessary. When the tank is empty, push the dump valve handle

in until it seats. Remove the hose, wash and replace it in its storage location. Replace termination outlet cap.



(FIG. 15) TERMINATION VALVES

## Holding Tank Maintenance

Keep your tanks well flushed out when the vehicle is not in use. Allowing the tank to sit with any contents for more than a couple of days will ensure some sort of build-up on the monitor probes in the side of the tank and future monitor reading problems, even if this is the first time you have used your RV. One way to help flush them out is to drain them at the campground, then fill each tank half full of water for the trip home. The constant agitation while driving home usually does a good job of cleaning the tanks. Then, before you arrive at home, stop at a local approved dumping station and drain the tanks completely.

When camping there are a few things you can do to help facilitate the cleaning process later. First, you should always use some type of chemical additive in your holding tanks specifically designed for RV use. These types of chemicals will break down the contents of the tanks and help ensure good drainage. In addition, try using tissue designed for recreational vehicles. It will break down more than residential style tissues, and usually never clogs your drain valves.

## Do's and Don't of Holding Tank Use

DO    Clean the holding tank with an approved cleaner.
DO    Add a special chemical additive to sanitize and improve tank action.
DO    Guard the tank against Freeze-up.

DO    Keep the dump valves closed to allow the tanks to get as full as possible to facilitate drainage.
DO    Keep the dump valve closed and the drain cap in place to allow the use of the system when not parked at a campsite.
DON'T Put Facial tissues, paper, automotive type anti-freeze, sanitary napkins, diapers or household toilet cleaners in your holding tank.
DON'T Put foreign objects in the system that could clog or damage it in any way.

## Holding Tank Flush system (optional)

The optional holding tank flush kit is installed on the gray and black water holding tank system. To use this system, connect a water hose to the flush kit hose located inside the holding tank dump valve compartment. Note that the lever used on this system is not an "on/off" lever, but rather a selector for which tank you wish to flush. After connecting your water hose, turn on the water to begin flushing your tank. For best results leave the dump valves closed until you have flushed each tank. Do not leave the flush system unattended, unless you decide to leave your dump valves open.

The optional glass container on the flush system hose is used to house a sanitation tablet for sanitizing each tank. Tablets are available at most RV dealers or RV parts stores.

## Water System Winterizing

1.  Drain the fresh water tank.
2.  Drain pipes by turning the water pump ON and opening a cold water faucet. Wait for the water flow to stop. Turn pump OFF. Leave faucets OPEN.
3.  Turn ON all faucets and OPEN the HOT and COLD WATER PIPE DRAIN VALVES. Leave these valves in the OPEN position. These valves are located either under the galley sink or in an exterior compartment, and permit the water to drain onto the ground below the RV.
4.  OPEN the WATER HEATER drain valve located at the bottom of the heater (or remove plug). Let the water drain out. OPEN the heater SAFETY VALVE.
5.  Bypass the water heater (see figure 16).
6.  Use the siphon hose to add RV Anti-freeze to your system, or use air-pressure to remove all remaining water from the system.
7.  After each faucet has been opened, drained and closed, CLOSE the WATER LINE DRAIN VALVES.
8.  Drain the WASTE WATER HOLDING TANK.
9.  Double check that ALL WATER has been drained.

19

10. Secure all protective caps including the water tank filler, city water inlet and waste drain outlet.

CAUTION! DRAINING THE WATER SYSTEM ALONE MAY NOT BE ENOUGH TO PROVIDE COMPLETE COLD WEATHER PROTECTION FOR AN RV UNIT THAT WILL BE STORED IN AN UNHEATED ENVIRONMENT WHERE TEMPERATURES DROP BELOW FREEZING. CONSULT YOUR DEALER FOR MORE INFORMATION ON THE BEST METHOD OF WINTERIZING YOUR VEHICLE.

WARNING! DO NOT USE AUTOMOTIVE ANTI-FREEZE OR WINDSHIELD WASHER FLUID ANTI-FREEZE IN THE MOTOR HOME WATER SYSTEM. THESE CAN BE HARMFUL OR FATAL IF SWALLOWED. YOUR DEALER CAN PROVIDE YOU WITH SPECIAL ANTI-FREEZE THAT IS SAFE AND APPROVED FOR RV WATER SYSTEMS. ALWAYS FOLLOW MANUFACTURER'S INSTRUCTIONS FOR THESE ADDITIVES.



(FIG. 16) WATER HEATER BYPASS

To bypass, turn the top and bottom valves off and the middle valve on.

# APPLIANCES

WARNING! THE HOT WATER HEATER AND FURNACE USE LP GAS AS FUEL, AND IN THE COURSE OF NORMAL OPERATION HAVE PARTS/SURFACES THAT BECOME VERY HOT AND ALSO EMIT COMBUSTION GASES. BE CAREFUL TO ALWAYS FOLLOW MANUFACTURER'S RECOMMENDATIONS ON VENTILATION AND DO NOT TOUCH THE AIR EXHAUST PORTS OR ALLOW ANY MATERIAL TO COVER THEM OR EVEN COME IN CONTACT WITH EITHER THE INTAKE OR EXHAUST OF THESE APPLIANCES.

WHENEVER YOU OR SOMEONE IN YOUR VEHICLE SMELLS LP GAS, TAKE PRECAUTIONS AS OUTLINED EARLIER IN THIS MANUAL.

## Water Heater

NOTE! NEVER IGNITE THE HOT WATER HEATER WITHOUT FIRST FILLING IT WITH WATER.

The water heater is accessed by a panel on the outside of the vehicle (FIG. 18). Turn on the hot water faucet at the galley sink to see if the tank is full. Operating instructions can be found in the manufacturer's owner's manual.

NOTE! ONLY QUALIFIED TECHNICIANS SHOULD PERFORM SERVICE ON THE WATER HEATER. IF NOT SERVICED PROPERLY A FIRE COULD OCCUR.



(FIG. 18) WATER HEATER

## Range

Also operated with LP gas are the range burners and the oven. The basic operation is the same as the units in your home except that extra care must be taken to provide adequate ventilation in your RV. Unlike your home, the RV has limited are space, thus, a limited amount of oxygen available for combustion.

WARNING! DO NOT USE OPEN FLAMES, SUCH AS THE RANGE BURNERS, TO WARM THE LIVING AREA OF THE RV. THE FLAMES CONSUME THE OXYGEN IN THE VEHICLE AND COULD RESULT IN ASPHYXIATION.

Always provide adequate ventilation when using the range and oven. It is always best to use the range exhaust hood and open a window slightly.

Your owner's packet contains owner's manuals for the oven and range. Read these over carefully to become familiar with the safe operation of these appliances.

20

## Microwave

The optional microwave is no different than that found in your home. It relies on 110-volt power for operation and should never be used while driving down the road. Read over the microwave oven's owner's manual to find all the information on its operation and cleaning.

## Refrigerator

Unlike your home refrigerator, the unit on your RV can be operated on LP gas and 120-volt AC electricity. Read over the owner's manual provided in your owner's packet before putting the refrigerator into operation.

The refrigerator will not operate correctly if the vehicle is not level while parked. The refrigerator coolant will not circulate properly if the unit is not level.

For best results, make sure the outside sidewall vent and roof vent are always clear of debris. Without proper circulation of the rear coils the unit will not keep food cold.

Upon initial operation, or after being stored, the refrigerator it could take up to 24 hours before the unit is cool enough for use.

NOTE! IT IS NORMAL FOR THE REAR COIL AREA OF YOUR REFRIGERATOR TO BE HOT. BE CAREFUL WHEN CHECKING THIS AREA TO MAKE SURE PROPER AIRFLOW THOUGH THE REAR VENT IS NOT OBSTRUCTED.

## Furnace

Your RV is equipped with a forced-air furnace similar to the type found in most homes with the exception that it is fueled by LP gas. Each unit is equipped with a wall mounted thermostat that controls the temperature. An operating manual for the furnace is included in your owner's packet.

The furnace is designed to have un-obstructed airflow from all its vents, including interior and exterior. If any vent is blocked the furnace may shut itself off.

The furnace igniter is powered by your 12-volt battery system. If the system battery is low the furnace blower will come on, however the furnace will not ignite. Make sure you have sufficient battery power before operating the furnace.

Your furnace is designed to sustain a desired temperature in the vehicle at most times. Due to varying weather conditions, the furnace may not be able to keep up with sub-freezing temperatures. The amount of vehicle occupants and the position the vehicle is parked may help or hinder the furnace's ability to keep up with freeze conditions. Consult the furnace owner's manual for more information.

WARNING! DO NOT SUPPLEMENT THE FURNACE WITH ANY PORTABLE FUEL-BURNING APPLIANCE FOR HEATING THE INTERIOR OF THE MOTOR HOME. THESE APPLIANCES ARE NOT SAFE; ASPHYXIATION/CARBON MONOXIDE POISONING IS POSSIBLE IN ANY SMALL, WELL-SEALED SPACE.

## Air Conditioner

Many travel trailers and fifth wheels are equipped with a roof air conditioning system that works with electrical power from either a shore line or a portable generator.

Air conditioners are capable of cooling air a maximum of 18 to 22 degrees in a 50% humidity environment. As the humidity goes up, the cooling difference goes down. If the temperature inside your coach is 100 degrees when you turn on the air conditioner, it will only put out 80 degrees. Eventually the air inside the coach will cool, and as it cools the air put out by the air conditioner will cool also. However, when starting out at 100 degrees, this cooling could take several hours before it reaches your desired temperature. Therefore, if you know the weather will be hot, turn your air conditioner on early.

The two most common complaints with roof air conditioners are they won't turn on at all, or when they do turn on, they won't put out cold air. Obviously, if the unit won't turn on you may have a problem with something other than the air conditioner. Always make sure you have sufficient power to run each air conditioner you plan on using. If your power source has only 30-amp service, you can run only one (1) air conditioner at a time. Using an adapter to plug in your 50-amp cord to 30-amp service doesn't allow the use of both AC's either. Most AC's require a minimum of 13 amps to operate properly. Although the amperage of two AC's running at the same time doesn't add up to 30 amps, other components in the coach, such as the converter, refrigerator, VCR (draws amps simply by just being plugged in), etc., draw enough amperage to push the total amp load over the 30 amp mark. If you desire to run both AC's in a 30-amp environment, try running your generator instead of using shore power. Run both AC's off the generator until the coach cools off, then use shore power to run only one AC, which by itself will usually maintain a cool temperature inside the coach.



## Fantastic Fan Operation

The ceiling fan used in your coach is designed to ventilate the interior when cooking or if the use of your air conditioner is not desired. If used properly the roof fan can cool the interior by as much as 15 degrees within a short period of time. When used in the exhaust mode, the fan pulls hot air from high inside the coach and will pull fresh air from an open window. This fan is usually controlled by a wall-mounted thermostat (some models have a thermostat built right on the fan), which must be turned on and adjusted to your desired temperature before use. The wall-mounted thermostat is not the same that is used for the furnace or air conditioners. Please review the supplied fan owner's manual for additional operating instructions.

# Effects of Long Term Occupancy

More and more today motor homes are being used for more than just recreational vehicles. Those of you that intend to use the vehicle for extended periods of time must be prepared to deal with condensation and the humid conditions that may be encountered. The normal activities of even a small number of occupants in the relatively small volume of a modern recreational vehicle with its tight construction will lead to rapid saturation of the air inside the vehicle and the appearance of visible moisture, especially during cold weather.

Estimates indicate that a family of four can vaporize up to three gallons of water daily through its breathing, cooking, bathing and washing. Unless this vapor is carried outside by ventilation, or removed from the air by a dehumidifier, it will condense on the inside of the windows and walls as moisture. In cold weather it will appear as frost or ice. It may also condense in the walls or ceiling and appear as stains on paneling. This will increase the heating load on the furnace somewhat, but it will greatly reduce condensation. You should increase ventilation when large numbers of people are present.

CAUTION! DO NOT USE COOKING APPLIANCES FOR COMFORT HEATING. IN ADDITION TO THE TOXIC FUMES AND OXYGEN DEPLETION, OPEN FLAMES ADD MOISTURE TO THE AIR INCREASING CONDENSATION.

# SLIDE OUT SYSTEMS

If your trailer is equipped with a slide out there are several precautions that should be taken before operation of the slide room.

1. Make sure you have clearance on the exterior.
2. Make sure your slide out awning is unlocked.
3. Make sure that all interior items are clear.
4. Make sure that you have sufficient battery power.

## Hydraulic Slide-out Systems

Hydraulically operated rooms require a fluid level check every time the RV is used. This practice should be included in your pre-travel checklist. If you find that your fluid is low, use a ten-(10) weight hydraulic fluid to fill the reservoir to the proper level. Usually the fill cap has a fluid level indicator attached.

If your slide out room fails to move in or out you may have a low battery. Make sure that the battery is fully charged and try the operation again (the slide out will not operate on the converter alone. Also, a battery that reads 12 volts may not be at full amperage capacity). If the hydraulic slide out room has to be manually moved in or out, refer to the instructions listed on the hydraulic reservoir for proper manual operation. If the procedures are not listed contact the hydraulic system manufacturer or your nearest Gulf Stream dealer for assistance.

## Electric Slide-out Systems

Electrically operated slide out rooms utilize a gear drive to move the slide out rooms in and out. Each guide ram on the underside of the room has it's own gear, which is driven by a shared electric motor. Several different types of electric systems are used on Gulf Stream products, depending on the model. But each is able to be operated by a hand crank in the event of a motor or power failure.

## Slide out Circuit Breaker Switch

If attempting to move the slide and its perceived that the hydraulic pump or electric motor has no power, inspect the 12 volt mini-breaker located in the exterior electrical compartment to make sure it has not been tripped. Reset the breaker as needed.

## Slide out Weather Seals

Periodically check all seals and gaskets on the slide out walls for proper fit and operation. The seals and gaskets should be coated with a silicone spray for easier operation and weather protection.

Inspect the condition of the slide tubes (not the hydraulic ram) under the slide out, and if needed use bearing grease for ease of operation.

22

Although every attempt is made to have a 100% air-tight seal, you will find that the best seal possible can be achieved with pro-active maintenance and proper use.

# MAINTENANCE

Please refer to the maintenance schedule on page 26.

## Rubber Roof

The rubber roof system should be cleaned periodically and inspected for tears or voids in the sealants (see maintenance schedule). When cleaning the rubber roof you only need to use a mild detergent, plenty of water, and a medium bristle scrub brush. Special cleaners are not necessary. You should check with the rubber roof manufacturer prior to using cleaners, coatings or sealants advertised to prolong the life of your rubber roof, as they are not necessary.

When cleaning your roof it is recommended that you use a long handled bristle brush and a steady ladder to reach all parts of the roof. Try to avoid walking on the surface of the roof, as it is not designed to carry the weight displaced by a single placed foot. Further, the slippery conditions created from washing the roof will pose a safety hazard.

If you must walk on the rubber roof you must place a piece of plywood at least 48" by 48" down for proper support. Failure to do so may cause damage to the roof decking and void your warranty.

Lack of maintenance may allow mildew to form and discolor the rubber membrane. Although this may be unsightly, it is not cause for roof replacement. Simply use a scrub brush to clean as much as possible and touch up any areas of sealant that look suspect.

## Rubber Roof Repair

Small tears or punctures in the rubber roof membrane can easily be repaired and will have the same life span as the rest of the rubber roof. Most RV dealers carry rubber roof repair kits at a very nominal price. Please refer to your specific repair kit for proper applications.

## Metal Roof (where applicable)

The metal roof should be cleaned and inspected periodically. When inspecting the metal roof it is recommended that a ladder is used. If you are required to walk on the roof you must place a piece of plywood at least 48" by 48" on the roof for proper

support. Failure to do so may cause damage to the metal roof and will void your warranty.

## Fiberglass Exterior skin

Wash the RV with a quality, mild soap. There are special fiberglass cleaners on the market and available at most RV dealers. DO NOT USE STONG ALKALINE CLEANERS OR CLEANERS WITH ABRASIVES.

Waxing the exterior will further protect the outside surfaces. USE A WAX FORMULATED FOR FIBERGLASS. Follow the instructions found on the product label.

When washing and waxing the exterior of your RV, be sure to inspect all seams and trim for damaged or missing sealants. Occasionally during washing some sealants may be washed away, and harsh climates can accelerate the deterioration of sealants. As a guideline, inspect these areas two (2) times a years or whenever the RV is washed or waxed, whichever is more frequent. Unsealed areas can lead to expensive structure repairs in the future.

The bonded fiberglass wall may show a "print through" of the inner structure supports and beams. This is normal and may be more evident is harsh climates.

## Aluminum Exterior Skin

Use a mild soap in cold or lukewarm water to wash dust, dirt, road tar, insects, and other foreign matter from the exterior surfaces. To avoid marring body surfaces, do not press down hard on the siding when washing, do not use abrasive cleaning compounds or cloths, and do not wipe the surface with a dry cloth.

Check all sealants when washing or at least two (2) times a year, whichever is more frequent.

In warmer climates some normal expansion of the aluminum siding may occur, causing slight protrusions of the skin. Do not attempt to press down on the skin to correct this normal condition.

## Corrosion Protection

Your Gulf Stream recreational vehicle has been designed to withstand normal environmental conditions. But, the sand and salt used on the highways and the salt spray in the air near oceans can cause the metal components on your recreational vehicle to corrode.

To protect your recreational vehicle from this corrosion, it must be thoroughly cleaned as soon as possible after

23



exposure to these elements. Washing the undercarriage with a high-pressure washer will remove the majority of the salt. But, this will not replace the paint that is literally sandblasted off the undercarriage by the road salt and sand. Sandblasted and corroded frame components must be refinished. This can be done with readily available rust preventative paint and undercoating. This is necessary to properly maintain your recreational vehicle.

Aftermarket undercoating processes are also beneficial in rust prevention. But, to remain effective, these treatments must be inspected and renewed annually as most undercoating agents can dry and peel with age.

Therefore, regularly scheduled inspections and maintenance is necessary to protect your recreational vehicle and its various components and fixtures from the elements and keep it corrosion-free.

In addition to maintenance, you should keep from storing your vehicle in grassy areas for long periods of time. The stagnant, moist air developed under the coach will speed up the corrosion process. Always store your vehicle on pebble, concrete or asphalt.

# AWNINGS

Awnings installed on your trailer are optional and may have been added by your dealer. Proper use, care, and maintenance procedures for awnings are included in the literature provided with the awning.

To open your main awning:

-Make sure that you have sufficient clearance from obstructions.
-Unlock the awning using the provided wand by pull down the locking latch located on the top of the right awning arm.
-Unlock the travel lock on the awning arm, if equipped.
-Loosen the rafter arm knobs located in each awning arm.
-Using the wand, hook the loop hanging in the center of the awning and pull the awning completely out.
-Slide each rafter arm to the top of each awning arm and tighten the rafter knobs, making sure the awning fabric is not loose.
-Near the base of each awning arm is a flip-out lever/handle, which is also an awning arm slide lock. When the lever is flipped out, the awning arm can be slid up to raise the awning. Flipping the lever back down will allow the arm to lock.
-Your awning is now in place. You may choose to use anchor straps for extra support in windy conditions.

To close the main awning:

-Flip the awning arm levers out and slide the awning arms back down, being careful not to let the awning drop down, as flipping the levers out will unlock the arm and allow it to slide down.
-Loosen the rafter arm knobs and slide the rafter arm as far down as it will go. Do not re-tighten the rafter arm knobs as this time.
-While holding the wand strap in the awning tube, push the awning main latch located on the top of the right arm to "locked." BE CAREFUL! This will cause the awning to roll up if you don't have a good hold of the awning tube strap.
-Holding the awning tube strap, allow the awning to roll up until you can use the wand in the strap. Using the wand, allow the awning to roll all the way up. Do not allow the strap to get rolled all the way in the awning fabric.
-Lock the awning arm travel latches.
-Re-tighten the rafter arm knobs located in each awning arm.

Window awnings do not need to be unlocked for use. Simply use the awning wand and hook the awning strap located in the center of the window awning. Pull the window awning completely out and hook the strap onto the hook installed on the sidewall of the coach.

## Awning Care

Be sure to clean off all debris as you roll up your awnings. Periodically wash off the awning fabric with a soapy water solution. Long term exposure to the sun may cause some fading over time, which is normal.

# REPORTING SAFETY DEFECTS

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying Gulf Stream Coach, Inc.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or GULF STREAM COACH, INC.

To contact NHTSA, you may either call the Auto Safety Hotline toll-free at 1.800.424.9393 or write to : NHTSA, U.S. Department of Transportation, Washington, D.C. 20590 or at www.NHTSA.gov. You can also obtain other information about motor vehicle safety from the hotline.

24

# PRE-TRIP CHECKLIST(AT HOME)

## EXTERIOR

All objects secure............................ _____

Awnings locked................................ _____

Tires at proper pressure (spare).......... _____
   (check for wear/damage)

Wheel lug nuts at proper torque.......... _____

Hitch and hitch ball secure................. _____

All exterior lights operational.............. _____

Batteries charged, fluid level okay...... _____

Brakes checked for operation............. _____

Secure all compartment doors............ _____

Under-carriage items secure............. _____

Roof items secure............................ _____

## INTERIOR

Antenna lowered............................ _____

Roof vents lowered.......................... _____

Refrigerator locked.......................... _____

Water heater OFF............................ _____

Water pump OFF............................. _____

Fresh water tank level...................... _____

Waste water tank levels................... _____

Toilet operational............................ _____

Furnace OFF.................................. _____

LP Gas System checked................... _____

Cooktop Cover CLOSED................... _____

Drawers, Closets, Windows CLOSED... _____

# PRE-TRIP CHECK LIST(CAMPSITE)

FOLLOW THE ABOVE CHECK LIST WITH THESE ADDED POINTS:

## EXTERIOR

Disconnect all shore lines................. _____
(City water, electric, sewer, cable)

Hook up tow vehicle......................... _____

Remove wheel chocks....................... _____

Retract step................................... _____

Store camping equipment................. _____

CHECK CLEARANCES PRIOR TO PULLING OUT

This check list may seem like it contains basic items, but many are taken for granted and can spoil a camping trip if not attended to prior to moving the trailer.

You may want to use this list as a start for your own Pre-Trip check list, which may include your personal camping gear and food preferences.

# MAINTENANCE SCHEDULE

(* WHICHEVER OCCURS FIRST)

| | INSPECT/TEST BEFORE EACH TRIP | MONTHLY | EVERY 3 MONTHS | EVERY 6 MONTHS OR 3,500 MILES* | YEARLY OR 7,000 MILES* | AS REQUIRED BY MANUFACTURER |
|---|---|---|---|---|---|---|
| AXLE AND SPRINGS | X | | | | X | |
| BATTERIES | X | | | X | | |
| BRAKES | X | | | | X | |
| EXTERIOR LIGHTING | X | | | | X | |
| FRESH WATER SYSTEM | | | | | X | |
| HAVE ALL APPLIANCES SERVICED | | | | | | X |
| LP GAS SYSTEM | | | | | X | |
| PIGTAIL CONNECTION | X | | | | X | |
| ROOF SEALANT | | | | X | | |
| ROOF VENTS | | | | X | | |
| SAFETY BREAKAWAY SWITCH OPERATION | X | | | | X | |
| SAFETY CHAIN CONNECTION | X | | | | | |
| SIDEWALL SEALANTS | | | | X | | |
| TIRE LUG NUTS (AFTER INITIAL 500 MILE CHECK) | X | | | | | |
| TIRES (CONDITION AND PRESSURE) | X | | | | | |
| UNDERBELLY, CHECK FOR TEARS OR LEAKS | | | | X | | |
| WHEEL BEARINGS | | | | | X | |
| WINDOW SEALANT | | X | | X | | |

26



27

# INDEX

12-VOLT/110-VOLT..................................................... 12
30-AMP AND 50-AMP 110-VOLT SERVICE................. 12

**A**

AIR CONDITIONER (ROOF).................................... 21
ALUMINUM EXTERIOR SKIN.................................. 23
APPLIANCES.......................................................... 20
AWNING CARE....................................................... 24
AWNINGS............................................................... 24

**B**

BATTERY TYPES AND CHARGING........................... 14
BATTERY................................................................ 14
BRAKE CONTROLLER............................................ 4

**C**

CARBON MONOXIDE SAFETY................................. 3
CARRYING CAPACITY............................................ 7
CITY WATER.......................................................... 17
CLIMATE DIFFERENCES (LP)................................ 15
CORROSION PROTECTION................................... 23

**D**

DANGERS OF OVERLOADING................................ 23
DO'S AND DON'TS OF HOLDING TANK USE......... 19
DRAINAGE AND SEWER....................................... 18
DRAINAGE P-TRAPS............................................. 18
DUAL GRAY HOLDING TANKS.............................. 18

**E**

EFFECTS OF LONG TERM OCCUPANCY................ 22
ELECTRIC BRAKE SYSTEM................................... 11
ELECTRIC SLIDE OUT SYSTEMS........................... 22
ELECTRICAL.......................................................... 12
ELECTRICAL CONNECTION................................... 7
EMPTYING HOLDING TANKS................................ 18
EQUALIZER HITCHES............................................ 4

**F**

FANTASTIC FAN OPERATION................................ 22
FEDERAL WEIGHT DEFINITIONS.......................... 10
FIBERGLASS EXTERIOR SKIN............................... 23
FIFTH WHEEL........................................................ 8
FILLING THE LP TANK........................................... 15
FIRE SAFETY......................................................... 3
FRESH WATER...................................................... 17
FURNACE.............................................................. 21

**G**

GAS LINE CHECK (LP)............................................ 16
GAS TANK AND REGULATOR FREEZE UP (LP)..... 16
GROUND FAULT INTERRUPTER............................ 13
GULF STREAM WARRANTY.................................... 1
GULF STREAMERS INTERNATIONAL RV CLUB..... 28

**H**

HITCH HEIGHT ADJUSTMENT................................ 6
HITCH LOCKING DEVICES.................................... 5
HITCHES................................................................ 6
HITCHING – FIFTH WHEELS................................. 6
HITCHING – TRAVEL TRAILERS........................... 4

HOLDING TANK FLUSH SYSTEM.......................... 19
HOLDING TANK MAINTENANCE........................... 19
HOLDING TANKS.................................................. 18
HOSE REPLACEMENT (LP).................................... 16
HYDRAULIC SLIDE OUT SYSTEMS....................... 22

**L**

LOADING TIPS....................................................... 7
LP GAS SAFETY..................................................... 2
LP GAS SAFETY..................................................... 4
LP GAS.................................................................. 15

**M**

MAINTENANCE SCHEDULE................................... 26
MANUFACTURERS LABELS.................................... 9
METAL ROOF......................................................... 23
MICROWAVE......................................................... 21
MONITOR PANEL................................................... 14

**P**

PLUMBING............................................................ 17
POWER CONVERTER............................................. 13
PRE-TRIP CHECK LIST.......................................... 25

**R**

RANGE................................................................... 20
REFRIGERATOR..................................................... 21
REGULATOR PRESSURE (LP)................................ 16
REGULATOR VENT MAINTENANCE (LP)............... 16
REPORTING SAFETY DEFECTS............................ 24
RIDE HEIGHT OF FIFTH WHEELS – CLEARANCE... 7
RUBBER ROOF...................................................... 23

**S**

SAFETY.................................................................. 11
SAFETY BREAKAWAY SWITCH............................. 5,7
SAFETY CHAINS.................................................... 5
SANITIZING THE WATER TANK............................. 17
SECONDARY WATER PUMP SWITCH................... 18
SHORLINE GROUND CAUTION!............................ 12
SLIDE OUT BREAKER SWITCH.............................. 22
SLIDE OUT SYSTEMS........................................... 22
SLIDE OUT WEATHER SEALS............................... 22
SMOKE DETECTOR............................................... 3
SOLAR CHARGER.................................................. 5
SWAY CONTROL................................................... 5

**T**

TELEVISION 12-VOLT ELECTRICAL CONNECTION... 14
TIRE AIR PRESSURE............................................. 10
TIRE LOAD RATINGS............................................ 10
TIRE MAINTENANCE............................................. 10
TIRE MARKINGS.................................................... 10
TIRES.................................................................... 10
TOW VEHICLE REQUIREMENTS........................... 4
TRAILER SYSTEMS............................................... 11
TRAVEL TRAILER................................................... 8

**U**

UNHITCHING......................................................... 6

**V**

VEHICLE MAINTENANCE....................................... 23

VEHICLE WEIGHT INFORMATION LABEL........................ 10

**W**

WATER HEATER.............................................. 20
WATER PUMP................................................. 17
WATER SYSTEM WINTERIZING.............................. 19
WATER TANK................................................. 17
WEIGHING YOUR TRAILER................................... 8
WHEEL NUT TORQUE......................................... 11
WINTERIZING THE WATER PUMP............................ 18
WIRING DIAGRAM FOR CAR CONNECTION.................. 27

# GULF STREAMERS INTERNATIONAL RV CLUB

# BENEFITS


## For being an important member of our club, we wish to offer you these valuable Gulf Streamer benefits.

1. Active Chapters: Members are encouraged to join and participate in their local chapter activities. If there is not one in your state, we will help you promote the club to get a chapter started. For more details, contact the International Office.

2. MAIN STREAM: The MAIN STREAM newsletter is issued quarterly to keep you informed of upcoming international events, local chapter happenings, and Gulf Stream product and service updates.

3. GULF STREAMERS "10% PROGRAM": This program enlists campgrounds to offer you a ten percent discount on select camping throughout the United States and Canada.

4. Fellowship and Friendship: RVers are a special breed! The Gulf Streamers club will give you a chance to meet many who share this wonderful pastime.

5. Discounts: Members receive discounts on National Theme Parks and special attractions. You also receive special rates on RV and travel guides, directories and magazines.

6. STREAMWEAR by Gulf Stream: As a member of the Gulf Streamers, you have the opportunity to order hats, jackets, shirts and sweaters with the Gulf Streamers logo. Attractive apparel offered at special club prices.

7. Promotional Items: Offered only to members of the Gulf Streamers club. Items include Flying "G" decals and Gulf Streamers flags at special discounted prices.

8. Fellowship Rallies and Caravans: Five International events a year that are professionally scouted and pre-planned for your convenience. Pre-scouted events with experienced wagonmasters to help make your trip trouble-free and more enjoyable.

9. Gulf Streamers Country Club: Open Memorial Day - Labor Day. A home for the Gulf Streamers International RV Club; a place where owners of Gulf Stream RVs can relax and enjoy the many outstanding recreational activities as an associate member of our 55-acre complex. The complex includes a nine-hole par-3 golf course, shuffleboards, basketball/tennis courts, swimming pool, a clubhouse and more.

10. Hertz - Discount Card: As a member you receive special car rental rates, discounts and program enhancements such as weekly rental discounts and free car class up-grades.

*11. Gulf Streamers RV Insurance: An outstanding opportunity that offers members full coverage at competitive prices. Policies cover both full and part-time RVers at special rates, including diminishing deductibles.

*12. Gulf Streamers Emergency Road Service: An opportunity to receive 100% paid road service, no limit towing, fuel delivery and many other benefits at special prices. Exclusively available for the Gulf Streamers International RV Club.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Membership Application (Please Print)

Name_____

Spouse_____

Address_____

City_____St./Prov._____

ZIP_____Phone_____

Model_____Year_____

Unit Serial #_____

Membership Sponsored by_____
(Not necessary for membership)

Sponsor Membership #_____

Check One:

| MembershipDues | Renewal/Reinstatements |
|---|---|
| ___One Year ($25) | ___One Year ($20) |
| ___Two Years ($40) | ___Two Years ($35) |
| ___Three Years ($50) | ___Three Years ($45) |

Check or Money Order Only (in U.S. Funds). Complete this application for membership and mail with your check or money order to: Gulf Streamers International RV Club - P.O. Box 1005 - Nappanee, IN - 46550-0905 - (800) 289-8787, ext. 3521.

Membership dues are non-refundable and include a subscription to the Main Stream newsletter. Membership in the Gulf Streamers is limited to owners of Gulf Stream recreational vehicles. Any Gulf Stream employee, dealer or their employees are welcome to join as Associate Members.

OX90

30

## TRAILER WEIGHT INFORMATION

**CONSULT OWNER MANUAL(S) FOR SPECIFIC WEIGHING INSTRUCTIONS AND TOWING GUIDELINES.**

| MODEL | CVDH |
|---|---|
| SERIAL # | 41959 |

| | kilograms | pounds |
|---|---|---|
| GVWR | 2812 | 6200 |
| UVW* | 2113 | 4660 |
| NCC* | 698 | 1540 |

## CARGO CARRYING CAPACITY (CCC) INFORMATION

Your carrying capacity is affected by everything put into your trailer.
Use this chart to support your travel needs.

| | | Added weight | | Adjusted CCC* | |
|---|---|---|---|---|---|
| | gallons | kilograms | pounds | kilograms | pounds |
| Fresh water @ 8.3 lb/gal | water tank & heater | 36 | 136 | 299 | 563 | 1241 |
| LP-Gas @ 4.2 lb/gal | LP tank | 14 | 27 | 60 | 536 | 1181 = CCC* |

* Weights shown are calculated weights with options included.  Dealer installed equipment will reduce CCC.

**GVWR** (Gross Vehicle Weight Rating) is the maximum permissible weight of this trailer when fully loaded.  It includes all weight at the trailer axle(s) and tongue or pin.

**UVW** (Unloaded Vehicle Weight) is the weight of this trailer as manufactured at the factory.  It includes all weight at the trailer axle(s) and tongue or pin.  If applicable, it also includes full generator fluids, including fuel, engine oil and coolants.

**NCC** (Net Carrying Capacity) is equal to the GVWR minus the UVW.

**CCC** (Cargo Carrying Capacity) is equal to the GVWR minus each of the following: UVW, full fresh (potable) water weight (including water heater), and full LP-Gas weight.