Non-Activated Trailer Record

Record Unit Serial Number and BC Control Num... before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open).
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 57...
Record BC Number: 1359050
Location of Trailer: BTR
DOM: 4/13/2006
Record Date: 4/22/2006
Record Time: 1150
Ventilation Start Time: 9:00
Ventilation Stop Time: 11:50
Activation Date: N/A

| | Bedroom Wnd. | Sofa Wnd. | Dinette | Bunk Wnd. | Entry Door | Range Vent | Bath Vent | Roof Air Conditioner | Smoke | # of Occupants |
|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | | X | X | | X | | | |
| | | | | | | X | | X | | |
| | | | | | | | | | X | |

| Post Ventilation: | | | | | | |
|---|---|---|---|---|---|---|
| Time: | 11:50 | 79° | 58% | 77° | 63% | 0.49 |
| | 2:04 | 84° | 53% | 75° | 37% | 0.72 |
| | 5:08 | 85° | 40% | 78° | 34% | 0.16 RANGE OPEN |
| | 6:50 | | | 68° | 34% | 0.16 |

Measurement Devise: PPM Formaldemeter 400 Serial Number F3739

Notes: ROOF A/C W/BATH VENT OPEN 2"
PLASTIC GARBAGE CAN AND CARD BOARD BOX LEFT IN UNIT

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01811



PLAINTIFF'S EXHIBIT
P

Non-Activate / Activate Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: ⟶

Record BC Number: 1350342

Location of Trailer: BTR

DOM: #/11/2006

Record Date: 8/22/2006

Record Time: 10:16

Ventilation Start Time: 5:36-

Ventilation Stop Time: 10:16

Activation Date: N/A

| | | | | | |
|---|---|---|---|---|---|
| Bedroom Wind. | | | | | X |
| Sofa Wind. | | | | | X |
| Dinette | | | | | X |
| Bunk Wind. | | | | | X |
| Entry Door | | | | | X |
| Range Vent | | | | | X |
| Bath Vent | | | | | |
| Roof Air Conditioner | | | | | X |
| Smoke | | | | | X |
| # of Occupants | | | | X | |

| Post Ventilation Time: | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10:16 | 86° | 60% | | 70° | 75% | 0.42 | |
| 11:30 | 72.3° | 65% | | 77° | 67% | 0.52 | |
| 12:10 | 83° | N/A | | 78.3° | 59% | 0.75 | |
| 1:00 | 85° | 54% | | 78° | 54% | 0.85 | |
| 2:18 | 84° | 53% | | 82° | 43% | 0.9 | |
| 4:25 | 85° | 41% | | 84.9° | 43% | 0.44 | |
| 6:35 | 83° | 45% | | 83.5° | 47% | 0.26 | |

Measurement Devise: PPM Formaldemeter 400 Serial Number F3739

Notes:  2 vents installed; 1 on; 1 closed

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.     GS(COGR) 01812

Non-Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

| | |
|---|---|
| Record Unit Serial Number: | 76 |
| Record BC Number: | 1295687 |
| Location of Trailer: | BTR |
| DOM: | 3/14/2006 |
| Record Date: | 4/22/2006 |
| Record Time: | 12:37 |
| Ventilation Start Time: | 8:30 |
| Ventilation Stop Time: | 12:37 |
| Activation Date: | N/A |

| | X |
|---|---|
| Bedroom Wnd. | X |
| Sofa Wnd. | X |
| Dinette | X |
| Bunk Wnd. | X |
| Entry Door | X |
| Range Vent | X |
| Bath Vent | ✗ |
| Roof Air Conditioner | X |
| Smoke | X |
| # of Occupants | X |

**Post Ventilation:**

| Time: | | | | | | |
|---|---|---|---|---|---|---|
| 12:37 | 85° | 65% | | 78° | 65% | 0.24 |
| 4:15 | 85° | 53% | | 85° | 53% | 0.71 |
| 6:20 | 83° | 45% | | 86° | 46% | 0.65 |
| 7:40 | 73° | 56% | | 82° | 50% | 0.66 |

Measurement Devise: PPM Formaldemeter 400 Serial Number F3739

Notes:

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01815

Non-Activated / Trailer Record

- Record Unit Serial Number and BC Control Number, before entry into trailer.
- Record Location of Trailer.
- Record Date and Time.
- Record Outside Ambient Temperature and % Relative Humidity.
- Open Bathroom Ceiling vent, activate vent fan.
- Activate range Vent. ( Make sure vent flap is unlocked and open)
- Allow Both Fans to Operate for (15) Fifteen Minutes.
- Record Ventilation Start / Stop Time.
- Record Measurement Inside and Out

| | |
|---|---|
| Record Unit Serial Number: | 1345996 |
| Record BC Number: | |
| Location of Trailer: | |
| DOM: | |
| Record Date: | 4/22/2008 |
| Record Time: | 2:55 |
| Ventilation Start Time: | |
| Ventilation Stop Time: | |
| Activation Date: | N/A |

| Location | |
|---|---|
| Bedroom Vent. | |
| Sofa Vent. | |
| Dinette | |
| Bunk Vnd. | |
| Entry Door | |
| Range Vent | |
| Bath Vent | |
| Roof Air Conditioner | |
| Smoke | |
| # of Occupants | |

| | Time: | | | | | |
|---|---|---|---|---|---|---|
| Post Ventilation | 2:55 | 85° | 59% | 88.3° | 52% | 1.22 |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes:

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.        GS(COGR) 01817

Non-Activated Trailer Record

- Record Unit Serial Number and BC Control Number... before entry into trailer.
- Record Location of Trailer.
- Record Date and Time.
- Record Outside Ambient Temperature and % Relative Humidity.
- Open Bathroom Ceiling vent, activate vent fan.
- Activate range Vent. ( Make sure vent flap is unlocked and open)
- Allow Both Fans to Operate for (15) Fifteen Minutes.
- Record Ventilation Start / Stop Time.
- Record Measurement Inside and Out

Record Unit Serial Number: ▮▮▮▮

Record BC Number: 1345640

Location of Trailer:

DOM: 4/22/2006

Record Date:

Record Time: 2:47

Ventilation Start Time:

Ventilation Stop Time:

Activation Date: N/A

| | | | |
|---|---|---|---|
| Bedroom Wndw | | | |
| Sofa Wndw | | | |
| Dinette | | | |
| Bunk Wndw | | | |
| Entry Door | | | |
| Range Vent | | | |
| Bath Vent | | | |
| Roof Air Conditioner | | | |
| Smoke | | | |
| # of Occupants | | | |

| Post Ventilation: | | | |
|---|---|---|---|
| Time: | 2:47 | | |
| | 38° | 52% | 2.04 |

Measurement Devise: PPM Formaldemeter 400 Serial Number F3738

Notes:   Only 2 small windows open

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.     GS(COGR) 01818

Non-Activity · Solar Record

Record Unit Serial Number and BC Control Numb___ before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out.

| Field | Value |
|---|---|
| Record Unit Serial Number: | |
| Record BC Number: | 13457/69 |
| Location of Trailer: | |
| DOM: | 4/22/2006 |
| Record Date: | |
| Record Time: | 3:45 |
| Ventilation Start Time: | 3:45 |
| Ventilation Stop Time: | 505° |
| Activation Date: | N/A |

Table columns (non-activity record):

Bedroom Wnd.
Sofa Wnd.
Dinette
Bunk Wnd.
Entry Door
Range Vent
Bath Vent
Roof Air Conditioner
Smoke
# of Occupants

| Post Ventilation | | | | |
|---|---|---|---|---|
| Time: | 84° | 53% | | |
| 3:45 | 87° | 52% | 1.89 | |
| 5:05 | 86° | 61% | 2.04 | |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes:

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.     GS(COGR) 01820

Non-Activation Color Record ...before entry into trailer.

Record Unit Serial Number and BC Control Numb...

Record Location of Trailer.

Record Date and Time.

Record Outside Ambient Temperature and % Relative Humidity.

Open Bathroom Ceiling vent, activate vent fan.

Activate range Vent. ( Make sure vent flap is unlocked and open)

Allow Both Fans to Operate for (15) Fifteen Minutes.

Record Ventilation Start / Stop Time.

Record Measurement Inside and Out

| | |
|---|---|
| Record Unit Serial Number: | |
| Record BC Number: | 1345555 |
| Location of Trailer: | |
| DOM: | |
| Record Date: | 4/22/2006 |
| Record Time: | 9:00 |
| Ventilation Start Time: | |
| Ventilation Stop Time: | |
| Activation Date: | N/A |

Bedroom Wnd:

Sofa Wnd:

Dinette:

Bunk Wnd:

Entry Door:

Range Vent:

Bath Vent:

Roof Air Conditioner:

Smoke:

# of Occupants:

| Post Ventilation | | | | | | |
|---|---|---|---|---|---|---|
| Time: | 3:00 | .85" | .53% | 88.3° | 54% | 4.48 |
| | | | | | | |
| | | | | | | |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes:

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01824

Serial #753 ▓▓▓   DOM: 3/2/06
BN # 1351302

| | Time | +30 | +60 | +90 |
|---|---|---|---|---|
| Vent Time Start | 11.35 | | | |
| Vent Time Stop | 1.37 | 2.07 | 2.40 | 3.43 |
| | | | | |
| Outside Temp | 79.2 | 79.7 | 79.7 | 78.3 |
| Outside Humidity | 32% | 35% | 35% | 32% |
| | | | | |
| Inside Temp | 78.1 | 81.3 | 81.3 | 81.3 |
| Inside Humidity | 55% | 50% | 51% | 52% |
| F. Reading | .37 | 1.25 | 1.78 | 2.44 |

Serial #62 ▓▓▓   DOM: 3/17/06
BN # 1354643

| | Time | +30 | +60 | +90 |
|---|---|---|---|---|
| Vent Time Start | 11.40 | | | |
| Vent Time Stop | 1.43 | 2.13 | 2.56 | 3.31 |
| | | | | |
| Outside Temp | 79.2 | 79.5 | 79.7 | 78.4 |
| Outside Humidity | 38% | 37% | 37.5 | 41.9% |
| | | | | |
| Inside Temp | 74.5 | 77.9 | 78.1 | 78.4 |
| Inside Humidity | 60% | 53% | 54% | 55% |
| F. Reading | .03 | .45 | .76 | 1.22 |

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01627

SERIAL # 76 [redacted]  DOM: 2/28/06

BO # 112497

| | TIME | +30 | +60 | +90 |
|---|---|---|---|---|
| Vent Time Start | 11:53 | | | |
| Vent Time Stop | 1:30 | 2:20 | 3:05 | 4:25 |
| | | | | |
| Outside Temp | 79.5 | 79.6 | 79.7 | |
| Outside Humidity | 35% | 35% | 37% | |
| | | | | |
| Inside Temp | 75.9 | 78.9 | 78.6 | 78.6 |
| Inside Humidity | 53% | 56% | 50% | 51% |
| F. Reading | .30 | .86 | 1.24 | 1.80 |

SERIAL # [redacted] DOM: 7/14/04

BO # 669490

| | TIME | +30 | +60 | +90 |
|---|---|---|---|---|
| Vent Time Start | 1:25 | | | |
| Vent Time Stop | 2:05 | 2:30 | 3:13 | 4:29 |
| | | | | |
| Outside Temp | 79.7 | 80.2 | 80 | 79.6 |
| Outside Humidity | 31% | 34% | 35% | 41% |
| | | | | |
| Inside Temp | 77.8 | 81 | 81.3 | 84.4 |
| Inside Humidity | 48% | 44% | 45% | 47% |
| F. Reading | .00 | .23 | .33 | .42 |

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01628

See # ▬▬▬▬▬   DOM: 10/20/04
BC # 1053606

| | TIME | +30 | +60 | +90 |
|---|---|---|---|---|
| Vent Time Start | 12:22 | | | |
| Vent Time Stop | 2:34 | 2:54 | 3:30 | 4:36 |
| | | | | |
| Outside Temp | 79.7 | 80.2 | 80 | 78.7 |
| Outside Humidity | 33% | 34% | 35 | 41 |
| | | | | |
| Inside Temp | 75 | 83.2 | 83.4 | 81.6 |
| Inside Humidity | 49% | 46% | 47% | 49% |
| F. Reading | .101 | .28 | .53 | .69 |

See # ▬▬▬▬▬   DOM: 3/8/06
BC # 1298499

| | TIME | +30 | +60 | +90 |
|---|---|---|---|---|
| Vent Time Start | 12:36 | | | |
| Vent Time Stop | 2:34 | 3:08 | 3:40 | 4:40 |
| | | | | |
| Outside Temp | 79.7 | 80.1 | 79.9 | 78.3 |
| Outside Humidity | 32% | 35% | 37% | 41% |
| | | | | |
| Inside Temp | 76 | 78.6 | 78.6 | 78.6 |
| Inside Humidity | 61% | 55% | 56% | 59% |
| F. Reading | .36 | .83 | 1.21 | 1.79 |

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01629



PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01630

Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number:

Record BC Number:

Location of Trailer:

DOM:

Record Date: 3/28/2006

Record Time: 1:25

Ventilation Start Time:

Ventilation Stop Time:

Activation Date: N/A

|  | Open | Closed |
|---|---|---|
| Bedroom Wnd. | x |  |
| Sofa Wnd. | x |  |
| Dinette | x |  |
| Bunk Wnd. | x |  |
| Entry Door | x |  |
| Range Vent |  |  |
| Bath Vent |  |  |

|  | On | Off |
|---|---|---|
| Roof Air Conditioner |  |  |
| Smoke |  |  |

# of Occupants

| Post Ventilation: |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| Time: | 1:25 | 96.5° | 38% | 38% | 86.5° | 0.4 | 0.06 |

Measurement Devise: PPM Formaldemeter 400 Serial Number F3739

Notes: Front door and windows open

GS(COGR) 01570

Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 57____

Record BC Number: 1291614

Location of Trailer: ____

DOM: 1/17/2006

Record Date: 3/28/2006

Record Time: 

Ventilation Start Time: 

Ventilation Stop Time: 

Activation Date: 

| | Open | Closed |
|---|---|---|
| Bedroom Wnd. | | |
| Sofa Wnd. | | |
| Dinette | | |
| Bunk Wnd. | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Roof Air Conditioner | | |

| | Yes | No |
|---|---|---|
| Smoke | | |

| # Of Occupants | | |
|---|---|---|

| | QS Ambient | QS Humidity | Ambient | Humidity | Trailer Temp | Smoke | Record | Record |
|---|---|---|---|---|---|---|---|---|
| | 82.9° | 37% | | 84° | 39% | 0.1 | 0.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Post Ventilation
Time:

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes: Hosy, r/o 171802-roof leak and a/c problem
Flour-225-391-2366
St. Bernard, LA

GS(COGR) 01571

## Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: _____

Record BC Number: 1234935

Location of Trailer: _____

DOM: 2/10/2006

Record Date: 3/28/2008

Record Time: 1624

Ventilation Start Time: _____

Ventilation Stop Time: _____

Activation Date: _____

| | Open | Closed |
|---|---|---|
| Bedroom Wind. | | |
| Sofa Wind. | | |
| Dinette | | |
| Bunk Wind | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Roof Air Conditioner | | |

| | Yes | No |
|---|---|---|
| Smoke | | |

# of Occupants: _____

| Time | O/S Ambient | O/S Humidity | Inside temp | Inside RH% | Record | O/S Record |
|---|---|---|---|---|---|---|
| Pre Ventilation: | | | | | | |
| 1624 | 81.7° | 43% | | | 0.15 | 0.01 |
| Post Ventilation: | | | | | | |
| | | | | | | |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes:  Only at first once opened up no problem

GS(COGR) 01572

**Activated Trailer Record**

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 54

Record BC Number: 1124424

Location of Trailer: Camp Gray Drainage LA 70003

DOM:

Record Date: 3/28/2006

Record Time: 16:35

Ventilation Start Time:

Ventilation Stop Time:

Activation Date: 3/2/2005

| | Open | Closed |
|---|---|---|
| Bedroom Wnd. | | |
| Sofa Wnd. | | |
| Dinette | | |
| Bunk Wnd. | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Roof Air Conditioner | | |
| Smoke(s) | | |

# of Occupants

| Post Ventilation | | | | | | |
|---|---|---|---|---|---|---|
| Time: | 16:35 | 82.6° | 79.9° | 42% | 37% | 0.2 | 0.00 |

Measurement Devise: PPM Formaldemeter 400 Serial Number F3739

Notes:

GS(COGR) 01573

## Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 54[___]

Record BC Number: 1291105

Location of Trailer: [___]

DOM: 4/13/2006

Record Date: 4/22/2006

Record Time: 11:30 a.m.

Ventilation Start Time: [___]

Ventilation Stop Time: [___]

Activation Date: [___]

|  | A-Open | B-Closed |
|---|---|---|
| Bedroom Wnd |  |  |
| Sofa/Wind | X |  |
| Dinette | X |  |
| Bunk Wnd |  |  |
| Entry Door |  |  |
| Range Vent |  |  |
| Bath Vent |  |  |

|  | On | Off |
|---|---|---|
| Roof Air Conditioner |  | X |

|  | Yes | No |
|---|---|---|
| Smoke |  | X |

|  |  |
|---|---|
| # of Occupants | 2 |

| Post Ventilation: | 82.8 | 45% | 0.0.8 | 45% | 0.54 | 0.0 |
|---|---|---|---|---|---|---|
| Time: | 11:30 a.m. |  |  |  |  |  |

Measurement Device: PPM Formaldemeter 400 Serial Number F3/93[_]

Notes: 2 windows open (sofa & dinette); Has been in since Jan; Blaine nervous out of smoke alarm-went off; cold - started furnace; No problem with trailer; hasn't any problems w/eye; nothing other than new smell; a/c on all windows closed; never came back to hook up electric.

GS(COGR) 01574

FAX 269-████   11:30 Am

1) 80.6°F    45% RH.

Fe .54    2 occupants

Bc. 1291105

DCM . 1-13-06

54 - ████

Burn dearness out of
Smoke alarm went off.
Cold - Started furnace

82.8°F   45% RH   outside

No problem w/ Trailer.

Never any problem w/ eyes

Nothing other than new
                    Smell

A/c on all windows closed.

(42)   F = 32    Mr. ███ in td 1 month

86.5°F   43% RH inside

Tub leak.

BC. 129473 1

DOM - 2/15/06

51 - ██████

87.8°F   44% RH 0/s

No complaint other
than tub leak.

# Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry to trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 57___

Record BC Number: 1234737

Location of Trailer: 

DOM: 3/15/2006

Record Date: 4/22/2006

Record Time: 11:45am

Ventilation Start Time: 

Ventilation Stop Time: 

Activation Date: 

| | Open | Closed |
|---|---|---|
| Bedroom Wind... | X | |
| Solar Wind... | X | |
| Bunk Wind... | | |
| Entry Door | | |
| Range Vent | | X |
| Bath Vent... | | |

| | Off | On |
|---|---|---|
| Roof Air Conditioner | X | |

| | Yes | No |
|---|---|---|
| Smoke... | | X |

| # of Occupants | 2 |
|---|---|

| | Post Ventilation | Timer |
|---|---|---|
| | 44% | 11:45a.m. |
| | 97.2° | |
| | 86.5°F | |
| | 45% | |
| | 0.92 | |
| | OLD | |

Measurement Device: PPM Formaldemeter 400 Serial Number: F37069

Notes:  occupied for one month; no complaints other than tub leaks

# Activated Trailer Record

- Record Unit Serial Number and BC Control Number before entry into trailer.
- Record Location of Trailer.
- Record Date and Time.
- Record Outside Ambient Temperature and % Relative Humidity.
- Open Bathroom Ceiling vent, activate vent fan.
- Activate range Vent (Make sure vent flap is unlocked and open)
- Allow Both Fans to Operate for (15) Fifteen Minutes.
- Record Ventilation Start / Stop Time.
- Record Measurement Inside and Out

Record Unit Serial Number: 674█

Record BC Number: 1928884

Location of Trailer: St. Bernard

DOM: 12/21/2005

Record Date: 4/22/2006

Record Time: 12:00 p.m.

Ventilation Start Time:

Ventilation Stop Time:

Activation Date:

| | Open | Closed |
|---|---|---|
| Bedroom Wnd. | | |
| Sofa Wnd. | | |
| Dinette | | |
| Bunk Wnd. | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Roof Air Conditioner | | X |

| | Yes | No |
|---|---|---|
| Smoke | | |

# of Occupants: 2

| | OA Ambient | OA/S Humidity | Inside Temp | Inside R.H. | Record | OA/S Record |
|---|---|---|---|---|---|---|
| | 90° | 40% | 78° | 37% | 0.55 | 0.0 |

| Post Ventilation: | |
|---|---|
| Time: | 12:00pm |

Measurement Device: PPM Formaldemeter 400 Serial Number #3199

Notes: Moved in Feb; Burning; 2 bks; 1 w/furnace at door; other w/ on opposite side; lady knows; scratched 7; a/c on;

Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling Vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
[ Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number:  51███

Record BC Number:  13S4652

Location of Trailer:  St. Bernard

DOM:  3/7/2006

Record Date:  4/22/2006

Record Time:  12:30pm

Ventilation Start Time:

Ventilation Stop Time:

Activation Date:

| | Open | Closed |
|---|---|---|
| Bedroom Wind | | |
| Solar Wnd | | |
| Dinette | | |
| Brkfst Wnd | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| Roof Air Conditioner | OK | Off |
|---|---|---|
| | X | |

| | Yes | No |
|---|---|---|
| Smoke | | X |

| # of Occupants: | 1 |
|---|---|

| Post Ventilation: | DS Ambient Temp | % Relative Humidity | Ambient Temp Inside | % Relative Humidity Inside | Measured PPM Inside | Measured PPM Record |
|---|---|---|---|---|---|---|
| Time:  12:30pm | 90° | 40% | 75° | 34% | 0.61 | 0.0 |

Measurement Device: PPM Formaldemeter 400 Serial Number F3433

Notes:  One wired, the other not; occupant wired unit to a 50 amp service

GS(COGR) 01579

#3) Jan. 12:00  St. Bernard.

Moved in Feb.     - 3

Burning        2 tils

1 w/ furnace at door

BC. 1128884     Other A/O on opposite side

DOM. 12-21-05     only burned

67 - ████     Scorched brown

F = .55     A/c on

90°F 40% RH outside

78°F 37% RH in

#4     12:30pm    one Wired the other not.

BC 1354652    occupant wired into

Vin 51- ████     50 Amp serv.

DPM 3-7-06     A/c on

F = .61

90°F 40% RH outside    0.00 O/S

75°F 36% RH inside.

GS(COGR) 01580

Activate Trailer Record

- Record Unit Serial Number and BC Control Number before entering the trailer.
- Record Location of Trailer.
- Record Data and Time.
- Record Outside Ambient Temperature and % Relative Humidity.
- Open Bathroom Ceiling vent, activate vent fan.
- Activate range Vent. ( Make sure vent flap is unlocked and open)
- Allow Both Fans to Operate for (15) Fifteen Minutes.
- Record Ventilation Start / Stop Time.
- Record Measurement Inside and Out

| Field | Value |
|---|---|
| Record Unit Serial Number: | GS...1 |
| Record BC Number: | 1129005 |
| Location of Trailer: | St. Bernard |
| DOM: | 12/22/2005 |
| Record Date: | 4/22/2006 |
| Record Time: | |
| Ventilation Start Time: | |
| Ventilation Stop Time: | |
| Activation Date: | |

| | Open / Closed |
|---|---|
| Bedroom Wnd. | Closed |
| Sofa Wnd. | |
| Dinette | |
| Bunk Wnd. | |
| Entry Door | |
| Range Vent | |
| Bath Vent | |

| | On | Off |
|---|---|---|
| Roof Air Conditioner | X | |

| | Yes | No |
|---|---|---|
| Smoke | X | |

| Ext Occupants | 3 |
|---|---|

| | | | | | | | PPM Record |
|---|---|---|---|---|---|---|---|
| Pre-Ventilation: | 88.0° | 40% | | 82° | 85% | On | 0.39 | 0.00 |
| Post Ventilation: | | | | | | | | |
| Time: | | | | | | | | |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes: 2 adults; 14 yr old & dog; moved in March; curtain falls off on complaints; fire ext fell off; dinette styles peeling; fabric wearing; panel loose; big mattress-no access to bed box; shift bed & larger 12v bulbs-burnt out

GS(COGR) 01581

#5    in Marsh:

BC. 1129085
SER# 62- ▓▓▓▓
DOM 12/22/05
Curtain falls off
No complaints

fire ext. fell off.
dinette style peeling
fabric wearing,
panel loose.
Big mattress - No access
to bed heat. shift
bed. & longer
- 12V bulbs - burnt out. —
82°F - 39° RH inside.

F ▓▓ = .38
0.00 0/S
86.9°F    40% RH.

2 Adults
1 yr. old
+ dog.

Also
2 occupants

## Activated Trailer Record

Record Unit Serial Number and BC/Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 51
Record BC Number: 3128059
Location of Trailer: St. Bernard
Record Date: 12/16/2005
Record Time: 4/22/2006
Ventilation Start Time:
Ventilation Stop Time:
Activation Date:

| | Open | Closed |
|---|---|---|
| Bedroom Wind. | | |
| Side Wind. | | |
| Dinette | | |
| Bunk Wind. | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Floor Air Conditioner | X | |

| | Yes | No |
|---|---|---|
| Smoke | X | |

# of Occupants: 7

| | | | Record | Record |
|---|---|---|---|---|
| Pre-Ventilation: | 94.8° | 40% | | |
| Post-Ventilation: | 75° | 55% | 0:18 | 0.00 |
| Time: | | | | |

Notes:  5 months in; 3 months w/electric; 7 occupants; 5 kids; 2 adults; CO detector ok; smokes; a/c on;
no windows open

Measurement Device: PPM Formaldemeter 400 Serial Number F3759

GS(COGR) 01583

(17)

BCu

5 month in
3 month w/ post.

1128059

7 occupants.
5 kids
2 adults

DOM - 12-16-05

$CO_2$ detector. OK.

SER. 51- ███████ -

94.8F   40% RH o/s -

F = .18

Smokes.

75°F - 35% RH inside

A/C on   No Wind
         open.

0.00 Outside

GS(COGR) 01584

## Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 67
Record BC Number: 1357160
Location of Trailer: St. Bernard
DOM: 3/22/2006
Record Date: 4/22/2006
Record Time:
Ventilation Start Time:
Ventilation Stop Time:
Activation Date:

| | Open | Closed |
|---|---|---|
| Bedroom Wind | | |
| Sofa Wind | | |
| Dinette | | |
| Bunk Wind | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Roof Air Conditioner | X | |

| | Yes | No |
|---|---|---|
| Smoke | | X |

# of Occupants: 2

| | | | |
|---|---|---|---|
| Out Ventilation: | 91.9° | 39% | |
| | | 90% | 0.82 | 0.00 |
| Time: | 75° | On | Off |

Measurement Device: PPM Formaldemeter 400 Serial Number F3738

Notes: In trailer one week; no problems at first, washed walls down with dish soap and water; a/c on 24/7; 2 occupants & a small dog

GS(COGR) 01585

*(handwritten notes)*

in tel 1 wk
No problems -
at first - Washed walls
down w/ dish soap
& Water

BC - 1357160
DOM - 3/22/06
Ser. 67-████████

91.9°F   39%. Outside

R/con 2 occupant

A/c 24/7

σ = .62

75°F   39% 2H - inside

0.00 Outside   2 occupants
& Small dog.

GS(COGR) 01586