```
                                                              1

 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF LOUISIANA

 3                  NEW ORLEANS DIVISION

 4   In Re:  FEMA Trailer      )

 5   Formaldehyde Products     ) MDL No. 1873

 6   Liability Litigation      )

 7

 8                            Washington, D.C.

 9                            Wednesday, July 8, 2009

10   Videotape Deposition of DAVID LAWRENCE PORTER, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:17 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22
```



PLAINTIFF'S EXHIBIT R

                                                                              103

1          But it needs to go to the FEMA maintenance
2    so that FEMA maintenance, they -- they probably had a
3    maintenance contract set up so that they could deal
4    with those.  And they deal with an issue with a
5    certain unit, then FEMA maintenance will work with
6    that manufacturer also.
7          I wouldn't have somebody else going to
8    somebody else's unit, you know -- that would even
9    give -- looks like Cavalier -- it wouldn't have gave
10   Cavalier the opportunity to go ahead and look at
11   their own units they're sending there.
12         You know, these guys are probably all
13   friends, but they're -- they're competitors.  Why
14   send Gulf Stream to go work on a Cavalier unit.
15         So if disaster victims, call you, and I
16   haven't work on it in 2 years, but generally when I
17   was DHOPS chief, disaster victims call you, go ahead
18   and get that stuff to maintenance and let maintenance
19   get somebody out there to look at that.
20   Q.    Now, do you remember what the complaint
21   was, the specific complaint --
22   A.    I don't --

104

```
 1       Q.    -- referenced?
 2       A.    I don't even remember the conversation.
 3       Q.    So whether it dealt with formaldehyde or
 4   something else, you have no idea?
 5       A.    I have no idea.
 6       Q.    All right.  Let me next show you a
 7   letter -- we'll mark it first as Porter number 4, I
 8   believe.
 9                        (Porter Exhibit No. 4
10                         was marked for
11                         identification.)
12             BY MR. MEUNIER:
13       Q.    And here we see a letter again addressed
14   to you at the FEMA office in -- your FEMA office in
15   Washington, D.C.  It's again from Daniel Shea,
16   president, tollable operations, Gulf Stream Coach
17   Inc.  It's dated June 8, 2006.
18             And Mr. Shea in this letter references an
19   inquiry from a Cavalier travel trailer occupant in
20   Louisiana, and specifically his name is Miles Resor,
21   R-E-S-O-R, occupying a travel trailer in Slidell,
22   Louisiana.
```