**STENOGRAPHIC MINUTES**
Unrevised and Unedited
Not for Quotation or
Duplication

HEARING ON MANUFACTURERS OF FEMA TRAILERS

AND ELEVATED FORMALDEHYDE LEVELS

Wednesday, July 9, 2008

House of Representatives,

Committee on Oversight and

Government Reform,

Washington, D.C.

"This is a preliminary transcript of a Committee Hearing. It has
not yet been subject to a review process to ensure that the statements
within are appropriately attributed to the witness or member of
Congress who made them, to determine whether there are any
inconsistencies between the statements within and what was actually
said at the proceeding, or to make any other corrections to ensure the
accuracy of the record."

## Committee Hearings

of the

## U.S. HOUSE OF REPRESENTATIVES



**OFFICE OF THE CLERK**
Office of Official Reporters



     1   Court Reporting Services, Inc.
     2   HGO191000


     3   HEARING ON MANUFACTURERS OF FEMA TRAILERS
     4   AND ELEVATED FORMALDEHYDE LEVELS
     5   Wednesday, July 9, 2008
     6   House of Representatives,
     7   Committee on Oversight and
     8   Government Reform,
     9   Washington, D.C.



    10        The committee met, pursuant to call, at 10:00 a.m. in
    11   room 2154, Rayburn House Office Building, the Honorable Henry
    12   A. Waxman [chairman of the Committee] presiding.
    13        Present:  Representatives Waxman, Cummings, Kucinich,
    14   Davis of Illinois, Tierney, Clay, Watson, Murphy, Sarbanes,
    15   Welch, Davis of Virginia, Burton, Shays, Souder, Issa,
    16   Bilbray, Sali, and Jordan.
    17        Also Present:  Representatives Donnelly and Lampson.
    18        Staff Present:  Phil Barnett, Staff Director and Chief
    19   Counsel; Kristin Amerling, General Counsel; Karen Lightfoot,
    20   Communications Director and Senior Policy Advisor; Greg

```
21  Dotson, Chief Environment Counsel; Erik Jones, Counsel;
22  Earley Green, Chief Clerk; Jen Berenholz, Deputy Clerk; Caren
23  Auchman, Press Assistant; Ella Hoffman, Press Assistant;
24  Zhongrui ``JR'' Deng, Chief Information Officer; Leneal
25  Scott, Information Systems Manager; Rob Cobbs, Special
26  Assistant; Miriam Edelman, Special Assistant; Mitch Smiley,
27  Staff Assistant; Lawrence Halloran, Minority Staff Director;
28  Jennifer Safavian, Minority Chief Counsel for Oversight and
29  Investigations; Keith Ausbrook, Minority General Counsel;
30  Ellen Brown, Minority Senior Policy Counsel; Larry Brady,
31  Minority Senior Investigator and Policy Advisor; Benjamin
32  Chance, Minority Professional Staff Member; John Cuaderes,
33  Minority Senior Investigator and Policy Advisor; Adam Fromm,
34  Minority Professional Staff Member; Todd Greenwood, Minority
35  Professional Staff Member; Patrick Lyden, Minority
36  Parliamentarian and Member Services Coordinator; Brian
37  McNicoll, Minority Communications Director; and Molly Boyl.
```

2321  approved for rail shipment of travel trailers.
2322       Almost every year since 1992, FEMA has purchased Gulf
2323  Stream Postal products from independent dealers to respond to
2324  natural disasters.  In 2005 for the first time FEMA
2325  contracted directly with Gulf Stream to provide a total of
2326  50,000 emergency travel trailers.  It is important to note
2327  that FEMA's specifications did not include any requirement
2328  with respect to formaldehyde emission levels.
2329       The FEMA travel trailers we manufactured followed the
2330  same specifications as those we delivered to hurricane
2331  victims in 2004.  In order to meet FEMA's urgent request,
2332  Gulf Stream ramped up its production capacity and realigned
2333  its plant operations immediately upon receipt of the purchase
2334  order.  We took special care to provide safe and quality
2335  product for the hurricane victims who temporarily were going
2336  to live in the travel trailers.  Our FEMA units had four
2337  emergency egress windows instead of the required minimum of
2338  two.  It was Gulf Stream's practice to do additional life
2339  safety systems testing, including electrical, gas supply,
2340  smoke detection, and carbon monoxide detection beyond what we
2341  would do for our regular production for regular customers.
2342       In addition to what was routinely performed on the units
2343  for the manufactured public, and FEMA inspectors were on site
2344  at our Indiana plants during the manufacturing process, and
2345  FEMA performed inspections at the hurricane zone staging