UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO AMEND/CORRECT MOTION *IN LIMINE* TO EXCLUDE THE OPINIONS OF MARY DEVANY (DOC. NO. 2895)

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), which respectfully requests that this Honorable Court allow it to amend/correct its Motion *in Limine* to Exclude Opinions of Mary DeVany to reflect the attached Exhibit "E," in place of the original Exhibit "E." There were a few deposition pages inadvertently not attached to the original Exhibit "E" filed with the Motion.

          Respectfully Submitted:

          **DUPLASS, ZWAIN, BOURGEOIS,
          PFISTER & WEINSTOCK**

          s/Andrew D. Weinstock
          _____
          **ANDREW D. WEINSTOCK #18495
          JOSEPH G. GLASS #25397**
          3838 N. Causeway Boulevard, Suite 2900
          Metairie, Louisiana 70002
          (504) 832-3700
          (504) 837-3119 (FAX)
          andreww@duplass.com
          jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 27th day of August, 2009, a copy of the foregoing Motion to Amend/Correct Motion *in Limine* to Exclude Opinions of Mary DeVany was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com