# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1    trailer --

2         A.    And air it out.

3         Q.    Air it out.

4               Did you open up the windows?

5         A.    Yeah, open up the windows, the

6    door, turn the air conditioner on.

7         Q.    So you opened up the windows all

8    the way?

9         A.    Yes.  There was only one position.

10        Q.    How many windows?

11        A.    Four.

12        Q.    And you opened up the door as

13   well?

14        A.    Yes.

15        Q.    How long would you leave the

16   windows and door open?

17        A.    Usually when I cooked.  Because

18   when I came home from work, I immediately

19   started cooking.  And usually, I didn't

20   close it up until after I finished cooking.

21        Q.    How long would it take you to

22   cook, typically?

23        A.    About an hour.

24        Q.    Did you cook the same types of

25   things in the trailer that you cooked when

1  you were living in the house on Dale Street?
2      A.   Yes.  But I cut back a lot on the
3  frying because I really didn't -- the little
4  stove was so small, I didn't like cooking a
5  lot of stuff on it actually.
6      Q.   On Fridays, did you still have
7  fish?
8      A.   Not all the time.  My momma was
9  right next door, so we would go cook over
10 there.
11     Q.   Was your mom's house livable after
12 the hurricane when you were in the trailer?
13     A.   Yeah, they were living in the
14 barber shop that was right next door.
15     Q.   Had the barber shop been repaired?
16     A.   Yes.  My daddy had come back
17 before everybody else and fixed up the
18 barber shop.
19     Q.   Turned it into more of a house
20 rather than a barber shop?
21     A.   Well, it was still a house, but
22 the barber shop was like in the front area
23 and the house part was in the back area.
24     Q.   How much time did you spend over
25 at the barber shop typically when you were

1  in the trailer?
2       A.   Well, after I would come back from
3  work, I would go see my momma and talk to
4  her for about an hour.  So after I finished
5  cooking or whatever.  So I would say maybe
6  about an hour, two hours.
7       Q.   Every day?
8       A.   Pretty much, yes.
9       Q.   Did the kids spend time over at
10 the barber shop?
11      A.   Yes.
12      Q.   You said Erika did.
13      A.   Yes, and if they weren't at the
14 barber shop or in the trailer, they were
15 down the street.
16      Q.   Who were they with down the
17 street?
18      A.   Donna and her children.
19      Q.   About how many days a week would
20 you cook in the trailer versus at the barber
21 shop?
22      A.   I would say five in the trailer.
23      Q.   Did you use any other vents in the
24 trailer while you were doing activities?
25 Did you have a bathroom vent in the trailer?

1   A.   No, I did ventilate it every day.
2   Q.   Okay. And that included opening
3   doors and opening windows?
4   A.   Yes.
5   Q.   Would you also use the AC to keep
6   temperatures low inside the unit?
7   A.   Yes.
8   Q.   Did that occur from day one
9   through the end of your time in the unit?
10  A.   Yes. During the summer months.
11  Q.   Right. You would always try to
12  maintain a comfortable temperature in the
13  unit when you lived in it, correct?
14  A.   Yes.
15  Q.   Did you ever smoke inside the
16  unit?
17  A.   No.
18  Q.   Have you ever smoked?
19  A.   No.
20  Q.   I assume Chris has never smoked
21  that you know of?
22  A.   No, he doesn't smoke.
23  Q.   You've never seen Chris smoke?
24  A.   He doesn't smoke.
25  Q.   Okay. You worked as an EMT,

Page 379

1      A.   No, I do not.
2      Q.   Was there any period of time while
3  you were in the trailer that you stayed in
4  the trailer in hot weather with the
5  air-conditioning off?
6      A.   Off?
7      Q.   Yes.
8      A.   Only if I was cooking.
9      Q.   Okay. But at that time, you had
10  the trailer open with the windows and door,
11  if I understood correctly?
12      A.   Correct.
13      Q.   Okay. So there was no time when
14  you lived in the trailer that you closed it
15  up and kept the air-conditioning off when it
16  was hot outside?
17      A.   Oh, no.
18      Q.   It would get too hot inside?
19      A.   Yes, it would.
20      Q.   So if I understood your testimony,
21  and I know it's subject to your earlier
22  objection, that your understanding of why
23  Gulf Stream Coach was sued is because,
24  No. 1, of the potential of exposure to
25  formaldehyde in the trailer; and No. 2,

1      A.   From time to time, yes.

2      Q.   Do you remember telling Dr. Ciota

3  that you don't lose sleep over your

4  concerns?

5      A.   Not really.  I don't remember

6  telling her that.  When she say "lose

7  sleep," I don't lose sleep.

8      MR. HILLIARD:

9           Did you hear that part of the

10 answer?

11     MR. GLASS:

12          Yes.

13 EXAMINATION BY MR. GLASS:

14     Q.   Other than ventilating the trailer

15 when you first got back and were cooking on

16 a typical day, did you open the windows or

17 the door of the trailer other than going in

18 and out of the door?  That was confusing.

19          Did you open the windows any time

20 other than just to ventilate when you were

21 cooking?

22     A.   Yes.

23     Q.   When would you open the windows?

24     A.   If it wasn't an extremely hot day

25 or if it wasn't an extremely cold day.  If

```
 1   it was one of those few nice days we get in
 2   New Orleans, I would leave the trailer open.
 3        Q.   Okay.  When you were in the Dale
 4   Street home, the site-built house before the
 5   trailer was there, before the storm, did you
 6   open the windows?
 7        A.   Oh, yeah.  I prefer a regular
 8   breeze.
 9        Q.   You said you had air-conditioning
10   in the house?
11        A.   Correct.
12        Q.   You kept the air-conditioning in
13   the house at about the same, 75 degrees?
14        A.   Pretty much, yes.
15        Q.   Are you claiming that you have
16   lost any wages as a result of the damages or
17   as a result of the time that you spent in
18   the trailer?
19        A.   Yeah, in the few times that I had
20   to leave to bring him to doctors'
21   appointments.
22        Q.   What about your time going
23   forward, do you feel like you've lost your
24   ability to earn income going forward from
25   any time that you lived in the trailer?
```