UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case 09-2892

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 2841)** is **GRANTED.** Any opposition to the Motion to Amend Trial I Scheduling Order (Rec. Doc. 2863) shall be filed on or before **Thursday, August 27, 2009**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 26th day of August, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**