UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *  MDL NO. 1873<br>*<br>*  SECTION "N" (5)<br>*<br>*  JUDGE ENGELHARDT<br>*  MAGISTRATE CHASEZ<br>* |
| THIS DOCUMENT IS RELATED TO | *<br>* |
| *Charlie Age, et al v. Gulf Stream Coach*<br>*Inc., et al*, Docket No. 09-2892;<br>Alana Alexander, individually and on behalf of<br>Christopher Cooper | *<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION TO AMEND/CORRECT RESPONSE TO DEFENDANT GULF STREAM'S MOTION FOR SUMMARY JUDGMENT (DOC. 2901)**

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, Alana Alexander, individually and on behalf of her son, Christopher Cooper ("Ms. Alexander" or "Plaintiff"), who respectfully requests that this Honorable Court allow her to amend/correct her Response to Defendant Gulf Stream's Motion for Summary Judgment to reflect the attached Exhibits "A," "Q" and "W," in place of the original Exhibits "A," "Q" and the second Exhibit "V" (located on page 12, footnote 4 of Plaintiff's Response).  Plaintiff unintentionally attributed pages from the Deposition of Jim Shea to the Deposition of Dan Shea on page 6 of her Response. Plaintiff also inadvertently included two Exhibit "V"'s in her response and did not attach the second Exhibit "V" to her response.  This second Exhibit "V" is attached as Exhibit "W."

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                               s/Gerald E. Meunier
                                               GERALD E. MEUNIER, #9471