# Transcript of the Testimony of

# DANIEL SHEA

Date: June 1, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



Page 45

1  A  For many years. And of course, Gulf Stream has
2     different divisions and -- but I would think that
3     back in the '90s, that Gulf Stream would have been
4     buying product from Adorn for travel trailers.
5  Q  And your testimony is, is that for the first time
6     ever, you learned what that designation REG means
7     in March of 2006.
8        MR. MILLER: Objection. Mischaracterizes the
9     witness's testimony.
10 A  I had learned sometime in March or April of 2006
11    that Adorn has this term, "REG," that meant that
12    the product didn't necessarily meet the HUD
13    requirement.
14 Q  How did you learn that?
15 A  I was at one of our manufacturing facilities and I
16    was walking down the line with our production
17    manager, Jeff Zumbrun.
18 Q  Which plant?
19 A  That would have been our Plant 57 -- or I'm sorry,
20    it would have been Plant 75 in Etna Green. And we
21    were walking through that plant and it was just
22    toward the end of building FEMA units and we were
23    looking at starting our fifth wheel production in
24    there, and as that meeting was done, I started
25    looking at all the different wood products with

```
 1        Jeff and --
 2    Q   Jeff Zumbrun?
 3    A   With Jeff Zumbrun.  And we looked at a number of
 4        the wood products that were in the plant, and we
 5        were reading the labels --
 6    Q   Why?
 7    A   -- on the side.
 8            This was either a week or week and a half
 9        after this concern had come up.
10    Q   After you had gotten complaints of people being
11        exposed to formaldehyde in these trailers you had
12        sold the Government?
13    A   It was -- I believe there was a news report with
14        Mr. Stewart the week before, and we were in the
15        plant and I was asking -- we were looking at all
16        the wood products, and we had walked the line and
17        looked at a number of the different labels that
18        were on the wood products, and there were several
19        different manufacturers of these products that we
20        had wood there for, and I was trying to look at the
21        labels to see what the labels had said relative to
22        this.
23            And some companies, it would say LFE on the
24        label.  Some might not say LFE, but somewhere it
25        might say this meets the HUD requirement.
```

Page 47

1  Q  Right.
2  A  Others, there was nothing in the label that said
3     one way or the other, but there was a part number,
4     and in that part number it had an LE, so -- and
5     then we ran across this one from Adorn and we
6     really didn't see one thing, one way or the other,
7     whether it was LE or LFE, and I asked Jeff what he
8     knew about this, and he wasn't sure.
9  Q  He was the purchasing manager for the --
10 A  He was the purchasing manager and this term "REG,"
11    he wasn't familiar with.  And we looked at it and
12    then he contacted Adorn and later reported back to
13    me that this REG meant that it didn't necessarily
14    meet that HUD emission requirement.
15 Q  And that's how you learned what REG means.
16 A  Yes.
17 Q  You just so happened to be -- you had in the back
18    of your mind this news story where somebody was
19    complaining, or alleging formaldehyde exposure, so
20    you're walking through the plant looking at the
21    wood to see if you could figure out what was going
22    on.
23 A  Yeah.
24 Q  And you saw this term "REG" and you didn't know
25    what it meant, and the purchasing manager for the

1   generally about 10 percent more in price. Isn't
2   that right?
3 A You know, I'm not sure of that. Lauan's kind of a
4   commodity and the price goes up and down, but
5   10 percent could be a number, 10 to 15, 20 percent.
6   Probably 10 percent, but that's something I really
7   wouldn't have a memory of.
8 Q You wouldn't have a memory of that?
9 A Of the exact difference, no. It's something that
10   would depend on the vinyl that would go on the
11   product. When you buy something, you're not only
12   buying the lauan but you're buying the vinyl that
13   goes on it. LFE would be more, but I'm not sure
14   how much more.
15 Q Okay. So just so we're clear, LFE would be more.
16 A Yeah, I think -- I think it would be more.
17 Q Okay. LFE costs more.
18 A They would charge us more.
19 Q Yes. Okay. Now, I'm trying to figure out, you
20   figured that at least of the FEMA order of 2005,
21   Adorn provided 5 percent of the wood products.
22 A That was my understanding back then in March or
23   April of 2006.
24 Q Is that still your understanding?
25 A No. We later found out that, I think the number is

Page 59

1     as much as 15 percent.
2  Q  Okay.  So now, since you've done further
3     investigation, you've determined that for the 2005
4     FEMA order, the 50,000 trailer order, that Adorn
5     provided approximately 15 percent of the wood
6     products that went into those trailers.
7  A  Yes, that's my understanding today.
8  Q  And you don't know for sure, but you're just
9     assuming that those -- that 15 percent of the wood
10    products were not HUD certified.
11 A  The 15 percent were not certified to meet the HUD
12    standard, but that doesn't necessarily mean that
13    they didn't.
14 Q  It doesn't necessarily mean they did either.
15    Right?
16 A  Correct.
17 Q  Okay.  So what you're telling me today is that
18    15 percent of the products, the wood products that
19    went into the 50,000 trailer order were not HUD
20    certified.
21         MR. MILLER:  Objection.  Mischaracterizes the
22    witness's testimony.
23 A  Could you repeat that, please?
24 Q  Yeah.  What you're saying is, the 15 percent of the
25    wood products that went into these 50,000 trailers,

```
 1      based on as best as you can calculate, those wood
 2      products were not, quote, HUD certified.
 3           MR. MILLER:  Same objection.
 4   A  Well, my statement would be that Adorn, it's my
 5      understanding, is roughly 15 percent of the
 6      products that we purchased, the lauan products with
 7      the interior, the vinyls, and that that product
 8      that we purchased, Adorn did not certify that those
 9      met the HUD emission standard.
10   Q  Okay.  Now, did you determine that other wood
11      products from other vendors were also not HUD
12      certified?
13   A  Yes, that did come up.  That did come up later.
14   Q  Tell me how that came up later and what came up.
15   A  I believe it was in July, August, or September of
16      2007, and we had been through the invoices and
17      paperwork and so forth, purchase orders that we
18      had, and our purchasing department had
19      double-checked things, and we felt confident that
20      we had gone through everything.
21           And after -- I think there was a hearing, I
22      think that's when there was a hearing in D.C., in
23      2007, and we went back and we wanted to
24      double-check everything and we were looking at the
25      letters we had, invoices, everything, and there
```

1    was, oh, some purchase orders from Weyerhaeuser and
2    Samling.
3         And the purchase orders clearly stated that
4    the -- the purchase orders clearly stated that the
5    material was to meet the HUD standard.  And we
6    looked at the invoices and there was, again, some
7    variation between those manufacturers that --
8    whether the material was specifically noted; that
9    they had used several different, oh, indicators or
10   numbers and so forth, so it was really hard to tell
11   from looking at the invoices to confirm that they
12   were LFE products.
13        And we had, at that point, decided we should
14   contact them and ask them, you know, if these
15   products had met the HUD standard.
16 Q  And did you do that?
17 A  Yes.
18 Q  Who did that?
19 A  I think Jim had those conversations.
20 Q  Jim Shea?
21 A  Yeah.
22 Q  Your brother?
23 A  Yeah.
24 Q  What did he learn?
25 A  He learned from Samling and Weyerhaeuser that there

```
 1       was some product that, it was my understanding,
 2       that was certified to the HUD standard and some
 3       that was not certified to the HUD standard.
 4  Q    In what percentages?
 5  A    You know, I don't recall the specific percentages.
 6  Q    Approximate?
 7  A    I think it was probably two-thirds or more -- or
 8       wait a minute.  I would -- my recollection is that
 9       it was probably approximately a third had -- they
10       were indicating to us were HUD certified, and about
11       two-thirds, perhaps, were not.
12  Q    Okay.  And Weyerhaeuser and Samling, you said?
13  A    Yes.
14  Q    They provided the roof underlayment?
15  A    Yes.
16  Q    Did they provide any of the decorative hardwood
17       plywood panels on the inside?
18  A    Not to my knowledge.
19  Q    Did they provide any of the subflooring?
20  A    Samling I don't think did.  I'm pretty sure they
21       didn't.  I know that -- again, of course, we're
22       talking 2005 now.
23  Q    Yes, we are.
24  A    Not 2004; right?
25  Q    That's right.
```

```
 1       have that -- those numbers.
 2   Q   You realize your brother testified in front of
 3       Congress?
 4   A   Yes, I do.
 5   Q   You realize that you've sent letters to the United
 6       States Government affirming the types of products
 7       you use in your trailers?
 8   A   We've sent letters to the Government.
 9   Q   Show me the letter where you told the Government
10       that 15 percent of the products you put, from
11       Adorn, into your trailers were not HUD certified?
12   A   I did have a conversation with Steve Miller --
13   Q   I didn't ask that.
14   A   -- regarding that.
15   Q   When?
16   A   In, it would have been April or May of 2007.
17   Q   After you were sued.
18   A   It was -- it would have been after we had done this
19       further look into the amount of material that came
20       from the various companies.
21   Q   Can you tell me any -- show me any letter where you
22       sent to correct your prior letters and e-mails?
23   A   No, it was a discussion we had had.
24   Q   Now, who within your company would know the exact
25       percentage of roof underlayment that was put in
```