## AFFIDAVIT OF JEFF ZUMBRUN

Jeff Zumbrun states as follows:

1. I am the Director of Purchasing for Gulf Stream Coach, Inc. ("Gulf Stream") and have been in this position at all times relevant to matters contained in this affidavit. I am over the age of eighteen years and I am in all respects competent to testify to the matters contained in this affidavit.

2. I have personal knowledge of the facts contained herein and if called upon to testify, could testify competently thereto.

3. My job duties includes but is not limited to, establishing and maintaining supplier relationships, supervising Gulf Stream purchasing agents for the towable division of Gulf Stream.

4. Gulf Stream has ordered and specified by and through its purchase orders to suppliers low-formaldehyde wood products during the periods of Fall 2004.

5. I reviewed all of the 2004 purchase orders sent to our wood suppliers and all requested low-formaldehyde products that comply with HUD requirements.

6. Gulf Stream relies upon its suppliers to provide the materials, components and products of the quantity, price, quality and specifications stated on Gulf Stream's purchase orders.

Further the affiant saith naught.

Dated: August 7, 2009.

_____
Jeff Zumbrun

SUBSCRIBED AND SWORN TO
Before me this 7th day
Of August, 2009.

Sheryl Sprague
Notary Public, State of Indiana
County of Residence: Noble
My Commission Expires: 2-1-2016