UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            )
FORMALDEHYDE PRODUCTS            )
LIABILITY LITIGATION,            )  MDL NO. 1873
                                 )
                                 )  SECTION "N"(5)
THIS DOCUMENT IS RELATED TO      )
                                 )  JUDGE ENGELHARDT
Charlie Age, et al. v. Gulf      )  MAGISTRATE CHASEZ
Stream Coach, Inc., et al.,      )
Docket No. 09-2892; Alana        )
Alexander, individually and on   )
behalf of Christopher Cooper.    )
-------------------------------- )

     The Deposition of SCOTT BAILEY

     Date:        Friday, July 31, 2009

     Time:        2:02 p.m.

     Place:       Warrick & Boyn, LLP
                  121 West Franklin Street, Suite 400
                  Elkhart, Indiana 46516


Called as a witness by the Plaintiffs in

accordance with the Federal Rules of Civil

Procedure for the United States District

Court, Eastern District of Louisiana, pursuant

to Notice.


Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
          MIDWEST REPORTING, INC.
            1448 Lincolnway East
          South Bend, Indiana 46613

             (574) 288-4242

Page 13

1        CROSS-EXAMINATION
2   BY MR. WEINSTOCK:
3   Q.  Mr. Bailey, my name is Andy Weinstock and I do have
4       questions for you.
5           In front of you, you should have some invoices,
6       purchase orders and packing slips between Gulf Stream and
7       Adorn.  And I'm specifically referring to, if we could
8       start with Bates labels 6069, 6070, and 6071 and 6072.
9       First look at 6072.
10          Do you have that in front of you?
11  A.  Okay.
12  Q.  This is a purchase order.  Is this your understanding of a
13      purchase order from Gulf Stream to Adorn?
14  A.  Well, 6072, that's actually a division of Gulf Stream
15      called JEJ Molding.
16  Q.  Correct.  So a division of Gulf Stream to Adorn, correct?
17  A.  Correct.
18  Q.  And on that purchase order, it's got a number somewhere.
19      There it is.  Is it 286274-000?  Where would that be
20      located?
21          MR. WOODSMALL:  He's looking at the top here.
22  A.  Yes.
23  BY MR. WEINSTOCK:
24  Q.  And then on 6070, that is the corresponding invoice,
25      correct, that references the purchase order number,

1  286274-000?

2 A. Okay.  Yes.

3 Q. Going back to 6072, do you see where it states, "All products must be applicable to the HUD requirements for housing?"

6 A. Okay.

7 Q. All right.  If you received such a purchase order, that means to you the product must be LFE, correct?

9 A. Well, the problem is -- I mean, yes, that's correct.

10 Q. If you received such a purchase order, you would have sent Gulf Stream such product, or JEJ Molding?

12 A. Yeah.  If we -- yes.

13 Q. Mr. Buzbee asked you, you know, where would it say that on your invoice.  And so my question is where does it identify that Gulf Stream got product that must be applicable to the HUD requirements for housing on either 6070 -- yeah, on 6070?

18 A. The problem is is this invoice and this purchase order does not represent Lauan.

20 Q. Okay.

21 A. It represents just raw vinyl.  So that is not regular.  That is not LFE.  That has nothing to do with wood component products.  JED (sic) was just strictly a wrapper that was a division of Gulf Stream.  We sold them raw vinyls that they produced the product themselves.  So

Page 15

```
 1      whether they used LFE or not, that was up to them.  We
 2      only supplied them with the raw vinyl to put on their own
 3      wood.
 4   Q. Well, if you can just with me flip through the rest of
 5      these documents that are in front of you.  6074, that's
 6      just vinyl; is that correct?
 7   A. That's correct.
 8   Q. 6075, that's vinyl?
 9   A. That's correct.
10   Q. 6077, that's just vinyl?
11   A. Yes.
12   Q. 6078, that's just vinyl?
13   A. That's correct.
14   Q. 6081, vinyl?
15   A. That's correct.
16   Q. 6082 is just vinyl?
17   A. Yes.
18   Q. 6084 is just vinyl?
19   A. Yes.
20   Q. 6085 is just vinyl?
21   A. Yes.
22   Q. 6087 is just vinyl?
23   A. Yes.
24   Q. 6088 is just vinyl?
25   A. Yes.
```

```
 1   Q.  6090 is just vinyl?
 2   A.  Yes.
 3   Q.  6091 is just vinyl?
 4   A.  Yes.
 5   Q.  6094 is just vinyl?
 6   A.  Yes.
 7   Q.  609 --
 8           MR. WOODSMALL:  I'm sorry.  You cut out there,
 9       Andy.
10  BY MR. WEINSTOCK:
11   Q.  6095, is that just vinyl?
12   A.  Yes.
13   Q.  What about 6097?
14   A.  No.
15   Q.  Okay.  Now, 6097 is purchase order number 289631, correct?
16   A.  No.
17   Q.  All right.  It's not?
18   A.  I'm showing it as 289423.
19   Q.  You're absolutely correct.  I was looking at the wrong
20       one.  Now, if you go to 6099, that is the purchase order?
21   A.  Yes.
22   Q.  289423?
23   A.  Yes.
24   Q.  That purchase order says, "All products must apply to the
25       HUD requirements for housing"?
```

Page 17

1   A.  Yes.
2   Q.  So, therefore, LFE was ordered?
3   A.  Well, the situation on this one is, there again, this was
4       PVC, outside plastic corner and an inside corner.  So that
5       is not a wood component part.  So there was no regulation
6       for HUD or for, you know.
7   Q.  Or stated the opposite, it was not regular wood product?
8   A.  That's correct.
9   Q.  6101 is just vinyl?
10  A.  I have to catch up here.  Yes.
11  Q.  6102 is just vinyl?
12  A.  Yes.
13  Q.  6104 is just vinyl?
14  A.  Yes.
15  Q.  5 is just vinyl?
16  A.  6105?
17  Q.  Yes.
18  A.  Yes, it is.
19  Q.  6107 is just vinyl?
20  A.  Yes.
21  Q.  6108 is just vinyl?
22  A.  Yes.
23  Q.  6110 is just vinyl?
24  A.  Yes.
25  Q.  6111 is just vinyl?

1   A.   Yes.
2   Q.   Sir, if I represent to you that these are all the
3        purchases from Gulf Stream or any entity or subsidiary or
4        sister company of Gulf Stream to Adorn in 2004 that we've
5        just gone through, you would agree that Adorn did not send
6        any regular wood to Gulf Stream in 2004; is that correct?
7   A.   I have no idea.
8   Q.   Well, if you accept my representation that this is the
9        entirety of the purchase orders and invoices?
10  A.   Absolutely.
11  Q.   Everything we just went through, there's not a single
12       purchase order or invoice for regular wood product in
13       2004, correct?
14  A.   That's correct.
15  Q.   On this recorded statement -- and I will agree with you,
16       it is extremely poor quality.  But was that your voice on
17       the recorded statement?
18  A.   Yes.
19  Q.   And whatever you said you said.  We don't need to go over
20       it again.  But you would agree whatever's on there is on
21       there?
22  A.   Yes.
23  Q.   At any point that you listened to did it appear that
24       somebody dubbed in something different for you or said
25       something different for you?