# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

```
 1      is the Manufactured Housing Association for
 2      Regulatory Reform.
 3   Q  Okay.  Is your sister company that produces
 4      manufactured housing a member of those two groups?
 5   A  No.
 6   Q  Neither group?
 7   A  It's a member of one of them.
 8   Q  Which group?
 9   A  The latter.
10   Q  How long has your sister company been a member of
11      that particular trade association?
12   A  Since it was formed.
13   Q  When?
14   A  It was formed in the early '80s, I believe.
15   Q  And so you were telling me why this policy -- why
16      you guys came up with this LFE policy at your
17      company.  Tell me about that.
18   A  Sometime in the mid '80s, and, of course, there was
19      a lot of controversy, involvement of lawyers,
20      claims, complaints relating to the manufactured
21      housing industry and the use of materials that had
22      adhesives that contained formaldehyde,
23      urea-formaldehyde resins.
24          And as an answer to that, the agency that
25      regulates manufactured housing, the Department of
```

1      Housing and Urban Development, decided to proceed
2      to rulemaking to establish some rules for using
3      those kinds of products in manufactured homes as
4      part of their more general regulations that relate
5      to manufactured housing products.
6   Q  When you say "those products," do you mean wood
7      products?
8   A  These -- they were specifically addressing certain
9      wood products containing urea-formaldehyde resins.
10  Q  What type of wood products?
11  A  Specifically hardwood plywood.
12  Q  Like lauan?
13  A  Sometimes referred to as lauan.  And composite wood
14     products, specifically particleboard.
15  Q  Uh-huh.  So HUD had a proposed rulemaking.  Keep
16     going, please.
17  A  So they went through the proposed rulemaking.
18     Eventually they took comments and so forth, went
19     through the process.  Eventually regulations were
20     put forth and adopted, and manufactured housing
21     from there forward was required to use specifically
22     hardwood plywood products that met a certain
23     emissions rate and particleboard products that met
24     a certain emissions rate.
25  Q  When did that happen?