UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PSC'S MOTION TO CERTIFY FOR INTERLOCUTORY
REVIEW PURSUANT TO 28 U.S.C. §1292(b) THE COURT'S
AUGUST 21, 2009 ORDER DISMISSING THE FTCA CLAIMS
OF CHRISTOPHER COOPER FOR LACK OF
SUBJECT MATTER JURISDICTION

NOW INTO COURT, through undersigned counsel for the Plaintiffs' Steering Committee (PSC), comes plaintiff Alana Alexander on behalf of her minor son Christopher Cooper, who, pursuant to the provisions of 28 U.S.C. §1292(b), respectfully requests that this Court certify for interlocutory appeal its Order of August 21, 2009 (Doc. 2789), so that the PSC may seek immediate appellate review of the questions (1) whether a defendant representative's communication to a plaintiff which has the effect of discouraging belief in both the existence of a defective condition for which the plaintiff may sue and the relationship between any such condition and compensable harm, legally prevents and/or delays the accrual of a cause of action under the FTCA; and (2) whether a plaintiff's experience of physical symptoms so brief and minor as to not constitute or signify "harm" in a legally compensable sense, coupled with a chemical smell which the plaintiff is encouraged by a defendant representative to consider harmless, legally suffice for the accrual of a cause of action under the Federal Tort Claims Act

(FTCA).

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      ROBERT M. BECNEL, #14072
      RAUL BENCOMO, #2932
      FRANK D'AMICO, JR., #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      DENNIS REICH, Texas #16739600
      MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2009, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                    s/Gerald E. Meunier
                    GERALD E. MEUNIER, #9471