# ATTENTION:
## FORMER GULF STREAM COACH EMPLOYEES

If you used to work for Gulf Stream Coach and encountered any problems with exposure to formaldehyde or suffered from formaldehyde-related symptoms (watery/itchy eyes, shortness of breath, irritation of the eyes, nose, throat and sinuses) while working for Gulf Stream, we would like to talk to you.

# ATTENTION:
## FORMER EMPLOYEES OF WOOD PRODUCT SUPPLIERS TO GULF STREAM COACH

If you used to work for a company that supplied wood products (decorative plywood, particle board, luan and similar wood products) to Gulf Stream or any other travel trailer manufacturer, which had high levels of formaldehyde, we would like to talk to you.

## Please call:
### (979) 774-2212
### or
### 1-888-721-0075
### Extension 801 and ask for Jamin.
### Thank you.