July 17, 2009

To:     Attorneys in Formaldehyde litigation lawsuit
From:   Mr. Bill Dudek
RE:     Deposition: Request for delay until counsel is present

Dear Attorneys,

Thank you very much for the opportunity to provide testimony via deposition in this product liability lawsuit.

As you may or may not know I was the Quality Control Manager at Gulf Stream from approximately 2001 through the end of the Manufacture of the 50,000 FEMA temporary housing units. After the program ended, I was promoted to the position of Regional Sales Manager for their towable products division. After being on leave of absence for about 5 months due to a knee and hip replacement, I returned to find the position filled, and was given a lower level position as a purchasing agent. Soon after I left to explore other opportunities.

I am very open and dedicated to providing testimony in this case. However evolving circumstances have necessitated a request by me to move this case pending hiring of counsel to represent my interests. I spoke to my potential attorney this morning. I regret the timing as I know your time is very important.

He suggested strongly not to give testimony without his presence; or the presence of an attorney in general. I understand that contempt of court is a possibility; but given the circumstances, it is certain a Judge will understand the need for reschedule of the deposition. This is also not a case of concern about self incrimination so I don't believe a 5th amendment issue needs to be broached.

Do not misconstrue this delay as a negative or positive for the Litigants or the Defendants. Again circumstances have arisen that need investigation and resolution before I can give a thorough, comprehensive and more importantly honest assessment and answers to all of the inquiries by you the attorneys.

I understand the deposition timeline is tight. I will work with my attorney to prepare immediately. Hopefully next week if possible. I will travel or do whatever is necessary to give the deposition at that time.

Regards,

Bill Dudek


EXHIBIT 1 Dudek