ATTORNEY'S NAME: Penton, Ronnie 10462
AND ADDRESS: 209 Hoppen Pl
Bogalusa LA 0427-3827

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2009 – 06837   2   SECTION: 13 – J

GILLAM, MARY ANN versus GULF STREAM COACH, INC.

# CITATION

TO: CH2M HILL CONSTRUCTION, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS CT CORPORATION
5615 CORPORATE BLVD., SUITE 400B

BATON ROUGE    LA    70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp., you may call 529-1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA ___July 7, 2009___.

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the w/i petition FOR DAMAGES | On this ___ day of ___ served a copy of the w/i petition FOR DAMAGES |
| On CH2M HILL CONSTRUCTION, INC. | On CH2M HILL CONSTRUCTION, INC. |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS CT CORPORATION | THROUGH: ITS AGENT FOR SERVICE OF PROCESS CT CORPORATION by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ___ CH2M HILL CONSTRUCTION, INC. |
| Returned same day ___ No. Deputy Sheriff of ___ Mileage: $___ | being absent from the domicile at time of said service. Returned same day ___ No. Deputy Sheriff of ___ |

___/ ENTERED /___
PAPER    RETURN
3    01
SERIAL NO.  DEPUTY  PARISH

**EXHIBIT "1"**

VERIFIED
7/22/09

ATTORNEY'S NAME: Penton, Ronnie 10462
AND ADDRESS: 209 Hoppen Pl
Bogalusa L 0427-3827

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2009 – 06837 4 SECTION: 13 -- J

GILLAM, MARY ANN versus GULF STREAM COACH, INC.

## CITATION

TO: SHAW ENVIRONMENTAL, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B

BATON ROUGE LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    July 7, 2009    .

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the w/i petition FOR DAMAGES On _____ SHAW ENVIRONMENTAL, INC. THROUGH: ITS AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM Returned same day _____ Deputy Sheriff of _____ Mileage: $ _____ ____/ ENTERED /_____ PAPER    RETURN    01    01 SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the w/i petition FOR DAMAGES On SHAW ENVIRONMENTAL, INC. THROUGH: ITS AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ SHAW ENVIRONMENTAL, INC. being absent from the domicile at time of said service. Returned same day _____ No. Deputy Sheriff of _____ |

E.B.R. SHERIFF'S OFFICE
JUL 14 2009
RECEIVED

VERIFIED
7/22/09

ATTORNEY'S NAME: Penton, Ronnie  10462
AND ADDRESS:    209 Hoppen Pl,
                Bogalusa  L  427-3827

23.12

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:  2009 -- 06837      3                                      SECTION:  13 -- J

GILLAM, MARY ANN versus GULF STREAM COACH, INC.

## CITATION

TO: FLUOR ENTERPRISES, INC.

THROUGH: ITS AGENT FOR SERVICE OF PROCESS CORPORATION SERVICE COMPANY
320 SOMERULOS STREET

BATON ROUGE                    LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    July 7, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**                                **DOMICILIARY SERVICE**

On this ____ day of _____          On this ____ day of _____
served a copy of the w/i petition              served a copy of the w/i petition
FOR DAMAGES                                   FOR DAMAGES

On                                             On
FLUOR ENTERPRISES, INC.                        FLUOR ENTERPRISES, INC.

THROUGH: ITS AGENT FOR SERVICE OF PROCESS      THROUGH: ITS AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY                    CORPORATION SERVICE COMPANY

                                               by leaving same at the dwelling house, or usual place of
                                               abode, in the hands of _____
Returned same day                              a person of suitable age and discretion residing therein as
                        No.                    a member of the domiciliary establishment, whose name
Deputy Sheriff of _____              and other facts connected with this service I learned by
Mileage: $ _____                     interrogating HIM / HER the said
                                               FLUOR ENTERPRISES, INC.
____ / ENTERED / ____
PAPER           RETURN                         being absent from the domicile at time of said service.
  2              01                            Returned same day
SERIAL NO.  DEPUTY  PARISH                                              No.
                                               Deputy Sheriff of _____

JEANNINE SCHUTTE — JUL 15 2009

VERIFIED
7/22/09