UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION N(5) |
| | |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | |
| *Edgett, et al v. Gulf Stream Coach, Inc., et al.* | MAGISTRATE CHASEZ |
| No. 09-4574 | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC.'S
### CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") who respectfully submits the following certification in accordance with 28 U.S.C. § 1447(b):

(1)     The following is a list of parties remaining in this action and their counsel of record:

1.     **Plaintiff:**     Named Plaintiffs are Peggy Edgett and William C. Edgett. Shaw notes that an Exhibit "A" is attached to the Petition for Damages listing the following individuals: Dustin Bryant, Evelyn Bryant, individually and on behalf of Brianna Bryant and Daniel Bryant, and Gladys Magee, on behalf of Alec Magee.  There is no reference in the Petition for Damages to Exhibit "A," however.

Ronnie G. Penton (La. #10462)
*Law Offices of Ronnie G. Penton*
209 Hoppen Place
Bogalusa, Louisiana 70427
Telephone:  (985) 732-5651
Fax:  (985) 735-5579

*and*

Dennis Sweet
*Sweet & Associates*
158 East Pascagoula Street
Jackson, Mississippi 39201
Telephone:  (601) 965-8700
Fax:  (601) 965-8719

**Attorneys for Plaintiffs**

2.     **Defendant**:    Shaw Environmental, Inc.

M. David Kurtz (La. #23821)
Karen Kaler Whitfield (La. #19350)
Catherine N. Thigpen (La. #30001)
*Baker Donelson Bearman Caldwell*
*& Berkowitz, PC*
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Fax:  (504) 636-4000

**Attorneys for Defendant Shaw Environmental, Inc.**

**3**.      **Defendant**:     Fluor Enterprises, Inc.

Charles R. Penot, Jr. (La. #1530 & Tx. #24062455)
*Middleberg, Riddle & Gianna*
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone:  (214) 220-6334
Fax:  (214) 220-6807

*and*

Dominic J. Gianna (La. #6063)
Sarah A. Lowman (La. #18311)
*Middleberg, Riddle & Gianna*
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone:  (504) 525-7200
Fax:  (504) 581-5983

*and*

Richard A. Sherburne, Jr. (La. #2106)
*Middleberg, Riddle & Gianna*
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone:  (225) 381-7700
Fax:  (225) 381-7730

**Attorneys for Defendant Fluor Enterprises, Inc.**

**4**.      **Defendant:**     CH2M Hill Constructors, Inc.

Danny G. Shaw (La. #11977)
Gerardo R. Barrios (La. #21223)
Wade M. Bass (La. #29081)
*Baker Donelson Bearman Caldwell*
*& Berkowitz, PC*
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA 70471
Telephone:  (985) 819-8400
Fax:  (985) 819-8484

**Attorneys for Defendant CH2M Hill Constructors, Inc.**

     **5.**    **Defendant**:   Gulf Stream Coach, Inc.

Andrew D. Weinstock (La. #18495)
Joseph G. Glass (La. #25397)
*Duplass, Zwain, Bourgeois,*
*Pfister & Weinstock*
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700

*and*

Timothy D. Scandurro (La #18424)
Dewey M. Scandurro (La. #23291)
*Scandurro & Layrisson*
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100

**Attorneys for Defendant Gulf Stream Coach, Inc.**

(2)    Copies or electronic images of all records and proceedings occurring in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, Civil Action No. 09-13823 prior to removal, then known to Shaw, were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1) as follows, arranged by filing date:

1.    Petition for Damages filed on or about July 1, 2009; and

2.    Notice of Filing of Notice of Removal filed by Shaw Environmental, Inc. on July 29, 2009.

(3)    Copies of the returns on service of process filed in state court are attached hereto as Exhibit 1.

(4)    Attorneys for Shaw certify that to the best of their knowledge, the above constitutes the entire state court record.

(5)    No motions or exceptions were pending in this case in the 22nd Judicial District Court for the Parish of St. Tammany before removal.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

_____/s/ Catherine N. Thigpen_____
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

_____/s/ Catherine N. Thigpen_____