St Tammany Parish Clerk of Court - C200913823, 07/31/2009, 515 x 2 - page 1 of 2

# RETURN

| | |
|---|---|
| PEGGY EDGETT, ETAL | No. 2009-13823 F |
| | 22nd Judicial District Court |
| Versus | Parish of St. Tammany |
| GULF STREAM COACH, INC., ETAL | Louisiana |

TO THE DEFENDANT  CH2M HILL CONSTRUCTORS, INC. THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LOUISIANA 70808

You are hereby summoned to comply with the demand contained in the petition / of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this  1ST  day of  JULY  A.D. 20 09

**FILED**
JUL 3 1 2009
MALISE PRIETO - CLERK
Deputy

*Malise Prieto*, CLERK OF COURT

BY:  S/ Sharon H. Miquet

DEPUTY CLERK OF COURT

ISSUED: 7/9/09

Attorney  RONNIE G. PENTON  PO1
209 HOPPEN PLACE
BOGALUSA, LA 70427

Received on _____, 20__

I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, _____ miles from
the Court House.

_____ day of _____, 20__

Deputy Sheriff

Parish of _____

K-101                                                                 101-15

EXHIBIT "1"

St Tammany Parish Clerk of Court - C200913823, 07/31/2009, 515 x 2 - page 2 of 2

# RETURN

PEGGY EDGETT, ETAL     No. 2009-13823 F

Versus

GULF STREAM COACH, INC., ETAL

22nd Judicial District Court
Parish of St. Tammany
Louisiana

TO THE DEFENDANT   SHAW ENVIRONMENTAL, INC., THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION SYSTEM 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LOUISIANA

You are hereby summoned to comply with the demand contained in the petition / of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable _____ 1ST day of JULY A.D. 20 09

**FILED**
**JUL 3 1 2009**
**MALISE PRIETO - CLERK**
Deputy _____ BY: S/ Sharon H. Miquet

*Malise Prieto*, CLERK OF COURT

_____
DEPUTY CLERK OF COURT

ISSUED: 7/9/09

Attorney   RONNIE G. PENTON   PO1
209 HOPPEN PLACE
BOGALUSA, LA 70427

Received on _____ and on _____ day of _____, 20 __

I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from
the Court House.

_____
Deputy Sheriff

Parish of _____

K-101

101-15

St Tammany Parish Clerk of Court - C200913823, 07/29/2009, 515 - page 1 of 1

| PEGGY EDGETT, ETAL | No. 2009-13823 **RETURN** |
|---|---|
| Versus | **22nd Judicial District Court**<br>**Parish of St. Tammany** |
| GULF STREAM COACH, INC., ETAL | **Louisiana** |

TO THE DEFENDANT   FLUOR ENTERPRISES, INC. THROUGH ITS AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY 320 SOMERULOS STREET BATON ROUGE, LOUISIANA

You are hereby summoned to comply with the demand contained in the petition / of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judge of said Court this   1ST   day of   JULY   A.D. 20  09

**FILED**
JUL 29 2009
MALISE PRIETO, CLERK
Deputy

*Malise Prieto*, CLERK OF COURT

BY:   S/ Sharon H. Miquet

DEPUTY CLERK OF COURT

ISSUED: 7/9/09

Attorney   RONNIE G. PENTON   PO1
209 HOPPEN PLACE
BOGALUSA, LA 70427

Received on _____ , 20 ___ and on _____ day of _____ , 20 ___

I served a true copy of the within _____ in person,
on _____
at domicile with _____
in _____ Parish, a distance of _____ miles from
the Court House.

_____
Deputy Sheriff

Parish of _____

K-101

101-15

St Tammany Parish Clerk of Court - C200913823, 07/31/2009, 515 x 2 - page 1 of 2

# RETURN

| | |
|---|---|
| PEGGY EDGETT, ETAL | No. 2009-13823 F |
| | 22nd Judicial District Court |
| Versus | Parish of St. Tammany |
| GULF STREAM COACH, INC., ETAL | Louisiana |

TO THE DEFENDANT   CH2M HILL CONSTRUCTORS, INC. THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LOUISIANA 70808

You are hereby summoned to comply with the demand contained in the petition / of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   1ST   day of   JULY   A.D. 20   09

**FILED**

JUL 3 1 2009

MALISE PRIETO - CLERK
Deputy _____

Malise Prieto, CLERK OF COURT

BY: S/ Sharon H. Miquet

DEPUTY CLERK OF COURT

ISSUED: 7/9/09

Attorney   RONNIE G. PENTON   PO1
209 HOPPEN PLACE
BOGALUSA, LA 70427

Received on _____, 20 ___

I served a true copy of the within _____ on _____ in person,
at domicile with _____
in _____ Parish, _____ miles from the Court House.

_____
Deputy Sheriff

Parish of _____

K-101                                                                 101-15

St Tammany Parish Clerk of Court - C200913823, 07/31/2009, 515 x 2 - page 2 of 2

# RETURN

PEGGY EDGETT, ETAL     No. 2009-13823 F

**22ⁿᵈ Judicial District Court**

Versus

**Parish of St. Tammany**

GULF STREAM COACH, INC., ETAL

**Louisiana**

TO THE DEFENDANT    SHAW ENVIRONMENTAL, INC., THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION SYSTEM 5615 CORPORATE BOULEVARD, SUITE 400B BATON ROUGE, LOUISIANA

You are hereby summoned to comply with the demand contained in the petition / of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22ⁿᵈ Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable _____ 1ST day of JULY A.D. 20 09

**FILED**
**JUL 3 1 2009**
MALISE PRIETO - CLERK
Deputy _____

*Malise Prieto*, CLERK OF COURT

BY: S/ Sharon H. Miquet _____

DEPUTY CLERK OF COURT

ISSUED: 7/9/09

Attorney    RONNIE G. PENTON    PO1
209 HOPPEN PLACE
BOGALUSA, LA 70427

Received on _____ and on _____ day of _____, 20 __

I served a true copy of the within _____

on _____ in person,

at domicile with _____

in _____ miles from the Court House.

_____ Deputy Sheriff

Parish of _____

K-101                                                          101-15

St Tammany Parish Clerk of Court - C200913823, 07/29/2009, 515 - page 1 of 1

| | |
|---|---|
| PEGGY EDGETT, ETAL | No. 2009-13823 F **RETURN** |
| Versus | 22nd Judicial District Court<br>Parish of St. Tammany |
| GULF STREAM COACH, INC., ETAL | Louisiana |

TO THE DEFENDANT  FLUOR ENTERPRISES, INC. THROUGH ITS AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY 320 SOMERULOS STREET BATON ROUGE, LOUISIANA

You are hereby summoned to comply with the demand contained in the petition / of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this __1ST__ day of __JULY__ A.D. 20 __09__

**FILED**
JUL 29 2009
MALISE PRIETO, CLERK
Deputy _____

Malise Prieto, CLERK OF COURT

BY: S/ Sharon H. Miquet

DEPUTY CLERK OF COURT

ISSUED: 7/9/09

Attorney  RONNIE G. PENTON   PO1
209 HOPPEN PLACE
BOGALUSA, LA 70427

Received on _____, 20____ and on the ____ day of _____, 20____,

I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from
the Court House.

_____
Deputy Sheriff

Parish of _____

K-101                                                                                           101-15