UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            *       MDL NO. 1873
       FORMALDEHYDE            *
       PRODUCTS LIABILITY          *       SECTION:  N(5)
       LITIGATION               *
                              *       JUDGE: ENGELHARDT
This Document Relates to:  *Charlie Age, et al. v.*     *
*Gulf Stream Coach Inc., et al*, Docket No. 09-2892  *       MAG: CHASEZ
*******************************************************************************

### <u>MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT GULF STREAM'S MOTION FOR SUMMARY JUDGMENT</u>

**NOW INTO COURT**, comes Defendant, Gulf Stream Coach, Inc., who respectfully

requests an Order from this Honorable Court granting leave to it to file its Reply to Plaintiffs'

Response to Gulf Stream Coach, Inc.'s Motion for Partial Summary Judgment.

Undersigned counsel has contacted all opposing counsel and there is no objection to the

filing of this Reply.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:     (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2009, a copy of the foregoing Motion for Leave to File Reply to Plaintiffs' Response to Gulf Stream Coach, Inc.'s Motion for Partial Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.


/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
andreww@duplass.com