UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　FORMALDEHYDE PRODUCTS
　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

On the request of counsel for Fluor Enterprises, Inc., and with the consent of all other counsel involved in the first bellwether trial,

**IT IS ORDERED** that the final pretrial conference in the first bellwether trial, *Alana Alexander individually and o/b/o Christopher Cooper v. Gulf Stream Coach, Inc., et al.,* is hereby rescheduled from the present setting of 10:30 a.m. on Thursday, September 3, 2009, to **8:30 a.m. on Thursday, September 3, 2009.**

New Orleans, Louisiana, this 27th day of August, 2009.

　　　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**