UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER             * | | MDL NO. 1873 |
|         FORMALDEHYDE       * | | |
|         PRODUCTS LIABILITY  * | | |
|         LITIGATION                  * | | SECTION:  N(5) |
| * | | |
| This Document Relates to:      * | | |
| *Charlie Age, et al. v.*             * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892  * | | |
| * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REPLY TO PLAINTIFF'S RESPONSE TO DEFNDANTS' MOTION TO AMEND TRIAL I SCHEDULING ORDER (DOC. NO. 2925)**

Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. have reviewed the Alexander Plaintiffs' response to the Defendants' Motion to Amend Trial I Scheduling Order and wish to reply as follows.  First, it appears that the Plaintiffs feel providing meaningful pre-trial inserts is an undue hardship.  The Defendants will remind the court that the PTO inserts provided by Plaintiffs do not include any contested issues of law or uncontested issues of law.  Not only have they not narrowed their exhibits, they have recently added more to reach a total of 671. Indeed, this afternoon, the Magistrate will entertain another motion to compel (the third in two weeks) so the Plaintiffs can presumably add more documents to their list. Their proposed PTO inserts list 293 witnesses, yet just yesterday they sent our Notices of Deposition to take more depositions for trial.  It appears we are moving in the wrong direction. Rather than attempting to limit the witnesses and exhibits to fit this into a two week trial, they are seeking to expand their "evidence" at this late date.

The Plaintiffs' response seems to be along the lines of the Defendants have too many witnesses and exhibits also. That is exactly the point. Now is the time to limit the witnesses and

exhibits and streamline this matter for trial. Plaintiffs correctly point out that the Defendants have a combined 1,000 potential exhibits. First, the Defendants point out that many of those were listed by FEMA, who is no longer in the case. Second, the Defendants are prepared to drop a substantial number of both witnesses and exhibits when they see what case, i.e. evidence, the plaintiffs intend to place before the jury.

Plaintiffs complain that the Defendants refuse to submit or agree on a trial plan. As of this morning, Gulf Stream has sent the Plaintiffs three versions of their proposed trial plans. The first was included in the plan that was forwarded to the Court. The second was revised in response to the Court's email on the topic. The third was in response to the change in the case due to the Plaintiffs' dismissal of FEMA. Fluor Enterprises, Inc. has forwarded two versions of the trial plan to the Plaintiffs for inclusion. The first was included in the plan forwarded to the Court. The second was revised in response to the Court's email on the topic.

Several weeks ago the plaintiffs vigorously opposed Fluor's Motion to Continue trial, claiming they were ready. It appears that is no longer the case. If we are to proceed to trial, the plaintiffs need to provide meaningful pre-trial inserts and deposition page/line cuts, immediately, so we can start this trial in sixteen days and complete it in two weeks.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com

jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

s/Charles R. Penot, Jr.
_____
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

and

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

and

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com
**Counsel for Defendant, Fluor Enterprises, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 28th day of August, 2009, a copy of the foregoing Reply to Plaintiffs' Response to Defendants' Motion to Amend Trial I Scheduling Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com