UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This Document Relates to:**

*Charlie Age, at al. v. Gulf Stream Coach, Inc., et al.* **[Docket No. 09-2892]**

******************************************************************************

### DEFENDANT FLUOR ENTERPRISES, INC.'S RESPONSE TO GULF STREAM COACH, INC., MOTIONS IN LIMINE

Defendant Fluor Enterprises, Inc. hereby adopts and joins in the following motions filed on behalf of co-defendant Gulf Stream Coach, Inc.:

1. Rec. Doc 2887, GSCI'S MIL to Prohibit Plaintiffs' Reference to Ambient Air Standards

2. Rec. Doc. 2895, GSCI's Motion to Exclude Opinions of Mary DeVany, and

3. Rec. Doc. 2891, GSCI's MIL to limit testimony of Janet Barnes, M.D.

The Court should grant each such Motion for all the reasons set forth in Defendant Gulf Stream Coach, Inc.'s Memorandum filed in support thereof.

Dated: August 28, 2009　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　**MIDDLEBERG, RIDDLE & GIANNA**

　　　　　　　　　　　　　　　　　　　　　BY:   s/ Richard A. Sherburne, Jr.
　　　　　　　　　　　　　　　　　　　　　Dominic J. Gianna, La. Bar No. 6063
　　　　　　　　　　　　　　　　　　　　　Sarah A. Lowman, La. Bar No. 18311
　　　　　　　　　　　　　　　　　　　　　201 St. Charles Avenue, Suite 3100
　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70170
　　　　　　　　　　　　　　　　　　　　　Telephone: (504) 525-7200
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (504) 581-5983

>dgianna@midrid.com
>slowman@midrid.com
>
>Charles R. Penot, Jr., La. Bar No. 1530 &
>Texas Bar No. 24062455
>717 North Harwood, Suite 2400
>Dallas, Texas 75201
>Telephone: (214) 220-6334
>Facsimile:  (214) 220-6807
>cpenot@midrid.com
>
>       -and-
>
>Richard A. Sherburne, Jr., La. Bar No. 2106
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>Telephone: (225) 371-7700
>Facsimile:  (225) 381-7730
>rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2009, a copy of the foregoing Response on behalf of Fluor Enterprises, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

>/s/ Richard A. Sherburne, Jr.
>RICHARD A. SHERBURNE, JR.
>rsherburne@midrid.com