**Edit Search:** "independent medical examination" /s "misleading"   **Database:** la-cs-all   [SEARCH]

**Results:** 0 Documents

There are no documents that satisfy your search. Please run a new search by clicking Edit Search.

| **Add Related Terms:** | I.M.E.  "independent mental evaluation"  "lost earning capacity"  "work restriction"  lie  misrepresentation  deceptive  fictitious  [ Select all ] |
|---|---|
| **Expand Search:** | Change Database to Federal and State Cases or State and Federal Cases in the Fifth Circuit |

[Edit Search]

---

**ResultsPlus**

**Louisiana Civil Law Treatise**

1. Workers' Compensation Law and Practice, Proceedings for Compensation, Requirements Preliminary to Filing of Claim **Medical Examination**

**Louisiana Practice**

2. Louisiana Civil Procedure, Discovery, Depositions: General Dispositions, Order for Physical or Mental **Examination** of Persons

**Louisiana Practice**

3. Louisiana Civil Trial Procedure, Final Stages of Trial and Entry of Judgment, Jury Instructions, Negligence Reasonableness **Independent** Contractor or Third Party Fault

**Louisiana Civil Law Treatise**

4. Civil Procedure, Discovery, Physical or Mental **Examination** of a Party

**Couch on Insurance**

5. Physical or **Independent Medical Examination** (Ime), Request or Court Order for **Examination**, Generally

**Couch on Insurance**

6. Physical or **Independent Medical Examination** (Ime), Effect of Noncompliance, **Independent Medical Examination** as Condition Precedent

**Automobile Liability Insurance**

7. No-Fault Insurance and Personal Injury Protection (PIP) Coverage, The **Independent Medical Examination**: Physical and Mental I.M.E.S in No-Fault and Tort Claim Settings, Coping with Unreasonable **Medical Examination** Demands

**Automobile Liability Insurance**

8. No-Fault Insurance and Personal Injury Protection (PIP) Coverage, The **Independent Medical Examination**: Physical and Mental I.M.E.S in No-Fault and Tort Claim Settings, The Biased **Medical** Examiner Right to Record, Observe, or Have Counsel Present at **Examination**

**Federal Circuit Brief**

9. Rose P. ROLLING, Claimant-Appellant, v. James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent-Appellee.
Corrected Brief of Appellant Rose P. Rolling

**Edit Search:** "independent medical examination" /p "misleading"    **Database:** la-cs-all    [SEARCH]

**Results:** 0 Documents

There are no documents that satisfy your search. Please run a new search by clicking Edit Search.

| **Add Related Terms:** | I.M.E.  "independent mental evaluation"  "lost earning capacity"  "work restriction"  lie  misrepresentation  deceptive  fictitious  [ Select all ] |
|---|---|
| **Expand Search:** | Change Database to Federal and State Cases or State and Federal Cases in the Fifth Circuit |

[Edit Search]

**ResultsPlus**

**Louisiana Civil Law Treatise**

1. Civil Procedure, Discovery, Physical or Mental **Examination** of a Party

**Louisiana Civil Law Treatise**

2. Workers' Compensation Law and Practice, Proceedings for Compensation, Requirements Preliminary to Filing of Claim **Medical Examination**

**Louisiana Practice**

3. Louisiana Civil Procedure, Discovery, Depositions: General Dispositions, Order for Physical or Mental **Examination** of Persons

**Louisiana Practice**

4. Louisiana Civil Trial Procedure, Final Stages of Trial and Entry of Judgment, Jury Instructions, Negligence Reasonableness **Independent** Contractor or Third Party Fault

**Couch on Insurance**

5. Physical or **Independent Medical Examination** (Ime), Request or Court Order for **Examination, Generally**

**Couch on Insurance**

6. Physical or **Independent Medical Examination** (Ime), Effect of Noncompliance, **Independent Medical Examination** as Condition Precedent

**Am.Jur.2d**

7. Automobile Insurance, Actions; Practice and Procedure, Actions or Claims Under No-Fault or Personal Injury Protection Statutes, Discovery

**Am.Jur.2d**

8. Corporations, Definitions and Distinctions, Glossary of Terms with Respect to Acquisitions, White Knight

**Federal Circuit Brief**

9. Rose P. ROLLING, Claimant-Appellant, v. James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent-Appellee.
Corrected Brief of Appellant Rose P. Rolling
...Because the SSC was submitted before the 2004 **independent medical** opinion, the examiner had to consider its information and arguments...
2008

**Edit Search:** "independent medical evaluation" /s "misleading"　　**Database:** la-cs-all　　[SEARCH]

**Results:** 0 Documents

There are no documents that satisfy your search. Please run a new search by clicking Edit Search.

| | |
|---|---|
| **Add Related Terms:** lie   misrepresentation   deceptive   fictitious   [ Select all ] | |
| **Expand Search:** Change Database to Federal and State Cases or State and Federal Cases in the Fifth Circuit | |

[Edit Search]

---

ResultsPlus

## Louisiana Practice

1. Louisiana Civil Trial Procedure, Final Stages of Trial and Entry of Judgment, Jury Instructions, Negligence Reasonableness **Independent** Contractor or Third Party Fault

## U.S. Supreme Court Brief

2. Cintron v. Eli Lilly Industries, Inc.
Respondents' Brief in Opposition
...To further evaluate the appeal, the EBC requested that Cintrón receive an **independent medical evaluation** by both a neurologist and a psychiatrist...
2005
Supreme Court of the United States.
Click for Summary

## U.S. Supreme Court Brief

3. S. v. Conroe Independent School Dist.
Petition for a Writ of Certiorari
...While IDEA makes numerous and significant references to educational **evaluation**s in general, 20 U.S.C. § 1412(A)(6)(b) and § 1414(b)(2) and (3), the references to **medical evaluation**s in IDEA are much more limited, 20 U.S.C. § 1401(22), and only to address **medical evaluation**s for diagnostic purposes...
2006
Supreme Court of the United States.
Click for Summary

## Fifth Circuit Brief

4. Debora H. ROIG, Plaintiff-Appellant-Cross Appellee, v. THE LIMITED LONG-TERM DISABILITY PROGRAM, Defendant-Appellee-Cross-Appellant.
Reply Brief of Appellant/Cross-Appellee Debora H. Roig
...The claims administrator did not request that she submit to an **independent medical evaluation** or to a vocational specialist.[FN12]...
2001
Fifth Circuit.
Click for Summary

## Federal Procedure

5. Action on Application, Denial, Withdrawal or Suspension of Approval; Suspension of Distribution, Order Denying Approval Grounds for Disapproval

## Am.Jur.2d

6. Products Liability, Adequacy of Form and Expression, Factors Considered in Determining Adequacy, Use of **Misleading** or Ambiguous Language

**Edit Search:** "independent medical evaluation" /p "misleading"    **Database:** la-cs-all    [SEARCH]

**Results:** 0 Documents

There are no documents that satisfy your search. Please run a new search by clicking Edit Search.

| **Add Related Terms:** lie   misrepresentation   deceptive   fictitious   [ Select all ] |
|---|
| **Expand Search:** Change Database to Federal and State Cases or State and Federal Cases in the Fifth Circuit |

[Edit Search]

## ResultsPlus

### Louisiana Practice

1. Louisiana Civil Trial Procedure, Final Stages of Trial and Entry of Judgment, Jury Instructions, Negligence Reasonableness **Independent** Contractor or Third Party Fault

### U.S. Supreme Court Brief

2. Cintron v. Eli Lilly Industries, Inc.
Respondents' Brief in Opposition
...To further evaluate the appeal, the EBC requested that Cintrón receive an **independent medical evaluation** by both a neurologist and a psychiatrist...
2005
Supreme Court of the United States.
Click for Summary

### U.S. Supreme Court Brief

3. S. v. Conroe Independent School Dist.
Petition for a Writ of Certiorari
...While IDEA makes numerous and significant references to educational **evaluation**s in general, 20 U.S.C. § 1412(A)(6)(b) and § 1414(b)(2) and (3), the references to **medical evaluation**s in IDEA are much more limited, 20 U.S.C. § 1401(22), and only to address **medical evaluation**s for diagnostic purposes...
2006
Supreme Court of the United States.
Click for Summary

### Federal Procedure

4. Action on Application, Denial, Withdrawal or Suspension of Approval; Suspension of Distribution, Order Denying Approval Grounds for Disapproval

### Am.Jur.2d

5. Products Liability, Adequacy of Form and Expression, Factors Considered in Determining Adequacy, Use of **Misleading** or Ambiguous Language

### Am.Jur. Proof of Facts

6. Medicolegal Malpractice: Wrongful **Medical Evaluation**

### Federal Procedure

7. Application for New Animal Drug, Disapproval or Approval, Refusing Approval of New Animal Drug Applications

### Fifth Circuit Brief

**Edit Search:** "independent" /s "misleading"    **Database:** la-cs-all   [SEARCH]

**Results:** 0 Documents

There are no documents that satisfy your search. Please run a new search by clicking Edit Search.

| | |
|---|---|
| **Add Related Terms:** | I.M.E.  "independent mental evaluation"  "lost earning capacity"  "work restriction"  lie  misrepresentation  deceptive  fictitious  [ Select all ] |
| **Expand Search:** | Change Database to Federal and State Cases or State and Federal Cases in the Fifth Circuit |

[Edit Search...]

## ResultsPlus

### Louisiana Civil Law Treatise

1. Civil Procedure, Discovery, Physical or Mental **Examination** of a Party

### Louisiana Civil Law Treatise

2. Workers' Compensation Law and Practice, Proceedings for Compensation, Requirements Preliminary to Filing of Claim **Medical Examination**

### Louisiana Practice

3. Louisiana Civil Procedure, Discovery, Depositions: General Dispositions, Order for Physical or Mental **Examination** of Persons

### Louisiana Practice

4. Louisiana Civil Trial Procedure, Final Stages of Trial and Entry of Judgment, Jury Instructions, Negligence Reasonableness **Independent** Contractor or Third Party Fault

### Couch on Insurance

5. Physical or **Independent Medical Examination** (Ime), Request or Court Order for **Examination, Generally**

### Couch on Insurance

6. Physical or **Independent Medical Examination** (Ime), Effect of Noncompliance, **Independent Medical Examination** as Condition Precedent

### Am.Jur.2d

7. Automobile Insurance, Actions; Practice and Procedure, Actions or Claims Under No-Fault or Personal Injury Protection Statutes, Discovery

### Am.Jur.2d

8. Corporations, Definitions and Distinctions, Glossary of Terms with Respect to Acquisitions, White Knight

### Federal Circuit Brief

9. Rose P. ROLLING, Claimant-Appellant, v. James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent-Appellee.
Corrected Brief of Appellant Rose P. Rolling
...Because the SSC was submitted before the 2004 **independent medical** opinion, the examiner had to consider its information and arguments...
2008