UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to: *Charlie Age, et al. v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * * * | JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion to Amend/Correct Motion *in Limine* to Exclude Opinions of Mary DeVany;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby allowed to amend/correct its Motion to Amend/Correct Motion *in Limine* to Exclude Opinions of Mary DeVany to reflect the attached Exhibit "E," in place of the original Exhibit "E," which was attached at the time of the filing of the Motion.

New Orleans, Louisiana, this __28th__ day of __August__, 2009.

_____
J U D G E