UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N (5) |
| | JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO:**
*All complaints filed by Hurricane Legal Center, LLC*

### HURRICANE LEGAL CENTER, LLC.'S LIST OF PLAINTIFFS WHO REMAIN UNMATCHED (PRETRIAL ORDER 40)

In compliance with Pretrial Order 40 (Document 1781), and the order granting extension of time regarding PTP 40 (Document 2182), Hurricane Legal Center, LLC, hereby notifies the Court of the plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named:

| Claimant | Court Case Number |
|---|---|
| Agnes A. Ferrell-Houston | 2:09-cv-04029-KDE-ALC |
| Agnes A. Ferrell-Houston | 2:09-cv-04079-KDE-ALC |
| Albert, Delaney | 2:09-cv-04096-KDE-ALC |
| Alexander, Penny | 2:09-cv-04082-KDE-ALC |
| Alfreda Franklin | 2:09-cv-04082-KDE-ALC |
| Anderson, Stacey | 2:09-cv-04081-KDE-ALC |
| Andrea Bernard admin Angel Bernard | 2:09-cv-04099-KDE-ALC |
| Aneisha Simon | 2:09-cv-04082-KDE-ALC |
| Angielina Lena admin Briana Lena | 2:09-cv-04099-KDE-ALC |

| Name | Case Number |
| --- | --- |
| Anthony Martinez admin Chantel Martinez | 2:09-cv-04099-KDE-ALC |
| Antoine Barbarin admin Kyle Barbarin | 2:09-cv-04099-KDE-ALC |
| Antrell Winters | 2:09-cv-04086-KDE-ALC |
| Arrington, Wimer | 2:09-cv-04099-KDE-ALC |
| Arrington, Wimer | 2:09-cv-04076-KDE-ALC |
| Ashley Tait | 3:09-cv-00436-JJB-DLD |
| Ashley Tait admin Madisyn Tait | 3:09-cv-00436-JJB-DLD |
| Ashmore, Byron | 2:09-cv-04099-KDE-ALC |
| Banks, Jasmine | 2:09-cv-04076-KDE-ALC |
| Barbarin, Antoine | 2:09-cv-04099-KDE-ALC |
| Batiste, Lynette | 2:09-cv-04099-KDE-ALC |
| Batiste, Ronnika | 2:09-cv-04099-KDE-ALC |
| Bealien, Landon | 2:09-cv-04081-KDE-ALC |
| Beard, Gina | 2:09-cv-04099-KDE-ALC |
| Beard, Samantha | 2:09-cv-04099-KDE-ALC |
| Beaulieu, David | 2:09-cv-04083-KDE-ALC |
| Beaulieu, Wellington | 2:09-cv-04083-KDE-ALC |
| Bell, Jr., Nathaniel | 2:09-cv-04076-KDE-ALC |
| Bell, Sharon | 2:09-cv-04099-KDE-ALC |
| Benjamin Jefferson | 2:09-cv-04099-KDE-ALC |
| Bergeron, Danielle | 2:09-cv-04099-KDE-ALC |
| Berry, Lydia | 2:09-cv-04099-KDE-ALC |
| Betty Decuir admin Shome M. Walter | 2:09-cv-04076-KDE-ALC |
| Blaise, Nathan | 2:09-cv-04081-KDE-ALC |
| Blenda Robertson suc Rahshaad Robertson | 2:09-cv-04083-KDE-ALC |
| Boatner, Brittney Lillie | 2:09-cv-04099-KDE-ALC |
| Boatner, Deborah Foucha | 2:09-cv-04099-KDE-ALC |
| Bobbi Cameron | 2:09-cv-04081-KDE-ALC |
| Boutte, Ida | 2:09-cv-4099-KDE-ALC |
| Brian Thompson | 6:09-cv-01006-LAF |
| Bridget Martinez admin Brianna Hoffman | 2:09-cv-04099-KDE-ALC |
| Bridget Martinez admin Nicole LoGiudice | 2:09-cv-04099-KDE-ALC |
| Brown, Clifford | 2:09-cv-04099-KDE-ALC |
| Brown, Hope A. | 2:09-cv-04081-KDE-ALC |
| Brown, Joyce | 2:09-cv-04099-KDE-ALC |
| Brown, Jr, Lloyd | 2:09-cv-04099-KDE-ALC |
| Brown, Vanessa | 2:09-cv-04099-KDE-ALC |
| Brown, Wanda | 2:09-cv-04099-KDE-ALC |
| Bullock, Tommy | 2:09-cv-04076-KDE-ALC |
| Burnett, Chantrisse | 2:09-cv-04099-KDE-ALC |
| Byrd, Jalicia | 2:09-cv-04086-KDE-ALC |

| | |
|---|---|
| Byrd, Keyana | 2:09-cv-04086-KDE-ALC |
| Byrd, Phillip | 2:09-cv-04086-KDE-ALC |
| Caleb Franklin | 2:09-cv-04082-KDE-ALC |
| Carey, Chrishonda | 2:09-cv-04099-KDE-ALC |
| Carey, Christine | 2:09-cv-04099-KDE-ALC |
| Carey, Christine | 2:09-cv-04096-KDE-ALC |
| Carey, Christy | 2:09-cv-04099-KDE-ALC |
| Carlene James admin Shane Ernest James | 2:09-cv-04099-KDE-ALC |
| Carolyn Perez | 2:09-cv-04078-KDE-ALC |
| Carr, Rochell | 2:09-cv-04099-KDE-ALC |
| Carr, Sr, James | 2:09-cv-04099-KDE-ALC |
| Carter, Ogden | 2:09-cv-04076-KDE-ALC |
| Cassagne, Joseph S. | 2:09-cv-04099-KDE-ALC |
| Catina Thomas admin Vanicia Lewis | 2:09-cv-04099-KDE-ALC |
| Ceaser, Marquell | 3:09-cv-00436-JJB-DLD |
| Chadsidy Blackstone | 2:09-cv-04081-KDE-ALC |
| Chadsidy Blackstone admin Jaylyn Blackstone | 2:09-cv-04081-KDE-ALC |
| Chandler, Shirley | 2:09-cv-04076-KDE-ALC |
| Charlene Robinson | 2:09-cv-04088-KDE-ALC |
| Cheri Slaughter | 2:09-cv-04082-KDE-ALC |
| Christophe, Kennette | 2:09-cv-04082-KDE-ALC |
| Chyrl T. Wright | 2:09-cv-04088-KDE-ALC |
| Chyrl T. Wright admin for D'Monterrius Chestnut | 2:09-cv-04076-KDE-ALC |
| Chyrl Wright admin for D"Monterrius Chestnut | 2:09-cv-04076-KDE-ALC |
| Chyrl Wright admin for D'Monterrius Chestnut | 2:09-cv-04076-KDE-ALC |
| Chyrl Wright admin for D'Monterrius Chestnut | 2:09-cv-04088-KDE-ALC |
| Chyrl Wright admin for Janiya Wright | 2:09-cv-04076-KDE-ALC |
| Chyrl Wright admin for Janiya Wright | 2:09-cv-04088-KDE-ALC |
| Clark, Dave Michael | 2:09-cv-04099-KDE-ALC |
| Clark, Ivory | 2:09-cv-04081-KDE-ALC |
| Clark, Sr, Haywood | 2:09-cv-04081-KDE-ALC |
| Claude, Jamyra | 2:09-cv-04076-KDE-ALC |
| Cleveland Robinson, Sr | 2:09-cv-04088-KDE-ALC |
| Cook, James | 2:09-cv-04082-KDE-ALC |
| Cook, Jamie | 2:09-cv-04082-KDE-ALC |
| Cook, Patsy | 2:09-cv-04082-KDE-ALC |
| Corey Franklin | 2:09-cv-04082-KDE-ALC |
| Corey Henderson | 2:09-cv-04082-KDE-ALC |
| Cosse, Leroy | 2:09-cv-04099-KDE-ALC |
| Cosse, Patsy | 2:09-cv-04099-KDE-ALC |
| Courtney Green obo Alone Green | 2:09-cv-04076-KDE-ALC |

| | |
|---|---|
| Courtney Green obo Kenyon Green | 2:09-cv-04076-KDE-ALC |
| Courtney Green obo Salvant James | 2:09-cv-04076-KDE-ALC |
| Crawford, Edgar | 2:09-cv-04081-KDE-ALC |
| Cynthia Hauck | 6:09-cv-01006-LAF |
| Cynthia Hauck admin Gabrielle Hauck | 6:09-cv-01006-LAF |
| Dan Mingo | 2:09-cv-04081-KDE-ALC |
| Danielle Bergeron admin Taylor Bergeron: | 2:09-cv-04086-KDE-ALC |
| Danielle Mingo | 2:09-cv-04081-KDE-ALC |
| Danielle Mingo admin Aaliyah Norris | 2:09-cv-04081-KDE-ALC |
| Danielle Mingo admin Andrew Norris | 2:09-cv-04081-KDE-ALC |
| Darby, Jr., James | 2:09-cv-04076-KDE-ALC |
| Darby, Sr., James | 2:09-cv-04076-KDE-ALC |
| Darlene Pujol admin Christopher Lymous | 2:09-cv-04076-KDE-ALC |
| Darlene Pujol admin Corey Lymous Jr. | 2:09-cv-04076-KDE-ALC |
| Darlene Pujol admin La'Shai Chase | 2:09-cv-04076-KDE-ALC |
| David Dixon | 2:09-cv-04088-KDE-ALC |
| David hauck | 6:09-cv-01006-LAF |
| Davis, Earl | 2:09-cv-04099-KDE-ALC |
| Davis, Eloise | 2:09-cv-04099-KDE-ALC |
| Davis, Keith | 2:09-cv-04099-KDE-ALC |
| Davis, Lauren | 2:09-cv-04082-KDE-ALC |
| Davis, Mamie | 2:09-cv-04079-KDE-ALC |
| Davis, Roddy | 2:09-cv-04099-KDE-ALC |
| Davis, Rodney | 2:09-cv-04099-KDE-ALC |
| Dawn Monroe-Byrd obo Justin Byrd | 2:09-cv-04086-KDE-ALC |
| Deborah Boatner admin Breanna Wamsley | 2:09-cv-04099-KDE-ALC |
| Deborah Muse-James obo Kaunita Muse | 2:09-cv-04076-KDE-ALC |
| Deborah Muse-James obo Ronald Dixon | 2:09-cv-04076-KDE-ALC |
| Decuir, Shone | 2:09-cv-04076-KDE-ALC |
| Degruy, Herbert | 2:09-CV04099-KDE-ALC |
| Dennis, Julien | 2:09-cv-04076-KDE-ALC |
| Dennis, Julien | 2:09-cv-04081-KDE-ALC |
| Deshawn Thornton | 2:09-cv-04081-KDE-ALC |
| Devron Forcell | 2:09-cv-04077-KDE-ALC |
| Diane Davis | 6:09-cv-01006-LAF |
| Diane Davis | 6:09-cv-01019-LAF |
| Diane Davis admin Brittany Davis | 6:09-cv-01006-LAF |
| Diane Davis admin Brittany Davis | 6:09-cv-01019-LAF |
| Diane Davis admin Isaiah Sanders | 6:09-cv-01006-LAF |
| Diane Davis admin Isaiah Sanders | 6:09-cv-01019-LAF |
| Diane Davis admin Josiah Sanders | 6:09-cv-01006-LAF |

| | |
|---|---|
| Diane Davis admin Josiah Sanders | 6:09-cv-01019-LAF |
| Diane Davis admin Kiara Sanders | 6:09-cv-01006-LAF |
| Diane Davis admin Kiara Sanders | 6:09-cv-01019-LAF |
| Dilbert, Brittany | 2:09-cv-04076-KDE-ALC |
| Dixon, David | 2:09-cv-04076-KDE-ALC |
| Dolores Lawrence | 2:09-cv-04077-KDE-ALC |
| Dolores Lawrence admin Justina Antoinette Lawrence | 2:09-cv-04077-KDE-ALC |
| Dominesha Orelia James admin Makyla Amaya Green | 2:09-cv-04099-KDE-ALC |
| Donald White | 2:09-cv-04088-KDE-ALC |
| Doneshia Foucha | 2:09-cv-04079-KDE-ALC |
| Donna Johnson admin Gerald Johnson | 2:09-cv-04081-KDE-ALC |
| Donna Johnson admin Jerriel Johnson | 2:09-cv-04081-KDE-ALC |
| Douglas Labostrie admin De Juan Labostrie (no BC) | 2:09-cv-04099-KDE-ALC |
| Duplessis, James | 2:09-cv-04099-KDE-ALC |
| Dwanda Powell | 2:09-cv-04074-KDE-ALC |
| Edgar Crawford suc Archie Crawford | 2:09-cv-04083-KDE-ALC |
| Ella Stewart | 2:09-cv-04081-KDE-ALC |
| Ella Stewart admin Joshua Stewart | 2:09-cv-04081-KDE-ALC |
| Ella Stewart admin Tammy Stewart | 2:09-cv-04081-KDE-ALC |
| Ella Stewart admin Tracy Stewart | 2:09-cv-04081-KDE-ALC |
| Ellis, Arthur | 2:09-cv-04096-KDE-ALC |
| Encalade, Danny | 2:09-cv-04096-KDE-ALC |
| Ethan Herrle | 2:09-cv-04081-KDE-ALC |
| Eva Herrle | 2:09-cv-04081-KDE-ALC |
| Eva Herrle admin Hazel Herrle | 2:09-cv-04081-KDE-ALC |
| Felix, Jr., Benjamin | 2:09-cv-04076-KDE-ALC |
| Floyd Saucier | 2:09-cv-04082-KDE-ALC |
| Frank, Patricia | 2:09-cv-04099-KDE-ALC |
| Freddie Jones, Sr. obo Douglas Kennedy | 2:09-cv-04076-KDE-ALC |
| Freddie Jones, Sr. obo Sameria Jones | 2:09-cv-04076-KDE-ALC |
| Fulton, Gay | 2:09-cv-04099-KDE-ALC |
| Fulton, III, Irvin | 2:09-cv-04099-KDE-ALC |
| Fulton, Jr, Irvin | 2:09-cv-04099-KDE-ALC |
| Fulton, Vera | 2:09-cv-04099-KDE-ALC |
| Ganier, Lucien | 6:09-cv-01006-LAF |
| Geneva Seals admin Latovia Palacio | 2:09-cv-04076-KDE-ALC |
| Gilbert, Freddie | 2:09-cv-04082-KDE-ALC |
| Gilbert, Joyce | 2:09-cv-04082-KDE-ALC |
| Gioustovia, Edris Ford | 2:09-cv-04099-KDE-ALC |
| Gladstone, Denise | 2:09-cv-04099-KDE-ALC |

| | |
|---|---|
| Glenn Powell admin Chelsea Powell | 2:09-cv-04074-KDE-ALC |
| Glenn Powell admin Glenn Powell | 2:09-cv-04074-KDE-ALC |
| Glenn Powell, Sr | 2:09-cv-04074-KDE-ALC |
| Glory, Ashley | 2:09-cv-04099-KDE-ALC |
| Glory, Robert | 2:09-cv-04099-KDE-ALC |
| Glory, Sandra | 2:09-cv-04099-KDE-ALC |
| Glyneka Herrington | 2:09-cv-04087-KDE-ALC |
| Glyneka Herrington admin Troyneka Murray | 2:09-cv-04087-KDE-ALC |
| Gonzales, Lillie | 2:09-cv-04099-KDE-ALC |
| Gonzales, Nelson | 2:09-cv-04099-KDE-ALC |
| Gonzales, Robert | 2:09-cv-04099-KDE-ALC |
| Govan, Etta | 2:09-cv-04099-KDE-ALC |
| Grant, Malika | 2:09-cv-04081-KDE-ALC |
| Green, Courtney | 2:09-cv-04076-KDE-ALC |
| Green, Glenn | 2:09-cv-04099-KDE-ALC |
| Green, Sr, Glenn | 2:09-cv-04099-KDE-ALC |
| Gregory, Shirley | 2:09-cv-04099-KDE-ALC |
| Gregory, Steven | 2:09-cv-04099-KDE-ALC |
| Guillot, Leslie | 2:09-cv-04099-KDE-ALC |
| Hall, Alishia | 2:09-cv-04081-KDE-ALC |
| Hall, Rashica | 2:09-cv-04081-KDE-ALC |
| Hannibal Ford admin Jihad Ford | 2:09-cv-04099-KDE-ALC |
| Haro, Jr, Gregory | 2:09-cv-04081-KDE-ALC |
| Hart, Eddie | 2:09-CV04099-KDE-ALC |
| Hart, Sr, Elbert | 2:09-CV04099-KDE-ALC |
| Harvey Field | 2:09-cv-04087-KDE-ALC |
| Harvey Field admin Tai Field | 2:09-cv-04087-KDE-ALC |
| Harvey Field admin Taj Field | 2:09-cv-04087-KDE-ALC |
| Harvey Field admin Tre Field | 2:09-cv-04087-KDE-ALC |
| Hayes, Shane | 2:09-cv-04095-KDE-ALC |
| Heidel, Joshua | 2:09-cv-04082-KDE-ALC |
| Henry, Josie | 2:09-cv-04099-KDE-ALC |
| Henry, La'Toya | 2:09-cv-04099-KDE-ALC |
| Herbert, DeGruy | 2:09-cv-04099-KDE-ALC |
| Hicks, Mattie Watts | 2:09-cv-04083-KDE-ALC |
| Hitts, Yvonne | 2:09-cv-04081-KDE-ALC |
| Holmes, Ayanna | 2:09-cv-04099-KDE-ALC |
| Honore, Vickie | 2:09-cv-04099-KDE-ALC |
| Howard Ferrell | 2:09-cv-04029-KDE-ALC |
| Howard Ferrell | 2:09-cv-04079-KDE-ALC |
| Hunt, Keiana | 2:09-cv-04081-KDE-ALC |

| | |
|---|---|
| Ianthe Faciane | 2:09-cv-04088-KDE-ALC |
| Ianthe Faciane admin Cameron Faciane | 2:09-cv-04088-KDE-ALC |
| Ianthe Faciane admin Raven Smith | 2:09-cv-04088-KDE-ALC |
| Isabel Smith | 2:09-cv-04079-KDE-ALC |
| Jack, Lenard | 2:09-cv-04076-KDE-ALC |
| Jackson, Brandon | 2:09-cv-04086-KDE-ALC |
| Jackson, Carlos | 2:09-cv-04076-KDE-ALC |
| Jackson, Carlos | 2:09-cv-04082-KDE-ALC |
| Jackson, Hayward | 2:09-cv-04099-KDE-ALC |
| Jackson, Jr, James | 2:09-cv-04099-KDE-ALC |
| Jackson, Jr., Leo M. | 2:09-cv-04076-KDE-ALC |
| Jackson, Patrick | 2:09-cv-04082-KDE-ALC |
| Jackson, Rita | 2:09-cv-04076-KDE-ALC |
| Jackson, Rosie | 2:09-cv-04082-KDE-ALC |
| James Carr admin James Carr | 2:09-cv-04099-KDE-ALC |
| James Dorsey admin Nyesha Dorsey | 2:09-cv-04076-KDE-ALC |
| James E Adams | 2:09-cv-04082-KDE-ALC |
| James Foucha admin Jaquel Foucha | 2:09-cv-04079-KDE-ALC |
| James Foucha admin Kennedy Napoleon | 2:09-cv-04099-KDE-ALC |
| James Foucha Jr. admin James Foucha III | 2:09-cv-04079-KDE-ALC |
| James Foucha, Jr. | 2:09-cv-04079-KDE-ALC |
| James Hooker | 2:09-cv-04095-KDE-ALC |
| James, Carlene Levett | 2:09-cv-04099-KDE-ALC |
| James, Dominesha Orelia | 2:09-cv-04099-KDE-ALC |
| James, Troy | 2:09-cv-04086-KDE-ALC |
| Jarreau, Carolyn | 2:09-cv-04099-KDE-ALC |
| Jenkins, Gregory | 2:09-cv-04099-KDE-ALC |
| Jenkins, Stevie | 2:09-cv-04099-KDE-ALC |
| Jeredean Magee | 2:09-cv-04080-KDE-ALC |
| Jeremy Stewart | 2:09-cv-04081-KDE-ALC |
| Jessie White | 2:09-cv-04099-KDE-ALC |
| John Smith | 2:09-cv-04081-KDE-ALC |
| Johnson, Donna | 2:09-cv-04081-KDE-ALC |
| Johnson, Eric | 2:09-cv-04076-KDE-ALC |
| Johnson, Erilyn | 2:09-cv-04076-KDE-ALC |
| Johnson, Roylene Levett | 2:09-cv-04099-KDE-ALC |
| Jones, Earnest | 2:09-cv-04099-KDE-ALC |
| Jones, Jr., Freddie | 2:09-cv-04076-KDE-ALC |
| Jones, Latasha | 2:09-cv-04099-KDE-ALC |
| Jones, Latoya | 2:09-cv-04096-KDE-ALC |
| Jones, Monica | 2:09-cv-04099-KDE-ALC |

| | |
|---|---|
| Jones, Sr., Freddie | 2:09-cv-04076-KDE-ALC |
| Jones, Terry | 2:09-cv-04076-KDE-ALC |
| Joseph Faciane | 2:09-cv-04088-KDE-ALC |
| Joseph Smith | 2:09-cv-04079-KDE-ALC |
| Joseph, Erika Fulton | 2:09-cv-04099-KDE-ALC |
| Joseph, Jr, Charles | 2:09-cv-04099-KDE-ALC |
| Joseph, Louise | 2:09-cv-04096-KDE-ALC |
| Joy Blackstone | 2:09-cv-04080-KDE-ALC |
| Joyce Winters | 2:09-cv-04086-KDE-ALC |
| Joyce Winters admin Dwone Winters | 2:09-cv-04086-KDE-ALC |
| Julia Fields | 2:09-cv-04087-KDE-ALC |
| Kandyce Franklin | 2:09-cv-04078-KDE-ALC |
| Kandyce L. Franklin | 2:09-cv-04083-KDE-ALC |
| Kandyce Walton admin Jada Tureaud | 2:09-cv-04083-KDE-ALC |
| Karl Fields | 2:09-cv-04087-KDE-ALC |
| Keiana Hunt admin Jasmine Hunt | 2:09-cv-04081-KDE-ALC |
| Keiana Hunt admin Raymond Brown | 2:09-cv-04081-KDE-ALC |
| Keith Ruffin | 2:09-cv-04088-KDE-ALC |
| Kellie Melissa Cortes | 2:09-cv-04079-KDE-ALC |
| Kelly E. Walton | 2:09-cv-04083-KDE-ALC |
| Kelly Walton | 2:09-cv-04078-KDE-ALC |
| Kelly Walton admin Jada Tureaud | 2:09-cv-04078-KDE-ALC |
| Kelly Walton admin Oscar A. Tureaud Jr. | 2:09-cv-04083-KDE-ALC |
| Kelly Walton admin Oscar Tureaud | 2:09-cv-04078-KDE-ALC |
| Kelly Walton admin Sidnie Jackson | 2:09-cv-04078-KDE-ALC |
| Kelly Walton admin Sidnie Jackson | 2:09-cv-04083-KDE-ALC |
| Ken Jefferson | 2:09-cv-04099-KDE-ALC |
| Kenneth  St. Germain | 2:09-cv-04079-KDE-ALC |
| Kenneth Butler | 2:09-cv-04087-KDE-ALC |
| Kenneth Christophe admin Kyrielle Grillier | 2:09-cv-04082-KDE-ALC |
| Kenneth Christophe admin Paul Grillier A | 2:09-cv-04082-KDE-ALC |
| Kenneth Christophe admin Pharoah Grillier | 2:09-cv-04082-KDE-ALC |
| Kenneth Thompson | 2:09-cv-04097-KDE-ALC |
| Kenneth Thompson | 2:09-cv-04078-KDE-ALC |
| Kenneth Thompson | 2:09-cv-04083-KDE-ALC |
| Kenshawn King | 2:09-cv-04074-KDE-ALC |
| Kenyatta Wheeler admin Damon Barden | 2:09-cv-04076-KDE-ALC |
| Kevin Roy admin Brianna Roy | 2:09-cv-04082-KDE-ALC |
| Kewana Tyler admin Cornisha Hicks | 2:09-cv-04076-KDE-ALC |
| Keytha Watson | 2:09-cv-04082-KDE-ALC |
| Keytha Watson admin Dashaun Harris | 2:09-cv-04082-KDE-ALC |

| | |
|---|---|
| Kiesha Edgar | 2:09-cv-04095-KDE-ALC |
| Kiesha Edgar admin Dwayne Edgar | 2:09-cv-04095-KDE-ALC |
| Kiesha Edgar admin Ke'Shaun Edgar | 2:09-cv-04095-KDE-ALC |
| Kimberly Williams obo Mark Detrion | 6:09-cv-01006-LAF |
| Kimberly Williams obo Shonique Detrion | 6:09-cv-01006-LAF |
| Kiovanna Jefferson | 2:09-cv-04099-KDE-ALC |
| Kirby Johnson | 2:09-cv-04096-KDE-ALC |
| Kirby Johnson admin Tamia Johnson | 2:09-cv-04099-KDE-ALC |
| Kizzy Williams admin Brian Williams | 2:09-cv-04099-KDE-ALC |
| Kizzy Williams admin Kendrick Williams | 2:09-cv-04099-KDE-ALC |
| Kizzy Williams admin Willie Clark | 2:09-cv-04099-KDE-ALC |
| Kramer, William Joseph | 2:09-cv-04099-KDE-ALC |
| Krivjanick, Audie | 2:09-cv-04099-KDE-ALC |
| Labostrie, Diana | 2:09-cv-04076-KDE-ALC |
| Labostrie, Douglas | 2:09-cv-04099-KDE-ALC |
| Lacour, Pinzeca | 2:09-cv-04096-KDE-ALC |
| Lacour, Zealise | 6:09-cv-01006-LAF |
| Lafayette Slocum | 2:09-cv-04082-KDE-ALC |
| Latashia Cameron | 2:09-cv-04081-KDE-ALC |
| Lateresa Morgan | 2:09-CV04099-KDE-ALC |
| Lateresa Morgan admin Jessie Morgan | 2:09-CV04099-KDE-ALC |
| Lateresa Morgan admin Neamiah White | 2:09-CV04099-KDE-ALC |
| Lauranette Clark | 2:09-cv-04082-KDE-ALC |
| Lauranetter Clark admin Laurynette Griffin | 2:09-cv-04082-KDE-ALC |
| Lawrence Fairley | 2:09-CV04099-KDE-ALC |
| Lay, Jonathan P. | 2:09-cv-04076-KDE-ALC |
| Lay, Vernatta A. | 2:09-cv-04076-KDE-ALC |
| Lebeau, Major | 2:09-cv-04099-KDE-ALC |
| Lebeau-Davis, Katrina | 2:09-cv-04099-KDE-ALC |
| LeBlanc, Brent | 2:09-cv-04076-KDE-ALC |
| LeBlanc, Michael | 2:09-cv-04099-KDE-ALC |
| Ledesma, Michael | 2:09-cv-04076-KDE-ALC |
| Lee, Gerice | 2:09-cv-04081-KDE-ALC |
| Lee, Ronald J. | 2:09-cv-04081-KDE-ALC |
| Lewis, Bessie | 2:09-cv-04099-KDE-ALC |
| Lewis, Dauran | 2:09-cv-04099-KDE-ALC |
| Lewis, Laura | 2:09-cv-04082-KDE-ALC |
| Lewis, Taquisha | 2:09-cv-04099-KDE-ALC |
| Lewis, Willie | 2:09-cv-04081-KDE-ALC |
| Linda Heisser Jackson | 2:09-cv-04086-KDE-ALC |
| Lionel Jackson | 2:09-cv-04086-KDE-ALC |

| | |
|---|---|
| Lionel Jackson admin Laiya Jackson | 2:09-cv-04086-KDE-ALC |
| Lionel Jackson admin Lindsey Jackson | 2:09-cv-04086-KDE-ALC |
| Lopez, Sr, Anthony | 2:09-cv-04099-KDE-ALC |
| Lorenzo Butler | 2:09-cv-04078-KDE-ALC |
| Loretta Bazert | 2:09-cv-04087-KDE-ALC |
| Lucas, Iriona | 2:09-cv-04099-KDE-ALC |
| Lynette Batiste admin Malik Crawford | 2:09-cv-04099-KDE-ALC |
| M, Paul Grillier | 2:09-cv-04082-KDE-ALC |
| Magee, Troy L. | 2:09-cv-04076-KDE-ALC |
| Malika Grant admin Corey Harrison | 2:09-cv-04081-KDE-ALC |
| Malika Grant admin Courtney Harrison | 2:09-cv-04081-KDE-ALC |
| Malika Grant admin Jahleel Jackson | 2:09-cv-04081-KDE-ALC |
| Malika Grant admin Malik Grant | 2:09-cv-04081-KDE-ALC |
| Mandell Blackstone | 2:09-cv-04081-KDE-ALC |
| Margin, Donna | 2:09-cv-04081-KDE-ALC |
| Margin, Jr, Kent | 2:09-cv-04081-KDE-ALC |
| Margin, Sr, Kent | 2:09-cv-04081-KDE-ALC |
| Margin, Taneka | 2:09-cv-04081-KDE-ALC |
| Marion Smith | 2:09-cv-04079-KDE-ALC |
| Martha Kennedy | 2:09-cv-04082-KDE-ALC |
| Martinez, Anthony | 2:09-cv-04099-KDE-ALC |
| Martinez, Mario | 6:09-cv-01006-LAF |
| Mary Tait | 3:09-cv-00436-JJB-DLD |
| McClendon, Julian | 2:09-cv-04099-KDE-ALC |
| McKenzie, Evelyn | 2:09-cv-04082-KDE-ALC |
| McMaster, Jr., Ternell | 2:09-cv-04099-KDE-ALC |
| Melona Hensley | 2:09-cv-04099-KDE-ALC |
| Metzher, Dolores | 2:09-cv-04076-KDE-ALC |
| Michael Hooker | 2:09-cv-04080-KDE-ALC |
| Michael Kennedy | 2:09-cv-04082-KDE-ALC |
| Michael Populis admin Cassey Populis | 2:09-cv-04076-KDE-ALC |
| Michael Populis admin Meika Populis | 2:09-cv-04076-KDE-ALC |
| Michell, Mike | 2:09-cv-04099-KDE-ALC |
| Mona St Germain | 2:09-cv-04079-KDE-ALC |
| Monica Jones admin Barley Jones | 2:09-cv-04099-KDE-ALC |
| Monica Jones admin Derrick Ordogne | 2:09-cv-04099-KDE-ALC |
| Monica Jones admin Dylan Ordogne | 2:09-cv-04099-KDE-ALC |
| Monica Whittie admin Jeremy Whittie | 2:09-cv-04076-KDE-ALC |
| Monite Riley admin Kenyatta Riley | 2:09-cv-04076-KDE-ALC |
| Monite Riley admin Shacoby Riley | 2:09-cv-04076-KDE-ALC |
| Monroe-Byrd, Dawn A. | 2:09-cv-04086-KDE-ALC |

| Name | Case Number |
|---|---|
| Moore, Gerald | 2:09-cv-04076-KDE-ALC |
| Morris, Jr, Ellias | 2:09-cv-04099-KDE-ALC |
| Morrow, Elizabeth | 2:09-cv-04081-KDE-ALC |
| Morrow, Scott | 2:09-cv-04099-KDE-ALC |
| Muse, Kaunita | 2:09-cv-04076-KDE-ALC |
| Mutin, Kendol | 2:09-cv-04099-KDE-ALC |
| Myranicka Moore | 2:09-cv-04082-KDE-ALC |
| Nathaniel Bell Jr. admin Nakeita Bell | 2:09-cv-04076-KDE-ALC |
| Nathaniel Bell Jr. admin Nathaniel Bell III | 2:09-cv-04076-KDE-ALC |
| Nathaniel Gaten | 2:09-cv-04099-KDE-ALC |
| Neal, Annette | 2:09-cv-04086-KDE-ALC |
| Neal, III, Herbert | 2:09-cv-04099-KDE-ALC |
| Nelson, Jerome | 2:09-cv-04076-KDE-ALC |
| Nevada Robinson suc Clyde Robinson | 2:09-cv-04083-KDE-ALC |
| Nguyen, Kevin | 2:09-cv-04099-KDE-ALC |
| Nicholas, Jackie | 2:09-cv-04099-KDE-ALC |
| Nunez, Joann | 2:09-cv-04076-KDE-ALC |
| Parker, Elaine | 2:09-cv-04076-KDE-ALC |
| Parker, Robert | 2:09-cv-04095-KDE-ALC |
| Parr, III, Lawrence | 2:09-cv-04099-KDE-ALC |
| Parr, Sheila | 2:09-cv-04099-KDE-ALC |
| Pasquale, Leonard | 2:09-cv-04099-KDE-ALC |
| Pasquale, Ramona | 2:09-cv-04099-KDE-ALC |
| Patterson, Carl | 2:09-cv-04076-KDE-ALC |
| Paulette, Celestine | 2:09-cv-04099-KDE-ALC |
| Pearley, Betty | 2:09-cv-04095-KDE-ALC |
| Pearley, Joseph | 2:09-cv-04095-KDE-ALC |
| Pentney, Aszree | 2:09-cv-04099-KDE-ALC |
| Pentney, Bridget | 2:09-cv-04099-KDE-ALC |
| Pentney, Danika | 2:09-cv-04099-KDE-ALC |
| Pentney, Jr, Hugh | 2:09-cv-04099-KDE-ALC |
| Perdue, Santra | 2:09-cv-04083-KDE-ALC |
| Perez, Carolyn | 2:09-cv-04099-KDE-ALC |
| Perez, Mary | 2:09-cv-04099-KDE-ALC |
| Perez, Vincent Joseph | 2:09-cv-04099-KDE-ALC |
| Perkins, Albert | 2:09-cv-04083-KDE-ALC |
| Perkins, Tony | 2:09-cv-04099-KDE-ALC |
| Perry Bazert | 2:09-cv-04087-KDE-ALC |
| Perry-Pitts, Stacey M. | 2:09-cv-04076-KDE-ALC |
| Philip Scott | 2:09-cv-04079-KDE-ALC |
| Pierre, Kathy | 2:09-cv-04096-KDE-ALC |

| Name | Case Number |
|---|---|
| Populis, Dianna | 2:09-cv-04099-KDE-ALC |
| Populis, Michael | 2:09-cv-04076-KDE-ALC |
| Powell, Cheryl | 2:09-cv-04076-KDE-ALC |
| Prestridge, Paul | 2:09-cv-04076-KDE-ALC |
| Pujol, Darlene | 2:09-cv-04076-KDE-ALC |
| Quincy, Rachelle | 2:09-cv-04099-KDE-ALC |
| Ragas, Rechelle | 6:09-cv-01006-LAF |
| Rainey, Adrell C. | 2:09-cv-04099-KDE-ALC |
| Rainey, Ahmad R. | 2:09-cv-04099-KDE-ALC |
| Rainey, Artamus | 2:09-cv-04099-KDE-ALC |
| Rainey, Barbara | 2:09-cv-04076-KDE-ALC |
| Rainey, Sr., Webster | 2:09-cv-04099-KDE-ALC |
| Rainey, Wanda | 2:09-cv-04095-KDE-ALC |
| Ralph Payne | 2:09-cv-04078-KDE-ALC |
| Ramos, Jr., Jose | 2:09-cv-04076-KDE-ALC |
| Randall, Rosalind | 2:09-cv-04082-KDE-ALC |
| Randolph, Sabrina | 2:09-cv-04076-KDE-ALC |
| Raqueal Sam admin Jay' Breal Sam | 2:09-cv-04079-KDE-ALC |
| Raven Foucha | 2:09-cv-04079-KDE-ALC |
| Raymond Smith | 2:09-cv-04079-KDE-ALC |
| Rechelle Ragas obo Allon Ragas | 6:09-cv-01006-LAF |
| Rechelle Ragas obo Zaria Ragas | 6:09-cv-01006-LAF |
| Regina McCoy admin Akilah Magee | 6:09-cv-01019-LAF |
| Renard Smith | 2:09-cv-04079-KDE-ALC |
| Rhonda King | 2:09-cv-04078-KDE-ALC |
| Rhonda Picquet admin Megan Sandifer | 2:09-cv-04083-KDE-ALC |
| Richard J Candebat admin Phillip Raynes | 2:09-cv-04076-KDE-ALC |
| Richard, Robert | 2:09-cv-04076-KDE-ALC |
| Richburg, Annie | 2:09-cv-04099-KDE-ALC |
| Richburg, Leyton | 2:09-cv-04099-KDE-ALC |
| Rickmon, Johnny | 2:09-cv-04081-KDE-ALC |
| Rickmon, Olivia Johnson | 2:09-cv-04081-KDE-ALC |
| Riley, Monite | 2:09-cv-04076-KDE-ALC |
| Rivers, James | 2:09-cv-04099-KDE-ALC |
| Roashuna Green admin Benjamin Felix Jr. | 2:09-cv-04076-KDE-ALC |
| Roashuna Green admin Riian Felix | 2:09-cv-04076-KDE-ALC |
| Robert Cameron | 2:09-cv-04081-KDE-ALC |
| Robert E Smith II | 2:09-cv-04079-KDE-ALC |
| Robert P. Cameron, Sr. | 2:09-cv-04081-KDE-ALC |
| Robert Richard obo Robert Brown | 2:09-cv-04076-KDE-ALC |
| Robertson, Christopher | 2:09-cv-04099-KDE-ALC |

| Name | Case |
|---|---|
| Robinson, Jimmy Ray | 2:09-cv-04099-KDE-ALC |
| Robinson, Jr, Rickey | 2:09-cv-04079-KDE-ALC |
| Robinson, Nakeem | 2:09-cv-04079-KDE-ALC |
| Robinson, Nazinga | 2:09-cv-04079-KDE-ALC |
| Robinson, Nevada | 2:09-cv-04083-KDE-ALC |
| Robinson, Sharon | 2:09-cv-04079-KDE-ALC |
| Roche, Vanessa | 2:09-cv-04099-KDE-ALC |
| Rochelle Carr admin Michael Williams | 2:09-cv-04099-KDE-ALC |
| Rochelle Carr admin Mykeisha Williams | 2:09-cv-04099-KDE-ALC |
| Rochelle Carr admin Myleke Williams | 2:09-cv-04099-KDE-ALC |
| Rochelle Quincy admin Christina Quincy | 2:09-cv-04099-KDE-ALC |
| Rochelle Quincy admin Darius Quincy | 2:09-cv-04099-KDE-ALC |
| Rochelle Quincy admin Demar Quincy | 2:09-cv-04099-KDE-ALC |
| Rochelle Quincy admin Mikya Arnold | 2:09-cv-04099-KDE-ALC |
| Rochelle Quincy admin Tyreese Quincy | 2:09-cv-04099-KDE-ALC |
| Rohrbaeker, Gwendolyn | 2:09-cv-04099-KDE-ALC |
| Rohrbaeker, Joseph | 2:09-cv-04099-KDE-ALC |
| Rome, Jr, Randy | 2:09-cv-04099-KDE-ALC |
| Ronald Lee admin Imani Lee | 2:09-cv-04081-KDE-ALC |
| Ronald, Washington | 2:09-cv-04099-KDE-ALC |
| Ronell Boudreaux | 2:09-cv-04087-KDE-ALC |
| Roosevelt Houston | 2:09-cv-04079-KDE-ALC |
| Roy Ragan | 2:09-cv-04081-KDE-ALC |
| Roy Ragan admin Ellegna Ragan | 2:09-cv-04081-KDE-ALC |
| Roy, Brandon | 2:09-cv-04082-KDE-ALC |
| Roy, Kevin | 2:09-cv-04082-KDE-ALC |
| Russell Moore | 2:09-cv-04082-KDE-ALC |
| Ryan Smith | 2:09-cv-04079-KDE-ALC |
| Sabrina Smith | 2:09-cv-04079-KDE-ALC |
| Sabrina Smith admin Albion W Ford | 2:09-cv-04079-KDE-ALC |
| Sally Jones | 2:09-cv-04082-KDE-ALC |
| Sandra Glory admin Heaven Hamann | 2:09-cv-04099-KDE-ALC |
| Sandra Lee Moore | 2:09-cv-04082-KDE-ALC |
| Santiny, Chissa | 2:09-cv-04082-KDE-ALC |
| Santiny, Joshua | 2:09-cv-04082-KDE-ALC |
| Santiny, Lori | 2:09-cv-04082-KDE-ALC |
| Santiny, Patrick | 2:09-cv-04082-KDE-ALC |
| Santra Perdue admin Santrell Jade Perdue | 2:09-cv-04076-KDE-ALC |
| Santra Perdue admin Santrell Jade Perdue | 2:09-cv-04083-KDE-ALC |
| Santra Perdue admin Zebedee Odell Perdue | 2:09-cv-04083-KDE-ALC |
| Santra Perdue suc Zebedee Perdue, Jr. | 2:09-cv-04083-KDE-ALC |

| | |
|---|---|
| Savitri Moore obo Deiontae Moore | 2:09-cv-04076-KDE-ALC |
| Savitri Moore obo Troviontae Moore | 2:09-cv-04076-KDE-ALC |
| Scott Morrow admin James Morrow | 2:09-cv-04081-KDE-ALC |
| Seals, Geneva | 2:09-cv-04076-KDE-ALC |
| Serpas, Samantha | 2:09-cv-04096-KDE-ALC |
| Sharon Bell obo A'Ishah White | 2:09-cv-04099-KDE-ALC |
| Sharon Bell obo Marvin Bell | 2:09-cv-04099-KDE-ALC |
| Shelby, Joseph | 2:09-cv-04099-KDE-ALC |
| Sherina Robinson | 2:09-cv-04082-KDE-ALC |
| Sherina Robinson admin BoAvant'I Robinson | 2:09-cv-04082-KDE-ALC |
| Sherina Robinson admin Jontrell Robinson | 2:09-cv-04082-KDE-ALC |
| Sherri Ruffin admin Jackson Alexander Jones | 2:09-cv-04082-KDE-ALC |
| Sherri Ruffin admin Keilon Jacobe Ruffin | 2:09-cv-04082-KDE-ALC |
| Sherri Smith Ruffin | 2:09-cv-04082-KDE-ALC |
| Sigur, Thais | 2:09-cv-04074-KDE-ALC |
| Sims, Keith | 2:09-cv-04099-KDE-ALC |
| Smith Yashica | 2:09-cv-04087-KDE-ALC |
| Smith, Roy C. | 2:09-cv-04076-KDE-ALC |
| Stacey Anderson admin Keefa Anderson | 2:09-cv-04081-KDE-ALC |
| Stacey Perry-Pitts admin Joseph Perry III | 2:09-cv-04076-KDE-ALC |
| Stacey Perry-Pitts admin Stone W. Perry | 2:09-cv-04076-KDE-ALC |
| Staggers, Gloria | 2:09-cv-04086-KDE-ALC |
| Staggers, Wayne | 2:09-cv-04086-KDE-ALC |
| Susanne Kruk suc Elfriede Kruk | 2:09-cv-04083-KDE-ALC |
| Sylve, Maria | 2:09-cv-04099-KDE-ALC |
| Sylvia Mack | 2:09-cv-04079-KDE-ALC |
| Tamie Jackson admin Jewell Johnson | 2:09-cv-04081-KDE-ALC |
| Tamika Davis | 2:09-cv-04086-KDE-ALC |
| Tamika Davis admin Jamal Davis | 2:09-cv-04086-KDE-ALC |
| Tamika Davis admin James Davis | 2:09-cv-04086-KDE-ALC |
| Tamika Davis admin Javon Davis | 2:09-cv-04086-KDE-ALC |
| Tammie Jackson admin Joi Johnson | 2:09-cv-04081-KDE-ALC |
| Taquincio Watson admin Leo M. Watson | 2:09-cv-04076-KDE-ALC |
| Taquisha Duplessis admin Jaida Duplessis | 2:09-cv-04099-KDE-ALC |
| Taquisha Lewis admin Ayanna Lewis | 2:09-cv-04099-KDE-ALC |
| Taquisha Lewis admin Donnika Lewis | 2:09-cv-04099-KDE-ALC |
| Taquisha Lewis admin Jared Lewis Jr. | 2:09-cv-04099-KDE-ALC |
| Taquisha Lewis admin Jayvon Lewis | 2:09-cv-04099-KDE-ALC |
| Taquisha Lewis admin J'Kia Duplessis | 2:09-cv-04099-KDE-ALC |
| Taylor, Charles | 2:09-cv-04082-KDE-ALC |
| Terrie Green | 2:09-cv-04081-KDE-ALC |

| | |
|---|---|
| Terrie Green admin Shane R Green | 2:09-cv-04081-KDE-ALC |
| Theresa A. Moore obo Eldrige C. Moore | 2:09-cv-04082-KDE-ALC |
| Theresa Ann Moore | 2:09-cv-04082-KDE-ALC |
| Thoma, David | 2:09-cv-04081-KDE-ALC |
| Thomas Gaint | 2:09-cv-04081-KDE-ALC |
| Thomas, Catina | 2:09-cv-04099-KDE-ALC |
| Thomas, David | 2:09-cv-04099-KDE-ALC |
| Thomas, Samuel | 2:09-cv-04099-KDE-ALC |
| Tichawana Conrad admin Collins Jasper IV | 2:09-cv-04099-KDE-ALC |
| Tichawana Conrad admin Tania Conrad | 2:09-cv-04099-KDE-ALC |
| Timothea Richardson | 2:09-cv-04080-KDE-ALC |
| Timothea Richardson admin Ian Richardson | 2:09-cv-04080-KDE-ALC |
| Timothea Richardson admin Lance Richardson | 2:09-cv-04080-KDE-ALC |
| Toney Alexander | 2:09-cv-04086-KDE-ALC |
| Trepagnier, Gabrielle | 2:09-cv-04081-KDE-ALC |
| Trepagnier, Gloria | 2:09-cv-04081-KDE-ALC |
| Trepagnier, Nathan | 2:09-cv-04081-KDE-ALC |
| Truxillo, Gerald | 6:09-cv-01006-LAF |
| Tucker, Donnell | 2:09-cv-04099-KDE-ALC |
| Tyneka Jones | 2:09-cv-04080-KDE-ALC |
| Tyneka Jones admin Coran Branon | 2:09-cv-04080-KDE-ALC |
| Tyneka Jones admin Ty'Rin Jones | 2:09-cv-04080-KDE-ALC |
| Tyron Alexander | 2:09-cv-04088-KDE-ALC |
| Vanessa Johnson Moore suc Cornelius Johnson | 2:09-cv-04083-KDE-ALC |
| Vega, Mona | 2:09-cv-04099-KDE-ALC |
| Vega, Mona | 2:09-cv-04076-KDE-ALC |
| Vernatta Pay obo Dae'Quon J Pratt | 2:09-cv-04076-KDE-ALC |
| Vernett, Vicari | 2:09-cv-04099-KDE-ALC |
| Vickie Melton Campo | 2:09-cv-04079-KDE-ALC |
| Warren Brookter | 2:09-cv-04099-KDE-ALC |
| Washington, Ronald | 2:09-cv-04076-KDE-ALC |
| Watson, Taquincio | 2:09-cv-04076-KDE-ALC |
| Wayne Rogers | 2:09-cv-04086-KDE-ALC |
| Weber, Yolanda | 2:09-cv-04099-KDE-ALC |
| Webster Rainey Sr. admin Artis A. Rainey | 2:09-cv-04099-KDE-ALC |
| Weems, Stephen | 2:09-cv-04099-KDE-ALC |
| Welbrock, George | 2:09-cv-04099-KDE-ALC |
| Wharton, Carol | 2:09-cv-04088-KDE-ALC |
| Wheeler, Kenyatta | 2:09-cv-04076-KDE-ALC |
| White, Ricky | 2:09-cv-04099-KDE-ALC |
| Whittie, Monica | 2:09-cv-04076-KDE-ALC |

| | |
|---|---|
| Willard George IV | 2:09-cv-04079-KDE-ALC |
| Williams, David | 2:09-CV04099-KDE-ALC |
| Williams, Ken | 6:09-cv-01006-LAF |
| Williams, Kimberly | 6:09-cv-01006-LAF |
| Williams, Kizzy | 2:09-cv-04096-KDE-ALC |
| Williams, Marquita | 3:09-cv-00436-JJB-DLD |
| Williams, Nia | 2:09-cv-04076-KDE-ALC |
| Wilson, Chester | 6:09-cv-01006-LAF |
| Wilson, Clyde | 2:09-cv-04083-KDE-ALC |
| Wilson, Clyde | 2:09-cv-04076-KDE-ALC |
| Wilson, Nakesha | 2:09-cv-04076-KDE-ALC |
| Wimer Arrington admin James Crawford | 2:09-cv-04076-KDE-ALC |
| Wimer Arrington admin Jeremiah Crawford | 2:09-cv-04076-KDE-ALC |
| Wright, Chyrl T. | 2:09-cv-04076-KDE-ALC |
| Yolanda Wright | 2:09-cv-04076-KDE-ALC |

Above list contains 597 names out of HLC's approximately 7000 clients. Of these, approximately 400 are clients who have been uncooperative and/or as to whom HLC has been unable to establish contact notwithstanding repeated attempts to do so. However, approximately 196 of these clients involve those as to whom FEMA has failed to provide matching information notwithstanding HLC having provided FEMA with FEMA ID number, as well as, in most instances, such additional information as applicant name, trailer address, date of birth (and in many instances, Social Security Number). At HLC's request, some of these clients also directly contacted FEMA in an attempt to obtain matching information. FEMA has not provided any explanation for these failures to match.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY      /s/ *Paul Y. Lee*_____
        Paul Y. Lee, #CA118981

600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)
lee@kaplanleeoc.com

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing document and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                                BY     */s/ Paul Y. Lee*
                                                Paul Y. Lee, #CA118981