UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO<br><br>*Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892;<br>Alana Alexander, individually and on behalf of Christopher Cooper | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Plaintiff's Response to Defendant Gulf Stream's Motion for Summary Judgment;

**IT IS HEREBY ORDERED** that Alana Alexander, individually and on behalf of her son, Christopher Cooper ("Ms. Alexander" or "Plaintiff") is hereby allowed to amend/correct her Response to Defendant Gulf Stream's Motion for Summary Judgment to reflect the attached Exhibits "A," "Q" and "W," in place of the original Exhibits "A," "Q" and the second Exhibit "V" (located on page 12, footnote 4 of Plaintiff's Response).

New Orleans, Louisiana, this 28th day of August, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE