UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

**************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to File Reply to Plaintiffs' Response to Defendant, Gulf Stream Coach, Inc.'s Motion for Partial Summary Judgment;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file its Reply to Plaintiffs' Response to Defendant, Gulf Stream Coach, Inc.'s Motion for Partial Summary Judgment.

New Orleans, Louisiana, this ___28th___ day of _____August_____, 2009.

_____
JUDGE