UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                )
FORMALDEHYDE PRODUCTS               )
LIABILITY LITIGATION,               )   MDL NO. 1873
                                    )
                                    )   SECTION "N"(5)
THIS DOCUMENT IS RELATED TO         )
                                    )   JUDGE ENGELHARDT
Charlie Age, et al. v. Gulf         )   MAGISTRATE CHASEZ
Stream Coach, Inc., et al.,         )
Docket No. 09-2892; Alana           )
Alexander, individually and on      )
behalf of Christopher Cooper.       )
-------------------------------     )

              The Deposition of SCOTT BAILEY

              Date:      Friday, July 31, 2009

              Time:      2:02 p.m.

              Place:     Warrick & Boyn, LLP
                         121 West Franklin Street, Suite 400
                         Elkhart, Indiana 46516


     Called as a witness by the Plaintiffs in

     accordance with the Federal Rules of Civil

     Procedure for the United States District

     Court, Eastern District of Louisiana, pursuant

     to Notice.



Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
              MIDWEST REPORTING, INC.
                 1448 Lincolnway East
              South Bend, Indiana 46613

                 (574) 288-4242

1                    CROSS-EXAMINATION

2    BY MR. WEINSTOCK:

3    Q.  Mr. Bailey, my name is Andy Weinstock and I do have

4         questions for you.

5              In front of you, you should have some invoices,

6         purchase orders and packing slips between Gulf Stream and

7         Adorn.   And I'm specifically referring to, if we could

8         start with Bates labels 6069, 6070, and 6071 and 6072.

9         First look at 6072.

10             Do you have that in front of you?

11   A.  Okay.

12   Q.  This is a purchase order.   Is this your understanding of a

13        purchase order from Gulf Stream to Adorn?

14   A.  Well, 6072, that's actually a division of Gulf Stream

15        called JEJ Molding.

16   Q.  Correct.   So a division of Gulf Stream to Adorn, correct?

17   A.  Correct.

18   Q.  And on that purchase order, it's got a number somewhere.

19        There it is.   Is it 286274-000?   Where would that be

20        located?

21             MR. WOODSMALL:   He's looking at the top here.

22   A.  Yes.

23   BY MR. WEINSTOCK:

24   Q.  And then on 6070, that is the corresponding invoice,

25        correct, that references the purchase order number,

1        286274-000?

2    A.  Okay.  Yes.

3    Q.  Going back to 6072, do you see where it states, "All

4        products must be applicable to the HUD requirements for

5        housing?"

6    A.  Okay.

7    Q.  All right.  If you received such a purchase order, that

8        means to you the product must be LFE, correct?

9    A.  Well, the problem is -- I mean, yes, that's correct.

10   Q.  If you received such a purchase order, you would have sent

11       Gulf Stream such product, or JEJ Molding?

12   A.  Yeah.  If we -- yes.

13   Q.  Mr. Buzbee asked you, you know, where would it say that on

14       your invoice.  And so my question is where does it

15       identify that Gulf Stream got product that must be

16       applicable to the HUD requirements for housing on either

17       6070 -- yeah, on 6070?

18   A.  The problem is is this invoice and this purchase order

19       does not represent Lauan.

20   Q.  Okay.

21   A.  It represents just raw vinyl.  So that is not regular.

22       That is not LFE.  That has nothing to do with wood

23       component products.  JED (sic) was just strictly a wrapper

24       that was a division of Gulf Stream.  We sold them raw

25       vinyls that they produced the product themselves.  So

```
 1       whether they used LFE or not, that was up to them.  We

 2       only supplied them with the raw vinyl to put on their own

 3       wood.

 4   Q.  Well, if you can just with me flip through the rest of

 5       these documents that are in front of you.  6074, that's

 6       just vinyl; is that correct?

 7   A.  That's correct.

 8   Q.  6075, that's vinyl?

 9   A.  That's correct.

10   Q.  6077, that's just vinyl?

11   A.  Yes.

12   Q.  6078, that's just vinyl?

13   A.  That's correct.

14   Q.  6081, vinyl?

15   A.  That's correct.

16   Q.  6082 is just vinyl?

17   A.  Yes.

18   Q.  6084 is just vinyl?

19   A.  Yes.

20   Q.  6085 is just vinyl?

21   A.  Yes.

22   Q.  6087 is just vinyl?

23   A.  Yes.

24   Q.  6088 is just vinyl?

25   A.  Yes.
```

1   Q.  6090 is just vinyl?

2   A.  Yes.

3   Q.  6091 is just vinyl?

4   A.  Yes.

5   Q.  6094 is just vinyl?

6   A.  Yes.

7   Q.  609 --

8           MR. WOODSMALL:  I'm sorry.  You cut out there,

9       Andy.

10  BY MR. WEINSTOCK:

11  Q.  6095, is that just vinyl?

12  A.  Yes.

13  Q.  What about 6097?

14  A.  No.

15  Q.  Okay.  Now, 6097 is purchase order number 289631, correct?

16  A.  No.

17  Q.  All right.  It's not?

18  A.  I'm showing it as 289423.

19  Q.  You're absolutely correct.  I was looking at the wrong

20      one.  Now, if you go to 6099, that is the purchase order?

21  A.  Yes.

22  Q.  289423?

23  A.  Yes.

24  Q.  That purchase order says, "All products must apply to the

25      HUD requirements for housing"?

1    A.   Yes.

2    Q.   So, therefore, LFE was ordered?

3    A.   Well, the situation on this one is, there again, this was

4         PVC, outside plastic corner and an inside corner.  So that

5         is not a wood component part.  So there was no regulation

6         for HUD or for, you know.

7    Q.   Or stated the opposite, it was not regular wood product?

8    A.   That's correct.

9    Q.   6101 is just vinyl?

10   A.   I have to catch up here.  Yes.

11   Q.   6102 is just vinyl?

12   A.   Yes.

13   Q.   6104 is just vinyl?

14   A.   Yes.

15   Q.   5 is just vinyl?

16   A.   6105?

17   Q.   Yes.

18   A.   Yes, it is.

19   Q.   6107 is just vinyl?

20   A.   Yes.

21   Q.   6108 is just vinyl?

22   A.   Yes.

23   Q.   6110 is just vinyl?

24   A.   Yes.

25   Q.   6111 is just vinyl?

Page 18

1   A.   Yes.

2   Q.   Sir, if I represent to you that these are all the

3        purchases from Gulf Stream or any entity or subsidiary or

4        sister company of Gulf Stream to Adorn in 2004 that we've

5        just gone through, you would agree that Adorn did not send

6        any regular wood to Gulf Stream in 2004; is that correct?

7   A.   I have no idea.

8   Q.   Well, if you accept my representation that this is the

9        entirety of the purchase orders and invoices?

10  A.   Absolutely.

11  Q.   Everything we just went through, there's not a single

12       purchase order or invoice for regular wood product in

13       2004, correct?

14  A.   That's correct.

15  Q.   On this recorded statement -- and I will agree with you,

16       it is extremely poor quality.  But was that your voice on

17       the recorded statement?

18  A.   Yes.

19  Q.   And whatever you said you said.  We don't need to go over

20       it again.  But you would agree whatever's on there is on

21       there?

22  A.   Yes.

23  Q.   At any point that you listened to did it appear that

24       somebody dubbed in something different for you or said

25       something different for you?