UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; | * | |
| | * | |
| Alana Alexander, individually and on behalf of Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S RESPONSE TO GULF STREAM'S MOTION TO REVIEW MAGISTRATE JUDGE'S ORDER

Plaintiff, Alana Alexander, individually and on behalf of Christopher Cooper ("Plaintiff" or "Ms. Alexander"), responds to Gulf Stream Coach, Inc.'s ("Gulf Stream") Motion to Review Magistrate Judge's Order (Docket Entry No. 2896) and, in support, would show the following:

### BACKGROUND

The Court selected this case for the initial trial on April 6, 2009.

On April 10, 2009, the Plaintiffs' Steering Committee ("PSC") sent Gulf Stream a Master Set of Requests for Production of Documents. These Requests sought documents which are generally applicable to all Gulf Stream cases in the MDL—four and a half months ago.

On May 5, 2009, Plaintiff sent Gulf Stream a First Request for Production of Documents, relating to Ms. Alexander's case only—more than three and a half months ago.

Gulf Stream responded to the discovery requests and produced hard copy documents, but Gulf Stream refused to search for or produce electronic discovery.

Plaintiff moved to compel Gulf Stream to do so and, on July 1, 2009, the Court ordered

Gulf Stream to search for and produce responsive electronic data. (Docket Entry No. 2035).

On August 4, 2009, Gulf Stream's counsel indicated that they would begin a "rolling production" of electronic data on August 12, 2009. Gulf Stream's counsel did not indicate when the "rolling production" would conclude. Plaintiff's counsel asked Gulf Stream's counsel to confirm when this rolling production would begin and end, but Gulf Stream did not respond.

**In any event, this rolling production was never begun, and now—two months after being ordered to—Gulf Stream has still not produced any electronic data to Plaintiff.**

As a result of Gulf Stream's failure/refusal to abide by the Court's July 1 Order, on August 15, 2009, Plaintiff filed a Motion to Compel, asking the Court to order Gulf Stream to abide by its previous order to produce e-discovery. (Docket Entry No. 2705).

On the day of the hearing, August 21, 2009, Gulf Stream filed a response. (Docket Entry No. 2782). In that response and at the hearing, for the first time, Gulf Stream advised that its consultant was having a problem with the search terms (which, by and large, Gulf Stream had devised). In the fifty-two days since Judge Chasez had ordered production, **this was the first time Gulf Stream ever noted a problem with search terms to either the Court or to Plaintiff's counsel.**

At the hearing, Judge Chasez asked the parties to work together to narrow the search terms. Gulf Stream concedes that Plaintiff's counsel, on that same day, reduced the search terms by 25%, as Gulf Stream had requested. Gulf Stream's contention that Plaintiff "delayed" in reducing search terms is misleading at best. It is certainly wrong—Gulf Stream neither alerted anyone that search terms (which it had largely created) were a problem, nor asked to reduce search terms until August 21, 2009. Plaintiff complied <u>that day</u>.

Judge Chasez ordered Gulf Stream to produce e-discovery by August 26, 2009. (Docket

Entry No. 2822). Instead of complying, Gulf Stream filed this motion, challenging only the August 26, 2009 deadline to comply. Again, to date, Gulf Stream has produced no electronic data.

## ARGUMENT AND AUTHORITIES

The subject discovery was sent more than three and a half months ago. The Court ordered Gulf Stream to produce electronic documents two months ago. Trial begins in two weeks. It appears that Gulf Stream is ignoring the Court's repeated orders in hopes that trial will pass before it produces this electronic data.

The Court should deny Gulf Stream's motion, and enforce Judge Chasez's August 21, 2009 Order. In light of the fact that Gulf Stream has now ignored two court orders, Plaintiff submits that the Court should consider an appropriate Rule 37 sanction, or sanctions permitted by the inherent authority of the Court, such as reasonable attorneys' fees, or such other sanction the Court deems appropriate. Plaintiff also may seek additional sanctions based on what the documents show, whenever they are produced.

## PRAYER

Plaintiff respectfully requests that the Court deny Gulf Stream's motion, require Gulf Stream to produce electronic data immediately, and for such other relief the Court deems appropriate.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                           s/Gerald E. Meunier
                                           GERALD E. MEUNIER, #9471