UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION, | ) ) ) ) | MDL NO. 1873 |
| | ) ) | SECTION "N"(5) |
| THIS DOCUMENT IS RELATED TO | ) ) | JUDGE ENGELHARDT |
| Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper. | ) ) ) ) ) ) | MAGISTRATE CHASEZ |

The Videotaped Deposition of SUSAN LINDA ESPARZA

Date:    Friday, July 17, 2009

Time:    11:16 a.m.

Place:   Midwest Reporting, Inc.
         1448 Lincolnway East
         South Bend, Indiana 46613

Called as a witness by the Plaintiffs in accordance with the Federal Rules of Civil Procedure for the United States District Court, Eastern District of Louisiana, pursuant to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
         MIDWEST REPORTING, INC.
         1448 Lincolnway East
         South Bend, Indiana 46613

         (574) 288-4242

PLAINTIFF'S EXHIBIT A

1  VIDEOGRAPHER: Will the court reporter please now
2  swear in the deponent.
3              SUSAN LINDA ESPARZA
4  called as a witness by the Plaintiffs, having first been
5  duly sworn, was examined and testified as follows:
6              DIRECT EXAMINATION
7  BY MR. BUZBEE:
8  Q. All right. What is your name, ma'am?
9  A. Susan Linda Esparza.
10 Q. And you go by Linda?
11 A. Yes.
12 Q. Okay. Where do you live?
13 A. Bass Lake, Indiana.
14 Q. Have you always lived in the Indiana area?
15 A. No. I'm from Chicago originally.
16 Q. At some point in your life did you work for Gulf Stream?
17 A. Yes.
18 Q. I want to talk to you about that. When were you first
19    hired for Gulf Stream?
20 A. November of 2005.
21 Q. And what job were you hired to do for Gulf Stream?
22 A. I was originally hired to do interior caulking.
23 Q. How did you learn about the job?
24 A. There was an ad in the paper.
25 Q. Okay. What did the ad say, if you recall?

1  A.  For hiring for Hurricane Katrina relief.
2  Q.  Had you ever worked in the RV industry before?
3  A.  No.
4  Q.  Tell me about your -- take me through the progression, if
5      there was one, of your work at Gulf Stream. What were you
6      hired to do at first and what did you ultimately do for
7      Gulf Stream?
8  A.  I was first hired to do interior caulking. Within two to
9      three days I was fired from that having no talent for it
10     whatsoever. And I went to Tony Hunsaker, one of the plant
11     managers and said you can't fire me because I deserve to
12     work and find me another position. And they did in
13     quality control. And then I was doing roof inspections
14     until an outside position opened up.
15 Q.  Okay. What do you mean when you say "outside position"?
16 A.  Final finish inspecting, literally outside.
17 Q.  Okay. I think we know what caulking is, but just briefly
18     -- clearly you were no good at it. But tell us what you
19     were supposed to be doing as a caulker.
20 A.  Just to caulk all the seams, you know, in like the battens
21     on the roofs and the corners around the sink. I only did
22     it for a couple days. I don't remember too much of it
23     except coming home covered in caulk from head to toe.
24 Q.  Okay. And then once you got relieved from that position,
25     you said you went into quality control?

```
 1         did.  They would walk the exterior of the trailer.  They
 2         would go inside and do the interior.  If there was an
 3         issue that came up, we'd mark it with red tape, write down
 4         the issue, and then arrange for the repair after FEMA
 5         left.
 6    Q.   Now, would FEMA for those issues that were red-taped,
 7         would FEMA ever come back and reinspect?
 8    A.   No.
 9    Q.   So as far as you saw, FEMA inspected that one time?
10    A.   Correct.
11    Q.   Okay.  How many FEMA inspectors -- let's back up.  What
12         plant were you working at?
13    A.   Plant 75.
14    Q.   Where is that plant located?
15    A.   Etna Green.
16    Q.   Who was the plant manager?
17    A.   Craig Hardy.
18    Q.   Okay.  Do you remember who any of the assistants were?
19    A.   Yes.  Tony Hunsaker, Roy Bastardo.  I don't remember
20         Matt's last name.  Brandon Truman.
21    Q.   Okay.  How long did you do -- I think you're calling it
22         the quality control final inspections outside.  How long
23         did you do that job?
24    A.   Until April.
25    Q.   And started doing that when?
```

1  A. I want to say it would have been -- I can't remember if it
2     was right before Christmas or afterwards.
3  Q. So sometime at the turn of the year of '05 all the way
4     through April of '06?
5  A. Correct.
6  Q. That was the timeframe when you were doing the inspections
7     of the final product outside?
8  A. Yes.
9  Q. Okay. When you were doing the final inspections, what
10    sort of documentation did you have to assist you in that
11    regard?
12 A. We had a checklist we worked off of too to make sure all
13    the lights were accounted for on the front and back, the
14    Cavalier sticker was where it needed to be, chains were
15    strapped down, just about everything you can think of.
16    That there were no staples protruding on the bunk boards
17    on the interior, that everything was strapped down under
18    the queen size bed and secure for shipment.
19 Q. Okay. Now, was there on this inspection checklist, was
20    there anything to do with air quality inside the trailer?
21 A. No.
22 Q. Anything to do with -- where you could note that the
23    inside air in the trailer was offensive in any way?
24 A. No.
25 Q. Anything on the checklist that had to do with smells?

```
 1   A.   No.
 2   Q.   Okay.  Now, did you ever notice anything about the wood
 3        being used?
 4   A.   I did notice at one point it had a stronger odor than it
 5        did.
 6   Q.   Okay.  Explain what you mean.
 7   A.   It just had a stronger chemical smell.
 8   Q.   Okay.  Now, are you telling me that -- help me understand.
 9        You were there for a month and a half or so inside the
10        plant?
11   A.   Uh-huh.
12   Q.   Describe the smell of the wood and then you can tell me
13        about the stronger smell you're talking about.
14   A.   Well, the stronger -- when I was actually working outside,
15        you would have occasion to go back inside.  And especially
16        sometimes they were short a roof inspector, so I would
17        fill in because it was near -- it wasn't right in the
18        beginning that the wood smell had changed, at least not
19        for me.
20            But, yeah, there was one day I went back in and it --
21        sawdust, wood has a smell.  I don't know how to describe
22        it.  But there was a point where it just smelled -- it had
23        a stronger chemical smell.
24   Q.   When you would walk into the plant, could you smell that
25        smell you're describing?
```

1   A.  In the whole plant, yes.
2   Q.  Okay.  Are you telling me that some days it was stronger
3       than other days?
4   A.  I don't know.
5   Q.  Okay.
6   A.  I don't.  Okay.
7   Q.  Okay.  Do you know why the wood that you're describing
8       smelled that way?
9   A.  What I was told was that our --
10  Q.  Before you go there, who told you?
11  A.  I don't know.
12  Q.  Was it someone from Gulf Stream?
13  A.  It would have been -- yeah, it was someone from Gulf
14      Stream.  And it would have either been Tim or Charlie
15      because that's who I directly reported to in quality
16      control.
17  Q.  Okay.  So Tim who?
18  A.  I don't remember his last name.
19  Q.  Charlie who?
20  A.  Again, I don't remember his last name.
21          MR. WEINSTOCK:  Just I'm certainly going to let
22      you ask all your questions.  I just object to any
23      conversations she had with somebody else, especially
24      somebody she can't name specifically.
25

1  BY MR. BUZBEE:
2  Q.  You're absolutely sure that it was one of two people who
3      were working for Gulf Stream?
4  A.  Yes.
5  Q.  These one of two people told you something about the wood
6      and the smell you were smelling?
7  A.  Yes.
8          MR. WEINSTOCK:  Same objection.
9  Q.  Tell me what they told you.
10         MR. WEINSTOCK:  Same objection.  I'm sorry.  Go
11     ahead.
12         THE WITNESS:  Okay.
13         MR. BUZBEE:  He's going to make a lot of
14     objections.
15         MR. WEINSTOCK:  I make objections.  Just so you
16     know the way this works, he asks questions right now.
17     I make objections.  The judge is not here to rule on
18     my objections.  So you go ahead and answer whatever
19     he's asked you.
20 A.  Okay.  Our regular suppliers weren't able to keep up with
21     our demands, so we had to go to different suppliers.
22 BY MR. BUZBEE:
23 Q.  Okay.  That was the explanation given to you by one of
24     your bosses?
25 A.  Yes.

1      winter?  Do you recall?
2  A.  I recall that some days were harder than others.  Some
3      days were colder than others.  Overall, there wasn't a lot
4      of snow, but I remember cold.  I remember extreme cold.
5  Q.  In this area, when does it start warming up, generally
6      speaking.
7  A.  End of March, early April.
8  Q.  Okay.  And do you recall working let's say -- I'm trying
9      to remember what the autumnal equinox and all those things
10     are from weather class.  But did it ever get above 80
11     degrees in that timeframe, the time you were doing outside
12     inspections?
13 A.  I don't believe so.
14 Q.  Anywhere near that?
15 A.  I think in April, I think we hit 70, 75 maybe.
16 Q.  Okay.  So fair to say that during the time you were doing
17     the outside inspections, it was either really cold or up
18     into pretty comfortable 70 degrees?
19 A.  Yeah, but the pretty comfortable part was not very --
20     because I was gone in April.
21 Q.  You were laid off?
22 A.  I was laid off in April, yeah.
23 Q.  Okay.  April of '06?
24 A.  Correct.
25 Q.  Certainly never got to be a hundred degrees or 90 degrees

```
 1   BY MR. BUZBEE:
 2   Q.  Who?
 3   A.  Roy, my group leader.
 4   Q.  Okay.
 5   A.  Carol, a coworker.  Because, you know, when we'd get there
 6       at 5:00 in the morning it was really cold.  So you were
 7       almost eager to get in this first trailer because it was
 8       warm.  But you couldn't stay in it for longer than a few
 9       minutes because your sinuses would go bad, your eyes would
10       tear up, your head would start pounding.
11           MR. WEINSTOCK:  Object to the responsiveness of
12       the answer.
13   BY MR. BUZBEE:
14   Q.  Okay.  What -- you've talked about, you know, your sinuses
15       would clog up and your eyes would water.  Would your eyes
16       burn?
17   A.  Yes.
18   Q.  Would your nose burn?
19   A.  Yes.
20           MR. WEINSTOCK:  Object to the form.
21   Q.  When you were inside the trailer smelling that smell,
22       would your lungs burn?
23   A.  Yes.
24   Q.  What other -- your bodily reactions, if any, would you
25       have in that trailer when you would be smelling that
```

```
 1       smell?
 2              MR. WEINSTOCK:  Object to the form.
 3   A.  There were occasions when I'd spend a particularly long
 4       amount of time in a trailer and I would vomit.
 5   BY MR. BUZBEE:
 6   Q.  And let's talk about one of those, or if there was a time
 7       that you did, in fact, spend a particularly long amount of
 8       time in one of these trailers.  Was there such a time?
 9   A.  Yes, there was.
10   Q.  Explain that for us.
11   A.  I was doing a repair on the queen size bed and I sat down
12       just for a minute and fell asleep.  And when the trailer
13       was pulled back to the back lot, that's when I jerked
14       awake.  And when I left, I was just -- I walked out the
15       trailer and just started vomiting.
16   Q.  All right.  Let's talk about that just a little bit.
17              What kind of hours were you working when you were
18       working that timeframe from December through April?
19   A.  We'd start at 5:00 in the morning.  And in the beginning,
20       I wouldn't get out of there sometimes 7:00 o'clock at
21       night, sometimes 8:00 o'clock at night.  I mean, by
22       Wednesday I was on overtime.  I was putting in tremendous
23       hours.
24   Q.  Okay.  So you were working at times more than 12-hour
25       days?
```

```
 1   A.   Yes, my eyes were burning, my lungs were burning, my
 2        sinuses were burning.
 3   Q.   How about -- I'm assuming that means you were nauseous in
 4        some way?
 5   A.   Yes.
 6   Q.   Okay.
 7             MR. WEINSTOCK:  Objection, and this one I got,
 8        it's nauseated.  Nauseous just means you have that
 9        effect on others.
10             THE WITNESS:  I try not to have that effect on
11        others.
12             MR. BUZBEE:  You are going to be a great lawyer
13        for Jim Shea, my friend.  You're getting better.  He
14        would be proud of you right now.
15   BY MR. BUZBEE:
16   Q.   Okay.  Did anybody at Gulf Stream, either it be -- any
17        sort of person in a supervisory capacity, either your
18        bosses or the plant manager even, ever provide you
19        information about formaldehyde?
20   A.   No.
21   Q.   Any warnings about formaldehyde?
22   A.   Never.
23   Q.   Any information on how to protect yourself from
24        formaldehyde or exposure to formaldehyde?
25   A.   No.
```

```
 1              MR. WEINSTOCK:  Object to form.
 2   BY MR. BUZBEE:
 3   Q.  When is the first time, if ever, that you learned about
 4       formaldehyde and what it was?
 5   A.  About formaldehyde as it relates to the trailers?
 6   Q.  Yes.
 7   A.  I believe it was when I read an article in the South Bend
 8       Tribune.  The word formaldehyde was not used at work.
 9   Q.  Now, you talked something about a sinus infection.  Tell
10       me about that.  You said you had a sinus infection?
11   A.  Yeah.
12              MR. WEINSTOCK:  Object to the form.
13   A.  It seemed like it was a chronic infection that would never
14       go away.  I mean, I was on antibiotics and it didn't help.
15   BY MR. BUZBEE:
16   Q.  So you saw a doctor?
17   A.  Yes.
18   Q.  How many times?
19   A.  Probably not more than once or twice because there wasn't
20       a whole lot of time to go to the doctor working the hours
21       I worked.
22   Q.  Wasn't there a medical facility at Gulf Stream?
23   A.  Yes.
24   Q.  Did you make use of that?
25   A.  No.
```

1   Q.   Why not?
2   A.   I preferred by own doctor.
3   Q.   All right.
4   A.   I have a relationship with my family doctor.
5   Q.   Okay.  When you went to your family doctor, did you tell
6        him or her about your work conditions?
7   A.   No.  I told him about the long hours I was working and
8        that I had what I believed was a sinus infection.  And he
9        wrote me a scrip for some antibiotics and I stayed on
10       them.  And I do remember calling at one point to tell him
11       the antibiotics weren't working.  And I do think I went
12       back to him a second time, but that's about it.
13  Q.   Now, you would do your inspection before the FEMA
14       inspection?
15  A.   Yes.
16  Q.   Were you involved in preparing the trailer for the FEMA
17       inspection?
18  A.   Yes.
19  Q.   Tell me about that.
20  A.   At some point -- and I can't tell you at what point.  But
21       at some point word came down that we were to open all the
22       unit doors to air the units out before FEMA arrived.
23  Q.   Okay.  How long were you supposed -- or how much time was
24       it supposed to air out before the FEMA inspection?
25  A.   About two hours.

1  Q.  And were you the actual -- one of the actual people who
2      was instructed to air them out before FEMA showed up?
3  A.  Yes.
4  Q.  Was FEMA allowed inside the plant?
5  A.  No, no.  FEMA was not allowed inside the plant.  At one
6      point there was a female FEMA inspector.  She had to use
7      the restroom.  I was to escort her in and out.  And they
8      were never allowed in the plant except for that.
9  Q.  So if someone were to say that FEMA was involved in the
10     various stages of the production inside the plant, that
11     would not be true?
12 A.  That would not be true.
13 Q.  The only time -- the FEMA involvement was at the very end
14     after you had aired out the trailers?
15 A.  Right.  When the trailers were outside of the plant.
16 Q.  Okay.  Now, when -- you said you did some walk-along with
17     the FEMA inspections.
18 A.  Uh-huh.
19 Q.  After they had been aired out a couple hours, was the
20     smell inside easier to deal with?
21 A.  A little bit because of how cold it was outside.  So your
22     nose would almost be deadened to it after a little bit,
23     numb to it.  So with the doors open and those trailers
24     were cold, it's almost like you could smell the cold.
25 Q.  Now, when you would air these things out or open the

1         Tim or Charlie, somebody in QC.
2    Q.   And did you do that every time FEMA came out?
3    A.   Not in the beginning, no.  No.  I can't tell you how long
4         into it we were when we started doing that.
5    Q.   Now, is it -- you, of course, were not working outside
6         inspection during the first part of the FEMA run.  In
7         other words, the FEMA trailers began to be made in
8         September of '05.
9    A.   Uh-huh.
10   Q.   And you didn't go outside you told me until the turn of
11        the year?
12   A.   Correct.
13   Q.   Do you know if anyone else was responsible for airing out
14        the trailers during those times?
15   A.   No.  That didn't become -- that didn't become part of the
16        policy until after I was there.  And then it was some
17        point we were instructed to do that.
18   Q.   Okay.  And was there any other -- anything else that was
19        done, at least told to you by your bosses, to deal with
20        this strong smell inside the trailers?
21   A.   Yes.  At some point a second vent fan went in the roof.
22   Q.   How do you know that?
23   A.   Because the second -- they only had one and now they have
24        two.
25   Q.   But how do you know that the second vent fan was put there

```
 1   Q.  Okay.  So it was near the end of your time there.  And you
 2       told us you left sometime in April?
 3   A.  Uh-huh.
 4   Q.  Yes?
 5   A.  Yes.
 6   Q.  And the second fan was put in?
 7   A.  Yes.
 8   Q.  The fan where someone in the roofing department told you
 9       it was because of the smell?
10   A.  Yes.
11           MR. WEINSTOCK:  Object to the form.
12   BY MR. BUZBEE:
13   Q.  Now, your son is an EMT?
14   A.  Yes.
15   Q.  Were you witness to people having illnesses or problems at
16       Plant 75?
17           MR. WEINSTOCK:  Object to the form.
18   A.  Yes.
19   Q.  Tell me about that.
20   A.  I was -- illnesses or injuries you said?
21   Q.  I'm not really concerned about injuries.  I'm more
22       concerned about illnesses.
23           MR. WEINSTOCK:  Object to the form.
24   A.  Okay.  Yeah.  Actually, everybody I worked with complained
25       about their noses burning, their eyes burning, coughing,
```

```
 1        all kinds of stuff.  Everybody talked about it.  We all
 2        talked about how sick we felt.  Nobody knew why.  But, you
 3        know, as a group we would assume while we're overtired,
 4        we're overworked, our immune system is down.  But then
 5        after a while, you started noticing -- as everybody got
 6        better and better at building the trailers and it got
 7        faster and faster, the hours got a little less.  They got
 8        a little bit easier.  And then you'd start noticing, hey,
 9        on weekends I kind of feel a little better.
10   Q.   Okay.  Did you ever go into the break room?
11   A.   I don't recall there being a break room.  There was no
12        break room.
13   Q.   Okay.  But where would you be when you would have these
14        discussions with coworkers about the smell and how you all
15        would feel and that sort of thing?
16   A.   Sometimes we would be inside a unit.  Sometimes we would
17        be sitting on the production floor eating lunch.
18   Q.   Let's not talk about what other coworkers said to you,
19        identified or otherwise.
20             But what did you observe in other coworkers as far as
21        problems with their nose, breathing, that sort of thing?
22             MR. WEINSTOCK:  Object to the form.
23   A.   Oh, everybody was walking around with tissues, constantly
24        blowing their nose, trying to breathe.
25   Q.   Were people coughing?
```

1  A.  Yes.  Oh yes.  There was a lot of coughing.
2  Q.  Now, what did you attribute that to, just based on your
3      observation?
4          MR. WEINSTOCK:  Object to the form.
5  A.  I didn't know.  I didn't know because it was flu season,
6      maybe somebody didn't get their flu shot, didn't know if
7      everybody had bad allergies, if everybody had a sinus
8      infection, just knew that everybody wasn't feeling well.
9  Q.  So it either was one heck of an epidemic that you had
10     never seen before or there was something inside that plant
11     was causing everybody the same problem?
12         MR. WEINSTOCK:  Object to the form.
13 A.  Yes, it did appear that way.
14 BY MR. BUZBEE:
15 Q.  Did you hear on the news about some particular epidemic
16     going around that was only specific to Plant 75?
17         MR. WEINSTOCK:  Object to the form.
18 Q.  In Indiana?
19 A.  No.
20 Q.  You didn't read that in the paper?
21 A.  No.
22         MR. WEINSTOCK:  Object to the form.
23 Q.  That must be some type of scientific anomaly that maybe we
24     would have read about?
25         MR. WEINSTOCK:  Object to the form.