```
            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER              )
FORMALDEHYDE PRODUCTS             )
LIABILITY LITIGATION,             )  MDL NO. 1873
                                  )
                                  )  SECTION "N"(5)
THIS DOCUMENT IS RELATED TO       )
                                  )  JUDGE ENGELHARDT
Charlie Age, et al. v. Gulf       )  MAGISTRATE CHASEZ
Stream Coach, Inc., et al.,       )
Docket No. 09-2892; Alana         )
Alexander, individually and on    )
behalf of Christopher Cooper.     )
----------------------------------)
```

The Videotaped Deposition of TERRY L. SLONE, JR.

Date:       Friday, July 17, 2009

Time:       8:07 a.m.

Place:      Midwest Reporting, Inc.
            1448 Lincolnway East
            South Bend, Indiana 46613


Called as a witness by the Plaintiffs in

accordance with the Federal Rules of Civil

Procedure for the United States District

Court, Eastern District of Louisiana, pursuant

to Notice.


Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
         MIDWEST REPORTING, INC.
            1448 Lincolnway East
            South Bend, Indiana 46613

              (574) 288-4242



PLAINTIFF'S EXHIBIT B

Midwest Reporting, Inc.                              574-288-4242

```
1         VIDEOGRAPHER:  Will the court reporter please now
2     swear in the deponent.
3                  TERRY L. SLONE, JR.
4     called as a witness by the Plaintiffs, having first been
5     duly sworn, was examined and testified as follows:
6                     DIRECT EXAMINATION
7  BY MR. BUZBEE:
8  Q.  What is your name, sir?
9  A.  Terry L. Slone, Jr.
10 Q.  Where do you live?
11 A.  606 South Main Street, Knox, Indiana.
12 Q.  Did you ever in your past work for Gulf Stream?
13 A.  Yes.
14 Q.  Tell me when you worked for Gulf Stream.
15 A.  From September 26 of '05 till June 30 of '06.
16 Q.  Okay.  Now, last night is the first time you and I have
17     ever met?
18 A.  Yes.
19 Q.  You gave an interview to CBS News, as I understand it?
20 A.  Yes.
21 Q.  And so I sent an investigator up here to try to locate
22     you; is that correct?
23 A.  Yes.
24 Q.  You're here today voluntarily?
25 A.  Yes.
```

```
 1   A.   No.
 2   Q.   Okay.  If someone tried to tell you what to say, what
 3        would be your response?
 4   A.   I'm here to tell my story.  I'm not here to tell somebody
 5        else's.
 6   Q.   Okay.  And so today you're here simply to tell the truth
 7        and let the chips fall where they may?
 8   A.   That's right.
 9   Q.   Okay.  Tell me how you came to work for Gulf Stream.
10   A.   They had an ad in the newspaper in my hometown that they
11        were hiring for the FEMA units, to build FEMA units.  And
12        I went to Nappanee and applied for a position and was
13        hired.
14   Q.   And what were you hired by Gulf Stream to do?
15   A.   Well, I worked in the -- I worked from the beginning to
16        the end.  So start-up we set the plant up, and then I
17        worked in the floor department.  I decked the floors of
18        the trailers.
19   Q.   Okay.  Which plant did you work in?
20   A.   Plant 75 in Etna Green.
21   Q.   Okay.  So had you ever worked for any company in the RV
22        industry?
23   A.   No.
24   Q.   That was your first time?
25   A.   Yes.
```

1              speaking to you in the course and scope of their
2              employment with Gulf Stream, true statement?
3    A.        Yes.
4    Q.        So they were speaking to you as a supervisor for Gulf
5              Stream?
6    A.        Right.
7    Q.        Okay. You didn't -- you weren't out in town with them
8              talking off the clock?
9    A.        No.
10   Q.        So when you had discussions with the people you're talking
11             about, the plant manager was named?
12   A.        Craig Hardy.
13   Q.        His assistants were who?
14   A.        Brandon Truman, Roy, I believe Bastardo, and another
15             gentleman named Tony. I'm not sure of his last name.
16   Q.        And all four of those guys worked for Gulf Stream?
17   A.        Yes.
18   Q.        And all four of those guys were your supervisors?
19   A.        Yes.
20   Q.        And they could tell you what to do and you did what they
21             told you?
22   A.        That's right.
23   Q.        Now, in the flooring department, what sort of wood did you
24             work with?
25   A.        Well, the wood what we call -- is called Norbord. That's

1    what we used to deck the floors with.
2  Q. Okay. And is that the brand name or is that just the name
3    you all used for it?
4  A. I believe that's a brand name. It was stamped on the
5    sheets. You could see it stamped on the sheets. It said
6    Norbord on there.
7  Q. Did you see any stamps on the sheets saying that -- on the
8    wood that you were using that this was low formaldehyde
9    wood?
10 A. No.
11 Q. Tell us about the wood that you were using in the FEMA
12    trailers in 2005 at Plant 75.
13 A. Well, like I said, being construction, I know somewhat
14    about the material. And personally, my opinion, all the
15    material we used there was lower grade quality. I mean,
16    you know, it wasn't very -- in my opinion, it wasn't very
17    good quality material.
18 Q. Describe it.
19      MR. WEINSTOCK: Object to the form of the
20    question.
21 Q. Describe it. And I'm not asking you even -- I know you've
22    worked construction your whole life.
23 A. Right.
24 Q. I just want you to describe just its color, its smell.
25 A. It was a brown, tannish cream color. It stunk. All of it

```
 1        stunk.  The paneling on the walls stunk, the decking that
 2        went on the floor stunk.  It all had an odor to it.
 3             It looked to me like there was like water damage or
 4        mold.  I don't know what you'd want to call it.  It had --
 5        I mean if you spill a cup of coffee and leave it sit,
 6        you're going to see a ring, you know.  It looked like that
 7        throughout the sheets.  A lot of it was damaged from
 8        obviously being shipped.  I mean, corners would be broke
 9        off or buckled or, you know, chunks out of the middle or
10        whatever.  I mean, it just wasn't good quality wood.
11   Q.   Okay.  Now, you talked about this smell.  And I know
12        formaldehyde now is a word everybody uses and it's in the
13        news and all that.  But back in 2005, when you were
14        working in Plant 75, did you know what formaldehyde even
15        was?
16   A.   No.
17   Q.   Is that a word that you've used?
18   A.   No.
19   Q.   Is that a word that anybody in the plant used?
20   A.   Not to my knowledge.
21   Q.   Okay.  But this particular smell from this wood you were
22        using, how would it affect you, if any way?
23             MR. WEINSTOCK:  Object to the form of the
24        question.
25   A.   It had a very strong odor.  I mean, there's no denying.
```

```
 1        You come in that plant, anywhere in the plant, not just my
 2        department.  You could walk anywhere in that plant and you
 3        could smell that odor, very foul, strong odor.  Me
 4        personally, it affected me.  It's hard to breathe in
 5        there.  You get headaches from it, get nosebleeds.  I had
 6        my ears bleeding.  I mean, it just -- when I worked there
 7        then, I didn't know that it was formaldehyde.  I don't
 8        think anybody did.
 9              MR. WEINSTOCK:  Object to the responsiveness to
10           the answer, but go ahead.
11   BY MR. BUZBEE:
12   Q.   But what you do know is that smell from that particular
13        wood is what was causing your problems with smell and your
14        eyes burning?
15   A.   Yes.
16              MR. WEINSTOCK:  Object to the form of the
17           question.
18   Q.   I mean, you're not a child.
19   A.   Right.
20   Q.   You know your own body?
21   A.   Yes.
22   Q.   Did you have those kinds of problems when you were outside
23        the plant?
24   A.   No.
25   Q.   Were those problems that you had only when you were
```

1       not be a flying disk manufactured by Frisbee?
2   A.  Right.
3   Q.  Okay. I just want to make that clear because you may have
4       seen Norbord on some of the wood. But the bottom line,
5       the wood you were using, that's what you all called
6       Norbord?
7   A.  Right.
8   Q.  Okay. You said that this -- you believe that this wood,
9       this foul odor caused you nosebleeds. How often did that
10      occur?
11          MR. WEINSTOCK: Object to the form of the
12      question.
13  A.  In the beginning, once, twice a week. Toward the end, it
14      was quite frequently.
15  BY MR. BUZBEE:
16  Q.  Once or twice a week is pretty frequent.
17  A.  It's real frequent.
18  Q.  Okay.
19  A.  I mean, it would happen -- toward the end, I was having
20      nosebleeds about every other day.
21  Q.  How would you deal with the nosebleeds?
22  A.  Wipe your nose, whatever, get a little cotton or something
23      and keep going. I don't know what --
24  Q.  Help me understand that. You are having nosebleeds. You
25      believe it's from this foul smell coming from the wood.

```
 1        situation?
 2   A.   Yes.
 3             MR. WEINSTOCK:  Object to the form.
 4   BY MR. BUZBEE:
 5   Q.   You talked about nosebleeds.  Let's talk about what other
 6        issues do you believe this foul odor was causing you?
 7   A.   Headaches.  I had constant headaches.
 8   Q.   Tell me about that.
 9   A.   It was --
10             MR. WEINSTOCK:  I'm sorry.  I should have
11        objected to the last question.  You can go ahead and
12        answer.
13             MR. BUZBEE:  Do you want a running objection to
14        everything he says?
15             MR. WEINSTOCK:  Anything about his medical
16        condition.  Is that all right?
17             MR. BUZBEE:  Yeah, that's fine.
18   A.   Toward the end it was daily.  In the beginning, I mean, it
19        could be I have a headache for a couple days, go away, a
20        headache for a day or something.  But it got to the point
21        it was getting -- it was just getting overwhelming.  You
22        know, it's --
23   Q.   Well, was it -- I mean, did you self-medicate?
24   A.   Yeah.
25   Q.   Did you treat --
```

1   A.   You just take -- I took ibuprofen.
2   Q.   And kept on trucking?
3   A.   Suck it up and go on, yeah.
4   Q.   Okay.  You also mentioned your ears bled at some point.
5        Tell me about that.
6   A.   Honestly, I was at work and I didn't even know it
7        happened.  One of my coworkers mentioned to me that my
8        ears were bleeding.  And both of my ears had ruptured.
9        Both of my ears were bleeding.  Blood just coming out of
10       my ears.
11  Q.   Who mentioned that to you?
12  A.   It was one of my coworkers.  I don't remember.  It's been
13       so long ago.
14  Q.   What did you do?
15  A.   I think I left that day, if I remember right.  I think I
16       did end up leaving that day because that worried me.  That
17       scared me a little bit.  You know, that's not normal,
18       so...
19  Q.   Do you remember whether you went to the doctor for that?
20  A.   I don't remember if I did.  I know I left -- if I did, I
21       didn't go to Gulf Stream's doctor.  I went to my family
22       doctor.  But I don't remember if I went to the doctor or I
23       just went home.  I'm not sure.  You know, this has been
24       quite a while ago.
25  Q.   I understand, and I'm not picking on you.  But, you know,

1   whatever it would so be. That panel had to be replaced.
2   So in turn, I would go over, have a new piece cut and take
3   it to a department to fix it or wherever it may be, you
4   know. So I handled that material sometimes.
5  Q. What did they call that? I mean, I know what it's called.
6   But what did they call it in the plant? It's panel.
7  A. The paneling?
8  Q. Yeah.
9  A. Just paneling, wall paneling, I guess.
10 Q. Wall paneling. Okay. We've in this case called it Lauan
11   paneling or --
12 A. Everybody has a different name. I'm sure there were other
13   people in there had different names for it.
14 Q. Okay. You called it?
15 A. Wall paneling.
16 Q. Okay. Did you -- was there any odor coming from the wall
17   paneling?
18 A. Yes.
19 Q. Tell me about that.
20 A. It's basically -- that was -- anywhere, any of that
21   material you could smell. I mean, the odor was basically
22   the same.
23 Q. Okay.
24 A. And the wall paneling and the floor decking were the
25   major, I mean, you could -- there's no denying. I mean,

```
 1        if you're a hundred feet away and you walk closer, it'd
 2        get stronger.  I mean, you could tell exactly where it
 3        come from.
 4   Q.   Okay.  There's no doubt in your mind that this wood,
 5        either the paneling or the stuff you're using as a
 6        floorboard had this foul odor coming from it?
 7   A.   Yes.
 8             MR. WEINSTOCK:  Object to the form.
 9   BY MR. BUZBEE:
10   Q.   And you told us that with some of the paneling even when
11        you were handling it, some of it was so wet that the
12        laminate or the color part of it would just come right
13        off?
14   A.   Yes.
15   Q.   Did anyone at Gulf Stream ever provide -- and I mean any
16        supervisor type people -- ever provide you any information
17        about formaldehyde?
18   A.   No.
19   Q.   Did they ever give you any instructions on how to protect
20        yourself or keep yourself from being exposed to either
21        that odor or whatever that stuff was coming from the wood
22        or from formaldehyde?
23   A.   No.
24   Q.   Did you until -- up and until you saw news articles and
25        reporters sniffing around this area, did you even know
```

1      why you thought that the doors should be open?
2   A. Yes.
3            MR. WEINSTOCK: Object to the form of the
4         question.
5   BY MR. BUZBEE:
6   Q. Had you ever been in the presence of any of the bosses
7      when you were smelling that odor?
8   A. Yes.
9   Q. Okay. Had they ever come down onto the production line as
10     you guys were working with that wood?
11  A. Yes.
12  Q. Okay. Were they, your bosses, in a position to smell the
13     same odor that you were smelling?
14  A. Yes.
15  Q. Who in your team did you ever discuss this odor or these
16     effects that the odor was having on you with?
17  A. I discussed it with everybody in my team. We all
18     discussed it. And, actually, I even went to -- I went to
19     Brandon Truman on two different occasions and Craig Hardy
20     on one and asked for fans. We asked for -- I don't know
21     what you want to call them, little paper body suit, like a
22     jump suit. We asked for the mask, all this stuff. And we
23     were never -- I was told basically we didn't need it.
24     There's no need and that's a waste of funds, money.
25  Q. Okay. Now, let's talk about the plant. You made it clear

```
 1        that your bosses made it clear to you that under no
 2        uncertain terms the doors need to be closed at all times?
 3   A.   Right.
 4   Q.   Were you ever instructed why that was?
 5   A.   I don't --
 6   Q.   I'm just asking were you told why it was.
 7   A.   Yes, yes.
 8              MR. WEINSTOCK:  Object to the form.
 9   A.   Like I said, we wore radios.  And we were informed in a
10        meeting that if we -- when FEMA came on site, anybody from
11        OSHA, or anybody, quote, unquote, in a suit showed up at
12        Gulf Stream, we were to meet them at the door, any door,
13        overhead door, entry door, whatever, and we were to radio
14        Brandon or Craig or Tony or Roy and let them know of their
15        presence.  But do not let them in the building.
16   Q.   Okay.  We've had some testimony in this case that there
17        were FEMA folks inside the factories.  Did you ever see
18        anyone from FEMA inside the factory?
19   A.   No.
20   Q.   When FEMA was there inspecting trailers, was that inside
21        the factory?
22   A.   No.
23   Q.   Those inspections took place outside?
24   A.   Yes.
25   Q.   It was made clear to you -- you were a team leader, your
```

1       boss, Craig Hardy --
2   A.  Hardy.
3   Q.  -- made clear to you that FEMA was not under any terms to
4       come inside the factory?
5           MR. WEINSTOCK:  Object to the form of the
6       question.
7   A.  Right.
8   BY MR. BUZBEE:
9   Q.  Okay.  How many times did Mr. Hardy make that clear to
10      you?
11  A.  Numerous times.
12  Q.  Okay.  So when FEMA -- and you obviously saw FEMA at the
13      facility?
14  A.  Right.
15  Q.  Did you ever actually see them inside the factory?
16  A.  No.
17  Q.  Now, were you around when FEMA was doing -- are you
18      familiar with FEMA and its inspection or inspections of
19      the end product?
20  A.  Yes.
21  Q.  Tell me how you know about that part of it.
22  A.  FEMA, they -- all the inspections they did were what we
23      call completed trailers that were out in the yard.
24  Q.  Okay.
25  A.  FEMA would come in and there were employees specifically

1      else?
2   A. That's right.  I've never ever smelled that odor anywhere
3      but Gulf Stream.
4   Q. That's an interesting question.  You said that the units
5      were put outside and inspected by the FEMA inspector?
6   A. Uh-huh.
7   Q. Yes?
8   A. Uh-huh.
9   Q. Yes?  You have to answer --
10  A. Yes, yes.
11  Q. You went in those units, correct?
12  A. Yes.
13  Q. Those units didn't smell, did they?
14  A. Yes, they did.
15  Q. So those units smelled the same as inside the plant?
16  A. Yes.
17  Q. So when FEMA went in the units, they would have smelled
18     what you smelled?
19  A. They should have.
20          MR. BUZBEE:  Object, form.
21  BY MR. WEINSTOCK:
22  Q. Okay.  When you went in the units, you smelled in the unit
23     what you smelled in the plant?
24  A. Right.  The odor wasn't as strong because we were
25     instructed to open all doors and windows when the unit was

```
 1       put outside.
 2   Q.  Did you put the unit outside?
 3   A.  Some of them, yes.
 4   Q.  And so they wanted the units vented when they went
 5       outside?
 6   A.  Yes.
 7   Q.  Is that what you're telling me?
 8   A.  Yes.
 9   Q.  How long would the units stay vented?
10   A.  Until they left the yard.
11   Q.  How long, could that be days?
12   A.  Could be weeks.
13   Q.  Weeks of venting the unit.  Okay.  And you made -- it
14       sounded like you were suggesting that Gulf Stream was
15       trying to make sure that the FEMA people never came in the
16       plant.  Is that what you were suggesting, sir?
17   A.  They never did come in the plant.
18   Q.  Did you ever physically restrain a FEMA person from coming
19       in the plant?
20   A.  No.
21   Q.  Did a FEMA person ever say, "I want in that plant," and
22       you said --
23   A.  I met a FEMA inspector --
24   Q.  -- "You're not getting past me?"
25   A.  -- at the door.
```

```
 1                    REDIRECT EXAMINATION
 2   BY MR. BUZBEE:
 3   Q.  Just a couple of things.  You've dealt with wood your
 4       whole life in construction, right?
 5   A.  Yes.
 6   Q.  Whether you know how wood is made or where it came from,
 7       one thing you know about the wood that they used, Gulf
 8       Stream used for these FEMA trailers is it had an
 9       incredibly foul odor you had never smelled before?
10   A.  Prior to working at Gulf Stream and since I've not been at
11       Gulf Stream, I've never, ever smelled that odor anywhere
12       in any material or any wood I've used.
13   Q.  When you were not at the plant, did you have the
14       headaches?
15   A.  Yes.
16   Q.  And do you still have the headaches now?
17   A.  Yes.
18   Q.  When you weren't at the plant, did you still have the
19       nosebleeds?
20   A.  Yes.
21   Q.  Have the nosebleeds now stopped?
22   A.  I wouldn't say stopped.  I still have them periodically,
23       but not nearly like it was when I worked there.
24   Q.  Okay.  And as a person who knows your own body, was there
25       any doubt in your mind that that smell coming from that
```