UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO DEFENDANT FLUOR ENTERPRISES, INC.'S MOTION
*IN LIMINE* TO EXCLUDE CERTAIN FACT TESTIMONY OF PLAINTIFFS AND
FACT WITNESSES**

Plaintiff Alana Alexander, individually and on behalf of her son, Christopher Cooper ("Ms. Alexander" or "Plaintiff"), responds to Fluor Enterprises, Inc.'s ("Fluor") Motion *in Limine* to Exclude Certain Fact Testimony of Plaintiffs and Fact Witnesses (Docket Entry No. 2885) and, in support, would show:

Fluor moves to exclude certain testimony pursuant to Fed. R. Evid. 401 and 403. Specifically, Fluor asks that the Court exclude testimony about the "decision to ride out the storm in their home immediately days before Hurricane Katrina made landfall on August 29, 2005" and "the events and activity immediately following Hurricane Katrina...until the time that Alana Alexander and Christopher Cooper settled in Florida with family."[1]

---

[1] Fluor says that Plaintiff and other witnesses "testified at length" about these issues as if the witnesses were pontificating on the subject. Of course, the witnesses were only answering to Fluor and other defendants' questions.

In response, Plaintiff does not intend to go into details about her pre- or immediate post-Katrina experience. Plaintiff does not intend to discuss what the hurricane was like, or about staying in the Convention Center, sleeping on a bridge, etc.

However, there is no way to discuss this case without discussing the fact that, prior to Katrina, Plaintiff and her family lived in a home in New Orleans; that the house was flooded and ultimately had to be torn down; that as a result of Katrina, Plaintiff and her family had to evacuate New Orleans, ultimately re-locating to Jacksonville, Florida; that they stayed in Jacksonville until May 2006, so that the children could finish out the school year; and, that they then returned to New Orleans in May 2006 and took residence in the trailer. To the extent Fluor's motion seeks to exclude that general testimony, Plaintiff opposes.

This case did not happen in a vacuum. The jury needs to know the circumstances surrounding how Plaintiff and her family ended up in the trailer. It is important to give the jury a basic background on these issues. This basic background is probative and is not prejudicial at all.

Plaintiff asks that all parties be limited to discussing the general background of the circumstances which led Plaintiff to a residence in the trailer. It would not be fair to limit Plaintiff, but not so limit Defendants.

## PRAYER

WHEREFORE, Plaintiff Alana Alexander respectfully requests that the Court deny Fluor's Motion in part and allow Plaintiff and other witnesses to provide general factual background about pre- and post-Katrina events, but prohibit all parties from argument or eliciting

2

testimony on details of Plaintiff's pre- and immediate post-Katrina experience.

      Respectfully submitted:

      **FEMA TRAILER FORMALDEHYDE**
      **PRODUCT LIABILITY LITIGATION**

BY:  <u>s/Gerald E. Meunier</u>
    GERALD E. MEUNIER, #9471
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone: 504/522-2304
    Facsimile: 504/528-9973
    gmeunier@gainsben.com

    <u>s/Justin I. Woods</u>
    JUSTIN I. WOODS, #24713
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone: 504/522-2304
    Facsimile: 504/528-9973
    jwoods@gainsben.com

    **COURT-APPOINTED PLAINTIFFS'**
    **STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    MIKAL WATTS, Texas # 20981820
    ROBERT BECNEL
    DENNIS REICH, Texas # 16739600

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/Gerald E. Meunier
                                              GERALD E. MEUNIER, #9471