Transcript of the Testimony of

# BURL B. KEEL, III

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



Page 15

1  Q  Well, you know, some guys who work for a living,

2     they like to keep a book so they can remember what

3     they were doing and where they were at certain

4     times.  Do you do that?

5  A  No, sir.

6  Q  You just rely on the old noggin.

7  A  Yes, sir.

8  Q  Okay.  So somewhere in the, you said, January time

9     frame this OSB was down in this warehouse; right?

10 A  Four sheets of it, yes, sir.

11 Q  Four sheets.  So tell me how it came to be that you

12    went to get one of these sheets to put it on this

13    person's bed.

14 A  Scott Pullin called me and asked me to have some

15    bed boards cut and take them to this customer's

16    house and look at the unit and put them on,

17    exchange them out.

18 Q  Okay.  And you say the customer's house.  You mean

19    their house meaning the Gulf Stream trailer they

20    were living in?

21 A  Yes, sir.

22 Q  Okay.  You're calling that their house; right?

23 A  Yes, sir.

24 Q  Okay.  So tell me how that happened.  I am assuming

25    you did that.  Right?

1    A    Yes, sir.

2    Q    Tell me how that occurred.

3    A    Well, I went to the unit that was in the yard, and

4         I took out the beds because I didn't have time to

5         cut them.  So I took out the OSB out of that unit,

6         went to the customer's house and spoke with the

7         customer, and then I started exchanging the boards.

8    Q    Tell me what the customer told you.

9    A    That there was a smell and his eyes were burning.

10   Q    Tell me what the customer's name was.

11   A    Beaux, Beauxman or Beaux something.

12   Q    Breaux?

13   A    Breaux maybe, yes.

14   Q    Breaux.  Okay.  That's a Louisiana name, Breaux,

15        B-r-e-a-u-x.  That sound right?

16   A    I have no idea, sir.  I had the address on a piece

17        of paper, that's it.

18   Q    Okay.  And Mr. Breaux, was he a white man or black

19        man?

20   A    I believe he was white.

21   Q    Okay.  And he told you that his eyes were burning?

22   A    Yes, sir.

23   Q    He was having problems with what he thought to be

24        formaldehyde?

25   A    Yes, sir.

```
 1   Q   It was bothering his nose?

 2   A   I don't recall the nose part, but he could smell.

 3       I don't recall it bothering him.

 4   Q   Well, it was bothering him enough it was burning

 5       his eyes.

 6   A   His eyes, yes, sir.

 7   Q   Did you go inside his trailer?

 8   A   Yes, I did, sir.

 9   Q   Did you notice the formaldehyde smell as well?

10   A   I noticed the smell, yes, sir.

11   Q   And was it burning your eyes?

12   A   It did not burn my eyes initially, sir, no.

13   Q   But once you were in there it started burning your

14       eyes?

15   A   Yes, sir.

16   Q   Was the air conditioning running?

17   A   No, sir.

18   Q   Why not?

19   A   I don't know why he didn't have it on.

20   Q   Okay.  So he was inside this trailer in January

21       time frame of '06 without the air on?

22           MR. WEINSTOCK:  Object to the form.  He said

23       January, February.

24   Q   January, February '06.  I want to make sure I'm

25       precise.  Sometime in January, February '06 when
```