# Transcript of the Testimony of

# DANIEL SHEA

Date: June 1, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT

1  Q  It's possible that you figured out it wasn't a test
2     once you saw the results.
3  A  I'm not sure of that.
4  Q  You don't know when you decided it wasn't a real
5     test.
6  A  I don't -- I don't think we felt it was, you know,
7     a test when he went down there.
8  Q  Before he left.
9  A  It was, you know, informal gathering of
10    information.
11 Q  At the same time you were sending Scott down to
12    Louisiana to perform what you now call a screening,
13    you were also working with FEMA to get your final
14    payment, weren't you?
15 A  I'm not sure what the timeline is there.
16        (Plaintiffs' Exhibit 9 was marked for
17    identification.)
18 Q  Gulf Stream 3005.  Let's talk about the time frame
19    there.
20 A  Okay.
21        MR. WEINSTOCK:  What number are you marking
22    it?
23        MR. BUZBEE:  Exhibit 9.
24 Q  Do you recall receiving that e-mail traffic?
25 A  I remember this -- I remember this going on.

1  Q   What's going on?
2  A   It was right to the end of the contract, and I
3      think what it was, was there were -- there were,
4      when the contract was really -- originally written,
5      there were so many units that were going to go
6      by -- that they anticipated would go by rail, and
7      so many that would be freighted down there by
8      truck.
9          And toward the very end of the contract -- we
10     had two contracts; and it's my recollection that
11     the -- when you ship them by truck, they're -- the
12     amount, we charge more freight than if they would
13     go by rail.  So when we got to the end of the
14     contracts, they needed to adjust the contract to
15     make up for that extra freight of the units that
16     went by truck.
17         And this was the confirmation that they had
18     made that adjustment for the freight, would be my
19     recollection.
20 Q   Can I see that, please?  I'm looking at Exhibit 9.
21     Gulf Stream stamp 3005.  At the top it says -- this
22     is from Department of -- DHS, the Government;
23     right?
24 A   Uh-huh.
25 Q   These are the people that are going to approve your

1  contract; right?
2  A  To approve our contract?
3  Q  They're the people you're talking to, to get your
4     contract approved.
5  A  That Phil was talking to.
6  Q  Yeah.  He says "They're both approved.  You're
7     golden."  Didn't he?
8  A  That's what it said, yes.
9  Q  And you were golden, weren't you?  Over
10    $500 million.  Right?
11 A  I believe he's indicating that that final detail
12    was worked out relative to the freight.
13 Q  And the reason for this series of e-mails, because
14    you guys wanted to make sure you got funding for
15    the contract.  Isn't that true?
16 A  Like I said, it had to do with the --
17        MR. MILLER:  Objection.  Foundation.
18 A  -- collection of the freight relative to the units
19    for the contract.
20 Q  Plaintiffs' Exhibit 10 is Gulf Stream 3020.  It's
21    an e-mail from Bryan McCreary, March 22, 2006, two
22    days before this e-mail that says "You're golden."
23    Read the first paragraph.
24        (Plaintiffs' Exhibit 10 was marked for
25    identification.)

## Dan Shea

**From:** Phil Sarvari [psarvari@gulfstreamcoach.com]
**Sent:** Friday, March 24, 2006 2:26 PM
**To:** Dan Shea
**Subject:** FW: Approval for modification

-----Original Message-----
From: Garratt, David [mailto:David.Garratt@dhs.gov]
Sent: Friday, March 24, 2006 3:02 PM
To: psarvari@gulfstreamcoach.com
Subject: Re: Approval for modification

They've both approved. You're golden.

-----Original Message-----
From: Phil Sarvari <psarvari@gulfstreamcoach.com>
To: Garratt, David <David.Garratt@dhs.gov>
Sent: Fri Mar 24 14:38:08 2006
Subject: RE: Approval for modification

Mr.Garratt:
   May I have the names and phone numbers of those two individuals so we can make sure that the approvals happen shortly? Thank you for your approval, I just want to make sure this happens today before everyone leaves for the day!
Please keep me posted, Thanks again, Phil 574-876-6646

>-----Original Message-----
>From: Garratt, David [mailto:David.Garratt@dhs.gov]
>Sent: Friday, March 24, 2006 12:41 PM
>To: psarvari@gulfstreamcoach.com
>Subject: Re: Approval for modification
>
>
>I just approved. It requires two more approvals, and I've notified those individuals it is awaiting their approval.
>
>-----Original Message-----
>From: Phil Sarvari <psarvari@gulfstreamcoach.com>
>To: Garratt, David <David.Garratt@dhs.gov>
>Sent: Fri Mar 24 12:31:54 2006
>Subject: RE: Approval for modification
>
>Mr. Garratt: Thank you and please call me upon approval! I appreciate all of your time and assistance!
>
>>-----Original Message-----
>>From: Garratt, David [mailto:David.Garratt@dhs.gov]
>>Sent: Friday, March 24, 2006 12:24 PM
>>To: psarvari@gulfstreamcoach.com
>>Subject: Re: Approval for modification
>>
>>
>>Don't see any problems to getting this approved today, Phil.
>>
>>-----Original Message-----

Plf's Ex 9
Witness D. Shea
Date 6/1/09 PEM

1

CONFIDENTIAL

From: Phil Sarvari <psarvari@gulfstreamcoach.com>
To: Garratt, David <David.Garratt@dhs.gov>
Sent: Fri Mar 24 12:18:09 2006
Subject: FW: Approval for modification

Mr. Garratt:
    I have spoken with Mr. Russo(781-223-4076) and he states he is ok with everything and will give you a call.
    I know you are out of the office today, so you may have to call him. Thnak you again for your assistance and we look forward to the approval asap!! Thank you again,
Phil  574-876-6646

-----Original Message-----
From:     Phil Sarvari [mailto:psarvari@gulfstreamcoach.com]
Sent:     Friday, March 24, 2006 11:40 AM
To:       psarvari@gulfstreamcoach.com; david.garratt@dhs.gov
Subject:  RE: Approval for modification

Mr. Garratt:
    Thank you for your time and assistance last evening. I have left messages with Nick Russo. I was wondering if the appropriate individuals have approved the modification yet. Thank you again and I would appreciate any update you may have.
    If I can be of further assistance to you or your team call me any time.
Phil

-----Original Message-----
From:     Phil Sarvari [mailto:psarvari@gulfstreamcoach.com]
Sent:     Thursday, March 23, 2006 5:49 PM
To:       david.garratt@dhs.gov
Subject:  Approval for modification

Mr Garratt:
    I look forward to your returned phone call. I appreciate your assistance in finally providing the approval that was needed to pay us for the ELU's that we delivered and the Katrina victims are currently living in. We have been attempting to resolve this critical issue since February. If you need any additional information please contact me @ 574-876-6646.
    Thank you again , Phil

Philip S. Sarvari
Executive Vice President
Gulf Stream Coach
Phone:  800-289-8787, Ext. 3259
Fax:    (574) 773-5761

2

GULF0003006

CONFIDENTIAL

**Dan Shea**

From: Phil Sarvari [psarvari@gulfstreamcoach.com]
Sent: Wednesday, March 22, 2006 4:15 PM
To: Brian Shea; Dan Shea
Subject: FW: Gulf Stream Coach, Inc. FEMA Contract

-----Original Message-----
From: McCreary, Bryan [mailto:Bryan.Mccreary@dhs.gov]
Sent: Wednesday, March 22, 2006 4:29 PM
To: psarvari@gulfstreamcoach.com
Subject: RE: Gulf Stream Coach, Inc. FEMA Contract

The funding still needs to be approved by upper management. I looked it up in the system and it still needs to go through the Directors office for approval; we can issue modification as soon as the funding gets approved.

I have asked our HCA to send an e-mail to the folks who need to go into the system and approve this.

Bryan

-----Original Message-----
From: Phil Sarvari [mailto:psarvari@gulfstreamcoach.com]
Sent: Wednesday, March 22, 2006 1:43 PM
To: Mccreary, Bryan
Subject: FW: Gulf Stream Coach, Inc. FEMA Contract

Bryan:
    Please let me know if you need anything else.
Also, can you call me and email with an update asap? You mentioned that this would be approved today and I have informed our Executive Council that I will report the approval to our council at our meeting this evening.
Thanks
again for all of your assistance in resolving this critical matter. Phil

-----Original Message-----
From: Kevin Elliott [mailto:kelliott@gulfstreamcoach.com]
Sent: Wednesday, March 22, 2006 10:48 AM
To: bryan.mccreary@dhs.gov
Cc: Phil Sarvari
Subject: Gulf Stream Coach, Inc. FEMA Contract

Bryan,

Attached is a spreadsheet that shows the information in the format you requested. Let me know if you have any questions on any of the figures.

Also, the new total of $276,134,725, may vary depending on where you direct us to ship the units.

Thank you,
Kevin Elliott
Controller,
Gulf Stream Coach, Inc.
800-289-8787 Ext. 3302
[This E-mail scanned for viruses by Data Constructs L.L.C.]



Plf's Ex 10
Witness D. Shea
Date 6/1/09 PEM

1

GULF0003020

**CONFIDENTIAL**