# Transcript of the Testimony of

# PHILIP SARVARI

Date: July 24, 2008

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT

1   A   To the best of my knowledge, yes.
2   Q   Let's talk about in April or May of '06. Did they
3       make their last payment in a timely fashion?
4   A   I don't recall.
5   Q   Do you recall when the last batch of trailers was
6       delivered?
7   A   Not the exact dates, no.
8   Q   Do you recall ever modifying the contract?
9   A   Yes.
10  Q   What for?
11  A   The first contract, this one here, which is 4000 --
12  Q   The one signed on September 2nd of '05, bottom
13      right-hand side?
14  A   Yes.
15  Q   Okay. That one was modified?
16  A   Yes.
17  Q   How?
18  A   That was modified for delivery.
19  Q   Explain.
20  A   A lot of the units -- the original contract was
21      written up for 24,900 units, the rail-ready units;
22      and the contract was written, by Bryan McCreary,
23      that 25,000 of the units, that we'd deliver them to
24      Elkhart, Indiana.
25  Q   Okay. So why did it need to be modified?

1   A   That was modified because there was a need to get
2       trailers to the points of destination so that they
3       could house the victims. And at that point in
4       time, my memory recalls that the rail yard, they
5       had so many railcars that were loaded and we -- at
6       that point we were manufacturing -- as we got on,
7       we were manufacturing faster to what our required
8       contract was, and we delivered the units to the
9       rail yard; they would load them and put them on the
10      trains -- or the railcars, excuse me; they would go
11      down, unload them down there, and bring the
12      railcars back.
13          They had a need to send immediate units down
14      there. They weren't getting them down fast enough.
15      So this contract was originally, all of them were
16      by rail. They had to modify them so that we could
17      get them down there faster and deliver them by
18      trucks.
19  Q   Okay. So you modi- -- the contract was modified so
20      the trailers could be delivered in a different
21      fashion. True?
22          MS. LIPSEY: Christine Lipsey join.
23          MR. BUZBEE: We're in the middle of the
24      deposition. Please mute your phone, please.
25  A   I'm sorry, Tony.

1  Q  They were modified -- the contract was modified to
2     change the delivery, the method of delivery?  Is
3     that right?
4  A  Yeah.  To take care of the method for the trucks
5     that delivered the units as opposed to the
6     railcars.
7  Q  And it was modified to pay your company more money
8     for that change.
9  A  For that change.
10 Q  Right?
11 A  Yes.
12 Q  And that modification was done via e-mail, was it
13    not?
14 A  No.  I recall sending a fax and receiving a fax --
15 Q  Okay.
16 A  -- to amend that.
17 Q  Right.  And you were -- what was the -- what was
18    the urgency about trying to get that modified?  Do
19    you recall there being an urgency to get that
20    contract modified sometime in the spring of 2006?
21 A  We were tracking payments per contract as we
22    invoiced, and the dollar amount of this first
23    contract, 4000, was for 250.
24 Q  I appreciate all that, but I asked a question about
25    do you recall there being an urgency to get the

Page 39

1       contract modified.
2   A   Yes.
3   Q   And what was the urgency?
4   A   The urgency was to correct the contract so that we
5       can get paid for delivering units.
6   Q   The urgency was you wanted to get your money;
7       right?  And to get your money, you needed the
8       contract modified.  True statement?
9           Did you understand the question?
10          MR. WEINSTOCK:  There was a question?
11  A   That was a question, sir?
12  Q   Yes.
13  A   I'm sorry.
14  Q   Was that a true statement?
15  A   That we needed to get paid for the products and
16      services we delivered?
17  Q   Right.
18  A   Yes.
19  Q   And that's why it was so urgent to get that
20      modification; right?
21  A   It was urgent to get paid for the product and
22      services that we provided.
23  Q   Let's take a look at -- we're going to mark as
24      Exhibit 6 Bates stamp 3005.  It's a series of
25      e-mails.  Do you recognize that document?

1      (Gulf Stream Exhibit 6 was marked for
2   identification.)
3 Q  I'm assuming you reviewed all these documents
4   before this deposition. Is that true?
5 A  I reviewed all the documents?
6 Q  The ones at least -- you know, I sent your lawyer a
7   stack that I was going to be using so you could
8   look them over. Did you have an opportunity to do
9   that?
10 A  Sir, I was made aware that we would be talking
11   about the contracts today.
12 Q  Okay.
13 A  That's the reason I was brought here today, was to
14   talk about the contracts between Gulf Stream.
15 Q  Right. That's what we're talking about, aren't we?
16 A  Okay.
17 Q  You're talking about modification of the contract?
18 A  Uh-huh.
19 Q  Okay. Take a look at that e-mail. Do you recall
20   sending this e-mail starting on March 23, 2006, to
21   David Garratt at the United States Government?
22 A  Yes, I do recall.
23 Q  And do you recall that this was an urgent matter
24   for you? That's why you continuously sent these
25   e-mails?

1  A  Yes.
2  Q  And you go on to -- let's see.  You start the
3     e-mails on March 23rd, and it looks like via e-mail
4     you're told, on March 24th, "They're both approved.
5     You're golden."  See that at the top?
6  A  I see that -- I do see that at the top, yes.
7  Q  And that was on March -- and that was in response
8     to another e-mail you had sent that basically said,
9     "Look, I need to get these modifications to the
10    contract approved today."  Right?  See where you
11    said that on March 24th?  Right there (indicating).
12 A  Yes.
13 Q  You wanted the Government to approve this
14    modification so you guys could get your money.
15    True statement?
16 A  Yes.
17 Q  Was there any concern at that point, March 24th of
18    2006, that the Government might not perhaps give
19    you all your money that you thought you were
20    entitled to?
21 A  No.  I have faith in our Government.
22 Q  At the time you sent these e-mails urgently asking
23    for contract modification, did you have any
24    knowledge that there might have been an issue with
25    formaldehyde in the trailers you had previously

**Dan Shea**

From: Phil Sarvari [psarvari@gulfstreamcoach.com]
Sent: Friday, March 24, 2006 2:26 PM
To: Dan Shea
Subject: FW: Approval for modification

-----Original Message-----
From: Garratt, David [mailto:David.Garratt@dhs.gov]
Sent: Friday, March 24, 2006 3:02 PM
To: psarvari@gulfstreamcoach.com
Subject: Re: Approval for modification


They've both approved. You're golden.


-----Original Message-----
From: Phil Sarvari <psarvari@gulfstreamcoach.com>
To: Garratt, David <David.Garratt@dhs.gov>
Sent: Fri Mar 24 14:38:08 2006
Subject: RE: Approval for modification

Mr. Garratt:
    May I have the names and phone numbers of those two individuals so we can make sure that the approvals happen shortly? Thank you for your approval, I just want to make sure this happens today before everyone leaves for the day!
Please keep me posted, Thanks again, Phil 574-876-6646

    -----Original Message-----
    From: Garratt, David [mailto:David.Garratt@dhs.gov]
    Sent: Friday, March 24, 2006 12:41 PM
    To: psarvari@gulfstreamcoach.com
    Subject: Re: Approval for modification


    I just approved. It requires two more approvals, and I've notified those individuals it is awaiting their approval.


    -----Original Message-----
    From: Phil Sarvari <psarvari@gulfstreamcoach.com>
    To: Garratt, David <David.Garratt@dhs.gov>
    Sent: Fri Mar 24 12:31:54 2006
    Subject: RE: Approval for modification

    Mr. Garratt: Thank you and please call me upon approval! I appreciate all of your time and assistance!

        -----Original Message-----
        From: Garratt, David [mailto:David.Garratt@dhs.gov]
        Sent: Friday, March 24, 2006 12:24 PM
        To: psarvari@gulfstreamcoach.com
        Subject: Re: Approval for modification


    Don't see any problems to getting this approved today, Phil.

        -----Original Message-----

1


Exhibit 6
Witness Gulf Stream
Date 7/24/08  PEM

GULF0003005

**CONFIDENTIAL**

From: Phil Sarvari <psarvari@gulfstreamcoach.com>
To: Garratt, David <David.Garratt@dhs.gov>
Sent: Fri Mar 24 12:18:09 2006
Subject: FW: Approval for modification

Mr. Garratt:
   I have spoken with Mr. Russo(781-223-4076) and he states he is ok with everything and will give you a call.
   I know you are out of the office today, so you may have to call him. Thnak you again for your assistance and we look forward to the approval asap!! Thank you again,
Phil   574-876-6646

-----Original Message-----
From:     Phil Sarvari [mailto:psarvari@gulfstreamcoach.com]
Sent:     Friday, March 24, 2006 11:40 AM
To:       psarvari@gulfstreamcoach.com; david.garratt@dhs.gov
Subject:     RE: Approval for modification

Mr. Garratt:
   Thank you for your time and assistance last evening. I have left messages with Nick Russo. I was wondering if the appropriate individuals have approved the modification yet. Thank you again and I would appreciate any update you may have.
   If I can be of further assistance to you or your team call me any time.
Phil

-----Original Message-----
From:    Phil Sarvari [mailto:psarvari@gulfstreamcoach.com]
Sent:    Thursday, March 23, 2006 5:49 PM
To:      david.garratt@dhs.gov
Subject:    Approval for modification

Mr Garratt:
   I look forward to your returned phone call. I appreciate your assistance in finally providing the approval that was needed to pay us for the ELU's that we delivered and the Katrina victims are currently living in. We have been attempting to resolve this critical issue since February. If you need any additional information please contact me @ 574-876-6646.
   Thank you again , Phil

Philip S. Sarvari
Executive Vice President
Gulf Stream Coach
Phone:  800-289-8787, Ext. 3259
Fax:    (574) 773-5761

2

GULF0003006

CONFIDENTIAL