# Transcript of the Testimony of

# SCOTT PULLIN

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT
A

Page 8

1          MR. WEINSTOCK:  Andy Weinstock for Gulf Stream
2      Coach.
3          THE VIDEOGRAPHER:  Would the court reporter
4      please swear the witness.
5                      SCOTT PULLIN
6  having been first duly sworn to tell the truth, the
7  whole truth, and nothing but the truth was examined
8  and testified as follows:
9  DIRECT EXAMINATION
10  QUESTIONS BY MR. BUZBEE:
11  Q   What is your name, sir?
12  A   Scott Pullin.
13  Q   Who told you to go down to Louisiana and test
14      trailers?
15  A   Mr. Shea.
16  Q   What did he tell you to do?
17  A   Take some screening samples.
18  Q   He called it screenings from the very beginning, or
19      did he call it testing?
20  A   I don't recall it being called testing.  It was
21      screening.
22  Q   It was called a screening?
23  A   Uh-huh.
24  Q   So your testimony is, the day that he called you up
25      and said, Scott, go to Baton Rouge and do some --

```
 1       he used the word "screening"?
 2   A   As I recall, yes.
 3   Q   And you're sure about that?
 4   A   Yes, sir.
 5   Q   Okay.  And why did he tell you, if you know, to go
 6       down to Louisiana and do some screening?
 7   A   The news had surfaced about some concerns, and we
 8       just wanted to get down and see what was going on,
 9       get some samples and see what the conditions were.
10   Q   And what did you do to prepare yourself?  Do you
11       remember when he told you to go down and do some
12       screening?
13   A   I believe it was towards the end of March or the
14       beginning of April.
15   Q   Okay.
16           MR. WEINSTOCK:  Tony, before you ask the next
17       question, if we can have an agreement there will be
18       no additional waiver of privilege.
19           MR. BUZBEE:  We'll have the same one we've had
20       for each time we've talked about this screening.
21           MR. WEINSTOCK:  Thank you very much and
22       proceed.
23           MR. BUZBEE:  Thank you.
24   Q   Just so I'm clear, the first conversation you had
25       with Jim -- was it Jim Shea that told you to do it
```

1      or Dan Shea?
2   A  It was Dan Shea.
3   Q  The first conversation you had with Dan Shea, he
4      used the word "screening"; isn't that right?
5   A  I don't recall the first conversation I had with
6      him regarding this.
7   Q  Do you recall the first time when he used the word
8      "screening"?
9   A  Not specifically.
10  Q  Could it have been after you had finished your
11     testing?
12  A  I can't put a specific date on it.
13  Q  So you could have started calling this test a
14     screen after the fact; right?
15  A  Possibly.
16  Q  I thought so.  When he told you to go down and do
17     some testing in Louisiana, or screening, whatever
18     you want to call it now, what did you do to prepare
19     to do that?
20  A  Booked a flight, packed a bag, took the
21     Formaldemeter with me, and flew to Louisiana.
22  Q  Well, you had to get the Formaldemeter; right?
23  A  That's correct.  Dan had it.
24  Q  Dan had already had it?
25  A  I believe so.

```
 1   Q   Now, he talked to you about doing the testing, and
 2       then he went and got the Formaldemeter 400?
 3   A   I don't know if he specifically purchased it
 4       himself, but it was arranged for me to take with
 5       me.
 6   Q   Okay.  And this was a hand-held device?
 7   A   Yes, sir.
 8   Q   Called a Formaldemeter 400?
 9   A   I believe that's correct.
10   Q   And Dan gave it to you?
11   A   Yes.
12   Q   Did you read the manual?
13   A   Portions of it.
14   Q   When did you read the manual?
15   A   When I first received the meter.
16   Q   That was before you got on the plane?
17   A   I don't know if it was before I got on the plane or
18       when I was on the plane.
19   Q   Okay.  So you took the Formaldemeter 400 and you
20       went down to Baton Rouge.  Tell me what you did
21       once you got there.
22   A   The -- I was down in Baton Rouge on some other
23       matters that I was down in the lower St. Bernard
24       Parish and had stopped and visited and talked with
25       some folks that were outside of their trailers or
```

Page 12

1    in their yards in front of their houses and just
2    asked them how they were with the trailer, if they
3    had any problems with the trailer.
4         The conversation led on to if they had had any
5    type of irritation or breathing problems or
6    concerns with the interior smell of the coach and
7    then asked them if I could take a recording.
8  Q  Okay.  So you had this discussion before you
9    decided to take the recording?
10 A  Oh, yes.
11 Q  And you chose these people because you just
12   happened to be driving by and you saw them outside?
13 A  Well, I was familiar with the area, and, of course,
14   there was no street signs, and it's pretty
15   intimidating down there after the storm.  Being
16   familiar with the area and knowing that some of
17   these houses were -- or trailers were set up, I was
18   comfortable with the area that I was in.  And when
19   I saw someone outside working on their house or in
20   their yard or by their trailer, then I would stop
21   and talk with them.
22 Q  So you just -- just so I understand, the way you
23   chose the actual trailers to test was just driving
24   by and seeing someone out in the yard, you stopped
25   by and start chatting with them?

Page 196

1  Q  Do you know what the result of this person's --
2     whether he was relocated or not?
3  A  I don't know.
4  Q  Now, I want to step back and I want to ask you a
5     question about, as to the FEMA units that you guys
6     constructed for purposes of responding to
7     Hurricanes Katrina and Rita, how many complaints
8     about formaldehyde, formaldehyde-type fumes, are
9     you aware of that Gulf Stream Coach received
10    between the March 10, 2006, and middle of March --
11    middle of May 2006?  Actually the end of May 2006.
12 A  Well, I was given direction to be the point guy on
13    that, so a lot of this stuff was under the flux to
14    come my direction after some calls had come in.  I
15    think I collectively got everything and responded
16    to those that I was aware of that were in Gulf
17    Stream Coaches.
18       I also received calls from people that were in
19    other manufacturers' units and tried to -- I gave
20    them the same answer that I was providing our
21    customers.  I would be guessing at the number.  I
22    think it was in the 30 -- you said Hurricane Rita
23    and Andrew.
24 Q  No, Rita and Katrina.
25 A  Rita and Katrina.  I think it was in the -- the

Page 197

```
 1      total envelope of all complaints was, like, 34, if
 2      I recall right.  But there is a mixture of, like I
 3      say, different vendors, different manufacturers,
 4      and some were even calling because they had heard
 5      it on the radio and wanted to get a clarification
 6      of whether their fifth wheel or their motor home
 7      would have formaldehyde similar to that built in
 8      the FEMA trailers.
 9  Q   In the spring of 2006 there was a lot of news in
10      the press about the formaldehyde in trailers; is
11      that right?
12  A   Yes.
13  Q   And so what I gather you're telling me is that you
14      were getting calls from persons who had bought
15      units from private dealers as well as calls from
16      units that had been manufactured by other vendors?
17  A   That's correct.
18  Q   And the total number of those calls that you
19      received from about mid March through the end of
20      May was between 30 and 40?
21  A   Yes.
22  Q   How many of those calls -- let me step back.
23          You're aware that Gulf Stream Coach
24      manufactured a total of about 50,000 units for
25      FEMA?
```