**Dan Shea**

**From:** Dan Shea [dshea@gulfstreamcoach.com]
**Sent:** Tuesday, March 21, 2006 1:32 PM
**To:** 'Miller, Stephen'
**Subject:** RE: Cavalier trailers

Stephen
I will send a person down to Baton Rouge on Friday to test units in your staging area.
Dan Shea

---

**From:** Miller, Stephen [mailto:Stephen.Miller1@dhs.gov]
**Sent:** Tuesday, March 21, 2006 9:51 AM
**To:** dshea@gulfstreamcoach.com
**Subject:** FW: Cavalier trailers

Does your field staff have the capability to put this to bed?

---

**From:** Melton, Sidney
**Sent:** Tuesday, March 21, 2006 7:32 AM
**To:** Miller, Stephen
**Subject:** RE: Cavalier trailers

Are they willing to come down and test their new units?

---

**From:** Miller, Stephen
**Sent:** Tuesday, March 21, 2006 7:21 AM
**To:** Melton, Sidney; Miller, MichaelL; DeBlasio, Stephen; Gil, Juan; Igert, Jill; Parker, Robert
**Subject:** FW: Cavalier trailers

---

**From:** Dan Shea [mailto:dshea@gulfstreamcoach.com]
**Sent:** Friday, March 17, 2006 4:08 PM
**To:** Miller, Stephen
**Subject:** Cavalier trailers

Stephen
I want to advise you of Gulf Stream Coach's use of low formaldehyde emitting materials in our Cavalier travel trailers. To my knowledge there is no requirement in the RV industry for use of low formaldehyde emitting materials. Where possible our company uses material that meets the HUD specification of low formaldehyde emissions for manufactured housing.

1. We use LE luan for all of our interior paneling. These panels meet HUD requirements for low formaldehyde emissions.
2. We use a low emission floor decking which meet HUD requirements for low formaldehyde emissions.
3. Our bed tops and dinette base are either LE luan of MDF (medium density fiberboard) which meet HUD requirements for low formaldehyde emissions.
4. Our cabinet doors are wrapped MDF which also meet the HUD requirement.

PLAINTIFF'S EXHIBIT B

Gulf0004472