# Transcript of the Testimony of

# DANIEL SHEA

Date: June 1, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT
C

```
1          MR. BUZBEE:  Yes, sir.
2          MR. WEINSTOCK:  -- letting you ask about it
3     does not further waive it?
4          MR. BUZBEE:  Yes.  Did we have that agreement
5     in the first deposition with Mr. Shea?
6          MR. WEINSTOCK:  We did.  Oh --
7          MR. BUZBEE:  Like back last summer?
8          MR. MILLER:  No.
9          MR. BUZBEE:  I didn't think so.
10         MR. WEINSTOCK:  I don't think you asked about
11    specific numbers, though.
12         MR. BUZBEE:  Okay.  All right.
13  Q  What led to sending Mr. Pullin down to New Orleans
14     to do some screening of these trailers?
15  A  Well, there was obviously the concern brought up in
16     the press, and we wanted to do whatever we could to
17     learn more about formaldehyde and any complaint
18     that may be out there.  And we had gone out of our
19     way to follow up on any complaints that were out
20     there to see if we could provide any assistance.
21         And part of this information collecting was to
22     have Scott go down and -- I believe he was already
23     going down to, what is it, St. Bernard?  And to
24     collect information, talk to people, and give us
25     feedback whether there were people that had
```

1    complaints, because we really weren't -- we had
2    seen the report in the press and we wanted to learn
3    as much as we could about this.
4  Q  You sent him down there because you told the
5    Government you were going to.  Isn't that right?
6  A  No.
7  Q  You did tell the Government you were going to do
8    some testing, didn't you?
9  A  Well, there was a contact where Steve Miller had
10    sent me a request to see if our field people could
11    do some testing.  And I naively thought that, as
12    probably Steve, hey, that was something that a
13    field rep could do.  I had no idea.
14        Prior to that, I had heard very, very little
15    about formaldehyde in the ten years that I had been
16    in charge of the towable division.  I can't even
17    hardly remember much about formaldehyde coming up.
18        So this was a couple days after we had heard
19    the first complaint, and I had an e-mail from Steve
20    asking if we could have a field person do it.
21    Looked online, said, Hey -- looked at these instant
22    read things; said, Hey, we could get one of these
23    and have one of our guys to do some testing.
24        And you know, I had no idea.  I mean, this
25    was -- this was obviously something that is beyond