Non-Nalvety Trailer Record

Record Unit Serial Number and BC Control Numb... before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. (Make sure vent flap is unlocked and open).
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 57?

Record BC Number: 13S9050

Location of Trailer: TBTR?

DOM: 4/13/2006

Record Date: 4/22/2006

Record Time: 1450

Ventilation Start Time: 9:00

Ventilation Stop Time: 11:50

Activation Date: N/a

| Post Ventilation | | |
|---|---|---|
| Time: | 11:50 | 79° | 58% |
| | 2:04 | 84° | 53% |
| | 5:08 | | |
| | 6:50 | 85° | 40% |

| | | |
|---|---|---|
| Bedroom Wndw | | |
| Spare Wndw | | |
| Dinette | | |
| Bunk Wndw | | |
| Entry Door | X | |
| Range Vent | X | |
| Bath Vent | X | |
| Roof Air Conditioner | X | |
| Smoke | X | |
| # of Occupants | X | |
| | 77 | 58% | 0.49 |
| | 35° | 37% | 0.72 |
| | 28° | 34% | 0.16 |
| | 68° | 34% | 0.16 | REGAS GEN |

Measurement Devices: PPM Formaldemeter 400 Serial Number F3739

Notes: ROOF A/C W/BATH VENT OPEN 2"
PLASTIC GARBAGE CAN AND CARD BOARD BOX LEFT IN UNIT

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01811

PLAINTIFF'S EXHIBIT
D

Non-Active / Before Record / Before entry into trailer.

Record Unit Serial Number and BC Control Number. Before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

| Field | Value |
|---|---|
| Record Unit Serial Number: | |
| Record BC Number: | 1663832 |
| Location of Trailer: | BYB |
| DOM: | #4312400S |
| Record Date: | 2/22/2006 |
| Record Time: | 10:16 |
| Ventilation Start Time: | 5:55 |
| Ventilation Stop Time: | 10:16 |
| Activation Date: | N/A |

| Item | |
|---|---|
| Bedroom Vent | X |
| Stove Vent | X |
| Kitchen | X |
| Bunk Wind. | X |
| Entry Door | X |
| Range Vent | X |
| Bath Vent | X |
| Roof Air Conditioner | X |
| Smoke | X |
| # of Occupants | X |

| Post Ventilation Time: | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10:16 | 39° | 60% | | 70° | 75% | 0.42 | |
| 11:30 | 72.3° | 66% | | 77° | 67% | 0.52 | |
| 12:10 | 83° | N/A | | 75°?? | 58% | 0.75 | |
| 1:50 | 85° | 58% | | 78° | 54% | 0.85 | |
| 2:18 | 84° | 53% | | 82° | 46% | 0.9 | |
| 4:25 | 85° | 47% | | 84.9% | 43% | 0.44 | |
| 6:55 | 85° | 45% | | 83.5° | 27% | 0.26 | |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes:   2 vents installed; 1 on; 1 closed

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.   GS(COGR) 01812

## Non-Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: **762**

Record BC Number: **4235687**

Location of Trailer: **BTR**

DOM: **3/24/2006**

Record Date: **4/22/2006**

Record Time: **13:20**

Ventilation Start Time: **13:20**

Ventilation Stop Time: **13:37**

Activation Date: **N/A**



| | Bedroom Wnd. | Sofa Wnd. | Dinette | Bunk Wnd. | Entry Door. | Range Vent | Bath Vent | Roof Air Conditioner | Smoke | # of Occupants |
|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | | X | X | | X | X | X |

| Post Ventilation: | | | | |
|---|---|---|---|---|
| Time: | | | | |
| 13:37 | 85° | 65% | 85° | 65% |
| 4:15 | 85° | 53% | 85° | 51% |
| 6:20 | 83° | 45% | 86° | 46% |
| 7:40 | 75° | 56% | 82° | 50% |

| 78° | 0.24 |
|---|---|
| | 0.71 |
| | 0.65 |
| | 0.66 |

Measurement Devise: PPM Formaldemeter 400 Serial Number F3739

Notes:

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.   GS(COGR) 01815

Record Unit Serial Number and BC Control Numb... before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. (Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 

Record BC Number: 1345896

Location of Trailer: 

DOM: 

Record Date: 4/22/2008

Record Time: 2:55

Ventilation Start Time: 

Ventilation Stop Time: 

Activation Date: N/A

Bedroom Wide | Sofa Wall | Dinette | Bunk Wd. | Entry Door | Range Vent | Bath Vent | Post A/C Conditioner | Smoke | Fan Recirculate

| Post Ventilation: | 85° | 53% | 88.3° | 52% | | | | | | 1.22 |
| Time: | 2:55 | | | | | | | | | |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes:

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01817

Non-Activated Trailer Record

Record Unit Serial Number and BC Control Numb... before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: [redacted]

Record BC Number: 1345610

Location of Trailer:

DOM: 4

Record Date: 4/22/2006

Record Time: 2047

Ventilation Start Time:

Ventilation Stop Time:

Activation Date: N/A

| | | | |
|---|---|---|---|
| Bedroom Vent | | | |
| Sofa Vent | | | |
| Dinette | | | |
| Bunk Vent | | | |
| Entry Door | | | |
| Range Vent | | | |
| Bath Vent | | | |
| Roof Air Conditioner | | | |
| # of Occupants | | | |
| Smoke | | | |

| Post Ventilation: | 38* | 62% | .204 |
|---|---|---|---|
| Time: 2047 | | | |

Measurement Devise: PPM Formaldemeter 400 Serial Number F3739

Notes:   Only 2 small windows open

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01818

Non-Activity Gator Record   before entry into trailer.

Record Unit Serial Number and BC Control Numb.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is-unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement inside and Out.

Record Unit Serial Number:

Record BC Number:          3345768

Location of Trailer:

DOM:

Record Date:               4/22/2006

Record Time:               9:45

Ventilation Start Time:    9:45

Ventilation Stop Time:     10:05

Activation Date:           N/A

| | | | Bedroom Wall | | |
| | | | Sofa Work | | |
| | | | Dinette | | |
| | | | Bunk Wall | | |
| | | | Entry Door | | |
| | | | False Vents | | |
| | | | Bath Vent | | |
| | | | Roof A/C Condensate | | |
| | | | Smoke | | |
| | | | # of Occupants | | |

| Post Ventilation | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time:  9:45 | 84° | | 53% | | 87° | 52% | 1.88 |
|       10:05 | | | | | 86° | 61% | 2.04 |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes:

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01820

Non-Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling Vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: [ ]

Record BC Number: 1045555

Location of Trailer: [ ]

DOM: [ ]

Record Date: 4/22/2006

Record Time: 6:30.

Ventilation Start Time: [ ]

Ventilation Stop Time: [ ]

Activation Date: N/A

| | | | |
|---|---|---|---|
| Bedroom Wndl | | | |
| Sofa Wndl | | | |
| Dinette | | | |
| Bunk Wndl | | | |
| Entry Door | | | |
| Range Vent | | | |
| Bath Vent | | | |
| Roof Air Conditioner | | | |
| Smoke | | | |
| # of Occupants: | 00 | | |

| | Time: | | | | | | |
|---|---|---|---|---|---|---|---|
| Post Ventilation: | 3:30 | 85° | 25% | 53% | 88.3° | 54% | 4.48 |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes:

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01824

Serial # ▓▓▓▓▓           Dom: 3/12/06

BA # 135-7802

| | Time | +30 | +60 | +90 |
|---|---|---|---|---|
| Vent Time Start | 11.35 | | | |
| Vent Time Stop | 1.37 | 2.07 | 2.40 | 3.41 |
| | | | | |
| Outside Temp | 79.2 | 79.7 | 79.7 | 78.3 |
| Outside Humidity | 32% | 35% | 35% | 32% |
| | | | | |
| Inside Temp | 78.1 | 81.3 | 81.3 | 81.3 |
| Inside Humidity | 53% | 50% | 51% | 52% |
| F. Reading | .37 | 1.25 | 1.78 | 2.44 |

Serial # ▓▓▓▓▓           Dom: 3/12/06

BA # 13579643

| | Time | +30 | +60 | +90 |
|---|---|---|---|---|
| Vent Time Start | 11.40 | | | |
| Vent Time Stop | 1.43 | 2.11 | 2.56 | 3.51 |
| | | | | |
| Outside Temp | 79.2 | 79.5 | 79.7 | 78.4 |
| Outside Humidity | 33% | 37% | 37% | 41.% |
| | | | | |
| Inside Temp | 74.3 | 77.9 | 78.1 | 78.4 |
| Inside Humidity | 607 | 53% | 54% | 55% |
| F. Reading | .03 | .45 | .70 | 1.22 |

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.          GS(COGR) 01627

| Serial # ▇▇▇▇ | | Dom. 07/28/06 | | |
| --- | --- | --- | --- | --- |
| BE# 112497 | | | | |
| | Time | 430 | 460 | 490 |
| Vent Time Start | 1155 | | | |
| Vent Time Stop | 130 | 230 | 305 | 425 |
| Outside Temp | 79.5 | 77.6 | 79.7 | |
| Outside Humidity | 35% | 35% | 37% | |
| Inside Temp | 75.9 | 78.9 | 78.6 | 78.6 |
| Inside Humidity | 53% | 50% | 50% | 51% |
| F Reading | 30 | 80 | 1.39 | 1.80 |
| | | | | |
| Serial # ▇▇▇▇ | | Dom. 7/14/04 | | |
| BE# 649470 | | | | |
| | Time | 430 | 460 | 490 |
| Vent Time Start | 1215 | | | |
| Vent Time Stop | 105 | 230 | 315 | 429 |
| Outside Temp | 79.7 | 80.2 | 80 | 79.6 |
| Outside Humidity | 31% | 31% | 35% | 41% |
| Inside Temp | 77.8 | 80 | 81.3 | 84.4 |
| Inside Humidity | 48% | 47% | 45% | 47% |
| F Reading | 100 | .53 | .53 | .42 |

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.        GS(COGR) 01628



| Side 1 | | Date: 10/23/06 | | |
| BG # 1053606 | | | | |
| | TIME | +30 | +60 | +90 |
| Unit Time Start | 1:32 | | | |
| Unit Time Stop | 2:24 | 2:54 | 3:30 | 4:35 |
| | | | | |
| Outside Temp | 79.7 | 80.2 | 80 | 78.7 |
| Outside Humidity | 33% | 31% | 38 | 41 |
| | | | | |
| Inside Temp | 75 | 83.2 | 82.1 | 81.6 |
| Inside Humidity | 49% | 46% | 47% | 49% |
| F. Reading | .101 | .28 | .53 | .69 |
| | | | | |
| Side 2 | | Date: 3/3/06 | | |
| BG # 1278499 | | | | |
| | TIME | +30 | +60 | +90 |
| Unit Time Start | 12:32 | | | |
| Unit Time Stop | 2:34 | 3:05 | 3:40 | 4:40 |
| | | | | |
| Outside Temp | 79.7 | 80.1 | 79.9 | 78.8 |
| Outside Humidity | 38% | 38% | 37% | 41.8 |
| | | | | |
| Inside Temp | 76 | 78.6 | 78.4 | 78.6 |
| Inside Humidity | 61% | 55% | 56% | 59% |
| F. Reading | .16 | .83 | 1.21 | 1.77 |

PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.          GS(COGR) 01629



PRIVILEGED AND CONFIDENTIAL
PRODUCED TO COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
NOT TO BE DISCLOSED WITHOUT CONSENT OF GULF STREAM COACH, INC.

GS(COGR) 01630

Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Data and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: [                    ]

Record BC Number: [ Post Home No Serial ]
                   [ BC Number ]

Location of Trailer: [                    ]

DOM: [                    ]

Record Date: [ 3/28/2008 ]

Record Time: [ 125 ]

Ventilation Start Time: [                    ]

Ventilation Stop Time: [                    ]

Activation Date: [ N/A ]

|  | Open | Closed |
|---|---|---|
| Bedroom Wnd. | x |  |
| Sofa Wnd. | x |  |
| Dinette | x |  |
| Bunk Wnd. | x |  |
| Entry Door | x |  |
| Range Vent |  |  |
| Bath Vent |  |  |

|  | On | Off |
|---|---|---|
| Roof Air Conditioner |  |  |
| Smoke |  |  |

| # of Occupants |
|---|

| Post Ventilation: | Time | 125 | 86.5° | 39% | 86.5° | 39% | 0.x | 0.06 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Measurement Device: PPM Formaldemeter 400 Serial Number F37f39

Notes:   Front door and windows open

GS(COGR) 01570

Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vant. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 67

Record BC Number: 1291614

Location of Trailer:

DOM: 1/17/2006

Record Date: 3/28/2006

Record Time:

Ventilation Start Time:

Ventilation Stop Time:

Activation Date:

| | Open | Closed |
|---|---|---|
| Bedroom Wnd. | | |
| Side Wnd. | | |
| Dinette | | |
| Bunk Wnd. | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Roof A/C Conditioner | | |
| Smoke | | |

# of Occupants:

| Time | Ambient | Humidity | Inside Temp | Inside Humidity | Record | Record |
|---|---|---|---|---|---|---|
| | 82.5° | 37% | 84° | 39% | 0.1 | 0.00 |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes: Hwy, r/o 171802-roof leak and a/c problem
Fiwz-225-391-2366
St. Bernard, LA

GS(COGR) 01571

Achieved Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

| Record Unit Serial Number: | ████ |
| Record BC Number: | 1294335 |
| Location of Trailer: | Louisiana |
| DOM: | 2/10/2006 |
| Record Date: | 5/28/2006 |
| Record Time: | 1624 |
| Ventilation Start Time: | |
| Ventilation Stop Time: | |
| Activation Date: | |

|  | Open | Closed |
|---|---|---|
| Bedroom Wind | | |
| Sofa Wind. | | |
| Dinette | | |
| Bunk Wind | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

|  | On | Off |
|---|---|---|
| Roof Air Conditioner | | |

|  | Yes | No |
|---|---|---|
| Smoke | | |

| # of Occupants | |

| Time: | QS Temp | QS Ambient | QS Humidity | Inside Temp | Inside RH | Record | QS Record |
|---|---|---|---|---|---|---|---|
| Post Ventilation | | | | | | | |
| 1624 | 81.7° | | 43% | | | 0.15 | 0.03 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes: Only at first once opened up no problem

GS(COGR) 01572

Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 5K

Record BC Number: 1424294

Location of Trailer:

DOM:

Record Date: 3/28/2006

Record Time: 1635

Ventilation Start Time:

Ventilation Stop Time:

Activation Date: 12/2/2005

| Post Ventilation | | | | | | | Open | Closed |
|---|---|---|---|---|---|---|---|---|
| Time: | 1635 | 82.5° | | 42% | 29.9° | 57% | | |
| | | | | | | | 02 | 000 |

Bedroom Wnd.
Sofa Wnd.
Dinette
Bunk Wnd.
Entry Door
Range Vent
Bath Vent
Roof Air Conditioner
Smoke(s)
# of Occupants

Measurement Device: PPM Formaldemeter 400 Serial Number F3739

Notes:

GS(COGR) 01573

Activate Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate/or (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 54_____

Record BC Number: TE291105

Location of Trailer:

Date: 4/24/2006

Record Date: 4/22/2006

Record Time: 10:30 a.m.

Ventilation Start Time:

Ventilation Stop Time:

Radiation Date:

| Location | | | |
|---|---|---|---|
| Bedroom/Wall | | X | |
| Sofa/Wall | | X | |
| Dinette | | | |
| Back/Wall | | | |
| Entry/Door | | | |
| Range Vent | | On | Off |
| Bath Vent | | On | Off |
| Roof A/C Container | | Yes | No |
| Outside | | | 20 |
| End Occupant | | 2 | |

| | Pre-Vent | | Post Vent | A/S Record |
|---|---|---|---|---|
| Start Ventilation: | | | | |
| End Ventilation: | 45% | | 0.54 | 0.0 |
| Temp: | 11:30 a.m. | | | |

Notes:  2 windows open (sofa & dinette); Has been in since Jan; Became nervous out of smoke alarm - went off; cold - started furnace; no problem with trailer; had any problems w/eye; nothing other than new smells a/c on all windows closed; never came back to hook up electric.

Measurement Device: PPid Formaldemeter 400 Serial Number(F3/GS)

GS(COGR) 01574

FAX 269- ███ 11:30 Am

① 80.6°F   45% RH.

Fa .54   Lowepoints

Bc. 1291105

DeW. 1-13-06

54 - ███

Burn Ditteners out of
Smoke alarm - went off.
Cold - Started furnace.

82.8°F   45% RH   outside

No problem w/ Trailer.

Never any problem w/ oys
Nothing other than new
                    Smell

A/c on all Windows closed.

(42)

F = 32    Mrs. ████ in tel 1 month
          11:45 Am.

86.5°F    43% RH inside

Tube leak.

BC. 129473 /

DOM - 2/15/06

51 - ████

878°F   94% RH o/s

No complaint other
than tub leak.

### Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. (Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 57____

Record BC Number: 1394731

Location of Trailer:

DOM: 3/15/2006

Record Date: 4/22/2006

Record Time: 10:45am

Ventilation Start Time:

Ventilation Stop Time:

Activation Date:

| | Open | Closed |
|---|---|---|
| Bedroom Vent | X | |
| Sofa Vent | X | |
| Dinette | | |
| Bunk Vent | | |
| Entry Door | | X |
| Range Vent | | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Roof Air Conditioner | X | |

| | Yes | No |
|---|---|---|
| Smoke | | X |

| | 2 |
|---|---|
| # of Occurrences | |

Measurement Device: PPM Formaldemeter 400 Serial Number _____

Notes:  occupied for one month; no complaints other than tub leaks

**Activated Trailer Record**

- Record Unit Serial Number and BC Control Number before entry into trailer.
- Record Location of Trailer.
- Record Date and Time.
- Record Outside Ambient Temperature and % Relative Humidity.
- Open Bathroom Ceiling Vent, activate vent fan.
- Activate range Vent (make sure vent light is unlocked and open)
- Allow Both Fans to Operate for (15) Fifteen Minutes:
- Record Ventilation Start / Stop Time.
- Record Measurement Inside and Out

Record Unit Serial Number: 67_____

Record BC Number: 1123844

Location of Trailer: SE Bernard

DOM: 12/21/2005

Record Date: 4/22/2006

Record Time: 12:00 p.m.

Ventilation Start Time:

Ventilation Stop Time:

Activation Date:

| | Open | Closed |
|---|---|---|
| Bedroom Wind. | | |
| Sofa Wind. | | |
| Diette | | |
| Bunk Wind. | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| Roof Air Conditioner | On | Off |
|---|---|---|
| | X | |

| Smoke | Yes | No |
|---|---|---|
| | | |

| # of Occupants | 2 |
|---|---|

| | CS Number | QS Number | Inside Temp | Inside RH% | Delta RH% | Record | QHS Record |
|---|---|---|---|---|---|---|---|
| | 900 | 900 | 79º | 78% | 32% | 0.55" | 0.0" |
| Post Ventilation | | | 400 | 400 | | | |
| Time: | 12:00pm | | | | | | |

Measurement Device: PPM Formaldemeter 400 Serial Number 83799

Notes:  Moved in Feb; Burning; 2 bks; 1 w/furnace at door; other w/port opposite side; lady knows;
scratched ?; a/c on;

GS(COGR) 01578

Activated Trailer Record

Record Unit Serial Number and BC Control Number before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 515
Record BC Number: 1954652
Location of Trailer: St Bernard
DOM: 3/7/2006
Record Date: 4/22/2006
Record Time: 12:30p.m.
Ventilation Start Time:
Ventilation Stop Time:
Activation Date:

| | Open | Closed |
|---|---|---|
| Bedroom Vent | X | |
| Sofa Vent | | |
| Dinetn | | |
| Bunk Vent | | |
| Entry Door | | |
| Range Vent | X | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Bed A/C Conditioner | X | |

| | Yes | No |
|---|---|---|
| Smoke | X | |

| | |
|---|---|
| # of Occupants | 1 |

| | OS Ambient | Record | OS/S Record |
|---|---|---|---|
| Post Ventilation | 78° | .564 | 0.0 |
| Time: | 12:30pm | 40% | .61 | .25 |

Measurement Device: PPM Formaldemeter 400 Serial Number 33755

Notes:   One wired, the other not; occupant wired unit to a 50 amp service

GS(COGR) 01579

#3) Jan. 12:00   St. Bernard.

Moved in Feb.

Burning                    2 tbls

                           1 w/ furnace
                           on bar

BC. 1128884                other 4/0 on
                           opposite side

DOM.12-21-06               only burnt

67 - ▮▮▮▮▮                 Scorched brown

                    F = .55

90°F  40% RH outside
78°F  37% RH in

#4)                        one Wired
        12:30pm            the other not.
BC 1354652                 occupant
                           wired into
Vin 51-▮▮▮▮▮               50 Amp serv.

DOM 3-7-06          A/c on

    F = .61

90°F  40% RH outside   0.90
75°F  36% RH inside    %

GS(COGR) 01580

Advance Trigger Record

Record Unit Serial Number and BC Control Number (Record on entire trailer)
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. (Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

| Field | Value |
|---|---|
| Record Unit Serial Number: | GC |
| Record BC Number: | 5120005 |
| Location of Trailer: | St. Bernard |
| DOM: | 12/22/2005 |
| Record Date: | 4/22/2008 |
| Record Time: | |
| Ventilation Start Time: | |
| Ventilation Stop Time: | |
| Activation Date: | |

| | Open | Closed |
|---|---|---|
| Bedroom Wnd. | | |
| Side Wnd | | |
| Other | | |
| Bath Wnd | | |
| Entry Door | | |
| Range Vent | | |
| Bath Vent | | |

| | On | Off |
|---|---|---|
| Roof Air Conditioner: | | X |

| | Yes | No |
|---|---|---|
| Smoke: | | X |

| Air Conditions: | 3 |
|---|---|

| | Temperature | % Humidity | | Formaldehyde Record |
|---|---|---|---|---|
| Pre Ventilation: | 88.3F | 40% | | |
| Post Ventilation: | 82°F | 35% | 0.39 | 0.00 |
| Time: | | | | |

Measurement Device: PPM Formaldemeter 400 Serial Number 93493

Notes:  2 adults; 14 yr old & dogs moved in March; curtain falls off in complaints; fire ext fell off; dinette styles pealing; fabric wearing; panel loose; big mattress no access to bed box; shift bed & larger 12v bulbs-burnt out

GS(COGR) 01581

#5  in Marsh

BC. 1129085
SER# 62 - ▇▇▇▇▇
Dom  12/22/05

Curtain falls off
No complaints

Fire ext. fell off.
dinette style peeling
fabric + bonding
panel loose
Bag matress - no access
to bed heat - shift
bed. + longer
- 12V wells - burnt out. -
82°F - 39° RH inside.

F ▇▇ = .38

0.00 %/s
86.9°F   40% RH

Neon
2 occupants

2 Adults
14 yr. old
+ dog.

Record Unit Serial Number and BC / Cornet Numbers before entry into trailer.
Record Location of Trailer.
Record Date and Time.
Record Outside Ambient Temperature and % Relative Humidity.
Open Bathroom Ceiling vent, activate vent fan.
Activate range Vent. ( Make sure vent flap is unlocked and open)
Allow Both Fans to Operate for (15) Fifteen Minutes.
Record Ventilation Start / Stop Time.
Record Measurement Inside and Out

Record Unit Serial Number: 51

Record BC Number: 4128659

Location of Trailer: Six Barnard

Record Date: 12/16/2005

Record Time: 12/2/2005

Ventilation Start Time:

Ventilation Stop Time:

Activation Date:

Measurement Device: PPM Formaldemeter 400 Serial Number R3759

Notes: 5 months in; 3 months w/electric; 7 occupants; 5 kids; 2 adults; CO detector ok; smokes; a/c on; no windows open

GS(COGR) 01583

(R)

Bc#          5 month in
              3 month w/ post

112 8059                7 occupants.
                         5 kids.
DOM - 12-16-05           2 adults

CO₂ detector. OK.

SER. 51- ████ -

94.8F   40% RH o/s —

F = .18

                    Smokes.
75°F - 35% RH inside

A/c on   No Wind
                    open

0.00 Outside

GS(COGR) 01584

# Activated Trailer Record

- Record Unit Serial Number and BC Control Number before entry into trailer.
- Record Location of Trailer.
- Record Date and Time.
- Record Outside Ambient Temperature and % Relative Humidity.
- Open Bathroom Ceiling vent, activate vent fan.
- Activate range Vent. ( Make sure vent flap is unlocked and open)
- Allow Both Fans to Operate for (15) Fifteen Minutes.
- Record Ventilation Start / Stop Time.
- Record Measurement Inside and Out

Record Unit Serial Number: [_____]

Record BC Number: 1357/850

Location of Trailer: St. Bernard

PCM: 3/22/2006

Record Date: 4/22/2006

Record Time: [_____]

Ventilation Start Time: [_____]

Ventilation Stop Time: [_____]

Activation Date: [_____]

Measurement Device: PPM Formaldmeter 400 Serial Number F3498

**Notes:** In trailer one week, no problems at first, washed walls down with dish soap and water, a/c on 24/7, 2 occupants & small dog

GS(COGR) 01585

in the 1 week

no problems

at first washer/hdlr

down w/ dish soap

& water

BC - 1357160

DOM - 3/22/06

Ser. 67- ████████

91.9°F   39% Outside

σ = .62

75°F   39% ZH - inside

0.00 Outside   2 occupants

& small dog.

GS(COGR) 01586