Transcript of the Testimony of

# BURL B. KEEL, III

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S
EXHIBIT
E

```
 1  Q  Well, you know, some guys who work for a living,
 2     they like to keep a book so they can remember what
 3     they were doing and where they were at certain
 4     times.  Do you do that?
 5  A  No, sir.
 6  Q  You just rely on the old noggin.
 7  A  Yes, sir.
 8  Q  Okay.  So somewhere in the, you said, January time
 9     frame this OSB was down in this warehouse; right?
10  A  Four sheets of it, yes, sir.
11  Q  Four sheets.  So tell me how it came to be that you
12     went to get one of these sheets to put it on this
13     person's bed.
14  A  Scott Pullin called me and asked me to have some
15     bed boards cut and take them to this customer's
16     house and look at the unit and put them on,
17     exchange them out.
18  Q  Okay.  And you say the customer's house.  You mean
19     their house meaning the Gulf Stream trailer they
20     were living in?
21  A  Yes, sir.
22  Q  Okay.  You're calling that their house; right?
23  A  Yes, sir.
24  Q  Okay.  So tell me how that happened.  I am assuming
25     you did that.  Right?
```

```
 1   A   Yes, sir.
 2   Q   Tell me how that occurred.
 3   A   Well, I went to the unit that was in the yard, and
 4       I took out the beds because I didn't have time to
 5       cut them.  So I took out the OSB out of that unit,
 6       went to the customer's house and spoke with the
 7       customer, and then I started exchanging the boards.
 8   Q   Tell me what the customer told you.
 9   A   That there was a smell and his eyes were burning.
10   Q   Tell me what the customer's name was.
11   A   Beaux, Beauxman or Beaux something.
12   Q   Breaux?
13   A   Breaux maybe, yes.
14   Q   Breaux.  Okay.  That's a Louisiana name, Breaux,
15       B-r-e-a-u-x.  That sound right?
16   A   I have no idea, sir.  I had the address on a piece
17       of paper, that's it.
18   Q   Okay.  And Mr. Breaux, was he a white man or black
19       man?
20   A   I believe he was white.
21   Q   Okay.  And he told you that his eyes were burning?
22   A   Yes, sir.
23   Q   He was having problems with what he thought to be
24       formaldehyde?
25   A   Yes, sir.
```

```
 1   Q   It was bothering his nose?
 2   A   I don't recall the nose part, but he could smell.
 3       I don't recall it bothering him.
 4   Q   Well, it was bothering him enough it was burning
 5       his eyes.
 6   A   His eyes, yes, sir.
 7   Q   Did you go inside his trailer?
 8   A   Yes, I did, sir.
 9   Q   Did you notice the formaldehyde smell as well?
10   A   I noticed the smell, yes, sir.
11   Q   And was it burning your eyes?
12   A   It did not burn my eyes initially, sir, no.
13   Q   But once you were in there it started burning your
14       eyes?
15   A   Yes, sir.
16   Q   Was the air conditioning running?
17   A   No, sir.
18   Q   Why not?
19   A   I don't know why he didn't have it on.
20   Q   Okay.  So he was inside this trailer in January
21       time frame of '06 without the air on?
22           MR. WEINSTOCK:  Object to the form.  He said
23       January, February.
24   Q   January, February '06.  I want to make sure I'm
25       precise.  Sometime in January, February '06 when
```