# DECLARATION UNDER PENALTY OF PERJURY

STATE OF WASHINGTON §
CLARK COUNTY §

I, MARY DEVANY, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. Formaldehyde, an irritating toxic gas, is given off from common materials of construction that are used to make portable housing units.

3. Prior to releasing these temporary housing units, sampling for formaldehyde emissions is standard industry practice.

4. Several methods are used to measure ambient formaldehyde levels. The Formaldemeter®, manufactured by Enmet Corporation, is a fast and efficient direct-reading instrument commonly used to measure formaldehyde levels. Attached to my declaration is a letter dated July 24, 2008, from Dr. Verne Brown, President of ENMET Corporation, describing this instrument.

5. The Formaldemeter is a dependable and accurate formaldehyde sampling instrument that has been used and relied upon for many years across North America and Europe. It gives reproducible airborne formaldehyde level readings. It is inexpensive to maintain, quick to use, simple to operate, portable, and is usually used to directly measure formaldehyde levels. It can also be used as a screening tool to determine if a more sensitive formaldehyde measurement method is necessary. These more sensitive methods have the drawbacks of being much more time consuming – with results taking days rather than seconds to obtain – are much more labor intensive, and are significantly more expensive per test. Formaldemeter readings are affected by ambient temperature and humidity levels, as are all ambient air formaldehyde testing methods.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on August 28, 2009.

*Mary C. DeVany*
MARY C. DEVANY


PLAINTIFF'S EXHIBIT F