JUL-24-2008  09:50        ENMET CORP                    734 761 3220    P.02/03



**Gas and Vapor Detection Instruments for Industrial Health and Safety Applications**
680 Fairfield Court, P.O. 979, Ann Arbor, MI 48106-0979, Phone 734-761-1270, Fax: 734-761-3220
web: www.enmet.com   e-mail: info@enmet.com

Memo to:   Whom It May Concern
Subject:   Formaldehyde Detection using PPM Technology Ltd. Portable Detectors
From:      Verne R. Brown, Ph.D.
Date:      July 24, 2008

ENMET Corporation markets portable formaldehyde detectors in the U.S. and Canada which are made by PPM Technology Ltd. in the United Kingdom. Their first model number was the "400 Formaldemeter," and a revised version was introduced later as the "Model htV Formaldemeter." The maker of these devices had an established customer base in the United Kingdom and Continental Europe among government agencies, medical institutions, pharmaceutical companies, forest product makers and other organizations. ENMET Corporation obtained distribution rights about ten years ago and has provided this battery-powered, field-portable, direct-reading instrument to a variety of customers such as public and private medical institutions, research organizations, academic institutions, and corporate customers such as DuPont, Dow Corning, Tyson and Thetford.

The PPM Technology Formaldemeter has a useful detection range of .05 to 10.0 parts per million, is provided with a permeation tube calibration kit for up to six months of field calibrations, and includes a phenol prefilter/scrubber for certain interference gas applications. The device carries a manufacturer's stated accuracy of ±10% at the detection level of 2 ppm.

ENMET Corporation believes this instrument meets a recognized need expressed by safety and health personnel for a field-portable, direct-reading instrument for the detection of formaldehyde in the ppm range. The device has proven to be an easy to use, reliable instrument when an operator follows the instruction manual provided with the kit.

A list of recent ENMET customers for the Formaldemeter has been attached.

*Verne R. Brown*

Verne R. Brown, Ph.D
President, ENMET Corporation
Fellow, American Industrial Hygiene Association (AIHA)
Member, American Society of Safety Engineers (ASSE)



PLAINTIFF'S EXHIBIT F-1

FROM : DeVANY INDUSTRIAL CONSULTANTS   PHONE NO. : 360 5460777        Aug. 27 2009 04:24PM P3