AFFIDAVIT OF MARCO KALTOFEN, PE (CIVIL, MASS.)

COUNTY OF MIDDLESEX

COMMONWEALTH OF MASSACHUSETTS

The undersigned, MARCO KALTOFEN, P.E., (Civil, Mass.), does depose and say that:

My name is Marco Kaltofen, PE, and I am a Massachusetts Registered Professional Civil Engineer. My professional address is 2 Summer Street Suite 14 in Natick, Massachusetts, 01760. I have a Bachelor of Science degree in General Engineering with an American Chemical Society accredited concentration in Chemistry from Boston University. I am currently at Worcester Polytechnic Institute's, (WPI's), Department of Civil and Environmental Engineering, performing directed research toward an anticipated Doctoral degree program in Civil Engineering. I have completed a Master of Science degree program in Environmental Engineering at WPI, which included research in facilitated airborne radionuclide transport, and other all required coursework toward the Masters degree, including radionuclide transport, environmental fate and transport, industrial waste treatment, groundwater modeling, and hydraulics, with an expected graduation date of October 2009 for the Environmental Engineering degree. My continuing education also includes twenty eight credit-hours in water and waste treatment from Northeastern University Graduate School of Civil Engineering and American Chemical Society continuing education in Environmental Chemistry. I am a member of the American Society of Civil Engineers and the American Chemical Society (25 plus years), and I served on the Committee on National Accreditation of Environmental Laboratories.

I am the President and owner of the Boston Chemical Data Corporation (BCD) which provides technical support for environmentally-related organizations, performs environmental investigations onsite and via computerized chemical and engineering information systems, and develops large scale site remediation and laboratory investigation plans, including laboratory audits. I am the past director of the Citizens Environmental Laboratory of Boston, Massachusetts, a full service environmental testing laboratory. I have also been employed as a chemist with additional environmental testing laboratories including Cambridge Analytical Associates of Watertown, Massachusetts where I was the Trace Inorganics Laboratory manager responsible for testing environmental and industrial materials for metals, sulfides, and other inorganic parameters. I was an environmental chemist at the New England Aquarium in Boston, Massachusetts tracing the environmental fate of petroleum drilling wastes and the fate of pollutants in oceans and was responsible for DC-Plasma Emission



PLAINTIFF'S EXHIBIT

Spectroscopy.

In my engineering experience I have been required to be the Engineer in responsible charge of site investigations at eight Massachusetts retail centers involving remediation and assessment of leaking underground storage tanks and buried hazardous chlorinated wastes. I was required to review and select innovative treatment systems and designs for three sites, including contractor selection, oversight, and performance evaluation. Remediation methods selected included biodegradation, phytoremediation, two-phase extraction, and sparging. All of the retail centers remained in operation during remediation activities.

In other professional duties I have: Performed chemical method development and field testing of contaminated drywall imported from the Republic of China, Researched, specified and reviewed design and construction of a permeable reactive barrier installation to prevent migration of, and to destroy, a contaminated groundwater plume containing perchloroethylene and trichloroethylene at a commercial operation adjacent to a public water supply in Massachusetts. This was the first private operational reactive iron wall built in the Commonwealth of Massachusetts. Designed and performed field study of polychlorinated dibenzodioxins and dibenzofurans in a manufacturing facility and its environs, including the oversight and conduction of all sampling, data validation, and laboratory audits. Completed review of POTW wastewater discharges, discharge monitoring performance and pretreatment technologies for high petroleum hydrocarbon-bearing and alkaline industrial waste streams; performed data review and validation for nerve agents and blister agents (including Sarin and Mustard-HD); reviewed detection records and US Army analytical procedures for GC-MS, GC-FPD, and other analytical methods used at the Umatilla Chemical Depot. Sampled, Planned, prepared study design, and sampled radiological and mixed waste contaminants in the Columbia River at the Hanford Nuclear Reservation and the Los Alamos National Laboratory, developing sampling strategies for foodchain contaminants including Strontium 90, Tritium, Americium, Plutonium, and Uranium isotopes; supervised resulting field work and performance of sampling teams during execution of the sampling and safety plans.

I have reviewed options for observing the proposed sampling and testing of indoor air spaces for formaldehyde. In my professional opinion there are multiple methods available for the sampling and analysis of formaldehyde in air. Among these are wet sampling methods coupled with colorimetric analyses, also called impinger methods, sorbent tube methods, including Method TO-11A, which is coupled with laboratory-based HPLC or GC-MS analyses, and electrometric real-time monitoring methods.

Sampling in interior spaces where formaldehyde has been anticipated to be

present was initially accompanied by real-time air monitoring in order to optimize sampling times and rates, as well as to provide additional health and safety protections for personnel. For some parameters, such temperature and humidity, real-time devices are the only practical option. Real-time monitoring did not replace laboratory quality data, but was an important adjunct in reviewing site conditions. Real-time testing is a scientifically accepted method for providing data on environmental conditions, especially for hazardous gases such as formaldehyde, carbon monoxide, and other vapors for which immediate concentration data may be required. This type of monitoring is often the first indicator site workers may have of potentially hazardous conditions. Boston Chemical Data and others employed electrochemical real time formaldehyde monitors such as the Formaldemeter and similar devices during emergency housing unit inspections.

A current Curriculum Vitae for Marco Kaltofen, PE, (Civil, Mass.), is provided at www.labs.pro/cv.pdf and a copy is attached hereto.

Signed and sworn under pain and penalty
of perjury according to federal law this
28th day of August, 2009
by


_____
MARCO KALTOFEN, P.E.,
Massachusetts Registered
Professional Civil Engineer