Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:   FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

                                  MDL NO. 1873

vs.

                                  SECTION "N-5"

                                  JUDGE ENGELHARDT

                                  MAG. JUDGE CHASEZ


ORAL AND VIDEOTAPED DEPOSITION OF

WILLIAM L. DYSON, Ph.D.

July 22, 2009

10:00 a.m.

201 17th Street

Suite 1700

Atlanta, Georgia


Maureen S. Kreimer, RPR, CCR-B-1379



Page 59

1    A.    No.

2    Q.    Tell me why not?

3    A.    It's not sensitive enough at low
4    concentration. It's not stable, it's hard to
5    calibrate. It's not a useful technique except to
6    compare one situation with another situation using
7    the same meter.

8    Q.    What do you mean?

9    A.    Well, if I wanted to -- if I wanted to
10   test two trailers to see which one was higher than
11   the other, I could use a formaldehyde meter to do
12   that, but I could not use a formaldehyde meter to
13   determine what the concentration was in either of
14   those trailers with any precision.

15   Q.    Are there any governmental entities that
16   use Formaldemeters?

17   A.    I don't know.

18   Q.    Have you ever compared the results of the
19   Formaldemeter with any other type of formaldehyde
20   testing?

21   A.    I have done that a few times with
22   chromotropic acid procedure years ago, and it doesn't
23   compare, especially at concentrations less than a
24   part-per-million.

25   Q.    One part-per-million?

Page 60

1     A.    Yes, one part-per-million.
2     Q.    So you believe that below one
3  part-per-million, it's not reliable?
4     A.    It's not precise, and it's not accurate.
5     Q.    But is that just below one
6  part-per-million, you believe that to be the case?
7     A.    Well, I -- the only information that I
8  have is is that below one part-per-million.  I don't
9  have information above one part-per-million to be
10 able to make a judgment on it.
11    Q.    When is the last time you used a
12 Formaldemeter?
13    A.    Many years ago now, because I didn't find
14 it useful.  The other techniques are much, much
15 better.
16    Q.    Have the Formaldemeters changed over the
17 years?
18    A.    Yes.
19    Q.    Have they gotten better?
20    A.    Well, they claim to have, but no one in
21 the industrial hygiene community, at least that I'm
22 aware of, believes that they have.
23    Q.    Okay.  Let me make sure I understand that.
24 You're saying no one in the industrial hygiene
25 community believes that Formaldemeters are a useful

Page 145

1    Q.    And the eight-hour exposure limit is .04
2    parts-per-million; does that sound right?
3    A.    I'd have to go back and look at it.
4    Q.    Well, let's assume that that is, in fact,
5    correct, that the eight-hour exposure limit,
6    according to Health Canada, is .04 parts-per-million,
7    would you agree that at least when the trailer was
8    tested, three years after it was made in January of
9    '08, that that standard was exceeded?
10   A.    As to the -- all you're saying is, is 0.05
11   greater than 0.04.  And the answer to that is yes.
12   Whether the standard was exceeded or not, I don't
13   know.
14   Q.    Well, how would you not know that?
15   A.    Well, it's just -- you're just asking for
16   a numerical comparison, and I'm giving you one:   .05
17   is greater than .04.
18   Q.    So the standard that you -- just so I
19   know, you, as the Gulf Stream expert witness, what's
20   the most important standard for you?
21   A.    Somewhere in the neighborhood of .1 to .3
22   parts-per-million, period, no time basis.
23   Q.    No time basis?
24   A.    No time basis.
25   Q.    So you don't care how long the exposure

Page 190

1  worth the time and effort to even utilize it.  But I
2  can understand why people who have less experience
3  and sophistication might try that.
4       Q.   Okay.  And if that were tried and the
5  levels from just a quick screening turned out to be
6  highly elevated, what step would you take then?
7       A.   I would take another test.
8       Q.   Would that be the responsible thing to do,
9  at least in your view?
10           MR. WEINSTOCK:  Object to the form.
11      A.   Well, if your indicator suggests it's a
12 high level, then you would have to take another test
13 using standard techniques to determine whether it
14 truly is or not.
15 BY MR. BUZBEE:
16      Q.   But certainly if you use -- and I know you
17 don't like the Formaldemeter, and you probably
18 wouldn't use it yourself, but you would expect if
19 someone were to use that device and did get very
20 elevated levels of formaldehyde, that at least is
21 sufficient to do some additional testing?
22      A.   If I were establishing protocols, I would
23 definitely put that as the next step in the protocol,
24 yes.
25      Q.   That for a manufacturer, let's say a

Page 194

1      Q.     Oh, I disagree with you completely.
2   Reasonableness has nothing to do with a legal
3   question. The people that decide what is reasonable
4   are not lawyers. They are regular folks just like
5   the court reporter, or the videographer.
6      A.     But they are all jurors, right?
7      Q.     They are.
8      A.     They are generally influenced by the
9   lawyers.
10     Q.     Well, you know, you have an idea of what
11  you think is reasonable in your mind, just like I do.
12     A.     Yes.
13     Q.     We all walk around with that idea. Let me
14  try again.
15            All right. Based on the facts I gave you,
16  the hypothetical and then we'll get to some
17  specifics, but if you had -- if you had an elevated
18  reading using a Formaldemeter, the reasonable thing
19  to do as a manufacturer would be to do additional
20  testing?
21            MR. HINES: Object to the form.
22            MR. WEINSTOCK: Object to the form of the
23  question. It invades on the province of the Jury,
24  based on your own colloquy.
25     A.     As I said earlier, if I were writing a

1  protocol for a manufacturer, and the protocol
2  included initial screening using a Formaldemeter, and
3  that we would establish a level from that screening
4  above which additional testing would be the next step
5  and that's reasonable.
6  BY MR. BUZBEE:
7       Q.    Okay.  And can you tell me what the level
8  would be?
9       A.    I don't know.
10      Q.    How would you determine the level above
11 which you would need to do additional testing?
12      A.    Well, you see, this is the problem with
13 the Formaldemeter, and its reliability is very, very
14 low.  It requires frequent calibration.  It's not a
15 very steady instrument and so forth, and so I would
16 have to do some testing to come up with that number
17 for you.
18      Q.    Okay.  So you would -- as a scientist, you
19 would need to do some due diligence with it to kind
20 of determine what that number would be within this
21 protocol you were writing for this manufacturer?
22      A.    Yes.  But we would establish a number --
23      Q.    Yeah.
24      A.    -- for that if that's the screening
25 technique we were going to use.  And if it exceeded