



U.S. HOUSE OF REPRESENTATIVES

UNITED STATES HOUSE OF REPRESENTATIVES
COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
MAJORITY STAFF ANALYSIS
JULY 9, 2008

# TRAILER MANUFACTURERS AND ELEVATED FORMALDEHYDE LEVELS

PLAINTIFF'S
EXHIBIT
J
tabbies

### B. Formaldehyde Complaints from FEMA Trailer Occupants

As FEMA deployed the Gulf Stream trailers, the company received numerous complaints from Gulf Coast occupants about an "odor" in their unit. On March 10, 2006, Gulf Stream received its first complaint about formaldehyde from a displaced resident of the Gulf Coast. John Smith, a Gulf Stream employee, forwarded an e-mail with an attached document titled "Daily FEMA Phone Log" to Dan Shea, Gulf Stream's Co-President; Scott Pullin, Gulf Steam's Vice President of Operations; and Phil Sarvari, Gulf Stream's Executive Vice President.

The "Daily FEMA Phone Log" is dated March 10, 2006, and summarizes a conversation between John Bruhn, a Gulf Stream employee, and an occupant of a travel trailer manufactured by Gulf Stream for FEMA. The document states:

> **Issues Discussed** Retail as strong odor, burns eyes. Unit delivered in December but only until now need to live in. I asked is it sewer gas? No. Is it LP Gas odor and has any of the detector alarms sounded? No. I asked since Dec. have you opened windows, run the A/C to air out? Yes. The odor comes and goes; One day will have and next will not.
>
> **Resolution** I directed her to the Disaster Recovery Center in Metairie. She did not have a FEMA service phone number to call.[59]

Mr. Pullin sent a reply e-mail to John Bruhn, stating: "With regards to the second call, airing out the unit and leaving the a/c run should clear up the 'New' smell until the occupant actually gets into the unit and starts using it on a regular basis. The temperatures are starting to elevate down there and will impact the amount of 'new' smell in a closed up trailer."[60]

On March 20, 2006, Gulf Stream received another complaint about formaldehyde from an occupant of a FEMA trailer in Jefferson, Louisiana. Contacting Gulf Stream through an interactive feature on the Gulf Stream website, the resident stated:

> There is an odor in my trailer that will not go away. It burns my eyes and I am getting headaches every day. I have tried many things, but nothing seems to work. PLEASE, PLEASE HELP ME!![61]

On May 19, 2006, Mr. Shea wrote a FEMA official "to confirm your direction ... that Gulf Stream is not to address any complaints we may receive ... or to make future contact with

---

[59] Internal Gulf Stream Coach e-mail from John Smith to Dan Shea, Phil Savari, and Scott Pullin (Mar. 10, 2006).

[60] Internal Gulf Stream Coach e-mail from Scott Pullin to John Bruhn, John Smith, Dan Shea, and Phil Savari (Mar 10, 2006).

[61] E-mail from Scott Pullin to Dan Shea (Mar. 21, 2006).

the occupants who made those complaints. Rather, you directed that Gulf Stream should refer all complaints to FEMA for future handling."[62]

### C. FEMA's Request to "Put This Issue to Bed"

On March 16, 2006, WLOX, a television news station in Biloxi, Mississippi, reported that Paul Stewart, a displaced resident living in a FEMA-supplied trailer, and his wife Melody had been experiencing "burning eyes, burning nose, scratchy throats, nasal headaches" while living in a FEMA-supplied travel trailer and that they had discovered that the travel trailer had levels of formaldehyde significantly higher than the level at which the Environmental Protection Agency has stated these adverse health effects can occur.[63] The FEMA-supplied travel trailer Paul and Melody Stewart were living in at the time was manufactured by Gulf Stream.[64]

On the same day, Dan Shea, the Gulf Stream co-president, sent an e-mail to Stephen Miller, a FEMA official, stating:

> I want to advise you of Gulf Stream Coach's use of low formaldehyde emitting materials in our Cavalier travel trailers. To my knowledge there is no requirement in the RV industry for low formaldehyde emitting materials. Where possible our company uses material that meet the HUD specification of low formaldehyde emissions for manufactured housing. …
>
> Gulf Stream is one of the leaders in reducing formaldehyde emission in recreational vehicles.[65]

On March 21, 2006, Stephen Miller forwarded Mr. Shea's e-mail to six other FEMA employees.[66] Sidney Melton, one of the FEMA officials who received the e-mail, responded: "Are they willing to come down and test their new units?"[67] Later that morning, Mr. Miller forwarded two internal FEMA e-mail chains to Mr. Shea at Gulf Stream. In forwarding one e-mail, Mr. Miller wrote: "This is the big stir. I have your email but is there anything additional

---

[62] Letter from Daniel G. Shea, Gulf Stream President, to David Porter, FEMA Program Specialist (May 19, 2006).

[63] *Couple Discovers High Levels of Formaldehyde in FEMA Trailer*, WLOX (Mar. 17, 2006).

[64] Paul Stewart, Prepared Remarks of Paul Stewart for Committee on Oversight and Government Government Reform and Oversight Committee (July 19, 2007).

[65] E-mail from Dan Shea to Stephen Miller (Mar. 17, 2006).

[66] Internal FEMA E-mail from Stephen Miller to Sidney Melton, Michael Miller, Stephen DeBlasio, Juan Gil, Jill Igert, and Robert Parker (Mar. 21, 2006).

[67] Internal FEMA E-mail from Sidney Melton to Stephen Miller (Mar. 21, 2006).