Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT
K

1   A   Well, then give me the document and I'll read it.
2       Refresh my memory, because if they said they were
3       elevated, I don't know what they were comparing
4       them to.  But they couldn't have been comparing
5       them to the HUD standard, which is what we always
6       think of in terms of the measuring point for
7       formaldehyde emissions.
8            So if you want to show me the document, I'll
9       be glad to try to clarify for you, but, you know,
10      elevated is a relative term.  Elevated compared to
11      what?
12  Q   Is that how you go about your daily life is playing
13      word games?
14  A   Well, I don't pretend to be a scientist, but you're
15      talking about a pretty scientific thing here.
16  Q   No, I'm not.
17  A   Yes, it is.  And you well know it is, sir.  A
18      desiccator test is pretty scientific.
19  Q   Is it?  Tell me about the test.
20  A   Well, I know enough that it's a scientific
21      circumstance.  You're asking me for scientific
22      terms.  I'm doing my best to communicate them.  But
23      I'm doing the absolute best I can with the subject
24      matter.  I'm not a professional scientist.
25  Q   Are you getting upset and you need to take a break?