UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| *Lyndon Wright v. Forest River, Inc., et al.* No. 09-2977 | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN FURTHER SUPPORT OF SHAW ENVIRONMENTAL, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT REGARDING PRESCRIPTION</u>**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw"), and respectfully moves for leave to file the accompanying Reply Memorandum in Further Support of its Motion for Summary Judgment. The attached Reply Memorandum is necessary to address Plaintiff's Opposition Memorandum (R. Doc. 2803), which attempts to confuse the issues raised in Shaw's original Motion for Summary Judgment and supporting memorandum (R. Doc. 2581). Undersigned counsel represents that this motion is not opposed.

WHEREFORE, for the foregoing reasons, defendant, Shaw Environmental, Inc. respectfully requests that this Court grant its Motion for Leave to File the attached Reply Memorandum in Further Support of Motion for Summary Judgment.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

_____s/M. David Kurtz_____
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT, SHAW ENVIRONMENTAL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

_____s/M. David Kurtz_____