UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          SECTION N(5)

                                              JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*Lyndon Wright v. Forest River, Inc., et al.*  MAGISTRATE CHASEZ
No. 09-2977

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering Shaw Environmental, Inc.'s Motion for Leave to File Reply Memorandum in Further Support of Motion for Summary Judgment Regarding Prescription,

IT IS HEREBY ORDERED that Shaw Environmental, Inc.'s Motion be and hereby is GRANTED;

IT IS FURTHER ORDERED that Shaw Environmental, Inc. be and hereby is GRANTED leave to file its Reply Memorandum in Further Support of Motion for Summary Judgment Regarding Prescription and that the same be and is hereby received into the record of this proceeding.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE