Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION "N"(4)

LIABILITY LITIGATION          JUDGE ENGELHARDT

                    *   *   *

      VIDEOTAPED DEPOSITION OF LYNDON WRIGHT,

3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5,

NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE

OFFICES OF FRANK D'AMICO, 622 BARONNE

STREET, NEW ORLEANS, LOUISIANA 70130, ON THE

10TH DAY OF JULY, 2009.

REPORTED BY:

      CATHY RENEE´ POWELL, CCR
      PROFESSIONAL SHORTHAND REPORTERS
      (504)529-5255

VIDEOGRAPHER:

      BRIAN SOILEAU
      PROFESSIONAL SHORTHAND REPORTERS
      (504)529-5255

**EXHIBIT "A"**

Page 169

1      Q.   What kind of information or

2    articles have you gotten from the City of

3    New Orleans' Web site?

4      A.    Pretty much the recovery

5    information they had on the Web site.

6    That's all.

7      Q.   Did you ever read anything on the

8    City of New Orleans' Web site about issues

9    relating to formaldehyde or otherwise

10   pertaining to these travel trailers?

11     A.   No.

12   MR. AHLQUIST:

13        The point of confusion was

14   probably that he works at the CDC.

15   MR. BONE:

16        I understand.  That's why I was

17   clarifying.

18   EXAMINATION BY MR. BONE:

19     Q.   Did you at any point review any

20   information online about formaldehyde or

21   about any issues other folks were having

22   relating to these trailers?

23     A.   No.

24     Q.   When you first believed or came to

25   the belief that your occupancy of this

Page 170

1    particular unit was impacting your health,

2    did you tell your mother immediately?

3         A.   Yes.   I made the comment, because

4    I was coughing so much, I made the comment,

5    "Ma, I think this trailer is making me

6    sick."

7         Q.   Did you ask her to take any action

8    on your behalf in that regard?

9         A.   Initially, she wanted me to call

10   the maintenance people, but they gave me the

11   runaround.  They wanted all kinds of

12   personal information from my mom, so I told

13   my mom she had to call.

14             So she said she called to tell

15   them that I was smelling a foul odor.  They

16   gave her the runaround.  She said they gave

17   her another number to call.  She called that

18   number and somebody said they would get back

19   in touch with her.

20             She never did get a phone call,

21   and it just pretty much fell from there on.

22   That's when I started telling the

23   maintenance people when I saw them.

24        Q.   Do you recall when the phone call

25   was with your mother that you expressed to

Page 171

1    her that you believed your occupancy of this

2    unit was causing you a health problem?

3         A.    I would say probably April.

4         Q.    Of what year?

5         A.    '06.  Right after I got in the

6    trailer.

7         Q.    So in April of '06, you were of

8    the opinion that your occupancy of this unit

9    was causing you a health problem?

10        A.    I would say I thought it was

11   making me sick, yes.

12        Q.    And you expressed that to your

13   mother by May of 2006, correct?

14        A.    By April.

15        Q.    By April of 2006, correct?

16        A.    Yes.

17        Q.    Do you have any information as to

18   why your mother would have represented to

19   FEMA by February of 2008, that there were no

20   health concerns that she had about you

21   regarding your occupancy of this unit?

22        A.    No, I don't know.

23        Q.    Were you ever offered the

24   opportunity to purchase this unit?

25        A.    You would have to ask my mom.  I

Page 224

1       A.    What's the rest of the question?

2       Q.    That you wouldn't have experienced

3    them until you were actually taking the

4    medication while you were living in the

5    trailer.

6       A.    If I wasn't taking it -- no, I

7    wouldn't have experienced the headache that

8    I get from Levitra, but the rest of them, I

9    don't feel like I have the side effects.

10      Q.    Have you ever compared your

11   symptoms that you're claiming in this

12   litigation with the side effects for the

13   medications you take for hypertension,

14   hypothyroidism, circulatory problems and

15   erectile dysfunction?

16      A.    Have I ever what?

17      Q.    Have you ever compared the side

18   effects associated with those medications

19   with what you are claiming in this lawsuit?

20      A.    No.

21      Q.    As we sit here today, have any of

22   the doctors at Uptown Nephrology ever told

23   you that any medical condition that you

24   suffer from is due to exposure to

25   formaldehyde?

Page 225

```
 1       A.   Due from the exposure of

 2    formaldehyde?  No.

 3       Q.   Has any doctor --

 4       A.   But I did ask my doctor if it was

 5    possible that the trailer was making me sick

 6    like I was, and he said it was very

 7    possible.

 8       Q.   Which doctor did you have that

 9    conversation with?

10       A.   I think Crews, Jr.

11       Q.   When did that conversation take

12    place?

13       A.   I can't relate that.  That's one

14    of my follow-up visits.  I can't pinpoint

15    when it was.

16       Q.   Do you know if it happened in

17    2006, 2007 or 2008?

18       A.   In '07.

19       MR. AHLQUIST:

20            Is that a guess or to the best of

21    your recollection?

22       THE WITNESS:

23            To the best of my recollection, it

24    was '07, yes.

25    EXAMINATION BY MR. BONE:
```