# Transcript of the Testimony of
# Videotaped Deposition of Ervin L. Ritter, Jr.

**Date taken: July 2, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

### **Note**
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT A

Case 2:07-md-01873-KDE-MBN Document 2956-1 Filed 08/28/09 Page 2 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 45

1   for his questions.
2   EXAMINATION BY MR. DERHAM:
3       Q    Anytime you need to look at your
4   report, that's fine.
5       A    My inspection was on May 6 and 7
6   of 2009.
7       Q    You were there both days?
8       A    Yes, I was.
9       Q    Had you ever been to the trailer
10  prior to May 6?
11      A    No, I had not.
12      Q    Okay.  Have you been to the
13  trailer since May 7?
14      A    No, I have not.  We haven't been
15  allowed to go there again.
16      Q    What did you do at the trailer on
17  May 6?
18      A    On May 6, it was basically a
19  static inspection because nothing was
20  operating.  We were late in the day, so that
21  part of the inspection was photographing and
22  documentation of the visual inspection.
23      Q    You took photographs yourself?
24      A    Yes, I did.
25      Q    Okay.  And what about on May 7?

Case 2:07-md-01873-KDE-MBN   Document 2956-1   Filed 08/28/09   Page 3 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Ervin L. Ritter, Jr.

Page 46

1    A    On May 7, I was there in the
2   afternoon for the blower door testing and
3   observation of the operation of the systems,
4   and I did more photographing there.
5    Q    Did you do any testing yourself?
6    A    I did no testing related to the
7   mechanical systems.  No, I did not.
8    Q    Okay.  Did you do some other kind
9   of testing?
10   A    The only thing I had with me was a
11  Draeger analyzer, which I set on the table
12  and ran it just out of curiosity to see, and
13  all it does is measure formaldehyde levels
14  at or about the lowest limits.  So I knew it
15  would not give me any results because
16  there's so much of it in and out.
17        So that was just a curiosity to
18  see.  And it did exactly what I thought it
19  would do and showed me that there were no
20  results that I could give you.
21   Q    Okay.
22   A    It's in my handwritten notes in my
23  report.
24   Q    I saw that, and I just wanted to
25  make sure, you didn't get any kind of

Case 2:07-md-01873-KDE-MBN   Document 2956-1   Filed 08/28/09   Page 4 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 67

1    A    The presence of moisture.
2    Q    Are you the one who observed cold
3  spots on the ceiling?
4    A    Yes.
5    Q    Okay.  Did you touch it?
6    A    Yes, I did.
7    Q    Okay.  Did you put a, like,
8  thermal tape on it to measure the
9  temperature or anything like that?
10   A    No, I didn't do anything.  I did
11 absolutely no temperature measurements or
12 humidity measurements.
13   Q    No thermogram or anything like
14 that?
15   A    No.
16   Q    Okay.
17   A    That was being done by someone
18 else.
19   Q    Okay.  The paragraph after that,
20 you referenced "The air-conditioning unit
21 was producing continuous condensate,
22 draining off the roof and running down the
23 side of the trailer"?
24   A    Correct.
25   Q    Okay.  That's not uncommon, is it,

Case 2:07-md-01873-KDE-MBN Document 2956-1 Filed 08/28/09 Page 5 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Ervin L. Ritter, Jr.

Page 136

1    A    The product literature.

2    Q    -- product literature.

3         Okay. What findings exactly when
4    you say, "It was evident and obvious that
5    this care to install the air-conditioning
6    system was not taken according to the
7    intention of the air-conditioning
8    manufacturer," what findings are you
9    referring to that are evident and obvious?

10   A    Okay. Go to the Dometic
11   literature. That's in Exhibit 3 of my
12   report. I don't have the Bates numbers on
13   it.

14   Q    It ends in 2?

15   A    Yes.

16   Q    Okay.

17   A    And go to page 2.

18   Q    Okay. Right down to paragraph C.
19   "The air-conditioning" --

20   MR. LAMBERT:

21        Number C?

22   THE WITNESS:

23        Letter C, paragraph C.

24   MR. LAMBERT:

25        I meant letter C.

Case 2:07-md-01873-KDE-MBN   Document 2956-1   Filed 08/28/09   Page 6 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation       Videotaped Deposition of Ervin L. Ritter, Jr.

Page 137

1  EXAMINATION BY MR. DERHAM:
2       Q    Yes.  Section C under No. 1,
3  "General Information."  I see that.
4       A    Okay.  They're telling you the
5  limitations of the unit.  They want the
6  doors and windows kept shut, use blinds and
7  shutters.
8            Okay.  They're basically telling
9  me that, hey, we're going to be at our limit
10 with this unit and they're telling everybody
11 that.  "Condensation, the manufacturer of
12 this unit," that's paragraph D, down at the
13 bottom, "The air contains moisture and
14 moisture tends to condense on cold
15 surfaces."
16           They're warning there.  Let's go
17 on over to a couple more pages.
18           "Air Distribution System and
19 Sizing."
20      Q    What page are you on?
21      A    I'm on page 6 of that exhibit.
22      Q    Okay.  Section 4, "Air
23 Distribution"?
24      A    Section 4.  All of that down right
25 through the cautionary statement here.

Case 2:07-md-01873-KDE-MBN   Document 2956-1   Filed 08/28/09   Page 7 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Ervin L. Ritter, Jr.

Page 138

1   They're giving very specific guidelines.
2            If you keep turning on and go over
3   to the air distribution installation,
4   they're telling the manufacturer who is
5   receiving it, the installers, how it has to
6   be done.  Their recommendations.
7            Continue on, they give you
8   examples on page 8 of duct layouts that they
9   would like to see.  All of this is in their
10  literature that they provide.  And in
11  looking at this, that's where I come up with
12  the statement that it's obvious that not all
13  of this stuff has been followed because of
14  the problems that I'm seeing.
15       Q   My question is specifically what
16  has not been followed?
17       A   Okay.
18       Q   Hold on, hold on.  I think you
19  said because of the conditions you're
20  seeing --
21       A   Yeah.  My inspection, at least in
22  reading this, the conditions I saw, the
23  unit, leads me to believe that it was not --
24  they didn't follow these installation
25  guidelines here.

Case 2:07-md-01873-KDE-MBN Document 2956-1 Filed 08/28/09 Page 8 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Ervin L. Ritter, Jr.

Page 139

1    Q    And the conditions we're talking
2    about are the condensation, the duct
3    leakage?
4    A    Correct.
5    Q    Okay. Anything else?
6    A    Insulation value of the ductwork.
7    Okay? They're using a duct board material,
8    it's assumed, to be able to get some
9    insulation.
10        On page 6, under "Air Distribution
11    Sizing," at the end of paragraph B, it says,
12    "This insulation must be a minimum of R-7."
13        Well, you only have a cavity up
14    there that is 2 and 1/2 inches deep,
15    correct, unless there's something more there
16    than I know about. But at 2 and 1/2 inches,
17    you're running a duct, right?
18        So you're going to use duct board.
19    The manufacturer of this air-conditioning
20    unit wants an R-7 duct. A 1-inch thick duct
21    board has an R of 4.3, between 4 and 4.3.
22    To be able to get to an R-7, you have got to
23    double it to a 2-inch wall thickness on that
24    duct.
25        Well, you only have 2 and 1/2