| date | 5-6-09 |
|---|---|
| project | FEMA TRAILER INSPECTION |
| page | 1 of 3 |

4:30 ARRIVED ON TRAILER SITE

AL MALLET TOLD FEMA PERSONNEL TO NOT OPEN DOOR

4:33 FEMA OPENED TRAILER - WAS ASKED TO KEEP CLOSED UNTILE ASKED TO OPEN UNIT.

4:40 FEMA PERSONEL OPENED DOOR DURING INSIDE TESTING.

STARTED TAKING PICTURES OF EXTERIOR

[diagram of trailer VIN tag showing: INLIGTR55102I783 / 575TCVDK2I783 / (ADAM)]

4:45 SAME FEMA PERSON OPENNED DOOR - THEN OPENED AGAIN TO LET FEMA PERSONNEL (FEMALE OBSERVER) IN.

Gave the 6 Passive SKC badges to Bill Scott for placement in the trailer. Badges placed in trailer at 7:00 PM - Trailer will be left closed overnight. Bill Scott will remove the badges in the morning on arrival around 9:00 AM. Bill Scott will have the badges processed.

task list:
SET UP DATA LOGGERS FOR AL.
AENO 10 -

PLAINTIFF'S EXHIBIT
B

ALX-EXP-60-000011

RCE Exhibit 1

| | |
|---|---|
| date | 5/7/09 |
| project | FEMA TRAILER INSPECTION |
| page | #2 of 3 |

12:15

- 2½" UNFACED BATT INSULATION
  - look at manufacturers literature
- Look for ASHRAE standards for RV HVAC
- Look at site - Peters St
  New Orleans.
- Study the floor for water vapor.

  72    95

- Jacking during set-up caused the wall seam to open.
  - roof.
  - wall.

- Roof leak did not start immediately - started within

  ○ 1½ year half in yard in Florida
  ○ then moved to New Orleans.

  - The unit is kept closed tight until delivered

  - Water and moisture increases the off-gasing

  - Maintenance - Preventive maint - mandated -
    - no evidence of PM, after delivery repair. -

  - Evidence of sealing with steel wool

- A/C - probably 13,500 BTUH

task list:

ALX-EXP-60-000012

RCE Exhibit 1

| date | 5/7/09 |
|---|---|
| project | FEMA TRAILER INSPECTION |
| page | 3 of 3 |

LEFT FOR LOTTIE AT 10:00 - ARRIVED A RESTURANT (JOE DRYFUS) AT 11:45 - LUNCH meeting to 1:30

2:00 — ON SITE
2:15 — DRAGER CMS 1 - OUTSIDE AIR
2:20 — DRAGER CMS 2 - INSIDE AIR - DINING TABLE
2:25 — DRAGER CMS 3 - inside AIR - Kitchen Cabinet over sink.
2:28 — DUO THERM Kwik Cool  15,000
        High Eff.
        DOMETIC

NO MODEL NUMBER or SERIAL NUMBER

2:45 NEG. AIR TEST OF UNIT
- Air infiltration noted into from A/C grilles.
- MAJOR air leak around converter
- Daylight noted around the converter.
- ~~test~~

Next test is with A/C grilles covered.

BLOWER DOOR TEST IS complete

3:45 Setting up the ducts blaster test on the A/C duct.

- Neg test on ducts: leakage 76 CFM @ 25 pascals

Total duct leakage 100-110 cfm   Duct subtraction method.
                    29 leaking outside the air barrier.
                    - unknown as to what is the air barrier

Heating duct leakage.

152 CFM @ 25.3 pascals

87 cfm leakage to the outside of the air barrier

task list:

ALX-EXP-60-000013                    RCE Exhibit 1