# Transcript of the Testimony of
# Videotaped Deposition of Travis Allen

## Date taken: August 5, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com


EXHIBIT "A"

1  Q.  Do you have any check stubs left
2  from that time period?
3  A.  Not -- not with me.  I will have
4  to look.  I might have some at my house, I'm
5  not sure.
6  Q.  And were you paid on a weekly
7  basis?
8  A.  Yes, ma'am.
9  Q.  How did you come to having this
10 job?
11 A.  He -- he was just looking for a
12 team to go down there with a few guys he
13 could trust, you know.
14 Q.  And "he" meaning?
15 A.  Oh.  Paul Blanchard and my
16 brother, they have been best friends since
17 they was little and they decided to let me
18 come work down there with them.
19 Q.  Prior to January of 2006, had you
20 ever worked on a team that hauled trailers
21 and set them up?
22 A.  I -- yes, ma'am, I did.  Not --
23 not -- it would have been residential
24 trailers, like big, like double wides, like
25 16 by 80s.

Page 13

1  Q.  And who did you work for doing
2  this?
3  A.  McCants Mobile Home in Woodville,
4  Mississippi.
5  Q.  And how long did you work for
6  McCants?
7  A.  It was just a summer job, so three
8  months.  I can't remember the -- it will
9  probably be 2002 sometime.  Roughly.  I'm
10 not real sure about the date.
11 Q.  So you would have been how old in
12 2002?
13 A.  I would have been 17, I believe.
14 Q.  And what did you do that summer
15 that you worked for McCants?
16 A.  We hauled -- hauled them and
17 basically, all I did was, I would ride
18 shotgun in the vehicle to -- when we hauled
19 the trailer, just to look out the right side
20 and make sure he didn't hit anything or make
21 sure nothing was coming.  Or talk on the
22 radio, because we had a lead car in front of
23 us and they'd tell us, you know, what's
24 coming around the curve.
25 Q.  Once the trailer arrived at the

Page 14

1  location it was going to be placed, did you
2  have any role in setting it up?
3  A.  Sometimes if they needed extra
4  help.  I wasn't -- that wasn't my job, but
5  I -- I would help out if they needed it.
6  Q.  Did you have any kind of formal
7  training when you were working at McCants?
8  A.  I wouldn't say "formal."  I'd
9  say -- helping them -- I would say an
10 example is like going and getting blocks off
11 the trailer, going -- hauling the, you know,
12 the straps, bringing them anchors and laying
13 them out by the trailers.  I wouldn't
14 actually block the trailer or nothing like
15 that.
16 Q.  Did you watch them as they were
17 blocking the trailer?
18 A.  Yes, ma'am.
19 Q.  And strapping the trailer, were
20 you there as they were strapping the trailer
21 and watching them as well?
22 A.  Yes, ma'am.
23 Q.  And what were the sizes of these
24 trailers you were saying at McCants that you
25 were working with?

Page 15

1  A.  Some of them, it varied.  Most of
2  them, like the single wides, most of them
3  would be 16 foot wide, 80 foot long.
4      And then the double wides, I
5  think -- I'm not real positive but I think
6  they are 32 wide and 80 foot long.
7  Q.  And were all of these brand-new
8  trailers?
9  A.  Yes, ma'am.
10 Q.  And did you ever have to go inside
11 of these trailers as y'all were setting them
12 up?
13 A.  Sometimes.  Not -- not every time.
14 Because sometimes I would just arrive there
15 with the trailer and they would put it into
16 place and then I would leave.  Sometimes I'd
17 stick around and help out.
18     I went -- I didn't go in the
19 trailers too much.
20 Q.  So prior to January of 2006, was
21 this your only experience working with
22 mobile homes?
23 A.  Yes, ma'am.
24 Q.  When you started working with your
25 brother and with Mr. Blanchard, were they

Page 16

4 (Pages 13 to 16)

PROFESSIONAL SHORTHAND REPORTERS, INC    (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

## Page 17

1 already working this job?
2    A.  I believe they were working for
3 just a little while, I think.  It's kind of
4 far back.  But I believe they were.
5    Q.  Did you sign a contract with
6 Mr. Blanchard to do the work?
7    A.  No.  It was just a handshake.
8 He's been friends with our family for -- I
9 trust him like I trust a brother.
10    Q.  Do you know if Mr. Blanchard had
11 any experience hauling trailers before this
12 job?
13    A.  I'm not -- I couldn't -- I
14 couldn't tell you that.  I don't think -- I
15 don't think he has, but --
16    Q.  And what about your brother, do
17 you know if -- if your brother Heath had any
18 experience hauling trailers?
19    A.  No, ma'am, he hadn't.
20    Q.  When you started working with
21 Mr. Blanchard, where was the work occurring?
22    A.  Like where we were setting up the
23 trailers or --
24    Q.  Tell me about your day hauling
25 trailers.

## Page 18

1         How did it start, what time did it
2 start and what were you going to do and
3 where?
4    A.  We would wake up.  We drove back
5 every night to St. Francisville.  And Gator,
6 he lived -- well, Paul Blanchard, sorry, he
7 lived -- he lives in Jackson.  We drove --
8 we woke up about 4 o'clock every morning,
9 drove to New Orleans.
10         We would get there and to go a,
11 like, a hardware site where they had, you
12 know, pipe fittings, wood.
13    Q.  And where was that hardware site
14 located?
15    A.  It was -- I believe it was in
16 Orleans Parish.
17    Q.  And what did you do at that site?
18    A.  You go and you would have to --
19 like, find -- like, if you needed something
20 that day, you would go get, you know, PVC
21 pipe to run the plumbing, wood to build the
22 porches, if you needed some more blocks,
23 pads, anything.  And you have to, like,
24 take -- write down what you got and give
25 the -- there would be a guy up front.  You

## Page 19

1 give him that sheet so he knows everything
2 you've got on your trailer.
3    Q.  And do you know who it was that
4 was running the site that you were at to
5 pick up these things?
6    A.  No, ma'am, I don't.
7    Q.  Were you the driver of the truck?
8    A.  No, ma'am.  Paul Blanchard was.
9 It was his own personal vehicle.
10    Q.  So about what time would you
11 arrive at this site to pick up supplies?
12    A.  Probably 6, 6:30.
13    Q.  And where would you go from there?
14    A.  We would go to, probably -- if we
15 had -- if we had a pending trailer, like, we
16 had that -- like, we had set up the day
17 before and we didn't get to finish, we would
18 go there, set that one up.
19         Or if we didn't, we would go
20 straight to -- I believe there was one that
21 they dropped the trailers off at.  It was --
22 I think there is one at Jazzland, and I
23 believe -- and I'm not real positive about
24 that.  I don't think I've ever been to this
25 one, but I heard there was another one at

## Page 20

1 the airport, but I'm not sure about that.
2    Q.  So you believe y'all picked up all
3 your trailers at Jazzland?
4    A.  Yes, ma'am.
5    Q.  And about what time would you
6 arrive at Jazzland?
7    A.  Probably at -- I would say 7,
8 7:30.
9    Q.  Do you know who Mr. Blanchard had
10 a contract with for hauling these trailers?
11    A.  No, ma'am.  He -- he took care of
12 all the paperwork.  Like he -- he -- he
13 would be the only one that could sign out
14 the trailer.  His signature was the only way
15 we could actually get a trailer from
16 Jazzland.
17    Q.  How many trailers would y'all
18 typically set up in a day?
19    A.  In a day?  The most we have ever
20 done was three.
21    Q.  And what time would you typically
22 leave from the New Orleans area to go home?
23    A.  It -- it would -- it would vary.
24 There wasn't a day -- there wasn't a day
25 that was the same.  Sometimes we would stay

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

  IN RE:   FEMA TRAILER          MDL NO. 1873
  FORMALDEHYDE PRODUCTS          SECTION N(4)
  LIABILITY LITIGATION           JUDGE ENGELHARDT

                    * * *

              VIDEOTAPED DEPOSITION OF TRAVIS
  ALLEN, 5396 ROSEMOUND LOOP, ST.
  FRANCISVILLE, LOUISIANA 70757, TAKEN AT THE
  OFFICES OF MIDDLEBERG, RIDDLE & GIANNA, 450
  LAUREL STREET, SUITE 1101, BATON ROUGE,
  LOUISIANA 70801, ON THE 5TH DAY OF AUGUST,
  2009.


  REPORTED BY:
      CATHY RENEE' POWELL, CCR
      PROFESSIONAL SHORTHAND REPORTERS
      (504)529-5255
  VIDEOGRAPHER:
      MICHAEL BERGERON
      PROFESSIONAL SHORTHAND REPORTERS
      (504)529-5255
```

Page 1

```
1   APPEARANCES:
2
3      HILLIARD MUÑOZ GUERRA
        (BY: REYNALDO PEÑA, ESQUIRE)
4       719 S. SHORELINE BLVD # 500
        CORPUS CHRISTI, TEXAS 78401
5
            (ATTORNEYS FOR THE PLAINTIFFS)
6
7      SCANDURRO & LAYRISSON
        (BY: TIMOTHY D. SCANDURRO, ESQUIRE)
8       607 ST. CHARLES AVENUE
        NEW ORLEANS, LOUISIANA 70130
9
10         (ATTORNEYS FOR DEFENDANTS
            GULF STREAM COACH, INC.)
11
12     U.S. DEPARTMENT OF JUSTICE
        (BY: ADAM M. DINNELL, ESQUIRE)
13      500 C STREET, SW
        WASHINGTON, D.C. 20472
14
           (ATTORNEYS FOR DEFENDANTS UNITED
15          STATES AND FEMA)
16
17     JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE
18      (BY: WILLIAM LAMPTON, ESQUIRE)
        8555 UNITED PLAZA BOULEVARD
19      BATON ROUGE, LOUISIANA 70809
           (Attended via telephone)
20
           (ATTORNEYS FOR DEFENDANTS PILGRIM,
21          CALIFORNIA, KZRV, DS/
            CROSSROADS AND DUTCHMEN)
22
23
24
25
```

Page 2

```
1   APPEARANCES CONTINUED:
2
       LEAKE & ANDERSSON
3       (BY: JERRY L. SAPORITO, ESQUIRE)
        1700 ENERGY CENTRE
4       1100 POYDRAS STREET
        NEW ORLEANS, LOUISIANA 70163
5          (Attended via telephone)
6         (ATTORNEYS FOR DEFENDANTS
           FLEETWOOD ENTERPRISES, INC.,
7          ET AL.)
8
       BAKER DONELSON
9       (BY: DAVID KURTZ, ESQUIRE)
        201 ST. CHARLES AVENUE
10      SUITE 3600
        NEW ORLEANS, LOUISIANA 70170
11         (Attended via telephone)
12        ATTORNEYS FOR DEFENDANTS,
           CH2M HILL CONSTRUCTORS, INC. AND
13         SHAW ENVIRONMENTAL, INC.
14
15     WILLINGHAM, FULTZ & COUGILL
        (BY: MARC B. JOHNSON, ESQUIRE)
16      NIELS ESPERSON BUILDING
        808 TRAVIS, SUITE 1608
17      HOUSTON, TEXAS 77002
           (Attended via telephone)
18
           (ATTORNEYS FOR DEFENDANTS
19          JAYCO AND STARCRAFT)
20
       MIDDLEBERG, RIDDLE & GIANNA
21      (BY: SONIA MALLETT, ESQUIRE)
        450 LAUREL STREET
22      SUITE 1101
        BATON ROUGE, LOUISIANA 70801
23
           (ATTORNEYS FOR FLUOR ENTERPRISES,
24          INC.)
25
```

Page 3

```
1   APPEARANCES CONTINUED:
2
3      ALLEN & GOOCH
        (BY: BRENT MAGGIO, ESQUIRE)
4       3900 N. CAUSEWAY BOULEVARD
        SUITE 1450
5       METAIRIE, LOUISIANA 70002
6         (ATTORNEYS FOR HEARTLAND
           RECREATIONAL VEHICLES, LLC)
7
8      LOBMAN, CARNAHAN
        (BY: HEATHER CHEESBRO, ESQUIRE)
9       400 POYDRAS STREET
        TEXACO CENTER - SUITE 2300
10      NEW ORLEANS, LOUISIANA 70130
           (Attended via telephone)
11
           (ATTORNEYS FOR CRUM & FORSTER)
12
13     DEGAN, BLANCHARD & NASH
        (BY: DREW BERNARD, ESQUIRE)
14      6421 PERKINS ROAD
        BUILDING C, SUITE B
15      BATON ROUGE, LOUISIANA 70808
16        (ATTORNEYS FOR TKTMJ, INC.)
17
18
19
20
21
22
23
24
25
```

Page 4

1 (Pages 1 to 4)

```
                    * * *
            EXAMINATION INDEX
EXAMINATION BY MS. MALLETT: .............8
EXAMINATION BY MR. DINNELL: ............64
EXAMINATION BY MR. SCANDURRO: .........89
EXAMINATION BY MR. MAGGIO: ............111
EXAMINATION BY MR. BERNARD: ...........114
EXAMINATION BY MR. PEÑA: ..............116
EXAMINATION BY MS. MALLETT: ...........152
EXAMINATION BY MR. DINNELL: ...........159
EXAMINATION BY MR. SCANDURRO: .........163
EXAMINATION BY MR. BERNARD: ...........166
EXAMINATION BY MR. PEÑA: ..............166
                    * * *
            INDEX OF EXHIBITS
Exhibit No. 1 .........................62
  Notice of Deposition.
Exhibit No. 2 .........................89
  Transcript and sworn statement of
  Travis Allen.
```
Page 5

STIPULATION

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

                    * * *

CATHY RENEE' POWELL, CCR, Certified Court Reporter, officiated in administering the oath to the witness.

Page 6

THE VIDEOGRAPHER:
We are on the record. The time is approximately 9:14 a.m. Today's date is August 5, 2009.

This is the videotaped deposition of Mr. Travis Allen, taken at the offices of Middleberg, Riddle and Gianna, located at 450 Laurel Street, Baton Rouge, Louisiana, in the case entitled "FEMA Trailer Formaldehyde Products Liability Litigation."

Would counsel please identify themselves and which parties they represent.

MR. PEÑA:
Reynaldo Peña for the plaintiffs.

MS. MALLETT:
Sonia Mallett on behalf of Fluor Enterprises, Inc.

MR. DINNELL:
Adam Dinnell for defendant United States.

MR. MAGGIO:
Brent Maggio for Heartland Recreational Vehicles.

MR. SCANDURRO:
Tim Scandurro for Gulf Stream

Page 7

Coach.

MR. BERNARD:
Drew Bernard on behalf of TKTMJ.

TRAVIS ALLEN,
having been first duly sworn as a witness, was examined and testified as follows:
EXAMINATION BY MS. MALLETT:
  Q.  Mr. Allen, could you give us your full name and address for the record.
  A.  Travis Anthony Allen, 5396 Rosemound Loop, St. Francisville, Louisiana 70757.
  Q.  And do you live in St. Francisville alone?
  A.  No, ma'am.  I live with my mom and dad.
  Q.  And how old are you?
  A.  I'm 23.
  Q.  What is your date of birth?
  A.  August the 20th, 1985.
  Q.  Now, I'm going to go through a line of questioning with you and if at any point you don't understand something that I'm asking you, go ahead and just ask me to repeat it, rephrase it, so that, you know, I

Page 8

believe that you understand the question that I'm asking you, okay?
A. Yes, ma'am.
Q. All right. And let me ask the question before you start answering it so that the court reporter can get everything on the record, okay?
A. Yes, ma'am.
Q. You were sent a subpoena for today's deposition, were you not?
A. Yes, ma'am.
Q. And were you asked to bring some records with you?
A. Yes, ma'am.
Q. And did you bring any records with you?
A. No, ma'am. Doctor records, I didn't have any doctor records of that time. I -- I had never been to the doctor, like, I had gotten ill when I was down there, but I -- I never went to the doctor because usually -- the first time, I was going to go to the doctor, and one morning, I woke up and it was all gone.
And then, I got sick twice, and

Page 9

the second time, I just -- it pretty much did the same thing. In two days, it was gone, you know.
I didn't have any actual doctor records though.
Q. And what about employment records? Who -- who did you work for?
A. I worked for -- me and my brother had a team -- it was Gator, Paul Blanchard. He worked for a subcontractor, Fluor.
(Discussion off the record.)
EXAMINATION BY MS. MALLETT:
Q. How long did you work hauling trailers?
A. I would say it was between seven and eight months. I started in January of 2006. And I'm -- it's kind of fuzzy of when I actually quit because I just worked then -- I went back to school in August, and I'm not real -- I'm not very -- I believe it was sometime around the 5th, though. August the 5th.
Q. Of 2006?
A. Yes, ma'am.
Q. Did you graduate from high school?

Page 10

A. Yes, ma'am.
Q. What high school?
A. Wilkerson County Christian Academy in Woodland, Mississippi.
Q. And you were -- did you go to school after high school?
A. Yes, ma'am. I went to Delta State University in Cleveland, Mississippi. And then after two years there, I transferred to Louisiana Tech and I -- I also took a summer -- summer school at Copiah-Lincoln Community College in Natchez, Mississippi.
Q. And what area were you studying at Delta State University?
A. At Delta State, I was doing business.
Q. And what about at Louisiana Tech?
A. I was doing civil engineering.
Q. And you -- what was the third school you named?
A. Copiah-Lincoln Community College. That would have been just -- I was taking a -- I took a computer class and it was a math class. I believe it was a calculus class.

Page 11

Q. And where is that located?
A. Copiah?
Q. Yes.
A. It's in Natchez, Mississippi. It's a branch of the original campus.
Q. Have you graduated from any of these schools?
A. No, ma'am, not yet. I'm still in school.
Q. And what school are you attending now?
A. I'm back at Copiah-Lincoln.
Q. And when do you expect to graduate?
A. Hopefully in a year and a half.
Q. And what do you expect to have a degree in?
A. Instrumentation and electronics.
Q. Who paid you when you were hauling trailers?
A. We -- we received all our checks from Gator. Gator Paul Blanchard.
Q. And did he have a name for his business?
A. If he did, I don't know it.

Page 12

3 (Pages 9 to 12)

```
 1      Q.  And you would make sure that the
 2  shower was running?
 3      A.  Yes, ma'am.
 4      Q.  And what about checking the sewer
 5  system that you had hooked up to, what --
 6  what would you typically do in regards to
 7  that?
 8      A.  Just basically check it for leaks,
 9  like maybe leave the water running and, you
10  know, wait until it fills up, run outside
11  and make sure it's not leaking.
12      Q.  And you would flush the toilet, I
13  assume?
14      A.  Yes, ma'am.
15      Q.  Now, did you at any point have to
16  put toilets in -- in the trailers or beds in
17  the trailers, you know, any stoves?  Did you
18  ever have to do any of that kind of thing?
19      A.  No, ma'am.  They were all
20  prefabbed.
21      Q.  Were you the one that would
22  typically open up the trailer when y'all
23  would get to the site?
24      A.  Like everything, it varied of who
25  went in the trailer.
                                     Page 41
```

```
 1      Q.  Was it opened at any point prior
 2  to you arriving at the site you were going
 3  to set it up at?
 4      A.  No, ma'am.
 5      Q.  So you would go into the trailer
 6  before you would start blocking it?
 7      A.  Yes, ma'am.  We had to go in there
 8  and get the jack tool.
 9      Q.  Do you have any specific memory
10  about walking into any of the trailers that
11  y'all were setting up?
12      A.  Yes, ma'am.
13      Q.  Okay.  Tell me about that memory.
14      A.  That memory, it was -- when it
15  started getting hot and the trailer was
16  closed up all day, you would walk in and it
17  would be like a, I don't know, almost like a
18  burning sensation in your nose.  Almost
19  like -- like a vinegar almost, you know.
20  Kind of like when you first open, like, a
21  jar of pickles or something.
22      Q.  Do you remember what month it
23  would have been that it was starting to get
24  hot?
25      A.  No, ma'am.  Just -- some days --
                                     Page 42
```

```
 1  the weather is so crazy down there.  Some
 2  days, it would be hot; some days, it would
 3  be cold.
 4      Q.  Do you know what it was that was
 5  producing this vinegar-like smell?
 6      A.  No, ma'am.  We had one guy told us
 7  it might have been the -- I can't remember
 8  whether -- what it's called.  I think they
 9  call it Aqua Blue.  Something they put in
10  the septic tank, something like a blue kind
11  of chemical that's supposed to break down.
12  And one guy said it might be that.
13      Q.  Now, did you have the conversation
14  with this guy that said it might have been
15  the Aqua Blue?
16      A.  No, ma'am.  I believe -- I believe
17  it was Paul.
18      Q.  Were you present when the guy said
19  it?
20      A.  No, ma'am.
21      Q.  Did you personally have a
22  conversation with anyone about this
23  vinegar-like smell in the travel trailers?
24      A.  (Witness shakes head negatively.)
25      Q.  I need you to answer.
                                     Page 43
```

```
 1      A.  Oh.  No, ma'am.
 2      Q.  So what would you do when you
 3  would walk in and smell this vinegar-like
 4  smell?
 5      A.  Most of the time we would sit
 6  there.  Like on some days, you would walk in
 7  and you would have to walk right back out,
 8  it was that bad.
 9          We would just leave the door open
10  and, you know, get the trailer set up and
11  let it air out before we go back in.
12      Q.  Would you ever open the windows or
13  just open the door?
14      A.  We'd open the door, we'd open --
15  sometimes -- what worked best is they had
16  little vents in the roof of them.
17      Q.  So you would open those little
18  vents in the roof?
19      A.  Yes, ma'am.
20      Q.  And did you pretty much do that
21  every time you would walk into the trailers?
22      A.  Yes, ma'am.  On hot days, yes,
23  ma'am.
24      Q.  So if it was on a cooler day, you
25  would not necessarily go in and open up
                                     Page 44
```

11 (Pages 41 to 44)

Page 45

```
 1   the -- the door and the hatch, or you would
 2   still do it?
 3       A.  You would still do it. It would
 4   still be pretty hot in there. But the
 5   burning sensation in your nose, it
 6   wouldn't -- not on a cold day.
 7       Q.  Did you ever talk to Paul about
 8   the vinegar-like smell in the trailers?
 9       A.  Yes, ma'am. That is who told me
10   it was probably the stuff in the septic
11   tank.
12       Q.  Did you ever talk to your brother
13   Heath about the vinegar-like smell?
14       A.  Yes.
15       Q.  And can you tell me what y'all
16   talked about?
17       A.  Just like --
18       MR. PEÑA:
19           Object to the form.
20   EXAMINATION BY MS. MALLETT:
21       Q.  You can go ahead and answer it.
22       A.  They -- like, the first time --
23   the only conversation I had with him about
24   it is when I first, my personal self, walked
25   in the trailer when it was hot, the first
```

Page 46

```
 1   time I walked in the trailer. I was, like,
 2   you know, what's that smell? It's burning
 3   my nose. It was like --
 4           That's when he, Paul was standing
 5   there, and he said, "Oh, it's something --
 6   something about the septic tank."
 7       Q.  And did you ever speak to Paul
 8   about it again?
 9       A.  No. I mean, if he said that's
10   what it was, then that's what we all
11   thought.
12       MR. SAPORITO:
13           Excuse me. Can the witness speak
14   a little louder, please, or stay closer to
15   his mic? It's getting muffled, I'm sorry.
16   EXAMINATION BY MS. MALLETT
17       Q.  How long had you been working
18   hauling these trailers when you first
19   noticed the vinegar-like smell?
20       A.  I would say probably -- let's see,
21   it was February -- probably two months when
22   we first had our hot -- our hot day.
23       Q.  Now, I believe you said earlier
24   that you got sick at some point while you
25   were working --
```

Page 47

```
 1       A.  Yes.
 2       Q.  -- with hauling the trailers?
 3           Tell me when you got sick the
 4   first time.
 5       A.  The first time I got sick, we were
 6   in Chalmette. It was down there. And I
 7   don't know, just almost like a real bad,
 8   like, sinus, just congestion. I had fever
 9   and my nose was stopped up. Kind of
10   wheezing when I talked, like, to breathe, I
11   mean.
12       Q.  And did you go to a doctor?
13       A.  No, ma'am. Because -- I was going
14   to go to the doctor and I took -- I took
15   some NyQuil for it. The next morning I felt
16   a little bit better. And then -- so I
17   decided not to go to the doctor.
18           I woke up two days later and it
19   was pretty much -- the whole symptoms were
20   gone.
21       Q.  So you didn't work that day in
22   between?
23       A.  Yes, ma'am. I didn't work.
24       Q.  So you took off several days in a
25   row?
```

Page 48

```
 1       A.  Yes, ma'am.
 2       Q.  And you took NyQuil that whole
 3   time?
 4       A.  No, just the first night and it
 5   started getting better.
 6       Q.  And did you go back to work?
 7       A.  Yes, ma'am.
 8       Q.  And how long did you work before
 9   you got sick again?
10       A.  I would say I worked down there
11   probably another two -- two months before I
12   got sick again.
13       Q.  And tell me what symptoms you had
14   the second time.
15       A.  Same thing.
16       Q.  And did you go to a doctor then?
17       A.  No, ma'am. I figured -- I did the
18   same thing I did the first time and it
19   worked again, so --
20       Q.  And how many days did you miss
21   working at that time?
22       A.  I had missed probably -- probably
23   almost a week that time. It got -- it was a
24   little bit worse than before.
25       Q.  So did you take any NyQuil the
```

12 (Pages 45 to 48)

| | |
|---|---|
| 1  whole time that you were out that week?<br>2     A.  Yes, ma'am.  I took it more than I<br>3  did before.<br>4     Q.  Did you take any other medication<br>5  other than the NyQuil?<br>6     A.  Maybe some Tylenol for the fever.<br>7     Q.  And did you go back to work?<br>8     A.  Yes.  For a short period because I<br>9  went back to school.<br>10    Q.  And when you say "a short period,"<br>11 was that a month, two months, couple of<br>12 weeks?<br>13    A.  Probably -- probably -- I would<br>14 say a month.<br>15    Q.  And then you stopped working with<br>16 Paul to go back to school?<br>17    A.  Yes, ma'am.<br>18    Q.  And did you ever work with anyone<br>19 else hauling trailers other than Paul<br>20 Blanchard?<br>21    A.  No, ma'am.<br>22    Q.  Would Paul pick you up each day or<br>23 would you meet him somewhere?<br>24    A.  We would meet him at -- there's<br>25 a -- I can't -- I don't know the name of the<br>Page 49 | 1  once the trailer was actually level, you'd<br>2  be able to see it.<br>3     Q.  Have you ever seen a trailer that<br>4  had a bent frame?<br>5     A.  Yes, ma'am.<br>6     Q.  Was this a trailer set up by some<br>7  other crew or was it in a totally different<br>8  situation?<br>9     A.  It was, I guess -- I don't know<br>10 what happened to it, but it was at Jazzland.<br>11 I guess they had set it aside because of --<br>12 I guess because of the bent frame.<br>13 Obviously.  I don't know what happened to<br>14 it.<br>15    Q.  And was this trailer set up or was<br>16 it just kind of to the side?<br>17    A.  It was just kind of to the side.<br>18    Q.  Once a trailer was set up and<br>19 inspected, did you ever have to go back to<br>20 do any work, perform any kind of work on<br>21 that trailer?<br>22    A.  No, ma'am.<br>23 MS. MALLETT:<br>24       Okay, we're going to take a break.<br>25 THE VIDEOGRAPHER:<br>Page 51 |
| 1  gas station.  It would be at a gas station<br>2  every morning and we would drop our truck<br>3  off there and ride with him down.<br>4     Q.  And where was this gas station<br>5  located?<br>6     A.  Just south of St. Francisville.<br>7     Q.  Did you receive any type of<br>8  training?<br>9     A.  For?<br>10    Q.  Jacking the trailers.<br>11    A.  No, ma'am.<br>12    Q.  Did Paul tell you how to do it?<br>13    A.  We -- we kind of -- we live<br>14 like -- we live in the country, so we pretty<br>15 much know how to do things, so we didn't --<br>16 but any formal training, no.<br>17    Q.  When y'all were setting up any of<br>18 the trailers, did you bend the frames?<br>19    A.  No, ma'am.<br>20    Q.  If you had bent a frame, would you<br>21 have known about it?<br>22    A.  Yes, ma'am, we would have known.<br>23    Q.  And how would you have known?<br>24    A.  Because you have to -- you'd be<br>25 able to tell when you set up the blocks,<br>Page 50 | 1        We're off the record; it is 10:12.<br>2        (Recess.)<br>3  THE VIDEOGRAPHER:<br>4        Back on the record; it is 10:20.<br>5  EXAMINATION BY MS. MALLETT:<br>6     Q.  Since you stopped hauling trailers<br>7  back in August of 2006, have you experienced<br>8  any sickness similar to what you had those<br>9  two times that you described to us just a<br>10 little while ago?<br>11    A.  Nothing -- nothing too familiar.<br>12 Basically, I had all the -- all the effects<br>13 of like a common cold or like a sinus<br>14 infection.  A fever, stopped-up nose,<br>15 headaches sometimes.  Just --<br>16    Q.  Okay.  I want -- I want to be sure<br>17 that I'm understanding what you just said.<br>18       You are saying that since you<br>19 stopped hauling trailers, the only thing you<br>20 have experienced is, like, common colds?<br>21    A.  Yes, ma'am.<br>22    Q.  Would you consider the way -- what<br>23 you experienced those two times that you<br>24 described for us while you were hauling,<br>25 would you consider them to be like a common<br>Page 52 |

13 (Pages 49 to 52)

1 names. I didn't really know -- know them
2 that well.
3 Q. Do you know what area they were
4 from?
5 A. I think they were from
6 Centerville, Mississippi.
7 Q. Have you ever filed a workers'
8 compensation claim?
9 A. No, ma'am.
10 Q. Have you ever been involved in any
11 lawsuit?
12 A. No, ma'am.
13 Q. Did you ever speak to anyone other
14 than Paul about the vinegar-like smell?
15 A. No, ma'am. Unless you want to
16 count my brother.
17 Q. Did you ever speak to any of the
18 inspectors about the vinegar-like smell?
19 A. No, ma'am.
20 Q. I think when I started asking you
21 questions, Mr. Allen, I asked you if you had
22 received a subpoena to come to this
23 deposition, and that that subpoena had a
24 list of things that you were asked to bring.
25 A. Yes, ma'am.

Page 61

1 Q. And I will show you a copy of
2 this.
3     Is this what it looks like?
4 A. Yes, ma'am.
5 Q. Okay. I'm going to go ahead and
6 mark this as Exhibit 1.
7     Do you have any of the
8 documentation that you were asked to bring
9 with you today?
10 A. No, ma'am.
11 Q. You don't have it with you,
12 correct?
13 A. Yes, ma'am.
14 Q. Do you have any documentation
15 concerning medical treatment or the medical
16 conditions that you had while you were
17 transporting trailers?
18 A. No, ma'am. Like I said, I
19 didn't -- I didn't go to the doctor so I
20 wouldn't have any.
21 Q. But you have testified that you
22 may have some W-2s --
23 A. Yes, ma'am.
24 Q. -- or some check stubs from
25 Mr. Blanchard, correct?

Page 62

1 A. Yes, ma'am.
2 Q. And I believe you also testified
3 that you filed your income tax returns in
4 2006, and you would have included what you
5 made with Mr. Blanchard on that, correct?
6 A. Yes, ma'am.
7 Q. So if I asked you to go back and
8 find those documents, do you believe that
9 you would be able to find them?
10 A. I should be able to.
11 Q. And could I ask that you drop them
12 off or mail them in to -- to this office or
13 to the court reporter so that we could
14 attach them to the deposition?
15 A. Yes, ma'am.
16 Q. And I believe that you testified
17 that you don't have any kind of
18 documentation concerning the method of
19 jacking the trailers?
20 A. Yes, ma'am.
21 Q. And any -- you don't have any
22 paperwork concerning any of the trailers
23 that you helped haul and set up with
24 Mr. Blanchard; is that correct?
25 A. Yes, ma'am.

Page 63

1     MS. MALLETT:
2         I'm going to go ahead and tender
3 the witness.
4     MR. DINNELL:
5         If anyone wants to go in front of
6 me, they can.
7 EXAMINATION BY MR. DINNELL:
8 Q. Mr. Allen, my name is Adam
9 Dinnell. I represent the United States in
10 this case.
11 A. Yes.
12 Q. Just like you were told earlier,
13 if I ask you a question that doesn't make
14 sense to you or you don't understand, let me
15 know and I will try to make it clearer for
16 you. All right?
17 A. Yes.
18 Q. You had said earlier that you were
19 having to get up at 4 a.m. every day to work
20 on this job. Is that right?
21 A. Yes.
22 Q. Now, that -- that would not be my
23 idea of fun. I'm wondering why you still
24 did this job.
25 A. It paid pretty good.

Page 64

16 (Pages 61 to 64)

### Page 69

1  FEMA employee?
2      A.  They were walking around.  I -- I
3  never talked to them.
4      Q.  And it wasn't the U.S. Government
5  FEMA employees that you would call to come
6  out and inspect the trailers?
7      A.  No, sir, I don't believe.  Like I
8  said, I don't know who they worked for,
9  so -- but usually, like, the FEMA people,
10 they would wear the jackets with the FEMA
11 across the back.  That's how you could
12 usually recognize them.
13     Q.  What kind of stuff would they be
14 doing?
15     A.  I don't -- usually, most of the
16 times when we would see them, we would see
17 them at the little lumber site.
18     Q.  Okay.  The hardware site?
19     A.  Yes.
20     Q.  Would you see one of these people
21 wearing a FEMA jacket every day when you
22 were hauling and installing trailers?
23     A.  Yes, I would say so.  And we would
24 see them also at the -- at Jazzland when we
25 would pick up the trailers.

### Page 70

1      Q.  But you would usually see them at
2  the hardware site or at the Jazzland staging
3  site, right?
4      A.  Yes, sir.
5      Q.  You wouldn't see them out there
6  looking at every single trailer that you
7  were installing, correct?
8      A.  No, sir.
9      Q.  Just so it's clear on the record,
10 you said that you never voiced any complaint
11 about the smell in these units to anybody
12 other than Mr. Blanchard and your brother.
13 Right?
14     A.  Yes.
15     Q.  So you never made any complaint
16 about the smell in the trailers to FEMA or
17 the government, right?
18     A.  No, sir.
19     Q.  And you never called up one of
20 these contractor companies and told them
21 about the smell issue?
22     A.  No, sir.
23     Q.  I believe you said that the
24 trailers that you were hauling and then
25 setting up were brand-new?

### Page 71

1      A.  Yes.
2      Q.  At least from your experience?
3      A.  Yes.
4      Q.  And you would have to go into
5  these units, right?
6      A.  Yes, sir.
7      Q.  So you'd end up being the first
8  person to set foot in a lot of these travel
9  trailer units, right?
10     A.  Yes, sometimes I would be the
11 first person to set foot in it, unless they
12 were opened pre us getting there.
13     Q.  And in the summer, you said that
14 these units could be pretty hot, right?
15     A.  Yes, sir.
16     Q.  And I'm guessing if they were
17 sitting there sealed up, some of these units
18 could probably be above 100 degrees when you
19 would walk inside, right?
20     A.  Yes, sir.
21     Q.  Did you ever turn on the
22 air-conditioner in one of these units?
23     A.  No, sir, because we -- because
24 there would be no electricity to them,
25 because I'm guessing the electricity, the

### Page 72

1  guy who put the pole in, it would be a
2  subcontractor to somebody -- somebody else.
3      Q.  If the units -- and you said the
4  units did not have electricity when you were
5  working with them, that that would come
6  later in the process, right?
7      A.  Yes.
8      Q.  If the unit had had electricity,
9  would you have wanted to turn on the
10 air-conditioner inside these units?
11     A.  Well, not -- I -- we probably
12 wouldn't have.
13     Q.  Okay.  Because you weren't going
14 to be in there very long?
15     A.  Yeah, very long.
16     Q.  And especially on the hot summer
17 days, you said you would walk in the unit
18 and it would make your eyes burn?
19     A.  Yes, sir.
20     Q.  Take your breath away, right?
21     A.  Yes, sir.
22     Q.  Is that kind of similar to when
23 you have a car parked somewhere for ten
24 hours on a summer day, and you walk in and
25 it kind of takes your breath away?

18 (Pages 69 to 72)

**Page 73**

1  A. Well, kinda, sorta but not the
2  nose burning.
3  Q. But the taking-the-breath-away
4  part, it would be that hot air?
5  A. Yes.
6  Q. You said in the summer, when you
7  would walk in and you would get some of that
8  eye burning in the unit when you first
9  walked into the unit, that you would open up
10 vents and you would open up windows, right?
11 A. Yes, sir.
12 Q. Now, would that improve the --
13 make the eye burning go away?
14 A. Yes.
15 Q. And when you would open the vents
16 and open the windows in that unit, when you
17 would air out that unit, that would make it
18 easier to work inside that unit, right?
19 A. Yes, sir.
20 Q. When you were doing this work -- I
21 believe you said you still had to be around
22 destroyed houses and all sorts of debris; is
23 that right?
24 A. Yes, sir.
25 Q. And would some of that include

**Page 74**

1  rotting houses and mold?
2  A. Yes, sir.
3  Q. What about mud and other
4  contaminants?
5  A. Some mud. The ground -- the
6  ground was pretty soft. It wasn't, you
7  know, like a mud, but -- it still had grass
8  on it, but it was soft.
9  Q. And you said some of the work you
10 did was in Chalmette. Right?
11 A. Yes.
12 Q. Chalmette got 15 feet of water?
13 A. Yes.
14 Q. Did you ever hear anybody talk
15 about the "Katrina cough" when you were
16 working on this job?
17 A. I had heard it probably once.
18 Q. Okay. What had you heard about
19 it?
20 MR. PEÑA:
21    Objection, form.
22 EXAMINATION BY MR. DINNELL:
23 Q. Go ahead.
24 A. Just that people that were going
25 down there were getting sick. That's --

**Page 75**

1  Q. From the mold and the water and
2  everything else?
3  A. Yes.
4  Q. When you were jacking up travel
5  trailers, did you ever see -- strike that.
6  Let me ask it a different way.
7     Did you ever damage a travel
8  trailer to your knowledge when you were
9  jacking it up off the ground?
10 A. No, sir.
11 Q. Now, you were asked about this
12 earlier, and I just want to make sure it's
13 clear.
14    As you're sitting here today, you
15 can't tell us whether you hauled a specific
16 travel trailer in response to Hurricane
17 Katrina, right?
18 A. Specific --
19 Q. You don't know what travel
20 trailers you hauled and installed and which
21 ones you didn't either by address or VIN
22 number or anything like that?
23 A. No, sir.
24 Q. And at least you personally don't
25 have any records in your possession that

**Page 76**

1  would reflect which units you actually
2  hauled and installed and which units you
3  didn't?
4  A. Correct.
5  Q. You just know that New Orleans,
6  Chalmette, a few other areas that you
7  said --
8  A. Yes.
9  Q. -- are the general areas where you
10 set up some units?
11 A. Yes.
12 Q. And that you were hauling and
13 installing units from March of '06 until
14 about December of '07; is that right?
15 A. No. It was about January of '06
16 until August.
17 Q. Oh, I'm sorry. You're right.
18    So you were hauling and installing
19 units from January of '06 to August of '07,
20 right?
21 A. No. August of '06.
22 Q. '06. I screwed you up again, I'm
23 sorry.
24    January of '06 until August of '06
25 is when you were hauling and installing

**Page 101**

1   A.  No.  After a -- after a while, it
2   would go away.  If you left everything open.
3   Q.  So about a half-hour, you think it
4   all went away?
5   A.  Well, half-hour -- no, no, no.
6   Probably about as long as it took us to put
7   the blocks on there.
8   Q.  Okay.  You didn't routinely go
9   back and forth inside the trailer, though,
10  to check, during that first hour?
11  A.  No, sir.
12  Q.  You did your outside work?
13  A.  Yes, we did our outside work and
14  then went back inside.
15  Q.  So after an hour, you had no
16  problems when you went inside the trailer?
17  A.  Yes.
18  Q.  That's correct, you had no
19  problems?
20  A.  Yes, sir.
21  Q.  Now I think you said earlier,
22  you -- you didn't have that pickle jar smell
23  on cooler days, correct?
24  A.  Yes.
25  Q.  But you still occasionally opened

**Page 102**

1   the vents because it would get hot inside
2   the trailer even on a cool day?
3   A.  Yes, sir.
4   Q.  So regardless of what the
5   temperature was outside, your experience was
6   it was always a lot hotter inside the
7   trailer?
8   A.  Yes.  And by cooler day, I mean
9   not cold, just, you know, 75, something like
10  that.
11  Q.  Seventy-five would be a cool day
12  where you didn't smell the pickle smell?
13  A.  Sometimes it gets up to the 90s
14  out there and that's when it was real bad.
15  Q.  You would say when it was about
16  75 degrees, you didn't have those symptoms
17  you talked about with the nose and the eyes,
18  right?
19  A.  Yes.
20  Q.  But when it got up to 90 or 95,
21  you could sense it?
22  A.  Yes.
23  Q.  You said you were contacted by
24  your brother about showing up today and
25  about appearing for the statement back in

**Page 103**

1   May, correct?
2   A.  Yes.
3   Q.  Do you know whether or not your
4   brother has been paid anything in connection
5   with helping arrange his statement and your
6   statement?
7   A.  No, sir.
8   Q.  You don't know?
9   A.  Well, I know that he got the same
10  witness fee that I got.
11  Q.  Right.  Other than the witness
12  fee, you are not aware of any payments that
13  he has received?
14  A.  No.
15  Q.  What about the same question for
16  Paul Blanchard?
17  A.  No, sir.
18  Q.  Has either your brother or
19  Mr. Blanchard been hired, to your knowledge,
20  as a consultant to help with these cases?
21  A.  Not of my knowledge, no.
22  Q.  And you haven't been?
23  A.  No, sir.
24  Q.  And I think you said earlier none
25  of these trailers had electricity that you

**Page 104**

1   walked into and worked on, right?
2   A.  Yes, sir.  They had -- it would be
3   battery operated with a battery, but no
4   120-volt AC.
5   Q.  You had no air-conditioning?
6   A.  The only thing we had enough
7   battery to do is like on a slide-out, you
8   know, it worked a slide-out.
9   Q.  Okay.  Now when you walked into
10  these trailers and opened the roof vents to
11  help ventilate things --
12  A.  Yes.
13  Q.  -- did somebody tell you to do
14  that?
15  A.  No.
16  Q.  It was just common sense?
17  A.  Yes, just common sense.
18  Q.  And it worked?
19  A.  Yes.
20  Q.  When you got sick the first time
21  in Chalmette, was that sometime in the
22  summer of 2006?  If you quit in August and
23  we back up from there, was it sometime in
24  the summer?
25  A.  Beginning of the summer was the

**Page 121**

1  the tongue jack. We would go inside and get
2  the jacks out from under the bed, come back
3  outside, suspend it off the tires onto the
4  front jacks, unless it needed to be, you
5  know, a bit higher on one corner. And put
6  blocks under.
7       You would have to put -- it was,
8  like, a plastic bag, and had it to be two or
9  three blocks high and then you had to put --
10 I think it was either a 1-inch or half-inch
11 wood between the actual metal frame of the
12 trailer and the cinder blocks.
13      Q.  Were the cinder blocks you used to
14 build the, they were piers; is that right?
15      A.  What, the cinder blocks?
16      Q.  The blocks.
17      A.  It was big, you know, I guess they
18 would be 12 or 14 inches by 8 inches and
19 they had two holes in them.
20      Q.  Just like your standard, cement
21 cinder block?
22      A.  Yes.
23      Q.  Did y'all -- did you fill those
24 with concrete or were they left hollow?
25      A.  Left hollow.

**Page 122**

1       Q.  So they were just stacked?
2       A.  Yes, but you had to put the hole
3  spaces down, not the holes facing vertical.
4       Q.  In other words, when you set
5  the -- when you set the cinder blocks, there
6  were holes on top?
7       A.  Yes.
8       Q.  Did you ever see, either yourself
9  or Paul or anybody, looking at any kind of
10 engineering drawings of some kind of, or
11 like, AutoCAD engineering drawings as far as
12 how to -- how to actually block the trailer?
13      A.  No, sir.
14      Q.  And as far as you know, there was
15 no protocol or written procedure that you
16 know of as to how to jack the trailer. Is
17 that right?
18      A.  No, sir.
19      Q.  So basically, as long as the
20 installers blocked the trailers, got them
21 blocked somehow and they were on blocks and
22 they were leveled, that's what the
23 inspectors were looking for?
24      A.  Yes.
25      Q.  To your knowledge?

**Page 123**

1       A.  Yes.
2       Q.  And I'm sure -- did you come
3  across several different problems with
4  different properties where you would have
5  maybe mud on one, maybe a hill on one?
6       A.  Yes, sir.
7       Q.  So you would have to --
8       A.  Not really a hill. Like I said,
9  one would be on concrete and one would be on
10 the -- it would be, like, you know, a little
11 slope.
12      Q.  So did each time you would go
13 outside and block one of these trailers at
14 the different locations you went to, is it
15 fair to say that you would have to do things
16 differently, you would have to adjust to the
17 job?
18      A.  Yes.
19      Q.  How many jacks did you say you
20 used, was there one on each corner?
21      A.  One on each corner, there would be
22 four.
23      Q.  And I think you said you had
24 another large jack?
25      A.  Yeah, it's an air jack. Ten-ton,

**Page 124**

1  I believe. And if we had to pick one up
2  higher than the extent of the corner jacks,
3  then we used that.
4       Q.  And sometimes you would start by
5  lifting the front, that would be where the
6  tongue is?
7       A.  Yes.
8       Q.  And block that first?
9       A.  Yes.
10      Q.  And then you would go to the back
11 and sometimes jack that up afterwards and
12 block that?
13      A.  Yes.
14      Q.  And then sometimes you would start
15 on a long side and jack that side up first?
16      A.  Yes. Some -- yeah. Sometimes
17 when -- the only time we had to do it like
18 that is when -- when I said there was a
19 slope from the concrete to the thing, and
20 you had to -- we lifted the actual -- the
21 grass side up first, slid blocks under that.
22 Because we didn't want to lift the other
23 side up because it would be, you know,
24 off -- too off. Off-level.
25      Q.  So, like, in that kind of

Page 125

1 situation -- there were situations where the
2 long side, I'm talking about -- not in the
3 front and not in the back, but on the long
4 side -- you would actually have to lift that
5 side up, block that side and go do the other
6 side?
7   A.  Yes.
8   Q.  Do you know if Paul Blanchard was
9 a subcontractor for Fluor?
10  A.  I believe that's what he did.  I'm
11 pretty sure.
12  Q.  Okay.  And did anybody from Fluor
13 ever come out and watch you all work or
14 check out y'all's work?
15  A.  No, sir, not to my knowledge.
16  Q.  So Fluor did not supervise, at
17 least in your case, the subcontractor?
18  A.  No, sir.
19  Q.  And did they ever come after your
20 work was done and check your work after it
21 was done?  Not during but after?
22  A.  Not -- unless we wasn't there.
23  Q.  You talked also about inspectors
24 coming over to check trailers?
25  A.  Yes.

Page 126

1   Q.  And you said you couldn't remember
2 the name of the company, but they had a
3 white Ford truck usually?
4   A.  Yes.
5   Q.  Was that -- was that a Fluor
6 inspector?
7   A.  I can't remember.
8   Q.  And you don't know if that was a
9 FEMA inspector?
10  A.  No, sir.
11  Q.  All right.  And the minimum height
12 of those blocks were -- were 2 feet, I
13 believe you said?
14  A.  Yes.
15  Q.  But the minimum was 2 feet --
16  A.  Yes.
17  Q.  -- and you could have blocks on
18 the other side of the trailer to maybe
19 offset cement or a hill or a slope that
20 would be higher than 2 feet --
21  A.  Yes.
22  Q.  -- to make it level?
23  A.  Yes.
24  Q.  And then you said --
25  A.  I think there was a certain -- I'm

Page 127

1 not sure.  We never had them, but I believe
2 there was a certain -- a certain amount of
3 blocks you couldn't go over.  But we never
4 had that case.
5   Q.  With the four jacks in the
6 corners, did you -- you only had three
7 people in your crew, right?
8   A.  Yes.
9   Q.  So you couldn't lift the trailer
10 with four jacks, the four jacks all -- in
11 other words, you couldn't lift them all
12 simultaneously.  Is that correct?
13  A.  No.
14  Q.  How would you do -- how would you
15 use that when you were -- when you had four
16 jacks set up on each corner, how would y'all
17 usually jack it up?
18  A.  Probably tongue to the rear and
19 then we -- we probably put the tongue blocks
20 on first, put the rear blocks on first, and
21 then put the middle ones in last.
22  Q.  Now, when you were blocking up the
23 trailers, how did you figure out where the
24 center was where you were supposed to put
25 the cinder blocks?  Was there any kind of

Page 128

1 procedure or any kind of numbers you were
2 given, like 6 -- 6 inches to the left of the
3 axle, for example, or in front of the axle,
4 or behind the axle, anything like that?
5   A.  No, sir.
6   Q.  When you blocked these trailers
7 off the ground, there was no weight on the
8 axle; is that correct?
9   A.  No weight on the axle.
10  Q.  So the weight was completely taken
11 off the axle and placed on the blocks?
12  A.  Yes.
13  Q.  And the blocks were placed
14 underneath I-beams; is that correct?
15  A.  Yeah, the frame has I-beams.  I
16 think 6- or 8-inch I-beams.
17  Q.  Whenever you would jack maybe on
18 one corner at a time, if you were to jack
19 one corner up, did it kind of seem --
20 without bending the beam -- that it may have
21 kind of stretched it a little bit?
22  A.  You generally want to jack them
23 all up kind of like simultaneously, almost.
24  Q.  Uh-huh.
25  A.  You wouldn't want to jack one side

**Page 133**

1  A.  No.  Well, you wrap it around --
2  it has an actual hook anchor on it.
3  Q.  What is a hook anchor?
4  A.  It's a -- it was just like a
5  strap, and then it had -- I don't know, it
6  kind of hooks onto the I-beam.  Maybe like a
7  piece of -- a flat metal that's bent at
8  about 90 or 45 degrees that hooks onto the
9  I-beam.
10       You wrap it around once and then
11  you bring it back down into the ground.  It
12  had a bolt with a slit in it and you'd
13  anchor it that way.  That's how you would
14  actually ratchet it down, you tighten that
15  bolt up.
16  Q.  What were your instructions -- did
17  you have any instructions in writing from
18  anybody, or any schematic, engineering
19  drawings, things like that, that explained
20  or showed you how to properly install these
21  anchors?
22  A.  No, sir.
23  Q.  Who taught you how to do that, was
24  it Paul?
25  A.  Well, my brother, Heath Allen.

**Page 134**

1  Q.  Did you ever see Heath or Paul
2  looking at drawings or engineering drawings
3  or schematics?
4  A.  No.
5  Q.  Did you ever have occasion to --
6  since you had soft ground -- were these
7  anchors easy to pull out?
8  A.  In soft, that real soft ground, it
9  would be easy to pull out, I believe.
10  Q.  Could you pull some of them out
11  with your hands at some point?
12  A.  Yeah.  At one point, it was
13  actually loose.  It was still -- you could
14  probably not really just pull it out of the
15  ground, but you could probably tug on it a
16  pretty good bit and pull it out of the
17  ground.
18  Q.  And some of those -- how would you
19  deal with that kind of situation when you
20  were having problems like that?  Did they
21  still pass inspection?
22  A.  Yes.
23  Q.  So even the -- even strapping or
24  tie-downs that were -- the corkscrew anchors
25  were able to be pulled out by hand were

**Page 135**

1  passed by inspectors?
2  A.  Yes.
3  Q.  You said you spent about 35 to 45
4  minutes or so in each trailer -- inside the
5  trailers?
6  A.  Yes.
7  Q.  And that would usually be after
8  you would do the outside things, the
9  blocking, leveling, that kind of thing?
10  A.  Yeah.  That'd be counting going in
11  and getting the jacks and stuff out from
12  under the bed and coming out, doing the
13  water, all -- all that.
14  Q.  And then I think you said you
15  would open the door up first, then go do the
16  stuff outside, so it could air out?
17  A.  Yes.
18  Q.  Do your things, your blocking and
19  your leveling, and then you would go inside?
20  A.  We would go inside, just kind of,
21  you know, hold our nose a little bit.  Do
22  all the -- we would open up the vents and
23  stuff.  We had to go ahead and get the jacks
24  out -- the jack tools out from under the bed
25  because we needed those right then, then

**Page 136**

1  come out and get -- just let it air out.
2  Q.  Now, can you just kind of list the
3  symptoms you would feel when you -- when you
4  would walk into a trailer that was just
5  opened?
6  A.  Burning nose, kind of like an eye
7  irritation almost.  Kind of like a dry eye.
8  That's pretty much it.
9  Q.  What about nausea, did you ever
10  have nausea?
11  A.  Not too much.
12  Q.  What about any dizziness?
13  A.  No dizziness.
14  Q.  Headaches?
15  A.  I get headaches all the time, so I
16  don't -- I can't really say if that was from
17  that or...
18  Q.  And you said this is different
19  than when you walk into a hot car because
20  the hot car doesn't have the symptom of
21  burning your eyes and burning your nose and
22  things like that?
23  A.  Well, the burning of the nose, it
24  would.
25  Q.  Did it smell to you -- you

34 (Pages 133 to 136)

Page 149

1  Q. Did Fluor require its
2  subcontractors to take any kind of safety
3  training?
4  A. I never got any safety training.
5  Q. Okay. So you weren't required to
6  wear hardhats --
7  A. No.
8  Q. -- or any kind of breathing masks,
9  anything like that?
10 A. No, sir.
11 Q. You could just basically show up
12 to work however you wanted to show up --
13 A. Yes, sir.
14 Q. -- as long as you got the job
15 done?
16 A. Yes.
17 Q. Just a couple of questions on the
18 hardware site.
19     You said you ran out of materials
20 pretty often?
21 A. Yes. Toward the end of me
22 working, it was. They were running pretty
23 short.
24 Q. So if you stopped in August of
25 '06, can you guesstimate when that started

Page 150

1  happening?
2  A. July.
3  Q. July? What was the -- what kind
4  of equipment or materials were the most
5  common -- commonly not available?
6  A. PVC pipe, fittings -- PVC
7  fittings. I remember at one point, we
8  had -- we needed some half pads and they
9  were completely out of them. It just --
10 probably every -- probably -- the only thing
11 they probably didn't run low of is the
12 actual 14 by 8 cinder blocks.
13 Q. There were always cinder blocks
14 available?
15 A. Yes.
16 Q. Do you know if any of the cinder
17 blocks were reused?
18 A. Not to my knowledge.
19 Q. You also talked earlier about
20 trailers at Jazzland that you said you saw
21 that had bent beams or damaged trailers?
22 A. Yes. I saw one, it was, like,
23 pulled to the side.
24 Q. And do you know whether or not
25 those were damaged when they were hauled to

Page 151

1  the site or if they -- were they damaged
2  while they were being installed and brought
3  back, or anything like that? Do you have an
4  answer?
5  A. No, I don't. I just saw it that
6  one time.
7  Q. So it could have been done by
8  possibly being jacked up improperly?
9  A. Yes, it could have been.
10 Q. And if you would have been one of
11 the persons installing a trailer and you saw
12 that a beam was bent or something like that,
13 would you -- would you probably take it back
14 to Jazzland or at least tell them about it?
15 A. Yes.
16 Q. Did y'all ever have to do anything
17 like that?
18 A. No, we never had to take one back.
19 Q. Did you ever see -- did you ever
20 see any other subcontractors working out
21 there?
22 A. Yeah, a few. We never -- we never
23 really talked to them or nothing like that.
24 Q. Did you ever see any other
25 subcontractor while you were out there

Page 152

1  working in a -- in a way that maybe you
2  wouldn't, maybe that was reckless?
3  A. No, sir.
4  MR. PEÑA:
5      Thank you. I pass the witness.
6  EXAMINATION BY MS. MALLETT:
7  Q. Mr. Allen, I have a couple of
8  follow-up questions for you.
9      Do you know who owned the trailers
10 that y'all were transporting?
11 A. No, ma'am.
12 Q. And do you know who it was that
13 Mr. Blanchard had a contract with to haul
14 the trailers?
15 A. I -- I can't recall his name. I
16 know what he looks like.
17 Q. Do you know where he's from?
18 A. Jackson, Louisiana.
19 Q. If I said the name of a
20 "Mr. Kilcrest," does that sound familiar?
21 A. No, ma'am.
22 Q. When y'all were commuting between
23 St. Francisville and New Orleans, did you
24 have to sit in a lot of traffic?
25 A. Sometimes in New Orleans.

38 (Pages 149 to 152)