# Transcript of the Testimony of
# Videotaped Deposition of Heath Allen

**Date taken: August 5, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT "B"

**Page 21**

1 would call them and they would come by.
2   Q.  Now, did you ever fill out the
3 paperwork?
4   A.  I never touched the paperwork.
5 Paul was the paperwork guy. He handled all
6 that.
7   Q.  Did you ever speak to any of the
8 guys that came out to inspect the trailer?
9   A.  The inspectors? Yes, ma'am, you
10 know, social speaking, as far as that goes.
11   Q.  But you didn't speak to them about
12 any of the particulars about the job y'all
13 had just done?
14   A.  No, they would come out and they,
15 you know, they would say, you know, the
16 plumbing had to be a certain, you know, 10
17 foot.
18      And after a couple of weeks of
19 that, they finally did a sample trailer at
20 the Fluor headquarters, they called it. I
21 can't remember which road it was on. It was
22 off of 610.
23      They did an example trailer behind
24 their office, and they called us all over
25 there and they showed us and said, "well,

**Page 22**

1 this is what we want."
2      And it was just a trailer set up,
3 you know, the sewer was blocked the way they
4 wanted it done, and that was pretty much it.
5 We just went from there.
6   Q.  Did you ever see any kind of
7 drawing or anything like that that showed
8 you how to put the blocks in?
9   A.  No, ma'am.
10   Q.  What about putting the anchors in,
11 did you see any kind of drawings about that?
12   A.  No, ma'am.
13   Q.  Who would typically put the
14 anchors down?
15   A.  Paul. They did come back about
16 four months into it and said we had to start
17 calling Louisiana One Call because some guys
18 had gotten hurt. I think even one guy got
19 killed putting an anchor down into a live
20 line or something. So we had to wait for
21 Louisiana One Call before we could even put
22 anchors in. If the lines weren't marked, we
23 couldn't do the trailer.
24   Q.  But y'all were not the ones
25 marking where the trailers needed to go,

**Page 23**

1 right?
2   A.  No, ma'am.
3   Q.  How did you come to be the one
4 that hooked up the plumbing pipes?
5   A.  Well, we just each took a
6 different job. Paul just took the
7 strapping. We would both block and then we
8 would break up and just try to get it done
9 faster, pretty much.
10   Q.  Was Paul the one basically calling
11 the shots as to who did what within the
12 crew?
13   A.  Pretty much. I mean, it was his
14 deal, you know.
15   Q.  And who besides yourself was in
16 the -- Paul's work crew?
17   A.  My brother Travis Allen.
18   Q.  Was there anyone else that was
19 ever a part of y'all's crew?
20   A.  No, ma'am.
21   Q.  And at the point that Travis
22 stopped working with the crew to go back to
23 school, do you continue working with Paul
24 then?
25   A.  Yes, ma'am. We worked about a

**Page 24**

1 month after that.
2   Q.  So you basically just had a
3 two-man crew then?
4   A.  Yes, ma'am.
5   Q.  Describe for me the process of
6 jacking the trailer.
7   A.  Okay. The way we'd do it, we'd go
8 pick the trailer up and bring it from the
9 lot to whatever the address they give us.
10 It would be marked off with orange spray
11 paint, where they wanted the trailer.
12      We'd back the trailer in. The way
13 we used to do it is we blocked the wheels
14 and jacked the front of the trailer all the
15 way down to the ground. Go around the back,
16 block the back up. Then we would use the
17 front tongue jack to pick the front of the
18 trailer up until it was level. Had a level
19 sitting in the doorway. Water level.
20      When it was level, we blocked the
21 front and blocked the middle, and started
22 strapping it down. While he was strapping
23 it down, I would go find my sewer and find
24 out where I needed to run it to. And
25 usually there is a water hose or a water

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255                        (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

**Page 37**

the way. It wasn't nothing like no car or nothing in the way or anything like that. Just a little trash and stuff like that.

Q. Do you know who it is that marked where the trailers needed to go on the people's lots?

A. No, ma'am.

Q. Did you ever set up at any of the group sites?

A. No, ma'am. Not with Paul and them. We built wheelchair ramps like in a trailer park when I worked for the other guy.

Q. And "the other guy" meaning Mr. Sullivan?

A. Mr. Sullivan. Yes, ma'am.

Q. And where did you build these wheelchair ramps?

A. I want to say it was in Chalmette.

Q. Who would typically be the first person to go inside a trailer as y'all were setting it up?

A. It varied. I mean, me, Paul. We would pretty much go in about the same time or if I was still busy doing something, he

**Page 38**

would do it, or if I was finished, I would go in.

Q. Tell me about walking into the trailers for the first time.

A. Well, during the winter months, it wasn't that bad, you know. The spring, it wasn't that bad.

As soon as it started getting hot, you know, when you would walk in the trailer, your eyes would go to watering, burning. It was kind of hard to breathe.

So we just started -- when we'd first get there, we'd open the doors. Go in and open all the windows and the roof vent, and we'd let it air out while we were doing the work. That way, by the time we were finished, you know, we could go in there and put the tables together and stuff like that.

Q. So as you would go in in the winter months, can you -- or -- yeah, the winter months, can you tell me about when that would have been?

A. That would have been January through about, I guess, around April, you know. It wasn't too hot. The heat is what

**Page 39**

really caused the -- you know, it was about 140 degrees inside the trailer, sitting on a cement lot out in the middle of nowhere.

Q. And can you tell me when that would start, that heat? Do you recall the month that you started having that?

A. No, ma'am, I can't recall the month. Because the weather down here is so crazy, you really --

Q. Okay. And describe for me again what you said when you would walk into the trailer in the summer months. What would you experience?

A. It will be like a burning, you know, your eyes would start watering. Stuff like that. It was hard to breathe in there. It was like an ammonia type -- I don't really know what it was, but it would burn you. It would burn your eyes and everything.

Couple of times, I got nosebleeds from it, breathing it in.

Q. And when did you experience these nosebleeds, was it while you were actually doing the work?

**Page 40**

A. No, it was when -- you know, I walked in the trailer and I would come back out because it was so bad. And that's before we even noticed -- you know, that was before we started airing them out. And finally, you know, we caught on to what it might have been, just being hot and shut up. So that's the reason we started airing them out.

Q. And what did you do to air them out?

A. Open the vents, open the windows, kept the door open.

Q. And where was the vent located that you opened?

A. On the roof -- one in the living room and I think there is one in the bathroom.

Q. So y'all would open both of them?

A. Yes, ma'am, just to air it out.

Q. Would you open the windows?

A. Yes, ma'am. And the door. The door had a screen on it, so you could open the door and leave the screen door shut because the mosquitoes were bad too.

**Page 41**

1  Q. And about how long would you air
2  it out while y'all were doing the other
3  work?
4  A. It varied. It just depends on how
5  long it took us to block it, strap it down,
6  do the plumbing and water. We would wait
7  until the last thing to do, to go inside and
8  set it up. Just to make sure it was aired
9  out.
10  Q. So what was the shortest amount of
11  time that it took for y'all to set up a
12  trailer when you were airing it out?
13  A. Easiest would have been on the
14  concrete, probably like about an hour.
15  Q. And what was the longest amount of
16  time it took you to set up a trailer?
17  A. I would say the longest it ever
18  took us was about three hours. Three, three
19  and a half hours.
20  Q. And what was the reason it took
21  you so long on that job?
22  A. It being unlevel in the yard and
23  stuff.
24  Q. Were you ever treated by a
25  doctor while you were working with

**Page 42**

1  Mr. Blanchard hauling the trailers?
2  A. Yes, ma'am. I went to my doctor
3  because I got sick when I was down there.
4  Q. Tell me when you got sick.
5  A. I can't exactly remember the
6  month. I mean, it was -- had to be in the
7  summertime, because it was hot outside. A
8  lot of people say it was the mold, the black
9  mold and stuff like that. It probably was.
10  I mean, it was pretty nasty down there at
11  the time.
12  Q. Tell me what your symptoms were.
13  A. Upset stomach, throwing up. Stuff
14  like that.
15  Q. And what kind of medicine did he
16  give you?
17  A. He just told me -- I just -- I
18  don't really like to take medicine for, you
19  know, that's just, like, a stomach virus.
20  He gave me some antibiotics, but I don't
21  remember what the name of it was.
22  Q. Did he tell you what you had?
23  A. He just said it was flu-like
24  symptoms, pretty much.
25  Q. Did he tell you it had to do with

**Page 43**

1  the mold?
2  A. Yes. He said -- I told him where
3  I was working at, so that's what he said.
4  He said pretty much it's probably, you know,
5  the black mold and stuff down there.
6  Q. So what was the diagnosis?
7  A. He just said flu-like symptoms.
8  Q. And aside from the antibiotic, did
9  he prescribe anything else?
10  A. That was it.
11  Q. Did you take anything over the
12  counter for your symptoms?
13  A. No, ma'am.
14  Q. Was this the only time that you
15  experienced this, when you were working with
16  Mr. Blanchard?
17  A. Yes, ma'am.
18  Q. What doctor did you see?
19  A. Doctor Daniels, Challie Daniels.
20  Q. Shelly Daniels?
21  A. Challie. C-H-A-L-L-I-E.
22  Q. And where is Dr. Daniels?
23  A. St. Francisville.
24  Q. And what type of doctor --
25  A. He's just my primary care

**Page 44**

1  physician.
2  Q. Is he like a family doctor?
3  A. Yes, ma'am.
4  Q. Did he run any tests on you?
5  A. No, ma'am.
6  Q. Do you still see Dr. Daniels?
7  A. Yes, ma'am.
8  Q. He's still in St. Francisville?
9  A. Yes, ma'am.
10  Q. Are you currently on any
11  medication?
12  A. No, ma'am.
13  Q. After getting sick in 2006, when
14  was the next time that you recall being
15  sick?
16  A. That was about it. I didn't -- I
17  mean, I would get runny noses and stuff like
18  that, but I ain't going to the doctor for
19  stuff like that.
20  Q. Like a cold, is what you're
21  talking about?
22  A. Allergies and stuff like that.
23  Q. Tell me what you're allergic to.
24  A. Nothing that I know of.
25  Q. Did you ever talk to Paul

**Page 45**

Blanchard about the smell in the trailers?
A. Oh yeah, we talked about it.
Q. Tell me what y'all talked about.
A. Just that it hurt our eyes and stuff like that. Just common problems we had with it, the burning and stuff.
   We always -- I mean, we knew -- after a little while, we knew it was going to happen. Like I said, we would air it out and try and get it all out of there first before we would go back in there.
Q. I believe you said that your nose would bleed sometimes?
A. Yes, ma'am. It bled a couple of times.
Q. And tell me, do you recall when it was that it bled?
A. We would go in there -- like I said, when we first started doing the trailers in the summer months, we didn't realize it was going to be like that when we went in there. So when we first walked in there, we would breathe it in and that's when it caused my nose to bleed. So it only did it like twice at the most.

**Page 46**

Q. Was it lot of blood? Or...
A. It just started bleeding. It didn't bleed that much or that long.
Q. So what did you do to stop it from bleeding?
A. Just put a tissue in my nose and kept on going.
Q. Is it something that you felt you needed to go to a doctor to check out?
A. No, ma'am. I didn't go to the doctor until I got sick.
Q. And how long were you sick?
A. Couple of days.
Q. Do you remember how much work you missed?
A. We worked out -- we went down there on a Wednesday. I started feeling bad. That Friday, I went to the doctor, and by the end of the weekend, I was headed back down there.
Q. So --
A. I don't know any specific dates or nothing like that about it.
Q. So did you miss any work at all?
A. That Friday.

**Page 47**

Q. That Friday?
A. (Witness nods head affirmatively.)
Q. Did you ever speak to anyone other than Paul Blanchard about the smell in the trailers?
A. My brother Travis.
Q. Tell me what y'all talked about.
A. The same thing, just how it affected us and everything like that.
Q. And was this during the time that y'all were working?
A. Yes, ma'am.
Q. Have you ever filed a workers' compensation claim?
A. No, ma'am.
Q. Did you ever have any conversations with Mr. Kilcrest at all?
A. No.
Q. What about any of the representatives of Fluor, do you recall ever speaking to any of them?
A. As far as the inspectors, yeah. That is as far as it went. I never talked to anybody in charge of Fluor or anybody like that.

**Page 48**

Q. Did you ever speak to any of the inspectors about the smell in these trailers?
A. Yes, ma'am.
Q. And can you tell me who it was you spoke to?
A. I can't recall his name, no, ma'am.
Q. So you're recalling one specific incident?
A. Yeah. Well, when we first experienced it, you know, when they come around to inspect it, we let them know about it. And I can't -- there was some off-the-wall answer. I can't even remember what he said.
Q. So do you recall what you told him?
A. Yeah. We said when we opened the trailer, we walked in to do all the stuff, we couldn't even stay in there, it was burning our eyes and stuff. I think he gave off something off the wall like, "It's hot in there," or something like that. "It's been shut up," or something like that.

**Page 81**

that right?
A. Yeah. When we got through, we would use the phone number on the bottom of the paper and call them.
Q. Okay. And that inspector that could would come out and look at the unit would be one of these inspectors in the white trucks?
A. Right.
Q. And you said that those were the contractor inspectors, right?
A. Yes, sir.
Q. And they would have the Fluor logo on the car, I believe you said?
A. Yes, sir.
Q. Did you ever have occasion to talk with an actual U.S. Government FEMA employee?
A. No, sir.
Q. So during your eight months of hauling and installing trailers, you never had contact with an actual FEMA employee?
A. No, sir. Not to my knowledge.
I mean, nobody ever identified themselves --

**Page 82**

Q. There may have been somebody that you spoke with that was, but to your knowledge, you never had any communications during that time period when you were hauling and installing trailers with an actual FEMA employee?
A. Yes, sir.
Q. You said that sometimes you would go inside one of these units when you were setting it up and you would have some issues with your eyes burning and watering, correct?
A. Yes, sir.
Q. And you said that these were, at least to your knowledge, brand-new units that you would be going in?
A. Yes, sir.
Q. When you would first go in these units, would you basically be the first person to ever enter some of these travel trailer units?
A. As far as going in them, yes. I mean, when we'd leave the lot, they would open the trailer door and they would throw a trash can, like, a care package with mops,

**Page 83**

brooms, stuff you needed to, you know, survive. They would just push it in the door and shut it.
As far as that, yeah. I mean, I was the first person to go in there, as far as I know.
You know, I don't know what they did when it got there to the lot, if they went in and inspected it then, but by the time it set on the lot and we went and picked it up and got it back there.
Q. So as far you know, you could have been the first human being to set foot inside a lot of these trailers?
A. Yes, sir.
Q. And you said they throw the care package in at the lot. By "lot," you mean the Jazzland staging facility?
A. Yes, sir. They do it on our way out -- on our way out when we was lined up at the gate and making sure our paperwork was right. They would slide it in the door.
Q. And as with the -- on the paperwork, just to make sure, Mr. Blanchard would handle all the paperwork associated

**Page 84**

with the hauling and installing of the trailers. Is that correct?
A. Yes, sir.
Q. That wouldn't be your job?
A. No, sir.
Q. Now, when you would first enter some of these units, those units were sealed up until the point when you open the door, correct?
A. Yes, sir.
Q. And I assume during the summer, since those units were sealed, they could be really hot inside, right?
A. Yes, sir.
Q. Over 100 degrees inside?
A. I would assume.
Q. And when you set foot in those hot units, you would get some of that eye burning and eye watering, right?
A. Yes, sir. Only during the summer months. I mean, there was a smell there in the winter, but it was just like a new smell pretty much.
Q. So if it was a cooler day and it was actually 75 degrees in the unit, you

**Page 117**

1  A. Kind of how it sounds. I don't
2  know exactly how to spell it.
3  Q. Okay. Did Mr. Kilcrest ever come
4  to the work site at all?
5  A. No, sir. I have never seen him.
6  Q. Did anybody -- okay, let me ask
7  you this. Was Kilcrest, however many levels
8  down, a subcontractor for Fluor?
9  A. I think it all filtered down. I'm
10 assuming that's what he was.
11 Q. In other words, Fluor had the big
12 contract?
13 A. Right.
14 Q. And then Fluor subbed out jobs to
15 subcontractors?
16 A. Yes, sir.
17 Q. And then did some of the
18 subcontractors have subs?
19 A. Yes, sir, it just stepped down.
20 Q. But it was your understanding that
21 the big contract that you were working under
22 was a contract between FEMA and Fluor.
23 A. That was my understanding, yes,
24 sir.
25 Q. When you first started working

**Page 118**

1  there, did anybody from Fluor ever come by
2  and give you any kind of engineering
3  drawings or schematics showing you how they
4  wanted certain things done, for example,
5  tying down straps, blocking, anything like
6  that?
7  A. No, sir, not until they called us
8  all to the meeting for the example trailer.
9  Q. Let's talk about the example
10 trailer.
11     Let me ask you this first. You
12 talked about FEMA trailers. Was there,
13 like, you said a mass-produced trailer that
14 was made that you called a FEMA trailer?
15 A. Right.
16 Q. Can you describe what that trailer
17 looks like?
18 A. It was a solid white. Pretty
19 general on the inside, you know, table,
20 chair, refrigerator, stove. Basically what
21 you needed to survive on the inside.
22 Q. Do you know if what you are
23 calling FEMA trailers are Gulf Stream
24 Cavaliers?
25 MR. SCANDURRO:

**Page 119**

1  Objection, speculation.
2  THE WITNESS:
3  Not -- I mean, the name sounds
4  familiar, Cavalier, but I'm not going to --
5  I can't say that is what it was called
6  because I don't remember seeing it on there.
7  EXAMINATION BY MR. PEÑA:
8  Q. What did the outer surface look
9  like on the outside?
10 A. Just solid white. Solid white
11 trailer.
12 Q. Do you know what material it was
13 made out of on the outside?
14 A. It was like a metal.
15 Q. A metal?
16 A. Yeah.
17 Q. Okay. Do you remember what kind
18 of roofs they had?
19 A. No. I never got on the roof.
20 Q. Okay. Can you describe, for the
21 ladies and gentlemen in the jury, what it
22 looked like when you walked inside from the
23 front door of the trailer?
24 A. Well, you'd have a table to the
25 left, couch in front of you. You have a

**Page 120**

1  stove, a sink.
2  Q. Where would the stove and sink be?
3  A. It would be on the left, past the
4  table, near the refrigerator, to the best of
5  my memory. It had bunk beds, shower.
6  Q. Let's stop there. Where would the
7  bunk beds be?
8  A. They'd be on the left, all the way
9  to the back corner on the way to the
10 bathroom.
11 Q. Was there like a master bedroom of
12 sorts?
13 A. In the front.
14 Q. In the front?
15 A. Yes, sir.
16 Q. And that would be toward the
17 tongue?
18 A. Right. Toward the tongue.
19 Q. So the bunk beds would be towards
20 the back, on the other side? The opposite
21 side of the tongue?
22 A. Right.
23 Q. I guess that would be where the
24 spare is. Is that where the spare tire
25 would be, or is that in the front? Do you

**Page 125**

1  A. We bought them ourselves.
2  Q. And that was part of the deal, you
3  were supposed to supply that kind of
4  equipment?
5  A. Well, we don't know. We just
6  bought them just to make our jobs easier.
7  Q. Is it fair to say that you had a
8  lot of questions when y'all first started
9  working out there as far as what you were
10 supposed to do, how you were supposed to do
11 it?
12 A. Well, by the time I started, Paul
13 had been working there and he showed me
14 pretty much, you know, what I needed to
15 know, as far as --
16 Q. Okay.
17 A. -- you know. And then we never
18 got failed for an inspection, but I guess,
19 like, a lot of people were getting failed.
20 That's why they did the example trailer.
21 Then we learned some from that, as far as
22 the cleanouts and everything. But
23 everything else, we were getting passed on.
24 Q. When you were on-site on
25 somebody's property, setting up their

**Page 126**

1  trailers on their private property, was
2  there ever any Fluor observers or anybody
3  from one of the Fluor subcontractors
4  observing your work?
5  A. No, sir.
6  Q. Did anybody ever go out there
7  before your work and give you any kinds of
8  instructions in writing as far as these are
9  the specs. This is how you do this, this is
10 how you do that, anything like that?
11 A. No, sir.
12 Q. So basically, from Fluor or any of
13 the subcontractors, you had zero input as to
14 how to do your job other than the example
15 trailer?
16 A. Other than the example trailer
17 later.
18 Q. When you were at the example
19 trailer, was there anybody from Fluor
20 talking about the specs or talking about the
21 blocking, giving classes on how to do that?
22 A. No. It was pretty much this is
23 what we want in a nutshell.
24 Q. Okay. So basically, you went out
25 there and they said, "Look at this, this is

**Page 127**

1  how we want it." Is that right?
2  A. Right.
3  Q. And they didn't explain anything,
4  they just said look at it?
5  A. They didn't explain really
6  nothing. They just said, pretty much, "This
7  is what we want right here. This is an
8  ideal trailer."
9  Q. And that occurred at the example
10 trailer on the Fluor headquarters property?
11 A. Right. I don't remember the name
12 of the street it's on.
13 Q. Did anybody from Fluor ever ask
14 you about your work history as far as have
15 you ever set up travel trailers before?
16 A. No.
17 Q. Nobody ever asked you about your
18 experience as far as working with travel
19 trailers, anything like that?
20 A. No, sir.
21 Q. Okay. Did you fill out an
22 application?
23 A. No, sir.
24 Q. Let's talk a little bit about the
25 inspectors. You said that the inspectors

**Page 128**

1  worked for Fluor because they would show up
2  in white Chevy trucks that had Fluor stamped
3  on the side of the truck?
4  A. Yes, sir.
5  Q. Okay. Now, those inspectors, when
6  did they come out, was that after your work
7  was done?
8  A. Yes. After we was through with
9  the trailer and had the blocks level and
10 strapped down, steps on it and everything,
11 they'd show up --
12 Q. When did the Fluor inspectors come
13 out? Was that after you had finished?
14 A. Yes. They would come out after we
15 blocked and leveled and strapped everything
16 down, had the steps, had the inside done.
17 We would call the number on the paper we had
18 and they would come out and inspect it.
19 Q. Okay. And about how long would
20 the Fluor inspectors be out there inspecting
21 your work? In other words, how long did the
22 inspection take?
23 A. About 30, 45 minutes. They would
24 sit down and sign all the papers with Paul.
25 Q. So was part of that 30 to 45

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255                              (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

## Page 129

1  minutes talking or doing paperwork?
2     A.  Yes, sir.
3     Q.  So how much of it was actual
4  visual, physical inspection of the work?
5     A.  It would vary, you know.  It
6  depended on the way the trailer was set up.
7  If it was on concrete, it was a lot less to
8  inspect than if it was on ground or on a
9  hill or unlevel.
10    Q.  Did the inspectors ever explain
11 any of the processes as far as setting it
12 up, or were they more "This needs to be" --
13 I'm giving you dimensions -- for example,
14 "This needs to be 2-foot, this needs to
15 be" --
16    A.  The only time they ever said
17 anything about it was, like, one of them
18 came later on after the example trailer and
19 everything.  He was telling us, you know, it
20 can't be a certain height off the ground --
21 it can only be a certain height off the
22 ground before it gets, you know, too wobbly
23 or anything like that.
24    Q.  Okay.  Did the inspectors, in your
25 opinion, seem to be knowledgeable about the

## Page 130

1  trailers?
2     A.  I mean, they knew their job pretty
3  much.  I mean, their job was to come in and
4  make sure everything was right.  I guess
5  they had a checklist they had to go through.
6     Q.  Okay.  Did they ever ask you or
7  your crew -- that being Mr. Blanchard or
8  your brother -- did they ever ask any of
9  y'all, the inspectors, how did y'all -- how
10 y'all jacked the trailer up?
11    A.  No.
12    Q.  What method was used?
13    A.  No.
14    Q.  Did they ever tell what you a
15 preferred method was as far as how to jack a
16 trailer up?
17    A.  No, sir.
18    Q.  To your knowledge, was there any
19 written instructions or protocols or any
20 drawings that explained to either
21 contractors or subcontractors how to do the
22 blocking?
23    A.  Not to my knowledge, there wasn't.
24    Q.  You said that in the summer when
25 things got -- the summer is when the

## Page 131

1  symptoms got worse, that's when it burned
2  your eyes the worst, your nose and all that;
3  is that correct?
4     A.  Right.
5     Q.  And then you started -- you
6  figured out on your own that what you were
7  going to do was open the door, open the
8  vents, open the windows and then start on
9  the outside?
10    A.  Right.
11    Q.  And that basically gave you
12 between an hour and three and a half hours
13 to let it air out?
14    A.  Right.
15    Q.  And then you said at one point
16 that you would have to come back the next
17 day sometimes, like if it got dark on you or
18 you didn't finish the job?
19    A.  Right.
20    Q.  When you came back the next day,
21 would the smell be in there again?
22    A.  Depending on if we come back in
23 the morning or the afternoon.  You know, if
24 it was cooler, in the morning, it wouldn't
25 be that bad.  Toward the afternoon is when

## Page 132

1  it started heating up.
2     Q.  But even the next morning, would
3  the smell be worse than when you left it?
4     A.  Well, not as bad but, I mean, it
5  was still there.
6     Q.  So it came back?
7     A.  Yes, it came back.  I mean, not
8  full force, but it came back.
9     Q.  And usually when that happened --
10 when you had to come back the next day, that
11 would be first thing you would do in the
12 morning before it got hot?
13    A.  Right.  Trying to hurry up and
14 knock it out.
15    Q.  And I think you described the
16 smell in the trailer as ammonia-like?
17    A.  Yeah.  Like a burning, you know,
18 burning nose and stuff.
19    Q.  So you're not saying that this was
20 caused by heat, I mean, what you are saying
21 is that you smelled something in there,
22 right?
23    A.  Well, we smelled something in
24 there, but the heat made it worse.
25    Q.  Okay.  Let's talk a little bit

**Page 133**

1  about your testimony where you stated that,
2  at one point, you told the inspector about
3  the smell that you and your crew were
4  experiencing in the trailer; is that right?
5      A.  Yes, sir.
6      Q.  And you said something about he
7  had an off-the-wall answer?
8      A.  Yes, he said it had to do with the
9  heat and it being new or something like
10 that. I can't remember quite what he told
11 us.
12     Q.  Did he ever use the word
13 formaldehyde?
14     A.  No.
15     Q.  Do you remember about what month
16 that was when you talked to this person?
17     A.  Not offhand, I don't. It had to
18 be toward the summer. Summer months.
19     Q.  So sometime -- what would you
20 consider the beginning of summer?
21     A.  June, July, August.
22     Q.  And they never used the word
23 formaldehyde. They never told you about
24 formaldehyde or used that word?
25     A.  No, sir.

**Page 134**

1      Q.  Did you ever see any damaged
2  trailers when you were on the lot -- the big
3  lot where they were stored?
4      A.  I had never seen any, not
5  witnessed myself.
6      Q.  And you said you ran into friends
7  or you made some friends down there while
8  you were working?
9      A.  Yeah.
10     Q.  Were those people that were also
11 working, doing the same kind of work you
12 were doing?
13     A.  They were doing the same thing.
14     Q.  And did they complain about the
15 smell, the ammonia-like smell in the
16 trailers?
17     A.  No, we never talked about it. It
18 was more just like a social-type thing. We
19 didn't talk about work when we wasn't there.
20     Q.  Let's talk a little bit about the
21 jacking. Is it fair to say that since there
22 was no actual protocol about how to jack
23 from Fluor or anybody else that you could
24 basically jack it however you wanted as long
25 as you got the blocks under there and

**Page 135**

1  blocked it the way they wanted it blocked?
2      MR. DINNELL:
3          Objection, form.
4      MS. MALLETT:
5          I'm going to join in that
6  objection.
7  EXAMINATION BY MR. PEÑA:
8      Q.  You can answer.
9      A.  The only thing I was worried about
10 myself is it being level. That's the way I
11 jacked it, that's the way I set it as long
12 as it was level.
13     Q.  How many jacks did your crew use
14 at one time?
15     A.  Mostly we got away with using just
16 the tongue jack, most of the time. Unless
17 it was a more difficult, you know, yard
18 situation we were in and then we used the
19 other two jacks.
20     Q.  And sometimes, I think you said
21 earlier, that maybe there would be a
22 property with a hill or a lean, and that
23 would make things a little more complicated?
24     A.  Right.
25     Q.  So sometimes -- so sometimes you

**Page 136**

1  would jack from the front, start on the
2  front or maybe the back?
3      A.  We usually tried to start from the
4  back. We'd let the tongue all the way down
5  on the jack and block the back, bring the
6  front up to where it was level and we'd
7  block the rest of it.
8      Q.  Okay. So you would block the back
9  first and then go around to the other side?
10     A.  Right. We'd block the back, jack
11 the front up so it was level with the
12 doorway. We had the level sitting in the
13 doorway. Open the door, level it out, block
14 the front, then to go the middle and block
15 it and then we would start strapping it
16 down.
17     Q.  And then sometimes would y'all
18 have to jack from a side, the long side, and
19 then do the other side?
20     A.  Right. Most of the time, if it
21 was on a hill and there was an angle and it
22 was sitting flat on there, we would block
23 the side on the hill first and then we'd
24 bring the other side up and level it that
25 way.

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255                                    (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

```
 1      Q.  Okay.  So there were occasions
 2   where you would have to jack up a long side
 3   and then do the other side?
 4      A.  Right.  That's why we used two
 5   jacks, one on both ends.
 6      Q.  And then after you got them on
 7   blocks, did you jack up the corners again so
 8   that you could, I guess, level it?
 9      A.  No, we jacked it up until it was
10   level.  Either way.  That one level going on
11   the tongue and one level -- when we had to
12   do it that way, we put a level on the tongue
13   and a level on the doorway.
14      Q.  Okay.  And I know you said that,
15   to your knowledge, you never damaged a beam
16   or anything like that.  Did you ever see,
17   when you were jacking up, like, let's say
18   you were jacking up on the long side, you
19   were lifting up the whole long side to block
20   under the sides, did you ever feel like
21   there was a little extra stress on some of
22   the beams, even though they didn't bend or
23   damage, did it ever seem like there was a
24   lot of stress on the trailer?
25      A.  No, sir.
                                     Page 137
```

```
 1      Q.  Okay.  And y'all did -- y'all did
 2   some plumbing, right?
 3      A.  Yes, sir.  I did most of the
 4   plumbing.
 5      Q.  And just briefly, I mean, can you
 6   just kind of summarize what you would do?
 7      A.  We would get there.  They would
 8   have a male -- a female adapter we would
 9   glue on there because the normal one had
10   like the cap for the drain, so we had to
11   glue a female on there and screw a male into
12   it and come out of there with a cleanout.
13          We would do a P-trap and they'd
14   run, and if we had to turn, we had to put
15   another cleanout.  And we'd go wherever, you
16   know, the sewer line was.  If we had to go
17   another 10 feet or if we had to make another
18   turn, we had to put another cleanout.
19      Q.  So did some of your work using the
20   pipe go in the ground so that you could
21   connect to the sewer line?
22      A.  Right.
23      Q.  All right.  And then after you
24   would connect that pipe to the city sewer
25   line underground, did you repack the dirt
                                     Page 138
```

```
 1   over the hole?
 2      A.  We didn't repack the dirt over the
 3   hole until the inspector came and looked at
 4   it.  We always left it open for him to see.
 5      Q.  And that would be the Fluor
 6   inspectors would come and inspect that also?
 7      A.  Right.
 8      Q.  Was anybody in your crew, you,
 9   Mr. Blanchard or your brother, a licensed
10   plumber?
11      A.  No, sir.
12      Q.  Did the inspector from Fluor ever
13   ask you, are y'all plumbers, do y'all have
14   licenses, anything like that?
15      A.  No, sir.
16      Q.  You talked a little bit about the
17   fact that your parents have a travel
18   trailer.
19      A.  Yes, sir.
20      Q.  When you walk into that travel
21   trailer, do your eyes burn?
22      A.  No, never have, but then they
23   bought it during the winter months and I
24   ain't been in it during the summer.  So I
25   really can't say and they also keep their
                                     Page 139
```

```
 1   air-conditioner running in it.
 2      Q.  You were asked some questions
 3   about whether or not any doctors have told
 4   you anything about formaldehyde exposure or
 5   used the word formaldehyde.
 6          If, back then, you would have
 7   known that there was possibly some
 8   formaldehyde in trailers that you were
 9   working in, would you have told your doctor,
10   "Hey, I may have been exposed to
11   formaldehyde, could you look into that"?
12      A.  I wouldn't have even have known to
13   tell him, to tell you the truth.  When I
14   think about formaldehyde, I think about dead
15   bodies.  That's the only thing I can come up
16   with.  When they started telling me that,
17   that's the only thing I have ever heard it
18   discussed with.
19      Q.  So when you think of formaldehyde
20   --
21          MR. SCANDURRO:
22              Just for the record, I'm going to
23   object to the comment not being a response
24   to a question.
25   EXAMINATION BY MR. PEÑA:
                                     Page 140
```

35 (Pages 137 to 140)