# Transcript of the Testimony of
# Videotaped Deposition of Gerald Paul Blanchard II

### Date taken: August 6, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT "C"

**Page 29**

1 remember discussing it around the same time.
2    Q.  Would you have any records if a
3 1099 was issued to Heath?
4    A.  I'm -- I -- like I said, I don't
5 keep up with my paperwork.  She had to find
6 these for me.  So, I'm sure -- I'm sure I do
7 have a record if we -- if it was issued.
8    Q.  How did you learn of this
9 litigation?
10   A.  I think it was word of mouth.  A
11 friend of mine happened to mention something
12 about the formaldehyde case with FEMA and
13 asked me if I had worked -- didn't I work
14 down there.  And the discussion led to maybe
15 I need to go to the doctor because I was
16 having massive nosebleeds.
17       So I started looking into the
18 whole formaldehyde issue online, and reading
19 up on it.  I think I e-mailed one of the
20 authors of one of the pieces that were
21 written online about more information.
22   Q.  And did you receive any
23 information?
24   A.  I received a phone call from a law
25 firm in Houston.

**Page 30**

1    Q.  And can you tell me who it was
2 that called you?
3    A.  To be honest with you, I can't.
4 It was probably 2007.
5    Q.  And who was this friend that
6 mentioned to you the formaldehyde issue?
7    A.  It was just a friend in passing
8 that I work with.  I'm not sure who it was.
9 I just remember the day it happened,
10 somebody said, "You need to look into it,
11 because it might have something to do with
12 the nosebleeds you're having."
13   Q.  Have you filed suit against anyone
14 in regards to your nosebleeds?
15   A.  No, ma'am.  It was more of a
16 health concern issue.  I was wanting to look
17 into it.
18   Q.  Tell me when the nosebleeds
19 started.
20   A.  Probably around December of 2005.
21   Q.  And when was the first time you
22 recall actually having a nosebleed?
23   A.  Middle of December 2005, maybe.
24   Q.  Were you working at the time or
25 were you at home?

**Page 31**

1    A.  I was working at the time.
2    Q.  And how long did your nose bleed
3 at that time?
4    A.  A -- few minutes, five, ten
5 minutes maybe.
6    Q.  How did you stop it from bleeding?
7    A.  I stuffed tissue up my nose and
8 let it clot.
9    Q.  And did you keep on working?
10   A.  Yes, ma'am.
11   Q.  And when was the next time you
12 remember your nose bleeding?
13   A.  Probably about two days later.
14   Q.  And how long did your nose bleed
15 on that second occasion?
16   A.  Five, ten minutes.
17   Q.  And how did you stop it that time?
18   A.  Same way.
19   Q.  Did you see a doctor the first few
20 times that your nose bled?
21   A.  No, ma'am.
22   Q.  And what was the next occasion
23 that your nose bled?
24   A.  It started doing it about every
25 day for two years.

**Page 32**

1    Q.  When was the first time -- did you
2 ever see a doctor about your nosebleeds?
3    A.  Yes, ma'am.
4    Q.  When was the first time that you
5 saw a doctor?
6    A.  It was 12-14-07 is the first
7 documentation I have of seeing somebody.
8    Q.  And who did -- what doctor did you
9 see?
10   A.  It was a local hospital,
11 after-hours clinic.
12       MR. MAGGIO:
13       I'm sorry, when did you say that
14 was.
15       THE WITNESS:
16       12-14-07.  So basically, a year
17 and a half after it happened, two years
18 after it happened.
19 EXAMINATION BY MS. MALLETT:
20   Q.  Did you ever go to a doctor from
21 the time that your nose started bleeding
22 until 12 of '07 for any other kind of
23 condition?
24   A.  No, ma'am.
25   Q.  And when was the next time that

1  ULM or LMU Brothers -- it was a
2  subcontractor under Fluor.  I'm not sure,
3  it's been so long.  I think it was LMU or
4  ULM or MLU -- it was those three letters.
5      Q.  I was going to say, those three
6  letters.
7      A.  Yeah.  They had a yard off of Chef
8  Menteur Highway south of Chalmette,
9  Intercoastal Road or whatever it's called.
10         They later moved to off of the 610
11  split, or 610 loop, somewhere in the East
12  Orleans area, I guess you would call it.
13  Upper Ninth Ward, I think it was, somewhere
14  in that area.
15      Q.  And did you always go to a yard
16  that was run by MLU, ULM, whatever the
17  initials are?
18      A.  Yes, ma'am.
19      Q.  So once you would get to the yard,
20  once you were running your own crew, what
21  did you do?
22      A.  I would meet with one of their
23  guys and they would give us our paperwork
24  for the day, what we needed to do.
25      Q.  And was it the same person that
                                        Page 41

1      Q.  Would you get all of the paperwork
2  for the two to four trailers at the
3  beginning of the day?
4      A.  Sometimes, sometimes I wouldn't.
5  Sometimes I would get two in the morning,
6  and when we got done with them, you know,
7  you go back around to the yard and somebody
8  would say, "Hey, this crew is not going to
9  finish theirs, go see them wherever they
10  are, and you might pick up one of their
11  trailers for the day."
12      Q.  So in that particular situation,
13  you would take the paperwork from the
14  original crew it was assigned to and you
15  would just take over the job?
16      A.  Yes.
17      Q.  Was there any paperwork that you
18  would do in order to take over that job, or
19  they just handed you the ticket?
20      A.  Pretty much handed me the ticket.
21      Q.  Did you ever deliver trailers to
22  any of the group sites?
23      A.  No, ma'am.
24      Q.  So all of your deliveries were to
25  residences?
                                        Page 43

1  you would typically meet with each day when
2  you got there?
3      A.  There was a few different guys.
4  They would basically be handing out
5  paperwork, so you walk up to them, give them
6  your name and they would give you what you
7  had to do that day.
8      Q.  And do you believe that this
9  person that you were getting your paperwork
10  from was working for whom, MLU --
11      A.  MLU.
12      Q.  -- Kilcrest, who --
13      A.  I think it was MLU.
14      Q.  MLU?
15         And how much paperwork were you
16  getting from them on a daily basis?
17      A.  Each trailer had paperwork.  It
18  was maybe three or four sheets of paper
19  stapled together, had the information on the
20  trailer, had the information on where it
21  would go, the residence, and it had the
22  inspection information that the inspector
23  would check off on after we finished our
24  job.  And we would basically do anywhere
25  from two to four trailers a day.
                                        Page 42

1      A.  Yes, ma'am.
2      Q.  Do you know where any of the
3  residences are that you delivered the
4  trailers to?
5      A.  I could go back to them.  I don't
6  know the addresses or anything.  No, ma'am.
7      Q.  Did you keep a copy of the
8  paperwork as you finished up your delivery
9  before you gave it to whomever it was that
10  you gave it to?  Did you keep a copy of any
11  of that paperwork?
12      A.  No, ma'am.
13      Q.  So if I asked you if you delivered
14  a trailer to 4415 Dale Street in New
15  Orleans, would you know if you delivered
16  that trailer?
17      A.  No, ma'am.  If I would drive to 44
18  whatever it was Dale Street, I could
19  probably remember, yeah, that was one of
20  ours.  But as far as you giving me an
21  address, no, ma'am.
22      Q.  Do you know if Kedo Properties
23  kept a listing of the trailers that you and
24  your crew set up?
25      A.  No, ma'am.  I have no clue.
                                        Page 44

trailers up in the mornings.
Q. And is this the MLU yard or this is a different yard?
A. This is a different yard. This was Lakefront Airport in New Orleans or Jazzland Theme Park parking lot where we would pick the trailers up every morning.
And it was staffed by, I would assume, Fluor or FEMA workers. They didn't work for ULM or MLU or --
Q. Do you know who owned the trailers that y'all were hauling?
A. Owned the trailers?
Q. Yes.
A. I assumed they were FEMA. They were FEMA trailers.
Q. So when you got into the New Orleans area, you would go to the MLU yard?
A. Yes, ma'am.
Q. You would pick up your work documents for the day?
A. Work order.
Q. Work order for the day. And then what would you do?
A. I would go to either -- wherever

Page 49

the pickup site was, either the airport or was it Jazzland Theme Park, pick up my trailer and proceed to the residence.
Q. And how long were you at the -- either of these yards, the airport or the Jazzland, picking up your trailer? How long would it take?
A. It depended on how many people were trying to pick up ahead of me. If there was a line, it might take an hour. If there wasn't a line, it might take 20 or 30 minutes.
Q. And while you were at the yard picking up the trailer, what was occurring?
A. I would show my paperwork, get checked in. They would check my vehicle to make sure I was -- had all the requirements to actually pick up a trailer, and I would proceed to a line of vehicles, and they would show me which trailer.
They would back me up to it -- at first, they would hook you up, and then they decided that they weren't going to hook you up, that you had to hook yourself up.
So we hooked to the trailer, drove

Page 50

to another inspection site where they inspected, made sure everything with the trailer was fine to be hauled. The tires weren't flat, you know, the lights worked, that kind of deal.
They would put some little care package in there for the owners or the residents, and sign our paperwork, and we would drive on out the gate.
Q. So this is within the same yard that you would go through that inspection you just said?
A. Yes, ma'am.
Q. And do you know who it was that was doing the inspection?
A. I was under the assumption that it was Fluor or FEMA workers. I think it was FEMA.
Q. And what leads you to believe that it was FEMA rather than Fluor that was performing that inspection?
A. Because they didn't have -- the trucks didn't have Fluor written on the side of them at that yard, and we were told it was a FEMA yard, so --

Page 51

Q. And who was it that told you it was a FEMA yard?
A. It was kind of, "Go to the FEMA yard and pick up your trailer."
Q. Describe the trailers for me that you were picking up.
A. White trailer, kind of generic, not a whole lot of stickers or paint on the side. Just solid white. Maybe two or three small windows on each side.
Q. And do you know the length of the trailer?
A. Thirty foot maybe, I'm not sure.
Q. Did you set up trailers that were all just like this, or were some of them with pullouts or popouts or whatever you call it?
A. At the beginning it was -- when I first got down there, there wasn't very many what you would call FEMA trailers, that is, the Gulf Stream, excuse me, that is the Gulf Stream-type trailer that FEMA -- everybody knows is a FEMA trailer.
The first ones were trailers that were bought off of like a camper depot yard,

Page 52

13 (Pages 49 to 52)

1  or something along those lines. So they
2  were nicer. They had the little bells and
3  whistles and automatic jacks and the
4  pullouts and the whole nine yards. And we
5  were told that it was because they had
6  either ran out or they couldn't supply
7  enough FEMA trailers at the time, during the
8  beginning.
9      Then it got into a routine of the
10 generic FEMA trailer. The white Gulf Stream
11 everybody knows. Some of the models had
12 pullouts, mainly there were multi- -- like,
13 big families that were going to stay in them
14 or it was handicapped trailers, a lot of the
15 pullouts, making more room for wheelchairs.
16     Q. And so you did set up some of the
17 trailers that were made for handicapped
18 persons?
19     A. Yes, ma'am.
20     Q. Did you ever transport any trailer
21 that was larger than the travel trailers
22 that you have just described?
23     A. No, ma'am.
24     Q. How did you learn how to block a
25 trailer?

Page 53

1      A. The first week or two I was down
2  there with the other crews that were kind of
3  teaching me.
4      Q. And these would have been persons
5  that worked with Kedo Properties?
6      A. Yes, ma'am. Or I was under the
7  assumption they did so. That's what I was
8  told when I was down there, that they worked
9  for this Kedo Properties and -- they were
10 from Florida, so I don't know what the
11 connection was with Kedo Properties, but --
12     Q. So the first crew that you were
13 placed with when you went down there in
14 November of 2005 --
15     A. Yes, ma'am.
16     Q. -- you believe was a Kedo
17 Properties --
18     A. Crew.
19     Q. -- crew?
20     A. Yes, ma'am.
21     Q. Do you recall any of the names of
22 the guys on the crew that you were working
23 with?
24     A. No, ma'am.
25     Q. Did you work with the same crew

Page 54

1  each day that first week?
2      A. Yes, ma'am.
3      MS. MALLETT:
4          Y'all want to take a break right
5  now?
6      THE VIDEOGRAPHER:
7          We are off the record; it's 10:19.
8  (Recess.)
9      THE VIDEOGRAPHER:
10         Back on record; it's 10:38.
11 EXAMINATION BY MS. MALLETT:
12     Q. Okay, Mr. Blanchard, just a few
13 minutes ago you were talking about the
14 medications that were prescribed to you by
15 Dr. Traxler, correct?
16     A. Yes, ma'am.
17     Q. And I believe it's, like, five
18 pages. One is for the mupirocin, another
19 one is for -- and I cannot even pronounce
20 this one -- C-E-F-D-I-N-I-R.
21     A. Cefedrin? I don't know.
22         Yeah, Cefdinir.
23     Q. Okay. Yes; you.
24         And then the next one is
25 methylpred. And it consists of five pages

Page 55

1  of the medications that you were prescribed
2  by Dr. Traxler?
3      A. Three, four, five. Yes, ma'am.
4      Q. I'm going to go ahead and label
5  those five documents as Exhibit 4.
6          And then you gave me a single
7  sheet that had three different medications
8  labeled on them and it's dated 7-28, and
9  it's -- I assume it's -- is that 2009?
10     A. Yes, ma'am.
11     Q. And can you tell me who prescribed
12 you these three medications?
13     A. It was a Dr. S. Wharton.
14     Q. Let's go ahead and label that as
15 Exhibit 5.
16         And when did you go and see Dr.
17 Wharton?
18     A. Last week.
19     Q. And what did you see him for?
20     A. I actually saw him for a burn on
21 my finger, and he gave me some antibiotics
22 and some pain medicine for it because it was
23 starting to hurt.
24     Q. And did he prescribe any other
25 kind of medication for you?

Page 56

14 (Pages 53 to 56)

1  Q. How would you have known if you
2  had bent a frame?
3  A. It wouldn't sit level.
4  Q. And what type of levels did you
5  use when you were putting their trailers up?
6  A. Hydraulic, water levels.
7  Q. And tell me how that works.
8  A. If you ever leveled anything, it's
9  pretty much a piece of, I guess, glass
10 tubing. It has a bubble in it so when it is
11 level, the bubble is in the center.
12 Q. And how long was the level?
13 A. I think it was about 4 to 6 foot.
14 Q. Did you use just one or did you
15 have more than one that you would use?
16 A. I had two of the long levels. I
17 had about probably four smaller ones that I
18 would use in various places.
19 Q. And when you would get to a site,
20 when was the first time that you would go
21 into the trailer itself, once you arrived at
22 a site?
23 A. When I first got there, I would
24 open the doors and kind of go inside and
25 open the windows. They had a little vent in

Page 81

1  the top that we would open up, just to kind
2  of let it air out.
3        Then we would come outside, leave
4  everything open and start blocking and
5  jacking and tying it down and all that good
6  stuff.
7  Q. Did you pretty much do this from
8  the beginning of the job until the end of
9  the job?
10 A. No, ma'am. At the beginning,
11 there was -- there was no need to really air
12 them out because they were yard-bought
13 trailers, new trailers. They had a new
14 trailer smell.
15 Q. So when did you have to start
16 opening the doors and windows?
17 A. Probably around the middle of --
18 end of December maybe, when it started
19 warming up.
20 Q. Now each of these trailers had
21 tires on them, did they not?
22 A. Yes, ma'am.
23 Q. And tell me, what would occur with
24 the tires when you would jack the trailers
25 and put them on the piers.

Page 82

1  A. They would come off the ground.
2  Q. Did you ever take the tires off of
3  the trailer itself?
4  A. No, ma'am.
5  Q. Okay. And on the ones where the
6  tires were off of the ground, did you leave
7  them free or did you put something
8  underneath them?
9  A. That all depended on the
10 inspector. Some inspectors -- certain times
11 of this whole ordeal, they would want you to
12 put something under there to keep them from
13 spinning. Sometimes they said it didn't
14 matter. Sometimes -- it kind of depended on
15 the time frame and the inspector you had.
16 Q. Did you ever have the same
17 inspector twice?
18 A. Yes, ma'am. I got to know a few
19 of them pretty good.
20 Q. Do you recall any of their names?
21 A. No, ma'am. It was only a
22 first-name basis and that was -- I probably
23 saw 20 different inspectors. There was a
24 few that were -- you would see for a few
25 days and then you wouldn't see them again.

Page 83

1  Q. Did you ever have to redo piers on
2  a trailer once you had built them up?
3  A. Yes, ma'am.
4  Q. And tell me, who was it that told
5  you you had to redo the piers?
6  A. The Fluor inspector.
7  Q. And why did he tell you you needed
8  to redo the -- how many times did this
9  happen that you had to rebuild piers?
10 A. Maybe once or twice.
11 Q. And what were you told on those
12 occasions that you had to rebuild the piers?
13 A. Well, one of them, it was -- he
14 didn't -- he wanted it moved a little bit
15 toward the corner of the trailer. And after
16 a discussion on that's as close as I could
17 get it to the corner of the trailer without
18 removing jacks off of the trailer, I was
19 told to remove jacks off of the trailer, the
20 factory jacks.
21       So we removed the jacks off the
22 trailer and moved it closer to the corner
23 for him.
24       Another instance was -- it
25 happened to be the father of the inspector

Page 84

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255                                (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

**Page 93**

1  tell me why you started doing that.
2      A.  We would open up and there would
3  be a chemical, or some kind of strong,
4  strong odor or fumes, I guess you would call
5  it, inside the trailer.
6      Q.  Tell me what it smelled like to
7  you.
8      A.  I don't know.  Kind of an alcohol,
9  ammonia -- I don't know.  Plasticky kind of
10 smell.
11     Q.  And do you know what it was coming
12 from?
13     A.  No, ma'am.
14     Q.  Did you ever speak to anyone with
15 Kedo Properties about the smell in the
16 trailers?
17     A.  No, ma'am.  I happened to mention
18 it maybe.  I don't know.  It was just kind
19 of guys talking.  We might have mentioned it
20 but nothing along the lines of, what is it,
21 you know.  What am I supposed to do-type
22 thing, I mean.
23     Q.  So whenever you turned in your
24 paperwork each day to the MLU yard, did you
25 ever say anything to any of the persons that

**Page 94**

1  you dropped your paperwork off to about the
2  smell in the trailers?
3      A.  No, ma'am.
4      Q.  And what about in the mornings
5  when you would pick up your paperwork,
6  before you would leave the yard, would you
7  ever speak to anyone about the smell in the
8  trailers?
9      A.  From ULM, no, ma'am.
10     Q.  What about Kedo Properties, did
11 you ever speak to them about it?
12     A.  No, ma'am.
13     Q.  And what about anyone from Fluor
14 when you were at the yard picking up the
15 trailers?
16     A.  Yes, ma'am.
17     Q.  And who did you speak to there?
18     A.  I would -- it was kind of a
19 mention to the workers in the yard, and they
20 told me they had no clue about what it was.
21     I talked to one of the Fluor
22 inspectors about it while he was inspecting
23 one of my trailers, and I was -- at one
24 time, I was told that it was an antifreeze
25 that they were putting in the water lines.

**Page 95**

1  And it kind of made sense for a while
2  because in the water lines, there was a
3  pinkish, orange-ish kind of chemical that we
4  would flush out of the water lines and out
5  of the hot water tank.
6      Q.  So when you would turn the water
7  on in the lavatory, kitchen sink --
8      A.  Yes, ma'am.
9      Q.  -- what would come out the first
10 time?
11     A.  A lot of air, and then once water
12 filled those lines, it would be like a
13 pinkish, orange-ish-looking kind of chemical
14 for a few minutes, and then it would clear
15 up.
16     Q.  And did this pinkish, orange-ish
17 liquid have a smell -- a particular smell to
18 it?
19     A.  The whole thing had a smell to it,
20 the whole trailer.  So if it had a smell
21 other than what I was smelling, no, I didn't
22 smell it.
23     Q.  Did you ever turn the air
24 conditioner on when you were in the units?
25     A.  I don't think we did.  I'm pretty

**Page 96**

1  sure we didn't, because it would take more
2  power than what the generator could produce.
3  Maybe.
4      I don't know.  I can't remember.
5      Q.  Was that one of the things that
6  was on your checklist, though, was
7  the operation -- making sure that the air
8  conditioner was operating properly?
9      A.  I don't think so.
10     Q.  So you said that you mentioned it
11 to workers in the yard when you were picking
12 up trailers.  Do you know the names of any
13 of these particular workers that you
14 mentioned it to?
15     A.  No, ma'am.  Other than me and
16 Heath and Travis.  I mean talking in between
17 us.  I just happened to mention it to
18 somebody maybe, maybe in passing, I mean,
19 "Have y'all been noticing the smell of these
20 trailers getting worse?"
21     I don't know individuals.  No,
22 ma'am.
23     Q.  And what did they tell you, if
24 anything?
25     A.  That yes, ma'am, as soon as it

1  warmed up outside in South Louisiana,
2  probably got about to 90, yeah, everybody
3  was noticing that there was -- there was a
4  stronger smell in those trailers.
5      Q.  Were you ever hurt in any way when
6  you were performing work for Kedo
7  Properties?
8      A.  No, ma'am.
9      Q.  Were any of the members of your
10 crew hurt in any way when they were setting
11 up the trailers?
12     A.  Not that I recall.
13     Q.  Did you ever have to attend any
14 kind of meeting, first thing in the morning
15 before you got your job orders, when you
16 would go to the MLU yard?
17     A.  There might be a, "Okay, everybody
18 gather together," you know, "This is what
19 they want today"-type deal.
20     Q.  And who would be the head of that
21 meeting?
22     A.  I don't know who the guy was.
23     Q.  So do you know who he worked for?
24     A.  I would assume MLU.
25     Q.  And was this every morning when

Page 97

1  you arrived at the yard?
2      A.  No, ma'am.
3      Q.  Would it be more than once a week?
4      A.  Probably not.
5      Q.  How often?
6      A.  Maybe once a week, maybe once
7  every two or three weeks.  I mean, I wasn't
8  down there maybe -- what, November,
9  December, January, February -- four months,
10 so maybe four or five times.
11     Q.  And tell me, did you typically
12 work Monday through Friday or did you work
13 weekends as well?
14     A.  Weekends as well.
15     Q.  Okay.  So how many days a week
16 would you work?
17     A.  Five days a week and then maybe
18 weekends every so often if they had the work
19 for us.
20     Q.  How did you know if they were
21 going to have work for you?
22     A.  Friday afternoon, you would ask
23 them, "Is there any more work orders that
24 weren't filled this week?"
25     Q.  And this was at which yard?

Page 98

1      A.  MLU.
2      Q.  How did you decide who you were
3  going to hire to help you on the job?
4      A.  What do you mean?
5      Q.  I believe you told us that you
6  hired Heath to work with you on the job,
7  correct?
8      A.  Uh-huh.
9      Q.  How did you come to decide that
10 you wanted Heath to help you on the job?
11     A.  I have known him my whole life.  I
12 asked him if he wanted to do it and he said,
13 "yeah."
14     Q.  That simple?
15         And so whenever you stopped
16 working for Kedo Properties, did you call
17 and tell them you were not going to be going
18 back to New Orleans to continue working for
19 them?
20     A.  Actually, when I quit working, we
21 were doing a job in Shreveport.  And I
22 pretty much told them that I had had enough.
23 And they -- I think a few of the guys had
24 kind of agreed that we had been through
25 enough, and we were just ready to get it

Page 99

1  over with.
2      Q.  So when did you start working the
3  job with Kedo Properties up in Shreveport?
4      A.  That was after I left New Orleans,
5  and I told them that I wasn't going back to
6  New Orleans.
7      Q.  Okay.  Tell me how long -- when
8  did you stop going to New Orleans?
9      A.  End of February.
10     Q.  So from December of 2005 to
11 February of 2006, you worked hauling
12 trailers in the New Orleans area?
13     A.  No, ma'am.  November to the end of
14 February, I set trailers in New Orleans.  I
15 never hauled.  That was a completely
16 different job.
17     Q.  Okay.  Explain to me --
18     A.  Hauling required picking up a
19 trailer from Baton Rouge or another FEMA
20 yard and driving them to a different FEMA
21 yard.  That was a completely different
22 outfit or division.
23     Q.  So they didn't call you a hauler?
24     A.  No.
25     Q.  What did they call you?

Page 100

25 (Pages 97 to 100)

**Page 137**

1  said earlier that you had a shellfish
2  allergy, right?
3      A.  Uh-huh.
4      Q.  Do you remember any other
5  allergies that they told you about?
6      A.  No.
7      Q.  Did they tell you one way or
8  another whether or not you were allergic to
9  mold of some sort?
10     A.  I don't recall.  The focus of the
11 study was shellfish so --
12     Q.  Understood.
13         And you don't remember one way or
14 another whether or not somebody has ever
15 tested you for allergies to different
16 grasses and trees?
17     A.  Not that I recall.
18     Q.  Or different types of molds?
19     A.  No.
20     Q.  That a -- you said there was a
21 pinkish-orange chemical that would be in the
22 water systems of these trailers when you
23 would first turn on the water system; is
24 that right?
25     A.  Yes.

**Page 138**

1      Q.  And would you find that in all the
2  trailers that you worked in?
3      A.  Mainly the -- the FEMA trailers,
4  the Cavaliers, or whatever they call them.
5      Q.  And by "FEMA trailers," am I
6  correct in saying that you mean the
7  bare-bones-on-the-outside units, the white
8  -- the pure white trailer units, rather than
9  units that would have slide-outs or decals
10 on the side?
11     A.  Yes.
12     Q.  So by "FEMA unit," we mean the
13 just all white unit?
14     A.  The white, generic,
15 three-windowed, one-door unit.
16     Q.  All right.  You talked earlier,
17 briefly, about how at some point, you
18 started opening doors, windows and the vents
19 inside of these trailer units when you would
20 go in them?
21     A.  Yes.
22     Q.  And that you would do that before
23 you put the unit up on blocks, and then
24 you'd put the unit up on blocks, and then
25 you would go inside of the unit.  Correct?

**Page 139**

1      A.  Yes.
2      Q.  That's right?
3      A.  Yes.
4      Q.  And I believe you said that you
5  didn't start going through that process of
6  opening the doors, windows and the vents
7  until it started to get warmer outside,
8  correct?
9      A.  Yes.
10     Q.  By getting warmer outside, did it
11 ever get up to 90 degrees outside, even
12 during the months when you were installing
13 these trailers?
14     A.  I can remember a few days when it
15 was pretty warm and humid, but I don't know
16 exactly what the temperature was.
17     Q.  Would it be much hotter inside of
18 one of these sealed-up units than it would
19 be just in the air outside?
20     A.  Yes.
21     Q.  The units would get a lot hotter
22 on the inside?
23     A.  Yes.
24     Q.  And that is because, until you
25 opened up the door, that unit had been

**Page 140**

1  sitting there sealed up?
2      A.  Yes.
3      Q.  And I believe you said you'd never
4  run the AC in any of these units, right?
5      A.  Not that I can recall.
6      Q.  And most -- they would not be
7  installed to the electricity at the point
8  when you were actually working with the
9  unit?
10     A.  No.
11     Q.  And you said that -- well, let me
12 ask you this question.  When you were going
13 out and installing these units, other than
14 the guy throwing in the care package at the
15 staging area, would you often be the first
16 person that would step foot inside a lot of
17 these travel trailer units when you'd get to
18 the home installation site?
19     A.  When we would be at the yard, we
20 would hook up and there would be somebody
21 who would walk through the trailer, either
22 with us or in our presence, and make sure
23 everything was -- like the toilet wasn't off
24 the floor, you know, everything was there.
25         There wasn't, like, an air

**Page 141**

1  conditioner or something missing maybe. I
2  don't know. Just make sure everything was
3  nice. Nothing broken.
4      Q.  Make sure it had what it was
5  supposed to have?
6      A.  Yes.
7      Q.  But other than that person, you'd
8  be the first person to go inside one of
9  these units once it was being made ready for
10 installation?
11     A.  As far as I'm aware of.
12     Q.  And you said that you noticed a
13 smell inside some of these units?
14     A.  Yes.
15     Q.  And that the smell would be worse
16 as it got warmer outside?
17     A.  Yes.
18     Q.  Is that why you started the
19 process of opening the doors and the windows
20 and the vents inside the units?
21     A.  Yes.
22     Q.  Because as it became hotter
23 outside, the smell increased and because the
24 smell increased, you wanted to air out and
25 vent the units?

**Page 142**

1      A.  Yes.
2      Q.  Did anyone have to instruct you to
3  do that or teach you how to do that?
4      A.  No.
5      Q.  Was it just common sense that, if
6  it smells inside of a unit, that you would
7  want to air it out?
8      A.  Yes.
9      Q.  Go ahead.
10     A.  There might be somebody -- I think
11 maybe when I mentioned it to, like, one of
12 the inspectors, they was like, "Well, yeah,
13 just air it out and it will be all right."
14     Q.  Would opening the doors, windows
15 and the vent make the smell go away over
16 time?
17     A.  It would make it tolerable.
18     Q.  And it would make the smell less
19 inside the unit?
20     A.  It would make the fumes less, I
21 guess you would say, where you could
22 tolerate them to go in.
23     Q.  Did the smell bother you?
24     A.  Yes.
25     Q.  Physically?

**Page 143**

1      A.  Yes.
2      Q.  It would bother your -- what? You
3  tell me.
4      A.  Eyes would burn, nose would burn.
5      Q.  Would your eyes burn and your nose
6  burn when it was cool outside and you were
7  working with these units?
8      A.  Not as bad.
9      Q.  The eyes would burn and the nose
10 would burn when it was hot outside and the
11 units were hot on the inside?
12     A.  Yes.
13     Q.  When you would air out the units
14 by opening the doors and the vents and the
15 windows, would that make the eye burning go
16 away and nose burning go away?
17     A.  No, it would make it more
18 tolerable.
19     Q.  It would make it better?
20     A.  Yes.
21     Q.  Your eyes would burn less and your
22 nose would burn less?
23     A.  Yes.
24     Q.  Did you ever go inside one of
25 these units once it had already been

**Page 144**

1  occupied by a person?
2      A.  No.
3      Q.  Did you ever go inside one of
4  these travel trailer units once it already
5  had the air-conditioning running and was
6  occupied by a person?
7      A.  No.
8      Q.  Can you recall ever damaging a
9  unit while you were trying to jack it up and
10 put it on blocks?
11     A.  No.
12     Q.  You didn't ever damage a unit
13 while you were jacking it?
14     A.  No.
15     Q.  One of the items that you brought
16 with you here today is a transcript of a
17 statement that was given on May 5, 2009, in
18 Baton Rouge, Louisiana. Is that right?
19     A.  Yes.
20     Q.  And did you have a chance to read
21 that statement prior to today's deposition?
22     A.  Yes.
23     Q.  When you gave this statement,
24 there was a court reporter there and video
25 person there; is that right?

**Page 201**

1  Q.  Did you -- did Fluor require that
2  you take any training classes or training
3  lessons or anything like that?
4  A.  No, they required me to go by the
5  trailer that was on display and observe it.
6  Q.  Was there anybody out there with
7  -- when you were observing the trailer that
8  they had as an example, was there anybody
9  out there explaining -- explaining how the
10 blocking was done, explaining -- showing you
11 any kind of engineering drawings or any kind
12 of schematics like that?
13 A.  No.  There was a man out there to
14 answer questions though.
15 Q.  Did he offer you any -- any
16 information or any written procedures on how
17 to do your job as far as installing for
18 Fluor when the Fluor inspector would come
19 and check your work out?
20 A.  No.
21 Q.  I think you said that the example
22 trailer was not what you would call a FEMA
23 trailer, a Cavalier?
24 A.  I believe it was.
25 Q.  It was?

**Page 202**

1  A.  I think so.
2  Q.  All right.  And basically, it was
3  an example of blocking and how to hook up
4  the sewer lines and things like that?
5  A.  Yes, sir.
6  Q.  We talked a little earlier about
7  the City of New Orleans versus Fluor versus
8  whoever.  There was some kind of, I guess,
9  difference of opinion, is that what you were
10 saying earlier, between the City and Fluor?
11 A.  Yes.
12 Q.  Was there any other entities
13 involved in that disagreement?
14 A.  I would guess FEMA.
15 Q.  So can you just kind of describe
16 for us what the disagreement was about, if
17 you know?
18 A.  To be honest with you, I'm not
19 sure what it was about, but it was along the
20 lines of we were told to hook the sewer
21 lines up and city water lines up to these
22 trailers.  And the City was saying we had to
23 be licensed and bonded to do it, and the
24 plumbing license was -- you could get a
25 state plumbing license, but the City wasn't

**Page 203**

1  issuing anymore plumbing licenses due to
2  out-of-state contractors being in the area
3  and trying to get them.
4      I didn't want to get into all of
5  it, that's why I left.
6  Q.  So bottom line, the City of New
7  Orleans wanted whoever was going to be
8  hooking up a sewer line from a travel
9  trailer to the city line to be licensed?
10 A.  Yes.
11 MR. DINNELL:
12     Objection, form.
13 THE WITNESS:
14     Yes.
15 EXAMINATION BY MR. PEÑA:
16 Q.  Is that your understanding?
17 A.  Yes.
18 MR. PEÑA:
19     What is your objection?
20 MR. DINNELL:
21     Vague question.  There's a
22 foundational problem with the question too.
23 EXAMINATION BY MR. PEÑA:
24 Q.  Is it your understanding that
25 there was a disagreement between the City of

**Page 204**

1  New Orleans and Fluor regarding whether or
2  not the plumbers had to be licensed that
3  were hooking up sewer lines from travel
4  trailers to the city lines?
5  A.  I never heard of any argument
6  between the two, but Fluor was telling us
7  that we were to hook them up and the city
8  official that stopped by a job site told me
9  that I was not supposed to touch them.
10 Q.  And he actually threatened to put
11 you in jail, you said?
12 A.  Yes.
13 Q.  So obviously, you did not hook the
14 line up.  Is that right?
15 A.  Never touched another one.
16 Q.  So what did Fluor say -- what did
17 Fluor direct you to do after you told them,
18 "Look, I can't finish my job because they
19 won't let me hook up to the city line"?
20 A.  At first they were signing off on
21 our trailers and they were supposed to have
22 a licensed plumber come do the actual tie-in
23 to the line, and then the next week it was,
24 "You need to find a licensed plumber to hire
25 to do this job."

1  Q. Was -- were either yourself or
2  anybody in your crew, I guess the Allen
3  brothers, were any of y'all licensed
4  plumbers?
5  A. No.
6      I would like to add, I did find a
7  licensed plumber -- by the State of
8  Louisiana -- to do that job for me and that
9  the City of New Orleans did not allow that
10 because you had to have a city license as
11 well as a state license, and they were not
12 issuing any more city plumbing licenses at
13 the time.
14 Q. So at the time that New Orleans
15 was tell you one thing and Fluor was tell
16 you something different, were things getting
17 a little confusing?
18 A. Exactly.
19 Q. About what time period was that
20 when that started happening?
21 A. Toward the end of February.
22 Q. That was right before you say you
23 stopped working for Fluor?
24 A. Yes.
25 Q. Or one of the subcontractors?

Page 205

1  A. Yes.
2  Q. And during those months that you
3  did work as a subcontractor under Fluor, did
4  you -- were you unclear at first as to what
5  you had to do as far as installing these
6  trailers?
7  A. Could you repeat that question?
8  Q. Sure. Because -- you testified
9  earlier you didn't have anything written
10 down, procedures, or engineering drawings,
11 or anything like that. Were -- were y'all
12 kind of confused as to how you were supposed
13 to install these things, these trailers?
14 A. At times, yes.
15 Q. And if you needed guidance, who
16 did you ask, or how did you get your
17 guidance?
18 A. The Fluor inspector that would
19 stop by, pretty much asked -- if they had a
20 complaint about the way something was done,
21 I would ask them, okay, how would you like
22 it done from now on.
23    It just might be a spec change.
24 It might be I could only use one board on
25 top of the pier instead of two boards on top

Page 206

1  of the pier.
2  Q. When you went to the example
3  trailer at the Fluor headquarters, did they
4  give you any written materials or drawings
5  or any instructions on how to jack the
6  trailers up before they were blocked?
7  A. No.
8  Q. So basically, when the Fluor
9  inspector came after your work was done, he
10 checked the finished product to make sure
11 the blocking was a certain height, correct?
12 A. It had to be a certain height to
13 have the fall in the sewer line. I'm not
14 sure about a certain height.
15 Q. So he would check your finished
16 work. He would look at trailer and make
17 sure that everything was in order. Is that
18 right?
19 A. Yes.
20 Q. And he would never ask you about
21 how you jacked the trailer up, would he?
22 A. I mean, if it was a certain
23 situation, he might be curious how we got it
24 done that way. I mean, we put one over 4
25 foot in the air before.

Page 207

1  Q. Did he ever tell you how you
2  needed to start jacking it?
3  A. No.
4  Q. So -- so Fluor never gave you any
5  instructions, guidance or procedures on how
6  to do -- how to jack the trailers?
7  A. No.
8  Q. You said that when you first
9  started working for the subcontractor under
10 Fluor, that you worked with another crew
11 for -- for how long?
12 A. Maybe a week. Week and a half.
13 Q. Were you just kind of shadowing
14 that crew to see how they were doing things?
15 A. At first. Then I would actually
16 kind of help out a little bit to try and
17 learn what they were exactly doing.
18 Q. Did that crew -- did you see them
19 jack trailers up?
20 A. Yes.
21 Q. Did they -- did they jack them the
22 same way you were describing, on the east
23 side, then the west side, also from front to
24 back sometimes?
25 A. Yes.

Page 208

**Page 209**

Q. And when you say the trailers were jacked east side to west side, are you talking about one of the long sides as opposed to the front and the back?

A. Yes.

Q. So one of the long sides would be jacked up first and blocked and then they do the other side?

A. Yes.

Q. And that was done not only by -- and that was done by your crew as well?

A. Yes.

Q. And that was done by the crew that was showing you how to do that?

A. Yes.

Q. And then y'all also did some of the trailers front to back?

A. Yes.

Q. And, I guess, since you didn't have any guidance, would there be times were it wasn't just that simple, you had to come up with ways -- like, let's say, for example, the land was not flat or there was a slope, or something like that? Or you had half concrete and half off. Would you have

**Page 210**

to improvise your jacking methods and your blocking methods?

A. Yes.

Q. And before anybody from Fluor talked to you about that trailer, you had already finished your work and it was an inspector that was talking to you about that trailer. Is that right?

A. Yes. If there was a certain -- like you were saying, a slope or a certain -- like the one we put four foot in the air that time, it was a questionable, okay, can I move it to a different spot. And the Fluor inspector came out and there was no other spot to do it.

So yeah, I had somebody come approve that before I did it because I didn't think it was that safe. Plus, I didn't really think it was -- I didn't think it was the right spot. I thought maybe we had misunderstood each other.

Q. You thought maybe it should have been on a flatter spot, more level?

A. Yes.

Q. Did you see other crews

**Page 211**

constructing or installing these travel trailers?

A. Yes.

Q. Did they -- did you see other crews, other than your crew and the crew that you worked for when you first started with the sub, did you see other crews doing the same thing, from front to back, sometimes from east to west, that kind of jacking?

A. Yes.

Q. So that was pretty common, to jack -- jack up a trailer from the long side, block it and then go to the other side and block it?

A. Yes.

Q. Were you required by Fluor or your sub, the sub under Fluor that you were working for, to have any kind of safety -- safety gear or equipment?

A. Yes.

Q. Okay. What kinds of safety precautions did you -- did you have to take per Fluor?

A. Had to have a hard hat, had to

**Page 212**

have goggles, had to have an orange vest because there was a lot of traffic in some of those areas.

Gloves, work boots.

Q. Did Fluor come around and enforce that?

A. Yeah, at times they did.

Q. How would they -- how would they enforce that?

A. If I didn't have my hard hat on or my vest on, and somebody was passing by, they could stop and, I guess, write me up. I don't know who it would go to, but -- or tell me to stop work on a project.

Q. Did that ever happen?

A. No.

Q. Is that just something they told you they could do, or how do you know that that's what they did?

A. I have had inspectors tell me they have pulled people off jobs for not wearing the proper safety stuff.

Q. Did you ever see them do that?

A. No.

Q. You talked a little earlier about

Object to foundation.
THE WITNESS:
Yes.
EXAMINATION BY MR. PEÑA:
Q. Was there any times were they would inspect the trailers while at the Jazzland/Six Flags area and say, you know, "There's something wrong with this trailer. We're not going to let you take this one, take another one"?
MR. DINNELL:
Object to form.
THE WITNESS:
Yes.
EXAMINATION BY MR. PEÑA:
Q. Yes?
A. Yes.
Q. When you were at the Jazzland/Six Flags staging area, did you ever see anybody, either with some kind of emblem or in a vehicle, with the company name P2S?
A. I don't recall.
Q. That doesn't ring a bell?
A. I don't think.
Q. Now with the blocking, was the

Page 217

blocking -- how long did it actually take to block something up, one block. I mean, how long would it take to build a pier?
A. Under the trailer or do the whole trailer or just one?
Q. Just one block. How long would it take to build one pier, on average?
A. I don't know. Ten, 15 minutes.
Q. And there were concrete blocks, like cinder blocks with the two holes in middle?
A. Yes.
Q. And then there was a flat one, you said, that was solid on top?
A. Yeah.
Q. And then you would put a piece of wood and that would be between the solid concrete block and the frame of the trailer?
A. Yes.
Q. Did you ever fill the holes with cement or any other filling inside the cinder blocks?
A. No.
Q. Did you ever have blocks that would crack?

Page 218

A. Yeah, maybe.
THE VIDEOGRAPHER:
We're off the record; it is 2:40.
(Recess.)
THE VIDEOGRAPHER:
We're back on record; it is 2:44.
EXAMINATION BY MR. PEÑA:
Q. You said that there was about between -- between two and four pieces of paper that they would hand you at the staging area that you would take with you to set up the trailer. Is that right?
A. Yes.
Q. And I think you testified earlier that sometimes you received a rough drawing that was hand drawn, you said?
A. Yes.
Q. Did that hand drawing, was it -- did it have measurements and things on it?
A. It might say "Estimated feet from -- to sidewalk," or something along those lines, but no, not as far as a blueprint.
Q. So it wasn't an engineering-type drawing?

Page 219

A. No.
Q. It wasn't a computer-aided drawing?
A. No.
Q. And just like you said, it was a rough sketch?
A. Yes.
Q. And sometimes you would get drawings of steps and things like that?
A. Yes.
Q. And those weren't to scale?
A. They might have been, I don't remember.
Q. After you had set up a trailer on blocks, did you ever find that somehow inside the trailer y'all had accidentally popped a wall out, a wall was separated?
A. No.
Q. So that never happened with your crew?
A. No.
Q. You testified earlier that you had to go back one time on a -- to a trailer that you had set up that, I guess, it had settled?

Page 220