1-28-06

| U. S. DEPARTMENT OF HOMELAND SECURITY FEDERAL EMERGENCY MANAGEMENT AGENCY UNIT INSTALLATION WORK ORDER | 1. SITE CONTROL NO. SC-03-077802 | 2. WORK ORDER NO. |
|---|---|---|

### 3. APPLICANT SITE INFORMATION

NAME (Last, First, Middle Initial): Alexander, Alana M
RGSN ID: 939360133A
SITE ADDRESS (House No. and Street Name, or Pad No.): 4415 Dale St
CITY AND STATE: New Orleans LA
COUNTY: Orleans 70126

### 4. CONTRACT WORK ORDER INFORMATION
CONTRACTOR: MLU
INSPECTOR: Kenneth Troxler
DATE WORK ISSUED: FEB 14 2006
ISSUED BY: DQ

5. SITE TYPE: ☑ Private
6. UNIT TYPE: ☑ TT
7. UNIT NO.

### 8. INSTALLATION

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☑ | Basic Setup | Each | 1 | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipa; Water | Actual | | | |
| ☑ | Power Pole and Meter Loop  100 AMP | Each | 1 | | |
| ☐ | Additional Towing Outside Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | 30 AMP Breaker with Panel | Each | | | |

**WORK ORDER TOTAL:**

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

I 10 To Hwy 90 Chef Menteur Hwy East To Dale Left Or North.

Note: No room for 2nd t/t 50x14'

Note: W - ON
S - Locked
ONE - OFF

One Call Notification
Date: 2/10/06  Time: 7:30
One Call Reference No: 6006 7673

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

SIGNATURE OF INSPECTOR          DATE          SIGNATURE OF CONTRACTOR          DATE

FEMA Form 90-26, JUL 05

**EXHIBIT "D"**

FL-FCA-004612