# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

## Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT "E"

1 emergency room, which hospital would he go
2 to?
3    A.   University.
4    Q.   The inhaler was prescribed by
5 Dr. Barnes?
6    A.   Yes.
7    Q.   How often did Chris use the
8 inhaler, typically, in the six months prior
9 to the hurricanes?
10    A.   I would say, at the most, maybe
11 twice a month. Once or twice a month.
12    Q.   Did he carry it with him?
13    A.   No.
14    Q.   He had it in the house?
15    A.   Yes.
16    Q.   Can you describe for me a typical
17 instance where he might need the inhaler?
18    A.   He would use the inhaler if he --
19 because his way of saying that he was about
20 to have an asthma attack, he would say his
21 chest was itching.
22    Q.   That's his way of saying he felt
23 like an asthma attack was coming on?
24    A.   Yes.
25    Q.   He knew that from prior

Page 57

1 experiences of having the asthma attacks?
2    A.   Yes.
3    Q.   He described that for you as "I
4 feel like my chest is itching, and I need to
5 do something"?
6    A.   Yes.
7    Q.   What would typically bring the
8 feeling that his chest was starting to itch?
9    A.   The coolness in the weather.
10    Q.   The coolness in the weather
11 changes?
12    A.   Yes.
13    Q.   So they would occur more
14 frequently in the fall and winter?
15    A.   Yes, in the fall and when it
16 changed back to the summer again.
17    Q.   So it wasn't just when it got
18 cooler, it was when there was an actual
19 shift in the seasons?
20    A.   Yes.
21    Q.   Did you become aware up to the
22 point of 2005 of any other potential asthma
23 triggers for asthma in Chris?
24    A.   No.
25    Q.   Did he ever tell you that he could

Page 58

1 feel it coming on, the chest itching, after
2 he had been running around or doing anything
3 like that?
4    A.   Not unless it was the crisp air.
5    Q.   And then he would come in and tell
6 you that "My chest is itching," and take a
7 puff off the inhaler?
8    A.   Yes.
9    Q.   Did that typically resolve it?
10    A.   Yes.
11    Q.   Did he have to sit down and relax
12 for a little while?
13    A.   Yes.
14    Q.   And how often would he use the
15 nebulizer machine?
16    A.   I would say maybe twice a year,
17 maybe.
18    Q.   Again, I'm speaking about just
19 before the hurricane.
20    A.   Oh, if we're going before the
21 hurricane, maybe once a year.
22    Q.   When would you escalate to using
23 the nebulizer?
24    A.   When his breathing became a little
25 more difficult and I saw that he was pulling

Page 59

1 more with his breathing.
2    Q.   What do you mean by "pulling"?
3    A.   "Pulling" is a term they use when
4 you take a deep breath and you see this part
5 right here go in. When I noticed that, then
6 I knew he needed the nebulizer.
7    Q.   How long would he stay on the
8 nebulizer?
9    A.   Only for a treatment. Usually, if
10 he went through one course of treatment, it
11 usually subsided.
12    Q.   How long was one course of
13 treatment?
14    A.   I would say it would last maybe
15 about ten minutes.
16    Q.   And at that point, his breathing
17 would return to normal?
18    A.   Yes.
19    Q.   And after he finished using the
20 nebulizer, what would he do, sit down --
21    A.   He usually would go to sleep.
22    Q.   Was this something that was used
23 at night or during the day?
24    A.   Either one.
25    Q.   And he would just take a nap after

Page 60

**Page 61**

he used it?
A. Yes.
Q. Prior to the hurricane, did it ever get to a point where you needed to take Chris to the emergency room to deal with asthma?
A. Yes.
Q. How often would that happen?
A. That would happen maybe twice a year.
Q. Was there a typical time when it would occur when he needed to go to the emergency room?
A. When the seasons changed.
Q. Do you remember the last time he had gone to the emergency room before the hurricane?
A. I would say early 2005. I would say maybe like January.
Q. What would prompt you to take Chris to the emergency room in those times that you did?
A. If I gave him a treatment with the nebulizer and it didn't adjust his breathing or subside the asthma attack, then I would

**Page 62**

take him to the hospital.
Q. And what would they do at the emergency room?
A. Typically, they would give him another treatment, but they would add the prednisone steroid.
Q. Was he hospitalized overnight?
A. No, not --
Q. Typically?
A. No.
Q. So they would just treat him in the ER and then discharge him to home?
A. Yes.
Q. Prior to the hurricane, did Chris ever speak with you about his asthma?
A. Yes.
Q. Did he talk to you about any concerns he had concerning the asthma?
A. He would from time to time just say that he was kind of scared, the fact that he couldn't breathe, you know. And he would get upset, you know, sometimes.
Q. What did you tell him at those times?
A. I would just tell him mostly, you

**Page 63**

know, I said, I'm always here when you have your treatment, and when you feel in distress of the asthma coming on. And if there was anything I didn't think we could handle, we would always immediately go to the hospital.
Q. Did you go through any kind of education programs with Chris regarding asthma?
A. Yes. When he first was diagnosed.
Q. When he was first diagnosed?
A. Uh-huh.
Q. When was that?
A. When he was like two, about three or four. Three or four when he was first diagnosed.
Q. At that time, you went through an education program for Chris or for you?
A. For him.
Q. All right. Did Chris understand the information that was provided to him when he was three or four years old?
A. I would say no. But, you know, he was three or four, he wouldn't have understood a lot.

**Page 64**

Q. Since that time, have you obtained any medical literature or anything else that Chris has read regarding asthma?
A. Well, yeah, because the schools hand out papers about asthma, children with asthma, all the time.
Q. Do you keep those papers?
A. Not really, because it's basically the same information that he and I already know.
Q. What information is that?
A. It would be that most children with asthma have a hard time breathing and most of them are typically on all the same kind of inhalers, and how to, if they feel the asthma attack coming on, to stop what they're doing to try to calm themselves down and to ease their breathing and to take their medicine and then relax afterwards.
Q. Do you think it's important to follow the medical plan or treatment that's provided by the doctors who are treating Chris?
A. Yes.
Q. Do you follow all the advice and

1    A.  Other than the buckling part, no.
2    Q.  Did you notice any issues with the
3  way the doors or the windows worked in the
4  trailer?
5    A.  No. After she showed us how, you
6  know, to lift it up and push it out, it was
7  simple enough.
8    Q.  Did it seem like the doors and
9  windows fit appropriately?
10   A.  I would say yes.
11   Q.  Did you see any cracks or warps or
12 buckles, anything like that?
13   A.  I would say, no, I didn't.
14   Q.  Okay. What did she tell you about
15 the use of the stove?
16   A.  She just said that it was hooked
17 to the propane and everything and how to --
18 because it had the automatic ignition. So
19 you would have to turn it and it would make
20 the click and then the flame would start.
21   Q.  Were you told anything about other
22 things you had to do if you were going to
23 use the stove?
24   A.  No, that's all I was told.
25   Q.  Were you provided any

Page 165

1  documentation when this lady gave you this
2  orientation?
3    A.  Yes, she gave us the book.
4    Q.  Okay. What book are you referring
5  to?
6    A.  It was like an owner's manual book
7  and it had --
8    Q.  One owner's manual for the
9  trailer?
10   A.  Yes, it was the owner's manual for
11 the trailer, and how to use the stove and
12 the refrigerator.
13   Q.  Did you read the owner's manual?
14   A.  Yes.
15   Q.  When did you read the owner's
16 manual?
17   A.  I would say -- I can't say as soon
18 as she gave it to me, but I would say within
19 the next few days after she gave it to me.
20   Q.  Do you remember any information
21 specifically that was provided in that
22 owner's manual that stood out in your mind?
23   A.  Not really, nothing in particular.
24   Q.  What did she tell you about airing
25 the trailer out?

Page 166

1    A.  She said just open the windows and
2  the door, because there was a screen door on
3  it. You open the windows and the door and
4  you could turn the air conditioner on and
5  let it blow out. Especially if we was gone
6  for the day and was coming back in, to let
7  that happen for a few minutes.
8    Q.  So she said if you were out and
9  the trailer had been closed up, to make sure
10 that you opened the door and windows and
11 turned on the AC for a little while?
12   A.  Yes.
13   Q.  What smell were you talking about
14 when you said that you spoke to her about
15 the smell?
16   A.  I would say that chemical smell
17 because when you walked in, I initially got
18 a tingle in the back of the throat and a
19 little burning sensation in the nose and did
20 some sneezing. And that was the initial --
21 and itchy eyes a bit.
22   Q.  That was the first day you moved
23 in?
24   A.  Yes.
25   Q.  Did Chris or Erika express any

Page 167

1  similar problems?
2    A.  Yes.
3    Q.  Anything else that Chris felt like
4  he had a problem with that he told you
5  about?
6    A.  Not initially.
7    Q.  Once the lady left, did you follow
8  the instructions to open the windows and
9  door and to use the AC?
10   A.  Yes.
11   Q.  Okay. And what happened at that
12 point, did it clear out the smell?
13   A.  Yeah, it started to like dissipate
14 after about an hour of airing it out.
15   Q.  Did you continue to have sneezing
16 and itchy eyes after it had been aired out?
17   A.  No, not after it aired out.
18   Q.  Did anyone live in the trailer
19 with you besides your kids?
20   A.  No.
21   Q.  At any time that you were in the
22 trailer, did anybody stay for more than a
23 day?
24   A.  No.
25   Q.  Did you have visitors at the

Page 168

42 (Pages 165 to 168)

**Page 385**

1  you through the trailer.
2     A.  Correct.
3     Q.  Okay.  Did you ever contact a Gulf
4  Stream Coach hotline or a number provided in
5  any manual, anything like that?
6     A.  I was given a Gulf Stream manual,
7  but I was under the impression that the
8  customer service number that I was calling
9  was Gulf Stream.
10    Q.  Okay.  When you say, "customer
11 service," you're talking about the
12 maintenance hotline?
13    A.  Maintenance.  I keep saying
14 "customer service," but the maintenance
15 hotline.
16    Q.  If it's shown that that was not
17 Gulf Stream, then you never made a call to
18 another number in the manual, the Gulf
19 Stream manual?
20    A.  I would have to say not -- no.  I
21 would say no, I don't think so.
22    Q.  And you have no basis other than
23 just your assumption that the first person
24 was a Gulf Stream Coach employee?
25    A.  Yes.

**Page 386**

1     Q.  You have no idea whether that
2  person could have been with the contractor
3  who set up the trailer?
4     A.  I have no idea.
5     Q.  Or that -- I'm mean sorry.  Were
6  you finished?
7     A.  I was just saying I have no idea
8  if they were.
9     Q.  That person could also have been
10 somebody with FEMA?
11    A.  I guess in all possibility, yes.
12    Q.  Do you have any recollection of
13 specifically calling a number where somebody
14 said that -- or identified themselves as a
15 Gulf Stream Coach employee and provided
16 information to you?
17    A.  I don't have any recollection of
18 that.
19    Q.  And the only thing that you
20 remember reading that contains Gulf Stream
21 Coach identifying marks would have been the
22 owner's manual?
23    A.  Yes.
24    Q.  There's an allegation of "Failure
25 to adhere to any and all express warranties

**Page 387**

1  of fitness and safety of the housing units
2  they," meaning Gulf Stream Coach
3  Manufacturing, "provided."
4         Do you have any recollection of
5  express warranties made to you by Gulf
6  Stream Coach?
7     A.  I would have to say no, not to my
8  recollection.
9     Q.  All right.  Regarding the Third
10 Supplemental and Amended Complaint marked as
11 Exhibit 15.  Paragraph 15 on page 4 of that
12 document itemizes damages and it modifies
13 the damages that were in the original
14 complaint marked as Exhibit 12.
15    A.  You said paragraph 4?
16    Q.  Page 4, paragraph 15.
17    MR. HILLIARD:
18       Joe, if you're going into this
19 line, can you and I agree I can have the
20 same objection to each question, so I don't
21 have to make it each time?
22    MR. GLASS:
23       Absolutely.
24 EXAMINATION BY MR. GLASS:
25    Q.  You want to take a moment to read

**Page 388**

1  it?
2     A.  Well, I'm on page 4.  Which one
3  did you say?
4     Q.  Paragraph 15.  I'll represent to
5  you that this is a legal paragraph that lays
6  out your claims.
7         Did you have any specific
8  recollection of input regarding what claims
9  you were making in this allegation?
10    A.  As far as this one, yes.
11    Q.  Okay.  The first subparagraph A
12 says, "Plaintiff's physical pain and
13 suffering," which "plaintiff" being you.
14    A.  Okay.
15    Q.  What pain and suffering did you
16 have as a result of living in the trailer?
17    A.  I had headaches, I had the
18 itching, watery eyes, the burning nose, the
19 burning in the back of the throat, the
20 coughing and -- yeah.  That's the physical
21 pain and everything.
22    Q.  You said that when you first came
23 into the trailer, that's when you had the
24 watery eyes, and then after a couple of
25 months, that went away?

1    A.  Yes.
2    Q.  Was that also true for the
3  headaches, the itching and the other items
4  you just mentioned?
5    A.  The itching; the headaches stayed
6  a little longer.
7    Q.  Okay.  After they went away, when
8  did they first come back?
9    A.  After all of these symptoms went
10  away --
11    Q.  You said after a couple of months,
12  they went away, and then a little bit longer
13  for the headaches.  Did they come back later
14  on?
15    A.  No.
16    Q.  Okay.  So you had a couple of
17  months of headaches, itching and watery
18  eyes?
19    A.  Yes.
20    Q.  But the itching and the watery
21  eyes diminished over those couple of months?
22    A.  Yes.
23    Q.  When you say "diminished," are you
24  talking about in frequency or severity?
25    A.  In severity.

Page 389

1    Q.  So you had a constant headache the
2  entire time you were in the trailer for the
3  first couple of months?
4    A.  I would say a constant headache --
5    MS. PETROVICH:
6       Object to the form of the
7  question.
8    MR. HILLIARD:
9       What was your objection?
10   MS. PETROVICH:
11      Form of the question.  I don't
12  think she said she had constant headaches.
13   MR. GLASS:
14      That's what I asked her.  That was
15  the question.
16  EXAMINATION BY MR. GLASS:
17    Q.  Did you have constant headaches?
18    A.  No, it wasn't constant headaches.
19    Q.  At any time in those first couple
20  of months, did you see a doctor about your
21  complaints?
22    A.  No.
23    Q.  After those couple of months, did
24  you return to your pre-Katrina health?
25    A.  Me?

Page 390

1    Q.  Yes.
2    A.  Yeah, pretty much.
3    Q.  As we sit here today, do you have
4  any physical complaints or issues that you
5  relate to the -- and I am talking about
6  physically -- that relate to your time in
7  the trailer?
8    A.  I would say no.
9    Q.  The second subparagraph B is
10  "Regarding the physical pain and suffering
11  of her minor son, Christopher Cooper."
12       What physical pain and suffering
13  did Chris go through?
14    A.  Well, in the trailer, his eyes
15  were worse because his eyes constantly
16  stayed watery through the time that we were
17  in there.  Even after the odor dissipated,
18  he always had the watery eyes.
19    Q.  How did you treat those watery
20  eyes?
21    A.  That's when he was on the
22  Claritin, and like I said, I thought it had
23  to do with mostly allergies.
24    Q.  What other manifestations of
25  physical symptoms did Chris have in those

Page 391

1  first couple months?
2    A.  Like I say, he felt the burning in
3  the throat and the nose; say again watery
4  eyes, the itchy eyes and the nose, the
5  burning in the nose.  And the frequency of
6  the inhaler started to increase.
7    Q.  Okay.  During those first couple
8  of months, did his symptoms also decrease
9  over time?
10    A.  The itching and the watery eyes --
11  not the watery eyes, I'm sorry.  The itching
12  of the nose -- I take that back.  Not the
13  nose for him.  Because he was always doing
14  that with his nose, rubbing his nose.
15    Q.  So for the entire 19 months that
16  you were in the trailer, it's your testimony
17  that Chris's symptoms from day one in the
18  trailer were the same until the end when he
19  left the trailer?
20    A.  Yes.
21    Q.  We've already gone into some of
22  the medical records.  All of the visits to
23  the doctors have been talked about --
24    A.  Yes.
25    Q.  -- from the time he was in the

Page 392

98 (Pages 389 to 392)