# Transcript of the Testimony of
# Videotaped Deposition of Christopher Cooper

### Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT "F"

1  hear when you're playing?
2      A.  Yes.
3      Q.  Other people who are playing the
4  baritone saxophone can hold the notes
5  longer?
6      A.  Well, I'm the only one, so --
7      Q.  So other people can play notes
8  longer on their instruments and you can't
9  hold it as long on the baritone saxophone.
10     A.  Yes.
11     Q.  Has your instructor given you any
12 ideas on how you can perform better on the
13 baritone saxophone in holding notes?
14     A.  Yes.
15     Q.  What kind of advice have you
16 gotten from him or her?
17     A.  He told me to play long tones, to
18 hold the note out for a long period of time
19 and just keep doing it.
20         He told me to kind of play faster
21 so I can get used to the notes.  That's it.
22     Q.  So the first part, he basically
23 just told you to practice holding notes
24 longer and longer and see if you can train
25 your body to do it?

Page 29

1      A.  Yes.
2      Q.  Do you remember your house at Dale
3  Street before the hurricane?
4      A.  Yes.
5      Q.  What do you think about your house
6  when you think of memories of the house that
7  you had on Dale Street before the hurricane?
8      A.  I have happy thoughts because it
9  was the place I was born and I had my own
10 room.  And it was just home.
11     Q.  Who lived in that house with you
12 before the hurricane?
13     A.  Me, my mother, my sister, my two
14 cousins and my nanny.
15     Q.  And nanny is Debra Austin?
16     A.  Yes.
17     Q.  And if I recall from earlier, you
18 said that you didn't have any chores that
19 you remember while you were in the house
20 before the hurricane?
21     A.  No.
22     Q.  The happy thoughts that you just
23 described, you had your own room that you
24 didn't have to share with anybody while you
25 were at the Dale Street house?

Page 30

1      A.  Yes.
2      Q.  Did you ever have any problems
3  with asthma while you were in the house?
4      A.  No.  Just when I go outside.
5      Q.  When you would go outside, the
6  asthma would get worse?
7      A.  Yes.
8      Q.  Do you have any idea why it would
9  get worse outside?
10     A.  Because I would mostly play and do
11 a lot of things and it made me out of
12 breath.
13     Q.  Did you have any problems with
14 pollen before the hurricane?
15     A.  No.
16     Q.  Have you been told that you now
17 have allergies?
18     A.  Yes.
19     Q.  How do you differentiate between
20 allergies and asthma?
21     A.  Well, asthma pertains with the
22 breathing, and allergies are maybe contained
23 within nose and eyes, and it might make you
24 sick.
25     Q.  What in particular about the nose

Page 31

1  and the eyes do you relate to the allergies?
2      A.  Well, because after the hurricane,
3  the pollen got to me and I started having
4  allergies.  And it kind of made my nose run
5  and my eyes water.  And -- that's it.
6      Q.  The physical symptoms that you
7  just described, the nose running and the
8  eyes watering, when do you remember those
9  first coming up?
10     A.  Maybe when we came back to New
11 Orleans after the storm, I started feeling
12 it.
13     Q.  Was that in May of 2006?
14     A.  About.
15     Q.  Did you ever have any problems
16 with a runny nose before you came back to
17 New Orleans after the hurricane?
18     A.  No.
19     Q.  Do you remember ever having watery
20 eyes before you came back to New Orleans
21 after the hurricane?
22     A.  Not that I can remember.
23     Q.  When you first came back to New
24 Orleans, did you move into a travel trailer?
25     A.  Yes.

Page 32

**Page 57**

1 to go live with my aunt.
2   Q. Aunt Maria?
3   A. Yes.
4   Q. Is that where you currently live?
5   A. Yes.
6   Q. What do you think about that
7 house?
8   A. It's haunted.
9   Q. Why is it haunted?
10  A. Because you see things when it's
11 dark.
12  Q. You have your own room at your
13 aunt's house?
14  A. No.
15  Q. Your sister stays in the same room
16 with you?
17  A. Yes.
18  Q. Do you have a bed in that room?
19  A. Yes.
20  Q. Is there a mattress on the floor?
21  A. Yes.
22  Q. Is there a frame that the mattress
23 sits on or is the mattress just on the
24 floor?
25  A. It has a frame.

**Page 58**

1   Q. I want to mark as Exhibit 1, the
2 Notice of Video Deposition for Chris Cooper.
3 I'm going to mark it as C. Cooper Exhibit 1.
4      I'm going to mark this photograph
5 as C. Cooper Exhibit 2.
6      Chris, would you take a look at
7 that. Is that a picture of your bed?
8   A. Yes.
9   Q. Is that how it's currently set up?
10  A. Yes.
11  Q. Do you have a fan next to your
12 bed?
13  A. Yes.
14  Q. Do you run that fan at night?
15  A. Yes.
16  Q. Do you have any kind of air
17 purifiers or humidifiers that you run in
18 your room?
19  A. Can you say that question again?
20  Q. Sure. Do you know what a
21 humidifier is?
22  A. No.
23  Q. Do you know what an air purifier
24 is?
25  A. No.

**Page 59**

1   Q. Do you have any other machines in
2 your room that are running besides the fan?
3   A. No.
4   Q. What kind of things do you see in
5 the house?
6   A. What you mean?
7   Q. Well, you said it was haunted and
8 you see things. I'm just curious what's
9 there.
10  A. Well, sometimes when I leave my
11 room and I close the door and the hallway is
12 kind of dark, like, when you're about to go
13 in a different room, there's some white that
14 comes in the corner of your eye and you kind
15 of see a little light, and when you turn
16 back, it's not there.
17  Q. You're about to move out of the
18 house?
19  A. Yes.
20  Q. Are you excited about that?
21  A. Yes.
22  Q. You're going to have your own
23 room?
24  A. Yes.
25  Q. Since you lived in the trailer, do

**Page 60**

1 you have concerns about your health that are
2 different from before you lived in the
3 trailer?
4   A. No.
5   Q. Are you more afraid of dying since
6 you lived in the trailer?
7   A. Yes.
8   Q. What is your concern that makes
9 you more afraid of dying?
10  A. Because my asthma seemed to have
11 gotten worse in the trailer than any other
12 place we went to, so it was more frequent.
13  Q. You had more frequent attacks?
14  A. Yes.
15  Q. And you had your concerns of dying
16 when you were having the attacks before the
17 hurricane; that's what you told me, correct?
18  A. Yes.
19  Q. Okay. So the fact that you were
20 having more asthma attacks that, caused you
21 to have more frequent concerns about dying?
22  A. Yes.
23  Q. Since you left the trailer, have
24 you continued to have asthma attacks as
25 frequently?

```
 1    A.  No.
 2    Q.  Compared to before the hurricane,
 3  are you having more asthma attacks since you
 4  left the trailer?
 5    A.  No.
 6    Q.  It's about back to the same?
 7    A.  Yes.
 8    Q.  So your concerns about dying from
 9  asthma attacks have also gone down since the
10  number of asthma attacks have also gone
11  down?
12    A.  Yes.
13    Q.  Do you have any concerns or
14  worries about the allergies?
15    A.  No.
16    Q.  Do you have the same concerns you
17  had before the hurricane about limiting your
18  activity because of the asthma?
19    A.  Yes.
20    Q.  Are they any worse since you lived
21  in the trailer?
22    A.  No.
23    Q.  As far as the allergies go, do you
24  limit your activity because of the
25  allergies?
                                      Page 61
```

```
 1    A.  No.
 2    Q.  Is that something that you just
 3  have to be aware of being outside?
 4    A.  Yes.
 5    Q.  Is the trigger for your allergies
 6  pollen outside?
 7    A.  Yes.
 8    Q.  Do you know of anything else that
 9  causes your eyes to water and your nose to
10  run?
11    A.  The hickory, I think it is.
12    Q.  Some kind of wood?
13    A.  Yes.
14    Q.  Did you ever have any pets in your
15  house?
16    A.  No.
17    Q.  Have you ever owned a pet?
18    A.  Before the hurricane.
19    Q.  What did you own before the
20  hurricane?
21    A.  A dog.
22    Q.  What kind of dog?
23    A.  He was kind of mixed.  I don't
24  know what he was mixed with.
25    Q.  That was while you were at the
                                      Page 62
```

```
 1  Dale Street address?
 2    A.  Yes.
 3    Q.  Was it a big dog or a little dog?
 4    A.  Big dog.
 5    Q.  Bigger than you?
 6    A.  Yes.
 7    Q.  Did he stay inside or outside?
 8    A.  Outside.
 9    Q.  Did he ever come in the house?
10    A.  No.
11    Q.  What happened to your dog?
12    A.  Well, before the -- well, close to
13  the hurricane, my cousin's dad, he picked up
14  the dog and the dog started living with him.
15  And then the hurricane came.  And then after
16  that, the dog was kind of -- my uncle, he
17  went up on the roof when the storm came, and
18  he -- people in the helicopter said the dog
19  couldn't come with them.  So the dog stayed
20  on the roof and then I guess he wandered and
21  someone else got him.
22    Q.  So you don't know where the dog is
23  now?
24    A.  No.
25    Q.  What was the dog's name?
                                      Page 63
```

```
 1    A.  Max.
 2    Q.  Max.  Have you asked about getting
 3  another pet since then?
 4    A.  Yes.
 5    Q.  Have you been able to convince
 6  anyone to give you a pet?
 7    A.  Yes.
 8    Q.  Who is that?
 9    A.  (Pointing.)
10    Q.  Your mom?
11    A.  Yes.
12    Q.  What pet are you going to get?
13    A.  Right now we have a cat and she
14  said we're going to get two dogs, but we
15  might get one.
16    Q.  The cat is at the Mirabeau
17  address?
18    A.  Yes.
19    Q.  What is the name of the cat?
20    A.  Miss Meow.
21    Q.  Miss Meow?
22        I'm going to mark as C. Cooper
23  Exhibit 3, a picture of the cat.
24        Is that Miss Meow?
25    A.  Yes.
                                      Page 64
```