## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                             **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                              **SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Jonathan L. Umbehagen, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
**No. 09-4844**


## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER
## FEDERAL RULE 41(a)(1)(a)(I)

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the

provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the

representations of counsel for **Philips Products, Inc**. as well as the substance of a previously filed

and uncontested Motion for Summary Judgment filed by this defendant in a related matter (*see* Rec.

Docs. 779 and 893) that this defendant has never manufactured, brokered, sold or supplied EHU's

but, rather, sold only certain component parts for use in recreational vehicles, none of which

incorporated any formaldehyde-containing materials, hereby give notice of Named Plaintiffs'

voluntary dismissal of all claims asserted within the Eastern District of Louisiana against **Philips**

1

**Products, Inc**. in the above-entitled suit previously filed in these proceedings.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By: _____ s/ Roberta L. Burns _____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
***Counsel for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on  the 31st day of August, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

 s/ Roberta L. Burns
ROBERTA L. BURNS
