UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Dianne J. Adams, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4841


**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER
FEDERAL RULE 41(a)(1)(a)(I)**

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for **Philips Products, Inc**. as well as the substance of a previously filed and uncontested Motion for Summary Judgment filed by this defendant in a related matter (*see* Rec. Docs. 779 and 893) that this defendant has never manufactured, brokered, sold or supplied EHU's but, rather, sold only certain component parts for use in recreational vehicles, none of which incorporated any formaldehyde-containing materials, hereby give notice of Named Plaintiffs' voluntary dismissal of all claims asserted within the Eastern District of Louisiana against **Philips**

1

**Products, Inc**. in the above-entitled suit previously filed in these proceedings.

         Respectfully submitted,

         LAW OFFICES OF SIDNEY D. TORRES, III,
         *A PROFESSIONAL LAW CORPORATION*

         By: _____s/ Roberta L. Burns_____
         SIDNEY D. TORRES, III, La. Bar No. 12869
         ROBERTA L. BURNS, La. Bar No. 14945
         DAVID C. JARRELL, La. Bar No. 30907
         8301 West Judge Perez Drive, Suite 303
         Chalmette, LA 70043
         Telephone: (504) 271-8421
         Facsimile: (504) 271-1961
         **Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 31st day of August, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                      s/ Roberta L. Burns
                                                      ROBERTA L. BURNS