UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE | * | | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) | |
| LITIGATION | * | | |
| | * | JUDGE: ENGELHARDT | |
| This Document Relates to:  *Charlie Age, et al. v.* | * | | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ | |

*************************************************************************

**REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT GULF STREAM'S MOTION
*IN LIMINE* TO EXCLUDE EVIDENCE OF CERTAIN FORMALDEHYDE
<u>SCREENING DEVICES</u>**

**MAY IT PLEASE THE COURT:**

On August 26 2009, Defendants, Gulf Stream Coach, Inc. ("Gulf Stream") filed a Motion *in Limine* regarding the admission of formaldehyde test results obtained through the use of an instant-reading device known as a Formaldemeter. (Rec. Doc. 2881). On August 28, 2009, the Plaintiff filed an Opposition to that motion. (Rec. Doc. 2953). Gulf Stream now appears before this Honorable Court to offer this reply.

In the Plaintiff's Opposition, she argues that Gulf Stream knew that it was using non-HUD certified products in its trailers before the Plaintiff moved into her trailer, and one of Gulf Stream's major wood product suppliers testified that it likely supplied Gulf Stream with non-low formaldehyde emitting (LFE) wood products in 2004. (Rec. Doc. 2953, p.3 n. 2). This is a gross misrepresentation of the supplier's testimony. At his deposition, Scott Bailey, a representative of Adorn (the supplier referenced in the Plaintiff's Opposition), could not identify a single instance in which Gulf Stream ordered non-LFE products during the time period in which the Plaintiff's EHU was built. He acknowledged that exactly **<u>none</u>** of the purchase orders he reviewed from 2004 had anything to do with wood products. (Rec. Doc. 2922-5). Accordingly, Mr. Bailey

admitted that there was not a single purchase order or invoice from Gulf Stream for non-LFE wood product in 2004. *Id*. This evidence directly contradicts the Plaintiff's argument that Adorn "likely" supplied Gulf Stream with non-LFE wood products in 2004.

Furthermore, the Plaintiff states that the test results obtained through the Formaldemeter were high, and if the results were low Gulf Stream would undoubtedly desire to introduce the results into evidence. (Rec. Doc. 2953, p. 6 n. 3). The Plaintiff insinuates that Gulf Stream has endeavored to withhold and conceal the results of the Formaldemeter testing. *See id*. The Plaintiff knows this is not true. Gulf Stream offered to share the results with FEMA in May of 2006. *See* GULF-0004473—74, attached as Exhibit "A." The Plaintiff's effort to make this proposed evidence relevant to the Alexander trial is weak. The corresponding confusion and prejudice, on the other hand, is very strong. For those reasons, the Court should grant Gulf Stream's motion.

        Respectfully Submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        (504) 832-3700
        (504) 837-3119 (FAX)
        andreww@duplass.com
        jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 31st day of August, 2009, a copy of the foregoing Reply to Plaintiff's Response to Defendant Gulf Stream's Motion in Limine to Exclude Evidence of Certain Formaldehyde Screening Devices was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com