

**GULF STREAM**
COACH, INC.

P.O. Box 1005 • Nappanee, IN 46550 • (574) 773-7761 • Fax (574) 773-5761

May 11, 2006

Ms Deidre Lee
Director of Operations
Federal Emergency Management Agency
500 C Street, SW
Washington, D.C. 20472

RE:    Cavalier Travel Trailers

Dear Ms. Lee:

We wanted to follow up on our recent conversations regarding the travel trailers supplied to FEMA, pursuant to our contracts, for temporary use by persons displaced by Hurricane Katrina. As we have previously indicated, we wanted to again let you know that we remain committed to providing high quality products. Toward that end, we are interested in being informed if you receive complaints about the quality or performance of our product. Our interest stems not only from our ongoing process to pursue innovation of our product, but also to ensure that the purchasers and occupants of our products enjoy a quality experience with regard to our recreational vehicles.

During our recent visit to Washington, we discussed how best to address any potential concerns about indoor air quality by occupants of travel trailer disaster relief units. As we discussed, no particular information on ventilation or standards for indoor air quality including formaldehyde are required by the RVIA code or government regulation relating to travel trailers. However, as we further discussed, even though not required, Gulf Stream has taken the added step of specifying low emission materials. During our meeting, you requested that we provide some information that FEMA could add to the tri-fold that you provide to occupants of the trailers. Accordingly, please see the enclosed ventilation information.

Pursuant to our discussions, we are also enclosing for your information the notice language mandated by the United States Department of Housing & Urban Development Manufactured Housing Construction and Safety Standards for inclusion in manufactured homes. Please note that this notice is *not* required for or, in several important respects, relevant to travel trailers.

DCDB01 200038492  11-May-06 16:13

Gulf0004473

Ms. Deidre Lee
May 11, 2006
Page 2

We would like to reiterate our willingness to assist you in addressing any concerns about our products. Our informal testing has indicated that formaldehyde levels of indoor ambient air of occupied trailers fall below, for instance, the OSHA standard of .75 parts per million. We are willing to share these informal test results with you. And, as mentioned during our meeting, if FEMA wishes to conduct formal testing protocols on any designated units, we are willing to participate in that testing.

If FEMA receives any complaints, we would appreciate hearing from you as soon as possible so that we can work with you to address any follow up that FEMA believes may be appropriate. If you desire to provide an additional ventilation alternative which, when installed, could provide a flow of outside air into the trailer, there is a product called the "Fantastic Vent." We can provide further information on this system at your request.

We appreciate your prompt attention and response to the above.

Sincerely,

GULF STREAM COACH, INC.

PHILIP S. SARVARI
Executive Vice-President

Enclosures

DCDB01 20803849.2  11-May-06 16:13

Gulf0004474