UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF VOLUNTARY DISMISSAL
### WITH PREJUDICE

Considering the respective positions of the parties and the law applicable herein,

**Plaintiff Alana Alexander's Motion to Sever, or, in the Alternative, to Voluntar[il]y Dismiss (Rec. Doc. 2793)** is **GRANTED** to the following extent:

**IT IS ORDERED** that the Federal Tort Claims Act cause of action of the plaintiff Alana Alexander brought individually and on her own behalf against the United States/FEMA, is voluntarily dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice, each party to bear its own costs.

THIS DONE the 28th day of August, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE