UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to File Reply to Plaintiffs' Response to Defendants' Motion to Amend Trial I Scheduling Order;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file its Reply to Plaintiffs' Response to Defendants' Motion to Amend Trial I Scheduling Order.

New Orleans, Louisiana, this 31st day of August, 2009.

_____
JUDGE