31st

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lyndon Wright v. Forest River, Inc., et al.* No. 09-2977 | MAGISTRATE CHASEZ |

*************************************************************************

## ORDER

Considering Shaw Environmental, Inc.'s Motion for Leave to File Reply Memorandum in Further Support of Motion for Summary Judgment Regarding Prescription,

IT IS HEREBY ORDERED that Shaw Environmental, Inc.'s Motion be and hereby is GRANTED;

IT IS FURTHER ORDERED that Shaw Environmental, Inc. be and hereby is GRANTED leave to file its Reply Memorandum in Further Support of Motion for Summary Judgment Regarding Prescription and that the same be and is hereby received into the record of this proceeding.

New Orleans, Louisiana, this 31st day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE