Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE PRODUCTS           SECTION "N"(4)
LIABILITY LITIGATION            JUDGE ENGELHARDT

\* \* \*

VIDEOTAPED DEPOSITION OF LYNDON WRIGHT, 3417 SOUTH CLAIBORNE AVENUE, APARTMENT 5, NEW ORLEANS, LOUISIANA 70113, TAKEN AT THE OFFICES OF FRANK D'AMICO, 622 BARONNE STREET, NEW ORLEANS, LOUISIANA 70130, ON THE 10TH DAY OF JULY, 2009.

REPORTED BY:

    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    BRIAN SOILEAU
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

EXHIBIT "A"

1      Q.   What kind of information or
2   articles have you gotten from the City of
3   New Orleans' Web site?
4      A.   Pretty much the recovery
5   information they had on the Web site.
6   That's all.
7      Q.   Did you ever read anything on the
8   City of New Orleans' Web site about issues
9   relating to formaldehyde or otherwise
10  pertaining to these travel trailers?
11     A.   No.
12  MR. AHLQUIST:
13          The point of confusion was
14  probably that he works at the CDC.
15  MR. BONE:
16          I understand.  That's why I was
17  clarifying.
18  EXAMINATION BY MR. BONE:
19     Q.   Did you at any point review any
20  information online about formaldehyde or
21  about any issues other folks were having
22  relating to these trailers?
23     A.   No.
24     Q.   When you first believed or came to
25  the belief that your occupancy of this

1   particular unit was impacting your health,
2   did you tell your mother immediately?
3        A.   Yes.  I made the comment, because
4   I was coughing so much, I made the comment,
5   "Ma, I think this trailer is making me
6   sick."
7        Q.   Did you ask her to take any action
8   on your behalf in that regard?
9        A.   Initially, she wanted me to call
10  the maintenance people, but they gave me the
11  runaround.  They wanted all kinds of
12  personal information from my mom, so I told
13  my mom she had to call.
14            So she said she called to tell
15  them that I was smelling a foul odor.  They
16  gave her the runaround.  She said they gave
17  her another number to call.  She called that
18  number and somebody said they would get back
19  in touch with her.
20            She never did get a phone call,
21  and it just pretty much fell from there on.
22  That's when I started telling the
23  maintenance people when I saw them.
24       Q.   Do you recall when the phone call
25  was with your mother that you expressed to

Page 171

1  her that you believed your occupancy of this
2  unit was causing you a health problem?
3      A.   I would say probably April.
4      Q.   Of what year?
5      A.   '06.  Right after I got in the
6  trailer.
7      Q.   So in April of '06, you were of
8  the opinion that your occupancy of this unit
9  was causing you a health problem?
10     A.   I would say I thought it was
11 making me sick, yes.
12     Q.   And you expressed that to your
13 mother by May of 2006, correct?
14     A.   By April.
15     Q.   By April of 2006, correct?
16     A.   Yes.
17     Q.   Do you have any information as to
18 why your mother would have represented to
19 FEMA by February of 2008, that there were no
20 health concerns that she had about you
21 regarding your occupancy of this unit?
22     A.   No, I don't know.
23     Q.   Were you ever offered the
24 opportunity to purchase this unit?
25     A.   You would have to ask my mom.  I

1    A.   What's the rest of the question?

2    Q.   That you wouldn't have experienced

3  them until you were actually taking the

4  medication while you were living in the

5  trailer.

6    A.   If I wasn't taking it -- no, I

7  wouldn't have experienced the headache that

8  I get from Levitra, but the rest of them, I

9  don't feel like I have the side effects.

10   Q.   Have you ever compared your

11 symptoms that you're claiming in this

12 litigation with the side effects for the

13 medications you take for hypertension,

14 hypothyroidism, circulatory problems and

15 erectile dysfunction?

16   A.   Have I ever what?

17   Q.   Have you ever compared the side

18 effects associated with those medications

19 with what you are claiming in this lawsuit?

20   A.   No.

21   Q.   As we sit here today, have any of

22 the doctors at Uptown Nephrology ever told

23 you that any medical condition that you

24 suffer from is due to exposure to

25 formaldehyde?

1    A.    Due from the exposure of
2    formaldehyde?  No.
3    Q.    Has any doctor --
4    A.    But I did ask my doctor if it was
5    possible that the trailer was making me sick
6    like I was, and he said it was very
7    possible.
8    Q.    Which doctor did you have that
9    conversation with?
10   A.    I think Crews, Jr.
11   Q.    When did that conversation take
12   place?
13   A.    I can't relate that.  That's one
14   of my follow-up visits.  I can't pinpoint
15   when it was.
16   Q.    Do you know if it happened in
17   2006, 2007 or 2008?
18   A.    In '07.
19   MR. AHLQUIST:
20         Is that a guess or to the best of
21   your recollection?
22   THE WITNESS:
23         To the best of my recollection, it
24   was '07, yes.
25   EXAMINATION BY MR. BONE: