UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                           SECTION "N"  (4)

THIS DOCUMENT RELATES TO
Member Case no. 09-2892

## ORDER

Because Plaintiffs no longer have or are asserting claims against the Government in the Gulf Stream trial (See Rec. Docs. 2789 and 2964),

**IT IS ORDERED** that the (1) **Defendant United States of America's Motion to Dismiss Alana Alexander and Chris Cooper's Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Rec. Doc. 2718)**, and **(2) Defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Rec. Doc. 2733)** are **DENIED as moot**.

New Orleans, Louisiana, this 31st day of August, 2009.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**