UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE   MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc.

## MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT BECHTEL NATIONAL, INC.'s RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, comes defendant, Bechtel National, Inc., who requests an order from this Honorable Court granting leave to it to file a reply to plaintiffs' Opposition to Bechtel National, Inc.'s Rule 12(b)(6) Motion to Dismiss.

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this reply.

Respectfully submitted,

**FRILOT, L.L.C.**

/s/     John J. Hainkel, III
JOHN J. HAINKEL, III – La. Bar No. 18246
A. J. KROUSE - La. Bar No. 14426
DAVID P. CURTIS – La. Bar No. 30880 (Ms. Bar - 102092)
CAROLYN B. HENNESY - La. Bar No. 25089
PETER R. TAFARO – La. Bar No. 28776
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     (504) 599-8000
Facsimile:     (504) 599-8100
Attorneys for Bechtel National, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 31st day of August 2009.

/s/     John J. Hainkel, III
JOHN J. HAINKEL, III