UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc.

## ORDER

Considering the foregoing Motion for Leave to File Reply to Plaintiffs' Opposition to Bechtel National, Inc.'s Rule 12(b)(6) Motion to Dismiss;

IT IS HEREBY ORDERED that Bechtel National, Inc. is granted leave to file its reply to plaintiffs' Opposition to Bechtel National, Inc.'s Rule 12(b)(6) Motion to Dismiss.

New Orleans, Louisiana, this _____ day of _____, 2009.

JUDGE KURT D. ENGELHARDT