UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
*Alana Alexander, Individually and on behalf of Christopher Cooper*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO QUASH**

NOW INTO COURT, through undersigned counsel, comes Fluor Enterprises, Inc, who respectfully requests that this Court quash the depositions of Daren and Daryl Lemieux noticed for September 2, 2009 as fully set forth in the attached memorandum and Exhibits "A," "B," and "C."

WHEREFORE, Fluor Enterprises, Inc. prays that its Motion To Quash be granted.

Respectfully submitted,

MIDDLEBERG, RIDDLE & GIANNA

*s/Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants. Copies of this pleading were sent by email and U.S. mail to:

| | |
|---|---|
| Justin Woods<br>Gerald Edward Meunier<br>Gainsburgh, Benjamin, David,<br>Meunier & Warshauer<br>Energy Centre 1100 Poydras Street<br>Suite 2800<br>New Orleans, LA 70164-2800 | Henry T. Miller<br>Adam T. Dinnell<br>Senior Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>1331 Pennsylvania Ave., NW<br>Room 8220-N<br>Washington, DC 20004 |
| Andrew D. Weinstock<br>Duplass, Zwain, Bourgeois, Morton<br>Pfister & Weinstock<br>Three Lakeway Center<br>3838 N. Causeway Blvd.<br>Suite 2900<br>Metairie, LA 70002<br><br>Robert C. Hilliard<br>Hilliard Munoz Guerra l.l.p.<br>719 S. Shoreline Blvd.<br>Suite 500<br>Corpus Christi, TX 78401<br><br>Chris Pinedo<br>Attorney At Law<br>4550 Jericho Road<br>Corpus Christi, Texas 78413 | M. David Kurtz<br>Baker Donelson Bearman Caldwell<br>& Berkowitz<br>201 St. Charles Avenue<br>Suite 3600<br>New Orleans, LA 70170<br><br>Mikal C. Watts<br>Watts Guerra Craft<br>4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257<br><br>Anthony G. Buzbee<br>The Buzbee Law Firm<br>600 Travis, Suite 7300<br>Houston, Texas 77002 |

*s/ Charles R. Penot, Jr.*

ND: 4823-2224-0772, v. 1