UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
*Alana Alexander, Individually and on behalf of Christopher Cooper*
**************************************************************************

**FLUOR ENTERPRISES, INC.'S MEMORANDUM
IN SUPPORT OF THE MOTION TO QUASH
DEPOSITIONS OF THIRD PARTY WITNESSES**

This memorandum is submitted in support of Defendant Fluor Enterprises, Inc.'s ("FEI") Motion to Quash the Depositions of Third Party Witnesses on the grounds that plaintiffs noticed the depositions of these witnesses, Daren and Daryl Lemieux, well after the discovery cutoff, as extended by agreement. The depositions have been noticed for September 2, 2009. FEI included these witnesses on its witness lists filed in conformance with Court scheduling orders. Further, the name and role of these witnesses was disclosed on documents produced by FEI to plaintiffs on April 23, 2009, 91 days before the initial discovery cutoff of July 23, 2009, before discovery requests were served on FEI. *See* Ex. A hereto. Finally, FEI moved to continue the trial of this matter based in large part on the inadequate time allowed to conduct a factual investigation, to review FEI's own documents and to conduct meaningful discovery. (R. Doc. 2507)

Plaintiffs opposed that motion asserting that they and the case were ready for trial, representations made to the Court both in its memorandum in opposition to the motion to continue (R. Doc. 2564) ("Through a sustained effort by a number of counsel, staff members, and expert and fact witnesses, the first bellwether case of *Alexander v. Gulf Stream, et* al is in posture to be tried on September 14, 2009.") and at conferences with the Court.  The Court denied FEI's request for a continuance.  Plaintiffs should be required to live by the rules they wrote.  Discovery is over.  It's time to prepare for trial.

Trial in this matter is set for September 14, 2009.  Plaintiffs, however, only recently joined FEI as a defendant in this long-standing FEMA trailer formaldehyde product liability litigation on January 21, 2009[1], although some constituent cases in the MDL have been pending for two to three years.[2]  On or about April 6, 2009, FEI learned that it would be going to trial in the first bellwether trail on September 14, 2009.[3]  FEI filed a motion to continue on the basis that FEI and other parties needed additional time to conduct discovery including the taking of depositions identified in FEI's witness lists.  Daryl Lemieux and Dan Lemieux were all listed on FEI's July 1, 2009 and July 24, 2009 Witness Lists. (R. Doc. 2028 and 2314)   *See* Exs. B and C to this Motion accompanying this Memorandum.  Additionally, these witnesses were clearly shown on the Alexander installation package produced on April 23, 2009 in this litigation.  *See* Exhibit A at p. FL-FCA-04614-15 attached to this Motion accompanying the Memorandum in Support.  In addition to their representation in their opposition to FEI's Motion to continue,

---

[1]  *Aldridge et al. v. Gulf Stream Coach, Inc., et al.,* No. 09-2892
[2]  *Hilliard, et al. v. United States of America, et al.,* No. 06-2576, was filed on May 18, 2006.
[3]  R. Doc. 1305—Scheduling Order in First bellwether trial, filed April 8, 2009.

counsel for plaintiffs made the same representation to the Court on a telephone conference held around 8:30 a.m. on August 7, 2009. Hours later, following those representations to this Court, plaintiffs served FEI's counsel with thirteen deposition notices of FEI witnesses and asked FEMA for eight additional depositions.

After discussion with plaintiffs' counsel, FEI agreed to produce certain individuals for deposition; in particular, FEI agreed to produce any FEI witness that plaintiffs had requested for deposition before the discovery cutoff, but whom FEI had not produced, and any witness that was not listed on FEI's trial plan, but not listed on FEI's two witness lists filed in this matter. Despite that offer and now at the eleventh hour, plaintiffs are requesting depositions of the Lemieuxs, who installed the Alexander trailer and about whom they have known since April 23, 2009. Despite FEI's request for continuance acknowledging that all parties needed time to conduct additional discovery in this matter prior to this September trial date, plaintiffs first denied the fact in an effort to defeat FEI's motion to continue, and are now requesting that such additional discovery take place less than two weeks from trial.

The parties need to prepare for trial and should not be forced to continue with discovery depositions this late in the game. The discovery deadline has long since passed, having been twice extended by agreement. While the parties have worked amicably together pertaining to additional discovery from FEI (FEI produced three witnesses last week pursuant to the agreement mentioned above), the time is now up. Plaintiffs cannot now challenge this Court's deadline by noticing the depositions when they have indicated clearly through their opposition that they are ready to proceed to trial.

Accordingly, FEI moves this Court for a protective order quashing the depositions of Daryl Lemieux and Daren Lemieux.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

s/ *Charles R. Penot, Jr.*

Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455) **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile: (214) 220-6807

-and-

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

-and-

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants.



*s/ Charles R. Penot, Jr..*

ND: 4823-7270-3492, v. 1