# Exhibit A

# Fluor Enterprise, Inc.'s Motion to Quash (discovery produced to Plaintiffs)

| Charles Penot /Midrid | To | bobh@hmglawfirm.com |
|---|---|---|
| 04/23/2009 07:47 PM | cc | mcwatts@wgclawfirm.com, ptaaffe@txattorneys.com, andreww@duplass.com, jglass@duplass.com, cmotes@duplass.com, Henry.Miller@usdoj.gov, |
| | bcc | |
| | Subject | FEMA Trailer MDL; Alana Alexander Trial; Fluor Enterprises, Inc.'s Second (4/23/09) Production of Documents |

Bob,

Attached to this email are certain documents that you requested informally, and as of yesterday more formally by RFPDs emailed and faxed to me. I am providing these documents subject to the conditions and reservations of rights outlined below.

By way of background, on Monday of this week (4/20/09) we spoke by phone and you asked if Fluor would consider producing in advance of receiving formal discovery requests the documents specific to Ms. Alana Alexander's trailer. Due to the scheduling order under which we are operating I told you I would attempt to do so. On Tuesday of this week (4/21/09), you sent me an email describing that request as "all the documents specific to Alana and her trailer." (See attached pdf of your email of 4/21/09) Yesterday evening I received what you designated as "Plaintiffs' Second Set of Requests from Production of Documents to Contractor Defendant, Fluor Enterprises, Inc." The caption indicates that it applies to the Age case.

Please be advised that as of this date, Fluor has not been properly served with the Age complaint, nor has it been provided with a request for waiver of service and summons. Fluor Enterprises, Inc. reserves all rights and objections that it may have with respect to both the written discovery you served and the Age complaint itself, including without limitation all defenses that could be asserted pursuant to FRCP 12. I am also providing this documents without prejudice to and expressly reserving Fluor's right to move for a continuance of the Alana Alexander trial on, among other grounds, the grounds that the late date at which it has been joined and the prompt trial setting are prejudicial to Fluor.

The attached documents represent "all documents specific to Alana [Alexander] and her trailer" that Fluor has been able to locate. These documents may also be responsive to one or more of the formal written document requests you have now sent to me.

One further minor point: I am not sure why you referred to the requests you sent yesterday as plaintiffs' "second set" of requests for production. I want to be clear that this is the only discovery requests of which I am aware directed to Fluor, at least in the Age case. The Aldridge plaintiffs, however, have also served discovery on Fluor. I have referred to this production as Fluor's "second" production of documents, as Fluor produced documents last year in response to a SDT served on it when it was not a party to any MDL case.

Bob, as you have had some difficulty receiving emails from me, please acknowledge receipt of this email.

Charlie Penot

Hilliard Email 4-21-09.pdf    AlexanderA FEI DocProd.pdf

Charles R. Penot, Jr.*
KPMG Centre, Suite 2400
717 N. Harwood
Dallas, Texas 75201
(direct) 214.220.6334

(fax) 214.220.6807

*Admitted in Texas and Louisiana

***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***

CONFIDENTIALITY NOTICE:  This electronic message (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client and/or attorney work product and/or other legal privileges.  This information is intended only for the use of any intended addressee.  If you are not the intended addressee, your receipt of this message and/or any accompanying documents was inadvertent and accidental.  You are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify the sender by reply e-mail and delete this message.  Thank you.

***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***



robert hilliard
<bobh@hmglawfirm .com>
04/21/2009 08:46 AM

To   <cpenot@midrid.com>, Mikal Watts
     <mcwatts@wgclawfirm.com>
cc
bcc
Subject   <no subject>

History:          ⚙ This message has been replied to and forwarded.

Charlie,

Couple of quick things:

1. All the documents specific to Alana and her trailer—I appreciate your sending them and will put one "plus" in your 'favors owed' column.  May I have those overnighted today?
2. Please give me dates you are available in mid-may and June and lets block out time so we can begin to stick in Fluor witnesses I would like to depose.  I am preparing a list and hope we can knock them out quickly.

Call with any questions.

bob

*Robert C. Hilliard*

*Board certified personal injury and civil  trial law*

## Hilliard Muñoz Guerra l.l.p.

*719 S. Shoreline, Ste. 500*
*Corpus Christi, Tx.  78401*
*361.882.1612*
*361.882.3015(fax)*
*bobh@hmglawfirm.com*

*www.hmglawfirm.com*



SC-03-077802
93-9360133A

Orleans

D3A

FL-FCA-004609

/ UDT

# Final Residential/Private RFO Package Requirements:

- FEMA Form 90-24 Ready for Occupancy Status

- FEMA Form 90 – Emergency Shelter- Agreement to Rules of Occupancy

- FEMA Form 90-13 Temporary Housing Unit Inspection Report

- FEMA Form 90-31 Ingress–Egress Agreement

- FEMA Form 90-26 Unit Installation Work Order

- FEMA Form 90-67 Temporary Housing Information Update

- FEMA Form 90-38 Temporary Housing Unit Maintenance Work Order

- STATS Record (Progress and Trailer Mobilization)

- Right of Entry Form

- LP Gas Testing Certificate

- Retrofit Documents

FL-FCA-004610

JAN-30-2006 10:18 FROM:HUNTINGTON ATHH      9046457244         TO:15045930032              P.001/001

03-017 802

| FEDERAL EMERGENCY MANAGEMENT AGENCY LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT | 1. T.H. APPLICATION NO. 93431|00|RH | See Reverse side for instructions and Paperwork Burden Notice | O.M.B. No. 3067-0123 Expires September 30, 2006 |

**2. LANDOWNER'S INFORMATION**

**3. APPLICANT SITE INFORMATION**

NAME

ADDRESS (House No. and Street name)

CITY AND STATE (Include Zip Code)

PHONE NO. (Include area Code)

NAME
Alana M. Alexander

SITE ADDRESS (House No. and Street name)
4415 Dale St

CITY AND STATE (Include Zip Code)
N.O. La. 70126

NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY

4. In consideration of the President's Disaster Proclamation of __8-29-05__  __1608__ and the furnishing of a temporary
(date of declaration)   (DR#)
housing unit by the United States of America to the above applicant, a disaster victim, and other goods and valuable consideration not herein
expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owners of
record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on
his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtedness of his/hers will become a lien on the said housing unit and that he/she will not attempt to restrain
the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and
across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and
barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, finishing, or removing of the
temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and access the property to and from the temporary
housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility
connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs,
fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with
procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant;   ☐ landowner;   ☒ other (specify)
Provide details if responsibility is divided:                                                                    FEMA

7. Landowner intends to charge and applicant agrees to pay __N/A__ /month rental for use of the property. (Mark "None" if no rental is to
be charged).

**8. SIGNATURES**

| | DATES |
| OWNER/AGENT | X 3/1/06 |
| APPLICANT Alana M.Alexander | |
| WITNESS | X 1/30/06 |

FA Form 90-31, OCT 02      REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41, May 01)

P. 2

Jan 30 2006 9:21      HP LASERJET FAX      p.2

**FL-FCA-004611**

1-28-06

| U. S. DEPARTMENT OF HOMELAND SECURITY<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>**UNIT INSTALLATION WORK ORDER** | 1. SITE CONTROL NO.<br>SC-03-077802 | 2. WORK ORDER NO. |
|---|---|---|

**3. APPLICANT SITE INFORMATION**

NAME (Last, First, Middle Initial)
Alexander, Alana M

RGSN ID:
939360133A

**4. CONTRACT WORK ORDER INFORMATION**
CONTRACTOR MLU

SITE ADDRESS (House No. and Street Name. or Pad No.
4415 Dale St

DATE WORK ISSUED   ISSUED BY
FEB 1 4 2006

INSPECTOR Kenneth Trosclac
DATE SCH. COMPL.

CITY AND STATE
New Orleans          LA          70126

COUNTY
Orleans

5. SITE TYPE ☐ Comm. ☐ Group
☑ Private ☐ EGS

6. UNIT TYPE
☐ MH ☑ TT ☐ Other

7. UNIT NO.

8. INSTALLATION

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☑ | Basic Setup | Each | 1 | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipa; Water | Actual | | | |
| ☑ | Power Pole and Meter Loop   100 AMP | Each | 1 | | |
| ☐ | Additional Towing Outside          Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of          AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | 30 AMP Breaker with Panel | Each | | | |

**WORK ORDER TOTAL:**

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

I 10 To Hwy 90 Efe f Mentur Hwy EAsT To Dale Lft Or North.

NoTe: No room for 2ed t/t 50x14'

Note: W - on
S - hocjtel
ONE - off

**One Call Notification**
Date          Time
2/01/06      7:30

One Call Reference No
6006 7673

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

SIGNATURE OF INSPECTOR          DATE          SIGNATURE OF CONTRACTOR          DATE

FEMA Form 90-26, JUL 05

FL-FCA-004612

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

| FEMA DR # 1603 LA | Location # 445 PHIG St. | LOT: |
|---|---|---|
| RGS N #: 939360/33A | N.O., LA 70126 | S.C.# 03-077802 OR |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

   (1)   Must keep the unit and the surrounding area clean.

   (2)   Must not commit or allow crimes to occur in the unit or in the vicinity.

   (3)   Must not allow anyone, other than the individuals listed below, to live in the unit.

   (4)   Must accept other housing options, when they become available.

   (5)   Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

   (6)   Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| Alana M. Alexander | Alana M. Alexander | 3/30/06 |

*(To be Completed by Person Assigning the Shelter Unit)*

**Family Composition - Occupant Information**

| Name | Age | Sex |
|---|---|---|
| Alana M Alexander | 39 | F |
| Erika N. Alexander | 11 | F |
| Christopher J. Cooper | 9 | m |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Site Control # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| 03-077802 | 1041407 | INL16TR25510278 |
| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
| Gloria Morton | Gloria Morton | 3/30/06 |

FL-FCA-004613

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSPECTION REPORT**

BARCODE NO. 1041407
ARRIVAL TIME

1. MH SERIAL NO. / TT VIN NO. 1NL1GTR25S1021783
DATE 1/14/06

ORIGIN

| 2. TYPE OF INSPECTION | | | 3. TYPE OF UNIT | 4. APPLIANCES | | | 5. UNIT INFORMATION |
|---|---|---|---|---|---|---|---|
| | Dispatch | Receipt | Check as many as apply | Type | Manufacturer | Model | a. Manufacturer |
| Vendor | ☐ | ☐ | ☐ Mobile Home | Furnace | | | Gulf Stream |
| Staging | ☑ | ☐ | ☑ Travel Trailer | Water Heater | 045008327 | | b. Vendor |
| Site | ☐ | ☐ | ☐ Park Model | Washer/Dryer | N/A | | c. Model |
| RFO | ☐ | ☐ | ☑ FEMA Owned | Range | 10629702EV | | d. Year 2005 |
| Move In | ☐ | ☐ | ☐ FEMA Leased | Refrigerator | 2G750392 | | e. Size 32 |
| Move Out | ☐ | ☐ | ☐ Slide Out | Microwave | 4707A12566 | | f. Sleeping Capacity 4 |
| | | | ☐ ADA Compliant | TV/DVD | N/A | | |
| | | | ☐ ADA Compatible | Stereo | N/A | | |

6. INSPECTING  ☐ Staging Area ☐ Site

7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR   N = New   G = Good   P = Poor   D = Damaged   M = Missing

| FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | Condition | | **First Bedroom** | Condition | | **Bathroom** | Condition | |
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs (6 or 3 BR) | | N | Mirror | | | Tub/Shower | | N |
| Range | | N | Cabinet Storage | | N | Toilet | | N |
| Range Hood & Vent Fan | | N | Curtains & Rods | | N | Medicine Cabinet | | N |
| Refrigerator | | N | Light Fixture | | N | Mirror | | N |
| Curtains & Rods | | N | **Second Bedroom** | | | Curtains & Rods | | N |
| Cabinets | | N | Double Bed, Complete | | N | Light Fixture | | N |
| Sink | | N | Mirror | | N | **Exterior Condition** | | |
| Light Fixture | | N | Cabinet Storage | | N | Water Heater | | N |
| Fire Extinguisher | | yes | Curtains & Rods | | N | Doors | | N |
| **Living Room** | | | Light Fixture | | N | 2 Keys per Door | 2 keys | |
| Couch | | | **Third Bedroom** | | | Windows | | N |
| Arm Chair | | N | Double Bed, Complete | | N | Screens | | N |
| End Table | | N | Mirror | | N | Front/Rear Panels | | N |
| Coffee Table | | N | Cabinet Storage | | N | Left/Right Side Panels | | N |
| Curtains & Rods | | N | Curtains & Rods | | N | Battery (For Slide Out Unit Only) | | yes |
| Light Fixture | | N | Light Fixtures | | N | Propane Tanks | | N |
| Surround Sound Speaker | | N | | | | Awning | | yes |
| **Hall** | | | **Interior Condition** | | | Roof & Vents | | closed |
| Furnace | | N | Floor Covering | | N | Towing Hitch | | N |
| Smoke Detectors | | yes | Wall Panels | | N | Axles & Springs | | N |
| Light Fixture | | N | Ceiling Panels | | N | Wheels & Tires | | N |

8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW:

RIGHT SIDE   LEFT SIDE   FRONT   REAR

9. COMMENTS (if more space is needed, see attached sheet)
Need Starter Kit
Vall in Bedroom

10. DRIVER DAMAGE  ☐ Yes  ☐ No

INSPECTOR INITIAL AB   DRIVER INITIAL

| 11. READY FOR OCCUPANCY CERTIFICATION | Contract W.O. No. | Inspector Signature A. Baker | | DATE |
|---|---|---|---|---|
| 12. OCCUPANT NAME | | ADDRESS P25 | | THA No |

13. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:

| NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep.) |
|---|---|---|
| Receipt To/From (Print) Six Flags | A. Baker 1/14/06 | |
| Dispatch To/From (Print) Karen Lemieux | P25 | |
| Receipt To/From Site (Print) Karen Lemieux 2/17/06 | | |
| OCCUPANT SIGNATURE (Move In or Move Out) | | |
| | DATE | FEMA REP. SIGNATURE | DATE |

DR1539 FORM 90-13 (TEST) JANUARY 05

FL-FCA-004614

## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### INTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **ACCESSORIES ASSEMBLED AND ARRANGED FOR USE. GENERAL INSPECTION** | | | |
| FIRE EXTINGUISHER HUNG AND CHARGED | ✓ | | |
| WINDOW CLIPS, TRAVEL BLOCKING, PROTECTIVE TAPE AND PACKING DEBRIS REMOVED | ✓ | yes | |
| MOUNTING AND CLEANLINESS OF STORM WINDOW PANELS | ✓ | Removed | |
| SCREENS INSTALLED ON WINDOWS THAT OPEN | ✓ | yes | |
| CURTAINS/MINI-BLINDS INSTALLED AND FUNCTION | ✓ | yes | |
| CABINET DOOR PANELS AND KNOCKOUT PANELS INSTALLED | ✓ | yes | |
| DRAWERS INSTALLED AND FUNCTION | ✓ | yes | |
| CABINETS, DOORS, AND DRAWER HANDLES INSTALLED AND FUNCTION | ✓ | yes | |
| FLOORS, COUNTERS, KITCHEN EQUIPMENT, BATH FIXTURES, AND WINDOWS ARE CLEAN | ✓ | yes | |
| ALL DOORS FUNCTION PROPERLY | ✓ | yes | |
| MOULDING AND/OR PANELS INSTALLED PROPERLY | ✓ | yes | |
| **INTERIOR UTILITY SYSTEMS** | | | |
| INTERIOR WATER SYSTEMS CHECKED FOR LEAKS AT SUPPLY LINES, DRAIN LINES, AND PLUMBING CONNECTION POINTS | ✓ | no Leaks | |
| FAUCET SETS, BALL COCKS, AND SHOWER DIVERTERS OPERATE | ✓ | yes | |
| HOT/COLD LINES CONNECTED CORRECTLY | ✓ | correct | |
| TOILET SEAL INTACT | ✓ | yes | |
| INTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | yes | |
| EXTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | yes | |
| ALL ELECTRICAL CIRCUITS, BREAKERS AND SWITCHES FUNCTION PROPERLY | ✓ | OK | |
| NO EVIDENCE OF LOOSE OR CORRODED ELECTRICAL CONNECTIONS | ✓ | OK | |
| **APPLIANCES AND APPERTENANCES** | | | |
| CHECK THE REFRIGERATOR, RANGE/OVEN, MICROWAVE OVEN, FURNACE, AIR CONDITIONER, AND WATER HEATER OPERATE PROPERLY | ✓ | All OK | |
| PILOTS AND RANGE BURNERS ADJUSTED PROPERLY | ✓ | OK | |
| SMOKE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| CARBON MONOXIDE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| LP DETECTORS INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| KITCHEN AND BATHROOM FANS OPERATE PROPERLY | ✓ | OK | |

REMARKS:

---

CLIENT NAME/ADDRESS/PHONE #: AlAnA Alexandra 4415 Dale St. New Orleans, La 70121

UDT/WORK ORDER NUMBER: 1603-001-061241-INP,   SITE CONTROL NUMBER: SC-03-077802

TRAILER VIN: 1nL1g1R255n2n83   BAR CODE NUMBER: 1041407

CONTRACTOR QC: Daryl Lemieux
PRINT NAME
SIGNATURE: Daryl Lemi   DATE: 2-17-06

QA INSPECTOR: Raul Medina
PRINT NAME
SIGNATURE: Raul R   DATE: 2-17-06

FL-FCA-004615

## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### EXTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **BLOCKING AND LEVELING** | | | |
| AREA CLEAN FOR BLOCK PLACEMENT | | yes | |
| FOOTINGS/PIER PADS | | yes | |
| SIX CONCRETE PIERS MINIMUM | | yes | |
| PIERS EVENLY SPACED, END PIERS APP. 6" OFF THE EDGE OF THE UNIT | | yes | |
| 4" CAP BLOCK LAYER, TOP AND BOTTOM | | yes | |
| SHIMS, MINIMUM 2 | | yes | |
| BLOCKING TIMBER AND SHIMS PERPENDICULAR TO I-BEAM | | yes | |
| ALL PIERS CORRECT | | correct | |
| **ANCHORS AND STRAPPING** | | | |
| ANCHOR INSTALLED CORRECTLY | | yes | |
| REQUIRED STRAPS | | yes | |
| SPACING OF ANCHORS | | yes | |
| STRAP SECUREMENT | | yes | |
| **SEWER LINE INSTALLATION** | | | |
| CLEAN-OUT FITTINGS INSTALLED | | yes | |
| VERIFY CORRECT P-TRAP AND VENT INSTALLATION | | yes | |
| HEAT TRACE AND INSULATION ON P-TRAP | | yes | |
| INSIDE PIPE DIAMETER MINIMUM OF 3" | | yes | |
| PIPE GRADE (SLOPE) 1% MAXIMUM (1/8" PER FOOT) | | yes | |
| HANGING STRAPS SPACED AT 4' MAXIMUM | | yes | |
| SEALED CONNECTION TO SEWER PIPE | | yes | |
| PVC SCHEDULE 40 PIPE | | yes | |
| SEWER TAP CORRECT WHEN CONNECTING TO MUNICIPAL  SYSTEMS | | correct | |
| SEWER LINE TESTED FOR LEAKS | | no leaks | |
| **WATER LINE** | | | |
| APPROVED WATER HOSE RATED FOR POTABLE WATER | | yes | |
| CUT-OFF VALVE AT POINT OF CONNECTION AND ANTI-SIPHON INSTALLED | | yes | |
| HEAT TRACE AND INSULATION ON WATER HOSE | | yes | Insulate |
| PVC WATER SUPPLY LINE BURIED | | N/A | |
| WATER PRESSURE ACCEPTABLE | | yes | |
| WATER PRESS. REDUCING DEVICE USED IF SUPPLY PRESS IS TOO HIGH | | yes | |
| SERVICE LINE TESTED | | yes | test |
| **DIRECT WIRING** | | | |
| VERIFY #2  OR 2/0 THW WIRING | | copper | #2 |
| UNDERGROUND RATING 100 OR 200 AMPS | | copper | 100 |
| MAIN BREAKER SIZE | | copper | 30 |
| APPROPRIATE AMP 30 OR 50 | | copper | 30 |
| WEATHERPROOF RECEPTACLE AND BREAKER BOX | | yes | |
| CONDUIT BURIED AT LEAST 18" | | N/A | |
| SWEEPS INSTALLED AT JUNCTION BOX AND METER LOOP | | N/A | |
| JUNCTION BOX MOUNTED ON 4"x4" TREATED LUMBER POST | | yes | |
| BOTTOM OF JUNCTION BOX MINIMUM 18" FROM GROUND | | yes | 48" |
| **MISCELLANEOUS** | | | |
| BOTH PROPANE TANKS FULL | | yes | Full |
| ARE ADDITIONAL STEPS, PLATFORM, OR RAMPS INSTALLED? | | yes | metal |
| IS THE BATTERY INSTALLED? | | yes | |

REMARKS: No  temp  pole  GM

CONTRACTOR QC: Don Lemieux
PRINT NAME

SIGNATURE _____ DATE 2-17-06

QA INSPECTOR: Raj Medina
PRINT NAME

SIGNATURE _____ DATE 2-17-06

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

| | | |
|---|---|---|
| Work Order #: **1603-001-061241-INP** | Contractor: Fluor | Issue Date: 2/8/2006 |
| Site Type: Private | Unit Type: TT - Regular | Issued By: RJOHNS30 | RFO Date: |

## Applicant Information / Household Composition

**Applicant Information**

Reg. ID: 93-9360133A
Name: ALEXANDER, ALANA M.
Current Phone: (504)577-0737
Alternate Phone: ()
DD Phone: (504)577-0737
DD Alt. Phone: ()

| P-Code | Number of Units Needed | | |
|---|---|---|---|
| P-4TTP | MH's 0 | TT's 1 | |

**Number Housed** 0

**BR Required**

**Household Composition**

| Name | Relationship | Age |
|---|---|---|
| ALEXANDER, ALANA M | Registrant | 39 |
| ALEXANDER, ERIKA M | Friend | 11 |

## Special Needs

APP REQ TT. TY 12/16/05

## Site Information

| | | | |
|---|---|---|---|
| Site Control #: SC-03-077802 | Address: 4415 DALE ST | County: Orleans | |
| Site Name: | City, St. Zip: NEW ORLEANS, LA 70126 | Lot #1: | Lot #2: |

Directions to Site: EXPEDITED PPI

## Unit Information

| | | | |
|---|---|---|---|
| Unit #1: | Serial #1: | GPS Longitude: | |
| Unit #2: | Serial #2: | GPS Latitude: | |

## Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic TT set-up | Each | 1 | $0.00 | $0.00 |
| | | | Total Cost: | $0.00 |

RECEIVED BY:

FEB 1 4 2006

DDM DISTRICT 3

## Signature Section

| | Representative | Signature | Date | Driver Name |
|---|---|---|---|---|
| Inspector | | | | |
| Contractor | Fluor | | | **Driver License Number** |
| Monitor | | | | |

Wednesday, February 08, 2006 — DR-1603-LA — Page 1 of 1

## SITE DESCRIPTION

1-28-06



D/D

ONE
4415          OW

TPS

OS

S.-4 PP
W-45
(14E-15'

Dale St.

| | | |
|---|---|---|
| **SITE CONTROL #** | SC-03-077802 | **THA #:** 939360133A |
| **APPLICANT NAME** | Alexander, Alana M   front left | |
| **ADDRESS** | 4415 Dale St   Ransom St | One Call Notification |
| | New Orleans          LA          70126 | Date 2/6/06   Time 7:30 |
| **APPLICANT PHONE #'S** | (504) 577-0737 | |
| | O F 4904-645-7244          0 | One Call Reference No   6006 7673 |
| **INSPECTOR NAME** | Kenneth Traxler | |
| **INSPECTOR PHONE #** | ( 225 )- 226 - 5680 | **DATE** 1-28-06 |

**PLEASE COMPLETE AND PRINT ALL INFORMATION**

FL-FCA-004618



Fluor Government Group
Project Number: FEMA_IA_01
Hurricane's Katrina & Rita Relief Project

### Residential RFO Package Completion Form

| Site Control Number | SC 03-077802 — BC 1041407 | | |
|---|---|---|---|

| Form No. | Document Name | Instructions | Initial | Date |
|---|---|---|---|---|
| 1 | RFO Completion Form | Assemble the RFO Package by compiling the documents listed on this form. The documents MUST be assembled in the order listed here. The package is not considered complete unless all documents have been assembled. Once a Document has been assembled, The person completing this package initials and dates this form. | | |
| 2 | RFO Status Form | This document MUST have the following fields filled in correctly: 1]Applicants Name  2] Site Control Number  3]Trailer Barcode  4] Trailer VIN | AP | 4/24 |
| 3 | Emergency Shelter – Agreement to Rules of Occupancy | This document MUST have the following fields filled in correctly: FEMA DR #] Applicants FEMA Registration Number, LOT #] Site Control Number. Applicant MUST Print Name, Sign Name and Date the form. | AP | |
| 4 | Temporary Housing Unit Inspection Report | This document MUST have the following fields filled in correctly: Box 1] Site Control Number, Box 2] Trailer VIN, Box 3] Check As Required, Box 4] Check As Required, Box 12] Occupant Name & Address, Box 13]Applicant Signature & Date and FEMA Representative Signature & Date. | AP | |
| 5 | DEL-GEN Inspection Report Form Sections 1 thru 4 | Check all appropriate boxes. Section 4 MUST have the following fields filled in correctly: 1] Trailer Address, 2) Site Control Number, 3] Trailer VIN, 4] Trailer Bar Code, 5] Work Order Number, Contractor QC Inspector] Printed Name, Signature & Date, QA Inspector] Printed Name, Signature & Date | AP | |
| 6 | Trailer Lease Check In List | This document MUST have all fields checked off as completed. The Appendix is provided for contractor use and is NOT to be included in the package. The Appendix is to be reviewed and left with the resident. | AP | |
| 7 | Assessment Team Tracking Report | The strike teams use this document to perform an initial assessment of the area or lot, include this in this RFO package. | NA | |
| 8 | Unit Delivery Ticket | This document MUST have the following fields filled in correctly: 1] Work order Number, 2] Site Type, 3] Site Control Number, 4] Site Address, 5] Unit Type, 6] Trailer Bar Code, 7] Trailer VIN, 8] Special Instructions – Check for ADA & other key items. | NA | |
| 9 | Landowner's Authorization Ingress-Egress Agreement | This document MUST have the following fields filled in correctly: Box 2]Land Owners Name, Address and Phone Number, Box 3] Applicants Name and Address, Line 4] The Correct Date & DR Number Line 6] Check As Required, Box 8] Owners Signature & Date, Applicant Signature & Date and Witness Signature & Date. | AP | 4/24 |
| 10 | Unit Installation Work Order | This document MUST have the following fields filled in correctly: Box 1] Site Control Number, Box 2] Work Order Number, Box 3]Applicant Name & Address, Box 4] Contractor Data, Box 5] Site Type -Check As Required, Box 6] Unit Type -Check As Required, Box 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. | AP | |
| 11 | Fluor Right Of Entry | This document MUST have the following fields filled in correctly: 1] Date, 2] Applicant Name 3] Date, 4] Property Location, Box 5] Site Activities - Check As Required, 6] Unit Type -Check As Required, Box 7] Trailer Signature & Date and Contractor Signature & Date. | AP | |
| 12 | Site Description Form | This document MUST have the following fields filled in correctly: 1] Date, 2] Applicant Name 3] Lease Date, 4] Property Location, Box 5] Site Activities - Check As Required, 6] Lessor Signature & Date. | NA | |
| 13 | Fluor Exhibit A Form | This document MUST have the following fields filled in correctly: 1] Site Control Number, 2] Applicant Address, 4] Applicant Phone Number Contractor Data, Box 5] Site Type -Check As Required, 6] Unit Type -Check As Required, Box 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. Attach Additional Copies as needed. Attach Additional Copies as needed to document additional comments about the site, the location, the applicant or other items. | AP | 4/24 |
| 14 | LA DHH/OFC of Public Health/Sewage Treatment Waiver | This document MUST have the following fields filled in correctly: 1] Site Address, 2] Applicant Name 3] Site Control Number, 4] Trailer Bar Code, 5] Trailer VIN This form is to accompany the package only when the applicant agrees to the waiver where there is a temporary sewage system in place. | NA | |
| 15 | Lease Agreement | Attach Original Executed Lease Documents Copies may be substituted as necessary | AP | 4/24 |

Document Name : RFO Completion Form.doc

SCANNED



509.13.3R (20)  F I M A   LPGas Testing Reports
Site Control (SC) #'s—SC-03-073533-03-077933
FEMA 1A/HSFEHQ-05-0471/
Orleans HSFEHQ-J-0020/J05-J-J0028)
16110(620)

FL-FCA-004620

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## LIQUEFIED PETROLEUM GAS COMMISSION

### INSTALLATION REPORT

| | | | | |
|---|---|---|---|---|
| SOLD TO **Alexander, Alana M** | | | **Orleans** | |
| ADDRESS **4415 Dale St** | Street/ P.O. Box/ Rural Rte. | City/State **New Orleans** | **#Nam 70126** | Zip |
| DATE OF TEST AND COMPLETION **8/15/2006** | PERSON IN CHARGE OR MAKING INSTALLATION **Mike Bussey** | | | |

| | TYPE |
|---|---|
| MANUFACTURER OF TANK  **1NLIGTR2551021783** | **TT** |
| ADDRESS  **N/A** | SIZE  **N/A** |

| SERIAL NO. BC- **1041407** | ASME **N/A** | DATA SHEET ATTACHED **N/A** |
|---|---|---|

IF DEALER INSTALLING ABOVE TANK DOES NOT SELL LPG, GIVE NAME OF REPRESENTATIVE PRESENT DURING FIRST FILLING
**Region 1**

NAME OF DEALER SUPPLYING GAS AND TRUCK DRIVER
**FLUOR**

| NO. OF OUTLETS | NO. NOT FURNISHED WITH APPLIANCES | IF PLACE OF PUBLIC ASSEMBLY, GIVE CATALOG NO. **N/A** |
|---|---|---|

REMARKS

### TEST ON SUPPLY LINES MUST BE WITNESSED BY THE CUSTOMER OR HIS REPRESENTATIVE.

TEST ON SUPPLY LINES WITNESSED BY (Customer Signature)

### CERTIFICATE OF COMPANY SELLING INSTALLATION

To Liquefied Petroleum Gas Commission

The undersigned certifies that the above statements are true, and that the gas supply system covered by this report was installed by them in accordance with the law and in a workmanlike manner and that same was tested at _____ pounds pressure or _____ inches of water column, and was found to be free of leaks. It is also certified that each appliance listed above is of a type approved for the use of liquefied petroleum gases and has been installed correctly for the use of such gases.

**Region 1**

DATE_____  SIGNED_____

FIRM

TITLE

**S/C** **SC-03-077802**

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## LIQUEFIED PETROLEUM GAS COMMISSION

## INSTALLATION REPORT

SOLD TO

ADDRESS **4415 Dale St** | Street/P.O. Box/ Rural Rte. | Orleans City/State **New Orleans** | Zip **70126**

DATE OF TEST AND COMPLETION **8-15-2006** | PERSON IN CHARGE OR MAKING INSTALLATION *Mike Bussey*

MANUFACTURER OF TANK **1NL1GTR2551021783** | TYPE

ADDRESS **N / A** | SIZE **N / A**

SERIAL NO. BC- **1041407** | ASME **N / A** | DATA SHEET ATTACHED **N / A**

IF DEALER INSTALLING ABOVE TANK DOES NOT SELL LPG, GIVE NAME OF REPRESENTATIVE PRESENT DURING FIRST FILLING.
**Region 1**

NAME OF DEALER SUPPLYING GAS AND TRUCK DRIVER **FLUOR**

NO. OF OUTLETS **3** | NO. NOT FURNISHED WITH APPLIANCES **Ø** | IF PLACE OF PUBLIC ASSEMBLY, GIVE CATALOG NO. **N / A**

REMARKS

**TEST ON SUPPLY LINES MUST BE WITNESSED BY THE CUSTOMER OR HIS REPRESENTATIVE.**

TEST ON SUPPLY LINES WITNESSED BY (Customer Signature)

**CERTIFICATE OF COMPANY SELLING INSTALLATION**

To Liquefied Petroleum Gas Commission
The undersigned certifies that the above statements are true, and that the gas supply system covered by this report was installed by them in accordance with

the law and in a workmanlike manner and that same was tested at _N/A_ pounds pressure or _11.0_ inches of water column, and was found to be free of leaks. It is also certified that each appliance listed above is of a type approved for the use of liquefied petroleum gases and has been installed correctly for the use of such gases.

DATE **8-15-2006** | SIGNED **Region 1** FIRM *Fluor*
TITLE *QA GASTEST*

S/C *03- 077802*

| VIN | Bar Code | Manufacturer | Fluor - Stage Inspector | Fluor - Date Inspected | Fluor - Date Left Staging | Fluor - Haul Cor |
|---|---|---|---|---|---|---|
| 1NL1GTR2551021783 | 1041407 | | DINA STEVENSON | 1/12/2006 | 2/17/2006 | MLU Service |

FL-FCA-004623

| Hauler | Date Received | QA Date | RFO Date | Work Order # | Site Control # | FSC Date Inspd | FEMA Staging | Date Left Staging | FSC # | Haul Contractor | FEMA File # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/17/2006 | 2/17/2006 | 2/17/2006 | 1809-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-IHP | | | | 2/17/2006 | | | |

FL-FCA-004624



| Fluor - Date Received At Fluor Staging | Work Order Received | Unit Occupied | Fluor - Staging Area |
|---|---|---|---|
| 1/12/2006 | 2/17/2006 | 3/20/2006 | Six Flags, LA |

FL-FCA-004625

| Lease Date | Leased In By | Head of Household | Family Member 1 | Family Member 2 |
|---|---|---|---|---|
| 3/20/2006 | Gloria Morton | Alana Alexander | Erika Alexander | Christopher Cooper |

FL-FCA-004626

| Flag - Site Cont | Flag - RGSN ID | Inspector Name | Inspector Contractor |
|---|---|---|---|
| SC-03-07802 | 939360133A | RAUL MEDINA | FLUOR |

FL-FCA-004627

| LONGDESCRIPTION | WONUM |
|---|---|
| NEW~ALANA ALEXANDRA~4415 DALE STREET~n~NEW ORLEANS LA~70136~PH 504-577-0737~n~B/C 104140~n~TENANT STATES THE AIR DOES NOT COME ON~n~APPROVED BY MARVA, RECD @ 4:58PM. DISPATCHED TO MARY @ 5:29PM. DR~n~r5/31/06. DISPATCHED TO DAVID T AT 5:55 PM~MD~n~DAVID IN PROGRESS @ 10:06PM. JP~n~n~DAVID COMPLETE 10:15PM. JP~n~6/1/06 COMPLETED BY DAVID AND MICHAEL 20AMP BREAKER TRIPPED THERMISTOR HOOD'E TO COILS/SM" | 273212 |



FL-FCA-004628

| | |
|---|---|
| **STATS Record** | 47576 |
| **Site Control #** | SC-03-077802 |
| **RGSN ID** | 939360133A |
| **Site Type** | Private |
| **Name** | Alexander, Alana M |
| **Site Name** | |
| **Address** | 4415 Dale St |
| **City** | New Orleans |
| **Parish/ County** | Orleans |
| **State** | LA |
| **ZIP** | 70126 |
| **District** | 3a |
| **Unit Type** | TT |
| **Work Order #** | 1603-001-061241-INP |
| **Bar Code** | 1041407 |
| **VIN** | 1NL1GTR2551021783 |
| **RFO Date:** | 2/17/2006 |

FL-FCA-004629

*MLU-01-01831*

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

| Work Order #: 1603-001-061241-INP | Contractor: Fluor | Issue Date: 2/8/2006 |
|---|---|---|
| Site Type: Private | Unit Type: TT - Regular | Issued By: RJOHNS30 | RFO Date: |

## Applicant Information / Household Composition

**Applicant Information**

Reg. ID: 93-9360133A
Name: ALEXANDER, ALANA M.
Current Phone: (504)577-0737
Alternate Phone: ()
DD Phone: (504)577-0737
DD Alt. Phone: ()

| P-Code | Number of Units Needed | | |
|---|---|---|---|
| P-4TTP | MH's 0 | TT's 1 | |

**Number Housed** 0

**BR Required**

**Household Composition**

| Name | Relationship | Age |
|---|---|---|
| ALEXANDER, ALANA M | Registrant | 39 |
| ALEXANDER, ERIKA M | Friend | 11 |

02-15-06 P12:53 OUT

## Special Needs

APP REQ TT. TY 12/16/05

## Site Information

| Site Control#: SC-03-077802 | Address: 4415 DALE ST | County: Orleans |
|---|---|---|
| Site Name: | City, St. Zip: NEW ORLEANS, LA 70126 | Lot #1: | Lot #2: |

Directions to Site: EXPEDITED PPI

V# INLIgth 25 3 R217 s3
Unit 21753
BC 1041487

## Unit Information

| Unit #1: | Serial #1: | GPS Longitude: |
|---|---|---|
| Unit #2: | Serial #2: | GPS Latitude: |

## Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic TT set-up | Each | 1 | $0.00 | $0.00 |
| | | | Total Cost: | $0.00 |

Daren Lemieux
S24-7RC FL
L520-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-OFL
MLU 850-251-2421

**RECEIVED BY:**

FEB 14 2006

DDM DISTRICT 3

## Signature Section

| | Representative | Signature | Date | Driver Name |
|---|---|---|---|---|
| Inspector: | | R. Chavi 9:45 | 2-17-06 | |
| Contractor: | Fluor | | | Driver License Number |
| Monitor: | | | | |

FL-FCA-004630

U.S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
**READY FOR OCCUPANCY STATUS**

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH  ☐ TT  ☐ OTHER | RGSN ID NUMBER 93-9360133A | CONTRACT WO NUMBER 06/241 INP | SITE CONTROL NUMBER 03-077802 |
|---|---|---|---|
| APPLICANT NAME Alexander, Alona | T.H. No. BARCODE 1041407 | ADDRESS 4415 Dale St. New Orleans, La 70126 | |
| INSPECTOR (Please Print) Raul Medina | VEHICLE IDENTIFICATION NUMBER INL/ GTR 255102/783 | | |

**1. INSPECTION (To be completed by Direct UNIT (DHOPS)**

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☑ Blocked            ☑ Sewer Connected
☑ Steps/Ramp  metal  ☑ Electric Connected
☑ Water Connected    ☑ Gas Connected

COMMENTS - INSTALLATION OR SITE CONDITIONS:

DATA & DOCUMENT MGT

| INSPECTOR SIGNATURE | DATE 2·17·06 |
|---|---|

**II. TEMPORARY WAIVER OF UTILITY INSTALLATION**

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/Federal Emergency Management Agency without:

☐ Water Connection   ☐ Electricity Connection   ☐ Sewer Connection   ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO:      DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer   ☐ Electricity   ☐ Permits (ele)   ☐ Water   ☐ Gas   ☐ Permits (meh)   ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

FEMA Form 90-24, JUL 05

FL-FCA-004631

| Federal Emergency Management Agency | 1. REGISTRATION NO. | SITE CONTROL NO. | See Reverse side for instructions and Paperwork Burden Notice | O.M.B. No 3067-0222 |
|---|---|---|---|---|
| **LANDOWNER'S AUTORIZATION INGRESS-EGRESS AGREEMENT** | 939360133A | SC-03-077802 | | *Expires September 30, 2005* |

| 2. LANDOWNER'S INFORMATION | 3. APPLICANT SITE INFORMATION |
|---|---|
| NAME<br>*Lowis A. Alexander* | NAME<br>Alexander, Alana M |
| ADDRESS (House No. and Street name)<br>4415 Dale St | SITE ADDRESS (House No. and Street name)<br>4415 Dale St |
| CITY AND STATE (Include Zip Code)<br>New Orleans            LA            70126 | CITY AND STATE (Include Zip Code)<br>New Orleans            LA            70126 |
| PHONE No. (Include Area Code) | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY |

4. In consideration of the President's Disaster Proclamation of 08/29/2005   DR#1603  and the furnishings of a temporary housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landower (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property and authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property.  No claims will be filed by Landowner for these actions.  (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.).  Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one)      the applicant      the owner    ✓ other (specify)
   Provide details if responsibility is divided:                                                                *Fema*

7. Landowner intends to charge and applicant agrees to pay              /month rental for use of the property. (Mark "None" if no rental is to be charged.)

| 8. SIGNATURES | DATES |
|---|---|
| a. OWNER/AGENT<br>*Louis A Alexander Jr* | *1/28/06* |
| b. APPLICANT | |
| c. WITNESS<br>*Kenneth Ingle* | *1/28/06* |

FEMA Form 90-31, OCT 02              REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41. May 91)

**FL-FCA-004632**

STATS Record        1055


Site Control #
RGSN ID


Site Type           Industrial


Name


Site Name           Union Carbide/Dow Chemical
Address             10362 Airline Hwy.
City                St. Rose
Parish/ County      St. Charles
State               LA
ZIP                 70057
District             Not a Fluor District


Unit Type           TT
Work Order #


Bar Code            1041407

VIN                 1NLIGTR2551021783

RFO Date:           10/14/2005

FL-FCA-004633

| U. S. DEPARTMENT OF HOMELAND SECURITY FEDERAL EMERGENCY MANAGEMENT AGENCY **UNIT INSTALLATION WORK ORDER** | | 1. SITE CONTROL NO. | 2. WORK ORDER NO. LA 091005- 044 |
|---|---|---|---|

| 3. APPLICANT/SITE INFORMATION | | 4. CONTRACT WORK ORDER INFORMATION | |
|---|---|---|---|
| NAME (Last, First, Middle Initial) DOW - RIVER PARISH MAINT. | THA NO. | CONTRACT[OR] FLUOR | INSPECTOR |
| SITE ADDRESS (House No. and Street Name, or Pad No.) 11017q RIVER Rd(HWY18)   4 | DATE WORK ISSUED 9-10-05 | ISSUED BY Julie Slone | DATE SCH. COMPL. |
| CITY AND STATE HAHNVILLE, LA | COUNTY ST. CHARLES | 5. SITE ☒ Comm.  ☐ Group TYPE ☐ Private  ☐ EGS | 6. UNIT TYPE ☐ MH ☒ TT ☐ Other | 7. UNIT NO. 1041407 |

### 8. INSTALLATION

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☒ | Basic Setup | Each | | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☐ | Power Pole and Meter Loop _____ AMP | Each | | | |
| ☐ | Additional Towing Outside _____ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of _____ AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | | | | | |
| ☐ | | | | | |
| | | | | WORK ORDER TOTAL: | |

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|
| | | | |

FEMA Form 90-26, JUL 05

9/10  17:15  CPC  TT

FL-FCA-004634

# TRANSFER OF CUSTODY

2 of 3

| Name: Dow Chemical | Contact Person: MICKEY OWENS |
|---|---|
| Location: | Phone #: |
| Address: | No. Units Needed: |
| City/State: ST. Rose LA | No. Units Delivered: |

| Unit Number | | Unit number | |
|---|---|---|---|
| 145429 | ✓ | 4YDT295266A223205 | |
| 681363 | ✓ | 1CD1D322454283971 | |
| 1NL1GTR7N1073395 | ✓ | 1PAT64Z266P005933 | |
| 681253 | ✓ | 1UJBJ02R1S1EL1274 | |
| 1039703 | ✓ | 1SABS02P331DU1627 | |
| 681368 | ✓ | 1UJBJ02P251JN0497 | |
| 681175 | ✓ | 1057463 | |
| 1041907 | ✓ | 0603104830701071560 74 | |
| 681940 | ✓ | 1160072 | |
| 1NL1GTR256203501 | ✓ | 1160074 | |
| 1155040 | | 1EC1B262355339343 | |
| 1155044 | | 1160079✓ | |
| 47CTD9N26SM419548 | | 4YDT2562X5N122742 | |
| 1155052 | | 1160008 | |
| 1UJBJ02N951EF3015 | | 1NL1GTM2851071679 | |
| 1155041 | | 1160077 | |
| 1155050 | | 0603104829701071568 43 | |
| 1155037 | | 1160087 | |
| 1155053 | | 1160131 | |
| 1155043 | | 47CTBAP235L114730 | |
| 1155047 | | 4K01A1F266F1560.84 | |
| 4X47SMC206R3941B5 | | 4Y | |

Signature _____   Date 10/14/05

FL-FCA-004635