# Exhibit B

# Fluor Enterprise, Inc.'s Motion to Quash (portion of witness list filed on July 1, 2009 [Rec. Doc. 2028])

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:

*Charlie Age, et al v. Gulf Stream Coach Inc., et al,* **Docket No. 09-2892**

*****************************************************************************

**CONTRACTOR DEFENDANT FLUOR ENTERPRISES, INC.'S
PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendant, Fluor Enterprises, Inc. ("Fluor"), pursuant to the Court's scheduling order entered in connection with the first bellwether trial in the referenced matter [Doc. 1305] submits the following preliminary witness and exhibit list. Plaintiffs only joined Fluor as a defendant in any of the constituent cases of this multi-district litigation in January of 2009, although the first of the constituent cases was filed in May 18, 2006. On April 6, 2009, Fluor was advised for the first time that it would be going to trial in the first bellwether case set for September 14, 2009. Fluor intends to file a motion to continue the first and second bellwether trials on the grounds that, among other things, it is fundamentally unfair to force Fluor to trial in such a short period of time in connection with matters that have been pending for more than two and one-half years. The discovery period is entirely inadequate for Fluor to prepare properly for the trial of this matter. Because discovery is

1

ongoing, including initial document review still required to respond to Plaintiffs' discovery, Fluor's witness and exhibit list is necessarily incomplete. Fluor reserves the right to supplement these lists as discovery continues.

### WITNESS LIST

Fluor may call at the trial of this matter, one or more of the following witnesses:

1. Eddie Abbott
2. Jimmy Adams
3. Linda Adams
4. Ron Albright
5. Alana Alexander
6. Ericka Alexander
7. Shirley Alexander
8. Bill Allen
9. Heath Allen
10. Travis Allen
11. Mark Ashby
12. Angela Baksh
13. Russ Balsamo
14. Dr. Janet Barnes
15. Grace Belcher
16. Mike Belles
17. Richard Belote

2

61. Dave Hedges

62. Van Hodge

63. Greg Hodges

64. Tom James

65. Jamie Jamieson

66. Bob Jones

67. Vince Keating

68. Terry Kingsmore

69. Mary Ellen Kraft

70. Leroy Lawrence

71. Dan Lemieux

72. Daryl Lemieux

73. Daren Lemieux

74. Representatives of Lippert, M-Tech, or Venture, whichever company manufactured the chassis on the Alexander trailer

75. Hugo Linares

76. Patrick Logue

77. Raleigh Long

78. Duncan Loughridge

79. Mario Machrone

80. Chad Mason

81. David Matthot

5

| No. | Description |
|---|---|
|  | and with respect to the overall IA-TAC contract. |
| 38. | All photographs taken by any party to these MDL proceedings, including without limitation the photographs taken of the Alexander trailer by any party or expert, and all photographs taken of the Alexander's present residence on Mirabeau Street in New Orleans, LA |
| 39. | All documents contained in the reliance files of any expert disclosed by any party to these proceedings. |
| 40. | Jim Rammell email to Tom Nadsady dated 03/21/2006 at 5:18 p.m., and the related email chain. |
| 41. | Series of emails from and to Marcus Tikotsky re blocking of travel trailers in October 2005. |
| 42. | All relevant, non-privileged documents contained in Fluor's project file and those still under review to respond to outstanding discovery from plaintiffs. |

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY: _____/s/ Charles R. Penot, Jr._____
Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

13

Dominic J. Gianna (La. Bar No. 6063)
201 St. Charles Avenue
New Orleans, LA 70170-3100
Tel: (504) 525-7200; Fax: (504) 581-5983
dgianna@midrid.com


Richard A. Sherburne (La. Bar No. 2106)
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801
Tel. (225) 381-7700; Fax: (225) 381-7730
rsherburne@midrid.com

### ATTORNEYS FOR FLUOR ENTERPRISES, INC.

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.


/s/ Charles R. Penot, Jr.
CHARLES R. PENOT, JR.

ND: 4830-5386-1379, v. 2

14