# Exhibit C

# Fluor Enterprise, Inc.'s Motion to Quash (portion of witness list filed on July 24, 2009 [Rec. Doc. 2314])

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:

*Charlie Age, et al v. Gulf Stream Coach Inc., et al,* **Docket No. 09-2892**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONTRACTOR DEFENDANT FLUOR ENTERPRISES, INC.'S
PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendant, Fluor Enterprises, Inc. ("Fluor"), pursuant to the Court's scheduling order entered in connection with the first bellwether trial in the referenced matter [Doc. 1305], and the Court's order of July 7, 2009 [Doc. 2089], as extended by order dated July 20, 2009 [Doc. 2232] calling for revised witness and exhibit lists, submits the following preliminary witness and exhibit list. Plaintiffs only joined Fluor as a defendant in any of the constituent cases of this multi-district litigation in January of 2009, although the first of the constituent cases was filed in May 18, 2006. On or about April 6, 2009, Fluor was advised for the first time that it would be going to trial in the first bellwether case set for September 14, 2009. Fluor intends to file a motion to continue the first and second bellwether trials on the grounds that, among other things, it is fundamentally unfair to force Fluor to trial in such a short period of time in connection with matters that have been pending for more than

1

two and one-half years. The discovery period is entirely inadequate for Fluor to prepare properly for the trial of this matter. Because discovery is ongoing, including initial document review still required to respond to Plaintiffs' discovery and to locate documents and witnesses necessary to mount a proper defense, Fluor's witness and exhibit list is necessarily incomplete. Fluor reserves the right to supplement these lists as discovery continues.

## WITNESS LIST

Fluor may call at the trial of this matter, one or more of the following witnesses:

1. Ron Albright
2. Shirley Alexander
3. Mark Ashby
4. Angela Baksh
5. Russ Balsamo
6. Grace Belcher
7. Mike Belles
8. Richard Belote
9. Robert Bukowski
10. Terry Butcher
11. Joe Cleland
12. Alicia Copenhaver
13. Nancy Costello
14. Mike Criss
15. Representatives and Employees of DC Recovery (DCR) or any other maintenance and

2

37. Jamie Jamieson

38. Vince Keating

39. Terry Kingsmore

40. Leroy Lawrence

41. Dan Lemieux

42. Daryl Lemieux

43. Daren Lemieux

44. Representatives of Lippert, M-Tech, or Venture, whichever company manufactured the chassis on the Alexander trailer

45. Hugo Linares

46. Raleigh Long

47. Mario Machrone

48. Kevin McCarthy

49. Buck McElroy

50. Raul Medina

51. Representatives or employees of MLU who were involved in any way with the installation of the Alexander trailer

52. Gloria Morton

53. Jay Moylan

54. Tom Nadsady

55. Donovan Norris

56. Todd Novak

4

| No. | Description |
|---|---|
|  | project server files, as well as any document still under review to respond to outstanding discovery from plaintiffs and in order to prepare Fluor's defense; document recovery and review is not complete and still continuing. |
| 64. | All documents produced, exchanged or reviewed in these MDL proceedings, including without limitation in the *Age* case, in any other constituent case of the MDL, and in the MDL generally, including all discovery that took place during the class certification phase (hereafter "these MDL proceedings"). |
| 65. | All documents referenced, described or identified in any discovery responses of any party to these MDL proceedings. |
| 66. | All exhibits to every deposition taken in these MDL proceedings. |
| 67. | All documents identified by any witness in any deposition or hearing in these MDL proceedings. |
| 68. | All documents entered as exhibits in any hearing in these MDL proceedings, including without limitation, the hearing on the Plaintiffs' Motion for Class Certification. |
| 69. | All documents attached as an exhibit to any pleadings filed in these MDL proceedings. |
| 70. | Any pleading or paper filed in these MDL proceedings. |

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     */s/ Charles R. Penot, Jr.*
        Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        Tel: (214) 220-6334; Fax: (214) 220-6807
        cpenot@midrid.com

11

> Dominic J. Gianna (La. Bar No. 6063)
> 201 St. Charles Avenue
> New Orleans, LA 70170-3100
> Tel: (504) 525-7200; Fax: (504) 581-5983
> dgianna@midrid.com
>
> Richard A. Sherburne (La. Bar No. 2106)
> 450 Laurel Street, Suite 1101
> Baton Rouge, LA 70801
> Tel. (225) 381-7700; Fax: (225) 381-7730
> rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.



> /s/ Charles R. Penot, Jr.
> CHARLES R. PENOT, JR.

ND: 4830-5386-1379, v. 3

12