**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:  FEMA TRAILER  *  07-md-1873
        FORMALDEHYDE  *
        PRODUCTS LIABILITY  *
        LITIGATION  *  SECTION: N(5)
                      *
                      *  JUDGE: ENGELHARDT
                      *
                      *  MAG: CHASEZ

This document is related to:
    *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**<u>ORDER</u>**

Considering the foregoing motion,

IT IS ORDERED that Fluor Enterprises, Inc.'s Motion to Quash be set for hearing on

the _____ day of _____ 2009 at _____ o'clock a.m.



This _____ day of September, 2009, New Orleans, Louisiana.


_____
MAGISTRATE JUDGE ALMA CHASEZ

ND: 4826-4861-9780, v. 1