**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

**************************************************************************

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Fluor Enterprises, Inc.'s Motion to Quash be set for hearing on the ____ day of _____ 2009 at _____ o'clock a.m.

This ____ day of September, 2009, New Orleans, Louisiana.

_____
MAGISTRATE JUDGE ALMA CHASEZ

ND: 4826-4861-9780, v. 1