UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
*Alana Alexander, Individually and on behalf of Christopher Cooper*

****************************************************************************

## MOTION FOR EXPEDITED HEARING BY DEFENDANT, FLUOR ENTERPRISES, INC TO QUASH THE DEPOSITIONS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Fluor Enterprises, Inc, ("FEI") who respectfully suggests to the Court that it is both necessary and appropriate given the impending trial date to expedite consideration by this Court of the Motion to Quash the Depositions of Daryl Lemieux and Daren Lemieux noticed for September 2, 2009, Trial in this matter is set for September 14, 2009. This Court's next available hearing on civil motions in September 16, 2009, which is two days after trial is set in this matter. Defendant herein respectfully requests that the Motion to Quash filed on behalf of FEI be set expeditiously

for hearing by this Court on September 1, 2009 or as soon as counsel can be heard because these depositions are noticed for September 2, 2009 and trial is set on September 14, 2009.

    WHEREFORE, Fluor Enterprises, Inc. prays that its Expedited Hearing on the Motion to Quash Depositions be granted.

                      Respectfully submitted,

                        MIDDLEBERG, RIDDLE & GIANNA

*s/Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile: (214) 220-6807

    -and-

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

    -and-

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants.

*s/ Charles R. Penot, Jr.*

ND: 4832-5751-3220, v. 1