Paul Hewett
July 10, 2009

Page 137

1  Q  Were passive dosimeters, to your knowledge,
2  employed with any plaintiff in this litigation?
3  A  Now, are the plaintiffs referring to Alexander
4  or Cooper?
5  Q  Or any other plaintiff in this formaldehyde
6  litigation to your knowledge?
7  A  As far as I know, that there were two methods
8  for collecting measurements of exposure to or
9  measurements of formaldehyde, one being a passive
10 dosimeter and one being an active sampling device where
11 air is drawn through some kind of solid sort of media.
12 So, to my knowledge, passive dosimeters have been used
13 and --
14 Q  Perhaps I wasn't clear. I was asking to your
15 knowledge were any passive dosimeters deployed on the
16 persons --
17 A  Oh, on the persons.
18 Q  -- of any individual plaintiff --
19 A  I'm not --
20 Q  -- in this litigation?
21 A  I have no information on that.
22 Q  Did anybody ever tell you why not?
23 A  To have told me why not would imply that I
24 asked them why or why not --
25 Q  And you --

Stratos Legal Services
800-971-1127

Paul Hewett
July 10, 2009

Page 138

1  A  -- and I haven't asked.
2  Q  -- didn't ask them why not?
3  A  No. But, to be more specific, I guess, my
4  understanding is there were these sampling pro --
5  various sampling protocols. We've talked about the
6  sampling protocols for the plaintiffs' consultants and
7  the fact that I did not review or critique those. But
8  in this sampling protocol for the CDC test, they talk
9  about taking -- collecting one-hour samples at a
10 specific location or somewhere in the trailer at a
11 specific height, and I think -- what I know is that
12 the majority of the sampling, if not all of the
13 sampling, that's taken place has been something similar
14 in a specific location or locations at a specific height
15 for some period of time. In other words, as far as I
16 know, they're not personal samples.
17 Q  In your review of the CDC report that's
18 attached in your reliance file --
19 A  Uh-huh.
20 Q  -- do you recall the methodology or protocol
21 the CDC employed for testing in order to in any way
22 ensure that the testing would reflect the actual living
23 conditions of the occupant? Do you recall anything
24 about that?
25 A  Yeah, I do recall that they had and they were

Stratos Legal Services
800-971-1127

Paul Hewett
July 10, 2009

Page 139

1  trying to standardize in a sense the samples, but in
2  standardizing the samples they actually did not measure
3  exposures during actual conditions.
4  Q  Can you explain what you mean by that?
5  A  Well, as I recall, there was something in there
6  about they did not want any cooking for three or so
7  hours prior to the sampling so that would eliminate
8  cooking as a source of the formaldehyde, if it is,
9  indeed, a source or a significant source, and I think
10 they limited smoking as well. There were other
11 guidelines instructing the -- the residents of the
12 trailer to configure the doors, windows or whatever in
13 the same fashion as they would when they were sleeping.
14 What else was there.
15 Q  Now --
16 A  I think that's all I can remember.
17 Q  Okay. That last one that you mentioned, does
18 that -- is that an attempt to actually replicate living
19 conditions for purposes of the testing and the analysis?
20 A  Well, it's --
21 Q  And I'm talking about leaving the windows and
22 doors as they were when the occupants were sleeping.
23 A  Well, that would certainly try to replicate the
24 condition or the status of the windows and doors during
25 the portion of the day when the residents were sleeping.

Stratos Legal Services
800-971-1127

Paul Hewett
July 10, 2009

Page 140

1  I can't say -- I can't give any opinion how -- regarding
2  how that would represent the remainder of the day.
3  Q  But you would agree that it would represent the
4  period of time, assuming the occupant did that and the
5  tester ensured that occurred, it would represent the
6  living conditions during the period of time when the
7  occupants were sleeping, wouldn't it?
8  A  No.
9  Q  Okay. Why not?
10 A  Well, it would if they generally slept in the
11 middle of the day which is probably around the time I
12 imagine these measurements were collected.
13 Q  Do you know when they were collected?
14 A  I haven't bothered to look.
15 Q  Okay.
16 A  But I'm going to use the dreaded term, phrase,
17 common sense would suggest that the majority of the
18 measurements were not collected at 2:00 a.m. So if they
19 configured the windows and doors as they would normally
20 have them when sleeping but the measurement is collected
21 in the middle of the day, then it's anybody's guess how
22 close that is -- the conditions are clo -- how close the
23 conditions are to the time when they're sleeping.
24 Q  If they configured the windows and doors in the
25 manner in which they were typically configured while

Stratos Legal Services
800-971-1127

## Paul Hewett — July 10, 2009

### Page 161

1  A  Well, that's often done.
2  Q  -- would you take multiple measurements of that
3  same workspace?
4  A  Yes. But the thing you have to do, recognize,
5  too, is that the workplace can change over time. So
6  processes change, level of engineering controls change,
7  work practices change, substances change that they use
8  in the workplace, and retrospective exposure assessments
9  often -- often involve measuring current workplace.
10  It's trying to estimate exposures in workplaces, the
11  same workplace previously or workplaces that no longer
12  exist.
13  Q  In -- in fairness to you and to everyone --
14     MR. REICH: Yeah, we --
15  Q  (By Mr. Percy) -- I'm going to try and --
16     MR. REICH: Okay.
17     MR. PERCY: Do you want to take a break?
18     MR. REICH: How long have you been going?
19     MR. PERCY: About 45 minutes.
20     MR. REICH: You can go longer.
21     MR. PERCY: 35 minutes.
22     MR. REICH: Keep going.
23     THE WITNESS: Yeah, I'm fine.
24     MR. REICH: Keep going.
25     MR. PERCY: When I get to a breaking

Stratos Legal Services
800-971-1127

### Page 162

1  point, I'm happy to --
2     MR. REICH: Yeah, that's fine.
3     MR. PERCY: Okay.
4     MR. REICH: Yeah, that's fine. That's
5  fine.
6  Q  (By Mr. Percy) Let's move ahead to No. 3. I'm
7  going to skip anything about NIOSH for right now. But
8  No. 3 where you talk about your methods, I do have a
9  couple of questions about this.
10  A  Okay.
11  Q  The first thing is you say, "The data were
12  entered into an Excel spreadsheet." When it came to
13  you, it was already in an Excel spreadsheet, correct?
14  A  That's true, yes.
15  Q  You did not correct the Excel spreadsheet;
16  isn't that correct?
17  A  Well, yes and no. It came to me in an Excel
18  spreadsheet. I took the -- I copied that data out and
19  pasted in into another spreadsheet.
20  Q  And --
21  A  So in a sense it was entered, but, you know, to
22  be absolutely pristine precise, no, I did not enter the
23  data.
24  Q  Okay. And -- and to be clear, you removed it
25  from an Excel spreadsheet that contained data from

Stratos Legal Services
800-971-1127

### Page 163

1  manufactured units manufactured by entities other than
2  Gulf Stream, you extracted Gulf Stream data, and you
3  placed the Gulf Stream specific data into an Excel
4  spreadsheet that you then created. Would that be fair?
5  A  Yes, that's fair. I placed almost all of the
6  Gulf Stream data into another spreadsheet, right.
7  Uh-huh.
8  Q  And we've already talked about how you selected
9  and how you culled --
10  A  Uh-huh.
11  Q  -- any information you may have culled.
12  A  Uh-huh.
13  Q  The next sentence is what I really want to ask
14  you about too. "Summary statistics were produced by
15  using Systat and IHDataAnalyst --
16  A  Uh-huh.
17  Q  -- (V1.01)," and then you give some more --
18  A  Give a website.
19  Q  Website. And then it says that "developed by
20  EAS for the analysis of occupational environmental
21  exposure data." And what I wanted to ask you is: Did
22  EAS/Paul Hewett develop Systat?
23  A  No, no.
24  Q  Okay.
25  A  That's a commercial program. You do it the --

Stratos Legal Services
800-971-1127

### Page 164

1  I give you the website there, for goodness sake. You go
2  to that website, and they'll be happy to sell you as
3  many copies as you wish.
4  Q  And did -- did EAS develop IHDataAnalyst?
5  A  Yes, it did.
6  Q  Okay.
7  A  Yes, I did.
8  Q  That's -- that's what I'm trying to get to
9  here.
10  A  Yes.
11  Q  All right. Systat is publicly available
12  software?
13  A  IHDataAnalyst is publicly available software.
14  Q  Okay. Well, then --
15  A  I -- I sell copies of it. I have numerous
16  companies that have site licenses.
17  Q  Okay. But you, EAS/Paul Hewett, developed
18  IHDataAnalyst?
19  A  That is correct.
20  Q  All right. What exactly does IHDataAnalyst do?
21  A  It analyzes IH data.
22  Q  And when you say "analyzes," define analyzes IH
23  data?
24  A  Well, it doesn't do it itself. That implies
25  some kind of expert system. But it permits the user to

Stratos Legal Services
800-971-1127

Paul Hewett
July 10, 2009

Page 165

1  summarize the data graphically, to do various
2  goodness-of-fit tests, calculates statistics both normal
3  and lognormal and generate a report.
4  Q  Is it your software that allowed you to create
5  these figures or graphs at the end of your report?
6  A  No, it is not. Systat was used for that
7  program --
8  Q  That's --
9  A  -- for those graphs.
10 Q  That's what I'm -- that's what I'm trying to --
11 A  I know where you're going to. Later in the
12 report --
13 Q  If you do --
14 A  -- I tell you specifically --
15 Q  -- you're doing better than me. I'm not sure
16 where I'm going, but -- but please go ahead.
17 A  I used IHDataAnalyst for one purpose only, and
18 that was to generate various statistics out of Tables 3
19 and 4. And this is jumping ahead, but in the interest
20 of time, perhaps this will save us some time. Tables 3
21 and 4, there are two columns in each table where it says
22 percent above the .008 limit and percent above the .016.
23 Okay?
24       There are three columns at the end of each
25 table -- the mean with a star indicating that this mean

Stratos Legal Services
800-971-1127

Paul Hewett
July 10, 2009

Page 166

1  was estimated using the Minimum Variance Unbiased
2  Estimator, which is calculated assuming the lognormal
3  distribution assumption. Okay. Those first two --
4  those two columns with percent above, all those percents
5  were calculated using my program. You just sort the
6  Excel spreadsheet, you grab the data that you want, you
7  copy it, you paste it into my program, hit statistics
8  and it tells you the percent.
9       Now, the percent is something that's
10 trivially easy. You count up the number of measurements
11 above a limit, you divide by the total sample size,
12 multiply times a hundred, you get the percent. Anybody
13 can do that. You do not need my software to do it.
14 Q  But your --
15 A  It's just --
16 Q  -- software did that for these tables?
17 A  I did that because I know how to use my
18 software, and it's quick.
19 Q  Okay.
20 A  Now, the last three columns, this -- you would
21 have an estimate of the mean using the lognormal
22 distribution. Now, that means calculated using -- and
23 it references it under that star -- it says Bullock and
24 Ignacio. And they are in that textbook. That's the
25 third edition of the AIHA guideline on exposure

Stratos Legal Services
800-971-1127

Paul Hewett
July 10, 2009

Page 167

1  assessment. In there they're using Land's method, which
2  I reference 1975, to calculate the mean and the lower
3  and upper confidence limit for the mean.
4       So what I'm doing is I'm using my software
5  because I've got the code already programmed into it to
6  rapidly do these calculations. However, anybody can do
7  these calculations. Read the article. It's trivially
8  easy.
9       I'd use my software because I'm not aware
10 of any formal statistics package such as Systat, SAS,
11 Minitab, any of the other commercially available
12 statistics packages that do the MVUE or the Minimum
13 Variance Unbiased Estimator calculations and the lower
14 and upper confidence limits.
15 Q  So just to make sure I understand, the software
16 IHDataAnalyst that you used in the preparation of
17 Tables 3 and 4 -- and I'm specifically referring to
18 these last three columns --
19 A  Uh-huh.
20 Q  -- merely made the calculations pursuant to
21 Land's formula --
22 A  Exactly.
23 Q  -- for these three values --
24 A  Exactly.
25 Q  -- in these last three columns?

Stratos Legal Services
800-971-1127

Paul Hewett
July 10, 2009

Page 168

1  A  Well, the mean is -- is actually calculated
2  using a formula that was developed by -- I don't know
3  who originally developed it, but the reference I gave
4  you was Aitchison and Brown 1957. So that is the -- my
5  first -- the first reference I found that had the
6  formula for Minimum Variance Unbiased Estimator, and
7  it's a Taylor series formula. And they used back in
8  those days approximations to this formula because we did
9  not have computers. Well, nowadays we have computers.
10 It's easy to solve Taylor series equations, so why not
11 write the code and do it.
12      But the original equation that I -- the
13 first time I found this equation was in reading
14 Aitchison and Brown. You have the reference. Land
15 gives you a procedure for calculating the lower and
16 upper confidence limits. His procedure is standard.
17 You find it in virtually every book on environmental
18 statistics.
19 Q  Other than the third column of Tables 3 and 4
20 and the final three columns of Tables 3 and 4, did you
21 employ your software IHDataAnalyst to do anything else
22 with respect to this report?
23 A  No.
24 Q  Were all of the other graphs and visual aids at
25 the end of your report prepared using Systat?

Stratos Legal Services
800-971-1127