**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO GULF STREAM'S**
**RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE* TO**
**EXCLUDE TESTIMONY OF WILLIAM DUDEK**

NOW INTO COURT, comes Plaintiff, Alana Alexander, individually and on behalf of Christopher Cooper ("Plaintiff" or "Ms. Alexander"), who respectfully requests an Order from this Honorable Court granting leave to file her Reply to Defendant Gulf Stream Coach, Inc.'s Response to her Motion *In Limine* to Exclude Testimony of William Dudek.

Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of this Reply.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
  GERALD E. MEUNIER, #9471
  **PLAINTIFFS' CO-LIAISON COUNSEL**
  Gainsburgh, Benjamin, David, Meunier &
  Warshauer, L.L.C.
  2800 Energy Centre, 1100 Poydras Street
  New Orleans, Louisiana 70163
  Telephone: 504/522-2304
  Facsimile: 504/528-9973
  gmeunier@gainsben.com

  s/Justin I. Woods
  JUSTIN I. WOODS, #24713
  **PLAINTIFFS' CO-LIAISON COUNSEL**
  Gainsburgh, Benjamin, David, Meunier &
  Warshauer, L.L.C.
  2800 Energy Centre, 1100 Poydras Street
  New Orleans, Louisiana 70163
  Telephone: 504/522-2304
  Facsimile: 504/528-9973
  jwoods@gainsben.com

  **COURT-APPOINTED PLAINTIFFS'
  STEERING COMMITTEE**
  ANTHONY BUZBEE, Texas # 24001820
  RAUL BENCOMO, #2932
  FRANK D'AMICO, #17519
  MATT MORELAND, #24567
  LINDA NELSON, #9938
  MIKAL WATTS, Texas # 20981820
  ROBERT BECNEL
  DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471