# JAMES P. KORNBERG, M.D., Sc.D.

## CURRICULUM VITAE

### January 2009

P.O. Box 1210
12665 Highway 62
Ridgway. Colorado 81432

970-626-5067 (FAX – 970-626-3467) - Dallas Divide (Ridgway), Colorado

303-444-3385 – Boulder, Colorado

<cohbipc@hotmail.com>

## EDUCATION

- **B.S.** **Massachusetts Institute of Technology**, 1969 (awarded as part of double degree honors program in 1970) - Aeronautical and Astronautical Engineering. Senior Space Systems Engineering thesis title: *"An Analysis of the Maintenance and Logistic Supply for a 24-Man Lunar Industrial Laboratory,"* - awarded the James Means Memorial Prize, M.I.T., Department of Aeronautics and Astronautics, January 20, 1969.

- **M.S** **Massachusetts Institute of Technology**, 1970 – Aeronautical and Astronautical Engineering. NASA Research Fellowship. Thesis title: *"The Alleviation of Aerodynamically Generated Noise from Supersonic Jet Exhausts."*

- **Sc.D.** **Harvard University**, 1974 – Environmental Health Science and Engineering. General Electric Research Fellowship. Thesis title: *"High Temperature Filtration of Submicron Aerosols by Diffusion."*

- **M.D.** **Dartmouth Medical School**, 1976.

## EXPERIENCE

- **12/07 – Present    Columnist** , *"Frontier Doc,"* True West Magazine (Preservation of the American West), Cave Creek (Phoenix), Arizona.

- **11/78 - Present**    *President and Medical Director*, COHBI Physicians, P.C., (Comprehensive Occupational Health for Business and Industry) 466 Sky Trail Road, Boulder, Colorado 80302 and P.O. Box 1210, 12665 Highway 62, Ridgway, Colorado

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 2

81432-1210

- ***Consulting and Clinical Medical Director or Advisor*** to a broad spectrum of business, industrial, governmental, legal and insurance clients worldwide. (list available upon request).

- **10/92-10/01**     ***Level II Accreditation-Colorado Department of Labor and Employment*** - (re-certified). Level II accreditation permits the state sanctioned performance of impairment ratings in all body systems under AMA Guidelines.

- **12/11-12/13/97**     ***5th Annual National Academy of Forensic Examiners Conference***, San Diego, California.

- **9/4-9/7/96**     ***3rd Annual Aspen Environmental Medicine Conference***, The Givens Institute, Aspen, Colorado.

- **10/23/95**     ***University of Colorado School of Medicine – Medical Treatment Guidelines CME,*** Denver, Colorado.

- **11/19/94**     ***COPIC Workshop – "Difficult" Physician Patient Relationships"***

- **10/91**     ***Certification of Medical Training in Aviation Medicine*** – Civil Aeromedical Institute, Federal Aviation Administration, continuing medical training in Aviation Medicine, Spokane, Washington (recertified).

- **11/86**     ***Certification of Medical Training in Aviation Medicine*** – Civil Aeromedical Institute, Federal Aviation Administration, continuing medical training in Aviation Medicine, Denver, Colorado (recertified).

- **1/82**     ***Appointment – Class I Aviation Medical Examiner*** – Federal Aviation Administration, Spokane, Washington.

- **7/81**     ***Certification of Medical Training in Aviation Medicine*** – Civil Aeromedical Institute, Federal Aviation Administration, Spokane, Washington.

- **7/77-11/78**     ***Senior Staff Consultant -*** Occupational Medicine and Environmental Health, Arthur D. Little, Inc., Acorn Park, Cambridge, Massachusetts 02140

- **11/78**     ***Advanced Life Support Certification -*** University of Massachusetts Medical School, American Heart Association.

- **6/78**     ***Advanced CME Training in Emergency Medicine -*** American Medical Association Conference, St. Louis, Missouri.

ALX-EXP-29-000002

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 3

- **6/78    *Harvard University School of Public Health - Residency in Occupational Medicine, Boston, Massachusetts*** - completion of advanced coursework and clinical training.

- **6/76-6/77   *Columbia University College of Physicians and Surgeons - Flexible Internship***: Internal Medicine, Ambulatory Care, Intensive Care, Emergency Department – Mary Imogene Bassett Hospital, Cooperstown, New York.

  ***Columbia University College of Physicians and Surgeons - Visiting Clinical Fellow and Resident in Psychiatry*** – emphasis – Medical model and psychopharmacology, Mary Imogene Bassett Hospital, Cooperstown, New York.

- **'72-'77    *Consulting Engineer*** – Environmental Engineering, Air Pollution Control and Environmental Toxicology.

- **'71-'72    *Harvard University, School of Public Health, Boston, Massachusetts – Faculty Teaching Fellow:***

  **Fall course** – Environmental Health Sciences – Taught the section on the biological and meteorological effects of air pollution and environmental control engineering to Harvard and Radcliff undergraduate and graduate students.

  **Spring course** – Taught APEX gaming simulation course to MDs and Environmental Health Science graduate students. The course was directed, by computer simulation and role playing, at examining the overall effects of air pollution control strategies and land use planning upon the urban community, as a whole.

- **6/70 – 9/70    *Massachusetts Institute of Technology – Consulting Engineer, Department of Metallurgy and Humanities (Archeology)*** – Performed research on the composition and structural characteristics of Neolithic plasters found in the Middle East (e.g. pre-pottery level Jericho, circa 8000 BCE).

- **7/69    *NASA invitee to witness launching of Apollo 11***

- **6/69-9/69    *Computer Sciences Corporation, Marshall Spaceflight Center, Huntsville, Alabama – Consulting Engineer*** – Spaceborne Computer Project – NASA Earth Orbital Shuttle Program

- **5/69    *Massachusetts Institute of Technology – James Means Prize recipient and student representative, invited to witness launch of Apollo 10.***

- **6/68-9/68   *McDonnell-Douglas Corporation, St. Louis, Missouri – United States Air Force Gemini B Project– Consulting Engineer*** –Aerodynamics Group – Utilized computer simulation to model launch failure trajectories.

ALX-EXP-29-000003

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 4

## LICENSURE and CERTIFICATION

- Diplomat – National Board of Medical Examiners #177128

- Massachusetts Medical License #41325 (Inactive)

- Colorado Medical License #22648

- American Board of Preventive Medicine - Board Certified - Occupational Medicine December 1980; Certificate #21547

- American Academy of Occupational Medicine, Master; elected November 18, 1980

- Senior Aviation Medical Examiner, Classes I, II, III.  #17916-7 - Federal Aviation Administration; retired October 1993

- American Academy of Preventive Medicine, elected member, 1982; elected Fellow, April 1983

- Level II Physician Accreditation Colorado Department of Labor and Employment; Division of Worker's Compensation in conjunction with the University of Colorado School of Medicine: received highest achievable accreditation by the Department of Labor to perform impairment ratings in all body systems under the Colorado Worker's Compensation Act; October 1992 – re-certified, October, 1995, and October 1998.

## CLINICAL ACTIVITIES

- COHBI Physicians, P.C., Boulder, Colorado

- Boulder Community Hospital, Boulder, Colorado

- Mapleton Rehabilitation Center, Boulder, Colorado

- Leominster Hospital, Leominster, Massachusetts (1978-1979)

- Veterans Administration Hospital, Concord, Massachusetts (1978-1979)

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 5

## EXPERIENCE

- <u>Technical Medical Advisor</u> to the Hebrew University, Medical Disaster Preparedness Unit (School of Public Health and Community Medicine) prior to and during the initial days of the Persian Gulf War (Operation Desert Storm) regarding Israeli civilian and military preparedness for chemical and biological warfare. January - February 1991.

- <u>Technical Reviewer</u> - American Journal of Preventive Medicine, July 1986.

- <u>Board of Advisors</u> - Denver Occupational Health Nursing Association, 1984-1986.

- <u>Board of Directors,</u> Rocky Mountain Academy of Occupational Medicine - Regional Representative to the Journal of Occupational Medicine 1981-1985.

- <u>Expert Witness</u> - Mine Safety and Health Administration Hearing - 1985.

- <u>Expert Witness</u> in Occupational Medicine and Medical Toxicology, United States Federal District Court, Denver, Colorado 1982.

- <u>Board of Advisors</u>, Boulder Memorial Hospital Pain Center, 1981-1983.

- <u>Expert Witness</u> qualified in Occupational Medicine, Occupational Lung Disease and Medical Toxicology, Colorado Division of Labor, State Compensation Judicial hearings, 1981 - Present.

- <u>Medical Advisor</u>, Health and Safety Committee, Colorado Mining Association, 1982 - 1992.

- <u>Chairman</u>, Subcommittee on Occupational Health, Massachusetts Public Health Association, 1979.

## MEMBERSHIPS (current and/or historical)

- American College of Occupational and Environmental Medicine (New England and Rocky Mountain Sections)

- American College of Preventive Medicine.

- American Medical Association.

- Colorado Medical Society.

- Boulder County Medical Society.

- Massachusetts Public Health Association.

ALX-EXP-29-000005

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 6

- Council on Occupational Medicine, Pan American Medical Association, Inc.

- Civilian Aviation Medical Association.

## TEACHING ACTIVITIES (abbreviated list)

- Guest Speaker – Israel Center for Disease Control, **"The Recent Anthrax Bioterrorist Attack on the US – Overview of Response and Emerging Methods of Early Detection,"** December 16, 2001, ICDC Headquarters, Tel Hashomer Hospital, Tel Aviv, Israel.

- Guest Speaker – Ben Gurion University, **"Weapons of Mass Destruction and the Events of 9/11,"** December 9, 2001, Negev Desert Research Institute, Sde Boqer Campus, Sde Boqer, Israel.

- Guest Speaker and Table Top Physician Participant – Boulder County Colorado Multi-Agency Counter-Terrorism Training Seminar, **"Weapons of Mass Destruction – Bioterrorism Response,"** November 29, 2001, Boulder, Colorado.

- Guest Speaker – St. Mary's Hospital, **"Weapons of Mass Destruction – A Medical Overview,"** November 25-26, 2001, Grand Junction, Colorado.

- Guest Speaker – Longmont United Hospital, **"Weapons of Mass Destruction – A Medical Overview,"** November 19, 2001, Longmont, Colorado.

- Guest Speaker – San Miguel County Colorado Sheriff's Department, **"Weapons of Mass Destruction Counter-Terrorism Medical Planning and Response,"** October 22, 2001, Telluride, Colorado.

- Guest Speaker – Montrose Memorial Hospital, **"Weapons of Mass Destruction – A Medical Overview,"** October 12, 2001, Montrose, Colorado.

- Guest Speaker – 2000 Mealey MBTE and UST Litigation Conference, **"Gasoline Toxicity Update,"** October 23-24, 2000, Phoenix, Arizona.

- Faculty – 1996 AIHA-RMS Fall Technical Conference, **"Workshop on the Interplay between the Industrial Hygienist and the Occupational Health Physician,"** September 26, 1996, Denver, Colorado.

- Administration and Planning Committee – 2nd Aspen Environmental Conference, September 1995, The Givens Institute, Aspen, Colorado.

ALX-EXP-29-000006

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 7

- Faculty and Guest Medical Speaker - 1st Aspen Environmental Medicine Conference; Indoor Air Quality section; **"Assessment of the Home and the Workplace: The Role of the Physician,"** September 8-10, 1994, The Givens Institute, Aspen, Colorado.

- Guest Medical Speaker - CASPPR/NARPPS (Colorado Association of Service Providers in Private Rehabilitation/National Association of Rehabilitation Professionals in the Private Sector); conference "Challenges to Rebuilding Lives." Presentation: **"Accommodation Solutions: Occupational Medical and Rehabilitation Teamwork,"** September 18, 1992, Denver/Boulder Ramada Inn, Denver, Colorado.

- Guest Medical Speaker - Workers Compensation Education Association, **"Medical Causality,"** May 1992.

- Guest Medical Speaker - Colorado Defense Lawyers, Worker Compensation Division, Americans with Disabilities Act Subcommittee, Denver, Colorado, January 1992.

- Guest Medical Speaker - Fox and Grove Chartered, Chicago, Illinois, **"Understanding the Americans with Disabilities Act,"** October 1991.

- Guest Speaker - Colorado Defense Lawyers Association Annual Seminar, Vail, Colorado, **"Defending Toxic Exposure Cases,"** August 1991.

- Guest Medical Seminar Speaker - Israel Defense Forces (Army and Air Force) Medical Corps, Tel Hashomer Military Medical Center, Tel Aviv, Israel. Topics included PATHMAX methodology, hazardous material medical surveillance, military job fitness (combat and non-combat), chemical and biological warfare exposures and military health prevention programs. August 19-20, 1990.

- Keynote Speaker - Surgical Grand Rounds: St. Joseph Hospital, Denver, Colorado, Department of Surgery, **"Surgical Issues in Occupational Medicine,"** October 27, l987.

- Keynote Speaker - Oil and Gas Safety Committee, Colorado Safety Association: **"Substance Abuse - Safety and Employment Issues,"** June 25, l987.

- Keynote Speaker - **"Emerging Issues in Alcohol and Drug Abuse"** - Mine Health and Safety Session - 88th National Western Mining Conference, February 15, 1985.

- Panel Moderator and Speaker - **"Toxic Materials in the Workplace: Clinical and Preventive Perspectives of Exposure,"** 19th Annual Institute of Occupational Medicine - Rocky Mountain Academy of Occupational Medicine, January 19, 1984.

ALX-EXP-29-000007

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 8

- <u>Keynote speaker</u> - **"Worker's Health: Some Emerging Issues - I) Genetic Screening; II) Worker Health Risk Appraisals: III) Emergency Medical Systems; IV) Medical Record Privacy"** - Mine Health and Safety Session - 87th National Western Mining Conference, February 9, 1984.

- <u>Keynote Speaker</u> - **"Health and Safety in the Microelectronics Industry."** Rocky Mountain Industrial Hygiene Association Fall Technical Conference, October 2, 1984.

- <u>Faculty Seminar - Occupational Medicine</u> - University of Colorado Health Sciences Center, Department of Family Medicine, 1982.

- <u>Faculty</u>: 3rd Annual Colorado Pain Symposium, **"Dealing with the Pain Patient in Industrial Practice,"** Aspen, Colorado, January 1981.

- <u>Faculty</u>: Poisoning: A Symposium Rocky Mountain Poison Center, Denver, Colorado; March 1981.

   - **"Systematic Approach for Preventive Medical Monitoring in a Complex Work Environment."**

   - **"Correlates of Biological Response to Occupational Stressors (The OSAR Reference Module.)"**

- <u>Faculty</u>: Colorado Association of Occupational Nurses - Occupational Health Workshop, April 1981, Denver, Colorado.

- <u>Faculty</u> - International Environmental Health Symposium, (Occupational Health) Environmental Research and Technology, Inc. (Subsidiary of Comsat General Corporation), Concord, Massachusetts, June 1979.

- <u>Faculty</u> - New England Occupational Health Conference, September 1979, Amherst, Massachusetts.

## **HONORS**

- <u>The City of Boulder Police Department Outstanding Citizen Award</u>, presented by Mark R. Beckner, Chief of Police – ***To Thank you for volunteering your time and knowledge to the Police Department's Weapons of Mass Destruction Project.  You were an integral part of this project, which allowed us to develop and implement our response plan."*** May 28, 2002.

- <u>Physician's Recognition Award for Continuing Medical Education</u>, American Medical Association 1982-1985.

- <u>Who's Who in the West</u>, (Marquis) 1982-Present.

- <u>Physician's Recognition Award for Continuing Medical Education</u>, American Medical Association, 1979-1982.

- <u>Outstanding Young Men of America</u>, U.S. Jaycees 1977.

- <u>Fellowship - General Electric Foundation</u> (Harvard University), 1970-1974.

- <u>Sigma Xi Research Honorary Fraternity</u>, M.I.T. Chapter, 1970.

- <u>Phi Eta Sigma</u>, Aeronautics and Astronautics Honorary Fraternity, M.I.T. Chapter, 1969.

- <u>James Means Memorial Prize</u> in Space Systems Engineering (awarded by the M.I.T. Department of Aeronautics and Astronautics) 1969.


## <u>PAPERS and PUBLICATIONS</u>

- Kornberg, James P., "**Gasoline Toxicity Update,**" presented the Mealey MBTE and UST Litigation Conference, Phoenix, Arizona October 23-24, 2000.

- Kornberg, James P., Rosenberg, N. L., Bradley, M.E., Dickerson, O.,B., Coe, J., and Spengler, J.D., **"Objective Evidence of a Relationship between Immunological Dysfunction and Poor Indoor Air Quality,"** Environmental Epidemiology and Toxicology, vol. 1, no. 2, April-June 1999, p 175-182.

- Kornberg, James P., **"Indoor Air Quality Assessment of the Home and the Workplace: The Role of the Physician,"** presented at the 1st Aspen Environmental Medicine Conference, The Givens Institute, Aspen, Colorado, September 8, 1994.

- Kornberg. James P., **<u>Kornberg's Operational Guideline Series in Occupational Medicine</u>; Volume I - <u>The Workplace Walk-Through</u> - <u>Operational Guidelines For The Physician</u>** - including "PATHMAX ™ -Parametric Approach Toward Health Maximization" -The Methodology upon which Medical Surveillance Programs are Designed and Implemented, and Rational Guidelines for Approaching the Occupational Medical Causality Analysis; Lewis Publishers, Inc., (CRC Press), Chelsea, Michigan, 1992.

- Kornberg, James P. **"Review of Chemical and Biological Warfare Disaster Preparedness at Selected Israeli University, Hospital and Private Institutions, along with Related Governmental Policies,"** prepared for The Medical Disaster Unit, School of Public Health and Community Medicine, Hebrew University, Jerusalem, Israel, January 17-24, 1991.

- Kornberg, James P., **"Occupational Medical Causality Analysis,"** Provider Pulse, Colorado Compensation Insurance Authority, Winter 1991.

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 10

- Kornberg, James P., **"Site Visit Report : Occupational Medical and Military Fitness Recommendations to the Israel Defense Forces,"** Tel Hashomer Military Medical Center, Tel Aviv, Israel, August 19-20, 1990.

- Kornberg, James P., **"Occupational Stress - A Specialist's Point of View."** Safety Management Executive Briefing, June 1986, The Merritt Company, Santa Monica, California.

- Kornberg, J.P., **"A Supervisory and Managerial Perception Survey Audit Document for A Corporate Substance Abuse Prevention Program (SAPP)"** - internal report to major mining company client, January 1986.

- Kornberg, J.P., **"Comprehensive Guide to the Establishment of a Corporate Narcotic and Alcohol Screening Program"** - internal report to two major mining company clients, August 1984.

- Striplin, M.R., Kornberg, J.P., **"Substance Abuse Screening Program"**, internal report to a high-tech manufacturing client - Boulder, Colorado, COHBI Corporation, April 1986.

- Striplin, M.R., Kornberg, J.P., **"Physical Standards for Public Safety Positions within the City of Longmont"**, internal report to the Department of Risk Management City of Longmont - Longmont, Colorado, COHBI Corporation, June 1984.

- Striplin, M.R., Kornberg, J.P., **"FRM Minerals, Inc. - Medical Program Document - Getchell Project"**, internal report to FRM Minerals, Inc. - Lakewood, Colorado, COHBI Corporation, April 1984.

- Kornberg, J.P., Striplin, M.R., **"Homestake Mining Company Physician's Guidelines"**, internal report to Homestake Mining Company - Golden, Colorado, COHBI Corporation, September 1983.

- Kornberg, James P., **"Surveillance and Compliance System"** presented at the New England Occupational Medical Association Conference, September 28-30, 1979, Amherst, Massachusetts.

- Kornberg, James P., **"Industrial Clinics, State of the Art and Recommended Principles of Operation"**, prepared as a chapter for NIOSH document, <u>Guidelines to Providers of Occupational Health Care</u>, May 1979.

- Kornberg, James P. and Hathaway, Barbara K., **"Comprehensive Occupational Safety and Health Services"**, Clinical demonstration grant proposal to U.S. Department of HEW, NIOSH, January 20, 1979.

ALX-EXP-29-000010

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 11

- Kornberg, James P., Chapman, P.K., and Glaser, P.E., **"Health Maintenance and Health Surveillance Considerations for an SPS Space Construction Community,"** presented at the American Astronautical Society, Space Medicine Symposium, Houston, Texas, October 30 - November 2, 1978.

- Sivak, A., Goyer, M., and Kornberg, J.P., **"Aryl Hydrocarbon Hydroxylase and Polycyclic Aromatic Hydrocarbon Carcinogenesis"**, Interim report to NIOSH #210-78-011, October 11, 1978.

- Miller, I. and Kornberg, J.P., **"Ranking Compounds for Clinical Trials"**, presented at the National Cancer Institute, Division of Cancer Treatment, 8th Joint Working Conference, Lancaster, Pennsylvania, September 23, 1978.

- Stricoff, S. and Kornberg, J.P., **"Hazardous Substance Exposure Forms for the Coal Conversion Industry"**, Interim report to NIOSH #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.

- Kornberg, J.P. and Wood, M., **"Acute Care Facilities for Coal Conversion Plants"**, Interim report to NIOSH, July 1, 1978, #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.

- Couvillion, L.A., Kornberg, J.P. and Aoki, T., **"Devices for the Improved Management of Diabetes"**, Technical proposal to NIH-NIAMDD-RFP-73-5, June 12, 1978.

- Kornberg, J.P., **"OSAR (Organ/System at Risk) A New Approach to an Old Problem in Occupational Medicine"**, presented at the American Insurance Association Convention, Engineering and Safety Division, St. Petersburg, FL, April 27, 1978.

- Kornberg, J.P., **"Health and Safety: An Overview of BZ (3-Quinuclidinyl Benzilate) Insult and Mechanism of Action"**, contribution to technical proposal to U.S. Army, **"Elimination of BZ Stockpiles in Pine Bluff, Arkansas"**, April 19, 1978, ADL-6919.

- Kornberg, J.P., **"Headaches, A Biochemical Basis for Development"**, internal report, Arthur D. Little, Inc., December 1977.

- Kornberg, J.P., Young, G.S., and Stricoff, S., **"Health Maintenance and Health Surveillance Requirements for the Coal Conversion Industry"**, proposal to NIOSH, August 1977; awarded April, 1978 (Energy Industries Medical Protocol #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).

- Kornberg, J.P. and First, M.W., **"High Temperature Filtration of Submicron Aerosols by Diffusion"**, presented at the 13th U.S. Atomic Energy Commission Air Cleaning Conference, San Francisco, August 1974.

- Kornberg, J.P., **"Hypothermia: Methods and Applications"** unpublished paper, Harvard University School of Public Health, January 18, 1971.

Curriculum Vitae
James P. Kornberg, M.D., Sc.D.
January, 2008
p. 12

- Kornberg, J.P. and Mallove, E.F., **"A Minimum Weight Emergency Lunar Escape Vehicle"**, <u>Tech Engineering News</u>, April 1970.

- Kornberg, J.P., **"An Analysis of the Maintenance and Logistic Supply for a 24-Man Lunar Industrial Laboratory, Making Optimal Use of Lunar Resources"**, <u>James Means Memorial Prize Treatise</u>, Massachusetts Institute of Technology, Department of Aeronautics and Astronautics, January 20, 1969.

ALX-EXP-29-000012