1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5

6    IN RE:  FEMA TRAILER        MDL NO. 1873

7    FORMALDEHYDE PRODUCTS        SECTION "N"(5)

8    LIABILITY LITIGATION         JUDGE ENGELHARDT

9                                 MAGISTRATE CHAVEZ

10                    *   *   *

11

12        Videotaped Deposition of SHIRLEY J.

13   ALEXANDER, 4758 Ray Avenue, New Orleans,

14   Louisiana 70126, taken at the offices of

15   Lambert & Nelson, 701 Magazine Street, New

16   Orleans, Louisiana 70130, on Friday, the

17   10th of July, 2009.

18

19   REPORTED BY:

20        JAMES T. BRADLE, CCR

          PROFESSIONAL SHORTHAND REPORTERS

21        (504)529-5255

22   VIDEOGRAPHER:

23        KYM HAWKINS

          PROFESSIONAL SHORTHAND REPORTERS

24        (504)529-5255

25



EXHIBIT
"C"

1      A     Okay.

2      Q     Also, you understand that you're

3   under oath just as if we were in a big

4   courtroom with the judge or the jury or

5   anybody here, correct?

6      A     Yes.

7      Q     Okay.  What is your date of birth,

8   Ms. Alexander?

9      A     March 27th, 1930.

10     Q     So that makes you how old today?

11     A     79.

12     Q     What level of education did you

13  complete?

14     A     I completed to 12th grade.

15     Q     And you grew up here in New

16  Orleans?

17     A     Yes.

18     Q     Have you had any form of

19  employment outside of the home?

20     A     Yes.  I worked about 10 years

21  outside the home.

22     Q     Okay.  What did you do?

23     A     I worked at a day care center.  I

24  was cooking at a day care center.

25     Q     And what years was that or the

1          A    They were just up, a little bit

2     off.  And they put the blocks under the --

3     by the wheel, because, you see, they were

4     stabilizing the wheels.  I would imagine

5     that's what they were doing.  And they put

6     the blocks, and then they went and they did

7     the same thing on the other side, you know,

8     how they put the blocks on this side, and

9     then they let the trailer down.

10         Q    Okay.  What was the old man

11    doing -- the older man, I should say?

12         A    To me, he was more like

13    supervising.

14         Q    Okay.

15         A    The young guy, he was like in his

16    late twenties and he was doing all the work.

17         Q    Okay.

18         A    Because he was telling him just

19    where to put it and how to put it, and then

20    he would stand back and he would look at it,

21    and then he would tell him he needed to put

22    something else there, and he would put it

23    there, and that's the way he did it.

24         Q    All right.  Do you remember seeing

25    them use jacks to lift the trailer or you

1    don't really remember that?

2        A    Well, they had some kind of --

3    Evidently, they had some kind of jacks, but

4    I didn't really pay attention to everything

5    they did with them.  I was basically just

6    looking.

7        Q    Okay.  And I think I have read

8    somewhere, you don't know how many jacks

9    they used?

10        A    I really don't.

11        Q    You have no idea how many jacks

12    they used?

13        A    No.

14        Q    And you never came outside and

15    walked around to the other side of the

16    trailer, correct?

17        A    No, I just stayed right on my

18    porch.

19        Q    And so you don't know if there was

20    a jack or any other mechanism on the side of

21    the trailer where there's not a door?

22        A    No, I don't.

23        Q    And did you see them moving jacks

24    or anything like that?

25        A    No.

1    know, level it off with the ground and all

2    of that stuff, and they put the jack, you

3    know, and raised it up.

4    EXAMINATION BY MR. WATSON:

5        Q    Ms. Alexander, I'm Philip Watson.

6    I'm for Gulf Stream.

7            I think I may understand where

8    Lezly is trying to go, but I want to ask you

9    something.  I understand that the tires

10   would have been on the ground to move the

11   trailer into place.

12           I think what Lezly is trying to

13   understand is, did you actually ever see the

14   tires get off of the ground, so that they

15   were just a little bit off the ground as you

16   said earlier?  Ms. Shirley, do you

17   understand my question?

18       A    I understand your question.

19       Q    Okay.

20       A    But, you see, this was a couple of

21   years ago and I'm trying to -- trying to

22   visualize, you know, because I had no idea

23   that I would be having to remember all of

24   this, so that's what I'm trying to do.

25           But they did raise those wheels a

```
 1    little bit and they put the blocks under it,
 2    and then let it down, so they had to use --
 3    They used the jack to raise it up a little
 4    bit, and then they put it down after they
 5    put the blocks and everything under there to
 6    even it off.
 7        Q    And when it initially came off the
 8    ground, did you actually see them get it off
 9    the ground?
10        A    No.
11    EXAMINATION BY MS. PETROVICH:
12        Q    When they were putting the bricks
13    under the trailer, do you remember when
14    you're looking out the front, facing the
15    street, where they started putting the
16    bricks?
17        A    They started putting the bricks --
18    This is the part that I could see, was right
19    here (indicating), and they started putting
20    the bricks here (indicating), and then they
21    started putting the bricks at the back, on
22    this side (indicating).
23        Q    Okay.
24        A    And then they did something
25    diagonally, they went and do this here
```

```
 1    (indicating), and then they went around on

 2    the other side and did that side.

 3          Q    Okay.

 4          A    And then they did this side and

 5    like that (indicating).

 6          Q    Okay.  I'm going to have you draw

 7    the trailer, if that's okay.

 8          A    (Complying).  That's about it.

 9          Q    Okay.  And so is this the front

10    here indicate?  Which way is the front in

11    your mind?

12          A    Well, you said that the front is

13    where the --

14          Q    The propane tanks are.

15          A    The propane tanks.  The way I was

16    sitting on my porch, that would make the

17    propane tank about here (indicating).

18          Q    Okay.  And where was the truck

19    located?

20          A    Huh?

21          Q    Where was the truck located where

22    they were getting the --

23          A    On the street.

24          Q    Okay.  And the bricks were in the

25    back of the truck or did they have them in a
```

 1    bricks next?

 2         A     Where did they put the bricks next

 3    from there?

 4         Q     Yes.

 5         A     Then they fixed this side

 6    (indicating).  Then he went around, which I

 7    didn't go around there to see, but they did

 8    the other, like that (indicating).

 9         Q     Okay.  Can you put a "Y" next

10    where the next set of bricks were?

11         A     Well, that would be on this side

12    (indicating).

13         Q     Okay.  And did they put all the

14    bricks on "X," and then go to "Y," or did

15    they go put some bricks on "X," and then

16    some bricks on "Y," then come back to "X,"

17    if that makes sense?  Does my question make

18    sense?

19         MR. PENA:

20              Can I make a suggestion?  Maybe we

21    should draw the top of the trailer.

22    EXAMINATION BY MS. PETROVICH:

23         Q     Or do you not remember?

24         A     I don't really remember all of

25    that.

1        Q     Like, did they go from one corner

2    of the trailer to another corner, and then

3    back to the same corner?

4        A     They went (indicating), and then

5    the other side (indicating).

6        Q     Okay.

7        A     And they put under here

8    (indicating), and then they put under here

9    (indicating), and then they came back on

10   this side and they did this here

11   (indicating), and then they went and did

12   that (indicating).

13       Q     Okay.  And then you said something

14   about diagonally they did something?

15       A     Here (indicating).

16       Q     You saw them go under the trailer

17   and put bricks in the middle?

18       A     I didn't see any bricks in the

19   middle.

20       Q     Okay.  You don't remember that?

21       A     I don't remember seeing them put

22   any bricks in the middle of the trailer.  I

23   really don't.

24       Q     Okay.  Do you remember bricks

25   being in the middle of the trailer when the

```
 1     Christopher's asthma, which I haven't talked
 2     about Christopher's asthma yet.  All I'm
 3     talking about is the trailer.
 4          Q    Sure.
 5          A    So I thought more I was talking
 6     about Christopher's asthma.
 7          Q    Sure.
 8          A    And I wasn't really thinking about
 9     having to talk about a trailer and all of
10     this stuff that I have been talking about
11     here today.
12          Q    Okay.
13          A    Which has nothing to do with
14     Christopher's asthma.
15          Q    Sure.  Okay.  So do you think that
16     you were mistaken when you told the
17     attorneys that you saw the men using jacks?
18          A    They could have.  They could have.
19          Q    But you just don't remember?
20          A    I just don't remember all of it,
21     because I really didn't put all of that in
22     my mind when I was looking at this outside.
23          Q    Sure.
24          A    There are certain things that I do
25     remember, but all of these little bitty
```

```
 1    things you're coming up with, some of the

 2    things I just didn't even pay attention to.

 3         Q    And when did you talk to the

 4    attorneys on the phone?

 5         A    I never talked to them on the

 6    phone.

 7         Q    You never talked to any of the

 8    attorneys on the phone?

 9         A    They told Alana that they wanted

10    to talk to me, and we went by Maria's house

11    and we talked.

12         Q    Okay.  And that was just with Rick

13    here, right?

14         MR. PENA:

15             "Ray."

16    EXAMINATION BY MS. PETROVICH:

17         Q    "Ray."  I'm sorry.

18         A    Ray.

19         Q    Okay.  And then did you have an

20    opportunity to talk to attorneys again?

21         A    No, the only one that I talked to

22    was Ray.

23         Q    Okay.  How many times did you talk

24    to Ray?

25         A    I think I talked to Ray twice.
```

1     A    At Maria's house.

2     Q    Okay.  So both times you have met

3  with Alana's attorneys have been at Maria's

4  house?

5     A    Right.

6     Q    Okay.  And the second time you met

7  with Ray, is that when you all talked about

8  the trailer?

9     A    Yeah.  I'm trying to -- Excuse me.

10     Q    Sure.

11     A    I'm trying to think about a

12  telephone call.  I think I did get a

13  telephone call from a lawyer about the

14  trailer.  I think I did talk to -- Somebody

15  did call me over the phone.  I'm not messing

16  it up, huh, by going back on something?

17     Q    No, no.

18     A    I just remembered.  But I did talk

19  to somebody over the phone about the

20  trailer.

21     Q    Okay.  Do you just not know who it

22  was?

23     A    I don't know if it was Ray or -- I

24  can't think right now.  But I did.  I did

25  get a telephone call.

1       Q    And do you remember the phone call

2   being at night?

3       A    It was in the evening.  It wasn't

4   dark.

5       Q    Okay.  And do you remember how

6   many people were on the phone?

7       A    I only spoke to one.  I don't know

8   who was listening in somewhere, but I only

9   spoke to one.

10      Q    One guy?

11      A    Uh-huh (affirmative response).

12      Q    Was it a man?

13      A    It was a male, yeah.

14      Q    Did he talk a lot?

15      A    Not too much.  He just asked me

16  questions about the trailer.  I told him the

17  same thing I told you, and that's it.

18      Q    And you don't remember telling

19  this gentleman that you saw the men pumping

20  something up and down on the trailer?

21      A    I don't remember.  I don't

22  remember.  I don't remember that.  But I

23  could have.

24      Q    Okay.

25      A    I don't remember.

1      Q     But today, as you sit here, you

2   don't remember observing men pumping up --

3      A     I remember them putting --

4   bringing in the blocks and putting the

5   blocks up under there.  I really don't

6   remember too much.

7      Q     But that's all you really can

8   remember?

9      A     Uh-huh (affirmative response).

10      Q     How long did you meet with Ray

11   this morning?

12      A     This morning?  I didn't -- For the

13   little I saw him out there waiting for you

14   all.

15      Q     Okay.  And that was an example of

16   a bad question.  I should have asked, did

17   you meet with Ray this morning before the

18   deposition?

19      A     Like I say, we was sitting out

20   there waiting for you all to come.  That's

21   the only time.

22      Q     Okay.  Do you know anybody that

23   worked for FEMA?

24      A     Huh-uh (negative response).

25      Q     Do you know anybody that worked

1      Q     And is that the mice and the

2   roaches you told us about earlier?

3      A     Uh-huh (affirmative response).

4   The same mice and roaches.

5      Q     Now, when you would go into the

6   trailer, did you ever observe any sort of

7   odd odors or smells of any kind?

8      A     Well, when I first started going

9   in the trailer, when you would go in, you

10  would kind of like smell something, but then

11  after you get in there and get used to the

12  smell, I guess, it just went away.  But when

13  you would first walk in the door, it did

14  have an odor, you know, an odor in it, yes.

15     Q     How long would it take being in

16  the trailer before the odor would go away?

17     A     Well, when you're talking and all

18  of that, you never really pay attention, but

19  eventually you just didn't -- I assume you

20  just didn't smell it anymore, so I couldn't

21  tell you exactly, you know, how many minutes

22  or whatever like that.

23     Q     You would say it was like under 30

24  minutes?

25     A     Probably.

1        Q     Now, you mentioned that you would

2    smell something.  Can you describe as best

3    as you can what that "something" was?

4        A     No.  Sometimes it would just be a

5    little strange-smelling odor, and then it --

6    I couldn't describe it, the odor.

7        Q     Did it smell like anything you had

8    ever smelled before?

9        A     No.

10        Q     Could you compare it to anything

11    to give us a sense?

12        A     No.  It was just a little

13    nauseous, nauseating smell.

14        Q     Now, was there ever a time after

15    Ms. Alana and Chris had been living in the

16    trailer that you would walk in and you

17    wouldn't notice the smell anymore?

18        A     If she just sprayed.  And she was

19    always trying to spray it, you know, spray

20    the trailer.

21        Q     And was there ever a time where

22    she didn't even need to spray and you would

23    go in and you just really wouldn't notice it

24    anymore?

25        A     One time, a couple of times, I

1    did.

2         Q    And when was that?

3         A    I don't know exactly when it was,

4    but I know she was always spraying, so maybe

5    she had done sprayed before I got there.  I

6    don't know.

7         Q    On the whole, did you notice that

8    it got better the longer that everyone lived

9    in the trailer?

10        A    I don't know.  I just think we got

11   used of it.

12        Q    When you noticed that smell, did

13   you ever communicate that to anybody, tell

14   anybody that you smelled that?

15        A    Well, at first, I would tell it to

16   Alana, but I wouldn't go out telling people

17   "Alana's trailer smells."  I wouldn't do

18   that.

19        Q    And other than telling her that

20   you noticed it, did you all talk

21   specifically about "what is that" or

22   anything else, other than just to say you

23   noticed it?

24        A    Sometimes we would talk about it,

25   "what is that smell," and at the time, she

1    didn't know what it was either, until

2    everybody started talking about it,

3    formaldehyde in the trailers, so that's when

4    we assumed that that's what it was.

5        Q    Now, you mentioned the spray that

6    Ms. Alana would use.  Did anyone do anything

7    else to try to make the smell go away that

8    you're aware of?

9        A    Not that I'm aware of.

10       Q    Did Ms. Alana say anything to you

11   about the smell other than what you told me?

12       A    No.

13       Q    Did Chris ever say anything about

14   the smell?

15       A    Well, no, he didn't say.  He just

16   said it smelled.  But with him, you can

17   really tell when it was aggravating him,

18   because his eyes would swell up and he would

19   start wheezing and stuff, and then you knew

20   something was happening to him.

21       Q    When Chris would have those

22   conditions where his eyes would swell and he

23   would start wheezing, did he ever say that

24   it was related to the smell?

25       A    No, he never said it.  At least he

1    driveway, right there in the driveway.

2          Q    Okay.  Was the trailer on its

3    wheels at that point?

4          MS. PETROVICH:

5               Objection.  Asked and answered.

6          THE WITNESS:

7               Yes, it was on the wheels.

8    EXAMINATION BY MR. PENA:

9          Q    Now, you also talked about them, I

10   guess, somehow lifting the trailer and

11   putting blocks under it?

12         A    Uh-huh (affirmative response).

13         Q    Okay.  Did they lift the trailer

14   all up at the same time or did they lift one

15   side before they lifted the other?

16         A    No, they didn't lift it all up at

17   one time.  They worked one side, and then

18   they worked the other side is the way they

19   worked it.

20         Q    Okay.  Now, let's break that down.

21   What side did you see them lift first?

22         MR. WATSON:

23              Object to the form.

24         THE WITNESS:

25              The side -- Well, they said -- It

1    would be the side where I was looking at was

2    right (indicating).  Where I was, the long

3    side was like that (indicating), and then

4    the wheels was right here (indicating) and

5    the front door was here (indicating), and

6    then the other wheels here (indicating), and

7    they started working on the wheels that was

8    here (indicating) first.

9    EXAMINATION BY MR. PENA:

10       Q    Okay.  And that would be the two

11   side wheels on the long side of the trailer?

12       A    On the long side of the trailer.

13       Q    Okay.  And am I correct in saying

14   that after they lifted that side, they

15   blocked that side?

16       A    They put some --

17   MS. PETROVICH:

18            Object to the form of the

19   question.

20   EXAMINATION BY MR. PENA:

21       Q    What did they do after they lifted

22   that side?

23       A    That's where they started putting

24   the blocks on that side, and then they

25   went -- After they put some blocks on that

 1    side, then they went on the other and put

 2    the diagonals.  You know, they did it

 3    diagonally.

 4        Q    Okay.  Now, at some point, did

 5    those guys go to the other side and block

 6    that side?

 7        A    Yeah, and blocked that side, too.

 8    But, see, I couldn't see what they were

 9    doing on that side, because all I could see

10    was what was done on this side (indicating).

11        Q    All right.  Now, after -- So at

12    that point, was the trailer sitting on

13    blocks, after they lifted the sides and got

14    the blocks under it?

15        A    After they put the blocks under

16    there, yeah.

17        Q    Did they do anything else after

18    the trailer was initially sitting on the

19    blocks?

20        A    Well, what they did, they --

21    Because they had the wheels a little

22    elevated.  Then they just left it down, and

23    that's where they -- They just left it down,

24    and then the wheels was on the ground and

25    all the blocks were set under it and by each

1    wheel, and then that's all I saw.

2         Q    Did any of the two gentlemen

3    working with the blocks underneath the

4    trailer, did you ever see them go from one

5    corner to adjust that corner and level it,

6    and then maybe go to an opposite corner?

7         A    Yeah, that's what they just did.

8         Q    Okay.

9         A    And that's how they got it even

10   and they got it straight.

11        Q    So they did that with, I guess,

12   the diagonal corners, that was after it was

13   initially blocked up?

14   MS. PETROVICH:

15        Objection to the form of the

16   question.

17   EXAMINATION BY MR. PENA:

18        Q    Is that right?

19        A    It was -- Excuse me.  Yeah,

20   because, you see, they put the blocks under

21   it and on each side, and then they

22   straightened it out.  They leveled it off.

23        Q    And you said you remembered

24   talking with another lawyer on the phone at

25   some point about the trailer?

```
 1        A      Somebody did call me, because at
 2   first, I had forgotten about that call, but
 3   somebody did call me and told me that I
 4   would be -- you know, about the trailer.
 5        Q      Okay.  Just asked you questions?
 6        A      They asked me the questions, and I
 7   said the same thing.
 8        Q      I'm just going to ask you a few
 9   general questions about Chris and his
10   health.  Before Chris -- Before Hurricane
11   Katrina, when Chris was living in New
12   Orleans, was his asthma worse or better than
13   it was after the hurricane when he came back
14   to New Orleans?
15        MR. WATSON:
16              Object to the form.
17        THE WITNESS:
18              It was better.  I mean, he always
19   had it, you know, and it would flare up at
20   times, but after the storm, he was in the
21   hospital more often than he was before.  He
22   would go to the doctor and all of that, you
23   know, but then he had to go to the hospital
24   and get the treatments overnight and things
25   like that.
```

1          At any point that you described

2     for us on Exhibit 5 while you watched the

3     trailer, at any point was the trailer, when

4     you observed them installing the blocks

5     under it, at any point was one whole side

6     lifted up on the other side where the wheels

7     were off in a tilted direction?

8          A     I'm not understanding what you're

9     saying.

10          Q     Okay.  Let me ask it a different

11     way.  You clearly said it, I think, about

12     three times that they started installing the

13     blocks where "X" is, correct?

14          A     Uh-huh (affirmative response).

15          Q     And then they installed it where

16     "Y" is, correct?

17          A     Uh-huh (affirmative response).

18          Q     So they didn't go -- And when you

19     said they started on one side and then went

20     to the other, you didn't mean that they

21     lifted one whole side --

22          MR. PENA:

23               Objection, form.

24     EXAMINATION BY MS. PETROVICH:

25          Q     -- and then lifted the whole other

```
 1   side?  You meant that they worked on one

 2   side, then they would work on the other,

 3   correct?

 4        A    Yeah, like --

 5   MR. PENA:

 6            Objection, form.

 7   THE WITNESS:

 8            Like this (indicating).

 9   EXAMINATION BY MS. PETROVICH:

10        Q    In a diagonal way?

11        A    Yeah, they raised it.  From what I

12   could see, they raised it.

13        Q    Sure.

14        A    And they put the blocks under here

15   (indicating) and went up like that

16   (indicating), and then the wheels, and then

17   they went and they did it on the other side,

18   and then they came and they fixed up this

19   side and that side (indicating).  That's

20   what I can remember.

21        Q    Thank you.  And I'm going to move

22   on from this soon.  And you don't know

23   whether there were -- You don't know either

24   way whether there were any other jacks

25   supporting the trailer while they worked
```