


**Freyou, Moore and Associates, Inc.**
*Civil Engineering and Land Surveying*
1833 East Main Street
New Iberia, LA  70560
(337) 365-9535
FAX (337) 367-8131

Simon J. Freyou, P.E., P.L.S.(Ret.)
C. David Moore, P.E., P.L.S.
L. Chandler Staples, P.E.

# CHARLES DAVID MOORE

### EDUCATION
*1978 - 1982*   University of Kentucky
B.S. Civil Engineering 1982

### PROFESSIONAL REGISTRATIONS
Louisiana Professional Engineer (Civil), No. 24627
Louisiana Professional Land Surveyor, No. 4775

### PROFESSIONAL MEMBERSHIPS
American Society of Civil Engineers
Louisiana Society of Professional Surveyors

### PROFESSIONAL EXPERIENCE
*October    1990    -*
*Present*
Freyou, Moore and Associates, Inc. /
Simon J. Freyou and Associates, Inc.
New Iberia, Louisiana
- Project Engineer and Survey Manager for various Civil Engineering and Land Surveying Projects
  o  Cameron Iron Works – Property expansion projects including High Bay building, load out facility, and industrial yard. Total projects exceed $10M.
  o  SugArena - $2.3M multi-use facility/agricultural arena and $675K expansion for the Iberia Parish Government
  o  Quail Tools – Pipe Yard Paving, Warehouse expansion, Pipe Cleaning and Inspection Buildings, and Corporate Office Construction. Total projects exceed $4M.
  o  Iberia Parish School Board – Surveying and Civil Engineering for Westgate High School, Loreauville High School, Delcambre High School, Pesson Elementary School, Magnolia Elementary, Jefferson Island Road Elementary, North Lewis Elementary, Park Elementary and others.
  o  Sewer District No. 1 of Iberia Parish – Sewer collection and treatment systems
  o  McIlhenny Company – Potable water distribution systems, warehouse design and construction, sewerage collection and treatment systems, long term elevation monitoring.
  o  Iberia Parish Airport Authority – Airplane hanger design and construction, runway modifications, survey documentation for

ALX-EXP-49-000001



EXHIBIT "D"

**Charles David Moore**
Page 2 of 3

- airport management
  - Hurricane clean-up operations for Parish after Hurricanes Andrew and Lili for Iberia Parish Government
  - Landfill permitting and monitoring for Iberia Parish Government, City of New Iberia, and private companies.
  - Morton Salt – Survey services for mining operations
- Subdivision designs for Terrell Court, Oak Manor, Palmland, Blue Haven Phase III, and others in Iberia Parish.
- Structural inspection for residential and commercial properties
- Forensic work in auto accidents, slip and fall cases, drainage analysis, storm damage, and boundary disputes, including expert witness testimony.
  - Robert Burke Jr vs. Blanchet Properties of Acadiana et al., 15th Judicial District Court, November 2000 (slip and fall)
  - Travis W. Johnson vs. Eddie's BBQ, 9th Judicial District Court, September 2001 (slip and fall)
  - Lafayette City-Parish Consolidated Government vs. Charles N. Wooten, Sr. and Helen Dolores Stelly Wooten, 15th Judicial District Court, October 2002 (drainage analysis)
  - Marjorie deBlanc Hebert vs. Elizabeth Dupree Delcambre and Willie Delcambre, 16th Judicial District Court, August 2002 (boundary dispute)
  - Cathy Joseph vs. Saturn Construction Co., Inc., 16th Judicial District Court, October 2006 (construction damages)
  - Prent & Molly Kallenberger vs. Wembley Investments, LLC, 15th Judicial District Court, September 2008 (construction damages)
  - Dorsey, Duaine-et al. vs. Iberia Parish Government-et al., 16th Judicial District Court, June 2009 (sewerage system back-up)
- Continuing Education courses and seminars attended each year in topics including building codes, drainage design, building materials and techniques, and surveying boundary standards and laws.
- Became Partner in firm in January 2002, Owner of firm in January 2004.

*January 1986 – September 1990*   American Oilfield Divers, Inc.
Lafayette, Louisiana
- Project Engineer/IT Manager
  - Supervised IT management systems, including invoicing, accounting, sales, and operations data.
  - Developed diving structural inspection program for offshore platforms, pipelines, and mobile drilling vessels.

ALX-EXP-49-000002

**Charles David Moore**
Page 3 of 3

- - - 
  - Project Manager for Mobil Platform inspection program for Gulf of Mexico (20+ platforms)
  - Project Manager for Chevron platform abandonment Eastern Gulf (Platform plus satellite structures)
  - Project Manager for Texaco platform inspection for barge/platform collisions.
- Coordinated in-house construction projects, including dive tank construction, yard expansion, office construction, and computer installations.

*June 1982* – Exxon Company USA
*January 1986* Lafayette, Loiuisiana
- Project Engineer-Offshore Operations District
  - Daily Operations surveillance for Vermilion area (3 primary platforms – backup engineer for 7 other platforms)
  - Developed computerized monitoring program for key operations data
  - Designed booster pump station for pipeline transfer pumps +/- $250k.
  - Coordinated temporary well testing equipment during drilling program
  - District on-site representative for installation/construction of new platform, Vermilion 330, in +/-200' water depth.
  - Coordinated moth-balling operation for new platform, Ship Shoal 322, in +/- 300' water depth.
- Member of Special Task Force team to study District spare parts inventory and warehouse requirements
- Coordinated Special Task Force study of District Chemical usage.
- Attended Training schools
  - Oil and Gas Facilities (Exxon 2-week school)
  - Instrumentation and Controls (Exxon 1-week school)
  - Instrumentation and Controls (John H. Carter 2-day seminar)
  - Facilities Engineering Economics (Exxon 1-week school)
  - Fire Fighting (Exxon 2-day school)

ALX-EXP-49-000003