

FEDERAL EMERGENCY MANAGEMENT AGENCY

# PROPERTY TRANSFER REPORT

DATE: 2005-09-01

REPORT NUMBER: MOB-FTGILL-05-0983-- Transfer

FROM / TO

RELEASING OFFICE NAME AND ADDRESS:
MOB-FTGILL MOB CENTER, FORT GILLEM, GA
4552 NORTH 2ND STREET
FORT GILLEM
FOREST PARK, GA 30297

RECEIVING OFFICE NAME AND ADDRESS:
UNKNOWN SITE

CUSTODIAN: MITCHELL H. RICHARDSON

CONSIGNEE: [signature]

TERMS OR AUTHORITY OF TRANSFER:
PROPERTY IS TRANSFERRED TO SUPPORT HURRICANE KATRINA OPERATIONS (EMERGENCY HOUSING). IAW FEMA MANUAL 6150.1 PERSONAL PROPERTY MANAGEMENT PROGRAM. TASKER # LRC-KATRINA-________

| LINE ITEM | DESCRIPTION OF PROPERTY | QUANTITY | UNIT VALUE | TOTAL VALUE |
|---|---|---|---|---|
| 1 | TRAILER,TRAVEL,2005<br>CAVALIER 2005<br>SER #: 1NL1GTR2551021783<br>BARCODE ID: 1041407 | 1 | 12,386.00 | 12,386.00 |
| 2 | TRANSPONDER,SATELITE,<br>3989 AAX TRACKER<br>SER #: 1849<br>BARCODE ID: 1100698 | 1 | 450.00 | 450.00 |
| | Total of 2 Items | | TOTAL | 12,836.00 |

SHIPPING INSTRUCTIONS:
PLEASE SIGN AND RETURN VIA FAX 404-469-7988 TO MITCH RICHARDSON.

FAXED 10/25/05 No Driver Damage

| | SIGNATURE | TITLE | DATE |
|---|---|---|---|
| APPROVED | JAMES T. BULLARD,JR. | SUPV LOGISTICS MANAGEMENT SPEC, TLC-E | |
| RELEASED | WILLIAM RODRIGUEZ | APO | 2005-09-01 |
| RECEIVED | H. Charles Merritt | | 090705 |

FEMA FORM 61-5

EXHIBIT "F"

FEMA154-000005

FGC006-000005

FGC006-000005

This shipment may only be diverted by obtaining permission from Rocky Lemons (202-[illegible]) or Fax 1-800-[illegible] OR Bruce Barnett ([illegible]) or Fax 1-800-[illegible]. Diversion WITHOUT the above's APPROVAL MAY result in nonpayment of additional charges.

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL—NOT Negotiable—Domestic**

*THIS STRAIGHT BILL OF LADING IS BEING USED IN LIEU OF HAVING THE GOVERNMENT BILL OF LADING AT TIME OF SHIPMENT AND WILL BE REPLACED AND/OR CONVERTED TO A GOVERNMENT BILL OF LADING FOR BILLING PURPOSES.*

Shipper's # Katrina- 463

Agent's No.

At 1-Sep 2005 from Logistics Center-Atlanta 4882 N 2nd. St. Fort Gillem

Consigned to: Harahan Depot, 2695 N Sherwood Forest, Baton Rouge LA 70814

Destination / Routing: POC: Colonel "Bud" Scott, Phone: 202-404-6834

State of / Zip Code / County of

Delivering Carrier / Vehicle or Car Initial: [illegible] / No. [illegible]

Collect On Delivery $ ______ and remit to: ______ Street ______ City ______ State ______ ZIP

C.O.D. charge to be paid by: Shipper ☐ Consignee ☐

| No. | Description of Articles, Special Marks, and Exceptions | Weight (Sub. to Cor.) (EST) | Class or Rate | Check Column |
|---|---|---|---|---|
| 1 | | | | |
| 2 | 30 FT. Travel Trailer | | | |
| 3 | BC #: 1041407 - 1100698 | | | |
| 4 | VIN #: INL1GTR2551021783 | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| | TOTAL | 0 | | |

FEMA LOGISTIC CENTER ATL Shipper, Per ______ Agent, Per K

Bill of Lading

PRINT Phillip Riley — Phillip Riley 770-625-0566

No Driver Damage [signature] Fema

**ORIGIN and DESTINATION:** If GBL is not available at time of shipment PLEASE complete the following and fax to: [illegible]. Information needed to verify carrier performance and service per "contract" / GBL. THANKS ALG TMR's

ORIGIN: Arrival Date & Time; FEMA LOG OFF / APO Signature: 9/6/05 10:55 pm, Departure Date & Time; Melissa B. Griffin, FEMA LOG OFF / APO Signature

DESTINATION: 09/10/05 0435, Arrival Date & Time; FEMA LOG OFF / APO Signature; Departure Date & Time; FEMA LOG OFF / APO Signature

FGC006-000004

FEMA154-000004

FGC006-000004

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSTALLATION WORK ORDER**

1. SITE CONTROL NO.

2. WORK ORDER NO. LA 091005-044

3. APPLICANT/SITE INFORMATION

NAME (Last, First, Middle Initial): DOW-RIVER-[illegible] NAMIT.

THA NO.

SITE ADDRESS (House No. and Street Name, or Pad No.): 11679 RIVER Rd(HWY 18) 4

DATE WORK ISSUED: 9-10-05

CITY AND STATE: HAHNVILLE, LA

COUNTY: ST. CHARLES

5. SITE TYPE: ☒ Comm. ☐ Group ☐ Private ☐ EGS

6. UNIT TYPE: ☐ MH ☒ TT ☐ Other

7. UNIT NO. 1041407

4. CONTRACT WORK ORDER INFORMATION

CONTRACTOR: FLUOR

INSPECTOR

ISSUED BY: [signature]

DATE SCH. COMPL.

8. INSTALLATION

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☒ | Basic Setup | Each | | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☐ | Power Pole and Meter Loop ________ AMP | Each | | | |
| ☐ | Additional Towing Outside ________ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Wellwater Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of ________ AMP Service, Over 80' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | | | | | |
| ☐ | | | | | |

WORK ORDER TOTAL:

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|
| | | | |

FEMA Form 90-35, JUL 05

FEMA154-000008

FGC006-000008

FGC006-000008

225-272-5164

3/C 10/14/07

S

Coulter

U.S. Department of Homeland Security
Federal Emergency Management Agency
UNIT INSTALLATION WORK ORDER

| 1. Site Control No. | 2. Work Order No. FDD196 |
|---|---|

3. Applicant/Site Information

Name (Last, First, Middle Initial): Union Carbide/Dow Chemical
THA. No.:
Site Address: 10362 Airline Highway (St. Rose Driving Range)
Date Work Issued: 1/9/06
City and State: St. Rose, LA
County: St. Charles
5. Site Type: ☒ Comm. ☐ Private ☒ Group ☐ EGS

4. Contract Work Order Information

Contractor: Fluor
Inspector:
Issued By:
Date Sch. Compl.:
6. Unit Type: ☐ MH ☒ TT ☐ Other
7. Unit No.

8. Installation

| Item No | Items to Furnish and Install | Unit | Quantity | Unit $ | Total $ |
|---|---|---|---|---|---|
| ☐ | Basic Setup | Each | | | $ 0.00 |
| ☐ | 4" Sewer Line, Buried | Foot | | | $ 0.00 |
| ☐ | 6" Sewer Line, Buried | Foot | | | $ 0.00 |
| ☐ | 8" Sewer Line, Buried | Foot | | | $ 0.00 |
| ☐ | Municipal Sewer | Actual | | | $ 0.00 |
| ☐ | ¾" Water Line Extension, Buried | Foot | | | $ 0.00 |
| ☐ | 2" Water Line Extension, Buried | Foot | | | $ 0.00 |
| ☐ | Municipal Water | Actual | | | $ 0.00 |
| ☐ | Power Pole and Meter Loop ___ AMP | Each | | | $ 0.00 |
| ☐ | Additional Towing Outside ___ Mile Radius | Mile | | | $ 0.00 |
| ☐ | Heavy Equipment to Spot | Each | | | $ 0.00 |
| ☐ | Winterize Water Line Installation | Foot | | | $ 0.00 |
| ☐ | Direct Wiring of ___ AMP Service, over 50' | Foot | | | $ 0.00 |
| ☐ | Direct Wiring of Well Pump | Each | | | $ 0.00 |
| ☐ | 30 AMP Well Pump Switch | Each | | | $ 0.00 |
| ☐ | Ramp (Per Entrance) | Each | | | $ 0.00 |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | $ 0.00 |
| ☐ | Natural Gas Hookup | Foot | | | $ 0.00 |
| ☐ | Gas Line Extension, Underground | Each | | | $ 0.00 |
| ☐ | Skirting | Each | | | $ 0.00 |
| ☐ | Permits | Actual | | | $ 0.00 |
| ☐ | Steps (Per Entrance) | Each | | | $ 0.00 |
| ☐ | Haul and Drop | Each | | | $ 0.00 |
| ☒ | Deactivate | Each | 54.00 | | $ 0.00 |
| | | | | Work Order Total: | $ 0.00 |

vin# 1NL1GTR2551021783

4:19 PM

9. Plot Plan/Directions/Comments:
Site Contact: Marty Owens 985-783-5817 or 985-783-4668 or 504-722-2620

----------please see attached list of VINs---------- MIKE CHANEY 225-344-6525 LA. DL 3548763 LA. TAG [illegible]

PSSF

CH2MHILL

10. Certification and Signatures — The items described work has been completed, inspected and complies with contract specifications.

| Signature of Inspector | Date | Signature of Contractor | Date |
|---|---|---|---|
| | | | |

FEMA Form 90-26, Jul 05

FEMA154-000007

FGC006-000007

FGC006-000007

# TRANSFER OF CUSTODY

2 of 3

| Name: Dow Chemical | Contact Person: Marty Owens |
|---|---|
| Location: | Phone #: |
| Address: | No. Units Needed: |
| City/State: ST. Rose LA | No. Units Delivered: |

| Unit Number | | Unit number | |
|---|---|---|---|
| 145479 | ✓ | 4YDT295266A223205 | |
| 681363 | ✓ | 1CD1D322454283971 | |
| 1NL1GTR2610073395 | ✓ | 1PAT642266P005933 | |
| 681153 | ✓ | 1UJBJ02R151EL1274 | |
| 1039703 | ✓ | 1SABS02P331DU1627 | |
| 681368 | ✓ | 1UJBJ02P251JN0497 | |
| 681175 | ✓ | 1057463 | |
| 1041407 | ✓ | 060310483070107156674 | |
| 681140 | ✓ | 1160072 | |
| 1NL1GTR2561015501 | ✓ | 1160074 | |
| 1155040 | | 1CC1B262355339343 | |
| 1155044 | | 1160079 ✓ | |
| 47CTD9N265M419548 | | 4YDT2562X5N122742 | |
| 1155052 | | 1160008 | |
| 1UJBJ02N951EF3015 | | 1NL1GTM2851071679 | |
| 1155041 | | 1160077 | |
| 1155050 ✓ | | 060310482970107156843 | |
| 1155037 | | 1160087 | |
| 1155053 | | 1160131 | |
| 1155043 | | 47CTBAP235L114730 | |
| 1155047 | | 4K01A1F246C156694 | |
| 4X4TSMC206R394125 | | 4YDT[illegible] | |
| Signature [signature] Owens | | Date 10/11/05 | |

FL-FCA-004635