# FEDERAL EMERGENCY MANAGEMENT AGENCY
## UNIT INSPECTION REPORT

| BARCODE NO. 1041407 | 1. MH SERIAL NO. / TT VIN NO. INL1GTR2551021783 |
|---|---|
| ARRIVAL TIME | DATE 1/14/06 | ORIGIN |

| 2. TYPE OF INSPECTION | | | 3. TYPE OF UNIT | 4. APPLIANCES | | | 5. UNIT INFORMATION |
|---|---|---|---|---|---|---|---|

**2. TYPE OF INSPECTION**

| | Dispatch | Recert |
|---|---|---|
| Vendor | ☐ | ☐ |
| Staging | ☑ | ☐ |
| Site | ☐ | ☐ |
| RFO | ☐ | ☐ |
| Move In | ☐ | ☐ |
| Move Out | ☐ | ☐ |

**3. TYPE OF UNIT** — Check as many as apply

- ☐ Mobile Home
- ☐ Travel Trailer
- ☐ Park Model
- ☑ FEMA Owned
- ☐ FEMA Leased
- ☐ Slide Out
- ☐ ADA Compliant
- ☐ ADA Compatible

**4. APPLIANCES**

| Type | Manufacturer | Model |
|---|---|---|
| Furnace | — | |
| Water Heater | 045008327 | |
| Washer/Dryer | NA | |
| Range | 1062 9702 EV | |
| Refrigerator | ZG 750392 | |
| Microwave | 470A 12566 | |
| TV/DVD | NA | |
| Stereo | NA | |

**5. UNIT INFORMATION**

| a. Manufacturer | Gulf Stream |
|---|---|
| b. Vendor | |
| c. Model | |
| d. Year | 2005 |
| e. Size | 32 |
| f. Sleeping Capacity | 4 |

**6. INSPECTING**  ☐ Staging Area  ☐ Site

**7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**   N = New   G = Good   P = Poor   D = Damaged   M = Missing

| FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | Condition | | **First Bedroom** | Condition | | **Bathroom** | Condition | |
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs (8 for 3 BR) | | N | Mirror | | P | Tub/Shower | | N |
| Range | | N | Cabinet Storage | | N | Toilet | | N |
| Range Hood & Vent Fan | | N | Curtains & Rods | | N | Medicine Cabinet | | N |
| Refrigerator | | N | Light Fixture | | N | Mirror | | N |
| Curtains & Rods | | N | **Second Bedroom** | | | Curtains & Rods | | N |
| Cabinets | | N | Double Bed, Complete | | N | Light Fixture | | N |
| Sink | | N | Mirror | | N | **Exterior Condition** | | |
| Light Fixture | | N | Cabinet Storage | | N | Water Heater | | N |
| Fire Extinguisher | | N 85 | Curtains & Rods | | N | Doors | | N |
| **Living Room** | | | Light Fixture | | N | 7 Keys per Door | 2 | Keys |
| Couch | | N | **Third Bedroom** | | | Windows | | N |
| Arm Chair | | N | Double Bed, Complete | | N | Screens | | N |
| End Table | | N | Mirror | | N | Front/Rear Panels | | N |
| Coffee Table | | N | Cabinet Storage | | N | Left/Right Side Panels | | N |
| Curtains & Rods | | N | Curtains & Rods | | N | Battery (For Slide Out Unit Only) | | Yes |
| Light Fixture | | N | Light Fixture | | N | Propane Tanks | | Yes |
| Surround Sound Speaker | | N | **Interior Condition** | | | Awning | | |
| **Hall** | | | Floor Covering | | N | Roof & Vents | | closed |
| Furnace | | N | Wall Panels | | N | Towing Hitch | | N |
| Smoke Detectors | | Yes | Floor Panels | | N | Axles & Springs | | N |
| Light Fixture | | N | Ceiling Panels | | N | Wheels & Tires | | N |

**8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW:**

| RIGHT SIDE | LEFT SIDE | FRONT | REAR |
|---|---|---|---|

**9. COMMENTS** (if more space is needed, see attached sheet)

Need Starter Kit
Vell in Bedroom

**10. DRIVER DAMAGE**  ☐ Yes   ☐ No
INSPECTOR INITIAL ___   DRIVER INITIAL ___

| 11. READY FOR OCCUPANCY CERTIFICATION | Contract W.O. No. | Inspector Signature A. Baker | DATE |
|---|---|---|---|
| 12. OCCUPANT NAME | | ADDRESS P25 | THA No |

**13. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:**

| NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep) |
|---|---|---|
| Receipt To/From (Print) Six Flags | A. Baker 1/14/06 | |
| Dispatch To/From (Print) Loren Lemieux | P25 | |
| Receipt To/From Site (Print) Loren Lemieux 2/17/06 | | |
| OCCUPANT SIGNATURE (Move In or Move Out) | DATE | FEMA REP. SIGNATURE | DATE |

DR1539 FORM 90-13 (TEST) JANUARY 05

**EXHIBIT "G"**

FL-FCA-004614