## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### INTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **ACCESSORIES ASSEMBLED AND ARRANGED FOR USE. GENERAL INSPECTION** | | | |
| FIRE EXTINGUISHER HUNG AND CHARGED | ✓ | yes | |
| WINDOW CLIPS, TRAVEL BLOCKING, PROTECTIVE TAPE AND PACKING DEBRIS REMOVED | ✓ | removed | |
| MOUNTING AND CLEANLINESS OF STORM WINDOW PANELS | ✓ | yes | |
| SCREENS INSTALLED ON WINDOWS THAT OPEN | ✓ | yes | |
| CURTAINS/MINI-BLINDS INSTALLED AND FUNCTION | ✓ | yes | |
| CABINET DOOR PANELS AND KNOCKOUT PANELS INSTALLED | ✓ | yes | |
| DRAWERS INSTALLED AND FUNCTION | ✓ | yes | |
| CABINETS, DOORS, AND DRAWER HANDLES INSTALLED AND FUNCTION | ✓ | yes | |
| FLOORS, COUNTERS, KITCHEN EQUIPMENT, BATH FIXTURES, AND WINDOWS ARE CLEAN | ✓ | yes | |
| ALL DOORS FUNCTION PROPERLY | ✓ | yes | |
| MOULDING AND/OR PANELS INSTALLED PROPERLY | ✓ | yes | |
| **INTERIOR UTILITY SYSTEMS** | | | |
| INTERIOR WATER SYSTEMS CHECKED FOR LEAKS AT SUPPLY LINES, DRAIN LINES, AND PLUMBING CONNECTION POINTS | ✓ | no leaks | |
| FAUCET SETS, BALL COCKS, AND SHOWER DIVERTERS OPERATE | ✓ | yes | |
| HOT/COLD LINES CONNECTED CORRECTLY | ✓ | correct | |
| TOILET SEAL INTACT | ✓ | yes | |
| INTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | yes | |
| EXTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | yes | |
| ALL ELECTRICAL CIRCUITS, BREAKERS AND SWITCHES FUNCTION PROPERLY | ✓ | OK | |
| NO EVIDENCE OF LOOSE OR CORRODED ELECTRICAL CONNECTIONS | ✓ | OK | |
| **APPLIANCES AND APPERTENANCES** | | | |
| CHECK THE REFRIGERATOR, RANGE/OVEN, MICROWAVE OVEN, FURNACE, AIR CONDITIONER, AND WATER HEATER OPERATE PROPERLY | ✓ | All OK | |
| PILOTS AND RANGE BURNERS ADJUSTED PROPERLY | ✓ | OK | |
| SMOKE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| CARBON MONOXIDE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| LP DETECTORS INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| KITCHEN AND BATHROOM FANS OPERATE PROPERLY | ✓ | OK | |

**REMARKS:**

---

CLIENT NAME/ADDRESS/PHONE #: Alana Alexandra 4415 Dale St. New Orleans, LA 70126

UDT/WORK ORDER NUMBER: 1603-001-061241-Inp       SITE CONTROL NUMBER: SC-03-077802

TRAILER VIN: 1NL1G1R255n21783       BAR CODE NUMBER: 1041407

CONTRACTOR QC: Daryl Lemieux (PRINT NAME)       QA INSPECTOR: Raul Medina (PRINT NAME)

SIGNATURE: Daryl Lem   DATE: 2-17-06       SIGNATURE: [signed]   DATE: 2-17-06

EXHIBIT "H"

FL-FCA-004615

# READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

## EXTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **BLOCKING AND LEVELING** | | | |
| AREA CLEAN FOR BLOCK PLACEMENT | | yes | |
| FOOTINGS/PIER PADS | | yes | |
| SIX CONCRETE PIERS MINIMUM | | yes | |
| PIERS EVENLY SPACED, END PIERS APP. 6" OFF THE EDGE OF THE UNIT | | yes | |
| 4" CAP BLOCK LAYER, TOP AND BOTTOM | | yes | |
| SHIMS, MINIMUM 3 | | yes | |
| BLOCKING TIMBER AND SHIMS PERPENDICULAR TO I-BEAM | | yes | |
| ALL PIERS CORRECT | | correct | |
| **ANCHORS AND STRAPPING** | | | |
| ANCHOR INSTALLED CORRECTLY | | yes | |
| REQUIRED STRAPS | | yes | |
| SPACING OF ANCHORS | | yes | |
| STRAP SECUREMENT | | yes | |
| **SEWER LINE INSTALLATION** | | | |
| CLEAN-OUT FITTINGS INSTALLED | | yes | |
| VERIFY CORRECT P-TRAP AND VENT INSTALLATION | | yes | |
| HEAT TRACE AND INSULATION ON P-TRAP | | yes | |
| INSIDE PIPE DIAMETER MINIMUM OF 3" | | yes | |
| PIPE GRADE (SLOPE) 1% MAXIMUM 1/8" PER FOOT) | | yes | |
| HANGING STRAPS SPACED AT 4' MAXIMUM | | yes | |
| SEALED CONNECTION TO SEWER PIPE | | yes | |
| PVC SCHEDULE 40 PIPE | | yes | |
| SEWER TAP CORRECT WHEN CONNECTING TO MUNICIPAL SYSTEMS | | correct | |
| SEWER LINE TESTED FOR LEAKS | | no leaks | |
| **WATER LINE** | | | |
| APPROVED WATER HOSE RATED FOR POTABLE WATER | | yes | |
| CUT-OFF VALVE AT POINT OF CONNECTION AND ANTI-SIPHON INSTALLED | | yes | |
| HEAT TRACE AND INSULATION ON WATER HOSE | | yes | Insulate |
| PVC WATER SUPPLY LINE BURIED | | N/A | |
| WATER PRESSURE ACCEPTABLE | | yes | |
| WATER PRESS. REDUCING DEVICE USED IF SUPPLY PRESS IS TOO HIGH | | yes | |
| SERVICE LINE TESTED | | yes | test |
| **DIRECT WIRING** | | | |
| VERIFY #2 OR 1/0 THW WIRING | | Copper | #2 |
| UNDERGROUND RATING 100 OR 200 AMPS | | Correct | 100 |
| MAIN BREAKER SIZE | | Correct | 30 |
| APPROPRIATE AMP 30 OR 50 | | Correct | 30 |
| WEATHERPROOF RECEPTACLE AND BREAKER BOX | | yes | |
| CONDUIT BURIED AT LEAST 18" | | N/A | |
| SWEEPS INSTALLED AT JUNCTION BOX AND METER LOOP | | N/A | |
| JUNCTION BOX MOUNTED ON 4"x4" TREATED LUMBER POST | | yes | |
| BOTTOM OF JUNCTION BOX MINIMUM 18" FROM GROUND | | yes | 48" |
| **MISCELLANEOUS** | | | |
| BOTH PROPANE TANKS FULL | | yes | Full |
| ARE ADDITIONAL STEPS, PLATFORM, OR RAMPS INSTALLED? | | yes | metal |
| IS THE BATTERY INSTALLED? | | yes | |

REMARKS: Add temp pole SM

CONTRACTOR QC: Don Lemieux (PRINT NAME)
SIGNATURE: [signed]   DATE: 2-12-06

QA INSPECTOR: Raul Medina (PRINT NAME)
SIGNATURE: [signed]   DATE: 2-12-06

FL-FCA-004616