# David Moore

| | |
|---|---|
| **From:** | Jennifer H. Porter [alexmallet@cox.net] |
| **Sent:** | Friday, May 15, 2009 10:31 AM |
| **To:** | David Moore |
| **Subject:** | FEMA Trailers |
| **Attachments:** | Final Expert Report (15).pdf |

Please see attached report Mr. Mallet mentioned from Stephen Mullet.

Jennifer H. Porter
Office Assistant
First General Services of the South Inc.
337-988-3556
337-988-1264 (fax)
P.O Box 80857
Lafayette, LA 70598-0857

This e-mail transmission (and/or documents accompanying it) is intended only for the individual(s) or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, copying or the taking of any action in the reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately, and delete the e-mail and the accompanying documents, if any, without saving. Thank you.



EXHIBIT "I"

5/15/2009

## AFFIDAVIT OF STEPHEN MULLET CONCERNING
## IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**STATE OF TEXAS**
**COUNTY OF COLLIN**

**BEFORE ME**, the undersigned authority personally came and appeared:

### STEPHEN MULLET

who, after being duly sworn by me, did depose and say that the information contained in the attached report is true and accurate to the best of his knowledge.

_____
STEPHEN MULLET

Sworn to and subscribed
before me, this 20 day of
August, 2008.

_____  #_____
NOTARY PUBLIC

My commission expires 12-20-2011


AMANDA GILLARD
NOTARY PUBLIC
STATE OF TEXAS
MY COMMISSION EXPIRES 12-20-2011

# AAA RV PRO

INVESTIGATIONS AND SERVICE
PO BOX 1283, ANNA, TX 75409
(972) 924-2218 - VOICE
(972) 924-2237 - FAX

# EXPERT OPINION ON THE MANUFACTURING OF TRAVEL TRAILERS

# STEPHEN MULLET
# AUGUST 20, 2008

## INTRODUCTION

My name is Stephen Mullet and I was retained by the Plaintiffs' Steering Committee in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation* to explain the process of manufacturing a travel trailer. This report is based upon my professional background and thirty-six-years of recreational vehicle manufacturing and service experience in manufacturer's warranty repairs and non-warranty repairs. My experience in the recreational vehicle industry dates back to 1972 and includes work in the following positions: Production Supervisor, Quality Control Technician, Service Technician, Service Department Manager, Sales Manager, Parts Department Manager, Fleet Department Manager, Dealership General Manager, Manufacturing Plant Manager, RV Service Company Owner, and RV Consulting Company Owner.

I have a high level of knowledge and considerable expertise working with various brands, models and types of recreational vehicles that are found in the industry today. My manufacturing experience was all related to recreational vehicles that are towed behind another vehicle, commonly called travel trailers and 5th wheel travel trailers. Therefore, this report refers to my experience in manufacturing these two types of trailers. The term "travel trailer" will be used to refer to both.

## REPORT TOPICS

This report will address: 1) the manufacturing procedure for travel trailers; 2) flexing of travel trailer frames; 3) raising travel trailers off of their wheels and resting the corners on blocks or other forms of "piers"; and 4) the usage of stabilizer jacks with travel trailers.

## TRAVEL TRAILER DESIGN AND MANUFACTURING

The trailer assembly procedure may differ slightly between manufacturers. The slight differences in the assembly procedure are influenced by such things as: product options, type of materials used, trailer sizes, physical size of the assembly line, number of daily units produced and number of assembly line workers.

# AAA RV PRO

INVESTIGATIONS AND SERVICE
PO BOX 1283, ANNA, TX 75409
(972) 924-2218 - VOICE
(972) 924-2237 - FAX

**EXPERT OPINION ON THE MANUFACTURING OF TRAVEL TRAILERS**

**STEPHEN MULLET
AUGUST 20, 2008**

## Step 1. Travel Trailer Frame

Production begins when the steel frame is brought to the number 1 station or to the beginning of the assembly line. The steel frames are usually painted black and constructed by an outside vendor. The manufacturer has input into the frame specification and construction. The first station usually completes any frame preparation and installs such things as: the main Liquefied Petroleum Gas (LPG) line, the brake wiring, any other frame wiring, entrance door step, the trailer axles, tires, and wheels. An LPG line is a gas line for appliances made of a steel pipe.

## Step 2. Floor Installation

The next step is to install the wood floor structural studding and decking to the steel frame. The wood floor is usually constructed on a jig or table. Floor construction usually falls into 2 categories: 1) a laminated floor or 2) a stick construction floor.

### A. Laminated Floors

A laminated floor is usually constructed with oriented strand board (OSB) or plywood and is secured with a type of adhesive and/or vacuum bonded to some type of wood studding or aluminum tubing with foam insulation between the framing. Usually a 1/8 inch luan paneling is attached to cover the foam insulation. To prevent water exposure to the luan paneling a water repellant membrane is usually secured with an adhesive to the luan paneling in the lamination process. The water repellant material is usually not installed to the luan paneling of the underside of the trailer floor if the steel frame is enclosed. A water repellant membrane is never added to the interior floor of the trailer, it is usually covered by carpet, vinyl or ceramic flooring. The lamination vacuum bonded process uses various types of adhesives to secure the different materials together.

### B. Stick Floors

A stick floor construction is usually assembled by securing the OSB or plywood to the wood or aluminum studding tubing with staples or screws. Usually a pink fiberglass blanket insulation is installed between the studding and the OSB or

# AAA RV PRO

INVESTIGATIONS AND SERVICE
PO BOX 1283, ANNA, TX 75409
(972) 924-2218 - VOICE
(972) 924-2237 - FAX

**EXPERT OPINION ON THE MANUFACTURING OF TRAVEL TRAILERS**

**STEPHEN MULLET**
**AUGUST 20, 2008**

plywood. Some type of material (aluminum, tar paper or other available material) is used to hold the insulation in place. A water repellant membrane is stapled to the wood floor framing. The water repellant material is usually not installed to the luan paneling of the underside of the trailer floor if the steel frame is enclosed. A water repellant membrane is never added to the interior floor of the trailer, it is usually covered by carpet, vinyl or ceramic flooring.

OSB is constructed with wood chips and some type of adhesive to form a panel such as a sheet ½ inch x 4 feet x 8 feet or to the manufacturer's requested specifications. Plywood is constructed with layers of wood glued together to form a sheet of wood such as 5/8 inch x 4 feet x 8 feet. Luan is thinner layers of wood glued together with adhesive. One side of luan normally contains a vinyl or paper decorative material covering. Luan, plywood, and OSB materials are usually purchased from an outside vendor.

### Step 3. Installations After Floor Decking is Complete

Upon completion of the wood floor decking and wood structure, the floor is placed on the steel frame and secured with nuts and bolts. After the wood floor is attached to the steel frame a number of processes happen. First, the floor vinyl is installed in all visible closet, cabinet and other floor areas where there is no carpet. Second, the waste holding tanks and tank outlet plumbing are installed to the bottom side of the wood floor. Third, the trailer's interior plumbing, interior fresh water, grey water and black water lines are installed in conjunction with the cabinets being secured to the wood floor decking. The cabinets are assembled prior to securing them in the vehicle.

The waste water lines, sewage lines and waste tanks are constructed with ABS plastic material. The waste tanks and pipe fittings are secured with ABS cement.

Entry level travel trailer cabinets and closets are usually constructed with luan paneling and ¾ inch framing. Interior doors and drawer fronts are usually chip board material and usually covered with a vinyl. Entry level travel trailer cabinets, closet doors and other inside doors are usually constructed with small wood particles and assembled with adhesive to create chip wood material. The vinyl is attached with an adhesive.

**AAA RV PRO**

INVESTIGATIONS AND SERVICE
PO BOX 1283, ANNA, TX 75409
(972) 924-2218 - VOICE
(972) 924-2237 - FAX

**EXPERT OPINION ON THE MANUFACTURING OF TRAVEL TRAILERS**

**STEPHEN MULLET**
**AUGUST 20, 2008**

### Step 4. Sidewalls

After the floor installation is completed the sidewalls are secured to the travel trailer floor. Most of the sidewall construction falls into two categories: 1) laminated sidewalls or 2) stick construction sidewalls.

### A. Laminated Sidewalls

A laminated sidewall is usually constructed with a thin sheet of fiberglass (exterior surface) secured with some type of adhesive to an approximately 1/8 inch thick luan paneling surface. The sidewall is usually assembled by attaching the exterior fiberglass and luan paneling on the exterior of the pre-constructed aluminum framing structure and foam insulation between the aluminum framing structure. The luan panel is laminated to the opposite side of the aluminum framing structure to provide the interior wall cover. Usually, all electrical wires in the sidewalls are installed in the sidewall construction process. This process is commonly done with various types of adhesives in the vacuum bonded process. Aluminum tubing is usually utilized rather than wood because aluminum is lighter than wood. The luan paneling is assembled with sheets of wood and secured with an adhesive. One side of the sidewall is covered with a vinyl or paper material simulating different wood patterns secured to the luan panel with an adhesive and the other side is raw wood. Therefore, if there are any leaks, the raw wood side and edges are susceptible to rain water absorption and disintegration.

### B. Stick Sidewall

A stick sidewall construction is comprised of sidewall wood framing and paneling stapled to the wood structural framing. Usually the sidewall is insulated with a fiberglass blanket insulation. The exterior skin is usually aluminum material and is secured with staples after the sidewall, roof, front, and rear are secured on the travel trailer. One side of the sidewall is covered with a vinyl or paper material simulating different wood patterns secured to the luan panel with an adhesive and the other side is raw wood. Therefore, if there are any leaks, the raw wood side and edges are susceptible to rain water absorption and disintegration.

### Step 5. Roof Structure, Ceiling and Front and Back Walls

**AAA RV PRO**

INVESTIGATIONS AND SERVICE
PO BOX 1283, ANNA, TX 75409
(972) 924-2218 - VOICE
(972) 924-2237 - FAX

**EXPERT OPINION ON THE MANUFACTURING OF TRAVEL TRAILERS**

**STEPHEN MULLET**
**AUGUST 20, 2008**

---

Upon completion of the sidewall installation, the roof structure and ceiling, and the front and back wall structures' interior panels are attached to the sidewall. The ceiling is either a stick frame ceiling or a laminated ceiling.

### A. Stick Frame Ceiling

The ceiling is usually made of stick framing. There is usually a rubber roof membrane or aluminum skin followed by ¼ inch decking of plywood, followed by the framing and then the aluminum tubing followed by a blanket insulation and then the interior paneling. The interior ceiling is a luan panel with a vinyl cover on one side and the other side is raw wood. Therefore, if there are any leaks, the raw wood side and edges are susceptible to rain water absorption and disintegration.

### B. Laminated Ceiling

The ceiling is usually constructed with an aluminum or rubber roof exterior followed by a ¼ inch decking with an aluminum structural framing in the ceiling and a Styrofoam insulation. The interior ceiling is a luan panel with a vinyl cover on one side and the other side is raw wood. Therefore, if there are any leaks, the raw wood side and edges are susceptible to rain water absorption and disintegration.

## Step 6. Cabinets, Plumbing, Electrical, Aesthetics and Other Components

### A. Cabinets

The next step is securing the cabinets to the roof structure framing and the sidewall structural framing. The cabinets are made of 3/16 inch luan panels tacked onto the frame, which is a cleat. Around the cabinet doors is a regular flat board used for framing. If the travel trailer has carpet it is tacked in place after the cabinets are secured, leaving exposed flooring anywhere else that is not visible.

### B. Plumbing and Electrical

Once the cabinets are secured to the roof structure the plumbing, electrical wiring and electrical components installation is completed.

### C. Aesthetics And Other Components

# AAA RV PRO

INVESTIGATIONS AND SERVICE
PO BOX 1283, ANNA, TX 75409
(972) 924-2218 - VOICE
(972) 924-2237 - FAX

**EXPERT OPINION ON THE MANUFACTURING OF TRAVEL TRAILERS**

**STEPHEN MULLET
AUGUST 20, 2008**

The assembly process continues as follows. Interior cabinet doors, interior wood trim, decorative items, and copper tubing LPG lines from appliances to the main steel LPG line are installed. Most built in seats, such as the dinette seats, are made of 3/8 inch raw plywood covered with a cushion. Shelving found throughout the travel trailer is usually made of luan panels. The beds are usually made of a 1x2 inch frame with plywood placed on top for the mattress to rest on. Usually the drawer fronts throughout the trailer are made of chipboard with vinyl adhered to it. The bottom of the drawers is a luan panel and the sides are made of a light wood. The side table/night stand is also usually made of luan, similar to all other cabinets.

Exterior components such as vents, metal exterior skin installation (if non-laminated sidewalls), decorative molding, compartment doors and entrance doors are installed. The next phase of installation includes door catches, sealing around all exterior openings and components, graphics and warning labels installation, exterior option(s), interior sealing, and interior component option(s). Interior options include the above mentioned furniture and window coverings. The windows are usually covered either with mini blinds or a roll down shade and a very small drape.

The last phase of production is cleaning and final inspection.

## TRAVEL TRAILER FRAME FLEXING AND JACKING

### A. Frame Flexing

A travel trailer that experiences excessive flexing can create additional defects. Travel trailer frame flexing is influenced by vehicle weight, vehicle length, the size of the steel frame beams, the amount of steel framing cross member beams, and axle locations. I am not aware of any company that recommends the wheels be raised off the ground and the trailer set on blocks or supports. The end result of jacking up the travel trailer and resting the trailer main frame ends on some type of blocks or supports under the frame away from the wheel location has negative consequences regarding frame flexion. Raising the travel trailer can create doors that bind, exterior fiberglass and/or aluminum fracturing, compromised structural

| AAA RV PRO | EXPERT OPINION ON THE MANUFACTURING OF TRAVEL TRAILERS |
|---|---|
| INVESTIGATIONS AND SERVICE<br>PO BOX 1283, ANNA, TX 75409<br>(972) 924-2218 - VOICE<br>(972) 924-2237 - FAX | STEPHEN MULLET<br>AUGUST 20, 2008 |

integrity, loosened cabinets, breaking door frames, and could potentially bend the main steel frame beams and sever caulking seals. The consequences of these factors can create visible and/or invisible rain water leakage which can damage the travel trailer's interior walls and ceiling. Rain water damage to the sidewall luan and interior paneling of the trailer is time consuming and expensive to repair. Sidewall adhesive moisture exposure can create a chemical reaction or electrolyses depending on what type of adhesive was used to assemble the sidewall. Electrolyses is when aluminum deterioration occurs.

### B. Jacking

Manual travel trailer stabilizer jacks are designed to stabilize the vehicle to prevent vertical movement when the vehicle is in a parking mode and not to raise the vehicle off of the ground. There are a number of events that occur when a unit is raised off of the ground, such as damaging the jacks, making exterior doors bind when opening and closing, exterior fiberglass skin and aluminum skin fracturing, buckling or loosening from the luan backer, compromising structural integrity, loosening cabinets from the walls, breaking door frames, bending the main steel frame beams, and severing caulking seals. The consequences of these factors can create visible and/or invisible rain water leaks, which can damage the vehicle's ceiling, interior walls and floor. Very frequently water leaks, whether from jacking or other causes, can leak into the ceiling and walls and travel to the floor decking, causing the manufactured wood to disintegrate.

| Stephen Mullet | *Stephen Mullet* | 8/21/2008 |
|---|---|---|
| Print | Signature | Date |

## AAA RV PRO
**"RV CASES – SOLVED!"**
PO Box 1283, Anna, TX 75409

Office: (972) 924-2218
Cell: (214) 704-0392
Fax: (972) 924-2237

# CV FOR STEPHEN MULLET

### EDUCATION

1982, University of Indiana, Bachelor of Science in Business (Major: Management and Administration)

### CERTIFICATIONS & COURSES

Certification: EPA #3095493851827
Certification: LP #12923
Course: NORCOLD® Certified Technical Training for Service and Maintenance
Course: Dometic Product Service Training

### LITIGATION EXPERIENCE

36 Cases
2 State Court Trials (LA, TX)
3 Depositions (CA, TX, NV.)
1 Arbitration (NV.)

### RV INDUSTRY EXPERIENCE

**4/2003-PRESENT, OWNER & CONSULTANT**
**AAA RV PRO – CONSULTING FIRM AND SERVICE COMPANY**

- Consult & investigate service issues for RV manufacturers, insurance companies and individuals
- Perform expert witness work for attorneys – either plaintiff or defendant
- Own and operate a service company repairing warranty and non-warranty product defects on all types and brands of RVs

**9/2002-4/2003, PLANT MANAGER**
**KEYSTONE – MONTANA 5TH WHEEL MANUFACTURER**

- Responsible for the assembly process, implementation of RVIA codes and quality control standards, staffing, and evaluation of warranty claims for production line corrections

**1989-9/2002, OWNER & GENERAL MANAGER**
**QUALITY RV INC. – RV SALES, RENTAL AND SERVICE DEALER**

- Sold new and pre-owned travel trailer and 5th wheel product lines, appraised RV trade - in, rented a fleet of motor homes and travel trailers, repaired warranty and non-warranty service issues and performed customer service, in top 10 for product line sales volume

**1981-1988, SERVICE MANAGER**
**LIBBY'S RV – RV SALES, RENTAL AND SERVICE DEALER**

- Managed service department staff, scheduling, shop output, collections, shop purchases and type of service the shop performed, evaluate equipment needs

**AAA RV PRO**
**"RV CASES – SOLVED!"**
PO Box 1283, Anna, TX 75409

Office: (972) 924-2218
Cell: (214) 704-0392
Fax: (972) 924-2237

**1971-1981, QUALITY CONTROL INSPECTOR & PRODUCTION GROUP LEADER**
**NEWMAR INDUSTRIES – KOUNTRY AIRE TRAVEL TRAILER & 5TH WHEEL MANUFACTURER**

- Organized 20 employees to maximize output and meet quality standards, production goals, and implemented RVIA code compliance in the manufacturing process for multiple product lines

**1970-c. 1971, FIBERGLASS REPAIR TECHNICIAN**
**COREL CORPORATION – RV FIBERGLASS COMPONENT MANUFACTURER**

- In house product repair technician and on-site customer support repair technician

## STEPHEN MULLET

## AAA RV PRO
**INVESTIGATIONS AND SERVICE**
PO BOX 1283, ANNA, TX 75409
(972) 924-2218 - VOICE
(972) 924-2237 - FAX

## Publications

I have produced no relevant publications in the last ten years, 1998-2008.

# AAA RV Pro
P.O. Box 1283
Anna, TX 75409
(972)924-2218
(214)704-0392
aaarvpro@yahoo.com

---

## DEPOSITION & TRIAL TESTOMINOY CLIENT LIST

| Lawyer/Firm: | Bailey Crowe & Kugler LLP<br>D.G. Majors<br>601 Main Street<br>Dallas, Texas 75202-5605<br>(214) 231-0552 |
|---|---|
| Defendant Case | |
| | Peggy Murphy and William Murphy |
| | American RV Mart, Inc. dba American RV & Marine and Coach Corporation dba Holiday Rambler |
| | 327th Judicial District Court for El Paso County, Texas |
| | 2003-2680 |
| | 11/7/2004 to investigate alleged product defects and for deposition |
| | Settled (out of court)  Deposition |
| Defendant Case | |

| Lawyer/Firm: | Dalton Law Firm, LLC<br>Richard C. Dalton<br>110 E. Kaliste Saloom Road #100<br>Lafayette, Louisiana 70508<br>(337) 262-0700 |
|---|---|
| Plaintiff Case | |
| | Bryant Devillier & Tessie Devillier |
| | Forest River Inc. and Gauthies' RV Center Inc |
| | State court |
| | 20034554 DIV: F |
| | 1/15/2005 to investigate alleged product defects and trial |
| | Trial  4/2007 |

# AAA RV Pro

P.O. Box 1283
Anna, TX 75409
(972)924-2218
(214)704-0392
aaarvpro@yahoo.com

---

| Lawyer/Firm: | Dolton Law Firm<br>Craig M. Patrick<br>3333 Lee Parkway<br>Dallas, Texas 75219<br>(214) 665-9545 |
|---|---|
| **Plaintiff Case** | |
| | Antonio R. Liberto and Arzella A. Liberto |
| | Fleetwood Enterprises, Inc. |
| | District Court 216th Judicial District for Kendall County, Texas |
| | 03-160 |
| | 5/26/2006 to investigate alleged product defects, for deposition and trial testimony |
| | Trial |

| Lawyer/Firm: | Chandler, Fox & Fishell<br>Robert Chandler<br>3800 Orange St. Ste. 270<br>Riverside, CA. 92501<br>(951)276-3022 |
|---|---|
| **Plaintiff Case** | |
| | Fabian & Lisa Quintero |
| | Fleetwood Enterprises Inc. |
| | |
| | Superior of California, County of San Bernardino-Rnacho Cucamonga District |
| | RCV 084424 |
| | 2/13/2007 to prepare for a vehicle inspection and deposition |
| | Active |

| Lawyer/Firm: | Amesbury & Schutt<br>Alex Villamar, Esq.<br>1120 Shadow Lane, Suite D<br>Las Vegas, NV.<br>(702) 385-5570 |
|---|---|
| **Plaintiff Case** | |
| | Kenneth Seals |
| | Camping World |
| | Unknown |
| | Unknown |
| | 8/9/2007 investigate vehicle damage, deposition, arbitration |
| | Active |

**AAA RV PRO**
**P.O. Box 1283**
**Anna, TX. 75409**
**(972)924-2218**
aaarvpro@yahoo.com

---

**The following fees and conditions are per-occurrence.**

\*\*\*   $130. An hour for out of town vehicle inspections, conferences depositions, court testimony, court conferences, arbitration, and etc. A 4 hour daily minimum charge for out of town travel vehicle inspections, conferences, depositions, court testimony, court conferences, arbitration, and etc. The 4 hour daily minimum charge does NOT apply while traveling to and from requested destination for out of town services.

\*\*\*   $130. An hour for research as needed, phone conferences, research, analysis, reporting (both written and oral),

\*\*\*   $130. An hour for depositions preparation, court testimony preparation, arbitration preparation.

\*\*\*   Travel cost (Ex. Airfare, taxi, rental car, parking, hotel, etc).

\*\*\*   $50 an hour for driving plus 62 cents a mile if destination is more than 50 miles from the office (for local cases only).

\*\*\*   Local services have a 2 hour minimum

\*\*\*   .12 per copy document reproduction

To secure a date for vehicle inspection, a $650 minimum advance deposit is required to be credited towards traveling expenses and services. Upon completion of an on-site inspection, any unpaid charges and/or the report charge need to be paid in full prior to submitting the report and CD to the client. Up on completion of the Vehicle inspection, I provide a hard copy of the report and CD that contains colored photographs taken of the vehicle's alleged defects at the time of the vehicle inspection for both my attorney client and opposing counsel. The CDs and the hard copies of the report will be sent by US mail to my attorney client.

A retainer based on estimated expenses and service fees is needed prior to securing flight reservations for out of town deposition, arbitration or trial. A retainer for services that don't require travel is based on estimated charges. The retainer dollar amount is determined on a per case bases. The prepaid unused travel expenses would be deducted from the refundable retainer if the appointment was canceled by the client. Note: greater

advance airfare purchases help reduce airfare costs. The size and complexity of the case(s) may influence the retainer amount. The unused retainer is refunded by mail within 5 business days upon completion of requested services.

It is understood that services are as an independent professional consultant and is not contingent upon the results of any legal action, arbitration or settlement; and that costs incurred or time spent on the case is the responsibility of the client unless otherwise specified.