**David Moore**

**From:** Jennifer H. Porter [alexmallet@cox.net]
**Sent:** Wednesday, May 13, 2009 4:01 PM
**To:** David Moore
**Subject:** FEMA RFP for Park Models

Good afternoon Mr. Moore:

Please see below data regarding FEMA Trailers.

Take care,
Jennifer H. Porter
Office Assistant
First General Services of the South Inc.
337-988-3556
337-988-1264 (fax)
P.O Box 80857
Lafayette, LA 70598-0857
This e-mail transmission (and/or documents accompanying it) is intended only for the individual(s) or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, copying or the taking of any action in the reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately, and delete the e-mail and the accompanying documents, if any, without saving. Thank you.

The Preamble to the RFP follows:

"Rugged Manufactured Home
Procurement Specifications
Southern Unit
FEMA\MHITF.DraftRuggedizedMHSpec_08-15-06

EXHIBIT
"J"
tabbies

General

The standard established by this specification shall not be considered restrictive in that the supplier may provide "equal or better" units considering that the competitive price and delivery requirements can be met. These units must meet and comply with all appropriate HUD requirements, regulations, standards, and guidance. This is not a waiver of HUD requirements, regulations, standards, and guidance.

Manufactured homes being procured under this contract are for the purpose of providing temporary housing to disaster victims. Some of these units will be used on a repetitive basis and must be built for multiple uses. These units will be subjected to continuous road travel, multiple installations and deactivations, and various to extreme weather conditions. All furniture and appliances as well as A/C must be provided with the unit or the unit will not be accepted.

Throughout this document the reference of contractor, manufacturer, and vendor refers to the company

awarded the contract. The company the unit is purchased from will be FEMA'S point-of-contact (POC) for all warranties; this includes the actual unit, furnace, water heater, all furnishings, and appliances.

The delivery locations are subject to change due to disaster circumstances or situations associated with disaster and recovery efforts. The primary delivery locations at this time will be Cumberland, MD, Hope, AR, or Selma, AL. Note: AS a remainder the disaster locations are subject to change and the contractor should be prepared to ship the units to the affected disaster area location identified by FEMA. The contractor must have a rep and/or technician there when the units arrive. The first order of units will be needed as soon as possible preferably within 14 days of the contract award.

Quality of Construction

The specifications establish the minimum standards for manufactured home construction and outfitting to meet FEMA contract requirements.
These units are designed for installation in approximately 80% of the Continental United States (CONUS) area. The construction and outfitting standards identify environmental living conditions necessary to provide emergency housing for disaster relief operations.

This specification does not constitute any expressed or implied deviation or waiver of any requirements of the U.S. Department of Housing and Urban Development (HUD) Standards, Regulations, or its amendments or interpretative bulletins thereof. These units must comply with HUD Standards, Regulations, and other appropriate HUD guidance. These units must be built to the most stringent code when considering this specification to HUD Requirements, Regulations and other HUD guidance. All units must comply and meet the HUD approval process.

All units shall emit limited or no detectable levels of formaldehyde.
Once constructed, the unit's formaldehyde emission level shall be less than 0.016 ppm during initial testing period prior to delivery from manufacturing plant. No Luan, MDF, Vinyl Gypsum or products which contain urea-formaldehyde will be allowed. Requests for exceptions will not be approved. An independent third party inspector/method, approved by the Government, WILL certify and present the Federal Emergency Management Agency with a document demonstrating compliance with this level. Testing WILL be conducted for each unit at the manufacturing plant prior to leaving the plant or providers staging yard. If the unit fails to meet the standard, the provider is responsible for any expenses, including retesting, to resolve the issue.

All units to include furnishings and appliances must be new. The manufacturer shall design and construct all units under this contract within a superior grade quality of workmanship. The manufactured homes procured under these specifications shall at a minimum meet the design and construction requirements established in the latest version of Manufactured Housing Construction and Safety Standards (Part 3280) as issued by the U.S. Department of Housing and Urban Development (HUD)."



strance door to the Code (NFPA No. ser 25, 1994]

be installed on the

..113. The Secretary for public comment .emaking.

cal damage which is ile home shall d conduit to provide

**WAIVER**

The Secretary hereby waives the requirement of 3280.808(k) that outdoor or under-chassis line-voltage wiring exposed to moisture or physical damage be protected by a rigid metal conduit if flexible metal conduit, as described in Article 350 of the National Electrical Code is used and if the conductors contained in the conduit are lead covered or otherwise approved for use in wet locations, and if the length of the raceway provided is limited to a maximum of 4 feet. This waiver applies only to wiring used to energize external heating or air-conditioning equipment.

This Interpretative Bulletin is issued pursuant to 24 CFR 3280.1(b) and (c), and 3282.113. The Secretary deems that it would not be in public interest to issue this interpretation for public comment in the Federal Register or otherwise treat this Interpretative Bulletin as rulemaking.

**INTERPRETATIVE BULLETIN I-1-80**
**SUBSTANTIAL BRACE CRITERIA - WAIVER**
**3280.808(a) REFERENCING ARTICLE 370-13**
**OF THE NATIONAL ELECTRICAL CODE**
**[NFPA NO. 70-1975]**

**WAIVER**

The Secretary hereby waives the specific requirements of the National Electrical Code [NFPA No. 70-1975], Article 370-13 that a substantial brace if of wood, shall not be less than nominal one inch thickness and if of metal it shall not be less than No. 24 MSG under certain conditions. This waiver only applies if the "substantial brace" assembly, which includes the brace and the fastening mechanisms to attach the brace to the mobile home structure, shall withstand a force of 50 pounds applied perpendicularly to the surface in which the box is installed at the point(s) where the box is attached to the brace. The performance of the "substantial brace" may be verified either by calculation or load test. If verified by load test, the Ultimate Load Test specified in 24 CFR 3280.401(b) shall be utilized. The requirement that if the brace is metal it shall be corrosion-resistant is still applicable for this waiver.

**INTERPRETATIVE BULLETIN J-1-76**
**TRANSPORTATION - SUBPART J OF PART 3280**

**A. SECTION 3280.903(c)(2) GENERAL REQUIREMENTS FOR DESIGNING THE STRUCTURE TO WITHSTAND TRANSPORTATION, SHOCK AND VIBRATION.**

Documented evidence such a service records or other documents certified to by duly authorized personnel of the manufacturer is acceptable for compliance with this section when failures related to chassis damage (e.g., frame or drawbar damage, running gear failure, etc.) and body failure due to transportation loading do not exceed 1% of the total number of units ("Floors") transported upon that chassis. Latent damage failures (e.g., racked windows and doors, floor misalignment, etc.) resulting from primary or secondary movement, which are not related to improper siting or leveling of the mobile home or loading in excess of the manufacturer's

recommendations during transport of the mobile home, shall be included in determining the 1% maximum failure level. If the manufacturer does not have or cannot provide actual records of latent damage history, the manufacturer shall provide a statement that, to the manufacturer's knowledge, no latent damage has occurred as a result of transportation.

**B. SECTION 3280.903(b) - 3280.904(b)(3) - STRUCTURAL CALCULATION GUIDELINES FOR IN-TRANSIT CONDITIONS IN MOBILE HOMES.**

General. The following engineering guidelines are descriptive of methods and design assumptions which may be used for analytical evaluation of in-transit loading conditions. These guidelines have been developed with emphasis on the design of the longitudinal structural components of the mobile home (e.g., main chassis girder beam, the side-wall, rim joist, etc.), as transportation loadings are ordinary critical in the longitudinal direction. However, all elements necessary to the structural integrity of the mobile home during in-transit loading are to be evaluated (e.g., transverse chassis and floor framing members, drawbar, etc.). HUD recognizes the complexity and variety of design assumptions and techniques which may be used in evaluating in-transit loading conditions and provides theses guidelines as initial methods for determining compliance with this section. Due to this variation and complexity of assumptions, HUD has undertaken as part of its transportation research study, the development of analytical methods for predicting the dynamic response of the mobile home to in-transit loading.

Design Methods and Assumptions. - Design Loading. The summation of the following loading may be used to determine the adequacy of the chassis in conjunction with the mobile home structure to resist in-transit loading:

(a) dead load, the vertical load due to the weight of all structural and non-structural components of the mobile home at the time of shipment.

(b) floor load, a minimum of 3 pound per sq. ft.

(c) dynamic loading effect, (0.25)[(a) + (b)].

However, the in-transit design loading need not exceed twice the dead load of the mobile home.

Design Considerations. To determine the adequacy of individual longitudinal structural components to resist the in-transit design loading, a load distribution based on the relative flexural rigidity and shear stiffness of each component may be utilized.

For the purpose of loading distribution, the sidewall may be considered to be acting as a "deep beam" in conjunction with other load carrying elements in determining the relative stiffness of the integrated structure. Further, by proper precambering of the chassis assembly, additional loading may be distributed to the chassis, and the remaining loading may be distributed to each of the load carrying components by the relative stiffness principle.

In addition, the analysis should include consideration for:

(1) Location of openings in the sidewall during transport and, when appropriate, provisions for reinforcement of the structure and/or chassis at the opening.

(2) Sidewall component member sizing and joint-splice analysis (i.e., top plate, etc.), and connections between load carrying elements.

**C. SECTION 3280.904(b)(6) - AXLES**

Unless substantiated in the design to the satisfaction of the approval agency (DAPIA) by either engineering analysis, load tests or documented evidence of actual transportation experience, there shall be no less than the following minimum number of 6000# rated axles with not less than the mobile home rated tires indicated in Table 1 and Table 2, on each mobile home or floor section of a multiple unit mobile home:

**TABLE 1**

| Length of mobile home[1] | No. of 6,000 pound rated axles equipped with 7 x 14.5 Mobile Home 8-ply tires |
|---|---|
| 12 foot wide: | |
| To 60 ft. maximum | 2 |
| Greater than 60 ft. to 80 ft. maximum | 3 |
| 14 foot wide: | |
| To 52 ft. maximum | 2 |
| To 76 ft. maximum | 3 |
| To 80 ft. maximum | 4 |

**TABLE 2**

| Length of mobile home[1] | No. of 6,000 pound rated axles equipped with 8 x 14.5 Mobile Home 8-ply or 10-ply rated tires |
|---|---|
| 12 foot wide: | |
| To 65 ft. maximum | 2 |
| Greater than 65 ft. to 80 ft. maximum | 3 |
| 14 foot wide: | |
| To 56 ft. maximum | 2 |
| Greater than 56 ft. to 80 ft. maximum | 3 |

[1]Length of a mobile home is the "length" as defined in 3280.902(h).

Determination of the number of axles required by use of the above tables does not eliminate the requirement for each axle to be capable of withstanding the actual imposed dead load without exceeding the maximum allowable stresses for design axle life as recommended by the axle manufacturer, or the maximum tire load rating in 3280.904(b)(8). If a manufacturer has submitted documented evidence of transportation experience to meet the requirements of 3280.903(c)(2), the minimum number of axles required by the experience record may not be reduced by use of the above tables. (The number of axles must be consistent with and no less than the number and rating of the axles indicated in the experience record.)

D. SECTION 3280.904(b)(8) - TIRES, WHEELS, AND RIMS

Tires shall be sized and fitted to axles in accordance with the gross axle weight rating determined by the mobile home manufacturer.

The Permissible tire loading may be increased by utilizing a service load factor not to exceed 50% of the mobile home tire load limits specified in MH-1 of the Tire and Rim Association Handbook (1975 edition), but the individual permissible tire loading may not exceed 3,000 pounds. For example, the inflation pressure would be 2805 lbs. (1870 lbs.(MH-1 rating) x 1.5 (service load factor) = 2805 lbs.). The tire load limit specified in MH-1 shall be determined by the tire manufacturer in accordance with procedures described in 49 CFR 571.119.

Used tires may also be sized in accordance with the above criteria whenever the tread depth is at least 2/32 of an inch as determined by a tread wear indicator. The determination as to whether a particular used tire is acceptable shall also include a visual inspection of thermal and structural defects (e.g., dry rotting, excessive tire sidewall splitting, etc.).

Wheels and rims shall be sized in accordance with the tire manufacturer's recommendations as suitable for use with the tires selected.

E. SECTION 3280.904(b)(9) - BRAKE ASSEMBLIES

Unless substantiated in the design to the satisfaction of the approval agency by either engineering analysis or those alternatives listed in 3280.903(c)(1) and (2), there shall be a minimum of two axles equipped with brake assemblies on each mobile home floor or unit.

Whenever tests are used to verify the adequacy of the combined braking performance of the towing vehicle and the mobile home, the combined braking system shall be capable of assuring that the maximum stopping distance from an initial velocity of 20 mph does not exceed 40 feet. The stopping distance shall be measured from the point at which movement of the service brake pedal or control begins.

The towing vehicle and mobile home shall be in the center of a 12' wide lane when the tests begin and the tires shall not deviate from the lane during the tests. The test shall be made on a level surface that is substantially dry, smooth, and free of loose material. The tests shall be made utilizing the actual combinations or running gear equipment to be used by the manufacturer in production.

Regardless of the method of substantiation, any substitution of equipment by the manufacturer shall be approved by the DAPIA, and have a rating no less than the equipment being replaced.

F. SECTION 3280.904(b)(10) - LIGHTS AND ASSOCIATED WIRING

Federal Motor Vehicle Safety Standard No. 108 shall be deemed the applicable Federal standard to be used for location and performance of highway safety electrical lights and associated wiring for determining compliance with this section.

space environment, the detector closest to the air discharge shall be located no closer than three horizontal feet from any discharge grille.

(4) A smoke detector shall not be placed in a location which impairs its effectiveness.

(c) *Labeling.* Smoke detectors shall be labeled as conforming with the requirements of Underwriters' Laboratories Standard No. 217—Fourth Edition 1993 for Single and Multiple Station Smoke Detectors.

(d) *Installation.* Each smoke detector shall be installed in accordance with its listing. The top of the detector shall be located on a wall 4 inches to 12 inches, or at a distance permitted by the listing, below the ceiling. However, when a detector is mounted on an interior wall below a sloping ceiling, it shall be located 4 inches to 12 inches below the intersection of the connecting exterior wall and the sloping ceiling (cathedral ceiling). The required detector(s) shall be attached to an electrical outlet box and the detector connected by a permanent wiring method into a general electrical circuit. There shall be no switches in the circuit to the detector between the over-current protection device protecting the branch circuit and the detector. Smoke detector(s) shall not be placed on the same branch circuit or any circuit protected by a ground fault circuit interrupter.

[49 FR 32008, Aug. 9, 1984, as amended at 58 FR 55005, Oct. 25, 1993]

§3280.209 Fire testing.

All fire testing conducted in accordance with this subpart shall be performed by nationally recognized testing laboratories which have expertise in fire technology. In case of dispute, the Secretary shall determine if a particular agency is qualified to perform such fire tests.

[49 FR 32008, Aug. 9, 1984]

## Subpart D—Body and Frame Construction Requirements

§3280.301 Scope.

This subpart covers the minimum requirements for materials, products, equipment and workmanship needed to assure that the manufactured home will provide: (a) Structural strength and rigidity, (b) protection against corrosion, decay, insects and other similar destructive forces, (c) protection against hazards of windstorm, (d) resistance to the elements, and (e) durability and economy of maintenance.

§3280.302 Definitions.

The following definitions are applicable to subpart D only:

*Anchoring equipment* means straps, cables, turnbuckles, and chains, including tensioning devices, which are used with ties to secure a manufactured home to ground anchors.

*Anchoring system* means a combination of ties, anchoring equipment, and ground anchors that will, when properly designed and installed, resist overturning and lateral movement of the manufactured home from wind forces.

*Diagonal tie* means a tie intended to primarily resist horizontal forces, but which may also be used to resist vertical forces.

*Footing* means that portion of the support system that transmits loads directly to the soil.

*Ground anchor* means any device at the manufactured home stand designed to transfer manufactured home anchoring loads to the ground.

*Loads.* (1) *Dead load* means the weight of all permanent construction including walls, floors, roof, partition, and fixed service equipment.

(2) *Live load* means the weight superimposed by the use and occupancy of the manufactured home, including wind load and snow load, but not including dead load.

(3) *Wind load* means the lateral or vertical pressure or uplift on the manufactured home due to wind blowing in any direction.

*Main frame* means the structural component on which is mounted the body of the manufactured home.

*Pier* means that portion of the support system between the footing and manufactured home exclusive of caps and shims.

*Sheathing* means material which is applied on the exterior side of a building frame under the exterior weather-resistant covering.





*Stabilizing devices* means all components of the anchoring and support system such as piers, footings, ties, anchoring equipment, ground anchors, and any other equipment which supports the manufactured home and secures it to the ground.

*Support system* means a combination of footings, piers, caps, and shims that will, when properly installed, support the manufactured home.

*Tie* means straps, cable, or securing devices used to connect the manufactured home to ground anchors.

*Vertical tie* means a tie intended to resist the uplifting or overturning forces.

[58 FR 55016, Oct. 25, 1993; 59 FR 15112, Mar. 31, 1994]

## § 3280.303 General requirements.

(a) *Minimum requirements*. The design and construction of a manufactured home shall conform with the provisions of this standard. Requirements for any size, weight, or quality of material modified by the terms of *minimum*, *not less than*, *at least* and similar expressions are minimum standards. The manufacturer or installer may exceed these standards provided such deviation does not result in any inferior installation or defeat the purpose and intent of this standard.

(b) *Construction*. All construction methods shall be in conformance with accepted engineering practices to insure durable, livable, and safe housing and shall demonstrate acceptable workmanship reflecting journeyman quality of work of the various trades.

(c) *Structural analysis*. The strength and rigidity of the component parts and/or the integrated structure shall be determined by engineering analysis or by suitable load tests to simulate the actual loads and conditions of application that occur. (See subparts E and J.)

(d) [Reserved]

(e) *New materials and methods*. (1) Any new material or method of construction not provided for in this standard and any material or method of questioned suitability proposed for use in the manufacture of the structure shall nevertheless conform in performance to the requirements of this standard.

(2) Unless based on accepted engineering design for the use indicated, all new manufactured home materials, equipment, systems or methods of construction not provided for in this standard shall be subjected to the tests specified in paragraph (g) of this section.

(f) *Allowable design stress*. The design stresses of all materials shall conform to accepted engineering practice. The use of materials not certified as to strength or stress grade shall be limited to the minimum allowable stresses under accepted engineering practice.

(g) *Alternative test procedures*. In the absence of recognized testing procedures either in these standards or the applicable provisions of those standards incorporated by reference, the manufacturer electing this option shall develop or cause to be developed testing procedures to demonstrate the structural properties and significant characteristics of the material, assembly, subassembly component or member. Such testing procedures shall become part of the manufacturer's approved design. (Refer to § 3280.3.)

(1) Testing procedures so developed shall be submitted to the Department for approval.

(2) Upon notification of approval, the alternative test procedure is considered acceptable.

(3) Such tests shall be witnessed by an independent licensed professional engineer or architect or by a recognized testing organization. Copies of the test results shall be kept on file by the manufactured home manufacturer.

[40 FR 58752, Dec. 18, 1975. Redesignated at 44 FR 20679, Apr. 6, 1979, and amended at 58 FR 55005, Oct. 25, 1993; 59 FR 2469, Jan. 14, 1994]

## § 3280.304 Materials.

(a) Dimension and board lumber shall not exceed 19 percent moisture content at time of installation.

(b)(1) Standards for some of the generally used materials and methods of construction are listed in the following table:

### Steel

Specification for Aluminum Structures Construction Manual Series—Section 1, Fifth Edition—1986, The Aluminum Association.

Specification for Structural Steel Buildings Allowable Stress Design and Plastic Design—AISC—June 1, 1989.

The following parts of this reference standard are not applicable: 1.3.3, 1.3.4, 1.3.5, 1.3.6, 1.4.6, 1.5.1.5, 1.5.5, 1.6, 1.7, 1.8, 1.9, 1.10.4 through 1.10.7, 1.10.9, 1.11, 1.13, 1.14.5, 1.17.7 through 1.17.9, 1.19.1, 1.19.3, 1.20, 1.21, 1.23.7, 1.24, 1.26.1 through 1.26.3, 1.26.4, 2.3, 2.4, 2.8 through 2.10.

Specification for the Design of Cold-Formed Steel Structural Members—AISI—1986 Edition With 1989 Addendum.

The following parts of this reference standard are not applicable: 3.1.2, 4.2.1, 4.2.4.

Stainless Steel Cold-Formed Structural Design Manual—AISI–1974.

The following part of this reference standard is not applicable: 3.1.2.

Standard Specifications Load Tables and Weight Tables for Steel Joists and Joist Girders, only Sections 1–6 and the table for "H series only" are applicable—Steel Joist Institute 1992.

Manual for Structural Applications of Steel Cables for Buildings—AISI–1973.

Standard Specification for Strapping, Flat Steel and Seals—ASTM D3953–91.

### Wood and Wood Products

Basic Hardboard—ANSI/AHA A135.4–1982.

Prefinished Hardboard Paneling—ANSI/AHA A135.5–1988.

Hardboard Siding—ANSI/AHA A135.6–1990.

Interim Voluntary Standard for Hardwood and Decorative Plywood—HPVA Interim Standard HP–1–1993.

Structural Design Guide for Hardwood Plywood Wall Panels—HPMA Design Guide HP–SG–86.

For wood products—Structural Glued Laminated Timber—ANSI/AITC A190.1–1992.

Voluntary Product Standard, Construction and Industrial Plywood—PS 1–83.

APA Design/Construction Guide, Residential and Commercial—APA E30M–1993.

Design and Fabrication of All-Plywood Beams, Suppl. 5—APA–H 815D–1989.

Plywood Design Specification—APA–Y 510Q–1993.

Design and Fabrication of Glued Plywood-Lumber Beams, Suppl. 2—APA S 812P–1992.

Design and Fabrication of Plywood Curved Panels, Suppl. 1—APA–S 811M–1990.

Design and Fabrication of Plywood Sandwich Panels, Suppl. 4—APA–U 814G–1990.

Performance Standards and Policies for Structural Use Panels—APA–PRP–E–108P, E445N–1980.

Design and Fabrication of Plywood Stressed-Skin Panels, Suppl. 3—APA–U 813K–1990.

National Design Specifications for Wood Construction, 1991 Edition, With Supplement, Design Values for Wood Construction, AFPA.

Wood Structural Design Data, 1986 Edition With 1992 Revisions, AFPA.

Span Tables for Joists and Rafters—PS–20–70, 1993, AFPA.

Design Values for Joists and Rafters, American Softwood Lumber Standard Sizes, 1992, AFPA.

Design Specifications for Metal Plate Connected Wood Trusses—TPI–85.

Wood Particleboard—ANSI A208.1–1989.

Wood Flush Doors—ANSI/NWWDA I.S.1–87.

Wood Windows—ANSI/NWWDA I.S.2–87.

Wood Sliding Patio Doors—NWWDA–I.S.3–88.

Water Repellent Preservative Non Pressure Treatment for Millwork—NWWDA I.S.4–81.

Standard Test Methods for Puncture and Stiffness of Paperboard, and Corrugated and Solid Fiberboard—ASTM D781–68 (73).

Standard Test Methods for Direct Moisture Content Measurement of Wood and Wood-Base Materials—ASTM D4442.

Standard Test Methods for Use and Calibration of Hand-Held Moisture Meters—ASTM D4444–92.

### Other

Standard Specification for Gypsum Wallboard—ASTM C36–91.

### Fasteners

Application and Fastening Schedule, Power-Driven, Mechanically Driven and Manually Driven Fasteners—HUD-

FHA Use of Materials Bulletin UM-25d-73.

Unclassified

American Society of Civil Engineering Minimum Design Loads for Buildings and Other Structures—ANSI/ASCE 7-88.

Performance Standard for Wood-Based Structural Use Panels—PS-2-92, APA (also known as NIST Standard PS-2-92).

Safety Performance Specifications and Methods of Test for Safety Glazing Materials Used in Building—ANSI Z97.1-1984.

(2) Materials and methods of construction utilized in the design and construction of manufactured homes which are covered by the standards in the following table, or any applicable portion thereof shall comply with those requirements.

(3) Engineering analysis and testing methods contained in these references shall be utilized to judge conformance with accepted engineering practices required in §3280.303(c).

(4) Materials and methods of installation conforming to these standards shall be considered acceptable when installed in conformance with the requirements of this part.

(5) Materials meeting the standards (or the applicable portion thereof) are considered acceptable unless otherwise specified herein or unless substantial doubt exists as to conformance.

(c) Wood products shall be identified as complying with the appropriate standards.

[40 FR 58752, Dec. 18, 1975, as amended at 42 FR 961, Jan. 4, 1977. Redesignated at 44 FR 20679, Apr. 6, 1979 and amended at 58 FR 55002, Oct. 25, 1993; 59 FR 15113, Mar. 31, 1994]

§3280.305 Structural design requirements.

(a) *General.* Each manufactured home shall be designed and constructed as a completely integrated structure capable of sustaining the design load requirements of this standard, and shall be capable of transmitting these loads to stabilizing devices without exceeding the allowable stresses or deflections. Roof framing shall be securely fastened to wall framing, walls to floor structure, and floor structure to chassis to secure and maintain continuity between the floor and chassis, so as to resist wind overturning, uplift, and sliding as imposed by design loads in this part. Uncompressed finished flooring greater than 1/8 inch in thickness shall not extend beneath load-bearing walls that are fastened to the floor structure.

(b) *Design loads*—(1) *Design dead loads.* Design dead loads shall be the actual dead load supported by the structural assembly under consideration.

(2) *Design live loads.* The design live loads and wind and snow loads shall be as specified in this section and shall be considered to be uniformly distributed. The roof live load or snow load shall not be considered as acting simultaneously with the wind load and the roof live or snow load and floor live loads shall not be considered as resisting the overturning moment due to wind.

(3) When engineering calculations are performed, allowable unit stresses may be increased as provided in the documents referenced in §3280.304 except as otherwise indicated in §§3280.304(b)(1) and 3280.306(a).

(4) Whenever the roof slope does not exceed 20 degrees, the design horizontal wind loads required by §3280.305(c)(1) may be determined without including the vertical roof projection of the manufactured home. However, regardless of the roof slope of the manufactured home, the vertical roof projection shall be included when determining the wind loading for split level or clerestory-type roof systems.

(c) *Wind, snow, and roof loads*—(1) *Wind loads—design requirements.* (i) *Standard wind loads (Zone I).* When a manufactured home is not designed to resist the wind loads for high wind areas (Zone II or Zone III) specified in paragraph (c)(1)(ii) of this section, the manufactured home and each of its wind resisting parts and portions shall be designed for horizontal wind loads of not less than 15 psf and net uplift load of not less than 9 psf.

(ii) *Wind loads for high wind areas (Zone II and Zone III).* When designed for high wind areas (Zone II and Zone III), the manufactured home, each of its wind resisting parts (including, but not limited to, shear walls, diaphragms, ridge beams, and their fastening and anchoring systems), and its components and cladding materials (including, but not limited to, roof trusses, wall studs, exterior sheathing, roofing and siding materials, exterior glazing, and their connections and fasteners) shall be designed by a Professional Engineer or Architect to resist:

(A) The design wind loads for Exposure C specified in ANSI/ASCE 7-88, "Minimum Design Loads for Buildings and Other Structures," for a fifty-year recurrence interval, and a design wind speed of 100 mph, as specified for Wind Zone II, or 110 mph, as specified for Wind Zone III (Basic Wind Zone Map); or

(B) The wind pressures specified in the following Table:

TABLE OF DESIGN WIND PRESSURES

| Element | Wind zone II design wind speed 100 MPH | Wind zone III design wind speed 110 MPH |
|---|---|---|
| Anchorage for lateral and vertical stability (See §3280.306(a)): | | |
| Net Horizontal Drag[1,2] | ±39 PSF | ±47 PSF |
| Uplift[3] | −27 PSF | −32 PSF |
| Main wind force resisting system: | | |
| Shearwalls, Diaphragms and their Fastening and Anchorage Systems[1,3] | ±39 PSF | ±47 PSF |
| Ridge beams and other Main Roof Support Beams (Beams supporting expanding room sections, etc.) | −30 PSF | −36 PSF |
| Components and cladding: | | |
| Roof trusses[3] in all areas. Trusses shall be doubled within 3'-0" from each end of the roof | −39 PSF | −47 PSF |
| Exterior roof coverings, sheathing and fastenings[3,4,5] in all areas except the following | −39 PSF | −47 PSF |
| Within 3'-0" from each gable end (overhang at end wall) of the roof or endwall if no overhang is provided[6,7] | −73 PSF | −88 PSF |
| Within 3'-0" from the ridge and eave (overhang at sidewall) or sidewall if no eave is provided[6,7] | −51 PSF | −62 PSF |
| Eaves (Overhangs at Sidewalls)[3,5,6] | −51 PSF | −62 PSF |
| Gables (Overhangs at Endwalls)[3,5,6] | −73 PSF | −88 PSF |
| Wall studs in sidewalls and endwalls, exterior windows and sliding glass doors (glazing and framing), exterior coverings, sheathing and fastenings[8]. | | |
| Within 3'-0" from each corner of the sidewall and endwall | ±48 PSF | ±58 PSF |
| All other areas | ±39 PSF | ±47 PSF |

NOTES:

[1] The net horizontal drag of 39 PSF to be used in calculating Anchorage for Lateral and Vertical Stability and for the design of Main Wind Force Resisting Systems is based on a distribution of wind pressures of +0.8 or +24 PSF to the windward wall and 0.5 or −15 PSF to the leeward wall.

[2] Horizontal drag pressures need not be applied to roof projections when the roof slope does not exceed 20 degrees.

[3] A plus (+) sign means pressures are acting towards or on the structure; a minus (−) sign means pressures are acting away from the structure; ± sign means forces can act in either direction, towards or away from the structure.

[4] Design values in this "Table" are only applicable to roof slopes between 15 degrees (nominal 2/12 slope) and 30 degrees.

[5] The design uplift pressures are the same whether they are applied normal to the surface of the roof or to the horizontal projection of the roof.

[6] Shingle roof coverings that are secured with 6 fasteners per shingle through an underlayment which is cemented to a 3/8" structural rated roof sheathing need not be evaluated for these design wind pressures.

[7] Structural rated roof sheathing that is at least 3/8" in thickness, installed with the long dimension perpendicular to roof framing supports, and secured with fasteners at 4" on center within 3'-0" of each gable end or endwall if no overhang is provided and 6" on center in all other areas, need not be evaluated for these design wind pressures.

[8] Exterior coverings that are secured at 6" o.c. to a 3/8" structural rated sheathing that is fastened to wall framing members at 6" on center need not be evaluated for these design wind pressures.

(2) *Wind loads—zone designations.* The Wind Zone and specific wind design load requirements are determined by the fastest basic wind speed (mph) within each Zone and the intended location, based on the Basic Wind Zone Map, as follows:

(i) *Wind Zone I.* Wind Zone I consists of those areas on the Basic Wind Zone Map that are not identified in paragraphs (c)(2)(ii) or (iii) of this section as being within Wind Zone II or III, respectively.

(ii) *Wind Zone II*—100 mph. The following areas are deemed to be within Wind Zone II of the Basic Wind Zone Map:

*Local governments:* The following local governments listed by State (counties, unless specified otherwise):

*Alabama:* Baldwin and Mobile.

*Florida.* All counties except those identified in paragraph (c)(1)(ii)(C) of this section as within Wind Zone III.

*Georgia:* Bryan, Camden, Chatham, Glynn, Liberty, McIntosh.

*Louisiana:* Parishes of Acadia, Allen, Ascension, Assumption, Calcasieu, Cameron, East Baton Rouge, East Feliciana, Evangeline, Iberia, Iberville, Jefferson Davis, LaFayette, Livingston, Pointe Coupee, St. Helena, St. James, St. John the Baptist, St. Landry, St. Martin, St. Tammany, Tangipahoa, Vermillion, Washington, West Baton Rouge, and West Feliciana.

*Maine:* Hancock and Washington.

*Massachusetts:* Barnstable, Bristol, Dukes, Nantucket, and Plymouth.

*Mississippi:* George, Hancock, Harrison, Jackson, Pearl River, and Stone.

*North Carolina:* Beaufort, Brunswick, Camden, Chowan, Columbus, Craven, Currituck, Jones, New Hanover, Onslow, Pamlico, Pasquotank, Pender, Perquimans, Tyrrell, and Washington.

*South Carolina:* Beaufort, Berkeley, Charleston, Colleton, Dorchester, Georgetown, Horry, Jasper, and Williamsburg.

*Texas:* Aransas, Brazoria, Calhoun, Cameron, Chambers, Galveston, Jefferson, Kenedy, Kleberg, Matagorda, Nueces, Orange, Refugio, San Patricio, and Willacy.

*Virginia:* Cities of Chesapeake, Norfolk, Portsmouth, Princess Anne, and Virginia Beach.

(iii) *Wind Zone III.* 110 mph. The following areas are considered to be within Wind Zone III of the Basic Wind Zone Map:

(A) *States and Territories.* The entire State of Hawaii, the coastal regions of Alaska (as determined by the 90 mph isotach on the ANSI/ASCE 7-88 map), and all of the U.S. Territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, Trust Territory of the Pacific Islands, and the United States Virgin Islands.

(B) *Local governments.* The following local governments listed by State (counties, unless specified otherwise):

*Florida:* Broward, Charlotte, Collier, Dade, Franklin, Gulf, Hendry, Lee, Martin, Manatee, Monroe, Palm Beach, Pinellas, and Sarasota.

*Louisiana:* Parishes of Jefferson, La Fourche, Orleans, Plaquemines, St. Bernard, St. Charles, St. Mary, and Terrebonne.

*North Carolina:* Carteret, Dare, and Hyde.

(iv) *Consideration of local requirements.* For areas where local building code requirements exceed the design wind speed requirements of these standards, the Department will consider the adoption through rulemaking of the more stringent requirements of the State or local building authority.

(3) *Snow and roof loads.* (i) Flat, curved and pitched roofs shall be designed to resist the following live loads, applied downward on the horizontal projection as appropriate for the design zone marked on the manufactured home.

| | Pounds per square foot |
|---|---|
| North Zone | 40 |
| Middle Zone | 30 |
| South Zone | 20 |

(ii) For exposures in areas (mountainous or other) where snow or wind records or experience indicate significant differences from the loads stated above, the Department may establish more stringent requirements for homes known to be destined for such areas. For snow loads, such requirements are to be based on a roof snow load of 0.6 of the ground snow load for areas exposed to wind and a roof snow load of 0.8 of the ground snow load for sheltered areas.

(iii) Eaves and cornices shall be designed for a net uplift pressure of 2.5 times the design uplift wind pressure cited in §3280.305(c)(1)(i) for Wind Zone I, and for the design pressures cited in §3280.305(c)(1)(ii) for Wind Zones II and III.

(4) *Data plate requirements.* The Data Plate posted in the manufactured home (see §3280.5) shall designate the wind and roof load zones or, if designed for higher loads, the actual design external snow and wind loads for which the home has been designed. The Data Plate shall include reproductions of the Load Zone Maps shown in this section, with any related information. The Load Zone Maps shall be not less than either 3½ in. by 2½ in., or one-half the

size illustrated in the Code of Federal Regulations.

Basic Wind Zone Map for Manufactured Housing
WA
OR
CA
NV
ID
MT
WY
UT
AZ
CO
NM
ND
SD
NE
KS
OK
TX
MN
IA
MO
AR
LA
MS
AL
GA
FL
WI
IL
IN
MI
OH
KY
TN
SC
NC
VA
WV
PA
NY
VT
NH
ME
MA
RI
CT
NJ
DE
MD
AK
HI
Zone I
Zone II
Zone III
NOTE: See Section 3280.305(c)(2) for areas included in each Wind Zone.

(d) *Design load deflection*. (1) When a structural assembly is subjected to total design live loads, the deflection for structural framing members shall not exceed the following (where L equals the clear span between supports or two times the length of a cantilever).

Floor—L/240
Roof and ceiling—L/180
Headers, beams, and girders (vertical load)—L/180
Walls and partitions—L/180

(2) The allowable eave or cornice deflection for uplift is to be measured at the design uplift load of 9 psf for Wind Zone I, and at the design uplift pressure cited in paragraph (c)(1)(ii) of this section for Wind Zones II and III. The allowable deflection shall be (2 x Lc)/180, where Lc is the measured horizontal eave projection from the wall.

(e) *Fastening of structural systems*. (1) Roof framing shall be securely fastened to wall framing, walls to floor structure, and floor structure to chassis to secure and maintain continuity between the floor and chassis, so as to resist wind overturning, uplift, and sliding as specified in this part.

(2) For Wind Zones II and III, roof trusses shall be secured to exterior wall framing members (studs), and exterior wall framing members (studs) shall be secured to floor framing members, with 26 gage minimum steel strapping or brackets or by a combination of 26 gage minimum steel strapping or brackets and structural rated wall sheathing that overlaps the roof and floor. Steel strapping or brackets shall be installed at a maximum spacing of 24" on center in Wind Zone II and at a maximum of 16" on center in Wind Zone III. The number and type of fasteners used to secure the steel straps or brackets or structural sheathing shall be capable of transferring all uplift forces between elements being joined.

(f) *Walls*. The walls shall be of sufficient strength to withstand the load requirements as defined in § 3280.305(c) of this part, without exceeding the deflections as specified in § 3280.305(d). The connections between the bearing walls, floor, and roof framework members shall be fabricated in such a manner as to provide support for the material used to enclose the manufactured home and to provide for transfer of all lateral and vertical loads to the floor and chassis.

(1) Except where substantiated by engineering analysis or tests, studs shall not be notched or drilled in the middle one third of their length.

(2) Interior walls and partitions shall be constructed with structural capacity adequate for the intended purpose and shall be capable of resisting a horizontal load of not less than five pounds per square foot. An allowable stress increase of 1.33 times the permitted published design values may be used in the design of wood framed interior partitions. Finish of walls and partitions shall be securely fastened to wall framing.

(g) *Floors*. (1) Floor assemblies shall be designed in accordance with accepted engineering practice standards to support a minimum uniform live load of 40 lb/ft² plus the dead load of the materials. In addition (but not simultaneously), floors shall be able to support a 200 pound concentrated load on a one-inch diameter disc at the most critical location with a maximum deflection not to exceed one-eighth inch relative to floor framing. Perimeter wood joists of more than six inches depth shall be stabilized against overturning from superimposed loads as follows: at ends by solid blocking not less than two-inch thickness by full depth of joist, or by connecting to a continuous header not less than two-inch thickness and not less than the depth of the joist with connecting devices; at eight-feet maximum intermediate spacing by solid blocking or by wood cross-bridging of not less than one inch by three inches, metal cross-bridging of equal strength, or by other approved methods.

(2) Wood, wood fiber or plywood floors or subfloors in kitchens, bathrooms (including toilet compartments), laundry areas, water heater compartments, and any other areas subject to excessive moisture shall be moisture resistant or shall be made moisture resistant by sealing or by an overlay of nonabsorbent material applied with water-resistant adhesive. Use of one of the following methods would meet this requirement:

(i) Sealing the floor with a water-resistant sealer; or

(ii) Installing an overlay of a non-absorbent floor covering material applied with water-resistant adhesive, or

(iii) Direct application of a water-resistant sealer to the exposed wood floor area when covered with a non-absorbent overlay; or

(iv) The use of a non-absorbent floor covering which may be installed without a continuous application of a water-resistant adhesive or sealant when the floor covering meets the following criteria:

(A) The covering is a continuous membrane with any seams or patches seam bonded or welded to preserve the continuity of the floor covering; and

(B) The floor is protected at all penetrations in these areas by sealing with a compatible water-resistant adhesive or sealant to prevent moisture from migrating under the nonabsorbent floor covering; and

(C) The covering is fastened around the perimeter of the subfloor in accordance with the floor covering manufacturer's instructions; and

(D) The covering is designed to be installed to prevent moisture penetration without the use of a water-resistant adhesive or sealer except as required in this paragraph (g). The vertical edges of penetrations for plumbing shall be covered with a moisture-resistant adhesive or sealant. The vertical penetrations located under the bottom plates of perimeter walls of rooms, areas, or compartments are not required to be sealed; this does not include walls or partitions within the rooms or areas.

(3) Carpet or carpet pads shall not be installed under concealed spaces subject to excessive moisture, such as plumbing fixture spaces, floor areas under installed laundry equipment. Carpet may be installed in laundry space provided:

(i) The appliances are not provided;

(ii) The conditions of paragraph (g)(2) of this section are followed; and

(iii) Instructions are provided to remove carpet when appliances are installed.

(4) Except where substantiated by engineering analysis or tests:

(i) Notches on the ends of joists shall not exceed one-fourth the joist depth.

(ii) Holes bored in joists shall not be within 2 inches of the top or bottom of the joist, and the diameter of any such hole shall not exceed one-third the depth of the joist.

(iii) Notches in the top or bottom of the joists shall not exceed one sixth the depth and shall not be located in the middle third of the span.

(5) Bottom board material (with or without patches) shall meet or exceed the level of 48 inch-pounds of puncture resistance as tested by the Beach Puncture Test in accordance with Standard Test Methods for Puncture and Stiffness of Paperboard, and Corrugated and Solid Fiberboard, ASTM D-781-1968 (73). The material shall be suitable for patches and the patch life shall be equivalent to the material life. Patch installation instruction shall be included in the manufactured home manufacturer's instructions.

(h) *Roofs.* (1) Roofs shall be of sufficient strength to withstand the load requirements as defined in §3280.305 (b) and (c) without exceeding the deflections specified in §3280.305(d). The connections between roof framework members and bearing walls shall be fabricated in such a manner to provide for the transfer of design vertical and horizontal loads to the bearing walls and to resist uplift forces.

(2) Roofing membranes shall be of sufficient rigidity to prevent deflection which would permit ponding of water or separation of seams due to wind, snow, ice, erection or transportation forces.

(3) Cutting of roof framework members for passage of electrical, plumbing or mechanical systems shall not be allowed except where substantiated by engineering analysis.

(4) All roof penetrations for electrical, plumbing or mechanical systems shall be properly flashed and sealed. In addition, where a metal roof membrane is penetrated, a wood backer shall be installed. The backer plate shall be not less than ⅜ inch plywood, with exterior glues, secured to the roof framing system beneath the metal roof, and shall be of a size to assure that all screws securing the flashing are held by the backer plate.

(i) *Frame construction.* The frame shall be capable of transmitting all design loads to stabilizing devices without exceeding the allowable load and deflections of this section. The frame shall also be capable of withstanding the effects of transportation shock and vibration without degradation as required by subpart J.

(1) *Welded connections.* (i) All welds shall be made in accordance with the applicable provisions of the Specification for Structural Steel Buildings, Allowable Stress Design and Plastic Design, AISC, June 1, 1989. The Specification for the Design of Cold-Formed Steel Structural Members, AISI-1986 with 1989 addendum, and the Stainless Steel Cold-Formed Structural Design Manual, AISI-1974.

(ii) Regardless of the provisions of any reference standard contained in this subpart, deposits of weld slag or flux shall be required to be removed only from welded joints at the following locations:

(A) Drawbar and coupling mechanisms;

(B) Main member splices, and

(C) Spring hanger to main member connections.

(2) *Protection of metal frames against corrosion.* Metal frames shall be made corrosion resistant or protected against corrosion. Metal frames may be protected against corrosion by painting.

[40 FR 58752, Dec. 18, 1975. Redesignated at 44 FR 20679, Apr. 6, 1979 and amended at 44 FR 66195, Nov. 19, 1979; 52 FR 4582, Feb. 12, 1987; 58 FR 55006, Oct. 25, 1993; 59 FR 2469, Jan. 14, 1994; 59 FR 15113, 15114, Mar. 31, 1994]

## § 3280.306 Windstorm protection.

(a) *Provisions for support and anchoring systems.* Each manufactured home shall have provisions for support/anchoring or foundation systems that, when properly designed and installed, will resist overturning and lateral movement (sliding) of the manufactured home as imposed by the respective design loads. For Wind Zone I, the design wind loads to be used for calculating resistance to overturning and lateral movement shall be the simultaneous application of the wind loads indicated in §3280.305(c)(1)(i), increased by a factor of 1.5. The 1.5 factor of safety for Wind Zone I is also to be applied simultaneously to both the vertical building projection, as horizontal wind load, and across the surface of the full roof structure, as uplift loading. For Wind Zones II and III, the resistance shall be determined by the simultaneous application of the horizontal drag and uplift wind loads, in accordance with §3280.305(c)(1)(ii). The basic allowable stresses of materials required to resist overturning and lateral movement shall not be increased in the design and proportioning of these members. No additional shape or location factors need to be applied in the design of the tiedown system. The dead load of the structure may be used to resist these wind loading effects in all Wind Zones.

(1) The provisions of this section shall be followed and the support and anchoring systems shall be designed by a Registered Professional Engineer or Architect.

(2) The manufacturer of each manufactured home is required to make provision for the support and anchoring systems but is not required to provide the anchoring equipment or stabilizing devices. When the manufacturer's installation instructions provide for the main frame structure to be used as the points for connection of diagonal ties, no specific connecting devices need be provided on the main frame structure.

(b) *Contents of instructions.* (1) The manufacturer shall provide printed instructions with each manufactured home specifying the location and required capacity of stabilizing devices on which the design is based. The manufacturer shall provide drawings and specifications certified by a registered professional engineer or architect indicating at least one acceptable system of anchoring, including the details of required straps or cables, their end connections, and all other devices needed to transfer the wind loads from the manufactured home to an anchoring or foundation system.

(2) For anchoring systems, the instructions shall indicate;

(i) The minimum anchor capacity required;

(ii) That anchors should be certified by a professional engineer, architect, or a nationally recognized testing laboratory as to their resistance, based on the maximum angle of diagonal tie

Case 2:07-md-01873-KDE-MBN Document 2985-10 Filed 08/31/09 Page 12 of 12

anchor vertical tie loading (see paragraph (c)(3) of this section) and angle of anchor installation, and type of soil in which the anchor is to be installed;

(iii) That ground anchors should be embedded below the frost line and be at least 12 inches above the water table; and

(iv) That ground anchors should be installed to their full depth, and stabilizer plates should be installed to provide added resistance to overturning or sliding forces.

(v) That anchoring equipment should be certified by a registered professional engineer or architect to resist these specified forces in accordance with testing procedures in ASTM Standard Specification D3953-91, Standard Specification for Strapping, Flat Steel and Seals.

(c) *Design criteria.* The provisions made for anchoring systems shall be based on the following design criteria for manufactured homes.

(1) The minimum number of ties provided per side of each home shall resist design wind loads required in §3280.305(c)(1).

(2) Ties shall be as evenly spaced as practicable along the length of the manufactured home, with not more than two (2) feet open-end spacing on each end.

(3) Vertical ties or straps shall be positioned at studs. Where a vertical tie and a diagonal tie are located at the same place, both ties may be connected to a single anchor, provided that the anchor used is capable of carrying both loadings, simultaneously.

(4) Add-on sections of expandable manufactured homes shall have provisions for vertical ties at the exposed ends.

(d) *Requirements for ties.* Manufactured homes in Wind Zone I require only diagonal ties. These ties shall be placed along the main frame and below the outer side walls. All manufactured homes designed to be located in Wind Zones II and III shall have a vertical tie installed at each diagonal tie location.

(e) *Protection requirements.* Protection shall be provided at sharp corners where the anchoring system requires the use of external straps or cables. Protection shall also be provided to minimize damage to siding by the cable or strap.

(f) *Anchoring equipment—load resistance.* Anchoring equipment shall be capable of resisting an allowable working load equal to or exceeding 3,150 pounds and shall be capable of withstanding a 50 percent overload (4,725 pounds total) without failure of either the anchoring equipment or the attachment point on the manufactured home.

(g) *Anchoring equipment—weatherization.* Anchoring equipment exposed to weathering shall have a resistance to weather deterioration at least equivalent to that provided by a coating of zinc on steel of not less than 0.30 ounces per square foot of surface coated, and in accordance with the following:

(1) Slit or cut edges of zinc-coated steel strapping do not need to be zinc coated.

(2) Type 1, Finish B, Grade 1 steel strapping, 1-1/4 inches wide and 0.035 inches in thickness, certified by a registered professional engineer or architect as conforming with ASTM Standard Specification D3953-91, Standard Specification for Strapping, Flat Steel and Seals.

[40 FR 58752, Dec. 18, 1975. Redesignated at 44 FR 20679, Apr. 6, 1979 and amended at 52 FR 4583, Feb. 12, 1987; 59 FR 2473, Jan. 14, 1994]

§ 3280.307 Resistance to elements and use.

(a) Exterior coverings shall be of moisture and weather resistive materials attached with corrosion resistant fasteners to resist wind, snow and rain. Metal coverings and exposed metal structural members shall be of corrosion resistant materials or shall be protected to resist corrosion. All joints between portions of the exterior covering shall be designed, and assembled to protect against the infiltration of air and water, except for any designed ventilation of wall or roof cavity.

(b) Joints between dissimilar materials and joints between exterior coverings and frames of openings shall be protected with a compatible sealant suitable to resist infiltration of air or water.

(c) Where adjoining materials or assemblies of materials are of such nature that separation can occur due to expansion, contraction, wind loads or other loads induced by erection or transportation, sealants shall be of a type that maintains protection against infiltration or penetration by air, moisture or vermin.

(d) Exterior surfaces shall be sealed to resist the entrance of rodents.

§ 3280.308 Formaldehyde emission controls for certain wood products.

(a) *Formaldehyde emission levels.* All plywood and particleboard materials bonded with a resin system or coated with a surface finish containing formaldehyde shall not exceed the following formaldehyde emission levels when installed in manufactured homes:

(1) Plywood materials shall not emit formaldehyde in excess of 0.2 parts per million (ppm) as measured by the air chamber test method specified in §3280.406.

(2) Particleboard materials shall not emit formaldehyde in excess of 0.3 ppm as measured by the air chamber test specified in §3280.406.

(b) *Product certification and continuing qualification.* All plywood and particleboard materials to be installed in manufactured homes which are bonded with a resin system or coated with a surface finish containing formaldehyde, other than an exclusively phenol-formaldehyde resin system or finish, shall be certified by a nationally recognized testing laboratory as complying with paragraph (a) of this section.

(1) Separate certification shall be done for each plant where the particleboard is produced or where the plywood or particleboard is surface-finished.

(2) To certify plywood or particleboard, the testing laboratory shall witness or conduct the air chamber test specified in §3280.406 on randomly selected panels initially and at least quarterly thereafter.

(3) The testing laboratory must approve a written quality control plan for each plant where the particleboard is produced or finished or where the plywood is finished. The quality control plan must be designed to assure that all panels comply with paragraph (a) of this section. The plan must establish ongoing procedures to identify increases in the formaldehyde emission characteristics of the finished product resulting from the following changes in production.

(i) In the case of plywood:

(A) The facility where the unfinished panels are produced is changed;

(B) The thickness of the panels is changed so that the panels are thinner; or

(C) The grooving pattern on the panels is changed so that the grooves are deeper or closer together.

(ii) In the case of particleboard:

(A) The resin formulation is changed so that the formaldehyde-to-urea ratio is increased;

(B) The amount of formaldehyde resin used is increased; or

(C) The press time is decreased.

(iii) In the case of plywood or particleboard:

(A) The finishing or top coat is changed and the new finishing or top coat has a greater formaldehyde content; or

(B) The amount of finishing or top coat used on the panels is increased, provided that such finishing or top coat contains formaldehyde.

(4) The testing laboratory shall periodically visit the plant to monitor quality control procedures to assure that all certified panels meet the standard.

(5) To maintain its certification, plywood or particleboard must be tested by the air chamber test specified in §3280.406 whenever one of the following events occurs:

(i) In the case of particleboard, the resin formulation is changed so that the formaldehyde-to-urea ratio is increased; or

(ii) In the case of particleboard or plywood, the finishing or top coat is changed and the new finishing or top coat contains formaldehyde; or

(iii) In the case of particleboard or plywood, the testing laboratory determines that an air chamber test is necessary to assure that panels comply with paragraph (a) of this section.

(6) In the event that an air chamber test measures levels of formaldehyde from plywood or particleboard in excess of those permitted under paragraph (a) of this section, then the tested product's certification immediately