

EXHIBIT

"K"