| Date | Event | Doc |
|---|---|---|
| 12/13/2004 | Unit manufactured and shipped to Punta Gorda, FL | Unit File |
| 12/15/2004 | Unit arrives in Punta Gorda, FL | Unit File |
| 9/1/2005 approx. | Trailer located at Fort Gillem, GA | FGC006-000005 |
| 9/6/2005 | Trailer arrives at Harahan Depot in Baton Rouge | FGC006-000004 |
| 9/10/2005 | Unit Installation Work Order for Dow River Parish Maint. in Hahnville, LA | FGC006-000008 |
| 1/9/2006 | Unit Installation Work Order for Union Carbide/Dow Chemical in St. Rose, LA | FGC006-000007 & 9 |
| 2/8/2006 | Work order issued to install trailer at 4415 Dale | FGC006-000010 |
| 2/17/2006 approx. | Unit installed at 4415 Dale | FCG006-000010 |
| 5/26/2006 | Alana moved in to unit | |
| 7/9/2006 | Trailer moved for demolition of house | FGC006-000084 & 89 |
| 7/10/2007 | Trailer returned after house demolition completed | FGC006-000084 |
| 12/29/2007 | Alana moved out of unit | |
| 2/5/2008 | Deactivation work order issued | FCG006-000006 & 85 |
| 2/11/2008 approx. | Trailer removed from 4415 Dale | FCG006-000006 |
| 2/11/2008 | Trailer arrived at Lottie Facility | FGC006-000001 |



EXHIBIT "L"

Any Damage?