**Freyou, Moore and Associates, Inc.**
Civil Engineering & Land Surveying

Page No. 1/2

| OWNER | Al Mallet | COMPUTED BY | CDM | DATE | 5/14/09 |
|---|---|---|---|---|---|
| SUBJECT | FEMA Trailer - Alexander | CHECKED BY | | DATE | |

Floor Plan — 8'-0" × 28'4"

Chassis — 2 Longitudinal Beams 6" Deep "I" Beams
w/ 1 7/8" Flanges × ± 1/8" Thick

From Installation + Blocking Instructions:
3 Piers each side evenly spaced - Ends to be placed 6" from end of Long Beam.

$(28'4" - 6" - 6")/2 = 13.67'$ (Equal Spans)

Dimensions of Beams observed in Field Match Approx. to M6×4.4
(AISC Manual)

M6×4.4
$d = 6"$          $T = 5 1/8"$
$A = 1.29 \, in^2$    $k = 7/16"$         $d/A_f = 19.0$
$t_w = 0.114"$    $Grip = 3/16"$
$b_f = 1.844"$
$t_f = 0.171$         $r_T = 0.44"$

$\frac{b_f}{2t_f} = 5.4$    $\frac{d}{t_w} = 52.6$    $F_y'' = 28.8 \, ksi$

$I_x = 7.20 \, in^4$
$S_x = 2.40 \, in^3$        $Z_x = 2.80 \, in^3$
$r_x = 2.36 \, in$

— For Continuous Beams — Two Equal Spans

$M_x = \frac{9}{128} w l^2$    (max Pos Moment)

$M_x = -\frac{wl^2}{8}$    (max Neg Moment)

Using Neg Moment as max $\Rightarrow -\frac{wl^2}{8}$

Assuming $F_b = 0.66 F_y$
And $F_b = \frac{M}{S_x}$

$\frac{M}{S_x} = 0.66 F_y$

$\frac{wl^2}{8} = (0.66)(36)(S_x)$

$w = (8)(0.66)(36)(S_x)/l^2 = (8)(0.66)(36)(2.4)/(164)^2$
$= 0.017 \, kip/in = 0.204 \, kip/ft$

EXHIBIT "M"

**Freyou, Moore and Associates, Inc.**
Civil Engineering & Land Surveying

Page No. 2/2

| OWNER | COMPUTED BY | DATE |
| SUBJECT | CHECKED BY | DATE |

From TAG — GVWR = 6200 lb
GAWR = 3500 lb EA AXLE

Total GAWR = (2)(3500) = 7000 lb
Distributed to 2 Beams = 3500 lb per Beam (28'4" length)
⇒ 123 lb/ft

GVWR of 6200 lbs on 2 Beams = 3100 lb per Beam
⇒ 109 lb/ft

From ASCE 7-05 Assume Average 30 psf Live Load (Sleeping Areas)
⇒ 30 × 4' = 120 lb/ft
@ 40 psf ⇒ 160 lb/ft

109 + 120 = 229 lb/ft  ✗  For GAWR (Approx 112% over)
109 + 160 = 269 lb/ft  ✗                          " 132% "

$$\Delta_{max} = wl^4/185 EI = (0.017\, k/\text{ft})(164)^4 / (185)(29000)(7.2)$$
$$= 0.32"$$

$$\Delta_{max}(-\text{Live Load}) = 0.25" = (1/4)"$$

HUD Guidelines (from Al Mollet) indicate "Floor" Load min. 3 psf

$$\Delta_{max} @ (3psf) = 0.02" = \pm 1/64"$$

l/360 — General Limitations for Deflections under Live Load

$$164/360 = 0.46" \approx 7/16" \text{ Allowable}$$