**Freyou, Moore and Associates, Inc.**
Civil Engineering & Land Surveying

| OWNER | COMPUTED BY | DATE |
|---|---|---|
| SUBJECT: FEMA TRAILER | CHECKED BY | DATE |

Top margin notes:
- WATTS BRIDGE LINE
- 210-441-...
- ALLFORD / PHONE
- LINDA – 504-529-2931
- VERSON – FAX

Left margin notes:
1. ALUMINUM ...
2. STANDARDS OF BETTER HOUSING
3. ALT. DESIGN
4. REDUCTION OF HAULING / FUELING

- THINGS EVIDENT
- TOP REPORT

Body (handwritten):

WALLS – 1½" × 1½" @ 16" – 1½" × 1½" HEAD
  └ some only 1¼"
- BATT INSULATION
- PANELING ON TOP INSIDE
- METAL SIDING – OUTSIDE

UNIT – CAVALIER      8' × 28' OA
  1041407   G52

FRAME – (2×) 6" I BEAMS   1⅞" FLANGE × ⅜" I
  ± 5'9" SPACING

  5" I CROSS MEMBERS @ 4'2"

[sketches of frame cross-section and side view with axle, (4×) jacks, 5'9", @ REAR ±2'6", 7" C @ FRONT ONLY]

Right side notes:
- SCISSOR JACKS
- LABELED W/ WARNING
- "DO NOT LIFT WHEELS OFF GROUND"
- "VEH. FRAME DAMAGE"
- "DOOR FRAME DAMAGE"

MFR BY GULFSTREAM COACH, INC.
12/13/04
GVWR  2812 KG  6200 lb
GAWR  1587 KG  3500 lb  (FRONT & REAR)  W/ ST205/75D14C TIRES
                                          14 × 5.50 Rim

VEH ID No. 1NL1GTR2551021783
VEH TYPE: MPV   CVDH
GULF STREAM SER NO. 57-5T-CVDH-21783

EXHIBIT "N"