```
0001
  1           IN THE UNITED STATES DISTRICT COURT
  2              EASTERN DISTRICT OF LOUISIANA
  3                  NEW ORLEANS DIVISION
  4
  5
  6   IN RE: FEMA TRAILER      )
  7   FORMALDEHYDE PRODUCTS    )
  8   LIABILITY LITIGATION,    ) MDL NO. 1873
  9   CHARLIE AGE, et al.,     ) SECTION N(5)
 10       Plaintiffs,          ) JUDGE: ENGELHARDT
 11   V.                       ) MAG: CHASEZ
 12   GULF STREAM COACH,       )
 13   INC., et al.,            ) DOCKET NO. 09-2892
 14       Defendants.          )
 15
 16
 17              CONCURRENT VIDEO RECORD
 18     Deposition of GERALD McGWIN, JR. M.S. Ph.D.
 19                   July 27, 2009
 20                     9:38 a.m.
 21
 22
 23
 24
 25
0002
  1            S T I P U L A T I O N S
  2
  3         IT IS STIPULATED AND AGREED, by and
  4   between the parties through their respective
  5   counsel, that the deposition of GERALD McGWIN,
  6   JR., M.S., Ph.D., may be taken before Elaine
  7   Scott, Notary Public, State at Large, at the
  8   Courtyard Birmingham Downtown at UAB, 1820 5th
  9   Avenue South, Birmingham, Alabama, on July 27,
 10   2009, commencing at approximately 9:38 a.m.
 11
 12         IT IS FURTHER STIPULATED AND AGREED
 13   that the signature to and reading of the
 14   deposition by the witness is waived, the
 15   deposition to have the same force and effect
 16   as if full compliance had been had with all
 17   laws and rules of Court relating to the taking
 18   of depositions.
 19
```

EXHIBIT "A"

14        A.   The tables are mislabeled.  Yes,
15   sir.  You read through it and things don't
16   make sense until you realize they are
17   mislabeled and things come together a little
18   bit better.
19        Q.   If we can go to the Rumchev paper?
20        A.   Yes, sir.
21        Q.   Why did you include the Rumchev
22   paper?
23        A.   Because he, too, looks at
24   formaldehyde exposure and asthma in children.
25             MR. PINEDO:  Do you have another
0051
 1   copy?
 2             MR. WEINSTOCK:  Yes.  I'm sorry.
 3             MR. PINEDO:  I haven't completely
 4   memorized it yet.
 5        Q.   You used the term children.  What
 6   is your definition of children?
 7        A.   Well, their definition of children
 8   was between six months and three years old.
 9        Q.   What was Garrett's definition of
10   children?
11        A.   Let me look back here.  Well
12   actually, I have it on -- I have the study
13   summarized on some spreadsheets.  I guess I
14   didn't bring the one that had age.  Seven to
15   fourteen years of age.
16        Q.   Is there a difference for
17   asthmatics between six months to three year
18   olds and seven to fourteen year olds?
19        A.   A difference in what regard?
20        Q.   A difference in any regard.  Do
21   they react differently?
22        A.   I'm not a clinician.  I am not
23   qualified to answer that.
24        Q.   Did you have a definition for
25   childhood asthma when you prepared Exhibit 3?
0052
 1        A.   Like an age restriction?
 2        Q.   Yes.
 3        A.   I believe I generally limited it to
 4   anything from, you know, young -- I think the
 5   youngest was six months up until about
 6   eighteen to nineteen years old.  But I think
 7   most of the studies did that on their -- on

```
14            A.  The tables are mislabeled.  Yes,
15   sir.  You read through it and things don't
16   make sense until you realize they are
17   mislabeled and things come together a little
18   bit better.
19            Q.  If we can go to the Rumchev paper?
20            A.  Yes, sir.
21            Q.  Why did you include the Rumchev
22   paper?
23            A.  Because he, too, looks at
24   formaldehyde exposure and asthma in children.
25                MR. PINEDO:  Do you have another
0051
 1   copy?
 2                MR. WEINSTOCK:  Yes.  I'm sorry.
 3                MR. PINEDO:  I haven't completely
 4   memorized it yet.
 5            Q.  You used the term children.  What
 6   is your definition of children?
 7            A.  Well, their definition of children
 8   was between six months and three years old.
 9            Q.  What was Garrett's definition of
10   children?
11            A.  Let me look back here.  Well
12   actually, I have it on -- I have the study
13   summarized on some spreadsheets.  I guess I
14   didn't bring the one that had age.  Seven to
15   fourteen years of age.
16            Q.  Is there a difference for
17   asthmatics between six months to three year
18   olds and seven to fourteen year olds?
19            A.  A difference in what regard?
20            Q.  A difference in any regard.  Do
21   they react differently?
22            A.  I'm not a clinician.  I am not
23   qualified to answer that.
24            Q.  Did you have a definition for
25   childhood asthma when you prepared Exhibit 3?
0052
 1            A.  Like an age restriction?
 2            Q.  Yes.
 3            A.  I believe I generally limited it to
 4   anything from, you know, young -- I think the
 5   youngest was six months up until about
 6   eighteen to nineteen years old.  But I think
 7   most of the studies did that on their -- on
```

```
 8   their own.
 9         Q.  So from what you reviewed, there
10   was no difference between six months old and
11   eighteen and nineteen year olds, correct?
12         MR. PINEDO:  Objection to form.
13         A.  I didn't -- in my meta analysis, I
14   didn't stratify the studies by age.  We didn't
15   have the raw data to be able to do that.
16         Q.  Do you know how old Chris Cooper
17   is?
18         A.  No, sir.
19         Q.  Was this a study of increased
20   symptoms from asthma or onset of asthma?
21         A.  If I can read directly from the
22   paper, page 404, Methods, Study Population:
23   Cases (N=88) were children who attended the
24   accident and emergency department at the
25   Princess Margaret Hospital for children in
0053
 1   Perth, Western Australia and were discharged
 2   with asthma as the primary diagnosis.
 3         Q.  I don't know that that directly
 4   answers my question, but maybe there is no
 5   answer.
 6             Is this a study of onset of asthma
 7   or exacerbation of asthma symptoms?
 8         A.  We don't know from that definition.
 9         Q.  If you would, go to page 407.
10         A.  Yes, sir.
11         Q.  Right before the implications?
12         A.  Yes, sir.
13         Q.  And does it state, The observation
14   that exposure to formaldehyde very early in
15   childhood is associated with asthma suggests
16   the possibility that irritants in indoor air
17   might be involved in the initiation phase of
18   asthma?
19         A.  Yes, sir.  That's what says.
20         Q.  Does that tell you what they were
21   studying, whether it was initiation or
22   exacerbation?
23         A.  It tells me that their
24   interpretation was that the results suggest
25   the initiation phase of asthma.
0054
 1         Q.  And was there an interpretation
```

```
 2  regarding the aggravation of asthma symptoms?
 3       A.  Again, that sentence refers
 4  specifically to the initiation phase of
 5  asthma.
 6       Q.  Do you have your own interpretation
 7  as to whether this paper represents an
 8  exacerbation of asthma conditions?
 9       A.  I wouldn't have an opinion in that
10  regard because I don't believe the authors
11  defined it in such a way.
12       Q.  I guess my question is:  Why would
13  we use papers that evaluate initiation and
14  combine them with papers that talk about
15  exacerbation?
16       A.  Well, I believe all the studies
17  that I included in here either were children
18  who had been self-reported or diagnosed.  I
19  don't believe I included any studies that had
20  exacerbation as the case definition.
21       Q.  So what you were looking at was
22  does formaldehyde exposure cause asthma?
23       A.  No.  No, sir.  I was not looking at
24  that.
25       Q.  Then why does --
0055
 1       A.  I was looking at the association
 2  between the two.
 3       Q.  Okay.  Is -- so let me -- so you
 4  were looking at the question of does -- is
 5  formaldehyde exposure associated with onset of
 6  asthma?
 7       A.  Yes, sir.
 8       Q.  Not is formaldehyde exposure
 9  associated with aggravation of asthma?
10       A.  That's correct.  I believe the
11  studies are much more consistent with looking
12  at the presence of asthma as opposed to the
13  aggravation of symptoms.
14           Now, there have been studies that
15  have done that.
16       Q.  We will get to some and more, some
17  that you have and some that I have.
18       A.  Okay.
19       Q.  You will agree with me that what
20  really has been studied is onset primarily?
21       A.  I don't know.  At least for this
```

```
22    study we can actually classify it as onset.  I
23    think presence or absence is the best that we
24    can do for most of these studies.
25         Q.  Presence or absence?  In figure
0056
 1    three --
 2         A.  What page?
 3         Q.  I'm sorry, page 406.
 4         A.  Yes, sir.
 5         Q.  Do you see the first data set is 10
 6    to 29?
 7         A.  Yes, the first group of -- the
 8    first exposure group.
 9         Q.  The second one is 30 to 49?
10         A.  Yes, sir.
11         Q.  But the next one is 50 to 59?
12         A.  Uh-huh.
13         Q.  And the last one is 60 and above?
14         A.  Yes, sir.
15         Q.  Do you know why they split that
16    data set, that last data set?
17         A.  Split it.
18         Q.  Well, first it was running at
19    twenty data points, and then they split it
20    down to ten.  Do you know why they did that?
21         A.  I can surmise why they did it.
22         Q.  I would love to hear it.
23         A.  I'm just going to check one thing
24    if I can first.
25         Q.  Absolutely.
0057
 1         A.  My guess would be based on my own
 2    experience analyzing data was they did it due
 3    to sample size.
 4         Q.  What does that mean?  I'm sorry.
 5         A.  When we have, you know, a
 6    continuous variable like formaldehyde and we
 7    have people reporting a wide range of values,
 8    we can assume in this paper that the lowest
 9    value was somewhere around ten and the highest
10    was greater than sixty.
11             When you have a continuous variable
12    like that and you want to cut it up in some
13    way, as you pointed out, it might make sense
14    to have ten units of ten.  But if you don't
15    have a lot of subjects in a certain category,
```

```
20        Q.  Anyone who has studied indoor
21   environments know that a concentration of
22   formaldehyde less than ten micrograms per
23   cubic meter is very low and one may doubt that
24   it would have any casual effect.
25             The concentration of formaldehyde
0072
 1   was strongly related to the concentration of
 2   some other pollutants, and this was hard to
 3   handle in this statistical analysis although
 4   we tried.
 5             Thus the effect of formaldehyde in
 6   this study may not be true or may be modifying
 7   the effect of some other factor.
 8             That's kind of the question I was
 9   asking before.
10        A.  That's exactly what we were just
11   talking about.
12        Q.  Is that you can do as much as you
13   can, but you can't always factor out that
14   there are other contaminants they are
15   confounders?
16        A.  Well obviously, you can only factor
17   in the ones you measure.  Of the ones you
18   measure, sample size is ultimately going to
19   limit what and how well you adjust for those
20   other things that you did measure, which is, I
21   believe, what she's referring to.
22        Q.  I guess was this a study of onset
23   or aggravation of asthma?
24        A.  I believe it was like the other
25   studies, current -- current asthma versus
0073
 1   those who did not have current asthma.
 2        Q.  So whether -- therefore, whether
 3   formaldehyde exposure is associated with the
 4   onset of asthma?
 5        A.  Just whether they currently have
 6   it.  Although they didn't look at the
 7   relationship of formaldehyde with respect to
 8   these things, but they do list the prevalence
 9   of certain asthmatic symptoms.
10             But the main comparisons were those
11   who have asthma and those who don't.
12        Q.  And was there any relationship to
13   an increase in asthmatic symptoms to
```

```
12   volumes of air that are potentially in them.
13   And if one has good ventilation, then even
14   similar levels of formaldehyde in those two
15   rooms, if one is more ventilated than another,
16   then the levels may be lower.  Outside
17   ventilation is clearly going to be --
18        Q.   And the levels may be lower is what
19   you said?
20        A.   Subject to the amount of
21   ventilation.
22        Q.   But again, the level is the level
23   whether inside or outside, isn't it?
24        A.   It should be.
25        Q.   It doesn't matter the size of the
0090
 1   space we're in.  If we're being exposed to.
 2   050 formaldehyde, whether it's inside or out,
 3   it's the same .050, isn't it?
 4        A.   I would think the only thing that
 5   would matter is how long you spent in that
 6   environment, or how humid it was, or again, a
 7   lot of the other factors that influence.
 8        Q.   You're talking in terms of asthma?
 9        A.   Yes, sir.
10        Q.   Okay.
11        A.   Yes, sir.
12        Q.   But, for example, in terms of its
13   irritant properties .050 is .050 whether we
14   are inside or outside?
15        A.   I would think so.
16        Q.   There are many that would disagree
17   with you.  Not me, but many.
18             What was Zhao looking at
19   specifically?
20        A.   In what sense?  They looked at a
21   variety of different things.
22        Q.   Were they looking at onset of
23   asthma or exacerbation of asthma conditions?
24        A.   They looked at -- let's see.  If we
25   go to tables 3 and 4, we actually get a very
0091
 1   good idea as to what they were looking at.  If
 2   we read tables three and four from left to
 3   right, cumulative asthma, wheeze or whistling
 4   in the chest, daytime attacks of
 5   breathlessness, nocturnal attacks of
```

```
18          A.   Yes, sir.
19          Q.   The pooled results from the seven
20   studies provided evidence of such association
21   and suggest even modest exposure levels are
22   associated with a significant increased risk
23   of asthma in children?
24          A.   That's correct.
25          Q.   And that was per your -- your study
0111
 1   as to whether formaldehyde exposure is related
 2   to onset of asthma?
 3          A.   I believe presence of asthma.  The
 4   studies that I've pulled together generally
 5   reflect presence or absence.
 6          Q.   Well, then maybe it's semantics,
 7   but let's talk about that for a minute.
 8   Formaldehyde in the study -- strike that.
 9               In the study -- in the seven
10   studies, exposed formaldehyde is associated
11   with the presence of asthma, correct?
12          A.   I think all but one.  We discussed
13   the one that looked at incidence.
14          Q.   But it is not -- none of them is
15   per se -- and you did not use them to
16   determine the impact on that asthma?
17          A.   Do you mean among those with asthma
18   exacerbation of symptoms, et cetera?
19          Q.   Correct.
20          A.   That is correct.  My analysis -- my
21   meta analysis was limited to those who have
22   asthma, current or incident and those that do
23   not.  One could do a meta analysis looking at
24   symptoms.
25          Q.   Here we go.  Not a meta analysis,
0112
 1   but some -- some -- wrong set.
 2               We talked earlier about
 3   experimental studies, correct?
 4          A.   That's correct.
 5          Q.   And you could expose asthmatics to
 6   formaldehyde and see if it affects their
 7   respiratory symptoms?
 8          A.   No, you could not.
 9          Q.   Why could you not?
10          A.   Well, there's no -- I would surmise
11   that there is no institution in this country
```

```
12   that would allow you to expose people to
13   formaldehyde.
14          Q.  Would the -- is the Mayo Clinic one
15   of these programs that would not let you do
16   that?
17          A.  I presume you're going to show me a
18   study where they did.
19          Q.  But answer my question.  Do you
20   believe the Mayo Clinic would not allow such
21   conduct?
22          A.  I would be surprised if they did.
23          Q.  I apologize because I stuck this
24   sticker.  So let's talk about the Uba study
25   first, which I do not have extra copies of but
0113
 1   I have shown you before.  I'm going to attach
 2   it as Exhibit 12 and ask you to review it.
 3              (Defendants' Exhibit number 12 was
 4              marked for identification.  A copy
 5              is attached.)
 6              MR. PINEDO:  When you said you, you
 7   were talking to plaintiff's counsel as opposed
 8   to the witness?
 9              MR. WEINSTOCK:  Yes, I was.
10          Q.  We previously discussed this at
11   some other depositions that you were not
12   present for.
13          A.  You folks did?
14          Q.  Yes.  I want you to take your time
15   to look at it as much as you need to.
16          A.  Okay.
17          Q.  I'm going to ask you a couple of
18   short questions?
19          A.  Is there one specific part you want
20   to focus on or --
21          Q.  I apologize.  Like I said, I did
22   not have a separate copy.
23          A.  I can read the whole thing, if you
24   just want to focus on one part of it.
25          Q.  Okay.  Turning to the summary, it
0114
 1   says here:  There was no pattern -- I'm
 2   sorry.  Strike that.
 3              Twelve subjects had a history of
 4   asthma and they were no more likely to have
 5   had symptoms or respiratory irritations or
```

```
 4   probable than not that those levels would
 5   cause nasopharyngeal cancer, correct?
 6        A.   And if you recall, I just want to
 7   get some context here, my answer was because
 8   the epidemiologic studies generally don't
 9   provide us the formaldehyde levels.  Most of
10   them are occupational studies where it was you
11   work in an embalmers lab, you work in a carpet
12   factory, et cetera.
13             It sounds like how I was answering
14   was, we have the CDC test results.  We have
15   the epidemiology.  We don't have the key.
16        Q.   We need -- we need -- well, strike
17   that.  In epidemiology, we look for a
18   sufficient exposure to cause something?
19        A.   That's -- well again, epidemiology
20   is more about the association than about the
21   cause.
22        Q.   We need a sufficient level of
23   exposure to associate that exposure with --
24        A.   That's right, with the
25   epidemiology -- what the epidemiologic studies
0131
 1   are looking at are generally people who are
 2   exposed to formaldehyde by their work, their
 3   job title, excuse me, most likely.
 4        Q.   And --
 5        A.   And we don't know that it was X
 6   number of parts per million, whereas the CDC
 7   study tells us these are the exposure levels.
 8   We just don't have those.
 9             That's how I understand the
10   question.
11        Q.   Correct.  And at the levels the CDC
12   found, from three parts per billion to 590
13   parts per billion, you can't give an opinion
14   that that level is associated with
15   nasopharyngeal cancer because the epidemiology
16   just does not provide that to you?
17        A.   That's right.  None of the
18   epidemiologic studies that I'm aware of
19   actually provide formaldehyde exposure
20   levels.
21             And that doesn't mean that one
22   couldn't, through some sort of job exposure
23   matrix, link that CDC data or any exposure
```

```
24   data to those cancer cases.
25             But as the evidence exists today,
0132
 1   nobody has done that.
 2        Q.   And you have not done that?
 3        A.   I have not done that, no, sir.
 4        Q.   And you have not been asked to do
 5   it?
 6        A.   No, not to my knowledge.
 7        Q.   As we sit here today, at the levels
 8   that people were exposed to in the FEMA
 9   trailers, the 519 that we talked about, from
10   three parts per billion to 590 parts per
11   billion, you cannot say more probably than not
12   that would be associated with nasopharyngeal
13   cancer?
14        A.   Sitting here today, no, sir.
15   Although, again, it could be done.
16        Q.   It's possible it just has not been
17   done?
18        A.   That's correct.
19        Q.   When you said no, sir, you were
20   actually agreeing with my statement, correct?
21             Sometimes it's the way I ask
22   questions.  I tend to lead.  So the correct
23   answer is yes, but let me ask it again.
24        A.   Sure.
25        Q.   As we sit here today, at the levels
0133
 1   people were exposed from the FEMA trailer,
 2   from three parts per billion to 590 parts per
 3   billion, you cannot say more probably than not
 4   there's an association to nasopharyngeal
 5   cancer to those levels.  My statement is
 6   correct?
 7        A.   Your statement is correct, yes,
 8   sir.
 9        Q.   That's the tricky part with any
10   one-sided question?
11        A.   I'll remember that.
12        Q.   Going back to that same report, you
13   had a section on irritation that I want to
14   touch on very briefly.
15        A.   Yes, sir.
16        Q.   Well, maybe not a section, but it
17   was in the noncancer effects?
```

```
14   that I was given at the time.
15           When we talk about the asthma work
16   I've done, that was a more formal analysis, a
17   quantitative analysis of the published
18   literature.
19           So again, my work here has been a
20   little bit different.  One is more of a review
21   of it, and the other is a contribution in
22   terms of a quantitative evaluation.
23       Q.  And if we look in Exhibit number 2,
24   is that your report related to the qualitative
25   literature review that you did for cancer and
0166
 1   noncancerous effects of formaldehyde?
 2       A.  Yes, sir.
 3       Q.  And you prepared that report in
 4   August of 2008?
 5       A.  Yes, sir.
 6       Q.  And those opinions remain your same
 7   opinions today?
 8       A.  Yes, sir.
 9       Q.  Did you review the medical
10   literature related to formaldehyde exposure as
11   part of your analysis that you set forth in
12   Exhibit number 2?
13       A.  Yes.
14       Q.  And do you know if the
15   International Agency for Research on Cancer
16   has categorized formaldehyde with regard to
17   being a known carcinogen?
18       A.  I believe they have.
19       Q.  And in your opinion, is that
20   classification warranted?
21       A.  Well, as this report makes clear I
22   believe it's warranted with respect to
23   nasopharyngeal cancer.  I believe the evidence
24   is relatively clear there.
25           And as my report states, that for
0167
 1   other types of cancers, while there's evidence
 2   to suggest an etiological error, it's not as
 3   strong as it is for nasopharyngeal.
 4       Q.  Well, before with talk about that
 5   in more detail, I would like to direct your
 6   attention to page four of you report.  If you
 7   could turn there, please.
```

```
 8            There's a section entitled
 9   epidemiology and causality.  Do you see that?
10        A.   Yes, sir.
11        Q.   And then you state in that
12   section:  Though diverse, nearly all such
13   statistical analysis have a common goal of
14   quantifying the existence of an association
15   between a specific risk factor and disease.
16            Could you explain what you mean by
17   that in regards to and in the context of
18   epidemiological studies and formaldehyde
19   exposures?
20        A.   I'm not sure I understand the
21   question.
22        Q.   Do you see the line there that
23   says, though diverse, nearly all such
24   statistical analysis have a common goal?
25        A.   Yes.
0168
 1        Q.   Of quantifying the existence of an
 2   association between a specific risk factor and
 3   disease?
 4        A.   Yes, sir.
 5        Q.   What do you mean in the context of
 6   this report when you state that?
 7        A.   Well, I think I simply mean that
 8   each of these studies has a specific
 9   hypothesis that may not specifically address
10   the question at hand, but the question it is
11   addressing is still irrelevant to the prior
12   question of formaldehyde exposure and cancer.
13            So again, one reaches out -- one
14   casts a wide net when looking at the
15   literature.  One may not have studies that are
16   directly on point with the question being
17   addressed, but there are other studies that
18   while seemingly peripheral contribute useful
19   information.
20            I think that's the point that I'm
21   making there.
22        Q.   For example, if we talk about the
23   case of Christopher Cooper, if we ask are
24   there any studies of nine year olds living in
25   New Orleans who have been exposed to
0169
 1   formaldehyde, would you expect to find any
```

```
0185
 1  six, Roman numeral VI, With respect to other
 2  cancers, specifically leukemia, lung,
 3  pancreatic and brain cancer, there is evidence
 4  to suggest that formaldehyde plays an
 5  etiologic role in these diseases.
 6          Can you explain what you mean by
 7  etiologic role?
 8      A.  Yeah, etiology meaning the ultimate
 9  cause of the disease.
10      Q.  Is there evidence to suggest that
11  formaldehyde is an ultimate cause of leukemia,
12  based upon the research that you have done?
13      A.  I don't believe research that I've
14  done or I had done up to this point in time is
15  strong enough to render that sort of opinion.
16      Q.  But it is -- it does play an
17  etiologic role?
18      A.  I believe that the evidence to date
19  suggests that it might play an etiologic role.
20      Q.  Does the evidence to date suggest
21  that formaldehyde might play an etiologic role
22  in brain cancer?
23          MR. WEINSTOCK:  Object to the form.
24      A.  I believe there's enough evidence
25  for us to believe that there might be an
0186
 1  association.
 2      Q.  Does the evidence do date, is it
 3  sufficient to state that formaldehyde might
 4  play a role in pancreatic cancer?
 5          MR. WEINSTOCK:  On the to the form.
 6      A.  I believe there's enough evidence
 7  for us to believe there might be an
 8  association.
 9      Q.  And is that based upon your review
10  of the literature related to formaldehyde?
11      A.  It was based on my review of the
12  literature up until the time this report was
13  produced.
14      Q.  And have your opinions in that
15  regard changed in any way?
16      A.  No, sir.
17      Q.  Let's take a look at your report
18  you prepared more specifically for Christopher
19  Cooper on asthma.  Is that Exhibit number 3?
```