# Formaldehyde Exposure and Asthma in Children: A Systemic Review

Gerald McGwin, Jr., M.S., Ph.D.

May 18, 2009

_____          5/18/09
Gerald McGwin, Jr., M.S., Ph.D.          Date

Paula A. Fawcett  5/18/09

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRED June 3, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Gerald McGwin, Jr., M.S., Ph.D
Suite 120, 1922 7th Avenue South, Birmingham, AL 35294
205-975-3036

EXHIBIT "B"

ALX-EXP-48-000001

## BACKGROUND

Acute exposure to formaldehyde is associated with ocular, skin and respiratory irritation whereas chronic exposure has been associated with lung and nasopharyngeal cancer. Research suggests that exposure to formaldehyde may be associated with respiratory effects in children. Of specific concern is formaldehyde's association with an increased risk of asthma and an exacerbation of asthma symptoms. A number of studies have evaluated the relationship between formaldehyde exposure and asthma. While most studies have reported a positive association, inferences from any one study, even those with statistically significant results, are hampered by study design limitations. And while reviews of the relationship between formaldehyde exposure and respiratory problems exist, these have been qualitative and not included all of the relevant published literature. Thus, in order to establish the overall strength, consistency and independence of the association between formaldehyde exposure and asthma in children a systematic quantitative review of published studies was conducted.

## METHODS

This review was conducted using a modified version of the Meta-analysis of Observational Studies in Epidemiology (MOOSE) guidelines for the conduct of systematic reviews and meta-analysis of observational studies. Studies published between 1950 and May 2009 were identified through the PubMed/MEDLINE and Google Scholar databases employing a search strategy that combined text word (e.g., "formaldehyde and asthma and children") and Medical Subject Headings to identify reports regarding formaldehyde exposure and asthma. The reference lists of the identified studies were also reviewed to identify other relevant studies. Studies were initially selected if they potentially contained qualitative or quantitative estimates of the association between formaldehyde exposure and asthma in children.

In total 18 articles were identified that met this criteria and following a detailed review it was determined that 10 contained suitable information for use in a systematic review. Three articles were excluded due to their being review articles thereby containing no novel information. Three additional articles were excluded because they were not asthma-specific but rather focused on respiratory symptoms (e.g., chest discomfort) or pulmonary function. Two studies were excluded because, while asthma specific, they did not contain a reference or control group.

For the 10 included articles information regarding study design and setting, definition of asthma (e.g., physician diagnosis), sample size, average (min. and max) formaldehyde levels, and quantitative estimates (or raw data) for the association between formaldehyde exposure and asthma as well as whether or not such estimates were adjusted and, if so, for what measures was abstracted (Table 1). As a result of this process it was determined necessary to homogenize the individual study results using a single unit of formaldehyde measurement. The majority of studies reported their results in $10\mu g/m^3$ units of formaldehyde. Thus the results for those studies that used different units were transformed. Three of the ten studies did not contain actual

ALX-EXP-48-000002

TABLE 1. Studies Selected for Inclusion in the Meta-Analysis

| Source | Setting | Design | Asthma Definition | Exposure | Formaldehyde Levels (in $\mu g/m^3$) | No. (Asthma) | OR (95% CI) (per $10\mu g/m^3$) | Adjusted |
|---|---|---|---|---|---|---|---|---|
| Krzyzanowski et al. (1990) | U.S. | Cross-sectional | Self-report | Home | ≤50 to 87.5+ | 298 (47) | 1.07 (0.81-1.43) | No |
| Smedje et al. (1997) | Sweden | Cross-sectional | Self-report | School | <5 to 10 | 672 (40) | 2.59 (1.10-6.19) | Yes |
| Garrett et al. (1999) | Australia | Cross-sectional | Diagnosis | Home | <20 to >50 | 148 (53) | 1.27 (1.04-1.55) | No |
| Smedje et al. (2001) | Sweden | Cohort | Self-report | School | <5 to 72 | 1,258 (56) | 1.20 (0.80-1.70) | Yes |
| Rumchev et al. (2002) | Australia | Case-control | Diagnosis | Home | <10 to 60+ | 192 (88) | 1.03 (1.02-1.04) | Yes |
| Doi et al. (2003) | Japan | Case-control | Diagnosis | N/A | N/A | 155 (122) | N/A | N/A |
| Mi et al. (2006) | China | Cross-sectional | Self-report | School | 3 to 20 | 1,414 (44) | 1.30 (0.72-2.32) | Yes |
| Tavernier et al. (2006) | U.K. | Case-control | Diagnosis | Home | N/A | 130 (65) | † | Yes |
| Pati et al. (2006) | India | Case-control | Diagnosis | Home | N/A | 172 (84) | ‡ | N/A |
| Zhao et al. (2008a) | China | Cross-sectional | Self-report | School | 1 to 5 | 1,993 (36) | 0.12 (0.0008-17.32) | Yes |
| Zhao et al. (2008b) | China | Cross-sectional | Self-report | Outdoor | 5 to 7 | 1,993 (36) | 581.59 (0.06-2263796.94) | Yes |

† Elevated (non-significant) odds ratios for living room and bedroom formaldehyde levels
‡ Indoor exposure to formaldehyde significantly increased the risk of asthma.

-1-

ALX-EXP-48-000003

formaldehyde measurements and attempts to obtain this information from the study authors have been unsuccessful to date.

Ultimately, for each study an odds ratio (OR) and 95% confidence interval (CI) for the association between asthma and a $10\mu g/m^3$ unit increase in formaldehyde exposure was calculated. One study (Zhao et al., 2008) provided two estimates; one for indoor and another for outdoor exposure. These estimates were pooled using both a fixed and random effects model. The latter model accounts for the variation in the associations between formaldehyde exposure and asthma between different populations. To quantify the extent of heterogeneity between studies Cochran's Q test was calculated.

**RESULTS**

A total of seven relevant published studies from which ORs for the association between formaldehyde exposure and asthma in children could be calculated were used in the meta-analysis. These studies included 5,975 individuals of whom 364 had asthma and were conducted in geographically diverse areas.

The study specific and pooled ORs and 95% CIs for the association between asthma and a $10\mu g/m^3$ unit increase in formaldehyde exposure are presented in Figure 1. Among the eight estimates all but one are positive and three are statistically significant. There was little evidence of heterogeneity (Q = 10.78; p=0.15). The combined ORs based upon the fixed and random effects models were 1.03 (95% CI 1.02-1.04) and 1.16 (95% CI 1.00-1.35), respectively, per $10\mu g/m^3$ unit increase in formaldehyde exposure. The OR from the fixed effects model was statistically significant (p<0.001) while that from the random effects model was of borderline statistical significance (p=0.07). There was no evidence of meaningful publication bias in the results. A bootstrapping technique was employed to evaluate the influence of any one study on the observed results; no concerns were observed in this regard.

**FIGURE 1. Odds Ratios of Asthma per $10\mu g/m^3$ Increase in Formaldehyde**

| Model | Study name | Odds ratio* | Lower limit | Upper limit | Z-Value | p-Value |
|---|---|---|---|---|---|---|
| | Garrett at al. (1999) | 1.270 | 1.040 | 1.550 | 2.348 | 0.019 |
| | Rumchev et al. (2002) | 1.030 | 1.020 | 1.040 | 5.967 | 0.000 |
| | Mi et al. (2006) | 1.300 | 0.724 | 2.334 | 0.879 | 0.379 |
| | Smedje et al. (1997) | 2.590 | 1.092 | 6.144 | 2.159 | 0.031 |
| | Smedje et al. (2001) | 1.200 | 0.821 | 1.753 | 0.943 | 0.346 |
| | Zhao et al. (2008a) | 0.120 | 0.001 | 17.657 | -0.833 | 0.405 |
| | Zhao et al. (2008b) | 581.590 | 0.155 | 2187639.063 | 1.516 | 0.130 |
| | Krzyzanowski et al. (1990) | 1.070 | 0.805 | 1.422 | 0.467 | 0.641 |
| Fixed | | 1.031 | 1.021 | 1.041 | 6.146 | 0.000 |
| Random | | 1.155 | 0.990 | 1.347 | 1.835 | 0.067 |

* Odds ratio per 10 µg/m³ increase in formaldehyde

-2-

ALX-EXP-48-000004

It is perhaps important to note that in addition to the seven studies included in the meta-analysis there were two others that could not be included due to a lack of quantitative information on formaldehyde exposure levels. One of these studies reported a statistically significant increased risk associated with indoor formaldehyde exposure. The other also reported increased risks for specific exposure levels though none were statistically significant. While it is difficult to estimate the quantitative impact of not including these studies in the formal meta-analysis, it is clear that their results are consistent with the pooled results.

The meta-analysis results were extrapolated to the range of observed exposure levels and at specific exposure levels of interest (Figure 2). For exposures below $50\mu g/m^3$ the ORs indicate a small but significantly increased risk of asthma whereas for exposures between 61.5 (January 2008 test) and $135.3\mu g/m^3$ (May 2009 [Active] test) the ORs indicate a more substantial increase in risk, ranging from 2.44 (95% CI 2.09-2.85) to 7.10 (95% CI 6.08-8.29).

**FIGURE 2. Odds Ratios of Asthma at Specific Exposure Levels**

## SUMMARY

The objective of this systematic review was to quantify the association between formaldehyde exposure in children and asthma. The pooled results from seven studies provide evidence of such an association and suggest that even modest exposure levels are associated with a significant increased risk of asthma in children. Exposure to formaldehyde between the level measured in the January 2008 test and the level measured in the May 2009 (Active) test yield a statistically significant increased risk of childhood asthma with ORs ranging from 2.44 (95% CI 2.09-2.85) to 7.10 (95% CI 6.08-8.29).

ALX-EXP-48-000005

# REFERENCES

Burr ML. Indoor air pollution and the respiratory health of children. Pediatric Pulm 1999;18:3-5.

Daisey JM, Angell WJ, Apte MG. Indoor air quality, ventilation and health symptoms in schools: an analysis of existing information. Indoor Air 2003;13:53-64.

Doi S, Suzuki S, Morishita M, Yamada M, Kanda Y, Terii S, Sakamoto T. The prevalence of IgE sensitization to formaldehyde in asthmatic children. Allergy 2003;58:668-71.

Garrett MH, Hooper MA, Hooper BM, Rayment PR, Abromson MJ. Increased risk of allergy in children due to formaldehyde exposure in homes. Allergy 1999;54:330-337.

Krzyzanowski M, Quackenboss JJ, Lebowitz MD. Chronic respiratory effects of indoor formaldehyde exposure. Environmental Research 1990;52:117-125.

Mendell MJ. Indoor residential chemical emissions as risk factors for respiratory and allergic effects in children: a review. Indoor Air 2007;17:259-277.

Mi YH, Norback D, Tao J, Mi YL, Ferm M. Current asthma and respiratory symptoms among pupils in Shanghai, China: influence of building ventilation, nitrogen dioxide, ozone, and formaldehyde in classrooms. Indoor Air 2006;16:454-464.

Rumchev KB, Spickett JT, Bulsara MK, Phillips MR, Stick SM. Eur Respir J 2002;20:403-408.

Smedje G, Norback D. Incidence of asthma diagnosis and self-reported allergy in relation to the school environment-a four-year follow-up study in schoolchildren. Int J Tuberc Lung Dis 2001;5:1059-1066.

Smedje G, Norback D, Edling C. Asthma among secondary schoolchildren in relaton to the school environment. Clin Exp Allergy 1997;27:1270-1278.

Pati S, Parida SN. Indoor environmental risk factors for asthma and respiratory ill health in preschool children of coastal Orissa, India. Epidemiology 2005;16:S132-133.

Tavernier G, Fletcher G, Gee I, Watson A, Blacklock G, Francis H, Fletcher A, Frank T, Frank P, Pickering CA, Niven R. IPEADAM study: Indoor endotoxin exposure, family status, and some housing characteristics in English children. J Allergy Clin Immunol 2006;117:656-662.

Zhao Z, Zhang Z, Wang, Z, Ferm M, Liang Y, Norback D. Asthmatic symptoms among pupils in relation to winter indoor and outdoor air pollution in schools in Taiyuan, China. Env Health Perspect 2008;116:90-97.

ALX-EXP-48-000006