```
0001
  1              UNITED STATES DISTRICT COURT
  2              EASTERN DISTRICT OF LOUISIANA
  3
  4
  5
  6   IN RE:  FEMA TRAILER       MDL NO. 1873
  7   FORMALDEHYDE PRODUCTS      SECTION "N"(4)
  8   LIABILITY LITIGATION       JUDGE ENGELHARDT
  9
 10                 *  *  *
 11
 12        VIDEOTAPED DEPOSITION OF ALANA
 13   ALEXANDER, 1619 MIRABEAU AVENUE, NEW
 14   ORLEANS, LOUISIANA 70122, TAKEN AT THE
 15   OFFICES OF LAMBERT & NELSON, 701 MAGAZINE
 16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
 17   29TH DAY OF JUNE, 2009.
 18
 19   REPORTED BY:
 20        CATHY RENEE¥ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
 21       (504)529-5255
 22   VIDEOGRAPHER:
 23       MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
 24       (504)529-5255
 25
0002
  1   APPEARANCES:
  2       HILLIARD MU-OZ GUERRA
          (BY:  ROBERT HILLIARD, ESQUIRE
  3             REYNALDO A. PE-A, ESQUIRE)
          719 S. SHORELINE BLVD # 500,
  4       CORPUS CHRISTI, TEXAS 78401
  5           ATTORNEYS FOR THE PLAINTIFFS
  6       MIDDLEBERG, RIDDLE & GIANNA
          (BY:  LEZLE PETROVICH, ESQUIRE)
  7       201 ST. CHARLES AVENUE
          NEW ORLEANS, LOUISIANA  70170
  8
              ATTORNEYS FOR FLUOR ENTERPRISES,
  9             INC.
 10       DUPLASS, ZWAIN, BOURGEOIS,
            PFISTER & WEINSTOCK
 11       (BY: JOSEPH G. GLASS, ESQUIRE)
```

EXHIBIT "D"

```
21  to see if you had any?
22       A.   Wait.  Ask me that again.
23       Q.   Sure.  There are some questions
24  about what documentation you have concerning
25  medical records and things like that.  Did
0125
 1  you actually look for documentation before
 2  you answered that?
 3       A.   Did I look myself at the answers
 4  to some of these questions?
 5       MR.  HILLIARD:
 6            Wait, wait, wait.  There are
 7  certain questions in that document that ask
 8  you for other documents.  His question is,
 9  did you go look for those documents when
10  that document asked you to?
11       THE WITNESS:
12            When this one in particular?  I
13  really don't know, to be honest.  I don't
14  know.
15  EXAMINATION BY MR. GLASS:
16       Q.   By the time you filled out this
17  form, A. Alexander 1, you were already out
18  of the trailer, correct?
19       A.   Yes.
20       Q.   All right.  If you would take a
21  look at A. Alexander 2, and tell me if there
22  is any information that you changed in that
23  document?
24       A.   Well, the same thing on 2, the
25  address should be 1619 Mirabeau, and that's
0126
 1  70122.
 2       Q.   Anything else?
 3       A.   On both of those.
 4       Q.   Anything else?
 5       A.   And on No. 3 for Christopher where
 6  it should say, "Drying and scaling of skin,
 7  eczema."  That's 3, you see that?
 8       Q.   So that box should be checked as
 9  well?
10       A.   Yes.
11       Q.   When you originally filled out
12  Exhibit 2 was that filled out in your
13  handwriting as well for Christopher?
14       A.   I would say yes.  Yes.
```

```
15      Q.   When you first filled this out and
16 provided it to your counsel, did you check
17 off the box "Drying and scaling of skin"?
18      A.   No.
19      Q.   Okay.  Anything else you're
20 changing?
21      A.   No. 8 on page 5.
22      Q.   What are you changing there?
23      A.   8 should be "yes."
24      Q.   When you first filled out this
25 form, did you check "no"?
0127
 1      A.   I'm going to say I probably did,
 2 yes.
 3      Q.   So as of the date that you filled
 4 out this form, which was given on page 17 --
 5 I'm sorry, 18, it was February 3, 2009,
 6 correct?
 7      A.   I haven't gotten to it yet.  You
 8 said page 18?
 9      Q.   Correct.
10      A.   Say your question again, I'm
11 sorry.
12      Q.   Sure.  As of the date that you
13 signed the certification certifying the
14 information contained in Exhibit 2, you had
15 checked off "no" for No. 8 on page 5, that
16 you were not claiming mental and/or
17 emotional damages as a result of residing in
18 a FEMA trailer or mobile home.
19      A.   Okay.
20      Q.   That's correct?
21      A.   Yes.  But I changed it to "yes."
22      Q.   Okay. Today?
23      A.   Yes.
24      Q.   Anything else you're changing?
25      A.   I think that was it.  Again, on
0128
 1 11, Erika's name is spelled wrong here.
 2      Q.   Take the "C" out, correct?
 3      A.   Right.
 4      Q.   Okay.
 5      A.   That's it on this one.
 6      Q.   And you signed on page 18 the
 7 certification declaring that "Under the
 8 penalty of perjury, all the information
```

```
25   physical symptoms did Chris have in those
0392
 1   first couple months?
 2       A.   Like I say, he felt the burning in
 3   the throat and the nose; say again watery
 4   eyes, the itchy eyes and the nose, the
 5   burning in the nose.  And the frequency of
 6   the inhaler started to increase.
 7       Q.   Okay.  During those first couple
 8   of months, did his symptoms also decrease
 9   over time?
10       A.   The itching and the watery eyes --
11   not the watery eyes, I'm sorry.  The itching
12   of the nose -- I take that back.  Not the
13   nose for him.  Because he was always doing
14   that with his nose, rubbing his nose.
15       Q.   So for the entire 19 months that
16   you were in the trailer, it's your testimony
17   that Chris's symptoms from day one in the
18   trailer were the same until the end when he
19   left the trailer?
20       A.   Yes.
21       Q.   We've already gone into some of
22   the medical records.  All of the visits to
23   the doctors have been talked about --
24       A.   Yes.
25       Q.   -- from the time he was in the
0393
 1   trailer?
 2       A.   Yes.
 3       Q.   Subpart (c) references plaintiff's
 4   mental anguish and emotional distress,
 5   including the fear of an increased risk of
 6   future serious disease, both in your own
 7   case and in the case of your minor son.
 8           You actually, in that fact sheet,
 9   did raise that you're claiming mental and
10   emotional damage as a result of living in
11   the trailer, correct?
12       A.   Yes.
13       Q.   Okay.  Did you seek any
14   professional help for your mental anguish or
15   emotional distress before April of 2009?
16       A.   No.
17       Q.   Do you remember when you first
18   became a bellwether plaintiff?
```

```
19      A.   When I became a what?
20      Q.   Okay.  Do you understand that your
21 case is going to trial in September?
22      A.   Yes.
23      Q.   When were you informed that your
24 case was going to trial in September?
25      A.   The first time I met Bob.
0394
 1      Q.   Do you remember when that was?
 2      A.   I don't exactly remember the date.
 3      Q.   Do you remember whether it was
 4 before Easter?
 5      A.   I think it might have been before
 6 Easter.  I'm not exactly sure.
 7      Q.   Did you seek any treatment after
 8 April of this year regarding emotional or
 9 mental issues you might have as a result of
10 being in the trailer?
11      A.   No.
12      Q.   You did go see Dr. Shwery?
13      A.   Yes.
14      Q.   Who selected him as a treating
15 psychologist for you?
16      A.   I assume my attorneys.
17      Q.   You were told to go see him?
18      A.   Yes.
19      Q.   Did you have any relationship with
20 Dr. Shwery before you were told to go see
21 him?
22      A.   No.
23      Q.   Were you having any emotional
24 problems that you felt like you needed to
25 have addressed by a psychologist?
0395
 1      A.   I would say probably, yes, but I
 2 talked to my sister a lot.
 3      Q.   What emotional problems were you
 4 having that you felt needed to be addressed?
 5      A.   It was mostly a feeling of guilt
 6 about the situation that I had inadvertently
 7 put my children in.
 8      Q.   How did the feelings of guilt
 9 affect your daily life?
10      A.   In the beginning, I guess you
11 could say I was a little depressed because I
12 would mostly -- when I am depressed, I clean
```