```
0001
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2                  NEW ORLEANS DIVISION
 3   IN RE: FEMA TRAILER        *      MDL NO. 1873
            FORMALDEHYDE        *
 4          PRODUCTS LIABILITY  *      SECTION: N(5)
            LITIGATION          *
 5                              *
     Charlie Age, et al., v.    *
 6   Gulf Stream Coach Inc, et al. *
     Docket No. 09-2892          *
 7
 8              VIDEOTAPE ORAL DEPOSITION OF
             JAMES PHILIP KORNBERG, M.D., Sc.D.
 9                     July 9, 2009
10
11          VIDEOTAPE ORAL DEPOSITION OF JAMES PHILIP
     KORNBERG, M.D., Sc.D., produced as a witness at the
12   instance of Gulf Stream Coach, Inc., and duly sworn, was
     taken in the above-styled and numbered cause on the 9th
13   of July, 2009, from 9:40 a.m. to 5:55 p.m., before Carla
     D. Capritta, RPR, in and for the State of Colorado,
14   reported by machine shorthand, at the conference room of
     Fairfield Inn Denver Airport, 6851 Tower Road, Denver,
15   Colorado  80249, pursuant to the Federal Rules of Civil
     Procedure and the provisions stated on the record or
16   attached hereto.
17
18
19
20
21
22
23
24
25
0002
 1                    A P P E A R A N C E S
 2   FOR GULF STREAM COACH, INC.:
         ANDREW D. WEINSTOCK, ESQ.
 3       Duplass Zwain Bourgeois Pfister & Weinstock
         3838 N. Causeway Boulevard
 4       29th Floor
         Metairie, Louisiana  70002
 5
```



EXHIBIT "E"

```
18       Q.   Okay.  I'm going to come back to the -- and I
19  appreciate your patience.  I'm going to come back to the
20  damage to the nasal epithelial, but I do want to cover
21  cancer.
22       A.   Okay.
23       Q.   Nobody makes a mess like me.
24            MR. PINEDO:  I'd love to ask your wife.
25            MR. WEINSTOCK:  She raised me at home.
0153
 1       Q.   Okay.  What cancers are you -- are you -- do
 2  you believe are associated with exposure to formaldehyde
 3  at 50 parts per billion for 19 months?
 4       A.   We're -- we're talking here about risk, and
 5  the answer --
 6       Q.   Okay.  You answer any way you want, and then
 7  I'll follow you.  Go ahead.
 8       A.   The answer -- the answer to that is that in
 9  the -- the end point and the concern in this particular
10  child is the risk of nasal cancer that he has -- has
11  sustained over the period of time that he was in the
12  trailer, at the levels that we predicted were there, we
13  think were certainly there.
14            And the issue is not his cancer.  The -- the
15  issue is our responsibility to put in place a monitoring
16  program to make sure that if there is any -- there are
17  any changes, they're caught early enough, and to
18  anticipate the -- the realistic outcome that cancer
19  could occur in this child.  That's -- that's what
20  we're -- we're looking at there.  It has nothing to do
21  with his having cancer at this point in time.
22       Q.   Okay.  First of all, what's the latency for
23  nasal cancer?
24       A.   The latency for nasal cancer can -- can be at
25  least 25 years or more.  And in the -- in the case of
0154
 1  the -- some of the occupational studies have identified
 2  individuals who have been -- who worked for that length
 3  of time.  The latency of -- of greater than 25 years is
 4  based, to a great extent, on the -- the length of time
 5  which, I think, is -- is fair for a child, under these
 6  conditions, to be under surveillance in order to -- to
 7  pick up the possibility of this cancer.
 8       Q.   I -- I asked a poor question.  What is the
 9  shortest latency period you're familiar with for the
10  onset of nasopharyngeal cancer or nasal cancer after
11  exposure?
```

```
12              MR. PINEDO:  To what?
13        Q.    (By Mr. Weinstock)  Exposure to formaldehyde.
14        A.    Okay.  The -- some of the -- the latencies are
15  in a -- in a -- in a matter of -- I -- as I recollect
16  from the literature, are the matter of just a few years.
17  Some of them can be as -- as early as seven or eight
18  years or even shorter.
19              But these are estimates of latency because
20  this is very hard to pinpoint specifically in a -- in a
21  case, in -- in a cancer like this.
22        Q.    Now, are you saying that he's at risk for any
23  nasal cancer or nasopharyngeal cancer?
24        A.    In this particular case, the outcome, it could
25  be either one.  And what -- what we -- we we're really
0155
 1  planning, in his medical monitoring program, is to -- is
 2  to be vigilant for either type of cancer.
 3        Q.    And that's based on the EPA risk assessment
 4  you did?
 5        A.    Yes.
 6        Q.    Okay.  But have -- have you reviewed the
 7  epidemiology on formaldehyde exposure and cancer?
 8              MR. PINEDO:  Objection, form.
 9        A.    Have I reviewed it?  Yes, I've looked at some
10  of it, yes.
11        Q.    (By Mr. Weinstock)  All right.  Getting away
12  from your EPA risk estimate, what cancers are associated
13  with formaldehyde exposure?
14        A.    Well, the most powerful association is --
15  is -- is nasopharyngeal cancer.
16        Q.    And is there any other cancer, where you're
17  familiar with, that the epidemiological literature says,
18  you know, this cancer, more probably than not, can be
19  caused by exposure to formaldehyde?
20        A.    Not at this time.  There are other cancers
21  that have been associated with it, but not -- not at
22  this time.
23        Q.    Associated but not proven, correct?
24        A.    That's right.
25        Q.    And the nasopharyngeal cancer is primarily
0156
 1  associated with the Hauptmann papers, correct?
 2        A.    That's correct.
 3        Q.    Have you reviewed the Marsh papers?
 4        A.    I -- you'd have to show them to me.  I --
 5  I'd -- I -- I'd be happy to look at them.
```