```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER        MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS       SECTION N(4)
 6   LIABILITY LITIGATION        JUDGE ENGELHARDT
 7
 8                  *   *   *
 9
10            VIDEOTAPED DEPOSITION OF TRAVIS
11   ALLEN, 5396 ROSEMOUND LOOP, ST.
12   FRANCISVILLE, LOUISIANA 70757, TAKEN AT THE
13   OFFICES OF MIDDLEBERG, RIDDLE & GIANNA, 450
14   LAUREL STREET, SUITE 1101, BATON ROUGE,
15   LOUISIANA 70801, ON THE 5TH DAY OF AUGUST,
16   2009.
17
18
19   REPORTED BY:
20       CATHY RENEE' POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
21       (504)529-5255
22   VIDEOGRAPHER:
23       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
24       (504)529-5255
25
```


EXHIBIT "F"

1         Q.   Was it opened at any point prior
2    to you arriving at the site you were going
3    to set it up at?
4         A.   No, ma'am.
5         Q.   So you would go into the trailer
6    before you would start blocking it?
7         A.   Yes, ma'am.  We had to go in there
8    and get the jack tool.
9         Q.   Do you have any specific memory
10   about walking into any of the trailers that
11   y'all were setting up?
12        A.   Yes, ma'am.
13        Q.   Okay.  Tell me about that memory.
14        A.   That memory, it was -- when it
15   started getting hot and the trailer was
16   closed up all day, you would walk in and it
17   would be like a, I don't know, almost like a
18   burning sensation in your nose.  Almost
19   like -- like a vinegar almost, you know.
20   Kind of like when you first open, like, a
21   jar of pickles or something.
22        Q.   Do you remember what month it
23   would have been that it was starting to get
24   hot?
25        A.   No, ma'am.  Just -- some days --

```
 1    the -- the door and the hatch, or you would
 2    still do it?
 3         A.   You would still do it.  It would
 4    still be pretty hot in there.  But the
 5    burning sensation in your nose, it
 6    wouldn't -- not on a cold day.
 7         Q.   Did you ever talk to Paul about
 8    the vinegar-like smell in the trailers?
 9         A.   Yes, ma'am.  That is who told me
10    it was probably the stuff in the septic
11    tank.
12         Q.   Did you ever talk to your brother
13    Heath about the vinegar-like smell?
14         A.   Yes.
15         Q.   And can you tell me what y'all
16    talked about?
17         A.   Just like --
18    MR. PEÑA:
19         Object to the form.
20    EXAMINATION BY MS. MALLETT:
21         Q.   You can go ahead and answer it.
22         A.   They -- like, the first time --
23    the only conversation I had with him about
24    it is when I first, my personal self, walked
25    in the trailer when it was hot, the first
```

1    guy who put the pole in, it would be a

2    subcontractor to somebody -- somebody else.

3        Q.   If the units -- and you said the

4    units did not have electricity when you were

5    working with them, that that would come

6    later in the process, right?

7        A.   Yes.

8        Q.   If the unit had had electricity,

9    would you have wanted to turn on the

10   air-conditioner inside these units?

11       A.   Well, not -- I -- we probably

12   wouldn't have.

13       Q.   Okay.  Because you weren't going

14   to be in there very long?

15       A.   Yeah, very long.

16       Q.   And especially on the hot summer

17   days, you said you would walk in the unit

18   and it would make your eyes burn?

19       A.   Yes, sir.

20       Q.   Take your breath away, right?

21       A.   Yes, sir.

22       Q.   Is that kind of similar to when

23   you have a car parked somewhere for ten

24   hours on a summer day, and you walk in and

25   it kind of takes your breath away?

1     A.    No.  After a -- after a while, it
2  would go away.  If you left everything open.
3     Q.    So about a half-hour, you think it
4  all went away?
5     A.    Well, half-hour -- no, no, no.
6  Probably about as long as it took us to put
7  the blocks on there.
8     Q.    Okay.  You didn't routinely go
9  back and forth inside the trailer, though,
10  to check, during that first hour?
11     A.    No, sir.
12     Q.    You did your outside work?
13     A.    Yes, we did our outside work and
14  then went back inside.
15     Q.    So after an hour, you had no
16  problems when you went inside the trailer?
17     A.    Yes.
18     Q.    That's correct, you had no
19  problems?
20     A.    Yes, sir.
21     Q.    Now I think you said earlier,
22  you -- you didn't have that pickle jar smell
23  on cooler days, correct?
24     A.    Yes.
25     Q.    But you still occasionally opened

1   the vents because it would get hot inside
2   the trailer even on a cool day?
3        A.   Yes, sir.
4        Q.   So regardless of what the
5   temperature was outside, your experience was
6   it was always a lot hotter inside the
7   trailer?
8        A.   Yes.  And by cooler day, I mean
9   not cold, just, you know, 75, something like
10  that.
11       Q.   Seventy-five would be a cool day
12  where you didn't smell the pickle smell?
13       A.   Sometimes it gets up to the 90s
14  out there and that's when it was real bad.
15       Q.   You would say when it was about
16  75 degrees, you didn't have those symptoms
17  you talked about with the nose and the eyes,
18  right?
19       A.   Yes.
20       Q.   But when it got up to 90 or 95,
21  you could sense it?
22       A.   Yes.
23       Q.   You said you were contacted by
24  your brother about showing up today and
25  about appearing for the statement back in

1    May, correct?

2         A.   Yes.

3         Q.   Do you know whether or not your

4    brother has been paid anything in connection

5    with helping arrange his statement and your

6    statement?

7         A.   No, sir.

8         Q.   You don't know?

9         A.   Well, I know that he got the same

10   witness fee that I got.

11        Q.   Right.  Other than the witness

12   fee, you are not aware of any payments that

13   he has received?

14        A.   No.

15        Q.   What about the same question for

16   Paul Blanchard?

17        A.   No, sir.

18        Q.   Has either your brother or

19   Mr. Blanchard been hired, to your knowledge,

20   as a consultant to help with these cases?

21        A.   Not of my knowledge, no.

22        Q.   And you haven't been?

23        A.   No, sir.

24        Q.   And I think you said earlier none

25   of these trailers had electricity that you