1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  FEMA TRAILER        MDL NO. 1873

5    FORMALDEHYDE PRODUCTS       SECTION N(4)

6    LIABILITY LITIGATION        JUDGE ENGELHARDT

7

8                        *   *   *

9

10             VIDEOTAPED DEPOSITION OF HEATH

11   ALLEN, NO. 21 RED BIRD, ANGOLA, LOUISIANA

12   70712, TAKEN AT THE OFFICES OF MIDDLEBERG,

13   RIDDLE & GIANNA, 450 LAUREL STREET, SUITE

14   1101, BATON ROUGE, LOUISIANA 70801, ON THE

15   5TH DAY OF AUGUST, 2009.

16

17

18   REPORTED BY:

19      CATHY RENEE´ POWELL, CCR

        PROFESSIONAL SHORTHAND REPORTERS

20      (504)529-5255

21   VIDEOGRAPHER:

22      MICHAEL BERGERON

        PROFESSIONAL SHORTHAND REPORTERS

23      (504)529-5255

24

25



EXHIBIT
"G"

1    would do it, or if I was finished, I would

2    go in.

3        Q.   Tell me about walking into the

4    trailers for the first time.

5        A.   Well, during the winter months, it

6    wasn't that bad, you know.  The spring, it

7    wasn't that bad.

8            As soon as it started getting hot,

9    you know, when you would walk in the

10   trailer, your eyes would go to watering,

11   burning.  It was kind of hard to breathe.

12           So we just started -- when we'd

13   first get there, we'd open the doors.  Go in

14   and open all the windows and the roof vent,

15   and we'd let it air out while we were doing

16   the work.  That way, by the time we were

17   finished, you know, we could go in there and

18   put the tables together and stuff like that.

19       Q.   So as you would go in in the

20   winter months, can you -- or -- yeah, the

21   winter months, can you tell me about when

22   that would have been?

23       A.   That would have been January

24   through about, I guess, around April, you

25   know.  It wasn't too hot.  The heat is what

1    really caused the -- you know, it was about
2    140 degrees inside the trailer, sitting on a
3    cement lot out in the middle of nowhere.
4        Q.   And can you tell me when that
5    would start, that heat?  Do you recall the
6    month that you started having that?
7        A.   No, ma'am, I can't recall the
8    month.  Because the weather down here is so
9    crazy, you really --
10       Q.   Okay.  And describe for me again
11   what you said when you would walk into the
12   trailer in the summer months.  What would
13   you experience?
14       A.   It will be like a burning, you
15   know, your eyes would start watering.  Stuff
16   like that.  It was hard to breathe in there.
17   It was like an ammonia type -- I don't
18   really know what it was, but it would burn
19   you.  It would burn your eyes and
20   everything.
21            Couple of times, I got nosebleeds
22   from it, breathing it in.
23       Q.   And when did you experience these
24   nosebleeds, was it while you were actually
25   doing the work?

1      A.   No, it was when -- you know, I

2  walked in the trailer and I would come back

3  out because it was so bad.  And that's

4  before we even noticed -- you know, that was

5  before we started airing them out.  And

6  finally, you know, we caught on to what it

7  might have been, just being hot and shut up.

8  So that's the reason we started airing them

9  out.

10     Q.   And what did you do to air them

11 out?

12     A.   Open the vents, open the windows,

13 kept the door open.

14     Q.   And where was the vent located

15 that you opened?

16     A.   On the roof -- one in the living

17 room and I think there is one in the

18 bathroom.

19     Q.   So y'all would open both of them?

20     A.   Yes, ma'am, just to air it out.

21     Q.   Would you open the windows?

22     A.   Yes, ma'am.  And the door.  The

23 door had a screen on it, so you could open

24 the door and leave the screen door shut

25 because the mosquitoes were bad too.

1       Q.  And about how long would you air

2  it out while y'all were doing the other

3  work?

4       A.  It varied.  It just depends on how

5  long it took us to block it, strap it down,

6  do the plumbing and water.  We would wait

7  until the last thing to do, to go inside and

8  set it up.  Just to make sure it was aired

9  out.

10      Q.  So what was the shortest amount of

11  time that it took for y'all to set up a

12  trailer when you were airing it out?

13      A.  Easiest would have been on the

14  concrete, probably like about an hour.

15      Q.  And what was the longest amount of

16  time it took you to set up a trailer?

17      A.  I would say the longest it ever

18  took us was about three hours.  Three, three

19  and a half hours.

20      Q.  And what was the reason it took

21  you so long on that job?

22      A.  It being unlevel in the yard and

23  stuff.

24      Q.  Were you ever treated by a

25  doctor while you were working with

```
 1    Blanchard about the smell in the trailers?
 2         A.    Oh yeah, we talked about it.
 3         Q.    Tell me what y'all talked about.
 4         A.    Just that it hurt our eyes and
 5    stuff like that.  Just common problems we
 6    had with it, the burning and stuff.
 7              We always -- I mean, we knew --
 8    after a little while, we knew it was going
 9    to happen.  Like I said, we would air it out
10    and try and get it all out of there first
11    before we would go back in there.
12         Q.    I believe you said that your nose
13    would bleed sometimes?
14         A.    Yes, ma'am.  It bled a couple of
15    times.
16         Q.    And tell me, do you recall when it
17    was that it bled?
18         A.    We would go in there -- like I
19    said, when we first started doing the
20    trailers in the summer months, we didn't
21    realize it was going to be like that when we
22    went in there.  So when we first walked in
23    there, we would breathe it in and that's
24    when it caused my nose to bleed.  So it only
25    did it like twice at the most.
```

1      Q.   Was it lot of blood?  Or...

2      A.   It just started bleeding.  It

3   didn't bleed that much or that long.

4      Q.   So what did you do to stop it from

5   bleeding?

6      A.   Just put a tissue in my nose and

7   kept on going.

8      Q.   Is it something that you felt you

9   needed to go to a doctor to check out?

10      A.   No, ma'am.  I didn't go to the

11   doctor until I got sick.

12      Q.   And how long were you sick?

13      A.   Couple of days.

14      Q.   Do you remember how much work you

15   missed?

16      A.   We worked out -- we went down

17   there on a Wednesday.  I started feeling

18   bad.  That Friday, I went to the doctor, and

19   by the end of the weekend, I was headed back

20   down there.

21      Q.   So --

22      A.   I don't know any specific dates or

23   nothing like that about it.

24      Q.   So did you miss any work at all?

25      A.   That Friday.