```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4     IN RE:  FEMA TRAILER        MDL NO. 1873
 5     FORMALDEHYDE PRODUCTS       SECTION N(4)
 6     LIABILITY LITIGATION        JUDGE ENGELHARDT
 7
 8                      *   *   *
 9
10            VIDEOTAPED DEPOSITION OF GERALD
11     PAUL BLANCHARD II, 1032 HIGHWAY 952,
12     JACKSON, LOUISIANA 70748, TAKEN AT THE
13     OFFICES OF MIDDLEBERG, RIDDLE & GIANNA, 450
14     LAUREL STREET, SUITE 1101, BATON ROUGE,
15     LOUISIANA 70801, ON THE 6TH DAY OF AUGUST,
16     2009.
17
18
19     REPORTED BY:
20         CATHY RENEE' POWELL, CCR
           PROFESSIONAL SHORTHAND REPORTERS
21         (504)529-5255
22     VIDEOGRAPHER:
23         MICHAEL BERGERON
           PROFESSIONAL SHORTHAND REPORTERS
24         (504)529-5255
25
```



EXHIBIT "H"

1      Q.   And can you tell me who it was
2   that called you?
3      A.   To be honest with you, I can't.
4   It was probably 2007.
5      Q.   And who was this friend that
6   mentioned to you the formaldehyde issue?
7      A.   It was just a friend in passing
8   that I work with.  I'm not sure who it was.
9   I just remember the day it happened,
10  somebody said, "You need to look into it,
11  because it might have something to do with
12  the nosebleeds you're having."
13     Q.   Have you filed suit against anyone
14  in regards to your nosebleeds?
15     A.   No, ma'am.  It was more of a
16  health concern issue.  I was wanting to look
17  into it.
18     Q.   Tell me when the nosebleeds
19  started.
20     A.   Probably around December of 2005.
21     Q.   And when was the first time you
22  recall actually having a nosebleed?
23     A.   Middle of December 2005, maybe.
24     Q.   Were you working at the time or
25  were you at home?

1           A.   I was working at the time.
2           Q.   And how long did your nose bleed
3      at that time?
4           A.   A -- few minutes, five, ten
5      minutes maybe.
6           Q.   How did you stop it from bleeding?
7           A.   I stuffed tissue up my nose and
8      let it clot.
9           Q.   And did you keep on working?
10          A.   Yes, ma'am.
11          Q.   And when was the next time you
12     remember your nose bleeding?
13          A.   Probably about two days later.
14          Q.   And how long did your nose bleed
15     on that second occasion?
16          A.   Five, ten minutes.
17          Q.   And how did you stop it that time?
18          A.   Same way.
19          Q.   Did you see a doctor the first few
20     times that your nose bled?
21          A.   No, ma'am.
22          Q.   And what was the next occasion
23     that your nose bled?
24          A.   It started doing it about every
25     day for two years.

```
 1        A.   Yes.
 2        Q.   It would bother your -- what?  You
 3   tell me.
 4        A.   Eyes would burn, nose would burn.
 5        Q.   Would your eyes burn and your nose
 6   burn when it was cool outside and you were
 7   working with these units?
 8        A.   Not as bad.
 9        Q.   The eyes would burn and the nose
10   would burn when it was hot outside and the
11   units were hot on the inside?
12        A.   Yes.
13        Q.   When you would air out the units
14   by opening the doors and the vents and the
15   windows, would that make the eye burning go
16   away and nose burning go away?
17        A.   No, it would make it more
18   tolerable.
19        Q.   It would make it better?
20        A.   Yes.
21        Q.   Your eyes would burn less and your
22   nose would burn less?
23        A.   Yes.
24        Q.   Did you ever go inside one of
25   these units once it had already been
```