# JANET DUNCAN BARNES, M.D., M.B.A.

3600 Prytania St Suite 50           www.duncan600@bellsouth.net
New Orleans, LA 70128               Phone: (504) 891-1800

*Curriculum Vitae*

**EDUCATION:**         **University of New Orleans**
                       Executive Masters in Business Administration
                       New Orleans, LA
                       December 1999

                       **Louisiana State University Pediatric Residency Program**
                       Charity, Hospital, New Orleans, LA
                       1979-1982

                       **Louisiana State University School of Medicine**
                       Doctorate of Medicine
                       New Orleans, LA
                       1975-1978

                       **Grambling State University**
                       Bachelor of Arts, Chemistry
                       Summa Cum Laude
                       Grambling, LA
                       1971-1974

                       **Louisiana Tech University**
                       High Ability Program for High School Students
                       Ruston, LA
                       Summer 1970

                       **Ruston High School**
                       Ruston, LA
                       High School Diploma, GPA 3.92
                       1967-1971

**WORK EXPERIENCE:**   **Primary Healthcare Associates, LLC, Co-Owner**
                       Private Solo Practice, Pediatrics
                       New Orleans, LA
                       1987 to present

                       **New Orleans Clinical Trial Management, Inc.**
                       Chief Clinical Researcher
                       New Orleans, LA
                       2002-2005

*Janet D. Barnes, M.D., M.B.A.*



ALX-EXP-1-000001

**Barnes Investment & Development, LLC**
Entrepreneur/Co-Owner
New Orleans, LA
2003 to present

**Charbonnet Realty**
Realtor
New Orleans, LA
1996 to present

**New Orleans City Health Clinics**
Pediatric Consultant
1987 – 1990

**Orleans Parish School Board Medical Dept**
Pediatric Consultant
1987-1990

**New Orleans Health Corporation**
Staff Pediatrician
1982 – 1987

**Dow Chemical Company**
Freeport, Texas
Chemist
1974

## PROFESSIONAL AFFILIATIONS:

**New Orleans Medical Association**
    **(an affiliate of the National Medical Association)**
President, 2004 to present
Treasurer, 2002-2004
Secretary, 1992- 1993
Program Director, 1991- 1992
Scholarship Chairperson, 1991-1993, 2003
Member, 1982 to present

**Lower 9th Ward Health Clinic**
    **(a non-profit clinic for the indigent)**
Chairman of the Board, 2008
Board Member, 2007 to present

**Orleans Parish Hospital Service District**
**(Goal: to bring New Orleans East Hospitals back)**
Board Member, 2007 to present

Janet D. Barnes, M.D., M.B.A.

ALX-EXP-1-000002