## AFFIDAVIT OF JANET BARNES, M.D.

STATE OF LOUISIANA   §

PARISH OF ORLEANS   §

BEFORE ME, the undersigned notary, on this day personally appeared Janet Barnes, M.D., the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. My name is Janet Barnes, M.D. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2. I am a licensed medical doctor in the State of Louisiana. I have been treating Christopher Cooper since he was three years old. I treated Christopher Cooper before hurricane Katrina, I treated him when he returned to New Orleans after Hurricane Katrina, and I continue to treat him today.

3. I reached my opinions that Christopher Cooper's asthma was exacerbated by formaldehyde he was exposed to and that formaldehyde had affected him prior to receiving any medical literature from any attorneys in this case.

4. The medical literature I reviewed confirmed my opinion that formaldehyde had exacerbated Christopher Cooper's asthma and had affected him. The medical literature I reviewed discussed research that had been done in the area of formaldehyde and its affects.

5. I have decided not to pursue a claim for myself regarding formaldehyde.



1

*[Signature: Janet Duncan Barnes MD]*
Affiant

SWORN TO AND SUBSCRIBED before me by _Janet Barnes MD_ on the 31st day of August, 2009.

*[Signature: Linda Nelson]*
NOTARY PUBLIC IN AND FOR
THE STATE OF LOUISIANA

LINDA J. NELSON
LA BAR #9938

My commission expires: _with life_

2