Janet D. Barnes
June 4, 2009

1          A.    I scanned most of them.

2          Q.    Did you base your opinions on

3     those ten articles?

4          A.    As to whether -- on my decision

5     on whether there is formaldehyde-induced

6     asthma or problems?  Knowledge is power, and

7     doing more or less a retrospective analysis

8     of not only this patient but other patients

9     that I followed since Hurricane Katrina

10    who've lived in trailers, it made me more

11    aware of what we could not explain at that

12    time, leading back to an association with

13    the formaldehyde.

14               It opened my eyes up quite a

15    bit, and I think that -- so much so that

16    having been president of the New Orleans

17    Medical Association for the last five years,

18    that's one of the things I'm going to

19    introduce to the organization is that most

20    physicians are not aware of its importance.

21    But that's one of the things that we can do

22    is analyze, and -- and that's what you're

23    supposed to do.

24         Q.    Well, let's talk about that in

25    general.  Certainly you've had the

Stratos Legal Services
800-971-1127



EXHIBIT

C

tables'

Janet D. Barnes
June 4, 2009

Page 42

1      had told he needed to come back and get his

2      cholesterol checked anyway.

3                And she was concerned about

4      whether formaldehyde had anything to do with

5      him getting worse, his sinuses.

6           Q.    Now, at this point, she had been

7      out of the trailer for over a year; is that

8      correct?

9           A.    Yes.

10          Q.    What history did she give you

11     about his asthma since they moved out of the

12     trailer?

13          A.    It had improved, but he was

14     still having some episodes.

15          Q.    It wasn't the twice a week he

16     had been having?

17          A.    No.

18          Q.    As I -- well, you tell me.  Is

19     asthma a reaction in the lower lungs?

20          A.    Yes, but it's triggered -- it

21     can be triggered by the upper respiratory

22     tree.

23          Q.    What -- what factors aggravate

24     asthma or wheezing, what things?

25          A.    Allergens, if they're allergic

Janet D. Barnes
June 4, 2009

Page 53

1    medicines at two years of age.  That was not

2    me.

3    BY MR. WEINSTOCK:

4         Q.    Did you diagnose asthma?

5         A.    I saw him -- I started seeing

6    him around three.

7         Q.    When he was three years old, did

8    you diagnose asthma?

9         A.    I diagnosed asthma.

10        Q.    Did you prescribed the nebulizer,

11   which you would only do for an asthmatic,

12   correct?

13        A.    Right.

14        Q.    Whatever it was that caused you

15   to diagnose him with asthma when he was

16   three years old was long before he lived in

17   a FEMA trailer, correct?

18        A.    The diagnosis of asthma was --

19   he was diagnosed with asthma before the FEMA

20   trailer, that's for sure.

21        Q.    Whatever triggered his episodes

22   of asthma when you first diagnosed asthma

23   was long before he was living in a FEMA

24   trailer, correct?

25        MR. PINEDO:

Janet D. Barnes
June 4, 2009

Page 80

1      Q.      Okay.

2      A.      In this case in Christopher

3   Cooper, he had genetic risk -- risk factors.

4      Q.      Correct.  His father had asthma.

5      A.      Right.

6      Q.      Genetic risk -- formaldehyde is

7   not a genetic risk factor, is it?

8      A.      What did you say?

9      Q.      Formaldehyde is not a genetic

10  risk factor, is it?

11     A.      It's not a genetic risk factor,

12  but he had genetic risk factors --

13     Q.      So I asked you --

14     A.      -- which means that he would be

15  susceptible to things that could trigger his

16  asthma, more so than a healthy child who has

17  no past history or no family history or no

18  social history or exposures to anything that

19  cause asthma.

20     Q.      And in your mind, one of those

21  things was formaldehyde?

22     A.      Yes.

23     Q.      And that's why he was having

24  wheezing two or three times a week living in

25  the trailer?

Janet D. Barnes
June 4, 2009

Page 87

1    other allergens or even infections.  You

2    were talking about a child whose immune

3    system is not is quite developed.  So the

4    combination can, of course, make everything

5    worse.

6            Q.    Other than the two studies

7    you've cited me, are there any other studies

8    that support your conclusion that it's been

9    proven formaldehyde causes asthma?

10           MR. PINEDO:

11                Objection, form.

12           A.    In my -- in what I said, and I

13   think you -- permanent epithelial damage

14   with subsequent acute acerbations (sic),

15   exacerbations, that with all consideration,

16   that if it in -- increases sensitization, it

17   gives you some micro damage, can cause some

18   inflammation, and it can directly affect

19   your immune system at an early age.

20                That right there came from

21   indoor residential chemical emissions as

22   risk factors for children's respiratory

23   health.  That all probability says that,

24   yes, you could have some permanent

25   epithelial damage.

Janet D. Barnes
June 4, 2009

Page 95

1    taking his.  He was taking it as an as-needed

2    basis in a trailer that is filled with

3    formaldehyde material, whose mom initially

4    could not take the odor, was irritated, the

5    nasal, eyes, or whatever.

6            The mother and the daughter, I

7    did not have as -- as -- as many problems as

8    this child, who has asthma and who had had

9    severe problems with his asthma as a very

10   young child.

11           Now, you're talking about these

12   articles, but I'm talking about a child

13   who's been exposed to formaldehyde who is

14   more than likely going to have permanent

15   damage because it's an irritant.  It's a

16   chemical.

17           It's just like if I had a

18   chemical burn, whether it was superficial,

19   whether it was second-degree burn, third-

20   degree, once you get it, it's permanent.

21   It -- it's a scar there.

22           He has dysfunctional vocal

23   cords.  He's -- he -- he has no evidence

24   that he's allergic to a lot of the things

25   that were going on in New Orleans such as --

Janet D. Barnes
June 4, 2009

1    children.

2         Q.    Increases the possibility.

3         A.    So when -- and when -- and when

4    you say someone has asthma, they do not

5    outgrow asthma.

6              So the conclusion definitely

7    says that if it can increase the risk of

8    asthma in young children, surely if you

9    already have asthma, you can get

10   exacerbations, and you can have permanent

11   damage.  You already got -- you're already

12   having a genetic disposition.  You already

13   are -- are susceptible to other allergens in

14   the air.  Now you got an irritant on top of

15   all of that.

16        Q.    Okay.

17        A.    In a child who should be getting

18   better that did not; who's getting worse.

19        Q.    Am I to understand correctly

20   that you just said as long -- if it can --

21   that these papers show formaldehyde can

22   initiate asthma; therefore, you assume it

23   can exacerbate asthma?

24        A.    Yes.

25        Q.    But none of these papers studied

Janet D. Barnes
June 4, 2009

Page 124

1    Chris Cooper had, correct?

2         A.    I said that even low

3    concentrations of exposure can cause damage

4    in a healthy lung and surely in a lung that

5    already has the potential to wheeze.

6         Q.    At that point, any amount will

7    do, correct?

8         A.    Yes.

9         Q.    The next study is the Garrett

10   study, correct?  Okay?  Am I correct, first

11   of all, that the Garrett study is studying

12   initiation or exacerbation of asthma?

13        A.    It is talking about sensitization.

14        Q.    So is that both initiation and

15   exacerbation?

16        A.    This is talking about more

17   initiation, increased risk of allergy in

18   children due to formaldehyde exposure.

19        Q.    This is initiation?

20        A.    Uh-huh (affirmative response).

21        Q.    And, in fact, on page -- the

22   second page, first full paragraph, it says:

23   "While irritant effects of the respiratory

24   tract are a well-established consequence of

25   formaldehyde exposure above 150 ug/m3, there

Janet D. Barnes
June 4, 2009

1    trigger it.

2        Q.    Can it cause -- can airborne or

3    vapors formaldehyde cause it?

4        A.    Sure.

5        Q.    Can airborne or vapor formaldehyde

6    cause allergic dermatitis?

7        A.    Yes.

8        Q.    Okay.  Do you have a paper you

9    can cite me for that?

10       A.    Not a paper that I can cite you,

11   but I -- but patients have come in exposed

12   to airborne allergens have had allergic

13   reactions such as swelling of the hands,

14   swelling of the eyes, swelling of the lips,

15   and surely it can swell the lips, and they

16   can breathe.  They can get allergic responses

17   throughout the air -- the respiratory tree.

18       Q.    And it doesn't matter how much

19   formaldehyde, correct?

20       A.    The more I'm sure the worse.

21   But somebody who's already susceptible, yes,

22   who is already sensitized, yes, it can

23   increase.

24       Q.    What do you mean by an asthmatic

25   at the age of two?  How do you define a

Janet D. Barnes
June 4, 2009

Page 150

1   two-year-old asthmatic?

2        A.    How do I define -- define a

3   two-year-old asthmatic?  An as -- a child

4   who has come in to my office repeatedly

5   requiring aerosol treatments or oral

6   albuterols or albuterols and steroid, oral

7   steroids, who also may have family history

8   of asthma and -- and -- it's just relative.

9   It's just relative.  It's -- it's a number

10  that I chose to make sure that when I give

11  them a diagnosis that I feel they -- not

12  just feel, but we know they don't outgrow.

13  And when I diagnose them, I want to be a

14  firm diagnosis, so.

15       Q.    I'm going to, by the way --

16       A.    So I use -- I use -- I use the

17  number -- I use the age of two, and it's

18  basically those children who have come in

19  repeatedly wheezing and responded to standard

20  of care --

21       Q.    Okay.

22       A.    -- for an asthmatic.

23       Q.    And does your definition of

24  asthmatic change when a child is five?

25       A.    What you mean?  If it's --

Janet D. Barnes
June 4, 2009

Page 189

1    not had any wheezing for a year, then you

2    would not attribute his wheezing and his

3    asthma to being in a formaldehyde trailer,

4    would you?

5         MR. PINEDO:

6              Objection, form.

7         A.    Except he did.

8    BY MR. WEINSTOCK:

9         Q.    But except what I'm --

10        A.    If -- if he had not had any --

11   if he had -- in January 2008, he hadn't had

12   any wheezing since he left Florida, then I

13   couldn't relate it to the trailer.  However,

14   he did.

15        Q.    All right.  But we're close --

16        A.    He did have wheezing, and his

17   mother complained that -- that he was

18   progressively guessing worse.  And it goes

19   with -- it goes with how much he had to take

20   and how long his inhaler lasted.

21              Say, for instance -- I don't

22   know exactly when he saw the doctor in

23   Florida, but say if he saw that doctor in

24   April and it lasted from May 2006 to October

25   2007 and that was the last time that she had

Janet D. Barnes
June 4, 2009

Page 263

1    That's different.

2          Q.    And that -- that's your belief,

3    right?  That it just had astronomically high

4    levels of formaldehyde, correct?

5          MR. PINEDO:

6               Objection to form.

7          A.    Having read -- I think Dr.

8    Kornberg, I think, reported, implied that it

9    was higher than it should have been.  Some

10   of the report talk about formaldehyde being

11   higher than it should be; and knowing how

12   sensitive asthmatics are, it's a little bit

13   different.

14               I have absolutely no allergies,

15   and so my exposure or me making some or

16   being exposed to -- to things that could

17   trigger an asthmatic to wheeze or a patient

18   with eczema to start itching or somebody

19   with sinus to have -- we could be in the

20   same place and my -- my having been exposed

21   to it may not make a difference.

22   BY MR. WEINSTOCK:

23         Q.    But you think that the levels of

24   formaldehyde in the Alexander trailer

25   because it was made out of, as you said,

Janet D. Barnes
June 4, 2009

Page 264

1    just everything had formaldehyde, for example,

2    are higher than the levels you would find

3    normally in a regularly site-built home,

4    correct?

5         MR. PINEDO:

6              Objection to form.

7         A.   I -- you know, I don't -- I'm

8    not an expert on construction and about a

9    site home or a trailer.  I formulate a lot

10   of my opinions also with patients coming

11   into my office who have the same complaints

12   and at that time did not know anything about

13   formaldehyde exposure, but it's documented

14   that they were having problems, including

15   nasal, the throat, the eyes, the lungs, and

16   also giving the same complaint that when

17   they opened up the trailer for the first

18   time, they immediately began having eye

19   irritation and difficulty breathing and was

20   told to just air out the trailer.  And I've

21   had that on several occasions told to me.

22              And I think that's a little bit

23   different.  I think it was -- it's -- it was

24   concentrated, and people complained of that

25   before they found out it was formaldehyde.

Janet D. Barnes
June 4, 2009

1   BY MR. WEINSTOCK:

2        Q.    But in your mind and part of the

3   reason for your relating Chris Cooper's

4   problems to the formaldehyde in the travel

5   trailer is that those levels were just

6   higher than what you believe would be in a

7   normal home?

8        A.    Yes.

9        Q.    And you believe those levels

10  would be higher than would just be on a busy

11  street corner from traffic?

12       A.    Depending on what city you're in.

13       Q.    In good ol' New Orleans.

14       A.    In good ol' New Orleans.  We've

15  had trailers everywhere.  Maybe not prior

16  to -- to Katrina, but we've been exposed to

17  a lot since then.  So I wouldn't know what

18  the levels are in New Orleans at this point.

19       Q.    Okay.  Fair enough.

20             And it's your understanding that

21  when you saw the -- Miss Alexander and Chris

22  Cooper on April 17th, 2008, that they had no

23  intention of making a claim for formaldehyde.

24  That was your understanding, correct?

25       A.    I never was told that.  I mean,

Janet D. Barnes
June 4, 2009

1   practice and go to medical school, and got

2   accepted to a program prior to finishing

3   college, just to give her an idea of how

4   medical school was.  And they gave her a

5   cadaver.  She called me.  She said, "This

6   isn't for me."  And so she changed her

7   career after she finished, and so now she's

8   finished as an architect this year.

9              I have a son that's -- that's in

10  dental school at present.  He will be a

11  second-year dental student in the fall.

12             And my baby is 18 years old, and

13  she's a sophomore at LSU in Baton Rouge.

14       Q.    And your husband's practice, is

15  it similar to yours or different from yours,

16  or how would you describe that?

17       A.    His is internal medicine.

18       Q.    And how many years now have you

19  been practicing as a pediatrician in the New

20  Orleans area?

21       A.    Twenty-seven years.

22       Q.    Do you now have occasion that

23  children you saw are parents and bringing

24  their children to you second generation?

25       A.    Yes.

Janet D. Barnes
June 4, 2009

Page 279

1    deliveries for C-sections and see newborns,

2    but since then I haven't.

3              So I still get newborns because

4    I have patients pre -- previous patients

5    that bring their children to me and are

6    having babies.  So I see those newborns.

7         Q.    Let me ask you:  With regard to

8    Chris Cooper when he would have come in and

9    seen you, with the medical records that you

10   have after the storm, what's the first date

11   that you have a record of Chris Cooper

12   coming in?

13        A.    October 4th, 2007.

14        Q.    Was there, perhaps, a prior

15   record for April -- okay, October 4th, 2007,

16   can you turn to that record in front of you.

17        MR. WEINSTOCK:

18              I think that's a typo, what

19         you're thinking about.

20   BY MR. PINEDO:

21        Q.    And now do you have the record

22   from October 4, 2007 in front of you for

23   Chris Cooper?

24        A.    Yes.

25        Q.    And at that time, how old would

Janet D. Barnes
June 4, 2009

Page 280

1   Chris Cooper have been?

2          A.     His date of birth is December

3   18, 19 -- 1996.  And he was ten years old

4   with -- he was -- he was ten years old, and

5   about ten months, ten, eleven months.

6          Q.     And then would you have taken a

7   history from his mother when he came in?

8          A.     Yes.

9          Q.     And what is his mother's name?

10         A.     His mother's name is Alana.

11  Alana Alexander.

12         Q.     And are you familiar with Alana

13  Alexander from her visits in seeing over the

14  years?

15         A.     Yes.

16         Q.     And is it your testimony that

17  you saw Christopher Cooper before the storm,

18  but you cannot locate those records?

19         A.     Yes.

20         Q.     And your report, does it recount

21  your understanding of his care and treatment

22  before the storm, after the storm, and as

23  well as some type of prognosis for the

24  future for Chris Cooper?

25         A.     Yes.

Janet D. Barnes
June 4, 2009

Page 288

1          Q.     -- and then the medication is

2     breathed in through this machine?

3          A.     Yes.

4          Q.     And you had mentioned earlier

5     that over the years you've treated thousands

6     of children?

7          A.     Yes.

8          Q.     Did you -- did you find that you

9     have some percentage of your children that

10    you treat have asthma, and they eventually --

11    as a child, and they eventually start to

12    grow out of it?

13         A.     Well, actually, according to the

14    specialists, pulmonologists and allergists,

15    you -- you don't grow out of it.  You somewhat

16    get used to your environment.

17         Q.     Does the severity of asthma

18    attacks or spasms, does that tend to decrease

19    as they get older if children have asthma?

20         A.     Yes.

21         Q.     Could you explain to us generally

22    when they're diagnosed young such as

23    Christopher Cooper -- how old was he when he

24    was diagnosed with asthma?

25         A.     Maybe he was about two, but I

Janet D. Barnes
June 4, 2009

Page 289

1    think he was in the hospital, and I didn't --

2    I didn't admit him to the hospital.  You're

3    talking about 25, 30 miles away, I believe --

4         Q.    Okay.

5         A.    -- from my practice.

6         Q.    Can you describe for us what you

7    have observed over 26 years of being a

8    pediatrician where there are young children

9    two or three years of age have asthma, what

10   kind of progression is there as they begin

11   to get older as to symptoms getting better,

12   symptoms getting worse, hospital visits, and

13   that kind of thing?  What have you routinely

14   observed in your practice?

15        A.    I've seen them get better over

16   the course of time, as well as the parents

17   becoming comfortable in a therapy and not

18   being so anxious or frantic when there is an

19   attack that they try to follow a protocol,

20   per se, and try to treat them at home.  And

21   if that does not work and depending on the

22   time of the day, whether they would take

23   them to the emergency room or if they would

24   take -- bring them to my office.

25             An asthma attack is one of those

Janet D. Barnes
June 4, 2009

Page 290

1    that you really don't have to call your

2    primary care physician for.  It's considered

3    an emergency, and they can take a patient

4    right -- right on to the emergency room.

5                I recommend that at some point

6    that, you know, they be followed up in the

7    offices --

8        Q.    When you say --

9        A.    -- or a verbal -- or a verbal

10   followup, either way.

11       Q.    When you say their asthma gets

12   better as they age, what do you mean "better"?

13       A.    Better meaning that the severity

14   is -- it's improved, that the frequencies

15   are less.

16       Q.    The frequencies of --

17       A.    Of the attacks are less.  I don't

18   see them in my office as much.  They're not

19   in the hospital.  They're not in the emergency

20   room.  However, that does not mean they've

21   grown out of asthma.  It just simply means

22   that their immune -- their immune system

23   is -- is better.

24       Q.    And is that a type of pattern

25   that you've observed hundreds of times over --

1    A.    Hundreds, thousands.

2    Q.    -- over the last 26 years?

3    A.    Yes.

4    Q.    And did you -- when you state a

5  child is like at two or three with asthma,

6  how old are they when they start having a

7  decrease in asthma attacks and the symptoms

8  aren't as bad?  How -- what kind of time

9  frame?  Is it --

10    A.    You're talking about starting at

11  three?

12    Q.    Yeah, three, two or three, such

13  as Chris Cooper, when would you start to

14  expect to see this reduction in asthma attacks

15  and that sort of thing?

16    A.    By the time they're six or seven,

17  I see a marked improvement, and I don't see

18  them as much by the time they're eight or

19  nine.  And surely by the time they're high

20  school, I don't see them as much at all.

21    Q.    In the case -- and you've seen

22  that thousands of times in your practice in

23  the last 26 years?

24    A.    Yes.

25    Q.    In the case of Chris Cooper, did

Janet D. Barnes
June 4, 2009

Page 295

1        Q.    You as a physician were concerned

2   about the side effects, so you didn't

3   prescribe it anymore?

4        A.    I didn't prescribe it anymore,

5   and I still don't.

6        Q.    And what is your understanding

7   of when they moved back to the New Orleans

8   area, where did Alana Alexander and Chris

9   Cooper, where did they live?

10       A.    The mother informed me that

11  they -- she informed me that they had lived

12  in a trailer, a FEMA trailer.

13       Q.    A FEMA trailer?

14       A.    Yes.

15       Q.    And what is your understanding

16  as to -- from talking to Alana Alexander,

17  the mother, what kind of symptoms or what

18  kind of medical issues Christopher Cooper

19  was having once they moved back to New

20  Orleans and were living in that FEMA trailer

21  beginning as of May 2006?

22       A.    It's my understanding that prior

23  to that, he really didn't need to use his

24  inhaler.  He was doing quite well using

25  Claritin over the counter on occasion as he

Janet D. Barnes
June 4, 2009

Page 296

1    needed it.

2             And when he came to New Orleans,

3    he began to use the Claritin over the counter

4    more often, and he end up using the albuterol

5    inhaler that had been prescribed by the

6    Florida doctor more often.  And when he came

7    to my office, it was because he needed a

8    refill on his albuterol inhaler.

9             Having talked to her and from

10   the physical findings, I decided that I

11   would put him back on a regimen that I had

12   given him prior, put him on Singulair.  It

13   was October, and I usually put my asthmatics

14   on Singulair from September to May.  I put

15   him on a nighttime inhaler, which he was not

16   on at that time.  I gave him a refill on

17   that.  I gave him five refills on the

18   Singulair.

19        Q.    And what was the name of the

20   nighttime inhaler?

21        A.    Flovent inhaler.  The maximum

22   dose for Medicaid -- a maximum refills on

23   Medicaid patients are a total of six refills.

24   And so you're limited to giving only five or

25   six refills.  But -- and so I gave her -- I

Janet D. Barnes
June 4, 2009

1      Q.     The doctor in Florida --

2      A.     Didn't give it to her.

3      Q.     The doctor in Florida didn't see

4   a need to give him that particular medication?

5      A.     Right.

6      Q.     And how about the Claritin, do

7   you have an understanding in 2005 prior to

8   the storm what his use of the Claritin was,

9   if any?

10     A.     Prior to the storm?

11     Q.     Yes.

12     A.     He was on Clarinex RediTabs,

13  Clarinex, not Claritin.  He was on Claritin --

14  once the storm hit and he went to Florida,

15  he got Claritin over the counter.  Clarinex

16  RediTab needed a prescription.

17     Q.     And is that considered a stronger,

18  more potent drug?

19     A.     Yes.

20     Q.     And did it seem to you based

21  upon your medical experience and training

22  that his stage of asthma had worsened after

23  the storm when you saw him in May of 2007?

24  Excuse me.  October of 2007?

25     A.     That his -- his asthma had

Janet D. Barnes
June 4, 2009

1   worse --

2          Q.    Yes.

3          A.    -- worsened since I had seen him

4   prior to the storm?

5          Q.    Yes.

6          A.    Yes.

7          Q.    And what were the findings as

8   reflected in your records and based upon

9   your recollection that led you to the

10  conclusion that his asthma had gotten worse

11  instead of getting better at that stage

12  after he had moved into that FEMA trailer?

13         A.    Because the mother's history

14  tells me that he was using his inhaler a lot

15  more often and requiring more usage for that

16  albuterol inhaler, and albuterol is -- is an

17  emergency med for an asthmatic.  Really

18  should not be used as an everyday treatment.

19  It should be used for emergencies.  It should

20  be on a maintenance regimen.

21         Q.    So --

22         A.    And if you're on a maintenance

23  regimen every day, you're not just an

24  intermittent type of asthmatic.  You're --

25  you're really having some persistence in

Janet D. Barnes
June 4, 2009

Page 302

1    your asthma.

2         Q.    And based upon what the mother

3    told you and how she was using that albuterol,

4    did it appear to you that after Chris Cooper

5    moved back to Florida and was living in that

6    FEMA trailer that he was having a persistent

7    allergy problem -- excuse me, asthma problem

8    such that he needed to use that albuterol on

9    an emergency basis?

10        A.    Yes.

11        Q.    On an emergency basis on a

12   regular basis?

13        A.    Yes.

14        Q.    And that's the reason he ran out

15   of the albuterol?

16        A.    Well, yes, that's -- that's why

17   he run out of albuterol.

18        Q.    But suffice it to say, when he

19   came back, you had prescribed several

20   medications, several new medications when

21   you saw him there in October of 2007 that he

22   was not receiving previously?

23        A.    Right.  Since he had been in

24   Florida.  And the mother said that he was

25   doing well in Florida.  So she wasn't

Janet D. Barnes
June 4, 2009

Page 303

1    concerned about adding any extra medicines

2    because he was doing pretty good in Florida.

3         Q.    And is that what you have written

4    in your report about what you observed and

5    the medicines you gave him once he came back

6    and you saw him in May of 2007?

7         A.    Yes.

8         Q.    And did you -- you included your

9    clinical findings and observations in your

10   medical records as well?

11        A.    Yes.

12        Q.    Did those clinical findings, are

13   they consistent or inconsistent with

14   worsening asthma system?

15        A.    Worsened.

16        Q.    Did you write anywhere in your

17   medical records some description of the

18   nasal turbinates for Chris Cooper?

19        A.    Yes.

20        Q.    And could you explain for the

21   ladies and gentlemen of the jury what are

22   the nasal turbinates?

23        A.    The nasal turbinates are part of

24   the mucosa or the lining that's in the nasal

25   passages that you can see through the

Janet D. Barnes
June 4, 2009

Page 304

1    nostrils.  And it's oftentimes -- there's a

2    blockage, and instead of a passage,

3    sometimes the turbinates actually swell

4    enough to touch the other side of the -- of

5    the walls, and so they become boggy when

6    there is an allergen or irritant.

7         Q.    Does boggy mean swollen or

8    inflamed?

9         A.    It means swollen.  And it's

10   typical -- it's typical when you see it as a

11   response to something such as -- as an

12   allergen or an irritant.

13        Q.    And from your understanding of

14   formaldehyde, do you consider that allergen

15   or an irritant, or what do you consider it?

16        A.    An irritant.

17        Q.    And the nasal turbinates in

18   Christopher Cooper when you observed him in

19   October of 2007, was it consistent with

20   based upon reasonable medical probability

21   irritation due to formaldehyde?

22        A.    At the time I saw him, October

23   the -- October the 4th, 2007, I assumed that

24   he had been exposed to something that had

25   triggered his asthma.  It triggered his

Janet D. Barnes
June 4, 2009

1    sinuses and making him worse, but what that

2    was, I didn't know.

3              This -- I will say this was his

4    first-time visit, and I got some labs on

5    him.  I had him come back.  He seemed to be

6    under better control.  And it was for mom to

7    bring him back as -- pretty much as needed,

8    if he needed some medicines.

9         Q.    And what was your understanding

10   of how often he was having an asthma attack

11   when you saw him in October of 2007?

12        A.    Say that again.

13        Q.    How often was he having an

14   asthma attack, what's your understanding,

15   when you saw him in October 2007?

16        A.    That he was having it at least

17   once or twice a week.

18        Q.    And, generally speaking, what is

19   happening in the human body when there is an

20   asthma attack?

21        A.    There is inflammation.  The

22   steroids help the inflammation.  Unfortunately,

23   it takes a minute for the steroids to work.

24   When I say "a minute," I mean it could take

25   up to 72 hours for it to really respond to

Janet D. Barnes
June 4, 2009

Page 308

1   an inherited thing.  It's a carrier.

2           Q.     Uh-huh (affirmative response).

3           A.      It means it's not expressed.  It

4   may be that someone may have hazel eyes in

5   the family.  One parent may have hazel eyes,

6   and one parent may have dark brown eyes, and

7   this particular child may have dark brown

8   eyes but may still carry the trait for the

9   brown eyes and would need a companion with

10  the same type trait in order to get a full

11  type of anemia, what we call falcemia

12  anemia.  Acts similar to sickle cell.

13          Q.     Now, when he'd come back on

14  October 18th, at that time, he was on four

15  different medications -- albuterol,

16  Singulair, Flovent, Clarinex -- and then

17  that -- some cream as well?

18          A.      Right.

19          Q.     But those first four

20  medications -- the Clarinex, albuterol,

21  Singulair, Flovent -- were all meant to

22  treat the asthma condition?

23          A.      Right.

24          Q.     And prior to the storm, he was

25  only using the albuterol on an as-needed

Janet D. Barnes
June 4, 2009

1    basis, and he was getting some Claritin over

2    the counter; is that right?

3          A.    He was using that, but he -- he

4    had a -- a nebulizer machine for emergency.

5          Q.    Right.

6          A.    Some of them are more comfortable

7    and I'm more comfortable, too, with it until

8    they can properly use the inhaler.  But I

9    give them an inhaler because they're at

10   school, and they can take it to school, and

11   it's on hand.  It makes the teacher and the

12   nurses feel better, the principal.  I

13   usually give them refills so the mom can

14   keep one in her purse and -- so he was on

15   that.

16         Q.    And despite being on the

17   Flovent, the Clarinex D-12, the Singulair,

18   and the albuterol, did he still have a

19   flare-up of asthma in December of 2007?

20         A.    Yes.

21         Q.    Would you have expected him

22   being on those four different medications if

23   everything else would have been normal that

24   he wouldn't have a flare-up such that he had

25   to go to the emergency room as he did on

Janet D. Barnes
June 4, 2009

Page 310

1    December 4, 2007?

2         A.    Yes.  He should have been under

3    control.

4         Q.    And did that -- does that

5    indicate to you now that there was something

6    else going on that was aggravating his asthma

7    condition?

8         A.    Yes.

9         Q.    And describe for us your

10   understanding what occurred on December 4,

11   2007 with regard to Christopher Cooper.

12        A.    Actually, I wasn't aware of him

13   going to the emergency room.  I was just

14   sent by Children's Hospital records that

15   he'd been there for me to sign and approve

16   that he had been treated.

17        Q.    Is that something that normally

18   happens in your practice, that you have a

19   patient and then they're admitted to the

20   hospital, and they send you the records

21   later on recounting what occurred at the

22   hospital?

23        A.    They can, but usually if they

24   admit them, they'll call me.  But if they're

25   in the emergency room, they may not.

Janet D. Barnes
June 4, 2009

Page 312

1  understanding that he was seen in the

2  emergency room because he wasn't responding

3  to the medicines that had been given to him.

4  He received several aerosol treatments, and

5  they gave him some Prednisone, which is a

6  steroid, oral steroid.  And then he was told

7  to continue his -- his treatments at -- at

8  home every eight hours and was given some

9  more Prednisone to take at home.

10       Q.   And then your report and your

11 medical records reflect that you saw

12 Christopher Cooper on April 17th, 2008 and

13 then again on April 24th, 2009; is that

14 right?

15       A.   Yes.

16       Q.   And you had described for us

17 earlier the pattern that you'd seen where

18 children have asthma, and they begin to get

19 better as they age.

20            Based upon what you have seen

21 from Christopher Cooper after the storm, how

22 does he fit into that pattern or not fit

23 into that pattern?

24       A.   What's different is, is that

25 instead of him basically being controlled --