1  first couple months?
2      A.  Like I say, he felt the burning in
3  the throat and the nose; say again watery
4  eyes, the itchy eyes and the nose, the
5  burning in the nose.  And the frequency of
6  the inhaler started to increase.
7      Q.  Okay.  During those first couple
8  of months, did his symptoms also decrease
9  over time?
10     A.  The itching and the watery eyes --
11 not the watery eyes, I'm sorry.  The itching
12 of the nose -- I take that back.  Not the
13 nose for him.  Because he was always doing
14 that with his nose, rubbing his nose.
15     Q.  So for the entire 19 months that
16 you were in the trailer, it's your testimony
17 that Chris's symptoms from day one in the
18 trailer were the same until the end when he
19 left the trailer?
20     A.  Yes.
21     Q.  We've already gone into some of
22 the medical records.  All of the visits to
23 the doctors have been talked about --
24     A.  Yes.
25     Q.  -- from the time he was in the