assay technology

AT Labs a unit of assay technology

LABORATORY REPORT
(Air Sampling)

*The Innovation & Value Leader in Occupational Hygiene Analysis*

**Batch No: 2008020039**

Customer: WD SCOTT GROUP INC
Attention: WILLIAM SCOTT
Address: 1117 WRIGHT AVENUE

City, State: GRETNA, LA 70056
Country:

Tel No: (504) 393-7338
Fax No: (504) 393-7311

Contact No: 49566
Project No: NEW FEMA TRAILER/3070
PO No:

Date Received: February 1, 2008
Date Reported: February 5, 2008
Date Revised: April 20, 2009
Date(s) Analyzed: 02/05/08

Exposure results are the average concentration for the period of time monitored. ND = None Detected. The results relate only to the items tested. Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results. The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppm. Air concentrations reported are based upon field sampling information provided by the customer. For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Media Lot / Serial # | Chemical Analyzed | Quantity Found (ug) | Reporting Limit (ug) | Sample Volume (L) | Sample Time (min) | Concentration/Exposure (mg/M3) | Concentration/Exposure (ppm) | Reporting Limit (mg/M3) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008003984 - ATCA | 1/24/2008 | J571 - 2439 | 12A07 - GD2439 | FORMALDEHYDE (1) | 1.2 | 0.05 | 19.1 | 1455 | 0.062 | 0.05 | 0.003 | 0.002 |

Messages

| Lab Sample ID | Message | Method | Method Name | Analyzed By | Approved By |
|---|---|---|---|---|---|
| | | 1 | NIOSH 2016 (OSHA PEL: 0.75 PPM, STEL: 2 PPM) | T. NGUYEN | S. GREEN |

tabbies
EXHIBIT
F

EXHIBIT
16
PENGAD 800-631-6989

Results Reviewed by Person Monitored (If Applicable): ____________
(Initials/Date)

S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor

AIHA Accredited Lab #101728
AIHA Accredited Lab #100903

1252 Quarry Lane • Pleasanton, CA 94566 • (800) 833-1258 • FAX: (925) 461-7149
250 DeBartolo Place, # 2525 • Boardman, OH 44512 • (800) 365-3396 • FAX: (330) 758-1245

www.assaytech.com


QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.669.0920

PATIENT INFORMATION
COOPER, CHRISTOPHER

DOB: 12/18/1996 AGE: 10
GENDER: M FASTING: Y

ID: 2566
PHONE: 504-577-0732

REPORT STATUS FINAL

ORDERING PHYSICIAN
BARNES, J

CLIENT INFORMATION
N42426 6015000
JANET DUNCAN BARNES
3600 PRYTANIA ST STE 50
NEW ORLEANS, LA 70115-3689

SPECIMEN INFORMATION
SPECIMEN: NO532772W
REQUISITION: 1745643

COLLECTED: 10/05/2007 08:10 CT
RECEIVED: 10/06/2007 02:09 CT
REPORTED: 10/11/2007 06:51 CT

| | Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|---|
| | LIPID PANEL | | | | | |
| | TRIGLYCERIDES | 103 | | | 33-129 mg/dL | RGA |
| | CHOLESTEROL, TOTAL | | 202 | H | 125-170 mg/dL | RGA |
| | HDL CHOLESTEROL | 68 | | | 38-76 mg/dL | RGA |
| | LDL-CHOLESTEROL | | 113 | H | <110 mg/dL (calc) | RGA |
| | DESIRABLE RANGE <100 MG/DL FOR PATIENTS WITH CHD OR DIABETES AND <70 MG/DL FOR DIABETIC PATIENTS WITH KNOWN HEART DISEASE. | | | | | |
| | CHOL/HDLC RATIO | 3.0 | | | < OR = 5.0 (calc) | RGA |
| | HEMOGLOBINOPATHY EVALUATION | | | | | |
| | RED BLOOD CELL COUNT | 4.93 | | | 4.00-5.20 Million/uL | RGA |
| | HEMOGLOBIN | 12.9 | | | 11.5-15.5 g/dL | |
| | HEMATOCRIT | 38.3 | | | 35.0-45.0 % | |
| | MCV | 77.7 | | | 77.0-95.0 fL | |
| | MCH | 26.1 | | | 25.0-33.0 pg | |
| | RDW | 14.8 | | | 11.0-15.0 % | |
| * | HEMOGLOBIN A1 | | 55.9 | L | >96.0 % | RGA |
| * | HEMOGLOBIN F | <1.0 | | | <2.0 % | |
| * | HEMOGLOBIN A2 (QUANT) | 3.2 | | | 1.8-3.5 % | |
| * | HEMOGLOBIN C | | 40.9 | H | % | |
| * | INTERPRETATION | CONSISTENT WITH HEMOGLOBIN C TRAIT | | | | |
| | COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | | RGA |
| | GLUCOSE | 80 | | | 65-99 mg/dL FASTING REFERENCE INTERVAL | |
| | UREA NITROGEN (BUN) | 10 | | | 7-20 mg/dL | |
| | CREATININE | 0.6 | | | 0.5-1.3 mg/dL | |
| | GFR ESTIMATED | | | | > OR = 60 mL/min/1.73m2 | |
| | PATIENT IS <18 YEARS OLD. UNABLE TO CALCULATE. | | | | | |
| | BUN/CREATININE RATIO | 17 | | | 6-22 (calc) | |
| | SODIUM | 136 | | | 135-146 mmol/L | |
| | POTASSIUM | 4.3 | | | 3.8-5.1 mmol/L | |
| | CHLORIDE | 100 | | | 98-110 mmol/L | |

Page 1 - Continued on Page 2



UEST DIAGNOSTICS INCORPORATED

COLLECTED: 10/05/2007 08:10 CT
REPORTED: 10/11/2007 06:51 CT

PATIENT INFORMATION
COOPER, CHRISTOPHER

DOB: 12/18/1996 AGE: 10
GENDER: M FASTING: Y
ID: 2566

REPORT STATUS FINAL

ORDERING PHYSICIAN
BARNES, J

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CARBON DIOXIDE | 24 | | 21-33 mmol/L | |
| CALCIUM | 10.0 | | 8.9-10.4 mg/dL | |
| PROTEIN, TOTAL | 7.7 | | 6.3-8.2 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 3.1 | | 2.1-3.5 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.5 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.1 mg/dL | |
| ALKALINE PHOSPHATASE | 295 | | 91-476 U/L | |
| AST | 24 | | 12-32 U/L | |
| ALT | 16 | | 8-30 U/L | |
| URINALYSIS, COMPLETE W/REFLEX TO CULTURE | | | | RGA |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.010 | | 1.001-1.035 | |
| PH | 7.5 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | NONE SEEN | | < OR = 5 /HPF | |
| RBC | NONE SEEN | | < OR = 3 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |
| ABO GROUP AND RH TYPE | | | | RGA |
| ABO GROUP | AB | | | |
| RH TYPE | RH (D) POSITIVE | | | |
| REFLEXIVE URINE CULTURE | NO CULTURE INDICATED | | | RGA |

PERFORMING LABORATORY INFORMATION

RGA QUEST DIAGNOSTICS HOUSTON, 5850 ROGERDALE ROAD, HOUSTON, TX 77072-1602, Laboratory Director: JOHN G BUCK, MD
CLIA: 45D0660150

Diagnostics

42426000-B 1745643-2

JANET DUNCAN BARNES
3600 PRYTANIA ST STE 50
NEW ORLEANS, LA 70115-3689

PHONE #: 504-891-1800 6015000

DID YOU REMEMBER...
TO INCLUDE DIAGNOSIS CODE(S)?
TO REQUEST OR MARK TEST(S)?
TO PROVIDE ORDER CODE(S) FOR HANDWRITTEN TESTS?
TO CHECK "BILL TO" BOX ABOVE?

☐ PATIENT ☐ MEDICARE ☐ RAILROAD MEDICARE ☐ MEDICAID ☐ OTHER INSURANCE

REGISTRATION # (IF APPLICABLE)

DATE OF BIRTH: 12/18/1996 SEX: M

PATIENT SOCIAL SECURITY #

OFFICE / PATIENT ID #: 2566

ROOM # | LAB REFERENCE # | PATIENT PHONE # ( )

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY): 4415 Dale St APT. # KEY #

CITY: New Orleans STATE: LA ZIP: 70126

MEDICARE NUMBER SUFFIX

MEDICAID NUMBER: 690 309 129 5402 STATE

RELATIONSHIP TO INSURED: ☐ SELF ☐ SPOUSE ☐ DEPENDENT

DATE COLLECTED | TIME ☐ AM ☐ PM | TOTAL VOL/HRS. ML HR | ☐ Fasting ☐ Non Fasting

UPIN ORDERING/SUPERVISING PHYSICIAN AND/OR PAYORS (MUST BE INDICATED)

D79714 BARNES,J

COULA COVENTRY HEALTH CAR
HMOLA HMO LOUISIANA
PAL PHYS ASSOC OF LOUIS

PRIMARY INSURANCE

PRIMARY INSURANCE CO. NAME

MEMBER / INSURED ID # | GROUP #

INSURANCE ADDRESS

CITY | STATE | ZIP

EMPLOYER NAME/EMPLOYER # | INSURED SOCIAL SECURITY # (If not patient)

ADDIT'L PHYS.: Dr. NPI/UPIN

NON-PHYSICIAN PROVIDER: NAME I.D.#

Fax Results to: ( )

Client # OR NAME:
ADDRESS:
CITY: STATE ZIP

Medicare Limited Coverage Tests
@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.
B = Has both diagnosis and frequency-related coverage limitations.
Provide signed ABN when necessary

ICD9 CODE(S) FOR DIAGNOSIS, SYMPTOM OR COMPLAINT (MUST BE PROVIDED)

256.00 | 530.10
372.40 | 799.00

## ORGAN / DISEASE PANELS

34392 ☐ ELECTROLYTE PANEL (Na, K, Cl, CO2) S
10256 ☐ HEPATIC FUNCTION PANEL (Alb, TBili, DBili, AP, AST, ALT, TP) S
10165 ☐ BASIC METABOLIC PANEL w/eGFR (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) S
10231 ☒ COMP METABOLIC PANEL w/eGFR (Na, K, Cl, CO2, Glu, BUN, Cr, Ca, TP, Alb, TBili, AP, AST, ALT) S
7600 ☒ LIPID PANEL (Fasting Specimen) (TChol, Trig, HDL, calc LDL) S
20210 ☐ OBSTETRIC PANEL W/REFLEX (ABO/Rh, Antibody Scr RBC w/reflex, CBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) 2L,S
10306 ☐ HEPATITIS PANEL, ACUTE W/REFLEX (HBsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb IgM) S

## HEMATOLOGY

@ 510 ☐ HEMOGLOBIN L
@ 509 ☐ HEMATOCRIT L
1759 ☐ CBC (H/H, RBC, Indices, WBC, PLT) L
6399 ☐ CBC w/DIFF (H/H, RBC, Indices, WBC, PLT, DIFF) L
8847 ☐ PT WITH INR B
@ 763 ☐ PTT, ACTIVATED B

## OTHER TESTS

7788 ☒ ABO GROUP & RHTYPE L
223 ☒ ALBUMIN (Alb) S
234 ☐ ALKALINE PHOSPHATASE (AP) S
823 ☐ ALT (SGPT) S
243 ☐ AMYLASE S

## OTHER TESTS (continued)

249 ☐ ANA W/REFLEX TITER S
795 ☐ ANTIBODY SCR, RBC W/REFLEX ID L
822 ☐ AST (SGOT) S
285 ☐ BILIRUBIN, DIRECT (DBili) S
287 ☐ BILIRUBIN, TOTAL (TBili) S
4420 ☐ C-REACTIVE PROTEIN S
@ 29256 ☐ CA 125 S
303 ☐ CALCIUM (Ca) S
310 ☐ CARBON DIOXIDE (CO2) S
B 10124 ☐ CARDIO CRP S
B 978 ☐ CEA S
330 ☐ CHLORIDE (Cl) S
B 334 ☐ CHOLESTEROL, TOTAL (TChol) S
375 ☐ CREATININE (Cr) w/eGFR S
@ 418 ☐ DIGOXIN SR
@ 457 ☐ FERRITIN S
B 466 ☐ FOLIC ACID S
470 ☐ FSH S
B 482 ☐ GGT S
8477 ☐ GLUCOSE, GEST. SCR. GY
B 484 ☐ GLUCOSE, PLASMA GY
B 483 ☐ GLUCOSE, SERUM (Glu) S
8435 ☐ HCG, SERUM, QUAL S
B 8396 ☐ HCG, SERUM, QUANT S
B 608 ☐ HDL S
B 496 ☐ HEMOGLOBIN A1C L
512 ☐ HEP A AB, IGM S
4848 ☐ HEP B CORE AB, IGM S
499 ☐ HEP B SURFACE AB QUAL S
498 ☐ HEP B SURFACE AG W/REFLEX CONFIRM S
8472 ☐ HEP C VIRUS AB S
B 6449 ☐ HIV SCR W/REFLEX WB CONFIRM S
@ 7573 ☐ IRON (TOT), IBC % SAT S
@ 571 ☐ IRON, TOTAL S
593 ☐ LDH S
599 ☐ LEAD (B) TN
615 ☐ LH S
613 ☐ LITHIUM S
@ 622 ☐ MAGNESIUM S
6517 ☐ MICROALBUMIN, RANDOM URINE W/CREAT
4555 ☐ MICROALBUMIN, 24 HOUR URINE, W/O CREAT
OCC BLD, FECES - GUAIAC
B 35301 ☐ DX F 35306 ☐ MCR SCR
OCC BLD, FECES - FIT, InSure®
B 11290 ☐ DX F 11293 ☐ MCR SCR
713 ☐ PHENYTOIN SR
718 ☐ PHOSPHORUS S
733 ☐ POTASSIUM (K) S
745 ☐ PROGESTERONE S
746 ☐ PROLACTIN S
754 ☐ PROTEIN, TOTAL (TP) S
B 5363 ☐ PSA, TOTAL S
4418 ☐ RHEUMATOID FACTOR S
799 ☐ RPR (MONITORING) W/REFLEX TITER S
36126 ☐ RPR (DX) W/REFLEX CONFIRM FTA S
802 ☐ RUBELLA IGG AB S
809 ☐ SED RATE BY MOD WEST L
836 ☐ SODIUM (Na) S
873 ☐ TESTOSTERONE, TOTAL S
B 896 ☐ TRIGLYCERIDES (Trig) S
B 899 ☐ TSH S
B 36127 ☐ TSH W/REFLEX T-4, FREE S
859 ☐ T-3, TOTAL S
B 861 ☐ T-3 UPTAKE S
B 867 ☐ T-4 (THYROXINE), TOTAL S
B 866 ☐ T-4 (THYROXINE), FREE S
@ 6448 ☐ UA, DIPSTICK ONLY U
@ 7909 ☐ UA, DIPSTICK W/REFLEX TO MICROSCOPIC U
@ 5463 ☐ UA, COMPLETE (DIPSTICK & MICROSCOPIC) U
@ 3020 ☒ UA, COMPLETE, REFLEX TO CULTURE
294 ☒ UREA NITROGEN (BUN) S
905 ☐ URIC ACID S
916 ☐ VALPROIC ACID SR
B 7065 ☐ VITAMIN B12/FOLIC ACID S
B 927 ☐ VITAMIN B12 S

## MICROBIOLOGY

SOURCE (REQUIRED)

4485 ☐ CULTURE, GP. A STREP*
5617 ☐ CULTURE, GP. B STREP*
4558 ☐ CULTURE, GENITAL*
394 ☐ CULTURE, THROAT*
@ 395 ☐ CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH.)
@ 8502 ☐ CHLAMYDIA DNA PROBE, ENDOCX OR M/URET
@ 8501 ☐ N. GONORRHOEAE (GC) DNA PROBE, ENDOCX OR M/URET
@ 6919 ☐ CHLAMYDIA & N. GONORRHOEAE W/REFLEX ID, DNA PROBE, ENDOCX OR M/URET

Amplified Specimen Type (please check one) ☐ Endocervical ☐ Urethral ☐ Urine
@ 17303 ☐ Chlamydia DNA, SDA
@ 17304 ☐ N. gonorrhoeae (GC) DNA, SDA
@ 17305 ☐ Chlamydia & N. gonorrhoeae DNA, SDA

Stool Pathogens (CAMPYLOBACTER, SALMONELLA/SHIGELLA)*
10045 ☐ CULTURE, STOOL
4475 ☐ CULTURE, CAMPYLOBACTER*
10019 ☐ CULTURE, SALMONELLA/SHIGELLA*
30264 ☐ E. COLI SHIGATOXINS, EIA
681 ☐ O & P W/PERMANENT STAIN
* Additional charge for ID and Susceptibilities

ADDITIONAL TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE) Reflex tests are performed at an additional charge.

Hemoglobin Electrophoresis (not protein)

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. Copyright © 2003 Quest Diagnostics Incorporated. All rights reserved. www.questdiagnostics.com. All other marks - ® and ™ - are the property of their respective owner. QD20354H-NOL Revised 11/05. SC2K - 54336.

COMMENTS/CLINICAL INFORMATION:

TOTAL TESTS ORDERED: 5

Physician Signature (Required for PA, NY, NJ & MA): J Barnes, MD

For any patient of any payor (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests which are medically necessary for the diagnosis and treatment of the patient.

42426000 1745643 | 42426000 1745643 | 42426000 1745643
NAME:
42426000 1745643 | 42426000 1745643

DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GEOFFREY P. CLEMENT
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART
CHRISTIAN B. BOGART

JOSEPH G. GLASS (2)
KEVIN R. DERHAM
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE
GISSEL M. FERRIOL
CHRISTINA M. KOCKE (3)
NICOLE M. BOYER
RYAN M. MALONE

WILLIAM J. GUSTE, IV
JENNIFER M. MORRIS
PHILIP G. WATSON

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Oklahoma

March 27, 2009

**VIA FEDERAL EXPRESS**

Dr. Janet Barnes
3600 Prytania Street
Suite 50
New Orleans, Louisiana 70115

RE: **In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION**
**2:07-MDL-1873**
**Our File No. 06-GSCI-100**

Dear Sir/Madam:

Enclosed please find an executed HIPPA Medical Authorization which has been provided by **Alana Alexander** requesting any and all medical records, itemized bills, X-Ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, doctor and nurses notes, operation records, etc. for treatment rendered to **Christopher J. Cooper, DOB: 12/18/96; SSN: 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.** I would appreciate you providing any and all medical records on an **EXPEDITED BASIS** on or before **April 3, 2009.** We have a deadline to meet and it is imperative that we receive these medicals. If it would be easier for us to send a courier to your facility, please do not hesitate to call me at 832-3700. Our office will gladly reimburse you for any reasonable costs associated with this request.

For your convenience and to expedite payment of any charges that might be associated with this request, we have attached an IRS Form W-9. We ask that you complete the W-9 providing us with all of the necessary information and return it to our office along with your Invoice for the duplication of the records.

If you have any questions, please do not hesitate to contact me or my paralegal, Carmen Motes.

Sincerely,
**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

*Andrew D. Weinstock*

**ANDREW D. WEINSTOCK**

ADW/kac
Enclosure

A PROFESSIONAL LAW CORPORATION
29TH FLOOR, THREE LAKEWAY CENTER 3838 N. CAUSEWAY BLVD. METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700 FAX 504.837.3119
www.duplass.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL No. 1873

AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Name: Christopher J. Cooper

Date of Birth: 12/18/96

Last Four Numbers of SSN: 9824

I hereby authorize Dr Janet Barkis (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** Andrew Weinstock ____________ **and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

NAME OF FACILITY: Dr. Janet Barnes

Authorization for Use and Disclosure of Protected Health Information (PHI) pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes, Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| Christopher J. Cooper | 12/18/96 | 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 |
| Address: 4415 Dale St | | Telephone No.: 577-0737 |
| City: N.O. La | State: | Zip Code: 70126 |

I hereby authorize the Medical Records Custodian of ______________________

To disclose medical record information and/or protect health information and to provide a complete and certified copy of my entire record of the patient listed above to:

*Name.* ______________________

*Title.* ______________________

*Address.* ______________________

Purpose: To Protect My Legal Rights

For Treatment Date(s): All Available

| Type of Access Requested: | | | |
|---|---|---|---|
| q Copies of the records & <br> q Inspection of the record | q Abstract/pertinent <br> q Emergency Room <br> q H&P <br> q Consult Report <br> q Operative Report <br> q Rehab Services | q Lab <br> q Imaging/Radiology <br> q Cardiac Studies <br> q Face Sheet <br> q Nursing Notes <br> q Medication Record | q Progress Notes <br> q Physician's Orders <br> q Entire Record <br> ☐ Other______ |

AA I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an expiration date or event, this authorization will expire in four [4] years from the date on which it was signed):__________

You have my specific consent to meet and discuss in person or by telephone with my attorneys only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

[signature] for Christopher Cooper

Signature of Patient/Legal Representative

Date __________

If signed by legal representative, relationship to patient: ______________________

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 3 6 day of Dec, 2008.

[signature] for Christopher Cooper
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:________________________________________

# Walgreens

## Prior Authorization Needed

3216 GENTILLY BLVD
NEW ORLEANS, LA 70122
Tel: 504-945-1182 Fax: 504-945-1468

Date: 04/27/2009 Time: 9:06 AM

**Prescriber Information:**

Physician: JANET BARNES Fax: 504-891-1805
Phone: 504-891-1800

**Patient Information:**

Patient: CHRISTOPHER COOPER Birth Date: 12/18/1996
Address: 4415 DALE ST Med Record #:
NEW ORLEANS, LA 70126 Phone: 504-577-0737

**Prescription Information:**

Rx Number: 74850-11414 Requested P/U Time: 04/26/2009 10:30AM
Drug: CLARINEX-D 12 HOUR TABLETS Qty: 60
Generic For: Last Refill: 04/27/2009
Sig: GIVE "CHRISTOPHER" ONE TABLET BY MOUTH EVERY 12 HOURS

**Message**

prior authorization needed

4-30-09 Spoke to Beverly 91200029
Approved Good For 12mos PA# ~~91200029~~

In accordance with state regulations, a generic will be substituted unless otherwise indicated.
☐ Dispense as Written/Brand Medically Necessary

Please fax back to Walgreens at:

504-945-1468

**REMINDER: As of April 1, 2008, all written Medicaid prescriptions must be on a tamper-resistant blank.**
***(Electronic prescriptions, faxes, and phone orders are excluded)***
**For more information about e-prescribing, please visit: www.GetRxConnected.com**

This communication is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify sender immediately.



2009/04/27 09:10:49 1 /1

Walgreens

# Prior Authorization Needed

3216 GENTILLY BLVD
NEW ORLEANS, LA 70122
Tel: 504-945-1182 Fax: 504-945-1468

Date: 04/27/2009 Time: 9:06 AM

Prescriber Information:

Physician: JANET BARNES Fax: 504-891-1805
Phone: 504-891-1800

Patient Information:

Patient: CHRISTOPHER COOPER Birth Date: 12/18/1996
Address: 4415 DALE ST Med Record #:
NEW ORLEANS, LA 70126 Phone: 504-577-0737

Prescription Information:

Rx Number: 74850-11414 Requested P/U Time: 04/26/2009 10:30AM
Drug: CLARINEX-D 12 HOUR TABLETS Qty: 60
Generic For: Last Refill: 04/27/2009
Sig: GIVE "CHRISTOPHER" ONE TABLET BY MOUTH EVERY 12 HOURS

Message

prior authorization needed

4-30-09 Spoke to Beverly 91200029
Good for 12 mos PA# ~~91200029~~

In accordance with state regulations, a generic will be substituted unless otherwise indicated.
☐ Dispense as Written/Brand Medically Necessary

Please fax back to Walgreens at:

504-945-1468

**REMINDER: As of April 1, 2008, all written Medicaid prescriptions must be on a tamper-resistant blank.**
***(Electronic prescriptions, faxes, and phone orders are excluded)***
**For more information about e-prescribing, please visit: www.GetRxConnected.com**

This communication is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify sender immediately.

2009/04/27 09:10:49 1 /1

Walgreens

# Prior Authorization Needed

3216 GENTILLY BLVD
NEW ORLEANS, LA 70122
Tel: 504-945-1182 Fax: 504-945-1468

Date: 04/27/2009 Time: 9:06 AM

Prescriber information:

Physician: JANET BARNES Fax: 504-891-1805
Phone: 504-891-1800

Patient Information:

Patient: CHRISTOPHER COOPER Birth Date: 12/18/1996
Address: 4415 DALE ST Med Record #:
NEW ORLEANS, LA 70126 Phone: 504-577-0737

Prescription Information:

Rx Number: 74850-11414 Requested P/U Time: 04/26/2009 10:30AM
Drug: CLARINEX-D 12 HOUR TABLETS Qty: 60
Generic For: Last Refill: 04/27/2009
Sig: GIVE "CHRISTOPHER" ONE TABLET BY MOUTH EVERY 12 HOURS

Message

prior authorization needed

4-30-09 Spoke to Beverly 912000029
Approved Good For 12mos PA# ~~912000029~~

In accordance with state regulations, a generic will be substituted unless otherwise indicated.
☐ Dispense as Written/Brand Medically Necessary

Please fax back to Walgreens at:

504-945-1468

**REMINDER: As of April 1, 2008, all written Medicaid prescriptions must be on a tamper-resistant blank.**
***(Electronic prescriptions, faxes, and phone orders are excluded)***
**For more information about e-prescribing, please visit: www.GetRxConnected.com**

This communication is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify sender immediately.

DEC-21-2007 FRI 11:27 AM CHILDR[illegible]STFL ER ADMIT FAX NO. 504 8[illegible] 5384 P. 12/15

2566 4410331674
Cooper, Christopher
0221912

CHILDREN'S HOSPITAL

# COMMUNITYCARE REFERRAL FORM

CHILDREN'S HOSPITAL

| | |
|---|---|
| Patient Name: Cooper, Christopher | Medicaid I.D. Number: 6903091295402 |
| Address: | Date of Birth: 12/19/1996 |
| | Telephone Number: |

Referred to (Physician's Name): **CHILDREN'S HOSPITAL**

Physician's Address: 200 Henry Clay Ave. New Orleans, LA 70118

Diagnosis/Suspected Condition: **SEE ATTACHED FORMS**

Reason for Referral: **EVAL & TREAT**

FAXED Date: 12/26/[illegible] Time: 1[illegible] By:

Effective Date(s) of Referral: (Not to exceed 6 months except for pregnancy)

From: 12/04/07 Through:

Medical records must be forwarded to the referring CommunityCARE primary care physician when treatment is completed or as specified below:

If this referral is issued to a hospital for inpatient services, the hospital must provide a copy of this written referral to providers of additional specialty services which may be required in the course of that hospitalization (for example, radiology, pathology, etc.).

Referring CommunityCARE Physician

Name (please print): Janet D. Barnes MD

Telephone Number: 891-1800

Address:

☐ Need additional information:

☐ Denied (reason required)

☐ Office closed - does not meet prudent lay person

☐ Office open - does not meet prudent lay person

☐ Went to E.R. against Pcp instructions does not meet prudent lay person

☒ Approved *Referral Authorization Number: 1320714 ☐ Other

Signature: Janet D Barnes MD

*This number must be on the claim form in the field as designated below:

- Block 83A for inpatient and outpatient claims filed on UB-92 claim form.
- Block 17A for physician and durable medical equipment claims filed on the HCFA 1500.
- Block 12 for claim type 05 (rehabilitation claims).
- Block 10 for claim type 06 (home health claims).

If the authorization number is not in the designated field on the claim form, the claim will be denied - EVEN IF A COPY OF THE REFERRAL IS ATTACHED TO THE CLAIM.

Unauthorized use of a CommunityCARE provider's number for billing purposes shall result in recovery by the Medicaid Program of all unauthorized reimbursements from the unauthorized billing physician/agency. Submission of a fraudulent claim is punishable by fine and/or imprisonment.

CHILDREN'S HOSPITAL

# EMERGENCY ROOM SCREENING/ ASSESSMENT RECORD

4410331674 E 12/04/07 15:38
COOPER ,CHRISTOPHER
12/18/1996 M 0221912 A EMR
CHILDREN'S HOSPITAL 000000

Arrival time 1525 A.M./P.M.
Date ______ Triage time ______ A.M./P.M.
Name Christopher Cooper
Age 10 yr Date of Birth 12-18-96 Sex M
Chief Complaint coughing fits

Past Medical History asthma

B

Current Meds Singulair, Clarinex D

Adverse Reactions (Drugs, Latex, Food, etc.) Claritin

Immunizations up to date: ☐ Yes ☐ No
Arrival Mode: ☐ Carried ☐ Ambulatory ☐ W/C ☐ Ambulance ☐ Police ☐ Other

**PRIORITY** ☐ Red ☐ Yellow ☐ Green

Pain: ☐ No ☐ Yes: score (0-5) ______ Onset: ______
Duration: ______ Location: ______

0 No Hurt — 1 Hurts Little Bit — 2 Hurts Little More — 3 Hurts Even More — 4 Hurts Whole Lot — 5 Hurts Worse

**CRIES Neonatal Scale**

| Parameter | Scores 0 | Scores 0.5 | Scores 1 |
|---|---|---|---|
| Crying | None | Crying <20 sec; consolable | Crying > 20 sec; inconsolable |
| Requires O2 to keep SAO2 > 95 | No | Needing oxygen < 30% | Needing oxygen > 30% |
| BP/HR | + or - 10% of baseline | > 10% to 20% change in HR or BP | > 20% change in HR or BP |
| Facial Expression | Neutral | Grimace* < 30 sec | Grimace* > 30 sec |
| Movement/sleep | Normal; awake < 30% | Reduced movement; awake 30% to 50% | Immobile or restless; awake > 50% |

*Grimace = open mouth, lips pulled back at corners; creased/furrowed forehead and/or between eyebrows; eyes half closed, wrinkled laterally.

When using Cries Scale, score each parameter and add up score to achieve pain rating of 0-6.

**Triage Nurse Signature** X [signature] | **Date** MM/DD/YY 12/4/07 | **Time** 00:00 am/pm 15:30 PM

**VITAL SIGNS** WT 42.8 Kg

| Time | Temp. | Pulse | Resp. | B/P | SaO2 | Glucose | Pain |
|---|---|---|---|---|---|---|---|
| 1530 | 98.1 | 105 | 24 | | 96% | | |

**MEDICATIONS ADMINISTERED**

| Time | Medication | Dose | Route | Site | Signature |
|---|---|---|---|---|---|
| 1615 | Orapred | 50mg | PO | — | S. Wient |

| Time | Focus |
|---|---|
| 1530 | ↓ BS to lower lobes. OBN |
| 1535 | Pt. to bed 8 by triage RN. EBSW. Pt. placed on card. pulse ox monitor. SaO2 96%. NAD. See assessment. Awaiting HO/Student |
| 1545 | MD to BS. — S. Wient RN |

**IV THERAPY** Site ______ Gauge ______

| Time | Fluid | Amt. | Bolus | Rate/hr | Infused |
|---|---|---|---|---|---|
| | | | | | |

**DISPOSITION**
☐ Admission ☐ 23 HR. ☐ Inpatient
Admitting Physician ______
Admit Clerk ______ Time notified ______
Room # ______ Room ready ______
Report called to ______ Time to room ______
☐ Transferred to ______ Time ______
☐ Discharged/Discharge time ______
☐ Denies pain ☐ Other ______

**Mode:**
☐ Ambulatory ☐ Carried ☐ Crutches ☐ Stretcher
☐ Wheelchair ☐ Ambulance

**Discharge Instructions:**
☐ Reviewed with patient/family
☐ Caregiver/patient demonstrates understanding
☐ Instruction sheet provided
☐ Discharged by physician

**Nurse Signature** X S. Wient | **Date** MM/DD/YY 12/4/07 | **Time** 00:00 am/pm : AM/PM

DEC-21-2007 FRI 11:28 AM CHILDREN'S ISTFL ER ADMIT FAX NO. 504 8 0504 P. 14/18

# EMERGENCY DEPARTMENT RECORD

CHILDREN'S HOSPITAL
200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511

PATIENT

| ADMIT DATE/TIME | ACCOUNT NO. | FC | SEX | RACE | AGE | REG. BY | DATE OF BIRTH | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|
| 12/04/07 15:38 | 4410331674 | A | M | B | 10 | JV0610 | 12/18/1996 | 0221912 |

| LAST NAME FIRST MI | HOME PHONE | SOCIAL SECURITY NUMBER | PRIMARY CARE PHYSICIAN |
|---|---|---|---|
| COOPER ,CHRISTOPHER | 504 577-0738 | - - | 000000 BARNES, JANET D MD Auth# PH# |

HOME ADDRESS-CSZ
4416 DALE ST NEW ORLEANS LA 70126

"Other records may be available, please refer to MII (Master Index Inquiry) in Unity for record listings." Radiology results are located in Raypax, call Radiology at Ext. 4565. For insurance information, contact Patient Accounts Ext. 4342.

HISTORY: 10 yo ♂ ē hx of Asthma, c/o chest tightness & cough since last night. DTx @ home. Last episode of wheezing was 1 yr ago. Ø fever ~~cough~~ ⊕ cough Ø rhinorrhea.

☐ ROS FORM REVIEWED

PHYSICIAN

T 98.6 P 105 R 24 BP ____ Wt. 48.8 kg pO2 94% on RA

1. General ☑ Alert, NAD ☑ Well hydrated ☐ Oriented ☐ Other
2. Head ☑ Normal ☐ Other
3. Eyes ☑ Normal ☐ Other
4. Ears ☐ Normal ☐ Other
5. Nose ☐ Normal ☐ Other
6. Mouth ☑ Normal ☐ Other
7. Neck ☐ Supple ☐ No adenopathy ☐ Other
8. Chest ☑ No retractions ☐ Other
9. Lungs ☐ Clear, equal BBS ☑ Other ↓'d BS Ⓡ
10. Heart ☑ RRR s̄ murmur ☐ Other
11. Abdomen ☑ Soft, non tender, BS present ☑ No org or masses ☐ Other
12. GU ☐ Normal ☐ Other
13. Neuro ☑ No meningeal signs or focal deficits ☐ Other
14. Skin ☑ No rash or petechiae ☑ Good turgor ☐ Other
15. Ext ☑ s̄ CCE ☑ <2 sec refill ☐ Other
16. Lymph ☐ No adenopathy ☐ Other
17. Musculoskeletal ☐ Tone ☐ Gait ☐ Other

LAB
- ☐ H&H
- * ☐ CBC ☐ Retic
- * ☐ CBC c̄ Diff
- ☐ Blood C&S
- ☐ Sed Rate
- ☐ Electrolytes
- ☐ BMP
- ☐ CMP
- ♦ ☐ U/A ♦ ☐ Dipstick
- ☐ Urine C&S
- ☐ Strep Screen
- ☐ RSV & Viral Panel
- ☐ Stool Rota/Adeno
- ☐ Stool Blood
- ☐ Stool WBC
- ☐ Stool Culture

RADIOLOGY
- ☐ Chest X-Ray ☐ AP ☐ LAT
- ☐ Sinus (Waters)
- ☐ KUB
- ☐ Flat & Erect ABD
- ☐ Skull X-Ray ☐ AP ☐ LAT
- ☐ C-Spine ☐ AP ☐ LAT
- ☐ Other Tests

| TIME | ORDERS: |
|---|---|
| 1545 | Alb 5mg neb. |
| 1610 | Alb 5mg neb ē Atrovent 500mcg |
| | ~~Orapred~~ X Prednisone 50mg |
| 1715 | Alb 5mg neb. |

☐ SEE ATTACHED ORDER SHEET

DIAGNOSIS: Asthma Exacerbation

ADVANCE DIRECTIVE -

D/C

| DISPOSITION OF PATIENT | DATE DISCHARGE | CONDITION ON DISCHARGE | DISCHARGE VIA | PHYSICIAN SIGNATURE |
|---|---|---|---|---|
| ☐ ADMIT ROOM # ____ ☑ HOME ☐ ____ | 12-4-07 TIME DISCHARGE 1710 | ☑ GOOD, STABLE ☐ OTHER ____ | ☐ CARRIED ☑ WALKED ☐ OTHER ☐ STRETCHER ☐ WHEEL CHAIR | [signature] PHYSICIAN SIGNATURE |

* IF WBC COUNT IS < 4 or > 14 OR IF ABNORMAL WBC FLAGS ARE PRESENT, A MANUAL DIFF WILL BE PERFORMED.
♦ CULTURE PERFORMED IF NITRITE OR LEUCESTERASE IS 1 + OR >. ♦ U/A MICRO PERFORMED IF LEUCESTERASE, NITRITE, BLOOD OR SSA PROTEIN IS +.

DEC-21-2007 FRI 11:29 AM CHILDR[illegible] 1STFL ER ADMIT FAX NO. 504 8[illegible] 5384 P. 15/15

CHILDREN'S HOSPITAL

# EMERGENCY DEPARTMENT

## Discharge Instructions

4410331674 A E 0221912
COOPER ,CHRISTOPHER 12/18/1996 M
CHILDREN'S HOSPITAL 000000 12/04/07 EMR
15:38

**Diagnosis** Asthma Exacerbation

Examined by Dr. Love

*See Instruction Sheet On:* ☐ Vomiting ☐ Constipation ☐ Stitches ☐ Sore Throat ☐ Minor Head Injury ☐ Diarrhea ☐ Chickenpox ☐ Croup ☐ Common Cold ☐ Otitis Media ☐ RSV ☐ Other: ______

**Special Instructions** ______

If cultures or special lab tests were obtained while diagnosing your child's problem, the emergency staff will notify you of any positive results. If an emergency reading of x-rays was provided by the emergency room doctor, a final reading will be made by the radiologist and you will be called if there are any abnormalities.

**OTHER INSTRUCTIONS**

**Medications:** *(Must be given as directed.)*

Give Albuterol 2 puffs as needed every 3 hours for Wheeze ~~days.~~

Give Prednisone 1 tab 1 times a day for 4 days.

Give ______

☐ Give Tylenol ______ every 4 hours for fever or pain.

☐ Give Motrin ______ every 6 hours for fever or pain.

☐ **Discontinue** ______

☐ Continue medications as directed ______

☑ Return to primary care physician for follow-up in 2-3 (days)/weeks.

☐ For appointment with Dr. ______, call ______ to be examined in ______ days/weeks.

☑ **Return to ER if condition worsens.** Or if ______

**I have received and fully understand the above instructions.**

[signature] Parent/Guardian

[signature] Physician's or Nurse's Signature

______ Phone Number

Date 12.4.07 Time 1710

Shelton Barnes, M.D., MBA
Janet Barnes, M.D., MBA

6010 Bullard Avenue, Suite 101
New Orleans, La 70128

**Patient Demographics**

Date: 10/4/07

Christopher | Cooper | J | 12/18/96
First | Last | MI | Date Of Birth

4415 Dale St | N.O. | La | 70126
Street Address | City | State | Zip Code

504 577-0737 | 504 202-3666
Home Phone | Work Phone

Marital Status: ☐ married ☑ single ☐ separated ☐ divorced ☐ widowed

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
Social Security # | Driver's License # | Emergency Contact | Phone #

**Primary Insurance**

Please present your card and picture I. D. to receptionist.

Medicaid 6903091295402
Insurance Carrier | Employer

Employee | Employer's Address

Group # | Policy#

Relationship to Policy Holder | Effective Date

**Secondary Insurance**

Please present your card and picture I. D. to receptionist.

~~Medicaid 6903091295402~~
Insurance Carrier | Employer

Employee | Employer's Address

Group # | Policy#

Relationship to Policy Holder | Effective Date

**Tertiary Insurance**

Please present your card and picture I. D. to receptionist.
Please Check whether you carry a third insurance or not.
☐ Yes ☐ No
If Yes please write information on the back of this sheet.

Who referred you to Primary Healthcare Associates? ______

Is patient a minor? (under 17) ☑ Yes ☐ No If yes, guardian please sign Clinic treatment agreement.

I hereby certify that the above information is correct to the best of my knowledge.

10/4/07
Date

[signature]
Signature

Copyright 2000 Alpha Omega Practice Management

**Patient Eligibility Screening Record**
**Vaccines for Children Program**

1. Initial Screening Date: ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐
M M D D Y Y Y Y

2. Child's Name: Cooper (Last Name) Christopher (First) J (MI)

3. Child's Date of Birth: ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐
M M D D Y Y Y Y

4. Parent/Guardian/Individual of Record: Alexander (Last Name) Alana (First) M (MI)

5. Is your facility a Federally Qualified Health Center (FQHC) or Rural Health Clinic (RHC)?

☐ Yes ☐ No

6. Primary Provider's Name: Barnes (Last Name) Janet (First) (MI)

7. This child qualifies for immunization through the VFC program because he/she (check only one box):
   a) Is enrolled in Medicaid ☑
   b) Does not have health insurance ☐
   c) Is an American Indian or Alaska Native ☐
   d) Is underinsured (has health insurance that does not pay for vaccinations)* ☐

| Eligibility Changes Date | Is enrolled in Medicaid | Does not have health insurance | Is an American Indian or Alaska Native | Is underinsured (has health insurance that does not pay for vaccinations)* |
|---|---|---|---|---|
| 10-4-07 | Yes | | | |
| 10-18-07 | Yes | | | |
| 4-16-08 | Yes | | | |
| 4-29-09 | Yes | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

A record of all children 18 years of age or younger who receive VFC program immunizations must be kept in the health care provider's office. The record may be completed by the parent, guardian, individual of record or by the health care provider. VFC eligibility screening must take place with each visit to ensure the child's eligibility status has not changed. This same record will satisfy the requirements for all subsequent vaccinations, as long as the child's eligibility status has not changed. While verification of responses is not required, it is necessary to retain this or a similar record for each child receiving vaccine.

* To be supported with VFC purchased vaccine, underinsured children must be vaccinated at a FQHC,RHC or PHU.



STATE OF LOUISIANA
DEPARTMENT OF HEALTH AND HOSPITALS

Department of
HEALTH and
HOSPITALS

Kathleen Babineaux Blanco
GOVERNOR

Frederick P. Cerise, M.D., M.P.H.
SECRETARY

To All Persons Enrolled in Louisiana Medicaid:

January 5, 2005

| ID. NUMBER | ELIGIBLE RECIPIENT | NAME |
|---|---|---|
| 6903091295401 | ALEXANDER | ERIKA 7-31-94 |
| 6903091295402 | COOPER | CHRISTO 12-18-96 |

*************************************************************************

This letter is to tell you about three very important things you need to know if you have private insurance AND Louisiana Medicaid.

**1) If you have other private insurance AND Medicaid:**

- Federal law states that Louisiana Medicaid can only pay for your prescriptions AFTER your private insurance pays.
- Your pharmacist knows how to bill your other insurance.
- After the pharmacy sends your prescription bill to your private insurance, your pharmacy will then bill Medicaid for your medicine

4-24-04

Triple i / CliniForms
PROGRESS NOTES

Name Christopher Cooper SS# Page #
Address
Phone (home) (work) Date of birth 12/18/96
Drug allergies

| DATE | NOTES |
|---|---|
| 4/10/08 | wt 105# Ht. 57" BP 104/70 T. 98.0 11 yrs old |
| @ | c/o Red, itchy, runny eyes. |
| | Source: Mom |
| | S. Awaken c itchy red eyes — Given Benadryl improved Out of Clamper (D) |
| | O. P.E. WNL ± nasal stuffiness boggy turbinates ± sclerae mildly irritated ; dark lower lids. |
| | A. Allergic Conjunctivitis |
| | P. Patanol Eye gtts R 1 Clarinex D 12 Disp 60 R 2 Benadryl 2tsps q 6 hrs |
| | RTC prn |
| | Barnes MD |

Triple i / CliniForms
PROGRESS NOTES

Name Christopher J Cooper SS# ________ Page # ____
Address ________
Phone (home) ________ (work) ________ Date of birth 12-18-96
Drug allergies ________

| DATE | NOTES |
|---|---|
| 10-18-07 | wt 110 HT 55 BP 118/78 P 88 T 96.4 |
| Meny | Follow-up Labs |
| | Saucier NOM |
| | S. as above |
| | O. P.E. wnl |
| | Labs reviewed ↑chol |
| | A. Hypercholesterolemia |
| | P. Diet counseling |
| | RTC 3 mos for re-check |
| | or prn |
| | J. Barnes MD |

PRIMARY HEALTHCARE ASSOCIATES
INTERNAL MEDICINE

Triple i / CliniForms
HISTORY & PHYSICAL

Name Christopher J. Cooper SS# ______ Date 10-4-07

## REVIEW OF SYSTEMS

DOB 12/18/96

❏ Neurologic ______ ❏ GI ______ ❏ Cardiovascular ______
❏ GU ______ ❏ Cerebrovascular ______ ❏ Musculoskeletal ______
❏ Peripheral vascular ______ ❏ Dermatologic ______ ❏ Hematologic ______

## PHYSICAL EXAM

Temperature 96.0 Pulse 88 BP 118/78
Height 55" Weight 110# Respiration ______
General Appearance Kid med and need refills on Asthma meds
[illegible] Age 10 #

| | N | AB | Notes |
|---|---|---|---|
| Skin | | | Source: mom |
| HEENT | | | S. On Claritin for Sinusitis |
| Neck | | | need refills on Albuterol Inhaler |
| Thyroid | | | |
| Lymph nodes | | | O. P.E. wnl - boggy nasal turbinates |
| Veins/carotid | | | - Eczema Ⓡ ankle |
| Chest | | | A. Sinusitis, Atopic Dermatitis |
| Lungs | | | Asthma / Overwt for Ht. |
| Heart | | | |
| Abdomen | | | P. Clarinex D-12 R1 |
| | | | Singulair 10mg p.o. qd R5 |
| Genital | | | Flovent Inhaler qhs R1 |
| Rectal | | | Elocon Ointment qd R2 |
| Extremities | | | Spoke to Beverly # 7277001[illegible] |
| Joints | | | Labs: CMP, Lipids, ABO, |
| Clubbing/cyanosis | | | Hgb Elect., Urinalysis |
| Peripheral pulses | | | |
| Edema | | | |
| Neurologic | | | RTC 2wks |

## TESTS ORDERED

❏ ECG ______ ❏ Stress ECG ______ ❏ Holter ______ ❏ Echo ______
❏ Angiogram ______ ❏ Chest X-ray ______ ❏ Cholesterol ______ ❏ Pulmonary Function ______
❏ SMA ______ ❏ CBC ______ ❏ Urinalysis ______ ❏ Thyroid ______
❏ ELISA ______ ❏ Elevated ALT ______ ❏ Other ______ ❏ Other ______

J. Barnes MD

## IMPRESSIONS

R eye 20/20
L eye 20/20

Triple i / CliniForms ©2001 IM011 800-969-7237

# REQUIRED KIDMED MEDICAL, VISION, AND HEARING SCREENING COMPONENTS BY AGE OF RECIPIENT (EFFECTIVE APRIL 1, 1994)[1]

| AGE | BIRTH | BY 1 MO | 2 MO | 4 MO | 6 MO | 9 MO | 12 MO | 15 MO | 18 MO | 2 YR | 3 YR | 4 YR | 5 YR | 6 YR | 8 YR | 10 YR | 12 YR | 14 YR | 16 YR | 18 YR | 20 YR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MEDICAL SCREENING** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | [illegible] | X | X | X | X | X |
| INITIAL/INTERVAL HISTORY | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | [illegible] | X | X | X | X | X |
| MEASUREMENTS | | | | | | | | | | | | | | | | | | | | | |
| Height and Weight | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | [illegible] | X | X | X | X | X |
| Head Circumference | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | X | X | X | X | X | [illegible] | X | X | X | X | X |
| DEVELOPMENTAL ASSESSMENT | S | S | SO | S | S | S | SO | S | S | SO | SO | SO | SO | S | S | [illegible] | S | S | S | S | S |
| **UNCLOTHED PHYSICAL EXAM/ASSESSMENT**[3] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | [illegible] | X | X | X | X | X |
| **PROCEDURES** | | | | | | | | | | | | | | | | | | | | | |
| Immunization[4] | X | | X | X | X | | X | X | | | | — | X | — | | | | X | — | | |
| Neonatal Screening[5] | — | X | | | | | | | | | | | | | | | | | | | |
| Anemia Screening[6] | | | | | | — | X | (X | — | — | — | X) | (X | — | — | [illegible] | X) | (X | — | — | X) |
| Urine Screening[7] | | | | | | | (X | — | — | — | — | X) | (X | — | — | [illegible] | X) | (X | — | — | X) |
| Lead Risk Assessment[8] | | | | | X | X | X | X | X | X | X | X | X | | | | | | | | |
| Blood Lead Screening[9] | | | | | | | X | | | X | | | | | | | | | | | |
| **NUTRITIONAL ASSESSMENT** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | [illegible] | X | X | X | X | X |
| HEALTH EDUCATION[10] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | [illegible] | X | X | X | X | X |
| **VISION SCREENING** | S | S | S | S | S | S | S | S | S | S | S | SO | SO | SO | SO | SO | SO | SO | SO | SO | SO |
| **HEARING SCREENING** | S | S | S | S | S | S | S | S | S | S | S | SO | SO | SO | SO | SO | SO | SO | SO | SO | SO |

X = Required at visit for this age S = Subjective by history O = Objective by Medicaid -- approved standard testing method

— = One test must be administered during this time frame

10-04-07

[1] Baseline lab and developmental screening must be done at the initial medical screening on all children under age six.

[2] The newborn screening examination at birth must occur prior to hospital discharge.

[3] The physical examination/assessment must be unclothed or undraped and include all body systems.

[4] The state health department immunization schedule must be followed per AAP recommendations.

[5] If done less than 48 hours after birth, neonatal screening must be repeated.

[6] Anemia screening is to be done once between 9 and 12 months or earlier if medically indicated, one year to four years, five years to 12 years, and between 13 and 20 years.

[7] Urine testing (dipstick) is to be done once between one and four years, (as soon as toilet trained), five to 12 years, and between 13 and 20 years.

[8] Anticipatory guidance and verbal risk assessment for lead must be done at every medical screening.

[9] Screening beginning at six months corresponds to CDC guidelines. The frequency of screening using the blood lead test depends on the result of the verbal risk assessment.

[10] Health education must include anticipatory guidance and interpretive conference. Youth, ages 12 through 20, must receive more intensive health education which addresses psychological issues, emotional issues, substance usage, and reproductive health issues at each screening visit.

# INITIAL SCR[EE]NING AGES 6 TO 21 YEARS

DATE: 10.4.07

Patient Name: Christopher Cooper DOB 12/18/96

Age:

**Family History**

- [✓] Allergy or Asthma Dad Side
- [✓] Diabetes Mom Side
- [ ] Cancer no
- [✓] Heart Disease Mom Side
- [ ] Sickle Cell no
- [ ] T.B. no
- [✓] Other: HBP Both Side

*(Please note family member's relation to patient)*

**Birth History**

[✓] Term [ ] Premature [ ] Post-mature

[✓] Prenatal care [ ] Complications

Note:

[ ] NVD [✓] C-Section

[ ] Neonatal Complications

**Past Medical History**

[ ] Major Illness Asthma

[✓] Hospitalizations asthma + pneumonia 2X's

[ ] Allergies None

HT. 55" WGT. 110# B.P. 118/78 T 96.0 P 88 R.

Labs Hct or Hgb: WNL UTD UTO Value:

Urine Dipstick: WNL UTD UTO Comments:

**Developmental Assessment**

Appropriate verbal communication (Yes) No
Drugs/Alcohol/Tobacco Yes (No)
Hobbies & Sports football (Yes) No
Family/Peer Relationship (WNL) Poor
School/Job Performance (WNL) Poor

**Vision Screen**

Subjective: any eye disorder Yes (No)
F.H.D. eye disorder mom (Yes) No
Wear glasses Yes (No)

Objective: Visual acuity R 20/20 L 20/20
Muscle Balance (pass) fail
Color Perception (pass) fail
*(6 years and up)*

**Hearing Screen**

Subjective: response to voices (Yes) No
Delayed speech development Yes (No)
Recurrent O.M. Yes (No)
Hearing 20 db HL 1000Hz 2000 Hz 4000Hz
Right Ear failed
Left Ear failed

**Reproductive**

Sexually active Yes Denies
Contraceptive used
Menarche age LMP
Gravida Para

**Physical Exam** Normal ( ✓ ) Abnormal (Describe)

1. Cranium /Face ✓
2. Hair / Scalp
3. EENT boggy nasal turbinates
4. Mouth / Teeth ✓
5. Skin / Lymph Nodes
6. Heart
7. Lungs ✓
8. Abdomen ✓
9. Genitalia ✓
10. Musculoskeletal System ✓
11. Extremities
12. Nervous System ✓

**Nutritional Assessment**

[ ] Special Diet no
[ ] Vitamins/ Supplements no
[ ] Growth Chart WNL See Grid
Comments: [illegible]

**Dental Assessment**

Any Dental Disease Yes (No)
Dental Caries Yes (No)
Brush Teeth Regularly (Yes) No
Do You Have a Dentist? (Yes) No
Name of Dentist Dr. Cathy Hamed

**Environmental Assessment**

Water supply (City) Well None
Sewer system: (City) Septic None
Smokers in the home? Ø
Pets in home? List: Ø

**Immunization Status**

[✓] Immunizations current [ ] Off Schedule*
[ ] Medically Contraindicated* [ ] Parental Refusal*
Explain *

**Anticipatory Guidance** *(Mark ones taught)*

Nutrition/Diet
Skin Care/Hygiene ✓
Oral/Dental
Behavioral/Developmental ✓
Safety
Parenting/Discipline ✓
Immunization Management ✓
School Status ✓
Health/Reproduction
High Risk activities

Impressions: Sinusitis, Asthma

Plan or Referral: PCP Referral RTC @ 18y/o

[✓] Interpretive Conference Conducted

[signature] Barnes MD

# VACCINE ADMINISTRATION RECORD, VACCINE FOR CHILDREN (VFC) PATIENT ELIGIBILITY SCREENING, AND REGISTRY AUTHORIZATION

Information About Person Receiving Vaccine:

| Last Name | First | Middle | DOB | Age |
|---|---|---|---|---|
| ~~Alexander~~ Cooper | Christopher | James | 12/18/96 | 10 |

(Please print or place label here)

Name (Parent or Guardian, if applicable) Alana M. Alexander

| Address | City | State | Zip |
|---|---|---|---|
| 4416 Dale St | N.O. | La | 70126 |

I agree to allow information about all vaccinations given to me or to the person for whom I am authorized to consent to be entered into the Louisiana Immunization Network for Kids Statewide (LINKS), an electronic registry system and to be released to other medical care providers to avoid the administration of unnecessary vaccinations and to determine immunization status for school, child care, or Headstart entrance requirements. I understand that this agreement will remain in effect until canceled by me in writing. I understand that I am not required to agree to the release of this information to the Registry or to other health care providers in order to receive vaccinations I request.

Signature of Parent/Guardian or adult vaccine recipient [signature]

## FOR CLINIC USE ONLY

This child qualifies for vaccination through the VFC program because he/she (check only one box); or............is not qualified ☐

(a) is enrolled in Medicaid ☐ (b) does not have health insurance ☐ (c) is American Indian or Alaskan Native ☐

I certify that the important information Statement(s) for the vaccine(s) indicated as administered below were presented to the person or parent /guardian named above at the clinic and on the date shown here.

| Clinic: | Date Vaccinated | Signature and title of Vaccine Administrator |
|---|---|---|
| | | |

**DTaP DT Td DtaP-HIB**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
DT Td DTaP DTaP-HIB
1 2 3 4 5

**IPV**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
IPV
1 2 3 4 5

**MMR**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
MMR
1 2 3

**HIB**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
HIB
1 2 3 4

**HBV**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
HBV
1 2 3 4

**HAV**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
HAV
1 2 3

**VARICELLA**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
VARICELLA
1 2 3

**FLU**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
FLU
1 2 3 4

**PPV**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
PPV
1 2 3 4 5

**PCV-7**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
PCV-7
1 2 3 4 5

**OTHER**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
OTHER
1 2 3 4

**OTHER**
Manufacturer and Lot #
Expiration Date______
Site of Injection______
Immunization & Dose # Given Today
OTHER
1 2 3 4

Revised 06/01

# State of Louisiana Universal Certificate of Immunizations

**Expiration Date:** 06/18/1997 **Vaccine:** FLU
This record is invalid without a proper expiration date

**Childs Name:** CHRISTO COOPER **Date of Birth:** 12/18/1996 **Parent or Guardian:**
**SIIS Patient ID:** 1798113

| Vaccine | MONTH,DAY AND YEAR EACH DOSE WAS GIVEN | | | | | | |
|---|---|---|---|---|---|---|---|
| | Dose 1 | Dose 2 | Dose 3 | Dose 4 | Dose 5 | Dose 6 | Dose 7 |
| DTaP/DT/Td/Tdap | 03/29/2001 | | | | | | |
| OPV/IPV | 03/29/2001 | | | | | | |
| MMR | 03/29/2001 | | | | | | |
| Hep B - 3 Dose | 08/24/1999 | | | | | | |
| Varicella | 08/08/2002 | | | | | | |
| Pneumo (PCV7) | 03/29/2001 | | | | | | |

* **School Entry Complete-Minimun**: 4-DTP, 3-Polio,(last DTP and Polio after 4th birthday), 2-MMR after 1st birthday and, 3-Hep B
** **Daycare Center**: Hib also required
*** Beginning Aug 2003, Varicella vaccine or history of the disease will be required for school and daycare entry.
**Varicella History:**

*I certify that this child has received the above noted immunizations and is in compliance with rules set forth by the State of Louisiana. Department of Health and Hospitals, Office of Public Health until the expiration date above.*

Authorized Signature — April 19, 2006 (Date) — Wellness Shop - NOHD (Clinic of Issue)

**Falsification of this record could result in imprisonment for not more than five years or by a fine of not more than five thousand dollars,or both, pursuant to R.S. 14:132 or R.S. 14:133.**

# IMMUNIZATION REFUSAL

Date: 10-4-07 Chart #: 2566

Time: 9:22 AM Date of Birth: 12-18-94

I, Alana Alexander, parent/guardian of Christopher Cooper have been informed that my child is due to receive immunizations today. However, I decline these immunizations at this time because:

✓ My child has received these immunizations elsewhere but I have no record to verify at this visit.

_____ My child will receive these immunizations at his/her own doctor.

_____ Other: (Please specify)

________________________________________

________________________________________

I am aware that I must provide my physician with an immunization record as soon as possible.

[signature]
Parent Signature

10/4/07
Date

[signature]
Witness

10-4-07
Date

Vaccine Administration Records
Dr. Janet D. Barnes

PATIENT NAME: Christopher J. Cooper SEX: (M) F

CHART Number ___________ DOB:___________

"I have read, or have had explained to me information about the disease and the vaccines listed below. I believe I understand the benefits and risks of the vaccine cited and ask the vaccine(s) listed below be given to me or the person name above for whom I am authorized to make this request."

| Vaccine | Date | Company | Lot # | Site | Adm. | Parent |
|---|---|---|---|---|---|---|
| DTaP 1/ Hib/ Ped3 | | | | | | |
| DTaP 2/ Hib/ Ped3 | | | | | | |
| DTaP 3/ Hib/ Ped3 | | | | | | |
| DTaP 4/ Hib/ Ped3 | | | | | | |
| DTaP 5/ Hib/ Ped3 | | | | | | |
| IPV 1/ Ped3 | | | | | | |
| IPV 2/ Ped3 | | | | | | |
| IPV 3/ Ped3 | | | | | | |
| IPV 4/ Ped3 | | | | | | |
| MMR 1 | | | | | | |
| MMR 2 | | | | | | |
| Hib1 / HBV | | | | | | |
| Hib2/ HBV | | | | | | |
| Hib3/ HBV | | | | | | |
| Hib4/ HBV | | | | | | |
| DT | | | | | | |
| Td | | | | | | |
| HBV1/Hib/ Ped 3 | | | | | | |
| HBV2/Hib/ Ped3/ | | | | | | |
| HBV3/Hib/ Ped3 | | | | | | |
| PVCR 1 | | | | | | |
| PVCR 2 | | | | | | |
| PVCR 3 | | | | | | |
| PVCR 4 | | | | | | |
| VARVIAX | | | | | | |
| MCV4 | | | | | | |
| HAV 1 | | | | | | |
| HAV 2 | | | | | | |

R= RIGHT L = LEFT T= THIGH A= ARM U= UPPER LO=LOWER

# GROWTH CHARTS FOR BOYS
## 2 TO 20 YEARS

Dad 5'8"
Mom 5'4"

PATIENT Christopher Cooper BIRTHDATE 12/18/96 PATIENT #

| DATE | AGE | | STATURE (CM/IN) | WEIGHT (KG/LB) | BMI* | FINDINGS/COMMENTS |
|---|---|---|---|---|---|---|
| | YEARS | MONTHS | | | | |
| 10-4-07 | 10 | | 55" | 110# | | |
| 10-18-07 | 10 | | 55" | 110 lb | | |
| 4-17-08 | 11 | | 57" | 105# | | |
| 4-27-09 | 12 1/2 | | 58 3/4" | 121 1/2 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* To Calculate BMI: Weight (kg) ÷ Stature (cm) ÷ Stature (cm) x 10,000 or Weight (lb) ÷ Stature (in) ÷ Stature (in) x 703
Published May 30, 2000, modified 11/21/00 for stature-for-age and weight-for-age percentiles, and 10/16/00 for Body Mass Index for age percentiles
SOURCE: Derived from the National Center for Health Statistics in collaboration with the National Center for Chronic Disease Prevention and Health Promotion (2000)

ITEM 054-9261/13533

## 2 to 20 years: Boys
## Stature-for-age percentiles



## 2 to 20 years: Boys
## Weight-for-age percentiles



Janet Duncan Barnes, MD, MBA
Pediatrics
3600 Prytania St. Suite 50
New Orleans, Louisiana 70115

Date: ______________________

Duplass Zwain Bourgeois Pfister Weinstock
3838 N. Causeway Blvd
29th Floor
Three Lakeway Center
Metairie, La 70002

Re: Christopher Cooper 12-18-96

| NUMBER | DATE | PROFESSIONAL SERVICE | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|
| | 5-4-09 | Medical Records Fee | 30.00 | | 30 @ |

Paid check # 10478
Geraldine Pate
Office Manager
MAP

1623

PAY LAST AMOUNT IN THIS COLUMN

PROGRESS NOTES

Name Christopher Cooper SS# Page #

Address

Phone (#1) (#2) Date Of Birth 12/18/96

Drug Allergies Age 12 yr

| DATE | NOTES |
|---|---|
| 04.24.09 | Wt 121½# Ht 58¾" BP 112/64 T. 97.3 |
| [illegible] | c/o Sore throat, watery red eyes, congestion, runny nose |
| | Mom would like patient to get labs done |
| | Source: Mom |
| | S. Present c/o as above |
| | Christopher + family lived in Jacksonville, FL |
| | p̄ Hurricane Katrina until May '06. They moved |
| | back to NO. in 5/06 + lived in a FEMA trailer |
| | from 5/06 until 12/07. |
| | Christopher had a Hx Asthma + Sinusitis prior to the |
| | storm. He was followed at the Bullard Ave office |
| | until 8/y/o when Hurricane Katrina "hit." His chart |
| | from that office was lost, as well as his pulmoaide |
| | nebulizer from his home. He was receiving |
| | Albuterol Inhalation Solution and Pulmicort |
| | Inhalation Solution via his nebulizer. He was |
| | prescribed Albuterol Inhaler for school and |
| | Claritin (Clarinex) Reditabs for his sinus. All meds |
| | were lost in the storm. |
| | While in FL a MD ℞ Advair for maintenance + |
| | an Albuterol Inhaler for emergency. Mom didn't |
| | give the Advair due to the side effects + warnings. |
| | He used the inhaler only on occasion. For |
| | his sinusitis, he used Claritin OTC. |
| | cont'd |

[signature]

Cont'd 4/24/09

While staying in the trailer, Christopher experienced increasing episodes of Sinusitis and was eventually given Claritin OTC daily. His Asthma symptoms followed his sinus symptoms: H/o shortness of breathe and wheezing. An occasional Asthma attack progressed to once-twice per week. He eventually ran out of the Albuterol Inhaler, prescribed by his FL MD. His first visit to this office was in Oct 06. He received refills for his meds for Asthma, Sinusitis and an ointment for Eczema. He was seen in Children's Hospital ER in Dec '06 when the inhaler failed to control his attack.

He moved out of the trailer at the end of Dec '06. His attacks of SOB + wheezing progressively decreased. He continues to have attacks but there's significant improvement in frequency and severity.

O. - P.E. wnl ± nasal congestion, boggy nasal turbinates
± glassy eyes - sclerae slt irritated (but better than when awakened this am)
± prod cough, small amt postnasal drip
± red pharynx
± lungs clear, heart RSR s (m)
- skin clear

A: Rhinosinusitis, Conjunctivitis; Allergic Asthma Hx, Formaldehyde Exposure Fema Trailer

P. Albuterol Inhaler R1
Flovent Inhaler R1
Singulair 10mg p.o. q d R5
Clarinex D-12 R2
Patanol Eye gtts R2
Labs ordered
RTC 2wks

/ [signature] MD