Transcript of the Testimony of
# Videotaped Deposition of Alexis Mallet, Jr.

## Date taken: July 17, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**



PLAINTIFF'S
EXHIBIT
A

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 42

1    experience in the repair of travel trailers?

2        A    No.  Through our construction

3    claims, insurance claims, we have done that

4    over the years.

5        Q    Approximately -- Do you understand

6    the difference between a travel trailer and

7    a mobile home or a manufactured home?

8        A    Yes, sir.

9        Q    Okay.  And what is your

10   appreciation of what a travel trailer is?

11       A    It's typically used for

12   recreational use.  It could be towable on a

13   regular basis versus a mobile home or a

14   manufactured home that's usually only moved

15   once, set up in a permanent state for

16   permanent occupancy.

17       Q    And how many travel trailers have

18   you been involved in any way with repair

19   work?

20       A    I couldn't tell you.  I have been

21   doing this since '85, so 20 plus years.  I

22   couldn't tell you the number.

23       Q    Would it be more than 100?

24       A    No, I would think less than 100.

25       MR. PINEDO:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 43

1          Are you making a distinction

2     between travel trailers and mobile homes?

3          MR. DERHAM:

4          I'm specifically referring to

5     travel trailers.

6          THE WITNESS:

7          Travel trailers?

8     EXAMINATION BY MR. DERHAM:

9          Q     Did you understand that?

10         A     Yes, I did.

11         Q     Okay.

12         A     Mobile homes would be far more

13     than that.

14         Q     Right.  And I know from your

15     background and other materials that you got

16     more extensive experience with mobile homes

17     and manufactured housing; is that correct?

18         A     Yes, sir.

19         Q     Okay.  As well as other types of

20     structures, buildings, houses, whatever?

21         A     Yes, sir.

22         Q     The types of repairs that you have

23     been involved in travel trailers over these

24     past 20 years, can you give me a description

25     of the general nature of the types of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 126

1    told by another expert?

2        A    Correct.

3        Q    Okay.

4        A    And the reports that are in the

5    enclosure along with other data that I

6    reviewed, just repeating their or taking

7    their position in how the building affected

8    it.

9        Q    No. 2, "The vapor barrier on the

10   temporary housing unit was designed and

11   placed on the cold side of the exterior

12   wall."  And then you talk about studies

13   which have looked at this kind of

14   application.

15            What are the typical signs of

16   condensation in a wall cavity resulting from

17   this application of vinyl wall covering?

18       A    Actually, the problem with vinyl

19   wall covering being on the cold side is that

20   you can't tell the condensation occurring in

21   the system.

22            The wood and other cellulose-based

23   products can actually be decaying before you

24   would actually find the damage or the panels

25   would be deteriorating on the wall.

Page 128

```
 1      A     No, he didn't.  The only way we

 2   could do that is by destructive testing, and

 3   we were not -- I think Gulf States didn't

 4   allow any of that to happen.  We could have

 5   told that.  We would have been able to tell

 6   that perm rating.

 7      Q     You weren't able at any place in

 8   the unit to see the back side of any of the

 9   vinyl wall covering, correct?

10      MR. PINEDO:

11            Objection, form.

12      THE WITNESS:

13            No, sir.

14   EXAMINATION BY MR. DERHAM:

15      Q     Did you observe any blistering of

16   the vinyl wall covering anywhere in the

17   unit?  Do you know what I mean by that?

18      A     Yes, sir.  No.  And that typically

19   wouldn't be what I would see as an effect of

20   moisture intrusion into a wall system.

21      Q     Blistering?

22      A     On a vinyl wall, especially not a

23   structure that has been in commission such a

24   short time.

25      Q     You wouldn't expect if there was a
```

Page 129

1    moisture intrusion problem for there to be

2    areas where the vinyl wall covering was

3    separating from the panels applied to it?

4        A    Typically, I don't see that, no.

5    We will see the wall deteriorate, just

6    literally start to fall apart before we see

7    any signs on the vinyl.

8        Q    What about any mold or water

9    stains on or apparent through any of the

10   vinyl wall covering?

11       A    We wouldn't see mold stains on

12   vinyl or water stains for certain through

13   the vinyl.  Especially if it had a low perm

14   rating, the water would not make it through

15   the vinyl.

16       Q    What about mold?

17       A    The mold, we would see -- If it

18   was there long enough, we would see, start

19   to see some indications of the by-product

20   from the mold, the waste from the mold, but

21   again, that usually is in an advanced state

22   of deterioration when we would start to see

23   that indication.

24       Q    How -- Were you done?

25       A    Yes, sir.

Page 130

1        Q      How long would that take?

2        A      Well, it's indeterminate.  It

3    depends on the amount of time and negative

4    air pressure or moisture that the panel is

5    exposed to.

6               Typically, we don't see these

7    things occur on very new buildings, in this

8    case, a structure that was not in commission

9    for very long, because the negative air

10   pressure is drawing in moisture in small

11   amounts in vapor form.

12              What happens with the

13   deterioration of building material is when

14   they're exposed to water, especially

15   continual wetting and drying, wetting and

16   drying, it starts off very slow, and then

17   increases in deterioration exponentially.

18       Q    Is it your opinion that it's

19   defective, per se, to have vinyl wall

20   covering in this unit?

21       A    With an air conditioning system

22   operating in that unit, yes.

23       Q    Do you know what the outside of

24   this unit was made of?

25       A    Aluminum.  Aluminum sheeting

Page 131

1    material, I believe it was.

2        Q    Are there any studies regarding

3    the application of vinyl wall covering in

4    travel trailers?

5        A    No, but there are numerous of

6    those with structures and mobile homes.  I'm

7    not aware of any with a travel trailer, but

8    the principles are the same.

9            Regardless of what the exterior

10   construction is, if it's constructed in this

11   fashion with a vapor barrier on the interior

12   of the wall, the results are the same,

13   whether I have brick, whether I have stucco,

14   vinyl siding, aluminum siding, wood.  The

15   results are the same.

16       Q    Is it your opinion that in the

17   negative pressure state or in a negative

18   pressure state, that this unit would draw

19   air in through the vinyl wall covering?

20       A    No, sir.

21       Q    Especially if it's a low perm

22   rating?

23       A    That's correct.  What would -- I'm

24   sorry.

25       Q    Well, I was going to say if it's a

Page 152

1      Q     Do you know if a Tyvek barrier is

2   mandated or required in this type of travel

3   trailer construction in the area where

4   you're saying it should be?

5      A     I have not seen the specifications

6   for this trailer.  However, in all buildings

7   utilized in this temperature zone or climate

8   zone, a vapor barrier should be on the

9   exterior side of the exterior walls.

10     Q     What about the climate zone in

11  Indiana?

12     A     Different.  Totally different.

13     Q     Let's go to No. 4.

14     A     In fact, most of the --

15     Q     I'm sorry.

16     A     I'm sorry.  Most of the problems

17  that I see with some of the travel trailers

18  we have dealt with and mobile homes

19  especially is they're built for the wrong

20  type of climate zone, and they send them

21  down here and expect them to operate the

22  same way that they do in frigid or cold

23  climates, and they don't.  Science doesn't

24  allow it to.

25             The physics remains the same.  The

Page 153

1    movement of the air is the opposite down

2    here than it is in the northern climates.

3    It's trying to escape from the inside in the

4    northern climates, and the vapor barrier,

5    the wallpaper vapor barrier is meant to keep

6    it from going into the wall systems, just

7    like the barrier on the outside down in the

8    hot, humid climates is made to keep it from

9    going into the wall systems, because that's

10   where the damage occurs, whether it's in the

11   cold climates or in the hot climates, the

12   damage occurs in the cavities where the

13   dewpoints are met.

14        Q    Let's go to No. 4, your conclusion

15   No. 4.

16        A    Yes, sir.

17        Q    "The designer of the temporary

18   housing unit failed to take into account the

19   intended use of their product."

20             And then you go on to explain sort

21   of your appreciation of what the housing

22   situation, I guess, was going to be after

23   the hurricanes?

24        A    Yes, sir.

25        Q    Is housing needs of those affected

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 166

1    they did the testing.  That was part of

2    their conclusions.

3         Q    No. 6 conclusion says, "All of the

4    wall panels, ceiling panels, cabinets,

5    built-in furniture, floor sheeting and roof

6    sheeting are constructed with materials that

7    emitted formaldehyde," correct?

8         A    Yes, sir.

9         Q    Okay.  What is that based on?

10        A    I think Dr. Smulski's inspection

11   and report.

12        Q    Okay.  Do you know what in the

13   materials contains formaldehyde?

14        MR. PINEDO:

15             Objection, form.

16        THE WITNESS:

17             From my understanding, it's

18   typically the glue.

19   EXAMINATION BY MR. DERHAM:

20        Q    Okay.

21        A    But, you know, I don't know if

22   that's the only.

23        Q    Do you know what makes something a

24   low formaldehyde-emitting product versus one

25   that would not be?

Page 214

1              I don't think I would have had to

2       do any types of testing.  The information

3       was available when this travel trailer was

4       made, and they were manufacturing mobile

5       homes at the time with some of the products

6       that they're now stating should have been

7       used.

8       EXAMINATION BY MR. DERHAM:

9            Q    If all of these items you suggest

10      should have been done, did you do any

11      determination as to what the per unit cost

12      would be to the units?

13           A    Yes, I did.

14           Q    What was that number?

15           A    I didn't have that.  I can give

16      you a total.  I would have to total it up,

17      get it from my files, but I broke it down by

18      various units.

19           Q    Did you do any research to

20      determine the amount of time it would have

21      taken to implement the ideas you suggested

22      should have been implemented?

23           A    I didn't do any research, but

24      based on my own experience as a contractor

25      building and utilizing these products, I

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 379

1          THE VIDEOGRAPHER:

2                We are currently off the record.

3      The time as of right now is 7:07.

4      (Discussion off the record.)

5          THE VIDEOGRAPHER:

6                We're on the record.  The time is

7      7:18.

8      EXAMINATION BY MR. PINEDO:

9          Q     Sir, could you please state your

10     full name?

11         A     Alexis Mallet, Jr.

12         Q     Mr. Mallet, are you a licensed

13     general contractor in the State of

14     Louisiana?

15         A     Yes, sir.

16         Q     Are you also a licensed

17     residential building contractor?

18         A     Yes, sir.

19         Q     Are you also licensed as a

20     Louisiana Manufactured Housing

21     Commission/Manufactured Housing Installer?

22         A     Yes, sir.

23         Q     And what are the procedures in

24     installing manufactured housing?

25         A     Well, the very first thing is to

Page 380

```
1     survey the site, check the soils for proper
2     compaction and make sure that the site
3     drains properly, that the pads -- the pad
4     that the site -- the manufactured house is
5     going to sit on is proper to receive the
6     home, and that there's access to the site
7     without damage to the unit.
8          Q    Have you installed manufactured
9     housing before?
10         A    Yes, sir.
11         Q    Have you also installed mobile
12    homes before?
13         A    Yes, sir.
14         Q    And have you also worked with
15    travel trailers in the past?
16         A    Yes, sir.
17         Q    In repairing them?
18         A    Repairing.
19         Q    In the process of repairing travel
20    trailers, did you become familiar with some
21    of the building materials and the building
22    methods and styles of travel trailers?
23         A    Yes, sir.
24         Q    Did you examine the
25    Alexander/Cooper travel trailer?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 381

1       A       Yes, sir.

2       Q       Have you been involved in the

3   building industry for over 30 years?

4       A       Approximately 35 years in my own

5   business, and before that, I worked for my

6   father, who was in the construction

7   business, on projects when I was young.

8       Q       Are you a member of the National

9   Association of Homebuilders?

10      A       Yes, sir.

11      Q       Are you a member of the Louisiana

12  Homebuilders Association?

13      A       Yes, sir.

14      Q       Are you a member of the Acadiana

15  Builders Association?

16      A       Yes, sir.

17      Q       Are you also a member of the

18  Indoor Air Quality Association?

19      A       Yes, sir.

20      Q       Did you make an examination of the

21  Gulf Stream travel trailer that Christopher

22  Cooper and Alana Alexander lived in?

23      A       Yes, sir.

24      Q       And did you render a report in

25  this case reflecting your opinions, your

Page 382

1    observations and reflections regarding the

2    Alexander/Cooper travel trailer?

3         A    Yes, sir.

4         Q    And have we previously marked your

5    report in this case as Exhibit No. 5?

6         A    Yes, sir.

7         Q    And we were talking about some of

8    your experience, training and background.

9    Have we marked your curriculum vitae as

10   Exhibit No. 2 in this case?

11        A    Yes, sir.

12        Q    Now, in addition to your work with

13   construction and building and travel

14   trailers, have you also done some work

15   related to hurricanes in the past?

16        A    Extensive work on hurricanes.

17   Probably nine, 10 or 12 different hurricanes

18   or major catastrophes.

19        Q    And could you name some of those

20   hurricanes and tell us briefly what you did?

21        A    Well, Katrina, Rita, Ike, Gustav,

22   Danny, Juan.  Let's see.  Lili, Allison,

23   Andrew, of course, Hugo, and to a lesser

24   extent, back years younger, when I was

25   younger with my father.

Page 383

1      Q    And what kinds of things have you

2    done related to the building industry or the

3    construction industry regarding those

4    hurricanes, generally speaking?

5      A    Well, we would accept looking at

6    claims, estimating claims, producing scopes

7    of damages, repairing damages from the

8    storms, acted as consultants to analyze the

9    damages to the storms, whether it were

10   commercial, residential, mobile home, travel

11   trailer, or any other kind of structure.  We

12   would analyze, estimate and repair those

13   facilities or those buildings.

14     Q    And when you made an examination

15   of the Alexander/Cooper travel trailer, did

16   you use some of those same methods and

17   procedures that you had used when you were

18   involved in other hurricane issues where you

19   examined damage to a structure or examined a

20   structure after it had been exposed?

21     MR. DINNELL:

22          Objection, form.

23     MR. DERHAM:

24          Object to form.

25     MR. PENOT:

Page 384

1          Join.

2          THE WITNESS:

3               Yes, sir.

4     EXAMINATION BY MR. PINEDO:

5          Q     In addition to being a licensed

6     homebuilder, do you also own a construction

7     company?

8          A     Yes, sir.  I'm a licensed general

9     contractor.

10         Q     And have you worked on travel

11    trailers and mobile homes in the past?

12         A     Yes, sir.

13         Q     Could you briefly tell the ladies

14    and gentlemen of the jury what type of work

15    you have done on mobile homes and travel

16    trailers?

17         A     Well, everything from analysis of

18    defects and failures, analyzing the moisture

19    issues, negative air pressure issues,

20    comparison of the construction to the codes

21    and standards under which they're built to

22    determine if they're in compliance with

23    those codes and standards, infrared

24    thermography, indoor air quality testing,

25    repairs to those facilities from either fire

Page 385

1   damage, water damage, mold damage, windstorm

2   damage or some other event, such as a

3   casualty, an accident, where a car may have

4   run into a mobile home or into a camper,

5   things of that nature.  We would take them

6   apart and put them back together.

7        Q    In addition to your work as a

8   homebuilder, do you have an organization

9   that you're president by the name of First

10  General Services of the South?

11       A    Yes, sir.

12       Q    And what type of work does First

13  General Services of the south do?

14       A    We do actually the insurance end

15  of construction, which would deal mainly

16  with the catastrophic losses, the casualty

17  losses, and we perform consulting services

18  to insurance companies, individuals,

19  architects, engineers, organizations, the

20  Federal Government, State, City.

21       Q    As part of that work, do you

22  routinely analyze, for example, water leaks

23  and what might be causing water leaks in a

24  structure?

25       A    Yes, that is one of the major

Page 388

1    foundation failures on the structure,

2    inadequate construction means and methods on

3    materials that were used putting together

4    facilities, determine whether their size,

5    type of material, connecting methods meet

6    the codes and standards, the reason for

7    foundation movement, foundation failures.

8            We have soil analysis done on both

9    projects that we're involved in and on

10   consulting projects to determine the

11   load-bearing capacities of the soils, if

12   it's going to support the buildings that

13   we're going to construct, or if it's a

14   building that we're analyzing for defects or

15   failures, whether the soils can support the

16   structure that's placed upon them and

17   whether the foundation was designed to

18   either meet the minimum codes or that type

19   of soil condition on that site.

20       Q    Are you a licensed engineer in the

21   State of Louisiana?

22       A    I am not.

23       Q    Are you a member of the

24   Investigative Engineers Association?

25       A    Yes, I am.  The last I knew, I was

Page 389

1    the only non-engineer member of the

2    Investigative Engineers organization.

3         Q    Have you ever given any speeches

4    or talks or presentations at the

5    Investigative Engineers Association?

6         A    Yes, I have given several lectures

7    over the years to that organization.

8         Q    And what kinds of things have you

9    lectured to engineers or instructed

10   engineers on?

11        A    Types of defects and failures,

12   building sciences, which is the working of

13   or the interworkings of moisture, air and

14   temperature and how they relate to the

15   building as a whole and how not to focus on

16   individual components, but look at the

17   systems as a whole, what types of testing to

18   perform, what to look for, what various

19   types of damages look like, what may look

20   like water damage may, in fact, be a result

21   of moisture vapor and not a water leak, how

22   the negative air pressures come about in the

23   buildings, what's the effect of that, what

24   to look for around windows and doors, around

25   enclosures, how to test and investigate to

Page 390

1    see if those were done based on the building

2    codes and standards, things of that nature.

3        Q    When you have done those

4    examinations in the past, is there certain

5    routines you follow with regard to looking

6    for leaks or looking for stress points in

7    structures?

8        A    Yes.  First it's visual, make

9    visual examinations.  We document what's

10   there, and then perform some research on is

11   that -- are the methods used and the

12   materials used consistent with the codes or

13   standards.

14            Sometimes I bring in engineers to

15   assist me with calculations, mathematical

16   calculations to determine the stresses, to

17   determine proper functioning of a mechanical

18   unit itself, to determine if the size of the

19   steel members are proper for the particular

20   loads that are carried or asked to be

21   carried by any particular member of a

22   building or the unit as a whole.

23       Q    Is it that you are familiar with

24   various engineering principles, but at times

25   you consult with engineers on construction

Page 391

1   defects or construction projects?

2        A     Yes, that's correct.

3        Q     And you examined the

4   Alexander/Cooper trailer?

5        A     And vice versa.

6        Q     And vice versa?

7        A     Engineers and architects call me

8   in on projects to consult with me on

9   problems either with buildings that they are

10  involved in or that they have been brought

11  in to analyze, or in some cases I have been

12  asked to review their plans and

13  specifications to see if they're consistent

14  with and work in conjunction with other

15  parts of the building.

16       Q     And you have rendered advice to

17  engineers in the past?

18       A     Yes.

19       Q     Have you rendered advice to

20  architects in the past?

21       A     Yes.

22       Q     When you examined the

23  Alexander/Cooper trailer, when was that?

24       A     May of 2009.

25       Q     Did you ask any engineers to

Page 408

1              It is my understanding that water

2      activates the formaldehyde in the product,

3      whether it's in liquid or vapor form.

4      EXAMINATION BY MR. PINEDO:

5          Q    Does moisture or water increase

6      the off-gassing of formaldehyde from wood

7      products containing formaldehyde resins?

8          MR. DERHAM:

9              Objection.

10         MR. DINNELL:

11             Objection.

12         MR. PENOT:

13             Objection.

14         THE WITNESS:

15             That is my understanding, yes.

16     EXAMINATION BY MR. PINEDO:

17         Q    And what is your recommendation

18     with regard to either changing or altering

19     the wood products that were used in the

20     Alexander/Cooper travel trailer?

21         A    What are my recommendations?

22         Q    Yes.

23         A    To change the paneling from a

24     hardwood material to a hard board type

25     material that did not use a

Page 409

1    urea-formaldehyde based adhesive.

2            Those products have been on the

3    market and they actually use them in mobile

4    homes in wall and ceiling construction.

5            One of the recommendations was to

6    install a vapor barrier on the exterior of

7    the home, like a Tyvek type material that

8    you see on homes today and commercial

9    buildings to prevent the movement of

10   moisture in vapor form, like relative

11   humidity, from the exterior of the building

12   towards the interior of the building,

13   because that can happen both in relative

14   humidity -- in negative air pressure

15   conditions or, as I was questioned earlier

16   about the relative humidity on the interior

17   of this travel trailer, the relative

18   humidity was much lower than the exterior

19   relative humidity.

20           What happens then is we have a

21   condition -- we have diffusion that occurs

22   through the building materials as a result

23   of vapor pressure differentials that draw

24   the high vapor pressure on the outside with

25   high relative humidity in towards the drier

Page 410

1    air on the interior of the travel trailer.

2              So we have two events occurring,

3    one from air infiltration carrying moisture

4    into the trailer, and then diffusion through

5    vapor pressure differentials.

6        MR. DERHAM:

7              I'm just going to object to the

8    responsiveness.

9        MR. PINEDO:

10             Okay.  So let me ask the question

11   over again.

12       MR. DERHAM:

13             Well, I got a little bit -- I

14   thought the question was just what

15   recommendations he made to change the

16   materials in the unit.  It just seemed like

17   it strayed.

18       MR. PINEDO:

19             I understand your observation.

20   EXAMINATION BY MR. PINEDO:

21       Q    Sir, let me ask you, did you make

22   any recommendation of replacing some of the

23   wood products containing formaldehyde in the

24   Alexander/Cooper travel trailer to Masonite

25   type products?

Page 411

1    A    Yes.

2    Q    Do Masonite products emit

3  formaldehyde?

4    A    There are Masonite products that

5  do not.

6    Q    What are some of the structures in

7  the Alexander/Cooper travel trailer that you

8  are suggesting to change over to Masonite?

9    A    The components would be cabinetry,

10  doors, door frames, things of that nature.

11    Q    If the cabinets and door frames

12  were made out of Masonite, would that then

13  reduce the amount of formaldehyde emitted in

14  the Alexander/Cooper travel trailer?

15    A    Yes.  It would basically eliminate

16  the emissions of formaldehyde, because the

17  product is not made with formaldehyde.

18    Q    Do you have any recommendations as

19  to what could be done with the ceiling

20  panels or wall panels to reduce formaldehyde

21  or eliminate formaldehyde emissions in the

22  Alexander/Cooper travel trailer?

23    A    As mentioned earlier, the --

24    MR. DERHAM:

25        I'm sorry.  Objection.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Alexis Mallet, Jr.

Page 412

1      THE WITNESS:

2          The panels could be replaced with

3   a hard board panel made with either phenol

4   formaldehyde or a soy-based adhesive or some

5   other non-urea-formaldehyde adhesive.

6   EXAMINATION BY MR. PINEDO:

7      Q    In your knowledge in the building

8   industry, have those products as you have

9   just explained to us, soy-based or other

10  products that you're suggesting, were they

11  available as of December, 2004?

12     A    Yes, sir.

13     Q    Had they been available for a

14  number of years?

15     A    Yes, sir.

16     Q    With regard to the Masonite

17  paneling or Masonite structures that you're

18  suggesting as replacements for use in the

19  Gulf Stream travel trailer that was supplied

20  to Alana Alexander and Christopher Cooper,

21  were they available in 2004?

22     A    Yes, sir.

23     Q    Have they been available for a

24  number of years?

25     A    Yes, sir.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 413

1      Q     Are there any other wood products

2   besides what we have talked about with the

3   Masonite or the soy-based wood products that

4   you are suggesting as replacements in the

5   Alexander/Cooper travel trailer to reduce

6   the amount of formaldehyde?

7      A     Yes.  In addition to that, the use

8   of, I believe, OSB board, oriented strand

9   board, is made with either very low

10  formaldehyde emissions or adhesives or is

11  absent of formaldehyde-containing adhesives.

12     Q     When you were examining the

13  Alexander/Cooper travel trailer, did you

14  have the opportunity to observe the

15  underside of the Alexander/Cooper travel

16  trailer?

17     A     Yes, sir, I did.

18     Q     Did you notice anything unusual

19  about the underside of the Alexander/Cooper

20  travel trailer?

21     A     Well --

22  MR. DERHAM:

23         Objection.

24  THE WITNESS:

25         What I noticed was the underside,