# ALEXIS MALLET, JR.
*103 Bradbury Crossing, The Village of River Ranch ~ Lafayette, Louisiana 70508*
*Post Office Box 80857 ~ Lafayette, Louisiana 70598*
*(337) 988-3556*

DATE OF BIRTH:    November 9, 1951

EDUCATION AND CERTIFICATIONS:

- New Iberia Senior High School - Graduate
- U.S.L. Bachelor of Arts; Political Science - Graduate
- Dale Carnegie - Business Management
- Certified Fire and Smoke Restoration Technician - Institute of Inspection, Cleaning and Restoration Certification
- National Institute of Disaster Repairs Certified Restorer
- First General Enterprise Incorporated - Certified Insurance Repair Specialist
- Pre-Engineered Metal Building Sales Courses
- Pre-Engineered Metal Building Management Courses
- Contract Negotiation Courses
- Construction Institute of America Estimating and Bidding School
- Southern Structure - Training and Estimating Schools
- Center for Work Rehabilitation and Implementing the Americans with Disabilities Act
- Court Appointed Special Advocate - 15th Judicial District - State of Louisiana
- Certified Mold Remediator - Indoor Air Quality Association, Inc.
- Water Damage Restoration - WDR - Designation.
- American IAQ Council - Certified Microbial Remediation Supervisor, CMRS
- Certified Building Science Thermographer
- Louisiana Manufactured Housing Commission - Certified Installer

Training schools and seminars attended throughout the United States and Puerto Rico:

- Roofing - Shingles, Built Up, Single Ply and Metal
- Mobile Home Construction and Repairs
- Steel Construction
- Concrete Construction
- Carpets and Linoleum Installation, Repairs and Cleaning
- Dehumidification
- Fungal and Bacterial Treatment
- Fabrics
- Fire and Smoke Restoration
- Water Restoration
- Wind Restoration
- Deflooding Structures
- Deodorization and Ozone Applications to Materials and Structures

1

ALX-EXP-41-000001



- Siding Installation and Construction
- Insurance Policy Coverages
- Construction Law
- Upscale Woven Carpeting: How to Identify and Handle It After Water or Fire Damage
- Idiopathic Environmental Intolerance
- Exterior Insulation Finish Systems / Stucco Installation
- E.I.F.S. / Stucco Water Management
- Multiple Chemical Sensitivities
- Roofing Defects & Insurance Damage
- New Firefighting Techniques: Their Impact on Smoke Spread & Restoration
- Art Restoration
- A Guide for Insurance Coverages: Yours and Your Insured Customer
- What Will the Revised ASHRAE 62-89R Standard Mean for Indoor Air Quality?
- Filtration and Indoor Air Quality
- Stachybotrys - A Case Study
- Mold In HVAC Systems and Duct Work
- Paper Work - Lists, Estimates & Rentals
- Mold and Water Damage Restoration
- Microbial Contaminants in Duct Systems
- Fiberglass Duct Liner
- Moldy Houses Can Be Deadly
- Legal Risk & Liabilities in Water Damage Restoration
- Psychology of Cleaning Carpet & Upholstery
- National Flood Insurance Program, hosted by ASCR and FEMA
- Residential mold
- Remediation: A Case Study
- Microbial and Particular Remediation Protocol: A Case Study
- The Health Aspects of Stachybotrys Remediation
- Building Management: Current IAQ Practices
- Microbial Testing: An Overview
- Vapor Emission Conditions in Concrete
- Application of the New National Institute of Damage Restorations: Fire and Smoke Damage Repair Guidelines
- Basic Fire Investigation
- Particle Distribution in Ventilation Systems
- Mold Sampling and Diagnostic Services
- Healthy Building Syndrome
- Managing Start Up for a Major Loss
- Catastrophic Flooding
- HVAC Testing Methods
- Emergency Disaster Costing
- Detecting Moisture Damage and Remediating Biocontamination
- Mold Remediation Specification, Guidelines & Risk Assessment
- Evaluating a Problematic Building of Mold
- The Flooring Inspector and the New Millennium

ALX-EXP-41-000002

- Microbial Remediation
- Detecting Insurance Fraud
- Psychrometry in Action
- Project Management
- Energy Efficient Construction
- Environmental Indoor Solutions
- Mold Remediation
- Fundamentals of Concrete
- Insulated Concrete Form Construction
- Theory and Practice of Investigation and Remediation of Fungal Contamination in Buildings
- Building Codes & Wood Design
- Designing with National Design Specifications for Wood Construction
- The Wood Connection Session
- Design of Wood Structures to Resist Lateral Loads
- Designing with Wood Trusses
- Engineered Wood Panels
- Home Accessibility - ADAAG
- Georgia-Pacific Gypsum Corporation Technology and Application
- Infrared Technology
- Drying Technologies
- Thermal Treatments, Benefits & Misconceptions
- Healthy School Environments
- Indoor Environmental Cleaning & Management in Homes of the Immuno-Compromised Susceptible Occupants
- Best Building Practices for the Gulf Region
- Restoration: Best Applications for Drying
- Environmental: Recommended Internal Quality Control for Mold Remediation
- Environmental: Bacteria & Air Handling Systems
- Environmental: Effects of Fire Residues & Contamination on Individuals
- Environmental: Managing Sewage & Contaminated Environments
- Environmental: What to do When Clearance Tests Fail
- Environmental: Bloodborne Pathogens & Trauma Scene Management
- Infrared Thermographic Imaging Performing Roof Surveys
- Building Science Investigations using Infrared Thermography
- Cladding Lack of Adherence in Facades of Buildings
- Detection of Moisture within Building Enclosures by Interior & Exterior Thermographic Inspections
- Location of Defects in Pipelines Using Thermal Infrared Imagery
- Underground Leak Detection
- Infrared Thermography - Building Sciences Assessment Tool
- Energy Calculations using Infrared Thermography
- Night Sky Radiant Cooling - Influence on Outdoor Thermal Imaging Analysis
- Using Thermography in the Evaluation of the NightCool Nocturnal Radiation Cooling Concept
- Thermography of Window Panes

ALX-EXP-41-000003

- IR Thermographic Inspection of complex Electrical Equipment
- Structural Leak Testing Utilizing a Spray Rack & Infrared Thermography
- Thermal Imaging / Infrared Scanning

RESEARCH PAPERS:

- The Effects of Smoke & Moisture on Residential and Commercial Electrical Systems

SEMINAR/SYMPOSIUM SPEAKER:

- Investigative Engineers Association Conference - AConstruction Defects & Failures@
- Construction Estimating
- Property Damages
- Louisiana Pest Control Conference - APre-Treats and New Construction - Needed Changes in the Industry@
- National Institute of Disaster Restoration - ACosting Emergency Work - After the Disaster: The First 48 Hours@
- First General Enterprises Insurance Repair Conference
- Americans with Disabilities Act - Home / Building Modifications

TECHNICAL WRITING:

- Publish Articles for AAdvisor=s Corner,@ Investigate Engineers Association Newsletter
    - How to Remove Soot and Ash from Electrical Conduits and Electronic Components
    - Mediation and Arbitration
    - Subrogation
    - Subrogation - Part II

GOVERNMENTAL AGENCIES:

Consultation and / or construction projects for the following governmental agencies:

- Louisiana State University
- University of Southwestern Louisiana
- Louisiana State Department of Human Service
- National Trust for Historical Preservation
- United States Army Corps of Engineers
- United States Housing and Urban Development
- Louisiana Department of Transportation and Development
- United States Farmer=s Home Administration
- National Institute of Health
- Federal Deposit Insurance Corporation
- Federal Savings & Loan Insurance Corporation

4

ALX-EXP-41-000004

- Resolution Trust Corporation
- Numerous city and parish governments
- Various airport and port commissions
- Various school systems

Mediator, umpire and appraiser in construction related lawsuits and disputes for state, national and international concerns.

Construction and forensic consultant to insurance companies, adjusters, agents, attorneys, companies and individuals throughout the United States and Great Britain in matters relating but not limited to:

- Construction defects and quality tolerances
- Foundation failures
- Structural failures, settlement and collapse
- Termite and wood destroying insect damage
- Forensic analysis
- Redhibition
- Damage loss and claims
- Mobile home damage
- Manufacturer=s defects
- Design defects
- Product failures
- Safety defects
- Methods of repair or restoration
- Damage determination
- Cost determination and analysis
- Retrofitting of buildings for persons with disabilities
- Code compliances
- Building Science
- Moisture and Moisture Damage
- Infrared Thermography
- Cost Audits
- Fire, smoke and water damage
- Wind damage
- Hail damage
- Flood damage

Since 1974 providing services in general construction, construction management, estimating, supervising, appraisal of damages and consulting for:

- Residential construction, renovation and restoration projects
- Commercial construction, renovation and restoration projects
- Industrial construction and renovation projects
- Commercial and residential historical restorations of structures dating to the year 1723

5

BUSINESS AFFILIATIONS:

- President - Royal Construction Company, Incorporated - 1979
- President - First General Services of the South, Incorporated - 1993
- President - First General Services of Southwest Louisiana, Incorporated - 1990
- Bosco Development, L.L.C. - 2004
- General Land Company L.L.C. - 2005
- Owner - AMI Real Estate Investments - 1973
- AMI Property III, L.L.C. - 2004
- Advisory Board Member - Investigative Engineers Association

Affiliated companies have completed thousands of construction projects throughout the states of Louisiana, Mississippi, Texas, Arkansas, Alabama, South Carolina, California, Oklahoma, Arizona, New Mexico, Tennessee and in the waters of the Gulf of Mexico.

These companies have completed projects of all various types and sizes ranging upwards of $6,000,000.00.

RECOGNITIONS AND AWARDS:

- Listed in WHO=S WHO in the South and Southwest United States
- Listed in WHO=S WHO of Emerging Leaders in America
- Listed in WHO=S WHO of Leading American Executives
- Listed in WHO=S WHO in Finance and Industry
- Listed in WHO=S WHO of Business Leaders
- Listed in ATOP 500" Remodelers in the United States
- Listed in WHO=S WHO World Wide of Global Business Leaders
- Listed in WHO=S WHO in the World
- Listed in WHO=S WHO In Executives and Businesses
- Listed in WHO=S WHO In America
- Listed in International WHO=s WHO of Entrepreneurs
- Listed in Nationwide Register=s WHO=s WHO
- Listed in Presidential WHO=s WHO Among Business & Professional Achievers
- Listed in Metropolitan directory of Noteworthy Companies.
- Subject of several articles in national publications
- United States Tennis Association - Facility Award
- Phoenix Award - International Recognition for Innovations in Reconstruction - National Institute for Disaster Reconstruction
- Chrysalis Award - Best Design/Build of Whole House Renovation Over $500,000 - National Award Presented by Professional Remodeler Magazine.

CATASTROPHES:

Expertise and services have been rendered to companies and individuals as a result of the following

ALX-EXP-41-000006

catastrophes:

- Hurricane Juan
- Hurricane Danny
- 1989 Freeze Disaster
- Numerous Tornado Disasters
- Hurricane Hugo
- Hurricane Andrew
- Tropical Storm Allison
- Hurricane Lili
- Numerous Flood Disasters and Catastrophes
- Hurricane Katrina
- Hurricane Rita
- Hurricane Gustav
- Hurricane Ike

## ASSOCIATIONS:

- Member of National Association of Homebuilders
- Member of Louisiana Homebuilders Association
- Member of Acadiana Builders Association
- Member of Association of Specialists in Cleaning and Restoration
- Member of Carpet and Upholstery Cleaning Institute
- Member of Manufactured Housing Research Alliance, *MHRA*
- Member National Institute of Disaster Restoration
- Member of National Institute of Rug Cleaning
- Member of International Code Council - #5133319
- Professional Member of Southern Building Code Congress International - #05241
- Associate Member of Investigative Engineers Association, Inc.
- Member of Indoor Air Quality Association

## LICENSES:

- Louisiana State General Contractor - #13266 and #29338
- Louisiana Residential Building Contractor - #80891 and #80893
- Louisiana Real Estate Sales
- Louisiana State Mold Remediation Contractor - #250010
- Louisiana Manufactured Housing Commission / Manufactured Housing Installer #I00904

## CIVIC CONTRIBUTIONS

- Court Appointed Special Advocate - Representing the 15th Judicial District for children in need of care cases

ALX-EXP-41-000007

7

- Junior Achievement Classroom Presenter - International Trade - 6th Grade
- Junior Achievement Classroom Presenter - Personal Economics - 8th Grade
- Junior Achievement Classroom Presenter - Volunteer of Business and Industry in America - 5th Grade Level
- Court Appointed Special Advocate - Representing the 27th Judicial District for children in need of care cases
- Our Lady of Wisdom Church & Catholic Student Center at University of Louisiana- Advisory Board