## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA  §
LAFAYETTE PARISH  §

I, ALEXIS MALLET, JR., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I have served as an expert in over 45 cases in the following areas: general construction, estimating, construction and design defects and failures, remediation, thermography and building science. I have never been excluded from serving as an expert witness.

3. I have recently been invited and have accepted an invitation to give a lecture and presentation on building science to the Investigative Engineers Association, a national organization of investigative and forensic engineers. The topic I will be presenting on involves air, temperature, moisture, the management of moisture and water intrusion in various type buildings, negative and positive air pressures resulting from air leakage issues in HVAC systems and how all of these issues interrelate with building design, construction and materials including construction and design defects.

4. Construction is not unique to travel trailers. It involves all of the same units and materials as any other structure (e.g. roof, flooring, sinks, air conditioning systems).

5. The only major difference between travel trailers and mobile homes is that the former is smaller in size, it has its own storage tanks and would typically move more often.

6. I have supervised the installation of hundreds of heating and air conditioning systems in housing and commercial units.

7. All vinyl covering that I am aware of has a low PERM rating and is classified as a vapor barrier. I do not know of any plastic or vinyl covering on paneling that had a high PERM rating at the time of the construction of the Alexander Temporary Housing Unit. I have researched this area extensively.

8. There are numerous studies relating to the problems related to moisture build-up in housing units with vinyl wall coverings.

9. I have designed and supervised the installation of hundreds of HVAC systems. The vast majority of houses that are constructed are typically designed by the building contractor. This would include the HVAC system.

Declaration of Alexis Mallet, Jr.                                                                                           Page 1 of 2



PLAINTIFF'S EXHIBIT C

10. It takes very little technical knowledge to know whether or not a duct system is leaking air. It does not involve the design or construction of the entire HVAC system.

11. I have been involved in the analysis of many projects where a building has suffered structural damage due to a shifting foundation. I have also been involved in the jacking of land oil rigs, antebellum homes/buildings and the jacking and leveling of building of mobile homes and other buildings.

12. I have performed consulting and construction services on numerous projects for HUD, Farmer's Home Administration, Resolution Trust Corporation, the Army Corps of Engineers, LSU and other state and local governmental concerns.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on August 31, 2009.

ALEXIS MALLET, JR.