



- Join AIHA/Renew Membership
- AIHA Marketplace
- Member Center
- Academy
- Career & Employment Services
- Blog
- Access To Information
  - Journal
  - The Synergist
  - Diplomate Newsletter
  - Consultants Listing
  - Government Affairs
  - Students/Young Members
  - Newsroom
  - Buyers Guide
  - Value of the Profession
- Education
  - AIHce
  - PCIH
  - Distance Learning
  - Continuing Education
- Foundation
- Inside AIHA
  - Volunteer Groups
  - Local Sections
  - Standards
  - SIGs (Networking)
- About AIHA
  - Member Benefits
  - Contact Us
- AIHA Affiliate Laboratory Programs
- Contact Customer Service

FOR IMMEDIATE RELEASE

Release No. SPR-08-325-01

Judy Keithline, AIHA Executive Office
(703) 846-0702; jkeithline@aiha.org

Melissa Hurley, AIHA Communications
(703) 846-0740; mhurley@aiha.org

## AIHA Announces 2008 Fellow Award Winners

### AIHA members are recognized for their outstanding work in occupational and environmental health and safety

FAIRFAX, VA (March 25, 2008) - The American Industrial Hygiene Association (AIHA) announced today that 40 AIHA members have been named 2008 Fellow Award winners.

"The Fellow Award has become a mark of excellence and achievement for AIHA members," said AIHA Past President Frank M. Renshaw, PhD, CIH, CSP. "It is both a privilege and pleasure to confer the Fellow Awards and to congratulate this year's recipients on behalf of President Don Hart and the Awards Committee."

Members chosen to be Fellows have been nominated by colleagues in the profession for their significant contributions to the practice of industrial hygiene or related disciplines. The Fellow classification is limited to no more than 5 percent of the AIHA membership.

New 2008 AIHA Fellows are:

**Franklin Anderson, CIH, CSP** – Corporate Manager, Safety and Industrial Hygiene, Zachry Construction Corporation; nominated by the Construction Committee.

**Lisa S. Barnes, CIH, PE** – Manager, Health, Safety and Workers' Compensation, Ball Corporation; nominated by the Rocky Mountain Section.

**Brian H. Berke, CIH, CSP** – Manager, Employee Safety/Loss Control, Palm Beach County Board of County Commissioners; nominated by Steven P. Levine, PhD, CIH.

**Colin J. Brigham, CIH, CSP, CPE, CPEA** – Vice President, 1 Source Safety and Health, Inc.; nominated by the Philadelphia Section.

**Verne R. Brown, PhD** – President, ENMET Corporation; nominated by the Confined Spaces Committee.

**James A. Calpin, CIH** – Technical Director, Analytics Corporation; nominated by the Central Virginia Section.

**Wilfred "Buck" Cameron, CIH** – Director, Occupational Safety and Health, Center for Protection of Workers' Rights; nominated by the Biological Monitoring Committee.

**Dennis M. Casserly, PhD, CIH** – Associate Dean, School of Science and Computer Engineering, University of Houston-Clear Lake, Texas; jointly nominated by the North Texas and Gulf Coast Sections.

**Joel M. Cohen, CIH** – President, The Cohen Group; nominated by the Construction Committee.

**David L. Dahlstrom, CIH** – Senior Managing Scientist, Exponent Health Sciences Center for Exposure Assessment and Dose Reconstruction; nominated by the Law Committee.

**James B. D'Arcy, PhD, CIH** – General Motors Technical Fellow; nominated by the Aerosol Technology Committee.

**Mary C. DeVany, CSP, CHMM** – President, DeVany Industrial Consultants; nominated by the Social Concerns Committee.

**Thea D. Dunmire, CIH** – President, ENLAR Compliance Services; nominated by the Occupational Health and Safety Management System Working Group.

**Robert J. Emery, DrPH, CHP, CIH, CSP** – Assistant Vice President for Safety, Health, Environment and Risk Management, University of Texas Health Science Center; nominated by the Gulf Coast Section.

**David M. Gioiello, Jr., CIH, CSP** – Principal, Industrial Health & Safety Consultants, Inc.; nominated by the Connecticut River Valley Section.

**Donald J. Hart, PhD, CIH** – President, American Industrial Hygiene Association; nominated by the Michigan Industrial Hygiene Society.

**Samuel Allen Iske Jr., PhD, CIH, CSP** – Assistant Professor, Department of Safety Sciences, University of Central Missouri; nominated by the Sampling and Laboratory Analysis Committee.

**Allan G. Johnson, CIH, ROH** – Regional Director, WorkSafeBC; nominated by the British Columbia-Yukon Section.

**James A. Kenny, CIH, CSP** – Laboratory Manager, ESIS Environmental Health Laboratory; nominated by the Connecticut River Valley Section.



Exhibit A

**Rodney R. Larson, PhD, CIH** – Director, Industrial Hygiene and Hazardous Substance Training Programs, University of Utah, Rocky Mountain Center of Occupational and Environmental Health; nominated by D. Jeff Burton, CIH, PE, the Utah Local Section, and the Toxicology Committee.

**Edward N. Light, CIH** – President, Building Dynamics, LLC; nominated by the Indoor Environmental Quality Committee.

**Donald R. Linville, CIH** – Senior Industrial Hygienist, HEPACO; nominated by the Protective Clothing and Equipment Committee.

**Larry K. Lowry, PhD** – Director, Graduate Environmental Health Programs, and Associate Professor, Occupational Health Sciences, The University of Texas Health Science Center at Tyler; nominated by the Biological Monitoring Committee.

**Owen R. Moss, PhD** – Senior Investigator, The Hamner Institute for Health Sciences; nominated by the Aerosol Technology Committee.

**Dan Napier, MS, CIH, CSP** – Founder, DNA Industrial Hygiene; nominated by the Southern California Section.

**Riedar K. Oestenstad, PhD, CIH** – Center Director and Associate Professor, School of Public Health, University of Alabama at Birmingham; nominated by the Alabama Section.

**Mary O'Reilly, CIH, PhD, CPE** – Maintenance Environmental Contact, State of New York Department of Transportation, and Assistant Professor, State University of New York School of Public Health; nominated by the Risk Assessment Committee.

**Dennis Paustenbach, PhD, DABT, CIH** – Principal, ChemRisk, Inc.; nominated by the Toxicology Committee.

**Janet B. Perper, CIH** – Retired from the full-time practice of IH but continues to work on behalf of the profession with ABET; nominated by the Philadelphia Section.

**Sheldon H. Rabinovitz, PhD, CIH** – Vice President, Sandler Occupational Medicine Associates; nominated by the Potomac Section.

**James O. Rasmuson, PhD, CIH** – President, Chemistry & Industrial Hygiene, Inc.; nominated by the Rocky Mountain Section.

**Susan D. Ripple, MS, CIH** – Industrial Hygiene Leader, Principle Coordinator for Occupational Exposure Limit, The Dow Chemical Company; nominated by the Emergency Response Planning Committee.

**Sally S. Smith, MHS, CIH, CHMM, CPEA** – Senior Safety, Health and Environmental Specialist, Westinghouse Anniston; nominated by Ellen Clas, MS, CIH, CSP.

**Albert E. Stewart, CIH, CSP** – President, Stewart Industrial Hygiene & Safety; nominated by the Mid-America Section.

**Richard D. Thomas, PhD, DABT, ATS, BCFM** – CEO and Managing Director, International Center for Environmental Technology; nominated by the Emergency Response Planning Committee.

**Steven J. Tochilin, CIH** – General Manager of Environmental and Industrial Hygiene, Delta Air Lines; nominated by the Georgia Section.

**Michael D. Walters, ScD, PE, CIH, QEP** – Corporate Manager of Occupational Health and Industrial Hygiene, Polaroid Corporation, nominated by the New England Section.

**William H. Weems, DrPH, CIH** – Director, Division of Environmental & Industrial Programs, University of Alabama; nominated by the Confined Spaces Committee.

**W.H. Wells Jr., PhD, CIH, CSP** – Safety Compliance Program Manager, Lawrence Berkeley National Laboratory; nominated by the Northern California Section.

**Michael E. Williams, CIH, CSP, ARM** – Owner, Health Safety & Risk Management Services; nominated by the Northern California Section.

**Denis E. Zeimet, PhD, CIH** – recently retired as a Loss Control Training Consultant, Nationwide Agribusiness; nominated by the Iowa – Illinois Section.

Nominations for the AIHA Fellow Award are accepted from AIHA local sections, committees, and special interest groups each year. At-large nominations also are accepted. The Awards Committee then evaluates the nominations and makes recommendations to the AIHA Board of Directors for final approval. Candidates must be AIHA members in good standing with at least 15 years of continuous membership.

The nomination process for next year's Fellows begins in September. For more information regarding AIHA Fellow Awards, please contact Judy Keithline at (703) 846-0702 or jkeithline@aiha.org.

\*\*\*

Founded in 1939, the American Industrial Hygiene Association (AIHA) is the premier association of occupational and environmental health and safety professionals. AIHA's 10,600 members play a crucial role on the front line of worker health and safety every day. Members represent a cross-section of industry, private business, labor, government, and academia. For more information, go to www.aiha.org.

Last modified on 4/14/2008 4:09:58 PM

American Industrial Hygiene Association • 2700 Prosperity Ave., Suite 250 • Fairfax, VA 22031
Tel: +1.703.849.8888 • Fax: +1.703.207.3561 • email: infonet@aiha.org
© 2009 All rights reserved. Republication or systematic reproduction requires prior written permission.
Legal Disclaimer | Privacy Statement | Join Now! | Staff Directory