14507 NW 19TH AVE. • VANCOUVER, WA USA 98685-8003
PHONE (360) 546-0999 • FAX (360) 546-0777 • E-MAIL mdevany@earthlink.net

# MARY C. DEVANY



## SUMMARY OF QUALIFICATIONS

1987  Certified Safety Professional in Comprehensive Practice  (by examination)
1990  Certified Hazardous Materials Manager at the Master (highest) level (by examination)
1990  Qualified as Instructor for OSHA compliance by the Federal OSHA Training Institute
1995  Certified Lead Paint Construction Site Auditor, Paint & Coatings Manufacturers' Assc.

## ACCOMPLISHMENTS

*Consulting* to organizations in the public and private sectors; throughout North America, Europe, and Asia; in the areas of occupational hygiene, community health, industrial safety, protection of the environment, and product safety/liability

*Corporate policy and program development* for compliance with environmental and occupational safety and health regulations; site/field monitoring and evaluation, implementation, and specification of remediation and corrective actions; liaison work with outside agencies representing environmental and occupational safety and health compliance, enforcement, and legal entities

*All phases of air, water, and hazardous waste* auditing, monitoring, evaluation, control methods, permitting, policies, compliance programs, design, and remediation – including compliance programs and policies, permit applications, education, training, annual reporting, and recordkeeping.  Examples include: Solid and Hazardous Waste Minimization Plans; Air Discharge Permit applications and modifications; reporting for conditionally exempt, small, and large quantity hazardous waste generators (RCRA); water quality and discharge evaluation, monitoring, and pretreatment methodology, including industrial and municipal wastewater for POTW's (publicly owned treatment works); Stormwater Pollution Prevention Plans; community noise evaluations; Environmental Impact Statements; and SARA reports, sections 304, 313 Form R (chemical emergency release reporting).  Development and implementation of sampling and remediation plans; chemical process environmental engineering design evaluations; and pre-startup safety and environmental engineering reviews

*Preparing construction site specific safety programs and employee training*

*Preparing and delivering health, safety, and environmental training and education,* to: corporate managers, government officials, OSHA compliance personnel, physicians, nurses, industrial hygienists, environmental engineers, safety professionals, union and non-union hourly plant personnel, operations supervisors, and construction workers in various trades

*Conducting in-depth indoor air quality investigations,* including fungal contamination of ventilation ductwork and building materials, carbon monoxide entrainment, inadequate illumination, excess humidity, malfunctioning Carbon Dioxide probes in ventilation systems, poor make-up air, diesel exhaust entrapment, inadequately designed HVAC (heating, ventilating, and air conditioning) systems, and even undiagnosed medical conditions that gave the appearance of being caused by the building's air but were completely unrelated.  Sampling and remediation plan development

*Developing and conducting site-specific chemical emergency response certification courses* for personnel at all levels, from first responders to incident commanders -- for the chemical, pulp and paper, grain handling, warehousing, and food processing industries, as well as municipalities and governmental agencies

*Developing and coordinating the professional overview course* for Certified Hazardous Materials Managers Certified Safety Professionals, and Certified Industrial Hygienists: 3-hour sessions once per week for seven months (32-week course) and the 40-hour course during the OR Governor's Occupational S &H Conference.

Comprehensive site safety, health, and environmental auditing

*Experienced in public hearings testimony* for proposed new and modified projects, *OSHA legal testimony and expert witness work:* for plaintiffs and defendants, civil and criminal cases; before hearings boards, administrative law judges, boards of appeal, and county, state and federal courts: Washington, Oregon, Indiana, Connecticut, California, Pennsylvania, Texas, and Alaska.  Prevailed in 40 of the 43 cases.  Many cases were settled prior to trial; those that went to trial resulted in awards of various kinds, including monetary awards ranging from $40,000 to $4,900,000.  One case resulted in the only criminal conviction (homicide) for an OSHA violation in Alaska state history.   Also testified before the U.S. Congressional Committee on Oversight and Government Reform.

*Environmental Advisor* for post-war environmental remediation efforts in Bosnia and Herzegovina. Reported to the Director of Operations of the OSCE (*Office of Security and Cooperation in Europe*) Bosnian Mission, headquartered in Sarajevo. Includes liaison work and interfacing with the European Union (EU) Stabilization Force and NATO officials.

## WORK EXPERIENCE

4/1986 - Present   DeVANY INDUSTRIAL CONSULTANTS, Vancouver, WA, USA; international public and private sector consulting in *occupational safety, industrial hygiene, environmental protection, and community health*

6/1980 - 9/1986   UNION CARBIDE CORPORATION, based at USA facilities in East Chicago, IN and Washougal, WA   Progressive promotions to *Manager of Health, Safety, and Environmental Affairs, and Director of Product Safety and Liability, Electronics Division* internationally.

- Responsible for overseeing the safety, health, and environmental affairs of two electronics plants, and product safety and liability for the Electronics Division worldwide. This included 35 plants with 27,000 people throughout North America, Europe, and Asia; and the approximately 70 occupational health physicians, industrial hygienists, environmental engineers, safety professionals, and occupational health nurses located within the Division and its five subsidiaries at these sites.

Work experience after graduate school through spring of 1980, included Factory Mutual Engineering Association, Rolling Meadows, Illinois, USA, as a *Loss Prevention and Control Engineer.*

## EDUCATION

MS   Area of Concentration, Biochemistry, Biology Dept., Loyola Univ. of Chicago, Chicago, Illinois, USA, 1977; *University Fellow,* 1976-1977. Graduated Summa Cum Laude (4.0 gpa/4.0 scale)

BS   Biology, concentrations/minors in chemistry, physics, math, and human anatomy; Univ. of Illinois, Champaign/Urbana, Illinois, USA, 1975; graduated with honors

## PROFESSIONAL MEMBERSHIPS

- American Society of Safety Engineers (ASSE)
- American Industrial Hygiene Association (AIHA)
- Academy of Certified Hazardous Materials Managers (ACHMM)
- Board of Certified Safety Professionals of the Americas (Board of CSP's)
- Northwest Environmental and Energy Professionals (NEEP)
- American Public Health Association (APHA)

## PROFESSIONAL LEADERSHIP POSITIONS (PAST AND CURRENT - HIGHLIGHTS ONLY)

- *Member* and *Chairperson* of the *Washington State Governor's Accident Prevention Panel* (ASSE nominated, Governor confirmed appointment)
- *Executive Board, Chairman* of the Professional Development and Membership Committees, *Secretary,* and *Treasurer* of the Columbia-Willamette (Portland, OR, USA) chapter of the (ASSE)
- Safety Sub-committee *Program Co-Chairman* for the Oregon Governor's Occupational Safety & Health Conference
- *Board of Directors* of the Silicon Forest Safety Professionals
- *Member* of the *Oregon Governor's Occupational Safety and Health Steering Committee*
- *Professional Development Chair* and *Northwest Conference Coordinator* - Semiconductor Safety Association
- *Section Chair* of the Mt. St. Helens Section of the American Society of Safety Engineers
- *Chair* (also secretary and vice-chair) - National Confined Spaces Committee, (AIHA); current member
- *Session Chairperson* and *Arranger* for the Emerging Issues, Joint Industrial Hygiene Ethics Education, Social Concerns, and Confined Spaces national committees for the American Industrial Hygiene Association Annual Conference and Exposition (1993-2002)
- *AIHA representative* on the 10-person *International Joint Industrial Hygiene Ethics Education Committee* (4-year term, 1997-2001)
- *Member* of the 10-person International *Taskforce on Global Sweatshops* (2000-2002)
- *Chair* (also secretary and vice-chair) - National Social Concerns Technical Committee, AIHA (2001); current

member
- *Chair* (also secretary and vice-chair) - National Emerging Issues Technical Committee, AIHA (2002); current member
- *Member,* Occupational Health Leadership Committee, American Public Health Association
- *Workplace Environmental Advisor* – Sierra Club, San Francisco, CA

## PROFESSIONAL PRESENTATIONS AND PAPERS (HIGHLIGHTS ONLY)

- *International Occupational Safety and Health Best Practices Forum* - Brisbane, Australia - Hazards of Confined Space Entry

- *Asian-Pacific Occupational Safety and Health Conference* - Seoul, South Korea - Fall Protection/Arrest and Retrieval Systems

- *American Industrial Hygiene Association (AIHA) National Conference and Exposition* – USA: San Diego, Atlanta, Dallas, Kansas City, Los Angeles, Washington D.C., Philadelphia, New Orleans and others, and Toronto, Canada - on Professional Ethics, Confined Space Atmospheric Hazards Detection (half day seminar), Safe Handling of Compressed Gas Cylinders (half day seminar), Emerging Issues, Environmental Health, and Social Concerns

- *National Academy of Certified Hazardous Materials Managers* - Seattle, Portland, OR – Confined Space Entry; Safe Handling of Compressed Gas Systems;  Effects of Hazardous Materials on the Reproductive System

- *Oregon Governor's Occupational Safety and Health Conference* - Portland, OR - Health Effects of Vibration, The Safety and Health Professional as the Expert Witness; Safe Confined Space Entry, Safe Handling of Compressed Gases, Respiratory Protection, Chemical Hazard Communication, Reproductive System Toxicology, and others

- *Washington Governor's Occupational Safety and Health Conference* - Seattle and Spokane - Evaluating and Specifying Personal Protective Equipment, Teaching Your Safety Committee to Conduct Thorough Plant Safety Audits, Hazards of Confined Space Entry, and others

- *Alaska Governor's Occupational Safety and Health Conference* - Anchorage - The Environmental Safety and Health Professional on the Witness Stand, Reproductive System Toxicology

- *Clark County Safety and Environmental Professionals* - Vancouver, WA - The Process Safety Standard - Rules and Requirements; The New Respiratory Protection Standard, Changes in WISHA's Fork Lift Truck Rules; Practical Implementation of the Lockout/Tagout Rules, Chemical Emergency Response and Remediation, and others

- *American Society of Safety Engineers (ASSE)* - Portland, OR and Longview, WA - Bloodborne Pathogens; Reproductive System Toxins and Toxicology; Health Hazards of Cutting, Burning and Welding; Overview of EPA Regulations and Requirements (half day), Health Effects of Ionizing and Non-Ionizing Radiation; Accident Investigation; Implementing the Hazard Communication Standard (full day seminar); and others

## OTHER PROFESSIONAL PUBLICATIONS
- Books, book chapters, and professional journal articles available for review upon request.

## COMMUNITY VOLUNTEER ACTIVITIES AND RECOGNITIONS (HIGHLIGHTS ONLY)
- Clark County, WA, USA, Girl Scout Leader, Daisies, Brownies, Juniors, and Cadettes - 1988-1993
- National Science Olympiad Coach - 1995-2001, Division B (grades 6-9) and Division C (grades 9-12)
- Lewisville Middle School, Outstanding Volunteer, 1996-97
- American Industrial Hygiene Association award of *Fellow*
- Selected by the NW Women's Journal as one of the *100 Most Powerful Women in the Northwest,* August, 2007.

## AWARDS RECEIVED (HIGHLIGHTS ONLY)
- *Safety Professional of the Year,* 1989 - American Society of Safety Engineers (ASSE), Mt. St. Helens Section (Longview, WA, USA), *and* Columbia-Willamette Chapter (Portland, OR, USA)
- *Region Safety Professional of the Year,* 1990 - as selected from the ASSE regional membership of over 3000, representing Oregon, Idaho, Alaska, Hawaii, Montana, and Washington
- *Fellow - American Industrial Hygiene Association, 2008*