Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

                           MDL NO. 1873

    vs.                    SECTION "N-5"

                           JUDGE ENGELHARDT

                           MAG. JUDGE CHASEZ


ORAL AND VIDEOTAPED DEPOSITION OF

WILLIAM L. DYSON, Ph.D.

July 22, 2009

10:00 a.m.

201 17th Street

Suite 1700

Atlanta, Georgia


Maureen S. Kreimer, RPR, CCR-B-1379

Exhibit D

Page 74

1  necessary?
2     A.   I do whatever testing is essential to do,
3  yes.
4     Q.   And if you come into that situation and
5  you do a test, and you see that there is a potential
6  issue, what steps do you take thereafter?
7     A.   It depends upon what the issue is.  If
8  it's a tight building situation, we work on methods
9  for increasing the amount of fresh air coming into
10 the building.  If it's a localized emission source of
11 a contaminant that's causing a problem, we remove
12 that local source, or control that local source at
13 the source if possible.  I can only give you a
14 general answer to your question.
15    Q.   Well, let's be more specific.  Have you
16 consulted with regard to formaldehyde in indoor air
17 quality?
18    A.   Well, the only consulting that I've done
19 with respect to formaldehyde has been in the
20 manufactured home environment some years ago, and
21 there were a large number of cooks in that kitchen,
22 and we were trying various things, but the most
23 obvious of which was the action that HUD took in 1984
24 was to reduce the emissions from the source.
25    Q.   So there hasn't been a recent situation