# Transcript of the Testimony of
# Coreen A. Robbins

**Date taken: July 22, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Exhibit E

1  presentations.
2      A.   That sounds right, yeah. Okay.
3      Q.   In any of these, have you -- in the articles or
4  the publications that you've written or cowritten, has the
5  subject of Formaldehyde been discussed?
6      A.   No.
7      Q.   Okay. How about in the presentations?
8      A.   (Witness peruses documents.)
9  No.
10     Q.   Are you writing -- are you in the process of
11 writing any articles or preparing any presentations where
12 the subject matter at least is in part Formaldehyde?
13     A.   Not at this time.
14     Q.   You discussed the air sampling you did of the
15 professor's -- pulmonology professor's residence, right?
16     A.   We did talk about it.
17     Q.   Okay. Aside from that instance, have you ever
18 conducted or participated in air sampling for Formaldehyde
19 of residential space?
20         MR. DINNELL: Objection; form.
21         THE WITNESS: Residential space. I would be
22 willing to bet that there are cases of situations where
23 we've looked at indoor air quality in residences where
24 Formaldehyde was a factor, but I can't think of one
25 specifically right now, or one that was exclusively

1   Formaldehyde.

2   BY MR. TAAFFE:

3       Q.   Okay.  Two clarifications on that question.  One,
4   I'm not limiting it to litigation matters.  And two, I'm not
5   limiting it to where Formaldehyde was the sole issue.  I
6   want it to -- the question covers any time where
7   Formaldehyde was any part of the analysis.

8       A.   I'm sure there have been situations where we've --
9   where I've been participating -- I've participated in
10  studies like that, but I can't give you a number.

11      Q.   Or an example?

12      A.   Other than the examples that I've given you, I
13  don't recall any right now.

14      Q.   The only example I think that I --

15      A.   As I sit here.

16      Q.   The only example I think you've given me was the
17  professor as far as residential sampling.

18      A.   That's the only one I can think of right now.

19      Q.   Okay.  I mean, did it cross your mind that I would
20  possibly be asking about that?

21      A.   Yeah, it did, but I didn't sit down and try to
22  tabulate anything.

23      Q.   Okay.  How would you do that -- how would you try
24  to find out -- if you were tasked with the assignment of
25  finding that answer, what would you do?