COMMONWEALTH OF MASSACHUSETTS EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS DEPARTMENT OF ENVIRONMENTAL PROTECTION

# INDOOR AIR SAMPLING AND EVALUATION GUIDE
WSC POLICY #02-430

**April, 2002**

### GENERAL AIR MONITORING TECHNIQUES

Selection of a sampling method for use in conducting an indoor air study is dependent on the objectives of the study, the contaminants of concern and the required sampling duration. The sampling method used is governed by the factors discussed above. The **methodology** should be able **to detect compounds at ambient levels**, generally in the part per trillion (ppt) to **part per billion (ppb)** range for environmental samples. The monitoring equipment employed should be reasonably lightweight and compact for ease of transport. The **equipment should be easy to calibrate and use in the field.** The methodology should **produce results which are accurate and reproducible** with a minimum of artifactual and contamination problems. Finally, the methodology should allow for sampling periods which are representative of occupants' exposure time.
There are several categories of air monitoring methodologies, the selection of which is determined by the project quality objective. These methodologies range in sophistication from screening methods which use direct-reading instruments with relatively low precision and accuracy to collection methods which are the most precise and accurate. There are also analytical field methods which involve aspects of both the direct reading and collection methodologies. Strictly speaking, direct-reading methods and analytical field methods are all categorized as "analytical methods". Analytical methods incorporate air sampling as well as on-site detection and quantification of chemical compounds. These methods differ from collection methods, which can typically achieve a more sensitive quantification limit. VOC collection methods involve the concentration or collection of the compound into a container or onto some kind of sorbent material for later analysis.

Each of the above monitoring methods can involve **either active or passive sampling** techniques. Active sampling involves using a pump to actively pass air through a sorbent cartridge or collection filter or into an air sample container. **Passive sampling of VOCs relies on the kinetic energy of gas molecules and diffusion** of the gases in an enclosed space onto a sorbent medium.

Although both types of monitoring techniques can be used to sample the indoor air, collection methods have generally been used and recommended by MADEP to **conduct monitoring in conjunction with site evaluations.** Direct-reading and field analytical techniques are generally used for screening (e.g., identifying hot spots).


Exhibit H

Regardless of the monitoring strategy or technique that is chosen, basic principles guide the evaluation of indoor air VOC concentrations. These include the **specific appropriateness of the methodology to the target pollutant list**, the **representativeness of the time intervals and sampling locations**, the **appropriateness of the concentration measurement range** and the **validity of the quality control** and assurance which is applied to the measurements. Finally, it is important that indoor air investigators know how to use sampling equipment and media and be familiar with the specific limitation of each.

### Should windows and doors be kept closed during sampling?

The underlying purpose of essentially "sealing the building" is to minimize dilution of contaminants and build up contaminant concentrations, thus **achieving conditions typical** of a **worst-case**. In this way, the potential for detecting air contaminants if they are present is maximized. A worst-case sampling scenario may be **appropriate for evaluating long-term exposures**. Use of a worst-case sampling scenario for such a **situation allows for any fluctuations in conditions** that may exist over a longer period of time.

### Sampling Duration

Whatever the duration of an **indoor air-sampling event (from several hours to several weeks)**, the results are usually used to represent exposures that occur over much longer periods of time **(from several months to a lifetime)**. In planning the duration of a sampling event, a balance must be struck between the need to collect samples that are **reasonably representative** of the **desired exposure** and the **financial and technical constraints of available technologies**. The duration of a particular sampling study should depend in part on the nature of the contaminant source.