# MDH Review of Formaldehyde Levels in FEMA – Issued Manufactured Homes in Southeastern Minnesota

## Formaldehyde Sampling of FEMA Temporary-Housing Manufactured Mobile Homes
### Winona, Minnesota December 2007

# Final Report



## February 2008

**Minnesota Department of Health**
Division of Environmental Health
Indoor Air Unit
625 Robert St N
PO Box 64975
St. Paul, MN  55164-0975



**Executive Summary**

Following the release of the ATSDR October 2007 report documenting formaldehyde in Federal Emergency Management Agency (FEMA) Temporary-Housing travel trailers in Louisiana, concern was raised that FEMA-issued manufactured mobile homes brought to Minnesota for temporary housing after the September 2007 flooding incident in southeastern (S.E) Minnesota may also have high levels of formaldehyde. To respond to the concerns that the FEMA issued manufactured mobile homes may have similar formaldehyde levels as those reported in the FEMA issued travel trailers MDH performed formaldehyde testing. MDH also investigated whether a less complicated badge sampler could adequately test formaldehyde levels in these types of residential settings. Staff from the Minnesota Department of Health traveled to Winona to test some of the FEMA mobile homes being used as temporary housing for those displaced from the flooding in SE Minnesota.

Sampling of air was completed on December 4 and December 11, 2007. The two different technologies used to collect formaldehyde samples were: 1) sep-pak silica cartridges used with sampling pumps (primary standard) and 2) badge monitors that use a fiberglass coated surface with 2,4-dinitrophenylhydrazine (DNPH) (secondary standard). Although results reflect sampling of a limited number of FEMA-issued mobile homes in Minnesota, results demonstrate that the badge diffusive samplers may not be adequate to measure short term (1 hour) ambient air concentrations. Samples collected using the cartridge-type samplers appear to provide more consistent results whereas diffusive sampling yielded results with a great deal of variability. Because all samples were collected from a relatively small area during the same time period and under similar environmental conditions, it would be expected that results from the badge sampling would yield consistent results as experienced using the cartridge-type collection devices. It is unclear what is causing the highly variable results using the badge-type diffusive samplers. MDH is currently investigating possible interference and other causes of this variance. The badge data are available in the report but will not be relied upon by MDH. These data are referred to as the secondary sampling method within the report.

All primary samples indicate that formaldehyde levels were below acceptable occupational concentrations for formaldehyde but were higher than some health-based criteria for formaldehyde used to evaluate exposures for the general public. The formaldehyde levels found in the FEMA-issued housing units sampled by MDH staff had significantly lower levels than those reportedly found in many of the FEMA-issued housing trailers in Louisiana.

There are little data for other residential settings outside of Minnesota and Louisiana. Much work remains to be completed prior to establishing typical (baseline) formaldehyde levels present in residential indoor environments.

**Introduction:**
Minnesota Department of Health (MDH) was asked to investigate the possibility of high levels of formaldehyde in FEMA issued temporary housing for southeastern Minnesota flood victims by concerned legislators. The concerns were based on reports from previous testing done by US EPA that showed high levels of formaldehyde in the temporary housing units used for Katrina hurricane victims in the Gulf region of the United States. Indoor Air Unit staff of MDH performed limited research on the formaldehyde testing done by USEPA and reported by Centers for Disease Control and Prevention (CDC). It was determined that although the housing units issued by FEMA for the southeastern Minnesota flood incident were different than the housing units used in Louisiana in the hurricane Katrina incident, it was prudent to test a limited number of units for formaldehyde as units became available. FEMA-issued manufactured mobile homes are required to meet the federal construction standards established by the U.S. Housing and Urban Development (HUD) unlike the FEMA-issued travel trailers used in the Katrina aftermath.

HUD has two building codes that pertain to formaldehyde emission in manufactured homes: Standard 3280.308 and 3289.309. HUD's federal building code standard 3280.308 regulates the amount of formaldehyde allowed to off-gas from building products used in the manufacture of the homes. U.S. HUD Federal building code 3289.309 requires a "Health Notice" regarding formaldehyde emissions to be prominently displayed in a "temporary manner" in the kitchen. This Health Notice was present in each of the FEMA-issued manufactured homes at the time of MDH testing.

**Background:**
Formaldehyde is ubiquitous in the environment. All homes and buildings have formaldehyde, although higher concentrations are more likely to be present in mobile homes, manufactured homes, new, and newly remodeled homes. Older homes typically have less formaldehyde in the air because pressed wood and other products containing formaldehyde emit less formaldehyde over time.

Formaldehyde in homes primarily comes from the urea-formaldehyde resins that are used to make products such as particle board, plywood, medium density fiberboard and hardwood paneling. Wall insulation from urea-formaldehyde foam insulation (UFFI) has been mostly banned for use in homes since the early 1980's when it was recognized that UFFI could emit large quantities of formaldehyde into homes. Although formaldehyde emitting materials can be found in almost all buildings and homes, they are generally used more extensively in mobile/manufactured homes and travel trailers. Decreased ventilation capacity of these housing units as compared with traditional or older houses may also contribute to higher formaldehyde concentrations.

Formaldehyde is also used in fertilizers and some household items such as carpets, permanent-press fabrics, and household cleaners. It has been reported that the temporary FEMA-issued housing units are also furnished. New furniture, especially when it contains large amounts of composite wood products such as particle board, can produce additional formaldehyde emissions within the unit.

3

There is very little data that can be used to compare formaldehyde levels found within the FEMA issued temporary housing units to other new or newly remodeled homes with various types of heating, ventilating and air conditioning systems.

**Testing:**

MDH utilized the same sampling and analysis methods (Method TO-11a) as those used by USEPA when they sampled formaldehyde in the FEMA travel trailers. CDC used the same sampling and analysis methods when they did comparative sampling for their Health Consultation[1] for FEMA issued travel trailers. MDH also wanted to determine if other more convenient and less laborious sampling procedures could be used to effectively measure formaldehyde concentrations in residential environments; thus MDH utilized "badge" style monitors typically used for personal exposure sampling. This type of sampling is less invasive, laborious and expensive than other traditional types of testing procedures. It was therefore of interest to determine its reliability compared to the more sophisticated analytical method (Method TO-11a) and air sampling procedures in case further sampling was warranted.

All badge monitors were ChemExpress Personal Monitors that collect formaldehyde on a fiberglass surface coated with 2,4-dinitrophenylhydrazine (DNPH) and analysis is done by desorption into acetonitrile and followed by HPLC with UV/VIS detection. Temperatures and relative humidity measured in each manufactured home were well within allowable ranges (temperatures 32-122 degrees F and relative humidity 10-80% ) indicated in the literature for the badges; badges were stored under refrigerated conditions as directed.

Coordinating with FEMA field officer, Mr. Felix Lopez, staff scheduled two separate sampling events for December 4, 2007 and December 11, 2007. The later date was scheduled as a result of equipment problems encountered when trying to follow USEPA sampling methodology during the first site visit.

**December 4, 2007:** MDH experienced pump failures for its primary sampling method when attempting to collect air samples through Waters Sep-Pak silica cartridges using low flow rates. To best utilize resources while onsite, MDH Staff deployed passive badge samplers (secondary sampling method) in two of the three available FEMA-issued manufactured homes located on Lot 10 and Lot 11 respectively.

Three badge samplers were used. Two of the three badge samplers were placed in the FEMA-issued manufactured home on Lot 10; one sampler was placed in the living room and the other in the bedroom. The third badge monitor was placed in the FEMA-issued manufactured home on Lot 11 in the living room area. The badges were hung near breathing zone height (about 5.5 feet from the floor) and sampling was done for 71, 86 and 71 minutes respectively. In addition, MDH staff collected temperature and relative humidity (RH) data during the sampling procedures to assure that the environmental conditions within the units were within the parameters of the sampling devices.

---

[1] An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Lousiana, September-October, 2006

4

**December 11, 2007:** MDH staff corrected sampling pump deficiencies experienced on December 4, 2007 and successfully followed the USEPA sampling protocol to actively collect formaldehyde air samples. A total of eight active air samples were taken within three FEMA-issued manufactured housing units. The sampling cartridges used were Waters Sep-Pak silica cartridges. Air samples were collected for approximately one hour by MDH staff. The Minnesota Pollution Control Agency (MPCA) provided analysis of these samples using a Dionex DX-600 IC/HPLC (Method TO-11a). All sample pumps were calibrated on site to pull between 1.0 and 2.0 liters per minute of air and calibrations were completed before and immediately after each sampling event with the sampling cartridge in place. Sampling times ranged from 59 to 79 minutes, with total volume of air collected on each sampling cartridge ranging between 69 and 123 liters of air.

Four badge samplers were used along side the active sample cartridges to determine if the two sampling protocols produce similar results. Two of the four badge samplers were placed in the same locations as the active sample cartridges (living room and bedroom) in the Lot 10 and Lot 11 FEMA-issued housing units. The badges in the Lot 10 housing unit were hung near breathing zone height (about 5 feet from the floor) and sampling was done for 58 and 60 minutes. One of the badges in the manufactured home on Lot 11 was also hung near breathing zone height. The other, as noted on the results page, was hung from the sample pump.

**Note:** Differences between our testing and testing previously done on FEMA trailers by USEPA were: 1) many of the FEMA trailers had not been previously occupied while Minnesota's FEMA-issued manufactured homes had been occupied prior to our sampling, 2) FEMA-issued travel trailers that were tested by USEPA had no specific manufacturing requirements to limit the amount of formaldehyde producing materials, unlike the FEMA-issued manufactured homes used in Minnesota which had manufacturing standards and warning label requirements; and 3) much of the original trailer sampling data collected by USEPA was performed without heating or air conditioning ventilation systems running, while sampling performed in Minnesota's FEMA homes were done while the heating system was on and operating under lived in conditions.

**Test Results:**
MDH's primary sampling method simulating USEPA active sampling methods using sampling pumps and the NIOSH analytical method TO-11a, showed levels well below those found by USEPA in the Louisiana FEMA-issued travel trailers. The active air cartridge indoor sample results ranged from 0.021-0.040 parts per million (ppm). The outdoor active air sample result was 0.002 ppm.

MDH's secondary sampling method utilizing passive personal badge sampling and analysis showed very different results compared to those of MDH primary active sampling and analytical procedures. The first round of passive badge samplers deployed on December 4, 2007 in housing units located on Lot 10 and Lot 11 showed levels ranging from 0.095-0.12 ppm of formaldehyde. The passive badge samples collected simultaneously with the primary active sampling method performed on December 11, 2007 showed significant variability of formaldehyde concentrations. The results from passive badge samples collected within the housing unit located on Lot 10, was 0.53 ppm in the living room and 0.12 ppm in the bedroom. Conversely, Lot 11 housing unit results showed levels of 0.089 ppm in the living room and 0.55 ppm in the bedroom. The inconsistency of the levels within the units and from one sampling

period to another, presents concerns with the reliability of the results. The short sampling periods may introduce variability into passive sampling results, but this has not been verified; therefore MDH will use the active sampling methodology, i.e. the MDH primary sampling method, when evaluating the data.

### MN Department of Health - Formaldehyde Testing of FEMA Issued Manufactured Housing

#### MDH Primary Testing Procedure - Active Testing

| Sample ID | Date | Location | Time (min) | Rate (liters/min) | Quantity Found (µg) | Collected (liters) | mg/m³ | ppm |
|---|---|---|---|---|---|---|---|---|
| 1211-01 | 12/11/2007 | Lot 10, Living Room | 60 | 1.42 | 3.58 | 85 | 0.04 | 0.034 |
| 1211-02 | 12/11/2007 | Lot 10, Living Room | 60 | 1.65 | 4.00 | 99 | 0.04 | 0.032 |
| 1211-03 | 12/11/2007 | Lot 10, Bed Room | 60 | 1.15 | 3.39 | 69 | 0.05 | 0.039 |
| 1211-04 | 12/11/2007 | Lot 11, Living Room | 79 | 1.20 | 2.48 | 95 | 0.03 | 0.021 |
| 1211-05 | 12/11/2007 | Lot 11, Bed Room | 77 | 1.06 | 2.25 | 82 | 0.03 | 0.022 |
| 1211-06 | 12/11/2007 | Outdoor Sample | 79 | 1.56 | 0.34 | 123 | 0.00 | 0.002 |
| 1211-07 | 12/11/2007 | Field Blank | n/a | n/a | 0.23 | Blank | n/a | n/a |
| 1211-08 | 12/11/2007 | Lot 30, Living Room | 60 | 1.50 | 3.84 | 90 | 0.04 | 0.034 |
| 1211-09 | 12/11/2007 | Lot 30, Bed Room | 59 | 1.71 | 4.49 | 101 | 0.04 | 0.036 |

#### MDH Secondary Testing Procedure - Passive Testing

| Sample ID - Lab Code | Date | Location | Time (min) | Flow Rate (liters/min) | Quantity Found (µg) | Total Air Collected (liters) | mg/m³ | ppm |
|---|---|---|---|---|---|---|---|---|
| 2007044224-ATCA | 12/4/2007 | Bed Room #1 Off Living Room - Lot 10 | 71 | n/a | 0.14 | 0.927 | 0.15 | 0.12 |
| 2007044225-ATCA | 12/4/2007 | Living Room - Lot 11 | 71 | n/a | 0.11 | 0.927 | 0.12 | 0.095 |
| 2007044226-ATCA | 12/4/2007 | Living Room - Lot 10 | 86 | n/a | 0.15 | 1.12 | 0.13 | 0.11 |
| 2007046268-ATCA | 12/11/2007 | Living Room - Lot 10 | 60 | n/a | 0.52 | 0.783 | 0.66 | 0.53 |
| 2007046269-ATCA | 12/11/2007 | Bed Room #1 Off Living Room - Lot 10 | 58 | n/a | 0.12 | 0.757 | 0.15 | 0.12 |
| 2007046270-ATCA | 12/11/2007 | Living Room - Lot 11 | 71 | n/a | 0.1 | 0.927 | 0.11 | 0.089 |
| 2007046271-ATCA | 12/11/2007 | Bedroom - Lot 11 - Hung on Pump | 71 | n/a | 0.64 | 0.927 | 0.69 | 0.55 |

| | |
|---|---|
| Molar Volume at 22 C (L/mole) | 24.10 |
| Formaldehyde Molar Weight (g/mole) | 30.03 |

#### MPCA Quality Assurance Report

| Formaldehyde | Instrument PPM | Theoretical PPM | % Difference |
|---|---|---|---|
| Precision Check | 1.41 | 1.35 | 4.71 |
| Regent Blank | 0.00 | - | - |
| Check Standard - High | 10.16 | 10.00 | 1.59 |
| Check Standard - Low | 1.01 | 1.00 | 1.00 |

**Conclusions:**
When sampling for formaldehyde in residential structures where concentrations and sampling times are expected to be lower than those found in occupational settings, it appears that active air sampling (use of sampling pumps) to collect a known concentration of air, combined with use of NIOSH analytical method TO-11a will yield more reliable and consistent results.

The testing of the three FEMA-issued manufactured homes for the S.E. Minnesota Flood incident revealed that the levels of formaldehyde were significantly lower than levels typically found in the FEMA-issued travel trailers in Louisiana after Hurricane Katrina. This conclusion is based on the formaldehyde levels reported in the ATSDR's February 2007 Health

Consultation report titled "Formaldehyde Sampling of FEMA Temporary-Housing Trailers." MDH's primary sampling methodology showed indoor formaldehyde levels ranging from 0.021 – 0.040 ppm, all of which are below MDH's established acute health risk value (HRV) of 0.08 ppm.

Nevertheless, levels of formaldehyde found in this study were at concentrations that could result in respiratory symptoms, and eye, nose and throat irritation. The concentration at which people can detect the odor of formaldehyde varies widely between individuals but is thought to be in the range of 0.05 to 0.5 ppm. Irritant effects may occur at levels below the odor threshold for some individuals.[2]

The outdoor sample result of 0.002 ppm exceeded MDH's Chronic HRV of 0.0007 ppm, which is based on an excess cancer risk of one in one-hundred thousand people exposed for a lifetime. This criterion is used by Minnesota to evaluate exposures to carcinogens. This level of formaldehyde in outdoor air is not uncommon. This indicates that most people in the area, either in their homes or outside, could be exposed to formaldehyde at levels that could pose a small excess risk of cancer for people exposed for a lifetime.

MDH's Health Risk Values are more protective than occupational standards which are set for protection of healthy worker populations. Organizations that have published standards for formaldehyde include the National Institute for Occupational Health and Safety (NIOSH), the Occupational Safety and Health Administration (OSHA), the American Conference of Government Industrial Hygienists (ACGIH), and the Federal Republic of Germany Maximum Concentration Values in the Workplace (DFG-MAK). These standards for formaldehyde range from 0.016 ppm for an 8-hour time weighted average (NIOSH) to a 0.75 ppm 8-hour time weighted average (OSHA). Standards set for short-term, usually 15-minute, exposure limits range from 0.1 ppm (NIOSH) to 2 ppm (OSHA) for formaldehyde.

Formaldehyde levels in homes are not well studied, and further attention needs to be paid to how building products are being manufactured and how they are used during the construction of houses, both conventionally (onsite) as well as those manufactured off site.

Based on the limited testing, MDH believes that the manufactured housing units provided by FEMA for the S.E. Minnesota flood victims meet the Federal standard established to minimize formaldehyde levels in the construction of manufactured homes. Further, given the limited available data on formaldehyde levels within other indoor environments, MDH believes it is likely that the formaldehyde levels reported could be similar to levels of formaldehyde in other new homes that utilize similar building practices, products and furnishings. Based on the current data, MDH is not recommending any further action to address formaldehyde levels in FEMA issued temporary housing in Minnesota; MDH also believes the health warnings provided in the manufactured homes as required by HUD provides the residents of the FEMA-issued temporary housing adequate information about the potential health effects of formaldehyde. Additional information on formaldehyde can be found in the MDH fact sheet, *Formaldehyde in Your Home*, at: http://www.health.state.mn.us/divs/eh/indoorair/voc/formaldehyde.htm

---

[2] "Formaldehyde in the Home." California Environmental Protection Agency, Air Resource Board. August 2004. http://www.arb.ca.gov/research/indoor/formaldgl08-04.pdf

7