UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                 MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

**IT IS ORDERED** that the **Motion to Amend Trial I Scheduling Order (Rec. Doc. 2863)** is **GRANTED**.

New Orleans, Louisiana, this 31st day of August, 2009.

                                                KURT D. ENGELHARDT
                                                UNITED STATES DISTRICT JUDGE