A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Aug 28, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 12, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-9)

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 24 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 28, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                    MDL No. 1873

### SCHEDULE CTO-9 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 1 09-666 | Mark Glenn Jackler v. Gulf Stream Coach, Inc., et al. | 09-5970 |
| **ALABAMA NORTHERN** | | |
| ALN 1 09-1422 | Jacob Joseph Borrouso, et al. v. Forest River, Inc., et al. | 09-5971 |
| **LOUISIANA MIDDLE** | | |
| LAM 3 09-459 | Arnold Basquine, et al. v. Vanguard Industries of Michigan, Inc., et al. | 09-5972 |
| LAM 3 09-462 | Gaisha Earlycutt, et al. v. Cavalier Home Builders, LLC, et al. | 09-5973 |
| LAM 3 09-482 | Annie McCrary, et al. v. Sunnybrook RV, Inc., et al. | 09-5974 |
| LAM 3 09-484 | Alysia McCrary v. Thor California, Inc., et al. | 09-5975 |
| LAM 3 09-486 | Kimberly Taylor v. Keystone Coach, Inc., et al. | 09-5976 |
| LAM 3 09-493 | Joann Cargo v. Coachmen Industries, Inc., et al. | 09-5977 |
| LAM 3 09-496 | April N. Wilson v. Forest River, Inc., et al. | 09-5978 |
| LAM 3 09-501 | Joan P. Decourcy, et al. v. Patriot Homes of Texas, LP, et al. | 09-5979 |
| LAM 3 09-502 | Arlene Anna Marie Blanchard, et al. v. Pilgrim International, Inc., et al. | 09-5980 |
| LAM 3 09-504 | Joan P. Decourcy v. R-Vision, Inc., et al. | 09-5981 |
| LAM 3 09-505 | Kathy Buras Gonzales, et al. v. Silver Creek Homes, Inc., et al. | 09-5982 |
| LAM 3 09-512 | Sara Bailey v. River Birch Homes, Inc., et al. | 09-5983 |
| LAM 3 09-513 | Annie Banks, et al. v. Patriot Manufacturing, Inc., et al. | 09-5984 |
| LAM 3 09-514 | Tynieka Martin v. Skyline Corp., et al. | 09-5985 |
| LAM 3 09-515 | Vaughn Coleman v. Patriot Homes of Texas, LP, et al. | 09-5986 |
| LAM 3 09-517 | Terri Davis, et al. v. Thor Industries, Inc., et al. | 09-5987 |
| LAM 3 09-518 | Dinh Dung, et al. v. Lexington Homes, et al. | 09-5988 |
| LAM 3 09-519 | Michael Brown, et al. v. Fleetwood Enterprises, Inc., et al. | 09-5989 |
| LAM 3 09-525 | Ericka Franklin, et al. v. Palm Harbor Homes, Inc., et al. | 09-5990 |
| LAM 3 09-526 | Gary McCray v. Pilgrim International, Inc., et al. | 09-5991 |
| LAM 3 09-527 | Earl Shorty v. Gulf Stream Coach, Inc., et al. | 09-5992 |
| LAM 3 09-538 | Leo Sherman v. Keystone RV Co., et al. | 09-5993 |
| LAM 3 09-539 | Brittany Nicole Annis, et al. v. Alliance Homes, Inc., et al. | 09-5994 |
| LAM 3 09-548 | Will Hartford, et al. v. Gulf Stream Coach, Inc., et al. | 09-5995 |
| LAM 3 09-549 | Michael Parker v. American International Group, Inc., et al. | 09-5996 |
| LAM 3 09-550 | Cheryl Adderson, et al. v. American Camper Manufacturing, LLC, et al. | 09-5997 |
| LAM 3 09-553 | Sylvia Cornish v. Crum & Forster Specialty Insurance Co., et al. | 09-5998 |
| LAM 3 09-554 | Gladys Dukes v. Forest River, Inc., et al. | 09-5999 |
| LAM 3 09-555 | Jerryal Baham v. American International Specialty Lines Co., et al. | 09-6000 |

| | | EDLA |
|---|---|---|
| MDL No. 1873 - Schedule CTO-9 Tag-Along Actions (Continued) | | SEC.N/5 |

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| **LOUISIANA MIDDLE** | | | | |
| LAM | 3 | 09-556 | Mary Napoleon v. Forest River, Inc., et al. | **09-6001** |
| LAM | 3 | 09-557 | Cherell Garner, et al. v. Recreation By Design, LLC, et al. | **09-6002** |
| LAM | 3 | 09-558 | Beverly Martin, et al. v. Sunray RV, LLC, et al. | **09-6003** |
| LAM | 3 | 09-559 | Pamela Farria, et al. v. American International Group, Inc., et al. | **09-6004** |
| LAM | 3 | 09-560 | Donna Buford, et al. v. Alliance Homes, Inc., et al. | **09-6005** |
| LAM | 3 | 09-563 | Howard Allen v. Vanguard Industries of Michigan, Inc., et al. | **09-6006** |
| LAM | 3 | 09-566 | Arthur Robinson, Sr., et al. v. American International Group, et al. | **09-6007** |
| LAM | 3 | 09-567 | Iris Brickley, et al. v. Coachmen Industries, Inc., et al. | **09-6008** |
| LAM | 3 | 09-568 | Mildred Etienne, et al. v. American International Group, et al. | **09-6009** |
| LAM | 3 | 09-575 | Walter Dillion, et al. v. Coachmen Industries, Inc., et al. | **09-6010** |
| LAM | 3 | 09-576 | Semonette Overton, et al. v. Monaco Coach Corp., et al. | **09-6011** |
| LAM | 3 | 09-577 | Quinton Birden, et al. v. American Camper Manufacturer, LLC, et al. | **09-6012** |
| LAM | 3 | 09-578 | Draker Gross, et al. v. Forest River, Inc., et al. | **09-6013** |
| LAM | 3 | 09-579 | Joyce Favorite, et al. v. Fleetwood Enterprises, Inc., et al. | **09-6014** |
| LAM | 3 | 09-580 | Arlene Breaux v. Skyline Corp., et al. | **09-6015** |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 2 | 09-138 | Janet Ann Gabriel, et al. v. Fleetwood Canada, Ltd., et al. | **09-6016** |
| MSS | 2 | 09-141 | Carol W. Blappert, et al. v. Skyline Corp., et al. | **09-6017** |
| MSS | 3 | 09-449 | Ernest Ricouard v. Fleetwood Canada, Ltd., et al. | **09-6018** |

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | | Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |

August 28, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-9)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 12, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tanisha Spinner
Tanisha Spinner
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:  Judge Kurt D. Engelhardt

JPML Form 36A

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                MDL No. 1873

## INVOLVED COUNSEL LIST (CTO-9)

Roberta L. Burns
LAW OFFICES OF SIDNEY D TORRES III
8301 West Judge Perez Drive
Suite 303
Chalmette, LA 70043

Lawrence J. Centola, Jr.
HURRICANE LEGAL CENTER LLC
600 Carondelet Street
Suite 602
New Orleans, LA 70130

Richard Ieyoub
CARLTON DUNLAP OLINDE & MOORE
One American Place
Suite 900
Baton Rouge, LA 70825

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL
    & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
MEUNIER    & WARSHAUER
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

MaryAnna Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427

Ronnie G. Penton
LAW OFFICE OF RONNIE G PENTON
209 Hoppen Place
Bogalusa, LA 70427

Joseph W. Rausch
JIM S HALL & ASSOCIATES
800 N. Causeway Blvd.
Suite 100
Metairie, LA 70001

Sidney D. Torres, III
LAW OFFICES OF SIDNEY D TORRES III
8301 West Judge Perez Drive
Suite 303
Chalmette, LA 70043

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER
    & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                              MDL No. 1873

## INVOLVED JUDGES LIST (CTO-9)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Charles S. Coody
U.S. Magistrate Judge
B-401 Frank M. Johnson, Jr. Federal Courthouse Annex
One Church Street
Montgomery, AL 36104

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
James O. Eastland U.S. Courthouse
245 East Capitol Street, Suite 430
Jackson, MS 39201-2409

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                               MDL No. 1873

## INVOLVED CLERKS LIST (CTO-9)

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552