**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: N(5) |
| | LITIGATION | * | |
| | | *` | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper
*****************************************************************************

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS'**
**OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**
**BASED ON THE GOVERNMENT CONTRACTOR DEFENSE**

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully requests an Order from this Honorable Court granting it leave to file its Reply to Plaintiffs' Opposition to its Motion for Summary Judgment.

Pursuant to the standing agreement among the parties, plaintiffs' counsel did not indicate any opposition to FEI's filing of this reply to their opposition memorandum.

        Respectfully submitted,

        **MIDDLEBERG, RIDDLE & GIANNA**

  BY:    */ Sarah A. Lowman*
      John D. Person, La. Bar No. 10531
      Sarah A. Lowman, La. Bar No. 18311
      201 St. Charles Avenue, Suite 3100
      New Orleans, Louisiana 70170

> Telephone: (504) 525-7200
> Facsimile: (504) 581-5983
> jperson@midrid.com
> slowman@midrid.com
>
> *-and-*
>
> Charles R. Penot, Jr. (La. Bar No. 1530 &
> Tx. Bar No. 24062455)
> 717 North Harwood, Suite 2400
> Dallas, Texas 75201
> Tel: (214) 220-6334; Fax: (214) 220-6807
> cpenot@midrid.com
>
> *-and-*
>
> Richard A. Sherburne, Jr., La. Bar No. 2106
> 450 Laurel Street, Suite 1101
> Baton Rouge, Louisiana 70801
> Telephone: (225) 381-7700
> Facsimile: (225) 381-7730
> rsherburne@midrid.com
>
> **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2009, I electronically filed the foregoing pleading Unopposed Motion for Leave to File Reply to Plaintiffs' Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via email and/or U.S. mail.

> *s/Sarah A. Lowman*
> SARAH A. LOWMAN

ND: 4815-2330-0100, v. 1