UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper

*****************************************************************************

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Reply to Plaintiffs' Opposition to Fluor Enterprises, Inc.'s Motion for Summary Judgment based on the government contractor defense.

**IT IS HEREBY ORDERED** that Fluor Enterprises, Inc. is hereby granted leave to file its Reply to Plaintiffs' Opposition to Fluor Enterprises, Inc.'s (**FEI**) Motion for Summary Judgment based on the government contractor defense.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
JUDGE

ND: 4851-8073-3188, v. 1