```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER                           MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          NUMBER: 07-1873

                                              SECTION: "N"(5)




                         ORDER ON MOTION
                         AUGUST 31, 2009


APPEARANCES:

MOTION:

(1)  Plaintiffs' Motion for Protective Order (Rec. doc. 2607).

  _____ :   Continued to

  _____ :   No Opposition

    1    :   Opposition

  _____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E
```

<u>ORDERED</u>

__1__ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

_____ :   Other.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE