```
MINUTE ENTRY
CHASEZ, M.J.
AUGUST 28, 2009
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER                     MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                    NUMBER: 07-1873

                                        SECTION: "N"(5)
```

<u>HEARING ON MOTION</u>

APPEARANCES:  Andrew Weinstock, Tim Scandurro, Dewey Scandurro,
              Peter Taaffe, Richard Sherburne, Jonathan Waldron

MOTION:

(1)  Gulf Stream's Motion for Extension of Time to Respond to
     Plaintiffs' Second and Third Request for Production of
     Documents  (Rec. doc. 2533);
(2)  Plaintiff's Motion to Compel With Respect to Gulf Stream
     Coach, Inc. (Rec. doc. 2749).


_____:  Continued to

_____:  No Opposition

_1,2__:  Opposition

_____:  Local Rules 37.1E, 33.2, 36.1, 7.6E


MJSTAR(00:20)

<u>ORDERED</u>

_____:   Dismissed as moot.

_____:   Dismissed for failure of counsel to appear.

_____:   Granted.

_____:   Denied.

_1,2___:   Other.  Any  withheld  newspaper  articles  are  to  be
produced.  The  remainder  of  the  disputed  privileged
documents  are  to  be  provided  to  the  Court  for  an  <u>in
camera</u>  inspection  on  or  before  September 1, 2009.


_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2