UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE　　　MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION N(5)

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

　　　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc.

## ORDER

Considering the foregoing Motion for Leave to File Reply to Plaintiffs' Opposition to Bechtel National, Inc.'s Rule 12(b)(6) Motion to Dismiss;

IT IS HEREBY ORDERED that Bechtel National, Inc. is granted leave to file its reply to plaintiffs' Opposition to Bechtel National, Inc.'s Rule 12(b)(6) Motion to Dismiss.

New Orleans, Louisiana, this  1st  day of  September , 2009.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE KURT D. ENGELHARDT