UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion for Leave to File Reply to Gulf Stream's Response to Plaintiff's Motion *In Limine* to Exclude Testimony of William Dudek;

**IT IS HEREBY ORDERED** that Plaintiff is hereby granted leave to file her Reply to Gulf Stream's Response to Plaintiff's Motion *In Limine* to Exclude Testimony of William Dudek.

New Orleans, Louisiana, this __1st__ day of __September__, 2009.

_____
JUDGE

1 of 1