**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:      **FEMA TRAILER**                    *      **MDL NO. 1873**
            **FORMALDEHYDE PRODUCTS**   *
            **LIABILITY LITIGATION**          *      **SECTION "N" (5)**
                                                  *
                                                  *      **JUDGE ENGELHARDT**
                                                  *      **MAGISTRATE CHASEZ**
                                                  *
**THIS DOCUMENT IS RELATED TO**        *
                                                  *
*Charlie Age, et al v. Gulf Stream Coach*    *
*Inc., et al*, Docket No. 09-2892;             *
Alana Alexander, individually and on behalf  *
of Christopher Cooper                          *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

Considering the above and foregoing Unopposed Motion for Leave to File Reply to Defendant Fluor Enterprises, Inc.'s ("FEI") Reply to Plaintiff's Opposition to Motion for Summary Judgment on Prescription.

**IT IS HEREBY ORDERED** that Plaintiff is hereby granted leave to file her Reply to Defendant Fluor Enterprises, Inc.'s ("FEI") Reply to Plaintiff's Opposition to Motion for Summary Judgment on Prescription.

On this _____ day of _____, 2009.


_____
JUDGE

1