UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

**IT IS ORDERED** that **Gulf Stream Coach, Inc.'s Motion in Limine to Prohibit Any Testimony or Evidence Relating to Any Non-Party Witness Medical Issues (Rec. Doc. 2801)** is **DEFERRED TO TRIAL**.

New Orleans, Louisiana, this 1st day of September, 2009.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**