```
MINUTE ENTRY
CHASEZ, M.J.
SEPTEMBER 1, 2009
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         NUMBER: 07-1873

                                             SECTION: "N"(5)


                         HEARING ON MOTION


APPEARANCES:    Charles Penot, Robert Hilliard, Andy Weinstock

MOTION:

(1) Fluor's Motion for Expedited Hearing on Motion to Quash (Rec. doc. 2977);
(2) Fluor's Motion to Quash (Rec. doc. 2975).

_____ :   Continued to

_____ :   No Opposition

_____ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E


MJSTAR(00:20)

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_1\_\_ :   Granted.

_____ :   Denied.

\_\_2\_\_ :   Other. The depositions of Daryl and Daren Lemieux may be taken on dates and times to be agreed upon by counsel. Direct and cross-examination shall be limited to one hour each for each of the deponents.

 

 

                             ALMA L. CHASEZ
                      UNITED STATES MAGISTRATE JUDGE