UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION N (5)

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*All complaints filed by Hurricane Legal Center, LLC*

### HURRICANE LEGAL CENTER, LLC.'S SUPPLEMENTAL LIST OF PLAINTIFFS WHO REMAIN UNMATCHED (PRETRIAL ORDER 40)

　　With apologies to the Court, Hurricane Legal Center submits the following 25 additional names of plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named. These 25 plaintiffs have cooperated with HLC's attempt to determine the matching manufacturer and/or contractor but the results have not been successful:

| Claimant | Court Case Number |
|---|---|
| Gloria Edler | 2:09-CV04099-KDE-ALC |
| Bernard Tillman, Sr | 2:09-cv-04081-KDE-ALC |
| Fabian Berry | 2:09-cv-04081-KDE-ALC |
| Sandy Griffin-Tillman | 2:09-cv-04081-KDE-ALC |
| Santina Maria Griffin | 2:09-cv-04081-KDE-ALC |
| Sally Jones | 2:09-cv-04082-KDE-ALC |
| Darryl Boudreaux | 2:09-cv-04088-KDE-ALC |
| Charles Duckworth III | 2:09-cv-04079-KDE-ALC |
| John Henry Moore | 2:09-cv-04079-KDE-ALC |

| | |
|---|---|
| Ronald McKeever | 2:09-cv-04079-KDE-ALC |
| Vanessa Johnson Moore | 2:09-cv-04079-KDE-ALC |
| Booker Sandifer | 2:09-cv-04077-KDE-ALC |
| Anthony Maggio, Jr | 2:09-cv-04074-KDE-ALC |
| Anthony Maggio, Sr | 2:09-cv-04074-KDE-ALC |
| Emanuel Nelson | 2:09-cv-04074-KDE-ALC |
| Emmanuel Jacob | 2:09-cv-04074-KDE-ALC |
| Gloria Maggio | 2:09-cv-04074-KDE-ALC |
| Cartrina Ceaser | 6:09-cv-01006-LAF |
| Edward C. Ceaser | 6:09-cv-01006-LAF |
| Edward Ceaser III | 6:09-cv-01006-LAF |
| Edward Ceaser on behalf of Shalyr Ceaser | 6:09-cv-01006-LAF |
| Wanda Ceaser | 6:09-cv-01006-LAF |
| Charles Duckworth III | 2:09-cv-04083-KDE-ALC |
| John Henry Moore | 2:09-cv-04083-KDE-ALC |
| Vanessa Johnson Moore | 2:09-cv-04083-KDE-ALC |

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY     /s/ *Paul Y. Lee*_____
       Paul Y. Lee, #CA118981

600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)
lee@kaplanleeoc.com

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing document and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                BY      /s/ *Paul Y. Lee*
                          Paul Y. Lee, #CA118981