**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO** | | * | |
| | | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | | * | |
| *Inc., et al*, Docket No. 09-2892; | | * | |
| Alana Alexander, individually and on behalf | | * | |
| of Christopher Cooper | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Reply to Defendant Fluor Enterprises, Inc.'s ("FEI") Reply to Plaintiff's Opposition to Motion for Summary Judgment on Prescription.

**IT IS HEREBY ORDERED** that Plaintiff is hereby granted leave to file her Reply to Defendant Fluor Enterprises, Inc.'s ("FEI") Reply to Plaintiff's Opposition to Motion for Summary Judgment on Prescription.

On this  2nd  day of    September   , 2009.

_____
JUDGE

1