

U.S. Department of Justice

Civil Division, Torts Branch
Environmental Torts

---

*Adam M. Dinnell*  
*Trial Attorney*

*Ben Franklin Station, P.O. Box 340*  
*Washington, DC 20044*

January 31, 2009

**VIA FEDERAL EXPRESS &**
**E-MAIL (Cover Letter Only)**

Gerald E. Meunier  
Justin I. Woods  
Gainsburgh, Benjamin, David,  
 Meunier & Warshauer, L.L.C.  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, Louisiana 70163-2800  
(504) 522-2304

Andrew D. Weinstock  
Duplass, Zwain, Bourgeois, Morton  
 Pfister & Weinstock  
Three Lakeway Center  
3838 N. Causeway Boulevard, Suite 2900  
Metairie, Louisiana 70002  
(504) 832-3700

Re:   In re: **FEMA TRAILER FORMALDEHYDE PRODUCTS**
       **LIABILITY LITIGATION, MDL No. 07-1873 (E.D. La.)**

Dear Counsel:

As part of Plaintiffs' First Set of Merits Discovery, dated January 12, 2009, the United States was served with "Interrogatories to Governmental Defendants" and a "Request for Production of Documents to Governmental Defendants." Among other information, Plaintiffs seek to learn who installed certain FEMA housing units that were occupied by specified persons.

Without waiving any objections to the scope or content of Plaintiffs' discovery requests (including the instructions and definitions), the United States produces the following potentially responsive materials. This information is being produced well in advance of any deadlines imposed by the Federal Rules of Civil Procedure – in recognition of the parties' expressed need to match represented persons with the specific entity that installed their FEMA housing unit.

Enclosed is a CD entitled "IA-TAC Documents" (FEMA120-001085-010246), containing nearly 10,000 pages of material. These FEMA documents purportedly contain matching information for all FEMA housing unit VIN #s/bar codes and their corresponding IA TAC Contractors (the entities that installed these units).

The electronic files on the enclosed CD include five separate file folders. The first four file folders (AL, LA, MS, TX) each contain one file in portable document format (pdf). These separate files for each state reflect those FEMA housing units installed in that state as identified



EXHIBIT "A"

by VIN #/bar code and the name of the corresponding IA TAC Contractor that installed each unit. Each pdf document has been stamped with a unique identifier and has been redacted for Privacy Act information. The redacted information includes the addresses of FEMA housing unit occupants.

The documents are marked as follows:

Alabama (FEMA120-001085-001143) (describing 2,315 units)

Louisiana (FEMA120-001144-004707) (describing 90,816 units)

Mississippi (FEMA120-004708-006327) (describing 42,107 units)

Texas (FEMA120-006328-006419) (describing 4,655 units)

In addition, the first four file folders (AL, LA, MS, TX) each contain one file in Excel spreadsheet format. These spreadsheets reflect the same information contained in the pdf documents, and are being provided solely for your convenience. They should not be considered a part of the official production. All Privacy Act information that was redacted in the pdf files has been deleted from these spreadsheets.

The fifth file folder (THU Lists) contains two files in pdf format. These documents reflect a master list of FEMA housing unit stock (FEMA120-006420-010244), as well as a corresponding site code key (FEMA120-010245-010246). As with the documents discussed above, each of these documents has been stamped with a unique identifier and has been redacted for Privacy Act information. The two Excel spreadsheet files contain the same information as the pdf files, with Privacy Act information deleted, and are provided solely for your convenience.

If you have any questions, please give me a call.

Regards,

Adam M. Dinnell

Civil Division, Torts Branch
Environmental Torts
202-616-4211

Enclosure (1)

2

cc: Henry T. Miller (via e-mail, cover letter only)
　　Michelle G. Boyle (via e-mail, cover letter only)
　　Chelsea Conanan (via e-mail, cover letter only)
　　Linda J. Nelson (via e-mail, cover letter only)
　　Denise Martin (via e-mail, cover letter only)
　　Carmen Motes (via e-mail, cover letter only)

