UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*
*************************************************

### AFFIDAVIT OF JUSTIN I. WOODS

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

JUSTIN I. WOODS

who, after being first duly sworn, did depose and state:

1. Alana Alexander retained the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC to represent her in her claims, as well as those of her minor children, relative to their exposure to formaldehyde while residing in an emergency housing unit (EHU) manufactured by Gulf Stream Coach and provided by the Federal Emergency Management Agency (FEMA); and

2. On January 31, 2009, as Plaintiff's Liaison Counsel, we received from counsel for the United States, in response to discovery requests propounded on January 12, 2009, a CD entitled "IA-TAC Documents" which contained matching information for all FEMA housing unit VIN #s/ bar codes and their corresponding IA TAC Contractors. Fluor Enterprises, Inc. was identified as the IA TAC for the unit within which Alana Alexander and her minor children resided.

3. On February 27, 2009, our firm filed a Complaint for Damages naming Fluor Enterprises, Inc. as a defendant in the *Charlie Age, et al versus Gulf Stream Coach, Inc., Docket No. 09-2892*.

_____
JUSTIN I. WOODS

EXHIBIT
"B"

SWORN TO AND SUBSCRIBED before me,
this 31st day of August, 2009.

*[signature]*

GERALD E. MEUNIER, NOTARY PUBLIC
BAR ROLL NO. 9471

Gerald E. Meunier
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 9471
My commission is issued for life.