UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER AND REASONS

**IT IS ORDERED** that **Gulf Stream Coach, Inc.'s Motion in Limine to Exclude Any Testimony or Evidence of Other Lawsuits or Claims (Rec. Doc. 2799)** is **DEFERRED TO TRIAL**.

New Orleans, Louisiana, this 2nd day of September, 2009.

                                             _____
                                             KURT D. ENGELHARDT
                                             UNITED STATES DISTRICT JUDGE