## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA TRAILER** | * | **CIVIL ACTION 2:07-MD-1873** |
| **FORMALDEHYDE PRODUCTS** | | |
| **LIABILITY LITIGATION** | * | |
| | | **JUDGE ENGLEHARDT -DIV.  N** |
| | * | |
| | | **MAG. JUDGE CHASEZ - MAG. 5** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF FEMA'S INTENT TO DISPOSE OF SELECTED TEMPORARY EMERGENCY HOUSING UNITS AT FOUR (4) STORAGE FACILITIES.

Defendant United States of America, pursuant to the Court's June 29, 2009, Order and Reasons [Docket No. 2008], hereby issues this Notice to all parties that the Federal Emergency Management Agency ("FEMA") intends to dispose of various excess temporary emergency housing units ("EHUs") located at four (4) storage facilities.  Consistent with the Court's June 20, 2009, Order and Reasons [Docket No. 2008], FEMA intends to commence disposal of these EHUs beginning September 21, 2009, unless a party notifies Government Counsel through its liaison counsel by September 17, 2009, of its intent to inspect and test a specific unit.  Exhibits 1, 2, 3, and 4 are spreadsheets that identify the units planned for disposal by vehicle identification number ("VIN") and FEMA Barcode.  The spreadsheets also indicate where the EHUs are located and includes a breakdown of the number of EHUs at each location.[1]

---

[1] Contemporaneously with this filing, the United States will provide to Liaison Counsel searchable Excel spreadsheets containing the information set forth in Exhibits 1-4.  To the extent any of the units to be disposed of is a "matched" unit, a party may obtain the Excel Spreadsheet from Liaison Counsel and use it to determine if a "matched" unit is on the list of units to be disposed of by FEMA.

If a party plans to inspect or test any of the listed EHUs they should immediately notify their Liaison Counsel of their intent, and Liaison Counsel should provide to Government Counsel on or before September 17, 2009, one single list identifying any such units by location, barcode, and VIN.  Any EHUs that Liaison Counsel identifies on or before September 17, 2009, as an EHU of interest will be held by FEMA through October 19, 2009, to allow Liaison Counsel an opportunity to inspect and test the unit prior to its disposal.  Liaison Counsel should make arrangements to inspect and/or test the selected units on or before Monday, October 19, 2009.[2]  For any EHUs not identified by Liaison Counsel as an EHU of interest by September 17, 2009, FEMA will begin procedures to dispose of those EHUs on September 21, 2009.

Dated: September 2, 2009

Respectfully Submitted,

| | |
|---|---|
| TONY WEST | HENRY MILLER |
| Assistant Attorney General, | ADAM BAIN |
| Civil Division | Senior Trial Counsel |
| | |
| J PATRICK GLYNN | ADAM DINNELL |
| Director, Torts Branch, Civil Division | MICHELE GREIF |
| | |
| DAVID S. FISHBACK | Trial Attorneys |
| Assistant Director | |
| | //S// *Jonathan R. Waldron* |
| | JONATHAN R. WALDRON |
| OF COUNSEL: | (IL. Bar No. 6292058) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |

---

[2] Liaison Counsel was previously provided a list of site addresses and hours of operation for each of the FEMA facilities where EHUs are located.  Each site will grant access for testing one hour after the site opens and all parties must depart the site one hour before the site closes.  FEMA requires specific testing information (see Exhibit 5 as a sample), in addition to notice of the individuals to be present for testing and signed Hold Harmless / Indemnity Agreements, no less than 72 hours prior to testing (three business days).

FEMA/DHS  
Department of Homeland Security  
Washington, D.C. 20472

Washington, D.C. 20004  
Attorney Telephone: (202) 307-2091  
Jonathan.Waldron@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.