Frostburg, MD - 429 Units

| BARCODE | VIN NUMBER |
|---|---|
| 118384 | 1NL1GTR2751069379 |
| 118484 | 4X4TCKH215P094078 |
| 118497 | '4YDT32B2X5E315233' |
| 119559 | 4X4TSMH275J014770 |
| 119794 | '1EB1T322056009179' |
| 119936 | 4X4TWDH245R333839 |
| 120013 | '4YDT32B275E315304' |
| 120029 | '1EB1F322652971520' |
| 120058 | 1NL1GTR2851064014 |
| 120148 | '1EB1T322156009210' |
| 120244 | 1NL1GTR2451062261 |
| 120320 | 4X4TWDH215A234989 |
| 120392 | 1NL1GTR2151062265 |
| 145111 | '1EB1T322556009789' |
| 145178 | 1NL1GTR2151064968 |
| 145329 | 1NL1GTR2351069394 |
| 145612 | 5L4TF332653008662 |
| 145668 | 5L4TF332753008685 |
| 174905 | '1EB1T322156009238' |
| 174968 | 4X4TSMH255J014864 |
| 175074 | 1NL1GTR2051062306 |
| 175188 | 4X4TWDH255A235076 |
| 175295 | 1NL1GTR2451062356 |
| 175458 | '1EB1F322152971618' |
| 175872 | 1NL1GTR2851064076 |
| 175923 | 1NL1GTR2951062370 |
| 176826 | 1TC2B066353000843 |
| 176900 | 1NL1GTR2351021197 |
| 177244 | 1NL1GTR2151069300 |
| 551312 | '1EB1F322054007239' |
| 691762 | 1NL1GTR2951064202 |
| 691765 | '4YDT32B235E315459' |
| 691946 | 1NL1GTR2551062494 |
| 692008 | 1NL1GTR2451012329 |
| 692012 | 1NL1GTR2651064304 |
| 692016 | 1NL1GTR2451064267 |
| 692054 | '4YDT32B225E315484' |
| 692056 | '4YDT32B215E315492' |
| 695282 | 4X4TWDH235A234847 |
| 712171 | '1EB1F322252971627' |
| 727528 | 4X4TWDH265R333700 |
| 727570 | 1NL1GTR2751061539 |
| 727632 | 1NL1GTR2451061904 |
| 727748 | 4X4TWDH295A234903 |
| 727806 | 4X4TWDH225A234919 |
| 727908 | 4X4TWDH215A234944 |
| 727933 | 1NL1GTR2351063935 |
| 727953 | 1NL1GTR2X51063950 |
| 728010 | 4X4TWDH205R333935 |
| 728131 | 4X4TSMH295J014723 |

Exhibit 3

| | |
|---|---|
| 728162 | '1EB1T322556009131' |
| 728228 | 4X4TWDH255R333946 |
| 728251 | 4X4TSMH225J014742 |
| 728271 | 1NL1GTR2851062098 |
| 728392 | 4X4TCKH295P094054 |
| 728418 | 1NL1GTR2451062115 |
| 728454 | 4X4TWDH235A234976 |
| 1032809 | 1NL1GTR2851062585 |
| 1037327 | '1EB1T322956009763' |
| 1037341 | '1EB1T322256009765' |
| 1037342 | '1EB1T322456009766' |
| 1037423 | 1NL1GTR2251021644 |
| 1037800 | 1NL1GTR2151064338 |
| 1038165 | 1NL1GTR2451064463 |
| 1038225 | 1NL1GTR2651062813 |
| 1038230 | 1NL1GTR2051063018 |
| 1038267 | 1NL1GTR2651063055 |
| 1038487 | 1NL1GTR2151020713 |
| 1039783 | 1NL1GTR2251021028 |
| 1039794 | 1NL1GTR2851068676 |
| 1039920 | 1NL1GTR2451068707 |
| 1039957 | 1NL1GTR2251021093 |
| 1040148 | '1UJBJ02R951EM0885' |
| 1041374 | 1NL1GTR2151065148 |
| 1041397 | 1NL1GTR2951021785 |
| 1041518 | 4YDT320205N121037 |
| 1041997 | 1NL1GTR2051021237 |
| 1042135 | 4YDT320275N120922 |
| 1042153 | 4YDT320225N120942 |
| 1042284 | 1NL1GTR2951065124 |
| 1043119 | 1NL1GTR2951064944 |
| 1043125 | 1NL1GTR2251064946 |
| 1043222 | '1EB1F322054008715' |
| 1043224 | '1EB1F322654008718' |
| 1043801 | '1EB1F322254008649' |
| 1054069 | '1EB1T322756009695' |
| 1054118 | '1EB1T322456009704' |
| 1054119 | '1EB1T322056009716' |
| 1054173 | 1NL1GTR2351021104 |
| 1055153 | 1NL1GTR2451068495 |
| 1055189 | 1NL1GTR2551020777 |
| 1055213 | 1NL1GTR2351068505 |
| 1055216 | 1NL1GTR2751068474 |
| 1055349 | 1NL1GTR2451020916 |
| 1055353 | 1NL1GTR2151020873 |
| 1055376 | 1NL1GTR2151012661 |
| 1055411 | 1NL1GTR2151012689 |
| 1055436 | 1NL1GTR2551020956 |
| 1055445 | 1NL1GTR2851068659 |
| 1055757 | 1SABS02N151DZ1329 |
| 1055815 | 1NL1GTR2651069048 |

| | |
|---:|---|
| 1057251 | 1NL1GTR2551068263 |
| 1057258 | 1NL1GTR2051068283 |
| 1058000 | 1NL1GTR2151012692 |
| 1058398 | 1NL1GTR2351020969 |
| 1058850 | 1NL1GTR2151064677 |
| 1058967 | '4YDT32B265E316279' |
| 1059843 | 1NL1GTR2151021344 |
| 1059998 | 1NL1GTR2051069336 |
| 1105761 | 1NL1GTR2361022786 |
| 1105832 | 1NL1GTR2561022806 |
| 1105838 | 1NL1GTR2461073472 |
| 1105896 | 1NL1GTR2861013842 |
| 1105983 | 1NL1GTR2861022864 |
| 1106000 | 1NL1GTR2561073609 |
| 1106386 | 1NL1GTR2861066315 |
| 1106557 | 1NL1GTR2061073758 |
| 1106826 | 1NL1GTR2661073876 |
| 1107124 | 1NL1GTR2561050038 |
| 1107484 | 1NL1GTR2561066479 |
| 1107659 | 1NL1GTR2761023164 |
| 1107859 | 1NL1GTR2061074151 |
| 1107952 | 1NL1GTR2561066594 |
| 1107997 | 1NL1GTR2261050109 |
| 1108112 | 1NL1GTR2561074159 |
| 1108171 | 1NL1GTR2261066651 |
| 1108233 | 1NL1GTR2861050129 |
| 1108413 | 1NL1GTR2161074224 |
| 1108584 | 1NL1GTR2361023324 |
| 1109301 | 1NL1GTR2961066842 |
| 1109473 | 1NL1GTR2161074594 |
| 1109564 | 1NL1GTR2661023477 |
| 1109751 | 1NL1GTR2461074606 |
| 1109859 | 1NL1GTR2461066926 |
| 1110158 | 1NL1GTR2X61066994 |
| 1110367 | 1NL1GTR2461023610 |
| 1110561 | 1NL1GTR2561067017 |
| 1111136 | 1NL1GTR2261001542 |
| 1111690 | 1NL1GTR2X61002096 |
| 1112681 | 1NL1GTR2661030669 |
| 1113455 | 1NL1GTR2X61040315 |
| 1113484 | 1NL1GTR2861014926 |
| 1113497 | 1NL1GTR2661014939 |
| 1113514 | 1NL1GTR2661014956 |
| 1113695 | 1NL1GTR2261015053 |
| 1114177 | 1NL1GTR2761030793 |
| 1114507 | 1NL1GTR2461074993 |
| 1114628 | 1NL1GTR2661067205 |
| 1114634 | 1NL1GTR2161067211 |
| 1114861 | 1NL1GTR2761050476 |
| 1114894 | 1NL1GTR2X61075050 |
| 1115006 | 1NL1GTR2261035173 |

| | |
|---|---|
| 1115594 | 1NL1GTR2261024058 |
| 1115647 | 1NL1GTR2261050546 |
| 1116064 | 1NL1GTR2961082062 |
| 1116155 | 1NL1GTR2461075173 |
| 1116736 | 1NL1GTR2761015453 |
| 1117176 | 1NL1GTR2761045066 |
| 1117284 | 1NL1GTR2261031222 |
| 1117631 | 1NL1GTR2861024274 |
| 1117693 | 1NL1GTR2761035413 |
| 1117694 | 1NL1GTR2X61082127 |
| 1117712 | 1NL1GTR2161082145 |
| 1118010 | 1NL1GTR2261031382 |
| 1118052 | 1NL1GTR2161075244 |
| 1118184 | 1NL1GTR2461031402 |
| 1118209 | 1NL1GTR2961031427 |
| 1118335 | 1NL1GTR2761035508 |
| 1119081 | 1NL1GTR2061035625 |
| 1119222 | 1NL1GTR2761077144 |
| 1119255 | 1NL1GTR2661024578 |
| 1119558 | 1NL1GTR2661024662 |
| 1119721 | 1NL1GTR2161082372 |
| 1119762 | 1NL1GTR2361035702 |
| 1119801 | 1NL1GTR2061035625 |
| 1120055 | 1NL1GTR2061015679 |
| 1120101 | 1NL1GTR2961045117 |
| 1120315 | 1NL1GTR2561015774 |
| 1120564 | 1NL1GTR2061041182 |
| 1120671 | 1NL1GTR2861041236 |
| 1121275 | 1NL1GTR2861082434 |
| 1122088 | 1NL1GTR2461025180 |
| 1122173 | 1NL1GTR2761051191 |
| 1122536 | 1NL1GTR2861025263 |
| 1125140 | 1NL1GTR2361016468 |
| 1125392 | 1NL1GTR2861045707 |
| 1125838 | 1NL1GTR2161016727 |
| 1126364 | 1NL1GTR2161067743 |
| 1126511 | 1NL1GTR2761025626 |
| 1127187 | 1NL1GTR2461077893 |
| 1127825 | 1NL1GTR2461025874 |
| 1128433 | 1NL1GTR2561026001 |
| 1128677 | 1NL1GTR2261068092 |
| 1131105 | 1NL1GTR2261033276 |
| 1145070 | 4X4TCKD264P091911 |
| 1146811 | 1UJBJ02P961JY0128 |
| 1153732 | 4X4TWDH226P100350 |
| 1153744 | 4X4TWDH296P194627 |
| 1154171 | '1KB131L236E159255' |
| 1165766 | 1UJBJ02NX51JP0270 |
| 1173058 | 5CZ200R2361118966 |
| 1193862 | 1KB131L246W159730 |
| 1197525 | 4X4TSMH256J030337 |

| | |
|---|---|
| 1198445 | '1EB1F322662491141' |
| 1199125 | 4X4TWDH246P100797 |
| 1200533 | 4X4TWDH2X6P100741 |
| 1201571 | 4X4TCKD256P099923 |
| 1210552 | 1NL1VTP2921047582 |
| 1210555 | 4YDT301235A220378 |
| 1210556 | 1TC2B152561503338 |
| 1210698 | 4WT12S2661602804 |
| 1210699 | 1TC2B153661508850 |
| 1210701 | 1NL1GTR2351069461 |
| 1210703 | '4YDT31B296E320368' |
| 1210705 | '1SE200P206H000292' |
| 1210706 | 5CZ200P2061127305 |
| 1210708 | '1UJBJ02P861EN0579' |
| 1210710 | 1NL1VTR2341055230 |
| 1210711 | 4V0TC30216B007324 |
| 1210712 | '1KB131L286E159199' |
| 1210713 | '4X4TWDE2X4R331922' |
| 1210714 | 1UJBJ02P361JN0140 |
| 1210715 | '4X4TWDE286J047237' |
| 1210717 | 1TC2B969161509938 |
| 1210718 | 1NL1GTR2451020429 |
| 1210720 | 1TC2B969661308326 |
| 1211866 | '1EB1F322954007286' |
| 1211867 | 5L4TF332763020014 |
| 1211868 | 1TC2B969X61509842 |
| 1211870 | 1NL1GTR2361016731 |
| 1211871 | 1NL1GTR2461077604 |
| 1211875 | 1NL1GTR2661014021 |
| 1211876 | 1NL1GTR2661001771 |
| 1211877 | 1NL1GTR2361016132 |
| 1211878 | 1NL1GTR2X61014488 |
| 1211879 | 1NL1GTR2861066685 |
| 1211880 | 1NL1VTR2961047956 |
| 1211882 | 47CTCRS296C653178 |
| 1211883 | 1NL1GTR2461023087 |
| 1211885 | 47CTA2P246L116319 |
| 1211886 | 1NL1GTR2261043306 |
| 1211887 | 1NL1GTR2461028841 |
| 1211888 | 1NL1VTR2361084632 |
| 1211889 | 1NL1GTR2361073401 |
| 1211891 | 1NL1GTR2661038514 |
| 1211892 | 1NL1GTR2161035388 |
| 1211893 | 1NL1GTR2761046668 |
| 1211895 | 1NL1GTR2861033475 |
| 1211896 | 1NL1GTR2361023579 |
| 1211903 | 1KB131L286W161562 |
| 1211904 | 1NL1GTR2261018468 |
| 1211906 | 1NL1VTR2361044535 |
| 1211908 | 1NL1VTR2361084596 |
| 1211911 | 1NL1GTR2461026930 |

| | |
|---|---|
| 1211912 | 1NL1VTR2661054430 |
| 1211913 | 1NL1VTR2761048507 |
| 1211914 | 1NL1GTR2961018371 |
| 1211915 | 1NL1GTR2X61033476 |
| 1211916 | 1NL1GTR2661068256 |
| 1211917 | 1NL1GTR2961053055 |
| 1211918 | 1NL1GTR2761046315 |
| 1211921 | 1NL1GTR2761016067 |
| 1211923 | 1TC2B969461001916 |
| 1211925 | '1EF1C312266011243' |
| 1211927 | 4X4TWDH206P195486 |
| 1211928 | 1TC2B969863001549 |
| 1211929 | 1NL1GTR2151062539 |
| 1211930 | 4X4TWDH236P194901 |
| 1211931 | 1SABS02R061CK6831 |
| 1211932 | 4VOTC31226F000518 |
| 1211933 | '4X4TWDE284R332065' |
| 1211934 | '47CTFEP206M424343' |
| 1211936 | 4X4TWDG246A237758 |
| 1211937 | 1TC2B969666101454 |
| 1211938 | 4X4TWDF296JO46967 |
| 1211941 | 5L4TF332963014733 |
| 1211942 | 4YDT30R286G918939 |
| 1211943 | 4X4TWDF206J046999 |
| 1211944 | '5SFBT30216E001878' |
| 1211945 | 4WYT02K2X51205579 |
| 1211946 | 5L4TF332863019955 |
| 1211947 | '4X4TWDE274R332011' |
| 1211948 | '1SE200P226H000455' |
| 1211949 | 4WYT1282961603946 |
| 1211951 | '1EB1T322X56010095' |
| 1231301 | 1KB131L246W161994 |
| 1233497 | 4X4TWDH286P194845 |
| 1233719 | '1KB131L296E159552' |
| 1234320 | 5CZ200R2061119086 |
| 1234484 | 5L4TF332363013898 |
| 1234698 | 1KB131L216W161578 |
| 1240069 | '2EB1F322X66503312' |
| 1242725 | 5L4TF332163014855 |
| 1243980 | 1TC2B970X63001651 |
| 1245650 | 4WYT32M2261502108 |
| 1245740 | '5SFBT30296E002308' |
| 1246041 | 5L4TF332863023746 |
| 1249027 | 5L4TF332863015968 |
| 1249422 | 1TC2B969261001607 |
| 1250152 | '1KB131L286E159574' |
| 1250216 | 4X4TWDH286P006938 |
| 1250230 | 4X4TWDH266P195296 |
| 1250423 | 5L4TF332063014250 |
| 1250775 | 5L4TF332763014259 |
| 1251489 | '1EB1F322162491418' |

FEMA174-000162

| | |
|---|---|
| 1255336 | 5L4TF332863020538 |
| 1265022 | '1KB131L206E159519' |
| 1265504 | 4YDT320246C128571 |
| 1265543 | 4YDT320296C128629 |
| 1265842 | 1UJBJ02P861JY0444 |
| 1275502 | '1KB131L216E161814' |
| 1278805 | 1NL1GTR2061042364 |
| 1279003 | 1NL1GTR2261042415 |
| 1287660 | 1UJBJ02P061JY0518 |
| 1291077 | 1NL1GTR2661033541 |
| 1291364 | 1NL1GTR2261037635 |
| 1291551 | 1NL1GTR2561078373 |
| 1294491 | 1NL1GTR2261018289 |
| 1294853 | 1NL1GTR2961018371 |
| 1294876 | 1NL1GTR2X61018394 |
| 1295652 | 1NL1GTR2X61052691 |
| 1296395 | 1NL1GTR2861038207 |
| 1296506 | 1NL1GTR2961034151 |
| 1304219 | 1KB131L216W163122 |
| 1348353 | 1NL1GTR2961053332 |
| 1349177 | 1NL1GTR2361034937 |
| 1349247 | 1NL1VTR2861053490 |
| 1349467 | 1NL1GTR2461060016 |
| 1349499 | 1NL1VTR2061053516 |
| 1350004 | 1NL1GTR2061018422 |
| 1351958 | 1NL1GTR2361019032 |
| 1352088 | INL1VTR2461044382 |
| 1352275 | INL1VTR2X61044449 |
| 1352371 | INL1VTR2661019235 |
| 1352382 | INL1GTR2061019246 |
| 1352393 | INL1VTR2661044478 |
| 1352414 | INL1VTR2361044499 |
| 1352451 | INL1VTR2261048415 |
| 1352858 | 1NL1GTR2361064252 |
| 1352896 | 1NL1GTR2661060180 |
| 1355107 | 1NL1VTR2861060570 |
| 1355928 | 1NL1VTR2X61084823 |
| 1356560 | INL1VTR2861054235 |
| 1356561 | INL1VTR2X61054236 |
| 1356565 | 1NL1VTR2161054240 |
| 1356567 | INL1VTR2561054242 |
| 1356568 | INL1VTR2761054243 |
| 1356569 | INL1VTR2961054244 |
| 1356570 | INL1VTR2061054245 |
| 1356571 | INL1VTR2261054246 |
| 1356572 | INL1VTR2461054247 |
| 1356575 | INL1VTR2461054250 |
| 1356576 | INL1VTR2661054251 |
| 1356577 | INL1VTR2861054252 |
| 1356578 | INL1VTR2X61054253 |
| 1356579 | INL1VTR2161054254 |

| | |
|---|---|
| 1356667 | 1NL1VTR2861065025 |
| 1356693 | INL1VTR2361054255 |
| 1356694 | INL1VTR2561054256 |
| 1356695 | INL1VTR2761054257 |
| 1356701 | 1NL1VTR2261054263 |
| 1356704 | INL1VTR2861054266 |
| 1356705 | INL1VTR2X61054267 |
| 1356706 | INL1VTR2161054268 |
| 1356707 | INL1VTR2361054269 |
| 1356708 | INL1VTR2X61054270 |
| 1356709 | INL1VTR2161054271 |
| 1356714 | INL1VTR2061054276 |
| 1356715 | INL1VTR2261054277 |
| 1356722 | INL1VTR2X61054284 |
| 1356723 | INL1VTR2161054285 |
| 1356725 | INL1VTR2561054287 |
| 1356727 | INL1VTR2961054289 |
| 1356728 | INL1VTR2561054290 |
| 1356732 | INL1VTR2261054294 |
| 1356870 | INL1VTR2861054297 |
| 1356882 | INL1VTR2061054309 |
| 1356883 | INL1VTR2761054310 |
| 1356887 | INL1VTR2461054314 |
| 1357174 | 1NL1GTR2161028926 |
| 1357553 | INL1VTR2461044527 |
| 1357573 | INL1VTR2X61044547 |
| 1357625 | INL1GTR2X61019299 |
| 1357632 | 1NL1GTR2361019306 |
| 1357633 | INL1GTR2561019307 |
| 1357674 | INL1GTR2461048528 |
| 1357679 | INL1VTR2861048533 |
| 1357680 | INL1VTR2X61048534 |
| 1357682 | INL1VTR2361048536 |
| 1357683 | INL1VTR2561048537 |
| 1357710 | INL1VTR2261044574 |
| 1357719 | INL1VTR2361044583 |
| 1357743 | INL1VTR2261044607 |
| 1357749 | INL1GTR2061019313 |
| 1357755 | INL1GTR2161019319 |
| 1357757 | INL1GTR2X61019321 |
| 1357779 | INL1VTR2861044613 |
| 1357780 | 1NL1VTR2X61044614 |
| 1357786 | INL1VTR2561044620 |
| 1357789 | INL1VTR2061044623 |
| 1357796 | 1NL1VTR2861044630 |
| 1357820 | INL1VTR2561048554 |
| 1357824 | INL1VTR2261048558 |
| 1357829 | INL1VTR2661048563 |
| 1357834 | INL1VTR2561048568 |
| 1357849 | INL1VTR2161048583 |
| 1357862 | INL1GTR2861019351 |

FEMA174-000164

| | |
|---|---|
| 1357889 | INL1VTR2861044658 |
| 1357890 | INL1VTR2X61044659 |
| 1357901 | 1NL1VTR2961044670 |
| 1357902 | INL1VTR2061044671 |
| 1357910 | INL1VTR2561044679 |
| 1357926 | INL1VTR2361044695 |
| 1357983 | INL1VTR2261048592 |
| 1357984 | INL1VTR2461048593 |
| 1358018 | INL1VTR2561048635 |
| 1358026 | INL1VTR2461048643 |
| 1358038 | INL1VTR2061048655 |
| 1358041 | INL1VTR2661048658 |
| 1358066 | INL1VTR2361044728 |
| 1358541 | 1NL1VTR2861044983 |
| 1360150 | 1NL1VTR2561065290 |
| 1360472 | 1NL1VTR2561061322 |
| 1360694 | 1NL1GTR2061029517 |
| 1373775 | 4V0TC31246F001220 |
| 1375264 | 5L4TF332663023843 |
| 1375588 | 4CJ1F322966013706 |
| 1375714 | 4CJ1F322966013687 |
| 1376240 | '1EB1F322154008383' |