## Craig Field, AL - 148 Units

| Barcode | VIN |
|---------|-----|
| 1039875 | 1NL1GTR2451012721 |
| 1042149 | 4YDT3202X5N120946 |
| 1059890 | 1NL1GTR2951021284 |
| 1105868 | 1NL1GTR2261073597 |
| 1106129 | 1NL1GTR2961013882 |
| 1106159 | 1NL1GTR2761066242 |
| 1106854 | 1NL1GTR2761073806 |
| 1107138 | 1NL1GTR2861030091 |
| 1107367 | 1NL1GTR2161050053 |
| 1107462 | 1NL1GTR2661030140 |
| 1108480 | 1NL1GTR2X61014247 |
| 1108880 | 1NL1GTR2261023394 |
| 1109135 | 1NL1GTR2361066805 |
| 1109535 | 1NL1GTR2261030524 |
| 1109712 | 1NL1GTR2761030566 |
| 1109870 | 1NL1GTR2661074624 |
| 1109870 | 1NL1GTR2661074624 |
| 1110123 | 1NL1GTR2861066959 |
| 1111069 | 1NL1GTR2261001475 |
| 1111280 | 1NL1GTR2461001686 |
| 1111353 | 1NL1GTR2561001759 |
| 1111426 | 1NL1GTR2061001832 |
| 1111890 | 1NL1GTR2761002296 |
| 1112152 | 1NL1GTR2061002558 |
| 1112543 | 1NL1GTR2161035066 |
| 1112910 | 1NL1GTR2961050379 |
| 1113011 | 1NL1GTR2X61040122 |
| 1113534 | 1NL1GTR2161014976 |
| 1113593 | 1NL1GTR2361040379 |
| 1114037 | 1NL1GTR2261035089 |
| 1114235 | 1NL1GTR2961023795 |
| 1114552 | 1NL1GTR2161023872 |
| 1115469 | 1NL1GTR2061035236 |
| 1116071 | 1NL1GTR2061082069 |
| 1116420 | 1NL1GTR2461040648 |
| 1116447 | 1NL1GTR2761040675 |
| 1117447 | 1NL1GTR2261024223 |
| 1117644 | 1NL1GTR2661030848 |
| 1117956 | 1NL1GTR2961075296 |
| 1119123 | 1NL1GTR2361031598 |
| 1119262 | 1NL1GTR2361024585 |
| 1119316 | 1NL1GTR2861031662 |
| 1119634 | 1NL1GTR2961050950 |
| 1120636 | 1NL1GTR2461015894 |
| 1121132 | 1NL1GTR2161024746 |
| 1122147 | 1NL1GTR2X61077557 |
| 1122210 | 1NL1GTR2361025235 |
| 1122528 | 1NL1GTR2161032135 |
| 1122551 | 1NL1GTR2X61025278 |

Exhibit 4

| | |
|---|---|
| 1122962 | 1NL1GTR2761045424 |
| 1122996 | 1NL1GTR2361016244 |
| 1123029 | 1NL1GTR2961016278 |
| 1123620 | 1NL1GTR2761067522 |
| 1123806 | 1NL1GTR2X61025331 |
| 1123838 | 1NL1GTR2161082615 |
| 1123961 | 1NL1GTR2861032195 |
| 1124712 | 1NL1GTR2961025496 |
| 1126333 | 1NL1GTR2961082796 |
| 1126437 | 1NL1GTR2961032447 |
| 1126585 | 1NL1GTR2661032454 |
| 1127034 | 1NL1GTR2761025738 |
| 1127538 | 1NL1GTR2661051599 |
| 1128589 | 1NL1GTR2261026022 |
| 1129198 | 1NL1GTR2761036867 |
| 1129272 | 1NL1GTR2961051872 |
| 1129346 | 1NL1GTR2361032914 |
| 1130330 | 1NL1GTR2661083226 |
| 1130451 | 1NL1GTR2261037151 |
| 1130573 | 1NL1GTR2X61083259 |
| 1130738 | 1NL1GTR2861037199 |
| 1277657 | 1NL1GTR2261045993 |
| 1278116 | 1NL1GTR2561046135 |
| 1278299 | 1NL1GTR2461017127 |
| 1278619 | 1NL1GTR2061046320 |
| 1278910 | 1NL1GTR2361046392 |
| 1279110 | 1NL1GTR2661042482 |
| 1279182 | 1NL1GTR2561046474 |
| 1279183 | 1NL1GTR2761046475 |
| 1279546 | 1NL1GTR2061017559 |
| 1290091 | 1NL1GTR2661052249 |
| 1290098 | 1NL1GTR2161033320 |
| 1290161 | 1NL1GTR2961037339 |
| 1290355 | 1NL1GTR2361037398 |
| 1290411 | 1NL1GTR2561033398 |
| 1290417 | 1NL1GTR2761033404 |
| 1290512 | 1NL1GTR2061037455 |
| 1290752 | 1NL1GTR2361026675 |
| 1291250 | 1NL1GTR2661033572 |
| 1292151 | 1NL1GTR2961037776 |
| 1292312 | 1NL1GTR2X61026978 |
| 1292342 | 1NL1GTR2161033799 |
| 1292492 | 1NL1GTR2061052571 |
| 1292780 | 1NL1GTR2161042910 |
| 1292860 | 1NL1GTR2461046885 |
| 1292876 | 1NL1GTR2561042926 |
| 1293143 | 1NL1GTR2561017847 |
| 1293273 | 1NL1GTR2261047016 |
| 1293392 | 1NL1GTR2961043089 |
| 1293424 | 1NL1GTR2161043121 |
| 1293557 | 1NL1GTR2361018060 |

| | |
|---|---|
| 1293562 | 1NL1GTR2661043129 |
| 1293716 | 1NL1GTR2061047158 |
| 1293717 | 1NL1GTR2261047159 |
| 1294057 | 1NL1GTR2861018135 |
| 1294180 | 1NL1GTR2761047321 |
| 1294471 | 1NL1GTR2761018269 |
| 1294728 | 1NL1GTR2461018326 |
| 1295047 | 1NL1GTR2061026990 |
| 1295096 | 1NL1GTR2161033849 |
| 1295304 | 1NL1GTR2161033897 |
| 1295577 | 1NL1GTR2X61027086 |
| 1295782 | 1NL1GTR2261034010 |
| 1295785 | 1NL1GTR2861034013 |
| 1296221 | 1NL1GTR2561078907 |
| 1296384 | 1NL1GTR2761038196 |
| 1296664 | 1NL1GTR2861083843 |
| 1296720 | 1NL1GTR2061027346 |
| 1297114 | 1NL1GTR2761052938 |
| 1297251 | 1NL1GTR2461027446 |
| 1297378 | 1NL1GTR2261083918 |
| 1297495 | 1NL1GTR2X61052997 |
| 1297841 | 1NL1GTR2761027540 |
| 1298245 | 1NL1GTR2961038541 |
| 1298432 | 1NL1GTR2661003018 |
| 1298749 | 1NL1GTR2761003335 |
| 1299324 | 1NL1GTR2361002909 |
| 1347801 | 1NL1GTR2861078531 |
| 1348391 | 1NL1GTR2861068601 |
| 1348549 | 1NL1GTR2661034799 |
| 1350359 | 1NL1GTR2361043654 |
| 1350894 | 1NL1GTR2461043985 |
| 1350913 | 1NL1GTR2861047913 |
| 1351529 | 1NL1VTR2061044203 |
| 1352079 | 1NL1VTR2361044373 |
| 1352220 | 1NL1VTR2661048384 |
| 1352477 | 1NL1VTR2361048441 |
| 1352840 | 1NL1GTR2761068900 |
| 1353540 | 1NL1VTR2061053774 |
| 1353554 | 1NL1VTR2961064398 |
| 1354734 | 1NL1VTR2461064549 |
| 1354808 | 1NL1GTR2561028461 |
| 1354839 | 1NL1VTR2161053928 |
| 1355113 | 1NL1VTR2961060576 |
| 1355144 | 1NL1VTR2561060607 |
| 1355578 | 1NL1VTR2261064761 |
| 1355668 | 1NL1GTR2361028622 |
| 1356330 | 1NL1VTR2061064936 |
| 1359005 | 1NL1VTR2661090280 |

FEMA174-000168