SAMPLE: List of Plaintiffs' Units PSC Intends To Inspect and Test Prior to Disposal by FEMA

| Location of Unit | Barcode | VIN | Testing Date | Pick Up Date | Arrival Time | Estimated Departure Time | Person Testing |
|---|---|---|---|---|---|---|---|
| Baton Rouge West, LA | 1180416 | CV06AL0266939 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 728406 | GAHAF1363 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 1164144 | PH0518269 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 552197 | TC05TX0108242 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 552204 | TC05TX0108258 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 552052 | TNFL427A29562-8A33 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 551754 | TXFL412A44859-8A33 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 1054871 | GAFL407A52927 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 1263191 | FRS00168 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 1262763 | CBH015975TX | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 1261059 | ACBC06AL031180 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 1262511 | FLHMBFE1928-52520 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 119800 | GAFL435A89680 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 551754 | TXFL412A44859-8A33 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |
| Baton Rouge West, LA | 1261059 | ACBC06AL031180 | Tue. Aug. 18, 2009 | Wed. Aug. 19, 2009 | 10:30 AM -11:00 AM | 2:30 PM | Lisa Diamond & Samantha Diamond |

Exhibit 5