OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

September 3, 2009

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

Case Number:  MDL NO. 1873 "N" (5)
THIS DOCUMENT RELATES TO Allen v. DS Corp. et al
09-00416-HSO-JMR, Southern District of Mississippi

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint) (third party complaint) (other) to the following:

1. United States of America
   through the Federal Emergency Management Agency
   Office of General Counsel
   500 C Street, SW
   Washington, D.C.  20472

Very truly yours,

s/Ronnie G. Penton
Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA  70427
(985) 732-5651
Louisiana Bar Roll Number 10462