Dr. Janet Barnes
6-4-2009

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          *   MDL NO. 1873
FORMALDEHYDE PRODUCTS        *
LIABILITY LITIGATION         *   SECTION: N(5)
                             *
This Document Relates        *   JUDGE: ENGELHARDT
to: Charle AGe, et           *
al. v. Gulf Stream           *   MAG: CHASEZ
Coach Inc., et al,           *
Docket No. 09-2892           *
*************************

         Videotaped deposition of JANET DUNCAN
BARNES, M.D., M.B.A., 3600 Prytania Street,
Suite 50, New Orleans, Louisiana 70128,
taken at the offices of Lambert & Nelson,
701 Magazine Street, New Orleans, Louisiana
70130, on Thursday, the 4th, of June, 2009.


APPEARANCES:


     CHRIS PINEDO
     ATTORNEY AT LAW
     4550 Jericho
     Corpus Christi, Texas  78413
          (Representing the Plaintiffs)


     BUZBEE LAW FIRM
     (BY:  Peter K. Taaffe, Esquire)
     600 Travis, Suite 7300
     Houston, Texas  77002
          (Representing the Plaintiffs)

Page 93

1   asked and answered.
2   MR. WEINSTOCK:
3           If you can tell me the answer, I
4   will withdraw my question.
5   THE WITNESS:
6           All these articles support that.
7   Significantly greater prevalence rates
8   of asthma and chronic bronchitis were
9   found in children from houses with
10  formaldehyde levels 60 to 120 than in
11  those less exposed, especially in
12  children also exposed to an
13  environmental tobacco smoke.  The
14  effects on asthmatic children exposed
15  to formaldehyde below that were
16  greater than in healthier ones.
17          So those kids who have asthma,
18  of course, can have permanent damage.
19  They're more likely because they
20  already have a genetic -- this kid has
21  a genetic disposition to it.  He -- he
22  may not be taking his medicines as
23  recommended based on the myth that you
24  outgrow it.
25          You want to know about the

1          articles, but all the articles support
2          the fact that kids who are exposed to
3          formaldehyde have problems and
4          significant problems and that -- even
5          in some of them, that it's recommended
6          that, you know, that this shouldn't be.
7    BY MR. WEINSTOCK:
8          Q.    How do you in --
9          A.    Even at -- even at low, even at
10   low formaldehyde levels, there is a response
11   to it --
12         Q.    How do you measure permanent --
13         A.    -- particular problems.
14         Q.    How do you measure permanent
15   epithelial damage?
16         A.    How do I measure it?
17         Q.    How do you measure it?
18         A.    That's something that you look
19   on a microscope -- a microscope and find.
20         Q.    Which of these studies looked on
21   the microscope and found that formaldehyde
22   caused permanent epithelial damage?
23         A.    An asthmatic already has the
24   potential for epithelial damage if it's not
25   treated properly, and this child was not

Dr. Janet Barnes
6-4-2009

Page 95

1  taking his.  He was taking it as an as-needed
2  basis in a trailer that is filled with
3  formaldehyde material, whose mom initially
4  could not take the odor, was irritated, the
5  nasal, eyes, or whatever.
6            The mother and the daughter, I
7  did not have as -- as -- as many problems as
8  this child, who has asthma and who had had
9  severe problems with his asthma as a very
10 young child.
11           Now, you're talking about these
12 articles, but I'm talking about a child
13 who's been exposed to formaldehyde who is
14 more than likely going to have permanent
15 damage because it's an irritant.  It's a
16 chemical.
17           It's just like if I had a
18 chemical burn, whether it was superficial,
19 whether it was second-degree burn, third-
20 degree, once you get it, it's permanent.
21 It -- it's a scar there.
22           He has dysfunctional vocal
23 cords.  He's -- he -- he has no evidence
24 that he's allergic to a lot of the things
25 that were going on in New Orleans such as --

Page 96

1  as mold.
2          And whether you refer back to
3  these articles or whatever, in my opinion,
4  Christopher Cooper, knowing the outcome of
5  asthmatics who are not properly treated at
6  all times and if they are exposed to whether
7  it's the weather, whether it's to aero-
8  allergens, whether it's to irritants,
9  whether it's to exertion, they have the
10 potential to -- after having been exposed to
11 formaldehyde could have permanent damage.
12      Q.   Doctor, which of these studies
13 show that formaldehyde caused permanent
14 epithelial damage?  It's a very simple
15 question.
16      MR. PINEDO:
17          Objection, asked and answered.
18 BY MR. WEINSTOCK:
19      Q.   I didn't ask you about what you
20 think of Chris Cooper.
21      MR. PINEDO:
22          Please don't berate the witness.
23 BY MR. WEINSTOCK:
24      Q.   Which of these studies
25 demonstrate that formaldehyde exposure