UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                 MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER AND REASONS

Before the Court is the Motion in Limine of Fluor Enterprises, Inc. (Rec. Doc. 2893). In this motion, Fluor Enterprises, Inc. ("Fluor") requests that this Court (1) preclude reference to Fluor's financial condition or money paid to Fluor under the IA/TAC; (2) exclude reference to Fluor as a "no bid" contractor, or the IA/TAC as a "no bid" contract; and (3) exclude the Department of Homeland Security, Office of Inspector's report: "Hurricane Katrina temporary housing technical assistance contracts" dated August, 2008.

After considering the memoranda of the parties and the applicable law, this Court grants Fluor's motion in its entirety. Notably, this is a products liability case about two individuals who were provided emergency housing after Hurricane Katrina, resided in that housing, and who claim to have been injured as a result. This case is not about government procurement policies or about multimillion dollar government contracts that were entered into to satisfy a mass monolithic housing need.

Considering the foregoing, **IT IS ORDERED** the Motion in Limine of Fluor Enterprises, Inc. (Rec. Doc. 2893) is **GRANTED**.

New Orleans, Louisiana, this 2nd day of September, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**