UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## **ORDER**

**IT IS ORDERED** the **Motion to Review Magistrate Judge's Order (Rec. Doc. 2896)** is

**DENIED**.  Responsive e-documents are due immediately.

New Orleans, Louisiana, this 2nd day of September, 2009.

                                                 **KURT D. ENGELHARDT**
                                                 **UNITED STATES DISTRICT JUDGE**