# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LENA BIGNER, ET AL** | **DOCKET NUMBER 09-4779** |
| **VERSUS** | |
| **AMERICAN CAMPER MANUFACTURING, LLC., ET AL** | **SECTION "N" MAG. (5)** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for Philips Products, Inc., as well as the substance of a previously filed and uncontested Motion for Summary Judgment filed by this Defendant in a related matter, (*see* Document Numbers 779 and 893) that this Defendant has never manufactured, brokered, sold or supplied EHU's, but rather sold only certain component parts for use in recreational vehicles, none of which incorporated any formaldehyde-containing materials, hereby give notice of Named Plaintiffs' voluntary dismissal of all claims asserted within the Eastern District of Louisiana against Philips Products, Inc., in the above entitled suit, previously filed in these proceedings.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE         :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL        :        rgp@rgplaw.com

DENNIS SWEET
SWEET & ASSOCIATES
158 EAST PASCAGOULA STREET
JACKSON, MISSISSIPPI  39201
PHONE         :        (601) 965-8700
TELECOPIER:        (601) 965-8719
E-MAIL        :        dennis.sweet@sweetandassociates.net


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

**CERTIFICATE OF SERVICE**

      I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

      September 3, 2009.

                                    s/Ronnie G. Penton
                                    Ronnie G. Penton