Dr. Janet Barnes
6-4-2009

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates | * | JUDGE: ENGELHARDT |
| to: Charle AGe, et | * | |
| al. v. Gulf Stream | * | MAG: CHASEZ |
| Coach Inc., et al, | * | |
| Docket No. 09-2892 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

     Videotaped deposition of JANET DUNCAN BARNES, M.D., M.B.A., 3600 Prytania Street, Suite 50, New Orleans, Louisiana 70128, taken at the offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70130, on Thursday, the 4th, of June, 2009.

APPEARANCES:

    CHRIS PINEDO
    ATTORNEY AT LAW
    4550 Jericho
    Corpus Christi, Texas  78413
        (Representing the Plaintiffs)

    BUZBEE LAW FIRM
    (BY:  Peter K. Taaffe, Esquire)
    600 Travis, Suite 7300
    Houston, Texas  77002
        (Representing the Plaintiffs)

1    asked and answered.
2    MR. WEINSTOCK:
3            If you can tell me the answer, I
4    will withdraw my question.
5    THE WITNESS:
6            All these articles support that.
7    Significantly greater prevalence rates
8    of asthma and chronic bronchitis were
9    found in children from houses with
10   formaldehyde levels 60 to 120 than in
11   those less exposed, especially in
12   children also exposed to an
13   environmental tobacco smoke. The
14   effects on asthmatic children exposed
15   to formaldehyde below that were
16   greater than in healthier ones.
17           So those kids who have asthma,
18   of course, can have permanent damage.
19   They're more likely because they
20   already have a genetic -- this kid has
21   a genetic disposition to it. He -- he
22   may not be taking his medicines as
23   recommended based on the myth that you
24   outgrow it.
25           You want to know about the

Dr. Janet Barnes
6-4-2009

Page 94

```
 1         articles, but all the articles support
 2         the fact that kids who are exposed to
 3         formaldehyde have problems and
 4         significant problems and that -- even
 5         in some of them, that it's recommended
 6         that, you know, that this shouldn't be.
 7    BY MR. WEINSTOCK:
 8         Q.    How do you in --
 9         A.    Even at -- even at low, even at
10    low formaldehyde levels, there is a response
11    to it --
12         Q.    How do you measure permanent --
13         A.    -- particular problems.
14         Q.    How do you measure permanent
15    epithelial damage?
16         A.    How do I measure it?
17         Q.    How do you measure it?
18         A.    That's something that you look
19    on a microscope -- a microscope and find.
20         Q.    Which of these studies looked on
21    the microscope and found that formaldehyde
22    caused permanent epithelial damage?
23         A.    An asthmatic already has the
24    potential for epithelial damage if it's not
25    treated properly, and this child was not
```

1  taking his.  He was taking it as an as-needed
2  basis in a trailer that is filled with
3  formaldehyde material, whose mom initially
4  could not take the odor, was irritated, the
5  nasal, eyes, or whatever.
6            The mother and the daughter, I
7  did not have as -- as -- as many problems as
8  this child, who has asthma and who had had
9  severe problems with his asthma as a very
10 young child.
11           Now, you're talking about these
12 articles, but I'm talking about a child
13 who's been exposed to formaldehyde who is
14 more than likely going to have permanent
15 damage because it's an irritant.  It's a
16 chemical.
17           It's just like if I had a
18 chemical burn, whether it was superficial,
19 whether it was second-degree burn, third-
20 degree, once you get it, it's permanent.
21 It -- it's a scar there.
22           He has dysfunctional vocal
23 cords.  He's -- he -- he has no evidence
24 that he's allergic to a lot of the things
25 that were going on in New Orleans such as --

1   as mold.
2              And whether you refer back to
3   these articles or whatever, in my opinion,
4   Christopher Cooper, knowing the outcome of
5   asthmatics who are not properly treated at
6   all times and if they are exposed to whether
7   it's the weather, whether it's to aero-
8   allergens, whether it's to irritants,
9   whether it's to exertion, they have the
10  potential to -- after having been exposed to
11  formaldehyde could have permanent damage.
12       Q.   Doctor, which of these studies
13  show that formaldehyde caused permanent
14  epithelial damage?  It's a very simple
15  question.
16       MR. PINEDO:
17            Objection, asked and answered.
18  BY MR. WEINSTOCK:
19       Q.   I didn't ask you about what you
20  think of Chris Cooper.
21       MR. PINEDO:
22            Please don't berate the witness.
23  BY MR. WEINSTOCK:
24       Q.   Which of these studies
25  demonstrate that formaldehyde exposure