IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION: N (5) |
| This document relates to: *Dolores Joseph v. Forest River, Inc., et al,* Docket No. 09-4449 | * * | JUDGE ENGELHARDT |
| | * * | MAGISTRATE CHASEZ |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Forest River, Inc., who respectfully moves this Honorable Court for an extension of time until September 26, 2009 in which to file responsive pleadings to plaintiffs' *Petition for Damages*, as the parties are awaiting transfer of the above captioned matter into *In re: FEMA Trailer Formaldehyde Products Liability Litigation,* MDL No. 1873, Eastern District of Louisiana.

Undersigned counsel hereby certifies that he has contacted plaintiffs' counsel and that plaintiffs' counsel does not object to this extension.

Respectfully submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

/s/ Carson W. Strickland

ERNEST P. GIEGER, JR.  (#6154)
JASON D. BONE   (#28315)
CARSON W. STRICKLAND   (#31336)
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

## CERTIFICATE OF SERVICE

I hereby certify that I have on the 3rd day of September, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Carson W. Strickland
CARSON W. STRICKLAND