IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N (5) |
| This document relates to: *Dolores Joseph v. Forest River, Inc., et al,* Docket No. 09-4449 | * * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING Motion for Extension of Time;

IT IS ORDERED BY THE COURT that defendant, Forest River, Inc., be and is hereby GRANTED an extension of time until September 26, 2009 in which to file response pleadings to plaintiffs' *Petition for Damages* pending transfer into the *In re: FEMA Trailer Formaldehyde Products Liability Litigation,* MDL No. 1873, Eastern District of Louisiana.

BATON ROUGE, LOUISIANA this _____ day of _____, 2009.


_____
UNITED STATES DISTRICT JUDGE