**Exhibit A**

1. Judy Porche Defelice
2. Nathaniel Porterfield
3. Jermaine Posey
4. Sy'Quaris Posey
5. Jeremiah Potter
6. Jordan Powell
7. Zaria Powell
8. Hardy Price
9. Deidra Prudhomme
10. Burt Racca
11. Yolanda Radford
12. Desiree Radford
13. Diana Rainford
14. Christina Ransom
15. Joshua Ranson
16. Florence Ray
17. Florence Rayford
18. Eleanor Reed
19. Bruenett Reese
20. Joshua Richards
21. Shantazae Richardson
22. Sheronica Richardson
23. Savannah Riley
24. Leonard Riley
25. Erica Roberts
26. Troylynn Roberts
27. Ester Robertson
28. David Robins
29. Donald Robins, Jr.
30. Ralph Robinson
31. Michele Robinson
32. Reion Robinson on behalf of Jaron Robinson
33. Kim Robinson
34. Donald Robinson, Jr.
35. Edmond Rollins
36. Casey Rooney
37. Leslie Ross
38. Amanda Ross-Populis
39. James Roussell
40. Setaya Rubbins
41. Keith Rubio
42. Thelma Rudison
43. Sheila Ruffin
44. Rondajai Rushing

45. **Paula Russell**
46. **Annette Sam**
47. **Reginald Sam**
48. **Reginald Sam, Jr.**
49. **Antoine Sampson**
50. **Chantel Sampson**
51. **Eileen Sanaxay**
52. **Tommy Sanaxay**
53. **James Saulsberry**
54. **Matthew Savoie**
55. **Gerald Sazon**
56. **Martha Schaffer**
57. **George Schaffer, Sr.**
58. **Carol Shiavone**
59. **Linda Scioneaux**
60. **Gail Scott**
61. **Jeffrey Scott**
62. **William Scott**
63. **Laural Scott**
64. **Tanya Scott**
65. **Lena Segura**
66. **Steve Segura**
67. **Jeffrey Segura**
68. **Cathy Shavers**
69. **Yaleca Shelby**
70. **Alfred Shelton**
71. **Brandy Shultz**
72. **Robert Silcox**
73. **Cathy Simien**
74. **Nia Simmons**
75. **Ronella Simmons**
76. **Chante Simmons**
77. **Ernest Simmons**
78. **Sherina Simmons**
79. **Ryan Sinegal**
80. **Lorraine Singleton**
81. **Curtis Smith**
82. **Cassandra Smith**
83. **Crystal Smith**
84. **Izola Smith**
85. **Stanley Smith**
86. **Renard Smith**
87. **Herbert Smith**
88. **Melba Smith**
89. **Ikim Smith**
90. **Akia Smith**

91. Akem Smith
92. Adonis Smith
93. Carrie Soileau
94. Lugenia Solomon
95. Nakia Sorina
96. Rhonda Soubet
97. Jamie Spade
98. Mary Square
99. Saja St. Amant
100. Alozia St. Julien
101. Brittany Standley
102. Paula Stell
103. Ashley Stermer
104. Kaleb Stermer
105. Kaylin Stermer
106. Tyler Stermer
107. Donna Stevens
108. Terry Stevens
109. Terry Stevens
110. Tamika Stevens
111. Woodrow Stevenson
112. Kelley Stevenson, Sr.
113. Kelley Stevenson, Jr.
114. Barbara Stewart
115. Brooke Stewart
116. Chandler Stewart
117. Dallis Stewart
118. Darnell Stewart
119. Elizabeth Stewart
120. Deborah Stewart
121. Michael Strahan
122. Nicole Strahan
123. Kathy Talkington
124. Tiffany Tanner
125. Josie Taylor
126. Brenda Taylor
127. Damien Taylor
128. Sarah Teague
129. Camillia Terrell
130. Savion Terrell
131. Penny Thibodeaux
132. Annie Thomas
133. Annie Thomas
134. Deborah Thomas
135. Deiondre Thomas
136. King Thomas

137. Gloria Thomas
138. Eric Thomas
139. Glory Thomas
140. Warren Thomas
141. Steve Thomas
142. George Thomas, Jr.
143. Henry Thompson
144. Mary Ann Thonn
145. Chenita Tinsley
146. Pearline Tobias
147. Brenda Toetfer
148. Sarah Toetfer
149. Bria Toney
150. Ayanna Toney
151. Caylond Torres
152. Briana Toussaint
153. Stephanie Travis
154. Joseph Triggs
155. Earl Truvia
156. Timothy Turlich
157. Dorothy Turner
158. Lyric Turner
159. Teriyell Tyler
160. Christine Underwood
161. Melody Valentin
162. Rafael Valentin, III
163. Chiquita Vaughn
164. Jaheem Vincent
165. Pamela Vincent
166. Jernie Vinette
167. Kathleen Volion
168. Albert Volion
169. Robin Voros
170. Catherine Walker
171. Ricki Walker
172. Melvin Walker
173. Sandra Walker
174. Sharona Walker
175. Tiara Walker
176. Deshawn Walls
177. Justin Walls
178. Jerry Walls, Jr.
179. Anthony Washington
180. Carl Washington
181. Jessie Washington
182. James Washington

183. Sheila Waters
184. Dennis Watson
185. Ora Watson
186. Lawrence Watts
187. Albert Weber
188. Barbara Weber
189. James Weber, Sr.
190. Robert-Marcus Wedlock
191. Abigail Wentzell
192. Angela Wentzell
193. Hannah Wentzell
194. Sarah Wentzell
195. Paula West
196. Linda West
197. Richard Wheat
198. Christopher Whiddon
199. Marva White
200. Alfredia White
201. Cherry White
202. Celeste White
203. Angelica White
204. Allen Wilfred, Jr.
205. Kevin Wilkerson
206. Vonzella Wilkerson-Jackson
207. Raychelle Williams
208. Crystal Williams
209. Doris Williams
210. Eunice Williams
211. Marcell Williams
212. Tina Williams
213. John Williams
214. Willie Williams
215. Alexandria Williams
216. Christy Williams
217. Shanbriel Williams
218. Aundray Williams
219. Demetria Williams
220. Raven Williams
221. Dimonique Williams
222. Lolita Williams
223. Faye Williams
224. Alice Wilson
225. Charles Wilson
226. Cheryl Wimbish
227. Michael Windsay
228. Michele Wingard

229. Gail Wise
230. Gilda Woods
231. Brandi Woods
232. Pamela Woods
233. Tiffany Yoe
234. Judy Porche Defelice on behalf of Savannah Young
235. Laura Young
236. Towanda Young
237. Donn Youngblood
238. Ed'Verunna Williams
239. Renetta Williams
240. Pearlette Ford
241. Calvin Bookhardt
242. Edwin Dominguez
243. Robert Graham
244. Terry Butler
245. Mary Chandler
246. Rori Dakin
247. Karen Roth
248. Brandi Shanley
249. Erika Shanley
250. Darian Shanley
251. David Shanley, Jr.
252. David Shanley, Sr.
253. Geranesha Jackson
254. Hellon Simmons
255. Dorothy Stevens
256. Kimberly Wallace
257. James Wallace, III
258. Donna Oncale
259. Shakira Gould
260. Larry Taylor
261. Lawrence Moore
262. Billy Jones
263. Joyce Allen
264. Terry Anderson
265. Keyon Milton
266. Calvin Buras
267. Jerry Juhasz
268. Angela Juhasz
269. Sandra Remondet
270. Stephanie Bentley

271. Orelia Mitchell
272. Charise Burton
273. Robert Couch
274. Lawanda Brown
275. Barbara Hingle
276. Brittany Medice
277. Landry Hingle
278. Jim Alexander
279. Renard Smith
280. Will Chapman
281. Edward Davis
282. John Bargky
283. Rosalind Smith on behalf of Ronald Greenberry
284. Rosalind Smith on behalf of Rondell Brown