```
MINUTE ENTRY
CHASEZ, M.J.
SEPTEMBER 3, 2009
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL ACTION<br><br>NUMBER: 07-1873<br><br>SECTION: "N"(5) |

HEARING ON MOTION

APPEARANCES:   Justin Woods, Jonathan Waldron, Adam Bain, Philip Watson, Karen Whitfield

MOTION:

(1) Plaintiffs' Motion to Compel United States to Produce Disaster and/or Individual Assistance Files Maintained by FEMA (Rec. doc. 2554).

_____ :   Continued to

_____ :   No Opposition

\_\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR(00:40)

<u>ORDERED</u>

_____ :  Dismissed as moot.

_____ :  Dismissed for failure of counsel to appear.

_____ :  Granted.

_____ :  Denied.

___1___ :  Other.  Plaintiffs are to take the deposition of Ms. Green to determine what information is contained within the NEMIS database and whether and how it can be retrieved in a usable form.  Plaintiffs' counsel is to advise the Court when the deposition is completed so that the hearing on their motion can be reopened.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE