## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLIE KUZUPAS** | * | **DOCKET NO. 09-4809** |
| | * | |
| **versus** | * | **SECTION: "N" MAG. 5** |
| | * | |
| **FLEETWOOD CORPORATION, STARR** | * | |
| **EXCESS LIABILITY INSURANCE** | * | |
| **COMPANY, LTD., FLUOR ENTERPRISES,** | * | |
| **INC., and the United States of America through** | * | |
| **the Federal Emergency Management Agency** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, comes Plaintiff, Charlie Kuzupas, who moves this Honorable Court for an order allowing John K. Etter of the law firm of Rodney & Etter, LLC, 620 N. Carrollton Avenue, New Orleans, LA 70119, to withdraw as counsel of record and allowing Justin I. Woods of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 1100 Poydras Street, 2800 Energy Centre, New Orleans, LA 70163 to enroll as counsel of record for Plaintiff. This request for substitution of counsel will not delay the progress of this case nor prejudice any of the parties hereto.

**WHEREFORE**, Plaintiff, Charlie Kuzupas, respectfully requests that John K. Etter of the law firm of Rodney & Etter, LLC be allowed to withdraw as counsel of record and that Justin I.

Woods of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be enrolled as counsel of record.

          Respectfully submitted,

/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone: (504) 483-3224
Facsimile: (504) 483-2259

/s/ Justin I. Woods
JUSTIN I. WOODS (Bar No.
**GAINSBURGH, BENJAMIN, DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 522-2304
Facsimile: (504) 528-9973

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 4th day of September, 2009.

/s/ John K. Etter
**JOHN K. ETTER**