# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELISSA EBANKS, wife of/and MICHAEL EBANKS, SR., et al | * * * | DOCKET NO. 09-4811 |
| | * | SECTION: "N" MAG. 5 |
| versus | * | |
| | * | |
| GULF STREAM COACH, INC., SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., CH2M HILL, INC., All Other Unnamed Travel Trailer manufacturers, and the United States of America through the Federal Emergency Management Agency | * * * * * | |

*******************************************************************

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Justin I. Woods of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be enrolled as counsel of record for Plaintiffs, and that John K. Etter of the law firm of Rodney & Etter, LLC be allowed to and is hereby withdrawn as counsel of record in the above captioned proceedings.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**JUDGE**