# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EDNA HARRISON, wife of/and ANTHONY** | \* | **DOCKET NO.  09-2908** |
| **C. HARRISON, II, et al** | \* | |
| | \* | |
| **versus** | \* | **SECTION: "N"  MAG. 5** |
| | \* | |
| **GULF STREAM COACH, INC., FLUOR** | \* | |
| **ENTERPRISES, INC., and the United** | \* | |
| **States of America through the Federal** | \* | |
| **Emergency Management Agency** | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Justin I. Woods of the law firm of Gainsburgh, Benjamin,

David, Meunier & Warshauer, LLC be enrolled as counsel of record for Plaintiffs, and that John K.

Etter of the law firm of Rodney & Etter, LLC be allowed to and is hereby withdrawn as counsel of

record in the above captioned proceedings.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____

**JUDGE**