MINUTE ENTRY
ENGELHARDT, J.
September 3, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                      SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES


A pre-trial conference was conducted on Thursday, September 3, 2009, at 8:30 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Henry T. Miller, Karen Whitfield, Adam M. Dinnell, Timothy D. Scandurro, Charles R. Penot, Jr., Richard A. Sherburne, Jr., Robert C. Hilliard, Chris Pinedo, and Anthony G. Buzbee.

JS10(02:30)