**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach,*
*Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION FOR ENTRY OF**
**JUDGMENT UNDER FRCP 54(b)**

NOW INTO COURT, through undersigned counsel, comes plaintiff in the above matter,

Alana Alexander, who, for the reasons more fully set forth in the memorandum attached hereto,

respectfully requests the entry of an appealable judgment pursuant to Rule 54(b) of the Federal

Rules of Civil Procedure.

                    Respectfully submitted:

                    **FEMA TRAILER FORMALDEHYDE**
                    **PRODUCT LIABILITY LITIGATION**

                    BY:   s/Gerald E. Meunier
                          GERALD E. MEUNIER, #9471
                          **PLAINTIFFS' CO-LIAISON COUNSEL**
                          Gainsburgh, Benjamin, David, Meunier &
                          Warshauer, L.L.C.
                          2800 Energy Centre, 1100 Poydras Street
                          New Orleans, Louisiana 70163
                          Telephone:   504/522-2304
                          Facsimile:    504/528-9973
                          gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2009, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471