UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach,*
*Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF
JUDGMENT UNDER FRCP 54(b)

MAY IT PLEASE THE COURT:

Plaintiff Alana Alexander previously has moved the Court for the entry of an Order

certifying for interlocutory appeal under 28 U.S.C. §1292(b) this Court's Order and Reasons

dismissing for lack of subject matter jurisdiction the FTCA claim brought by plaintiff on behalf

of her minor son Christopher Cooper. *See* Motion to Certify for Interlocutory Review (Doc.

2923).

Since the individual FTCA claim of Ms. Alexander now has been dismissed voluntarily

and with prejudice, however, the Court's previous dismissal of the FTCA claims on behalf of

Christopher Cooper signifies that the United States/FEMA no longer is a defendant in the

Alexander case. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, it thus may be

appropriate to designate the dismissal of the FTCA claims of Christopher Cooper, as a final and

appealable judgment, there being "no just reason for a delay" in the entry of same, given the

absence of remaining FTCA claims against the United States/FEMA as defendant.

In support of this motion for the entry of a 54(b) judgment as the dismissal of Christopher Cooper's FTCA claims, plaintiff respectfully reiterates and incorporates herein all of the arguments set forth in support of the motion for an interlocutory appeal.  In addition to the fact that the Court's ruling now disposes entirely of plaintiff's FTCA cause of action, there is an important question of law underlying the Court's dismissal of Christopher Cooper's FTCA claims, and immediate review and clarification as to the ruling will materially advance the conclusion of these proceedings.  Entry of a final and appealable Rule 54(b) judgment will therefore expedite the start and conclusion of the appellate process.  There is no just reason for delay.

For these reasons, plaintiff respectfully requests that the Court enter the attached Judgment under FRCP 54(b).

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2009, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

    s/Gerald E. Meunier
    GERALD E. MEUNIER, #9471