**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                      SECTION "N-5"

                                                                          JUDGE ENGELHARDT
                                                                          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach,*
*Inc., et al, No. 09-2892*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JUDGMENT UNDER FRCP 54(b)

Considering the voluntary dismissal of the individual FTC claims of Alana Alexander

(Doc. 2923), this Court's Order and Reasons of 8/21/09 (Doc. 2789), and the arguments and

authority set forth both in this motion and in plaintiff's Motion to Certify for Interlocutory

Review under 28 U.S.C. §1292(b) [Doc. 2923],

IT IS ORDERED, ADJUDGED AND DECREED that there be final judgment in favor of

the defendant United States/FEMA and against Alana Alexander on behalf of her minor son

Christopher Cooper, dismissing with prejudice for the lack of subject matter jurisdiction

plaintiff's cause of action on behalf of her minor son against this defendant pursuant to the

Federal Tort Claims Act, each side to bear its own costs, the Court having determined pursuant to

the provisions of Rule 54(b) of the Federal Rules of Civil Procedure that there is no just reason

for delay in the entry of this judgment.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.


                                        _____
                                        HONORABLE KURT ENGELHARDT
                                        UNITED STATES DISTRICT COURT