UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case No. 09-2892

## ORDER

A telephone conference was held in this matter on September 4, 2009.   In addition to the undersigned, and the undersigned's law clerk, Andy Weinstock, Bob Hilliard, Karen Whitfield, Dave Kurtz, Tony Buzbee, Tim Scandurro, Charles Penot, Jerry Meunier, Justin Woods, Peter Taafe, and Kevin Durham participated.  During the conference, the motions in limine at Rec. Docs. 2777 and 2879 were discussed.

New Orleans, Louisiana, this 4th day of September, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**