MINUTE ENTRY
ENGELHARDT, J.
September 4, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

   A telephone conference was conducted on Friday, September 4, 2009, at 1:00 p.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Karen Whitfield, Timothy D. Scandurro, Charles R. Penot, Jr., Robert C. Hilliard, Anthony G. Buzbee, M. David Kurtz, Peter Taafe and Kevin Durham.

JS10(00:15)