UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONTRELLE JACKSON SINEGAR, ET AL | * | MDL NO. 1873 |
| | * | |
| | * | SECTION: "N" |
| | * | |
| | * | MAGISTRATE: "5" |
| VERSUS | * | |
| | * | JUDGE ENGELHARDT |
| GULF STREAM COACH, INC., ET AL | * | |
| | * | MAGISTRATE CHASEZ |

## DEFENDANT, NORTH AMERICAN CATASTROPHE SERVICES, INC.'S RESERVATION OF DEFENSES UNDER RULE 12(b)

NOW INTO COURT, through undersigned counsel, comes defendant, North American Catastrophe Services, Inc. (hereinafter "NACS"), who hereby respectfully reserves the following defenses and objections to plaintiffs' Original and First Supplemental and Amending Complaint. Although this matter is currently pending in multi-district litigation, titled *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873, Section 4(N), defendant NACS raises and hereby preserves the following defenses available under Rule 12(b):

1. Because suit was not filed as a class action, plaintiffs' individual claims are insufficient to satisfy amount in controversy for diversity jurisdiction; plaintiffs did not make factual or legal allegations to demonstrate the court has jurisdiction and instead make conclusory statements that federal question and diversity jurisdiction exist.

2. Plaintiffs' claims are barred by the applicable prescriptive periods.

3. Plaintiffs have not stated claims for medical monitoring damages because they have not alleged present and manifest injury, which is required under Louisiana law.

New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**ATTORNEYS FOR NORTH AMERICAN CATASTROPHE SERVICES, INC.**

## CERTIFICATE OF SERVICE

I do certify that on this __4th__ day of September, 2009, I served a copy of the foregoing on all counsel of record via the electronic notice system of the Court.

**s/Douglas R. Elliott**
DOUGLAS R. ELLIOTT

C:\NrPortbl\DKS\DUFRENE\1112512_1.DOC