UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONTRELLE JACKSON SINEGAR, ET AL | * | MDL NO. 1873 |
| | * | |
| | * | SECTION: "N" |
| | * | |
| | * | MAGISTRATE: "5" |
| VERSUS | * | |
| | * | JUDGE ENGELHARDT |
| GULF STREAM COACH, INC., ET AL | * | |
| | * | MAGISTRATE CHASEZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, North American Catastrophe Services, Inc. ("NACS"), submits the following Corporate Disclosure Statement:

1.

NACS is a privately held corporation organized under the law of the state of Florida.

2.

No publicly held corporation holds Ten (10%) Percent or more of NACS's stock.

Respectfully Submitted,

**DEUTSCH, KERRIGAN & STILES, LLP**

s/Douglas R. Elliott
MARGARET M. JOFFE           #17643
DOUGLAS R. ELLIOTT          #24402
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**ATTORNEYS FOR NORTH AMERICAN CATASTROPHE SERVICES, INC.**

## CERTIFICATE OF SERVICE

I do certify that on this __4th__ day of September, 2009 served a copy of the foregoing on all counsel of record via the electronic notice system of the Court.

                                        **s/Douglas R. Elliott**
                                        DOUGLAS R. ELLIOTT