UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ELECTRONICALLY FILED

|  |  |
|---|---|
| CURTIS COLEMAN, SR., et al., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AMERICAN INTERNATIONAL ) <br> SPECIALTY LINES INSURANCE ) <br> COMPANY, et al., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO: 09-3851 "N" (5) <br> **Re: FEMA Trailer Formaldehyde Products Liability Litigation – MDL No. 1873** |

_____

### AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(6), OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. PRO. 12(E).

**COMES NOW,** Defendant American International Specialty Lines Insurance Company ("AISLIC"), through the undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby respectfully requests that this Court dismiss this action against AISLIC on the grounds that the Complaint fails to state a claim against AISLIC upon which relief can be granted. In the alternative, AISLIC respectfully requests that the Court grant its Motion for More Definite Statement, pursuant to 12(e) of the Federal Rules of Civil Procedure, to compel the Plaintiffs to amend their Complaint and specifically set forth the particular facts which they allege establish their right to recovery.

In support of this Motion, AISLIC refers this Court to the Memorandum of Fact and Law in Support of its Motion to Dismiss or in the Alternative Motion for a More Definite Statement.

DATED:  September 4, 2009                    Respectfully submitted,

                By:  /s/ Richard M. Simses
                RICHARD M. SIMSES (#12306)
                PAUL M. LAVELLE (#08134)
                BEIRNE, MAYNARD & PARSONS, L.L.P.
                1100 Poydras St., Suite 2900
                New Orleans, LA  70163
                (504) 799-2223 (Tel.)

                OF COUNSEL:

                Richard S. Kuhl
                Daniel J. Lynn
                Jenni K. Katzer
                JACKSON & CAMPBELL, P.C.
                1120 20th Street, N.W.
                Suite 300 South
                Washington, D.C.  20036
                (202) 457-1600 (Tel.)
                (202) 457-1678 (Fax)

                **Counsel for Defendant**
                **American International Specialty**
                **Lines Insurance Company**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Hugh P. Lambert, Esq.<br>Linda J. Nelson, Esq.<br>Lambert & Nelson, PLC<br>701 Magazine St.<br>New Orleans, LA  70130 | |

                                              /s/ Richard M. Simses_____<br>                                              RICHARD M. SIMSES