UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ELECTRONICALLY FILED

| | |
|---|---|
| JEAN ADAMS, et al., )<br>   Plaintiff, )<br>v. )<br>FLEETWOOD CANADA, LTD., et al., )<br>   Defendant. ) | DOCKET NO: 09-4371"N"(5) c/w 07-1873<br>**Re: FEMA Trailer Formaldehyde Products Liability Litigation** |

## AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. PROC. 12(e)

**COMES NOW,** Defendant American International Specialty Lines Insurance Company ("AISLIC"), through the undersigned counsel, respectfully requests that the Court grant its Motion for More Definite Statement, pursuant to 12(e) of the Federal Rules of Civil Procedure, and compel the Plaintiffs to amend their Complaint to specifically set forth a more definite statement of the alleged insurance contracts that they assert are at issue in the Plaintiffs' Complaint for Damages.

In support of this Motion, AISLIC refers this Court to the Memorandum of Fact and Law in Support of the Motion for More Definite Statement Pursuant to Fed. R. Civ. Proc. 12(e).

DATED: September 4, 2009

                Respectfully submitted,

                By: /s/ Richard M. Simses
                   RICHARD M. SIMSES (#12306)
                   PAUL M. LAVELLE (#08134)
                   BEIRNE, MAYNARD &
                   PARSONS, L.L.P.
                   1100 Poydras St., Suite 2900
                   New Orleans, LA  70163
                   (504) 799-2223 (Tel.)

        OF COUNSEL:

        Richard S. Kuhl
        Daniel J. Lynn
        Jenni K. Katzer
        JACKSON & CAMPBELL, P.C.
        1120 20th Street, N.W.
        Suite 300 South
        Washington, D.C. 20036
        (202) 457-1600 (Tel.)
        (202) 457-1678 (Fax)

        **Counsel for Defendant**
        **American International Specialty**
        **Lines Insurance Company**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Sidney D. Torres, Esq.<br>Roberta L. Burns, Esq.<br>David C. Jarrell, Esq.<br>Law Offices of Sidney D. Torres, III<br>8301 W. Judge Perez Dr., Suite 303<br>Chalmette, LA 70043 | |

        _/s/ Richard M. Simses__
        RICHARD M. SIMSES