# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

ELECTRONICALLY FILED

| | |
|---|---|
| JEAN ADAMS, et al., | ) |
| Plaintiff, | ) DOCKET NO: 09-4371"N"(5) c/w 07-1873 |
| v. | ) **Re: FEMA Trailer Formaldehyde Products Liability Litigation** |
| FLEETWOOD CANADA, LTD., et al., | ) |
| Defendant. | ) |

## NOTICE OF HEARING
## ON AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. PROC. 12(e)

Defendant American International Specialty Lines Insurance Company ("AISLIC"), through the undersigned counsel, will bring forth its Motion for More Definite Statement Pursuant to Fed.R.Civ.Proc. 12(e), before the Honorable Chief Magistrate Alma Chasez on October 7, 2009 at 11:00 A.M.

DATED:  September 4, 2009

Respectfully submitted,

By:  /s/ Richard M. Simses_____
RICHARD M. SIMSES (#12306)
PAUL M. LAVELLE (#08134)
BEIRNE, MAYNARD & PARSONS, L.L.P.
1100 Poydras St., Suite 2900
New Orleans, LA  70163
(504) 799-2223 (Tel.)

OF COUNSEL:

Richard S. Kuhl
Daniel J. Lynn
Jenni K. Katzer

JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.  20036
(202) 457-1600 (Tel.)
(202) 457-1678 (Fax)

**Counsel for Defendant**
**American International Specialty**
**Lines Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Sidney D. Torres, Esq.<br>Roberta L. Burns, Esq.<br>David C. Jarrell, Esq.<br>Law Offices of Sidney D. Torres, III<br>8301 W. Judge Perez Dr., Suite 303<br>Chalmette, LA  70043 | |

　/s/ Richard M. Simses　
RICHARD M. SIMSES

2