UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ELECTRONICALLY FILED

| | |
|---|---|
| CURTIS COLEMAN, SR., et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN INTERNATIONAL )<br>SPECIALTY LINES INSURANCE )<br>COMPANY, et al., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO: 09-3851 "N" (5)<br>**Re: FEMA Trailer Formaldehyde Products Liability Litigation – MDL No. 1873** |

**NOTICE OF HEARING
ON AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(6), OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. PRO. 12(E).**

Defendant American International Specialty Lines Insurance Company ("AISLIC"), through the undersigned counsel, will bring forth its Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or in the Alternative, Motion for More Definite Statement, before the Honorable Judge Kurt D. Engelhardt on October 7, 2009 at 9:30 A.M.

DATED:  September 4, 2009                                       Respectfully submitted,

                                                                                By:   /s/ Richard M. Simses
                                                                                        RICHARD M. SIMSES (#12306)
                                                                                        PAUL M. LAVELLE (#08134)
                                                                                        BEIRNE, MAYNARD &
                                                                                        PARSONS, L.L.P.
                                                                                        1100 Poydras St., Suite 2900
                                                                                        New Orleans, LA  70163
                                                                                        (504) 799-2223 (Tel.)

OF COUNSEL:

Richard S. Kuhl
Daniel J. Lynn
Jenni K. Katzer
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.  20036
(202) 457-1600 (Tel.)
(202) 457-1678 (Fax)

**Counsel for Defendant**
**American International Specialty**
**Lines Insurance Company**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Hugh P. Lambert, Esq.<br>Linda J. Nelson, Esq.<br>Lambert & Nelson, PLC<br>701 Magazine St.<br>New Orleans, LA  70130 | |

          /s/ Richard M. Simses_____
          RICHARD M. SIMSES