UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: N(5) |
| | LITIGATION | * | |
| | | *` | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:

*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT FLUOR ENTERPRISES INC'S MOTION FOR SUMMARY JUDGMENT REGARDING CLAIMS AGAINST IT UNDER THE LOUISIANA PRODUCTS LIABILITY ACT**

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully requests an Order from this Honorable Court granting it leave to file its Reply to Plaintiffs' Response to Defendant FEI's Motion for Summary Judgment regarding Claims Against it Under the Louisiana Products Liability Act.

Pursuant to the standing agreement among the parties, plaintiffs' counsel did not indicate any opposition to FEI's filing of this reply to their response memorandum.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     *s/ Richard A. Sherburne, Jr.* ___
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311

>201 St. Charles Avenue, Suite 3100
>New Orleans, Louisiana 70170
>Phone: (504) 525-7200, Fax: (504) 581-5983
>             *-and-*
>
>Charles R. Penot, Jr. (La. Bar No. 1530 &
>Tx. Bar No. 24062455)
>717 North Harwood, Suite 2400
>Dallas, Texas 75201
>Phone: (214) 220-6334; Fax: (214) 220-6807
>
>             *-and-*
>
>Richard A. Sherburne, Jr., La. Bar No. 2106
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>Phone: (225) 381-7700, Fax: (225) 381-7730
>
>**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2009, I electronically filed the foregoing pleading Unopposed Motion for Leave to File Reply to Plaintiffs' Response to Defendant FEI's Motion for Summary Judgment regarding Claims Against it Under the Louisiana Products Liability Act was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via email and/or U.S. mail.

>*s/Richard A. Sherburne, Jr.*
>RICHARD A. SHERBURNE, JR.