UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER     *     07-md-1873
FORMALDEHYDE     *
PRODUCTS LIABILITY     *
LITIGATION     *     SECTION: N(5)
    *
    *     JUDGE: ENGELHARDT
    *
    *     MAG: CHASEZ

This document is related to:
    *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
    Alana Alexander, Individually and on behalf of Christopher Cooper
*************************************************************************

## ORDER

Considering the above and foregoing, Unopposed Motion for Leave to File Reply to Plaintiffs' Response to Defendant FEI's Motion for Summary Judgment regarding Claims Against it Under the Louisiana Products Liability Act.

IT IS HEREBY ORDERED that Fluor Enterprises, Inc. is hereby granted leave to file its Reply to Plaintiffs' Response to Defendant FEI's Motion for Summary Judgment regarding Claims Against it Under the Louisiana Products Liability Act.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
JUDGE