# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## GULF STREAM COACH, INC.'S OBJECTIONS TO CERTAIN EXHIBITS LISTED ON THE JOINT EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream

Coach, Inc., who, pursuant to the Court's instruction, submits its objections to certain

exhibits listed in the Joint Exhibit List:

| No. | Exhibit Description | Bates Range | Other ID | Offering Party | Objections |
|---|---|---|---|---|---|
| 10 | Trailer Manufacturers and Elevated Formaldehyde Levels Majority Staff Analysis, Committee on Oversight and Government Reform, U.S. House of Representatives dated on July 9, 2009 | PSC024251 – PSC024277 | P15 | | GSCI – Excluded per Doc. 3029 |
| 11 | Test Results of Unoccupied Units (Exhibit 1 to Burl Keel's deposition) | GS(COGR) 01811 | P16 | | GSCI – relevance, any relevance outweighed by unfair prejudice, See GSCI's MIL re: Testing of Other EHUs |
| 12 | November 17, 1986 Notice from Indiana Manufactured Housing Association, Inc. to James Shea | PSC021585 | P18 | | GSCI – Hearsay. |
| 13 | December 24, 1986 Notice from Indiana Manufactured Housing Association, Inc. to James Shea | PSC021586 | P19 | | GSCI – Hearsay |

| 14 | March 24, 1987 Notice from Indiana Manufactured Housing Association, Inc. to James Shea | PSC021587 | P20 | | GSCI – Hearsay |
|----|------|------|------|------|------|
| 15 | July 20, 2007 "Formaldehyde and FEMA Trailers" by Lee Shull, Ph.D | PSC021640 – PSC021641 | P40 | | GSCI – Hearsay |
| 16 | August 10, 2007 FEMA Trailer Update to RVDA Members | PSC021642 – PSC021643 | P41 | | GSCI – Hearsay |
| 17 | November 12, 2007 Email from Danny D. Ghorbani regarding Formaldehyde Standards to MHARR Manufacturers | PSC021644 – PSC021649 | P42 | | GSCI – Hearsay |
| 18 | DRAFT Proposed White Paper for Indiana Legislature – Manufactured Housing: Formaldehyde Product Liability in Indiana | PSC021678 – PSC021692 | P51 | | GSCI – Hearsay |
| 19 | Documents Received from Subpoena to Produce Documents Served on Recreational Vehicle Indiana Council Issued on 06/29/2009 | | P58 | | GSCI – vague, hearsay, double hearsay, cumulative, relevance, waste of time |
| 20 | ATSDR Formaldehyde Minimal Risk Levels and Worksheets – Appendix A | PSC003158 - PSC003172 | P64 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |
| 21 | Occupational Safety and Health Administration's (OSHA) Standards for Formaldehyde | PSC021754 – PSC021772 | P67 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |
| 22 | American Conference of Governmental Industrial Hygienists' (ACGIH) Standards for Formaldehyde | | P68 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |
| 23 | National Institute of Occupational Safety and Health's (NIOSH) Standards for Formaldehyde | PSC024278 – PSC024358 | P69 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |

| 24 | Housing and Urban Development's (HUD) Standards for Formaldehyde | | P70 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |
|---|---|---|---|---|---|
| 25 | World Health Organization (WHO) and Health Canada's Standards for Formaldehyde | PSC024359 – PSC024361 | P71 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |
| 26 | World Health Organization (WHO) and Health Europe's Standards for Formaldehyde | PSC024830 – PSC025117 | P72 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |
| 27 | American National Standard (ANSI) for Medium Density Fiberboard dated February 4, 1994 | PSC021773 – PSC021784 | P73 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |
| 28 | American National Standard (ANSI) for Particleboard dated February 8, 1999 | PSC021785 – PSC021797 | P74 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |
| 29 | FEMA's Standards for Formaldehyde established after August 2008 | PSC024362 – PSC024829 | P76 | | GSCI – relevance, any relevance outweighed by unfair prejudice, confusion and misleading of jury, See GSCI's MIL re: Ambient Air Standards |
| 31 | Code of Ethics for the Professional Practice of Industrial Hygiene | PSC025441-PSC025444 | P78 | | GSCI – hearsay, waste of time, relevance (case is not about occupational exposure, |

| | | | | |
|---|---|---|---|---|
| | | | | industrial hygiene profession, etc...) |
| 32 | Testimony of Jim Shea before Congress dated July 9, 2008 (Exhibit 20 from the deposition of Dan Shea, 2009) | PSC025118 – PSC025132 | P83 | GSCI – excluded per Doc. 3029. |
| 33 | Maddalena, Randy; Russell, Marion; Sullivan, Douglas P.; an Apte, Michael G. "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Unites – Final Report" – Ernest Orlando Lawrence Berkeley National Laboratory, November 2008 | PSC025133 – PSC025193 | P85 | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 34 | "Effect of Formaldehyde Inhalation on Hsp70 in Seminiferous Tubules of rat testes: an immunohistochemical study" by O. Ozen, et al. (2005) | PSC021823 – PSC021829 | P86 | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 35 | "Formaldehyde and Glutaradehyde and Nasal Cytotoxicity: Case Study within the Context of the 2006 IPCS Human Framework for the Analysis of a Cancer Mode of Action for Humans" by D. McGregor, et al. | PSC021830 – PSC021846 | P87 | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 36 | "Effects of inhaled Formaldehyde on Learning and Memory of Mice" by Z. Lu, et al. (2008) | PSC021847 – PSC021854 | P88 | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 37 | "Low Concentrations of Formaldehyde induce DNA damage and delay DNA repair after UV Irradiation in Human Skin Cells" by G. Emri, et al. (2004) | PSC021855 – PSC021866 | P89 | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 38 | National Cancer Institute (NCI): Fact Sheet: | PSC021867 – | P90 | GSCI – hearsay, double |

4

| | | | | |
|---|---|---|---|---|
| | Formaldehyde and Cancer Risk dated May 7, 2009 | PSC021873 | | | hearsay, relevance, waste of time, cumulative. Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 39 | Ex-official: FEMA knew about trailer formaldehyde – News Article from Bay St. Louis Newspaper by Anthony James dated August 10, 2007 | PSC021874 – PSC021875 | P91 | | GSCI – hearsay. |
| 40 | FEMA media release: FEMA Awards Contracts for Low Emissions Travel Trailers – April 7, 2009 – Release No. HQ-09-034b | PSC021876 – PSC021879 | P92 | | GSCI – hearsay, excluded per Doc. 3029. |
| 41 | Article - "Formaldehyde Exposure in Nonoccupational Environments" by K. Dally, et al. | PSC021881 – PSC021888 | P94 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative. Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 42 | Article - "Formaldehyde-related Health Complaints of Residents Living in Mobile and Conventional Homes" by I. Ritchie, et al. | PSC021889 – PSC021894 | P95 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative. Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 43 | Article – FEMA rolls out new disaster mobile homes:  Formaldehyde levels are far below those of Hurricane Katrina, Rita trailers dated 05/14/09 | PSC021895 – PSC021896 | P96 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 44 | Fact Sheet:  Airborne Toxic Control Measure (ATCM) to Reduce Formaldehyde Emissions from Composite Wood Products | | P97 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and |

| | | | | |
|---|---|---|---|---|
| | | | | misleading of jury. |
| 45 | Environmental Health – Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making (March 2008) | PSC021897 – PSC021902 | P98 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 46 | Environmental Health – What you should know about Formaldehyde in Mobile Homes | PSC021903 – PSC021906 | P99 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 47 | "*Formaldehyde Indoors*" by Dr. Stephen Smulski, April 1987, Progressive Builder, 12(4):9-11. | PSC002752 - PSC002754 | P103 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 48 | Asthma Project Report, February 28, 2001, Patricia M. Williams, Ph.D. and Results of Preliminary Asthma Education and Management Program | PSC002755 - PSC002844 | P104 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 49 | Boyson, M. "*Nasal mucosa in workers exposed to formaldehyde: a pilot study.*" Br J of Ind Med 47:116-121, 1990. | PSC002845 - PSC002853 | P105 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 50 | Edling, C. "*Occupational exposure to formaldehyde and histopathological changes in nasal mucosa.*" Br J of Ind Med 45:761-765, 1988. | PSC002854 - PSC002865 | P106 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | by unfair prejudice, confusion and misleading of jury. |
| 51 | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Rats after Long-term Exposure to Formaldehyde and Wood Dust*." Acta Otolaryngol (Stockh) 108:274-283, 1989. | PSC002866 - PSC002881 | P107 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 52 | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust*." Acta Otolaryngol (Stockh) 107: 120-129, 1989. | PSC002882 - PSC002893 | P108 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 53 | Castro-Rodriguez, JA. "*A Clinical Index to Define Risk of Asthma in Young Children with Recurrent Wheezing*." Am J Respir Crit Care Med 2000; 162(4 Pt 1):1403-06. | PSC002894 - PSC002897 | P109 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 54 | Garrett, MH.  "*Increased risk of allergy in children due to formaldehyde exposure in homes*."  Allergy 1999;54(4):330-7. | PSC002898 - PSC002905 | P110 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 55 | Jaakkola, JJ. "*Asthma, Wheezing, and Allergies in Russian Schoolchildren in Relation to New Surface Materials in the Home*." Am J Public Health 2004;94(4):560-2. | PSC002906 - PSC002908 | P111 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 56 | Platts-Mills, TA. "*Indoor allergens and asthma: Report of the Third International Workshop*." J Allergy Clin Immunol | PSC002909 - PSC002931 | P112 | | GSCI – hearsay, double hearsay, relevance, waste of time, |

| | | | | |
|---|---|---|---|---|
| | 1997;100(6 Pt 1):S2-S24. | | | cumulative. Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 57 | Rumchev, K. "*Domestic exposure to formaldehyde significantly increases the risk of asthma in young children*." Eur Respir J 2002;20:403-8. | PSC002932 - PSC002937 | P113 | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative. Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 58 | NHLB/National Asthma Education and Prevention Program – "Section 3, The Four Components of Asthma Management;" "The Strong Association Between Sensitization To Allergens and Asthma: A Summary of the Evidence;" "Indoor/Outdoor Air Pollution Irritants;" "Assessment Questions For Environmental And Other Factors That Can Make Asthma Worse" and " Section 4, Managing Asthma Long Term in Children 0-4 Years of Age and 5-11 Years of Age" | PSC002943 - PSC003012 | P114 | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative. Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 59 | Statement on National Vaccine Injury Compensation Program by Thomas E. Balbier, Jr., Director, National Vaccine Injury Compensation Program, U.S. Dept. of Health and Human Services, before the Committee on Government Reform, September 28, 1999 | PSC003013 - PSC003016 | P115 | GSCI – hearsay, excluded per Doc. 3029, double hearsay. |
| 60 | Wantke, F, *"Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children"* Clinical and Experimental Allergy, 1996, Vol. 26, pages 276-280 | PSC006055 – PSC006059 | P118 | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative. Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 61 | Krzyzanowski, Michal, *"Chronic Respiratory Effects of Indoor Formaldehyde Exposure"* Environmental Research 52, 117-125 (1990) | PSC006060 – PSC006068 | P119 | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative. Any relevance outweighed by unfair prejudice, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | confusion and misleading of jury. |
| 62 | "*Do Indoor pollutants and thermal conditions in schools influence student performance? A critical review of the literature*" by M.J. Mendell, et al. | PSC022202 – PSC022227 | P121 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 63 | "*Indoor Residential Chemical Emissions as Risk Factor for Children's Respiratory Health*" by M. Mendell | PSC022228 – PSC022267 | P122 | | GSCI – hearsay, double hearsay, relevance, waste of time, cumulative.  Any relevance outweighed by unfair prejudice, confusion and misleading of jury. |
| 64 | Affidavit of Lee E. Branscome, Ph.D., C.C.M. | ALX-EXP-8-000001 – ALX-EXP-8-000021 ALX-EXP-8-000022 – ALX-EXP-8-000027 | P124 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 65 | Curriculum Vitae of Lee Branscome, Ph.D., C.C.M. | ALX-EXP-5-000001 – ALX-EXP-5-000004 | P125 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 66 | Weather data from Dr. Lee Branscome for Punta Gorda, Florida, New Orleans, Louisiana, and Lottie, Louisiana | | P127 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 67 | Affidavit of Mary C. DeVany, M.S., C.S.P., C.H.M.M. | ALX-EXP-16-000001 - ALX-EXP-16-000034 | P128 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 68 | Curriculum Vitae of Mary C. DeVany, M.S., C.S.P., C.H.M.M. | ALX-EXP-13-000001 - ALX-EXP-13-000008 | P129 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 69 | THU Testing Protocol prepared by Mary DeVany et al. | PSC003220 - PSC003348 | P131 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 70 | Affidavit of  Paul Hewett, Ph.D. | ALX-EXP-20-000001 - | P132 | | GSCI – hearsay, double hearsay, cumulative, |

|  |  | ALX-EXP-20-000020 |  |  | waste of time |
|---|---|---|---|---|---|
| 71 | Curriculum Vitae of Paul Hewett, Ph.D. | ALX-EXP-17-000001 - ALX-EXP-EXP-17-000004 | P133 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 72 | Affidavit of Marco Kaltofen, P.E.(Civil) | ALX-EXP-28-000001 - ALX-EXP-28-000017 | P135 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 73 | Curriculum Vitae of Marco Kaltofen, P.E. (Civil) | ALX-EXP-25-000001 - ALX-EXP-25-000009 | P136 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 74 | Affidavit of  Gerald McGwin, Jr., M.S., Ph.D. | ALX-EXP-48-000001- ALX-EXP-48-000006 | P138 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 75 | Curriculum Vitae of Gerald McGwin, Jr., M.S., Ph.D. | ALX-EXP-45-000001- ALX-EXP-45-000035 | P139 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 76 | Affidavit of Janet D. Barnes, M.D. | ALX-EXP-4-000001 - ALX-EXP-4-000004 | P141 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 77 | Curriculum Vitae of Janet D. Barnes, M.D. | ALX-EXP-1-000001 - ALX-EXP-1-000002 | P142 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 78 | Affidavit of Reagan Johnson | ALX-EXP-24-000001 - ALX-EXP-24-000023 | P147 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 79 | Curriculum Vitae of Reagan Johnson | ALX-EXP-21-000001 - ALX-EXP-21-000010 | P148 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 80 | Affidavit of James Kornberg, M.D., Sc.D. | ALX-EXP-32-000001 - ALX-EXP-32-000048 | P150 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 81 | Curriculum Vitae of James Kornberg, M.D., Sc.D. | ALX-EXP-29-000001 - ALX-EXP-29-000012 | P151 |  | GSCI – hearsay, double hearsay, cumulative, waste of time |

| 82 | Affidavit of Stephen Smulksi, Ph.D. | ALX-EXP-73-000001 - ALX-EXP-73-000011 | P153 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
|---|---|---|---|---|---|
| 83 | Curriculum Vitae of Stephen Smulski, Ph.D. | ALX-EXP-70-000001 - ALX-EXP-70-000010 | P154 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 84 | Affidavit of Paul LaGrange | ALX-EXP-36-000001 - ALX-EXP-36-000017 | P156 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 85 | Curriculum Vitae of Paul LaGrange | ALX-EXP-33-000001 - ALX-EXP-33-000004 | P157 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 86 | Affidavit of Alexis Mallet, Jr. | ALX-EXP-44-000001 - ALX-EXP-44-000102 | P162 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 87 | Curriculum Vitae of Alexis Mallet, Jr. | ALX-EXP-41-000001 - ALX-EXP-41-000008 | P163 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 88 | Trailer drawings by Alexis Mallet, Jr. | PSC025194– PSC025202 | P165 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 89 | Affidavit of Charles David Moore, P.E., P.L.S. | ALX-EXP-52-000001 - ALX-EXP-52-000007 | P166 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 90 | Curriculum Vitae of Charles David Moore, P.E., P.L.S. | ALX-EXP-49-000001 - ALX-EXP-49-000003 | P167 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 91 | Affidavit of Thomas H. Mayor, Ph.D. | ALX-EXP-82-000001 - ALX-EXP-82-000008 | P169 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 92 | Curriculum Vitae of Thomas H. Mayor, Ph.D. | ALX-EXP-79-000001 - ALX-EXP-79-000003 | P170 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 93 | Affidavit of Ervin Ritter, P.E. | ALX-EXP-60-000001 - ALX-EXP-60- | P171 | | GSCI – hearsay, double hearsay, cumulative, waste of time |

| | | | | | |
|---|---|---|---|---|---|
| | | 000038 | | | |
| 94 | Curriculum Vitae of Ervin Ritter, P.E. | ALX-EXP-57-000001 - ALX-EXP-57-000003 | P172 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 95 | Affidavit of Edward H. Shwery, Ph.D. regarding Alana Alexander | ALX-EXP-78-000001 - ALX-EXP-78-000003 | P174 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 96 | Affidavit of Edward H. Shwery, Ph.D. regarding Christopher Cooper | ALX-EXP-68-000001 - ALX-EXP-68-000007 | P175 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 97 | Affidavit of Edward H. Shwery, Ph.D. regarding Ericka Alexander | ALX-EXP-69-000001 - ALX-EXP-69-000007 | P176 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 98 | Curriculum Vitae of Edward H. Shwery, Ph.D. | ALX-EXP-65-000001 - ALX-EXP-65-000016 | P177 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 99 | Affidavit of William D. Scott, P.E., C.H.M.M. | ALX-EXP-64-000001 – ALX-EXP-64-000050 | P179 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 100 | Curriculum Vitae of William D. Scott, P.E., C.H.M.M. | ALX-EXP-61-000001 – ALX-EXP-61-000005 | P180 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 102 | Affidavit of Karin A. Pacheco, M.D., M.S.P.H. | ALX-EXP-56-000001 – ALX-EXP-56-000009 | P183 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 103 | Curriculum Vitae of Karin A. Pacheco, M.D., M.S.P.H. | ALX-EXP-53-000001 – ALX-EXP-53-000013 | P184 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 104 | Affidavit of Patricia M. Williams, Ph.D., D.A.B.T. | ALX-EXP-77-000001 – ALX-EXP-77-00042 | P186 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 105 | Curriculum Vitae of Patricia M. Williams, Ph.D., D.A.B.T. | ALX-EXP-74-000001 – ALX-EXP-74-000031 | P187 | | GSCI – hearsay, double hearsay, cumulative, waste of time |
| 106 | Spreadsheets of Symptoms: 1) Total Report | PSC003451 - | P189 | | GSCI – hearsay, double |

| | | | | |
|---|---|---|---|---|
| | of All Symptoms; 2) Report of Symptoms of Individuals With Neither Mold Nor Mildew Reported in Their THU and No Fumigation of Their THU; 3) Report of Symptoms of Individuals Who Did Not Smoke Inside Their THU and 4) Report of Symptoms of Individuals who Did Not Report Mold or Mildew, Did Not Smoke Inside, Did Not Have Their THU Fumigated and Did Not Have Service or Maintenance Repairs<br>Prepared by Dr. Patricia Williams | PSC003663 | | | hearsay, cumulative, waste of time |
| 107 | Formaldehyde Testing Database prepared by the PSC (as of May 19, 2009) | PSC021467 | P190 | | GSCI – hearsay, relevance, waste of time, any relevance outweighed by unfair prejudice, confusion or misleading of jury |
| 108 | PSC Formaldehyde Testing Database Summary Graphs | | P191 | | GSCI – hearsay, relevance, waste of time, any relevance outweighed by unfair prejudice, confusion or misleading of jury |
| 109 | 20 Photographs of Plaintiffs Taken by Plaintiff's Counsel<br>Photographs taken by D. Scott Johnson, Bombet, Cashio & Associates, on May 6, 2009 and May 7, 2009 at FEMA Lottie Staging/Storage Area | From the following series: PSC022269 – PSC022370; PSC022371 – PSC022719; PSC022720 – PSC022793; PSC025445 – PSC025654 | P192 | | GSCI – relevance, waste of time, cumulative, any relevance outweighed by unfair prejudice, confusion or misleading of jury (i.e. any photos not of the Alexander/Cooper trailer). |
| 111 | Digitally created pictures of travel trailer | | P198 | | GSCI – hearsay, relevance, waste of time, cumulative, any relevance outweighed by unfair prejudice, confusion or misleading of jury (i.e. any photos not of the Alexander/Cooper trailer). |
| 114 | Test results of testing performed by Defendant, Gulf Stream Coach, on the | | P201 | | GSCI – this exhibit is not known to exist |

| | | | | |
|---|---|---|---|---|
| | Alexander travel trailer, 4415 Dale Street, New Orleans, LA | | | |
| 116 | Owner's Manual – Del Air Co. & R.V. (2007 model) - *Travel Trailers and Fifth Wheels Owner's Manual Gulf Stream Coach, Inc.* | PSC022806 – PSC022841 | P206 | | GSCI – relevance (i.e. different manufacturer, different time period), waste of time, any relevance outweighed by unfair prejudice, confusion or misleading of jury. |
| 118 | Gulf Stream Travel Trailer Photographs of sticker "Not Intended For Recreational Purposes" | PSC022846 | P208 | | GSCI- relevance (not Alexander/Cooper trailer, not a GSCI "sticker") |
| 119 | Gulf Stream Coach's contracts with FEMA | | P213 | | GSCI – excluded per Doc. 3018 |
| 120 | Material Safety Data Sheets for all Materials used in Gulf Stream Coach, Inc.'s units | | P215 | | GSCI – hearsay, vague, relevance (i.e. any non-wood products) |
| 123 | Gulf Stream Coach, Inc. - Letter from James Shea to Jonathan Gibb of FEMA regarding potential issues (Exhibit 24 from the deposition of James Shea, 2009) | GULF0003011 - GULF 0003013 | P218 | | GSCI – relevance (document regards 2005 material shortages so irrelevant to Alexander/Cooper trailer built in 2004). |
| 126 | BlueLinx Corporation Material Safety Data Sheet for Urea-Formaldehyde Bonded Wood Products | PSC003068 - PSC003078 | P231 | | GSCI – hearsay, vague, relevance (i.e. any non-wood products) |
| 127 | Georgia-Pacific Material Safety Data Sheet for Urea-Formaldehyde Bonded Wood Products | PSC003079 - PSC003091 | P232 | | GSCI – hearsay, vague, relevance (i.e. any non-wood products) |
| 129 | Payments made to Gulf Stream Coach, Inc. by FEMA/Government regarding hurricanes Katrina and Rita housing | | P235 | | GSCI – excluded per Doc. 3018. |
| 133 | Email from Jim Shea to Tallman Johnson (staff contact for Congressman Bob Ney) regarding calls this morning that includes an attachment | GULF0002238 | P240 | | GSCI – relevance (document regards 2005 contracts, production so irrelevant to design/construction of Alexander/Cooper trailer in 2004) |
| 134 | Gulf Stream FEMA Meeting Agenda (getting ready for production) | GULF0000359 | P241 | | GSCI – relevance (document regards 2005 contracts, production so irrelevant to design/construction |

| | | | | |
|---|---|---|---|---|
| | | | | of Alexander/Cooper trailer in 2004) |
| 135 | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-19-2005) | GULF0002203-GULF0002218 | P242 | | GSCI – excluded per Doc. 3018. Relevance (contracts/production in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 136 | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA – unsigned (Solicitation Issue Date 8-25-2005) | GULF0002151-GULF0002658 | P243 | | GSCI – excluded per Doc. 3018. Relevance (contracts/production in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 137 | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-29-2005) | GULF0002166-GULF0002181 | P244 | | GSCI – excluded per Doc. 3018. Relevance (contracts/production in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 138 | 11:30 Plant #57 Operations Meeting Itinerary | GULF0000970 | P245 | | GSCI - Relevance (contracts/production in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 140 | Email from Kirk Barron to Dan Shea getting permission to buy 3/8" MDF in lieu of other more expensive materials | GULF0003053-GULF0003054 | P247 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 141 | Email from Kirk Barron to Dan Shea regarding the structural ratings for proposed Norbord MDF with LFE | GULF0003038-GULF0003040 | P248 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 142 | Packing slip from Adorn for "REG" Lauan | GULF0004042; GULF0003145 | P249 | | GSCI - Relevance (contracts/production or materials in 2005 |

| | | | | |
|---|---|---|---|---|
| | | | | irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 143 | Packing slip from Adorn for "REG" Lauan | GULF0004045 | P250 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 144 | Packing slip from Adorn for "REG" Lauan (Exhibit 5 from the deposition of James Shea) | GULF0004036 | P251 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 146 | Packing slip from Adorn for "REG" Lauan | GULF0004043 | P253 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 147 | Invoices, Packing Slips and Bill of Lading for Adorn REG lauan (Exhibit 1 from the deposition of Dan Shea and Exhibit 3 from the deposition of James Shea) | GULF0004035-GULF0004041, GULF0004044 | P254 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 148 | Picking List for order of Wood Bridge, Inc. product (LFE column blank) | GULF0004251; GULF0006115; GULF0006119; GULF0006122 | P255 | | GSCI – regarding GULF00004251, relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 149 | Picking Lists for orders of Wood Bridge, Inc. product (LFE column blank) | GULF0004247, GULF0004249 | P256 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of |

| | | | | |
|---|---|---|---|---|
| | | | | Alexander/Cooper trailer in 2004). |
| 150 | Picking List for order of Wood Bridge, Inc. product (LFE column blank) (Exhibit 6 from the deposition of James Shea) | GULF0004244 | P257 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 151 | FEMA Rail Tracking Report | GULF000783-GULF000784 | P258 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 155 | FEMA Production Supplier Database; Handwritten Notes | GULF0000050-GULF0000061 | P262 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 156 | Maple Street delivery ticket for HUD certified lauan (Exhibit 4 from the deposition of James Shea) | GULF0004049-GULF0004050 | P263 | | GSCI - Relevance (contracts/production or materials in 2006 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 161 | Contract for additional funds to Gulf Stream Coach, Inc. for delivery charges - signed by Bryan McCreary of FEMA | GULF0002219-GULF0002220 | P268 | | GSCI – excluded per Doc. 3018. |
| 164 | FEMA Production Supplier Database; Handwritten Notes (Exhibit 19 from the deposition of James Shea) | GULF0000038-GULF0000049 | P271 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 165 | Internal Gulf Stream Coach, Inc.  emails (Don Jackson, Myrna Noel et al) regarding excess inventory at Plant 77 | GULF0000938 | P272 | | GSCI – relevance, hearsay.  Emails are for time periods not relevant to the Alexander/Cooper trailer.  Any relevance |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | outweighed by unfair prejudice, misleading or confusion of jury in that Plaintiff intends to implicate improper usage of excess materials . |
| 167 | Gulf Stream's PR firm, Porter Novelli, sends a statement to CNN | GS(COGR)00282 | P274 | | GSCI – hearsay, cumulative, relevance. |
| 168 | Kirk Barron sends an email to Dan Shea regarding suppliers of floor decking, stiles and MDF | GULF0003062 | P275 | | GSCI - Relevance (contracts/production or materials in 2006 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 170 | August 16, 2007 Email from John Brun regarding Darlene Moore (Exhibit 15 from the deposition of Dan Shea) | GULF0004576-GULF0004577 | P277 | | GSCI - Relevance (contracts/production or materials in 2007 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 174 | Email from Dan Shea to Darryl Madden (FEMA) with a link to an EPA website | GULF0002282 | P281 | | GSCI – relevance.  The email has no context and references an MSDS attached that is not part of this exhibit. |
| 183 | Jill Igert and Stephen Miller's emails regarding 5/18 article on testing and a man in Slidell | GULF0002844-GULF0002846 | P290 | | GSCI – relevance. This is an event not related to a complaint to GSCI.  Hearsay. Any relevance outweighed by unfair prejudice, confusion or misleading of jury. |
| 186 | Memo from Bronson Brown (OSHA) to Jesse Crowley regarding testing done in March 2006 | GULF0003193-GULF0003196 | P293 | | GSCI – cumulative/duplicative of 163 (P270). |
| 187 | Call from Gulf Stream to Miles Resor regarding Resor's request for MSDS Sheets (Exhibit 16 from the deposition of Scott Pullin) | GULF0002349-GULF0002350 | P294 | | GSCI – cumulative, relevance. |
| 188 | Letter from Dan Shea to David Porter regarding Resor's request for MSDS sheets (Exhibit 26 from the deposition of Dan | GULF0002506-GULF0002507 | P295 | | GSCI – cumulative, relevance. |

| | | | | |
|---|---|---|---|---|
| | Shea) | | | |
| 189 | Emails between Dan Shea and David Porter, Margarita Dibenedetto, Dondra Landry, Rosalind Scott and Stephen Miller (FEMA) regarding Resor | GULF0002834-GULF0002835 | P296 | | GSCI – cumulative, relevance. |
| 191 | Open letter from Ann Benjamin (Sampling USA) explaining the company's terminology in reference to its plywood glues (MR, LFE, T1) | GULF0003423 | P298 | | GSCI – hearsay. |
| 196 | Daily FEMA Call Log regarding John Bruhn's call with resident Jorge Lauraina (August 10, 2006) | GULF0002500 | P304 | | GSCI - Relevance (contracts/production or materials in 2006 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 198 | Betsy Hall's summary of the "Bi-Monthly Formaldehyde Conference Call" ; forwarded by Stephen Miller to Dan Shea | GULF0002326-GULF0002327 | P306 | | GSCI - Relevance (contracts/production or materials periods irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 200 | Statement not on Gulf Stream letterhead that is a shortened version of 4/27/07 statement | GULF0003202 | P308 | | GSCI – cumulative, duplicative. |
| 201 | Statement not on Gulf Stream letterhead regarding use of laminated paneling from Asia | GULF0003203 | P309 | | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). Any relevance outweighed by unfair prejudice, confusion or misleading of jury.<br><br>Excluded per Doc. 3018. |
| 203 | Email from Randy LeBouef to Gulf Stream (with handwritten notes) about trailer he purchased (Exhibit 17 from the deposition of Scott Pullin) | GULF0003218 | P311 | | GSCI – relevance. This regards a non-FEMA-trailer occupant. |
| 206 | Emails between Stephen Miller and Dan Shea regarding what can be done to avoid | GULF0003178 | P314; GS6 | | GSCI – relevance.  Any relevance outweighed |

| | | | | |
|---|---|---|---|---|
| | scrapping all of the trailers | | | | by unfair prejudice, confusion or misleading of jury. |
| 207 | Stephen Miller gives Dan Shea  the name and number of the head of the CDC Mitigation Study Team | GULF0003179 | P315 | |
| 208 | Gulf Stream releases a statement that, as of 3/17/08, all new Gulf Stream Coach, Inc. RV vehicles will be solely made of wood products that meet CARB standards | GULF0003205 | P316 | Objection - Relevance |
| 210 | Notes of a series of phone calls in one afternoon to confirm order and obtain a contract | GULF0002253 | P321 | GSCI – excluded per Doc. 3018. |
| 211 | Letter from Patrick Industries to customers regarding LFE lauan | CROSSROADS0 000090 | P323 | GSCI – hearsay, relevance. |
| 213 | FEMA Production Supplier Database | GULF0004003 – GULF0004010 | P325 | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 214 | FEMA Production Supplier Database | GULF0003718 – GULF0003729 | P326 | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 215 | Complaint from purchaser of FEMA unit Dispatched: 11/16/05 (Exhibit 10 from the deposition of James Shea) | GULF0004520 | P328 | Objection - relevance |
| 216 | Louis Salem, a Customs and Border Patrol officer in Laredo who purchased FEMA unit called regarding formaldehyde Dispatched: 2/20/06 | GULF0004521 | P331 | GSCI – relevance.  Any relevance outweighed by unfair prejudice, confusion or misleading of jury. |
| 219 | July 19, 2007 Email from Steve Lidy to Dan Shea regarding formaldehyde calls (Exhibit 33 from the deposition of Dan Shea) | GULF0004580 | P335 | GSCI - Relevance (contracts/production or materials in 2007 irrelevant to design/construction of Alexander/Cooper trailer in 2004). Cumulative and waste of time. |

| 222 | Hand-drawn diagram (Exhibit 3 from the deposition of Burl Keel) | PSC023592 | P339 | | |
| 232 | Formaldehyde Test results from Bonner Analytical Testing Company prepared for CH2M Hill, Inc., April 6, 2006 | PSC003400 - PSC003406 | P352 | | GSCI - Relevance (contracts/production or materials in 2005/2006 irrelevant to design/construction of Alexander/Cooper trailer in 2004).  This also did not pertain to a GSCI unit. |
| 261 | Letter from Bennie G. Thompson, Chairman of the U.S. House of Representatives Committee on Homeland Security, dated November 19, 2007, to R. David Paulison and Paulison's response, dated December 11, 2007 | PSC002938 - PSC002942 | P381 | | GSCI – excluded per Doc. 3029. |
| 263 | "FEMA Storage Site Duties/Responsibilities" | PSC003092 - PSC003094 | P384 | | Objection - Irrelevant (Fleetwood) |
| 269 | Email correspondence between FEMA and Government staff | PSC003439 - PSC003447 | P391 | | GSCI – excluded per Doc. 3029. |
| 276 | U.S. General Services Administration – Usable Travel Trailers Sales Certification | PSC023706 | P401 | | GSCI - relevance |
| 277 | FEMA media release: The Deployment and Sale of Temporary Housing Units – August 1, 2007 | PSC023716 – PSC023717 | P402 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 278 | FEMA media release: FEMA to Test Methods to Reduce Formaldehyde in Travel Trailers - August 08, 2006 | PSC023718 – PSC023719 | P403 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 279 | FEMA media release: FEMA Study: Ventilating Travel Trailers can Significantly Reduce Formaldehyde Emission Levels - May 04, 2007 | PSC023720 – PSC023722 | P404 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. |

| | | | | |
|---|---|---|---|---|
| | | | | 3029. |
| 280 | FEMA media release: FEMA Continues to Address Formaldehyde Concerns - July 18, 2007 | PSC023726 | P405 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 281 | FEMA media release: Formaldehyde and Travel Trailers - July 20, 2007 | PSC023727–PSC023729 | P406 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 282 | FEMA media release: Transfer of FEMA Unused Mobile Homes to Tribal Governments - September 11, 2007 | PSC023730 – PSC023734 | P407 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 283 | FEMA Myths & Facts : Travel Trailers - November 8, 2007 | PSC023735–PSC023737 | P408 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 284 | FEMA media release: FAQs Refund of Temporary Housing Units - January 17, 2008 | PSC023741–PSC023743 | P409 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 285 | FEMA media release: Unfounded: Assertions that FEMA Ignored or Manipulated Formaldehyde Research - January 29, 2008 | PSC023745 – PSC023746 | P410 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper |

| | | | | |
|---|---|---|---|---|
| | | | | trailer in 2004, excluded per Doc. 3029. |
| 286 | FEMA media release: Katrina/Rita Housing Facts - January 29, 2008 | PSC023747– PSC023751 | P411 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 287 | FEMA media release: FEMA's Ongoing Response to Formaldehyde - February 12, 2008 | PSC023752 – PSC023754 | P412 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 288 | FEMA media release: CDC Results of Formaldehyde Level Tests - February 14, 2008 | PSC023760 – PSC023761 | P413 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 289 | FEMA media release: FEMA Plan of Action on Formaldehyde Findings to be Implemented Immediately - February 14, 2008 | PSC023762 – PSC023763 | P414 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 290 | FEMA media release: FEMA Offering Formaldehyde Testing to Occupants of Trailers and Mobile Homes in Disasters Nationwide - February 22, 2008 | PSC023764 | P415 | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 291 | FEMA media release: Formaldehyde Testing to be Conducted in all Unoccupied Manufactured Housing Units before | PSC023765 | P416 | GSCI – hearsay, relevance as regarding events post-dating the |

| | | | | |
|---|---|---|---|---|
| | Delivery to States, Occupants - March 7, 2008 | | | | design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 292 | FEMA media release: Latest Tests Show Low Levels of Formaldehyde in Mobile Homes - March 12, 2008 | PSC023766 | P417 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 293 | FEMA media release: FAQ: 2008 Disaster Housing Plan - June 10, 2008 | PSC023768– PSC023770 | P418 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 294 | FEMA Statement on Formaldehyde - July 9, 2008 | PSC023771 | P419 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 295 | FEMA media release: Myths & Facts about FEMA Housing Following Katrina - May 26, 2008 | PSC023772 – PSC023774 | P420 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 296 | FEMA media release: New Task Contract Awarded for Temporary Housing Units - August 4, 2008 | PSC023779 | P421 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 297 | FEMA media release: Frequently Asked | PSC023780– | P422 | | GSCI – hearsay, |

| | | | | |
|---|---|---|---|---|
| | Questions - October 27, 2008 | PSC023782 | | | relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 298 | FEMA media release: Additional Testing and Housing Options Available for FEMA-provided Manufactured Homes Occupants - October 27, 2008 | PSC023783–PSC023784 | P423 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 299 | FEMA media release: Initial Indoor Air Quality Tests Results - November 14, 2008 | PSC023789–PSC023790 | P424 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 300 | FEMA media release: FAQ National Disaster Housing Strategy - January 16, 2009 | PSC023791–PSC023794 | P425 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 301 | FEMA Statement on Travel Trailers and Formaldehyde | PSC023795 | P426 | | GSCI – hearsay, relevance as regarding events post-dating the design/construction of the Alexander/Cooper trailer in 2004, excluded per Doc. 3029. |
| 303 | June 15, 2006 Email from Stephen Miller to Scott Pullin regarding MSDS sheets (Exhibit 19 from the deposition of Dan Shea) | GULF0002354 | P428 | | GSCI – cumulative, waste of time. |
| 304 | October 10, 2005 Letter from Jim Shea, Dan Shea, and Brian Shea to  R. David Paulison (Exhibit 1 from the deposition of | GULF0003008 | P429 | | GSCI - Relevance (contracts/production or materials in 2005 |

| | | | | |
|---|---|---|---|---|
| | Brian Shea and Exhibit 21 from the deposition of James Shea) | | | | irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 307 | May 24, 2006 Email involving Chairman Ross, Stephen Miller and Dan Shea; re: Formaldehyde news story (Exhibit 11 from the deposition of Dan Shea) | GULF0004479 | P432 | | GSCI - relevance |
| 331 | Email between David Chawaga and Mary Margaret Walker on May 1, 2007 | PSC023826– PSC023827 | P457 | | Objection - applicable air standards MIL |
| 332 | FEMA: Interim Direction on use of Temporary Housing Units (Revision Effective Date: March 10, 2008) | PSC023828 – PSC023834 | P458 | | GSCI - Relevance (contracts/production or materials in 2008/2009 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 333 | FEMA:  FEMA Begins Next Phase of Inventory Reduction of Excess Temporary Housing Units | PSC023710 – PSC023715 | P459 | | GSCI - Relevance (contracts/production or materials at times irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 343 | Any other documents concerning the Travel Trailer provided to Alana Alexander | | P470 | | GSCI – vague, cumulative, duplicative, waste of time |
| 353 | Family photos of Alana Alexander and Christopher Cooper | | P480 | | GSCI – relevance, any relevance outweighed by unfair prejudice, waste of time.  The plaintiffs and family members are alive and photographs not required. |
| 357 | Education Records on Christopher Cooper | | P485 | | GSCI – relevance. Mental health, intelligence, school performance not at issue in this litigation. Any relevance outweighed by unfair prejudice, confusion, misleading of the jury and waste of time. |

| 358 | Report Cards and Kipp report on Christopher Cooper | | P486 | | GSCI – relevance. Mental health, intelligence, school performance not at issue in this litigation. Any relevance outweighed by unfair prejudice, confusion, misleading of the jury and waste of time. |
|---|---|---|---|---|---|
| 359 | Affidavit of Sabal Palm Elementary Records | PSC023967– PSC023968 | P487 | | GSCI – relevance. Mental health, intelligence, school performance not at issue in this litigation. Any relevance outweighed by unfair prejudice, confusion, misleading of the jury and waste of time. |
| 360 | Chris Cooper's 3rd Grade Records | | P488 | | GSCI – relevance. Mental health, intelligence, school performance not at issue in this litigation. Any relevance outweighed by unfair prejudice, confusion, misleading of the jury and waste of time. |
| 361 | Christopher Cooper - Education Records from KIPP: McDonogh 15 School for Creative Arts | | P489 | | GSCI – relevance. Mental health, intelligence, school performance not at issue in this litigation. Any relevance outweighed by unfair prejudice, confusion, misleading of the jury and waste of time. |
| 362 | Christopher Cooper - Altar Server Award from Serra Club of the Metropolitan New Orleans | PSC023969 | P490 | | GSCI – relevance. Mental health, intelligence, school performance not at issue in this litigation. Any relevance |

| | | | | |
|---|---|---|---|---|
| | | | | outweighed by unfair prejudice, confusion, misleading of the jury and waste of time. |
| 363 | Alana Alexander - Employment Records from KIPP: McDonogh 15 School for Creative Arts | PSC023970– PSC023996 | P491 | GSCI – relevance. Mental health, intelligence, work performance not at issue in this litigation. Any relevance outweighed by unfair prejudice, confusion, misleading of the jury and waste of time. |
| 379 | Hurricane Katrina Temporary Housing Chart from Williams, Adley & Company, LLP | PSC024131 | P511 | GSCI – relevance, hearsay. |
| 380 | Material Safety Data Sheet for Wood and Wood Products from Georgia-Pacific | PSC024132– PSC024136 | P512 | GSCI – relevance, hearsay. |
| 381 | PRI, Critical Government Services Worldwide's website | PSC024137– PSC024186 | P513 | GSCI – relevance, hearsay. |
| 382 | Del-Jen, Inc., a Fluor Company's  website | PSC024187– PSC024231 | P514 | GSCI – relevance, hearsay. |
| 383 | Payments by FEMA/Government to Gulf Stream Coach, Inc., Fluor Enterprises, Inc., Del-Jen, Inc. and any other Fluor entity | | P515 | GSCI – excluded per Doc. 3029. |
| 384 | Warning Label regarding Formaldehyde | PSC024232 | P516 | GSCI – relevance, hearsay. |
| 388 | Purchase Order between Adorn LLC (Dan West) and Friendship Homes of Minnesota (Wayne Sundstedt) for PB and Lauan (Exhibit 13 from the deposition of Dan Shea) | GULF0000581 | P524 | GSCI - Relevance (contracts/production or materials in 2005 irrelevant to design/construction of Alexander/Cooper trailer in 2004). |
| 389 | Any and all other documents/exhibits which may be identified or discovered on the basis of Defendants' responses to discovery which has been timely propounded by Plaintiffs | | P529 | GSCI – Improper exhibit designation and vague, cumulative, waste of time, relevance. |
| 390 | Any and all other documents and exhibits which may be produced pursuant to any subpoena issued in this matter or utilized by any party at any deposition taken in this matter | | P530 | GSCI – Improper exhibit designation and vague, cumulative, waste of time, relevance. |
| 391 | "Inhalation of formaldehyde and xylene | | P531 | GSCI – hearsay. |

| | | | | |
|---|---|---|---|---|
| | induces apoptotic cell death in the lung tissue" *by M. Sandikci, K. Seyrek, H. Aksit and H. Kose* | | | | |
| 392 | Addendum to Dr. Paul Hewett's Report | ALX-EXP-20-00 0252- ALX-EXP-20-00 0271 | P532 | | GSCI – hearsay |
| 393 | Addendum to Dr. Lee Branscome's Report | ALX-EXP-8- 000022 - ALXEXP- 8-000023 | P533 | | GSCI – hearsay |
| 394 | Addendum to Weather data from Dr. Lee Branscome for Atlana, GA, Baton Rouge, LA, Lottie, LA, and MSY | ALX-EXP-8- 000024 ALX-EXP-8- 000027 | P534 | | GSCI – hearsay |

| 455 | ATSDR Minimal Risk Level (MRL) Worksheet (Exhibit 6 to Patricia Williams Deposition) | ATSDR0000447-ATSDR0000449 | | | Objection based on MRL/Standards MIL |
|---|---|---|---|---|---|

The final Joint Exhibit List was only recently provided to the Court, and Gulf Stream

Coach, Inc. reserves its right to supplement its objections upon further review.  To the extent

that the Court extends the deadline for objecting to any offered exhibits, Gulf Stream Coach,

Inc. additionally reserves the right to supplement its objections contained herein.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2009, a copy of the foregoing

Objections to Certain Exhibits Listed in the Joint Exhibit List on Behalf of Gulf Stream

Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system.

Notice of this file will be sent to all known counsel of record by operation of the court's

electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com