UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER AND REASONS

Before the Court is Gulf Stream Coach, Inc.'s Motion in Limine to Prohibit Any

Testimony or Evidence Relating to the Testing of Other Emergency Housing Units (Rec. Doc.

2821).   In this motion, Defendant Gulf Stream Coach, Inc. ("Gulf Stream") requests an Order

prohibiting Plaintiffs from introducing any evidence/testimony of or reference by any fact or

expert witness to the testing of other emergency housing units ("EHUs").  After considering the

memoranda of the parties and the applicable law, the Court defers this motion to trial.

The Court is familiar with several of the expert reports of testifying expert witnesses in

this litigation, and is also aware that those experts, as part of their testing and methodology,

surveyed the formaldehyde level in various other Gulf Stream EHUs besides the Plaintiffs'.  In

such circumstance, only testing of other Gulf Stream units, for statistical purposes, shall be

allowed, subject to cross examination.  To that extent, clearly Gulf Stream's motion shall be

denied.

As to testing of another Gulf Stream single unit by itself and not in the context of an expert's work, the Court cannot determine how such might be relevant without the context of that particular witness' testimony.

Considering the foregoing, **IT IS ORDERED** that **Gulf Stream Coach, Inc.'s Motion in Limine to Prohibit Any Testimony or Evidence Relating to the Testing of Other Emergency Housing Units (Rec. Doc. 2821)** is **DEFERRED TO TRIAL.**

New Orleans, Louisiana, this 8th day of September, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**