UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO<br><br>*Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892;<br>Alana Alexander, individually and on behalf of Christopher Cooper | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PARTIES' JOINT WITNESS LIST

### 1. PLAINTIFF'S WILL CALL WITNESS LIST

| WITNESS | SUBJECT | LIVE/VIDEO |
|---|---|---|
| a. Abbott, Eddie | GSC Engineering Manager | Video |
| b. Alexander, Alana | Plaintiff | Live |
| c. Alexander, Erika | Sister/Daughter of Plaintiffs | Live |
| d. Allen, Heath | Fluor Sub-Contractor | Video |
| e. Allen, Travis | Fluor Sub-Contractor | Video |
| f. Bailey, Scott | E/E Adorn/Patrick Supplier GSC | Video |
| g. Baksh, Angela | Inspected Unit/SOP Inspect | Video |
| h. Barnes, Dr. Janet | PSC Expert/Treating Doctor | Live |
| i. Blanchard, Terry | Fluor Sub-Contractor | Video |
| j. Brown, James R. | Head Receiver GSC | Video |
| k. Cooper, Christopher | Plaintiff Minor, 12 years old | Live |

| | | | |
|---|---|---|---|
| l. | Davis, Alan | Former GSC E/E | Video |
| m. | DeRosa, Chris | Non-Retained Expert, Former CDC/ATSDR | Live |
| n. | Devany, Mary | PSC Expert Testing/Liability | Live |
| o. | Duckworth, Robert | Fluor Safety Manager | Live |
| p. | Durham, Dwight | Fluor | Video |
| q. | Esparza, Linda | Former GSC E/E | Video |
| r. | Freiberger, Don | Former GSC E/E | Live |
| s. | Freiberger, Karen | Former GSC E/E | Live |
| t. | Hewett, Paul | PSC Expert, Statistics | Live |
| u. | Jacquez, Frank | Former GSC E/E | Live |
| v. | Kaltofen, Marco | PSC Expert, Testing, Database | Live |
| w. | Keel, Burl | GSC Plant Manager | Video |
| x. | Kornberg, Dr. Jim | PSC Expert, Med. Monitoring, Causation | Live |
| y. | Lemieux, Darryl | Fluor Sub-Contractor | Live |
| z. | Linares, Hugo | Fluor E/E | Live |
| aa. | Mallet, Al | PSC Expert Trailer Constr. | Live |
| bb. | McCreary, Patrick | Former GSC E/E | Live |
| cc. | McGwin, Dr. Gerald | PSC Expert – Epidemiology | Live |
| dd. | Methot, Dave | Fluor E/E | Video |
| ee. | Moore, Charles David | PSC Expert Test/Trailer Frame Bent | Live |
| ff. | Pullin, Scott | VP Operations GSC | Video |

| | | |
|---|---|---|
| gg. Ritter, Ervin | PSC Expert Heat/AC | Live |
| hh. Scott, Jeremiah | Christopher Cooper's Coach | Live |
| ii. Scott, William | PSC Expert, Tested Unit | Live |
| jj. Shaffer, Don | Former GSC E/E | Live |
| kk. Shea, Dan | President motor Unit GSC | Video |
| ll. Shea, Jim – Depo #1 | Chairman Gulf Stream | Video |
| mm. Shea, Jim | CEO GSC | Video |
| nn. Shwery, Dr. Ed | PSC Expert, Psychologist | Live |
| oo. Slone, Terry | Former GSC E/E | Video |
| pp. Smulski, Stephen | PSC Expert Wood Science | Live |
| qq. Sober, Richard | Fluor E/E | Video |
| rr. Timmins, Kyle | Receiver GSC | Video |
| ss. Williams, Patricia | PSC Expert, Toxicology | Live |
| tt. Zumbrun, Jeff | Purchasing Manager GSC | Video |

## PLAINTIFF'S MAY CALL WITNESS LIST

| **WITNESS** | **SUBJECT** | **LIVE/VIDEO** |
|---|---|---|
| a. Alexander, Shirley | Mother/Grandmother | Live/Video |
| b. Mayor, Dr. Tom | PSC Expert, Economist | Live |

3

## WITNESSES TO BE CALLED BY GULF STREAM COACH, INC.

| WITNESS | SUBJECT | LIVE/VIDEO |
|---|---|---|
| a. Pullin, Scott | Fact witness | Live/Video |
| b. Wedner, Dr. James | Expert | Live |
| c. Dyson, Dr. William | Expert | Live |
| d. Serauskas, Damien | Expert | Live |
| e. Cole, Dr. Phillip | Expert | Live |
| f. Allan, Dr. Graham | Expert | Live |
| g. Ciota, Dr. Megan | Expert | Live |
| h. Zumbrun, Jeff | Fact | Live |
| i. Sarvari, Phillip | Fact | Live |
| j. James, Dr. Robert | Expert Toxicologist | Live |
| k. Herzstein, Dr. Jessica | Expert - Medical Mon. | Live |
| l. Cleland, Joseph | Fact | Video |
| m. Pacheco, Dr. Karen | Expert | Video |
| n. Souza, Kevin | Fact | Video |
| o. Little, Joe | Fact/Expert | Video |
| p. Miller, Steve | Fact | Video |
| q. McNeese, Martin | Fact | Video |
| r. Lentych, Todd | Fact | Video |

## WITNESSES THAT MAY BE CALLED BY GULF STREAM COACH, INC.

| | WITNESS | SUBJECT | LIVE/VIDEO |
|---|---|---|---|
| a. | Harder, Michael | Fact | Video |
| b. | Larsen, Stanley | Fact | Video |
| c. | Bonomo, Gary | Fact | Video |
| d. | Garratt, David | Fact | Video |

## WITNESSES TO BE CALLED BY FLUOR ENTERPRISES, INC. - (although some are expected to testify during Plaintiff's case)

| | | | |
|---|---|---|---|
| a. | Gay, Cam | Live | May Call |
| b. | Ulm, Billy | Live | May Call |
| c. | Lemieux, Dan | Live | May Call |
| d. | Lemieux, Daren | Live | May Call |
| e. | Medina, Raul | Live | May Call |
| f. | Hodge, Van | Live | May Call |
| g. | Morton, Gloria | Live | May Call |
| h. | Quick, Leonard | Live | Will Call |
| i. | Rammell, Jim | Live | May Call |
| j. | Bukowski, Robert | Live | May Call |
| k. | Repasky, Tom | Live | May Call |
| l. | Belote, Richard | Live | Will Call |
| m. | Whitaker, Al | Live | Will Call |

| | | | |
|---|---|---|---|
| n. | Linares, Hugo | Live | Will Call |
| o. | Methot, Dave | Live | Will Call |
| p. | Sober, Richard | Live | May Call |
| q. | Berger, Chuck | Live | May Call |
| r. | Durham, Dwight | Video | May Call |
| s. | Duckworth, Robert | Live | Will Call |
| t. | Baksh, Angela | Live | May Call |

Respectfully submitted,

/s/Gerald E. Meunier, Esq.
GERALD E. MEUNIER, ESQ.
JUSTIN I. WOODS, ESQ.
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

*On Behalf of Plaintiffs*

/s/Andrew D. Weinstock, Esq.
ANDREW D. WEINSTOCK, ESQ.
Duplass, Zwain, Bourgeois, Morton, Pfister
& Weinstock, APLC
3838 N. Causeway Blvd.
29th Floor, Three Lakeway Center
Metairie, LA 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com

*On Behalf of Gulf Stream Coach, Inc.*

6

/s/Charles R. Penot, Jr., Esq.
CHARLES R. PENOT, JR., ESQ.
Middleberg, Riddle & Gianna
KPMG Centre, Suite 2400
717 N. Harwood
Dallas, TX 75201
Telephone: (214) 220-6334
Facsimile: (214) 220-6807
cpenot@midrid.com

*On Behalf of Fluor Enterprises, Inc.*
