**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S OBJECTIONS TO CERTAIN EXHIBITS

Plaintiff objects to certain exhibits on the Parties' Joint Exhibit List, filed September 4, 2009 as part of the revised Pre-Trial Order, as follows.

The majority of Plaintiff's objections cover two categories.   First, Plaintiff contends that all of the various health studies and similar documents listed by the parties most likely qualify as "learned treatises" pursuant to FRE 803 as they are "published treatises, periodicals, or pamphlets" on a subject of medicine, or other science or art, and are expected to be established as a reliable authority by the testimony or admission of expert witnesses.   Gulf Stream has objected to certain "learned treatises" on hearsay ground, thus, Plaintiff does as well.  However, the parties have discussed an agreement on a uniform approach/position on such "learned treatises".

Second, several of Gulf Stream's exhibits do not contain bates labeling, or it is otherwise difficult to ascertain what document they are referring to in exhibits which Gulf Stream has identified.   In some respects, this applies to certain exhibits which Fluor

has added to the Joint Exhibit List.  The parties are in the process of clarifying exactly what document they are referring to when they list an exhibit.   In the course of dong this, the parties are removing duplicate entries.

The parties are currently working together to dramatically reduce the number of exhibits, remove duplicates and other unnecessary exhibits, through the process of previous exchange of objections and conferences.   Logically, this process will also serve to reduce the parties' objections.   The parties will offer a revised Joint Exhibit List, organizing the exhibits by subject matter to the Court by 5 pm on September 9th, along with separate responses to any remaining objections.

| No. | Exhibit Description | Bates Range | Other ID | Offering Party | Objections |
|-----|---------------------|-------------|----------|----------------|------------|
| 456 | Gulf Stream Coach Invoice #57-21783 dated 12/13/04 billed to Best Buy R.V. FEMA DFO Florida for Cavalier trailer (VIN# 1NL1GTR2551021783) with commitment letter, certificate of origin, sales order logs, driver acceptance form, tower-lender approval checklist, testing record sign-off sheet, L.P. Connection Tag receiver, torque specifications and serial number log, and towable 3rd inspection checklist (Exhibit #18 to James Shea Deposition) | | GS1 | | Bates range not listed. Parties need to ensure that full "unit file" is included here. |
| 458 | WSEC Builder's Field Guide, 7th Edition, 2006n, Supplement B. | | GS11 | | Hearsay, relevance |
| 459 | "The Use of Blower Door Data", Max Sherman, Lawrence Berkeley National Laboratory, March 13, 2008. | | GS12 | | Hearsay, relevance |
| 460 | "Blower Door and Duct Blaster Testing", Southface Energy Institute for the Georgia Environmental Facilities Authority, dated January 16, 1997. | | GS13 | | Hearsay, relevance |
| 461 | ASHRAE Standard 62.2 "Ventilation for Acceptable Indoor Air Quality in Low-Rise Residential Buildings", 2007. | | GS14 | | Hearsay |
| 462 | ASHRAE Standard 62.1 "Ventilation for Acceptable Indoor Air Quality", 2007. | | GS15 | | Hearsay |

| 463 | NFPA 1192 "Standard for Recreational Vehicles", 2002 Edition | | GS16 | | Hearsay |
|---|---|---|---|---|---|
| 464 | Coggon, D., Harris, E. C., Poole, J., Palmer, K.T., 2003.  Extended follow-up of a cohort of British chemical workers exposed to formaldehyde.  J. Natl. Cancer Inst. 95, 1608-1615. | | GS20 | | Hearsay |
| 465 | Hauptmann, M., Lubin, J.H.., Stewart, P.A., Hayes, R.B., Blair, A., 2003.  Mortality from lymphohematopoietic malignancies among workers employed in formaldehyde industries.  J. Natl. Cancer Inst. 95, 1615-1623. | | GS21 | | Hearsay |
| 466 | Marsh, C.M., Stone, R.A., Esmen, N.A., et al. 1994.  Mortality patterns among chemical plant workers exposed to formaldehyde and other substances.  J. Natl. Cancer Institute 86, 384-385. | | GS22 | | Hearsay |
| 467 | Marsh, G.M., Stone, R.A., Esmen, N.A., et al., 1996.  Mortality patterns among chemical workers in a factory where formaldehyde was used.  Occup. and Environ. Med. 53, 613-617. | | GS23 | | Hearsay |
| 468 | Marsh, G.M., Youk, A.O., Buchanich, J.M., Cassidy, L.D., Lucas, L.J., Esmen, N.A., and Gathuru, I.M., 2002.  Pharyngeal cancer mortality among chemical plant workers exposed to formaldehyde.  Toxicol. Ind. Health 18, 257-268. | | GS24 | | Hearsay |
| 469 | Marsh, G.M., Youk, A.O. 2004.  Reevaluation of mortality risks from leukemia in the formaldehyde cohort study of the National Cancer Institute.  Regulatory Toxicology and Pharmacology 40, 113-124. | | GS25 | | Hearsay |
| 470 | Marsh, G.M., Youk, A.O. 2005.  Reevaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the National Cancer Institute.  Regul. Toxicol. Pharmacol. 42, 275-283. | | GS26 | | Hearsay |
| 471 | Marsh, G.M., Youk, A.O. Morfeld, P., 2007a.  Mis-specified and non-robust mortality risk models for nasopharyngeal cancer in the National Cancer Institute Formaldehyde Worker Cohort Study.  Regulatory Toxicology and Pharmacology 47, 59-67. | | GS27; GS57 | | Hearsay |

| | | | | | |
|---|---|---|---|---|---|
| 472 | Marsh GM, Youk AO, Buchanich JM, Erdal S, Esmen NA., 2007b. Work in the Metal Industry and Nasopharyngeal Cancer Mortality among Formaldehyde-Exposed Workers. Regulatory Toxicology and Pharmacology 48:308-319. | | GS28 | | Hearsay |
| 473 | Stewart PA, Cubit DA, Blair A, 1987, Formaldehyde exposure levels in seven industries.  Applied Industrial Hygiene 2:231-236. | | GS29 | | Hearsay |
| 474 | "Medical Management Guidelines for Formaldehyde." A publication of The Department of Health and Human Services, Agency for Toxic Substances and Diseases Registry.  Updated 02/07/2008. | | GS30 | | Hearsay |
| 475 | "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-making." A paper on Environmental Health, published by DHHS, the CDC, the U.S. Dept. of Homeland Security, FEMA, and the U.S. EPA.  March, 2008 | | GS31 | | Hearsay |
| 476 | Malo et al. Reactive airway dysfunction syndrome and irritant-induced asthma.  Up To Date (Online v. 17.1); 1/2009 | | GS32 | | Hearsay |
| 477 | Irvin, C.G. Bronchoprovocation testing. Up To Date (Online v. 17.1); 1/2009. | | GS33 | | Hearsay |
| 478 | Crapo, R.O., Casaburi, R., Coates, A.L., et al. Guidelines for methacholine and exercise challenge testing-1999. This official statement of the American Thoracic Society was adopted by the ATS Board of Directors, July 1999.  Am J Respir  Crit Care Med 2000; 161: 309 | | GS34 | | Hearsay |
| 479 | G.G. Allan, Letter to Dr. E. Bardana, Health Science Center, University of Oregon, May 20, 1980. | | GS37 | | Hearsay, relevance, confusing to jury |
| 480 | H. d'A. Heck, M. Casanova-Schmitz, P.B. Dodd, E.N. Schachter, T. J. Witek & T. Tosun, Am. Ind. Hyg. Assoc. J., 1985, 46(1), 1. | | GS38 | | Hearsay |
| 481 | B. Zheng, W. Chen, & X. Xu, noted. | | GS40 | | Hearsay, can't identify what this document is. |
| 482 | X. Weng, C.H. Chon, H. Jiang & D. Li, Food Chemistry, 2009, 114(3), 1079. | | GS43 | | Hearsay, can't identify what this document is. |

4

| 483 | A.A.R. Kazakevics & D.J. Spedding, Holzforschung, 1979, 33, 156. | | GS45 | | Hearsay, can't identify what this document is. |
|---|---|---|---|---|---|
| 484 | Moser, B.F. Bodrogi, G. Eibl, M. Lechner, J. Rieder, and P. Lirk: Mass Spectrometric Profile of Exhaled Breath – Field Study by PTR-MS.  *Respir Physiol Neurobio 145*: 295-300 (2005). | | GS48 | | Hearsay |
| 485 | Kaminski, J., A. S. Stwal, and S.s Mabadevan: Determination of formaldehyde in Fresh and Retail Milk by Liquid Column Chromatography, *J AOAC Inter 76 (5):* 1010-1013 (1993) and Weng, X., C.H. Chon, H. Jiang, and D. Li: Rapid Detection of Formaldehyde Concentration in Food on a Polydimethylsiloxane Microfluidic Chip. *Food Chem 114:* 1079-1082 (2009). | | GS49 | | Hearsay |
| 486 | Lang, I., T. Bruckner and G. Triebig: Formaldehyde and Chemosensory Irritation in Humans:  A Controlled Human Exposure Study.  *Regul Toxicol Pharmacol 50:* 23-36 (2008). | | GS50 | | Hearsay |
| 487 | Paustenbach, D., Y. Alarie, T. Kully, N. Schachter, R. Smith, et al.: A Recommended Occupational Exposure Limit for Formaldehyde Based on Irritation.  *J Toxicol Environ Health 50:* 217-262 (1997). | | GS51 | | Hearsay |
| 488 | Arts, J.H., M. A. Rennen, and C. de Herr: Inhaled Formaldehyde: Evaluation of Sensory Irritation in Relation to Carcinogenicity.  *Regul Toxicol Pharmacol 44(2):* 144-160 (2006). | | GS52 | | Hearsay |
| 489 | Arts, J.H., Muijser, C. F. Kuper, and R. A. Wouterson:  Setting an Indoor Air Exposure Limit for Formaldehyde: Factors of Concern, *Regul Toxivol Pharmacol 52(2):* 189-194 (2008). | | GS53 | | Hearsay |
| 490 | Frigas, E., W. V. Filley, and C. E. Reed: Bronchial Challenge with Formaldehyde Gas: Lack of Bronchoconstriction in 13 Patients Suspected of Having Formaldehyde-Induced Asthma, *Mayo Clin Proc 59: 295-299 (1984).* | | GS54 | | Hearsay |
| 491 | Franklin, P.J.: Indoor Air Quality and Respiratory Health of Children.  *Paed Respir Rev:* 281-286 (2007). | | GS55 | | Hearsay |

| 492 | Harving, H., J. Korsgaard, O.F. Pedersen, and L. Molhave: Pulmonary Function and Bronchial Reactivity in Asthmatics during Low-Level Formaldehyde Exposure. *Lung 168:* 15-24 (1990) and Harving, H., J. Korsgaard, R. Dahl, O.F. Pedersen, and L. Molhave: Low Concentrations of Formaldehyde in Bronchial Asthma: A Study of Exposure under Controlled Conditions. *Brit Med J (Clin Res Ed) 293:* 310 (1986). | | GS56 | | Hearsay |
|---|---|---|---|---|---|
| 493 | *Federal Register 49 (155):* 31986-32013 (August 8, 1984) | | GS58 | | Hearsay, relevance |
| 494 | ASHRAE: ASHRAE Standard 62.2-2004 – Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings. American Society of heating, Refrigeration, and Air Conditioning Engineers, Inc., Atlanta, GA (2004). | | GS59 | | Hearsay, not identified by bates |
| 495 | FEMA: Formaldehyde in FEMA Family Units Sampling Program, Baton Rouge, LA, Field Documentation, Data Files, and Analytical DATA DVD, November 13, 2006 (Cited by ATSDR above). | | GS62 | | Not identified by bates, hearsay. |
| 496 | Lemus, R., A.A. Abdelghani, T. G. Akers, and W. E.  Horner: Potential Health Risks from Exposure to Indoor Formaldehyde. *Rev Environ Health 13:* 91-98 (1998). | | GS65 | | Hearsay |
| 497 | Saxon, K.G. and Shapiro, J. Paradoxical vocal cord motion.  Up to Date (Online v. 17.1); 1/2009. | | GS68 | | Hearsay |
| 498 | National Jewish Health and Karin Pacheco, M.D., MSPH medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | | GS69 | | Objection to the extent no bates range is provided.  No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 499 | Jefferson Pulmonary Associates (EJGH) and Kenneth Smith, M.D. medical records relating to Christopher Cooper, including, all clinical summaries, office encounters, | | GS70 | | Objection to the extent no bates range is provided.  No objection, presuming |

| | | | | |
|---|---|---|---|---|
| | laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. | | | the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 500 | KIPP McDonough 15 School for the Creative Arts Records related to Christopher Cooper, including, all progress reports, report cards, disciplinary records, absentee records, doctors notes, nurses notes, school records, teacher assessments, faculty notes, PTA records, etc. | | GS71 | Objection to the extent no bates range is provided.  No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 501 | MCLNO – University Hospital medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, emergency room records, outpatient records, inpatient records, radiology exams, x-rays, etc. | | GS72 | Objection to the extent no bates range is provided.  No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 502 | All About Kids and Families Medical Center and James Joyner, M.D. medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. | | GS74 | Objection to the extent no bates range is provided.  No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 503 | Floyd Buras, M.D. medical records related to Christopher Cooper, including, all clinical | | GS75 | Objection to the extent no bates range is |

| | | | | | |
|---|---|---|---|---|---|
| | summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. | | | | provided.  No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 504 | Edward Shwery, PhD. medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. | | GS76 | | Objection to the extent no bates range is provided.  No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 505 | Richard LeBoeuf, M.D. medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. | | GS78 | | Objection to the extent no bates range is provided.  No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 506 | Janet Barnes, M.D. medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. | | GS79 | | Objection to the extent no bates range is provided.  No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |

| 507 | Walgreen's Pharmacy Records related to Christopher Cooper and Alana Alexander. | | GS80 | | Objection to the extent no bates range is provided. No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
|---|---|---|---|---|---|
| 508 | Children's Hospital medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, emergency room records, outpatient records, inpatient records, radiology exams, x-rays, etc. | | GS81 | | Objection to the extent no bates range is provided. No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 509 | KIPP McDonough 15 School for the Creative Arts Records in any way related to the employment of Alana Alexander, including, all information related to her work as a para-educator, teaching intern, para-professional, teacher, instructional coach, disciplinarian, etc. | | GS82 | | Objection to the extent no bates range is provided. No objection, presuming the parties ensure that they are operating with same set of documents, the document is authenticated and the documents were previously produced to Plaintiff. |
| 510 | Cole P, Rodu B: Declining cancer mortality in the United States, *Cancer*, 78:2045-2048, 1996. | | GS83 | | Hearsay |
| 511 | Cole P: Causality in epidemiology, health policy and law. *Environmental Law Reporter*, 26 (6): 10279-10285, 1997. | | GS84 | | Hearsay |
| 512 | P, Axten C: formaldehyde and leukemia: An improbable causal relationship. *Regul Toxicol Pharmacol*, 40:107-112, 2004. | | GS85 | | Hearsay |

| 513 | Cole P, Morrison A: Basic issues in population screening for cancer. *J Natl Cancer Inst,* 64:1263-1272, 1980. | | GS86 | | Hearsay |
|---|---|---|---|---|---|
| 514 | Formaldehyde, 2-Butoxyethanol and 1-ter-butoxpropan-2-ol. *IARC Monographs of the Evaluation of Carcinogenic Risks to Humans,* Vol. 88, 2006. | | GS87, P | | Hearsay |
| 515 | Rodu B. Cole P: The fifty-year decline of cancer in America. *J Clin Oncol,* 19:239-241, 2001. | | GS89 | | Hearsay |
| 516 | National Center for Health Statistics. Compressed mortality files 1979-1998 and 1999-2005. CDC WONDER On-line Database. | | GS90 | | Hearsay |
| 517 | National Cancer Institute: *Surveillance, Epidemiology and Ed Results: Cancer Incidence Limited-Use Database,* 1973-2005 | | GS91 | | Hearsay |
| 518 | Cole P, Sateren W: The evolving picture of cancer in America. *J Natl Cancer Inst,* 87:159-160, 1995. | | GS92 | | Hearsay |
| 519 | American Cancer Society Website: www.cancer.org/docroot/PED_2_3X_cancer_detection guidelines_36.asp | | GS94 | | Hearsay |
| 520 | United States Preventive Services Task Force Website: www.ahrq.gov/clinic/cps3dix.htm#cancer | | GS95 | | Hearsay |
| 521 | Miller A: Fundamental issues in screening for cancer. Chapter 66 in: *Cancer Epidemiology and Prevention*, Schottenfeld D, Fraumeni J (eds.), second ed., Oxford University Press, New York: 1996. | | GS96 | | Hearsay |
| 522 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Genesis Products, Inc. to JEJ Molding/ Fairmont Homes and Fairmont/Gulf Stream Plant #12. | GULF0006370 - GULF0006396; GULF0006559 - GULF0006670). | GS97 | | Incomplete, some/all irrelevant |
| 523 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Patrick Fabricated Metals to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | GULF0006397 - GULF0006423 | GS98 | | Incomplete, some/all irrelevant |
| 524 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Robert Weed Plywood Corporation to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding | GULF0006207 - GULF0006369; GULF0006424 - GULF0006558 | GS99 | | Incomplete, some/all irrelevant |

| 525 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, MJB Wood Product Group, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding | GULF0006124 - GULF0006206 | GS100 | | Incomplete, some/all irrelevant |
|---|---|---|---|---|---|
| 526 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Universal Forest Products, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding | GULF0005693 - GULF0005696; GULF00058509 - GULF0006068 | GS101 | | Incomplete, some/all irrelevant |
| 527 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Adorn, L.L.C. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | GULF0006069 - GULF0006112 | GS102 | | Incomplete, some/all irrelevant |
| 528 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Wood Bridge, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | GULF0006113 - GULF0006123 | GS103 | | Incomplete, some/all irrelevant |
| 529 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, BlueLinx Corporation to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | GULF0005689 - GULF0005692 | GS104 | | Incomplete, some/all irrelevant |
| 530 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, ESCO Industries to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | GULF0005697 - GULF0005704 | GS105 | | Incomplete, some/all irrelevant |
| 531 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Hambro Forest Products, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding | GULF0005705 - GULF0005791 | GS106 | | Incomplete, some/all irrelevant |
| 532 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Viking Forest Products, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding | GULF0005792 - GULF0005828 | GS107 | | Incomplete, some/all irrelevant |
| 533 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Seaboard International Forest Products, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | GULF0005829 - GULF0005849 | GS108 | | Incomplete, some/all irrelevant |
| 534 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by | | GS109 | | Incomplete, some/all irrelevant |

| | vendor, CJ Plastics/ECKCO Plastics to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding | | | |
|---|---|---|---|---|
| 535 | Property Transfer Reports | FEMA154-000047 - FEMA154-000054 | GS113 | | Irrelevant, hearsay |
| 536 | Agency for Toxic Substances and Disease Registry, Managing Hazardous Materials Incidents, Medical Management Guidelines for Acute Chemical Exposure, Formaldehyde.  Atlanta, ATSDR, 2001. | | GS114 | | Hearsay, no bates label |
| 537 | Declaration of Joseph D. Little attached to defendant, United States of America's Motion to Dismiss Plaintiffs' Remaining FTCA claims for Lack of Subject Matter Jurisdiction (U.S. Exhibit No. 40). Joe Little Deposition Exhibit No. 2 | | GS116 | | Hearsay. |
| 538 | FEMA: Important Formaldehyde Information for FEMA Housing Occupants | FEMA08-000015 | GS119 | | Hearsay not previously produced to Plaintiff |
| 539 | Judith Reilly email dated 4/14/06 | FEMA 17-024461 | GS121 | | Hearsay not previously produced to Plaintiff |
| 540 | Michael Miller email dated 6/2/06 | FEMA 17-022662 | GS122 | | Hearsay not previously produced to Plaintiff |
| 541 | Runge email dated 11/2/07 | FEMA 17-016084 | GS123 | | Hearsay; not previously produced to Plaintiff |
| 542 | Ryan Buras email dated 5/17/07 | FEMA 17-009113 | GS124 | | Hearsay; not previously produced to Plaintiff |
| 543 | FEMA Talking points | FEMA 17-023963 | GS125 | | Hearsay; not previously produced to Plaintiff |
| 544 | Martin McNeese email dated 10/11/06 | FEMA 17-000029 | GS126 | | Hearsay; not previously produced to Plaintiff |
| 545 | Martin McNeese email dated 3/5/07 | FEMA 17-003608 | GS127; F7 | | Hearsay; not previously produced to Plaintiff |
| 546 | Curtis Melnick email dated 5/11/06 Miller Deposition Exh. 22) | | GS128 | | Hearsay; not previously produced to Plaintiff; no bates label |
| 547 | FEMA 17-010774 | FEMA17-010774 | GS130 | | Unknown what this document is; not previously produced to Plaintiff, |
| 548 | Internal FEMA emails regarding OSHA testing and media publicity | FEMA 17-003621-25 | GS131 | | Not previously produced to Plaintiff; no previously listed as |

| | | | | Exhibit. |
|---|---|---|---|---|
| 549 | Internal FEMA emails regarding formaldehyde response | FEMA 17-022367-71 | GS132 | Not previously produced to Plaintiff; not previously listed as Exhibit. |
| 550 | FEMA 17-009065, 009067 | FEMA 17-009065, 009067 | GS133 | Unknown what this document is; not previously produced to Plaintiff |
| 551 | FEMA 17-018456 | FEMA 17-018456 | GS134 | Unknown what this document is; not previously produced to Plaintiff |
| 552 | FEMA 17-002096 | FEMA17-002096 | GS135 | Unknown what this document is; not previously produced to Plaintiff |
| 553 | FEMA 17-008401 | FEMA 17-008401 | GS136 | Unknown what this document is; not previously produced to Plaintiff |
| 554 | DeVany Summary of Sierra Club results | FEMA 123-000003 | GS137 | Not previously produced to Plaintiff, relevance. |
| 555 | DeVany memo on bake-off procedure | FEMA 123-000007-8 | GS138 | Not previously produced to Plaintiff, relevance. |
| 556 | DeVany attachment to Becky Gillette letter to David Garratt. | | GS139 | Relevance, hearsay, not previously produced to Plaintiff, not previously identified as exhibit. |
| 557 | 3/31/06 Memo from Bronson Brown to Jesse Crowley regarding formaldehyde testing, bates | FEMA 10-0001630164 | GS140 | Duplicate. |
| 558 | 10/5/05 email from Christopher Smith to Clyde Payne, OSH 001-004338 re: formaldehyde off-gassing | | GS141 | No bates label, not previously produced to Plaintiff, relevance, hearsay. |
| 559 | Prospective Study of the Respiratory Effects of Formaldehyde Among Healthy and Asthmatic Medical Students.  Authored by Grant Uba, MD, et al. (American Journal of Industrial Medicine 15:91-101 (1989)). | | GS142 | Hearsay |
| 560 | Airway Response to Formaldehyde Inhalation in Asthmatic Subjects with Suspected Respiratory Formaldehyde | | GS143 | Hearsay |

| | | | | |
|---|---|---|---|---|
| | Sensitization. Authored by Anna Krakowiak, MD, et al. (American Journal of Industrial Medicine 33:274-281 (1998)). | | | | |
| 561 | Effect of Formaldehyde on the Mucus Membranes and Lungs – A Study of an Industrial Population. Authored by Edward Horvath, Jr., MD, MPH, et al. (JAMA February 5, 1988 – Vol. 259, No. 5). | | GS144 | | Hearsay |
| 562 | Correspondence from Patrick Logue (Industrial Hygienist) Employee Formaldehyde Exposure Assessment/ Raleigh with attached recommended occupational exposure limit for formaldehyde based on irritation (FL-FDA-025835). | | GS145 | | Hearsay, relevance. |
| 563 | Entergy billing record/billing invoice summary for 4415 Dale Street from January 2004 – June 2008. | | GS146 | | No bates labeling, not previously produced to Plaintiff, irrelevant. |
| 564 | E-Mail History of Formaldehyde – Request from FEMA DHOPS Brian Boyle | FL-FDA-025831 | GS147 | | Hearsay, relevance |
| 565 | Schematics of Alexander/Cooper THU Model. | | GS148 | | No bates labeling |
| 566 | Formaldehyde Indoors – Use reconstituted wood products with lower emissions. Authored by Stephen Smulski; April 1987 | ALX-EXP-73-000175 - ALX-EXP-73-000177 | GS149 | | Hearsay. |
| 567 | Correspondence from Mikal Watts to Dr. Janet Barnes dated May 5, 2009 regarding Chris Cooper – studies regarding formaldehyde and childhood asthma. | ALX-EXP-73-000005 - ALX-EXP-73-000006 | GS150 | | Hearsay. |
| 568 | Photographs of Alexander/Cooper THU. | | GS151 | | No bates labeling. |
| 569 | Ad for former Gulf Stream Coach, Inc. employees | | GS152 | | Relevance; not previously produced to Plaintiff |
| 571 | Part "A" of the FEMA DAP Contract signed by Alana Alexander | FEMA137-000057 | GS155 | | Not previously produced. Complete copy of contract needed. |
| 572 | ADORN purchase orders, billing statements, and invoices | GULF0006069-6112 | GS156 | | Relevance |
| 573 | Jeffrey Zumbrum Recorded Statement with Scott Bailey (Exhibit 2, Depo. of Scott Bailey (7/31/09)) - | | GS157 | | Hearsay |
| 574 | SC 05238 - DeVany 3/8/08 email regarding direct read instruments | | GS158 | | Hearsay, irrelevant, FRE 403, never produced to Plaintiff. |

| 575 | SC 05235-37 - DeVany 4/18/08 email to Oliver Bernstein with attachments | | GS159 | | Hearsay, irrelevant, FRE 403, never produced to Plaintiff. |
|---|---|---|---|---|---|
| 576 | Correspondence from Patrick Preston (FEMA-OCC) to Scott Wright (ATSDR) dated November 30, 2006 regarding FEMA Trailer Formaldehyde Litigation (Ex. 15 to Depo. of Chris DeRosa taken 7/6/09) | | GS160 | | Hearsay, irrelevant. |
| 577 | Risher, John and DeRosa, Christopher Correspondence from Patrick Preston (FEMA-OCC) to Scott Wright (ATSDR) dated November 30, 2006 regarding FEMA Trailer Formaldehyde Litigation (Ex. 22 to Depo. of Chris DeRosa taken 7/6/09) | | GS161 | | Hearsay, irrelevant. |
| 580 | All documents produced by Gulf Stream Coach, Inc | | GS164 | | Improper designation |
| 581 | All documents attached to any depositions. | | GS165 | | Improper designation |
| 582 | All exhibits listed by any other party. | | GS166 | | Improper designation |
| 583 | Alana Alexander's phone records for cellular phone number (504) 577-0737. | FL-FCA 007307 - 007577 | F1 | | Plaintiff objects as prejudicial, cumulative, irrelevant, confusion of this issues and misleading the jury |
| 584 | All photographs of 4415 Dale Street, New Orleans, LA taken at any time from 2005 to the present, including without limitation, all photographs of the movement and relocation of the Alexander travel trailer in July of 2007. | Plaintiff produced photos that are not bates numbered. GS_A.Alexander 000030-64 DOJ-A.Alexander 000001 to 000031 FL-FCA-006953 to 007025 | F2 | | Plaintiff objects to documents FL-FCA-006953 to FL-FCA-007025 as irrelevant, confusion of the issues and misleading the jury. |
| 588 | All revisions of the Fluor Installation Manual | FL-FCA-004636 to 006912  FL-FCA-006941 to 006952  FL-FCA-017573 to 017616 | F10 | | Plaintiff objects to FL-FCA 017573 to FL-FCA 017616 as cumulative as these documents were produced under separate bates numbers (See FL-FCA 06586 to FL-FCA 06900) and were designated by Plaintiffs. |

| 589 | FEMA Trailer Inspections Field Inspector's Guide | FL-FCA-006913 to 006940 | F11 | | Cumulative, same as Plaintiff's Exhibit 245 |
|---|---|---|---|---|---|
| 590 | Fluor's Project Procedures Manual, to the extent applicable to Task Order 20/haul and install work. | FL-FCA-024494 to 024867 | F12 | | Plaintiff has no objection to the admissibility but the bates numbers need to be re-designated because these numbers have already been assigned to other documents produced by Defendants. |
| 591 | Fluor's Project Execution Plan, to the extent applicable to Task Order 20/haul and install work. | FL-FCA-020841 to 020971 | F13 | | Plaintiff has no objection to the admissibility but the bates numbers need to be re-designated because these numbers have already been assigned to other documents by Defendants. |
| 592 | Work Plans relevant to Task Order No. 20/haul and install work. | FL-FCA-024017 to 024026 --------------------- FL-FCA-025318 to 025332 | F14 | | Plaintiff objects to FL-FCA-024017 to 024026 as cumulative and that these bates numbers have been designated to other previously documents produced by Defendant. Plaintiff objects to FL-FCA-025318 to 025332 as cumulative and that these bate label numbered documents have never been produced to Plaintiff by Defendant. |
| 595 | Project job bulletins to Fluor employees | FL-FCA 013759 --------------------- FL-FCA-017525 --------------------- FL-FCA-018038 to 018044 --------------------- FL-FCA-018080 | F17 | | Plaintiff objects to FL-FCA 013759 , FL-FCA 017525;  FL-FCA 018038; FL- FCA 018039; FL-FCA 018044; FL-FCA 018091; FL-FCA 018082; FL-FCA |

| | | to 018082<br>----------------------<br>FL-FCA-018091<br>to 018092<br>----------------------<br>FL-FCA-019352<br>to 019355 | | | 019352; FL-FCA<br>019355  as irrelevant<br>and confusion of the<br>issues |
|---|---|---|---|---|---|
| 598 | Fluor Task Order Completion Report | FL-FCA-026164<br>to 025270 | F20 | | Based on the bates<br>numbers sequencing as<br>described by<br>Defendant, Plaintiff can<br>not determine what<br>documents are being<br>offered. |
| 599 | Fluor Work Plan Completion Task Order 20 | FL-FCA-025132<br>to 025153 | F21 | | Plaintiff objects as the<br>bates numbers need to<br>be re-designated<br>because these numbers<br>have already been<br>assigned to other<br>documents. |
| 600 | Fluor monthly reports to the extent relevant<br>to Task Order No. 20/haul and install work. | FL-FCA-022789<br>to 022803 | F22 | | Plaintiff does not object<br>to the admissibility but<br>the bates numbers need<br>to be re-designated<br>because these numbers<br>have already been<br>assigned to other<br>documents |
| 601 | Fluor daily reports to the extent relevant to<br>Task Order No. 20. | FL-FCA-018885<br>to 018896<br>----------------------<br>FL-FCA-018899<br>to 018900<br>----------------------<br>FL-FCA-018903<br>to 018908 | F23 | | Plaintiff objects as<br>irrelevant, confusing to<br>the issues and<br>misleading the jury. |
| 602 | All documents contained in the reliance files<br>of any expert disclosed by any party to these<br>proceedings. | | F24 | | Plaintiff has no<br>objection to the<br>reliance materials of<br>Plaintiff's expert.<br>Plaintiff objects to this<br>description of an<br>exhibit regarding<br>reliance materials of<br>Defendants' experts as |

|  |  |  |  |  | it is vague and ambiguous as to what Defendant is referring to. |
|---|---|---|---|---|---|
| 608 | FYI Link Newsletter regarding 9 million safe work hours | FL-FCA-017495 to 017436 | F31 |  | Based on the bates numbers sequencing as described by Defendant, Plaintiff can not determine what documents are being offered. |
| 611 | Fluor Government Group's Health, Safety & Environmental Program Documentation, including safety forms, for FEMA Project-All Locations |  | F34 |  | Assuming that this is FL-FCA 017531 to FL-FCA 017544, Plaintiff has no objections. |
| 612 | Fluor Safety Incident Reports, Monthly Incident Experience Reports | FL-FCA-018487 to 018512 | F35 |  | Plaintiff objects to FL FCA 018487 to FL-FCA 018488 as irrelevant and confusing of the issues |
| 613 | Fluor's Director's Committee Weekly Safety Meeting Reports and OSHA 300 logs (or alternatively all such reports to rebut inaccurate claims concerning worker reporting of formaldehyde issues) | FL-FCA-018833 to 018844 | F36 |  | Plaintiff objects as irrelevant, confusing of the issues and misleading the jury. |
| 614 | Fluor's Daily Reports to FEMA Headquarters (or alternatively all such reports to rebut inaccurate claims concerning Fluor knowledge of formaldehyde issues or blocking/jacking issues) | FL-FCA-018885 to 018896 ---------------------- FL-FCA-018899 to 018900 ---------------------- FL-FCA-018903 to 018908 | F37 |  | Plaintiff objects as irrelevant, confusing of the issues and misleading the jury. |
| 615 | Fluor's Weekly Reports to FEMA Headquarters (or alternatively all such reports to rebut inaccurate claims concerning Fluor knowledge of formaldehyde issues or blocking/jacking issues) | FL-FCA 009759 to 009798 ---------------------- FL-FCA-012723 ---------------------- FL-FCA-012725 to 012727 | F38 |  | Plaintiff objects as hearsay, irrelevant; confusing of the issues; cumulative; misleading the Jury |
| 616 | FEMA "D+" Reports (or alternatively all such reports to rebut inaccurate claims concerning Fluor knowledge of formaldehyde issues or blocking/jacking issues) | FL-FCA-018461 to 018474 ---------------------- FL-FCA-019597 to 019610. | F39 |  | Plaintiff objects as irrelevant and confusing of the issues |

| 617 | Fluor Job Safety Bulletins related to Health, Safety and Environmental issues. | FL-FCA-018040 to 018047 FL-FCA-018080 to 018090 | F40 | | Plaintiff objects to FL-FCA 018080 to FL-FCA 018085 as irrelevant |
|---|---|---|---|---|---|
| 618 | Fluor Safety Meeting Minutes | FL-FCA-018250 to 018251 | F41 | | Plaintiff objects as irrelevant and confusing of the issues. |
| 619 | Fluor Job-Specific Safety Analysis/Activity Hazard Analysis Forms as completed. | FL-FCA-018569 to 018625 | F42 | | Plaintiff objects to irrelevant and confusing of the issues |
| 621 | An Introduction to the "Five-Step Process" of Job Safety Analysis (JSA). | FL-FDA-025382 to 025388 | F44 | | Plaintiff objects as irrelevant, confusing of the issues and cumulative. |
| 624 | Fluor's Health, Safety and Environmental Zero Incidents Program. | FL-FCA-018807 to 018813 | F47 | | Plaintiff objects as irrelevant, cumulative and confusing as to the issues. |
| 627 | Haul and Install Training. | FL-FDA-025454 to 025459 | F50 | | Plaintiff does not object to the admissibility of the document but does object to the description of the exhibit – the correct description should be "Fluor's Safety Task Assignment, FMEA IA Project – Hurricane Relief". Plaintiff further objects as this is duplicative of Exhibit 620 above. |
| 628 | Any documents produced, exchanged or reviewed in these MDL proceedings, including without limitation in the *Age* case, in any other constituent case of the MDL, and in the MDL generally, including all discovery that took place during the class certification phase (hereafter "these MDL proceedings"). | | F52 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. |
| 629 | Any documents identified in any discovery responses of any party to these MDL proceedings. | | F53 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. |
| 630 | Any exhibits to every deposition taken in these MDL proceedings. | | F54 | | Plaintiff objects that this exhibit description |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | is vague, ambiguous and overly broad. |
| 631 | Any documents identified by any witness in any deposition or hearing in these MDL proceedings. | | F55 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. |
| 632 | Any documents entered as exhibits in any hearing in these MDL proceedings, including without limitation, the hearing on the Plaintiffs' Motion for Class Certification. | | F56 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. |
| 633 | Any documents attached as an exhibit to any pleadings filed in these MDL proceedings. | | F57 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. |
| 634 | Any pleading or paper filed in these MDL proceedings. | | F58 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. |
| 636 | Email regarding technical direction from Fluor to use certain wood grain for blocking | FL-FCA-009615 FL-FCA-009521 | F61 | | Plaintiff objects to FL-FCA-009615 Irrelevant; Confusing the issues |
| 638 | Emails regarding height of pier blocking construction | FL-FCA-011734 to 011735 | F63 | | Plaintiff objects as irrelevant and confusion of the issues |
| 639 | Performance work statement for maintenance and deactivation of manufactured homes and travel trailers | FL-FCA-022804 to 022834 | F64 | | Plaintiff objects as cumulative of another exhibit already designated by plaintiff and confusing as the bates numbers need to be re-designated because these numbers have already been assigned to other documents |
| 640 | Emails regarding COTR's responsibility to IA-TAC contractors | FL-FCA-013026 to 013034 | F65 | | Plaintiff does not object to the admissibility but the description of the exhibit – the correct description should be "Contracting Officer's Technical Representative/Contracting Officer's Representative |

| | | | | Appointment and Responsibilities |
|---|---|---|---|---|
| 642 | Emails related to travel trailer set-up | FL-FCA-016841 to 016843<br>----------------------<br>FL-FCA-016846 to 016848<br>----------------------<br>FL-FCA-016790 to 016792<br>----------------------<br>FL-FCA-016700 to 016702<br>----------------------<br>FL-FCA-016690 to 016695<br>----------------------<br>FL-FCA-009437 to 09441 | F67 | | Plaintiff objects to FL-FCA-016841 to FL-FCA 016843 as duplicative. |
| 643 | Catastrophic housing decision and implementation guide March 2005 | FL-FCA-023857 to 024186<br>----------------------<br>FL-FCA-016874 | F68 | | |
| 644 | News article regarding trailer order falls short dated 10.30.05 | FL-FCA-017358 to 017362 | F69 | | Hearsay, relevance |
| 645 | Slide show on Fluor Hurricane Katrina/Rita response effort update 12.19.05 | FL-FCA-017889 to 017932 | F70 | | |
| 646 | Fluor's government group lock out – tag out program from the Fluor safety and health program that establishes the requirements for locking and tagging equipment and systems to protect personnel, property and environments from events | FL-FCA-019433 to 019455 | F71 | | Plaintiff objects as irrelevant and confusing of the issues |
| 648 | Any documents concerning formaldehyde attached to depositions of FEMA employees | | F73 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. |
| 649 | Any documents listed by plaintiffs regarding FEMA's knowledge of formaldehyde | | F74 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. |
| 652 | Additional entries re formaldehyde testing conducted by Fluor | FL-FCA 019328<br>----------------------<br>FL-FCA 025103 to 0285104<br>---------------------- | F77 | | Plaintiff objects to FL-FCA 025103 to FL-FCA 0285104 based on the bates numbers sequencing as |

| | | FL-FCA 025281 to 025284 | | | described by Defendant, Plaintiff cannot determine what documents are being offered. |
|---|---|---|---|---|---|
| 655 | Inspection Reports from Keith Jupiter | | F81 | | Plaintiff objects as this description is vague and ambiguous and Plaintiff cannot determine what documents are being offered. |
| 656 | Any Photographs attached to Shirley Alexander's Deposition including the photograph produced in response to Subpoena Duces Tecum showing Mold at residence of Alana Alexander & Christopher Cooper | Not Bates Numbered | F82 | | Plaintiff objects as unfairly prejudicial, irrelevant, confusion of the issues and misleading the jury. No bates numbers |
| 657 | Any photographs attached to any deposition | | F83 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. |
| 665 | Excerpt from MSNBC Jayco Video showing set up of trailer | | F92 | | Plaintiff objects that this exhibit description is vague, ambiguous and overly broad. Relevance |
| 666 | Cooper Medical Records (Children's Hospital) | GS_C.Cooper-000001-GS_C.Cooper-000039 | F93 | | Duplication |
| 667 | Children's Hospital Records | GS_C.Cooper–000001-GS_C.Cooper-000039 | F94 | | Duplication |
| 668 | Kipp School Records | GS_C.Cooper-000074-GS_C.Cooper-000082 | F95 | | Duplication |
| 669 | School Medical Records | GS_C.Cooper-000083-GS_C.Cooper-000088 | F96 | | Duplication |
| 670 | Walgreens Pharmacy Records | GS_C.Cooper-000089-GS_C.Cooper- | F97 | | Duplication |

| | | 000134 | | | |
|---|---|---|---|---|---|
| 672 | FEMA Press Release:  Hurricane Katrina, One Year Later | FEMA10-000340 – FEMA10-000341 | F99 | | Relevance, hearsay |
| 673 | FEMA Reforms Maintenance and Deactivation of Housing Contracts Post Katrina; http://www.fema.gov/media/fortherecord.shtm | | F100 | | Relevance, hearsay |
| 674 | Formaldehyde Timeline, dated April 7, 2008 | FEMA10-000325-337 | F101 | | Hearsay, not allowed per court order. |
| 675 | Photographs taken of Trailer at issue | FL_A.Alexander 000001-83 DLC-A.Alexander 000001-74 PL_A.Alexander 000001-349 | F103 | | |
| 676 | Deposition Exhibits to FEI's Corporate Deposition | | F104 | | Overbroad. |
| 677 | Deposition Exhibits to Richard Sober's Deposition | | F105 | | Overbroad |
| 680 | Heat Warning | FL-FCA 26627 to FL-FCA 26628 | F106 | | Plaintiff objects – Irrelevant; Confusing of the issues; Misleading to the Jury. Plaintiff further objects that this exhibit was not on the Joint Exhibit List filed on September 4, 2009. |
| 681 | Email regarding Katrina & Rita Re-housing Estimate | FL-FCA 24392 to FL-FCA 24393 | F 107 | | Plaintiff objects that this exhibit was not on the Joint Exhibit List filed on September 4, 2009.  Plaintiff further objects that this documents contains bates numbers designated on other documents produced by Defendant |
| 682 | Katrina Information Bulletin issued November 1, 2005 | FL-FCA 018135 to FL-FCA 018179 | | | Plaintiff objects that this exhibit was not on the Joint Exhibit List filed on September 4, |

| | | | | |
|---|---|---|---|---|
| | | | | 2009 Plaintiff further objects as irrelevant, confusion of the issues. |
| 683 | Manufactured Housing Anchor Installation Information (8/25/03) | FL-FCA 020191 To FL-FCA 020216 | | | Plaintiff objects as irrelevant and confusing of the issues. Plaintiff further objects that this exhibit was not on the Joint Exhibit List filed on September 4, 2009 Plaintiff further objects as irrelevant, confusion of the issues. |
| 684 | Revision Email regarding Task Order No. 20 | FL-FCA 025375 to FL-FCA 025387 | | | Plaintiff objects as cumulative, irrelevant confusing of the issues and misleading the jury.  Plaintiff further objects that this exhibit was not on the Joint Exhibit List filed on September 4, 2009. Plaintiff further objects that these bate label numbered documents have never been produced to Plaintiff by Defendant. |
| 685 | Work Plan Completion (12/12/2006) | FL-FCA 26150 to FL-FCA 26162 | | | Plaintiff objects as cumulative, confusing of the issues and misleading the jury. Plaintiff further objects that this exhibit was not on the Joint Exhibit List filed on September 4, 2009.  Plaintiff further objects that these bate label numbered documents have never been produced to Plaintiff by Defendant. |
| 686 | Task Order Completion Report (2-01-07) | FL-FCA 026163 to FL-FCA 026247 | | | Plaintiff objects as cumulative, incomplete document, confusing of |

| | | | | | the issues and misleading the jury. Plaintiff further objects that this exhibit was not on the Joint Exhibit List filed on September 4, 2009. Plaintiff further objects that these bate label numbered documents have never been produced to Plaintiff by Defendant. |
|---|---|---|---|---|---|

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        ROBERT BECNEL
        DENNIS REICH, Texas # 16739600

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>s/Gerald E. Meunier</u>
GERALD E. MEUNIER, #9471