UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FLUOR ENTERPRISES, INC. OBJECTIONS TO CERTAIN EXHIBITS IN THE JOINT EXHIBIT LIST

Pursuant to this Court's Request, Fluor Enterprises, Inc, submits its objections to certain exhibits listed in the Joint Exhibit List. Counsel conferred today regarding exhibits and objections. Counsel for all parties have agreed to confer again tomorrow with the goal of reducing the total number of exhibits and focusing the remaining areas of dispute that require the Court's attention. Counsel intend to have a revised exhibit list with a focused discussion of remaining exhibits to the Court by close of business tomorrow. Until that time, FEI further adopts the objections asserted by Gulf Stream Coach, Inc. as to the following exhibits [P15, P18, P19, P40, P41, P42, P51, P58, P64, P67, P68, P69, P70, P71, P72, P73, P74, P76, P78, P85, P86, P87, P88, P89, P90, P91, P92, P94, P95, P96,

P97, P98, P99, P103, P104, P105, P106, P107, P108, P109, P110, P111, P112, P113, P114, P115, P118, P119, P121, P122, P124, P125, P127, P128, P129, P131, P132, P133, P135, P136, P138, P139, P141, P142, P147, P148, P150, P151, P153, P154, P156, P157, P162, P163, P165, P166, P167, P169, P170, P171, P172, P174, P175, P176, P177, P179, P180, P183, P184, P186, P187, P189, P190, P191, P192, P198, P201, P206, P208].

| Exhibit Description | Bates Range | Other ID | Offering Party | Objections |
|---|---|---|---|---|
| Fluor Enterprises, Inc. - List of Subcontractors | FL-FCA-000205 to FL-FCA-000206 | P343 | | FEI Objection-relevance (ie, different trailer), confusion, waste of time |
| Award Contract from FEMA to Fluor Enterprises, Inc. HSFEHQ-05-0471 | FL-FCA-000001 to FL-FCA-000204 | P344 | | Redactions required based on Court Order 3019 excluding financial payment terms |
| Fluor Enterprises, Inc. – Task Order Number HSFEHQ-06-J-0011 (05-J-0020) | FL-FCA-000207 to FL-FCA-000910 | P345 | | Possible duplication, possible waste of time; redactions required as to financial matters based on Court Order 3019 |
| Specification Drawings – Revisions 1-8 | FL-FCA-001438 to FL-FCA-001469 | P348 | | |
| Fluor Enterprises, Inc. – Installation Manual Revision Log (6/8/09) | FL-FCA-006941 to FL-FCA-006947 | P354 | | |
| Fluor Enterprises, Inc. – Revision 1 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (11/22/05) | FL-FCA-04689 to FL-FCA-04801 | P355 | | |
| Fluor Enterprises, Inc. – Revision 3 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and | FL-FCA-04926 to FL-FCA-05035 | P356 | | |

| | | | | |
|---|---|---|---|---|
| Park Model (12/2/05) | | | | |
| Fluor Enterprises, Inc. – Revision 5 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (12/16/05) | FL-FCA-05125 to FL-FCA-05134 | P357 | | |
| Fluor Enterprises, Inc. – Revision 6 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (01/09/06) | FL-FCA-05135 to FL-FCA-5276 | P358 | | |
| Fluor Enterprises, Inc. – Revision 7 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (1/23/06) | FL-FCA-05277 to FL-FCA-05404 | P359 | | |
| Fluor Enterprises, Inc. – Revision 9 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (02/06/06) | FL-FCA-5530 to FL-FCA-05571 | P360 | | |
| Fluor Enterprises, Inc. – Revision 12 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (03/20/06) | FL-FCA-05731 to FL-FCA-05907 | P361 | | |
| Fluor Enterprises, Inc. – Revision 14 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (05/02/06) | FL-FCA-06064 to FL-FCA-06238 | P362 | | |
| Fluor Enterprises, Inc. – Revision 15 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (05/26/06) | FL-FCA-06239 to FL-FCA-06585 | P363 | | |
| Fluor Enterprises, Inc. – Revision 16 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (09/06/06) | FL-FCA-06586 to FL-FCA-06900 | P364 | | |
| U.S. Department of Homeland Security – FEMA – Travel Trailer Inspections – Field | FL-FCA-06913 to | P365 | | Possible duplication |

3

| | | | | |
|---|---|---|---|---|
| Inspectors | FL-FCA-06940 | | | |
| FEMA Individual Assistance (IA) Hourly Rate Schedule | FL-FCA-07138 to FL-FCA-07139 | P367 | | FEI Objection, relevance, undue prejudice and redaction of financial information excluded based on Court's ruling 3019 |
| Fluor Quality Assurance Quality Control Plan for FEMA contract | FL-FCA-07140 to FL-FCA-07158 | P368 | | Duplication |
| Section J; Attachment B for Individual Subcontracting Plan for FEMA contract | FL-FCA-07158 to FL-FCA-07174 | P369 | | |
| Work Order for Alana Alexander - Air – TMNO | FL-FCA-07175 to FL-FCA-07176 | P370 | | |
| FEMA IA - Katrina Task Order List | FL-FCA-07177 | P371 | | |
| Typical Travel Trailer Pier Construction (Diagram) | FL-FCA-07178 | P372 | | |
| Email string dated October 14, 2005 originating from U.S. Army Corps of Engineers to FEMA - Forwarded on to Fluor group Re: Contract Clarification/Mod - Blocking details | FL-FCA-07179 | P373 | | |
| Email string dated September 20, 2005 - Forwarded on to Fluor group Re: Travel Trailer Blocking Requirement | FL-FCA-07180 to FL-FCA-07185 | P374 | | |
| Fluor - Technical Direction Log | FL-FCA-07186 to FL-FCA-07247 | P375 | | Duplication |
| Fluor - Requests for Technical Direction | FL-FCA-07248 to FL-FCA-7300 | P376 | | Duplication |
| Fluor - Co-Clarification | FL-FCA-07301 to FL-FCA-07303 | P377 | | Duplication |
| Requests for Technical Direction | FL-FCA-07304 to FL-FCA-07305 | P378 | | Duplication |
| Tool Box Training - Proper Jacking Techniques | FL-FCA-07306 | P379 | | Duplication |
| Installation Temporary of Mobile Structures | FL-FCA-000066, | P518 | | FEI Objection- relevance, |

4

| | | | | |
|---|---|---|---|---|
| (Exhibit 3 from the deposition of Dan Shea, 2009) | FL-FCA-001438 to FL-FCA-001439 | | | undue prejudice, confusion, waste of time |
| Email original date of January 27, 2006 originating from Dick Fedderman to Kellie Turnis regarding maintenance of trailers | FL FCA 008394 FL FCA 008402 | P536 | | FEI Objection-relevance (ie, group site, not this trailer, involves separate IA-TAC contractor as well) lack of foundation, undue prejudice, hearsay, confusion, waste of time |
| Email original date of November 22, 2005 originating from Juanita Gradney to Kevin McCarthy regarding Gulf Streams problem trailers | FL FCA 009154 FL FCA 009156 | P537 | | FEI Objection-relevance (ie, maintenance issue regarding smoke detectors-not an issue in this case or on trailer at issue), lack of foundation, undue prejudice, [see R. Doc. 3019], hearsay, confusion, waste of time |
| Email original date of June 20, 2006 originating from David Dudley to Melissa Wilson regarding Maintenance | FL FCA 010442 FL FCA 010445 | P538 | | FEI Objection-relevance (ie, different trailer), undue prejudice, hearsay, confusion, waste of time |
| Haul and Install Contractor Selection | FL FCA 019246 FL FCA 019247 | P554 | | Irrelevant, confusing and prejudicial; Incomplete exhibit; part of larger document and therefore misleading and prejudicial as offered; FEI reserves the right to supplement its exhibits to place this exhibit in context |
| Performance Work Statement Maintenance and Deactivation of Manufactured Homes | FL FCA 022672 | P559 | | Duplicative exhibit; part of contract Included in |

5

| | | | | |
|---|---|---|---|---|
| and Travel Trailers | FL FCA 022702 | | | contract and should be limited based on Court's recent ruling Doc. 3019 |
| Email original dated June 20, 2006 from David Dudley to Melissa Wilson regarding Maintenance | FL FCA 013955<br>FL FCA 013958 | P562 | | FEI Objection, hearsay, relevance, undue prejudice, waste of time, confusion [involves other trailers and issues not related to this case] |
| Email original date of June 20, 2006 to Melissa Wilson regarding maintenance | FL FCA 013950<br>FL FCA 013954 | P563 | | FEI Objection, hearsay, relevance, undue prejudice, waste of time, confusion [involves other trailers and issues not related to this case] |
| Private Site Work Process & Responsibilities | FL FCA 018280<br>FL FCA 018301 | P565 | | Irrelevant, undue prejudice, waste of time and confusion; part of another document; offered out of context; FEI reserves right to supplement its exhibit list to place document in context. |
| Draft A – November 14, 2005– Travel Trailer Set Up Inspection Report Guidance | FL FCA 019666<br>FL FCA 019668 | P566 | | Irrelevant, undue prejudice, waste of time and confusion; draft document; part of larger document and offered out of context; FEI reserves right to supplement its exhibit list to place document in context. |
| Event Notification Log – May 22, 2006 | FL FCA 024902 | P567 | | FEI Objection, hearsay, relevance, undue |

6

| | | | | |
|---|---|---|---|---|
| | | | | prejudice, waste of time, confusion [involves other issues and complaints and trailers and issues not related to this case] |
| Limitations to Capacity QA Inspection Reports from FEMA | FL FCA 017931 | P571 | | Incomplete document; Irrelevant, undue prejudice, waste of time and confusion; part of another document; offered out of context; FEI reserves right to supplement its exhibit list to place document in context. |
| Issues FEMA can Address | FL FCA 017932 | P572 | | Incomplete document; Irrelevant, undue prejudice, waste of time and confusion; part of another document; offered out of context; FEI reserves right to supplement its exhibit list to place document in context. |
| Fluor Project Execution Plan | FL-FCA 027797 - FL-FCA 027918 | P580 | | Duplication; FEI reserves right to redact; business confidential information |
| FEMA Individual Assistance Hourly Rate Schedule (Exhibit 5 to Dave Methot's Deposition taken on August 25, 2008 - Redacted version) | FL-FCA 000090 - FL-FCA 000091 | P581 | | Irrelevance, undue prejudice, waste of time, confusion and financial information should be excluded per Court Order 3019 |
| Blanket Order Agreement between Fluor | FL-FCA 002869 - | P588 | | Duplication |

| | | | | | |
|---|---|---|---|---|---|
| Enterprises, Inc. and MLU Services, Inc. | FL-FCA 002986 | | | | |
| Email from Brandon Black dated September 17, 2008 to multiple parties regarding FEMA Formaldehyde (Exhibit P-2 to the deposition of Robert Funkhouser taken on September 30, 2008) | | P236 | | FEI Objection, hearsay, relevance, undue prejudice, waste of time, confusion | |

The final Joint Exhibit List was only recently provided to the Court, and Fluor Enterprises, Inc. reserves its right to supplement its objections upon further review. To the extent that the Court extends the deadline for objecting to any offered exhibits, Fluor Enterprises, Inc. additionally reserves the right to supplement its objections contained herein.

    Respectfully submitted,

    **MIDDLEBERG, RIDDLE & GIANNA**


    BY:    */s/ Charles R. Penot, Jr.*
        Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        Tel: (214) 220-6334; Fax: (214) 220-6807
        cpenot@midrid.com

    *and*

>Dominic J. Gianna (La. Bar No. 6063)
>201 St. Charles Avenue
>New Orleans, LA 70170-3100
>Tel: (504) 525-7200; Fax: (504) 581-5983
>dgianna@midrid.com
>
>*and*
>
>Richard A. Sherburne (La. Bar No. 2106)
>450 Laurel Street, Suite 1101
>Baton Rouge, LA 70801
>Tel. (225) 381-7700; Fax: (225) 381-7730
>rsherburne@midrid.com
>
>**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

>*/s/ Charles R. Penot, Jr.*
>CHARLES R. PENOT, JR.

ND: 4828-8088-3972, v. 1