UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf | * | |
| Of Christopher Cooper | * | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY
TO DEFENDANT GULF STREAM COACH, INC.'S REPLY MOMORANDUM
TO PLAINTIFF'S RESPONSE TO THE MOTION *IN LIMINE*
TO EXCLUDE EXPERT TESTIMONY OF JAMES P. KORNBERG., M.D., SC.D.**

Plaintiff Alana Alexander, individually and on behalf of Christopher Cooper, respectfully requests an Order from this Honorable Court granting leave to file this Sur-Reply to Defendant Gulf Stream Coach, Inc.'s Reply Memorandum to Plaintiff's Reply to Defendant's Motion *in Limine* to Exclude Expert Testimony of James P. Kornberg, M.D., SC.D.

Pursuant to conference, the attorney for Defendant Gulf Stream Coach, Inc., indicated that he would not oppose the filing of Plaintiff's Sur-Reply.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
　　　GERALD E. MEUNIER, #9471
　　　**PLAINTIFFS' CO-LIAISON COUNSEL**

1

Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission on September 8, 2009.

/s/Gerald E. Meunier
Gerald E. Meunier, #9471

2