UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | * * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion for Expedited Hearing to Exclude Testimony and Evidence Relating to Jeremiah Scott's Termination From His Previous Occupation.

IT IS HEREBY ORDERED that Plaintiff Alana Alexander's Motion for Expedited Hearing is herby granted.  The Motion For Leave will be heard on the _____ day of September, 2009.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE

1