**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | * * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892;<br>Alana Alexander, individually and on behalf of Christopher Cooper | | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion for Leave to File Reply to Defendant Fluor Enterprises, Inc.'s ("FEI") Reply to Plaintiff's Response to Fluor Enterprises, Inc.'s Motion for Summary Judgment Based on the Government Contractor Defense.

IT IS HEREBY ORDERED that Plaintiff Alana Alexander is herby granted leave to file Reply to Defendant Fluor Enterprises, Inc.'s ("FEI") Reply to Plaintiff's Response to Fluor Enterprises, Inc.'s Motion for Summary Judgment Based on the Government Contractor Defense.

1

New Orleans, Louisiana, this <u>8th</u> day of <u>September</u>, 2009.

_____
JUDGE

New Orleans, Louisiana, this <u>8th</u> day of <u>September</u>, 2009.

JUDGE

2