IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUZANNE PATIN, wife of/and GLENN PATIN, SR., et al | * * * | DOCKET NO. 09-4808 |
| versus | * * | SECTION: "N" MAG. 5 |
| PILGRIM INTERNATIONAL, INC., FLUOR ENTERPRISES, INC., the United States of America through the Federal Emergency Management Agency | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Justin I. Woods of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be enrolled as counsel of record for Plaintiffs, and that John K. Etter of the law firm of Rodney & Etter, LLC be allowed to and is hereby withdrawn as counsel of record in the above captioned proceedings.

New Orleans, Louisiana, this 8th day of September, 2009.

_____
JUDGE

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).