# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL MUSTION** | * | **DOCKET NO. 09-4812** |
| | * | |
| versus | * | **SECTION: "N" MAG. 5** |
| | * | |
| **JAYCO ENTERPRISES, FLUOR** | * | |
| **ENTERPRISES, INC., and the United** | * | |
| **States of America through the Federal** | * | |
| **Emergency Management Agency** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Justin I. Woods of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be enrolled as counsel of record for Plaintiff, Michael Mustion, and that John K. Etter of the law firm of Rodney & Etter, LLC be allowed to and is hereby withdrawn as counsel of record in the above captioned proceedings.

New Orleans, Louisiana, this 8th day of September, 2009.

_____
JUDGE

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).