IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Kimberly Nelson, et al v. Gulf Stream Coach, Inc., et al*<br>*No. 07-7494* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Justin I. Woods of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be enrolled as counsel of record for Plaintiffs, and that John K. Etter of the law firm of Rodney & Etter, LLC be allowed to and is hereby withdrawn as counsel of record in the above-captioned proceedings.

New Orleans, Louisiana, this 8th day of September, 2009.

_____
JUDGE