# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GINA SMITH, et al | * | DOCKET NO. 09-2909 |
| | * | |
| versus | * | SECTION: "N"  MAG. 5 |
| | * | |
| FLEETWOOD ENTERPRISES, INC., | * | |
| FLUOR ENTERPRISES, INC., and the | * | |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |

*************************************************************************

### ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Justin I. Woods of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be enrolled as counsel of record for Plaintiffs, and that John K. Etter of the law firm of Rodney & Etter, LLC be allowed to and is hereby withdrawn as counsel of record in the above captioned proceedings.

New Orleans, Louisiana, this __8th__ day of ___September___, 2009.

_____
JUDGE

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).