UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: N(5) |
| | LITIGATION | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper
*************************************************************************

**REPLY TO PLAINTIFF'S RESPONSE TO FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING CLAIMS AGAINST IT UNDER THE LOUISIANA PRODUCTS LIABILITY ACT**

Defendant, Fluor Enterprises, Inc. (**FEI**) replies to the Alexander plaintiffs' response (Rec. Doc. 2884) to FEI's motion for summary judgment regarding claims against it under the Louisiana Products Liability Act (Rec. Doc. 2743).

Plaintiffs' discuss at length in their response to FEI's motion for summary judgment regarding claims against it under the Louisiana Products Liability Act the testimony of Charles A. Whitaker, Jr. Plaintiffs' cite to pages 147 and 148 of Mr. Whitaker's testimony taken on August 5, 2009, to support their contention that "FEI finalized the transformation of the mobile trailers into EHUs by installing residential appliances, water, electricity and other utilities." (Rec. Doc. 2884, p. 6.)

However, a review of Mr. Whitaker's testimony indicates that he at no point throughout his entire deposition testimony testified to FEI installing residential

appliances. The word "appliance" does not appear in the transcript, the word "appliances" appears exactly once in the transcript – on page 281 when the witness is reading a document about formaldehyde issues provided by plaintiff counsel. The word stove appears in the same passage and nowhere else in the transcript; the word "oven" does not appear in the transcript. Instead, at pages 147 and 148, Mr. Whitaker when being questioned regarding various aspects of a trailer installation had the following to say:

> Q: And how long were they supposed to remain outside before they go back in to do their work?
>
> A: but if you look at the --- the process of the --- you go --- when you deliver the unit, open it up, then do the jacking, and lifting, and blocking, and leveling, and hook up the water, electric, and all that kind of stuff…

Ex. "A," Excerpt from Depo. of Charles A. Whitaker, Jr. pp 147 - 148.

For plaintiffs' to say Mr. Whitaker testified to "installing residential appliances" is disingenuous, he did not use those words, did not use terms that can be aggregated into the word "appliances" and most assuredly did not suggest anywhere that Fluor Enterprises installed the appliances in the Alexander trailer – for it came equipped with oven, stove, sink, air conditioner and other appliances from the manufacturer as specified by FEMA. For this unsubstantiatable fact to be one of the bases for plaintiffs' contentions that FEI converted a mobile travel trailer into an immobile, residential home is suspect.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:      *s/ Richard A. Sherburne, Jr.*
         Dominic J. Gianna, La. Bar No. 6063

        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        Phone: (504) 525-7200, Fax: (504) 581-5983

        *-and-*

        Charles R. Penot, Jr. (La. Bar No. 1530 &
        Tx. Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        Phone: (214) 220-6334; Fax: (214) 220-6807

        *-and-*

        Richard A. Sherburne, Jr., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        Phone: (225) 381-7700, Fax: (225) 381-7730

        **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2009, I electronically filed the foregoing pleading, Reply to Plaintiffs' Response to Defendant FEI's Motion for Summary Judgment regarding Claims Against it Under the Louisiana Products Liability Act was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via email and/or U.S. mail.

        *s/Richard A. Sherburne, Jr.*
        RICHARD A. SHERBURNE, JR.