UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case 09-2892

### ORDER

**IT IS ORDERED** that the **Motion for Leave to [File] Plaintiff's Motion in Limine to Exclude Testimony and Evidence Relating to Jeremiah Scott's Termination for His Previous Occupation (Rec. Doc. 3089)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the **Motion for Expedited Hearing by Plaintiff to Exclude Testimony and Evidence Relating to Jeremiah Scott's Termination from His Previous Occupation (Rec. Doc. 3090)** is **GRANTED.**  Any opposition to Plaintiff's Motion in Limine to Exclude Testimony and Evidence Relating to Jeremiah Scott's Termination for His Previous Occupation shall be filed **on or before Thursday, September 10, 2009, at noon,** at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 9th day of September, 2009.

                                                                  **KURT D. ENGELHARDT**
                                                                  **UNITED STATES DISTRICT JUDGE**