# Transcript of the Testimony of
# Videotaped Deposition of Jeremiah Scott

**Date taken: September 5, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 3113-2   Filed 09/09/09   Page 1 of 4

1    A.    No, sir.
2    Q.    Did you get fired from KIPP
3    McDonogh?
4    A.    Yes.
5    Q.    What were you fired for?
6    A.    I -- through a discipline issue.
7    Q.    What was the discipline issue?
8    A.    A negative comment towards a
9    student.
10   Q.    What was the negative comment?
11   A.    A kid said that I used physical
12   force for discipline.
13   Q.    You were accused of physically
14   disciplining a student?
15   A.    Yes.
16   Q.    In what manner were you allegedly
17   disciplining the child?
18   A.    Paddling.
19   Q.    With an actual paddle?
20   A.    Uh-huh.
21   Q.    Is that a "yes"?
22   A.    Yes.
23   Q.    Is there a paddle at the school?
24   A.    No, sir.
25   Q.    Is there a paddling policy at KIPP

1    McDonogh 15?
2        A.   No, sir.
3        Q.   Did you physically discipline a
4    student by paddling him?
5        A.   No, sir.
6        Q.   Nonetheless, the school fired you
7    because of the allegation?
8        A.   Yes, sir.
9        Q.   Was there a determination by the
10   school that you had, in fact, paddled the
11   student?
12       A.   Could you repeat the question?
13       Q.   Sure.  Was there a determination
14   by the school that you had, in fact,
15   physically paddled the student?
16       A.   They made the decision that I did.
17       Q.   I think you said that there was a
18   comment that you were fired over.  Did you
19   say something in response to the allegation?
20       A.   I didn't have an opportunity to.
21       Q.   Is that the only issue that you
22   had at KIPP McDonogh, was this one
23   allegation of physical paddling?
24       A.   Yes.
25       Q.   There were no other allegations

1   asserted against you by any other students
2   at any time you taught at KIPP McDonogh?
3       A.   No, sir.
4       Q.   Other than meeting in 2009 with
5   Ms. Alexander at her sister's house, did you
6   see Ms. Alexander at any time after you left
7   KIPP McDonogh?
8       A.   No, sir.
9       Q.   Is that the only time that you saw
10  Christopher Cooper after you were fired from
11  KIPP McDonogh?
12      A.   Yes, sir.
13      Q.   When you talked to Chris for this
14  period of time in April 2009, did you talk
15  about his health at all?
16      A.   No.
17      Q.   Mentally, how would you describe
18  his attitude at that time?
19      A.   Pretty upbeat.
20      Q.   Was there any discussion about any
21  concerns or fears he had at that time?
22      A.   No.
23      Q.   Regarding this particular lawsuit,
24  how were you contacted to be told that you
25  were going to be offering testimony?