UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf | * | |
|  Of Christopher Cooper | * | |

## ORDER

Considering the above and foregoing, Plaintiff's Unopposed Motion for Leave to File Plaintiff's Sur-Reply to Defendant Gulf Stream Coach, Inc.'s Reply Memorandum to Plaintiff's Reply to Defendant's Motion *in Limine* to Exclude Expert Testimony of James P. Kornberg, M.D., SC.D.

IT IS HEREBY ORDERED that Plaintiff is hereby granted leave to file its Sur-Reply to Defendant Gulf Stream Coach, Inc.'s Reply Memorandum to Plaintiff's Reply to Defendant's Motion *in Limine* to Exclude Expert Testimony of James P. Kornberg, M.D., SC.D.

Signed this  9th  day of             September            , 2009.

_____
JUDGE

1