UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER          * | | MDL NO. 1873 |
|     FORMALDEHYDE          * | | |
|     PRODUCTS LIABILITY    * | | |
|     LITIGATION            * | | SECTION: N(5) |
| * | | |
| This Document Relates to: *Charlie Age, et al. v.*    * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892   * | | |
| * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion to Amend/Correct Gulf Stream Coach, Inc.'s Supplemental Objections to Certain Exhibits Listed in the Joint Exhibit List;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby allowed to amend/correct its Supplemental Objections to Certain Exhibits Listed in the Joint Exhibit List, to attached Exhibit "A," which was inadvertently not attached at the time of the filing of the pleading.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E