collect the whole trailer measurements represented a lower bound ventilation scenario because the units had been closed for several days prior to testing. Nevertheless, we can tentatively identify likely sources of the VOCs in the THUs based on other studies in combination with the material-specific measurements from this study.

*VOC Emissions from Building Materials*

Hodgson et. al. (2000) measured VOC concentrations under pseudo-steady state conditions in four new manufactured homes and seven new site-built houses. The geometric mean (GM) concentrations (ppb) are reported for each housing type along with geometric standard deviation (GSD).  Hipelein (2004) measured indoor air VOC concentrations in 79 rooms in 39 private dwellings in Germany. The homes were not associated with health complaints but 27% of the rooms investigated were occupied by smokers. No information is provided about the ages of the dwellings but the objective of the study indicates that the homes were representative of background conditions so we assume the values represent the existing housing stock. The concentrations ($ug/m^3$) were reported for a number of VOCs in the original manuscript as the GM. These values are transformed to units of ppb using conversion factors reported by Hodgson and Levin (2003). Approximately half of the chemicals that were quantified in the THUs (17 of 33) had concentration values reported for the new manufactured and site built homes and/or the German residences. These measurements are compared in Figure 4. The results from Hipelein (2004) are generally lower than the values reported for the new dwellings by Hodgson et. al. (2000). Although many of the VOCs measured in the THUs are similar to reported residential values, several are in excess. Dodecane, tridecane, p-xylene, alpha-pinene, beta-pinene and hexanal are all above values reported in the German homes while phenol, TMPD-DIB, acetic acid and formaldehyde are even in excess of values measured in the new dwellings.

A number of the other chemicals that were measured in the THUs but did not have literature values for comparison were also elevated as compared to the values that are included in Figure 4. The concentrations of four chemicals (styrene, tetradecane, pentadecane and the alkylbenzenes) were greater than the median concentration of the chemicals reported for the THUs in Figure 4. Another four (2-ethyl-1-hexanol, benzaldehyde, hexadecane and dimethyl methylphosphonate) were greater than the 25th percentile of the THU data reported in Figure 4. And all but two chemicals had measured concentrations in at least one unit that was greater than the 5th percentile of the values reported in Figure 4.

In addition to reporting indoor concentrations of VOCs, Hodgson et.al., (2000) also report whole unit emission rates normalized to floor area. These values for whole building emission factors in new site-built and manufactured houses are compared to the VOC emission factors measured in the four THUs in Figure 5.  As with the concentration data described previously, the compounds presented for emission factor comparison were selected from the available data because they were included in both the THUs studied and in the Hodgson et.al., (2000) paper.  These compounds represent a wide range of functional groups including terpenes, alcohols, ester alcohols, aldehydes, and organic acids. Two of the compounds (styrene and acetaldehyde) had similar emission factors as those measured in the new residences. The median whole building emission factors in the THUs were lower than from the newly constructed dwellings for twelve of the eighteen compounds compared. All of the alkane and terpene compound emissions were lower in the THUs than in the new houses, as were TMPD-MIB, and most of the aldehydes. The lower emission factors in the THUs may be due to aging where the four THUs tested were more than 1 ½ years old while the site-built and manufactured homes were all approximately 6 months

12

old or less. In contrast, the emission factors for phenol, TMPD-DIB, acetic acid and formaldehyde remained higher in the THUs than the new homes. In particular, the median whole trailer formaldehyde emissions from the four units was more than five times greater than the values reported for new manufactured and site build residences.

These results provide a general focus for discussion of the VOC and aldehyde emissions within the THUs studied. The measured emissions of the ester alcohol TMPD-DIB are large, likely due to the relatively large amounts of vinyl flooring and other vinyl materials in the THUs. A large number of individual materials were found to emit TMPD-DIB in the small chamber experiments and we were not able to distinguish between primary emitters and secondary emission of sorbed chemical. Interestingly the Coachmen had far lower whole trailer TMPD-DIB emissions than the other three units; possibly due to the lower emissions of the compound from the vinyl floor in that THU. Elevated levels of the high molecular weight alkyl-benzenes in that THU indicates the use of these chemicals in place of TMPD-DIB in some vinyl flooring.

The acetic acid concentrations/emissions were also large in the THUs and the material specific measurements indicate the source of acetic acid was predominantly the subfloor but some of the units also had bed deck and bench seat materials that emitted high levels. Again, the experiments were not designed to distinguish between primary and secondary emission sources but secondary sources are not expected to be as pronounced for the more volatile chemicals like acetic acid as compared to the lower volatility chemicals like TMPD-DIB.

The fact that the levels summed across all materials exceeded that which was measured in the whole THUs for a number of the chemicals is likely an indication of secondary emission sources where chemicals released from the primary source in the whole trailer are being sorbed into/onto other materials in the THUs. This can occur where some of the surfaces act as sinks and secondary re-emission sources that compete with the primary emission source of any individual chemical and material. For example, if a material emits a particular chemical into the indoor environment, that chemical can partition into other materials until it approaches a steady-state concentration that is a function of the thermodynamic equilibrium partition coefficient between the material and the overlying air. These sorbed chemicals can be released back into the air as secondary emission sources when the primary source is removed or when conditions in the trailer change such as an increase in the ventilation rate or change in temperature.

*Aldehyde Emissions from Building Materials*
Hodgson et al. (2002) measured material specific emissions of aldehydes and terpenes for a single new manufactured house. The study selected materials from a newly constructed modular home and collected the materials direct from the factory that fabricated the dwelling. The new materials were tested in small emission chambers to determine material specific emission factors. Indoor house measurements were also collected in the newly manufactured home and the material emission factors were used to reconstruct whole house emission rates. Table 23 and Table 24 provide the aldehyde and terpene emissions, respectively, from material samples. This work used fresh materials not previously used in the house so the measurements represented primary emissions. The study, along with an earlier report (Hodgson, 1999) identified composite woods made with urea-formaldehyde resin as important formaldehyde and terpene hydrocarbon sources in buildings.

The State of California has conducted studies and has initiated various programs and regulations intended to lower material emissions of formaldehyde since the California Air Resource Board

13

PSC025159

(CARB) identified the compound as a Toxic Air Contaminant (TAC) in 1992 (CalEPA, 1992). Part of this effort included a survey of emissions from composite wood products on the market in California, conducted by Battelle Labs during 1995 (Battelle 1996; Kelly et al. 1999). The results, which are summarized by CARB (CARB 2008) and reproduced in Table 25, also indicate that composite wood material are the main contributors to formaldehyde emissions from building materials.

HUD Standard 24 CFR Ch. XX Part 3280, *Manufactured Home Construction and Safety Standards* (HUD 2001) specifies test chamber concentrations ($C_{ss}$, ppm) for plywood and particle board of 0.2 and 0.3 formaldehyde, respectively, based on the ASTM emission testing method E-1333. The standard specifies a modified loading ($L$, $m^2/m^3$) ratio of 0.95 and 0.43 for plywood and particle board, respectively, and an air exchange rate of 0.5 $h^{-1}$ for the test. Using these values with the equation specified in ASTM E-1333 (Eq. 6) we can estimate an initial emission rate ($ER$, $mg/m^2/h$) from these materials as

$$ER = 1.23 \times C_{ss} \times ACH/L \qquad \text{Eq. 6}$$

The calculation results in an initial ER for plywood and particle board of 130 $\mu g/m^2/h$ and 430 $\mu g/m^2/h$, respectively.

These numbers represent fresh material. As discussed in the introduction, emission rates are expected to decrease as the materials age. If we use the slower decay rate discussed in the introduction based on the work presented by Mathews (1985), the expected emission rates for materials that have aged more than 1 ½ years would be approximately 65 $\mu g/m^2/h$ and 220 $\mu g/m^2/h$ for the plywood and particle board, respectively. Comparing the material specific emissions to the values for fresh and aged material, none of the materials in the Dutchman exceeded either the aged or fresh emission factors. The bed deck (oriented strand board) in the Pilgrim had an emission rate of 136 $\mu g\ m^{-2}\ h^{-1}$ which exceeded the fresh plywood standard but was below the criteria for particle board (either fresh or aged). However, the plywood cabinet wall in the Pilgrim (419 $\mu g\ m^{-2}\ h^{-1}$) exceeded even the fresh emission criteria. Two plywood materials in the Coachman exceeded the fresh material criteria (bench seat at 233 $\mu g\ m^{-2}\ h^{-1}$ and cabinet wall at 174 $\mu g\ m^{-2}\ h^{-1}$). One material in the Caviler (plywood cabinet wall at 490 $\mu g\ m^{-2}\ h^{-1}$) exceeded the fresh material criteria and two more exceeded that for the aged material (particle board seat bottom at 292 $\mu g\ m^{-2}\ h^{-1}$ and particle board sub floor at 416 $\mu g\ m^{-2}\ h^{-1}$). It is unclear whether the subfloor, which is covered with vinyl or carpet, contributes significantly to the indoor air concentrations. Several materials that do not have test criteria were also found to emit relatively high levels of formaldehyde. These include the seat cushion in the Duchman (70 $\mu g\ m^{-2}\ h^{-1}$), the curtain and seat cushion in the Pilgrim (323 $\mu g\ m^{-2}\ h^{-1}$ and 409 $\mu g\ m^{-2}\ h^{-1}$ respectively), and the seat cushion and walls in the Coachman (151 $\mu g\ m^{-2}\ h^{-1}$ and 60 $\mu g\ m^{-2}\ h^{-1}$, respectively) although it is unclear whether these are secondary emission or primary sources.

The whole building formaldehyde emissions in previously studied site-built and manufactured homes were 31 and 45 $\mu g\ m^{-2}\ h^{-1}$, respectively (Figure 5 and Hodgson 2000). These values are up to an order of magnitude lower than those measured in the THUs. Whole THU formaldehyde emissions (per floor area) ranged from 173 to 266 $\mu g\ m^{-2}\ h^{-1}$ in the AM and 257 to 347 $\mu g\ m^{-2}\ h^{-1}$ in the PM. When the THUs are occupied, differences in ventilation rates, temperatures, relative humidity and indoor air movement may influence the steady-state concentration of VOCs and

PSC025160

emission rates but information is currently lacking on the magnitude and direction of this influence.

Thus, the whole trailer formaldehyde emission factors are high. Many of the material specific formaldehyde emission factors for composite wood materials used in the THUs appear to be within the range reported for fresh materials in previously published research (Tables 23 – 25), but significant differences can be expected due to the aging of the material in the THUs. It is difficult to conclude that the materials would have been within previously reported ranges had the tests been conducted using fresh materials but a number of the materials in the THUs are higher than would be expected even if a slow emission decay rate is assumed for aging. If the materials used in the THUs were in fact within the acceptable range for emission when new, then the results from the whole trailer measurements indicate a difference in the construction/design that may lead to elevated concentrations and whole trailer emission rates.

Three features of material application in the THUs may lead to elevated whole trailer concentrations relative to expected concentrations based on test criteria. These include 1) the extensive use of lightweight composite wood products, 2) high surface loading of composite wood products and 3) low fresh air per unit surface area of composite wood products in the THUs. Much of the projected surface area in the THUs (wall, ceiling, and cabinetry) use 1/8" plywood. Although the formaldehyde emission from these materials were generally low, the large surface area can results in significant contributions to overall emissions (e.g., the Coachmen). Given that almost all surfaces in these structures are wood, the wood product loading factor of the THU is far higher than in housing that uses gypsum for walls and ceilings. In addition, the surface area of cabinetry relative to volume of residence is high. Considering this in terms of the area-specific clean air flow rates, the high material loading ratio in the units combined with relatively low fresh air ventilation rates results in area-specific air flow rates that are quite low relative to other housing types. With all other factors being equal, the steady-state concentrations indoors are inversely proportional to the air exchange rates as indicated in Eq. 4. It is unclear how the low ventilation relative to surface area will affect the measured formaldehyde emission rates presented in this report, but these factors can influence the exposure concentrations experienced by occupants.

**CONCLUSIONS**

The results of this study are not statistically representative of the entire fleet of FEMA THUs because the study was based on a convenience sample of four THUs. Nonetheless, the measured material-specific emission factors for volatile organic compounds, including formaldehyde, were not atypical relative to the literature for new materials. However, it is important to consider that the materials in this study were both aged and allowed to interact with emissions from other materials. Formaldehyde and some of the other VOCs measured in the unoccupied THUs and the associated whole trailer emission factors were found to be higher, sometimes much higher, than what is typically found in residential environments. The difference between these THUs and other housing appears to be the very high composite wood surface area relative to room volume and the low ventilation rates in terms of low area-specific fresh air flow rates relative to internal surface area in the THUs.

15

*Recommendations for future work*

This report provides a preliminary assessment into the effect of THU design and material choices on indoor VOC and aldehyde concentrations. It is by no means definitive as a convenience sample of only four THU models produced by four manufactures was evaluated. Additionally, the focus of this study was on the travel trailers, while a significant portion of THUs are park trailer models, and manufactured homes. A systematic assessment across a wider range of THU makes and models including a better characterization of fresh air ventilation rates under occupied conditions could provide a better understanding of the time integrated exposure concentrations in occupied units.

The results in this report do not yet address temperature and humidity effects on material emissions within the studied units. It is hypothesized that at the higher temperature and relative humidity conditions found in the summertime in the southeastern portions of the US, emissions of formaldehyde from the urea-formaldehyde composite woods will increase. Chamber experiments and a seasonal study designed to investigate the potential effects of temperature and humidity should be completed.

Recommendations for formaldehyde mitigation approaches for the THUs have not been provided; nonetheless, the results of this study may be useful to help identify mitigation strategies for reducing VOCs including formaldehyde in THUs. An assessment of the literature for information on the effectiveness of material coverings should be considered. As part of this effort to explore the influence of diffusion resistance at the material surface, the resistance to diffusion on the air/surface interfaces as influenced by airflow and boundary layer effects should be considered. It would be informative to explore the effect of material aging and the role of different material types as surface sinks and sources of secondary emissions of indoor pollutants and how this impacts the primary emission source material.

This study was not intended to assess health effects that may be related to the measured emission factors and whole trailer concentrations in the THUs. The experimental conditions were not necessarily representative of occupied THUs. An estimate of the time-history concentration of each chemical along with time activity patterns of the THU occupants would be needed to characterize exposures in a way that is relevant to health effects assessments.

PSC025162

**REFERENCES:**

ATSDR. 1999. Toxicological profile for Formaldehyde. Agency for Toxic Substances and Disease Registry, Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service.

ASTM (2002), Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber, ASTM Test Method E 1333-96.

Azuma K., Uchiyama I. Ikeda K. 2006. "The risk management for indoor air pollution caused by formaldehyde in housing: The historical perspectives on early warnings and actions," *Facilities,* Vol. 24 No. 11/12, pp. 420-429.

Battelle. 1996. Determination of Formaldehyde and Toluene Diisocyanate Emissions from Indoor Residential Sources. Final Report, CARB Contract No. 93-315, Research Division, Sacramento, CA.

CARB. 2008. Rulemaking to Consider Adoption of the Proposed Airborne Toxic Control Measure (ACTM) to Reduce Formaldehyde Emissions From Composite Wood Products, California Air Resources Board. April 2007. http://www.arb.ca.gov/regact/2007/compwood07/compwood07.htm

CalEPA.  1992. *Final Report on The Identification of Formaldehyde as A Toxic Air Contaminant*.  Prepared by the California Air Resources Board and the

Office of Environmental Health Hazard Assessment, Sacramento CA. http://www.oehha.org/air/toxic_contaminants/html/Formaldehyde.htm

CIWMB.  2003.  *Building Materials Emissions Study*. Integrated Waste Management Board. Public Affairs Office, Publications Clearinghouse, Sacramento CA. http://irc.nrc-cnrc.gc.ca/pubs/fulltext/nrcc46265/ www.ciwmb.ca.gov/Publications/

CPSC. 1982. *CPSC Bans Urea Formaldehyde Foam Insulation (UFFI)*, Consumer Product Safety Commission NEWS from CPSC, Release No. 82-005, March.

CPSC. 1983. *Ban on UFFI Lifted.* Consumer Product Safety Commission, NEWS from CPSC, Release No. 83-048.

Hileman, B. 1982. "Formaldehyde. How did EPA develop its formaldehyde policy?", *Environmental Science & Technology*, Vol. 16 No.19, pp.543A-7A.

Hipeleim, M. (2004) "Background concentrations of individual and total volatile organic compounds in residential indoor air of Schleswig-Holstein, Germany" J. Environ. Monit. Vol. 6, 745-752.

Hodgson, A.T. (1999) *Common Indoor Sources of Volatile Organic Compounds: Emission Rates and Techniques for Reducing Consumer Exposures*, Final Report, Contract No. 95–302, Sacramento, CA, California Air Resources Board.

Hodgson, A.T., Rudd, A.F., Beal, D. and Chandra, S. (2000) "Volatile Organic Compound Concentrations and Emission Rates in New Manufactured and Site-Built Houses", *Indoor Air*, **10**, 178-192

Hodgson, A.T. and H. Levin (2003) "Volatile Organic Compounds in Indoor Air: A Review of Concentrations Measured in North America Since 1990" Report LBNL-51715.

PSC025163

Hodgson, A.T., Shendell, D.G., Fisk, W.J. and Apte, M.G. (2004) "Comparison of predicted and derived measures of volatile organic compounds inside four new relocatable classrooms", *Indoor Air*, **14**, 135-144.

HUD. 2006. *Manufactured Home Construction And Safety Standards,* --Housing and Urban Development Office of Assistant Secretary For Housing--Federal Housing Commissioner, Department Of Housing And Urban Development, Washington DC.  CFR 24 Chapter XX-- Parts 3280.308 and 3280.407.

Kelly, T.J., Smith, D.L., and Satola, J. 1999. "Emission Rates of Formaldehyde from Materials and Consumer Products Found in California Homes", *Environ. Sci. Technol.*, 33 (1), 81 -88.

Matthews T.G. 1985. *Modeling and Testing of Formaldehyde Emission Characteristics of Pressed-Wood Products:  Report XVIII to the U.S. Consumer Product Safety Commission,* Oak Ridge National Laboratory, Oak Ridge TN.  ORNL/TM-9867

NAS.  1980. *Formaldehyde – An Assessment of its Health Effects, Committee on Toxicology*, Board on Toxicology and Environmental Health Hazards, National Research Council, National Academy of Sciences, Washington, DC.

OEHHA. 2008a.  *Chronic Toxicity Summary – Phenol*, Office of Environmental Health Hazards Assessment, California Environmental Protection Agency, Sacramento CA. http://www.oehha.org/air/chronic_rels/AllChrels.html

OEHHA. 2008b.  *Chronic Toxicity Summary – Formaldehyde*, Office of Environmental Health Hazards Assessment, California Environmental Protection Agency, Sacramento CA. http://www.oehha.org/air/chronic_rels/AllChrels.html

OEHHA. 1999.  *Acute Toxicity Summary – Formaldehyde*, Office of Environmental Health Hazards Assessment, California Environmental Protection Agency, Sacramento CA. http://www.oehha.org/air/acute_rels/allAcRELs.html

SEFA.  2008.  "Formaldehyde Emissions and Particle Board Core Products," by Dave Withee, formerly of Case Systems Inc., the Scientific Equipment and Furniture Association, Garden City, NY.  On the web at: http://www.sefalabs.com/i4a/pages/index.cfm?pageID=3394

Turner S., Martin C., Hetes R., and Northeim C. 1996. *Project Summary - Sources and Factors Affecting Indoor Emissions from Engineered Wood Products: Summary and Evaluation of Current Literature*, United States Environmental Protection Laboratory Agency, National Research Risk Management, Research Triangle Park NC 27711 EPA/600/SR-96/067.

Won, D., R. L. Corsi* and M. Rynes (2001) "Sorptive Interactions between VOCs and Indoor Materials" V 11:4 Page 246-256

Won, D.; Magee, R.J.; Lusztyk, E.; Nong, G.; Zhu, J.P.; Zhang, J.S.; Reardon, J.T.; Shaw, C.Y. (2004) "A Comprehensive VOC emission database for commonly-used building materials", Institute for Research in Construction, National Research Council, Ottawa, Ontario, Canada, Report NRCC-46265. http://irc.nrc-cnrc.gc.ca/pubs/fulltext/nrcc46265/ last visited April 28, 2008.

18

PSC025164