Case 2:07-md-01873-KDE-MBN  Document 3116-2  Filed 09/09/09  Page 1 of 13

*ATSDR chron MRL*

Acta Otolaryngol (Stockh) 1989; 107: 120–129

# Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust

*40 – 400 ppb*
*loss of cilia,*
*goblet cell hyperplasia,*
*cuboidal-squamous cell*
*metaplasia,*
*replace columnar*
*epithelium*

M. HOLMSTRÖM,[1] B. WILHELMSSON,[1] H. HELLQUIST[2] and G. ROSÉN[3]

*From the [1]Department of Otorhinolaryngology, Huddinge Hospital, Karolinska Institutet, Huddinge, Sweden, the [2]Department of Pathology, King Saud University, Abha, Saudi Arabia, and the [3]National Board of Occupational Safety and Health, Research Department, Solna, Sweden*

Holmström M, Wilhelmsson B, Hellquist H, Rosén G. Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and in combination with wood dust. Acta Otolaryngol (Stockh) 1989; 107: 120–129.

In the nasal mucosa of rodents, both formaldehyde and wood dust have proved to be carcinogenic. Wood dust is also a well-known nasal carcinogen in man. The effects of long-term exposure of humans to formaldehyde, however, are more obscure. In this investigation two groups of workers with well-defined exposure to formaldehyde and to formaldehyde and wood dust, respectively, were compared with a control group regarding histological changes in nasal specimens from the middle turbinate. Significant changes were found in the formaldehyde group but not in the group exposed to both formaldehyde and wood dust. No correlation was found between histological changes and duration of exposure, doses of exposure or smoking habits. *Key words: formaldehyde, wood dust, nasal histology.*

M. Holmström, Department of Otolaryngology, Huddinge Hospital, S-141 86 Huddinge, Sweden.

A number of occupational compounds have been found to be nasal carcinogens, for instance wood dust (WD) (1), nickel (2) and leather (3). In recent years the carcinogenic effects of formaldehyde (FA) have been widely discussed. Exposure to FA is very common, both in industrial and in domestic environments. Examples of this are found in connection with fibre board production, surface treatment, textile production, building insulation, cigarette smoke, exhaust and use of perfume. In Sweden, the threshold limits for FA and WD are 1 mg/m³ and 4 mg/m³, respectively.

In animal trials, rats subjected to life-long exposure to FA in high doses (14.3–15 ppm) developed squamous cell dysplasia and carcinoma of the nasal cavity to varying extents (4, 5). In human cells FA has been shown to cause mutations in vitro (6). FA interacts with the RNA synthesis and causes single-strand breaks with DNA and DNA-protein cross-links (7).

The high correlation between nasal carcinoma and FA in rats exposed to high doses of this substance contrasts with the lack of convincing evidence regarding its nasal carcinogenicity in humans. There has been one report of a case of squamous nasal carcinoma in a man exposed to formaldehyde for 25 years in a textile-finishing industry (8). In the mortality study from National Cancer Institute (NCI), USA, of 26 561 industrial workers exposed to FA (9), there was no clear evidence that FA exposure increased the total mortality. However, the mortality from malignancy in some particular organs (nasopharynx, oropharynx, lymphatic system, lung and prostate) was increased. Acheson found no deaths from nasal cancer among 7 680 workers in the British chemical industry (10). Walrath (11) reported that the mortality from respiratory cancer was not excessive among 1 211 embalmers exposed to FA. He found, however, that the mortality rates from melanoma, cancer of the kidney and brain cancer were significantly elevated. In a Danish study (12) of occupational cancer, based on the Danish cancer register, an excess risk of carcinoma of the nasal cavity and sinuses was ob-



Dr. Williams
DEPOSITION
EXHIBIT
11

PENGAD 800-631-6989

ALX-EXP-77-000449

Case 2:07-md-01873-KDE-MBN   Document 3116-2   Filed 09/09/09   Page 2 of 13

served among workers occupationally exposed to WD, but not among those exposed only to FA. Exposure to both these compounds, however, resulted in an additive carcinogenic effect (12).

In these reports on epidemiological studies there is no reliable information on degrees of exposure. In animal trials it has been found that a linear dose-response relationship does not occur regarding carcinogenicity of FA (4). It therefore seemed of interest to correlate doses of exposure to histological effects. In occupational environments, workers are often exposed to different irritants. WD is a well-known irritant, which causes both physiological (13) and histological changes (14) in the nasal mucosa. According to our earlier studies we considered it important to investigate both the separate and the combined effects of the two potential nasal irritants FA and WD.

## AIM

The aim of this study was to investigate the histological effects of long-term exposure to FA alone and FA combined with WD on the human nasal mucosa. The combination was studied in order to see whether such combined exposure had an additive effect.

## MATERIAL AND METHODS

### Groups of subjects

Two groups of FA-exposed workers were examined. One group consisted of 70 workers in a chemical industry in which FA and products based on FA were produced as resins and for impregnation of paper for laminate production, for example. This group was mainly exposed only to FA as a single nasal irritant. The other group consisted of 100 employees in five different furniture factories working with particle board and glue components. This latter group was thus exposed to both FA and WD, since urea resins were used in glueing and particle board releases FA from the glue it contains. The control group consisted of 36 persons, mainly clerks from the local government office in the same village as the furniture industries. They had no history of occupational exposure to FA or WD. The mean age of the FA group was 36.9 years, of the WD-FA group 40.5 years, and of the control group 39.8 years. There was a slightly larger number of smokers in the exposed groups than in the control group, but the difference was not statistically significant.

### Exposure

Prior measurements of FA concentrations in the environment in the chemical factory in question had been made between 1979 and 1984. We performed new measurements in 1985 of the exposure level at all different working stations where the participants were occupied, using personal sampling equipment placed in the "breathing zone" at the worker's shoulder. Samples were taken for analysis of FA, total dust and respirable dust. For FA, a sampling tube filled with a 2,4-dinitrophenylhydrazine-coated porous polymer (Amberlite XAD-2) was used, and the analysis was made in a high performance liquid chromatograph. The sampling took place for 1–2 hours.

Dust was measured with the membrane filter method (15). The sampling time for total dust was 4 hours and for respirable dust 8 hours. In addition to measurements with personal sampling of dust, measurements of the mass size distribution (weight relations) of dust were made, using a cascade impactor (Sierra Mrpel 266, USA). These were positioned stationary in places where the composition of the dust corresponded to that of the dust to which the workers were exposed. Samples for determination of the size distribution of the dust were taken by both stationary and personal sampling. These analyses were performed by phase

ALX-EXP-77-000450

Case 2:07-md-01873-KDE-MBN   Document 3116-2   Filed 09/09/09   Page 3 of 13

contrast microscopy (PCM) and scanning electron microscopy (SEM). For the SEM analysis the dust was sampled with a Nucleopore filter with a pore size of 0.8 μm, and for the PCM analysis it was collected on a Millipore AAWG filter (Molsheim, France). After the samples had been coated with gold, one quarter of the Nucleopore filter area was examined in a JEOL-JSM 35 scanning electron microscope with a magnification of 2 000.

On the basis of the prior measurements made between 1979–1984 in the chemical factory and the present values in 1985, the average annual exposure to FA during the years 1979–1985 was calculated for each participant. In the furniture industries the exposure levels could only be evaluated reliably for 1985. In the latter industries the exposure levels for previous years were thus assumed to be the same as those of 1985. For all participants we thus estimated the personal dose of exposure to both FA and WD. From a questionnaire, data were collected regarding the different kinds of occupations and the duration of exposure. In the chemical industry the exposure before 1979 was assumed to be the same as in 1979. The accumulated dose of exposure was expressed as the sum of the year-doses (e.g. 3 years with a mean exposure of 0.5 mg/m³ gave an accumulated value of 1.5 mg/m³ × years).

*Nasal biopsies*

With the participant in a supine position during rhinoscopy, local anaesthesia and decongestion were produced with a cotton pellet soaked in lidocaine (3.4%) and naphazoline (0.02%). Two pieces of mucosa were taken from the medial or inferior aspect of the middle turbinate, 1 cm posterior to the anterior border of the turbinate. This was done on the widest side. The specimens were taken with Wall Blakesley biopsy forceps (3 mm) and, after rinsed in 0.9 M NaCl, they were routinely fixed, cut and stained with haematoxylin-eosin and PAS.

The changes in the nasal mucosa were classified histologically according to a grading scale of 0–8 (Table I), where 0 means normal respiratory epithelium and 8 carcinoma (2). The histological scoring was done without the pathologist having any information regarding exposure.

*Statistical methods*

For statistical analysis the $\chi^2$-test, Fischer's exact test, and the Mann-Whitney U test were used.

Table I. *Histological characteristics and scores used for grading of nasal epithelium*
Budding (f) gives an additional score of one point. According to Torjussen et al. (2).

| Histological characteristics | | Points score |
|---|---|---|
| (a) | Normal respiratory epithelium | 0 |
| (b) | Stratified cuboidal epithelium with loss of ciliated epithelium | 1 |
| (c) | Mixed stratified cuboidal/stratified squamous epithelium | 2 |
| (d) | Stratified squamous epithelium | 3 |
| (e) | Stratified squamous epithelium with marked horny layer | 4 |
| (f) | "Budding" of epithelium into the stroma | 1 |
| (g) | Light or moderate epithelial dysplasia | 6 |
| (h) | Severe epithelial dysplasia | 7 |
| (i) | Carcinoma | 8 |

ALX-EXP-77-000451

## RESULTS

### Exposure

The mean duration of exposure in the FA group was 10.4 years (SD 7.3, range 1–36) and in the WD-FA group 9.0 years (SD 6.3, range 1–30). In the latter group these values indicate the number of years with the occupation in question. When the calculation was based on the number of years for which they had had similar but not equal occupation with exposure to both FA and WD, the mean duration of exposure was 15.1 years (SD 10.8, range 1–45). The mean duration of the present occupation in the control group was 11.4 years (SD 5.4, range 4–18).

In the chemical factory the 70 persons examined were exposed to concentrations of FA of 0.05–0.5 mg/m³ (median 0.3 mg/m³). Short peaks of exposure to FA at a level of over 1 mg/m³ frequently occurred. Eighteen workers had been exposed to a mean dose of 0.5 mg/m³ during the last years. The sum of the dose years was 0.2–18 mg/m³ × years (median 2.9 mg/m³ × years).

Among the 100 wood workers, the exposure to both WD and FA was fairly stable. The mean exposure to WD was between 1 and 2 mg/m³, sometimes higher, in the latter case mainly through grinding. The FA exposure was mostly between 0.2 and 0.3 mg/m³, and was seldom higher than 0.5 mg/m³. We did not find higher FA exposure for those working with veneer-pressure; this was probably because the main source of FA in the premises seemed to be the stored particle board.

In the environment of the control group FA values of between 0.09–0.17 mg/m³ were found in late summer. The mean value for the control group over the whole year was 0.09 mg/m³, based on four different measurements in different seasons. As mentioned previously, FA is present to some extent in nearly all indoor environments. This extent depends on the season and room temperature (16). We therefore made all occupational measurements at different times of the year.

The microscopic analysis of the dust showed that the size of the dust particles varied only slightly. Most of the particles were less than 10 μm in diameter (Table II). There was no variation between different factories. The weight analysis of the dust particles for the mass size distribution analysis showed a weight median of 16 μm during work with pure deciduous wood. This means that 50% of the quantity by weight was less than 16 μm. The weight median during handling of particle board was 20 μm. Samples from other factories showed the same range of weight median values during work with pure tree wood, medium density fibre board (MDF) and particle board.

Table II. *Percentages of wood-dust particles distributed by their size (μm) and the type of work*

| Measuring point | 1–5 μm | 6–10 μm | 11–15 μm | 16–20 μm | 21– μm |
|---|---|---|---|---|---|
| Working with pure wood and particle board[a] | 91 | 6 | 1 | – | 1 |
| Working with pure wood, particle board and corrugated paper[a] | 83 | 9 | 4 | 1 | 2 |
| Cutting in alder wood | 88 | 10 | 2 | – | – |
| Cutting in beech-veneered particle board | 85 | 9 | 3 | 1 | 2 |
| Working with medium density fibre board | 82 | 9 | 4 | 3 | 2 |
| Working with medium density fibre board[a] | 88 | 8 | 3 | 1 | – |

[a] Indicates that the samples were taken with stationary equipment (all others are personal samples).

ALX-EXP-77-000452



*Fig. 1.* Microphotograph showing a respiratory epithelium with loss of cilia, partial squamous and cuboidal metaplasia. Score 2. (H & E, ×380).

### Histological results

On histological examination of the nasal specimens the FA and the WD–FA groups received higher mean histological score 2.16 (range 0–4) and 2.07 (range 0–6) respectively compared to the control group in which it was 1.56 (range 0–4) (Table III and Fig. 1–4). This difference was significant ($p<0.05$) both for the two exposed groups combined (mean score 2.11) and for the formaldehyde group alone (mean score 2.16) (Table III). The WD–FA group alone received a higher histological score than the control group, but this difference was not statistically significant. There were no statistically significant differences in histological scoring between different units within the chemical industry with different FA concentrations or between different furniture factories with different exposure levels for FA and WD (Table IV).

When the furniture workers were divided according to how many hours a day they worked

Table III. *Mean exposure and biopsy score*

|  | Actual formaldehyde exposure, mean value (mg/m³) | Actual wood-dust exposure mean value (mg/m³) | Nasal biopsy score | Range scoring |
|---|---|---|---|---|
| Formaldehyde group ($n=62$) | 0.30 (SD 0.16) | – | 2.16* | (0–4) |
| Wood dust-formaldehyde group ($n=89$) | 0.25 (SD 0.05) | 1.65 (SD 1.06) | 2.07 NS | (0–6) |
| Control group ($n=32$) | 0.09 | – | 1.56 | (0–4) |

* $p<0.05$.

ALX-EXP-77-000453

*Changes in the nasal mucosa*   125



*Fig. 2.* Microphotograph of a nasal mucosa consisting of a squamous epithelium. Note budding of the epithelium into the underlying connective tissue. Score 4 (3+1). (H & E, ×95).



*Fig. 3.* Microphotograph showing the nasal mucosa changed into a regular squamous cell epithelium. Note the regular maturation of the epithelium with keratosis and parakeratosis. Score 4. (H & E, ×240).

ALX-EXP-77-000454

Case 2:07-md-01873-KDE-MBN    Document 3116-2    Filed 09/09/09    Page 7 of 13



*Fig. 4.* Microphotograph showing a mucosa with histological changes graded as Score 6. The epithelium is a squamous cell epithelium with increased number of cells which also are irregular. The nuclei are slightly atypical, and there is also the odd mitosis. (H & E, ×240).

at grinding, a higher mean score (2.67) was found for workers grinding more than 4 hours a day than for the group who did this work for less than one hour a day (1.91). This difference was not statistically significant, however.

No correlation was found between duration of exposure and histological changes (Table V). Regarding accumulated FA dosage, there were no signs indicating that a high sum of dose-years would be associated with more severe morphological changes in the nose (Table V).

We did not find any correlation between smoking habits and biopsy score. In the WD–FA

Table IV. *Mean biopsy score related to current exposure levels to formaldehyde and wood dust*

|  | Formaldehyde group | Wood dust-<br>formaldehyde group |
|---|---|---|
| Current formaldehyde exposure, mg/m³ |  |  |
| 0.1–0.24 | 2.14 ($n=22$) | 2.10 ($n=20$) |
| 0.25–0.49 | 1.90 ($n=21$) | 2.07 ($n=45$) |
| 0.5– | 2.35 ($n=17$) | – |
| Current wood dust exposure, mg/m³ |  |  |
| 0.1–1 | – | 2.45 ($n=29$) |
| 1.1–2 | – | 1.65 ($n=26$) |
| 2.1–4.9 | – | 2.10 ($n=30$) |

ALX-EXP-77-000455

Case 2:07-md-01873-KDE-MBN   Document 3116-2   Filed 09/09/09   Page 8 of 13

group the scoring was higher among smokers, but the difference was not statistically significant.

With the aim of finding out whether increased nasal discharge helped to clean the nose from particles and irritants and thus diminish the risk of histological changes, all persons who complained of watery nasal discharge were compared with the group of workers without this complaint with respect to their nasal histology. Neither in the FA group nor in the WD-FA group there were any differences found between these sub-groups.

## DISCUSSION

The observed FA concentrations to which the workers were exposed (0.05–0.5 mg/m$^3$) are representative of Swedish industry today. Mean concentrations of over 0.5 mg/m$^3$ are seldom found. Our procedure of assuming that the values for FA exposure before 1979 were equal to those of that year should not imply an overestimation, as there have been continuous improvements regarding environmental hygiene in the factories in the last decades.

Drop-outs in this investigation were few. There was a small number of workers from whom we did not receive nasal specimens. Only one refused, eight were excluded because of infection, allergy or other medical contraindications (advanced septal deviatons) and 15 were missed owing to technical complications during the preparation of the specimens.

We found a very limited variation in the size of the WD particles, although five different furniture factories were investigated and different sorts of wood were used. Two methods were used for size analysis of the wood-dust particles, determination of the mass size distribution and particle size distribution. The result was almost the same with both methods. Irrespective of the type of working process or the type of wood, the size of the particles and their weight median were the same. Most particles were found to be less than 10 μm in diameter. A large proportion of the particles was thus small enough not to be retained in the nasal mucosa and so they could reach the deeper airways.

In this study we found morphological changes in the nose among workers exposed to both FA and WD. No case of nasal cancer was found, but there were two cases of dysplasia (Fig. 4). Both these men were among the furniture workers and both of them were grinding wood for more than 4 hours per day. Significance of epithelial lesions as pre-malignant signs is postulated by different authors (2, 17). Loss of cilia, goblet cell hyperplasia, and cuboidal and squamous cell metaplasia replacing the columnar epithelium were more frequent in the

Table V. *Mean biopsy score correlated to duration of exposure and accumulated dose of exposure (dose-years) to formaldehyde*

|  | Formaldehyde group | Wood dust-formaldehyde group |
|---|---|---|
| Duration of exposure (years) | | |
| –5 | 2.27 ($n=22$) | 1.92 ($n=13$) |
| 5–14 | 2.16 ($n=31$) | 2.04 ($n=24$) |
| 15–24 | 2.00 ($n=14$) | 2.26 ($n=27$) |
| 25– | – | 1.73 ($n=22$) |
| Dose-years of formaldehyde (mg/m$^3$ × years) | | |
| <1.5 | 2.19 ($n=21$) | 2.14 ($n=41$) |
| 1.5–4.99 | 2.05 ($n=19$) | 2.03 ($n=35$) |
| 5– | 2.27 ($n=22$) | 1.92 ($n=13$) |

ALX-EXP-77-000456

group exposed to FA. In animal studies, a non-linear correlation has been observed between doses of FA and cancer of the nose and paranasal sinuses (4). On the average, the FA doses in our exposed groups (0.5 mg/m³ or less) were not found to provoke more pronounced mucosal changes after long-term than after a short-term exposure. This is in contrast to the effects of nickel and WD (2, 18). We did not find that higher FA levels in the range relevant in Swedish industry showed a linear correlation to histological changes in the nasal mucosa of the workers.

Theoretically, the loss of ciliated columnar epithelium should perhaps explain different discomfort symptoms reported by FA-exposed workers such as increased secretion, formation of crusts and nasal blockage. There was no correlation between smoking habits and biopsy score, in contrast to the finding by Edling et al. (19) among formaldehyde-exposed workers and by Boysen et al. (18) among workers exposed to wood dust. Torjussen (2), however, did not find any correlation between smoking habits and nasal histological changes among nickel-exposed workers. Regarding cancer, there is no evidence that smoking increases the risk of nasal or paranasal carcinoma (20).

It might be postulated that exposure to a combination of different potential nasal irritants —and potential carcinogens—could have an additive effect. Mucociliary stasis caused by one compound could lead to a longer time available for action, i.e. penetration of both compounds into the nasal mucosa and the paranasal sinuses. Olsen (12), for instance, in a study of the Danish cancer register from the aspect of occupational exposure, found that FA and WD had an additive effect concerning nasal and sinonasal carcinoma. We also found two cases of more pronounced nasal epithelial changes, i.e. dysplasia, among workers exposed to both WD and FA. However, as a group, there were no significant differences between the workers exposed to both WD and FA and those exposed to FA alone. This finding might, however, have been a result of the lower average level of FA in the group with combined exposure.

## ACKNOWLEDGEMENT

This investigation was supported financially by the Swedish Work Environmental Fund (Project No. 81-0313).

## REFERENCES

1. Acheson ED, Cowdell RH, Hadfield EH, Macbeth RG. Nasal cancer in woodworkers in the furniture industry. Br Med J 1968; 2: 587–96.
2. Torjussen W, Solberg LA, Högetveit AC. Histopathological changes of the nasal mucosa in active and retired nickel workers. Br J Cancer 1979; 40: 568–80.
3. Acheson ED, Cowdell RH, Jolles B. Nasal cancer in the Northamptonshire boot and shoe industry. Br Med J 1970; 1: 385–93.
4. Kerns WD, Pavkov KL, Donofrio DJ, Gralla EJ, Swenberg JA. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. Cancer Res 1983; 43: 4382–92.
5. Sellakumar AR, Snyder CA, Salomon JJ, Albert RE. Carcinogenicity of formaldehyde and hydrogen chloride in rats. Toxicology and Appl Pharmacol 1985; 81: 401–6.
6. Goldmacher VS, Thilly WG. Formaldehyde is mutagenic for cultured human cells. Mutat Res 1983; 116: 417–22.
7. Saladino AJ, Willey JC, Lechner JF, Grafström RC, LaVeck M, Harris CC. Effects of formaldehyde, acetaldehyde, benzylperoxide, and hydrogenperoxide on cultured human bronchial epithelial cells. Cancer Res 1985; 45: 2522–6.
8. Halperin WE, Goodman M, Stayner L, Elliott LY, Keenlyside RA, Landrigan PJ. Nasal cancer in a worker exposed to formaldehyde. J Am Med Assoc 1983; 249: 510–2.
9. Blair A, Stewart P, O'Berg M, Gaffey W, Walrath J, Ward J, Bales R, Kaplan S, Cubit D. Mortality among industrial workers exposed to formaldehyde. J Natl Cancer Inst 1986; 76: 1071–84.

ALX-EXP-77-000457

10. Acheson ED, Gardner MJ, Pannett B, Barnes HR, Osmond C, Taylor CP. Formaldehyde in the British chemical industry. Lancet 1984; 611–6.
11. Walrath J, Fraumeni Jr. JF. Mortality patterns among embalmers. Int J Cancer 1983; 31: 407–11.
12. Olsen JH, Plough Jensen S, Hink M, Faurbo K, Breum NO, Moller Jensen O. Occupational formaldehyde exposure and increased cancer risk in man. Int J Cancer 1984; 34: 639–44.
13. Wilhelmsson B, Drettner B. Nasal problems in wood furniture workers. A study of symptoms and physiological variables. Acta Otolaryngol (Stockh) 1984; 98: 548–55.
14. Wilhelmsson B, Lundh B. Nasal epithelium in woodworkers in the furniture industry—A histological and cytological study. Acta Otolaryngol (Stockh) 1984; 98: 321–34.
15. Krantz S, Olander L. Control of aerosol exposure in the Swedish work environment. Aerosols in the mining and industrial work environments. Fundamental and Status Vol. 1. Ann Arbor Science Publishing, 1983: 79–86.
16. Konopinski VJ. Seasonal formaldehyde concentrations in an office building. Am Ind Hyg Assoc J 1985; 46: 65–8.
17. Hadfield EH. A study of adenocarcinoma of the paranasal sinuses in wood workers in the furniture industry. Ann R Coll Surg 1970; 46: 301–19.
18. Boysen M, Voss R, Solberg LA. The nasal mucosa in softwood exposed furniture workers. Acta Otolaryngol (Stockh) 1986; 101: 501–8.
19. Edling C, Hellqvist H, Ödkvist L. Occupational formaldehyde exposure and the nasal mucosa. Rhinology 1987; 25: 181–7.
20. Higginson J. Enhancement and promotion in respiratory cancer. Carcinogenesis 1985; 8: 437–42.

9–898401

ALX-EXP-77-000458

Medical Library, Tulane University
DocLine :LAUTUL   OCLC:LTM
8/19/2008

ILLiad TN: 52261

**Borrower: LNU**

**Lending String:** LSH,*LTM,LNM,LRT,LWA

**Patron:** Williams, Patricia

**Journal Title:** Acta oto-laryngologica.

**Volume:** 107 **Issue:**
**Month/Year:** 1989 **Pages:** 120-129

**Article Author:**

**Article Title:** Holmstrom M, Wilhelmsson B, Hellquist H, et al; Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and I

**Imprint:** Stockholm [etc.] Taylor & Francis [etc.]

**ILL Number: 45180707**

**Call #:**

**Location:**
Need by date:
Shipping Option: Ariel
**Fax:** 504-280-3173
**Ariel:** 137.30.164.18

**Charge:** Exempt
Charge
**Maxcost:** $50IFM
**IFM:**
**EFTS:** No
**RUSH:** Regular

**Shipping Address:**
University of New Orleans
Earl K. Long Library
Interlibrary Loan
New Orleans, LA 70148

**Comments:**

ALX-EXP-77-000459

126   M. Holmström et al.

Acta Otolaryngol (Stockh) 107



*Fig. 4.* Microphotograph showing a mucosa with histological changes graded as Score 6. The epithelium is a squamous cell epithelium with increased number of cells which also are irregular. The nuclei are slightly atypical, and there is also the odd mitosis. (H & E, ×240).

at grinding, a higher mean score (2.67) was found for workers grinding more than 4 hours a day than for the group who did this work for less than one hour a day (1.91). This difference was not statistically significant, however.

No correlation was found between duration of exposure and histological changes (Table V). Regarding accumulated FA dosage, there were no signs indicating that a high sum of dose-years would be associated with more severe morphological changes in the nose (Table V).

We did not find any correlation between smoking habits and biopsy score. In the WD–FA

Table IV. *Mean biopsy score related to current exposure levels to formaldehyde and wood dust*

|  | Formaldehyde group | Wood dust-formaldehyde group |
|---|---|---|
| Current formaldehyde exposure, mg/m³ |  |  |
| 0.1–0.24 | 2.14 (*n*=22) | 2.10 (*n*=20) |
| 0.25–0.49 | 1.90 (*n*=21) | 2.07 (*n*=45) |
| 0.5– | 2.35 (*n*=17) | – |
| Current wood dust exposure, mg/m³ |  |  |
| 0.1–1 | – | 2.45 (*n*=39) |
| 1.1–2 | – | 1.65 (*n*=26) |
| 2.1–4.9 | – | 2.10 (*n*=30) |

ALX-EXP-77-000460

Case 2:07-md-01873-KDE-MBN   Document 3116-2   Filed 09/09/09   Page 13 of 13



*Fig. 4.* Microphotograph showing a mucosa with histological changes graded as Score 6. The epithelium is a squamous cell epithelium with increased number of cells which also are irregular. The nuclei are slightly atypical, and there is also the odd mitosis. (H & E, ×240).

at grinding, a higher mean score (2.67) was found for workers grinding more than 4 hours a day than for the group who did this work for less than one hour a day (1.91). This difference was not statistically significant, however.

No correlation was found between duration of exposure and histological changes (Table V). Regarding accumulated FA dosage, there were no signs indicating that a high sum of dose-years would be associated with more severe morphological changes in the nose (Table V).

We did not find any correlation between smoking habits and biopsy score. In the WD–FA

Table IV. *Mean biopsy score related to current exposure levels to formaldehyde and wood dust*

|  | Formaldehyde group | Wood dust-formaldehyde group |
|---|---|---|
| Current formaldehyde exposure, mg/m³ |  |  |
| 0.1–0.24 | 2.14 (*n*=22) | 2.10 (*n*=20) |
| 0.25–0.49 | 1.90 (*n*=21) | 2.07 (*n*=45) |
| 0.5– | 2.35 (*n*=17) | – |
| Current wood dust exposure, mg/m³ |  |  |
| 0.1–1 | – | 2.45 (*n*=29) |
| 1.1–2 | – | 1.65 (*n*=26) |
| 2.1–4.9 | – | 2.10 (*n*=30) |

ALX-EXP-77-000461