INT J TUBERC LUNG DIS 5(11):1059–1066
© 2001 IUATLD

# Incidence of asthma diagnosis and self-reported allergy in relation to the school environment—a four-year follow-up study in schoolchildren

G. Smedje, D. Norbäck

Department of Medical Sciences/Occupational and Environmental Medicine, Uppsala University, Uppsala, Sweden

SUMMARY

SETTING: In schools, the indoor air quality is often poor and there is growing concern about its impact on the pupils' health.

OBJECTIVE: To study the incidence of asthma diagnosis and self-reported allergy in schoolchildren in relation to the school environment.

DESIGN: Data on asthma and allergies were collected through a postal questionnaire answered in 1993 and 1997 by 1347 (78%) pupils (initially aged 7–13 years) in 39 randomly chosen schools. Indoor pollutants were measured in about 100 classrooms in 1993 and 1995. Relationships between indoor pollutants and incidence of asthma diagnosis and self-reported allergy were studied by multiple logistic regression, adjusting for age, sex, atopy and smoking.

RESULTS: The incidence of asthma diagnosis was higher in pupils attending schools with more settled dust and more cat allergen (Fel d 1) in this dust. Incidence of self-reported furry pet allergy was higher in schools with more respirable particles. Among children without a history of atopy, a new asthma diagnosis was more common at higher concentrations of formaldehyde and total moulds in the classroom air.

CONCLUSION: A school environment with more dust, cat allergen, formaldehyde and moulds may affect the incidence of asthma and sensitivity to furry pets in schoolchildren.

KEY WORDS: cat allergen; dust; formaldehyde; moulds

DURING RECENT DECADES, the prevalence of asthma and allergies has increased in Sweden, as in many other industrialised countries. The main underlying reasons for this increase are still not known, but it has been suggested that poor indoor air quality and indoor allergens may cause symptoms in sensitised subjects, and a new onset of sensitisation.[1] In schoolchildren, asthma is often related to immediate type allergy against furry pets, pollens or house dust mites.[1,2] The role of other factors in the indoor environment with respect to the risk for development of allergy or asthma is unclear. Apart from the home, school is the most important indoor environment for children. Earlier studies have shown deficiencies in the school environment, including poor ventilation,[3] and the concentration of dust, micro-organisms and pet dander is relatively high.[4–6] Significant amounts of pet allergen are known to be transported to school on pupils' clothing,[7,8] and children in classes with many cat owners reported decreased peak expiratory flow, more asthma symptoms and increased use of medications on returning to school after the summer holidays.[9]

In an earlier cross-sectional study, we found that asthma symptoms in secondary school pupils were more common in schools with higher concentrations of formaldehyde or other volatile organic compounds (VOC), viable moulds or bacteria in the air, or more cat allergen in settled dust.[10] To gain further insight into the health effects of the school environment, we carried out a 4-year follow-up study in pupils. The aims were to determine whether the incidence of asthma diagnosis and self-reported allergy was related to measured pollutants in the school environment. As a working hypothesis it was assumed that asthma incidence and reports of allergy should be more common in pupils attending schools with a higher concentration of formaldehyde, VOC, respirable particulates, mould and bacteria in classroom air, and with more settled dust in which there are more cat, dog and mite allergens.

## MATERIAL AND METHODS

### Population

In Sweden school is compulsory for the first 9 years (known as forms 1–9), and the vast majority of Swed-

Correspondence to: Greta Smedje, Department of Occupational and Environmental Medicine, University Hospital, SE-751 85 Uppsala, Sweden. Tel: (+46) 18 611 36 57. Fax: (+46) 18 51 99 78. e-mail: greta.smedje@medsci.uu.se
Article submitted 15 January 2001. Final version accepted 17 August 2001.

ALX-EXP-77-000748

ish children attend public (non-private) schools. In 1992, 40 such schools were randomly selected in the county of Uppsala in mid Sweden. The principals were asked if they wished their school to participate, and 39 agreed. One first form and one fourth form class were randomly chosen at each primary school. As the number of secondary schools was smaller, three seventh form classes were randomly chosen at each school, except for one school where there were only two classes in this form. In total, 615 first form pupils (aged approximately 7 years), 657 fourth form pupils (aged approximately 10 years) and 762 seventh form pupils (aged approximately 13 years), 2034 pupils in total, were invited to participate in the study.

### Assessment of diseases, symptoms and personal factors

A self-administered questionnaire was mailed to the home addresses of the pupils selected in January–February 1993. Four years later, in January–February 1997, the questionnaire was sent again to those who had answered in 1993. In the case of secondary school pupils the questionnaire was sent in the name of the pupil, but for pupils aged under 13 it was mailed to the parents.

The questionnaire requested information on diseases, current symptoms and the home environment. It contained a question on whether the pupil had ever had asthma, with the alternative answers 'yes' and 'no', followed by 'If yes, was the diagnosis made by a physician?', again with the alternative answers 'yes' and 'no'. Subjects answering 'yes' to both these questions were regarded as having physician-diagnosed asthma. Those who did not have such a diagnosis at the first study, but did at the follow-up study, were regarded as incident cases. There were also six questions about lower respiratory symptoms, based on the questionnaire used in the European Community Respiratory Health Survey.[11] The questionnaire also contained one question asking about hay fever/pollen allergy and one asking about allergy towards pet dander. Subjects answering 'no' in 1993, but 'yes' at the follow-up were regarded as incident cases of self-reported pollen or pet allergy, respectively. There was also one question asking if the pupil had had eczema as a small child. Subjects answering 'yes' in 1993 to at least one of the three questions on childhood eczema, allergy to pollens and pet dander were classified as having a history of atopy in 1993. The questionnaire also contained questions on smoking habits, the family, and the domestic environment. Questions on the domestic environment concerned present pet ownership, environmental tobacco smoke, building dampness, textile flooring, recent indoor painting and type of building (detached house or block of apartments).

The study was approved by the Ethics Committee of the Medical Faculty of Uppsala University.

### Assessment of pollutants

After the questionnaires had been returned in 1993, measurements of pollutants were performed in the schools during the period March–May. Such measurements were performed again during January–March 1995. For economic reasons we had to limit the number of measurements to classrooms used for theoretical lessons (as opposed to subjects such as athletics, woodwork and cooking), which represent the main sites of exposure at school. In each school two to five classrooms were chosen, depending on the size of the school. In primary schools, the home classroom of the classes that had received the questionnaire was chosen. In secondary schools pupils are taught in different classrooms depending on the subject, and we chose classrooms that were frequently used by these classes, and ensured that the different school buildings were represented. In 1993 a total of 98 classrooms were investigated, and in 1995 a total of 101.

Occupational hygienists experienced in building related problems and indoor air quality inspected the buildings and noted details of the construction and equipment. In 1993 and 1995, we measured the concentrations of respirable particulates, formaldehyde, VOC, moulds and bacteria in each classroom, and the mean of the values obtained in 1993 and 1995 was calculated for the different pollutants. All airborne pollutants were measured during normal schooldays and lessons.

Respirable particulates were measured by a direct reading instrument (Sibata P-5H2, Sibata Scientific Technology Ltd., Tokyo, Japan), calibrated with particulates with a cumulative median diameter of 0.3 $\mu$m. For practical reasons, respirable particulates were measured twice in each classroom during the same day as the average value during the last 15 minutes of the lesson, and the mean of the two measurements was calculated. The last 15 minutes were chosen to allow the conditions to stabilise after a possible airing out during breaks.

Formaldehyde was measured with glass fibre filters impregnated with 2,4-dinitro-phenylhydrazine, with sampling for 4 hours at a rate of 0.2 l/min. The filters were analysed by liquid chromatography. Other VOC were sampled on beaded charcoal sorbent tubes (Anasorb 747, SKC Inc., Eighty Four, PA, USA), with the same sampling rate and time as for formaldehyde. The charcoal tubes were desorbed with 1 ml of carbon disulphide, and analysed by gas chromatography and flame ionisation detection, and the total concentration of compounds between $C_6$ and $C_{12}$ was calculated.

Airborne micro-organisms were sampled on 25 mm nucleopore filters with a pore size of 0.4 $\mu$m for 4 hours at a sampling rate of 1.5 l/min. The total concentrations of airborne mould and bacteria were determined by the CAMNEA method, which utilises staining with acridine orange and epifluorescence

ALX-EXP-77-000749

microscopy. This method gives an estimate of the total number of fungous particles in the air sample that is similar to those yielded by scanning electron microscopy or light microscopy.

Viable mould and bacteria were determined by incubation on two different media. In 1993 we also measured cat, dog and mite allergens in settled dust. Settled dust was collected by a 400 W vacuum cleaner provided with a special dust collector from ALK Laboratories (Copenhagen, Denmark) containing a Millipore filter (pore size 6 μm). Each classroom was vacuumed for 4 minutes, equally divided between desks, chairs and floor. After passing through a sieve containing a filter with a porosity of 300 μm, the amount of fine dust was determined by weighing the filters. Cat (Fel d 1), dog (Can f 1), and mite (Der p 1 and Der f 1) allergens were quantified by a monoclonal antibody ELISA from ALK Laboratories.[8,12] The amounts of cat and dog allergens were calculated both as ng/g fine dust and as ng/sample.

*Statistical methods*

The relationships between the incidence of asthma diagnosis and allergies and the school environment were analysed by means of multiple logistic regression using the SPIDA statistical package.[13] In the logistic models pupils who already had the condition under study were excluded (i.e., children diagnosed with asthma during the follow-up period were compared with children who had ever had an asthma diagnosis). In the analyses we adjusted for the possible impact of age, sex, history of atopy in 1993, and for changes in the pupils' own smoking habits during the study period. Regression diagnostics available in the SPIDA package were used to test for colinearity between the independent factors.

Differences between groups were analysed by the $\chi^2$ test. In all the statistical analyses, two-tailed tests and a significance level of 5% were used.

## RESULTS

*Population*

In 1993, the questionnaire was mailed to 2034 pupils; 1732 completed forms (85%) were returned. In 1997, the questionnaire was again sent to the 1993 respondents, and 1347 (78%) participated in the follow-up. In total, 66% of those invited in 1993 answered the questionnaire on both occasions. Those who participated also in the follow-up study did not differ in 1993 with respect to age, sex, history of atopy, asthma, pollen or pet allergy or smoking habits from those who did not participate again. Of the respondents, 48% were boys and 52% were girls. The mean age was 10.3 years in 1993 and 14.3 years in 1997. A history of atopy was reported by 34% of the pupils in 1993. At that time, 56% kept some type of furry domestic pet, 11% had both a cat and a dog, 23% had only a cat, 14% only a dog, and 8% only some other furry pet. Four years later the figures were similar. In 1997, 34% of the pupils were still attending the school in which the measurements of pollutants had been made. Most of the other 66% had left their school in June 1995, when the school year ended.

*Health outcomes*

In 1993, 6.6% of the 1347 pupils had already had asthma diagnosed by a physician, leaving a population of 1258 non-asthmatic children at risk of being diagnosed with asthma. The 4-year incidence of physician-diagnosed asthma was 4.5% ($n = 56$). Of these, 73% had their first asthma symptoms after they started in the investigated school, 12% had had their first asthma attack before school age, and for 15% this information was missing. The incidence of asthma diagnosis was higher in girls and in children with a history of atopy in 1993. Among those who were diagnosed with asthma after the 1993 study, 22 (39%) did not have a history of atopy in 1993.

There was no significant difference in age between pupils who developed asthma during the follow-up period and those who did not. Owning a cat was more common among those who were not diagnosed with asthma than among those who were, but owning a dog was equally common in the two groups. There was no significant relationship between being diagnosed with asthma and the size of the household, rural or urban environment, or domestic exposures such as type of domestic building, occurrence of environmental tobacco smoke, signs of building dampness, textile wall-to-wall carpets or recent indoor painting.

In 1993, pollen and pet allergies were reported by 9.8% and 8.2% of pupils, respectively, and the population at risk was 1196 and 1215. The 4-year incidence of self-reported pollen or pet allergy was 7.4% and 4.1%, respectively, with total numbers of 88 and 50 new cases. New self-reported allergy was more common in those with a history of atopy but was not related to sex or age. New pollen allergy was more common if the pupil did not keep a cat, but was not significantly related to keeping a dog. New furry pet allergy was not related to keeping a cat or dog, but was less common in those living in a rural environment or in a detached house. Neither new pollen nor pet allergy was related to size of the household, occurrence of environmental tobacco smoke, signs of building dampness, textile wall-to-wall carpets or recent indoor painting in the home. Incidence rates are given in Table 1.

*The school environment*

The mean year of construction of the school buildings was 1960. There were no textile wall-to-wall carpets in any classroom. Visible moisture damage, mouldy odour or other signs of building dampness were

ALX-EXP-77-000750

Table 1  Four-year incidence (%) of asthma diagnosis and self-reported pollen and pet allergy*

|  | Sex | | | History of atopy 1993 | | | Cat owner 1993 | | | Dog owner 1993 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Girl | Boy | P value | Yes | No | P value | Yes | No | P value | Yes | No | P value |
| Asthma | 6.1 | 2.7 | 0.004 | 8.4 | 2.6 | <0.001 | 2.6 | 5.5 | 0.020 | 4.5 | 4.4 | 0.968 |
| Pollen allergy | 8.2 | 6.5 | 0.266 | 16.0 | 4.2 | <0.001 | 4.3 | 8.8 | 0.005 | 5.2 | 7.9 | 0.115 |
| Pet allergy | 3.5 | 4.8 | 0.267 | 9.8 | 2.1 | <0.001 | 3.4 | 4.5 | 0.356 | 2.8 | 4.5 | 0.192 |

* Differences between the groups analysed by $\chi^2$ test.

found in 17% of the classrooms. Both dog and cat allergens were found in all but three schools. In one school only dog allergen was found, in another only cat allergen, and in one school neither dog nor cat allergen was found. Mite allergens were found in one school only, at low concentrations. The mean of the measurements taken in 1993 and 1995 for the different pollutants are given in Table 2.

### Incidence of asthma diagnosis and self-reported allergy in relation to the school environment

The incidence of asthma diagnosis was higher in pupils who had attended a school with more settled dust in the classroom and with a larger total amount of cat allergen (ng Fel d 1) in the settled dust samples (Table 3). The relationship between the incidence of asthma diagnosis and the amount of cat allergen (ng/sample) at school was significant even when adjustment was made for own cat ownership (OR = 1.4, 95% confidence interval [CI] 1.1–1.9, $P = 0.023$). The concentration of cat allergen (ng/g) in the dust was not, however, significantly related to the incidence of asthma diagnosis. New self-reported furry pet allergy was more common among pupils who had attended a school with more respirable particles in the classroom air. We found no significant relationship between the incidence of self-reported pollen allergy and any of the measured pollutants in the school environment. Finally, we found no significant relationship between the incidence of asthma diagnosis or self-reported pet allergy and total VOC, viable moulds and bacteria in the air or dog allergen in settled dust. As mites were found in one school only it was not possible to study the effects of this exposure.

When stratifying for a history of atopy in 1993, we found different relationships for atopic and non-atopic pupils. The relationship between the incidence of asthma diagnosis and the amount of settled dust was significant only for pupils with a history of atopy in 1993. Furthermore, in these pupils the relative risk of being diagnosed with asthma was 2.2 if attending a school with cat allergen levels above, compared to those in schools with cat allergen levels below, the median value. Among those without a history of atopy in 1993, new onset of physician-diagnosed asthma was more common at higher concentrations of formaldehyde and total moulds in the classroom air (Table 4).

Among subjects who were still attending the same school at the follow-up, the results were similar as for the whole study group as regards cat allergen, mould and formaldehyde. Settled and respirable dust were significant factors mainly among those who were not still at the same school.

## DISCUSSION

As expected, during the 4-year follow-up period there was an increase in the number of pupils who had ever

Table 2  Pollutants in classrooms, mean of values obtained in 1993 and 1995

|  | AM (min–max) | | GM (GSD) | |
| --- | --- | --- | --- | --- |
| Airborne pollutants | | | | |
| Formaldehyde ($\mu g/m^3$) | 8 | (<5–72) | 4 | (2.3) |
| Volatile organic compounds ($\mu g/m^3$)* | 88 | (10–649) | 25 | (2.2) |
| Respirable particles ($\mu g/m^3$) | 16 | (6–60) | 15 | (1.4) |
| Viable bacteria ($10^3$ cfu/$m^3$) | 0.73 | (0.05–18) | 0.46 | (2.0) |
| Total bacteria ($10^3/m^3$) | 42 | (5–734) | 25 | (1.9) |
| Viable moulds ($10^3$ cfu/$m^3$) | 0.29 | (0.05–4.5) | 0.21 | (1.7) |
| Total moulds ($10^3/m^3$) | 26 | (5–360) | 18 | (1.6) |
| Settled dust pollutants | | | | |
| Cat allergen (ng/classroom sample)† | 12 | (<1–36) | 8 | (2.6) |
| Cat allergen (ng/g dust)† | 130 | (<20–390) | 120 | (1.9) |
| Dog allergen (ng/classroom sample)† | 48 | (<3–286) | 34 | (2.5) |
| Dog allergen (ng/g dust)† | 640 | (<60–3990) | 450 | (2.4) |
| Settled dust (mg/classroom sample)† | 170 | (30–370) | 140 | (1.9) |

AM = Arithmetic mean; GM = Geometric mean; GSD = Geometric mean standard deviation.
* Total concentration of compounds $C_6$–$C_{12}$.
† Measured only in 1993.

ALX-EXP-77-000751

**Table 3** Odds ratios (with 95% confidence intervals) for incidence of asthma diagnosis and self-reported allergy during a 4-year period, in relation to selected pollutants in classrooms*

| | Total amount of cat allergen[†] | Concentration of cat allergen[‡] | Settled dust[§] | Respirable particles[¶] | Formaldehyde** | Total moulds[††] |
|---|---|---|---|---|---|---|
| Asthma | 1.4 (1.02–1.9)[‡‡] | 1.3 (0.9–2.0) | 1.4 (1.01–2.0)[‡‡] | 0.97 (0.5–1.8) | 1.2 (0.8–1.7) | 1.3 (0.5–3.6) |
| Pollen allergy | 0.9 (0.7–1.1) | 0.9 (0.7–1.3) | 0.95 (0.7–1.3) | 0.8 (0.5–1.3) | 1.3 (0.95–1.7) | 0.95 (0.4–2.1) |
| Pet allergy | 1.1 (0.8–1.5) | 0.9 (0.6–1.3) | 1.1 (0.7–1.6) | 1.8 (1.03–3.1)[‡‡] | 1.1 (0.7–1.7) | 0.9 (0.3–2.5) |

* Analysed by multiple logistic regression with adjustments for sex, age, history of atopy and smoking.
[†] Odds ratio per 10 ng increase in amount of cat allergen in classroom samples.
[‡] Odds ratio per 100 ng increase in cat allergen concentration in collected dust.
[§] Odds ratio per 50 mg increase in settled dust in classroom samples.
[¶] Odds ratio per 10 µg increase in respirable particles in classroom air.
** Odds ratio per 10 µg increase in formaldehyde in classroom air.
[††] Odds ratio per 10 fold increase in total moulds in classroom air.
[‡‡] $P$ value <0.05.

had physician-diagnosed asthma and in reports on allergy. However, this increase was greater in those who had attended a school with more particulates and more cat allergen. In pupils without a previous history of immediate type allergy, new onset of asthma was related to higher concentrations of formaldehyde and total moulds in classroom air.

Information on physician-diagnosed asthma and self-reported allergy was gathered by means of a postal questionnaire. We chose to study the incidence of asthma diagnosis rather than the incidence of symptoms because questions on respiratory symptoms have a much lower specificity,[14] and in an etiological study like this high specificity is more important than high sensitivity. A previous validation study, in which the gold standard was a physician's assessment made on the basis of a structured interview, found questionnaire self-reported physician-diagnosed asthma to have a specificity of more than 99%, and a sensitivity of 73%.[15] Validation studies on self-reported questionnaire data on pollen allergy, hay fever or allergy to domestic pets have found a high specificity of 94–96%, but a lower sensitivity of 29–54% when validated against skin prick tests.[16,17] We do not have information on who, pupil or parent, filled in the questionnaires. However, the method of addressing questionnaires directly to older children and to the parents in the case of younger children has been widely used before, such as in the ISAAC studies.[18] We therefore think that our data on physician-diagnosed asthma and self-reported allergy has sufficient validity.

The questions on the home environment have been used by our group in many years of research on health effects of indoor environments, and validation studies have shown good agreement between the subjects' reports of building dampness and observations made by an independent observer. As the schools as well as the classrooms were randomly chosen, there should be no selection bias regarding the characteristics of the investigated classrooms, and day-to-day variations of exposure would most probably lead to a non-differential misclassification.

There is a lack of standardisation of methods for exposure measurements, but we chose methods that were suitable for performing during school lessons and/or that were relatively commonly used. Building characteristics and measured levels of pollutants were comparable with those noted in other school studies.[3,8] The 4-year observation period meant that about two-thirds of the pupils had left the school in which the exposure measurements were made about 18 months before the follow-up. This would have been a major problem if studying present symptoms, but is less problematic when studying the onset of a new diagnosis of asthma or allergy. In this study, the exposure situation some time before the diagnosis should be relevant. The development of allergies and asthma may take some time, and the physician's diagnosis of

**Table 4** Odds ratios (with 95% confidence intervals) for incidence of asthma diagnosis during a 4-year period, in relation to selected pollutants and stratified for atopy*

| | Total amount of cat allergen[†] | Concentration of cat allergen[‡] | Settled dust[§] | Respirable particles[¶] | Formaldehyde** | Total moulds[††] |
|---|---|---|---|---|---|---|
| Atopy | 1.4 (0.9–2.2) | 1.2 (0.7–2.2) | 1.6 (1.1–2.7)[‡‡] | 1.02 (0.5–1.1) | 0.6 (0.3–1.3) | 0.4 (0.1–1.6) |
| No atopy | 1.4 (0.9–2.1) | 1.5 (0.9–2.5) | 1.2 (0.7–2.0) | 0.9 (0.4–2.2) | 1.7 (1.1–2.6)[‡‡] | 4.7 (1.2–18.4)[‡‡] |

* Analysed by multiple logistic regression with adjustments for sex, age and smoking.
[†] Odds ratio per 10 ng increase in amount of cat allergen in classroom samples.
[‡] Odds ratio per 100 ng increase in cat allergen concentration in collected dust.
[§] Odds ratio per 50 mg increase in settled dust in classroom samples.
[¶] Odds ratio per 10 µg increase in respirable particles in classroom air.
** Odds ratio per 10 µg increase in formaldehyde in classroom air.
[††] Odds ratio per 10 fold increase in total moulds in classroom air.
[‡‡] $P$ value <0.05.

ALX-EXP-77-000752

asthma is often made years after the first manifestation of symptoms.[19]

While performing as many statistical analyses there is a risk of mass significance. However, the main results were significant, both in the crude and adjusted analyses, and in our opinion they are biologically plausible. The results are also consistent with previous cross-sectional studies.[6,12] Thus, our conclusion is that the results were not seriously biased by selection or response errors, or an effect of chance.

We found that the 4-year incidence of asthma diagnosis was 4.5% among these schoolchildren, which would correspond to an annual average of 1.1%, and the majority of those who were diagnosed with asthma reported no respiratory symptoms before starting school. In Swedish teenagers the annual incidence of physician-diagnosed asthma was 0.8%.[20] In German children without asthma-like symptoms at the age of 7, the annual incidence of symptoms was 2.4% until the age of 10.[21] These data suggest that late onset asthma in schoolchildren is not uncommon.

Incidence of asthma diagnosis was related to a history of atopy, and was also more common in girls. This is in accordance with previous reports.[22] The role of pet keeping in relation to development of allergy and asthma has been discussed.[23,24] We found that the incidence of asthma diagnosis and self-reported pollen allergy was less common among those keeping a cat at the beginning of the study period. It is possible that this result is due to selection effects, with health-motivated avoidance of pets among those prone to developing allergies. We did not find any relationships between the incidence of any of the studied outcomes and other exposures at home. However, this study was not primarily designed to investigate such relationships.

To our knowledge this is the first longitudinal study in which a relationship between incidence of asthma diagnosis and cat allergen at school has been demonstrated. The selection effects mentioned above are less likely to occur in relation to allergen exposure in the school environment. Pet allergens at school can be related to the number of pet owners in class,[6] as well as to the amount of furniture and textiles in the room.[25] Still, the amount of cat allergen at school could be related to the pupil's total exposure to cat allergen—at school, in the pupil's own home and in the homes of playmates. However, the relationship between cat allergen at school and incidence of asthma diagnosis was present also in the subset of pupils who did not themselves keep a cat, and others have shown that asthma symptoms worsened after indirect exposure to cats at school.[9] In several other studies,[8,12] the concentration of allergens in the collected dust has been used a risk indicator for allergen exposure, but the concentration of allergens in dust decreases if the dust is diluted with other types of particles. Our results support the view that the total amount of allergen per sample is a better risk indicator than the allergen concentration in dust, if the dust is collected by vacuum cleaning performed using a standardised procedure.

Dust was found to be an important factor in the school environment. Incidence of asthma diagnosis was more common in schools with more settled dust, and new self-reported pet allergy was related to higher levels of airborne respirable particles. Airborne particles in classrooms may emanate from settled dust,[26] containing allergens.[27] Respiratory effects, recorded as decreased nasal patency and higher concentrations of eosinophilic cationic protein (ECP) in nasal lavage fluid, have been found among the staff of schools with more settled dust and less cleaning.[28] Dust was most important for those who were not still attending the same school at the follow-up. These pupils were older, and the results may reflect an increasing sensitivity towards unspecific pollutants with age.

When the pupils without a history of atopy were analysed separately, an increase in the incidence of asthma diagnosis was found in relation to higher concentrations of formaldehyde and total moulds in the classroom air. Similar results were obtained in other studies among schoolchildren in Northern Sweden, where 50% of all asthmatic children did not have IgE mediated allergy[2] and environmental factors were found to be more important for non-atopic asthmatics.[15] Among adults, high exposure to total airborne fungi was associated with increased bronchial hyper-reactivity, but with a lower risk of being sensitised.[29]

We found a relationship between formaldehyde in schools and the incidence of asthma diagnosis, despite low concentrations ($<5$–72 $\mu g/m^3$). From another study in schoolchildren, it was reported that formaldehyde might trigger specific IgE production.[30] A decrease in nasal patency and an increase in ECP and lysozyme in nasal lavage fluid were found among school personnel working in classrooms with more formaldehyde.[31] The formaldehyde concentration in the home was found to be related to increased variability in the peak expiratory flow rate.[32] The mechanisms underlying the effects of formaldehyde remain unclear, but could be adjuvant or other immunological effects, such as eosinophilic activation.[31]

In addition, we found a relationship between the incidence of asthma diagnosis and total indoor mould concentration. In previous cross-sectional studies, an increase in asthma symptoms was found among adults in dwellings with higher concentrations of total moulds,[33] and decreased nasal patency was observed in school personnel working in schools with more total moulds in the classroom air.[31] Our results are in agreement with previous studies suggesting that mould exposure in the indoor environment may influence respiratory disorders[34] and airway inflammation.[35]

However, the biological mechanisms between a possible interaction between asthma and allergy and effects of factors in the school environment other

ALX-EXP-77-000753

than cat allergen still need to be explored in further, more detailed, studies.

## CONCLUSIONS

A school environment with more dust, cat allergen, formaldehyde and moulds may affect the incidence of asthma and sensitivity to furry pets in schoolchildren. The results support the view that there is a need to improve the indoor environment in schools and to evaluate which measures are effective in reducing school exposure and symptoms in the pupils.

*Acknowledgements*

This study was supported by grants from the Swedish Council for Work Life Research, the County Council of Uppsala, the Swedish Society of Medicine, the Swedish Foundation for Health Care Sciences and Allergy Research, and the Swedish Association against Asthma and Allergy.

*References*

1 European Allergy White Paper. In: Van Moerbeke D, ed. Braine-l'Alleud, Belgium: UCB Institute of Allergy, 1997.
2 Rönmark E, Lundbäck B, Jönsson E, Platts-Mills T. Asthma, type-1 allergy and related conditions in 7- and 8-year-old children in Northern Sweden: prevalence rates and risk factor pattern. Respiratory Medicine 1998; 92: 316–324.
3 Lee S C, Chang M. Indoor air quality investigations at five classrooms. Indoor Air 1999; 9: 134–138.
4 Dybendal T, Elsayed S. Dust from carpeted and smooth floors VI. Allergens in homes compared with those in schools in Norway. Allergy 1994; 49: 210–216.
5 Gravesen S, Larsen L, Gyntelberg F, Skov P. Demonstration of microorganisms and dust in schools and offices. Allergy 1986; 41: 520–525.
6 Almqvist C, Larsson P H, Egmar A-C, Hedrén M, Malmberg P, Wickman M. School as a risk environment for children allergic to cats and site for transfer of cat allergen to homes. J Allergy Clin Immunol 1999; 103: 1012–1017.
7 Patchett K, Lewis S, Crane J, Fitzharris P. Cat allergen (Fel d 1) levels on school children's clothing and in primary school classrooms in Wellington, New Zealand. J Allergy Clin Immunol 1997; 100: 755–759.
8 Berge M, Munir A K, Dreborg S. Concentrations of cat (Fel d 1), dog (Can f 1) and mite (Der f 1 and Der p 1) allergens in the clothing and school environment of Swedish schoolchildren with and without pets at home. Pediatr Allergy Immunol 1998; 9: 25–30.
9 Almqvist C, Wickman M, Perfetti L, et al. Worsening of asthma in children allergic to cats, after indirect exposure to cat at school. Am J Respir Crit Care Med 2001; 163 (3, Pt 1): 694–698.
10 Smedje G, Norbäck D, Edling C. Asthma among secondary schoolchildren in relation to the school environment. Clin Exp All 1997; 27: 1270–1278.
11 Burney P G J, Luczynska C, Chinn S, Jarvis D. The European Community Respiratory Health Survey. Eur Respir J 1994; 7: 954–960.
12 Munir A K M, Einarsson R, Shou C, Dreborg S K G. Allergens in school dust. I. The amount of the major cat (Fel d I) and dog (Can f I) allergens in dust from Swedish schools is high enough to probably cause perennial symptoms in most children with asthma who are sensitized to cat and dog. J Allergy Clin Immunol 1993; 91: 1067–1074.
13 Gebski V, Leung O, McNeil D, Lunn D. SPIDA users manual, Version 6. Eastwood, Australia: Statistical Computing Laboratory, 1992.
14 Jenkins M A, Clarke J R, Carlin J B, et al. Validation of a questionnaire and bronchial hyperresponsiveness against respiratory physician assessment in the diagnosis of asthma. Int J Epidemiol 1996; 25: 609–616.
15 Rönmark E, Jonsson E, Platts-Mills T, Lundbäck B. Different pattern of risk factors for atopic and nonatopic asthma among children—report from the Obstructive Lung Disease in Northern Sweden Study. Allergy 1999; 54: 926–935.
16 Dotterud L K, Kvammen B, Lund E, Falk E S. An evaluation of atopic diseases in relation to immediate skin test reactions among schoolchildren in the Sør-Varanger community. J Eur Acad Dermatol Venereol 1995; 5: 240–249.
17 Braun-Fahrländer C, Wüthrich B, Gassner M, et al. Validation of a rhinitis symptom questionnaire (ISAAC core questions) in a population of Swiss school children visiting the school health services. Pediatr Allergy Immunol 1997; 8: 75–82.
18 Asher M I, Keil U, Anderson H R, et al. International study of asthma and allergies in childhood (ISAAC): rationale and methods. Eur Respir J 1995; 8: 483–491.
19 Dodge R, Burrows B, Lebowitz M D, Cline M G. Antecedent features of children in whom asthma develops during the second decade of life. J Allergy Clin Immunol 1994; 92: 744–749.
20 Larsson L. Incidence of asthma in Swedish teenagers: relation to sex and smoking habits. Thorax 1995; 50: 260–264.
21 Kuehr J, Frischer T, Meinert R, et al. Sensitization to mite allergens is a risk factor for early and late onset of asthma and for persistence of asthmatic signs in children. J Allergy Clin Immunol 1995; 95: 655–662.
22 Åberg N, Engström I. Natural history of allergic diseases in children. Acta Pædiatr Scand 1990; 79: 206–211.
23 Ahlbom A, Backman A, Bakke J, et al. "NORDPET": Pets indoors—a risk factor for or protection against sensitisation/allergy. Indoor Air 1998; 8: 219–235.
24 Brunekreef B, Groot B, Hoek G. Pets, allergy and respiratory symptoms in children. Int J Epidemiol 1992; 21: 338–342.
25 Custovic A, Green R, Taggart S C, et al. Domestic allergens in public places. II Dog (Can f 1) and cockroach (Bla g 2) allergens in dust and mite, cat, dog and cockroach allergens in the air in public buildings. Clin Exp Allergy 1996; 26: 1246–1252.
26 Janssen N A H, Hoek G, Brunekreef B, Harssema H. Mass concentration and elemental composition of $PM_{10}$ in classrooms. Occup Environ Med 1999; 56: 482–487.
27 Ormstad H, Johansen B V, Gaarder P I. Airborne house dust particles and diesel exhaust particles as allergen carriers. Clin Exp Allergy 1998; 28: 702–708.
28 Wålinder R, Norbäck D, Wieslander G, Smedje G, Erwall C, Venge P. Nasal patency and lavage biomarkers in relation to settled dust and cleaning routines in schools. Scand J Work Environ Health 1999; 25: 137–143.
29 Dharmage S, Bailey M, Raven J, et al. Current indoor allergen levels of fungi and cats, but not house dust mites, influence allergy and asthma in adults with high dust mite exposure. Am J Respir Crit Care Med 2001; 164: 65–71.
30 Wantke F, Demmer C M, Tappler P, Götz M, Jarisch R. Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children. Clin Exp Allergy 1996; 26: 276–280.
31 Norbäck D, Wålinder R, Wieslander G, Smedje G, Erwall C, Venge P. Indoor air pollutants in schools: nasal patency and biomarkers in nasal lavage. Allergy 2000; 55: 163–170.
32 Quackenboss J J, Lebowitz M D, Michaud J P, Bronnimann D. Formaldehyde exposure and acute health effects study. Environ Int 1989; 15: 169–176.
33 Björnsson E, Norbäck D, Janson C, et al. Asthmatic symptoms and indoor levels of micro-organisms and house dust mites. Clin Exp Allergy 1995; 25: 423–431.

ALX-EXP-77-000754

34 Taskinen T, Meklin T, Nousiainen M, Husman T, Nevalainen A, Korppi M. Moisture and mould problems in schools and respiratory manifestations in schoolchildren: clinical and skin test findings. Acta Paediatr 1997; 86: 1181–1187.

35 Rylander R, Norrhall M, Engdahl U, Tunsäter A, Holt P G. Airways inflammation, atopy, and $(1\rightarrow3)$-$\beta$-D-glucan exposures in two schools. Am J Respir Crit Care Med 1998; 158: 1685–1687.

RÉSUMÉ

CADRE : La qualité de l'air à l'intérieur des écoles est souvent piètre et l'on se fait de plus en plus de soucis concernant son impact sur la santé des élèves.
OBJECTIF : Etudier l'incidence du diagnostic d'asthme et d'allergie auto-rapportée chez les enfants des écoles en relation avec l'environnement scolaire.
SCHÉMA : On a colligé dans 39 écoles choisies au hasard les données concernant l'asthme et les allergies grâce à un questionnaire postal auquel ont répondu en 1993 et 1997 1.347 (78%) élèves (âgés initialement de 7 à 13 ans). La présence de polluants internes a été mesurée dans environ 100 classes en 1993 et 1995. On a étudié par régression logistique multiple les relations entre les polluants internes et l'incidence du diagnostic d'asthme et des allergies auto-rapportées après ajustement pour l'âge, le sexe, l'atopie et le tabagisme.
RÉSULTATS : L'incidence du diagnostic d'asthme est plus élevée chez les enfants fréquentant les écoles où la quantité de poussière sédimentée et la présence d'allergènes de chat (Fel d 1) dans ces poussières étaient plus élevées. L'incidence d'une allergie auto-rapportée à l'égard d'animaux à fourrure était plus élevée dans les écoles ou le nombre de particules respirables était plus grand. Parmi les enfants sans antécédent d'atopie, un nouveau diagnostic d'asthme était plus courant en présence de concentrations plus élevées de formaldéhyde et de moisissures totales dans l'air de la classe.
CONCLUSION : Un environnement scolaire comportant plus de poussière, d'allergènes de chat, de formaldéhyde et de moisissures peut influencer l'incidence de l'asthme ainsi que la sensibilité à l'égard des animaux familiers à fourrure parmi les enfants des écoles.

RESUMEN

MARCO DE REFERENCIA : En las escuelas, a menudo existe una mala calidad del aire interior y su impacto en la salud de los alumnos es una preocupación creciente.
OBJETIVO : Estudiar la incidencia del diagnóstico de asma y de estados alérgicos en los alumnos, en relación con el ambiente escolar.
MÉTODO : Se coleccionaron datos sobre asma y estados alérgicos a través de un cuestionario postal contestado entre 1993 y 1997 por 1.347 alumnos (78%) (de 7 a 13 años de edad al inicio) en 39 escuelas elegidas al azar. Los contaminantes internos se midieron en alrededor de 100 aulas en 1993 y 1995. Se estudiaron las relaciones entre contaminantes internos y la incidencia de asma y estados alérgicos por métodos de regresión logística múltiple, de acuerdo con la edad, sexo, atopía y tabaquismo.
RESULTADOS : La incidencia de asma fue más alta en los alumnos que concurrían a escuelas con más polvo sedimentado y con más alergenos de gato (Fel d 1) en el aire. La incidencia de alergias, auto-referidas, a los animales con pelaje fue más alta en las escuelas con más partículas respirables. Entre los niños sin historia de atopía el diagnóstico de asma fue más común con las mayores concentraciones de formaldehido y de hongos totales en el aire del aula.
CONCLUSIÓN : Un ambiente escolar con más polvo, alergenos de gato, formaldehido y hongos pueden afectar la incidencia de asma y de la sensibilidad a los animales con pelaje.

ALX-EXP-77-000755