ENVIRONMENTAL RESEARCH 52, 117–125 (1990)

# Chronic Respiratory Effects of Indoor Formaldehyde Exposure

MICHAL KRZYZANOWSKI,*,† JAMES J. QUACKENBOSS,*
AND MICHAEL D. LEBOWITZ*

*Division of Respiratory Sciences, University of Arizona Health Sciences Center,
Tucson, Arizona 85724; and †Department of Medical Statistics, National Institute of
Hygiene, 00-791 Warsaw, Poland

Received September 6, 1989

The relation of chronic respiratory symptoms and pulmonary function to formaldehyde (HCHO) in homes was studied in a sample of 298 children (6–15 years of age) and 613 adults. HCHO measurements were made with passive samplers during two 1-week periods. Data on chronic cough and phlegm, wheeze, attacks of breathlessness, and doctor diagnoses of chronic bronchitis and asthma were collected with self-completed questionnaires. Peak expiratory flow rates (PEFR) were obtained during the evenings and mornings for up to 14 consecutive days for each individual. Significantly greater prevalence rates of asthma and chronic bronchitis were found in children from houses with HCHO levels 60–120 ppb than in those less exposed, especially in children also exposed to environmental tobacco smoke. In children, levels of PEFR decreased linearly with HCHO exposure, with the estimated decrease due to 60 ppb of HCHO equivalent to 22% of PEFR level in nonexposed children. The effects in asthmatic children exposed to HCHO below 50 ppb were greater than in healthy ones. The effects in adults were less evident: decrements in PEFR due to HCHO over 40 ppb were seen only in the morning, and mainly in smokers. © 1990 Academic Press, Inc.

## INTRODUCTION

Existing evidence concerning acute and chronic respiratory effects of exposure to formaldehyde (HCHO) is somewhat controversial. It has been recognized that HCHO causes upper respiratory tract irritation (Consensus Workshop, 1984). Some studies reported an increased prevalence of asthma in groups occupationally exposed to formaldehyde (Hendrick et al., 1975, 1977; Porter, 1975), but not others (Nordman et al., 1985). A recent study (Kilburn et al., 1989) shows a reduction of pulmonary function level in subjects over 50 years of age exposed at work to HCHO, as compared to people of the same age from the general population. There different sets of findings from controlled chamber experiments: in some such studies no significant effects on pulmonary function during or after exposure to HCHO gas were found in healthy (Schachter et al., 1986) or in asthmatic subjects (Sauder et al., 1987; Witek et al., 1987), but other studies indicate that formaldehyde particles may induce asthma (Burge et al., 1985; Frigas et al., 1982).

Most population studies have been performed in adults in relation to occupational exposures, with concentrations higher than those encountered in other environments, but possibly with selected, less sensitive subjects. Therefore, as indicated in recent criteria reviews (World Health Organization, 1986, 1987), health effects of HCHO exposure require further elucidation.

In this study, we have analyzed the relation of chronic respiratory symptoms

0013-9351/90 $3.00
Copyright © 1990 by Academic Press, Inc.
All rights of reproduction in any form reserved.

and ventilatory function to HCHO exposure in a sample of children and adults in Tucson, Arizona. The indoor HCHO concentrations in the living environment were measured for 2 weeks using several samplers per house. Evaluation of the effects of HCHO on respiratory symptoms and function was performed controlling for chronic and acute respiratory diseases, tobacco smoking (active and passive), socioeconomic status, and indoor nitrogen dioxide ($NO_2$) concentrations.

## METHODS

The detailed description of the study population and methods of data collection was presented previously (Quackenboss et al., 1989a, b). Briefly, the study population was derived from Pima County municipal employees and their families. This population represents the wide spectrum of social status within the employed population in this geographic area, with a fairly representative distribution of age, sex, and ethnic groups. Using information collected with the initial screening questionnaires, a stratified sample of households was selected based on characteristics related to potential exposure and susceptibility. Only the households with children 5–15 years of age were eligible for the current study (Quackenboss, 1989a).

Basic individual characteristics were determined from a self-completion questionnaire (Lebowitz and Burrows, 1976), based on standard health questionnaires (American Thoracic Society, 1978). The questionnaires included questions on chronic respiratory symptoms: chronic cough and chronic phlegm ("yes" if present for 3 months a year), wheezing apart from colds, attacks of shortness of breath with wheezing ("yes" if at least two attacks last year), and asthma and chronic bronchitis diagnosed by a doctor (with an assessment of the current status). Chronic bronchitis and asthma diagnoses in childhood overlap appreciably in general, and they can be considered very similar (Taussig et al., 1981; Lebowitz et al., 1990). This overlap is evaluated herein as well.

Peak expiratory flow rates (PEFR) were measured with mini-Wright peak flow meters (Lebowitz, 1981; Lebowitz et al., 1985, 1987; Perks et al., 1979) for up to four time periods each day: morning (on rising), near noon, evening (4–7 PM) and before bed. Each subject was trained in the use of the peak flow meter. They performed three tests each time period and recorded the largest in their diary. Daily diaries were also used to record symptoms, medication usage, and activity patterns. To eliminate the observed learning effect, we excluded PEFR data from the initial 2 days of observation, limiting the observation period to 12 days.

HCHO measurements were made in the kitchen, the main living area, and each subject's bedroom for two 1-week periods using passive sampling tubes. These samplers were developed at Lawrence Berkeley Laboratories (Geisling et al., 1982) and consist of a glass vial containing a glass-fiber filter treated with sodium bisulfite and a removable cap. Samplers were prepared in our laboratory following the LBL method. The samplers were calibrated and compared with those prepared by Air Quality Research, Inc., showing good agreement and consistency of measurements (Quackenboss et al., 1989b). Measurements of $NO_2$ were performed with passive samplers (Palmes et al., 1976) at the same times and places as those of HCHO.

The relation of chronic respiratory symptoms to the level of HCHO exposure was analyzed using log-linear models (Bishop *et al.*, 1975) to control for possible confounding or interaction effects of current smoking, environmental tobacco smoke (ETS) in nonsmokers or children, socioeconomic status (level of education in adults and education of the head of household in children), and ethnicity.

To analyze the relation of PEFR values to HCHO exposure we used a recently developed version of random effects longitudinal model (Jones 1987a, b). The model can be applied to temporal (or longitudinal) data with unequal number of observations per subject, even if measured at different times. In this analysis, the dependent variable was PEFR level, and two values per day were used: evening or bedtime, and morning. We observed that there was no linear trend in PEFR over the 2-week observation period, so that the within-subject (random) effect could be treated as a constant. We modeled the effects of HCHO and other covariables as fixed effects (i.e., constant in time). These included mean household HCHO level, and the HCHO level in subject's bedroom which was used to assess the effect of overnight exposure on morning PEFR. We considered linear and quadratic relations between PEFR and HCHO levels, to allow testing of the curvilinearity of the response. Other constant covariates were asthma status, tobacco smoking (current active or ETS), and socioeconomic status, represented by level of education of the subject (for adults) or of the head of household (for children). Also, $NO_2$ levels were considered as a potential confounding variable although the levels of both pollutants were not correlated. Time-dependent covariates were episodes of acute respiratory illnesses during the observation period (ARI) and the variable indicating time of day when the PEFR measurement was taken (0 for evening or bedtime, 1 for morning). The HCHO and $NO_2$ levels were continuous covariables; others were coded as indicator (0, 1) variables. The main effects of all covariables and their interactions with HCHO were tested in the models.

The analysis was performed separately for subjects below and over 15 years of age. Several different random effects models were fitted to the data to select the models which best described the relation of PEFR to HCHO concentration, and included only significant confounding covariates. These selected parsimonious models are presented here.

## RESULTS

The average concentration of HCHO, measured in 202 households, was 26 ppb. It differed slightly between various locations in the houses (Table 1), with the highest levels generally found in kitchens. Only in a few cases did the HCHO concentration exceed 90 ppb, with a maximum value of 140 ppb. Over 83% of subjects lived in houses with 2-week average HCHO levels below 40 ppb. Health questionnaires were available from 298 children and 613 adults living in households with measured concentrations of HCHO. The basic characteristics of the study group are shown in Table 2.

In children, the prevalence rates of the chronic respiratory symptoms were not related to the HCHO exposure (considered in three categories: below 40 ppb, 41–60 ppb, and over 60 ppb). However, the diseases diagnosed by a doctor,

120                KRZYZANOWSKI, QUACKENBOSS, AND LEBOWITZ

TABLE 1
PERSONAL INDOOR EXPOSURE TO FORMALDEHYDE IN 202 HOUSES

|  | % of subjects in houses with HCHO | | | | |
|---|---|---|---|---|---|
|  | Household mean | Main room | Kitchen | Bedrooms | |
|  |  |  |  | Mean[a] | Subject's[b] |
| Age 15 years or less ($n = 298$) | | | | | |
| Below 40 ppb | 86.4 | 85.2 | 84.7 | 87.8 | 86.6 |
| 40–60 ppb | 9.9 | 11.0 | 8.2 | 8.5 | 10.3 |
| Over 60 ppb | 3.7 | 3.8 | 7.1 | 3.7 | 3.1 |
| Age over 15 years ($n = 613$) | | | | | |
| Below 40 ppb | 87.1 | 84.3 | 83.7 | 86.4 | 86.0 |
| 40–60 ppb | 7.1 | 10.5 | 10.0 | 7.6 | 8.1 |
| Over 60 ppb | 5.8 | 5.2 | 6.3 | 6.0 | 5.9 |

[a] Mean from all bedrooms in the home.
[b] HCHO concentration in the subject's bedroom only.

asthma and chronic bronchitis, were more prevalent in houses with higher HCHO levels. For instance, the prevalence rates of chronic bronchitis was related to HCHO levels measured in various locations in the houses (Table 3). However, the log-linear analysis revealed that all these relations were due to increased prevalence rates of the disease in residents of houses with high (over 60 ppb) levels of HCHO in kitchens. This last relation was significantly more pronounced in children who were also exposed to ETS. Similarly, the prevalence rates of current asthma diagnosed by a doctor were significantly increased in children living in houses with high HCHO levels in the kitchen, but only in those also exposed to ETS (Table 4). Increases in rates were still increasing even above 50 ppb. (How-

TABLE 2
CHARACTERISTICS OF THE STUDY GROUP AND PREVALENCE RATES (PER 100 SUBJECTS) OF RESPIRATORY SYMPTOMS OR DISEASES

|  | Age | |
|---|---|---|
|  | 15 years or less | Over 15 years |
| No. of subjects | 298 | 613 |
| Mean age | 9.3 | 37.0 |
| % male | 50.2 | 43.4 |
| Ethnicity—% white | 67.3 | 70.4 |
| % current smokers | — | 24.4 |
| % nonsmokers exposed to ETS | 46.0 | 27.3 |
| Prevalence rates (%) of | | |
| Chronic cough | 9.2 | 8.9 |
| Chronic phlegm | 2.4 | 8.5 |
| Wheeze without a cold | 15.4 | 21.5 |
| Attacks SOB with wheezing | 10.4 | 14.0 |
| Asthma, MD diagnosed | 15.8 | 12.9 |
| Chronic bronchitis, MD diagnosed | 5.0 | 13.7 |

relationship of chronic cough to mean household and to mean bedroom HCHO was clear only in nonsmokers (6.9, 18.8, and 9.5% in houses with HCHO below 40, 40–60, and over 60 ppb, respectively; $P < 0.06$), and the interaction between HCHO, smoking, and chronic cough was found to be significant ($P < 0.05$) in log-linear models.

In children, levels of PEFR (both bedtime and morning values) decreased as HCHO concentration increased. This was indicated by the significant main effect of HCHO (household mean) in the random effects model, shown in Table 5. Besides this general trend, there were some slight, statistically significant, differences between morning and bedtime PEFR levels: in children living in houses with low HCHO levels, morning PEFR was lower than the bedtime one, but in those with greater exposure to HCHO, the decrement of morning PEFR due to the exposure was smaller than that of bedtime PEFR (Fig. 1). Morning PEFR was further decreased by HCHO in children with asthma. This additional decrease was not linear and we observed a possible saturation of the combined effects of asthma and HCHO. There were only four asthmatic children with PEFR data who lived in houses with HCHO concentrations over 50 ppb, so the PEFR values expected from the model are not very reliable in this range. However, even after elimination of those four subjects from the data set, a similar pattern of association between morning PEFR values and HCHO in asthmatic children was found.

The PEFR morning values were additionally decreased by acute respiratory illness (ARI) episodes (estimated effect ± SE were $-11.4 \pm 5.6$ liters/min). However, ARIs did not influence the relation of PEFR to HCHO and it was not included in the final model shown in Table 5. Exposure to ETS and socioeconomic status (expressed as level of education of the head of household) had no effect on PEFR level or its relation to formaldehyde in children.

In adults, only the morning PEFR measurements were related to HCHO exposure (Table 6). In nonsmokers, this effect was linear but relatively small: even with concentrations of 100 ppb, the estimated decrement due to this exposure was

TABLE 5
RELATION OF PEFR (LITERS/MIN) TO INDOOR FORMALDEHYDE (ppb) ESTIMATED IN RANDOM EFFECTS MODEL: AGES 15 YEARS OR LESS

| Factor | Coefficient ± SE |
|---|---|
| HCHO (HH mean) | $-1.28 \pm 0.46$ |
| Morning (vs bedtime)[a] | $-6.1 \pm 3.0$ |
| HCHO (Bdr) * morning | $0.09 \pm 0.15$[b] |
| HCHO$^2$ (Bdr) * morning | $0.0031 \pm 0.0015$ |
| Morning * asthma | $4.59 \pm 9.60$[b] |
| HCHO (Bdr) * morning * asthma | $-1.45 \pm 0.53$ |
| HCHO$^2$ (Bdr) * morning * asthma | $0.031 \pm 0.006$ |
| Constant | $349.6 \pm 13.2$ |
| No. of subjects | 208 |
| No. of observations | 3021 |

[a] Time of PEFR test.
[b] $P > 0.10$; for all other coefficients, $P < 0.05$.

RESPIRATORY EFFECTS OF FORMALDEHYDE 121

TABLE 3
Prevalence Rates (per 100 Subjects) of Chronic Bronchitis Diagnosed by a Doctor by Concentrations of Indoor Formaldehyde: Ages 15 Years or Less ($N = 298$)

| Place of measurement | HCHO (ppb) | | | P value ($\chi^2$ trend) |
|---|---|---|---|---|
| | ≤40 | 41–60 | >60 | |
| Household mean | 3.5 | 17.2 | 9.1 | <0.02 |
| (N) | (258) | (29) | (11) | |
| Main room | 3.2 | 15.6 | 9.1 | <0.01 |
| (N) | (253) | (32) | (11) | |
| Bedrooms (mean) | 3.8 | 16.0 | 9.1 | <0.04 |
| (N) | (262) | (25) | (11) | |
| Subject's bedroom | 4.7 | 6.7 | 11.1 | >0.35 |
| (N) | (256) | (30) | (9) | |
| Kitchen | 3.5 | 0 | 28.6 | <0.001 |
| (N) | (255) | (22) | (21) | |
| ETS[a] | | | | |
| No | 4.3 | 0 | 10.0 | >0.40 |
| (N) | (141) | (12) | (10) | |
| Yes | 1.9 | (0) | 45.5 | <0.001 |
| (N) | (106) | (10) | (11) | |

*Note.* (N) = number of subjects (denominator) in exposure group.
[a] Interaction with environmental tobacco smoke (ETS); $P < 0.04$.

ever, cell sizes were too small to show significantly higher rates in categories above 60 ppb.) The two diagnoses were highly correlated: in the group with HCHO over 60 ppb and exposed to ETS, three of five cases with one diagnosis also were reported to have the other.

In adults, none of the respiratory symptoms or diseases were significantly related to the level of HCHO. However, the prevalence rates of chronic cough and wheeze were somewhat higher in subjects living in houses with more HCHO. The

TABLE 4
Prevalence Rates (per 100 Subjects) of Current Diagnosed Asthma by Concentrations of Indoor Formaldehyde Measured in the Kitchen: Ages 15 Years or Less ($N = 298$)

| | HCHO (ppb) | | | P value ($\chi^2$ trend) |
|---|---|---|---|---|
| | ≤40 | 41–60 | >60 | |
| All children | 11.7 | 4.2 | 23.8 | <0.03 |
| (N) | (256) | (24) | (21) | |
| ETS[a] | | | | |
| No | 8.5 | 8.3 | 0 | >0.50 |
| (N) | (142) | (12) | (10) | |
| Yes | 15.1 | 0 | 45.5 | <0.05 |
| (N) | (106) | (12) | (11) | |

*Note.* (N) = number of subjects (denominator) in exposure group.
[a] Interaction $P < 0.03$.

Case 2:07-md-01873-KDE-MBN Document 3116-7 Filed 09/09/09 Page 7 of 9



FIG. 1. PEFR estimated by random effects model in children.

only 1% of the normal morning value. In smokers, the relation was quadratic and the decrease in morning PEFR with HCHO was found only for concentrations over 40 ppb, with the estimated decrement of about 20 liters/min (i.e., 4% of the morning level without exposure) due to 100 ppb of HCHO. Similarly, as in children, PEFR (both bedtime and morning levels) was significantly decreased in the days with ARI (by $-8.9 \pm 3.2$ liters/min), with no effect on the PEFR–HCHO relationship. There were no significant main or interaction effects of asthma in adults. In nonsmokers living with smokers (i.e., in those exposed to ETS), PEFR levels were lower than in other nonsmokers (by $-28.6 \pm 11.3$ liters/min), but there was no interaction of ETS and HCHO.

The effects of HCHO were not modified by exposure to $NO_2$ either in children or in adults.

## DISCUSSION

Our data indicate an increased prevalence rate of physician-diagnosed chronic

TABLE 6
RELATION OF PEFR (LITERS/MIN) TO INDOOR FORMALDEHYDE (ppb) ESTIMATED IN RANDOM EFFECTS MODEL: AGES OVER 15 YEARS

| Factor | Coefficient ± SE |
|---|---|
| HCHO (HH mean) | $0.09 \pm 0.27$[b] |
| Morning (vs bedtime)[a] | $-5.9 \pm 1.1$ |
| HCHO (Bdr) * morning | $-0.07 \pm 0.04$[c] |
| Morning * smoking | $-7.4 \pm 2.6$ |
| HCHO (Bdr) * morning * smoking | $0.59 \pm 0.13$ |
| $HCHO^2$ (Bdr) * morning * smoking | $-0.007 \pm 0.001$ |
| Constant | $491.7 \pm 8.5$ |
| No. of subjects | 526 |
| No. of observations | 8463 |

[a] Time of PEFR test.
[b] $P > 0.10$.
[c] $0.05 < P < 0.10$. All other coefficients significant ($P < 0.05$).

respiratory disease (chronic bronchitis or asthma) in children 6–15 years of age exposed to HCHO concentrations between 60 and 140 ppb in their homes. No threshold level was found for concentrations affecting ventilatory function: some 10% decrement in PEFR was seen for concentrations as low as 30 ppb, with an even greater effect in asthmatic children. The relation of the diagnosed diseases to HCHO was seen mainly in children exposed also to ETS, but ventilatory function decrement was not related to this additional exposure.

The effects of HCHO in adults were much smaller than in children: the decrements in PEFR were transient, limited to morning measurements, and seen mainly in smokers exposed to higher concentrations of HCHO. Also, in a study conducted among workers exposed to formaldehyde (Kilburn et al., 1985), a significant cross-shift decrement in pulmonary function was reported only for cigarette smokers. The health significance of the small, transient changes in ventilatory flow seen in adults is not clear. However, the effects found in children may be of greater concern. Effects of exposures as low as those shown in this study were not seen before (World Health Organization, 1986), but were estimated from case studies (Lebowitz, 1981). The assessment of average exposure in this study was relatively precise. Possible diurnal or day-to-day changes in HCHO concentration could influence our estimation of overnight decrement in PEFR, but not the main, persistent effect on PEFR or on the diagnosed asthmatic disorders seen in children. Therefore, our data suggest nonnegligible respiratory effects of prolonged exposure to formaldehyde of concentrations even below 60 ppb in children.

## ACKNOWLEDGMENTS

The study has been supported by EPA Cooperative Agreement No. CR811806 and EPRI Contract No. RP2822. Michal Krzyzanowski was the recipient of International Fogarty Fellowship, NIH, Grant No. 1-F05-TW03940. We acknowledge the help of Duane Sherrill, Ph.D., biostatistician, who brought the Jones REM here, and the contribution of Kathi Johnson in data processing.

Although the research described in this article has been funded wholly or in part by the U.S. Environmental Protection Agency through Cooperative Agreement No. CR811806 to Michael D. Lebowitz, Ph.D., it has not been subjected to the Agency's required peer and policy review and therefore does not necessarily reflect the views of the Agency, and no official endorsement should be inferred.

## REFERENCES

American Thoracic Society (1978). Epidemiology Standardization Project. *Am. Rev. Respir. Dis.* 118(Suppl.), 1–88.

Bishop, Y. M. M., Fienberg, S. E., and Holland, P. W. (1975). "Discrete Multivariate Analysis: Theory and Practice." MIT Press, Cambridge, MA.

Burge, P. S., Harries, M. G., Lam, W. K., O'Brien, I. M., and Patchet, P. A. (1985). Occupational asthma due to formaldehyde. *Thorax* 40, 255–260.

Consensus Workshop (1984). Report on the Consensus Workshop on Formaldehyde. *Environ. Health Perspect.* 58, 323–381.

Frigas, E., Filley, W. V., and Reed, C. E. (1982). UFFI dust. Nonspecific irritant only? *Chest* 82, 511–512.

Jones, R. H. (1987a). Time series analysis with unequally spaced data. "Handbook of statistics," Vol. 5, "Time Series in the Time Domain" (E. J. Hannah, P. R. Krishnaiah, and M. M. Rao, Eds.), pp. 157ff. North-Holland, Amsterdam.

Jones, R. H. (1987b). Serial correlation in unbalanced mixed models. *Bull. Int. Stat. Inst.* "Proceedings, 46th Session, Int. Statistical Inst., Tokyo 8–16, September 1987," Book 4, pp. 10ff.

Geisling, K. L., Tushima, M. K., Girman, J. R., et al. (1982). A passive sampling device for determining formaldehyde in indoor air. *Environ. Int.* 8, 153.

Hendrick, D. J., and Lane, D. J. (1975). Formalin asthma in hospital staff. *Brit. Med. J.* 1, 607–608.

Hendrick, D. J., and Lane, D. J. (1977). Occupational formalin asthma. *Brit. J. Ind. Med.* 34, 11–18.

Kilburn, K. H., Warshaw, R., Boylen, C. T., Johnson, S. J. S., Seidman, B., Sinclair R., and Takaro, T. (1985). Pulmonary and neurobehavioural effects of formaldehyde exposure. *Arch. Environ. Health* 40, 254–260.

Kilburn, K. H., Warshaw, R., and Thornton, J. C. (1989). Pulmonary function in histology technicians compared with women from Michigan: Effects of chronic low dose formaldehyde on a national sample of women. *Brit. J. Ind. Med.* 46, 468–472.

Lebowitz, M. D. (1981). The risk of sensitization in humans from both dermal and inhalation exposure to formaldehyde. *CPSC*, Washington, DC.

Lebowitz, M. D., and Burrows, B. (1976). Comparison of questionnaires: The BMRC and NHLI Respiratory Questionnaires and a new self-completion questionnaire. *Amer. Rev. Respir. Dis.* 113, 627–635.

Lebowitz, M. D., Holberg, C. J., Boyer, B., and Hayes, C. (1985). Respiratory symptoms and peak flow associated with indoor and outdoor air pollutants in the Southwest. *JAPCA* 35, 1154–1158.

Lebowitz, M. D., Holberg, C. J., and Martinez, F. (1990). A longitudinal study of risk factors in asthma and chronic bronchitis in childhood. *Eur. J. Epidemiol.*, in press.

Lebowitz, M. D., Knudson, R. J., Robertson, G., and Burrows, B. (1982). Significance of intraindividual changes in maximum expiratory flow volume and peak expiratory flow measurements. *Chest* 81, 566–70.

Lebowitz, M. D., Quackenboss, J. J., Bronnimann, D., Camilli, A. E., Holberg, C. J., Boyer, B. (1987). The epidemiological importance of intraindividual changes in objective pulmonary responses. *Eur. J. of Epidemiol.* 3, 390–398.

Nordman, H., Keskinen, H., and Tuppurainen, M. (1985). Formaldehyde asthma—Rare or overlooked? *J. Allergy Clin. Immunol.* 75, 91–99.

Palmes, E. D., Gunnison, A. F., DiMatto, J., and Tomczyk, C. (1976). Personal sampler for $NO_2$. *Amer. Ind. Hyg. Assoc. J.* 37, 570.

Perks, W. H., Tams, I. P., Thompson, D. A., and Prowse, K. (1979). An evaluation of the mini-Wright peak flow meter. *Thorax* 34, 79–81.

Porter, J. A. H. (1975). Acute respiratory distress following formalin inhalation. *Lancet* 2, 603–604.

Quackenboss, J. J., Lebowitz, M. D., and Hayes, C. (1989a). Epidemiological study of respiratory response to indoor/outdoor air quality. *Environ. Int.* 15, 493–502.

Quackenboss, J. J., Lebowitz, M. D., Michaud, J. P., and Bronnimann, D. (1989a). Formaldehyde Exposure and Acute Health Effects Study. *Environ. Intern.* 15, 169–176.

Sauder, L. R., Green, D. J., Chatham, M. D., and Kulle, T. J. (1987). Acute pulmonary response of asthmatics to 3.0 ppm formaldehyde. *Toxicol. Ind. Health* 3, 567–578.

Schachter, E. N., Witek, T. J., Tosun, T., Leaderer, B. P., and Beck, G. J. (1986). A study of respiratory effects from exposure to 2 ppm formaldehyde in healthy subjects. *Arch. Environ. Health* 41, 229–239.

Taussig, L. M., Smith, S. M., and Blumenfeld, R. (1981). Chronic bronchitis in childhood: What is it? *Pediatrics* 67, 1–5.

Witek, T. J., Schachter, E. N., Tosun, T. Beck, G. J., and Leaderer, B. P. (1987). An evaluation of respiratory effects following exposure to 2.0 ppm formaldehyde in asthmatics: Lung function, symptoms and airway reactivity. *Arch. Environ. Health* 42, 230–237.

World Health Organization Regional Office for Europe (1986). Indoor air quality: Radon and formaldehyde. *Environ. Health* 13.

World Health Organization Regional Office for Europe (1987). "Air Quality Guidelines," Vol. 2, Chap. 5. WHO/EURO, Copenhagen/Geneva.