AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| ELOISE POLOMA McHUGHES, et al. | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. 09-3825 N(4) |
| TIMBERLAND RV COMPANY, et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   The United States of America, through
the United States Attorney General:
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sidney D. Torres, III
Law Offices of Sidney D. Torres, III
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **Loretta G. Whyte**

_B. Gregory_

Date:   **Aug 12 2009**
_____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.   09-3827 N(4)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   USA through the USA General Eric H Holder Jr.

was received by me on *(date)*            08/24/2009            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   US Certified Mail #70090820000058928949

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      09/09/2009

_____
*Server's signature*

**Roberta L. Burns, Esq.**
**Law Offices of Sidney D. Torres, III**
**Torres Park Plaza, Suite 303**
**8301 West Judge Perez Drive**
**Chalmette, LA 70043**

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America
Through the United States Attorney General
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )       C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:       ☐ No

AUG 1 9 2009

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)        ☐ Yes

2. Article Number
(*Transfer from service label*)      7009 0820 0000 5892 8949

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service** [TM]
**CERTIFIED MAIL** [TM] **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee | |

8/14/09
Postmark
Here

7009 0820 0000 5892 8949

The United States of America
Through the United States Attorney General
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001