AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana


**RETURN**

ALISON MARIE DUBREUIL, et al. )
)
*Plaintiff* )
v. ) Civil Action No. 09-3725  N(4)
SILVER CREEK HOMES, INC., et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America, through the
Office of U.S. Attorney for the EDLA, through:
Jim Letten, U.S. Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint [1st Amended] or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sidney D. Torres, III
Law Offices of Sidney D. Torres, III
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Loretta G. Whyte

Date: __Aug 12 2009__      _____B. Gregory_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.  09-3725 N(4)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   USA through the Office of US Attorney Jim Letten

was received by me on *(date)*   08/20/2009   .

☐ I personally served the summons on the individual at *(place)*
                                                             on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                , a person of suitable age and discretion who resides there,
on *(date)*                 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                             on *(date)*                    ; or

☐ I returned the summons unexecuted because                                                      ; or

☑ Other *(specify):*  US Certified Mail #70090820000058932779

My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/09/2009

*Server's signature*

**Roberta L. Burns, Esq.**
**Law Offices of Sidney D. Torres, III**
**Torres Park Plaza, Suite 303**
**8301 West Judge Perez Drive**
**Chalmette, LA 70043**

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ABernier  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) SBERNIEZ  C. Date of Delivery |
| 1. Article Addressed to:<br><br>The United States of America<br>Through the Office of the Director<br>Through Jim Letten, United States Attorney<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B-210<br>New Orleans, Louisiana 70130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>AUG 18 2009  USPS<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7009 0820 0000 5893 2779 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7009 0820 0000 5893 2779

| Postage | $ | |
| Certified Fee | | 8/14/09 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee | | |

The United States of America
Through the Office of the Director
Through Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130