# Transcript of the Testimony of
# Videotaped Deposition of Christopher Cooper

## Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 25

1   like to play organized football.  Sometimes
2   we like to, like, sleep over and just talk
3   about things.
4        Q.   The organized football is the flag
5   football at school?
6        A.   Yes.
7        Q.   Did you play in sixth grade?
8        A.   No.
9        Q.   You played in fifth grade?
10       A.   Yes.
11       Q.   Why did you stop playing football?
12       A.   Because in sixth grade, our coach,
13  she kind of got fired, and so we didn't have
14  anymore flag football because our new coach
15  didn't say anything about flag football.
16       Q.   Are you thinking that you might
17  try and play again in seventh grade?
18       A.   Might.
19       Q.   Was there any physical reason why
20  you stopped playing football?
21       A.   No.
22       Q.   What position did you play in flag
23  football?
24       A.   Center.
25       Q.   Did you play on defense?