# Transcript of the Testimony of
# Videotaped Deposition of Jeremiah Scott

## Date taken: September 5, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1   were coaching him?

2   　　A.　Yes, I do.

3   　　Q.　And please tell us how he did that
4   first year you were coaching him.

5   　　A.　Chris was very energetic, very
6   motivated, encouraged, never-give-up
7   attitude.

8   　　　　Physically, just always going the
9   extra mile, if it was running extra laps,
10  doing extra push-ups, anything he can do
11  physically to get better, he would do.

12  　　　　Mentally, always smiling, always
13  laughing, always joking, and even sometimes
14  getting in trouble for joking and laughing
15  too much.

16  　　Q.　Tell us about the second year you
17  coached him in football.  How was he doing
18  that second year?

19  　　A.　The second year, I seen a
20  drop-off.  He was doing okay, but as the
21  year wore on, rapidly, his mental and
22  physical abilities would decrease as far as
23  his attitude as well as physical attributes
24  on what he was able to do and not able to
25  do.