UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Shallowhorne, et al. v. Lakeside Park Homes, Inc., et al.*
*No. 09-3746*
*************************************************************************

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

      That he is counsel for plaintiffs in the above-captioned matter and that, on June 11, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the Summons and Complaint for Damages in the above matter, properly addressed, to defendant Lakeside Park Homes, Inc. through its registered agent for service, Ben C. Jarvis, 70 Peachstate Drive, Adel, Georgia 31620, requesting a return receipt. Affiant has now received confirmation from the United States Postal authorities indicating that the certified copy of the Summons and Complaint has not been received by the addressee Lakeside Park Homes, Inc. because it was undeliverable and unable to be forwarded. Furthermore, Affiant has learned from the Secretary of the State of Georgia, Defendant's state of incorporation,

that Defendant Lakeside Park Homes, Inc. was involuntarily or administratively dissolved on May 16, 2008. Other searches for the offices and agent for Defendant, Lakeside Park Homes, Inc. have produced either no new information or the same improper address, 70 Peachstate Drive, Adel, Georgia 31620. Additionally, counsel has learned from Robert C. Hilliard, counsel in a related case in this MDL, that an attempt by the Hilliard firm to serve the agent for Defendant, Lakeside Park Homes, Inc., at the same address was also unsuccessful because the building is now vacant. Affiant has attached hereto the Proof of Service and Affidavit of Due and Diligent Attempt by Mr. J. Newton Bates, Sr. who was hired by Mr. Hilliard, as Exhibit A.

HUGH P. LAMBERT, ESQ.

Sworn to and subscribed
before me Notary, this 6 day of
September, 2009.

LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.