**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**GULF STREAM COACH, INC.'S SECOND SUPPLEMENTAL OBJECTIONS TO CERTAIN EXHIBITS LISTED ON THE JOINT EXHIBIT LIST**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who submits its second supplemental objections to certain exhibits identified as additional exhibits this date:[1]

Plaintiffs this date have identified an additional ten (10) exhibits that they intend to offer into evidence (no exhibit number is referenced, only the Gulf Stream Coach, Inc. bates range is provided – as such, the Gulf Stream Coach, Inc. bates number will be used to identify the exhibits recently sought to be added by plaintiffs as evidenced on the attached Exhibit "A.").

Gulf Stream Coach, Inc. objects to the additional exhibits listed as items (1) – (7) on the attached Exhibit "A." These are designated as follows: (1) GULF0006689-6690, (2) GULF0006692-6693, (3) GULF0006696, (4) GULF0006697, (5) GULF0006698, (6)

---

[1] Plaintiffs this date provided to undersigned a list of "Plaintiffs' Recent Additions." The list does not identify the exhibits being added by exhibit number but only by Gulf Stream Coach, Inc. bates ranges. A copy of the list is attached hereto as Exhibit "A."

1

GULF0006699 and (7) GULF0006685-6686.  Items (1) – (7) are emails that constitute inadmissible hearsay.  In addition, these are objected to on the grounds that they pertain to matters that are completely irrelevant to the claims of the plaintiffs in this litigation (for example, the contain exchanges among CNN, contact information, media issues, etc.).  Even if they are not considered hearsay, they are not relevant to any of the claims for personal injury brought by plaintiffs in this litigation.  Any relevance that they have is far outweighed by the danger of unfair prejudice, misleading the jury and, most likely, undue wastes of the Court's time and resources as each would require a full explanation and discussion of collateral issues.

Gulf Stream Coach, Inc. objects to Item (8) (GULF0006702).  This is a memorandum from Fairmont Homes, Inc. regarding certain materials.  This is completely irrelevant and also hearsay.  Any relevance is outweighed by the danger of unfair prejudice, misleading the jury and/or waste of time.  The grounds justifying the further exclusion of this exhibit are set forth in a separately filed Motion *in Limine* to Exclude Memorandum From Fairmont Homes, Inc.

Gulf Stream Coach, Inc. objects to Item (9) (GULF0006704-6707).  This is a "technical report" on Structural Wood Panels by John Emery.  This document is inadmissible hearsay in the classis sense.  In addition, the report is undated thus diminishing any relevance the document may have had.  Any such relevance would be outweighed by unfair prejudice and/or concerns for misleading the jury and/or wasting time that would result from its admission.

Gulf Stream Coach, Inc. does not object to Item 10 (Tutorship Judgmen of Christopher Cooper).

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2009, a copy of the foregoing Second Supplemental Objections to Certain Exhibits Listed in the Joint Exhibit List on Behalf of Gulf Stream Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com