**PLAINTIFF'S RECENT ADDITIONS**

| No. | Exhibit Description | Bates Range | Other ID | Offering Party | Objections |
|---|---|---|---|---|---|
| 1 | April 24, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding suggestions | GULF0006689 – GULF0006690 | P | | |
| 2 | April 27, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding final statement for CNN | GULF0006692- GULF0006693 | P | | |
| 3 | May 02, 2006 Email from Mike Heimowitz to Dan and Jim Shea regarding an update of CNN's inquiry | GULF0006696 | P | | |
| 4 | May 09, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding contact information of toxicologist and epidemiologist | GULF0006697 | P | | |
| 5 | May 14, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding response from CNN | GULF0006698 | P | | |
| 6 | May 15, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding contact information of Betsy Natz | GULF0006699 | P | | |
| 7 | August 10, 2006 Email from Mike Heimowitz to Dan Shea regarding strategy to deal with formaldehyde story | GULF0006685- GULF0006686 | P | | |
| 8 | Memorandum from Fairmont Homes Inc. regarding material | GULF0006702 | P | | |
| 9 | Emery, John A. "Structural Wood Panels and Formaldehyde" Technical Report | GULF0006704- GULF0006707 | P | | |
| 10 | Judgment and Letter of Tutorship of Christopher Cooper | | P | | |

1