## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S RESPONSE TO GULF STREAM'S OBJECTIONS TO CERTAIN EXHIBITS

Plaintiff responds to Gulf Stream's Objections to Certain Exhibits as follows.

Gulf Stream counsel has notified Plaintiff that they withdrew their objections to school records (Joint Exhibit List numbers 357, 358, 359, 360, 361, 362, 363), thus, those objections are not addressed below.

### I.     Response to Objections

| # | Exhibit Description | Bates Range | Other ID | Response to Objections |
|---|---|---|---|---|
| 10 | Trailer Manufacturers and Elevated Formaldehyde Levels Majority Staff Analysis, Committee on Oversight and Government Reform, U.S. House of Representatives dated on July 9, 2009 | PSC024251 – PSC024277 | P15 | Plaintiff withdraws the exhibit. |
| 11 | Test Results of Unoccupied Units (Exhibit 1 to Burl Keel's deposition) | GS(COGR) 01811 | P16 | Court has ruled that these results are admissible (for Gulf Stream units).  This also shows Gulf Stream's knowledge of elevated levels of formaldehyde in its |

| | | | | |
|---|---|---|---|---|
| | | | | trailers in March/April 2006. |
| 12 | November 17, 1986 Notice from Indiana Manufactured Housing Association, Inc. to James Shea | PSC021585 | P18 | This shows Gulf Stream's prior knowledge of the "formaldehyde issue". |
| 13 | December 24, 1986 Notice from Indiana Manufactured Housing Association, Inc. to James Shea | PSC021586 | P19 | Same as above. |
| 14 | March 24, 1987 Notice from Indiana Manufactured Housing Association, Inc. to James Shea | PSC021587 | P20 | Same as above |
| 15 | July 20, 2007 "Formaldehyde and FEMA Trailers" by Lee Shull, Ph.D | PSC021640 – PSC021641 | P40 | Same as above. |
| 16 | August 10, 2007 FEMA Trailer Update to RVDA Members | PSC021642 – PSC021643 | P41 | Same as above. |
| 17 | November 12, 2007 Email from Danny D. Ghorbani regarding Formaldehyde Standards to MHARR Manufacturers | PSC021644 – PSC021649 | P42 | Same as above. |
| 18 | DRAFT Proposed White Paper for Indiana Legislature – Manufactured Housing: Formaldehyde Product Liability in Indiana | PSC021678 – PSC021692 | P51 | Same as above. Further, this document was drafted by Gulf Stream's founder. |
| 19 | Documents Received from Subpoena to Produce Documents Served on Recreational Vehicle Indiana Council Issued on 06/29/2009 | | P58 | Plaintiff withdraws this exhibit. |
| 20 | ATSDR Formaldehyde Minimal Risk Levels and Worksheets – Appendix A | PSC003158 - PSC003172 | P64 | The Court has ruled that standards are admissible. This also falls under FRE 803(8) and (18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 21 | Occupational Safety and Health Administration's (OSHA) Standards for Formaldehyde | PSC021754 – PSC021772 | P67 | Same as above. |
| 22 | American Conference of Governmental Industrial Hygienists' (ACGIH) Standards for Formaldehyde | | P68 | Same as above. |
| 23 | National Institute of Occupational Safety and Health's (NIOSH) Standards for Formaldehyde | PSC024278 – PSC024358 | P69 | Same as above. |

| 24 | Housing and Urban Development's (HUD) Standards for Formaldehyde | | P70 | Same as above. |
|----|-----|-----|-----|-----|
| 25 | World Health Organization (WHO) and Health Canada's Standards for Formaldehyde | PSC024359 – PSC024361 | P71 | Same as above (however, not under FRE 803(8)). |
| 26 | World Health Organization (WHO) and Health Europe's Standards for Formaldehyde | PSC024830 – PSC025117 | P72 | Same as above. |
| 27 | American National Standard (ANSI) for Medium Density Fiberboard dated February 4, 1994 | PSC021773 – PSC021784 | P73 | Same as above. |
| 28 | American National Standard (ANSI) for Particleboard dated February 8, 1999 | PSC021785 – PSC021797 | P74 | Same as above. |
| 29 | FEMA's Standards for Formaldehyde established after August 2008 | PSC024362 – PSC024829 | P76 | Same as above, however Plaintiff acknowledges these standards were passed after the subject trailer was made.  This shows alternative design possibility, i.e. that it is possible to design and build a "temporary housing unit" with lower formaldehyde emissions.  Gulf Stream has taken the position that a trailer cannot be built meeting this standard.  It is expected to be relied on by experts and/or experts and fact witnesses may be cross examined with this, depending on how they testify. |
| 31 | Code of Ethics for the Professional Practice of Industrial Hygiene | PSC025441- PSC025444 | P78 | FRE 803(18). Plaintiff's experts will rely on this document and/or Plaintiff will cross-examine defense experts with this document. |
| 32 | Testimony of Jim Shea before Congress dated July 9, 2008 (Exhibit 20 from the | PSC025118 – PSC025132 | P83 | The Court expressly stated that testimony |

| | deposition of Dan Shea, 2009) | | | from Congressional hearings was not excluded. |
|---|---|---|---|---|
| 33 | Maddalena, Randy; Russell, Marion; Sullivan, Douglas P.; an Apte, Michael G. "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Unites – Final Report" – Ernest Orlando Lawrence Berkeley National Laboratory, November 2008 | PSC025133 – PSC025193 | P85 | FRE 803(18). Plaintiff's experts will rely on this document and/or Plaintiff will cross-examine defense experts with this document. Gulf Stream devotes extensive briefing to this issue. Plaintiff requests that the Court listen to the expert and determine whether experts can discuss this in direct or cross before ascertaining whether the context in which it is discussed is appropriate. It would premature to exclude this exhibit before then. |
| 34 | "Effect of Formaldehyde Inhalation on Hsp70 in Seminiferous Tubules of rat testes: an immunohistochemical study" by O. Ozen, et al. (2005) | PSC021823 – PSC021829 | P86 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 35 | "Formaldehyde and Glutaradehyde and Nasal Cytotoxicity: Case Study within the Context of the 2006 IPCS Human Framework for the Analysis of a Cancer Mode of Action for Humans" by D. McGregor, et al. | PSC021830 – PSC021846 | P87 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 36 | "Effects of inhaled Formaldehyde on Learning and Memory of Mice" by Z. Lu, et al. (2008) | PSC021847 – PSC021854 | P88 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 37 | "Low Concentrations of Formaldehyde induce DNA damage and delay DNA repair after UV Irradiation in Human Skin Cells" by G. Emri, et al. (2004) | PSC021855 – PSC021866 | P89 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts |

| | | | will be cross examined with this document. |
|---|---|---|---|
| 38 | National Cancer Institute (NCI): Fact Sheet:  Formaldehyde and Cancer Risk dated May 7, 2009 | PSC021867 – PSC021873 | P90 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 39 | Ex-official: FEMA knew about trailer formaldehyde – News Article from Bay St. Louis Newspaper by Anthony James dated August 10, 2007 | PSC021874 – PSC021875 | P91 | Plaintiff withdraws this exhibit and/or defense experts will be cross examined with this document. |
| 40 | FEMA media release: FEMA Awards Contracts for Low Emissions Travel Trailers – April 7, 2009 – Release No. HQ-09-034b | PSC021876 – PSC021879 | P92 | Plaintiff acknowledges these standards were passed after the subject trailer was made.  This shows alternative design possibility, i.e. that it is possible to design and build a "temporary housing unit" with lower formaldehyde emissions.  Gulf Stream has taken the position that a trailer cannot be built meeting this standard.  It is expected to be relied on by experts and/or experts and fact witnesses may be cross examined with this, depending on how they testify. |
| 41 | Article - "Formaldehyde Exposure in Nonoccupational Environments" by K. Dally, et al. | PSC021881 – PSC021888 | P94 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 42 | Article - "Formaldehyde-related Health Complaints of Residents Living in Mobile and Conventional Homes" by I. Ritchie, et al. | PSC021889 – PSC021894 | P95 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts |

| | | | | will be cross examined with this document. |
|---|---|---|---|---|
| 43 | Article – FEMA rolls out new disaster mobile homes:  Formaldehyde levels are far below those of Hurricane Katrina, Rita trailers dated 05/14/09 | PSC021895 – PSC021896 | P96 | Plaintiff withdraws this exhibit. |
| 44 | Fact Sheet:  Airborne Toxic Control Measure (ATCM) to Reduce Formaldehyde Emissions from Composite Wood Products | | P97 | Plaintiff withdraws this exhibit. |
| 45 | Environmental Health – Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making (March 2008) | PSC021897 – PSC021902 | P98 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 46 | Environmental Health – What you should know about Formaldehyde in Mobile Homes | PSC021903 – PSC021906 | P99 | Plaintiff withdraws this exhibit. |
| 47 | "*Formaldehyde Indoors*" by Dr. Stephen Smulski, April 1987, Progressive Builder, 12(4):9-11. | PSC002752 - PSC002754 | P103 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 48 | Asthma Project Report, February 28, 2001, Patricia M. Williams, Ph.D. and Results of Preliminary Asthma Education and Management Program | PSC002755 - PSC002844 | P104 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 49 | Boyson, M. "*Nasal mucosa in workers exposed to formaldehyde: a pilot study*." Br J of Ind Med 47:116-121, 1990. | PSC002845 - PSC002853 | P105 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 50 | Edling, C. "*Occupational exposure to formaldehyde and histopathological changes in nasal mucosa.*" Br J of Ind Med 45:761-765, 1988. | PSC002854 - PSC002865 | P106 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 51 | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Rats after Long-term Exposure to Formaldehyde and Wood* | PSC002866 - PSC002881 | P107 | FRE 803(18). Plaintiff's experts will rely on this document |

| | | | | |
|---|---|---|---|---|
| | *Dust.*" Acta Otolaryngol (Stockh) 108:274-283, 1989. | | | and/or defense experts will be cross examined with this document. |
| 52 | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust.*" Acta Otolaryngol (Stockh) 107: 120-129, 1989. | PSC002882 - PSC002893 | P108 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 53 | Castro-Rodriguez, JA. "*A Clinical Index to Define Risk of Asthma in Young Children with Recurrent Wheezing.*" Am J Respir Crit Care Med 2000; 162(4 Pt 1):1403-06. | PSC002894 - PSC002897 | P109 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 54 | Garrett, MH.  "*Increased risk of allergy in children due to formaldehyde exposure in homes.*"  Allergy 1999;54(4):330-7. | PSC002898 - PSC002905 | P110 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 55 | Jaakkola, JJ. "*Asthma, Wheezing, and Allergies in Russian Schoolchildren in Relation to New Surface Materials in the Home.*" Am J Public Health 2004;94(4):560-2. | PSC002906 - PSC002908 | P111 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 56 | Platts-Mills, TA. "*Indoor allergens and asthma: Report of the Third International Workshop.*" J Allergy Clin Immunol 1997;100(6 Pt 1):S2-S24. | PSC002909 - PSC002931 | P112 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 57 | Rumchev, K. "*Domestic exposure to formaldehyde significantly increases the risk of asthma in young children.*" Eur Respir J 2002;20:403-8. | PSC002932 - PSC002937 | P113 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 58 | NHLB/National Asthma Education and Prevention Program – "Section 3, The Four Components of Asthma Management;" "The Strong Association Between Sensitization To Allergens and Asthma: A Summary of the Evidence;" "Indoor/Outdoor Air Pollution Irritants;" | PSC002943 - PSC003012 | P114 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |

|  | | | | |
|---|---|---|---|---|
|  | "Assessment Questions For Environmental And Other Factors That Can Make Asthma Worse" and " Section 4, Managing Asthma Long Term in Children 0-4 Years of Age and 5-11 Years of Age" | | | |
| 59 | Statement on National Vaccine Injury Compensation Program by Thomas E. Balbier, Jr., Director, National Vaccine Injury Compensation Program, U.S. Dept. of Health and Human Services, before the Committee on Government Reform, September 28, 1999 | PSC003013 - PSC003016 | P115 | Plaintiff withdraws this exhibit. |
| 60 | Wantke, F, *"Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children"* Clinical and Experimental Allergy, 1996, Vol. 26, pages 276-280 | PSC006055 – PSC006059 | P118 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document |
| 61 | Krzyanowski, Michal, *"Chronic Respiratory Effects of Indoor Formaldehyde Exposure"* Environmental Research 52, 117-125 (1990) | PSC006060 – PSC006068 | P119 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document |
| 62 | *"Do Indoor pollutants and thermal conditions in schools influence student performance? A critical review of the literature"* by M.J. Mendell, et al. | PSC022202 – PSC022227 | P121 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document |
| 63 | *"Indoor Residential Chemical Emissions as Risk Factor for Children's Respiratory Health"* by M. Mendell | PSC022228 – PSC022267 | P122 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document |
| 64 | Affidavit of Lee E. Branscome, Ph.D., C.C.M. | ALX-EXP-8-000001 – ALX-EXP-8-000021 ALX-EXP-8-000022 – ALX-EXP-8-000027 | P124 | This exhibit, which deals with weather conditions on particular days and locations, is expected to be covered by stipulation or judicial notice. |
| 65 | Curriculum Vitae of Lee Branscome, | ALX-EXP-5- | P125 | Plaintiff withdraws this |

| | Ph.D., C.C.M. | 000001 – ALX-EXP-5-000004 | | exhibit. |
|---|---|---|---|---|
| 66 | Weather data from Dr. Lee Branscome for Punta Gorda, Florida, New Orleans, Louisiana, and Lottie, Louisiana | | P127 | This exhibit, which deals with weather conditions on particular days and locations, is expected to be covered by stipulation or judicial notice. |
| 67 | Affidavit of Mary C. DeVany, M.S., C.S.P., C.H.M.M. | ALX-EXP-16-000001 - ALX-EXP-16-000034 | P128 | FRE 803(18). Plaintiff's other experts may rely on this document. |
| 68 | Curriculum Vitae of Mary C. DeVany, M.S., C.S.P., C.H.M.M. | ALX-EXP-13-000001 - ALX-EXP-13-000008 | P129 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 69 | THU Testing Protocol prepared by Mary DeVany et al. | PSC003220 - PSC003348 | P131 | FRE 803(18). Plaintiff's experts may rely on this document. It is anticipated that Defendants will challenge the testing protocol for testing this trailer as they have in pre-trial motions. |
| 70 | Affidavit of Paul Hewett, Ph.D. | ALX-EXP-20-000001 - ALX-EXP-20-000020 | P132 | FRE 803(18). Plaintiff's other experts may rely on this document. |
| 71 | Curriculum Vitae of Paul Hewett, Ph.D. | ALX-EXP-17-000001 - ALX-EXP-EXP-17-000004 | P133 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 72 | Affidavit of Marco Kaltofen, P.E.(Civil) | ALX-EXP-28-000001 - ALX-EXP-28-000017 | P135 | Plaintiff withdraws this exhibit. |
| 73 | Curriculum Vitae of Marco Kaltofen, P.E. | ALX-EXP-25- | P136 | This is a summary of |

| | (Civil) | 000001 -<br>ALX-EXP-25-<br>000009 | | the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
|---|---|---|---|---|
| 74 | Affidavit of Gerald McGwin, Jr., M.S., Ph.D. | ALX-EXP-48-000001-<br>ALX-EXP-48-000006 | P138 | FRE 803(18). Plaintiff's other experts may rely on this document. |
| 75 | Curriculum Vitae of Gerald McGwin, Jr., M.S., Ph.D. | ALX-EXP-45-000001-<br>ALX-EXP-45-000035 | P139 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 76 | Affidavit of Janet D. Barnes, M.D. | ALX-EXP-4-000001 -<br>ALX-EXP-4-000004 | P141 | FRE 803(18). Plaintiff's other experts may rely on this document. |
| 77 | Curriculum Vitae of Janet D. Barnes, M.D. | ALX-EXP-1-000001 -<br>ALX-EXP-1-000002 | P142 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 78 | Affidavit of Reagan Johnson | ALX-EXP-24-000001 -<br>ALX-EXP-24-000023 | P147 | Plaintiff withdraws this exhibit. |
| 79 | Curriculum Vitae of Reagan Johnson | ALX-EXP-21-000001 -<br>ALX-EXP-21-000010 | P148 | Plaintiff withdraws this exhibit. |
| 80 | Affidavit of James Kornberg, M.D., Sc.D. | ALX-EXP-32-000001 -<br>ALX-EXP-32-000048 | P150 | FRE 803(18). Plaintiff's other experts may rely on this document. |
| 81 | Curriculum Vitae of James Kornberg, M.D., Sc.D. | ALX-EXP-29-000001 -<br>ALX-EXP-29-000012 | P151 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive |

| | | | testimony. FRE 807. |
|---|---|---|---|
| 82 | Affidavit of Stephen Smulksi, Ph.D. | ALX-EXP-73-000001 - ALX-EXP-73-000011 | P153 | Plaintiff withdraws this exhibit. |
| 83 | Curriculum Vitae of Stephen Smulski, Ph.D. | ALX-EXP-70-000001 - ALX-EXP-70-000010 | P154 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 84 | Affidavit of Paul LaGrange | ALX-EXP-36-000001 - ALX-EXP-36-000017 | P156 | FRE 803(18). Plaintiff's other experts may rely on this document. |
| 85 | Curriculum Vitae of Paul LaGrange | ALX-EXP-33-000001 - ALX-EXP-33-000004 | P157 | Plaintiff withdraws this exhibit. |
| 86 | Affidavit of Alexis Mallet, Jr. | ALX-EXP-44-000001 - ALX-EXP-44-000102 | P162 | FRE 803(18). Plaintiff's other experts may rely on this document. |
| 87 | Curriculum Vitae of Alexis Mallet, Jr. | ALX-EXP-41-000001 - ALX-EXP-41-000008 | P163 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 88 | Trailer drawings by Alexis Mallet, Jr. | PSC025194–PSC025202 | P165 | Plaintiff withdraws this exhibit. |
| 89 | Affidavit of Charles David Moore, P.E., P.L.S. | ALX-EXP-52-000001 - ALX-EXP-52-000007 | P166 | Plaintiff withdraws this exhibit. |
| 90 | Curriculum Vitae of Charles David Moore, P.E., P.L.S. | ALX-EXP-49-000001 - ALX-EXP-49-000003 | P167 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 91 | Affidavit of Thomas H. Mayor, Ph.D. | ALX-EXP-82-000001 - | P169 | FRE 803(18). Plaintiff's other experts |

| | | ALX-EXP-82-000008 | | will rely on this document. |
|---|---|---|---|---|
| 92 | Curriculum Vitae of Thomas H. Mayor, Ph.D. | ALX-EXP-79-000001 - ALX-EXP-79-000003 | P170 | Plaintiff withdraws this exhibit. |
| 93 | Affidavit of Ervin Ritter, P.E. | ALX-EXP-60-000001 - ALX-EXP-60-000038 | P171 | Plaintiff withdraws this exhibit. |
| 94 | Curriculum Vitae of Ervin Ritter, P.E. | ALX-EXP-57-000001 - ALX-EXP-57-000003 | P172 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 95 | Affidavit of Edward H. Shwery, Ph.D. regarding Alana Alexander | ALX-EXP-78-000001 - ALX-EXP-78-000003 | P174 | FRE 803(18). Plaintiff's other experts may rely on this document.  It also constitutes a medical record. |
| 96 | Affidavit of Edward H. Shwery, Ph.D. regarding Christopher Cooper | ALX-EXP-68-000001 - ALX-EXP-68-000007 | P175 | FRE 803(18). Plaintiff's other experts may rely on this document.  It also constitutes a medical record. |
| 97 | Affidavit of Edward H. Shwery, Ph.D. regarding Ericka Alexander | ALX-EXP-69-000001 - ALX-EXP-69-000007 | P176 | Plaintiff withdraws this exhibit. |
| 98 | Curriculum Vitae of Edward H. Shwery, Ph.D. | ALX-EXP-65-000001 - ALX-EXP-65-000016 | P177 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 99 | Affidavit of William D. Scott, P.E., C.H.M.M. | ALX-EXP-64-000001 – ALX-EXP-64-000050 | P179 | FRE 803(18). Plaintiff's other experts may rely on this document. |
| 100 | Curriculum Vitae of William D. Scott, P.E., C.H.M.M. | ALX-EXP-61-000001 – | P180 | This is a summary of the witness' |

|  |  | ALX-EXP-61-000005 |  | qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
|---|---|---|---|---|
| 101 | W.D. Scott Group, Inc. Testing Results | ALEX-00001 | P182, GS36 | FRE 803(18). Plaintiff's other experts may rely on this document.  These are test results for the subject trailer. |
| 102 | Affidavit of Karin A. Pacheco, M.D., M.S.P.H. | ALX-EXP-56-000001 – ALX-EXP-56-000009 | P183 | FRE 803(18). Plaintiff's other experts may rely on this document. It also constitutes a medical record. |
| 103 | Curriculum Vitae of Karin A. Pacheco, M.D., M.S.P.H. | ALX-EXP-53-000001 – ALX-EXP-53-000013 | P184 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 104 | Affidavit of Patricia M. Williams, Ph.D., D.A.B.T. | ALX-EXP-77-000001 – ALX-EXP-77-00042 | P186 | FRE 803(18). Plaintiff's other experts may rely on this document. |
| 105 | Curriculum Vitae of Patricia M. Williams, Ph.D., D.A.B.T. | ALX-EXP-74-000001 – ALX-EXP-74-000031 | P187 | This is a summary of the witness' qualifications and will conserve trial time by offering this, rather than extensive testimony. FRE 807. |
| 106 | Spreadsheets of Symptoms: 1) Total Report of All Symptoms; 2) Report of Symptoms of Individuals With Neither Mold Nor Mildew Reported in Their THU and No Fumigation of Their THU; 3) Report of Symptoms of Individuals Who Did Not Smoke Inside Their THU and 4) Report of Symptoms of Individuals who Did Not Report Mold or Mildew, Did Not Smoke Inside, Did Not Have Their THU Fumigated and Did Not Have Service or | PSC003451 - PSC003663 | P189 | The Court's order allowed for admission of testing of Gulf Stream trailers. Plaintiff will only offer (if at all) those parts of this document that relate to Gulf Stream trailers.   This is a document relied on by expert, specifically, Dr. |

| | Maintenance Repairs<br>Prepared by Dr. Patricia Williams | | | Williams.  FRE<br>803(18). |
|---|---|---|---|---|
| 107 | Formaldehyde Testing Database prepared by the PSC (as of May 19, 2009) | PSC021467 | P190 | Same as above. |
| 108 | PSC Formaldehyde Testing Database Summary Graphs | | P191 | Plaintiff will withdraw this exhibit. |
| 109 | 20 Photographs of Plaintiffs Taken by Plaintiff's Counsel<br>Photographs taken by D. Scott Johnson, Bombet, Cashio & Associates, on May 6, 2009 and May 7, 2009 at FEMA Lottie Staging/Storage Area | From the following series:<br>PSC022269 – PSC022370;<br>PSC022371 – PSC022719;<br>PSC022720 – PSC022793;<br>PSC025445 – PSC025654 | P192 | Plaintiff will only utilize photos of the subject trailer. |
| 110 | Photographs of Alexander unit taken by WD Scott Group | PSC025203 | P196 | These are photographs of the subject trailer and can be proven up through Mr. Scott or Plaintiff. |
| 111 | Digitally created pictures of travel trailer | | P198 | This is a demonstrative exhibit that has been provided to defense counsel. |
| 114 | Test results of testing performed by Defendant, Gulf Stream Coach, on the Alexander travel trailer, 4415 Dale Street, New Orleans, LA | | P201 | Plaintiff withdraws this exhibit. |
| 116 | Owner's Manual – Del Air Co. & R.V. (2007 model) - *Travel Trailers and Fifth Wheels Owner's Manual Gulf Stream Coach, Inc.* | PSC022806 – PSC022841 | P206 | Plaintiff withdraws this exhibit. |
| 118 | Gulf Stream Travel Trailer Photographs of sticker "Not Intended For Recreational Purposes" | PSC022846 | P208 | Plaintiff will only offer this exhibit if it is determined to have been on the subject trailer. |
| 119 | Gulf Stream Coach's contracts with FEMA | | P213 | Plaintiff withdraws this as it is a duplicate of exhibits below. |
| 120 | Material Safety Data Sheets for all Materials used in Gulf Stream Coach, Inc.'s units | | P215 | Plaintiff withdraws this exhibit. |
| 123 | Gulf Stream Coach, Inc. - Letter from James Shea to Jonathan Gibb of FEMA | GULF0003011 - GULF 0003013 | P218 | Admission by party opponent.  Also |

| | regarding potential issues (Exhibit 24 from the deposition of James Shea, 2009) | | | demonstrates Gulf Stream's knowledge. Gulf Stream has taken the position that, if there was a formaldehyde problem, it was limited to 2005 and 2006 trailers.  This relates to Gulf Stream's position. |
|---|---|---|---|---|
| 126 | BlueLinx Corporation Material Safety Data Sheet for Urea-Formaldehyde Bonded Wood Products | PSC003068 - PSC003078 | P231 | Goes to Gulf Stream's knowledge of formaldehyde hazards. |
| 127 | Georgia-Pacific Material Safety Data Sheet for Urea-Formaldehyde Bonded Wood Products | PSC003079 - PSC003091 | P232 | Goes to Gulf Stream's knowledge of formaldehyde hazards |
| 129 | Payments made to Gulf Stream Coach, Inc. by FEMA/Government regarding hurricanes Katrina and Rita housing | | P235 | Plaintiff withdraws this exhibit. |
| 133 | Email from Jim Shea  to Tallman Johnson (staff contact for Congressman Bob Ney) regarding calls this morning that includes an attachment | GULF0002238 | P240 | Plaintiff withdraws this exhibit. |
| 134 | Gulf Stream FEMA Meeting Agenda (getting ready for production) | GULF0000359 | P241 | Plaintiff withdraws this exhibit. |
| 135 | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-19-2005) | GULF0002203- GULF0002218 | P242 | Plaintiff understands that the Court has excluded this, but understands that the Court indicated that it will reconsider the ruling if Gulf Stream opens the door on the issue of why it did not warn residents. |
| 136 | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA – unsigned (Solicitation Issue Date 8-25-2005) | GULF0002151- GULF0002658 | P243 | Plaintiff withdraws this exhibit. |
| 137 | Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-29-2005) | GULF0002166- GULF0002181 | P244 | Plaintiff understands that the Court has excluded this, but understands that the Court indicated that it will reconsider the ruling if Gulf Stream opens the door on the |

| | | | | issue of why it did not warn residents. |
|---|---|---|---|---|
| 138 | 11:30 Plant #57 Operations Meeting Itinerary | GULF0000970 | P245 | Plaintiff withdraws this exhibit. |
| 139 | Email from Phil Sarvari to Bryan McCreary & Jonathan Gibb (FEMA) regarding production capacity | GULF0002273 – GULF0002274 & GULF0002276 | P246 | Plaintiff withdraws this exhibit. |
| 140 | Email from Kirk Barron to Dan Shea getting permission to buy 3/8" MDF in lieu of other more expensive materials | GULF0003053-GULF0003054 | P247 | Plaintiff withdraws this exhibit. |
| 141 | Email from Kirk Barron to Dan Shea regarding the structural ratings for proposed Norbord MDF with LFE | GULF0003038-GULF0003040 | P248 | Plaintiff withdraws this exhibit. |
| 142 | Packing slip from Adorn for "REG" Lauan | GULF0004042; GULF0003145 | P249 | Gulf Stream's knowledge of formaldehyde issue in trailers. Once Gulf Stream had notice that its trailers had non-LFE wood, the jury should decide if this information, combined with other information, led to Gulf Stream having a duty to warn all residents of Gulf Coast trailers. |
| 143 | Packing slip from Adorn for "REG" Lauan | GULF0004045 | P250 | Same as above. |
| 144 | Packing slip from Adorn for "REG" Lauan (Exhibit 5 from the deposition of James Shea) | GULF0004036 | P251 | Same as above. |
| 145 | OSHA tests results for 177 units for formaldehyde at multiple FEMA Staging Facilities. | PSC 023582-023591 | P252 | Some of these results involve Gulf Stream trailers, which the Court did not exclude. This is information expected to be relied on by Plaintiff's experts. |
| 146 | Packing slip from Adorn for "REG" Lauan | GULF0004043 | P253 | Same as above. |
| 147 | Invoices, Packing Slips and Bill of Lading for Adorn REG lauan (Exhibit 1 from the deposition of Dan Shea and Exhibit 3 from the deposition of James Shea) | GULF0004035-GULF0004041, GULF0004044 | P254 | Same as above. |
| 148 | Picking List for order of Wood Bridge, | GULF0004251; | P255 | Same as above. |

16

| | Inc. product (LFE column blank) | GULF0006115; GULF0006119; GULF0006122 | | |
|---|---|---|---|---|
| 149 | Picking Lists for orders of Wood Bridge, Inc. product (LFE column blank) | GULF0004247, GULF0004249 | P256 | Same as above. |
| 150 | Picking List for order of Wood Bridge, Inc. product (LFE column blank) (Exhibit 6 from the deposition of James Shea) | GULF0004244 | P257 | Same as above. |
| 151 | FEMA Rail Tracking Report | GULF000783-GULF000784 | P258 | Plaintiff withdraws this exhibit. |
| 152 | Notes of odor complaints by Travel Trailer residents Wade Breaux and Bridgette Roland | GULF0002503-GULF0002504 | P259 | Gulf Stream's knowledge of resident complaints consistent with formaldehyde exposure.  Gulf Stream has not objected to several exhibits on this same topic. |
| 153 | John Bruhn's call to Brigitte Roland (trailer resident) regarding complaints | GULF0002505 | P260 | Gulf Stream's knowledge of resident complaints consistent with formaldehyde exposure.  Gulf Stream has not objected to several exhibits on this same topic. |
| 154 | Pullin's direction on how to handle odor complaints (to John Bruhn, Dan Shea, John Smith & Phil Sarvari) (Exhibit 11 from the deposition of James Shea and Exhibit 10B from the deposition of Scott Pullin) | GULF0003057 or GULF0004464 | P261 | Gulf Stream's knowledge of resident complaints consistent with formaldehyde exposure.  Gulf Stream has not objected to several exhibits on this same topic. |
| 155 | FEMA Production Supplier Database; Handwritten Notes | GULF0000050-GULF0000061 | P262 | Testimony is expected to cover  the identity Gulf Stream's suppliers of products containing formaldehyde. This exhibit is relevant to that issue. |
| 156 | Maple Street delivery ticket for HUD certified lauan (Exhibit 4 from the deposition of James Shea) | GULF0004049-GULF0004050 | P263 | Gulf Stream's knowledge of formaldehyde issue in trailers.  Once Gulf Stream had notice that |

| | | | its trailers had non-LFE wood, the jury should decide if this information, combined with other information, led to Gulf Stream having a duty to warn all residents of Gulf Coast trailers. |
|---|---|---|---|
| 157 | Email from Dan Shea to Stephen Miller (FEMA) (also sent to James Shea) (Exhibit 28 from the deposition of James Shea) | GULF0002831, GULF0004465 | P264 | Gulf Stream's knowledge of formaldehyde issue. Admission by party opponent. |
| 158 | Emails between D. Young, James, E. Gentry, Martinet, Lowery & Porter regarding news story of formaldehyde (Exhibit 5 from the deposition of Dan Shea) | GULF0004467-GULF0004470 | P265 | This is an email from FEMA to Gulf Stream executive about formaldehyde issue in March 2006. Relevant to Gulf Stream's knowledge of formaldehyde issue and duty to warn |
| 159 | Email from Wayne Stroeh to Michael Miller regarding OSHA testing | FEMA-Waxman-3621-3625 | P266 | Plaintiff withdraws this exhibit. |
| 160 | Email from Stephen Miller and Sidney Melton (FEMA) ask Dan Shea to test trailers and Dan says yes (Exhibit 8 from the deposition of Dan Shea and Exhibit 7 from the deposition of James Shea) | GULF0004472 | P267 | Admission by party opponent.  Goes to Gulf Stream's knowledge of formaldehyde issue in Gulf Coast travel trailers and duty to warn. |
| 161 | Contract for additional funds to Gulf Stream Coach, Inc. for delivery charges - signed by Bryan McCreary of FEMA | GULF0002219-GULF0002220 | P268 | Plaintiff understands that the Court has excluded this, but understands that the Court indicated that it will reconsider the ruling if Gulf Stream opens the door on the issue of  why it did not warn residents. |
| 162 | Testing data on Occupied Trailers from Scott Pullin (Exhibit 1 from the deposition of Scott Pullin) | GS(COGR)01570-01586 | P269 | These are test results of formaldehyde tests done by Gulf Stream's |

18

| | | | |
|---|---|---|---|
| | | | Scott Pullin of Gulf Stream and other trailers in March 2006. Goes to Gulf Stream's knowledge of formaldehyde issue in Gulf Coast trailers, and duty to warn. |
| 163 | OSHA conducts formaldehyde testing of trailers at Purvis, MS | GULF0003193-GULF0003196 | P270 | This document was produced by Gulf Stream and is a March 31, 2006 memo from FEMA about OSHA's testing of units (including Gulf Stream units) for formaldehyde and results. It is relevant to Gulf Stream's knowledge and duty to warn. |
| 164 | FEMA Production Supplier Database; Handwritten Notes (Exhibit 19 from the deposition of James Shea) | GULF0000038-GULF0000049 | P271 | Testimony is expected to cover the identity Gulf Stream's suppliers of products containing formaldehyde. This exhibit is relevant to that issue. |
| 165 | Internal Gulf Stream Coach, Inc. emails (Don Jackson, Myrna Noel et al) regarding excess inventory at Plant 77 | GULF0000938 | P272 | Plaintiff withdraws this exhibit. |
| 166 | Gulf Stream issues a statement regarding customer complaints (Exhibit 22 from the deposition of Dan Shea and Exhibit 22 from the deposition of James Shea) | GS(COGR)01489 | P273 | This relates to Gulf Stream's communications to public regarding formaldehyde issue, Gulf Stream's knowledge and duty to warn. |
| 167 | Gulf Stream's PR firm, Porter Novelli, sends a statement to CNN | GS(COGR)00282 | P274 | Gulf Stream's knowledge and information it provided to general public is relevant to its duty to warn. Admission by party opponent. |
| 168 | Kirk Barron sends an email to Dan Shea | GULF0003062 | P275 | Testimony is expected |

| | | | |
|---|---|---|---|
| | regarding suppliers of floor decking, stiles and MDF | | | to cover the identity Gulf Stream's suppliers of products containing formaldehyde. This exhibit is relevant to that issue. |
| 170 | August 16, 2007 Email from John Brun regarding Darlene Moore (Exhibit 15 from the deposition of Dan Shea) | GULF0004576-GULF0004577 | P277 | Gulf Stream's knowledge of resident complaints consistent with formaldehyde exposure. Gulf Stream has not objected to several exhibits on this same topic. |
| 174 | Email from Dan Shea to Darryl Madden (FEMA) with a link to an EPA website | GULF0002282 | P281 | Same as above. |
| 183 | Jill Igert and Stephen Miller's emails regarding 5/18 article on testing and a man in Slidell | GULF0002844-GULF0002846 | P290 | Same as above. |
| 186 | Memo from Bronson Brown (OSHA) to Jesse Crowley regarding testing done in March 2006 | GULF0003193-GULF0003196 | P293 | Same as above. |
| 187 | Call from Gulf Stream to Miles Resor regarding Resor's request for MSDS Sheets (Exhibit 16 from the deposition of Scott Pullin) | GULF0002349-GULF0002350 | P294 | Same as above. |
| 188 | Letter from Dan Shea to David Porter regarding Resor's request for MSDS sheets (Exhibit 26 from the deposition of Dan Shea) | GULF0002506-GULF0002507 | P295 | Same as above. |
| 189 | Emails between Dan Shea and David Porter, Margarita Dibenedetto, Dondra Landry, Rosalind Scott and Stephen Miller (FEMA) regarding Resor | GULF0002834-GULF0002835 | P296 | Same as above. |
| 191 | Open letter from Ann Benjamin (Sampling USA) explaining the company's terminology in reference to its plywood glues (MR, LFE, T1) | GULF0003423 | P298 | Plaintiff withdraws this exhibit. |
| 196 | Daily FEMA Call Log regarding John Bruhn's call with resident Jorge Lauraina (August 10, 2006) | GULF0002500 | P304 | Gulf Stream's knowledge of resident complaints consistent with formaldehyde exposure. Gulf Stream has not objected to several exhibits on this same topic. |

| 198 | Betsy Hall's summary of the "Bi-Monthly Formaldehyde Conference Call" ; forwarded by Stephen Miller to Dan Shea | GULF0002326-GULF0002327 | P306 | Same as above. |
|-----|------|------|------|------|
| 200 | Statement not on Gulf Stream letterhead that is a shortened version of 4/27/07 statement | GULF0003202 | P308 | Same as above. |
| 201 | Statement not on Gulf Stream letterhead regarding use of laminated paneling from Asia | GULF0003203 | P309 | Same as above. |
| 203 | Email from Randy LeBouef to Gulf Stream (with handwritten notes) about trailer he purchased | GULF0003218 | P311 | Same as above. |
| 206 | Emails between Stephen Miller and Dan Shea regarding what can be done to avoid scrapping all of the trailers | GULF0003178 | P314; GS6 | Same as above. |
| 207 | Stephen Miller gives Dan Shea  the name and number of the head of the CDC Mitigation Study Team | GULF0003179 | P315 | Same as above. |
| 208 | Gulf Stream releases a statement that, as of 3/17/08, all new Gulf Stream Coach, Inc. RV vehicles will be solely made of wood products that meet CARB standards | GULF0003205 | P316 | Same as above. |
| 210 | Notes of a series of phone calls in one afternoon to confirm order and obtain a contract | GULF0002253 | P321 | Plaintiff withdraws the exhibit. |
| 211 | Letter from Patrick Industries to customers regarding LFE lauan | CROSSROADS0 000090 | P323 | Gulf Stream witnesses will be asked if they received a notice like this.  Relevant to Gulf Stream's knowledge of formaldehyde in trailers. |
| 213 | FEMA Production Supplier Database | GULF0004003 – GULF0004010 | P325 | Plaintiff withdraws the exhibit. |
| 214 | FEMA Production Supplier Database | GULF0003718 – GULF0003729 | P326 | Plaintiff withdraws the exhibit. |
| 215 | Complaint from purchaser of FEMA unit Dispatched: 11/16/05 (Exhibit 10 from the deposition of James Shea) | GULF0004520 | P328 | Plaintiff withdraws the exhibit. |
| 216 | Louis Salem, a Customs and Border Patrol officer in Laredo who purchased FEMA unit called regarding formaldehyde Dispatched: 2/20/06 | GULF0004521 | P331 | Plaintiff withdraws the exhibit. |
| 219 | July 19, 2007 Email from Steve Lidy to Dan Shea regarding formaldehyde calls (Exhibit 33 from the deposition of Dan | GULF0004580 | P335 | Gulf Stream's knowledge of resident complaints consistent |

| | | | | with formaldehyde exposure. Gulf Stream has not objected to several exhibits on this same topic. |
|---|---|---|---|---|
| 222 | Hand-drawn diagram (Exhibit 3 from the deposition of Burl Keel) | PSC023592 | P339 | This is Mr. Keel (Gulf Stream's head of engineering) drawing of trailer, which is covered in his deposition. |
| 232 | Formaldehyde Test results from Bonner Analytical Testing Company prepared for CH2M Hill, Inc., April 6, 2006 | PSC003400 - PSC003406 | P352 | Plaintiff withdraws this exhibit. |
| 261 | Letter from Bennie G. Thompson, Chairman of the U.S. House of Representatives Committee on Homeland Security, dated November 19, 2007, to R. David Paulison and Paulison's response, dated December 11, 2007 | PSC002938 - PSC002942 | P381 | Plaintiff withdraws this exhibit. |
| 263 | "FEMA Storage Site Duties/Responsibilities" | PSC003092 - PSC003094 | P384 | Plaintiff withdraws this exhibit. |
| 269 | Email correspondence between FEMA and Government staff | PSC003439 - PSC003447 | P391 | Plaintiff withdraws this exhibit. |
| 276 | U.S. General Services Administration – Usable Travel Trailers Sales Certification | PSC023706 | P401 | Plaintiff withdraws this exhibit. |
| 277 | FEMA media release: The Deployment and Sale of Temporary Housing Units – August 1, 2007 | PSC023716 – PSC023717 | P402 | Plaintiff withdraws this exhibit. |
| 278 | FEMA media release: FEMA to Test Methods to Reduce Formaldehyde in Travel Trailers - August 08, 2006 | PSC023718 – PSC023719 | P403 | Plaintiff withdraws this exhibit. |
| 279 | FEMA media release: FEMA Study: Ventilating Travel Trailers can Significantly Reduce Formaldehyde Emission Levels - May 04, 2007 | PSC023720 – PSC023722 | P404 | Plaintiff withdraws this exhibit. |
| 280 | FEMA media release: FEMA Continues to Address Formaldehyde Concerns - July 18, 2007 | PSC023726 | P405 | Plaintiff withdraws this exhibit. |
| 281 | FEMA media release: Formaldehyde and Travel Trailers - July 20, 2007 | PSC023727– PSC023729 | P406 | Plaintiff withdraws this exhibit. |
| 282 | FEMA media release: Transfer of FEMA Unused Mobile Homes to Tribal Governments - September 11, 2007 | PSC023730 – PSC023734 | P407 | Plaintiff withdraws this exhibit. |
| 283 | FEMA Myths & Facts : Travel Trailers - November 8, 2007 | PSC023735– PSC023737 | P408 | Plaintiff withdraws this exhibit. |

| 284 | FEMA media release: FAQs Refund of Temporary Housing Units - January 17, 2008 | PSC023741–PSC023743 | P409 | Plaintiff withdraws this exhibit. |
| 285 | FEMA media release: Unfounded: Assertions that FEMA Ignored or Manipulated Formaldehyde Research - January 29, 2008 | PSC023745 – PSC023746 | P410 | Plaintiff withdraws this exhibit. |
| 286 | FEMA media release: Katrina/Rita Housing Facts - January 29, 2008 | PSC023747–PSC023751 | P411 | Plaintiff withdraws this exhibit. |
| 287 | FEMA media release: FEMA's Ongoing Response to Formaldehyde - February 12, 2008 | PSC023752 – PSC023754 | P412 | Plaintiff withdraws this exhibit. |
| 288 | FEMA media release: CDC Results of Formaldehyde Level Tests - February 14, 2008 | PSC023760 – PSC023761 | P413 | Plaintiff withdraws this exhibit. |
| 289 | FEMA media release: FEMA Plan of Action on Formaldehyde Findings to be Implemented Immediately - February 14, 2008 | PSC023762 – PSC023763 | P414 | Plaintiff withdraws this exhibit. |
| 290 | FEMA media release: FEMA Offering Formaldehyde Testing to Occupants of Trailers and Mobile Homes in Disasters Nationwide - February 22, 2008 | PSC023764 | P415 | Plaintiff withdraws this exhibit. |
| 291 | FEMA media release: Formaldehyde Testing to be Conducted in all Unoccupied Manufactured Housing Units before Delivery to States, Occupants - March 7, 2008 | PSC023765 | P416 | Plaintiff withdraws this exhibit. |
| 292 | FEMA media release: Latest Tests Show Low Levels of Formaldehyde in Mobile Homes - March 12, 2008 | PSC023766 | P417 | This shows alternative design possibility, i.e. that it is possible to design and build a "temporary housing unit" with lower formaldehyde emissions.  Gulf Stream has taken the position that a trailer cannot be built meeting this standard.  It is expected to be relied on by experts and/or experts and fact witnesses may be cross examined with this, depending on how they |

| | | | | testify. |
|---|---|---|---|---|
| 293 | FEMA media release: FAQ: 2008 Disaster Housing Plan - June 10, 2008 | PSC023768–PSC023770 | P418 | Plaintiff withdraws this exhibit. |
| 294 | FEMA Statement on Formaldehyde - July 9, 2008 | PSC023771 | P419 | Plaintiff withdraws this exhibit. |
| 295 | FEMA media release: Myths & Facts about FEMA Housing Following Katrina - May 26, 2008 | PSC023772 –PSC023774 | P420 | Plaintiff withdraws this exhibit. |
| 296 | FEMA media release: New Task Contract Awarded for Temporary Housing Units - August 4, 2008 | PSC023779 | P421 | Plaintiff withdraws this exhibit. |
| 297 | FEMA media release: Frequently Asked Questions - October 27, 2008 | PSC023780–PSC023782 | P422 | Plaintiff withdraws this exhibit. |
| 298 | FEMA media release: Additional Testing and Housing Options Available for FEMA-provided Manufactured Homes Occupants - October 27, 2008 | PSC023783–PSC023784 | P423 | Plaintiff withdraws this exhibit. |
| 299 | FEMA media release: Initial Indoor Air Quality Tests Results - November 14, 2008 | PSC023789–PSC023790 | P424 | Plaintiff withdraws this exhibit. |
| 300 | FEMA media release: FAQ National Disaster Housing Strategy - January 16, 2009 | PSC023791–PSC023794 | P425 | Plaintiff withdraws this exhibit. |
| 301 | FEMA Statement on Travel Trailers and Formaldehyde | PSC023795 | P426 | Plaintiff withdraws this exhibit. |
| 303 | June 15, 2006 Email from Stephen Miller to Scott Pullin regarding MSDS sheets (Exhibit 19 from the deposition of Dan Shea) | GULF0002354 | P428 | Gulf Stream's knowledge of resident complaints consistent with formaldehyde exposure.  Gulf Stream has not objected to several exhibits on this same topic. |
| 304 | October 10, 2005 Letter from Jim Shea, Dan Shea, and Brian Shea to  R. David Paulison (Exhibit 1 from the deposition of Brian Shea and Exhibit 21 from the deposition of James Shea) | GULF0003008 | P429 | Relevant if Gulf Stream opens the door as to why it did not warn. |
| 307 | May 24, 2006 Email involving Chairman Ross, Stephen Miller and Dan Shea; re: Formaldehyde news story (Exhibit 11 from the deposition of Dan Shea) | GULF0004479 | P432 | Gulf Stream's knowledge of formaldehyde issue in Gulf Coast trailers. |
| 331 | Email between David Chawaga and Mary Margaret Walker on May 1, 2007 | PSC023826–PSC023827 | P457 | Plaintiff withdraws this exhibit. |
| 332 | FEMA: Interim Direction on use of Temporary Housing Units (Revision | PSC023828 –PSC023834 | P458 | This shows alternative design possibility, i.e. |

| | | | | that it is possible to design and build a "temporary housing unit" with lower formaldehyde emissions. Gulf Stream has taken the position that a trailer cannot be built meeting this standard. It is expected to be relied on by experts and/or experts and fact witnesses may be cross examined with this, depending on how they testify. |
|---|---|---|---|---|
| | Effective Date: March 10, 2008) | | | |
| 333 | FEMA: FEMA Begins Next Phase of Inventory Reduction of Excess Temporary Housing Units | PSC023710 – PSC023715 | P459 | Plaintiff withdraws this exhibit. |
| 343 | Any other documents concerning the Travel Trailer provided to Alana Alexander | | P470 | Plaintiff withdraws this exhibit. |
| 353 | Family photos of Alana Alexander and Christopher Cooper | | P480 | Shows Plaintiffs in the subject trailer. Can be authenticated through Plaintiff. |
| 379 | Hurricane Katrina Temporary Housing Chart from Williams, Adley & Company, LLP | PSC024131 | P511 | Plaintiff withdraws this exhibit. |
| 380 | Material Safety Data Sheet for Wood and Wood Products from Georgia-Pacific | PSC024132– PSC024136 | P512 | Plaintiff withdraws this exhibit. |
| 381 | PRI, Critical Government Services Worldwide's website | PSC024137– PSC024186 | P513 | May be used to cross-examine Fluor witnesses |
| 382 | Del-Jen, Inc., a Fluor Company's website | PSC024187– PSC024231 | P514 | May be used to cross-examine Fluor witnesses |
| 383 | Payments by FEMA/Government to Gulf Stream Coach, Inc., Fluor Enterprises, Inc., Del-Jen, Inc. and any other Fluor entity | | P515 | Relevant if Fluor opens the door as to why it did not warn. |
| 384 | Warning Label regarding Formaldehyde | PSC024232 | P516 | Will be used to question Gulf Stream witnesses on whether products they received |

| | | | contained this warning. |
|---|---|---|---|
| 388 | Gulf Stream, PDI Checklist (Exhibit 18 from the deposition of Dan Shea and Exhibit 26 from the deposition of James Shea, 2009) | FGC012 – FGC000040 | P519; GS3 | This is unit checklist for Gulf Stream. Relevant to Gulf Stream's quality control. |
| 389 | Any and all other documents/exhibits which may be identified or discovered on the basis of Defendants' responses to discovery which has been timely propounded by Plaintiffs | | P529 | Plaintiff withdraws this exhibit. |
| 390 | Any and all other documents and exhibits which may be produced pursuant to any subpoena issued in this matter or utilized by any party at any deposition taken in this matter | | P530 | Plaintiff withdraws this exhibit. |
| 391 | "Inhalation of formaldehyde and xylene induces apoptotic cell death in the lung tissue" *by M. Sandikci, K. Seyrek, H. Aksit and H. Kose* | | P531 | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 392 | Addendum to Dr. Paul Hewett's Report | ALX-EXP-20-00 0252 - ALX-EXP-20-00 0271 | P532 | FRE 803(18). Plaintiff's experts may rely on this document. |
| 393 | Addendum to Dr. Lee Branscome's Report | ALX-EXP-8-000022 - ALXEXP-8-000023 | P533 | This expected to be the subject of stipulation or judicial notice. |
| 394 | Addendum to Weather data from Dr. Lee Branscome for Atlana, GA, Baton Rouge, LA, Lottie, LA, and MSY | ALX-EXP-8-000024 ALX-EXP-8-000027 | P534 | This expected to be the subject of stipulation or judicial notice. |
| 447 | Franklin, P. et al., Raised Exhaled Nitric Oxide in Healthy Children is Associated with Domestic Formaldehyde Levels. *Am. Rev. Resp. Crit. Care Med.* 2000; 161:1757-1759. | | P | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 448 | Smedje, G. et al.  Asthma Among Secondary School Children in Relation to the School Environment  *Clin. & Exper. Allergy* 1997; 27:1270-1278. | | P | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined |

| | | | with this document. |
|---|---|---|---|
| 449 | Smedje, G. et al.  Incidence of Asthma Diagnosis and Self Reported Allergy in Relation to the School Environment – A Four-Year Follow-Up Study in Schoolchildren  *Int. J. Tuberc. Lung Dis.* 2001; 5:1059-1066. | | P | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 450 | Mi, YH et al.  Current Asthma and Respiratory Symptoms Among Pupils in Shanghai, China:  Influence of Building Ventilation, Nitrogen Dioxide, Ozone, and Formaldehyde in Classrooms.  *Indoor Air* 2006; 16:454-464. | | P | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 451 | Doi, et al.  The Prevalence of IgE Sensitization to Formaldehyde in Asthmatic Children.  *Allergy* 2003; 58:668-71. | | P | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 452 | Pati, et al.  Indoor Environmental Risk Factors for Asthma and Respiratory Ill Health in Preschool Children of Coastal Orissa, India.  *Epidemiology* 2005; 16:132-133. | | P | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 453 | Tavernier, G. et al. IPEADAM Study: Indoor Endotoxin Exposure, Family Status, and Some Housing Characteristics in English Children.  *J. Allergy Clin. Immunol.* 2006; 117:656-662. | | P | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 454 | Zho, Z. et al.  Asthmatic Conditions Among Pupils in Relation to Winter Indoor and Outdoor Air  Pollution in Schools in Taiyuan, China.  *Env. Health Perspect.*  2008;116:90-97. | | P | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 455 | ATSDR Minimal Risk Level (MRL) Worksheet (Exhibit 6 to Patricia Williams Deposition) | ATSDR0000447-ATSDR0000449 | | FRE 803(18). Plaintiff's experts will rely on this document and/or defense experts will be cross examined with this document. |
| 678 | Expert Report of Michael Lindell | | P | Plaintiff withdraws this exhibit. |

| 679 | Expert Report of Richard Monson | | P | Admission by party opponent.  This is Gulf Stream's expert's report and he may be cross-examined with his report. |
|---|---|---|---|---|

## II.   New Exhibits

On Sunday, September 6, 2009, Gulf Stream produced certain "e-discovery" documents and other documents previously withheld.   Plaintiff wishes to add these to the parties Amended Joint Exhibit List (which they intend to offer to remove a considerable amount of withdrawn exhibits).   Gulf Stream has indicated that they will object to these documents.

| No. | Exhibit Description | Bates Range | Basis for offering |
|---|---|---|---|
| 1 | April 24, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding suggestions | GULF0006689 – GULF0006690 | Gulf Stream's knowledge of formaldehyde problem in trailers in Gulf Coast. |
| 2 | April 27, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding final statement for CNN | GULF0006692- GULF0006693 | Same as above. |
| 3 | May 02, 2006 Email from Mike Heimowitz to Dan and Jim Shea regarding an update of CNN's inquiry | GULF0006696 | Same as above. |
| 4 | May 09, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding contact information of toxicologist and epidemiologist | GULF0006697 | Same as above. |
| 5 | May 14, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding response from CNN | GULF0006698 | Same as above. |
| 6 | May 15, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding contact information of Betsy Natz | GULF0006699 | Same as above. |
| 7 | August 10, 2006 Email from Mike Heimowitz to Dan Shea regarding strategy to deal with formaldehyde story | GULF0006685- GULF0006686 | Same as Above. |
| 8 | Memorandum from Fairmont Homes Inc. regarding formaldehyde. | GULF0006702 | Gulf Stream's knowledge of formaldehyde risks. |

| 9 | Emery, John A. "Structural Wood Panels and Formaldehyde" Technical Report | GULF0006704-GULF0006707 | Same as above. |
|---|---|---|---|

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       RAUL BENCOMO, #2932
       FRANK D'AMICO, #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       MIKAL WATTS, Texas # 20981820
       ROBERT BECNEL
       DENNIS REICH, Texas # 16739600

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 09, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>s/Gerald E. Meunier</u>
GERALD E. MEUNIER, #9471