UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S RESPONSE TO FLUOR'S OBJECTIONS TO
<u>CERTAIN EXHIBITS</u>**

Plaintiff responds to Fluor's Objections to Certain Exhibits as follows.

| No. | Exhibit Description | Bates Range | Other ID | Plaintiff's response to FEI's Objection |
|---|---|---|---|---|
| 130 | Email from Brandon Black dated September 17, 2008 to multiple parties regarding FEMA Formaldehyde (Exhibit P-2 to the deposition of Robert Funkhouser taken on September 30, 2008) | | P236 | Plaintiff agrees to withdraw this exhibit. |
| 226 | Fluor Enterprises, Inc. – List of Subcontractors | FL-FCA-000205 To FL-FCA-000206 | P343 | This document is relevant as it relates to the subcontractor that installed the trailer in question. |
| 227 | Award Contract from FEMA to Fluor Enterprises, Inc. HSFEHQ-05-0471 | FL-FCA-000001 To FL-FCA- | P344 | Plaintiff agreed to redactions and requested same from Defendant. However, Plaintiff has never received |

1

| | | 000204 | | the redactions from the Defendant. Therefore, this document should be admitted in its entirety. |
|---|---|---|---|---|
| 228 | Fluor Enterprises, Inc. – Task Order Number HSFEHQ-05-0471 (05-J-0020) | FL-FCA-000207 to FL-FCA-000910 | P345 | Plaintiff agreed to redactions and requested same from Defendant. However, Plaintiff has never received the redactions from the Defendant. Therefore, this document should be admitted in its entirety. Additionally, Plaintiff has agreed to end this exhibit at FL-FCA-000395. Therefore, the new exhibit will be FL-FCA-00207 to FL-FCA-000395. |
| 245 | U.S. Department of Homeland Security – FEMA – Travel Trailer Inspections – Field Inspectors | FL-FCA-06913 To FL-FCA-06940 | P365 | Plaintiff agrees that this is a duplicate (Exhibit 589/F11on the Joint Exhibit List). Therefore, Plaintiff agrees to withdraw this exhibit so long as Exhibit 589/F11 remains on the list. |
| 247 | FEMA Individual Assistance (IA) Hourly Rate Schedule | FL-FCA-07138 To FL-FCA-07139 | P367 | This document is relevant as it sets forth the various categories of workers who were available to render assistance in this project, including the Alexander trailer. The information is not unduly prejudicial and the information was not excluded based on the Court's ruling of 3019. This document does not reflect the amount of money paid to FEI. |
| 248 | Fluor Quality Assurance Quality Control Plan for FEMA contract | FL-FCA-07140 To FL-FCA-07158 | P368 | Plaintiff agrees that this is a duplicate (Exhibit 597/F19on the Joint Exhibit List). Therefore, Plaintiff agrees to withdraw this exhibit so long as Exhibit 597/F19 remains on the list. |
| 255 | Fluor – Technical | FL-FCA- | P375 | Plaintiff agrees that this is a |

| | | | | |
|---|---|---|---|---|
| | Direction Log | 07186 To FL-FCA 07247 | | duplicate (Exhibit 609/F32on the Joint Exhibit List). However, Plaintiff designation is preferable, as it provides greater detail and is more accurate with regard a description of the document. |
| 256 | Fluor – Requests for Technical Direction | FL-FCA-07248 To FL-FCA-07300 | P376 | Plaintiff agrees that this is a duplicate (Exhibit 609/F32on the Joint Exhibit List). However, Plaintiff designation is preferable, as it provides greater detail and is more accurate with regard a description of the document. |
| 257 | Fluor – Co-Clarification | FL-FCA-07301 to FL-FCA-07303 | P377 | Plaintiff agrees that this is a duplicate (Exhibit 609/F32on the Joint Exhibit List). However, Plaintiff designation is preferable, as it provides greater detail and is more accurate with regard a description of the document. |
| 258 | Requests for Technical Direction | FL-FCA-07304 to FL-FCA-07305 | P378 | Plaintiff agrees that this is a duplicate (Exhibit 609/F32on the Joint Exhibit List). However, Plaintiff designation is preferable, as it provides greater detail and is more accurate with regard a description of the document. |
| 259 | Tool Box Training – Proper Jacking Techniques | FL-FCA-07306 | P379 | Plaintiff agrees that this is a duplicate (Exhibit 610/F33on the Joint Exhibit List). Therefore, Plaintiff agrees to withdraw this exhibit so long as Exhibit 6107/F33 remains on the list. |
| 386 | Installation Temporary of Mobile Structures (Exhibit 3 from the deposition of Dan | FL-FCA-000066 FL-FCA-012438 | P518 | Plaintiff agrees that this is a duplicate (Exhibits 227/P344 and 229/P348 on the Joint Exhibit List). Therefore, |

3

| | | | | |
|---|---|---|---|---|
| | Shea, 2009) | to FL-FCA-001439 | | Plaintiff agrees to withdraw this exhibit so long as Exhibit 227/P344 remains on the list. |
| 396 | Email original date of January 27, 2006 originating from Dick Fedderman to Kellie Turnis regarding maintenance of trailers | FL-FCA-008394 To FL-FCA-008402 | P536 | This document is relevant, as it relates to problems with FEI's installation and handling of travel trailers and maintenance. The foundation is established by the FEI's representatives who authored the comments in the document and historical basis that they set forth. Introduction of this document into evidence would not constitute a waste of time or confuse the jury. Furthermore, this document is not excluded by the hearsay rule as it is a recorded recollection and/or a record of a regularly conducted activity under FRE 803. |
| 397 | Email original date of November 22, 2005 originating from Juanita Gradney to Kevin McCarthy regarding Gulf Streams problems trailers | FL-FCA-009154 To FL-FCA-009156 | P537 | This document is relevant as it speaks to problems with the Gulf Stream trailers and further that the trailers were not installed properly by FEI and their subcontractors. Furthermore, this document is not unduly prejudicial and Court Order No. 3019 does not relate to it. Furthermore, this document does not constitute hearsay. Introduction of this document into evidence would not constitute a waste of time or confuse the jury. Furthermore, this document is not excluded by the hearsay rule as it is a recorded recollection and/or a record of a regularly conducted activity under |

| | | | | |
|---|---|---|---|---|
| | | | | FRE 803. |
| 398 | Email original date of June 20, 2006 originating from David Dudley to Melissa Wilson regarding Maintenance | FL-FCA-010442 To FL-FCA-010445 | P538 | This document is relevant as it related to improper installation by FEI and how FEI would categorize an emergency situation that would necessity immediate attention. This document is not unduly prejudicial and does not constitute hearsay. Introduction of this document into evidence would not constitute a waste of time or confuse the jury. Furthermore, this document is not excluded by the hearsay rule as it is a recorded recollection and/or a record of a regularly conducted activity under FRE 803. |
| 413 | Haul and Install Contractor Selection | FL-FCA-019246 To FL-FCA-019247 | P554 | This document is relevant as it relates to the haul and install contractor selection process, which would have included the subcontractor that installed the Alexander trailer. The document is not unduly prejudicial. To the extent that Defendant is alleging that is part of a larger document, Plaintiff is not able to ascertain what larger document it is part of, however, these two pages stand alone as a statement of the haul and install contractor process. Introduction of this document into evidence would not constitute a waste of time or confuse the jury. |
| 418 | Performance Work Statement Maintenance and Deactivation of Manufactured Homes and Travel Trailers | FL-FCA-022672 To FL-FCA-022702 | P559 | This is not a duplicative exhibit as it is not included in any other contract that Plaintiff can determine that is already included on the |

5

| | | | | |
|---|---|---|---|---|
| | | | | exhibit list. |
| 421 | Email original dated June 20, 2006 from David Dudley to Melissa Wilson regarding Maintenance | FL-FCA-013955 To FL-FCA-013958 | P562 | Plaintiff will withdraw this exhibit as it largely duplicative of another exhibit. |
| 422 | Email original date of June 20, 2006 to Melissa Wilson regarding Maintenance | FL-FCA-013950 To FL-FCA-013954 | P563 | This document is relevant to FEI's policies and guaranties with regard to hauling and installing travel trailers, including the Alexander trailer. It is not unduly prejudicial, nor does it constitute hearsay. Introduction of this document into evidence would not constitute a waste of time or confuse the jury. Furthermore, this document is not excluded by the hearsay rule as it is a recorded recollection and/or a record of a regularly conducted activity under FRE 803. |
| 424 | Private Site Work Process & Responsibilities | FL-FCA-018280 To FL-FCA-018301 | P565 | This document is relevant to private site work process and responsibilities and Alexander unit was installed on a private site. This document is not unduly prejudicial. To the extent that it is part of a larger document, Plaintiff cannot ascertain which larger document that Defendant is referring to at this time. Introduction of this document into evidence would not constitute a waste of time or confuse the jury. |
| 425 | Draft A- November 14, 2005 – Travel Trailer Set Up Inspection Report Guidance | FL-FCA-019666 To FL-FCA-019668 | P566 | This document is relevant to travel trailer set up and inspection including the set up and inspection of the Alexander travel trailer. The |

6

| | | | | |
|---|---|---|---|---|
| | | | | documentation is entitled "Travel Trailer Inspection Report Guidance" and Plaintiff is not aware of any other documents with the same title. To the extent that it is part of a larger document, Plaintiff cannot ascertain which larger document that Defendant is referring to at this time. The document is not unduly prejudicial. Introduction of this document into evidence would not constitute a waste of time or confuse the jury. |
| 426 | Event Notification Log – May 22, 2006 | FL-FCA-02902 | P567 | This document is relevant to FEI's notice of fumes in travel trailers, similar to the Alexander trailer. Introduction of this document into evidence would not constitute a waste of time or confuse the jury and it is not unduly prejudicial. This document is not excluded by the hearsay rule as it reflects a present sense impression and/or a then existing mental, emotional or physical condition under FRE 803. Furthermore, this document is not excluded by the hearsay rule as it is a recorded recollection and/or a record of a regularly conducted activity under FRE 803. This document should not be excluded by the hearsay rule as it reflects statements for the purposes of medical diagnosis or treatment, or past or present symptoms of pain or sensations or the inception or general character of a cause |

| | | | | or external source for symptoms or pain under FRE 803(4). This document should not be excluded as hearsay as it is a business record made at or near the time of the event recorded therein and was made by a person with knowledge of the facts stated therein. |
|---|---|---|---|---|
| 430 | Limitations to Capacity QA Inspection Reports from FEMA | FL-FCA-017931 | P571 | Plaintiff agrees that this is a duplicate (Exhibit 645/F70 on the Joint Exhibit List). Therefore, Plaintiff agrees to withdraw this exhibit so long as Exhibit 645/F70 remains on the list. |
| 432 | Issues FEMA can Address | FL-FCA-017932 | P572 | Plaintiff agrees that this is a duplicate (Exhibit 645/F70 on the Joint Exhibit List). Therefore, Plaintiff agrees to withdraw this exhibit so long as Exhibit 645/F70 remains on the list. |
| 439 | Fluor Project Execution Plan | FL-FCA-027797 To FL-FCA-027918 | P580 | Plaintiff would propose using this version of the Project Execution Plan as the version proposed by Defendant has bates numbers that have been assigned to two different sets of documents. Plaintiff would further state any right to redact business or confidential information as now passed. |
| 440 | FEMA Individual Assistance Hourly Rate Schedule (Exhibit 5 to Dave Methot's Deposition taken on August 25, 2008 – Redacted version) | FL-FCA-000090 To FL-FCA-000091 | P581 | This document is relevant as it sets forth the various categories of workers who were available to render assistance in this project, including the Alexander trailer. The information is not unduly prejudicial. This document does not reflect the amount of money paid to FEI, therefore, it is not |

| | | | | |
|---|---|---|---|---|
| | | | | excluded under Court Order 3019. Introduction of this document would not be unduly prejudicial, constitute a waste of time or cause confusion to the jury. |
| 446 | Blanket Order Agreement between Fluor Enterprises, Inc. and MLU Services, Inc. | FL-FCA-002869 To FL-FCA-002986 | P588 | Plaintiff agrees that this is a duplicate (Exhibit 587/F9 on the Joint Exhibit List). Therefore, Plaintiff agrees to withdraw this exhibit so long as Exhibit 587/F9 remains on the list. |

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

                         **COURT-APPOINTED PLAINTIFFS'**
                         **STEERING COMMITTEE**
                         ANTHONY BUZBEE, Texas # 24001820
                         RAUL BENCOMO, #2932
                         FRANK D'AMICO, #17519
                         MATT MORELAND, #24567
                         LINDA NELSON, #9938
                         MIKAL WATTS, Texas # 20981820
                         ROBERT BECNEL
                         DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

     I hereby certify that on September 09, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                         s/Gerald E. Meunier
                         GERALD E. MEUNIER, #9471