```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         NUMBER: 07-1873

                                             SECTION: "N"(5)
```

### ORDER SETTING ORAL ARGUMENT
### VIA TELEPHONE

Oral argument on Defendant's Motion for More Definite Statement (rec. doc. 3060) will be conducted telephonically on October 7, 2009 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 8th day of September, 2009.

                                    ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE