UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Carol Blazio** | * | |
| | * | **DOCKET NO: 09-4222** |
| **versus** | * | |
| | * | **SECTION "N" (5)** |
| **THOR CALIFORNIA, INC., d/b/a** | * | |
| **THOR MANUFACTURING COMPANY,** | * | |
| **FLUOR ENTERPRISES, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC.,** | * | |
| **CH2M HILL CONSTRUCTORS, INC., and** | * | |
| **UNITED STATES OF AMERICA** | * | |
| **THROUGH THE FEDERAL EMERGENCY** | * | |
| **MANAGEMENT AGENCY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs supplement their Original Complaint by adding the following additional Plaintiff(s):

1. Cordia Caston

2. Dorothy Caston

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint, as if copied herein *in extenso*.

1

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this First Supplemental and Amending Complaint, and after the legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against the Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and losses, and for such other and further relief as this Honorable Court deems just and proper.

        LAW OFFICES OF RONNIE G. PENTON
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE      :      (985) 732-5651
        TELECOPIER:    (985) 735-5579
        E-MAIL     :      rgp@rgplaw.com

        DENNIS SWEET (Ala. Code ASB-0956-76D)
        SWEET & ASSOCIATES
        158 EAST PASCAGOULA STREET
        JACKSON, MISSISSIPPI  39201
        PHONE      :      (601) 965-8700
        TELECOPIER:    (601) 965-8719
        E-MAIL     :      dennis.sweet@sweetandassociates.net

        s/Ronnie G. Penton
    By:    Ronnie G. Penton
        Trial Counsel for Plaintiffs
        Louisiana Bar Roll Number 10462

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

September 10, 2009.

                                        s/Ronnie G. Penton
                                        Ronnie G. Penton