# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Rodenno Dixon** | * | **DOCKET NO. 09-4232** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | **SECTION "N" MAG. (5)** |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **DUTCHMEN MANUFACTURING, INC.,** | * | |
| **FLUOR ENTERPRISES, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC.,** | * | |
| **CH2M HILL CONSTRUCTORS, INC., and** | * | |
| **UNITED STATES OF AMERICA THROUGH** | * | |
| **FEDERAL EMERGENCY MANAGEMENT** | * | |
| **AGENCY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs supplement Exhibit A of their Original Complaint by adding the following additional Plaintiff(s):

1. Lena Bigner

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this First Supplemental and Amending Complaint, and after the legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against the Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and losses, and for such other and further relief as this Honorable Court deems just and proper.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE         :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL        :        rgp@rgplaw.com

DENNIS SWEET (#8105)
SWEET & ASSOCIATES
158 EAST PASCAGOULA STREET
JACKSON, MISSISSIPPI  39201
PHONE         :        (601) 965-8700
TELECOPIER:        (601) 965-8719
E-MAIL        :        dennis.sweet@sweetandassociates.net

s/Ronnie G. Penton
By:    Ronnie G. Penton
       Trial Counsel for Plaintiffs
       Louisiana Bar Roll Number 10462