# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 <br><br> SECTION "N" (4) |

**THIS DOCUMENT RELATES TO:**
*Darrell M. Allen, Jr., et al v. Keystone RV Company*
09-0407-HSO-JMR
*****************************************************************************

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs supplement Exhibit A of their Original Complaint by adding the following additional Plaintiff(s):

1. Herman Pruitt

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this First Supplemental and Amending Complaint, and after the legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against the Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and losses, and for such other and further relief as this Honorable Court deems just and proper.

       LAW OFFICES OF RONNIE G. PENTON
       209 HOPPEN PLACE
       BOGALUSA, LOUISIANA  70427
       PHONE       :       (985) 732-5651
       TELECOPIER:     (985) 735-5579
       E-MAIL      :       rgp@rgplaw.com

       DENNIS SWEET (Ala. Code ASB-0956-76D)
       SWEET & ASSOCIATES
       158 EAST PASCAGOULA STREET
       JACKSON, MISSISSIPPI  39201
       PHONE       :       (601) 965-8700
       TELECOPIER:     (601) 965-8719
       E-MAIL      :       dennis.sweet@sweetandassociates.net


    s/Ronnie G. Penton
    By:   Ronnie G. Penton
           Trial Counsel for Plaintiffs
           Louisiana Bar Roll Number 10462