AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana


RETURN

THOMAS AHL, et al.  )
　　　　　　　　　　 )
　　　 *Plaintiff*　　　)
　　　　　v.　　　　　) Civil Action No. 09-3589 N(4)
FRONTIER RV, INC., et al. )
　　　　　　　　　　 )
　　　 *Defendant*　　)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　The United States of America, through the
　　　　　　　　　　　　　　　　　　Office of U.S. Attorney for the EDLA, through:
　　　　　　　　　　　　　　　　　　Jim Letten, U.S. Attorney
　　　　　　　　　　　　　　　　　　Hale Boggs Federal Building
　　　　　　　　　　　　　　　　　　500 Poydras Street, Suite B-210
　　　　　　　　　　　　　　　　　　New Orleans, LA 70130

　　　A lawsuit has been filed against you.

　　　Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached 1st Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Sidney D. Torres, III
　　　　　　　　　　　　　　　　　　Law Offices of Sidney D. Torres, III
　　　　　　　　　　　　　　　　　　Torres Park Plaza - Suite 303
　　　　　　　　　　　　　　　　　　8301 West Judge Perez Drive
　　　　　　　　　　　　　　　　　　Chalmette, LA 70043

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT　Loretta G. Whyte

Date:　**Aug 12 2009**　　　　　　　　　　　　　　　　*B. Gregory*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-3589

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USA through the Office of US Attorney Jim Letten
was received by me on *(date)* 08/25/2009 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail # 70050390000512749644

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/10/2009

_____
Server's signature

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X_____ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>The United States of America, through the Office of U.S. Attorney for the EDLA, through:<br>Jim Letten, U.S. Attorney<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B-210<br>New Orleans, LA 70130 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)*     7005 0390 0005 1274 9644 | | |
| PS Form 3811, February 2004    Domestic Return Receipt | | 102595-02-M-1540 |