UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER AND REASONS

Before the Court is Gulf Stream Coach, Inc.'s ("Gulf Stream") "Motion in Limine to Exclude Testimony of Dr. McGwin and to Exclude Evidence of Irrelevant Medical Conditions and to Exclude any Reference to Cancer" (Rec. Doc. #2824). This motion is opposed by plaintiffs.

For substantially the same reasons set forth in plaintiffs' Opposition Memorandum, Gulf Stream's motion is **DENIED**, without prejudice to defendants' right to object to certain particular questions posed to Dr. McGwin at trial.

New Orleans, Louisiana, this 10th day of September, 2009.

                                                              **KURT D. ENGELHARDT**
                                                              **United States District Court**