A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Sep 09, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2009 SEP -9 PM 12:02

LORETTA G. WHYTE CLERK

Aug 21, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-10)

On October 24, 2007, the Panel transferred one civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 119 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 09, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                    MDL No. 1873

SCHEDULE CTO-10 - TAG-ALONG ACTIONS                EDLA
                                                   SEC.N/5

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA |
|---|---|---|---|---|
| **ALABAMA NORTHERN** | | | | |
| ALN | 2 | 09-1421 | Christopher H. Jackler, et al. v. Pilgrim International, Inc., et al. | **09-6144** |
| ALN | 2 | 09-1423 | Christopher H. Jackler, et al. v. Cavalier Home Builders, LLC, et al. | **09-6145** |
| ALN | 2 | 09-1424 | Brian J. Perera v. Coachmen Industries, Inc., et al. | **09-6146** |
| ALN | 2 | 09-1426 | Mark Glenn Jackler, et al. v. Gulf Stream Coach, Inc., et al. | **09-6147** |
| **LOUISIANA MIDDLE** | | | | |
| LAM | 3 | 09-495 | Joan P. Decourcy, et al. v. Fleetwood Canada, Ltd., et al. | **09-6148** |
| LAM | 3 | 09-498 | Tanika Bell, et al. v. Gulf Stream, Inc., et al. | **09-6149** |
| LAM | 3 | 09-499 | Joan Roques Kennair, et al. v. Lexington Homes, et al. | **09-6150** |
| LAM | 3 | 09-500 | Angele M. Sentilles v. Monaco Coach Corp., et al. | **09-6151** |
| LAM | 3 | 09-503 | Darrin G. Geissler, et al. v. River Birch Homes, Inc., et al. | **09-6152** |
| LAM | 3 | 09-506 | Richard J. Candebat v. Stewart Park Homes, Inc., et al. | **09-6153** |
| LAM | 3 | 09-508 | Cornelius O'Neil Gould, Sr., et al. v. Liberty Homes, Inc., et al. | **09-6154** |
| LAM | 3 | 09-520 | Nola Bailey, et al. v. Cavalier Home Builders, LLC, et al. | **09-6155** |
| LAM | 3 | 09-521 | Dionte Parkman, etc. v. Gulf Stream Coach, Inc., et al. | **09-6156** |
| LAM | 3 | 09-523 | Lorry Gilmore v. Jayco, Inc., et al. | **09-6157** |
| LAM | 3 | 09-524 | William Barker v. American International Group, Inc., et al. | **09-6158** |
| LAM | 3 | 09-528 | Bobby Polk v. TL Industries, Inc., et al. | **09-6159** |
| LAM | 3 | 09-529 | Jasmine Powell-Clements v. Clayton Homes of Lafayette, Inc., et al. | **09-6160** |
| LAM | 3 | 09-530 | Desi Day, et al. v. Insureco Agency & Insurance Co., et al. | **09-6161** |
| LAM | 3 | 09-533 | Johnny Williams v. Forest River, Inc. | **09-6162** |
| LAM | 3 | 09-534 | Patricia Mack v. Recreation By Design, LLC, et al. | **09-6163** |
| LAM | 3 | 09-535 | Tracy Royal, et al. v. Waverlee Homes, Inc., et al. | **09-6164** |
| LAM | 3 | 09-536 | Charlene Caronia v. Forest River, Inc., et al. | **09-6165** |
| LAM | 3 | 09-537 | Rubin Filmore v. Crum & Forster Specialty Insurance Co., et al. | **09-6166** |
| LAM | 3 | 09-540 | Lynette Rendon, et al. v. Stewart Park Homes, Inc., et al. | **09-6167** |
| LAM | 3 | 09-541 | Ronald Morrison v. Skyline Corp., et al. | **09-6168** |
| LAM | 3 | 09-542 | Lynette Rendon, et al. v. Lakeside Park Homes, Inc., et al. | **09-6169** |
| LAM | 3 | 09-543 | Patricia Clark v. Keystone RV Co., et al. | **09-6170** |
| LAM | 3 | 09-544 | Lisa Stimage, et al. v. Keystone RV Co., et al. | **09-6171** |
| LAM | 3 | 09-545 | Betty Griffith v. Dutchmen Manufacturing, Inc., et al. | **09-6172** |
| LAM | 3 | 09-546 | Barbara Anderson v. Forest River, Inc., et al. | **09-6173** |
| LAM | 3 | 09-547 | Anthony Lopez v. Gulf Stream Coach, Inc., et al. | **09-6174** |
| LAM | 3 | 09-551 | Sharon Stewart v. American International Group, Inc., et al. | **09-6175** |
| LAM | 3 | 09-552 | Patricia Galmon v. Jayco Enterprises, Inc., et al. | **09-6176** |

**MDL No. 1873 - Schedule CTO-10 Tag-Along Actions (Continued)**

EDLA
SEC.N/5

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| LOUISIANA MIDDLE | | | | |
| LAM | 3 | 09-561 | Lynette Banks v. Vanguard Industries of Michigan, Inc., et al. | **09-6177** |
| LAM | 3 | 09-562 | Annie Avants, et al. v. Alliance Homes, Inc., et al. | **09-6178** |
| LAM | 3 | 09-573 | Adrian K. Mayfield, et al. v. Patriot Homes, Inc., et al. | **09-6179** |
| LAM | 3 | 09-581 | Charles Causey, et al. v. Jayco Enterprises, Inc., et al. | **09-6180** |
| LAM | 3 | 09-582 | Jessie James, et al. v. Gulf Stream Coach, Inc., et al. | **09-6181** |
| LAM | 3 | 09-583 | Mark Enclarde v. Patriot Homes, Inc., et al. | **09-6182** |
| LAM | 3 | 09-584 | Richard Bogen v. Gulf Stream Coach, Inc., et al. | **09-6183** |
| LAM | 3 | 09-585 | Shontell Stevenson, et al. v. Keystone Industries, Inc., et al. | **09-6184** |
| LAM | 3 | 09-586 | Decor Bienemy, et al. v. Horton Homes, Inc., et al. | **09-6185** |
| LAM | 3 | 09-587 | Deanna Alexander, et al. v. Horton Homes, Inc., et al. | **09-6186** |
| LAM | 3 | 09-591 | Catherine Austin, et al. v. Alliance Homes, Inc., et al. | **09-6187** |
| LAM | 3 | 09-592 | Zachary Winfield, Jr. v. Coachmen Industries, Inc., et al. | **09-6188** |
| LAM | 3 | 09-594 | Alice Blount v. Gulf Stream Coach, Inc., et al. | **09-6189** |
| LAM | 3 | 09-595 | Alice Wilson, et al. v. American International Group, Inc., et al. | **09-6190** |
| LAM | 3 | 09-596 | Casey Campbell, et al. v. Jayco Enterprises, Inc., et al. | **09-6191** |
| LAM | 3 | 09-597 | Charise Burton v. American International Specialty Lines Insurance Co., et al. | **09-6192** |
| LAM | 3 | 09-598 | Christy Ball, et al. v. Alliance Homes, Inc., et al. | **09-6193** |
| LAM | 3 | 09-599 | Coretta Brown, et al. v. Keystone RV Co., et al. | **09-6194** |
| LAM | 3 | 09-600 | Daina Caston, et al. v. Gulf Stream Coach, Inc., et al. | **09-6195** |
| LAM | 3 | 09-601 | Dalfrey Alexander, et al. v. Alliance Homes, Inc., et al. | **09-6196** |
| LAM | 3 | 09-602 | Glory Campbell v. Gulf Stream Coach, Inc., et al. | **09-6197** |
| LAM | 3 | 09-603 | Jo Ann Hernandez, et al. v. Alliance Homes, Inc., et al. | **09-6198** |
| LAM | 3 | 09-604 | James Milligan v. Liberty Insurance Corp., et al. | **09-6199** |
| LAM | 3 | 09-605 | Jane Rapp v. Stewart Park Homes, Inc., et al. | **09-6200** |
| LAM | 3 | 09-606 | Joceyln Jagers v. Cavalier Home Builders, LLC, et al. | **09-6201** |
| LAM | 3 | 09-607 | Kiren Benjamin, et al. v. Alliance Homes, Inc., et al. | **09-6202** |
| LAM | 3 | 09-608 | Sherri Dempre, etc. v. KZRV LP, et al. | **09-6203** |
| LAM | 3 | 09-609 | Michelle Wilson v. Vanguard Industries of Michigan, Inc., et al. | **09-6204** |
| LAM | 3 | 09-610 | Nettie Ceaser v. American International Group, Inc., et al. | **09-6205** |
| LAM | 3 | 09-617 | Wendell Matthews v. Gulf Stream Coach, Inc., et al. | **09-6206** |
| LOUISIANA WESTERN | | | | |
| LAW | 5 | 09-1293 | Diane Lynn Breuninger v. Lexington Homes, Inc., et al. | **09-6207** |
| LAW | 6 | 09-1299 | Van Lee Parker v. Cavalier Home Builders, LLC, et al. | **09-6208** |
| LAW | 6 | 09-1301 | Brenda Marie Price v. Insureco Agency & Insurance Service, et al. | **09-6209** |
| LAW | 6 | 09-1303 | Dinah White Henderson v. American International Group, Inc., et al. | **09-6210** |

**MDL No. 1873 - Schedule CTO-10 Tag-Along Actions (Continued)**

**EDLA SEC.N/5**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** | |
|---|---|---|---|---|
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 2 | 09-139 | Carol W. Blappert, et al. v. Layton Homes Corp., et al. | **09-6211** |
| MSS | 2 | 09-140 | W.J. Simmons v. Recreation By Design, LLC, et al. | **09-6212** |
| MSS | 3 | 09-450 | Michael Tyrone Crump, et al. v. Gulf Stream Coach, Inc., et al. | **09-6213** |
| MSS | 4 | 09-109 | Ruben Green, et al. v. Gulf Stream Coach, Inc., et al. | **09-6214** |
| MSS | 5 | 09-129 | Brainard Singleton, etc. v. Forest River, Inc., et al. | **09-6215** |
| MSS | 5 | 09-130 | Brainard Singleton, etc. v. Forest River, Inc., et al. | **09-6216** |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

September 9, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-10)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 21, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Tanisha Spinner
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)
cc:  Transferee Judge: Judge Kurt D. Engelhardt

JPML Form 36A

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                           MDL No. 1873

## INVOLVED COUNSEL LIST (CTO-10)

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

Raul R. Bencomo
BENCOMO & ASSOCIATES
639 Loyola Avenue, Suite 2110
New Orleans, LA 70113

Roberta L. Burns
LAW OFFICES OF SIDNEY D TORRES III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043

Michael F. Cavanaugh
P.O. Drawer 1911
Biloxi, MS 39533-1911

Frank Jacob D'Amico, Jr.
FRANK J D'AMICO JR APLC
622 Baronne Street, Suite 200
New Orleans, LA 70113

John A. Eaves, Jr.
JOHN ARTHUR EAVES LAW OFFICE
101 North State Street
Jackson, MS 39201

Jim S. Hall
JIM S HALL & ASSOCIATES
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001

Richard Ieyoub
CARLTON DUNLAP OLINDE & MOORE
One American Place, Suite 900
Baton Rouge, LA 70825

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL
& BERKOWTIZ
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

Hugh Palmer Lambert
LAMBERT & NELSON PLC
701 Magazine Street
New Orleans, LA 70130

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
MEUNIER    & WARSHAUER
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519

J. Rock Palermo, III
VERON BICE PALERMO & WILSON
P.O. Box 2125
Lake Charles, LA 70602-2125

MaryAnna Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427

Ronnie G. Penton
LAW OFFICE OF RONNIE G PENTON
209 Hoppen Place
Bogalusa, LA 70427

**MDL No. 1873 - Involved Counsel List (CTO-10) (Continued)**

John J. Rausch
RAUSCH LAW FIRM
2022-2024 Bopp Street
P.O. Box 905
Waterloo, IA 50702

Joseph W. Rausch
JIM S HALL & ASSOCIATES
800 N. Causeway Blvd.
Suite 100
Metairie, LA 70001

Joseph Sunseri
NICAUD & SUNSERI
3000 18th Street
Metairie, LA 70002

Sidney D. Torres, III
LAW OFFICES OF SIDNEY D TORRES III
Torres Park Plaza
8301 West Judge Perez Drive
Suite 303
Chalmette, LA 70043

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Justin I. Woods
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION  MDL No. 1873

## INVOLVED JUDGES LIST (CTO-10)

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Robert G. James
Chief Judge
United States District Court
Post Office Box 3107
Monroe, LA 71210-3107

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801