UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION
                          SECTION "N" (5)
THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
Hartford, et al v. Gulf Stream Coach, Inc.
Number 09-0548

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs supplement Exhibit A of their Original Complaint by adding the following additional Plaintiff(s):

1. Isaiah Chatman
2. Maxine Ellis

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this First Supplemental and Amending Complaint, and after the legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against the Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and

losses, and for such other and further relief as this Honorable Court deems just and proper.

        LAW OFFICES OF RONNIE G. PENTON
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE        :     (985) 732-5651
        TELECOPIER:     (985) 735-5579
        E-MAIL       :     rgp@rgplaw.com

        DENNIS SWEET (#8105)
        SWEET & ASSOCIATES
        158 EAST PASCAGOULA STREET
        JACKSON, MISSISSIPPI  39201
        PHONE        :     (601) 965-8700
        TELECOPIER:     (601) 965-8719
        E-MAIL       :     dennis.sweet@sweetandassociates.net


    s/Ronnie G. Penton
    By:   Ronnie G. Penton
          Trial Counsel for Plaintiffs
          Louisiana Bar Roll Number 10462