UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                             SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## **ORDER AND REASONS**

Before the Court is Fluor Enterprises, Inc.'s ("Fluor") "Motion to Exclude Expert Testimony of Charles David Moore, PE, PLS" (Rec. Doc. #2899). This motion is opposed by plaintiffs.

For substantially the same reasons set forth in plaintiffs' Opposition Memorandum, Fluor's motion is **DENIED**, without prejudice to defendants' right to object to certain particular questions posed to Charles David Moore at trial.

New Orleans, Louisiana, this 10th day of September, 2009.

                                           **KURT D. ENGELHARDT**
                                           **United States District Court**