UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO: 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*<br>*No. 09-3818* | MAGISTRATE CHASEZ |

*********************************************************************

## NORTHFIELD INSURANCE COMPANY'S MOTION TO TRANSFER VENUE FOR CONVENIENCE TO MIDDLE DISTRICT OF FLORIDA PURSUANT TO 28 U.S.C. § 1404(A)

Defendant, Northfield Insurance Company ("Northfield"), submits this Motion to Transfer for Convenience to the Middle District of Florida Pursuant to 28 U.S.C. §1404(a) upon a showing that the Middle District of Florida is the most convenient forum for the parties and the declaratory judgment action regarding Northfield's coverage obligations to a Florida-insured, if any, is best decided by Florida courts under Florida law, as more fully outlined in the accompanying memorandum.

WHEREFORE, under the rules provided by the Federal Rules of Civil Procedure and the attached memorandum and accompanying exhibits in support, Northfield Insurance Company prays that this Honorable Court transfer this case to the United States District Court for the Middle District of Florida.

Respectfully submitted,

*[signature]*

**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**TINA L. KAPPEN, La. Bar #29579**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

*[signature]*