UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO: 1873 |
| | SECTION N(5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Service, Inc. v. Northfield Ins. Co.* No. 09-3818 | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

Considering the foregoing Motion To Transfer Venue For Convenience To The Middle District of Florida Pursuant to 28 U.S.C. §1404 (a) filed by Northfield Insurance Company:

IT IS ORDERED that the Motion To Transfer Venue For Convenience To The Middle District of Florida Pursuant to 28 U.S.C. §1404 (a) is GRANTED and that the matter styled as *North American Catastrophe Service, Inc. v. Northfield Ins. Co.*, Civ. Action No. 09-3818 be, and hereby is, transferred to the United States District Court for the Middle District of Florida.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE