UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO: 1873

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

MAGISTRATE CHASEZ

*******************************************************************

## NOTICE OF HEARING

TO: Plaintiff, North American Catastrophe Service, Inc.
Through their attorney of record:
Kevin F. Bruce
Galloway, Johnson, Tompkins, Burr & Smith, P.C.
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139

**PLEASE TAKE NOTICE** that Defendant, Northfield Insurance Company ("Northfield"), will bring on for hearing its Motion to Transfer Venue For Convenience to the Middle District of Florida Pursuant to 28 U.S.C. §1404 (a) before the Honorable Judge Kurt D. Engelhardt on the **7th day of October, 2009 at 9:30 a.m.** or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

_[signature]_

**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**TINA L. KAPPEN, La. Bar #29579**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

_[signature]_