## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:      FEMA TRAILER                    MDL NO. 07-1873
            FORMALDEHYE PRODUCTS
            LIABILITY LITIGATION            SECTION "N" (4)


**THIS DOCUMENT RELATES TO:**
*Albert Croon, et al v. Morgan Building & Spas, Inc.*
**09-0405-HSO-JMR**
**********************************************************************************

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

### 1.

Plaintiffs supplement Exhibit A of their Original Complaint by adding the following additional Plaintiff(s):

1.      Myrtle Pearson

### 2.

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this First Supplemental and Amending Complaint, and after the legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against the Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and losses, and for such other and further relief as this Honorable Court deems just and proper.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE          :          (985) 732-5651
TELECOPIER:          (985) 735-5579
E-MAIL          :          rgp@rgplaw.com

DENNIS SWEET (Ala. Code ASB-0956-76D)
SWEET & ASSOCIATES
158 EAST PASCAGOULA STREET
JACKSON, MISSISSIPPI  39201
PHONE          :          (601) 965-8700
TELECOPIER:          (601) 965-8719
E-MAIL          :          dennis.sweet@sweetandassociates.net

s/Ronnie G. Penton
By:     Ronnie G. Penton
        Trial Counsel for Plaintiffs
        Louisiana Bar Roll Number 10462

**CERTIFICATE OF SERVICE**


I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

September 10, 2009.


s/Ronnie G. Penton
Ronnie G. Penton