ATTORNEY'S NAME: Andry, Jonathan M 20081
AND ADDRESS: 610 Baronne St,
New Orleans, LA 70113-3403

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2009 -- 07920    2           SECTION: 11 -- G

BROCK, ORA versus RECREATION BY DESIGN, LLC

## CITATION

TO: SHAW ENVIRONMENTAL, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION
5616 CORPORATE BLVD.
SUITE 400B
BATON ROUGE        LA   70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

***ADDITIONAL INFORMATION***

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    July 30, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
              Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES |
| On SHAW ENVIRONMENTAL, INC. | On SHAW ENVIRONMENTAL, INC. |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said Aug 6, 09 SHAW ENVIRONMENTAL, INC. I made service on the named party through the _____ being absent from the domicile at time of said service. Returned same day by tendering a copy of this document to Deputy Sheriff of LISA UTTECH |
| Returned same day No. Deputy Sheriff of _____ Mileage: $_____ JWT / ENTERED / _____ PAPER    RETURN  1 /  / 01 SERIAL NO.  DEPUTY  PARISH | L. Torres 9604 Deputy Sheriff, Parish of East Baton Rouge, Lou VERIFIED |

EXHIBIT "1"

ATTORNEY'S NAME: Andry, Jonathan 20081
AND ADDRESS: 610 Baronne St,
New Orleans   LA 70113-3403

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO:   2009 -- 07920       1       FILED       SECTION:   11 -- G

BROCK, ORA versus RECREATION BY DESIGN, LLC

2009 AUG 13 P 2: 31

# CITATION

CIVIL
DISTRICT COURT

TO: RECREATION BY DESIGN, LLC
THROUGH: VIA THE LOUISIANA LONG ARM STATUTE
THROUGH ITS AGENT FOR SERVICE OF PROCESS: RANDALL K. RUSH
21746 BUCKINGHAM RD.
ELKHART             IN     46516

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
**PETITION FOR DAMAGES**
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the service hereof under penalty of default

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
ADDITIONAL INFORMATION
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA    July 30, 2009    .

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
    Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES |
| On RECREATION BY DESIGN, LLC | On RECREATION BY DESIGN, LLC |
| THROUGH: VIA THE LOUISIANA LONG ARM STATUTE | THROUGH: VIA THE LOUISIANA LONG ARM STATUTE |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ RECREATION BY DESIGN, LLC |
| Returned same day  No. _____ Deputy Sheriff of _____ Mileage: $_____ | being absent from the domicile at time of said service. Returned same day  No. _____ Deputy Sheriff of _____ |
| _____/ ENTERED /_____ PAPER         RETURN ____/____ SERIAL NO.   DEPUTY   PARISH | |

GILBERT V. ANDRY, IV†
JONATHAN B. ANDRY*

†Also admitted in Colorado & Texas
*LLM in Energy and Environmental Law



**THE ANDRY LAW FIRM L.L.C.**

TOLL FREE 1.877.526.8899
CHALMETTE 504.276.8899
BELLE CHASSE 504.366.8899

610 BARONNE STREET | NEW ORLEANS | LOUISIANA 70113 | TELEPHONE 504.586.8899 | FAX 504.586.8911

FILED
2009 AUG 13 P 2: 31
CIVIL DISTRICT COURT

July 31, 2009

<u>Via Certified Mail No. 7007 1490 0000 5218 4480</u>
**Return Receipt Requested**

Recreation by Design, LLC
Through its Agent for Service of Process:
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

Re:   *Ora Brock, Individually and On Behalf of Her Deceased Husband, Lionel Brock v. Recreation by Design, LLC and Shaw Environmental, Inc.*
Civil District Court, Parish of Orleans, State of Louisiana
No. 1009-07920 "G"(11)

Dear Mr. Rush:

I enclose a certified copy of the Petition for Damages filed on behalf of my client in the referenced matter. Pursuant to the Louisiana Long-Arm Statute, receipt of this pleading constitutes valid service upon you. Under Louisiana law you are required to file responsive pleadings within thirty days.

I look forward to hearing from you or counsel selected to represent you in these proceedings at your earliest convenience.

Yours very truly,

Jonathan B. Andry

JBA/glh
Enclosure

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Recreation by Design, LLC
Through its Agent for Service of Process:
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): ANN VAN TUBBERGEN
C. Date of Delivery: 8/3/09
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7007 1490 0000 5218 4480