UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Sylvester v. Cavalier Home Builders, Inc., et al*<br>No. 09-5621 | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC.'S
### CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") who respectfully submits the following certification in accordance with 28 U.S.C. § 1447(b):

(1) The following is a list of parties remaining in this action and their counsel of record:

    **1.**    **Plaintiff:**    Andrew Sylvester

    Gerald E. Meunier (La. #9471)
    Justin I. Woods (La. #24713)
    *Gainsburgh, Benjamin, David, Meunier*
    *& Warshauer, LLC*
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone: (504)-522-2304
    Fax: (504)-528-9973

    **Attorneys for Plaintiff**

    **2.**    **Defendant**:    Shaw Environmental, Inc.

    M. David Kurtz (La. #23821)
    Karen Kaler Whitfield (La. #19350)
    Catherine N. Thigpen (La. #30001)
    *Baker Donelson Bearman Caldwell*
    *& Berkowitz, PC*
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana 70170
    Telephone: (504) 566-5200
    Fax: (504) 636-4000

    **Attorneys for Defendant Shaw Environmental, Inc.**

    **3**.    **Defendant**:    Fluor Enterprises, Inc.

    Charles R. Penot, Jr. (La. #1530 & Tx. #24062455)
    *Middleberg, Riddle & Gianna*
    717 North Harwood, Suite 2400
    Dallas, Texas 75201
    Telephone: (214) 220-6334
    Fax: (214) 220-6807

    *and*

    Dominic J. Gianna (La. #6063)

Sarah A. Lowman (La. #18311)
*Middleberg, Riddle & Gianna*
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone:  (504) 525-7200
Fax:  (504) 581-5983

*and*

Richard A. Sherburne, Jr. (La. #2106)
*Middleberg, Riddle & Gianna*
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone:  (225) 381-7700
Fax:  (225) 381-7730

**Attorneys for Defendant Fluor Enterprises, Inc.**

4. **Defendant:**   CH2M Hill Constructors, Inc.

Danny G. Shaw (La. #11977)
Gerardo R. Barrios (La. #21223)
Wade M. Bass (La. #29081)
*Baker Donelson Bearman Caldwell*
*& Berkowitz, PC*
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA 70471
Telephone:  (985) 819-8400
Fax:  (985) 819-8484

**Attorneys for Defendant CH2M Hill Constructors, Inc.**

5. **Defendant:**   Recreation By Design, LLC

Lyon H. Garrison (La. #19591)
Randall C. Mulcahy (La. #26436)
Darrin L. Forte (La. #26885
*Garrison, Yount, Forte & Mulcahy, LLC*
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Fax:  (504) 527-0686

**Attorneys for Defendant Recreation By Design, LLC**

      **6.**    **Cavalier Home Builders, LLC**

      **7.**    **Cavalier Homes, Inc.**

(2)    Copies or electronic images of all records and proceedings occurring in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, Civil Action 114-121 prior to removal, then known to Shaw, were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1) as follows, arranged by filing date:

      1.    Petition for Damages filed on or about July 31, 2009; and

      2.    Notice of Filing of Notice of Removal filed by Shaw Environmental, Inc. on August 14, 2009.

(3)    Copies of the returns on service of process filed in state court are attached hereto as Exhibit 1.

(4)    Attorneys for Shaw certify that to the best of their knowledge, the above constitutes the entire state court record.

(5)    No motions or exceptions were pending in this case in the 34th Judicial District Court for the Parish of St. Bernard before removal.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

    /s/ Catherine N. Thigpen
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

    /s/ Catherine N. Thigpen

5