## CITATION

#29.36

**ANDREW SYLVESTER**

*Versus*

**CAVALIER HOME BUILDERS, LLC,
CAVALIER HOMES, INC., RECREATION BY
DESIGN, LLC, SHAW ENVIRONMENTAL,
INC., FLUOR ENTERPRISES, INC., and CH2M
HILL CONSTRUCTORS, INC.**

Case: **114-121**

Division: **A**

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

TO: **CH2M HILL CONSTRUCTORS, INC.
THRU ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808**

**FILED**
AUG 1 2 2009
CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the **31ST** day of **JULY**, 2009.

*I made service on the CT Corporation by tendering a copy of this document to LISA UTTECH*
AUG 07 2009

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk
/S/Lisa L. Borde

**LLB/A SYLVESTER**
www.stbclerk.com

**DOMICILIARY**
Received Parish of St. Bernard on the ___ day of ___, and on the ___ day of ___, ___, I served a copy of the within ___ by leaving the same at ___ domicile ___ this Parish in the hands of ___ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts connected with this service I learned by interrogating the same ___ the said ___ being absent from ___ domicile at the time of said service.
Returned Parish of St. Bernard _____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the ___ day of ___, ___ and on the ___ day of ___, ___, I served a copy of the within ___ on ___ at ___ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____
Sheriff

**EXHIBIT "1"**

$23.12

CITATION

**ANDREW SYLVESTER**



Versus

**CAVALIER HOME BUILDERS, LLC,
CAVALIER HOMES, INC., RECREATION BY
DESIGN, LLC, SHAW ENVIRONMENTAL,
INC., FLUOR ENTERPRISES, INC., and CH2M
HILL CONSTRUCTORS, INC.**

Case: **114-121**

Division **A**

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

TO: **SHAW ENVIRONMENTAL, INC.
THRU ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808**

**FILED**

AUG 12 2009

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **_PETITION FOR DAMAGES_**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 31ST day of JULY, 2009.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _Lena R. Borden_
Deputy Clerk
S/Lisa L. Borden

LLB/A SYLVESTER
www.stbclerk.com

*[Stamp across: I made service on the named party by tendering a copy of this document to CT Corporation / LISAUTTECH / Deputy Sheriff Parish of East Baton Rouge / AUG 07 2009]*

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile of _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
            Returned Parish of St. Bernard _____

Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ . _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
            Returned Parish of St. Bernard _____

Sheriff

$29.36

# CITATION

**ANDREW SYLVESTER**



Case: **114-121**

Division: **A**

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

Versus

**CAVALIER HOME BUILDERS, LLC,
CAVALIER HOMES, INC., RECREATION BY
DESIGN, LLC, SHAW ENVIRONMENTAL,
INC., FLUOR ENTERPRISES, INC., and CH2M
HILL CONSTRUCTORS, INC.**

TO: **FLUOR ENTERPRISES, INC.
THRU ITS AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129**

**FILED**

AUG 12 2009

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **_PETITION FOR DAMAGES_**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 31ST day of JULY, 2009.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk
/S/Lisa L. Borde:

**LLB/A SYLVESTER**
www.stbclerk.com

**DOMICILIARY**
Received Parish of St. Bernard on the ____ day of _____, _____ and on the ____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____.
                                                                    Sheriff

**PERSONAL**
Received Parish of St. Bernard on the ____ day of _____, _____ and on the ____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____.
                                                                    Sheriff