## CITATION                                    FOR RETURN

**THERESA BARTHELEMY**

*Versus*

**CRUM & FORSTER SPECIALTY INSURANCE CO ET AL**



Case: *00057029*
Division: *A*
25ᵗʰ *Judicial District Court*
*Parish of Plaquemines*
*State of Louisiana*

To: SHAW ENVIRONMENTAL INC
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION
5615 CORPORATE BLVD
SUITE 400B
BATON ROUGE LA 70808

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25ᵗʰ Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.*

*WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Friday, July 31, 2009.*

Req. By:
JUSTIN I WOODS
(504) 522-2304

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

---

### Service Information

*Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20____ served the above named party as follows:*

**Personal Service** *on the party herein named* _____.
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

Returned:
Parish of _____  this _____ day of _____, 20_____.

Service      $_____

Mileage      $_____

Total        $_____

E.B.R. SHERIFF'S OFFICE

RECEIVED
AUG 0 3 2009

FILED
AUG 0 7 2009

[ RETURN COPY ]

**EXHIBIT
"1"**