**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL NO. 1873** **SECTION "N" (5)** **JUDGE ENGELHARDT** **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT PERTAINS TO** CIVIL CASE NOS. 09-4676, 09-4677, 09-4678, 09-4679, 09-4680, 09-4681, 09-4682, 09-4683, 09-4684, 09-4685, 09-4686, 09-4687, 09-4688, 09-4689, 09-4690, 09-4691, 09-4692, 09-4693, 09-4694, 09-4695, 09-4696, 09-4697, 09-4698, 09-4699, 09-4700, 09-4701, 09-4702, 09-4703, 09-4704, 09-4705, 09-4706, 09-4707 | * * * * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER 40**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully submit to this Court for an extension of time to comply with the deadlines in Pretrial Order 40.

1

Pretrial Order ("PTO") 40 requires all unmatched plaintiffs to be matched with a specific manufacturing defendant within 45 days of the date of filing of the complaint. This deadline is subject to extension for good cause shown. For the reasons explained below, it is submitted that good cause exists for a (45) day extension of the 45-day deadline in PTO 40 as to the unmatched plaintiffs filed by the Watts Hilliard, L.L.P. group.

On or about July 31, 2009, the Watts Hilliard, L.L.P. group filed numerous complaints including 32 complaints in the Eastern District of Louisiana for approximately 9,254 clients[1]. The following lawsuits were filed for unmatched plaintiffs: Civil Action No. 09-4676; Civil Action No. 09-4677; Civil Action No. 09-4678; Civil Action No. 09-4679; Civil Action No. 09-4680; Civil Action No. 09-4681; Civil Action No. 09-4682; Civil Action No. 09-4683; Civil Action No. 09-4684; Civil Action No. 09-4685; Civil Action No. 09-4686; Civil Action No. 09-4687; Civil Action No. 09-4688; Civil Action No. 09-4689; Civil Action No. 09-4690; Civil Action No. 09-4691; Civil Action No. 09-4692; Civil Action No. 09-4693; Civil Action No. 09-4694; Civil Action No. 09-4695; Civil Action No. 09-4696; Civil Action No. 09-4697; Civil Action No. 09-4698; Civil Action No. 09-4699; Civil Action No. 09-4700; Civil Action No. 09-4701; Civil Action No. 09-4702; Civil Action No. 09-4703; Civil Action No. 09-4704; Civil Action No. 09-4705; Civil Action No. 09-4706; and Civil Action No. 09-4707. To date, none of these complaints have been transferred into this MDL.

---

[1] The Watts Hilliard Group has filed a complaint on behalf of approximately 21,722 clients and represents approximately 22,525 clients. Of the 21,722 filed clients, approximately 6,800 remain unmatched with a trailer manufacturer and/or no-bid contractor. The undersigned just recently received matching information from the Government for approximately 2600 of the filed clients.

Plaintiffs' counsel has been diligently working with FEMA to obtain the matching information related to their clients. Since February of 2009, Plaintiffs' counsel has requested matching information from the Government on approximately four different occasions. More specifically, please see the following recent inquires:

On or about July 20, 2009, Plaintiffs' counsel, through the PCS, submitted approximately 5,704 clients for matching. On or about August 28, 2009, Plaintiffs' counsel received matching information for approximately 2600 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor). Plaintiffs' counselors are diligently working to process this information and to file amended matching complaints as to these complaints prior to the 45-day deadline (September 14, 2009). The undersigned counsel is also on the PSC and is currently preparing for the first bellwether trial that is set to begin on September 14, 2009.

On or about August 14, 2009, Plaintiffs' counsel, through the PCS, submitted 2,288 clients for matching. To date, no matching information has been received back from FEMA. Plaintiffs' counsel anticipates receiving matching information from FEMA on or about September 16, 2009. Of course, Plaintiffs' counsel does not know the percentage of this batch that will come back unmatched or partially matched.

Plaintiffs' counsel currently has 1,697 clients that have never been submitted to FEMA for matching information because the undersigned is lacking information (FEMA ID number) required by FEMA to obtain the matching information. Plaintiffs' counsel is diligently attempting to obtain FEMA ID numbers (as well as other pertinent and required information) from these clients.

3

As set forth above, Plaintiffs' counsel has been diligently attempting to obtain matching information for their clients. However, due to time restraints, as well as lacking information from the Government, Plaintiffs' counsel would respectfully request a 45-day extension of the current forty-five day deadline, giving the undersigned until October 29, 2009 to file <u>all</u> current unmatched plaintiffs in the following civil cases: Civil Action No. 09-4676; Civil Action No. 09-4677; Civil Action No. 09-4678; Civil Action No. 09-4679; Civil Action No. 09-4680; Civil Action No. 09-4681; Civil Action No. 09-4682; Civil Action No. 09-4683; Civil Action No. 09-4684; Civil Action No. 09-4685; Civil Action No. 09-4686; Civil Action No. 09-4687; Civil Action No. 09-4688; Civil Action No. 09-4689; Civil Action No. 09-4690; Civil Action No. 09-4691; Civil Action No. 09-4692; Civil Action No. 09-4693; Civil Action No. 09-4694; Civil Action No. 09-4695; Civil Action No. 09-4696; Civil Action No. 09-4697; Civil Action No. 09-4698; Civil Action No. 09-4699; Civil Action No. 09-4700; Civil Action No. 09-4701; Civil Action No. 09-4702; Civil Action No. 09-4703; Civil Action No. 09-4704; Civil Action No. 09-4705; Civil Action No. 09-4706; and Civil Action No. 09-4707.

**WHEREFORE,** Plaintiffs respectfully pray that this Honorable Court grant their Ex Parte Motion for Extension of Time to Comply with Deadlines Imposed in Pretrial Order 40.

Respectfully submitted,

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500

Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 10th day of September, 2009.

                                    /s/ Robert C. Hilliard

                                    _____
                                    **ROBERT C. HILLIARD**