**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * | **MDL NO. 1873**<br>**SECTION "N" (5)**<br>**JUDGE ENGELHARDT**<br>**MAGISTRATE CHASEZ** |
| **THIS DOCUMENT PERTAINS TO**<br><br>CIVIL CASE NOS. 09-4676, 09-4677, 09-4678, 09-4679, 09-4680, 09-4681, 09-4682, 09-4683, 09-4684, 09-4685, 09-4686, 09-4687, 09-4688, 09-4689, 09-4690, 09-4691, 09-4692, 09-4693, 09-4694, 09-4695, 09-4696, 09-4697, 09-4698, 09-4699, 09-4700, 09-4701, 09-4702, 09-4703, 09-4704, 09-4705, 09-4706, 09-4707 | * * * * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Ex Parte Motion for Extension of Time to Comply with Pretrial Order 40:

**IT IS ORDERED** that plaintiffs' Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the 45-day deadline for matching any unmatched plaintiff with a specific manufacturing defendant as specified in Pretrial

1

Order 40 that is represented by Robert C. Hilliard, Mikal C. Watts, et al, is extended so that any unmatched plaintiffs filed by the Watts Hilliard Group shall be given an additional 45 days to be matched with a specific manufacturing defendant (October 29, 2009).  At the end of the extended 45 day period, counsel for plaintiffs shall notify the court of any plaintiffs which remain unmatched and the civil action number of the original complaint in which they were named.

New Orleans, Louisiana this \_\_\_ day of _____, 2009.

_____
**JUDGE KURT D. ENGELHARDT**