(101) Citation: ISS PETITION FOR DAMAGES ;   090728-5483-0

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

**ERNESTINE SAMUELS**
   versus
**LAKESIDE PARK HOMES INC, AMERICAN INTERNATIONAL SPECIALTY INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, LEXINGTON INSURANCE COMPANY, SHAW ENVIRONMENTAL INC, CH2M HILL CONSTRUCTORS INC, TKTMJ INC**

Case: 675-917   Div: "B"
P 1 ERNESTINE SAMUELS



To: TKTMJ INC
THROUGH ITS REGISTERED AGENT
YVONNE R TUBRE
623 PATRICK ROAD
NATCHITOCHES LA 71457

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 28th day of July, 2009.

Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

----SERVICE INFORMATION----

(101) Citation: ISS PETITION FOR DAMAGES ;   090728-5483-0

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal    ___ Domiciliary _____

Unable to serve:
___ Not at this address       ___ Numerous attempts _____ times
___ Vacant                    ___ Received too late to serve
___ Moved                     ___ No longer works at this address
___ No such address           ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____
Completed by:_____ #_____
            Deputy Sheriff
Parish of: _____

IMAGED AUG 07 2009

**EXHIBIT "1"**

(101) Citation: ISS PETITION FOR DAMAGES ;   090728-5478-0

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

ERNESTINE SAMUELS
   versus
LAKESIDE PARK HOMES INC, AMERICAN
INTERNATIONAL SPECIALTY INSURANCE COMPANY,
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, LEXINGTON INSURANCE COMPANY,
SHAW ENVIRONMENTAL INC, CH2M HILL
CONSTRUCTORS INC, TKTMJ INC

Case: 675-917   Div: "B"
P 1 ERNESTINE SAMUELS

To: AMERICAN INTERNATIONAL SPECIALTY Lines
INSURANCE COMPANY
THROUGH THE SECRETARY OF STATE
STATE OF LOUISIANA
8585 ARCHIVES AVE
BATON ROUGE LA 70809

SS# 38694 $75.00
EBR# 38695 $146.00



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 28th day of July, 2009.

_____
Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES ;   090728-5478-0

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal   ___ Domiciliary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____   #_____
                 Deputy Sheriff
Parish of:_____

I made service by tendering a copy of this document to JULIE NESBITT, Office of the Secretary of State, East Baton Rouge, Louisiana, AUG 04 2009, on the named party through the

IMAGED AUG 12 2009

(101) Citation: ISS PETITION FOR DAMAGES ;                                                  090728-5479-8

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ERNESTINE SAMUELS
  versus
LAKESIDE PARK HOMES INC, AMERICAN
INTERNATIONAL SPECIALTY INSURANCE COMPANY,     Case: 675-917   Div: "B"
INSURANCE COMPANY OF THE STATE OF              P 1 ERNESTINE SAMUELS
PENNSYLVANIA, LEXINGTON INSURANCE COMPANY,
SHAW ENVIRONMENTAL INC, CH2M HILL
CONSTRUCTORS INC, TKTMJ INC

To: INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA
THROUGH THE SECRETARY OF STATE
STATE OF LOUISIANA                             SS# 38694 $75.00
8585 ARCHIVES AVE.                             EBR# 38695 $146.80
BATON ROUGE, LA 70809

FILED FOR RECORD
2009 AUG 10 PM 2:37

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 28th day of July, 2009.

Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

------------------------------ SERVICE INFORMATION ------------------------------

(101) Citation: ISS PETITION FOR DAMAGES ;                                                  090728-5479-8

Received:_____     Served:_____     Returned:_____

Service was made:
  ___ Personal           ___ Domiciliary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts ____ times
  ___ Vacant                 ___ Received too late to serve
  ___ Moved                  ___ No longer works at this address
  ___ No such address        ___ Need apartment / building number
  ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____    #_____
                    Deputy Sheriff
Parish of:_____

I made service by tendering a copy of this document to the Office of the Secretary of State on the named party through the JULIE NESBITT  AUG 04 2009  East Baton Rouge Louisiana

IMAGED AUG 12 2009

(101) Citation: ISS PETITION FOR DAMAGES ;                                  090728-5482-2

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

**ERNESTINE SAMUELS**
  versus
**LAKESIDE PARK HOMES INC, AMERICAN**
**INTERNATIONAL SPECIALTY INSURANCE COMPANY,**   Case: 675-917  DIV "B"
**INSURANCE COMPANY OF THE STATE OF**            P 1 ERNESTINE SAMUELS
**PENNSYLVANIA, LEXINGTON INSURANCE COMPANY,**
**SHAW ENVIRONMENTAL INC, CH2M HILL**
**CONSTRUCTORS INC, TKTMJ INC**

To: CH2M HILL CONSTRUCTORS INC
THROUGH AGENT FOR SERVICE
CT CORPORATION SYSTEM                             EBR# 38695 $146.80
5615 CORPORATE BLVD SUITE 400 B
BATON ROUGE LA 70808



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 28th day of July, 2009.

Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES ;                                  090728-5482-2

Received:_____   Served:_____   Returned:_____

Service was made:
 ___ Personal       ___ Domiciliary _____

Unable to serve:
 ___ Not at this address    ___ Numerous attempts ___ times
 ___ Vacant                 ___ Received too late to serve
 ___ Moved                  ___ No longer works at this address
 ___ No such address        ___ Need apartment / building number
 ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____
                  Deputy Sheriff
Parish of: _____

IMAGED AUG 12 2009

(101) Citation: ISS PETITION FOR DAMAGES ;                                           090728-5481-4

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

**ERNESTINE SAMUELS**
 versus
**LAKESIDE PARK HOMES INC, AMERICAN**
**INTERNATIONAL SPECIALTY INSURANCE COMPANY,**           Case: 675-917   Div: "B"
**INSURANCE COMPANY OF THE STATE OF**                    P 1 ERNESTINE SAMUELS
**PENNSYLVANIA, LEXINGTON INSURANCE COMPANY,**
**SHAW ENVIRONMENTAL INC, CH2M HILL**
**CONSTRUCTORS INC, TKTMJ INC**

To: SHAW ENVIRONMENTAL INC
THROUGH AGENT FOR SERVICE
CT CORPORATION SYSTEM                                    EBR# 38695  $14
5615 COROPORATE BLVD SUITE 400B
BATON ROUGE LA 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 28th day of July, 2009.

_____
Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES ;                                           090728-5481-4

Received:_____     Served:_____     Returned:_____

Service was made:
___ Personal        ___ Domiciliary _____

Unable to serve:
___ Not at this address     ___ Numerous attempts ___ times
___ Vacant                  ___ Received too late to serve
___ Moved                   ___ No longer works at this address
___ No such address         ___ Need apartment / building number
___ Other _____

Service: $_____      Mileage: $_____      Total: $_____
Completed by:_____
Parish of:_____  Deputy Sheriff

IMAGED AUG 12 2009

(101) Citation: ISS PETITION FOR DAMAGES ;                               090728-5480-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ERNESTINE SAMUELS
  versus
LAKESIDE PARK HOMES INC, AMERICAN
INTERNATIONAL SPECIALTY INSURANCE COMPANY,      Case: 675-917    Div: "B"
INSURANCE COMPANY OF THE STATE OF                P 1 ERNESTINE SAMUELS
PENNSYLVANIA, LEXINGTON INSURANCE COMPANY,
SHAW ENVIRONMENTAL INC, CH2M HILL
CONSTRUCTORS INC, TKTMJ INC

To: LEXINGTON INSURANCE COMPANY
THROUGH SECRETARY OF STATE
STATE OF LOUISIANA                               SS# 38694 $ 75.00
8585 ARCHIVES AVE                                EBR# 38695 $ 146.80
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 28th day of July, 2009.

_____
Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES ;                               090728-5480-6

Received:_____   Served:_____   Returned:_____

Service was made:
  ___ Personal        ___ Domiciliary _____

Unable to serve:
  ___ Not at this address   ___ Numerous attempts
  ___ Vacant                ___ Received too late to serve
  ___ Moved                 ___ No longer works at this address
  ___ No such address       ___ Need apartment / building number
  ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____
                    Deputy Sheriff
Parish of: _____

IMAGED AUG 12 2009