ATTORNEY'S NAME: Woods, Justin 24713
AND ADDRESS: 1100 poydras street,
new orleans, LA 70163

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2009 -- 07985    2                                           SECTION: 12 -- H

RUFFIN, DEBORAH  ETAL versus FOREST RIVER, INC.  ETAL

## CITATION

TO: SHAW ENVIRONMENTAL, INC.

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION
5615 CORPORATE BOULEVARD SUITE 400B

BATON ROUGE                       LA    70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA _____July 31, 2009_____ .

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Terry A Barbarin Sr_
Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On SHAW ENVIRONMENTAL, INC. | On SHAW ENVIRONMENTAL, INC. |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION | THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said Aug 06, 009 SHAW ENVIRONMENTAL, INC. I made service on the named party through the CT Corporation being absent from the domicile at time of said service. by tendering a copy of this document to LISA UTTECH |
| Returned same day No. Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER    RETURN 01  /  01 SERIAL NO. DEPUTY PARISH | Returned same day No. Deputy Sheriff _____ Deputy Sheriff, Parish of East Baton Rouge, Louisi |

EXHIBIT "1"

DSF