UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          *          MDL NO. 1873
     FORMALDEHYDE                          *
     PRODUCTS LIABILITY                    *
     LITIGATION                            *          SECTION:  N(5)
                                            *
This Document Relates to:  *Charlie Age, et al. v.*   *          JUDGE: ENGELHARDT
*Gulf Stream Coach Inc., et al*, Docket No. 09-2892 *
                                            *          MAG: CHASEZ

*************************************************************************

## ORDER

Considering the above and foregoing Motion to Amend/Correct Gulf Stream Coach,

Inc.'s Supplemental Objections to Certain Exhibits Listed in the Joint Exhibit List;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby allowed to

amend/correct its Supplemental Objections to Certain Exhibits Listed in the Joint Exhibit List, to

attached Exhibit "A," which was inadvertently not attached at the time of the filing of the

pleading.

New Orleans, Louisiana, this ___10th___ day of _____September_____, 2009.

_____
J U D G E