UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

******************************************************************************

## MOTION *IN LIMINE* TO EXCLUDE INTEROFFICE MEMORANDUM AND OBJECTIONS TO DEMONSTRATIVE EXHIBITS

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc. ("Gulf Stream"), who respectfully moves this Honorable Court to issue an Order excluding an interoffice memorandum from Fairmont Homes, Inc. Also, Gulf Stream objects to several demonstrative aids the Plaintiff has proposed to use at the trial of this matter. Gulf Stream bases this Motion on the grounds that the memorandum is hearsay and the demonstrative aids are inflammatory, misleading and prejudicial, all as more fully appears in the attached Memorandum.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 11th day of September, 2009, a copy of the foregoing Motion in *Limine* to Exclude Interoffice Memorandum and Objections to Demonstrative Exhibits was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
andreww@duplass.com

2