# FAIRMONT HOMES INC.
# MATERIAL

FAIRMONT HOMES, INC. HAS CHOSE **NOT** TO COMPLY WITH GULFSTREAM'S HIGHER STANDARDS IN REFERENCE TO THE EMISSONS LEVEL OF FORMALDAHYDE MATERIALS. THIS MATERIAL CONTAINS HIGH LEVELS OF FORMALDAHYDE WHICH CAN CAUSE SHORT AND LONG TERM HEALTH ISSUES IF USED IN ANY MANUFACTURED PRODUCT. GULFSTREAM REFUSES TO USE THIS MATERIAL. AS A COMPANY, IN AN EFFORT TO MINIMIZE AND IN TIME ELIMINATE , ANY HARMFUL EMISSIONS OF SUCH PRODUCT HAVE INITIATED A STRENUOUS PROGRAM TO PROVIDE PRODUCTS USED IN OUR PRODUCTION FACILITY THAT HAVE THE LOWEST POSSIBLE EMISSION LEVELS AVAILABLE TO DATE. WE WILL STRIVE TO IMPROVE OUR PRODUCT BY CONTINUALLY SEARCHING FOR BETTER MATERIAL WITH LOWER FORMALADHYDE LEVELS.

ANY CONCERNS OR QUESTIONS REGARDING FAIRMONT'S NEGLIGENCE IN THE USE OF PRODUCT THAT MAY CAUSE SERIOUS HEALTH ISSUES, YOU MAY CONTACT THE FOLLOWING AT (800)289-8787.

JIM SHEA JR.: EXT. 3178

SHAUN HUXFORD: EXT. 3134

JIM DOWNS: EXT. 3133

THANK YOU

Gulf0006702