Case 2:07-md-01873-KDE-MBN   Document 3215-3   Filed 09/11/09   Page 1 of 10



**GULF STREAM**

*Whose Formaldehyde is it??*



**FLUOR ENTERPRISES**

# Who is Chris Cooper?

- 12 Years Old Son of Alana Alexander;
- Fifth Grader;
- Sister is Erika;
- Bass saxophone player;
- Football, Basketball;
- Wants to design computer games when he grows up;
- Has asthma that was made worse due to Formaldehyde;
- Has changes in his nose due to Formaldehyde;
- 17 times more likely to get Cancer than he was before.



# KEY FACTS TO LOOK FOR CONCERNING GULF STREAM

- PUT FORMALDEHYDE IN THE TRAILER AND SOLD IT TO THE GOV'T;
- HAD PRIOR KNOWLEDGE OF DANGER;
- GAVE NO WARNING OF DANGER;
- MISLED FEMA AND THE PUBLIC;
- USED NON-LFE WOODS.

# WHAT YOU DON'T KNOW, CAN HURT YOU



## Especially When You Think You Are Safe in Your Own Home

# *MSDS*    Material Safety Data Sheet

- **3. Hazards Identification**
- **Emergency Overview**

-----------------------------

**POISON! DANGER! SUSPECT CANCER HAZARD. MAY CAUSE CANCER. Risk of cancer depends on level and duration of exposure. VAPOR HARMFUL. HARMFUL IF INHALED OR ABSORBED THROUGH SKIN. CAUSES IRRITATION TO SKIN, EYES AND RESPIRATORY TRACT. STRONG SENSITIZER. MAY BE FATAL OR CAUSE BLINDNESS IF SWALLOWED. CANNOT BE MADE NONPOISONOUS. FLAMMABLE LIQUID AND VAPOR.**

# FORMALDEHYDE FACTS 

- **SHORT TERM EFFECTS:**
  - burning in eyes, nose, and throat; nose bleeds; coughing; nausea; skin rashes; headaches;
  - especially problematic for asthmatics—like Chris Cooper.

- **LONG TERM EFFECTS:**
  - "**Known Human Carcinogen**": causes nasal cancer.
  - Dulls sense of smell.
  - Makes you more sensitive to future exposures.

# COMPARATIVE FAULT

- GULF STREAM _____ %
- FLOUR ENTERPRISES _____ %
- ALANA ALEXANDER _____ %
  100%

# Defendants: Ignore/deny/cover-up

- **CONFUSION** of the safe standard.
- Fema inspected and accepted the trailer.
- Built to specs and installed pursuant to specs.
- Trailer traveled to different places.
- Formaldehyde is everywhere.
- Levels in trailer not unsafe.
- Testing was not scientific.
- Chris Cooper is not injured.



# Both Defendants knew of Formaldehyde but Did Nothing