

**Damaged interior wall inside Alexander trailer at the time they moved in.**

# COMPARATIVE FAULT

- GULF STREAM             _____%
- FLOUR ENTERPRISES       _____%
- ALANA ALEXANDER         _____%
                                    100%

## INSTALLATION METHOD DEMONSTRATES LACK OF TRAINING OR SUPERVISION

# Apr/May 2006:

- TRAILER INSTALLED BY FLUOR CONTRACTOR
- JACKING ONE CORNER AT A TIME DAMAGES TRAILER FRAME AND INCREASES EXPOSURE
- INSTALLER NOT LICENSED

## KEY FACTS TO LOOK FOR CONCERNING **FLUOR**

- FAILED TO TRAIN;
- NO LICENSED INSTALLER;
- FAILED TO SUPERVISE;
- SOUGHT NO EXPERTISE;
- HAD PRIOR KNOWLEDGE OF DANGER;
- GAVE NO WARNING OF DANGER;
- FLOUR IMPROPERLY JACKED AND BLOCKED.

# What makes the trailer as designed such a problem?

# Alexander v. Gulf Stream & Fluor

**The Most Important Case that Will Be Tried in the**

**United States this Year**

# QUESTIONS YOU MUST ANSWER: **FLUOR COPORATION**

- Was Fluor a manufacturer?
- Did Fluor's actions render the product defective?
- Did Fluor fail to warn?
- Was Fluor negligent in the installation of the trailer?