

"Anthony Buzbee"
&lt;Tbuzbee@txattorneys.com&gt;

09/10/2009 07:19 PM

To CPenot@midrid.com

cc "ANDREW WEINSTOCK" &lt;andreww@duplass.com&gt;, "Deann Brown" &lt;dbrown@txattorneys.com&gt;, "Denise Martin" &lt;dmartin@gainsben.com&gt;,

bcc

Subject RE: FEMA/Alexander - Demonstratives

Sorry, my finger hit the send before I meant it to. Charlie, I want to appreciate the rules that way that you clearly do. Please refer me to the specific rule to which you refer.

Anyway, the slide specifically says: "Damaged interior wall inside Alexander trailer at the time they moved in." If you want us to alter the language a bit, I guess we wouldn't have a problem doing that. Or, if you want us to say, that, on this slide appears a picture that "fairly and accurately represents the condition of the wall at the time that the Alexander family moved in," I guess we can do that. But, if we do, we are going to be as chicken shit with you as we feel you are being with us. I would rather not do that.

**From:** CPenot@midrid.com [mailto:CPenot@midrid.com]
**Sent:** Thursday, September 10, 2009 6:50 PM
**To:** Anthony Buzbee
**Cc:** ANDREW WEINSTOCK; CPenot@midrid.com; Deann Brown; Denise Martin; FEMA_Trailor_MDL@midrid.com; gmeunier@gainsben.com; JOSEPH G. GLASS; Justin Woods; Peter Taaffe; Tim@scanlayr.com
**Subject:** RE: FEMA/Alexander - Demonstratives


No, I really don't. While I appreciated your lecture on the nature of demonstrative evidence, my appreciation of the rules--and indeed the very reason the Court requires prior viewing and chance for objections--is first to present patently false demonstratives to be used--Is the picture of the wall one really taken in March 2006? That's what the caption says. It was taken in May 2009.


Charles R. Penot, Jr.*
Middleberg, Riddle & Gianna
KPMG Centre, Suite 2400
717 N. Harwood Street
Dallas, Texas 75201
(direct) 214.220.6334
(fax) 214.220.6807


*Admitted in Texas and Louisiana

***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***

CONFIDENTIALITY NOTICE:  This electronic message (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client and/or attorney work product and/or other legal privileges.  This information is intended only for the use of any intended addressee.  If you are not the intended addressee, your receipt of this message and/or any accompanying documents was inadvertent and accidental.  You are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify the sender by reply e-mail and delete this message.  Thank you.

***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***

"Anthony Buzbee"      To&lt;FEMA_Trailor_MDL@midrid.com&gt;, "Deann Brown" &lt;dbrown@txattorneys.com&gt;, "Denise Martin"