ATTORNEY'S NAME: Lambert, Hugh   07933
AND ADDRESS: 701 Magazine St,
New Orleans   LA 70130-3629

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 -- 05965       1                                          SECTION:   14 -- I

SCOTT, BRIDGET  ET AL VERSUS LAKESIDE PARK HOMES, INC.  ET AL

# CITATION

TO: LAKESIDE PARK HOMES, INC.

THROUGH: LOUISIANA LONG ARM STATUTE - BEN C. JARVIS
70 PEACHSTATE DRIVE

ADEL                         GA   31620

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the service hereof under penalty of default

*******************************************************************************
* ADDITIONAL INFORMATION *
* Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529-1000 for more information. *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE *
*******************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA     June 11, 2009

Clerk's Office, Room 402, Civil Courts Building,        DALE N. ATKINS, Clerk of
421 Loyola Avenue                                       The Civil District Court
New Orleans, LA                                         for the Parish of Orleans
                                                        State of LA
                                                        by _____
                                                        Deputy Clerk

---

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ <br> _____ served a copy of the w/i petition <br> PETITION FOR DAMAGES | On this _____ day of _____ <br> _____ served a copy of the w/i petition <br> PETITION FOR DAMAGES |
| On <br>   LAKESIDE PARK HOMES, INC. | On <br>   LAKESIDE PARK HOMES, INC. |
| THROUGH: LOUISIANA LONG ARM STATUTE - BEN C. JARVIS | THROUGH: LOUISIANA LONG ARM STATUTE - BEN C. JARVIS |
| Returned same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as |

ATTORNEY'S NAME: Lambert, Hugh  07933
AND ADDRESS: 701 Magazine St,
New Orleans   LA  70130-3629

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 -- 05965        1                                    SECTION:   14 -- I

SCOTT, BRIDGET   ET AL VERSUS LAKESIDE PARK HOMES, INC.   ET AL

# CITATION

TO: LAKESIDE PARK HOMES, INC.

THROUGH: LOUISIANA LONG ARM STATUTE - BEN C. JARVIS
70 PEACHSTATE DRIVE

ADEL                             GA    31620

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the service hereof under penalty of default

*******************************************************************************
*                          ADDITIONAL INFORMATION                              *
* Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529 - 1000 for more information.                                    *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE                       *
*******************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   June 11, 2009   .

Clerk's Office, Room 402, Civil Courts Building,            DALE N. ATKINS, Clerk of
421 Loyola Avenue                                            The Civil District Court
New Orleans, LA                                              for the Parish of Orleans
                                                             State of LA
                                                             by [signature]
                                                                          Deputy Clerk

---

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES |
| On LAKESIDE PARK HOMES, INC. | On LAKESIDE PARK HOMES, INC. |
| THROUGH: LOUISIANA LONG ARM STATUTE - BEN C. JARVIS | THROUGH: LOUISIANA LONG ARM STATUTE - BEN C. JARVIS |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ |
| Returned same day | a person of suitable age and discretion residing therein as |