UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS          MDL NO. 07-1873
LIABILITY LITIGATION

                               SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
Adderson, et al v. American Camper Manufacturing, et al
Number 09-0550

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do

respectfully request an additional thirty (30) days to receive information to match clients

with defendant-manufacturers and file lawsuits on their behalf, all as more particularly

outlined in the attached Memorandum in Support of Motion for Extension of Time.

WHEREFORE, Plaintiffs pray that they be granted an additional thirty (30) days

to file Complaints for the newly-matched Plaintiffs with specific manufacturers.

                          LAW OFFICES OF RONNIE G. PENTON
                          209 HOPPEN PLACE
                          BOGALUSA, LOUISIANA  70427
                          PHONE       :        (985) 732-5651
                          TELECOPIER:          (985) 735-5579
                          E-MAIL       :        rgp@rgplaw.com



                          s/Ronnie G. Penton
                          Ronnie G. Penton
                          Trial Counsel for Plaintiff
                          Louisiana Bar Roll Number 10462

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

September 11, 2009.

s/Ronnie G. Penton
Ronnie G. Penton