# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS                    MDL NO. 07-1873
LIABILITY LITIGATION

                                         SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
Adderson, et al v. American Camper Manufacturing, et al
Number 09-0550

## MEMORANDUM IN SUPPORT OF
## MOTION FOR EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully request an additional thirty (30) days to receive information to match clients with defendant-manufacturers and file lawsuits on their behalf.

On July 31, 2009, Plaintiffs filed their Complaint for Damages in the above referenced matter for all Plaintiffs who remained "unmatched" to a specific manufacturer.

To date, there are one hundred seven (107) Plaintiffs who still remain "unmatched" to a manufacturer, despite Plaintiffs timely submitting the required information to the Defendants for assistance in matching these Plaintiffs.

Pursuant to Pre-Trial Order No. 40, Plaintiffs respectfully request that they be allowed an additional thirty (30) days to receive the information required from FEMA to file the remaining Plaintiffs with a specific manufacturer.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL        :        rgp@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiff
Louisiana Bar Roll Number 10462