UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
**Adderson, et al v. American Camper Manufacturing, et al
Number 09-0550**

## O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs in the above entitled and numbered cause be allowed an additional thirty (30) days to receive the necessary information from FEMA to file Complaints which would match each Plaintiff with a specific manufacturer.

Signed in New Orleans, Louisiana this the __ day of September, 2009.

_____
J U D G E

4