## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**
**FORMALDEHYDE PRODUCTS**            **MDL NO. 07-1873**
**LIABILITY LITIGATION**

                                                      **SECTION "N" (5)**

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**

**ALL CASES FILED BY**
**PENTON LAW FIRM/**
**LAW OFFICES OF RONNIE G. PENTON**

### NOTICE TO COURT OF PLAINTIFFS WHO REMAIN UNMATCHED, PURSUANT TO PRE-TRIAL ORDER NO. 40

In Compliance with Pre-Trial Order No. 40 (Document 1781), the undersigned hereby notifies the Court of the Plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which they were named:

**1.**

The Claimants that remain unmatched for the litigation entitled "Cheryl Adderson, et al v. American Camper Manufacturing, LLC, d/b/a America-Camp, et al", Number 3:09-cv-00550-JJB-CN in the United States District Court for the Middle District of Louisiana are:

1.      Cheryl Adderson

2.      Ernest Arceneaux

3.      Lynette Banks

4.      Lovezella Bartholomey

5.      Arneka Basquine

6.      Kim Basquine

7.      Chyenne V. Brooks

8.      Gwendolyn Brown

9.      Josie Brown

10.     Danielle Carter

11.     Lisa Carter

12.     Ernest B. Cinco

13.     Lynette L. Claude

14.     Onnise M. Clayton

15.     Juanika G. Collins

16.     Tyronne K. Creecy

17.     Shelton A. Dauzant

18.     Derek O. Diggs

19.     Simpson A. Donsereaux

20.     Daniel Eaglin

21.     Leroy Emilien

22.     Acinca Fountain

23.     April A. Fountain

24.     Chadreka D. Fountain

25.     Gracie M. Fountain

26.     Keveon Fountain

27.     Norlene M. Fountain

28.     Lavonsell Grimes

29.     Cache Harris

30.     Patrice Harris

31.     Tahj Harris

32.     Cedroin I. Harrison

33.     Junius Hartford

34.     Valerie Hartford

35.     Janet Hooker

36.     Dorivan Houlbert

37.     Chastity Irving

38.     Christian Irving

39.     Isaiah Irving

40.     Siearra Irving

41.     Derrick Jackson

42.     Karen Jackson

43.     Karen Marie Jackson

44.     Rhonda Jackson

45.     Ivaisha Jefferson

46.     LaToy Jefferson

47.     Crishawn Johnson

48.     Donnell Johnson

49.     Linda Johnson

50.     Robert Johnson

51.     Ryaneisha Johnson

52.    Tresa Johnson

53.    Amari Jones

54.    Anthony Jones

55.    Christopher Kelly

56.    Destiny Kelly

57.    Julizs Kelly

58.    Alice King

59.    Passion Knight

60.    Ronald Lampton

61.    Jary Leeper

62.    Ronald Lewis

63.    Anthony Love

64.    Victoria Lucien

65.    Darnicisa Miller

66.    Raheem Miller

67.    Ronald Miller, Jr.

68.    Ronald Miller, Sr.

69.    Ronmia A. Miller

70.    Samantrea Miller

71.    Gwendolyn Miner

72.    Glenn Minyard, Jr.

73.    Glenn Minyard, Sr.

74.    Herbert Nicholsm

75.   Justin Nicholsm

76.   Vivian Nicholsm

77.   Calvin Norah

78.   Sharon Norah

79.   Lynette D. Oliver

80.   Brenda M. Palmer

81.   Kevionne Palmer

82.   Benjamin Parnell

83.   Solanje Powell

84.   Allen H. Prouty

85.   Albert Renfroe

86.   Arsean Richardson

87.   Justine Richardson

88.   Marilyn Robinson

89.   Mon'Quell Ross

90.   Shalisha M. Ross

91.   Alexander Sander

92.   Keith W. Sippio

93.   Calvin Smith

94.   Camilla Smothers

95.   Samuel Smothers

100.  Woodrow Stevenson

101.  Almira Theriot

102.   Charyl Thomas

103.   Clarence Thomas

104.   Corey Trepagnier

105.   Melunica A. Trepagnier

106.   Brandon Walker

107.   Edward Washington

108.   Jamie L. White

109.   Colby D. Williams

110.   Gerard Wilson

111.   Bertrand R. Winfield

**2.**

The Claimants that remain unmatched for the litigation entitled "Lena Bigner, et al v. American Camper Manufacturing, LLC, d/b/a America-Camp, et al", Number 09-4779 "N"(5) in the United States District Court for the Eastern District of Louisiana are:

1.   Gerald Daigle

2.   Roy Hazelwood, individually, and on behalf of his minor daughter, Mariah Hazelwood

3.   Robert Knight

4.   Doris Taylor

5.   Shelly Amos

6.   Beverly Bigard

7.   Kelvin E. Brooks

8.   Jerry Carter

9.      Joshua Celestine

10.     Rickey A. Dantzler

11.     Annmarie Dewey

12.     Lequecia Dunn

13.     Kenneth J. Dykes, Jr.

14.     Kenneth J. Dykes, III

15.     Jazzlyn M. Ezeb

16.     Michelle Fortune

17.     Jada Gibson

18.     Bernisha Goodrich

19.     Bryanns Goodrich

20.     Ciba Goodrich

21.     Darrion Goodrich

22.     Denisha Goodrich

23.     Devonne Goodrich

24.     Eric Gorman

25.     Leola Green

26.     Dorian L. Griffin

27.     Angela Hartford

28.     Hakeem Hartford

29.     Hasan Hartford

30.     Torrey Hooks

31.     Barbara Howard

32.     Edgar Kelley

33.     Charletries Lloyd

34.     Scherrell McKenzie

35.     Rae Morgan

36.     Sheldon Morgan

37.     Paula Moses

38.     Queensheba O'Conner

39.     Seontae Pichon

40.     Loriano Pichon-Lombard

41.     Robiean Pichon-Lombard

42.     Joan M. Price

43.     Quentin J. Reed

44.     Wanda A. Singleton

45.     Murphy Taylor

46.     Josh Watson

47.     Alanna Weathersby

48.     Cecille Weathersby

49.     Israel Weathersby

50.     Bianca Wilson

51.     Yvonka N. Wilson

52.     John P. Winston

53.     Shirley Womack

54.     Willie Womack

**3.**

The Claimants that remain unmatched for the litigation entitled "Sandra Broussard, et al v. American Camper Manufacturing, LLC, d/b/a America-Camp, et al", Number 1:09-cv-0538-HSO-JMR in the United States District Court for the Southern District of Mississippi are:

1.  Martin DeSalvo

2.  Randell C. Kael

3.  Rachel Lee

4.  Darrell Allen, Jr.

5.  Gabriel Ball

6.  LaTyphanie Borden

7.  Royce Borden

8.  LaTasha Dotson

9.  Emelda L. Dugue

10. Janice Fonren

11. Jasmin Fonren

12. Christian  Forehand

13. Melissa Forehand

14. Regina D. Iles

15. Deidra Jackson

16. Ian Johnson

17. Deanna Johnson

18. Jarid Johnson

19.    Lenora Johnson

20.    Mary Johnson

21.    Norman Johnson

22.    Norman Johnson, Jr.

23.    Tracey L. Johnson

24.    Ritha Jones

25.    Anthony Keys

26.    Shannon Keys

27.    Thomas M. Lindsey

28.    Sophia Redmond, individually, and on behalf of her minor child, Janiah
       Redmond

29.    Daytona M. Reynolds

30.    Eleria Smith

31.    Peggy R. Stover

32.    Charles Taite

33.    Etta Taite

34.    Bonnie S. Peters

35.    Todd M. Peters

36.    Cynthia Pittman

37.    Sherika Pittman

38.    Tyson Pittman

39.    April Red

40.    Esperanza Red

41.    Laura Red

42.    Laurie Red

43.    Lyndon Red, Jr.

44.    Lyndon Red, Sr.

45.    Tracy Red

46.    Demtria Reff

47.    Lynisha Reff

48.    Alton Rodgers

49.    Jeremy Rodgers

50.    Kimeca Rodgers

51.    Ernest Taylor

**4.**

The above list contains 232 names out of approximately 920 clients represented by the Penton Law Firm.  Approximately 106 of the names listed above are clients with whom the Penton Law Firm has been unable to establish contact, despite repeated attempts to do so.

There were approximately 60 clients sent to FEMA for matching, and 48 of those have been matched.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL        :        rgp@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiff
Louisiana Bar Roll Number 10462


## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

September 11, 2009.


s/Ronnie G. Penton
Ronnie G. Penton