## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873<br><br>SECTION "N" (4) |
| This applies to: Bell v. Keystone, Suit No. 09-2967 ) ) | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

### KEYSTONE RV COMPANY'S MOTION TO EXTEND DEFENDANTS' EXPERT REPORT DEADLINE

Defendant Keystone RV Company ("Keystone") moves this Court to enter an order extending the defendants' expert report deadline which is presently September 18, 2009. As explained in its supporting memorandum, Keystone seeks an extension of the defendants' expert deadline through and including October 31, 2009.

Keystone is seeking expedited consideration of this motion.

          Respectfully submitted,

          *s/Ryan E. Johnson*
          _____
          James C. Percy (La. Bar No. 10413)
          Ryan E. Johnson (La. Bar No. 26352)
          **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
          Four United Plaza
          8555 United Plaza Boulevard
          Baton Rouge, LA  70809
          Telephone: (225) 248-2080
          Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

**Counsel for Keystone RV Company**

## CERTIFICATE OF SERVICE

     I hereby certify that on this 11th day of September, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0609372.1}                           2