UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873  SECTION "N" (4) |
| This applies to:  Bell v. Keystone, Suit No. 09-2967 ) ) | JUDGE ENGELHARDT  MAGISTRATE CHASEZ |

**KEYSTONE RV COMPANY'S MEMORANDUM IN
SUPPORT OF MOTION TO EXTEND DEFENDANTS' EXPERT REPORT
DEADLINE**

Defendant Keystone RV Company ("Keystone") submits this memorandum in support of its Motion to Extend Defendants' Expert Report Deadline. Keystone is seeking expedited consideration of this motion.

On April 8, 2009, the Court entered a scheduling order setting deadlines for this bellwether trial.[1] Among those deadlines were an August 19, 2009 deadline for plaintiff's expert reports and a September 18, 2009 deadline for defendants' expert reports.

The plaintiff did not submit any expert reports or even identify her experts by the August 19, 2009 deadline. To date, plaintiff has not produced any expert reports to the defendants. Likewise, the plaintiff did not seek or obtain an extension of her expert report deadline from the Court.

---

[1] See Rec. Doc. No. 1308.

{B0609318.1}

Even though the plaintiff missed her expert deadline, Keystone and the other defendants discussed with her counsel a proposed amendment to the Court's scheduling order which would allow the parties additional time to provide expert reports and prepare the case for trial. In a telephone conference on September 1, 2009, counsel for the parties reached a tentative agreement regarding extensions of certain deadlines.

In the September 1st conference, plaintiff's counsel indicated that (a) they would present a proposed order to the Court that reflected the revised schedule; and (b) they would designate the plaintiff's experts by September 4, 2009.[2] Plaintiff's counsel did not mention the possibility that the plaintiff might be unable or unwilling to pursue her claims at trial.

On September 11, 2009, because plaintiffs had not yet presented to the Court a revised scheduling order, counsel for Keystone circulated a proposed motion and order. The plaintiff's counsel did not respond to motion and order, and instead, sent an informal email to the Court stating the following:

> Dear Amanda:
>
> We take this means to advise the Court that Ms. Diana Bell, the bellwether plaintiff selected in the trial which is scheduled to proceed on January 11, 2010 against Keystone, Shaw and FEMA, has asked to withdraw as a trial plaintiff for reasons of personal and financial hardship. Further details can be provided to the Court and counsel as needed; but we are satisfied as plaintiff's counsel that Ms. Bell's decision to withdraw is justified in light of recent developments involving her family.

---

[2] The plaintiff designated her experts by email on September 4, 2009.

{B0609318.1} 2

> We now are searching our claims database to propose new bellwether plaintiff candidates who are FEMA-ripe/viable and who match to Keystone and Shaw. Since Shaw also is a defendant in the bellwether trials scheduled beyond January 2010, however, it occurs to us that our search perhaps should be expanded to include possible matches with CH2M Hill as contractor. As the Court knows, this contractor has yet to be identified as a defendant in any bellwether case.
>
> We ask for a conference with the Court to discuss these developments, perhaps after hours during the upcoming Alexander trial.
>
> Regards,
>
> Jerry[3]

The Defendants' deadline to submit their expert reports is presently September 18, 2009. Given the recent developments and the present uncertainty about whether the Court will permit Ms. Bell to withdraw as a bellwether candidate at this late date of the proceedings, Keystone seeks an extension of time to submit its expert reports, through and including October 31, 2009.

## CONCLUSION

For the reasons explained in this memorandum, defendant Keystone RV Company requests that the Court enter an order extending the defendants' present expert report deadline of September 18, 2009, through and including October 31, 2009.

---

[3] *See* Exhibit "1" (September 10, 2009 email).

{B0609318.1}                                     3

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809
Telephone: (225) 248-2080
Facsimile: (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8208

***Counsel for Keystone RV Company***

### CERTIFICATE OF SERVICE

     I hereby certify that on this 11th day of September, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson