## Johnson, Ryan

| | |
|---|---|
| **From:** | Denise Martin [dmartin@gainsben.com] |
| **Sent:** | Thursday, September 10, 2009 2:51 PM |
| **To:** | Amanda_Ballay@laed.uscourts.gov |
| **Cc:** | Percy, James; Johnson, Ryan; Miller, Henry (CIV); adam.dinnell@usdoj.gov; ANDREW WEINSTOCK; Justin Woods; Kurtz, David; kwhitfield@bakerdonelson.com; Andrew Miragliotta; Anthony Buzbee; Brandi S. Spiers; David Watts; Deann Brown; Dennis Reich; Frank J. D'Amico Jr. (frank@damicolaw.net); Kendra Trites; Linda Nelson (lnelson@lambertandnelson.com); Magan Ennis; Matthew B. Moreland; Mikal C. Watts (mcwatts@wgclawfirm.com); Raul Bencomo (ben_law@bellsouth.net); Robert Becnel; Tara Gilbreath; Tracy Beard |
| **Subject:** | Formaldehyde - Diana Bell |

Dear Amanda:

We take this means to advise the Court that Ms. Diana Bell, the bellwether plaintiff selected in the trial which is scheduled to proceed on January 11, 2010 against Keystone, Shaw and FEMA, has asked to withdraw as a trial plaintiff for reasons of personal and financial hardship. Further details can be provided to the Court and counsel as needed; but we are satisfied as plaintiff's counsel that Ms. Bell's decision to withdraw is justified in light of recent developments involving her family.

We now are searching our claims database to propose new bellwether plaintiff candidates who are FEMA-ripe/viable and who match to Keystone and Shaw. Since Shaw also is a defendant in the bellwether trials scheduled beyond January 2010, however, it occurs to us that our search perhaps should be expanded to include possible matches with CH2M Hill as contractor. As the Court knows, this contractor has yet to be identified as a defendant in any bellwether case.

We ask for a conference with the Court to discuss these developments, perhaps after hours during the upcoming Alexander trial.

Regards,
Jerry


Denise M. Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or

**EXHIBIT 1**

9/11/2009