# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This document relates to**
Bell v. Keystone RV Company, et al,
No. 09-2967

_____

## NOTICE OF HEARING

Please take note that the Motion to Extend Defendants' Expert Report Deadline filed by Keystone RV Company on September 11, 2009, is noticed for hearing on October 7, 2009, at 9:30 a.m. before Judge Kurt Engelhardt, United States District Court Judge, Eastern District of Louisiana.

Baton Rouge, Louisiana, this 11th day of September, 2009.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0598949.1}