IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERNDISTRICT OF LOUISIANA

| | | |
|---|---|---|
| George Basile<br>together with all individuals and entities<br>whose names appear on the attached<br>"Exhibit A"<br><br>versus<br><br>Alliance Homes, Inc. d/b/a Adrian Homes,<br>American Camper Manufacturing, LLC,<br>d/b/a AMERI-CAMP, American Homestar<br>Corporation, Athens Park Homes, L.L.C.,<br>Cavalier Home Builders, LLC, Cavalier<br>Homes, Inc., Champion Enterprises, Inc.,<br>Champion Home Builders Co., Circle B<br>Enterprises, Inc., Coachmen Industries, Inc.,<br>Coachmen Recreational Vehicle Company,<br>LLC, Coachmen Recreational Vehicle<br>Company of Georgia, LLC, Clearspring<br>Conversions, Inc., CMH Manufacturing,<br>Inc., Del-Jen, Inc., Destiny Industries, LLC,<br>Dream R.V. Sales, Inc., DS Corp. d/b/a<br>CrossRoads RV, Dutch Housing, Inc., d/b/a<br>Champion Homes, Dutchmen Manufacturing,<br>Inc., Fairmont Homes, Inc., Forest River, Inc.,<br>Frontier RV, Inc., Giles Industries, Inc., Giles<br>Industries of Tazewell, Incorporated, Giles<br>Family Holding, Inc., Golden West Homes,<br>Gulf Stream Coach, Inc., Heartland<br>Recreational Vehicles, LLC, Homes of Merits,<br>Inc., Horton Homes, Inc., Hy-Line Enterprises,<br>Inc., Indiana Building Systems, LLC d/b/a<br>Holly Park, Integrity Midwest Inc., d/b/a US<br>Adventure RV, Jayco Enterprises, Inc., Jayco,<br>Inc. a/k/a Bottom Line RV, Keystone RV<br>Company, KZRV, LP, Lakeside Park Homes,<br>Inc., Layton Homes Corp., Lexington Homes,<br>Inc., Liberty Homes, Inc., Liberty RV &<br>Marine, Inc., Morgan Buildings & Spas, Inc.,<br>Morgan Building Systems, Inc., Murillo | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | PLAINTIFFS UNMATCHED WITH<br>A SPECIFIC MANUFACTURING<br>DEFENDANT<br><br><br><br><br>DOCKET NO. 09-4762 |

Modular Group, LTD, Northwood  \*
Manufacturing, Inc., Oak Creek Homes, LP,  \*
Oak Creek Homes, Inc., Oak Creek Homes,  \*
LLC, Palm Harbor Homes, Inc., Palm Harbor  \*
Albermarle, LLC, Palm Harbor  \*
Manufacturing, Inc., Philips Products, Inc.,  \*
Play'Mor Trailers, Inc., Project Resources,  \*
Inc., Recreation By Design, LLC, Redman  \*
Homes, Inc. f/k/a Dutch Homes, River Birch  \*
Homes, Inc, and/or River Birch Homes, LLC,  \*
Scotbilt Homes, Inc, Silver Creek Homes, Inc.,  \*
Skyline Corporation, Southern Energy Homes,  \*
Inc., Starcraft RV, Inc., Stewart Park Homes,  \*
Inc., Sunray RV, LLC, Sun Valley, Inc., Sunline  \*
Acquisition Company LTD d/b/a Sunline Coach  \*
Company, Sunnybrook R V, Inc., Superior  \*
Homes, LLC, Thor Industries, Inc., Thor  \*
California, Inc. d/b/a Thor Manufacturing,  \*
Timberland RV Company d/b/a Adventure  \*
Manufacturing, TL Industries, Inc., Townhomes,\*
LLC, Vanguard Industries of Michigan, Inc.,  \*
(a/k/a Palomino RV), Waverlee Homes, Inc.,  \*
Shaw Environmental, Inc., Fluor Enterprises,  \*
Inc., CH2M Hill Constructors, Inc., American  \*
International Specialty Lines, Gibraltar  \*
Insurance Company, Insurance Company of  \*
The State of PA, Lexington Insurance Company  \*
Insurco, Ltd., Sentry Insurance, Crum &  \*
Forster Specialty Insurance Company, Liberty  \*
Insurance Corp., and Starr Excess Liability  \*
Insurance Company, Ltd.  \*
                                                                                        \*

## EX PARTE MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT

On Motion of plaintiffs, Edward Bergeron, Isabella Farley, Joseph Gilmore, Sr. and Mathilda Gilmore, individually and as husband and wife, Dale Joiner, individually and on behalf of his minor children, Brittney Joiner and Kelly Joiner, and Nicholas Lalla, II, individually and

on behalf of his minor children, Lauren Lalla, Lexie Lalla and Nicholas Lalla, III, and upon suggesting to the Court:

I.

Plaintiffs originally filed their Complaint in the above captioned matter on July 31, 2009, and at the time of the filing of said complaint did not know the name of the manufacturer defendant or contractor defendant.

II.

Plaintiffs, through Plaintiffs Liaison Counsel, had previously forwarded discovery to FEMA requesting the name of the manufacturer and contractor for the above named plaintiffs' units. This discovery was sent to FEMA on February 13, 2009, with FEMA's response due on March 18, 2009. FEMA provided the information requested on all plaintiffs, except for the present movers, and failed to provide the information requested for the hereinabove named plaintiffs. Plaintiff again sent discovery to FEMA requesting the same information on August 20, 2009 and FEMA's response to same is due on September 22, 2009.

III.

Accordingly, Plaintiffs desire that they be granted an extension of time to amend their complaint until seven days after receipt of FEMA's discovery responses.

Respectfully Submitted,

ANDRY LAW FIRM, LLC

JONATHAN B. ANDRY (No. 20081)
610 Baronne Street
New Orleans, LA 70113
Telephone: (504)586-8899
Telefax: (504)586-8911