# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERNDISTRICT OF LOUISIANA

| | |
|---|---|
| George Basile together with all individuals and entities whose names appear on the attached "Exhibit A" <br><br> versus <br><br> Alliance Homes, Inc. d/b/a Adrian Homes, American Camper Manufacturing, LLC, d/b/a AMERI-CAMP, American Homestar Corporation, Athens Park Homes, L.L.C., Cavalier Home Builders, LLC, Cavalier Homes, Inc., Champion Enterprises, Inc., Champion Home Builders Co., Circle B Enterprises, Inc., Coachmen Industries, Inc., Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Clearspring Conversions, Inc., CMH Manufacturing, Inc., Del-Jen, Inc., Destiny Industries, LLC, Dream R.V. Sales, Inc., DS Corp. d/b/a CrossRoads RV, Dutch Housing, Inc., d/b/a Champion Homes, Dutchmen Manufacturing, Inc., Fairmont Homes, Inc., Forest River, Inc., Frontier RV, Inc., Giles Industries, Inc., Giles Industries of Tazewell, Incorporated, Giles Family Holding, Inc., Golden West Homes, Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC, Homes of Merits, Inc., Horton Homes, Inc., Hy-Line Enterprises, Inc., Indiana Building Systems, LLC d/b/a Holly Park, Integrity Midwest Inc., d/b/a US Adventure RV, Jayco Enterprises, Inc., Jayco, Inc. a/k/a Bottom Line RV, Keystone RV Company, KZRV, LP, Lakeside Park Homes, Inc., Layton Homes Corp., Lexington Homes, Inc., Liberty Homes, Inc., Liberty RV & Marine, Inc., Morgan Buildings & Spas, Inc., | PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT <br><br><br> DOCKET NO. 09-4762 |

Morgan Building Systems, Inc., Murillo　　　　\*
Modular Group, LTD, Northwood　　　　　　　\*
Manufacturing, Inc., Oak Creek Homes, LP,　　\*
Oak Creek Homes, Inc., Oak Creek Homes,　　\*
LLC, Palm Harbor Homes, Inc., Palm Harbor　\*
Albermarle, LLC, Palm Harbor　　　　　　　　\*
Manufacturing, Inc., Philips Products, Inc.,　　\*
Play'Mor Trailers, Inc., Project Resources,　　\*
Inc., Recreation By Design, LLC, Redman　　\*
Homes, Inc. f/k/a Dutch Homes, River Birch　\*
Homes, Inc, and/or River Birch Homes, LLC,　\*
Scotbilt Homes, Inc, Silver Creek Homes, Inc.,　\*
Skyline Corporation, Southern Energy Homes,　\*
Inc., Starcraft RV, Inc., Stewart Park Homes,　\*
Inc., Sunray RV, LLC, Sun Valley, Inc., Sunline　\*
Acquisition Company LTD d/b/a Sunline Coach　\*
Company, Sunnybrook R V, Inc., Superior　　\*
Homes, LLC, Thor Industries, Inc., Thor　　　\*
California, Inc. d/b/a Thor Manufacturing,　　\*
Timberland RV Company d/b/a Adventure　　\*
Manufacturing, TL Industries, Inc., Townhomes,\*
LLC, Vanguard Industries of Michigan, Inc.,　\*
(a/k/a Palomino RV), Waverlee Homes, Inc.,　\*
Shaw Environmental, Inc., Fluor Enterprises,　\*
Inc., CH2M Hill Constructors, Inc., American　\*
International Specialty Lines, Gibraltar　　　\*
Insurance Company, Insurance Company of　　\*
The State of PA, Lexington Insurance Company　\*
Insurco, Ltd., Sentry Insurance, Crum &　　　\*
Forster Specialty Insurance Company, Liberty　\*
Insurance Corp., and Starr Excess Liability　　\*
Insurance Company, Ltd.　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　　\*
**************************************************

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the plaintiffs, Edward Bergeron, Isabella Farley, Joseph Gilmore, Sr. and Mathilda Gilmore, individually and as husband and wife, Dale Joiner, individually and on behalf of his minor children, Brittney Joiner and Kelly Joiner, and Nicholas Lalla, II,

individually and on behalf of his minor children, Lauren Lalla, Lexie Lalla and Nicholas Lalla, III, be and they are hereby granted an extension of time to amend their original complaint to specify the identity of the manufacturer and contractor of their units, until seven days after receipt of FEMA's discovery responses regarding same, which are due on September 22, 2009.

New Orleans, Louisiana, this _____ day of September, 2009.

_____
JUDGE