UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION N (5) |
| THIS DOCUMENT RELATES TO<br>*Arrom v. Jayco Inc., et al., Case No. 09-5700* | * * * | JUDGE ENGELHARDT |

**************************************************************************

### SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

Named Plaintiffs through undersigned counsel respectfully supplement and amend the First Amended Complaint for Damages (PTO 40 Amended Complaint) in the following respects:

1.

Named Plaintiffs seek to add the following name as Named Plaintiff on the First Amended Complaint for Damages (PTO 40 Amended Complaint):

Earnest Jones

2.

This supplemental and amending complaint is necessitated by the fact that Earnest Jones was inadvertently left out of the list of Named Plaintiffs in the First Amended Complaint.

3.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement First Amended Complaint (PTO 40 Amended Complaint) in the forgoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY       */s/ Paul Y. Lee*
            Paul Y. Lee, #CA118981

600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)
lee@kaplanleeoc.com

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

*/s/ Paul Y. Lee*
Paul Y. Lee