UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Fluor Enterprises, Inc, Defendant, in the above-numbered and entitled cause, which for purposes of this Motion to Enroll Sonia Mallett, as Additional Counsel of Record respectfully represents that:

**1.**

Fluor Enterprises, Inc. (Fluor) is and remains represented in this matter by the law firm of Middleberg, Riddle & Gianna.

**2.**

Fluor seeks to have Sonia Mallett added as counsel of record in this matter.

1

**3.**

Fluor respectfully avers that the enrollment of Sonia Mallett, will not delay this matter.

**4.**

Fluor further requests that Sonia Mallett, will be included in addition to Dominic J. Gianna, Richard A. Sherburne, Sarah A. Lowman and Charles R. Penot, Jr., on all notices and services in this matter upon the granting of this Motion.

WHEREFORE, Fluor Enterprises, Inc. prays that its Motion to Enroll Additional Counsel of Record be granted, including Sonia Mallett, as counsel of record, in addition to Dominic J. Gianna, Richard A. Sherburne, Sarah A. Lowman, and Charlie R. Penot, Jr., as counsel of record, and that she be included in all notices and services on behalf of Fluor Enterprises, Inc.

Respectfully submitted,

MIDDLEBERG, RIDDLE & GIANNA

*s/Richard A. Sherburne, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

-and-

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

-and-

              Richard A. Sherburne, Jr., La. Bar No. 2106
              Sonia Mallett, La. Bar No. 20511
              450 Laurel Street, Suite 1101
              Baton Rouge, Louisiana 70801
              Telephone: (225) 381-7700
              Facsimile: (225) 381-7730

            **Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

 I hereby certify that on September 11, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

              *s/Richard A. Sherburne, Jr.*

ND: 4849-0706-2276, v. 1