UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION N-5
                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

This Document Relates to:
*Bell v. Keystone*, Case No. 09-2967
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S RESPONSE TO
"KEYSTONE RV COMPANY'S MOTION TO EXTEND DEFENDANTS'
EXPERT REPORT DEADLINE"  (Doc. Rec. 3224)

Defendant United States of America ("United States") hereby adopts and joins "Keystone RV Company's Motion to Extend Defendants' Expert Report Deadline." (Doc. Rec. 3224). The United States requests that the Court grant that Motion for all the reasons set forth in Defendant Keystone's Memorandum filed in support thereof.

| | |
|---|---|
| Dated: September 11, 2009 | Respectfully Submitted, |
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| J. PATRICK GLYNN | ADAM DINNELL |
| Director, Torts Branch, Civil Division | MICHELLE BOYLE |
| | MICHELE GREIF |
| DAVID S. FISHBACK | JONATHAN WALDRON |
| Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller* |
| | HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL: | Senior Trial Counsel |
| JORDAN FRIED | United States Department of Justice |
| Associate Chief Counsel | Civil Division – Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES | Washington, D.C. 20004 |
| Trial Attorney | Telephone No: (202) 616-4223 |
| FEMA/DHS | E-mail: Henry.Miller@USDOJ.Gov |
| Department of Homeland Security | |
| Washington, D.C. 20472 | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                //S// *Henry T. Miller*
                                                HENRY T. MILLER (D.C. Bar No. 411885)