UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTOINE PRINCE, SR., and SANDRA PRINCE MADISON on behalf of HATTIE PRINCE** | * * * * | **CIVIL ACTION NO.: 09-3922** |
| **Plaintiffs,** | * * | **SECTION: N** |
| versus | * * | **MAGISTRATE: 5** |
| **LIBERTY INSURANCE CORP. a/k/a LIBERTY MUTUAL GROUP, INC. and FLUOR ENTERPRISES, INC.** | * * * * | |
| **Defendants.** | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

### *EX PARTE* UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes defendant, Liberty Insurance Corporation, incorrectly named as "Liberty Insurance Corporation, also known as Liberty Mutual Group" ("Liberty"), as an alleged insurer of R-Vision, Inc., who respectfully requests this Court to grant an additional seven (7) days, up through and including, September 21, 2009, in which to file responsive pleadings to plaintiffs' Complaint. In support of this motion, Liberty shows that: (1) additional time is needed in order to finalize its responsive pleadings and (2) plaintiffs' counsel has been contacted and does not oppose this extension.

- 1 -

- 2 -

   Respectfully submitted,

   *s/ Kristopher T. Wilson*
   **KRISTOPHER T. WILSON, T.A., La. Bar #23978**
   **RALPH S. HUBBARD III, La. Bar #7040**
   **ANNE E. BRIARD, La. Bar #29102**
   **LUGENBUHL, WHEATON, PECK, RANKIN &**
    **HUBBARD**
   601 Poydras Street, Suite 2775
   New Orleans, Louisiana 70130
   Telephone:  (504) 568-1990
   **Attorneys for Liberty Insurance Corporation**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2009 a copy of the foregoing **Ex Parte Unopposed Motion For Extension Within Which To File Responsive Pleadings** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:  **No manual participants.**

   *s/Kristopher T. Wilson*
   Kristopher T. Wilson, La. Bar No. 23978