UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTOINE PRINCE, SR., and SANDRA PRINCE MADISON on behalf of HATTIE PRINCE** | * * * * | **CIVIL ACTION NO.: 09-3922** |
| **Plaintiffs,** | * * | **SECTION: N** |
| | * | **MAGISTRATE: 5** |
| versus | * * | |
| **LIBERTY INSURANCE CORP. a/k/a LIBERTY MUTUAL GROUP, INC. and FLUOR ENTERPRISES, INC.** | * * * * | |
| **Defendants.** | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING** *Ex Parte* Unopposed Motion for Extension of Time Within Which to File Responsive Pleadings filed on behalf of Liberty Insurance Corporation, incorrectly named as "Liberty Insurance Corporation, also known as Liberty Mutual Group" ("Liberty");

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Liberty is granted an additional 7 days, up to and including September 21, 2009, within which to file responsive pleadings.

New Orleans, Louisiana this ____ day of September, 2009.

_____
JUDGE