UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
|     FORMALDEHYDE * | | |
|     PRODUCTS LIABILITY * | | |
|     LITIGATION * | | SECTION: N(5) |
| * | | |
| This Document Relates to: * | | |
| *Charlie Age, et al. v.* * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 * | | |
| * | | MAG: CHASEZ |

*******************************************************************************

**GULF STREAM COACH, INC.'S
MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR LEAVE TO
FILE MOTION *IN LIMINE* TO LIMIT OPINIONS AND TESTIMONY
OF ALEXIS MALLET BASED UPON THERMOGRAPHIC IMAGING**

**MAY IT PLEASE THE COURT:**

Gulf Stream Coach, Inc. respectfully requests that this Honorable Court enter the attached Order allowing it leave to file the attached *Motion in Limine* to Limit Opinions and Testimony of Alexis Mallet Based Upon Thermographic Imaging. In support of this request, Gulf Stream Coach, Inc. submits respectfully that in light of recent rulings (Docs. 2062, 3054) concerning the admissibility of certain testing performed by plaintiffs' experts Alexis Mallet, Ervin Ritter and/or Paul LaGrange (blower door testing, duct blaster testing and thermographic image testing) on May 6-7, 2009 as well as recent rulings dated September 11, 2009 (Doc. 3218) regarding the admissibility of and/or limitations to expert testimony of plaintiffs' expert Alexis Mallet, it has further discovered in preparing for trial in light of these rulings that the thermographic image testing performed by Alexis Mallet does, in fact, fall within the Court's exclusionary rulings above. As such, Gulf Stream Coach, Inc. submits that additional findings and/or rulings by this Honorable Court as regards the opinion testimony of Alexis Mallet are warranted. Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of this Reply.

1

**WHEREFORE**, after due proceedings, Gulf Stream Coach, Inc. respectfully requests that this Honorable Court enter the attached Order allowing it leave to file the attached Motion *in Limine* to Limit Opinions and Testimony of Alexis Mallet Based Upon Thermographic Imaging.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397
KEVIN R. DERHAM #27163**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
kderham@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 11th day of September, 2009, a copy of the foregoing Gulf Stream Coach, Inc.'s Motion and Incorporated Memorandum In Support For Leave to File Motion *in Limine* to Limit Opinions and Testimony of Alexis Mallet Based Upon Thermographic Imaging was filed electronically with the Clerk of Court using the CM/ECF

2

3

system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                s/Andrew D. Weinstock
        _____
        ANDREW D. WEINSTOCK #18495
             andreww@duplass.com