UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Gulf Stream Coach, Inc.'s Motion and Incorporated Memorandum In Support For Leave to File Motion *in Limine* to Limit Opinions and Testimony of Alexis Mallet Based Upon Thermographic Imaging, it is hereby ORDERED that said Motion is GRANTED and that the Motion *in Limine* to Limit Opinions and Testimony of Alexis Mallet Based Upon Thermographic Imaging be and is hereby accepted for filing into the record of this matter.

Signed in New Orleans, Louisiana, this _____ day of September, 2009.

_____
District Judge, Eastern District of La.