UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to:  *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

*****************************************************************************

### GULF STREAM COACH, INC.'S MOTION *IN LIMINE* TO LIMIT OPINIONS AND TESTIMONY OF ALEXIS MALLET BASED UPON THERMOGRAPHIC IMAGING

Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), respectfully requests this Honorable Court to enter an Order precluding any and all evidence of, testimony regarding, reference to, reliance upon and/or opinions based upon the thermographic image testing performed by Alexis Mallet.  Specifically, Gulf Stream Coach, Inc. submits that Opinions 7, 8 and 14 of Mallet's Affidavit be stricken.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
**Dewey M. Scandurro #23291**
**607 St. Charles Avenue**
**New Orleans, LA 70130**
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

    I hereby certify that on the 11th day of September, 2009, a copy of the foregoing Motion in Limine to Limit Opinions and Testimony of Alexis Mallet Based Upon Thermographic Imaging was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

    s/Andrew D. Weinstock
    _____
    ANDREW D. WEINSTOCK #18495
    andreww@duplass.com