# Transcript of the Testimony of
# Videotaped Deposition of Alexis Mallet, Jr.

**Date taken: July 17, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 2 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 91

```
 1   EXAMINATION BY MR. DERHAM:
 2       Q    Okay.
 3       A    When I'm told "air testing,"
 4   usually it means taking samples of air.
 5   That's why I was asking.
 6       Q    And that's what I'm referring to.
 7       A    No, sir, I'm not aware he took any
 8   air samples.
 9       MR. PINEDO:
10           Mr. LaGrange didn't take any air
11   samples.
12       MR. DERHAM:
13           Was it Mr. Ritter?  Someone told
14   us they did in their deposition.  Maybe it
15   was Mr. Ritter.  The depositions will speak
16   for themselves.
17       MR. PINEDO:
18           Indeed.
19   EXAMINATION BY MR. DERHAM:
20       Q    Okay.  But, correct, you didn't do
21   any of your own testing of any kind?
22       A    Well, I did test for air leakage,
23   the thermographic imaging.
24       Q    You did your own?
25       A    Yes.
```

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 3 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 92

1    Q    Okay.  Did Mr. LaGrange also do
2  that?
3    A    I think he did.
4    Q    So you did yours independent of
5  his?  In other words, he didn't use yours
6  and you didn't use his?
7    A    No, sir.
8    Q    Okay.  Where did you do your
9  thermographic imaging?
10   A    In the trailer.
11   Q    Well, yeah.  Where in the trailer
12 specifically?
13   A    Well, all of the rooms of the
14 trailer.
15   Q    Okay.  And are there images of
16 that thermographic testing that you did?
17   A    Yes, sir.
18   Q    That was attached to your report?
19   A    Yes, sir.
20   Q    So you did thermographic imaging
21 in every room in the trailer?
22   A    Yes, sir.
23   Q    Okay.  Where in each room did you
24 do the testing?
25   A    At the wall/ceilings -- the walls

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 4 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alexis Mallet, Jr.

Page 93

1    and ceilings.
2        Q    Was that the only location you did
3    the thermographic imaging in each room, at
4    the wall/ceiling interface?
5        A    No, sir, walls and ceilings.
6        Q    Okay.  So where?  Did you do them
7    at the wall/ceiling and wall/floor?
8        A    Well, I scanned the whole wall and
9    the ceiling of each room.  It's more like a
10   video camera than a 35-millimeter camera in
11   scanning.  I can scan like I'm scanning with
12   a video camera.
13       Q    Okay.  But it produces still
14   images?
15       A    It can produce both, but I did
16   stills.  But it can produce both.
17       Q    Do you have a video of it?
18       A    No, sir, I didn't do video.
19       Q    Okay.  Did you do the floors?
20       A    I'm sure I went over the floors
21   with the camera.  There was nothing of any
22   significance.  I didn't take any photographs
23   of the floors, so nothing -- I'm sure I
24   scanned the floors, but --
25       Q    Okay.  Are you aware how long

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 5 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 432

1    the ventilation system?
2        A    Well, there wasn't a ventilation
3    system other than the -- I guess the answer
4    is "yes."  It was in the form of a bathroom
5    vent and a kitchen vent, hood vent.
6        Q    Did you find that there was air
7    leakage outside of the Alexander/Cooper
8    travel trailer?
9        MR. DERHAM:
10            Objection.
11       MR. PENOT:
12            Objection.
13   EXAMINATION BY MR. PINEDO:
14       Q    There is an objection.  Let me ask
15   a different question.
16            Did you find any evidence that
17   there was unfiltered air entering into the
18   Alexander/Cooper travel trailer?
19       A    Into, yes.
20       Q    Did you contain those findings in
21   your report?
22       A    Yes, I did.
23       Q    Did you also conduct what's called
24   thermographic imaging of the
25   Alexander/Cooper travel trailer?

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 6 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alexis Mallet, Jr.

Page 433

1      A     Yes, a thermographic survey of the
2    trailer.
3      Q     Does a thermographic survey bear
4    any relation to unfiltered air entering into
5    a travel trailer or a unit?
6        MR. DINNELL:
7             Objection, form.
8        MR. PENOT:
9             Objection.
10       THE WITNESS:
11            Yes.
12   EXAMINATION BY MR. PINEDO:
13     Q     Did you include a discussion of
14   thermographic imaging in your report?
15     A     Yes.
16     Q     I'm going to show you what has
17   been marked as Mallet 18.
18            Could you please tell us what this
19   photo or what this document represents.  And
20   in a minute, I'm going to ask you to hold it
21   up for the videographer, so he can focus in
22   on it, but please describe it first.
23     A     This is a photograph of the
24   ceiling in the kitchen area.  Part of the
25   image is showing voids in the insulation

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 7 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alexis Mallet, Jr.

Page 434

1   system in the ceiling and part of it is
2   showing voids in the field of the ceiling in
3   the kitchen area, and also, at the wall to
4   ceiling connections or intersections, the
5   intrusion of heat in those areas.
6           Also, to the far left of the
7   photograph, you start to pick up images of
8   detection of moisture from cold spots in the
9   attic system.
10      Q   If you could hold that up, similar
11  to the previous ones you did, and could you
12  please describe in a little bit more detail.
13  We got some shadows.  If you would just hold
14  your hand in the lower corner, please.
15      MR. LAMBERT:
16          And you can use this to point to
17  the various features.
18  EXAMINATION BY MR. PINEDO:
19      Q   My first question is, Exhibit
20  No. 18, is that a thermographic image of the
21  Alexander/Cooper travel trailer?
22      A   Yes, it is.
23      Q   And briefly describe for the
24  ladies and gentlemen of the jury, what is a
25  thermographic image?

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 8 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alexis Mallet, Jr.

Page 435

1      A     A thermographic image is a --
2     Well, this photograph is of the images of
3     radiation being given off by whatever I'm
4     pointing the lens of the camera towards.
5            All objects radiate energy, and
6     the camera picks up the waves, the infrared
7     rays that are radiating from whatever I'm
8     pointing the camera towards, and the imaging
9     gives off various colors, if you will, or
10    shades, depending upon the temperature of
11    what I'm looking at.
12     Q     For example, here, we have some
13    purplish or pinkish colors.  What do those
14    represent running left to right?
15     A     Those are the ceiling joists, the
16    ceiling trusses.
17     Q     And is that hot or cold areas?
18     A     That is cold.
19     Q     And then we have some lighter or
20    white and yellowish.  What do those
21    represent?
22     A     Right.  These areas here
23    (indicating) represent a void in the
24    insulation in the ceiling.
25     Q     Is this taken inside of the

Case 2:07-md-01873-KDE-MBN  Document 3238-4  Filed 09/11/09  Page 9 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Alexis Mallet, Jr.

Page 436

1   Alexander/Cooper trailer looking up towards
2   the ceiling?
3       A    Yes, it is.
4       Q    And then on the lower left-hand
5   side, there's a very bright white line.
6       MR. LAMBERT:
7            Well, it's actually the lower
8   right as far as the camera is concerned.
9   EXAMINATION BY MR. PINEDO:
10      Q    Correct.  As the camera is
11  concerned, looking at this, on the lower --
12      MR. LAMBERT:
13           Right-hand side.
14  EXAMINATION BY MR. PINEDO:
15      Q    -- right-hand side, there's a
16  bright line.  What does that represent?
17      A    That represents temperature
18  differentials, hot spots of air leakage into
19  the trailer between the -- at the
20  intersection between the walls and the
21  ceiling.
22      Q    Does this photo in any way show
23  you where air or heat would be radiating
24  into the Alexander/Cooper travel trailer?
25      A    Yes.

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 10 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alexis Mallet, Jr.

Page 437

1     Q     And could you identify those areas
2  for us?
3     A     From the outside in would be the
4  white spots where it's radiating from the
5  interior -- the exterior.  The center
6  sections would be voids in the insulation.
7           We talked earlier that our
8  temperature readings were upwards of 120
9  degrees in May.  That heat was radiating
10 through the roof system and showing up on
11 the ceiling of that trailer.
12    Q     I'm going to show you what's been
13 marked as Mallet No. 19.  Could you please
14 identify what this thermographic image
15 depicts.
16    MR. LAMBERT:
17          Just turn it around and do it once
18 for the camera.
19    THE WITNESS:
20          This is the intersection of the
21 wall and ceiling area over the -- over the
22 upper cabinet unit in the kitchen, I believe
23 it is.  But it's the wall and ceiling area
24 intersection, and it's indicating air and
25 temperature differentials, infiltration into

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 11 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alexis Mallet, Jr.

Page 438

1   the envelope of the trailer.
2   EXAMINATION BY MR. PINEDO:
3        Q    And for somebody living in New
4   Orleans, Louisiana, in the summertime, would
5   that be hot air infiltrating there at the
6   section where it's white?
7        A    That would be heat, heat radiating
8   through the envelope of the building.
9        Q    Would it also include air?
10       A    Yes.
11       Q    I'm going to show you what has
12  been marked as Mallet No. 20.
13            Similarly, could you describe for
14  the ladies and gentlemen of the jury what
15  this thermographic image represents?
16       A    This is the center part of the
17  kitchen area near the air conditioning
18  system, the dark purple and almost black
19  areas indicating cold areas in relation to
20  the hotter areas of the ceiling.
21            These areas are the roof frame,
22  the framing around the air conditioning
23  system, and it's indicating to me air
24  leakage into the cavity of the ceiling,
25  because it's making the -- the air

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 12 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 439

1   conditioning duct leakage is causing the
2   wood framing that is not insulated to be
3   much cooler than the surrounding areas.
4       Q   Okay. You can put that down.
5           Did you make an assessment as to
6   the adequacy of the seals where the various
7   cross members or structures came together in
8   the Alexander/Cooper travel trailer?
9       A   Based on visual observation, it
10  didn't appear to have a sealant material,
11  and even if it did, there's no method of
12  preventing the heat, air and moisture from
13  coming into the building, because the
14  outside is merely wrapped with an aluminum
15  skin, an aluminum sheeting material.
16          There's nothing to prevent
17  moisture vapor or air from penetrating below
18  that exterior sheeting.
19      Q   Did you find any evidence of
20  sealants with regard to the wall and the
21  floor where they came together?
22      A   Yes. Indications of air
23  infiltration along the very edge of the
24  carpet, the carpet acting as a filter,
25  shadowing along the edges of the wall,

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 13 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Alexis Mallet, Jr.

Page 440

1   shadowing along the edges of the ceiling was
2   noted in the bedroom, the kitchen area --
3   and the kitchen area.
4       Q   And describe for the ladies and
5   gentlemen of the jury what you mean by
6   "shadowing."
7       A   Shadowing is a discoloration of an
8   area as a result of some element, such as
9   dust or smoke that collects in an area
10  that's attracted to it because of a
11  temperature differential.
12      Q   Does shadowing also give evidence
13  of air infiltration?
14      A   In those areas, it does, yes.
15      Q   Did you notice any air
16  infiltration on the joints or the area where
17  the wall came together with the ceiling of
18  the Alexander/Cooper travel trailer?
19      A   Yes.
20      Q   And is that on the interior?
21      A   Yes.
22      Q   Is it your opinion that there was
23  air infiltration where the wall and ceiling
24  came together on the Alexander/Cooper travel
25  trailer?

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 14 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alexis Mallet, Jr.

Page 441

1   A   Yes. One of the things that we're
2   trained to look for are those shadowing
3   effects at intersections of the base of the
4   wall and the ceiling, like the crown of the
5   wall.
6   Q   Does FEMA have any specifications
7   for exterior openings and weather-proofing
8   with regard to this particular unit?
9   A   FEMA's procurement specifications
10  require the units to be sealed against
11  penetration for air and moisture.
12  Q   And in your opinion, were the
13  exterior openings sealed to prevent air and
14  moisture infiltration in the
15  Alexander/Cooper travel trailer?
16  A   No, sir.
17  Q   If hot air enters into, from the
18  exterior enters into the Alexander/Cooper
19  travel trailer and it has formaldehyde-based
20  wood products, what effect would that have
21  on formaldehyde release from those wood
22  products?
23      MR. DERHAM:
24          Objection.
25      MR. PENOT:

Case 2:07-md-01873-KDE-MBN   Document 3238-4   Filed 09/11/09   Page 15 of 16

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 442

1            Objection.
2       MR. DINNELL:
3            Objection.
4       THE WITNESS:
5            As I understand the activation of
6  formaldehyde, when moisture rises, as the
7  moisture is coming in from the hot, humid
8  air on the exterior, it's absorbing into the
9  wood material, because it's being trapped
10 behind the wallpaper on the interior side of
11 the mobile home -- the trailer, and as I
12 understand it, the moisture is activating or
13 will activate or increase the activation of
14 off-gassing of the formaldehyde.
15 EXAMINATION BY MR. PINEDO:
16      Q    Will heat have the same effect?
17      MR. DERHAM:
18           Objection.
19      MR. PENOT:
20           Objection.
21      THE WITNESS:
22           Heat has a greater effect than
23 moisture does according to the studies that
24 I read.
25 EXAMINATION BY MR. PINEDO:

Page 443

1    Q    And is that included in the
2    Lawrence Berkeley report?
3    A    Yes, it is.
4    Q    That heat increases off-gassing of
5    formaldehyde from wood products?
6    A    And moisture.
7    Q    And if we look, for example, at
8    the thermographic image that's No. 20, did
9    you notice some type of effect that it would
10   have for the leakage of the air conditioning
11   unit if it's leaking into the walls?  Is
12   that what's happening here in Exhibit
13   No. 20?
14         MR. DINNELL:
15              Objection, form.
16         MR. DERHAM:
17              Objection.
18         THE WITNESS:
19              Exhibit 20 is air leakage into the
20   ceiling cavity.
21   EXAMINATION BY MR. PINEDO:
22   Q    Assume with me that there's a
23   build-up of formaldehyde gas in the ceiling
24   cavity.  What effect would it have if
25   there's air leakage such as we see in the