UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Jay Ball v. Frontier RV, Inc., et al.*
No. 09-3745
**********************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on June 15, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant United States Government through Federal Emergency Management Agency, Office of the Director, Office of the General Counsel, 500 C Street, SW, Washington, D.C. 20472, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed before me, this _11_ day of September 2009.

_____
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S.A.
   through
   Federal Emergency Management Agency
   Office of the Director
   Office of the General Counsel
   500 C Street, SW
   Washington, D.C. 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: CRDS RECEIVING  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Jonathy A. Ramsey   C. Date of Delivery: JUN 22 2009
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0001 5393 5018

PS Form 3811, February 2004   Domestic Return Receipt   JUN 29 REC'D   102595-02-M-1540