UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Jay Ball v. Frontier RV, Inc., et al.*
*No. 09-3745*
*********************************************************************************

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on June 15, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant Frontier RV, Inc. through its registered agent for service Lawyer's Aid, Inc., 408 West 17th Street, Suite 101, Austin, TX 78701, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

*Candice signature*

**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed before me, this 11 day of September 2009.

*Linda signature*

LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *signature*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) Justin Haddock   C. Date of Delivery 6/18/09<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Frontier RV, Inc.<br>through<br>Lawyer's Aid Service, Inc.<br>408 West 17th St., Ste 101<br>Austin, TX 78701 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7006 3450 0001 5393 2468 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |