# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 SECTION "N" (4) |
| This applies to: Bell v. Keystone, Suit No. 09-2967 | ) ) ) | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

### KEYSTONE RV COMPANY'S *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO EXTEND DEFENDANTS' EXPERT REPORT DEADLINE

Defendant Keystone RV Company ("Keystone") moves for expedited consideration of its Motion to Extend Defendants' Expert Report Deadline. As more fully explained in Keystone's memorandum in support of this motion, the Court should issue an order requiring the plaintiff (and other parties if they chose to do so) to file a response to Keystone's motion for extension of the defendants' expert deadlines on an expedited basis, given that the current deadline for defendants' expert reports is September 18, 2009. Keystone has submitted a proposed order in connection with this motion.

        Respectfully submitted,

    *s/Ryan E. Johnson*
    _____
    James C. Percy (La. Bar No. 10413)
    Ryan E. Johnson (La. Bar No. 26352)
    **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**

{B0609374.1}

        Four United Plaza
        8555 United Plaza Boulevard
        Baton Rouge, LA 70809
        Telephone: (225) 248-2080
        Facsimile: (225) 248-3080

        -and-

        Madeleine Fischer (La. Bar No. 5575)
        Nan Roberts Eitel (La. Bar No. 19910)
        Jones, Walker, Waechter, Poitevent,
        Carrère & Denègre, L.L.P.
        201 St. Charles Avenue, 49th floor
        New Orleans, LA 70170
        Telephone: (504) 582-8000
        Facsimile: (504) 589-8208

        ***Counsel for Keystone RV Company***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 11th day of September, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                        *s/Ryan E. Johnson*
                  _____
                        Ryan E. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873<br><br>SECTION "N" (4) |
| This applies to: Bell v. Keystone, Suit No. 09-2967 ) ) | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER

Considering the Motion for Expedited Consideration filed by defendant Keystone RV Company,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the plaintiff and the other parties to this litigation shall file a response to Keystone's Motion to Extend Defendants' Expert Report Deadline, on or before _____ o'clock ___.m. on September _____, 2009.

New Orleans, Louisiana, this _____day of _____, 2009.

_____
United States District Judge

{B0609374.1}