UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS  )<br>LIABILITY LITIGATION  ) | MDL NO. 1873<br><br>SECTION "N" (4) |
| ) | |
| This applies to:  Bell v. Keystone,  )<br>Suit No. 09-2967  ) | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**KEYSTONE RV COMPANY'S MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO EXTEND DEFENDANTS' EXPERT REPORT DEADLINE**

Defendant Keystone RV Company ("Keystone") has filed a motion for expedited consideration of its Motion to Extend Defendants' Expert Report Deadline. Under the current scheduling order, Keystone's own expert reports are due on September 18, 2009. If Keystone's motion were set and considered under the normal course, there would not be sufficient time before that deadline for the parties to fully brief the motion and for the Court to consider it.

Therefore, defendant Keystone RV Company requests that the Court issue an order granting expedited consideration of its Motion to Extend Defendants' Expert Report Deadline. Keystone has submitted a proposed order in connection with this motion.

{B0609547.1}

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

**Counsel for Keystone RV Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0609547.1}