# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>   FORMALDEHYDE PRODUCTS<br>   LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N" (4) |
| This applies to: Bell v. Keystone,<br>Suit No. 09-2967 | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER

Considering the Motion for Expedited Consideration filed by defendant Keystone RV Company,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the plaintiff and the other parties to this litigation shall file a response to Keystone's Motion to Extend Defendants' Expert Report Deadline, on or before _____ o'clock ___.m. on September _____, 2009.

New Orleans, Louisiana, this _____day of _____, 2009.

_____
United States District Judge

{B0609374.1}