UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO FLUOR ENTERPRISES, INC.'S OBJECTIONS TO
PLAINTIFF'S DEMONSTRATIVE EXHIBITS**

Plaintiff, Alana Alexander, individually and on behalf of Christopher Cooper ("Plaintiff" or "Ms. Alexander"), responds to Defendant Fluor Enterprises, Inc.'s ("Fluor") Objections to Plaintiff's Demonstrative Exhibits as follows:

The referenced demonstrative exhibit will be used in opening statement.  The purpose of an opening statement is to state what evidence will be presented, to make it easier for the jurors to understand what is to follow, and to relate parts of the evidence and testimony to the whole. *See Testa v. Village of Mundelein, Ill.*, 89 F.3d 443, 446 (7th Cir. 1996).     Plaintiff will respond to Fluor's arguments by number.[1]

---

[1] Fluor's position that because Plaintiff advised by email that they thought all of Fluor's objections were foolish and in error, then somehow Plaintiff was really only responding to some of those objections, is equally foolish and meritless.  It is also unfortunate that Fluor is joining Gulf Stream in the practice of attaching lawyers emails to motions in an attempt to prejudice the Court.

1.      As to the picture of the wall, although the photo was taken after Plaintiff moved into the trailer, she can and will testify if the photo accurately depicts the wall at the time she moved in.    Fluor's failure or refusal to understand this demonstrates a fundamental misunderstanding of the rules of evidence.

2.      As to the slide regarding comparable fault, this is not improper.   Plaintiff's counsel should be permitted to tell the jury that the big questions for the jury will be whether Plaintiff, Fluor, or Gulf Stream are at fault.  Plaintiff's counsel will not represent that this slide is the "verdict form".

3.      With respect to the installation method, Plaintiff's counsel intends to tell the jury how that this is how we believe the trailer was installed, based on the evidence.  This is proper opening argument.    As such, demonstrative showing a picture which reflects this belief is proper.

4.      Plaintiff will fix the demonstrative to spell Fluor correctly.

5.      Plaintiff appreciates Fluor pointing this out, but this is not an objection and thus Plaintiff need not respond.

6.      With respect to Fluor's concern that this slide implies that this case is more than a single plaintiff/single trailer trial, Plaintiff has no idea what gives Fluor this "concern."  If Fluor objects to something, Fluor needs to explain the problem.  Fluor does not, so Plaintiff cannot respond.

7.      Plaintiff will review the power point in light of the Court's ruling on LPLA claims against Fluor.

## CONCLUSION AND PRAYER

Plaintiff demonstrative exhibits are illustrations of proper opening argument.  Wherefore, Plaintiff respectfully requests that the Court overrule Fluor's objections.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471