UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S OBJECTION TO, AND MOTION IN LIMINE REGARDING, GULF STREAM'S PROPOSED DEMONSTRATIVE EXHIBITS**

Plaintiff, Alana Alexander, individually and on behalf of Christopher Cooper ("Plaintiff" or "Ms. Alexander") objects to moves to preclude certain portions of Defendant Gulf Stream Coach's proposed demonstrative exhibits, for reasons more fully set forth in the accompanying memorandum.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

<pre>
                              s/Justin I. Woods
                              JUSTIN I. WOODS, #24713
                              **PLAINTIFFS' CO-LIAISON COUNSEL**
                              Gainsburgh, Benjamin, David, Meunier &
                              Warshauer, L.L.C.
                              2800 Energy Centre, 1100 Poydras Street
                              New Orleans, Louisiana 70163
                              Telephone:    504/522-2304
                              Facsimile:    504/528-9973
                              jwoods@gainsben.com

                              **COURT-APPOINTED PLAINTIFFS'
                              STEERING COMMITTEE**
                              ANTHONY BUZBEE, Texas # 24001820
                              RAUL BENCOMO, #2932
                              FRANK D'AMICO, #17519
                              MATT MORELAND, #24567
                              LINDA NELSON, #9938
                              MIKAL WATTS, Texas # 20981820
                              ROBERT BECNEL
                              DENNIS REICH, Texas # 16739600
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<pre>
                              s/Gerald E. Meunier
                              GERALD E. MEUNIER, #9471
</pre>