# Some Everyday Sources of Formaldehyde

## Interior Spaces

Inside FEMA Trailer .05 ppm

Second Hand Cigarette Smoke 7 ppm

Cooking Fish .48 – 5.31 ppm

Offices .12–.20ppm

Library .7ppm

Clothing Store .9 – 3.3 ppm

Exhibit
A

## Normal Diet

Shrimp 47.6 ppm

Catfish 28.2 ppm

Pears 5.4 ppm

Milk .2 ppm

Scotch or Bourbon 3 ppm

Beer 5 ppm

Soft Drinks 5 ppm

Pork 5.4 ppm



Interior Spaces
Some Everyday Sources of Formaldehyde
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0
7.00 ppm
up tp 5.31 ppm
up to 3.3 ppm
.7 ppm
.12 - .20 ppm
.05 ppm
Cigarette Smoke
Cooking
Clothing Store
Library
Office
Cooper's FEMA Trailer



Shrimp
47.6 ppm

Normal Diet
Some Everyday Sources of Formaldehyde
30
25
20
15
10
5
0
28.2 ppm
5.4 ppm
5.4 ppm
5 ppm
5 ppm
3 ppm
.2 ppm
.05 ppm
Catfish
Pears
Pork
Beer
Soft Drinks
Scotch or Bourbon
Milk
Cooper's FEMA Trailer
#05c