

AVERAGE FORMALDEHYDE LEVELS IN 53 SOUTHERN LOUISIANA HOMES

Exhibit B



AVERAGE FORMALDEHYDE LEVELS IN 53 SOUTHERN LOUISIANA HOMES

Parts Per Million (ppm)

- Spring: 0.53
- Summer: 0.46
- Fall: 0.56
- Winter: 1.04

Ambient Formaldehyde Levels in Baton Rouge 0.005 - 0.02ppm — 0.05 ppm