

**EFFECTS OF AIR CONDITIONING & VENTILATION ON FORMALDEHYDE LEVELS**

- Closed UP, Unventilated: 1.04 ppm
- A/C On & Working: .39 ppm
- Windows Open: .09 ppm
- Cooper FEMA Trailer: .05 ppm

Exhibit C