# DEPOSITION OF CHRISTOPHER COOPER
## June 29, 2009

pg. 24

8    Q.    Were there any times of the year

9    that you would notice asthma attacks would

10   come on more frequently before the

11   hurricane?

12   A.    When the seasons start to change.

Exhibit D

# DEPOSITION OF ALANA ALEXANDER

## June 29, 2009

pg. 175

24    Q.    So then the first thing you'd do

25    on those [school] days [when you

1    would get back]

2    would be to open up the

3    A.    And air it out.

4    Q.    Air it out.

5    Did you open up the windows?

6    A.    Yeah, open up the windows, the

door, turn the air conditioner on.

trailer --

# DEPOSITION OF ALANA ALEXANDER
## June 29, 2009

pg. 163

22    Q.    Were you provided any instructions

23    concerning the trailer?

24    A.    After we got in the trailer.

25    Q.    Somebody came out to see you? . . .

pg. 164

6    A.    I think she was with Gulf Stream.

7    She said she was with the trailer people.

13    . . . She said the smell that we were

14    smelling was because the trailer was new and

15    had been closed up and just to air

16    the trailer out.

# DEPOSITION OF ALANA ALEXANDER

## June 29, 2009

pg. 166  24    Q.        What did she tell you about airing

25    the trailer out?

pg. 167  1    A.        She said just open the windows and

2    the door, because there was a screen door on

3    it. You open the windows and the door and

4    you could turn the air conditioner on and

5    let it blow out.   Especially if we was gone

6    for the day and was coming back in, to let that

7    happen for a few minutes.

pg. 168  15    Q.        Did you continue to have sneezing and

16    itchy eyes after it had been aired out?

17    A.    No, not after it aired out.

# DEPOSITION OF ALANA ALEXANDER
## June 29, 2009

pg. 286

8    Q.    Is it correct that from the first

9    day that you moved into the trailer that you

10   tried to air it out and ventilate it?

11   A.    Yes.

12   Q.    You opened the door and windows to

13   ventilate the trailer?

14   A.    Yes.

## DEPOSITION OF ALANA ALEXANDER
## June 29, 2009

pg. 115

10    Q.      Okay. Had you heard anything

11    about that topic prior to Justin Wood's mom

12    telling you?

13    A.      The only time I heard any mention

14    about the trailers and formaldehyde was in

15    December. December — that would have been

16    in '07.

17    Q.      What did you hear about the trailers

18    in December of '07?

19    A.      The news was reporting that they

20    had found that the trailers had possible

21    formaldehyde in them.

# Excerpts from Alana Alexander's Deposition

June 29, 2009

Q. Were you provided any instructions concerning the trailer?

A. After we got in the trailer.

Q. Somebody came out to see you? . . .

A. I think she was with Gulf Stream. She said she was with the trailer people. . . . She said the smell that we were smelling was because the trailer was new and had been closed up and just to air the trailer out.

Q. What did she tell you about airing the trailer out?

A. She said just open the windows and the door, because there was a screen door on it. You open the windows and the door and you could turn the air conditioner on and let it blow out. Especially if we was gone for the day and was coming back in, to let that happen for a few minutes.

Q. Did you continue to have sneezing and itchy eyes after it had been aired out?

A. No, not after it aired out.

Q. Is it correct that from the first day that you moved into the trailer that you tried to air it out and ventilate it?

A. Yes.

Q. You opened the door and windows to ventilate the trailer?

A. Yes.

Q. So then the first thing you'd do on those days [when you would get back] would be to open up the trailer and air it out.

A. And air it out.

Q. Air it out. Did you open up the windows?

A. Yeah, open up the windows, the door, turn the air conditioner on.



# DEPOSITION OF CHRISTOPHER COOPER

## June 29, 2009

pg. 52

5   Q.      Describe for me one of the times

6   when it wasn't outside playing.

7   A.      Well, sometimes it -- when my

8   mother finished cooking and when she keeps

9   one of the windows open and sometimes the

10  air would still linger in there and

11  sometimes it would make me wheeze.

12  Q.      You're talking about the air from

13  cooking?

14  A.      Yes.

15  Q.      So like when she had been frying

16  something up?

17  A.      Yes.

# DEPOSITION OF CHRISTOPHER COOPER
## June 29, 2009

pg. 62

5  Q.   Is the trigger for your allergies

6  pollen outside?

7  A.   Yes.

8  Q.   Do you know of anything else that

9  causes your eyes to water and your nose to

10 run?

11 A.   The hickory, I think it is.

12 Q.   Some kind of wood?

13 A.   Yes.

# DEPOSITION OF ALANA ALEXANDER
## June 29, 2009

pg. 239

23   Q.      Did she [Dr. Pacheco] talk to you about whether

24   Chris had previously been undertreated for

25   his asthma?

pg. 240

1    A.      She said that somewhat because I

2    didn't give him the Flovent on a regular

3    basis.

4    Q.      Did she say that was a good idea?

5    A.      She said she understood why I

6    didn't do it because there's a lot of

7    precautions that go with it, but when she

8    explained everything to me in more definite,

9    I understood why he needed to have the

10   Flovent every day.

11   Q.      Is it your impression that Chris's

12   asthma has returned to the same level it was

13   before the hurricane?

14   A.      I would say yes.

# DEPOSITION OF ALANA ALEXANDER
## June 29, 2009

pg. 184

19   Q.      What types of circumstances

20   created problems with the asthma that you

21   described to McDonough 15 when he first went

22   there?

23   A.      The weather, the weather changes.

24   And like I say, the weather and the

25   increasing pollen and dust that New Orleans

pg. 185

1    had right after the storm.

2    Q.      Chris was having problems with the

3    pollen and dust that was around the area

4    after the storm?

5    A.      Yes.

# DEPOSITION OF CHRISTOPHER COOPER

## June 29, 2009

pg. 107

13  Q.   Are you ever around your mom or

14  your sister when they are sweeping or

15  dusting the house?

16  A.   Yes.

17  Q.   Do you ever sweep or dust the

18  house?

19  A.   Yes.

20  Q.   Does the sweeping or dusting

21  bother your lungs, does it make breathing

22  more difficult?

23  A.   No.

24  Q.   What about your alleriges, does it

25  make your nose run?

pg. 108

1   A.   Sometimes.

**DEPOSITION OF ALANA ALEXANDER**

**June 29, 2009**

pg. 241

2  Q. Has anyone diagnosed what he's

3  allergic to?

4  A.    Yes.

5  Q.    What is he allergic to?

6  A.    Dust mites, house dust and

7  hickory.

8  Q.    Is he allergic to formaldehyde?

9  A.    I will say no.

# DEPOSITION OF ALANA ALEXANDER
## June 29, 2009

pg. 237  25   Q.   After Chris moved out of the
pg. 238  1   trailer, did his use of the inhaler
2   decrease?
3   A.   Yes.
4   Q.   What is his use of the inhaler
5   currently?
6   A.   He uses his Flovent once every
7   day, in the morning.
8   And he takes his albuterol inhaler
9   when he has a, like, band concert or
10   something like that.
11   Q.   How often is that?
12   A.   Well, he had this past few months,
13   he had like three band concerts, so I would
14   say once a month, I guess.
15   Q.   The one time a month is
16   approximately the same amount of time
17   that you described for me pre-Hurricane
18   Katrina, correct?
19   A.   Correct.

# DEPOSITION OF ALANA ALEXANDER
## June 29, 2009

pg. 334

23   Q.   Chris had to go to the hospital in

24   December of 2007.  Do you remember that

25   incident?

pg. 335

1    A.   **You said December of 2007?**

2    Q.   That's right.

3    A.   **Yes.**

4    Q.   Do you remember if there was a

5    drop in temperature right before he had to

6    go to the hospital?

7    A.   **I don't remember that, if there**

8    **was a drop in temperature.**

9    Q.   On other occassions, can you

10   remember a drop in temperature causing

11   problems with his breathing?.

12   A.   **Yes.**

# DEPOSITION OF CHRISTOPHER COOPER
## June 29, 2009

pg. 101

8    Q.    Back when you lived in the

9    trailer, would you guys keep the windows

10   open a lot?

11   A.    Yes.

# DEPOSITION OF DR. KARIN ANN PACHECO

## July 15, 2009

pg. 61

21 Q.   Doctor, so as we sit here

22 today, you cannot say, more probably than not, that

23 Chris Cooper's asthma is any different today than it was

24 on August 28, 2005, correct?

25 A.   Not yet, no.

# DEPOSITION OF DR. KARIN ANN PACHECO

## July 15, 2009

pg. 66

21    Q.    You said previously that he, that Chris

22    Cooper, did not have formaldehyde-related, IgE-mediated

23    asthma, correct?

24    A.    To my knowledge, he did not.

# DEPOSITION OF DR. KARIN ANN PACHECO

## July 15, 2009

pg. 54

14   "Nonetheless, the patient's test results document

15   moderately severe [broncho] bronchial

16   hyperresponsiveness, as well as a component of fixed

17   airflow obstruction. This likely reflects a long

18   history of asthma that has been suboptimally treated."

19         Is that correct?

20   **A.**   **Yes.**

21   **Q.**   **Do you still believe that today?**

22   **A.**   **Yes, I do.**

# DEPOSITION OF DR. KARIN ANN PACHECO
## July 15, 2009

pg. 54

23   Skip a sentence. Then you state, "Chronic

24   untreated asthma can lead to airways remodeling and

25   scarring with fixed airflow obstruction that no longer

pg. 55

1   completely reverses with inhaled bronchodilator.

2   Is that correct?

3   A.   Yes.

4   Q.   So that you believe he had airway remodeling

5   and scarring based on suboptimally treated asthma?

6   A.   In part, yes.

# DEPOSITION OF DR. KARIN ANN PACHECO
## July 16, 2009

pg. 203

2    Q.    Can the observation of boggy nasal turbinates

3    result from suboptimal treatment of asthma?

4    A.    No.

5    Q.    Could it result from a sinus infection?

6    A.    Classically, the specific description of boggy

7    pale nasal turbinates reflects allergies.