Chris Cooper lived in FEMA Trailer
Chris Cooper in Litigation
SINGULAIR — FLOVENT
SINGULAIR
SINGULAIR — PROAIR INHALER (ALBUTEROL)
SINGULAIR
SINGULAIR
FLOVENT
PROAIR INHALER (ALBUTEROL)
SINGULAIR — PROAIR INHALER (ALBUTEROL) — FLOVENT
J F M A M J J A S O N D J F M A M J J A S O N D J F M A M J J A S O N D J F M A M J J A S O N D
2006
2007
2008
2009
Exhibit E