**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

IN RE:  FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                      SECTION "N-5"

                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PSC'S MOTION TO CERTIFY FOR INTERLOCUTORY REVIEW
PURSUANT TO 28 U.S.C. § 1292(b) THE COURT'S SEPTEMBER 8, 2009 ORDER
EXCLUDING THE EXPERT TESTIMONY OF CHRISTOPHER DEROSA**

NOW INTO COURT, and pursuant to 29 U.S.C. § 1292(b), come plaintiffs, through the

Plaintiffs' Steering Committee ("PSC"), who respectfully request, for the reasons more fully set

forth in the attached memorandum, that this Court certify for interlocutory appeal its Order of

September 8, 2009 (Doc. 3067) on the question whether a non-retained expert, Christopher

DeRosa, Ph.D., may offer at various bellwether trials in this MDL though a video-taped

deposition of the witness taken on July 6, 2009.

                            Respectfully submitted:

                            **FEMA TRAILER FORMALDEHYDE
                            PRODUCT LIABILITY LITIGATION**

                            BY:     s/Gerald E. Meunier
                                    GERALD E. MEUNIER, #9471
                                    **PLAINTIFFS' CO-LIAISON COUNSEL**
                                    Gainsburgh, Benjamin, David, Meunier &
                                    Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, TEXAS #24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 11, 2009, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-call mail to all counsel of record who are

non-CM/ECF participants.


s/Gerald E. Meunier
GERALD E. MEUNIER