(101) Citation: ISS PETITION FOR DAMAGES ;   090728-5477-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ERNESTINE SAMUELS
  versus
LAKESIDE PARK HOMES INC, AMERICAN
INTERNATIONAL SPECIALTY INSURANCE COMPANY,   Case: 675-917   Div: "B"
INSURANCE COMPANY OF THE STATE OF   P 1 ERNESTINE SAMUELS
PENNSYLVANIA, LEXINGTON INSURANCE COMPANY,
SHAW ENVIRONMENTAL INC, CH2M HILL
CONSTRUCTORS INC, TKTMJ INC

To: LAKESIDE PARK HOMES INC
THROUGH AGENT FOR SERVICE
BEN C. JARVIS   LA Long Arm
70 PEACHSTATE DR
ADEL GA 31620
VIA LOUISIANA LONG ARM STATUE

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY 30 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 28th day of July, 2009.

_____
Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES ;   090728-5477-2

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal   ___ Domiciliary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant   ___ Received too late to serve
   ___ Moved   ___ No longer works at this address
   ___ No such address   ___ Need apartment / building number
   ___ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

(101) Citation: ISS PETITION FOR DAMAGES ;                                        090728-5477-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

ERNESTINE SAMUELS
   versus
LAKESIDE PARK HOMES INC, AMERICAN
INTERNATIONAL SPECIALTY INSURANCE COMPANY,    Case: 675-917   Div: "B"
INSURANCE COMPANY OF THE STATE OF    P 1 ERNESTINE SAMUELS
PENNSYLVANIA, LEXINGTON INSURANCE COMPANY,
SHAW ENVIRONMENTAL INC, CH2M HILL
CONSTRUCTORS INC, TKTMJ INC

To: LAKESIDE PARK HOMES INC
THROUGH AGENT FOR SERVICE
BEN C. JARVIS
70 PEACHSTATE DR    LA Long Arm
ADEL GA 31620
VIA LOUISIANA LONG ARM STATUE

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY 30 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 28th day of July, 2009.

Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---SERVICE INFORMATION---

(101) Citation: ISS PETITION FOR DAMAGES ;                                        090728-5477-2

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal   ___ Domiciliary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts ____ times
   ___ Vacant   ___ Received too late to serve
   ___ Moved   ___ No longer works at this address
   ___ No such address   ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____   #_____
                 Deputy Sheriff
Parish of: _____