UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO: 1873**<br><br>**SECTION "N-5"**<br>**JUDGE ENGELHART**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT RELATES TO ALL CASES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 40 (Doc. 1781)**

**MAY IT PEASE THE COURT,**

The Plaintiffs' Steering Committee ("PSC") respectfully requests this Honorable Court grant an extension of time in which plaintiffs must comply with the Pretrial Order No. 40 (Doc. 1781) requirement that all plaintiffs must be matched within forty-five days of the filing of their suit in this Court since good cause exists as plaintiffs have engaged in due diligence to achieve the accurate matching information regarding their individual Emergency Housing Unit ("EHU").

Plaintiffs originally filed their complaints on or about July 31, 2009. At the time of filing the plaintiffs did not know the identity of the manufacturer or contractor for their EHU. Plaintiffs, through the PSC have submitted the identities of these plaintiffs to the Federal Government for matching purposes. Despite, the plaintiffs compliance with the approved matching process, to the extent they were able, the Federal Government has been unable to provide all of the matching information needed. In many cases, the plaintiffs' matching requests are returned as simply "unmatched."

In an attempt to better provide the Government with the most accurate and complete information necessary to return all of the matching information, the PSC has also requested the production of each individual assistance file of plaintiffs who have waived their Privacy Act protection. However, the Government has to date refused to comply with the PSC's discovery request. In turn, the PSC filed on August 6, 2009, its Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA (Doc. 2554) which is still pending before Magistrate Judge Chasez.

The plaintiffs have attempted through both the approved matching process and traditional discovery to comply with PTO 40, but have been unable to do so. Until the PSC is provided with the necessary information, held entirely by the Federal Government, they will be unable to match their previously unmatched plaintiffs. Accordingly, plaintiffs request this court grant an extension of time in which to comply with PTO 40 as we wait for Mag. Judge Chasez's ruling.

    Respectfully Submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIASON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIASON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471