UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO: 1873<br>SECTION "N-5"<br>JUDGE ENGELHART<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO ALL CASES | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the above and foregoing,

   IT IS ORDERED that plaintiffs be and are hereby GRANTED an extension of time in which to comply with Pretrial Order No. 40 pending the ruling on Plaintiffs' Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA by Magistrate Judge Chasez.

   New Orleans, Louisiana, this _____ day of _____, 2009.

                                          _____
                                           KURT D. ENGELHARDT
                                           UNITED STATES DISTRICT JUDGE