## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA  §
LAFAYETTE PARISH  §

I, ALEXIS MALLET, JR., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On May 7, 2009, I took 17 infrared thermographic images of the interior of Alana Alexander's trailer.

3. Paul LaGrange and Ervin Ritter were also in the trailer at this time.

4. I did not take any thermographic images of the Trailer while Mr. LaGrange was operating his equipment for either the blower door or the duct blaster assessments. During the equipment operations time, I was observing Mr. LaGrange and the actual performance results and was taking pictures with my digital camera. Prior to closing the Trailer to perform the blower door and duct blaster test, as well as the infrared thermographic imaging, there were too many participants inspecting the trailer to perform the thermographic imaging. During the blower door testing, no one could enter or exit the trailer while the equipment was set up. That made this time frame the most opportune to have the inside area of the Trailer available to perform the infrared survey.

5. I did take infrared pictures during the time the Trailer was closed to perform the duct blaster and blower door tests; however, all of my infrared thermographic images were taken in the *period* in between the completion of the blower door test and the start of the duct blaster tests. After the blower door test is performed there is a long period of time that elapses between the blower door test and the duct blaster test due to the amount of preparation involved to test the duct systems. No equipment was running when I took the infrared thermographic images.

6. Thermographic images identify temperature anomalies. The blower door and duct blaster tests check for air movement/leakage and quantify the air leakage.

7. More often than not, I perform infrared thermographic imaging surveys with no blower door and/or duct blaster testing ever being performed. Infrared thermographic surveys are a standalone survey.

8. Thermographic images indicate the area where there are temperature differentials and those temperature differentials will be there regardless of whether or not the blower door or duct blaster test is being run. Therefore, the thermographic images

Declaration of Alexis Mallet, Jr.                                                                 Page 1 of 2


PLAINTIFF'S EXHIBIT A

would still detect the presence temperature anomalies whether or not the blower door or duct blaster tests were running while the images were taken.

9. Infrared thermographic images can detect air leakage; however, there has to be a significant temperature differential (ideally 18 to 20 degrees Fahrenheit or greater) for the infrared camera to detect the air leakage. If the temperature inside the trailer and outside the trailer were at or very near the same temperatures, it would have been difficult if at all possible for the infrared camera to detect that air leakage.

10. Pages 433 though 438 of my deposition gives a more accurate representation and description of the assessments I made during the infrared thermographic imaging survey I performed on the Alexander Trailer on May 7, 2009. It includes the outdoor temperature on the roof of the trailer was around 120 degrees Fahrenheit while the indoor temperatures were between 80 and 90 degrees Fahrenheit approximately on the interior (Enclosure 6 of my report). This is a thirty to forty degree temperature difference. The greater the temperature differentials the better the infrared camera detects the anomalies.

11. My deposition also states that the thermographic images detected voids in the ceiling insulation, cold spots from moisture and the air conditioning ducts, cold areas of the ceiling joist from the leaking air conditioning ducts (the duct blaster test would not have produced the cold air or cold surfaces noted in the thermographic images), and radiation energy emitting from various components of the building. Operating the blower door and duct blaster test for short periods of minutes would have increased the temperature of the building materials I was scanning an insignificant amount or not increased their temperature at all.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on September 12, 2009.

*[signature]*
ALEXIS MALLET, JR.