## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA  §
__Jefferson__ PARISH  §

I, ERVIN RITTER, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On May 7, 2009, I was present when Paul LaGrange performed a blower door and duct blaster test on Alana Alexander's trailer.

3. Alexis Mallet was also in the trailer at this time and took infrared thermographic images of the trailer.

4. When the equipment was actually running, Mr. Mallet was observing Mr. LaGrange perform the test and photographing him with a digital camera.

5. Mr. Mallet did not take any infrared thermographic images while either the blower door or duct blaster tests were being performed on the trailer.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on September 12, 2009.

_____
ERVIN RITTER


PLAINTIFF'S EXHIBIT 6