## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
ST. TAMMANY PARISH          §

    I, PAUL LAGRANGE, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On May 7, 2009, I performed a blower door and duct blaster test on Alana Alexander's trailer. I started performing the tests at approximately 2:30 p.m. and end sometime between 4:10 and 4:15 p.m. During this time, no one was able to enter or exit the trailer.

3. Also present in the trailer with me at this time frame were Alexis Mallet and Ervin Ritter.

4. Each test takes approximately 10-15 minutes to perform. It takes approximately 25-30 minutes to set up for each test. Therefore, there was a lot of down time in between each test.

5. After completing the blower door and duct blaster tests, I took several infrared thermographic images of the trailer.

6. Thermographic images test for temperature anomalies. The blower door and duct blaster tests check for air movement/leakage and quantify the leakage.

7. Thermographic images show where air leaks are occurring and those leaks will be there regardless of whether or not the blower door or duct blaster test is being run. Therefore, the thermographic images would still detect the presence of temperature anomalies even if the blower door or duct blaster tests were running while the images were taken.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on September 12, 2009.      *[signature]*

---
PAUL LAGRANGE



PLAINTIFF'S EXHIBIT C