UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
|     FORMALDEHYDE * | | |
|     PRODUCTS LIABILITY * | | |
|     LITIGATION * | | SECTION: N(5) |
| * | | |
| This Document Relates to: *Charlie Age, et al. v.* * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 * | | |
| * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GULF STREAM COACH, INC.'S
### MOTION TO EXCLUDE THE EXPERT TESTIMONY OF WILLIAM D. SCOTT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which hereby respectfully moves this Honorable Court *in limine* to Exclude the Expert Testimony of William D. Scott because Mr. Scott's opinions are not based on reliable scientific methodology, are outside of his area of expertise, are not relevant and would not assist a trier of fact, and they should be excluded under *Daubert* and its progeny.

            Respectfully submitted,

            **DUPLASS, ZWAIN, BOURGEOIS,**
            **PFISTER, & WEINSTOCK**

            s/Andrew D. Weinstock
            _____
            **ANDREW D. WEINSTOCK #18495**
            **JOSEPH G. GLASS #25397**
            3838 N. Causeway Boulevard, Suite 2900
            Metairie, Louisiana 70002
            Telephone: (504) 832-3700
            Fax: (504) 837-3119
            andreww@duplass.com
            jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E OF SERVICE

I hereby certify that on the 13th day of September, 2009, a copy of the foregoing Gulf Stream Coach, Inc.'s Motion in Limine to Exclude Expert Testimony of William D. Scott was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

2