## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary, appeared on this the 18th day of May, 2009, William D. Scott, PE, CHMM, a person whose identity is known to me. After being sworn under oath, he stated as follows:

1. My name is William D. Scott, PE, CHMM. I am over 21 years of age and am competent to give this affidavit. Unless otherwise noted, the facts contained in this affidavit are based on my personal knowledge.

2. I am a registered professional Environmental Engineer. I am the principal of the W. D. Scott Group, Inc., a professional environmental engineering and consulting firm that, for nearly thirty years, provides hazardous materials evaluation and consulting services to the public and private sectors. These services include the management of hazardous and toxic materials and wastes, regulatory compliance programs, environmental technical direction for many hazardous/toxic materials release incidents at transportation and industrial incident sites, hazard evaluations, exposure controls, occupational safety and health, and technical and regulatory compliance training. I have more than thirty years personal and direct experience in the above mentioned areas. I have completed post-graduate courses and seminars in chemical toxicology, occupational and public environmental safety and health, chemical exposure assessment, indoor air quality, air contaminant sampling methodology, exposure recognition, and hazardous materials evaluation and control. Throughout this period, I have personally conducted and directed the use of field air sampling, laboratory report interpretation, and field investigative techniques to determine the source and origin of environmental contaminants. Further information on my background and experience is contained in my resume, Attachment 1.

3. **Background** - The objective of the following study is to quantitatively determine the airborne concentrations of Formaldehyde in one (1) Federal Emergency Management Agency (FEMA) temporary housing unit (THU). The THU in question is identified as follows:

    A. **THU Identity** - The THU is designated by the following information:

    | | |
    |---|---|
    | Manufacturer: | Gulf Stream Coach, Inc. |
    | Model: | Cavalier |
    | Date of Manufacture: | 12/13/04 |
    | Gulf Stream Serial Number: | 57-5-T-CVDH-21783 |
    | Vehicle Identification Number: | 1NL1GTR2551021783 |
    | FEMA Identification Number: | 1041407 |
    | THU Size: | 8' x 28' |

    B. **Occupancy** - The THU was occupied during the period of May 27, 2006 through December 30, 2007.

ALX-EXP-64-000001

    C.    **Configuration** - The THU is generally configured as three (3) rooms: Master Bedroom, Bathroom, and Kitchen/Living/Bunkroom. Floorplan drawings are contained in Attachment 2. Photographs are contained in Attachment 3.

    D.    **THU Sampling Locations -**

        1.    Initial Sampling Event (January 28/29, 2008) - The THU was located at 4415 Dale Street, New Orleans, Louisiana, 70126, at the time of the initial inspection/sampling event.

        2.    Second Sampling Event (May 06/07, 2009) - The THU was located at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, at the time of the second inspection/sampling event.

4.    **Formaldehyde** - Formaldehyde is a colorless, flammable, acrid, pungent-smelling gas. The chemical formula for formaldehyde is HCOH and its molecular weight is 30.03 grams per mole. Formaldehyde's CAS is 50-00-0.[1]

5.    **Potential Formaldehyde Sources** - Hardwood plywood, particleboard, and medium-density fiberboard (MDF) release formaldehyde. Cabinets, countertops, shelving, doors, wall paneling, furniture, and floor underlayment are all potential formaldehyde sources. The origin of the formaldehyde vapor is urea formaldehyde (UF) adhesive. UF adhesive is used to bond veneers, wood particles, and wood fibers. Melamine formaldehyde adhesives are used to bond vinyl overlays and hardwood veneers to particleboard and hardwood plywood. During fabrication and curing of these materials, the majority of the formaldehyde becomes part of the adhesive matrix. A small amount of formaldehyde, however, attaches directly to the wood without reacting. This "free" formaldehyde can be later released when ambient conditions become favorable.

---

[1] Lewis, *Sax's Dangerous Properties of Industrial Materials Tenth Edition and Hawley's Condensed Chemical Dictionary Thirteenth Edition*, Wiley, Hoboken, NJ, 2000.

THU manufacturers commonly use pressed wood products such as particleboard, plywood, and MDF as building materials, finishes, and finishes. These materials are used in sub-floors, cabinetry and furniture. In addition, some formaldehyde-containing upholstery, fabrics, and carpeting are also used in the manufacture of THUs. Countertops, carpeting and the above-listed wood products are commonly installed using formaldehyde-based glues and adhesives.[2]

6. **Formaldehyde Exposure Standards** - The following formaldehyde exposure standards have been published by regulatory agencies, advisory agencies, and health and safety professional organizations.

   A. **Occupational Safety & Health Administration** (OSHA), US Department of Labor; Workplace Exposure Standard[3]

      Permissible Exposure Limit:
      Time-Weighted Average (TWA) (8-hours) - 0.75 parts per million (ppm)

      Short Term Exposure Limit (workplace allowable exposure for 15 minutes followed by 1.75 hours of no exposure) - 2 ppm

   B. **American Conference of Governmental Industrial Hygienists** (ACGIH); Workplace Exposure Standard[4]

      Threshold Limit Value - Short Term Exposure Limit (TLV-STEL) (workplace allowable exposure for 15 min. followed by 1.75 hrs. of no exposure) - 0.3 ppm

   C. **World Health Organization** (WHO), 2000, Air Quality Guidelines for Europe; General Public[5]

      Air Quality Guideline Value (0.5 hour) - 0.08 ppm

   D. **Health Canada** (HC), Residential Indoor Air Quality Guidelines; General Public[6]

      One (1) hour exposure limit - 0.1 ppm

      Eight (8) hour exposure limit - 0.04 ppm

---

[2] USEPA, *Indoor Air Quality - Basic Information - Formaldehyde*, Washington DC, 2007 http://www.epa.gov/iaq/formalde.html

[3] USDOL, OSHA, *OSHA Formaldehyde Standards*, Washington DC, 2008 http://wvvw.osha.gov/SLTC/formlaldehyde/standards.html

[4] ACGIH, *Documentation of Threshold Limit Values and Biological Exposure Indices*, 2001

[5] World Health Organization, *Air Quality Guidelines for Europe - Formaldehyde*, Copenhagen, DE, 2001 http://www.euro.who.int/document/aiq/5_8formaldehyde.pdf

[6] Health Canada, *Residential Indoor Air Quality Guideline - Formaldehyde*, 2006 http://www.hc-sc.gc.calewh-selnt/alt forn1ats/hecs-sesc/pdf/pubs/air/formaldehyde-eng.pdf

*Page 3 of 10*

E. **National Institute for Occupational Safety & Health** (NIOSH), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; Workplace Exposure Standard [7]

    Recommended Exposure Limits:

    TWA up to 10 hour work day/40 hour work week - 0.016 ppm

    Ceiling (never exceed) - 0.1 ppm

    Immediately Dangerous to Life and Health (IDLH) - 20 ppm

F. **Agency for Toxic Substances and Disease Registry** (ATSDR), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; General Public [8]

    Minimal Risk Levels (MRL)

    Acute MRL (exposure < 14 days) - 0.04 ppm

    Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

    Chronic duration MRL (exposure > 1 year) - 0.008 ppm

G. **California Environmental Protection Agency** (CEPA), Office of Environmental Health Hazard Assessment; General Public [9]

    As low as possible (assuming concentrations < background not achieved), or:

    Recommended exposure limits (REL)

    Acute REL (1 hour) - 0.076 ppm

    Intermediate REL (8 hour) - 0.027 ppm

    Chronic REL - 0.0024 ppm

In evaluating the exposure standards presented above, it is important to understand that the "Workplace Exposure Standard" is, as the name implies, based on the contaminant concentration in air for which it is believed that nearly all workers may be repeatedly exposed, day after day, without adverse effect, based on a conventional 8-hour workday and a 40-hour work week, without adverse effect. The population used to establish workplace exposure standards consists of adults generally males, in relatively good health.

---

[7] NIOSH, *NIOSH Pocket Guide to Chemical Hazards*, 2005
http://www.cdc.gov/niosh/npg/npgd0293.html

[8] ATSDR, *Minimal Risk Levels (MRLs) for Hazardous Substances*, 2007
http://www.atsdr.cdc.gov/mrls/index.html

[9] California EPA, ARB, *Indoor Air Quality Guideline - Formaldehyde in the Home*, 2004
http://www.arb.ca.gov/researchiindoor/formaldgl08-04.pdf

ALX-EXP-64-000004

"General Public Exposure Standards" are generally significantly lower than Workplace Exposure Standards for two predominant reasons: 1) the General Public contains many subsets of sensitive individuals (the elderly, the very young, immuno-compromised individuals, individuals with respiratory disease, etc.; that are excluded from the workplace model and 2) the general public will have an exposure duration that far exceeds the "8-hour workday and 40-hour work week" basis of workplace standards.

For these reasons, the OSHA, NIOSH, and ACGIH formaldehyde workplace exposure standards cannot be competently applied when evaluating the general public's exposures.

7. **Sampling Methodology** - The formaldehyde sampling methods employed in determining the concentrations in the THU are described below. The sampling methods employed comply with *Formaldehyde Sampling: Active and Passive Sampling Protocols* [10] (Sampling Protocol).

    A.    **Initial Sampling Event** (January 28/29, 2008) -

        Passive Sampling - Passive Dosimetry was employed, using an Assay Technology, Inc, ChemDisk 571 Aldehyde Monitor (Monitor). Sampling was conducted by Mr. Nathan Vallette, Project Manager, W. D. Scott Group, Inc. The Monitor was placed in the Master Bedroom near the Night Stand at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed. The Monitor was exposed to the environment for approximately twenty-four hours. At the completion of the sampling period, the Monitor was recovered, placed on ice, and shipped via overnight delivery to the Laboratory for analysis. Note that the THU is supported by at least one out of plumb support.

        Field data collection records, laboratory reports, and chain of custody documents for the Initial Sampling Event are contained in Attachment 4.

    B.    **Second Sampling Event** (May 06/07, 2009) - Sampling was conducted by the undersigned.

        1.    **Passive Sampling** –

        Passive Dosimetry was employed, using SKC UMEX 100 Passive Samplers (Monitor). Monitors were placed at the following locations within the THU:

          a.    Master Bedroom - Near the Night Stand at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed.

          b.    Master Bedroom - Near the window at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed.

          c.    Kitchen - Within the cabinetry beneath the Kitchen Sink at a height of 26" above floor level. The cabinet door was closed for the duration of the sampling period.

---

[10] DeVany, *Formaldehyde Sampling: Active and Passive Sampling Protocols*, 2008

*Page 5 of 10*

ALX-EXP-64-000005

d.  Bathroom - Suspended from the midpoint of the shower curtain rod, at a height of 60" to approximate a standing person's breathing zone.

The Monitors were exposed to the environment for approximately fourteen hours. At the completion of the sampling period, the Monitor was recovered, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

2.  **Active Sampling –**

Active sampling was conducted in accordance with *NIOSH Method 2016* [11] (Method). Active sampling was conducted by the use of a battery operated personal sampling pump, connected with flexible tubing, to an SKC 226-119 sorbent tube (Sample Tube). The sample train was placed in the Master Bedroom on the Night Stand, with the sample tube inlet at a height of 26" above floor level to simulate the breathing zone of a recumbent person occupying the bed. This sample train was calibrated immediately prior to and immediately after sampling. The sampling duration was 30 minutes. Based on the calibrated sample train flow rate and duration, the sample volume was determined.

At the completion of the sampling period, the Sample Tube was recovered, sealed, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

3.  **Interferences -**

The Active Sampling was to occur with the THU sealed. A single door opening was necessary to allow the entry of personnel and equipment to conduct the sampling. On four (4) occasions prior to and during the Active Sampling, Defense and/or FEMA personnel opened the THU access door, resulting in ventilation of the THU.

Field data collection records, laboratory reports, and chain of custody documents for the Second Sampling Event are contained in Attachment 5.

8.  **Laboratory Analysis**

  A.  All samples were analyzed in accordance with *NIOSH Method 2016 (Formaldehyde)*, Issue 2, 15 March 2003 (Method). The Method employs High Performance Liquid Chromatography with Ultraviolet Detection (HPLC UV) as the analysis method.

  B.  All samples were analyzed by Assay Technology, 1252 Quarry Lane, Pleasanton, California, 94566. Assay Technology is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 101728.

---

[11] NIOSH, *Method 2016 (Formaldehyde), Issue 2, NIOSH Manual of Analytical Methods (NMAM), Fourth Edition*, 2003, http://www.cdc.gov/Niosh/nmam/pdfs/2016.pdf

9. **Results** - The following, summarized results for the Initial and Second Sampling Events are presented below.

   A. **Initial Sampling Event** (January 28/29, 2008) –

   | Sample # | Sample Location | Monitor Result HCOH (ppm) |
   |---|---|---|
   | GD2439 | MBR @ Night Stand | 0.05 |

   B. **Second Sampling Event** (May 06/07, 2009) –

   |  | Sample Location | Monitor Result HCOH (ppm) | Tube Result HCOH (ppm) |
   |---|---|---|---|
   | 2917200300 | MBR @ Night Stand | N/A | 0.11 |
   | 955045 | MBR @ Night Stand | 0.074 | N/A |
   | 955047 | MBR @ Window | 0.059 | N/A |
   | 955048 | Kitchen Cabinet under Sink | 0.099 | N/A |
   | 955049 | Bathroom | 0.068 | N/A |

   Laboratory reports are contained in Attachment 6.

10. **Conclusions** -

    A. **Initial Sampling Event** (January 28/29, 2008) -

    The Passive Dosimetry result was a formaldehyde concentration in air of 0.05 parts per million (ppm). The average ambient outdoor temperature for the duration of the sampling event was approximately 59° F. The average THU interior temperature was approximately 72° F. The average THU interior relative humidity was 46.6 %.

    B. **Second Sampling Event** (May 06/07, 2009) -

    1. Passive Sampling - The Passive Dosimetry results for formaldehyde concentration in air of were: 0.074 ppm, 0.059 ppm, 0.099 ppm, and 0.068 ppm. The average ambient outdoor temperature for the duration of the sampling event was 82.4° F. The average THU interior temperature was 83.8° F. The average THU interior relative humidity was 69.9 %.

    2. Active Sampling - The Active Sampling result was a formaldehyde concentration in air of 0.11 ppm. The average ambient outdoor temperature for the duration of the sampling event was 84° F. The average THU interior temperature was 91.8° F. The average THU interior relative humidity was 69.3 %.

ALX-EXP-64-000007

C. **Temperature and Humidity Effects -**

The apparent variance in results between the Initial and Second Sampling Events can be easily explained through close examination of the conditions extant during the sampling events. Both temperature and relative humidity were significantly higher during the Second Sampling Event than for the Initial Sampling Event. This is due to the seasonal variations in these parameters. The fact that formaldehyde off gassing rates from materials (and resulting formaldehyde concentrations in air in enclosed spaces) vary directly with both temperature and relative humidity is well documented.

For example, ASTM Standard E 1333 – 96 [12] indicates that a 5° F increase in temperature from 72°F to 77°F results in a 36 % correction factor (increase) to provide an accurate estimate for actual airborne formaldehyde concentrations. Thus, an increase to 77°F from the average 72°F encountered in the THU in the Initial Sampling Event results in a temperature adjusted airborne formaldehyde concentration of 0.068 ppm from the measured 0.05 ppm.

Similarly, Relative Humidity is an important factor in interpreting airborne formaldehyde concentrations. Referring to the Initial Sampling results and Standard E 1333–96 [13], adjusting the measured 0.05 ppm result for relative humidity, based on the 46.6% encountered at sampling to the relative humidity encountered during the Second Sampling Event (69.9%) results in a corrected value of 0.084 ppm.

These factors demonstrate that the results obtained by both Sampling Events are generally consistent.

D. **Formaldehyde Concentration Variance Over Time -**

The off gassing rates of formaldehyde containing building materials over time has been well documented. The rate at which formaldehyde emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time. In simple terms, the rate of off gassing of formaldehyde containing building materials decreases over time.

The Initial and Second Sampling Events occurred approximately 37 and 52 months, respectively, after the THU was constructed (12/13/2004). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak materials formaldehyde off gassing period. This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Initial and Second Sampling Events.

---

[12] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

[13] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

ALX-EXP-64-000008

The same conclusion was reached by the U. S. Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of 519 FEMA supplied occupied travel trailers, park models, and mobile homes conducted in December/January, 2008: *These measured levels probably under-represent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.* [14]

E.   **Ventilation -**

During the Initial Sampling Event, the THU's heating, ventilation, and air conditioning (HVAC) system was not in operation due to mild weather conditions and the fact the THU was unoccupied. The doors and windows were shut.

The occupants vacated the THU in late December, 2007. The THU was unoccupied and (presumably) neither the HVAC was operated nor the doors and windows opened. For the Second Sampling Event, Active Sampling was performed without the HVAC system in operation and with THU openings shut (with the exception of the previously mentioned unauthorized opening of the door). Passive sampling was performed after the THU had stood open for approximately three hours. However, the results of these sampling events should not be regarded as tests of a "sealed unit".

Immediately subsequent to the Second Sampling Event, an ASTM E 1827 – 96 "Blower Door" test [15] was performed on the THU to determine its air tight integrity. The results of this test indicate that, with all doors and windows shut, the THU experienced an equivalent air exchange rate of 1.65 air changes per hour (ACH). This compares to an observed air change rate of 0.15 to 0.39 ACH in THUs examined by CDC. This ACH rate, coupled with the multiple door openings and closings prior to Passive Sampling, prevented any "sealed" conditions for the Passive Sampling conducted.

F.   **Comparison of Second Sampling Event Results with Published Standards -**

Using only the results of Sample Number 955045 that reported 0.074 ppm formaldehyde in air, for clarity, the following comparisons are presented:

1.   The Sample Number 955045 result exceeds the Health Canada (HC), *Residential Indoor Air Quality Guidelines*; General Public; Eight (8) hour exposure limit - 0.04 ppm

2.   The Sample Number 955045 result exceeds the National Institute for Occupational Safety & Health (NIOSH), CDC; *Workplace Exposure Standard*; Recommended Exposure Limits: TWA up to 10 hour work day/40 hour work week - 0.016 ppm

---

[14] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes*; *Conclusions*; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

[15] ASTM, *Standard E 1827 – 96 (2007) Standard Test Method for Determining Airtightness of Buildings Using an Orifice Blower Door*, West Conshohocken, PA, 2002

3. The Sample Number 955045 result exceeds the Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; *Minimal Risk Levels* (MRL):

Acute MRL (exposure < 14 days) - 0.04 ppm

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

Chronic duration MRL (exposure > 1 year) - 0.008 ppm

4. The Sample Number 955045 result exceeds the California Environmental Protection Agency (CEPA), Office of Environmental Health Hazard Assessment; General Public; *Recommended Exposure Limits* (REL):

Intermediate REL (8 hour) - 0.027 ppm

Chronic REL - 0.0024 ppm

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this 18th day of May, 2009

_____
William D. Scott, PE, CHMM
1117 Wright Avenue
Gretna, Louisiana 70056

_____
Notary Public Signature

EDWARD R. MARKLE
Notary Public Name

08919
Notary Number

DEATH
Commission Expires

ALX-EXP-64-000010