## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FLUOR ENTERPRISES, INC. SUPPLEMENTAL OBJECTIONS TO CERTAIN EXHIBITS IN THE JOINT EXHIBIT LIST

Pursuant to this Court's Request, Fluor Enterprises, Inc. submits a supplemental version of its objections to certain exhibits listed in the Joint Exhibit List, and responds to Plaintiffs' objections, with additional reasoning based on the Court's recent rulings dismissing Plaintiffs' claims against FE under the Louisiana Products Liability Act and for negligent manufacturer as well as the Court's rulings  pertaining to motions *in limine* as follows:  FEI further submits that any new objections are bolded and referenced for the Court's convenience.

## FEI OBJECTIONS AND RESPONSES TO OBJECTIONS

## LEARNED TREATISES AND EXPERT CURRICULUM VITAES

| No. | Exhibit Description | Bates Range | Other ID | | Objection/ Responses to Objections | Objected By: |
|---|---|---|---|---|---|---|
| 1. | Affidavit of Janet D. Barnes, M.D. | ALX-EXP-4-000001 – ALX-EXP-4-000004 | P141 | 76 | Hearsay, any relevance outweighed by unfair prejudice | FEI, GULF |
| 3. | Affidavit of Edward H. Shwery, Ph.D. regarding Alana Alexander | ALX-EXP-78-000001 - ALX-EXP-78-000003 | P174 | 95 | Hearsay, any relevance outweighed by unfair prejudice | FEI, GULF |
| 4. | Affidavit of Edward H. Shwery, Ph.D. regarding Christopher Cooper | ALX-EXP-68-000001 - ALX-EXP-68-000007 | P175; GS76 | 96 | Hearsay, any relevance outweighed by unfair prejudice | FEI |
| 5. | Affidavit of Karin A. Pacheco, M.D., M.S.P.H. | ALX-EXP-56-000001 - ALX-EXP-56-000009 | P183 | 102 | | GULF |
| 191. | Email from Brandon Black dated September 17, 2008 to multiple parties regarding FEMA Formaldehyde | | P236 | 130 | O | |
| 194. | ATSDR Formaldehyde Minimal Risk Levels and Worksheets – Appendix A | PSC003158 – PSC003172 | P64 | 20 | Hearsay, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 195. | Occupational Safety and Health Administration's (OSHA) Standards for Formaldehyde | PSC021754 – PSC021772 | P67 | 21 | Hearsay, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 196. | American Conference of Governmental Industrial Hygienists' | | P68 | 22 | Hearsay, waste of time, any relevance outweighed by | FEI, GULF |

| No. | Exhibit Description | Bates Range | Other ID | | Objection/ Responses to Objections | Objected By: |
|---|---|---|---|---|---|---|
| | (ACGIH) Standards for Formaldehyde | | | | unfair prejudice | |
| 197. | National Institute of Occupational Safety and Health's (NIOSH) Standards for Formaldehyde | PSC024278 – PSC024358 | P69 | 23 | Hearsay, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 198. | Housing and Urban Development's (HUD) Standards for Formaldehyde | | P70 | 24 | | FEI, GULF |
| 199. | World Health Organization (WHO) and Health Canada's Standards for Formaldehyde | PSC024359 – PSC024361 | P71 | 25 | Hearsay, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 200. | World Health Organization (WHO) and Health Europe's Standards for Formaldehyde | PSC024830 – PSC025117 | P72 | 26 | Hearsay, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 201. | American National Standard (ANSI) for Medium Density Fiberboard dated February 4, 1994 | PSC021773 – PSC021784 | P73 | 27 | Hearsay, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 202. | American National Standard (ANSI) for Particleboard dated February 8, 1999 | PSC021785 – PSC021797 | P74 | 28 | Hearsay, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 203. | FEMA's Standards for Formaldehyde established after August 2008 | PSC024362 – PSC024829 | P76 | 29 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice and should be excluded regarding ambient air standards after 2007 R. Doc. 3069. | FEI, GULF |
| 205. | Code of Ethics for the Professional Practice of Industrial Hygiene | PSC025441- PSC025444 | P78 | 31 | Hearsay, cumulative, waste of time, any relevance outweighed by | FEI, GULF |

| No. | Exhibit Description | Bates Range | Other ID | | Objection/ Responses to Objections | Objected By: |
|---|---|---|---|---|---|---|
| | | | | | unfair prejudice | |
| 206. | Maddalena, Randy; Russell, Marion; Sullivan, Douglas P.; an Apte, Michael G. "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Unites – Final Report" – Ernest Orlando Lawrence Berkeley National Laboratory, November 2008 | PSC025133 – PSC025193 | P85 | 33 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 207. | O. Ozen, et al "Effect of Formaldehyde Inhalation on Hsp70 in Seminiferous Tubules of rat testes: an immunohistochemical study" (2005) | PSC021823 – PSC021829 | P86 | 34 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 208. | D. McGregor, et al. "Formaldehyde and Glutaradehyde and Nasal Cytotoxicity: Case Study within the Context of the 2006 IPCS Human Framework for the Analysis of a Cancer Mode of Action for Humans" | PSC021830 – PSC021846 | P87 | 35 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 209. | Z. Lu, et al. "Effects of inhaled Formaldehyde on Learning and Memory of Mice" (2008) | PSC021847 – PSC021854 | P88 | 36 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 210. | G. Emri, et al. "Low Concentrations of Formaldehyde induce DNA damage and | PSC021855 – PSC021866 | P89 | 37 | Hearsay, cumulative, waste of time, any relevance outweighed by | FEI, GULF |

| No. | Exhibit Description | Bates Range | Other ID | | Objection/ Responses to Objections | Objected By: |
|---|---|---|---|---|---|---|
| | delay DNA repair after UV Irradiation in Human Skin Cells"(2004) | | | | unfair prejudice | |
| 211. | National Cancer Institute (NCI): Fact Sheet: Formaldehyde and Cancer Risk dated May 7, 2009 | PSC021867 – PSC021873 | P90 | 38 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 212. | K. Dally, et al. "Formaldehyde Exposure in Nonoccupational Environments" | PSC021881 – PSC021888 | P94 | 41 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 213. | I. Ritchie, et al."Formaldehyde-related Health Complaints of Residents Living in Mobile and Conventional Homes" | PSC021889 – PSC021894 | P95 | 42 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 214. | Environmental Health – Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making (March 2008) | PSC021897 – PSC021902 | P98 | 45 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 215. | "*Formaldehyde Indoors*" by Dr. Stephen Smulski, April 1987, Progressive Builder, 12(4):9-11. | PSC002752 - PSC002754 | P103 | 47 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 216. | Asthma Project Report, February 28, 2001, Patricia M. Williams, Ph.D. and Results of Preliminary Asthma Education and Management Program | PSC002755 - PSC002844 | P104 | 48 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice and should be excluded based on Court's recent rulings | FEI, GULF |

| No. | Exhibit Description | Bates Range | Other ID | | Objection/ Responses to Objections | Objected By: |
|-----|--------------------|-----------|---------|--|-------------------------------------|-------------|
| 217. | Boyson, M. "*Nasal mucosa in workers exposed to formaldehyde: a pilot study.*" Br J of Ind Med 47:116-121, 1990. | PSC002845 - PSC002853 | P105 | 49 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 218. | Edling, C. "*Occupational exposure to formaldehyde and histopathological changes in nasal mucosa.*" Br J of Ind Med 45:761-765, 1988. | PSC002854 - PSC002865 | P106 | 50 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 219. | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Rats after Long-term Exposure to Formaldehyde and Wood Dust.*" Acta Otolaryngol (Stockh) 108:274-283, 1989. | PSC002866 - PSC002881 | P107 | 51 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 220. | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust.*" Acta Otolaryngol (Stockh) 107: 120-129, 1989. | PSC002882 - PSC002893 | P108 | 52 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 221. | Castro-Rodriguez, JA. "*A Clinical Index to Define Risk of Asthma in Young Children with Recurrent Wheezing.*" Am J | PSC002894 - PSC002897 | P109 | 53 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |

| No. | Exhibit Description | Bates Range | Other ID | | Objection/ Responses to Objections | Objected By: |
|---|---|---|---|---|---|---|
| | Respir Crit Care Med 2000; 162(4 Pt 1):1403-06. | | | | | |
| 222. | Garrett, MH. "*Increased risk of allergy in children due to formaldehyde exposure in homes.*" Allergy 1999;54(4):330-7. | PSC002898 - PSC002905 | P110 | 54 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 223. | Jaakkola, JJ. "*Asthma, Wheezing, and Allergies in Russian Schoolchildren in Relation to New Surface Materials in the Home.*" Am J Public Health 2004;94(4):560-2. | PSC002906 - PSC002908 | P111 | 55 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 224. | Platts-Mills, TA. "*Indoor allergens and asthma: Report of the Third International Workshop.*" J Allergy Clin Immunol 1997;100(6 Pt 1):S2-S24. | PSC002909 - PSC002931 | P112 | 56 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 225. | Rumchev, K. "*Domestic exposure to formaldehyde significantly increases the risk of asthma in young children.*" Eur Respir J 2002;20:403-8. | PSC002932 - PSC002937 | P113 | 57 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 226. | NHLB/National Asthma Education and Prevention Program – "Section 3, The Four Components of Asthma Management;" "The Strong Association | PSC002943 - PSC003012 | P114 | 58 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |

| No. | Exhibit Description | Bates Range | Other ID | | Objection/ Responses to Objections | Objected By: |
|---|---|---|---|---|---|---|
| | Between Sensitization To Allergens and Asthma: A Summary of the Evidence;" "Indoor/Outdoor Air Pollution Irritants;" "Assessment Questions For Environmental And Other Factors That Can Make Asthma Worse" and " Section 4, Managing Asthma Long Term in Children 0-4 Years of Age and 5-11 Years of Age" | | | | | |
| 227. | Wantke, F, *"Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children"* Clinical and Experimental Allergy, 1996, Vol. 26, pages 276-280 | PSC006055 – PSC006059 | P118 | 60 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 228. | Krzyzanowski, Michal, *"Chronic Respiratory Effects of Indoor Formaldehyde Exposure"* Environmental Research 52, 117-125 (1990) | PSC006060 – PSC006068 | P119 | 61 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |
| 229. | *"Do Indoor pollutants and thermal conditions in schools influence student performance? A critical review of the literature"* by M.J. | PSC022202 – PSC022227 | P121 | 62 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | |

| No. | Exhibit Description | Bates Range | Other ID | | Objection/ Responses to Objections | Objected By: |
|---|---|---|---|---|---|---|
| | Mendell, et al. | | | | | |
| 230. | "*Indoor Residential Chemical Emissions as Risk Factor for Children's Respiratory Health*" by M. Mendell | PSC022228 – PSC022267 | P122 | 63 | Hearsay, cumulative, waste of time, any relevance outweighed by unfair prejudice | FEI, GULF |

## FEI'S EXHIBITS

| No. | Exhibit Description | Bates Range | Other I.D. | JPTO I.D. | Objection/ Responses to Objections | Objected By: |
|---|---|---|---|---|---|---|
| 379. | Fluor Enterprises, Inc. - List of Subcontractors | FL-FCA-000205 to FL-FCA-000206 | P343 | 226 | Relevancy, the list of FEI's subcontractors is irrelevant to the to the specific issues in the case | FEI |
| 380. | Award Contract from FEMA to Fluor Enterprises, Inc. HSFEHQ-05-0471 | FL-FCA-000001 to FL-FCA-000204 | P344 | 227 | Objection, Relevancy, Undue Prejudice, Financial Information should be excluded based on Court Order 3019. FEI submitted a redacted version of this document as Exhibit 501 at pages FL-FCA000005-6, 91, 178-9, 189-91 [with financial information withheld] | FEI |
| 381. | Fluor Enterprises, Inc. – Task Order Number HSFEHQ-06-J-0011 (05-J-0020) | FL-FCA-000207 to FL-FCA-000395 | P345 | 228 | Objection, Relevancy, Undue Prejudice, Financial Information should be excluded based on Court Order 3019. FEI submitted a redacted version of this document as Exhibit 502 at pages FL-FCA0000208-212, 237-8, 246, 273-75, 288-291, 306, 311, 317, 322-23, 328-333 [with financial information withheld]. | FEI |
| 382. | Specification Drawings – Revisions 1-8 | FL-FCA-001438 to FL-FCA-001469 | P348 | 229 | Cumulative, vague, this exhibit should be excluded because it is submitted as an incomplete document and is part of a contract between FEI and a entirely different subcontractor | FEU |

| | | | | who is not related to this matter | |
|---|---|---|---|---|---|
| 383. | Fluor Engineering: Engineering Capabilities, Design Capabilities and Contingency Operations (Fluor website) | PSC023593 – PSC023597 | P349 | 230 | **Hearsay, Relevancy, undue prejudice** | FEI |
| 384. | Fluor Corporate News Release "Fluor Achieves Nine Million Safe Work Hours Supporting FEMA's Hurricane Katrina Relief Effort (Exhibit P-5 to the deposition of Robert Funkhouser taken on September 30, 2008) | PSC023598 | P351 | 231 | **Relevancy; contains reference to FEI's maintenance obligation and plaintiffs' claims against FEI for negligent maintenance have now been dismissed (R. Doc. 3205); contains reference to the financial size of FEI, a subject expressly excluded by the Court's rulings on motions in limine (R. Doc. 3019)** | FEI |
| 385. | Formaldehyde Test results from Bonner Analytical Testing Company prepared for CH2M Hill, Inc., April 6, 2006 | PSC003400 - PSC003406 | P352 | 232 | **Hearsay, Relevancy (this is a test of a CH2M Hill-installed trailer and *not* the plaintiffs trailer in this case); also contains reference to non-parties physical complaints/alleged ailments); undue prejudice** | FEI |
| 386. | FEMA Hurricane Relief (Fluor website) | PSC023599 | P353 | 233 | **Hearsay, Relevancy, undue prejudice** | FEI |
| 387. | Fluor Enterprises, Inc. – Installation Manual Revision Log (6/8/09) | FL-FCA-006941 to FL-FCA-006947 | P354 | 234 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |
| 388. | Fluor Enterprises, Inc. – Revision 1 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (11/22/05) | FL-FCA-04689 to FL-FCA-04801 | P355 | 2352 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |
| 389. | Fluor Enterprises, Inc. – Revision 3 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (12/2/05) | FL-FCA-04926 to FL-FCA-05035 | P356 | 236 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |
| 390. | Fluor Enterprises, Inc. – Revision 5 to the Installation Specification | FL-FCA-05125 to FL-FCA-05134 | P357 | 237 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |

| | | | | | |
|---|---|---|---|---|---|
| | and Base Items for Manufactured Homes, Travel Trailers and Park Model (12/16/05) | | | | |
| 391. | Fluor Enterprises, Inc. – Revision 6 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (01/09/06) | FL-FCA-05135 to FL-FCA-5276 | P358 | 238 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |
| 392. | Fluor Enterprises, Inc. – Revision 7 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (1/23/06) | FL-FCA-05277 to FL-FCA-05404 | P359 | 239 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |
| 393. | Fluor Enterprises, Inc. – Revision 9 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (02/06/06) | FL-FCA-5530 to FL-FCA-05571 | P360 | 240 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |
| 394. | Fluor Enterprises, Inc. – Revision 12 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (03/20/06) | FL-FCA-05731 to FL-FCA-05907 | P361 | 241 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |
| 395. | Fluor Enterprises, Inc. – Revision 14 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (05/02/06) | FL-FCA-06064 to FL-FCA-06238 | P362 | 242 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |
| 396. | Fluor Enterprises, Inc. – Revision 15 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park | FL-FCA-06239 to FL-FCA-06585 | P363 | 243 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |

| 397. | Fluor Enterprises, Inc. – Revision 16 to the Installation Specification and Base Items for Manufactured Homes, Travel Trailers and Park Model (05/26/06) (09/06/06) | FL-FCA-06586 to FL-FCA-06900 | P364 | 244 | Relevancy; only revision of relevance to the Alexander trailer is Rev. 10 of the manual | FEI |
|---|---|---|---|---|---|---|
| 398. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 399. | FEMA Individual Assistance (IA) Hourly Rate Schedule | FL-FCA-07138 to FL-FCA-07139 | P367 | 247 | Objection, Relevancy, Undue Prejudice; Financial information should be excluded based on Court Order 3019 regarding hourly rates of FEI personnel | FEI |
| 400. | | | | | | |
| 401. | Section J; Attachment B for Individual Subcontracting Plan for FEMA contract | FL-FCA-07159 to FL-FCA-07174 | P369 | 249 | **Relevancy; this is part of a larger exhibit and taken out of context.** | FEI |
| 402. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 403. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 404. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 405. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 406. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 407. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 408. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 409. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 410. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 411. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 412. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 413. | PRI, Critical Government Services Worldwide's website | PSC024137– PSC024186 | P513 | 381 | **Hearsay, Relevancy, Undue Prejudice; this a website of an independent company totally unaffiliated with FEI and that had nothing to do in any way with the issues in this case; PRI formed a joint venture AFTER** | FEI |

| | | | | | FEMA took the maintenance contracts away from FEI and the other IA/TACs and obtained a so-called maintenance and deactivation contract; there is no evidence that PRI or its joint venture every did any maintenance of the Alexander trailer; neither PRI, nor its joint venture is a party to this litigation and the Court has dismissed any negligent maintenance claim against FEI (R. Doc. 3025) | |
|---|---|---|---|---|---|---|
| 414. | Del-Jen, Inc., a Fluor Company's website | PSC024187–PSC024231 | P514 | 382 | Hearsay, Relevancy, Undue Prejudice; Del-Jen, Inc., a separate corporate entity from FEI, is not a party to this litigation; for part of the time that FEI had a maintenance obligation, FEI provided those services through Del-Jen, Inc., but FEI's maintenance obligations to FEMA ended less than a month after plaintiffs in this case moved into their trailer; further, the Court has dismissed plaintiffs' negligent maintenance claims against FEI. (R. Doc. 3025) | FEI |
| 415. | Payments by FEMA/Government to Gulf Stream Coach, Inc., Fluor Enterprises, Inc., Del-Jen, Inc. and any other Fluor entity | | P515 | 383 | Relevancy, Undue Prejudice, Financial Information should be excluded and plaintiffs have not even identified specific documents that they intend to offer (not the lack of Bates Numbers); that is unacceptable at this late date and moreover violates the clear terms of the Court's in limine ruling at R. Doc. 3019 | FEI |
| 416. | Installation Temporary of Mobile Structures | FL-FCA-000066, FL-FCA-001438 to FL-FCA-001439 | P518 | 386 | Relevance; confusing and misleading therefore prejudicial; This is an incomplete document that comes from the IA-TAC Contract, which is itself offered as a separate document. This is unnecessary and confusing. | |
| 417. | | | | | No Objection Submitted as | |

13

| | | | | | Joint Exhibit | |
|---|---|---|---|---|---|---|
| 418. | Email original date of January 27, 2006 originating from Dick Fedderman to Kellie Turnis regarding maintenance of trailers | FL FCA 008394 FL FCA 008402 | P536 | 396 | Hearsay, Relevancy (this email has to do with group site and does not involve this trailer; it contains issues pertaining to a separate IA-TAC Contractor). Further, this document should be excluded based on the Court's recent ruling dismissing all of plaintiffs' negligent maintenance claims against FEI [See. R. Doc. 3205]. | FEI |
| 419. | Email original date of November 22, 2005 originating from Juanita Gradney to Kevin McCarthy regarding Gulf Streams problem trailers | FL FCA 009154 FL FCA 009156 | P537 | 397 | Hearsay, Relevancy (this documents pertains to smoke detectors); This document should be excluded based on the Court's recent ruling dismissing all of plaintiffs' negligent maintenance claims against FEI. [See. R. Doc. 3205]. | FEI |
| 420. | Email original date of June 20, 2006 originating from David Dudley to Melissa Wilson regarding Maintenance | FL FCA 010442 FL FCA 010445 | P538 | 398 | This document should be excluded based on the Court's recent ruling dismissing all of plaintiffs' negligent maintenance claims against FEI [See. R. Doc. 3205]. | FEI |
| 421. | Preventive Maintenance Inspection Form | FL FCA 010840– FL FCA 010841 | P539 | 399 | This document should be excluded based on the Court's recent ruling dismissing all of plaintiffs' negligent maintenance claims against FEI [See. R. Doc. 3205]. | FEI |
| 422. | Email original date of March 20, 2006 from Brian Boyle to No Bid Contractors regarding Formaldehyde | FL FCA 011222 FL FCA 011223 | P540; F26 | 400 | **Relevancy/Undue Prejudice. This document was submitted as part of the unopposed joint exhibits submitted to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing** | FEI |

14

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this exhibit. | |
| 423. | | | | | **No Objection Submitted as Joint Exhibit** | FEI |
| 424. | | | | | **No Objection Submitted as Joint Exhibit** | FEI |
| 425. | | | | | **No Objection Submitted as Joint Exhibit** | FEI |
| 426. | Respiratory Protection Document | FL FDA 025801 FL FDA 025829 | P545 | 404 | This document was submitted as part of the unopposed joint exhibits submitted to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | FEI |
| 427. | Suno Formaldehyde Issues | FL FDA 025853 | P546 | 405 | This document was submitted as part of the unopposed joint exhibits submitted to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is | FEI |

| | | | | | wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | |
|---|---|---|---|---|---|---|
| 428. | Irritant Effects of Formaldehyde Exposure in Mobile Homes | FL FDA 025906 FL FDA 025907 | P547 | 406 | This document was submitted as part of the unopposed joint exhibits submitted to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | FEI |
| 429. | Industrial Hygiene Direct Reading Instrument Survey | FL FDA 025908 FL FDA 025909 | P548 | 407 | This document was submitted as part of the unopposed joint exhibits submitted to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | FEI |

| 430. | Industrial Hygiene Direct Reading Instrument Survey for Sherwood Forest Staging Area | FL FCA 025283 – FL FCA 025284 | P549 | 408 | This document was submitted as part of the unopposed joint exhibits submitted to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | FEI |
| 431. | E mail history of Formaldehyde | FL FDA 025831 FL FDA 025834 | P550 | 409 | This document was submitted as part of the unopposed joint exhibits submitted to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | FEI |
| 432. | Employee Formaldehyde Exposure | FL FDA 025835 | P551 | 410 | This document was submitted as part of the unopposed joint exhibits submitted to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs | FEI |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | |
| 433. | Primary work Memo of Patrick Logue | FL FDA 02591 3 | P552 | 411 | This document was submitted as part of the unopposed joint exhibits submitted to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | FEI |
| 434. | Memo to file by Patrick Logue dated May 25, 2006 | FL FDA 02591 1 FL FDA 025 912 | P553 | 412 | This document was submitted as part of the unopposed joint exhibits to the Court; however, inn light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential | FEI |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | |
| 435. | Haul and Install Contractor Selection | FL FCA 019246<br><br>FL FCA 019247 | P554 | 413 | Relevancy, Confusion and Undue Prejudice; the source and significance of this document is not clear. | FEI |
| 436. | | | | | **No Objections Submitted as Joint Exhibit** | FEI |
| 437. | | | | | **No Objection Submitted as Joint Exhibit** | FEI |
| 438. | | | | | | |
| 439. | Performance Work Statement Maintenance and Deactivation of Manufactured Homes and Travel Trailers | FL FCA 022672<br><br>FL FCA 022702 | P559 | 418 | Relevancy, Confusion and Undue Prejudice; incomplete exhibit which is part of a larger document and therefore misleading and prejudicial as offered. | FEI |
| 440. | | | | | **No Objection Submitted as Joint Exhibit** | |
| 441. | Email original dated October 28, 2005 originating from David Porter to Cindy Croxdale, Clifford Oliver and Marcus Tikotsky regarding Hand off of Installed Units for Continuing Operation and Maintenance | FL FCA 016685<br><br>FL FCA 016686 | P561 | 420 | **This document was submitted as part of the unopposed joint exhibits to the Court; however, this document should be excluded based on the Court's recent ruling dismissing all of plaintiffs' negligent maintenance claims against FEI [See. R. Doc. 3205].** | FEI |
| 442. | Email original dated June 20, 2006 from David Dudley to Melissa Wilson regarding Maintenance | FL FCA 013955<br><br>FL FCA 013958 | P562 | 421 | This document should be excluded based on the Court's recent ruling dismissing all of plaintiffs' negligent maintenance claims against FEI [See. R. Doc. 3205]. | FEI |
| 443. | Email original date of June 20, 2006 to Melissa Wilson regarding maintenance | FL FCA 013950<br><br>FL FCA 013954 | P563 | 422 | This document should be excluded based on the Court's recent ruling dismissing all of plaintiffs' negligent maintenance claims against FEI [See. R. Doc. 3205]. | FEI |
| 444. | | | | | **No Objection Submitted as Joint Exhibit** | FEI |

| 445. | Private Site Work Process & Responsibilities | FL FCA 018280 FL FCA 018301 | P565 | 424 | Relevancy, Undue Prejudice, waste of time and confusion as this document is part of a larger document offered out of context. | FEI |
|---|---|---|---|---|---|---|
| 446. | Draft A – November 14, 2005– Travel Trailer Set Up Inspection Report Guidance | FL FCA 019666 FL FCA 019668 | P566 F45 | 425 | Relevancy, Undue Prejudice, waste of time and confusion as this document is part of a larger document offered out of context. | FEI |
| 447. | Event Notification Log – May 22, 2006 | FL FCA 024902 | P567 | 426 | Plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this exhibit. | FEI |
| 448. | Fluor Government Group –Material Request Form (MRF) | FL FCA 024898 FL FCA 024899 | P568 | 427 | **This document was submitted as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this** | FEI |
| 449. | | | | | **No Objection Submitted as Joint Exhibit** | FEI |
| 450. | | | | | **No Objection Submitted as Joint Exhibit** | FEI |
| 451. | Limitations to Capacity QA Inspection Reports | FL FCA 017931 | P571 | 430 | Relevancy , Undue Prejudice, waste of time and confusion as | FEI |

| | | | | | | |
|---|---|---|---|---|---|---|
| | from FEMA | | | | this document is part of another document offered out of context (see doc P 570). | |
| 452. | Issues FEMA can Address | FL FCA 017932 | P572 | 431 | Relevancy, Undue Prejudice, waste of time and confusion as this document is part of another document offered out of context. | FEI |
| 453. | Formaldehyde Chemical Backgrounder | FL FCA 019338<br><br>FL FCA 019342 | P573 | 432 | **This document was submitted as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this** | FEI |
| 454. | Email original date of April 4, 2006 from Adrell Pinkney to Barbara Russell regarding Warning on trailers: Health Concerns | FL FCA 019330<br><br>FL FCA 019333 | P574 | 433 | **This document was submitted as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this** | FEI |
| 455. | Email dated April 6, 2006 | FL FCA 019329 | P575 | 434 | **This document was submitted** | FEI |

| | | | | | | |
|---|---|---|---|---|---|---|
| | from Patrick Logue to Barbara Russell regarding Warning on trailers: Health concerns | | | | as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | |
| 456. | Draft Copy Memo to file – Subject Temporary Housing Residual Formaldehyde Levels; Dated 5/25/06; From Patrick Logue | FL FCA 019325 | P576 | 435 | This document was submitted as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | FEI |
| 457. | Fluor Project Execution Plan | FL-FCA 027797 - FL-FCA 027918 | P580 | 439 | Irrelevant, redundant, confusing, waste of time; also as offered as a whole it represents confidential business sensitive information of FEI that would put it at a competitive disadvantage if revealed to the public and its competitors (three of which are parties to this litigation); If deemed admissible, FEI reserves | FEI |

| | | | | | right to redact any financial information based on Court Order 3019 | |
|---|---|---|---|---|---|---|
| 458. | FEMA Individual Assistance Hourly Rate Schedule | FL-FCA 000090 - FL-FCA 000091 | P581 | 440 | Objection, Relevancy , Undue Prejudice, Financial Information should be excluded based on Court Order 3019 and redacted version of contract submitted by FEI | FEI |
| 459. | | | | | **No Objection Submitted as Joint Exhibit** | FEI |
| 460. | Email string regarding formaldehyde mitigation | FL-FCA 027761 - FL-FCA 027778 | P583 | 442 | **This document was submitted as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this** | FEI |

| 461. | Email from Bukowski regarding FEMA comment on formaldehyde | FL-FCA 026655 | P584 | 443 | This document was submitted as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer and use this | FEI |
| 462. | | | | | No Objection Submitted as Joint Exhibit | FEI |
| 463. | | | | | No Objection Submitted as Joint Exhibit | FEI |
| 464. | Blanket Order Agreement between Fluor Enterprises, Inc. and MLU Services, Inc. | FL-FCA 002869 - FL-FCA 002986 | P588 | 446 | Objection, Relevancy , Undue Prejudice, Financial Information should be excluded based on Court Order 3019 and redacted version of contract submitted by FEI; also contains business sensitive information as it relates to subcontracting bid rates; FEI submitted a redacted version of this document as Exhibit 503, which plaintiffs refuse to use. | FEI |
| 465. | | | | | No Objections Submitted as Joint Exhibit | |
| 466. | Additional entries re formaldehyde testing conducted by Fluor | FL-FCA 019328 FL-FCA 025281 to 025282 | F77 | 652 | This document was submitted as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against | FEI |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer | |
| 467. | | | | 653 | No Objection Submitted as Joint Exhibit | |
| 468. | | | | 654 | No Objection Submitted as Joint Exhibit | |
| 469. | Emails regarding Fluor's response to formaldehyde after FEMA put Fluor on notice of such issue | FL-FCA 028292 FL-FCA 028188 to 028189 FL-FCA 028213 to 028217 FL-FCA 028229 to 028232 FL-FCA 028294 to 028296 | F84 | 658 | This document was submitted as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer | |
| 492 | Documents regarding formaldehyde from Patrick Logue, FEI's Health & Safety Director | FL-FCA-026631 to 026633 FL-FCA-026634 to 026639 FL-FCA-026640 to 026641 FL-FCA-026654 to 026657 FL-FCA-026662 to 02663 FL-FCA-02664 to 026666 | F25 | 603 | This document was submitted as part of the unopposed joint exhibits to the Court; however, in light of the Court's dismissal of plaintiffs' products liability claim against FEI (R. Doc. 3027), plaintiffs have no "duty to warn" claim against FEI; as a result any evidence as against FEI concerning formaldehyde, its knowledge of the presence of formaldehyde in the trailers or its knowledge that there is | |

| | | FL-FCA-027620 to 027626 FL-FCA-027761 to 027762 FL-FCA-028114 to 028148 | | | any potential problem with formaldehyde in the trailers is wholly irrelevant, confusing and unduly prejudicial; Should the Court rule such evidence admissible as against FEI, however, FEI reserves the right to offer | |

**FEI'S RESPONSES TO PLAINTIFFS' OBJECTIONS**

| 478 | Emails regarding height of pier blocking construction | FL-FCA-011734 to 011735 | F63 | 638 | This is a communication with FEMA representatives pursuant to FEI's contract with government | PL |
|---|---|---|---|---|---|---|
| 479 | Fluor Safety Incident Reports, Monthly Incident Experience Reports | FL-FCA-018487 to 018512 | F35 | 612 | FEI responds that its safety documents included in its Standard Operating Procedures, Rules and Regulations or relevant to these proceedings | PL |
| 480 | Fluor's Director's Committee Weekly Safety Meeting Reports and OSHA 300 logs | FL-FCA-018833 to 018844 | F36 | 613 | FEI responds that its safety documents included in its Standard Operating Procedures, Rules and Regulations or relevant to these proceedings | PL |
| 483 | Fluor Job-Specific Safety Analysis/Activity Hazard Analysis Forms as completed. | FL-FCA-018569 to 018573<br><br>FL-FCA-018574 to 018577 | F42 | 619 | FEI responds that its safety documents included in its Standard Operating Procedures, Rules and Regulations or relevant to these proceedings | PL |
| 485 | An Introduction to the "Five-Step Process" of Job Safety Analysis (JSA). | FL-FDA-025382 to 025388 | F44 | 621 | FEI responds that its safety documents included in its Standard Operating Procedures, Rules and Regulations or relevant to these proceedings | PL |
| 488 | Fluor's Health, Safety and Environmental Zero Incidents Program. | FL-FCA-018807 to 018813 | F47 | 624 | FEI responds that its safety documents included in its Standard Operating Procedures, Rules and Regulations or relevant to these proceedings | PL |
| 496 | Project job bulletins to Fluor employees | FL-FCA-018040 to 018043 FL-FCA-018080 to 018082 | F17 | 595 | FEI responds that its safety documents included in its Standard Operating Procedures, Rules and Regulations or relevant to these proceedings | PL |
| 498 | Fluor Task Order Completion Report | FL-FCA-026164 to 025270 | F20 | 598 | THIS DOCUMENT WAS MISTAKENLY IDENTIFED BY THE INCORRECT BATES NUMBER AND SHOULD BE FL-FCA025186-25270 | PL |
| 499 | Fluor Work Plan Completion Task Order 20 | FL-FCA-025132 to 025153 | F21 | 599 | FEI RESERVES AN OBJECTTION TO EXTENT ANY FINANICAL INFORMATION INADVERTENTLY WAS SUBMITTED TO COURT | |

Respectfully submitted,

MIDDLEBERG, RIDDLE & GIANNA

*s/Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

   *-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

   *-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
Sonia Mallett, La. Bar No. 20511
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

   *s/ Charles R. Penot, Jr.*

ND: 4813-9190-8356, v.  1