UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: N(5) |
| | LITIGATION | * | |
| | | *` | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
   Alana Alexander, Individually and on behalf of Christopher Cooper
**********************************************************************

### **ORDER**

Considering the above and foregoing Motion for Leave to File Motion *In Limine* to Exclude Evidence that it had a Duty to Warn Plaintiffs' of Presence of Formaldehyde in Travel Trailer.

IT IS HEREBY ORDERED that Fluor Enterprises, Inc., is hereby granted leave to file its Motion *in Limine* to Exclude Evidence that it had a Duty to Warn Plaintiffs' of Presence of Formaldehyde in Travel Trailer.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE

ND: 4811-7636-0452, v. 1