UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al,* Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

**********************************************************************

## FLUOR ENTERPRISES, INC.'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE THAT IT HAD A DUTY TO WARN PLAINTIFFS' OF PRESENCE OF FORMALDEHYDE IN TRAVEL TRAILER

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Fluor Enterprises, Inc. (FEI), which hereby respectfully moves this Honorable Court *in limine* to exclude evidence at the trial of this matter that would only be relevant to a claim that FEI had a duty to warn Plaintiffs of the presence of formaldehyde in the travel trailer in which they lived. The factual and legal bases for this motion are set forth in the attached memorandum and exhibits. The Plaintiffs' should be barred from suggesting to the jury that FEI should have warned them of the dangers associated with formaldehyde allegedly found in the trailer, and from offering any evidence relevant to FEI's knowledge of the presence of formaldehyde in the trailers generally, FEI's knowledge or awareness that certain people or groups had

raised questions about whether the levels of formaldehyde in the trailers posed a health risk, and whether, how and when FEI responded to any such information.

        Respectfully submitted,

        **MIDDLEBERG, RIDDLE & GIANNA**

        BY:      <u>s/ Richard A. Sherburne, Jr.</u>
                Dominic J. Gianna, La. Bar No. 6063
                Sarah A. Lowman, La. Bar No. 18311
                201 St. Charles Avenue, Suite 3100
                New Orleáns, Louisiana 70170
                Telephone: (504) 525-7200
                Facsímile:  (504) 581-5983
                <u>dgianna@midrid.com</u>
                <u>showman@midrid.com</u>

                Charles R. Penot, Jr., La. Bar No. 1530 &
                Texas Bar No. 24062455
                717 North Harwood, Suite 2400
                Dallas, Texas 75201
                Telephone: (214) 220-6334
                Facsímile:  (214) 220-6807
                <u>cpenot@midrid.com</u>

                    *-and-*

                Richard A. Sherburne, Jr., La. Bar No. 2106
                450 Laurel Street, Suite 1101
                Baton Rouge, Louisiana 70801
                Telephone: (225) 381-7700
                Facsimile:  (225) 381-7730
                <u>rsherburne@midrid.com</u>
                <u>smallett@midrid.com</u>

        **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th of September, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

s/ Richard A. Sherburne, Jr.
**RICHARD A. SHERBURNE, JR.**

ND: 4849-0090-2404, v. 1