**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                    SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:

    Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
    Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
    Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
    Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
    Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
    Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845

---

*NOTICE OF HEARING*

---

TO:    CLERK OF COURT
       U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA


      PLEASE TAKE NOTICE that upon the pleadings and proceedings heretofore had and upon plaintiff's First Motion for Extension of Deadlines and accompanying memorandum in support thereof, counsel for the plaintiff will move the Court, on the **7th day of October, 2009, at 9:30 o'clock a.m.,** or as soon thereafter as counsel may be heard, for the relief sought in the said motion and memorandum.

[ 1 / 1 ]