UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                    SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
   Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
   Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
   Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
   Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
   Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845

*MEMORANDUM IN SUPPORT OF*
*FIRST MOTION FOR EXTENSION OF TIME*

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do respectfully submit the following Memorandum in Support of the foregoing First Motion for Extension of Time.

On or about July 31, 2009, undersigned counsel filed six lawsuits containing approximately 1300 claimants who were unable to identify the specific manufacturer of their respective temporary housing units. Those lawsuits are as follows:

   Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
   Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
   Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
   Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
   Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844

Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845

Undersigned counsel has attached an exhibit related to each such suit to the Notice in Compliance with Pre-Trial Order 40. Undersigned counsel has made numerous attempts to identify the manufacturer of the temporary housing units occupied by plaintiffs:

The above-referenced list contains approximately 1296 claimants out of approximately 6500 claimants represented by the Law Office of Sidney D. Torres, III, A.P.L.C. For each of the names identified on Exhibits 1-6, undersigned counsel sent a request to F.E.M.A. including the name of the claimant, date of birth, social security number, and head of household, and trailer address, all when known, to facilitate in matching each plaintiff to a specific manufacturer. On September 8, 2009, F.E.M.A., through its counsel, provided undersigned counsel with a list of 1226 head of household matches. Undersigned counsel is in the process of updating the manufacturer information to the head of household matches, as well as all other claimants (other members of the household) who will be able to identify the manufacturer of their unit through the match provided to the head of household.

In addition, undersigned counsel has contacted the plaintiffs referenced herein through numerous telephone calls and letters to have plaintiffs assist in identifying the specific manufacturer of their respective temporary housing units. Essentially all of the plaintiffs referenced herein cooperated in trying to obtain the identity of the manufacturer of their temporary housing unit and their F.E.M.A. identification number.[1] Relatively few were able to obtain the identity of the manufacturer of their temporary housing unit;

---

[1] The only plaintiffs who did not provide such assistance are those who undersigned counsel has been unable to contact despite numerous and diligent attempts to do so.

however, virtually all of the plaintiffs referenced herein were able to obtain their F.E.M.A. identification number. As described above, undersigned counsel has submitted all of the foregoing information to F.E.M.A. to facilitate identifying the manufacturer of each temporary housing unit.

Pre-trial Order No. 40 provided that the forty-five day deadline for filing unmatched plaintiffs against their specific manufacturer was subject to an extension for good cause shown. Undersigned counsel avers that the due diligence detailed above constitutes good cause for extending the forty-five day deadline. Accordingly, Plaintiffs pray that they be granted an additional thirty (30) days to file Complaints for the newly-matched Plaintiffs with specific manufacturers.

        Respectfully submitted,
        LAW OFFICES OF SIDNEY D. TORRES, III
        A PROFESSIONAL LAW CORPORATION


BY:   /s/ David C. Jarrell
       SIDNEY D. TORRES, III (Bar No. 12869)
       ROBERTA L. BURNS (Bar No. 14945)
       **DAVID C. JARRELL** (Bar No. 30907)
       Torres Park Plaza, Suite 303
       8301 West Judge Perez Dr.
       Chalmette, Louisiana 70043
       Tel: (504) 271-8421
       Fax: (504) 271-1961
       E-mail: dcj@torres-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of September, 2009, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ David C. Jarrell
        DAVID C. JARRELL