THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421      Fax: (504) 271-1961

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Bordelon, Stacy | 14175 Hwy 190 West, (Orlin Rogers), Hammond, |
| 09-4840 | Bordelon, Stacy | 14175 Hwy 190, Hammond, LA 70401 |
| 09-4840 | Cacioppo, Jr. Anthony Carlo | 2333 East La Hwy 46, St. Bernard, La 70085 |
| 09-4840 | Cacioppo, Dawn Marie | 2333 East La Hwy 46, St. Bernard, La 70085 |
| 09-4840 | Callais, Robert A. | 2117 Gen. Pershing St, Violet, La 70092 |
| 09-4840 | Calvin, Kendrick A | 9196 cutcane Drive, Lot #21, Convent, LA 70723 |
| 09-4840 | Campagna, Fletcher | 11 Victorian Court, Violet, LA 70092 |
| 09-4840 | Campagna, Izah | 11 Victorian Court, Violet, LA 70092 |
| 09-4840 | Campagna, Paitin | 11 Victorian Court, Violet, LA 70092 |
| 09-4840 | Campagna, Sr. Salvadore Andrew | 11 Victorian Court, Violet, LA 70092 |
| 09-4840 | Campo, Aaron | 11 Victorian Court, Violet, LA 70092 |
| 09-4840 | Campo, Cynthia F. | # 3 Guerra Land Ln, St. Bernard, La 70085 |
| 09-4840 | Campo, Sr. Donald J | # 3 Guerra Land Ln, St. Bernard, LA 70085 |
| 09-4840 | Campo, Jonathan E | 6412 Jules Brown Street, Violet, LA 70092 |
| 09-4840 | Cangelosi, Paul Anthony | Across from Walmart, Chalmette, La 70043 |
| 09-4840 | Canizales, Joshua | 8201 W. Judge Perez Drive, Chalmette, LA |
| 09-4840 | Cantrell, John | 6220 Riverside Dr., Unit 692, Metairie, LA |
| 09-4840 | Cantrell, Jr. William Benjamin | 2330 General Pershing Street, Violet, LA 70092 |
| 09-4840 | Capro, Albert Joseph | 2217 Kingfisher Drive, St. Bernard, La 70085 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Capro, Vicki Lynn Duet | 2217 Kingfisher Drive, St. Bernard, La 70085 |
| 09-4840 | Carbello, Carlo Joseph | 2120 Lloyds Ave, Chalmette, LA 70043 |
| 09-4840 | Cargo, JoAnn | 2317 Delta Queen Drive, Violet, LA 70092 |
| 09-4840 | Caronia, Chance | 38154 Cleveland St., Slidell, LA 70458 |
| 09-4840 | Caronia, Christine | 38154 Cleveland St., Slidell, LA 70458 |
| 09-4840 | Carpenter, Brenna Adele | 2309 W. Christie Drive, St. Bernard, LA 70085 |
| 09-4840 | Carpenter, Drionna A. T. | 2309 W. Christie Drive, St. Bernard, La 70085 |
| 09-4840 | Carpenter, Ridez Devon | 2309 W. Christie Drive, St. Bernard, LA 70085 |
| 09-4840 | Carpenter, Shamar Keyon | 9346 Old Gentilly Rd., New Orleans, La 70127 |
| 09-4840 | Carpenter, Zicary Lamar | 2309 W. Christie Drive, St. Bernard, LA 70085 |
| 09-4840 | Carriere, Jr. Richard Damien | 2520 Wall Blvd, #79, New Orleans, La 70114 |
| 09-4840 | Carson, Jr. Chad | 1205 Bayou Rd., St. Bernard, LA 70085 |
| 09-4840 | Carson, Sr. Chad | 1205 Bayou Rd., St. Bernard, LA 70085 |
| 09-4840 | Carson, Clauda | 2305 Trio St. Apt E., Chalmette, LA 70043 |
| 09-4840 | Carson, Jennifer | 2304 Veronica Drive, Chalmette, La 70043 |
| 09-4840 | Carson, Madison | 1205 Bayou Rd., St. Bernard, LA 70085 |
| 09-4840 | Carson, Sr. Randy | 2304 Veronica Drive, Chalmette, La 70043 |
| 09-4840 | Carson, Riley | 2304 Veronica Drive, Chalmette, LA 70043 |
| 09-4840 | Caruso, Kim G. | 3030 North Palm Drive, Slidell, La 70458 |
| 09-4840 | Caruso, Krysta M. | 3030 North Palm Drive, Slidell, La 70458 |
| 09-4840 | Caruso, Valerie N | 3030 North Palm Drive, Slidell, La 70458 |
| 09-4840 | Caruso, Jr. Vincent B. | 3030 North Palm Drive, Slidell, La 70458 |
| 09-4840 | Casanova, Gracelyn Michelle | 401 Bayou Road, St. Bernard, LA 70085 |
| 09-4840 | Casanova, Marissa David Ann | 401 Bayou Road, St. Bernard, La 70085 |
| 09-4840 | Castro, Sr. Atela Miguel | 2312 Stander Pl, Chalmette, LA 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Castro, Emily | 2312 Stander Pl, Chalmette, LA 70043 |
| 09-4840 | Castro, Layla | 2312 Stander Pl, Chalmette, LA 70043 |
| 09-4840 | Catalanotto, Mark Anthony | 7520 Saturn Ct., Violet, LA 70092 |
| 09-4840 | Catanese, Courtney | 3016 Judy Dr, Meraux, La 70075 |
| 09-4840 | Cazaubon, Sr. Eric J | 6603 Alisa Drive, Slidell, La 70460 |
| 09-4840 | Cerniglia, Christina | 35 Randazzo Drive, St. Bernard, LA 70085 |
| 09-4840 | Cerniglia, Madison | 35 Randazzo Drive, St. Bernard, LA 70085 |
| 09-4840 | Cerniglia, Jr. Raymond | 35 Randazzo Drive, St. Bernard, LA 70085 |
| 09-4840 | Cerniglia, III Raymond | 35 Randazzo Drive, St. Bernard, LA 70085 |
| 09-4840 | Chambon, Donna Theresa | 2017 Pelitere Dr, Chalmette, La 70043 |
| 09-4840 | Chambon, Jr. Warren James | 2017 Pelitere Drive, Chalmette, La 70043 |
| 09-4840 | Chambon, Sr. Warren | 2017 Pelitere Drive, Chalmette, La 70043 |
| 09-4840 | Chappetta, Tina | 2015 Despeaux Dr, Chalmette, LA 70043 |
| 09-4840 | Charles, Karlton S. | 1902 Morrison Rd, Hammond, La 70403 |
| 09-4840 | Chatelain, Brenda H. | 121 Seal Drive, Arabi, LA 70032 |
| 09-4840 | Chatelain, Jr. Richard Benedict | 121 Seal Drive, Arabi, LA 70032 |
| 09-4840 | Chatelain, III Richard Benedict | 121 Seal Drive, Arabi, LA 70032 |
| 09-4840 | Chauppetta, Charles | 2404 Bobolink Dr, Poydras, La 70082 |
| 09-4840 | Chauppetta, Tashia | 505 Norton Ave., Arabi, LA 70032 |
| 09-4840 | Chelette, Kamrin Elliot | 3124 East Judge Perez Drive, D-1, Meraux, LA |
| 09-4840 | Chelette, Kaylie Lynn | 2801 MaryAnn Dr. C87, Meraux, LA 70075 |
| 09-4840 | Chelette, Kaylie Lynn | 3124 East Judge Perez Drive, D-15, Meraux, La |
| 09-4840 | Chelette, Kaylie Lynn | 3124 East Judge Perez Drive, D-1, Meraux, LA |
| 09-4840 | Chelette, Kelsey Trishelle | 3124 East Judge Perez Drive, D-1, Meraux, La |
| 09-4840 | Chelette, Kelsey Trishelle | 2801 MaryAnn Dr. C87, Meraux, LA 70075 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Chelette,  Kelsey Trishelle | 3124 East Judge Perez Drive, D-15, Meraux, La |
| 09-4840 | Chelette,  Shirley Ann | 3124 East Judge Perez Drive, D-1, Meraux, La |
| 09-4840 | Chelette,  Shirley Ann | 2801 MaryAnn Dr. C87, Meraux, LA 70075 |
| 09-4840 | Chelette,  Shirley Ann | 3124 East Judge Perez Drive, D-15, Meraux, La |
| 09-4840 | Chepetta,  Tasha | 505 Norton Ave., Arabi, LA 70032 |
| 09-4840 | Chiasson,  Christian Michael | 1111 E St Bernard Hwy, Chalmette, La 70043 |
| 09-4840 | Chiasson, Jr. Robert | 1111 E St Bernard Hwy, Chalmette, La 70043 |
| 09-4840 | Chiasson,  Stacey Desselle | 1111 E St Bernard Hwy, Chalmette, La 70043 |
| 09-4840 | Chilton,  Belinda Salande | 3205 Angelique Drive, Violet, LA 70092 |
| 09-4840 | Chilton, Jr. Stephen M. | 3205 Angelique Dr, Violet, LA 70092 |
| 09-4840 | Clague,  David | Henly Court Trail Park, St. Bernard Hwy, Violet, |
| 09-4840 | Clague,  Nicholas | Henly Court Trail Park, St. Bernard Hwy, Violet, |
| 09-4840 | Clark,  Luciana Marie | 1654 Treasure Street, New Orleans, LA 70119 |
| 09-4840 | Cleggett,  Shahira | 2428 Highland Drive, Violet, LA 70092 |
| 09-4840 | Cleggett,  Shamaya | 2428 Highland Drive, Violet, LA 70092 |
| 09-4840 | Cleggett,  Shamira | 2428 Highland Drive, Violet, LA 70092 |
| 09-4840 | Clements,  Diane Marie | 60028 Hasney Road, Slidell, La 70469 |
| 09-4840 | Cochrane,  Ciarra | P.O. Box 1281, Chalmette, LA 70043 |
| 09-4840 | Cody,  Cynthia Ann | 3821 Despaux Drive, Chalmette, LA 70043 |
| 09-4840 | Cody,  Joshua Taylor | 3821 Despaux Drive, Chalmette, LA 70043 |
| 09-4840 | Cody,  Michael Wayne | 3821 Despaux Drive, Chalmette, LA 70043 |
| 09-4840 | Cook,  Priscilla Lucille | 2716 Meraux Lane Lot B, Violet, La 70092 |
| 09-4840 | Coppersmith,  Lisa Augustine | 2924 Tournefort Street, Chalmette, LA 70043 |
| 09-4840 | Coppersmith,  Lonnie Kelone | 2924 Tournefort Street, Chalmette, LA 70043 |
| 09-4840 | Corass,  Michael J. | 3400 Ashley Drive, Chalmette, La 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Corass, Michael J. | Lynn Dean Property, Lot F-15, St. Bernard, La |
| 09-4840 | Corass, Michael J. | 1045 Cougar Drive, Arabi, La 70032 |
| 09-4840 | Corass, Michael J. | 1045 Cougar Drive, Arabi, LA 70032 |
| 09-4840 | Corass, Rachel | Xavier, Lot C-4, New Orleans, LA |
| 09-4840 | Corass, Rachel | 22193 Hwy 23, Port Sulphur, La |
| 09-4840 | Corass, Rachel | Xavier, Lot E-3, New Orleans, LA |
| 09-4840 | Corass, Rachel | 59 Randazzo Drive, St. Bernard, La 70085 |
| 09-4840 | Corass, Rachel | 1045 Cougar Drive, Arabi, La 70032 |
| 09-4840 | Corass, Rachel | 3400 Ashley Drive, Chalmette, La 70043 |
| 09-4840 | Cossie, Perry | 10 Victorian Court, Violet, LA 70092 |
| 09-4840 | Costella, Brooke Leigh | 2916 Volpe Drive, Chalmette, LA 70043 |
| 09-4840 | Couget, Alecia | 26000 AutumWoods Lot 4283, Lacombe, La |
| 09-4840 | Couget, Alecia | 60 Thonton Dr, Chalmette, La 70043 |
| 09-4840 | Couget, Coleen M. | 3612 Campagna Drive, Chalmette, LA 70043 |
| 09-4840 | Couget, Coleen M. | 3612 Campagna Drive, Chalmette, LA 70043 |
| 09-4840 | Couget, Jr. Paul M. | 3612 Campagna Dr, Chalmette, LA 70043 |
| 09-4840 | Couget, Sr. Paul | 3612 Campagna Dr, Chalmette, La 70043 |
| 09-4840 | Cousins, Braxton | 9000 W. St. Bernard Hwy 230C, Chalmette, La |
| 09-4840 | Cousins, Christopher David | 9000 W. St. Bernard Hwy 230C, Chalmette, La |
| 09-4840 | Cousins, Trinity | 9000 W. St. Bernard Hwy 230C, Chalmette, La |
| 09-4840 | Cousins, Zachary Paul | 9000 W. St. Bernard Hwy 230C, Chalmette, La |
| 09-4840 | Crawford, Patrick | 2121 Veronica Dr, Chalmette, LA 70043 |
| 09-4840 | Creger, Doris B. | 3813 Hopedale Hwy, St. Bernard, LA 70085 |
| 09-4840 | Creger, Philip George | 3813 Hopedale Hwy, St. Bernard, LA 70085 |
| 09-4840 | Crosby, Carmella Gioiello | 37227 3rd Street, Slidell, LA 70460 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Cross, Jonathan | 2128 Cirtus Ave, St. Bernard, LA 70085 |
| 09-4840 | Cucinella, Clint | 3100 Munster Blvd., Meraux, LA 70075 |
| 09-4840 | Cucinella, Mia | 3100 Munster Blvd., Meraux, LA 70075 |
| 09-4840 | Cummins, Julius | 8200 W. Judge Perez Drive, Chalmette, LA |
| 09-4840 | Cummins, Tammy | 8200 W. Judge Perez Drive, Chalmette, LA |
| 09-4840 | Cure, Joylin R | 2300 Lloyds Avenue, Chalmette, LA 70043 |
| 09-4840 | CURE, William | 2116 Landry Court, Meraux, LA 70085 |
| 09-4840 | Currie, Ashley | 3510 Delille St., Chalmette, LA 70043 |
| 09-4840 | Currie, William | 2509 Trio, Chalmette, LA 70043 |
| 09-4840 | Custer, Forrest Michael | 3813 Hopedale Hwy, St. Bernard, La 70045 |
| 09-4840 | Custer, Marsha Ann | 3813 Hopedale Hwy, St. Bernard, La 70045 |
| 09-4840 | Custer, Michael Forrest | 3813 Hopedale Hwy, St. Bernard, La 70045 |
| 09-4840 | Daggs, Dwayne C | 3217 Camboronne Street, New Orleans, LA |
| 09-4840 | Daigle, Damian M. | 8509 Squadron Dr., Chalmette, LA 70043 |
| 09-4840 | Dalon, Deborah Ann | 39293 McQueen Rd, Pearl River, La 70452 |
| 09-4840 | Dalon, Dustin | 40 madison ave f-6, Chalmette, LA 70043 |
| 09-4840 | Darby, Jr. Edwin Thomas | 2511 Vienna St, New Orleans, LA 70122 |
| 09-4840 | Darby, Kenneth | 2309 Caluda Ln, Violet, La 70092 |
| 09-4840 | Darcourt, Caileigh Michele-Riley | 62 E Chalmette Circle, Chalmette, La 70043 |
| 09-4840 | Dauth, Audrey C. | 1904 A Dicarlo Dr, Chalmette, LA 70043 |
| 09-4840 | Davidson, Carly M. | Delchamps Site, Meraux, La 70075 |
| 09-4840 | Davidson, Carly M. | Delchamps Site, Meraux, La 70075 |
| 09-4840 | Davidson, Carly M. | Delchamps Site, Meraux, La 70075 |
| 09-4840 | Davidson, Richard E | Delchamps Site, Meraux, La 70075 |
| 09-4840 | Davidson, Stacy Ann | Delchamps Site, Meraux, La 70075 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Davis, Gerald | 9346 Gentilly Rd., New Orleans, La  70127 |
| 09-4840 | Davis, Tamira | 116 Elaine Drive, Avondale, LA 70094 |
| 09-4840 | Degelos, Cary | 2008 Farmsite Rd, Violet, La  70092 |
| 09-4840 | Degelos, Hannah | 2008 Farmsite Rd, Violet, La  70092 |
| 09-4840 | Degelos, Tony | 2008 Farmsite Road, Violet, La  70092 |
| 09-4840 | DeGeorge, Janet  H. | 2117 W Beauregard, Chalmette, La  70043 |
| 09-4840 | Degrasse, Catherine | Myrtle Grove Trailer Park, Meraux, LA  70075 |
| 09-4840 | Demolle, Danmond Troy | 2209 Guerra Dr, Violet, La  70092 |
| 09-4840 | Demond, Pam | 2500 Walkers Lane, Violet, La  70092 |
| 09-4840 | Dennis, Robin | Yogi Bear Park, Robert, La |
| 09-4840 | Denoux, Theresa | 1539 Choctaw Rd, Thibodaux, LA 70301 |
| 09-4840 | Dent, Brittany L. | 1951 Sabastopol, St. Bernard, LA 70085 |
| 09-4840 | Deroche, Rebecca A | 3860 E. Judge Perez Drive, #E4, Meraux, La |
| 09-4840 | Desselle, Chris | 200 Marlin Drive, Chalmette, La 70043 |
| 09-4840 | Desselle, Christina | 200 Marlin Drive, Chalmette, LA 70043 |
| 09-4840 | Desselle, Janice S | 200 Marlin Drive, Chalmette, La 70043 |
| 09-4840 | Desselles, Greta | 114 Aycock St, Arabi, La  70032 |
| 09-4840 | Desselles, Harvey J. | 114 Aycock St, Arabi, LA  70032 |
| 09-4840 | Dewitt, Denise | 3100 Munster Blvd., Meraux, LA 70075 |
| 09-4840 | Diaz, Jere London | 1901 Desire St, Bunny Friend Trailer Park, New |
| 09-4840 | DiBetta, Frank | 3513 Plaza Dr, Chalmette, La 70043 |
| 09-4840 | DiFranco, Robyn M. | 2785 Canty Road, Braithwaite, LA 70040 |
| 09-4840 | Dipadova, Isabella A. | 2309 Despaux Drive, Chalmette, La 70043 |
| 09-4840 | DiPadova, Lex T. | 2309 Despaux Drive, Chalmette, La 70043 |
| 09-4840 | DiPadova, Jr. Ralph A | 2309 Despaux Drive, Chalmette, La 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | DiPadova, III Ralph A. | 2309 Despaux Drive, Chalmette, La  70043 |
| 09-4840 | DiPadova,  Rokko S | 2309 Despaux Drive, Chalmette, La  70043 |
| 09-4840 | Dipadova,  Vicki Lynn | 2309 Despaux Drive, Chalmette, La  70043 |
| 09-4840 | DiVincenti,  Ann M | 2221 Maryann Drive, Meraux, La  70075 |
| 09-4840 | Dixon,  Dorothy  D. | 16 Old Hickory Street, Chalmette, LA  70043 |
| 09-4840 | Doar, III David  John | 3016 Palmetto Drive, Chalmette, La  70043 |
| 09-4840 | Doar, IV David John | 3016 Palmetto Drive, Chalmette, LA  70043 |
| 09-4840 | Doar,  Julie | 3016 palmetto st, Chalmette, La  70043 |
| 09-4840 | Doar,  Leanne Marie | 3016 palmetto st, Chalmette, La  70043 |
| 09-4840 | Dobson, Sr. James | 412 Parish Drive, Arabi, LA  70032 |
| 09-4840 | Dobson,  Kayla | 412 Parish Drive, Arabi, LA  70032 |
| 09-4840 | Domino,  Ireione J | meraux property, Chalmette, LA  70043 |
| 09-4840 | Domino,  Ireione J | Laplace Trailer Park, Laplace, LA  70068 |
| 09-4840 | Dooley,  Genevieve Marie | 2121 Veronica Dr, Chalmette, LA  70043 |
| 09-4840 | Dooley,  Kathleen Dorsilla | 2121 Veronica Dr, Chalmette, LA  70043 |
| 09-4840 | Doran,  Janice Henderson | 9000 W St Bernard Hwy #252 #252, Chalmette, |
| 09-4840 | Doran,  John Ashley | 9000 W. St.Bernard Hwy., Chalmette, LA  70043 |
| 09-4840 | Doran, III John O. | 9000 W St Bernard Hwy #266, Chalmette, La |
| 09-4840 | Doran,  Karen Stein | 9000 W St Bernard Hwy #266, Chalmette, LA |
| 09-4840 | Doran,  Seth O | 9000 W. St. Bernard Hwy., Chalmette, LA |
| 09-4840 | Douglas,  Anthony | 3408 Angelique Dr., Violet, LA  70092 |
| 09-4840 | Douglas,  Brandon H. | 2013 Highland Dr, Violet, LA  70092 |
| 09-4840 | Douglas,  Joyce Mae | 2209 Canal Street, Violet, LA  70092 |
| 09-4840 | Douglas-Smith,  Cynthia | 2013 Highland Dr, Violet, LA  70092 |
| 09-4840 | Ducote,  Dekka | 3009 Palmetto St, Chalmette, LA  70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Ducote,  Dustan | 3009 Palmetto St, Chalmette, LA  70043 |
| 09-4840 | Ducote,  Fox | 3009 Palmetto Street, Chalmette, La  70043 |
| 09-4840 | Ducote,  Shelley | 3009 Palmetto Street, Chalmette, La  70043 |
| 09-4840 | Dufay,  Claude  A. | 2254 Tounefort St, Chalmette, La  70043 |
| 09-4840 | Duke, Sr. Dana | 38 Caroyln court, Arabi, LA  70032 |
| 09-4840 | Duke,  Richard | 8516 Livingston Ave, Chalmette, LA  70043 |
| 09-4840 | Dusang,  Marilyn R. | 2513 Lydnell Dr, Chalmette, LA  70043 |
| 09-4840 | Dwyer,  Beverly Howell | 2208 Victor Street, Chalmette, La  70043 |
| 09-4840 | Dwyer,  Bobby Jay | 2208 Victor Street, Chalmette, La  70043 |
| 09-4840 | Ecklund,  Century L.M. | 64 packenham ave, Chalmette, La  70043 |
| 09-4840 | Ecklund,  Mildred  M. | 64 packenham ave, Chalmette, La  70043 |
| 09-4840 | Ecklund, Sr. Ronald | 64 packenham ave, Chalmette, La  70043 |
| 09-4840 | Ecklund, Jr. Ronald David | 64 packenham ave, Chalmette, La  70043 |
| 09-4840 | Ecklund,  Valerie  A. | 64 packenham ave, Chalmette, La  70043 |
| 09-4840 | Ecklund,  Victoria  Ashley | 64 packenham ave, Chalmette, La  70043 |
| 09-4840 | Eddings,  Rachael Marie | 2330 General Pershing Street, Violet, LA  70092 |
| 09-4840 | Edwards,  Matthew Dean | 3900 Jean Lafitte Pkwy, Chalmette, La  70043 |
| 09-4840 | Edwards, Sr. Melvin Earl | 3900 Jean Lafitte Pkwy, Chalmette, La  70043 |
| 09-4840 | Edwards,  Shanda Michelle | 3212 E. Judge Perez Dr, Trailer #B-35 & Trailer |
| 09-4840 | Edwards,  Shanda Michelle | 2249 Mary Ann Dr, Trailer #C-22 & Trailer Lot |
| 09-4840 | Elmer,  Beryl Guillot | Civic Center Parking Lot, Chalmette, La  70043 |
| 09-4840 | Encalade,  Ashley Venettra | 1964 Lisa Drive, Chalmette, LA  70043 |
| 09-4840 | Encalade,  Vernell | Highland, Violet, La  70092 |
| 09-4840 | Enclarde,  Ken  G. | 2420 Highland Ave, Violet, LA  70092 |
| 09-4840 | Engolia,  Barbara | 3000 Farmsite Rd., Violet, LA  70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Espadron,  Carolyn | Meraux Trust #E29, Chalmette, La  70043 |
| 09-4840 | Espadron,  Jimmie | Meraux Trust #E29, Judge Perez Dr, Chalmette, |
| 09-4840 | Estopinal, Jr. Albert A. | 2513 Lloyds Ave, Chalmette, La  70043 |
| 09-4840 | Estopinal,  Devin J. | 1408 Center Street, Arabi, LA  70032 |
| 09-4840 | Estopinal,  Dylan J. | 1408 Center Street, Arabi, LA  70032 |
| 09-4840 | Estopinal, III Roger J. | 1408 Center Street, Arabi, LA  70032 |
| 09-4840 | Eugene,  Lilly R. | 2209 Delta Queen, Violet, La  70092 |
| 09-4840 | Evans,  Althea  Poole | 59482 Vincent St, Slidell, La  70460 |
| 09-4840 | Everhardt, Jr. Edward Gilbert | Torres Park, Chalmette, LA  70043 |
| 09-4840 | Everhardt,  Jolie Ann | #5 Southlake Court, Violet, LA  70092 |
| 09-4840 | Everhardt,  Jolyn Elizabeth | #5 Southlake Blvd., Violet, LA  70092 |
| 09-4840 | Everhardt,  Joseph  John | #5 Southlake Blvd., Violet, La  70092 |
| 09-4840 | Fandal,  Rachel Williams | 2713 Charles Drive, Chalmette, La  70043 |
| 09-4840 | Faust,  Myra | 2217 Ventura Drive, Chalmette, LA  70043 |
| 09-4840 | Faust,  Robert | 2217 Ventura Drive, Chalmette, LA  70043 |
| 09-4840 | Fayard,  Brittany Lynn | 2732 Maryann Drive, D-40, Meraux, La  70075 |
| 09-4840 | Fayard,  Brittany Lynn | 8201 W. Judge Perez Drive, Chalmette, La |
| 09-4840 | Fayard, III Ricky Anthony | 2732 Maryann Dr, d-40, Meraux, La  70075 |
| 09-4840 | Fayard, III Ricky Anthony | 8201 W. Judge Perez Drive, Chalmette, La |
| 09-4840 | Fernandez,  Kerry  Collins | 2412 St. Matthew Cr, Violet, La  70092 |
| 09-4840 | Ferrier,  Jamie Lynn | 2508 Myrtle Grove, Meraux, La  70075 |
| 09-4840 | Ferrier,  Jamie Lynn | 2508 Myrtle Grove, Meraux, La  70075 |
| 09-4840 | Ferrier,  Madison Francis | 2508 Myrtle Grove, Meraux, La  70075 |
| 09-4840 | Ferrier,  Madison Francis | 2508 Myrtle Grove, Meraux, LA  70075 |
| 09-4840 | Fink, Jr. Michael A. | 2302 Mehle Ave, Arabi, LA  70032 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4840 | Fireck,  Brooke | 185 Marcs Lane, Braithwaite, La  70040 |
| 09-4840 | Fireck,  Brooke | 2312 Packenham Rd, Violet, LA  70092 |
| 09-4840 | Fireck, Jr. Michael | 185 Marcs Lane, Braithwaite, La  70040 |
| 09-4840 | Fireck, Jr. Michael | 2312 Packenham Rd, Violet, LA  70092 |
| 09-4840 | Flair,  Louis  E. | 2001 Walkers Lane, Meraux, LA  70075 |
| 09-4840 | Florane,  Sharon Ann | 2513 Lloyds Ave, Chalmette, La  70043 |
| 09-4840 | Flores,  Floria | 101 Kilgore Pl, Kenner, LA  70065 |
| 09-4840 | Ford, IV Norman  P. | 2012 Pelitere, Chalmette, LA  70043 |
| 09-4840 | Ford,  Norman P | 2012 Pelitere, Chalmette, LA  70043 |
| 09-4840 | Forsythe, Jr. Eric | 206 Timber Ridge Dr, Slidell, La  70460 |
| 09-4840 | Forsythe, III Eric Eugene | 206 Timber Ridge Dr, Slidell, La  70460 |
| 09-4840 | Frederick,  Jermone  J. | 6535 Jules Brown St, Violet, LA  70092 |
| 09-4840 | Frederick,  Wendolyn  W. | 6535 Jules Brown St, Violet, LA  70092 |
| 09-4840 | Frederick,  Wenesha  E. | 6535 Jules Brown St, Violet, LA  70092 |
| 09-4840 | Froeba,  Alyssa  Crystal | 3205 Angelique Dr, Violet, La  70092 |
| 09-4840 | Froeba,  Alyssa  Crystal | Myrtle Grove Trailer Park Lot #10, Meraux, LA |
| 09-4840 | Froeba,  Jaden Aleah | 3205 Angelique Dr., Violet, La  70092 |
| 09-4840 | Froeba,  Jaden Aleah | 2118 Myrtle Grove Trailer Park Lot #10, Meraux, |
| 09-4840 | Froeba,  Robert Joseph | 3205 Angelique Dr., Violet, LA  70092 |
| 09-4840 | Froeba,  Robert Joseph | 2118 Myrtle Grove Trailer Park Lot #10, Meraux, |
| 09-4840 | Frught,  Donald | 60 Thonton Dr, Chalmette, La  70043 |
| 09-4840 | Frught,  Donald | 26000 AutumWoods Lot 4283, Lacombe, LA |
| 09-4840 | Fuller, Jr. Clifford J | 7525 Asteriod Dr., Violet, LA  70092 |
| 09-4840 | Lewis,  Kendrall C | 9196 Cutcane Drive, Convent, LA  70723 |