THE LAW OFFICES OF

## SIDNEY D. TORRES, III, APLC

8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421     Fax: (504) 271-1961

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4841 | Adams, Dianne J. | 1952 Grace Dr., Slidell, La 70458 |
| 09-4841 | Adubato, James | 620 W Howze Beach Rd., Slidell, LA 70458 |
| 09-4841 | Adubato, Jessica | 620 W Howze Beach Rd., Slidell, LA 70458 |
| 09-4841 | Adubato, Mary | 620 W Howze Beach Rd., Slidell, LA 70458 |
| 09-4841 | Adubato, Nicholas | 620 W Howze Beach Rd., Slidell, LA 70458 |
| 09-4841 | Aguilar, Jacklyn | 2813 E. St. Bernard Hwy, Meraux, LA 70075 |
| 09-4841 | Ajan, Addisyn Nichole | 3728 Chalona Drive, Chalmette, La 70043 |
| 09-4841 | Ajan, Jr. Dudley Raymond | 3728 Chalona Drive, Chalmette, La 70043 |
| 09-4841 | Ajan, Kassidy Rae | 3728 Chalona Drive, Chalmette, La 70043 |
| 09-4841 | Alberez, Lawrence | 786 Buck Run Rd., Pearl River, LA 70452 |
| 09-4841 | Albers, Patrica W. | 1953 Licciardi Ln Lot B1, Meraux, LA 70075 |
| 09-4841 | Albers, Robin Doreen | 2216 Mumphrey Road, Chalmette, LA 70043 |
| 09-4841 | Alfonso, Michael | 921 S. Dupre, New Orleans, LA |
| 09-4841 | Alfonso, Michael | Myrtle Grove Trailer Park, Meraux, LA 70075 |
| 09-4841 | Alfonso, III Michael | Yogi Bear Park, Robert, La |
| 09-4841 | Alfonso, Olivia | Yogi Bear Park, Robert, La |
| 09-4841 | Alfonso, Sharon | 61326 N. Military Rd. Apt.1, Slidell, LA 70461 |
| 09-4841 | Alfonso, Jr. Vernon E | 1422 Bayou Road, St. Bernard, La 70085 |
| 09-4841 | Alkurd, Mohammad R. | 201 Cougar Dr, Arabi, La 70032 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4841 | Allen, Jr. Albert J | 301 Marrero Street, Bridge City, LA 70094 |
| 09-4841 | Allen, Ashley | 3320 Rosetta Drive, Chalmette, LA 70043 |
| 09-4841 | Allen, Ashley | 2705 Maryanne, Meraux, LA 70075 |
| 09-4841 | Allen, Lorrie | 1907 Center Street, Arabi, LA 70032 |
| 09-4841 | Allen, Lorrie | 2705 Maryann, Meraux, LA 70075 |
| 09-4841 | Allo, Edward | 1809 Nie Pkwy, New Orleans, LA 70131 |
| 09-4841 | Allo, Kathy | 1809 Nie Pkwy, New Orleans, LA 70131 |
| 09-4841 | Almonte, Darlene | 2020 Guillot Drive, St. Bernard, LA 70085 |
| 09-4841 | Alveris, Teandrane | 3308 Ashley Drive, Violet, LA 70092 |
| 09-4841 | Ambo, Natasha | 2400 n. johnson #9, New Orleans, La 70117 |
| 09-4841 | Ambo, Natasha | 2400 n. johnson #9, New Orleans, La 70117 |
| 09-4841 | Ancalade, Rose | 16 Gibbs Drive, Chalmette, LA 70043 |
| 09-4841 | Ancar, Leondes | 2516 Victor Street, Chalmette, LA 70043 |
| 09-4841 | Anderson, Keefa A. | 2100 River Queen Drive, Violet, LA 70092 |
| 09-4841 | Anderson, Stacey | 2100 River Queen Drive, Violet, LA 70092 |
| 09-4841 | Andrews, Logan Gary | 2708 Myrtle Grove Lot 95, Meraux, LA 70075 |
| 09-4841 | Applegate, Josanna | 3021 Bayou Rd., St. Bernard, LA 70052 |
| 09-4841 | Arbour, Brandi Lynn | Dominos Sugar Refinery, Arabi, LA 70032 |
| 09-4841 | Arcement, Lucille Margaret | 2412 Munster Blvd., Meraux, LA 70075 |
| 09-4841 | Arias, Jose | 2000 Francis Ave, Violet, La 70092 |
| 09-4841 | Arias, Wynette Marie | 2031 Guillot Drive, St. Bernard, LA 70085 |
| 09-4841 | Armstrong, Ashley | 3009 Tournefort, Chalmette, LA 70043 |
| 09-4841 | Armstrong, Raymond Christopher | 1537 Regatta Cove, Slidell, La 70458 |
| 09-4841 | Arnold, Deborah | 1405 alexander ave, Arabi, La 70032 |
| 09-4841 | Assavedo, Christine | 3409 Gallo Drive, Chalmette, LA 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4841 | Assavedo, Corey | 3409 Gallo Drive, Chalmette, LA  70043 |
| 09-4841 | Assavedo, Courtney | 7629 E. St Bernard Hwy, Violet, LA  70092 |
| 09-4841 | Assavedo, Melissa | P.o. Box 1221, St. Bernard, LA  70085 |
| 09-4841 | Assevedo, Barry | 3409 Gallo Drive, Chalmette, LA  70043 |
| 09-4841 | Atwood, Gretchen Schulte | 916 Perrin Drive, Arabi, LA  70032 |
| 09-4841 | Aucoin, Gina M | 3105 Oak Drive, Violet, LA  70092 |
| 09-4841 | Aucoin, Jr. Leonard William | 3105 Oak Drive, Violet, LA  70092 |
| 09-4841 | Aucoin, Tyler William | 3105 Oak Drive, Violet, LA  70092 |
| 09-4841 | Augustine, Angel | 1021 Community Street, Arabi, LA  70032 |
| 09-4841 | Augustine, Sr. Joseph Milford | 1021 Community Street, Arabi, LA  70032 |
| 09-4841 | Augustine, Jr. Joseph | 2916 Volpe Drive, Chalmette, LA  70043 |
| 09-4841 | Augustine, Mia | 2916 Volpe Drive, Chalmette, LA  70043 |
| 09-4841 | Augustine, Mya | 2916 Volpe Drive, Chalmette, LA  70043 |
| 09-4841 | Augustine, Robin | 1021 Community Street, Arabi, LA  70032 |
| 09-4841 | Augustine, Robin | 1021 Community Street, Arabi, LA  70032 |
| 09-4841 | Augustine, Robin | 1021 Community Street, Arabi, LA  70032 |
| 09-4841 | Augustine, Sarah | 1021 Community Street, Arabi, LA  70032 |
| 09-4841 | Augustine, Thais Joyce | 46 Old Hickory Street, Chalmette, LA  70043 |
| 09-4841 | Augustus, Candice Sha-Linda | 2412 St. Matthew Circle, Violet, La  70092 |
| 09-4841 | Augustus, Diedra Fernandez | 2412 St. Matthew Circle, Violet, La  70092 |
| 09-4841 | Authement, Jr. Jay J. | 2912 Farmsite Rd., Violet, LA  70092 |
| 09-4841 | Authement, Sr. Jay J | 2912 Farmsite Rd., Violet, LA  70092 |
| 09-4841 | Aymond, Thelma | 3000 Bartolo Drive, Meraux, LA  70075 |
| 09-4841 | Aymond, Sr. William | 3000 Bartolo Drive, Meraux, La  70075 |
| 09-4841 | Aymond, Jr. William Wallace | 3000 Bartolo Drive, Meraux, LA  70075 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4841 | Ayo, Leo | 608 Perrin Drive, Arabi, LA 70032 |
| 09-4841 | Bachemin, Sr. David | 3509 Murphrey Rd, Chalmette, LA 70043 |
| 09-4841 | Bachemin, David Peter | 3124 E Judge Perez, Meraux, La 70075 |
| 09-4841 | Bacques, Michele | 2400 Etienne Drive, Meraux, La 70075 |
| 09-4841 | Bacques- Maggio, Jolie D | 35277 Windsor Drive, Slidell, LA 70460 |
| 09-4841 | Bailes, Bridget | 1514 Ave C, Marrero, LA 70072 |
| 09-4841 | Bailes, Joelle | 1514 Ave C, Marrero, LA 70072 |
| 09-4841 | Bailes, Kenneth | 1514 Ave C, Marrero, LA 70072 |
| 09-4841 | Bailes, Leonae | 1514 Ave C, Marrero, LA 70072 |
| 09-4841 | Bailes, Nathaniel | 1514 Ave C, Marrero, LA 70072 |
| 09-4841 | Bailes, Westley | 1514 Ave C, Marrero, LA 70072 |
| 09-4841 | Bailey, Beatrice M. | 1613 Robert Rd., Violet, LA 70092 |
| 09-4841 | Bailey, Darren | Stage Parking Lot, Chalmette, LA 70043 |
| 09-4841 | Bailey, Jerome | 3800 Decomine Street, Chalmette, LA 70043 |
| 09-4841 | Bailey, June J. | 40 Madison, Chalmette, La 70043 |
| 09-4841 | Bailey, Tiffany Lynn | 1613 Robert Rd., St. Bernard, LA 70085 |
| 09-4841 | Baker, Karen Lynn | 140 Janet Drive, Avondale, LA 70094 |
| 09-4841 | Baker, Katherine Diane | 3128 Maureen Ln, Meraux, La 70075 |
| 09-4841 | Baker, Jr. Otis | 2104 Marcelle Drive Lot 45, Chalmette, La |
| 09-4841 | Baker, Rudolph Carl | 2417 Flamingo Dr, St. Bernard, LA 70085 |
| 09-4841 | Baker, Sheila Wolfe | 2417 Flamingo Dr, St. Bernard, LA 70085 |
| 09-4841 | Banks, Reginald | 6th Street & Colonial, Violet, LA 70092 |
| 09-4841 | Banner, Larry J | 2508 Myrtle Grove, Lot #67, Meraux, La 70075 |
| 09-4841 | Barcelona, Linda S. | 2023 Corrinne Drive, Chalmette, LA 70043 |
| 09-4841 | Barcelona, Steve V. | 2023 Corinne Ave., Chalmette, LA 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4841 | Barlow, Cree | 2032 Highland Drive, Violet, LA 70092 |
| 09-4841 | Baron, Leona C | 2508 Myrtle Grove, Lot #67, Meraux, La 70075 |
| 09-4841 | Barrow, Jr. Clarence | A.J. Parking Lot, Chalmette, La 70043 |
| 09-4841 | Bastoe, Alyssa | 2904 Palmetto, chalmette, LA 70043 |
| 09-4841 | Bastoe, Andrew | 2409 Palmetto Dr, Chalmette, LA 70043 |
| 09-4841 | Bastoe, Blake Burt | 2808 Palmetto St, Chalmette, LA 70043 |
| 09-4841 | Bastoe, Corey M. | 3104 Palmetto Street, Chalmette, LA 70043 |
| 09-4841 | Bastoe, Erica | 3104 Palmetto, Chalmette, LA 70043 |
| 09-4841 | Bastoe, Sr. Jack Thomas | 2808 Palmetto St, Chalmette, LA 70043 |
| 09-4841 | Bastoe, Jonathan | 3104 Palmetto, Chalmette, LA 70043 |
| 09-4841 | Bastoe, Madison | 3104 Palmetto, Chalmette, LA 70043 |
| 09-4841 | Bastoe, Regina B. | 2904 Palmetto, Chalmette, LA 70043 |
| 09-4841 | Beaulieu, Christopher Justin | P.O. Box 421, Violet, LA 70092 |
| 09-4841 | Beaulieu, Cydney | P.O. Box 421, Violet, LA 70092 |
| 09-4841 | Beaulieu, Debrecca | P.O. Box 421, Violet, LA 70092 |
| 09-4841 | Bergeron, Brett | 2133 Bayou Street, St. Bernard, LA 70085 |
| 09-4841 | Bernard, Eric | 2501 Bartolo Dr, Meraux, LA 70075 |
| 09-4841 | Bernard, Lauren | 2501 Bartolo Dr, Meraux, LA 70075 |
| 09-4841 | Berndt, IV James | 40 Madison Ave #40, Chalmette, La 70043 |
| 09-4841 | Berndt, IV James | 40 Madison Ave, #40, Chalmette, La 70043 |
| 09-4841 | Berndt, IV James | 2526 Myrtle Grove, #76, Meraux, LA 70075 |
| 09-4841 | Berndt, Katie | 40 Madison Ave #40, Chalmette, LA 70043 |
| 09-4841 | Berndt, Katie | 2526 Myrtle Grove, Meraux, LA 70075 |
| 09-4841 | Berndt, Savannah | 40 Madison Ave #40, Chalmette, LA 70043 |
| 09-4841 | Berndt, Savannah | 2526 Myrtle Grove, Meraux, LA 70075 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4841 | Bersuder, Brian M | 304 Bear Drive, Arabi, LA 70032 |
| 09-4841 | Bersuder, Karen | 3609 Blanchard Dr., Chalmette, LA 70043 |
| 09-4841 | Bickham, Taj | 6783 Hwy 39, Braithwaite, La 70040 |
| 09-4841 | Bienemy, Derrick | 2509 Caluda Lane, Violet, LA 70092 |
| 09-4841 | Bienemy, Sr. Roscoe Jermain | 3774 Verrett Steet, St. Bernard, La 70085 |
| 09-4841 | Bienemy, Sherry Lynn | 2418 Myrtle Grove, Meraux, LA 70075 |
| 09-4841 | Bigner, Debbie | 73242 Stella Lane, Pearl River, LA 70452 |
| 09-4841 | Bigner, Elizabeth Marie | 73242 Stella Lane, Pearl River, LA 70452 |
| 09-4841 | Bigner, Gavin | 73242 Stella Lane, Pearl River, LA 70452 |
| 09-4841 | Bigner, Kimberly | 73242 Stella Lane, Pearl River, LA 70452 |
| 09-4841 | Bihm, Blake D. | 2720 Chalona Drive, Chalmette, LA 70043 |
| 09-4841 | Bihm, Jr. Donald R | 2720 Chalona Drive, Chalmette, LA 70043 |
| 09-4841 | Billiot, Lucien | 2112 W. Christie Drive, Poydras, La 70085 |
| 09-4841 | Binder, Sr. David M. | 514 Oak Road, Belle Chasse, LA 70037 |
| 09-4841 | Binder, Rose C. | 514 Oak Road, Belle Chasse, LA 70037 |
| 09-4841 | Bird, Dennis J | 2500 Pelitere Drive, Chalmette, La 70043 |
| 09-4841 | Bird, Lynda Cline | 2500 Pelitere Drive, Chalmette, La 70043 |
| 09-4841 | Bird, Melanie R | 2500 Pelitere Drive, Chalmette, La 70043 |
| 09-4841 | Bird, Michelle Lynn | 2500 Pelitere Drive, Chalmette, La 70043 |
| 09-4841 | Black, Mary A. | 5299 General Diaz, New Orleans, LA 70130 |
| 09-4841 | Black, Tomeka | 5299 General Diaz, New Orleans, LA 70130 |
| 09-4841 | Black, Trenece | 5299 General Diaz, New Orleans, LA 70130 |
| 09-4841 | Blanchard, Jr. Bobby W. | 3109 Lyndell Dr, Chalmette, LA 70043 |
| 09-4841 | Blanchard, Bobby W. | 3109 Lyndell Dr, Chalmette, LA 70043 |
| 09-4841 | Blanchard, Bruno Paul | 1713 Linda Lou Drive, St. Bernard, LA 70085 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4841 | Blanchard, Faye | 2007 Gray's Rd, St. Bernard, LA 70085 |
| 09-4841 | Blanchard, III Randy | 2007 Gray's Rd, St. Bernard, La 70085 |
| 09-4841 | Blanchard, Reyna L. | 3109 Lyndell Dr, Chalmette, LA 70043 |
| 09-4841 | Blanchard, Taylor | 3109 Lyndell Dr, Chalmette, LA 70043 |
| 09-4841 | Blymier, Rachelle | St Bernard Port, Chalmette, LA 70043 |
| 09-4841 | Bohne, Barrett | 909 Mehle St, Arabi, LA 70032 |
| 09-4841 | Bohne, Jacob | 909 Mehle St, Arabi, LA 70032 |
| 09-4841 | Bohne, Jeffrey | 909 Mehle St, Arabi, LA 70032 |
| 09-4841 | Bohne, Lindsey | 909 Mehle St, Arabi, LA 70032 |
| 09-4841 | Bollinger, Kimberly Michelle | 40 Madison Ave lot 175, Chalmette, LA 70043 |
| 09-4841 | Bondio, Petrina A. | 513 W. Prosper Street, Chalmette, LA 70043 |
| 09-4841 | Bonnecarre, Brandon Charles | 2513 Lloyds Ave, Chalmette, La 70043 |
| 09-4841 | Bonnecarre, Clinton | 2513 Lloyds Ave, Chalmette, La 70043 |
| 09-4841 | Bonomo, Patricia | 1924 Laura Drive, Chalmette, La 70043 |
| 09-4841 | Bordelon, Jennifer G. | 2136 E LA Hwy46, St. Bernard, La 70085 |
| 09-4841 | Bordelon, Zachary Paul | 1917 Todd Drive, St. Bernard, LA 70085 |
| 09-4841 | Borne, Sheila K. | 8201 W. Judge Perez Drive, Chalmette, LA |
| 09-4841 | Bostic, Ryan Michael | 1953 Laura Drive, Chalmette, La 70043 |
| 09-4841 | Boudreaux, Laura Bradley | 2113 Kingsfisher Dr.(Gulf Stream), Violet, LA |
| 09-4841 | Bourg, Charmaine L. | Stage Parking Lot, Chalmette, LA 70043 |
| 09-4841 | Bourg, Zachary D. | Stage Parking Lot, Chalmette, LA 70043 |
| 09-4841 | Bourquard, Connie Thompson | 3529 Ventura Drive, Chalmette, LA 70043 |
| 09-4841 | Bourquard, Jr. Rene A. | 3529 Ventura Drive, Chalmette, LA 70043 |
| 09-4841 | Bowers, Cathleen | Exxon Mobil Refinery St. Bernard hwy, |
| 09-4841 | Bowers, Cathleen | 101 East Drive, New Orleans, LA 70118 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4841 | Bowman, III Geral | 4917 St Claude Ave, New Orleans, LA 70117 |
| 09-4841 | Boyington, Starnell | 43173 N. Billville Rd., Hammond, LA 70403 |
| 09-4841 | Braquet, Stacy L. | 2732 Maryann Drive D-40, Meraux, LA 70075 |
| 09-4841 | Braquet, Stacy L. | 8201 W. Judge Perez Drive, Chalmette, La |
| 09-4841 | Breaux, Ethan J. | 2019 Volpe Drive, Chalmette, LA 70043 |
| 09-4841 | Breaux, Ethan J. | 2208 Pirate Drive, Chalmette, LA 70043 |
| 09-4841 | Breaux, Hayley | 3124 E. Judge Perez, Meraux, LA 70075 |
| 09-4841 | Breaux, Melanie L. | 2208 Pirate Drive, Chalmette, La 70043 |
| 09-4841 | Breaux, Melanie L. | 2019 Volpe Drive, Chalmette, La 70043 |
| 09-4841 | Breaux, Jr. Ronald A. | 2019 Volpe Drive, Chalmette, LA 70043 |
| 09-4841 | Breaux, Sr. Ronald A. | 2019 Volpe Drive, Chalmette, La 70043 |
| 09-4841 | Bridgewater, Maylin | 8201 W. Judge Perez Drive, Chalmette, LA |
| 09-4841 | Bridgewater, Xiomara | 8201 W. Judge Perez Drive, Chalmette, LA 70131 |
| 09-4841 | Brown, Ada M. | 4109 Ithaca Street, Metairie, LA 70002 |
| 09-4841 | Brown, Erica M | 7417 N. Peters B-9, Arabi, LA 70032 |
| 09-4841 | Brown, Hillary | 4109 Ithaca Street, Metairie, LA 70002 |
| 09-4841 | Brown, Joshua | 116 Elaine, Avondale, LA |
| 09-4841 | Brown, III Reuben | 116 Elaine, Avondale, LA 70094 |
| 09-4841 | Buckel, Tina Ann | 1719 Center St, Arabi, LA 70032 |
| 09-4841 | Buckel, Jr. William James | 1719 Center St, Arabi, LA 70032 |
| 09-4841 | Buckley, Jody | 1819 Schnell Dr., Arabi, La 70032 |
| 09-4841 | Buckley, Terrence | 2909 Volpe St., Chalmette, LA 70043 |
| 09-4841 | Buras, Colby Mark | Linds Lane, St. Bernard, LA 70085 |
| 09-4841 | Buras, Krystal | Linds Lane, St. Bernard, LA 70043 |
| 09-4841 | Buras, Madelyn | Linds Lane, St. Bernard, LA 70085 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4841 | Buras, Mark | Linds Lane, St. Bernard, LA  70085 |
| 09-4841 | Buras, Nicholas Justin | Linds Lane, St. Bernard, LA  70085 |
| 09-4841 | Burke, Jaeda N. | 805 Magistrate St., Chalmette, La  70043 |
| 09-4841 | Burke, Kelly R. | 805 Magistrate St., Chalmette, La  70043 |
| 09-4841 | Burkhardt, Barbara Landry | 125 B Callery Street, Slidell, LA  70461 |
| 09-4841 | Burns, Jr. Darin Joseph | 2300 Lloyds Avenue, Chalmette, LA  70043 |
| 09-4841 | Burns, Giouliana Beth | 2300 Lloyds Ave, Chalmette, La  70043 |
| 09-4841 | Burns, Joylin Rita | 2300 Lloyds Ave, Chalmette, La  70043 |
| 09-4841 | Bush, Charlene | 2408 St. Paul Court, Violet, LA  70032 |
| 09-4841 | Buuck, Jr. Robert | 2820 Creely Drive, Chalmette, LA  70043 |