THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421    Fax: (504) 271-1961

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4843 | Mackles, Jr. Troy | 2200 Gray Road, Poydras, La 70085 |
| 09-4843 | Mackles, Sr. Troy | 2200 Gray Road, Poydras, La 70085 |
| 09-4843 | Magee, Demond | 2312 E, Christie, St. Bernard, La 70085 |
| 09-4843 | Magee, George W. | 2312 E. Christie, St. Bernard, La 70085 |
| 09-4843 | Magee, Yvette | 2312 E. Christie, St. Bernard, La 70085 |
| 09-4843 | Mamelli, Charles | 2516 Trio Street, Chalmette, LA 70043 |
| 09-4843 | Mamelli, Rosemary | 2516 Trio Street, Chalmette, LA 70043 |
| 09-4843 | Mankin, Katie E | 2513 Maryann Drive, Meraux, LA 70075 |
| 09-4843 | Manzella, Jr. Joe Bruce | 552 North Shore Drive, Slidell, La 70461 |
| 09-4843 | Marengo, Jr. Lukey Lucien | 513 W. St. Jean Baptiste St, Chalmette, La 70043 |
| 09-4843 | Mariano, Deborah Sue | 3408 Sinclair St., Chalmette, La 70043 |
| 09-4843 | Marino, Melissa Lynne | 2302 Mehle Ave, Arabi, LA 70032 |
| 09-4843 | Marks, John | 1513 Bayou Road, St. Bernard, LA 70085 |
| 09-4843 | Marti, Christopher P. | 3604 Plaza Drive`, Chalmette, La 70043 |
| 09-4843 | Martin, Deborah P. | 2909 Legend Dr., Meraux, LA 70075 |
| 09-4843 | Martin, John C. | 2909 Legend Drive, Meraux, LA 70075 |
| 09-4843 | Martin, Sr. Michael | 1944 Licciardi Drive, Chalmette, LA 70043 |
| 09-4843 | Martin, Jr. Michael C | 1944 Licciardi Drive, Chalmette, LA 70043 |
| 09-4843 | Martin, Treasure Coppersmith | 1944 Licciardi Drive, Chalmette, LA 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4843 | Martinez, Connie Wood | 2601 Old Spanish Trail #4, Slidell, LA 70461 |
| 09-4843 | Martinez, Evelyn P. | 5648 St. Bernard hwy lot 2525, Violet, LA 70092 |
| 09-4843 | Martinez, Grace B. | 113 Doerr St, Arabi, La 70032 |
| 09-4843 | Mauterer, Jr. Ronald | 9000 W. St. Bernard Hwy, Site #1, Chalmette, |
| 09-4843 | Mayeaux, Sandra A. | Domino Sugar, Arabi, La 70032 |
| 09-4843 | Mayeaux, Stanley P. | Domino Sugar, Arabi, La 70032 |
| 09-4843 | Mayeux, Raymond M. | 2509 Pellitere Drive, Chalmette, LA 70043 |
| 09-4843 | McElroy, Stephanie | 113 Eden Isles Blvd, Slidell, La 70458 |
| 09-4843 | McGuire, Ryan Emanuel | 120 Cynthia Circle, Reserve, LA 70084 |
| 09-4843 | McKenzie, Thomas | 3201 Ventura Drive, Chalmette, LA 70043 |
| 09-4843 | McSwain, Kelly Janneck | 246 Friscoville Ave., Arabi, LA 70032 |
| 09-4843 | Melancon, III Johnny | 2732 Maryann Drive, Meraux, LA 70075 |
| 09-4843 | Melancon, III Johnny | 8201 W. Judge Perez Drive, Chalmette, LA |
| 09-4843 | Melendez, Louis | 2001 Barbara Drive, Slidell, LA |
| 09-4843 | Menard, Jean R | 208 West St. Avide, Chalmette, La 70043 |
| 09-4843 | Menesses, Alfred J. | 616 Lebeau Street, Arabi, LA 70032 |
| 09-4843 | Menesses, Kristy Morain | 616 Lebeau Street, Arabi, LA 70032 |
| 09-4843 | Mercier, Mary L. | 9 Carroll Drive, Chalmette, LA 70043 |
| 09-4843 | Meyer, Alex | 2917 Angelique Drive, Violet, LA 70092 |
| 09-4843 | Meyer, Corey | 2917 Angelique Drive, Violet, LA 70092 |
| 09-4843 | Meyer, Dana | 2917 Angelique Drive, Violet, LA 70092 |
| 09-4843 | Meyer, Katherine A. | 1808 Todd Drive, St. Bernard, LA 70085 |
| 09-4843 | Meyer, Jr. Medric Richard | 1808 Todd Drive, St. Bernard, LA 70085 |
| 09-4843 | Meyer, Ricky | 2917 Angelique Drive, Violet, LA 70092 |
| 09-4843 | Meyers, Ezilda | 8409 fairfax dr, Chalmette, La 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4843 | Meyers, Irwin | 8409 fairfax dr, Chalmette, La  70043 |
| 09-4843 | Meyers, Kristy Marie | 3320 Plaza Drive, Chalmette, LA  70043 |
| 09-4843 | Meyers, Lacie Lynn | 3320 Plaza Drive, Chalmette, LA  70043 |
| 09-4843 | Meyers, Marie C. | 40 Madison Drive, Chalmette, LA  70043 |
| 09-4843 | Miller, Aaronisha M. | 6001 Chef Mentuer Hwy, Lot #39, New Orleans, |
| 09-4843 | Miller, Alicia M. | 6001 Chef Mentuer Hwy, Lot #39, New Orleans, |
| 09-4843 | Miller, Alyson R. | 2001 Barbara Drive, Slidell, LA |
| 09-4843 | Miller, Angie | 412 Parish Drive, Arabi, La  70032 |
| 09-4843 | Miller, Ariane M | 6001 Chef Mentuer Hwy, Lot #39, New Orleans, |
| 09-4843 | Miller, Jr. Arthur E. | 412 Parish Drive, Arabi, La  70032 |
| 09-4843 | Miller, Brandin K. | 2001 Barbara Drive, Slidell, LA |
| 09-4843 | Miller, Jr. Brandon | 1540 Schnell Drive, Arabi, LA  70032 |
| 09-4843 | Miller, Dawn | 2505 Kingbird Blvd., St. Bernard, LA  70085 |
| 09-4843 | Miller, Debra Ann | 1540 Schnell Drive, Arabi, LA  70032 |
| 09-4843 | Miller, Devin E. | 2001 Barbara Street, Slidell, LA |
| 09-4843 | Miller, Edmund Louis | 2001 Barbara Drive, Slidell, LA |
| 09-4843 | Miller, Elnisha | 6001 Chef Menteur Hwy, New Orleans, LA |
| 09-4843 | Miller, Jacquetta M | 1820 Goodwill Drive, Violet, LA  70092 |
| 09-4843 | Miller, Jakea | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| 09-4843 | Miller, Jessie Troy | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| 09-4843 | Miller, Jonathan R. | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| 09-4843 | Miller, Kenneth Alexander | 500 Perrin Drive, Arabi, La  70032 |
| 09-4843 | Miller, Kenneth Alexander | 1540 Schnell Drive, Arabi, LA  70032 |
| 09-4843 | Miller, Lakisha | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| 09-4843 | Miller, Mary Courtney | 412 Parish Drive, Arabi, La  70032 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4843 | Miller, Sabrina M. | 6001 Chef Mentuer Hwy, Lot #39, New Orleans, |
| 09-4843 | Miller, Samantha M. | 205 Doerr, Arabi, LA 70032 |
| 09-4843 | Miller, Trevon Marcel | 2506 Mrytle Grove, Lot #66, Meraux, La 70075 |
| 09-4843 | Miller, Troydel | 2506 Mrytle Grove, Lot #66, Meraux, La 70075 |
| 09-4843 | Miller, Wendy | 7417 N. Peters Street, Arabi, LA 70032 |
| 09-4843 | Mills, Nancy | 2200 Stander Place, Chalmette, LA 70043 |
| 09-4843 | Mims, Harold W. | 2416 Kinglet, St. Bernard, LA 70085 |
| 09-4843 | Misuraca, Silvestro J. | 1409 Perrin Drive, Arabi, LA 70032 |
| 09-4843 | Mitchell, Stephanie | 1055 Peninsula Drive, Slidell, LA 70460 |
| 09-4843 | Mitchell, Stephanie | 1055 Peninsula Drive, slidell, LA 70043 |
| 09-4843 | Mitchell, Zina | 2232 Pauline Street, New Orleans, LA 70117 |
| 09-4843 | Mizzelle, Hazel Catherine | 2420 Campagna Drive, Chalmette, LA 70043 |
| 09-4843 | Mocklin, Richard L. | 305 fable dr, Meraux, La 70075 |
| 09-4843 | Mocklin, Richard L. | 2805 MaryAnn Drive, Meraux, LA 70075 |
| 09-4843 | Monaghan, Priscilla Lynn | 2309 Despaux Drive, Chalmette, La 70043 |
| 09-4843 | Mondello, Jr. Charles Joseph | 1812 Karl Street, Arabi, LA 70032 |
| 09-4843 | Mondello, Jr. Charles Joseph | Dominos Sugar, Arabi, LA 70032 |
| 09-4843 | Montana, Joseph | 8409 W. Judge Perez, Chalmette, LA 70043 |
| 09-4843 | Montz, Grace | 2333 Congressman Hebert Drive, Chalmette, LA |
| 09-4843 | Moody, James | 133 Carr Drive, Slidell, LA |
| 09-4843 | Moore, Jr. Alex | 2409 Lloyds Ave, Chalmette, LA 70043 |
| 09-4843 | Moore, Bryant Keith | 101 St. Bernard Hwy, Poydras, LA 70085 |
| 09-4843 | Moore, Bryant Keith | 40 Madison Ave, Chalmette, LA 70043 |
| 09-4843 | Moore, Matthew J. | 2409 Lloyds Ave, Chalmette, LA 70043 |
| 09-4843 | Moore, Nicholas J. | 2409 Lloyds Ave, Chalmette, LA 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4843 | Moore, Nomakia | 2821 Shannon Drive, Violet, LA 70092 |
| 09-4843 | Morain, Jr. Gerald Thomas | 5427 Paris Ave, New Orleans, LA 70129 |
| 09-4843 | Morain, Judy Ann | 5427 Paris Ave, New Orleans, LA 70122 |
| 09-4843 | Morain, Michael D. | 1045 Cougar Drive, Arabi, LA 70032 |
| 09-4843 | Morales, Jr. David | 3028 Farmsite Road, Violet, La 70092 |
| 09-4843 | Morales, Eugene | 2405 Flamingo Drive, St. Bernard, LA 70085 |
| 09-4843 | Morales, Karen | 2405 Flamingo Drive, St. Bernard, LA 70085 |
| 09-4843 | Morehead, Treiana | 2511 Vienna St, New Orleans, LA 70122 |
| 09-4843 | Morgan, Jewell | 2300 Kenneth Drive, Violet, LA 70092 |
| 09-4843 | Morise, JoAnn A | 3712 Danville Street, Metairie, LA 70001 |
| 09-4843 | Morise, Mark | 3712 Danville Street, Metairie, LA 70001 |
| 09-4843 | Morris, Carolyn | 1948 Lisa Dr, Chalmette, La 70043 |
| 09-4843 | Mosely, Gwendolyn | 2328 Riverqueen Drive, Violet, LA 70092 |
| 09-4843 | Mosely, Jazlyn N | 2225 Delta Queen Dr, Violet, LA 70092 |
| 09-4843 | Mosley, Jazlyn | 6401 Jules Brown Street, Violet, LA 70092 |
| 09-4843 | Mosley, Jazlyn | 2225 Delta Queen Drive, Violet, LA 70092 |
| 09-4843 | Mosley, Leslie | 2032 Highland Drive, Violet, LA 70092 |
| 09-4843 | Mullen, Jennifer Achee | 2014 Center Street, Arabi, LA 70032 |
| 09-4843 | Mullet, John J | 507 W. St. Bernard Hwy, Chalmette, La 70043 |
| 09-4843 | Mumphrey, Jr. Frank | 2130 W. Beauregard St, Chalmette, La 70043 |
| 09-4843 | Munch, Daniel B. | 113 E Claiborne Square, Chalmette, LA 70043 |
| 09-4843 | Munch, Daniel K | 113 E Claiborne Square, Chalmette, LA 70043 |
| 09-4843 | Murla, Charlotte | 2717 Riverland Drive, Chalmette, LA 70043 |
| 09-4843 | Murla, Macy Felicia | 2717 Riverland Drive, Chalmette, LA 70043 |
| 09-4843 | Murla, Matthew S | 2717 Riverland Drive, Chalmette, LA 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4843 | Murphy, James Henry | 2516 Victor Street, Chalmette, LA 70043 |
| 09-4843 | Murray, Bryant Joseph | 301 Marrero Street, Bridge City, LA 70094 |
| 09-4843 | Murrell, Megan | 4105 Judy Drive, Meraux, LA 70075 |
| 09-4843 | Murrell, Jr. Rene Stephen | 3205 Angelique Dr., Violet, LA 70092 |
| 09-4843 | Naquin, Andreau Ricord | 2225 Edgar Drive, Violet, LA 70092. |
| 09-4843 | Naquin, Jr. Wilson Joseph | Breton Sound, Hopedale, LA 70085 |
| 09-4843 | Narcisse, Hilda Mae | 129 Plaquemine Street, Braithwaite, LA 70040 |
| 09-4843 | Nastasi, Michelle | 510 Garrett Prime Run, Pearl River, La 70452 |
| 09-4843 | Nelms, Hattie Harriette | 130 A East Lagoon, Slidell, LA 70461 |
| 09-4843 | Nelms, John | 130 A East Lagoon, Slidell, LA 70461 |
| 09-4843 | Nelson, Trey P. | 6309 Fourth Street, Violet, LA 70092 |
| 09-4843 | Neumeyer, Kerilynn | 301 Bayou Road, St. Bernard, LA 70085 |
| 09-4843 | Neumeyer, Jr. Rodney | 301 Bayou Road, St. Bernard, La 70085 |
| 09-4843 | Neumeyer, Sr. Rodney J. | 301 Bayou Road, St. Bernard, LA 70085 |
| 09-4843 | Nonenmacher, Paula Dalton | 2341 Marietta Street, Chalmette, La 70043 |
| 09-4843 | Nunez, Gladys | 241 Bayou Road, St. Bernard, LA 70085 |
| 09-4843 | Nuschler, Linda Coleman | 40 Madison Ave, Chalmette, LA 70043 |
| 09-4843 | OConnor, Jr. Darren M. | 2816 Lloyds Ave, Chalmette, LA 70043 |
| 09-4843 | Onidas, Martin D. | Civic Center, Chalmette, LA 70043 |
| 09-4843 | Onidas, Martin D. | 2117 Centanni, St. Bernard, LA 70085 |
| 09-4843 | Onidas, Melinda A. | Civic Center, Chalmette, LA 70085 |
| 09-4843 | Onidas, Melinda A. | 2117 Centanni, St. Bernard, LA 70085 |
| 09-4843 | Ortiz, Berta Caridal | 3233 Maureen Lane, Meraux, La 70075 |
| 09-4843 | Ortiz, Linda A. | 2913 Nancy Drive, Meraux, LA 70075 |
| 09-4843 | Ortiz, Manuel M. | 2913 Nancy Drive, Meraux, LA 70075 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4843 | Ostendorf, Brandy | 2318 Packenham, Violet, LA 70092 |
| 09-4843 | Oster, Atrisha | 1101 E. St Bernard Hwy (Car Craft), Chalmette, |
| 09-4843 | Ourso, Cristy Ruiz | 8201 W. Judge Perez Drive, Chalmette, La |
| 09-4843 | Ourso, Jessica L. | 8201 W. Judge Perez Drive, Meraux, LA 70075 |
| 09-4843 | Ourso, Katie T. | 8201 W. Judge Perez Drive, Chalmette, LA |
| 09-4843 | Ourso, Rodney J. | 8201 W. Judge Perez Drive, Chalmette, La |
| 09-4843 | Owen, Mary R. Bernadine | 26186 Morning Dove Drive, Bush, LA 70431 |
| 09-4843 | Owen, Rhonda | 2305 Trio St. Apt E., Chalmette, LA 70043 |
| 09-4843 | Owen, Thomas Joseph | 26186 Morning Dove Drive, Bush, LA 70431 |
| 09-4843 | Padilla, Stacey | 2720 Chalona Drive, Chalmette, LA 70043 |
| 09-4843 | Pagona, Kelly M. | 2925 Dautrive Drive, Chalmette, LA 70043 |
| 09-4843 | Patten, Sr. Emmet | 3563 Kings Dr., Chalmette, LA 70043 |
| 09-4843 | Payne, Dontre Jarmal | 2111 Bartolo Dr., Meraux, LA 70075 |
| 09-4843 | Payne, Dontrell | 2111 Bartolo Dr., Meraux, LA 70075 |
| 09-4843 | Payne, Kowanda Ketrice | 2111 Bartolo Dr., Meraux, LA 70075 |
| 09-4843 | Pellerano, Angela | 2308 Marcelle Dr. Lot 27, Chalmette, LA 70043 |
| 09-4843 | Penny, William G | 2249 Mary Ann Drive, Meraux, LA 70075 |
| 09-4843 | Penny, William G | 2249 Mary Ann Drive, Meraux, LA 70075 |
| 09-4843 | Peralta, Jr. Ernest I. | Lynn Dean Trailer Park, St. Bernard, LA 70085 |
| 09-4843 | Peralta, Zachary | 3200 E. Judge Perez Dr, Lot B-23, Meraux, La |
| 09-4843 | Peralta, Zachary | 101 St. Bernard Hwy, Lot #19, Poydras, La |
| 09-4843 | Perera, Alida Bernard | 2220 Lloyds Ave, Chalmette, LA 70043 |
| 09-4843 | Perera, Philip Claude | 2220 Lloyds Ave., Chalmette, LA 70043 |
| 09-4843 | Perez, Linda | 2013 Webster St, Meraux, LA 70075 |
| 09-4843 | Perez, Jr. Warren A. | 2117 Gina Drive, St. Bernard, La 70085 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4843 | Perry, Sr. Joseph | 3816 Mary Ann Drive, Meraux, La 70075 |
| 09-4843 | Peters, Eurdel Eugene | 1312 St. Bernard Hwy, Lot 1949 Laura, |
| 09-4843 | Peters, Kentrell R. | 2128 Walkers Lane, Meraux, LA 70075 |
| 09-4843 | Peters, Kentrell R. | 1312 St. Bernard Hwy, Lot 1949 Laura, |
| 09-4843 | Peterson, Darnell | 2516 Paul Drive, Meraux, LA 70075 |
| 09-4843 | Peterson, Mandi Lynn | 3004 Bartolo Drive, Meraux, LA 70075 |
| 09-4843 | Petitfils, Brooklynn Taylor | 46 Old Hickory Street, Chalmette, LA 70043 |
| 09-4843 | Petitfils, Cynthia | 46 Old Hickory Ave, Chalmette, LA 70043 |
| 09-4843 | Petitfils, IV Paul Joseph | 46 Old Hickory Street, Chalmette, LA 70043 |
| 09-4843 | Petitfils, Jr. Paul Joseph | 46 Old Hickory Ave, Chalmette, LA 70043 |
| 09-4843 | Petitfils, III Paul Joseph | 46 Old Hickory Street, Chalmette, LA 70043 |
| 09-4843 | Pfiffner, Lacey | Maryann Trailer Park, Meraux, LA 70075 |
| 09-4843 | Pfiffner, Raymond | 2121 Lena Drive, Chalmette, LA 70043 |
| 09-4843 | Pfiffner, Shaun Michael | 2121 Lena Drive, Chalmette, La 70043 |
| 09-4843 | Phillips, Kaymine Omar | 119 Dimaggio Drive (Diamond Park), Port |
| 09-4843 | Phillips, Kennedy Nicole | 119 Dimaggio Drive (Diamond Park), Port |
| 09-4843 | Pilet, Lester William | 1204 Winsonsin Street, Chalmette, LA 70043 |
| 09-4843 | Pilet, Petrus James | 1204 Winsonsin Street, Chalmette, LA 70043 |
| 09-4843 | Pineda, Herman A | 2328 Benjamin Street, Arabi, LA 70032 |
| 09-4843 | Pitre, III Ralph J. | 2521 Fenelon Street, Chalmette, LA 70043 |
| 09-4843 | Pitre, III Ralph J. | 2521 Fenelon Street, Chalmette, LA 70043 |
| 09-4843 | Pizarro, Bethsy P. | 8416 Main Drive, Chalmette, LA 70043 |
| 09-4843 | Planchard, Evelyn F. | W.Judge Perez Drive, Chalmette, LA 70043 |
| 09-4843 | Polk, Mary Louise | 1900 block of Law Street, New Orleans, LA |
| 09-4843 | Pomes, Brandi | 2626 Gladiolus, New Orleans, LA 70112 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4843 | Press, Jeremiah Leroy | 41662 Hwy 190 E, Slidell, LA  70461 |
| 09-4843 | Press, Junice Shirley | 41662 Hwy 190 E, Slidell, LA  70461 |
| 09-4843 | Press, Shannon Trenice | 41662 Hwy 190 E, Slidell, LA  70461 |
| 09-4843 | Prestwood, Christopher | 103 W. Queens Drive, Slidell, LA  70458 |
| 09-4843 | Prestwood, Haylie | 103 W. Queens Drive, Slidell, LA  70458 |
| 09-4843 | Prestwood, Jessica | 103 W. Queens Drive, Slidell, LA  70458 |
| 09-4843 | Prestwood, Joella | 103 W. Queens Drive, Slidell, LA  70458 |
| 09-4843 | Prestwood, Michelle | 103 W. Queens Drive, Slidell, LA  70458 |
| 09-4843 | Prestwood, Tristan | 103 W. Queens Drive, Slidell, LA  70458 |
| 09-4843 | Punch, Israel Jasson | 2304 Riverland Drive, Chalmette, LA  70043 |
| 09-4843 | Punch, Jade Mae Tao | 2304 Riverland Drive, Chalmette, LA  70043 |
| 09-4843 | Punch, Jordan Alexis | 2304 Riverland Drive, Chalmette, LA  70043 |
| 09-4843 | Quintana, Joshua C. | 1601 Alexander Ave, Arabi, LA  70032 |