THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421     Fax: (504) 271-1961

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4844 | Umbehagen, Jonathan L. | 3860 E Judge Perez Drive, Chalmette, LA  70043 |
| 09-4844 | Umbehagen, Joshua Michael | 3860 E Judge Perez Drive, Chalmette, LA  70043 |
| 09-4844 | Umbehagen, Justin | 2224 Landry Ct, Meraux, LA  70075 |
| 09-4844 | Umbehagen, Lisa S. | 3860 E Judge Perez Drive, Chalmette, LA  70043 |
| 09-4844 | Unbehagen, Melissa M. | 185 Marcs Lane, Braithwaite, La  70040 |
| 09-4844 | Upright, Jack | 2024 North Riverpark, Violet, LA  70092 |
| 09-4844 | Vallelungo, Briana | 8325 Prince Drive, Chalmette, LA  70043 |
| 09-4844 | Vandenborre, Benjamin Henry | 3001 Blanchard Drive, Chalmette, La  70043 |
| 09-4844 | Vandenborre, Brittany Lynn | 40 Madison Ave, A53, Chalmette, La  70043 |
| 09-4844 | Vandenborre, Jr. Henry Herbert | 40 Madison Ave, A53, Chalmette, La  70043 |
| 09-4844 | Vandenborre, III Henry Herbert | 40 Madison Ave, A53, Chalmette, La  70043 |
| 09-4844 | Vandenborre, Rashelle Ann | 40 Madison Ave, A53, Chalmette, La  70043 |
| 09-4844 | Verdon, Julia | 28199 Van Dr, Ponchatoula, LA  70458 |
| 09-4844 | Verdon, Julia | 2101 South River Park Dr, Violet, LA  70092 |
| 09-4844 | Verdon, III Kenneth | 2101 South River Park Dr, Violet, LA  70092 |
| 09-4844 | Verdon, III Kenneth | 28199 Van Dr, Ponchatoula, LA  70458 |
| 09-4844 | Verdon, Jr. Kenneth | 2101 South River Park Dr, Violet, LA  70092 |
| 09-4844 | Verdon, Jr. Kenneth | 28199 Van Dr, Ponchatoula, LA  70458 |
| 09-4844 | Verdon, Shannon | 28199 Van Dr, Ponchatoula, LA  70458 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4844 | Verdon, Shannon | 2101 South River Park Dr, Violet, LA 70092 |
| 09-4844 | Vicknair, Marie Ann | 2508 Myrtle Grove Lot #67, Meraux, LA 70075 |
| 09-4844 | Victoriana, John | 111 Dillon Drive, Slidell, LA 70461 |
| 09-4844 | Villenwaver, Lauren | 3313 Charles Court, Chalmette, LA 70043 |
| 09-4844 | Vixon, Bruce | 3305 Angelique Dr, Violet, LA 70092 |
| 09-4844 | Vixon, Jeanne | 3305 Angelique Dr, Violet, LA 70092 |
| 09-4844 | Voebel, Luke | 1901 Deborah Drive, St. Bernard, LA 70085 |
| 09-4844 | Voebel, Matthew | 1901 Deborah Drive, St. Bernard, LA 70085 |
| 09-4844 | Vosbein, Merlin J. | 3720 Blanchard Drive, Chalmette, La 70043 |
| 09-4844 | Vucinovich, Jolynn | 196 Bazile Drive, Braithwaite, LA 70040 |
| 09-4844 | Vucinovich, Thomas Frank | 36496 Monroe Crawford Rd., Pearl River, LA |
| 09-4844 | Vucinovich, Warrine Luening | 36496 Monroe Crawford Rd., Pearl River, LA |
| 09-4844 | Wahl, Sr. Michael Anthony | 6600 Franklin Ave, UNO Campus, New Orleans, |
| 09-4844 | Walgamotte, Micaela | 1424 North Bengal Road, Metairie, LA 70003 |
| 09-4844 | Walker, Angela Onidas | 6535 Jules Brown Street, Violet, LA 70092 |
| 09-4844 | Walker, Marvin D. | 6535 Jules Brown Street, Violet, LA 70092 |
| 09-4844 | Walker, Jr. Roosevelt | 6535 Jules Brown Street, Violet, LA 70092 |
| 09-4844 | Walker, III Roosevelt | 6535 Jules Brown Street, Violet, LA 70092 |
| 09-4844 | Wallace, Chrys E. | Delchamps Group Site, Meraux, La 70075 |
| 09-4844 | Wallace, Clarence E. | Delchamps Group Site, Meraux, La 70075 |
| 09-4844 | Wallace, Destany M. | Delchamps Group Site, Meraux, La 70075 |
| 09-4844 | Wallace, Michael | Delchamps Group Site, Meraux, La 70075 |
| 09-4844 | Wallace, Pamela C. | 2213 Kingfisher Drive, St. Bernard, La 70085 |
| 09-4844 | Wallace, Theresa | 2213 Kingfisher Drive, St. Bernard, La 70085 |
| 09-4844 | Washington, Jr. Howard | 1821 Lamanche, New Orleans, La 70117 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4844 | Washington, Shikari K. | 2304 Marcelle, Chalmette, La 70043 |
| 09-4844 | Watson, Ruby Lee | 1953 Licciardi Lane, Lot #B1, Meraux, LA 70075 |
| 09-4844 | Weiskopf, Jr. Bernard | 37429 Gum Creek Rd, Pearl River, La 70452 |
| 09-4844 | Weiskopf, Devin Dane | 7541 Wilson St, Violet, LA 70092 |
| 09-4844 | Welbrock, George Lawrence | 52 Treasure Isle, Slidell, La |
| 09-4844 | Welbrock, Nicole Marie | 52 Treasure Isle, Slidell, La |
| 09-4844 | White, Louise | 7700 patricia St, Arabi, La 70032 |
| 09-4844 | White, Nicholas Michael | 2575 Hwy 39, Braithwaite, La 70040 |
| 09-4844 | Williams, Sr. Bernell | 2020 River Bend, Violet, LA 70092 |
| 09-4844 | Williams, Bobbie Lynell | 2432 Walker Lane, Violet, La 70092 |
| 09-4844 | Williams, Bobbie Lynell | 2017 Colonial, Violet, La 70092 |
| 09-4844 | Williams, Carrie Mae | 2020 River Bend, Violet, LA 70092 |
| 09-4844 | Williams, Christopher | 2713 Charles Drive, Chalmette, La 70043 |
| 09-4844 | Williams, David Joseph | 2851 Belle Chasse Hwy, Sav-A-Center Property, |
| 09-4844 | Williams, Eldridge | 2300 Walkers Ln, Meraux, La 70075 |
| 09-4844 | Williams, Estella Mae | 4834 Rosemont Pl, New Orleans, La 70126 |
| 09-4844 | Williams, Jashina | 116 Elaine Drive, Avondale, La 70094 |
| 09-4844 | Williams, Juline | 2032 Highland Drive, Violet, LA 70092 |
| 09-4844 | Williams, Onita | 2300 Walkers Lane, Meraux, La 70075 |
| 09-4844 | Williams, Sr. Ozzie Fezell | 41662 Hwy 190 E, Slidell, LA 70461 |
| 09-4844 | Williams, Trenton | 2300 Walkers Lane, Meraux, La 70075 |
| 09-4844 | Williamson, Angela M | 1900 St. Bernard Hwy, Lot #4, Chalmette, LA |
| 09-4844 | Wilson, Danny Joseph | 1101 E. St Bernard Hwy (Car Craft), Chalmette, |
| 09-4844 | Wilson, Gabrielle | 750 N. Villere, Chalmette, LA 70043 |
| 09-4844 | Wilson, III John D. | 750 N. Villere, Chalmette, LA 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4844 | Wilson, Sandra J | 750 N. Villere, Chalmette, LA 70043 |
| 09-4844 | Wilson, Zachary | 750 N. Villere, Chalmette, LA 70043 |
| 09-4844 | Winding, Ciarika LaShea | #1 Intermodal Drive, Chalmette, La 70043 |
| 09-4844 | Winding, Ciarika LaShea | 1935 Highland Dr Lot #9, Violet, LA 70092 |
| 09-4844 | Winding, Sr. Curtis Lee | #1 Intermodal Drive, Chalmette, La 70043 |
| 09-4844 | Winding, Sr. Curtis Lee | #1 Intermodal Drive, Chalmette, LA 70043 |
| 09-4844 | Winding, Jr. Curtis Lee | #1 Intermodal Drive, Chalmette, La 70043 |
| 09-4844 | Winding, Jr. Curtis Lee | 1935 Highland Dr Lot #9, Violet, LA 70092 |
| 09-4844 | Winding, Sr. Curtis Lee | 1935 Highland Dr Lot #9, Violet, LA 70092 |
| 09-4844 | Winding, Wanda Theresa | 1935 Highland Dr Lot #9, Violet, LA 70092 |
| 09-4844 | Winding, Wanda Theresa | #1 Intermodal Drive, Chalmette, La 70043 |
| 09-4844 | Winesberry, Michael | 3774 Verrett Street, St. Bernard, LA 70085 |
| 09-4844 | Wingerter, Jade M. | 2101 South River Park Dr, Violet, LA 70092 |
| 09-4844 | Wingerter, Jade M. | 28199 Van Dr, Ponchatoula, LA 70458 |
| 09-4844 | Wojtan, Anthony | 7805 Saro Lane, St. Bernard, LA 70085 |
| 09-4844 | Wolinski, George Anthony | 6421 Eads Street, New Orleans, La 70122 |
| 09-4844 | Wolinski, Johnny Thomas | 6421 Eads Street, New Orleans, La 70122 |
| 09-4844 | Wood, Michael C. | 11111 Lake Forest Blvd, New Orleans, LA 70128 |
| 09-4844 | Woodruff, Jodie Hebert | 2008 Legend Drive, Meraux, LA 70075 |
| 09-4844 | Woodruff, Sr. John C. | 2008 Legend Drive, Meraux, LA 70075 |
| 09-4844 | Woodruff, Michael Anthony | 2008 Legend Drive, Meraux, LA 70075 |
| 09-4844 | Wuertz, Chasity Marie | Dominos Sugar Refinery, N. Peters, Arabi, LA |
| 09-4844 | Young, Jessica Ashley | 3208 Delille street, Chalmette, LA 70043 |
| 09-4844 | Young, Jessica Ashley | 2115 Delille Street, Chalmette, La 70043 |