THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**

8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421    Fax: (504) 271-1961

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Chilton, Belinda Salande | 3205 Angelique Drive, Violet, LA 70092 |
| 09-4845 | Rabalais, Louis | 2013 Kenilworth Drive, St. Bernard, LA 70085 |
| 09-4845 | Ragan, Lisa | 22648 E St. Bernard Hwy., Violet, LA 70092 |
| 09-4845 | Ragan, III Richard R. | 2713 Bayou Road, St. Bernard, LA 70085 |
| 09-4845 | Ragan, Stacey | 3000 Ashley Dr., Violet, LA 70092 |
| 09-4845 | Randall, Betty J. | 2120 Torres Drive, St. Bernard, LA 70085 |
| 09-4845 | Randall, Jr. Earl | 7151 Ridgefield Drive, New Orleans, LA 70128 |
| 09-4845 | Randall, Sherry | 7151 Ridgefield Drive, New Orleans, LA 70128 |
| 09-4845 | Rando-Short, Belinda J. | 1312 E. St Bernard Hwy & Laura Street, |
| 09-4845 | Ranko, Sr. Ellis | 44225 Crisp Road, Hammond, LA 70403 |
| 09-4845 | Ranko, Jr. Kirk | 1900 E. St Bernard Hwy, Chalmette, LA 70043 |
| 09-4845 | Ranko, Sr. Kirk J. | 1900 E. St Bernard Hwy, Chalmette, LA 70043 |
| 09-4845 | Ranko, Madison Claire | 1900 E. St Bernard Hwy, Chalmette, LA 70043 |
| 09-4845 | Ranko, Mariah | 1900 E. St Bernard Hwy, Chalmette, LA 70043 |
| 09-4845 | Reed, Alayah | 3803 Ashley Drive, Violet, LA 70092 |
| 09-4845 | Reed, Herry | 2716 Guerra Drive, Violet, LA 70092 |
| 09-4845 | Reed, Mary | 2812 Ashley Drive, Violet, LA 70092 |
| 09-4845 | Reed, II Ronald | 2812 Ashley Drive, Violet, LA 70092 |
| 09-4845 | Reed, Ryan | 2812 Ashley Drive, Violet, LA 70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Reeves, Annie Dufay | 225 E. Magistrate St, chalmette, La 70043 |
| 09-4845 | Reeves, Chloe | 117 Genet Drive, Arabi, LA 70032 |
| 09-4845 | Reeves, Faith | 117 Genet Drive, Arabi, LA 70032 |
| 09-4845 | Reeves, Tonya | 117 Genet Drive, Arabi, LA 70032 |
| 09-4845 | Reeves, Tonya | Domino Sugar Lot, Arabi, LA 70032 |
| 09-4845 | Repath, Jean Paul | 2523 Blue Bird Street, Slidell, LA 70460 |
| 09-4845 | Resendez, Alexis | 2008 Farmsite Road, Violet, LA 70092 |
| 09-4845 | Resendez, Allie | 2008 Farmsite Road, Violet, LA 70092 |
| 09-4845 | Resendez, Brandi | 2008 Farmsite Road, Violet, LA 70092 |
| 09-4845 | Resendez, Jesse | 2008 Farmsite Road, Violet, LA 70092 |
| 09-4845 | Retif, Shelia | 201 Queen Anne Drive, Slidell, LA 70460 |
| 09-4845 | Reyes, Lexi L. | 2708 Myrtle Grove Lot 95, Meraux, LA 70075 |
| 09-4845 | Reyes, Mary Sachatana | 67 Cochrane Drive, Chalmette, La 70043 |
| 09-4845 | Reynolds, Karen | 2316 Fazzio Road, Chalmette, LA 70043 |
| 09-4845 | Rhea, Everett Joseph | 1203 1/2 S. Causeway Blvd, Jefferson, LA 70121 |
| 09-4845 | Rhodes, Sr. Anthony Lee | 716 Bayou Road, St. Bernard, La 70085 |
| 09-4845 | Rhodes, Jr. Anthony | 3035 Hwy 18 lot 269, Edgard, LA 70049 |
| 09-4845 | Rhodes, KeIrell (Molly) Ariyan | 716 Bayou Road, St. Bernard, LA 70085 |
| 09-4845 | Rhodes, KeIrell (Molly) Ariyan | 3035 Hwy 18, Lot # 269, Edgard, LA 70049 |
| 09-4845 | Rhodes, Kionne Y. | 716 Bayou Road, St. Bernard, La 70085 |
| 09-4845 | Rhodes, Kionne Y. | 3035 Hwy 18, Lot # 269, Edgard, La 70049 |
| 09-4845 | Rhodes, Kionne Y. | 3035 Hwy 18, Lot # 156, Edgard, La 70049 |
| 09-4845 | Rhodes, Molly | 716 Bayou Road, St. Bernard, LA 70085 |
| 09-4845 | Rhodes, Pomla R. | 269 Amp Circle, Edgard, LA 70049 |
| 09-4845 | Rhodes, Tremayne T | 269 Amp Circle, Edgard, La 70049 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Richard, Abigail Marie | 3721 Plaza Drive, Chalmette, LA 70043 |
| 09-4845 | Richard, Audrey S. | 5661 Sixth Street, Violet, LA 70092 |
| 09-4845 | Richard, Barbara Ann | 3721 Plaza Drive, Chalmette, LA 70043 |
| 09-4845 | Richard, Brian Joseph | 3721 Plaza Drive, Chalmette, LA 70043 |
| 09-4845 | Richard, Chermaine L. | 5661 Sixth Street, Violet, LA 70092 |
| 09-4845 | Richard, Chevelle | 5661 6th strret, Violet, La 70092 |
| 09-4845 | Richard, Damalis | 5661 6th Street, Violet, LA 70092 |
| 09-4845 | Richard, Derrick | 5661 6th Street, Violet, LA 70092 |
| 09-4845 | Richard, Glenda | 5661 Sixth Street, Violet, LA 70092 |
| 09-4845 | Richard, Sr. Joseph | 3721 Plaza Drive, Chalmette, LA 70043 |
| 09-4845 | Richard, Kenya Glenda | 5661 Sixth Street, Violet, LA 70092 |
| 09-4845 | Richard, Paula | 5661 Sixty Street, Violet, LA 70092 |
| 09-4845 | Richard, Perry | 5661 6th Street, Violet, LA 70092 |
| 09-4845 | Richard, Schwanda | 5661 Sixth Street, Violet, LA 70092 |
| 09-4845 | Richard, Shawn Michael | 3721 Plaza Drive, Chalmette, LA 70043 |
| 09-4845 | Richards, Marvin L. | 6301 First Street, Violet, LA 70092 |
| 09-4845 | Richards, Michael Lewis | 40 Madison Ave. Lot E-27, Chalmette, LA 70043 |
| 09-4845 | Richards, Michelle | 40 Madison Ave. Lot E-27, Chalmette, LA 70043 |
| 09-4845 | Richardson, Deionna B. | Henly Court Trail Park, St. Bernard Hwy, Violet, |
| 09-4845 | Richardson, Eugene | 2221 Beachhead Lane, Violet, LA 70092 |
| 09-4845 | Richardson, Gerald H. | 3408 Angelique Drive, Violet, LA 70092 |
| 09-4845 | Richardson, Maryann Peterson | 2221 Beachhead Lane, Violet, LA 70092 |
| 09-4845 | Richardson, Tannitia | 2518 Myrtle Grove #72, Meraux, LA 70075 |
| 09-4845 | Rickli, Elizabeth | 8421 Galleon, Chalmette, LA 70043 |
| 09-4845 | Rico, Julie Marie | 2300 Lloyds Ave, Chalmette, La 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Riley, Barbara A. | 817 Daryl Drive, Chalmette, La 70043 |
| 09-4845 | Riley, Christian Michael | 62 E Chalmette Circle, Chalmette, La 70043 |
| 09-4845 | Riley, Corey Matthew | 62 E Chalmette Circle, Chalmette, La 70043 |
| 09-4845 | Riley, Shelly Lynn | 62 E Chalmette Circle, Chalmette, La 70043 |
| 09-4845 | Rimkus, Linda | 2404 Medowlark Drive, St. Bernard, LA 70085 |
| 09-4845 | Rimkus, Sr. Richard | 2404 Meadowlark Drive, St. Bernard, La 70085 |
| 09-4845 | Rinkus, III Anthony | 3008 Maureen Lane, Meraux, LA 70075 |
| 09-4845 | Risbourg, Devin Jules | 2308 Rosetta Drive, Chalmette, La 70043 |
| 09-4845 | Rizzuto, Dawn | 2008 Farmsite Rd, Violet, LA 70092 |
| 09-4845 | Roach, Nathan Joseph | 3800 Charles Drive, Chalmette, LA 70043 |
| 09-4845 | Roberts, Alexandra J | 3800 Charles Drive, Chalmette, La 70043 |
| 09-4845 | Roberts, Kellie | 3800 Charles Drive, Chalmette, La 70043 |
| 09-4845 | Robichaux, Rusty | 2812 Ashley Drive, Violet, LA 70092 |
| 09-4845 | Robin, Hannah Barbara | 2605 Gina Drive, St. Bernard, LA 70085 |
| 09-4845 | Robin, Hannah Barbara | 2816 Perez Drive, Braithwaite, LA 70045 |
| 09-4845 | Robin, Holly Lorinn | 2816 Perez Drive, Braithwaite, LA 70045 |
| 09-4845 | Robin, Holly Lorinn | 2605 Gina Drive, St. Bernard, LA 70085 |
| 09-4845 | Robin, Jonathan Michael | 2204 Ramoncita Drive, Chalmette, LA 70043 |
| 09-4845 | Robin, Jonathan Michael | 2202 Frankie Place, Meraux, La 70075 |
| 09-4845 | Rodgers, Gabrielle Beth | 39293 McQueen Rd, Pearl River, La 70452 |
| 09-4845 | Rodgers, Jennifer Dawn | 39293 McQueen Rd, Pearl River, La 70452 |
| 09-4845 | Rodgers, Richard Anthony | 39293 McQueen Rd, Pearl River, La 70452 |
| 09-4845 | Rodriguez, Brandy | 3701 Blanchard Drive, Chalmette, LA 70043 |
| 09-4845 | Rodriguez, Brendan A. | 2605 Farmsite Road, Violet, LA 70092 |
| 09-4845 | Rodriguez, Frank J. | 3701 Blanchard Drive, Chalmette, LA 70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Rodriguez, Jason | 3701 Blanchard Drive, Chalmette, LA 70043 |
| 09-4845 | Rodriguez, Susan Tardo | 3701 Blanchard Drive, Chalmette, LA 70043 |
| 09-4845 | Roger, Kaylin | 29490 Catholic Hall Road, Hammond, LA |
| 09-4845 | Roger, Sr. Kenneth | 2045 Margaret Lane, Meraux, LA 70075 |
| 09-4845 | Rohrbacker, Judy | 117 Genet Drive, Arabi, LA 70032 |
| 09-4845 | Rome, Amanda | 909 Mehle, Arabi, LA 70032 |
| 09-4845 | Rome, Jodi LaFrance | 45 Old Hickory Avenue, Chalmette, LA 70043 |
| 09-4845 | Rome, Judith B. | 909 Mehle, Arabi, LA 70032 |
| 09-4845 | Rome, Macy Lynn | 45 Old Hickory Avenue, Chalmette, LA 70043 |
| 09-4845 | Rome, Nathaniel | 909 Mehle, Arabi, LA 70032 |
| 09-4845 | Rome, Jr. Roland Jodi | 45 Old Hickory Avenue, Chalmette, LA 70043 |
| 09-4845 | Rome, Ronald | 909 Mehle, Arabi, LA 70032 |
| 09-4845 | Rome, Ryan Matthew | 78 Jones Drive, Chalmette, LA 70043 |
| 09-4845 | Rome, Tiffany | 78 Jones Drive, Chalmette, LA 70043 |
| 09-4845 | Roney, Tamra D. | Stage Parking Lot, Chalmette, LA 70043 |
| 09-4845 | Roth, Rachel | 325 Florissant Hwy, St. Bernard, LA 70085 |
| 09-4845 | Roussell, Evelyn | 3 Packenham Ave., Chalmette, LA 70043 |
| 09-4845 | Rowan, Marie | 3563 Kings Dr., Chalmette, LA 70043 |
| 09-4845 | Ruiz, III Alexander L. | 2625 Lloyds Ave, Chalmette, LA 70043 |
| 09-4845 | Ruiz, Camille | 2625 Lloyds Ave, Chalmette, LA 70043 |
| 09-4845 | Ruiz, Gary Michael | 3212 E. Judge Perez Drive, Lot #26, B-35, |
| 09-4845 | Ruiz, Gary Michael | 2249 Mary Ann Drive, Meraux, LA 70075 |
| 09-4845 | Ruiz, Jr. George A | 6002 2nd Street, Violet, LA 70092 |
| 09-4845 | Ruiz, Sr. Gerald P. | 2625 Lloyds Ave, Chalmette, LA 70043 |
| 09-4845 | Ruiz, Ruby Lee Davis | 6002 2nd Street, Violet, LA 70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Ryan, John | 6741 N Peters, Arabi, LA 70032 |
| 09-4845 | Saavedra, Casey | Fisher Trailer Park, Meraux, LA 70075 |
| 09-4845 | Saavedra, Kaleb | Fisher Trailer Park, Meraux, LA 70075 |
| 09-4845 | Saavedra, Kenneth A. | Fisher Trailer Park, Meraux, LA 70075 |
| 09-4845 | Saavedra, Nathan | Fisher Trailer Park, Meraux, LA 70075 |
| 09-4845 | Salazar, Alexis | 2204 W. Christie Drive, Poydras, LA 70085 |
| 09-4845 | Salazar, Brooke | 2204 W. Christie Drive, Poydras, LA 70085 |
| 09-4845 | Salazar, Erin | 2204 W. Christie Drive, Poydras, LA 70085 |
| 09-4845 | Salazar, Gregory | 2204 W. Christie Drive, Poydras, LA 70085 |
| 09-4845 | Salazar, Raven | 2204 W. Christie Drive, Poydras, LA 70085 |
| 09-4845 | Salez, Carolyn Wigley | 11 Jupiter Circle, Violet, LA 70092 |
| 09-4845 | Salez, Edward H | 11 Jupiter Circle, Violet, La 70092 |
| 09-4845 | Salez, Justin M. | 11 Jupiter Circle, Violet, LA 70092 |
| 09-4845 | Sambrano, Carmen | 1305 Camille, Chalmette, LA 70043 |
| 09-4845 | Sambrano, Roberto | 1305 Camille, Chalmette, LA 70043 |
| 09-4845 | Sampson, Dana | 1826 Goodwill Drive, Violet, LA 70092 |
| 09-4845 | Sanchez, Ana Maribel | 2913 Nancy Drive, Meraux, LA 70075 |
| 09-4845 | Sanchez, Darlene Brown | 3803 Ashley Drive, Violet, La 70092 |
| 09-4845 | Sand, Chris | 3212 E. Judge Perez Drive, Meraux, LA 70075 |
| 09-4845 | Sand, Miko Athena | 3212 E. Judge Perez Drive, Meraux, LA 70075 |
| 09-4845 | Sand, Myranda | 3212 E. Judge Perez Drive, Meraux, LA 70075 |
| 09-4845 | Santana, Bobbie L | 1285 Lauradale Drive, New Orleans, La 70114 |
| 09-4845 | Santiago, Angela | 8201 W. Judge Perez Drive, Chalmette, LA |
| 09-4845 | Santiago, Darren Martin | 6402 Jules Brown Street, Violet, LA 70092 |
| 09-4845 | Santiago, Precious | 1820 Goodwill Drive, Violet, LA 70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Santiago, Tremayne | 438 Huntley Dr, New Orleans, LA 70131 |
| 09-4845 | Santos, Juan Jose | 5205 Tusa Drive, Marrero, LA 70072 |
| 09-4845 | Sarmiento, Charles | 2213 Gallo Drive, Chalmette, LA 70043 |
| 09-4845 | Sarmiento, Dolores G | 2213 Gallo Drive, Chalmette, LA 70043 |
| 09-4845 | Sartalamacchia, Adam | 3208 Rachel Drive, Meraux, LA 70075 |
| 09-4845 | Sass, III Richard | 1932 Heights Drive, St. Bernard, LA 70085 |
| 09-4845 | Saucier, Aaron Mitchell | 3412 E. Judge Perez Drive, Meraux, LA 70075 |
| 09-4845 | Savoy, Anthony T. | 2413 Flamingo Drive, St. Bernard, LA 70085 |
| 09-4845 | Savoy, Jason Anthony | 2413 Flamingo Drive, St. Bernard, LA 70085 |
| 09-4845 | Savoy, Sandra Lee | 2413 Flamingo Drive, St. Bernard, LA 70085 |
| 09-4845 | Schaefer, Jr. Philip Joseph | 101 St. Bernard Hwy, Lot #104, St. Bernard, La |
| 09-4845 | Schmiderer, Ashley | 1600 Kelly Road, St. Bernard, LA 70085 |
| 09-4845 | Schoenberger, Amber | 1405 alexander ave, Arabi, La 70032 |
| 09-4845 | Schoenberger, Victoria | 1405 alexander ave, Arabi, La 70032 |
| 09-4845 | Schule, Stephen | 7211 Friscoville Ave, Arabi, LA 70032 |
| 09-4845 | Schultz, Ray | 40 Madison Ave. f12, Chalmette, La 70043 |
| 09-4845 | Schwartz, Ricky | 2412 Warbler St., St. Bernard, La 70085 |
| 09-4845 | Scott, III Lionel | 119 Dimaggio Drive Diamond Park, Port Sulphur, |
| 09-4845 | Secrest, Kimberly | 1624 Robert Drive, St. Bernard, LA 70085 |
| 09-4845 | Sercovich, Jr. George A | 2324 Mumphrey Road, Chalmette, La 70043 |
| 09-4845 | Serigne, Jr. Lionel | 2901 South Lake Blvd, Violet, LA 70092 |
| 09-4845 | Serpas, Ramona R. | 2501 Bartolo Dr, Meraux, LA 70075 |
| 09-4845 | Shaneyfelt, Jr. James | 2504 Farmsite Rd., Violet, LA 70092 |
| 09-4845 | Shaneyfelt, Selena Ann | 2504 Farmsite Rd, Violet, La 70092 |
| 09-4845 | Shaneyfelt, Shalane | 2504 Farmsite Rd, Violet, LA 70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Shelvin, Mikel | 4725 Camelot Drive, New Orleans, LA 70127 |
| 09-4845 | Sherman, Kenilyn S. | 6512 4th St., Violet, LA 70092 |
| 09-4845 | Short, Belinda | 1312 E. St. Bernard Hwy, Chalmette, LA 70043 |
| 09-4845 | Shuff, Kazia Marie | 212 W. Celestine Street, Chalmette, LA 70043 |
| 09-4845 | Sibley, David | 402 Ceader Wood Drive, Mandeville, LA 70471 |
| 09-4845 | Sino, Angelique | 2755 English Turn Rd, Braithwaite, La 70040 |
| 09-4845 | Sino, Jarell | 2755 English Turn Rd, Braithwaite, La 70040 |
| 09-4845 | Sino, IV Joseph | 6311 Fourth Street, Violet, La 70092 |
| 09-4845 | Sino, III Joseph | 6311 Fourth Street, Violet, La 70092 |
| 09-4845 | Sino, Jr. Joseph | 6309 Fourth Street, Violet, LA 70092 |
| 09-4845 | Sino, Kiara Monet | 6309 Fourth Street, Violet, LA 70092 |
| 09-4845 | Sino, Maureen | 6311 Fourth Street, Violet, LA 70092 |
| 09-4845 | Sino, Melver B. | 6311 Fourth Street, Violet, LA 70092 |
| 09-4845 | Sino, Terrance Kene | 113 Allen Lane, Braithwaite, LA 70040 |
| 09-4845 | Sino, Jr. Troy | 14175 Hwy 190 West, Hammond, La |
| 09-4845 | Smith, Barbara June | Torres Park, Chalmette, LA 70043 |
| 09-4845 | Smith, Cierra Ashley | 136 Amp Circle, Edgard, LA 70049 |
| 09-4845 | Smith, David Peter | Torres Park Lot P 36, Chalmette, LA 70043 |
| 09-4845 | Smith, David- | 6513 4th Street, Violet, LA 70092 |
| 09-4845 | Smith, Dimonique | 136 Amp Circle, Edgard, LA 70049 |
| 09-4845 | Smith, Grace R. | Torres Park, Chalmette, LA 70043 |
| 09-4845 | Smith, Jalen Gray | 329 George Street, Avondale, La |
| 09-4845 | Smith, Janell | 136 Amp Circle, Edgard, LA 70049 |
| 09-4845 | Smith, Ranada | 3803 Ashley Drive, Violet, LA 70092 |
| 09-4845 | Smith, Rosalyn Sara | 1917 Bridgehead Lane, Violet, LA 70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Smith, Shantell Trenell | 136 Amp Circle, Edgard, LA 70049 |
| 09-4845 | Smith, Sterling | 1917 Goodwill Drive, Violet, LA 70092 |
| 09-4845 | Smith, Tyrone | 1917 Goodwill Drive, Violet, La 70092 |
| 09-4845 | Songy, Rebecca Jill | 2304 Riverland Drive, Chalmette, LA 70043 |
| 09-4845 | Sonnier, Jeanette Murphy | 2516 Victor Street, Chalmette, LA 70043 |
| 09-4845 | Squires, Alan | 2128 Citrus Ave, St. Bernard, La 70085 |
| 09-4845 | Squires, Virginia B. | 2128 Citrus Ave, St. Bernard, LA 70085 |
| 09-4845 | Stechmann, Arianne R. | Fema Park Lot #30, Judge Perez, Chalmette, LA |
| 09-4845 | Stechmann, Rhonda Cure | Fema Park Lot #30, Judge Perez, Across from |
| 09-4845 | Stephany, Brandi Marylynn | 62 E Chalmette Circle, Chalmette, La 70043 |
| 09-4845 | Stephany, Jr. Frank Matas | 817 Daryl Drive, Chalmette, La 70043 |
| 09-4845 | Stephany, Nickolaus Henry | 62 E Chalmette Circle, Chalmette, La 70043 |
| 09-4845 | Stera, Elmenia | 2309 Gallant Dr., Chalmette, LA 70043 |
| 09-4845 | Stera, Louis | 2309 Gallant Dr., Chalmette, LA 70043 |
| 09-4845 | Sterling, Caleb Keaton | Elysian Fields, New Orleans, LA |
| 09-4845 | Sterling, James | Elysian Fields & Agriculture Gidden Trailer Site, |
| 09-4845 | Sterling, Shantrelle | Elysian Fields, New Orleans, LA |
| 09-4845 | Sterling, Sharelle | Elysian Fields, New Orleans, LA |
| 09-4845 | Sterling, Tanisha Terese | 2200 Elysian Field, New Orleans, LA 70122 |
| 09-4845 | Stevens, Jr. Benny | Stage Parking Lot #22, Chalmette, La 70043 |
| 09-4845 | Stevens, Kecia | Stage Parking Lot, Chalmette, LA 70043 |
| 09-4845 | Stevens, Kim | Stage Parking Lot #22, Chalmette, La 70043 |
| 09-4845 | Stevenson, Alice | 7805 Saro Lane, St. Bernard, La 70085 |
| 09-4845 | Stevenson, Latisha | 10 Victorian Ct., Violet, LA 70092 |
| 09-4845 | Stewart, Jr. Carl E | 119 Dimaggio Drive Diamond Park, Port Sulphur, |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Stowers, Cheryl | 211 6th Street, Chalmette, LA  70043 |
| 09-4845 | Stroebel, Matthew Thomas | 2304 Lyndel, Chalmette, LA  70043 |
| 09-4845 | Stroebel, Victoria Lodriguss | 2304 Lyndel, Chalmette, LA  70043 |
| 09-4845 | Stroemple, Justin Michael | 3860 E judge Perez Drive, Chalmette, LA  70043 |
| 09-4845 | Summers, Paulette | 2108 Cullota Lane, Violet, LA  70092 |
| 09-4845 | Sumner, Jayce A | 14601 Old Gentilly Road, New Orleans, LA |
| 09-4845 | Sumner, Jayce A | 2901 Jacob Drive, Chalmette, LA  70043 |
| 09-4845 | Sumner, Judy C. | 2901 Jacob Drive, Chalmette, LA  70043 |
| 09-4845 | Sumner, William Thomas | 2901 Jacob Drive, Chalmette, LA  70043 |
| 09-4845 | Sumner, William Thomas | 14601 Old Gentilly Road, New Orleans, LA |
| 09-4845 | Sussmann, Sylvia | Madison Ave, Chalmette, LA  70043 |
| 09-4845 | Sylvester, Cyria | 2300 Kenneth Drive, Violet, LA  70092 |
| 09-4845 | Sylvester, Nicole | 2300 Kenneth Drive, Violet, LA  70085 |
| 09-4845 | Sylvester, Nyria | 2300 Kenneth Drive, Violet, LA  70092 |
| 09-4845 | Taconi, Aubrey Marie | 5601 Citrus Blvd, Harahan, LA  70123 |
| 09-4845 | Taconi, Jeanne Leigh | 5601 Citrus Blvd, Harahan, LA  70123 |
| 09-4845 | Taconi, Scott Michael | 5601 Citrus Blvd, Harahan, LA  70123 |
| 09-4845 | Tamor, Charles | 2206 Plaza Drive, Chalmette, LA  70043 |
| 09-4845 | Tamor, Jr. Vincent | 2206 Plaza Drive, Chalmette, LA  70043 |
| 09-4845 | Tamor, Sr. Vincent C. | 2206 Plaza Drive, Chalmette, LA  70043 |
| 09-4845 | Taylor, Archelle Brionne | 2317 Delta Queen Drive, Violet, LA  70092 |
| 09-4845 | Taylor, Harleigh | 3804 Blanchard Drive, Chalmette, LA  70043 |
| 09-4845 | Taylor, Hunter | 3804 Blanchard Drive, Chalmette, LA  70043 |
| 09-4845 | Taylor, John Troy | 3804 Blanchard Drive, Chalmette, LA  70043 |
| 09-4845 | Taylor, LaShawn Cierra | 2317 Delta Queen Drive, Violet, LA  70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Taylor, Tiffany | 3804 Blanchard Drive, Chalmette, La  70043 |
| 09-4845 | Terry, Alex Lee | 2605 Farmsite Road, Violet, LA  70092 |
| 09-4845 | Terry, Christy R. | 2605 Farmsite Road, Violet, LA  70092 |
| 09-4845 | Terry, William Larry | 2525 Farmsite Rd, Violet, LA  70092 |
| 09-4845 | Terry, Jr. William Larry | 2605 Farmsite Road, Violet, LA  70092 |
| 09-4845 | Thomas, Charles R. | 3213 Campagna Drive, Chalmette, La  70043 |
| 09-4845 | Thomas, Tammy Reeves | 2621 Lyndell Drive, Chalmette, La  70043 |
| 09-4845 | Thore, Kayla M. | Timber Drive, Harvey, LA |
| 09-4845 | Thore, Jr. Michael R | Timber Drive, Harvey, LA |
| 09-4845 | Thornley, Mindy Lynn | 2708 Myrtle Grove, Meraux, LA  70075 |
| 09-4845 | Timberlake, Misty Gayle | 2209 W. Christie Drive, St. Bernard, LA  70085 |
| 09-4845 | Tinsley, Ellen | 2325 Lyndell, Chalmette, LA  70043 |
| 09-4845 | Tinson, Sr. Kendrick | 3000 Ashley Dr., Violet, La  70092 |
| 09-4845 | Tinson, Jr. Kendrick | 3000 Ashley Dr., Violet, LA  70092 |
| 09-4845 | Tircuit, Jacki | 2024 North Riverpark, Violet, LA  70092 |
| 09-4845 | Tircuit, Jacki | Yogi Bear Park, Robert, LA |
| 09-4845 | Tircuit, Landin | Yogi Bear Park, Robert, LA |
| 09-4845 | Tircuit, III Raymond | 2024 North Riverpark, Violet, LA  70092 |
| 09-4845 | Tircuit, III Raymond | Yogi Bear Park, Robert, LA |
| 09-4845 | Tortorico, Gwendolyn W. | 3720 Blanchard Drive, Chalmette, LA  70043 |
| 09-4845 | Trahan, Sr. Michael | 8006 W. Judge Perez Drive Lot19, Chalmette, LA |
| 09-4845 | Trahan, Michelle | 8006 W. Judge Perez Drive Lot19, Chalmette, La |
| 09-4845 | Tranchina, Vinnie | 1916 Deborah Drive, St. Bernard, LA  70085 |
| 09-4845 | Tranchina, Jr. Vinnie F | 1916 Deborah Drive, St. Bernard, La  70085 |
| 09-4845 | Trayanoff, Jr. Christy | 313 Bear Drive, Arabi, La  70032 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4845 | Treadaway, Abbilee | 2025 Riverpark Dr, Violet, LA  70092 |
| 09-4845 | Treadaway, Taylor | 2025 Riverpark Dr, Violet, LA  70092 |
| 09-4845 | Tremblay, Ronald James | 3024 Farmsite Rd., Violet, LA  70092 |
| 09-4845 | Trentecosta, Gordon J. | 7601 W. Judge Perez Drive, Chalmette, LA |
| 09-4845 | Troxclair, Ronald | 61326 N. Military Road, Slidell, LA  70461 |
| 09-4845 | Tumminello, Jr. Charles S. | 1205 David Drive, Metairie, LA  70003 |
| 09-4845 | Tumminello, Yvette C. | 1205 David Drive, Metairie, LA  70003 |
| 09-4845 | Turgeau, Elenora C. | 1936 Heights Dr, St. Bernard, LA  70085 |
| 09-4845 | Turgeau, Joseph P. | 1936 Heights Dr, St. Bernard, LA  70085 |