UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
  Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
  Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
  Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
  Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
  Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
  Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845

*NOTICE PURSUANT PRE-TRIAL ORDER NO. 40*
*TO THE COURT OF PLAINTIFFS WHO REMAIN UNMATCHED*

In compliance with Pre-Trial Order No. 40 (Document 1781), the undersigned hereby notifies the Court of the Plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which each plaintiff was named.

1.

The claimants that remain unmatched for the litigation entitled "Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840" are hereby identified in Exhibit 1.

**2.**

The claimants that remain unmatched for the litigation entitled "Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841" are hereby identified in Exhibit 2.

**3.**

The claimants that remain unmatched for the litigation entitled "Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842" are hereby identified in Exhibit 3.

**4.**

The claimants that remain unmatched for the litigation entitled "Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843" are hereby identified in Exhibit 4.

**5.**

The claimants that remain unmatched for the litigation entitled "Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844" are hereby identified in Exhibit 5.

**6.**

The claimants that remain unmatched for the litigation entitled "Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845" are hereby identified in Exhibit 6.

**7.**

The above list contains approximately 1296 claimants out of approximately 6500 claimants represented by the Law Office of Sidney D. Torres, III, A.P.L.C.  For each of

the names identified on Exhibits 1-6, undersigned counsel sent a request to F.E.M.A. including the name of the claimant, date of birth, social security number, and head of household, and trailer address, all when known, to facilitate in matching each plaintiff to a specific manufacturer.

8.

On September 8, 2009, F.E.M.A., through its counsel, provided undersigned counsel with a list of 1226 head of household matches.

9.

In addition, undersigned counsel has contacted the plaintiffs referenced herein through numerous telephone calls and letters to have plaintiffs assist in identifying the specific manufacturer of their respective temporary housing units. Essentially all of the plaintiffs referenced herein cooperated in trying to obtain the identity of the manufacturer of their temporary housing unit and their F.E.M.A. identification number.[1] Relatively few were able to obtain the identity of the manufacturer of their temporary housing unit; however, virtually all of the plaintiffs referenced herein were able to obtain their F.E.M.A. identification number. As described above, undersigned counsel has submitted all of the foregoing information to F.E.M.A. to facilitate identifying the manufacturer of each temporary housing unit.

---

[1] The only plaintiffs who did not provide such assistance are those who undersigned counsel has been unable to contact despite numerous and diligent attempts to do so.

Respectfully submitted,
LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION


BY:   /s/ David C. Jarrell
      SIDNEY D. TORRES, III (Bar No. 12869)
      ROBERTA L. BURNS (Bar No. 14945)
      **DAVID C. JARRELL** (Bar No. 30907)
      Torres Park Plaza, Suite 303
      8301 West Judge Perez Dr.
      Chalmette, Louisiana 70043
      Tel:  (504) 271-8421
      Fax: (504) 271-1961
      E-mail: dcj@torres-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of September, 2009, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL