THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421     Fax: (504) 271-1961

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | DeBlonde, Crystal Holley | Meraux Food Store, Meraux, LA  70075 |
| 09-4842 | Gabourel, Christopher J. | 2117 Venture Dr, Chalmette, La  70043 |
| 09-4842 | Gabriel, Jareka Latoya | 2418 Myrtle Grove Dr., Lot #56, Meraux, La |
| 09-4842 | Gabriel, Jorey Jamal | 2418 Myrtle Grove Dr., Lot #56, Meraux, La |
| 09-4842 | Gabriel, Jr. Kevin | 2418 Myrtle Grove Dr., Lot #56, Meraux, LA |
| 09-4842 | Gabriel, Sherman Donald | 2418 Myrtle Grove Dr., Lot #56, Meraux, La |
| 09-4842 | Gadwaw, Krissy Marie | 3728 Chalona Drive, Chalmette, La  70043 |
| 09-4842 | Gaeta, Carol A. | 4501 Pete St, Marrero, La  70072 |
| 09-4842 | Gaeta, Denise Annette | Meraux Trust #E29, Chalmette, La  70043 |
| 09-4842 | Gagliano, Lucas J. | 3217 Volpe Drive, Chalmette, LA  70043 |
| 09-4842 | Gagliano, Rosemary Everhardt | Torres Park #325, Chalmette, La  70043 |
| 09-4842 | Gallardo, Cynthia P. | 2136 E. La Hwy 46, St. Bernard, La  70085 |
| 09-4842 | Gallardo, Cynthia P. | Stage Parking, Lot #3, Chalmette, La  70043 |
| 09-4842 | Gallardo, Cynthia P. | Domino Sugar Refinery, Arabi, La  70032 |
| 09-4842 | Gallardo, Jr. Henry E. | Domino Sugar Refinery, Arabi, LA  70032 |
| 09-4842 | Gallardo, Jr. Henry E. | 2136 E. LA Hwy 46, St. Bernard, LA  70085 |
| 09-4842 | Gallardo, Manny Ernest | 2136 LA 46, St. Bernard, LA  70085 |
| 09-4842 | Gallaty, Margret | 4024 Paris Road, Chalmette, La  70043 |
| 09-4842 | Gallaty, Jr. Robert Frederick | 4024 Paris Road, Chalmette, La  70043 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | Gardere, Leo E. | 11111 Lake Forest Blvd, New Orleans, La  70128 |
| 09-4842 | Gardere, Patricia | 11111 Lake Forest Blvd, New Orleans, La  70128 |
| 09-4842 | Gauci, Mary R. | 1912 Lisa Dr, Chalmette, La  70043 |
| 09-4842 | Gaudet, Bonnie Jochum | 253 Satallite Road, Slidell, LA  70461 |
| 09-4842 | Gauthier, Brandy Elizabeth | 441 Mehle Ave., Arabi, LA  70032 |
| 09-4842 | Gauthier, Daniel J. | 724 Terry Dr, Arabi, La  70032 |
| 09-4842 | Geraci, Darryl C. | 113 Cedar Dr., Belle Chasse, LA  70037 |
| 09-4842 | Geraci, Manuel | 113 Cedar Dr., Belle Chasse, LA  70037 |
| 09-4842 | Gerkin, Jesse Luke | 800 E. Josephine, Chalmette, La  70043 |
| 09-4842 | Gervais, Sandra Virginia | 2713 Jean Lafitte, Chalmette, LA  70043 |
| 09-4842 | Gervais, Terry Lynn | I-59 Mobile Home Park, Pearl River, La  70452 |
| 09-4842 | Gifford, Kim | 40 Madison Ave, Lot C-42, Chalmette, LA  70043 |
| 09-4842 | Gifford, Taylor | 40 Madison Ave, Lot C-42, Chalmette, LA  70043 |
| 09-4842 | Gonzalez, Laura Marie | Colomb Property, 40 Madison Ave., Lot # 40, |
| 09-4842 | Gonzalez, Laura Marie | 2526 Myrtle Grove Drive, Lot # 76, Meraux, La |
| 09-4842 | Gordon, Ariel | 9346 Old Gentilly Rd., New Orleans, La  70127 |
| 09-4842 | Gougisha, Bertram Aloysius | 1417 Pratt Street, Gretna, La  70053 |
| 09-4842 | Gras, Mary G. | Torres Park, Chalmette, LA  70043 |
| 09-4842 | Graves, Alfred Perry | Lynn Dean Property, Poydras, La  70085 |
| 09-4842 | Graves, Alfred Perry | 2528 Myrtle Grove Drive, #77, Meraux, La |
| 09-4842 | Green, Betty Harrison | 7676 Chef Menteur Hwy, New Orleans, La  70126 |
| 09-4842 | Green, Bruno | 7676 Chef Menteur Hwy, New Orleans, La  70126 |
| 09-4842 | Green, Sr. Darren Anthony | Meraux Trust, 8006 W.Judge Perez Drive, |
| 09-4842 | Green, Sr. Darren Anthony | 2828 Mary Ann Dr, Lot #D-44, Chalmette, LA |
| 09-4842 | Green, Sr. Darren Anthony | Meraux Trust, 8006 W.Judge Perez Drive, |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | Green, Dorien Ahmad | 2828 Mary Ann Dr., Lot #D-44, Meraux, LA |
| 09-4842 | Green, Dorien Ahmad | Meraux Trust, 8006 W.Judge Perez Drive, |
| 09-4842 | Green, Dorien Ahmad | Lynn Dean, 100 E. St. Bernard Hwy, Lot #89, |
| 09-4842 | Green, India Quinnesha Brenda | 1964 Lisa Drive, Chalmette, LA 70043 |
| 09-4842 | Green, Jada | 2828 Mary Ann Dr, Lot #D-44, Meraux, La |
| 09-4842 | Green, Jada | Meraux Trust, 8006 W. Judge Perez Dr., Lot #31, |
| 09-4842 | Green, Jr. Randy | 2509 Caluda Lane, Violet, La 70092 |
| 09-4842 | Green, Yolanda | 2509 Caluda Lane, Violet, La 70092 |
| 09-4842 | Gremillion, Katelyn | 40 Madison Ave. Lot B-6, Chalmette, LA 70043 |
| 09-4842 | Guerra, Catherine L | 134 Richard, Franklinton, La 70438 |
| 09-4842 | Guerra, Catherine L | 25158 Hwy 450, Franklinton, La 70043 |
| 09-4842 | Guerra, Jr. Colby Rufino | 5033 Hwy 39, Braithwaite, La 70040 |
| 09-4842 | Guerra, Sr. Kurt Paul | 6213 Hopedale Hwy, St. Bernard, La 70085 |
| 09-4842 | Guerrera, Deborah P. | 1229 Avenue G, Marrero, LA 70072 |
| 09-4842 | Guidroz, Leonard Joseph | 4105 Najolia Dr, Meraux, La 70075 |
| 09-4842 | Guidry, Jerry Anthony | 1624 Robert St, St. Bernard, La 70085 |
| 09-4842 | Guillot, Leslie | 106 Foxcroft Street, Slidell, La 70461 |
| 09-4842 | Haindel, Eugene P. | 2316 Rosetta Drive, Chalmette, La 70043 |
| 09-4842 | Hampton, Chasity | 5661 Sixth Street, Violet, LA 70092 |
| 09-4842 | Hannon, Dawne | 2117 Gina Drive, St. Bernard, La 70085 |
| 09-4842 | Harper, Holly M | 2001 Margaret Lane, Meraux, La 70075 |
| 09-4842 | Harper, James A. | 2001 Margaret Lane, Meraux, La 70075 |
| 09-4842 | Harris, Rose Lee | 301 Marrero Street, Bridge City, La 70094 |
| 09-4842 | Harvey, Earl J | 1312 St. Bernard Hwy, Lot 1949 Laura, |
| 09-4842 | Harvey, Elizabeth | Lacqimor Trailer Park, 3200 E. Judge Perez Dr., |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | Harvey, Jimmy | Lacqimor Trailer Park, 3200 E. Judge Perez Dr., |
| 09-4842 | Hasik, Donna R | 2209 Sylvia Blvd, St. Bernard, La  70085 |
| 09-4842 | Hasik, Donna R | 1131 Florissant Hwy, St. Bernard, La  70085 |
| 09-4842 | Hasik, Norman J. | 2209 Sylvia Blvd, St. Bernard, La  70085 |
| 09-4842 | Hasik, Norman J. | 1131 Florissant Hwy, St. Bernard, La  70085 |
| 09-4842 | Hauck, Benjamin | 2125 Bayou Road, St. Bernard, La  70085 |
| 09-4842 | Hauck, Sr. Gregory | 2125 Bayou Road, St. Bernard, LA  70085 |
| 09-4842 | Hauck, Jr. Gregory | 2125 Bayou Road, St. Bernard, La  70085 |
| 09-4842 | Hauck, John | 2125 Bayou Road, St. Bernard, La  70085 |
| 09-4842 | Hauck, Rene | 2125 Bayou Road, St. Bernard, La  70085 |
| 09-4842 | Hauck, Wendy | 2125 Bayou Road, St. Bernard, La  70085 |
| 09-4842 | Hawkins, Evelyn B. | 2705 Delille St, Chalmette, La  70043 |
| 09-4842 | Hawkins, Geoffrey D. | 3309 Jackson Blvd, Chalmette, La  70043 |
| 09-4842 | Hawkins, Thomas O | 2705 Delille St, Chalmette, La  70043 |
| 09-4842 | Haynes, John E. | 14579 Bunker Hill, New Orleans, LA  70126 |
| 09-4842 | Heaney, Chasity Laine | 2900 Plaza Dr, Chalmette, La  70043 |
| 09-4842 | Heidel, Sr. Billy | Lot 67 Myrtle Grove, Meraux, La  70075 |
| 09-4842 | Held, Destiny Ann | 2112 W. Christie Drive, Poydras, LA  70085 |
| 09-4842 | Held, Faith | 2112 W. Christie Drive, Poydras, La  70085 |
| 09-4842 | Held, Michael | 2112 W. Christie Drive, Poydras, LA  70085 |
| 09-4842 | Henderson, Hope M. | 5901 Second St, Violet, La  70092 |
| 09-4842 | Henderson, Joshua B. | 3116 Spain St, New Orleans, La  70117 |
| 09-4842 | Henderson, Joshua B. | 7720 New Castle St, New Orleans, La  70126 |
| 09-4842 | Henderson, Reed S. | 5901 Second St, Violet, La  70092 |
| 09-4842 | Henderson, Zachary | 5901 Second St, Violet, La  70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | Hepburn, Shykra | 2020 Centanni Drive, Poydras, LA 70085 |
| 09-4842 | Hernandez, Arnel Magadia | 40 Madison Ave, Lot A-23, Chalmette, La 70043 |
| 09-4842 | Hernandez, Bailey Jane | 11 S. Lake Court, Violet, La 70092 |
| 09-4842 | Hernandez, Felicia | 3233 Maureen Lane, Meraux, La 70075 |
| 09-4842 | Hernandez, III James | 11 S. Lake Court, Violet, La 70092 |
| 09-4842 | Hernandez, Jeffery David | 5423 Hwy 39, Braithwaite, La 70040 |
| 09-4842 | Hernandez, Kacey Alexis | 11 S. Lake Court, Violet, La 70092 |
| 09-4842 | Hernandez, Norberto | 3233 Maureen Lane, Meraux, La 70075 |
| 09-4842 | Hernandez, Shannon | 11 S. Lake Court, Violet, La 70092 |
| 09-4842 | Hill, Caffie | 1917 Beachhead Lane, Violet, LA 70092 |
| 09-4842 | Hill, Larry | 1917 Beachhead Lane, Violet, LA 70092 |
| 09-4842 | Hill, Netiokee Nekelia | 2828 Mary Ann Dr., Meraux, LA 70075 |
| 09-4842 | Holley, Carol | 3332 Karen Drive, Chalmette, La 70043 |
| 09-4842 | Holley, Colby | Meraux Food Store, Meraux, LA 70075 |
| 09-4842 | Holley, Pattie | Meraux Food Store, Meraux, LA 70075 |
| 09-4842 | Honore, Sr. Warren Merlin | 3762 Verrett Street B, Verret, La 70085 |
| 09-4842 | Hookfin, Jr. Anthony | 2817 Ashley Drive, Violet, LA 70092 |
| 09-4842 | Houston, Jasmine Renee | 41662 Hwy 190 E, Lot #4B, Slidell, LA 70461 |
| 09-4842 | Howard, Irene Ernst | Pakenham Mobile Home Park, 1910 Laura drive, |
| 09-4842 | Howard, Jr. John Richard | 3617 Rose Ave, Chalmette, La 70043 |
| 09-4842 | Howell, Edith H. | 2117 Ventura Drive, Chalmette, La 70043 |
| 09-4842 | Huber, Jr. Joseph Scott | 772 Pinetree St, Slidell, La 70458 |
| 09-4842 | Hucke, Nellie R. | 713 North Upland Ave., Metairie, LA 70003 |
| 09-4842 | Hyde, Florita Nunez | 73196 Hillcrest Blvd, Abita Springs, LA 70420 |
| 09-4842 | Irby, Drew J. | Domino Sugar Property, Arabi, La 70032 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | Irby, Tyrone | Dominos Sugar, Arabi, LA 70032 |
| 09-4842 | Jackson, Cammie | 2031 Guillot Dr, St. Bernard, La 70085 |
| 09-4842 | James, John | 2300 Kenneth Drive, Violet, La 70092 |
| 09-4842 | Jefferson, Otha | 1821 Lamanche, New Orleans, La 70117 |
| 09-4842 | Jochum, Bonnie Barlow | 253 Satallite Road, Slidell, LA 70461 |
| 09-4842 | Jochum, Christian Joseph | 253 Satallite Road, Slidell, LA 70461 |
| 09-4842 | Jochum, Jr. John Jacob | 253 Satallite Road, Slidell, LA 70461 |
| 09-4842 | Jochum, Vincent | 253 Satallite Road, Slidell, LA 70461 |
| 09-4842 | Jochum, Walter | 253 Satallite Road, Slidell, LA 70456 |
| 09-4842 | Johnson, Brian Joseph | 412 Genet Drive, Arabi, La 70032 |
| 09-4842 | Johnson, Lacresha | 2001 Goodwill Drive, Violet, LA 70092 |
| 09-4842 | Johnson, Pamela | 5609 Hempstead Road, New Orleans, LA 70127 |
| 09-4842 | Johnson, Tessi R. | Mary Ann Drive, Meraux, La 70075 |
| 09-4842 | Johnson, Tessi R. | Silver Creek Camp Ground, Mt. Herman, La |
| 09-4842 | Johnson, Tessi R. | E. Judge Perez Drive, Meraux, La 70075 |
| 09-4842 | Johnson, Timothy | 4723 Elysian Fields, New Orleans, LA 70122 |
| 09-4842 | Johnson, Tommy | 2506 Mrytle Grove, Lot #66, Meraux, La 70075 |
| 09-4842 | Jones, Charles | 2128 Citrus Ave, St. Bernard, La 70085 |
| 09-4842 | Jones, Justin | 2128 Citrus Ave, St. Bernard, La 70085 |
| 09-4842 | Jones, Sallie Oster | 645 Mehle St, Arabi, La 70032 |
| 09-4842 | Jorgensen, Edward | 222 Clara Drive, Slidell, La 70458 |
| 09-4842 | Jorgensen, Elisabeth | 222 Clara Drive, Slidell, La 70458 |
| 09-4842 | Jorgensen, Renee B. | 222 Clara Drive, Slidell, La 70458 |
| 09-4842 | Joseph, Mary Santiago | 1820 Goodwill Drive, Violet, La 70092 |
| 09-4842 | Junius, Ahmod J. | 3001 Guerra Dr, Violet, La 70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | Junius, Emanuel K. | 301 Guerrra Dr, Violet, La  70092 |
| 09-4842 | Junius, Keandra | 2001 Guerra Dr, Violet, La  70092 |
| 09-4842 | Junius, Kemori J. | 3001Guerra Dr, Violet, La  90092 |
| 09-4842 | Junius, Marion | 3001Guerra Dr, Violet, La  70092 |
| 09-4842 | Kain, III John Edward | 3721 Kings Drive, Chalmette, La  70043 |
| 09-4842 | Kain, Sr. Jules Brent | 6112 E. St. Bernard Hwy, Violet, La  70092 |
| 09-4842 | Keim, Joyce Mary | , Meraux, La  70075 |
| 09-4842 | Keim, Joyce Mary | , Meraux, La  70075 |
| 09-4842 | Kellum, Eugene J. | 40 Madison Ave lot 15 A29, Chalmette, LA |
| 09-4842 | Kenney, Connor | 1932 Heights Drive, Chalmette, LA  70043 |
| 09-4842 | Kenney, Jr. David L. | 1932 Heights Drive, Chalmette, LA  70043 |
| 09-4842 | Kenney, John | 2448 Daniel Drive, Violet, LA  70092 |
| 09-4842 | Kenney, Julie T. | 1932 Heights Drive, Chalmette, LA  70043 |
| 09-4842 | Kenney, Kyle R. | 1932 Heights Drive, Chalmette, LA  70043 |
| 09-4842 | Kenney, Patricia A. | 29309 Dinkins Drive, Lacombe, LA  70455 |
| 09-4842 | Kieff, Jennifer Ann | 2605 Gina Drive, St. Bernard, La  70085 |
| 09-4842 | Killian, Edward Charles | 8201 W. Judge Perez Drive, Lot #7, Chalmette, |
| 09-4842 | Killian, Jamie Marie | 8201 W. Judge Perez Drive, Lot #7, Chalmette, |
| 09-4842 | Kimball, Sandra | Lynn Dean Trailer Park #g17, St. Bernard, LA |
| 09-4842 | Kinler, Brandon Rene | 2412 Munster Blvd., Meraux, LA  70075 |
| 09-4842 | Kinler, Sr. Edward Joseph | 2412 Munster Blvd., Meraux, LA  70075 |
| 09-4842 | Kinler, Jr. Edward J. | 2412 Munster Blvd., Meraux, LA  70075 |
| 09-4842 | Kinler, Julie A. | 2412 Munster Blvd., Meraux, LA  70075 |
| 09-4842 | Kinler, Katie Lauren | 2412 Munster Blvd., Meraux, La  70075 |
| 09-4842 | Kirk, Bettie S. | 14175 Hwy 190W, Lot #11, Orlin Rodger Camp, |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | Kramer, Dorothy C. | 75249 Hollie Rd., Pearl River, LA 70452 |
| 09-4842 | Kramer, William J. | 2420 Violet St, Violet, LA 70092 |
| 09-4842 | Kroten, Carrie L | 1902 Morrison Rd, Hammond, La 70403 |
| 09-4842 | Kuntz, Brandon | 2029 South Riverpark Drive, Violet, LA 70092 |
| 09-4842 | Kunzli, Rosalie Roberson | 8295 Patricia St, Chalmette, La 70043 |
| 09-4842 | Kunzli, Rosalie Roberson | 40 Madison Ave, Lot #8, Chalmette, La 70043 |
| 09-4842 | LaBeaud, Bonnie Bryant | 2817 N. Dorgenois Street, New Orleans, LA |
| 09-4842 | Labeaud, Kailynn | 2817 N. Dorgenois Street, New Orleans, LA |
| 09-4842 | LaBeaud, Sr. Kurt | 2817 N. Dorgenois Street, New Orleans, LA |
| 09-4842 | LaBeaud, Jr. Kurt | 2817 N. Dorgenois Street, New Orleans, LA |
| 09-4842 | Labruzzo, Sr. Vincent | 2705 Maryann C-77, Meraux, LA 70075 |
| 09-4842 | LaBruzzo, Sr. Vincent J. | 1907 Center Street, Arabi, LA 70032 |
| 09-4842 | LaCaze, Jr. Jack | 2213 Edgar Drive, Violet, LA 70092 |
| 09-4842 | LaCaze, Leilyn | 2213 Edgar Drive, Violet, La 70092 |
| 09-4842 | Lacoste, Brandon Louis | 404 Ocelot Dr., Arabi, LA 70032 |
| 09-4842 | Lacour, Breanna L | 315 W. D'Amour Street, Chalmette, LA 70043 |
| 09-4842 | LaCour, Jr. James Emile | 315 W. D'Amour Street, Chalmette, LA 70043 |
| 09-4842 | Ladner, Kevin Richard | 1045 Cougar Drive, Arabi, LA 70032 |
| 09-4842 | Ladner, Jr. Mike P. | 1045 Cougar Drive, Arabi, LA 70032 |
| 09-4842 | Ladner, Tiffany Nicole | 1045 Cougar Drive, Arabi, LA 70032 |
| 09-4842 | Ladut, Kristi | 2310 Trio Street, Chalmette, LA 70043 |
| 09-4842 | Lafrance, Dreux | 185 Marcs Lane, Braithwaite, La 70040 |
| 09-4842 | Lafrance, Kacie | 185 Marcs Lane, Braithwaite, LA 70040 |
| 09-4842 | Lafrance, Sr. Lanny David | 185 Marcs Lane, Braithwaite, La 70040 |
| 09-4842 | Lafrance, Jr. Lanny David | 185 Marcs Lane, Braithwaite, La 70040 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | Lance, Mark | 2229 Veronica Dr, Chalmette, La 70043 |
| 09-4842 | Landry, III David | 3501-03 South Liberty St, New Orleans, LA |
| 09-4842 | Landry, Denise | 2117 Paul Drive, Meraux, LA 70075 |
| 09-4842 | Landry, George | 9000 W. St. Bernard Hwy, #42, Chalmette, La |
| 09-4842 | Landry, Jared Norman | 2117 Paul Drive, Meraux, LA 70075 |
| 09-4842 | Landry, Nichole Maria | 9000 W St Bernard Hwy #266, Chalmette, LA |
| 09-4842 | Landry, Norman Joseph | 2117 Paul Drive, Meraux, LA 70075 |
| 09-4842 | Lanier, Penny Lynn | 11 Victorian Court, Violet, LA 70092 |
| 09-4842 | Lawless, Henrietta G. | E. St. Bernard Hwy, Chalmette, LA 70043 |
| 09-4842 | Leaming, Harold Emerson | 57623 Kimberly Lane, Slidell, La 70460 |
| 09-4842 | Leaming, Jane Gagliano | 57623 Kimberly Lane, Slidell, La 70460 |
| 09-4842 | Leblanc, Kathy A. | 1904 A Dicarlo Dr, Chalmette, LA 70043 |
| 09-4842 | LeBlanc, Michael J. | 1904 A Dicarlo Dr, Chalmette, LA 70043 |
| 09-4842 | Leblanc, Sheryl | 2809 Angelique Dr., Violet, La 70092 |
| 09-4842 | LeBoeuf, Lena R. | 2225 Victor St., Chalmette, LA 70043 |
| 09-4842 | Leboeuf, Linda | 2225 Victor St., Chalmette, LA 70043 |
| 09-4842 | Leboeuf, Michael | 2225 Victor St., Chalmette, LA 70043 |
| 09-4842 | Ledet-Glaser, Tina Marie | 1601 Alexander Ave, Arabi, LA 70032 |
| 09-4842 | Lee, Brandi Monique | 2813 E. St Bernard Hwy C94, Meraux, LA 70075 |
| 09-4842 | Lee, Dionne | 1964 Lisa Drive, Chalmette, LA 70043 |
| 09-4842 | Lee, Jr. Johnnie Raye | 329 George Street, Avondale, La |
| 09-4842 | Lee, Sr. Johnnie Raye | 329 George Street, Avondale, La |
| 09-4842 | Lee, Marita Scott | 329 George Street, Avondale, La |
| 09-4842 | Lehrisse, Melissa A | 101 Coney Dr, Arabi, La 70032 |
| 09-4842 | LeJeune, Emilda M. | 2508 Cora Ann, Violet, LA 70092 |

| Docket No. | Name | Trailer |
|---|---|---|
| 09-4842 | Lentz, Jr. Eric H. | 2705 Maryann, Lot C-77, Meraux, LA 70075 |
| 09-4842 | Lentz, Jr. Eric H. | 3220 Rosetta Drive, Chalmette, LA 70043 |
| 09-4842 | Lewis, Betty Lorraine | 7540 Shaw Ave., New Orleans, LA 70127 |
| 09-4842 | Lewis, Greg A | 9196 Cutcane Drive, Convent, LA 70723 |
| 09-4842 | Lewis, III Louis | 3117 Lakewood Dri, Violet, La 70092 |
| 09-4842 | Lewis, Tammy Evans | 3117 Lakewood Dri, Violet, La 70092 |
| 09-4842 | Leydecker, Jr. Chris Joseph | 34 West Chalmette Circle, Chalmette, LA 70043 |
| 09-4842 | Leydecker, Sr. Chris Joseph | 73 Madison Ave, Chalmette, LA 70043 |
| 09-4842 | Leydecker, Sue Ann | 73 Madison Ave, Chalmette, LA 70043 |
| 09-4842 | Lodriguss, Antoinette | 2813 Lloyds Ave, Chalmette, LA 70043 |
| 09-4842 | Lodriguss, Patrick J | 2813 Lloyds Ave, Chalmette, LA 70043 |
| 09-4842 | Longo, Gay Lynn Ann | 339 Aycock, Arabi, La 70032 |
| 09-4842 | Longo, Gregory Peter | 339 Aycock, Arabi, La 70032 |
| 09-4842 | Lopez, Jr. Jerry | 726 St. Bernard Pkwy, Braithwaite, La 70040 |
| 09-4842 | Lopez, Thomas | 724 St. Bernard Pkwy, Braithwaite, LA 70040 |
| 09-4842 | Lopiccolo, Kayla | 1900 St. Bernard Hwy, Chalmette, LA 70043 |
| 09-4842 | Lowe, Lisa Barras | 924 Perrin Drive, Arabi, LA 70032 |
| 09-4842 | Lucas, Jr. Cade J | 2513 Maryann Drive, Meraux, LA 70075 |
| 09-4842 | Lucas, Cade J | 2513 Maryann Drive, Meraux, LA 70075 |
| 09-4842 | Lucas, Cameron J | 2513 Maryann Drive, Meraux, LA 70075 |
| 09-4842 | Lucas, Hayley R | 2513 Maryann Drive, Meraux, LA 70075 |
| 09-4842 | Lucas, Taylor R | 2513 Maryann Drive, Meraux, LA 70075 |
| 09-4842 | Lucy, Richard | 2039 Deogracias Ln., Braithwaite, La 70040 |
| 09-4842 | Luna, Anthony | , Meraux, La 70075 |
| 09-4842 | Lynch, John | Trio St, Chalmette, La 70043 |