UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
        FORMALDEHYDE PRODUCTS          MDL NO. 07-1873
        LIABILITY LITIGATION

                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Barnes v. Dutchmen Manufacturing, Inc., et al.*
*No. 09-3764*
********************************************************************************************

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

        BEFORE ME, the undersigned authority, personally came and appeared:

### CANDICE C. SIRMON, ESQ.

who, after being first duly sworn, did depose and state:

        That he is counsel for plaintiff in the above-captioned matter; that on June 15, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant United States Government through U.S. Attorney's Office, Eastern District of Louisiana, 500 Poydras Street, Room B210, New Orleans, LA 70130, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed
before me, this 11 day of
September 2009.

**LINDA J. NELSON (LA Bar Roll #9938)**
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S.A
through
U.S. Attorney, EDLA
500 Poydras St., rm B210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery 6/17/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0001 5393 2475

PS Form 3811, February 2004   Domestic Return Receipt   JUN 19 REC'D   102595-02-M-1540