# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**
**FORMALDEHYDE PRODUCTS**     **MDL NO. 07-1873**
**LIABILITY LITIGATION**

**SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**
*Brown v. Crum and Forster Specialty Insurance Co., et al.*
*No. 09-3868*
*******************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

       BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

       That he is counsel for plaintiff in the above-captioned matter; that on June 23, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant United States Government through Federal Emergency Management Agency, Office of the Director, Office of the General Counsel, 500 C Street, SW, Washington, D.C. 20472, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed before me, this 11 day of September 2009.

_____
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUN 3 0 |
| 1. Article Addressed to:<br>U.S.A.<br>through<br>Federal Emergency Management Agency<br>Office of the Director<br>Office of the General Counsel<br>500 C Street, SW<br>Washington, D.C. 20472 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0001 5393 1560 |

PS Form 3811, February 2004   Domestic Return Receipt   JUL 07 REC'D   102595-02-M-1540