IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERNDISTRICT OF LOUISIANA

| | |
|---|---|
| George Basile together with all individuals and entities whose names appear on the attached "Exhibit A"<br><br>versus<br><br>Alliance Homes, Inc. d/b/a Adrian Homes, American Camper Manufacturing, LLC, d/b/a AMERI-CAMP, American Homestar Corporation, Athens Park Homes, L.L.C., Cavalier Home Builders, LLC, Cavalier Homes, Inc., Champion Enterprises, Inc., Champion Home Builders Co., Circle B Enterprises, Inc., Coachmen Industries, Inc., Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Clearspring Conversions, Inc., CMH Manufacturing, Inc., Del-Jen, Inc., Destiny Industries, LLC, Dream R.V. Sales, Inc., DS Corp. d/b/a CrossRoads RV, Dutch Housing, Inc., d/b/a Champion Homes, Dutchmen Manufacturing, Inc., Fairmont Homes, Inc., Forest River, Inc., Frontier RV, Inc., Giles Industries, Inc., Giles Industries of Tazewell, Incorporated, Giles Family Holding, Inc., Golden West Homes, Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC, Homes of Merits, Inc., Horton Homes, Inc., Hy-Line Enterprises, Inc., Indiana Building Systems, LLC d/b/a Holly Park, Integrity Midwest Inc., d/b/a US Adventure RV, Jayco Enterprises, Inc., Jayco, Inc. a/k/a Bottom Line RV, Keystone RV Company, KZRV, LP, Lakeside Park Homes, Inc., Layton Homes Corp., Lexington Homes, Inc., Liberty Homes, Inc., Liberty RV & Marine, Inc., Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., Murillo | *  PLAINTIFFS UNMATCHED WITH<br>*  A SPECIFIC MANUFACTURING<br>*  DEFENDANT<br>*<br>*<br>*<br>*<br>*<br>*  DOCKET NO. 09-4762 |

| | |
|---|---|
| Modular Group, LTD, Northwood Manufacturing, Inc., Oak Creek Homes, LP, Oak Creek Homes, Inc., Oak Creek Homes, LLC, Palm Harbor Homes, Inc., Palm Harbor Albermarle, LLC, Palm Harbor Manufacturing, Inc., Philips Products, Inc., Play'Mor Trailers, Inc., Project Resources, Inc., Recreation By Design, LLC, Redman Homes, Inc. f/k/a Dutch Homes, River Birch Homes, Inc, and/or River Birch Homes, LLC, Scotbilt Homes, Inc, Silver Creek Homes, Inc., Skyline Corporation, Southern Energy Homes, Inc., Starcraft RV, Inc., Stewart Park Homes, Inc., Sunray RV, LLC, Sun Valley, Inc., Sunline Acquisition Company LTD d/b/a Sunline Coach Company, Sunnybrook R V, Inc., Superior Homes, LLC, Thor Industries, Inc., Thor California, Inc. d/b/a Thor Manufacturing, Timberland RV Company d/b/a Adventure Manufacturing, TL Industries, Inc., Townhomes, LLC, Vanguard Industries of Michigan, Inc., (a/k/a Palomino RV), Waverlee Homes, Inc., Shaw Environmental, Inc., Fluor Enterprises, Inc., CH2M Hill Constructors, Inc., American International Specialty Lines, Gibraltar Insurance Company, Insurance Company of The State of PA, Lexington Insurance Company Insurco, Ltd., Sentry Insurance, Crum & Forster Specialty Insurance Company, Liberty Insurance Corp., and Starr Excess Liability Insurance Company, Ltd. | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * |

## EX PARTE MOTION TO STAY PRETRIAL ORDER #40 AS IT PERTAINS TO PLAINTIFF, YVETTE TUMMINELLO

On Motion of plaintiff, Yvette Tumminello, by and through undersigned counsel, and upon suggesting to the Court:

I.

Plaintiff, Yvette Tumminello has been matched to defendant manufacturer, Gulfstream, and defendant contractor, Shaw.

II.

As such, a new state court Petition for Damages is being filed today, September 14, 2009, in the 24th Judicial District Court for the Parish of Jefferson, naming the defendants, Gulfstream and Shaw.

III.

Out of an abundance of caution, Plaintiff, Yvette Tumminello, desires that Pretrial Order #40 be stayed as it pertains to her, until such time as the defendants appear and either answer the state court petition or file their notice to remove the case to this Honorable Court.

Respectfully Submitted,

ANDRY LAW FIRM, LLC

_____
JONATHAN B. ANDRY (No. 20081)
610 Baronne Street
New Orleans, LA 70113
Telephone: (504)586-8899
Telefax: (504)586-8911