# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERNDISTRICT OF LOUISIANA

| | |
|---|---|
| George Basile together with all individuals and entities whose names appear on the attached "Exhibit A"  versus  Alliance Homes, Inc. d/b/a Adrian Homes, American Camper Manufacturing, LLC, d/b/a AMERI-CAMP, American Homestar Corporation, Athens Park Homes, L.L.C., Cavalier Home Builders, LLC, Cavalier Homes, Inc., Champion Enterprises, Inc., Champion Home Builders Co., Circle B Enterprises, Inc., Coachmen Industries, Inc., Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Clearspring Conversions, Inc., CMH Manufacturing, Inc., Del-Jen, Inc., Destiny Industries, LLC, Dream R.V. Sales, Inc., DS Corp. d/b/a CrossRoads RV, Dutch Housing, Inc., d/b/a Champion Homes, Dutchmen Manufacturing, Inc., Fairmont Homes, Inc., Forest River, Inc., Frontier RV, Inc., Giles Industries, Inc., Giles Industries of Tazewell, Incorporated, Giles Family Holding, Inc., Golden West Homes, Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC, Homes of Merits, Inc., Horton Homes, Inc., Hy-Line Enterprises, Inc., Indiana Building Systems, LLC d/b/a Holly Park, Integrity Midwest Inc., d/b/a US Adventure RV, Jayco Enterprises, Inc., Jayco, Inc. a/k/a Bottom Line RV, Keystone RV Company, KZRV, LP, Lakeside Park Homes, Inc., Layton Homes Corp., Lexington Homes, Inc., Liberty Homes, Inc., Liberty RV & Marine, Inc., Morgan Buildings & Spas, Inc., | PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT   DOCKET NO. 09-4762 |

| | |
|---|---|
| Morgan Building Systems, Inc., Murillo Modular Group, LTD, Northwood Manufacturing, Inc., Oak Creek Homes, LP, Oak Creek Homes, Inc., Oak Creek Homes, LLC, Palm Harbor Homes, Inc., Palm Harbor Albermarle, LLC, Palm Harbor Manufacturing, Inc., Philips Products, Inc., Play'Mor Trailers, Inc., Project Resources, Inc., Recreation By Design, LLC, Redman Homes, Inc. f/k/a Dutch Homes, River Birch Homes, Inc, and/or River Birch Homes, LLC, Scotbilt Homes, Inc, Silver Creek Homes, Inc., Skyline Corporation, Southern Energy Homes, Inc., Starcraft RV, Inc., Stewart Park Homes, Inc., Sunray RV, LLC, Sun Valley, Inc., Sunline Acquisition Company LTD d/b/a Sunline Coach Company, Sunnybrook R V, Inc., Superior Homes, LLC, Thor Industries, Inc., Thor California, Inc. d/b/a Thor Manufacturing, Timberland RV Company d/b/a Adventure Manufacturing, TL Industries, Inc., Townhomes, LLC, Vanguard Industries of Michigan, Inc., (a/k/a Palomino RV), Waverlee Homes, Inc., Shaw Environmental, Inc., Fluor Enterprises, Inc., CH2M Hill Constructors, Inc., American International Specialty Lines, Gibraltar Insurance Company, Insurance Company of The State of PA, Lexington Insurance Company Insurco, Ltd., Sentry Insurance, Crum & Forster Specialty Insurance Company, Liberty Insurance Corp., and Starr Excess Liability Insurance Company, Ltd. | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * |

**************************************************************************

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Pretrial Order #40 be and the same is hereby stayed as it pertains to the plaintiff, Yvette Tumminello, until such time as the defendants, Gulfstream and/or

Shaw, appear in the state court litigation and either answer the state court petition or file their notice to remove the case to this Honorable Court.

New Orleans, Louisiana, this ____ day of September, 2009.

_____
JUDGE