UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Brown v. Crum and Forster Specialty Insurance Co., et al.*
*No. 09-3868*
*******************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on June 23, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant CH2M Hill Constructors, Inc. through its registered agent for service, C T Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

*Calici L.*
**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed before me, this 11 day of September 2009.

_____
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CT Corporation System  ☐ Agent  ☐ Addressee<br>B. Received (Printed Name) 5615 Corporate Blvd. Suite 400B  C. Date of Delivery JUL 1<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>CH2M HILL Constructors, Inc.<br>through<br>CT Corporation System<br>5615 Corporate Blvd., Ste 400B<br>Baton Rouge, LA 70808 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 5229 4684 |
| PS Form 3811, February 2004 | Domestic Return Receipt  JUL 06 REC'D  102595-02-M-1540 |