IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Tommie James Brock, et al. v. CH2M HILL Constructors, Inc., et al.* | * * | MAGISTRATE CHASEZ |
| Civil Action No. 09-4941 | * * | JURY DEMAND |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLY
WITH PRETRIAL ORDER NO. 40**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Gladys Gordon on behalf of Monique A. Gordon and Jermain Wright, who respectfully request this Honorable Court allow for an extension of time to comply with the deadlines of Pretrial Order 40, (hereinafter "PTO 40"). PTO 40 requires all unmatched Plaintiffs to be matched with a specific manufacturing defendant within 45 days of the date of filing of the complaint in the Eastern District of Louisiana.

This deadline is subject to extension for good cause shown. For the reasons explained in the Memorandum in Support, it is submitted that good cause exists for an extension of the 45-day deadline in PTO 40 as to Plaintiffs who remain unmatched despite counsel's effort to identify the manufacturer of their emergency housing unit.

Respectfully submitted,

_/s/ Hugh P. Lambert_

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

_/s/ Hugh P. Lambert_
HUGH P. LAMBERT, #7933

2