# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION "N"(5)** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Tommie James Brock, et al. v. CH2M HILL* | * | **MAGISTRATE CHASEZ** |
| *Constructors, Inc., et al.* | * | |
| *Civil Action No. 09-4941* | * | **JURY DEMAND** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 40 (Doc. 1781)

**MAY IT PLEASE THE COURT,**

Plaintiffs Gladys Gordon on behalf of Monique A. Gordon and Jermain Wright, through undersigned counsel, respectfully request this Honorable Court grant an extension of time in which Plaintiffs must comply with the Pretrial Order No. 40, (Doc. 1781), (hereinafter, "PTO 40"), requirement that all plaintiffs must be matched within forty-five days of the filing of their suit in this Court since good cause exists as Plaintiffs have engaged in due diligence to achieve the accurate matching information regarding their individual Emergency Housing Units (hereinafter, "EHU").

Plaintiffs originally file their complaints on July 31, 2009. At the time of filing the Plaintiffs did not know the identity of the manufacturer or contractor for their EHUs. Plaintiffs, through the PSC have submitted their information to the Federal Government for matching purposes. Despite, the Plaintiffs' compliance with the approved matching

1

process, to the extent they were able, the Federal Government has been unable to provide all of the matching information needed. Plaintiffs' matching requests have simply been returned as simply "unmatched" or with no information provided.

In an attempt to better provide the Government with the most accurate and complete information necessary to return all of the matching information, the PSC has also requested the production of each individual assistance file of Plaintiffs or their legal guardian who have waived their Privacy Act protection. However, the Government has to date refused to comply with the PSC's discovery request. In turn, the PSC filed on August 6, 2009, its Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Filed Maintained by FEMA (Doc. 2554) which is still pending before Magistrate Judge Chasez.

The Plaintiffs have attempted through both the approved matching process and traditional discovery to comply with PTO 40, but have been unable to do so. Until the Plaintiffs' counsel are provided with the necessary information, held entirely by the Federal Government, they will be unable to match these Plaintiffs. Accordingly, Plaintiffs request this Court grant an extension of time in which to comply with PTO 40 as we wait for Magistrate Judge Chasez's ruling.

      Respectfully submitted,

        /s/ Hugh P. Lambert

       HUGH P. LAMBERT, ESQ. (LA Bar #7933)
       LINDA J. NELSON, ESQ. (LA Bar #9938)
       LAMBERT & NELSON, PLC
       701 Magazine Street
       New Orleans, LA 70130
       Telephone: (504)581-1750
       Facsimile: (504)529-2931
       hlambert@lambertandnelson.com
       lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2009, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

           /s/ Hugh P. Lambert
           HUGH P. LAMBERT, #7933