IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: *Tommie James Brock, et al. v. CH2M HILL Constructors, Inc., et al.* *Civil Action No. 09-4941* | * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ JURY DEMAND |

******************************************************************************

## ORDER

Considering the above and foregoing,

IT IS ORDERED that Plaintiffs be and are hereby GRANTED an extension of time in which to comply with Pretrial Order No. 40 pending the ruling on Plaintiffs' Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA by Magistrate Judge Chasez.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE