IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE         PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873

SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: *Tommie James Brock, et al.  v. CH2M HILL Constructors, Inc., et al.* *Civil Action No. 09-4941* | * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ

JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Comply with Pretrial Order No. 40 in the above captioned matter is hereby set for hearing on the 7th day of October at 9:30 o'clock a.m.

        Respectfully submitted,
          */s/ Hugh P. Lambert*

       HUGH P. LAMBERT, ESQ. (LA Bar #7933)
       LINDA J. NELSON, ESQ. (LA Bar #9938)
       LAMBERT & NELSON, PLC
       701 Magazine Street
       New Orleans, LA 70130
       Telephone: (504)581-1750
       Facsimile: (504)529-2931
       hlambert@lambertandnelson.com
       lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document and the notice of electronic filing to all counsel of record who are non-CM/ECF participants.

                */s/ Hugh P. Lambert*
                HUGH P. LAMBERT, #7933