UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                             MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## **RULINGS ON OBJECTIONS ON DEPOSITION TESTIMONY[1] AT TRIAL**

Pursuant to the Court's previous Order, various deposition transcripts have been provided to the Court of witnesses whose testimony will be presented to the jury by way of those transcripts, in lieu of live appearance. To the extent that the submitted transcripts have objections by counsel on the selected portions for trial, the Court has also obtained from counsel their respective positions regarding such objections. With regard to the witnesses listed below, these objections are resolved as follows: **to the extent that the Court makes no mention of an objection in this Order, such objection is hereby OVERRULED**. As for each other objection, the following are **SUSTAINED**:[2]

---

[1]This Order pertains to the following witness: Michael K. Lindell.

[2]When the Court sustains an objection, counsel presenting such testimony shall be responsible for editing the witness' videotape testimony accordingly.

1

**I.     Testimony of Michael K. Lindell**

Page 159, Lines 24 - Page 160, Line 7  –  Sustained.  Not relevant.

Page 162, Lines 15-25 - Page 163, Line 4; Page 165, Line 14 - Page 166, Line 3  – Sustained; objection as to form sustained; testimony is cumulative of that offered later on Pages 166-167, to which the objection is overruled.

Page 186, Lines 11-20  –  Sustained.  Cumulative and repetitive.

New Orleans, Louisiana, this 14th day of September, 2009.

_____
**KURT D. ENGELHARDT
United States District Court**