UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO GULF STREAM COACH, INC.'S MOTION IN LIMINE TO LIMIT OPINIONS AND TESTIMONY OF ALEXIS MALLET BASED UPON THERMOGRAPHIC IMAGING

**NOW INTO COURT**, comes Defendant, Gulf Stream Coach, Inc., who respectfully requests an Order from this Honorable Court granting leave to it to file its Reply to Opposition to Gulf Stream Coach, Inc.'s Motion in imine to Limit Opinions and Testimony of Alexis Mallet Based Upon Thermographic Imaging.

Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of this Reply.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397**)
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:     (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2009, a copy of the foregoing Motion for Leave to File Reply to Plaintiffs' Response to Defendants' Motion to Amend Trial I Scheduling Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
andreww@duplass.com