UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

*************************************************************************

## **ORDER**

Considering the Ex Parte Motion to Enroll Additional Counsel of Record filed by Fluor Enterprises, Inc.;

IT IS ORDERED that the Ex Parte Motion to Enroll Additional Counsel of Record filed by Flour Enterprises, Inc. be and the same is hereby granted, including Sonia Mallett, as additional counsel of record, in addition to Dominic J. Gianna, Richard A. Sherburne, Sarah A. Lowman and Charlie R. Penot, Jr., also with the law firm of Middleberg, Riddle & Gianna and that she be included in all notices and services on behalf of Fluor Enterprises, Inc.

New Orleans, Louisiana. this 14th day of September, 2009.

_____
United States District Judge

ND: 4837-1607-6548, v. 1