UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                  SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case 09-2967

## ORDER

     **IT IS ORDERED** that **Keystone RV Company's Ex Parte Motion for Expedited Consideration of its Motion to Extend Defendants' Expert Report Deadline (Rec. Doc. 3246)** is **GRANTED.**  Any opposition to Keystone RV Company's Motion to Extend Defendants' Expert Report Deadline (Rec. Doc. 3224) shall be filed **on or before Wednesday, September 16, 2009**, **at noon**, at which time the motion will be taken under advisement.

     New Orleans, Louisiana, this 14th day of September, 2009.

                                                       **KURT D. ENGELHARDT**
                                                       **UNITED STATES DISTRICT JUDGE**