UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER AND REASONS

Before the Court is the Motion for Partial Summary Judgment (Rec. Doc. 2719), filed by Defendant Gulf Stream Coach, Inc. ("Gulf Stream"). In this motion, Gulf Stream requests that this Court issue a summary judgment on Plaintiff's inadequate warning claims under the Louisiana Products Liability Act ("LPLA"). After considering the memoranda of the parties and the applicable law, the Court concludes that there are genuine issues of material fact that exist relating to whether the Government was a sophisticated purchaser in this instance and as to whether Gulf Stream failed to warn of the formaldehyde issue. Accordingly,

**IT IS ORDERED** that the **Motion for Partial Summary Judgment (Rec. Doc. 2719)** is **DENIED**.

New Orleans, Louisiana, this 14th day of September, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**