UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | SECTION "N" (4) |

| | |
|---|---|
| **This Document Relates to** | Judge Engelhardt |
| **White v. Circle B** | Mag. Judge ~~Roby~~ |
| **Number 08141** | |
| **Southern District of Alabama** | |
| **EDLA case number 08-1969** | |

**O R D E R**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that Plaintiffs be allowed Leave of Court to file their Superseding Complaint for Damages in the above entitled and numbered cause.

Signed in New Orleans, Louisiana, this the __14th__ day of ~~June,~~ September 2009.

_____
JUDGE