# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERNDISTRICT OF LOUISIANA

| | |
|---|---|
| George Basile<br>together with all individuals and entities<br>whose names appear on the attached<br>"Exhibit A"<br><br>versus<br><br>Alliance Homes, Inc. d/b/a Adrian Homes,<br>American Camper Manufacturing, LLC,<br>d/b/a AMERI-CAMP, American Homestar<br>Corporation, Athens Park Homes, L.L.C.,<br>Cavalier Home Builders, LLC, Cavalier<br>Homes, Inc., Champion Enterprises, Inc.,<br>Champion Home Builders Co., Circle B<br>Enterprises, Inc., Coachmen Industries, Inc.,<br>Coachmen Recreational Vehicle Company,<br>LLC, Coachmen Recreational Vehicle<br>Company of Georgia, LLC, Clearspring<br>Conversions, Inc., CMH Manufacturing,<br>Inc., Del-Jen, Inc., Destiny Industries, LLC,<br>Dream R.V. Sales, Inc., DS Corp. d/b/a<br>CrossRoads RV, Dutch Housing, Inc., d/b/a<br>Champion Homes, Dutchmen Manufacturing,<br>Inc., Fairmont Homes, Inc., Forest River, Inc.,<br>Frontier RV, Inc., Giles Industries, Inc., Giles<br>Industries of Tazewell, Incorporated, Giles<br>Family Holding, Inc., Golden West Homes,<br>Gulf Stream Coach, Inc., Heartland<br>Recreational Vehicles, LLC, Homes of Merits,<br>Inc., Horton Homes, Inc., Hy-Line Enterprises,<br>Inc., Indiana Building Systems, LLC d/b/a<br>Holly Park, Integrity Midwest Inc., d/b/a US<br>Adventure RV, Jayco Enterprises, Inc., Jayco,<br>Inc. a/k/a Bottom Line RV, Keystone RV<br>Company, KZRV, LP, Lakeside Park Homes,<br>Inc., Layton Homes Corp., Lexington Homes,<br>Inc., Liberty Homes, Inc., Liberty RV &<br>Marine, Inc., Morgan Buildings & Spas, Inc., | PLAINTIFFS UNMATCHED WITH<br>A SPECIFIC MANUFACTURING<br>DEFENDANT<br><br><br>DOCKET NO. 09-4762 |

| | |
|---|---|
| Morgan Building Systems, Inc., Murillo Modular Group, LTD, Northwood Manufacturing, Inc., Oak Creek Homes, LP, Oak Creek Homes, Inc., Oak Creek Homes, LLC, Palm Harbor Homes, Inc., Palm Harbor Albermarle, LLC, Palm Harbor Manufacturing, Inc., Philips Products, Inc., Play'Mor Trailers, Inc., Project Resources, Inc., Recreation By Design, LLC, Redman Homes, Inc. f/k/a Dutch Homes, River Birch Homes, Inc, and/or River Birch Homes, LLC, Scotbilt Homes, Inc, Silver Creek Homes, Inc., Skyline Corporation, Southern Energy Homes, Inc., Starcraft RV, Inc., Stewart Park Homes, Inc., Sunray RV, LLC, Sun Valley, Inc., Sunline Acquisition Company LTD d/b/a Sunline Coach Company, Sunnybrook R V, Inc., Superior Homes, LLC, Thor Industries, Inc., Thor California, Inc. d/b/a Thor Manufacturing, Timberland RV Company d/b/a Adventure Manufacturing, TL Industries, Inc., Townhomes, LLC, Vanguard Industries of Michigan, Inc., (a/k/a Palomino RV), Waverlee Homes, Inc., Shaw Environmental, Inc., Fluor Enterprises, Inc., CH2M Hill Constructors, Inc., American International Specialty Lines, Gibraltar Insurance Company, Insurance Company of The State of PA, Lexington Insurance Company Insurco, Ltd., Sentry Insurance, Crum & Forster Specialty Insurance Company, Liberty Insurance Corp., and Starr Excess Liability Insurance Company, Ltd. | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * |

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the plaintiffs, Edward Bergeron, Isabella Farley, Joseph Gilmore, Sr. and Mathilda Gilmore, individually and as husband and wife, Dale Joiner, individually and on behalf of his minor children, Brittney Joiner and Kelly Joiner, and Nicholas Lalla, II,

individually and on behalf of his minor children, Lauren Lalla, Lexie Lalla and Nicholas Lalla, III, be and they are hereby granted an extension of time to amend their original complaint to specify the identity of the manufacturer and contractor of their units, until seven days after receipt of FEMA's discovery responses regarding same, which are due on September 22, 2009.

New Orleans, Louisiana, this 15th day of September, 2009.

JUDGE

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).