UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER     *     MDL NO. 1873
            FORMALDEHYDE PRODUCTS *
            LIABILITY LITIGATION     *     SECTION "N" (5)
                                       *
                                       *     JUDGE ENGELHARDT
                                       *     MAGISTRATE CHASEZ

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS. 09-4676, 09-4677,
09-4678, 09-4679, 09-4680, 09-4681,
09-4682, 09-4683, 09-4684, 09-4685,
09-4686, 09-4687, 09-4688, 09-4689,
09-4690, 09-4691, 09-4692, 09-4693,
09-4694, 09-4695, 09-4696, 09-4697,
09-4698, 09-4699, 09-4700, 09-4701,
09-4702, 09-4703, 09-4704, 09-4705,
09-4706, 09-4707

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Ex Parte Motion for Extension of Time to Comply with Pretrial Order 40:

**IT IS ORDERED** that plaintiffs' Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the 45-day deadline for matching any unmatched plaintiff with a specific manufacturing defendant as specified in Pretrial

1

Order 40 that is represented by Robert C. Hilliard, Mikal C. Watts, et al, is extended so that any unmatched plaintiffs filed by the Watts Hilliard Group shall be given an additional 45 days to be matched with a specific manufacturing defendant (October 29, 2009). At the end of the extended 45 day period, counsel for plaintiffs shall notify the court of any plaintiffs which remain unmatched and the civil action number of the original complaint in which they were named.

New Orleans, Louisiana this 15th day of September, 2009.

**JUDGE KURT D. ENGELHARDT**

NO OTHER EXTENSIONS SHALL BE GRANTED.