UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach,
Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO FILE DOCUMENTS INTO RECORD

NOW INTO COURT, through undersigned counsel, comes the Plaintiff herein, and moves that this Honorable Court direct the Clerk of Court of the Eastern District of Louisiana, Honorable Loretta G. Whyte, to file into the record of the above referenced matter the Judgment issued from the Civil District Court for Orleans Parish and the Letters of Tutorship appointing Alana Alexander as the natural tutrix of the minor, Christopher Cooper.  For reasons more fully set forth in the attached memorandum, Plaintiff respectfully requests that this Court issue an Order as requested above.

Counsel for defendants Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. have been contacted and expressed no opposition to the instant motion.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
   ANTHONY BUZBEE, Texas # 24001820
   ROBERT M. BECNEL, #14072
   RAUL BENCOMO, #2932
   FRANK D'AMICO, JR., #17519
   MATT MORELAND, #24567
   LINDA NELSON, #9938
   DENNIS REICH, Texas #16739600
   MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on September _____, 2009, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to

all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          s/Justin I. Woods
                                          JUSTIN I. WOODS, # 24713