**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach,*
*Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**MEMORANDUM IN SUPPORT OF MOTION TO FILE**</u>
<u>**DOCUMENTS INTO RECORD**</u>

**MAY IT PLEASE THE COURT:**

     Plaintiff, Alana Alexander, individually and on behalf of her minor son, Christopher

Cooper, respectfully submits that the Judgment of Civil District Court for the Parish of Orleans,

the Honorable Rosemary Ledet, appointing her as natural tutrix of her son and the Letters of

Tutorship issued to her, should be made part of the official record of this matter and

appropriately docketed by the clerk of court.

     On June 4, 2009, Alana Alexander petitioned the Civil District Court for the Parish of

Orleans to be appointed as tutrix of her minor son, Christopher Cooper.  Such appointment was

necessary in order for Ms. Alexander to have the proper procedural capacity to participate on

behalf of her minor son in the instant litigation pursuant to Louisiana law.  On September 9,

2009, the Honorable Rosemary Ledet, Judge of Civil District Court for the Parish of Orleans

issued a Judgment[1] appointing Alana Alexander as the tutrix of her minor child, Christopher

Cooper, and ordered that letters of tutorship be issued to her.

The Letters of Tutorship[2] issued to Alana Alexander comport with the requirements of

FRCP 17 and as such, the Letters and Judgment issued should be made a part of the instant

record prior to any judgment being entered in this matter.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:     504/522-2304
      Facsimile:     504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:     504/522-2304
      Facsimile:     504/528-9973
      jwoods@gainsben.com

---

[1]Judgment attached as exhibit 1 - In Re: Tutorship of the minor, Christopher Cooper, Civil District Court for the Parish of Orleans, No. 09-5807, "N"

[2]Letters of Tutorship attached as exhibit 2.

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on September _____, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713