UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach,
Inc., et al, No. 09-2892*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

　　Considering the foregoing Motion and Memorandum;

　　IT IS ORDERED that the Judgment of the Civil District Court for the Parish of Orleans and the Letters of Tutorship issued to Alana Alexander appointing her as tutrix of her minor child, Christopher Cooper, shall be made a part of this Court's record in this matter and docketed appropriately by the Honorable Loretta G. Whyte, Clerk of Court.

　　NEW ORLEANS, LOUISIANA, this _____ day of September, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KURT D. ENGELHARDT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE