CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-5807                                                             DIVISION "N"

IN RE: TUTORSHIP OF THE MINOR,
CHRISTOPHER COOPER

FILED:_____                  _____
                                                  DEPUTY CLERK

**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Alana Alexander is appointed as tutrix of her minor child, Christopher Cooper, and that letters of tutorship be issued to her, and Maria Alexander is appointed undertutrix of the minor, Christopher Cooper, and that letters of undertutorship be issued to her.

New Orleans, Louisiana, this 9th day of September, 2009.

_____
JUDGE

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.



PLAINTIFF'S EXHIBIT
1

FORM 22 REV 9/03

# STATE OF LOUISIANA

## Civil District Court for the Parish of Orleans

### LETTERS OF TUTORSHIP

No. 09-5807                                                                 DIVISION "N"

Filed Sept 9, 20 09

_____ Deputy Clerk

This is to Certify, To all whom it may concern, that on the 4TH day of JUNE in the year of our Lord two thousand and NINE an application was made to the Honorable _____ the Judge of the Civil District Court for the Parish of Orleans, Division ____ by Alana Alexander praying that she might be admitted to take her oath as natural tutrix of the minor child, CHRISTOPHER COOPER

Now Know Ye, That the said ALANA ALEXANDER has been confirmed as natural tutrix of the aforesaid minor child and has, on the 9th day of September 2009, taken said oath as such, and has complied with all the other requisites of the law.

Witness our hand and the seal of said Court at the City of New Orleans, this 9th day of September in the year of our Lord two thousand and 09

_____ Judge

_____ Deputy Clerk

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

PLAINTIFF'S EXHIBIT
2