UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO: 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"
                                                              JUDGE ENGELHART
                                                              MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO ALL CASES

**************************************************************************

## ORDER

Considering the above and foregoing,

   IT IS ORDERED that plaintiffs be and are hereby GRANTED an extension of time in which to comply with Pretrial Order No. 40 pending the ruling on Plaintiffs' Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA by Magistrate Judge Chasez. NO OTHER EXTENSIONS SHALL BE GRANTED.

   New Orleans, Louisiana, this 15th day of September, 2009.

                                                          _____
                                                          KURT D. ENGELHARDT
                                                          UNITED STATES DISTRICT JUDGE