UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO: 1873

SECTION "N-5"
JUDGE ENGELHART
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO ALL CASES

**************************************************************************

## ORDER

Considering the above and foregoing,

IT IS ORDERED that plaintiffs be and are hereby GRANTED an extension of time in which to comply with Pretrial Order No. 40 pending the ruling on Plaintiffs' Motion to Compel the United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA by Magistrate Judge Chasez. NO OTHER EXTENSIONS SHALL BE GRANTED.

New Orleans, Louisiana, this  15th  day of  September , 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE