UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

Based on the representation from Plaintiffs' counsel, Mikal Watts, that Plaintiffs do not intend to call William D. Scott to testify,

**IT IS ORDERED** that **Gulf Stream Coach, Inc.'s Motion to Exclude the Expert testimony of William D. Scott (Rec. Doc. 3264)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of September, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**