UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to File Reply to Opposition to Gulf Stream Coach, Inc.'s Motion in Limine to Limit Opinions and Testimony of Alexis Mallet Based on Thermographic Imaging;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file its Reply to Opposition to Gulf Stream Coach, Inc.'s Motion *in Limine* to Limit Opinions and Testimony of Alexis Mallet Based on Thermographic Imaging.

**DENIED MOOT**

New Orleans, Louisiana, this 15th day of September, 2009.

_____
JUDGE