**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION "N-5"** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**

**CIVIL CASE NOS. 09-5328, 09-5327, 09-5326, 09-5330, 09-5329, 09-5333, 09-5331, 09-5332, 09-5334, 09-5335, 09-5325**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** through undersigned counsel, come certain Plaintiffs, who respectfully bring this Ex Parte Motion for Extension of Time to amend their complaints with the appropriate matching information. The Plaintiffs respectfully request an additional forty five days to be able to process and amend a large volume of matching information to be provided by the United States. As of date of filing, the Plaintiffs still have only received 14% of the matching information requested from the United States, and there is question as to the accuracy of what has been received. The deadline to complete the matching is September 17, 2009 and at this late date without any of the information yet, it will be nearly impossible to amend all the complaints in the forty five day time period.  As such, and for the reasons more fully articulated in the

1

attached memorandum in support, Plaintiffs respectfully pray that this honorable Court grant their Ex Parte Motion for Extension of Time.

           RESPECTFULLY SUBMITTED:

           **FRANK J. D'AMICO, JR., APLC**

           BY:s/Frank J. D'Amico
           FRANK J. D'AMICO, JR., T.A. (#17519)
           AARON Z. AHLQUIST (#29063)
           **FRANK J. D'AMICO, JR., APLC**
           622 Baronne Street
           New Orleans, LA 70113
           Telephone:   (504) 525-7272
           Fax:   (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

           s/Frank J. D'Amico
           FRANK J. D'AMICO, #17519