UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
09-5328, 09-5327, 09-5326,
09-5330, 09-5329, 09-5333, 09-5331, 09-5332,
09-5334, 09-5335, 09-5325,

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion

**IT IS ORDERED** that the Plaintiffs' Ex Parte Motion for Extension of Time is

GRANTED and the Extension of Time is hereby set.

THIS DONE the_____ day of _____, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGLEHARDT

1