### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N"(5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Tommie James Brock, et al.  v. CH2M HILL* | * | MAGISTRATE CHASEZ |
| *Constructors, Inc., et al.* | * | |
| *Civil Action No. 09-4941* | * | |
| | * | |

**************************************************************************

### NOTICE TO THE COURT PURSUANT TO PRE-TRIAL ORDER NO. 40
### OF PLAINTIFFS WHO REMAIN UNMATCHED

In compliance with Pre-trial Order No. 40 (hereinafter, "PTO 40") (Doc. 1781), the

undersigned hereby notifies the Court of the plaintiffs who remain unmatched to a specific

manufacturing defendant in the original complaint of "Tommie James Brock, et al. v. CH2M

HILL Constructors, Inc., et al. (Civ. Action No. 09-4941).

**1.**

Gladys M. Gordon on behalf of Monique A. Gordon and Jermain Wright remain

unmatched to a specific manufacturer.  Plaintiffs have requested an extension for time to

comply with PTO 40 for these plaintiffs. (Doc. 3294).  Counsel has submitted requests to

FEMA to facilitate matching each plaintiff to a specific manufacturer.  These requests have

been returned "unmatched."

Additionally, Counsel has, through the PSC, requested from FEMA the "Disaster" or

Individual/Assistance files pertaining to these clients.  Counsel believes these files contain

information that will facilitate in identifying the specific manufacturers.  However, the

Government has  refused to comply with the PSC's discovery request.   In turn, on August 6,

2009, the PSC filed a Motion to Compel the United States to Produce "Disaster" and/or

Individual Assistance Filed Maintained by FEMA (Doc. 2554) which is still pending before

Magistrate Judge Chasez.

**2.**

Taralee Deffes remains unmatched to a specific manufacturer. Undersigned Counsel

has attempted to contact Ms. Deffes numerous times by telephone, United States Postal and

electronic mail to request her assistance in identifying the specific manufacturer of her

emergency housing unit.  Counsel's attempts to contact Ms. Deffes have been unsuccessful.

Undersigned Counsel intends to withdraw as Counsel for Ms. Deffes.


Respectfully submitted,

   _/s/ Hugh P. Lambert_
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2009, I electronically filed the foregoing with

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I electronically mailed

the foregoing document and the notice of electronic filing to all counsel of record who are

non-CM/ECF participants.

*/s/ Hugh P. Lambert*

HUGH P. LAMBERT, #7933