THE UNITED STATES DISTRICT COURT

FOR THE EASTERNDISTRICT OF LOUISIANA

| | | |
|---|---|---|
| George Basile<br>together with all individuals and entities<br>whose names appear on the attached<br>"Exhibit A" | *<br>*<br>*<br>*<br>* | PLAINTIFFS UNMATCHED WITH<br>A SPECIFIC MANUFACTURING<br>DEFENDANT |
| versus | *<br>* | |
| Alliance Homes, Inc. d/b/a Adrian Homes,<br>American Camper Manufacturing, LLC,<br>d/b/a AMERI-CAMP, American Homestar<br>Corporation, Athens Park Homes, L.L.C.,<br>Cavalier Home Builders, LLC, Cavalier<br>Homes, Inc., Champion Enterprises, Inc.,<br>Champion Home Builders Co., Circle B<br>Enterprises, Inc., Coachmen Industries, Inc.,<br>Coachmen Recreational Vehicle Company,<br>LLC, Coachmen Recreational Vehicle<br>Company of Georgia, LLC, Clearspring<br>Conversions, Inc., CMH Manufacturing,<br>Inc., Del-Jen, Inc., Destiny Industries, LLC,<br>Dream R.V. Sales, Inc., DS Corp. d/b/a<br>CrossRoads RV, Dutch Housing, Inc., d/b/a<br>Champion Homes, Dutchmen Manufacturing,<br>Inc., Fairmont Homes, Inc., Forest River, Inc.,<br>Frontier RV, Inc., Giles Industries, Inc., Giles<br>Industries of Tazewell, Incorporated, Giles<br>Family Holding, Inc., Golden West Homes,<br>Gulf Stream Coach, Inc., Heartland<br>Recreational Vehicles, LLC, Homes of Merits,<br>Inc., Horton Homes, Inc., Hy-Line Enterprises,<br>Inc., Indiana Building Systems, LLC d/b/a<br>Holly Park, Integrity Midwest Inc., d/b/a US<br>Adventure RV, Jayco Enterprises, Inc., Jayco,<br>Inc. a/k/a Bottom Line RV, Keystone RV<br>Company, KZRV, LP, Lakeside Park Homes,<br>Inc., Layton Homes Corp., Lexington Homes,<br>Inc., Liberty Homes, Inc., Liberty RV &<br>Marine, Inc., Morgan Buildings & Spas, Inc., | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | DOCKET NO.  09-4762 |

Morgan Building Systems, Inc., Murillo          *
Modular Group, LTD, Northwood                   *
Manufacturing, Inc., Oak Creek Homes, LP,       *
Oak Creek Homes, Inc., Oak Creek Homes,         *
LLC, Palm Harbor Homes, Inc., Palm Harbor       *
Albermarle, LLC, Palm Harbor                    *
Manufacturing, Inc., Philips Products, Inc.,    *
Play'Mor Trailers, Inc., Project Resources,     *
Inc., Recreation By Design, LLC, Redman         *
Homes, Inc. f/k/a Dutch Homes, River Birch      *
Homes, Inc, and/or River Birch Homes, LLC,      *
Scotbilt Homes, Inc, Silver Creek Homes, Inc.,  *
Skyline Corporation, Southern Energy Homes,     *
Inc., Starcraft RV, Inc., Stewart Park Homes,   *
Inc., Sunray RV, LLC, Sun Valley, Inc., Sunline *
Acquisition Company LTD d/b/a Sunline Coach     *
Company, Sunnybrook R V, Inc., Superior         *
Homes, LLC, Thor Industries, Inc., Thor         *
California, Inc. d/b/a Thor Manufacturing,      *
Timberland RV Company d/b/a Adventure           *
Manufacturing, TL Industries, Inc., Townhomes,  *
LLC, Vanguard Industries of Michigan, Inc.,     *
(a/k/a Palomino RV), Waverlee Homes, Inc.,      *
Shaw Environmental, Inc., Fluor Enterprises,    *
Inc., CH2M Hill Constructors, Inc., American    *
International Specialty Lines, Gibraltar         *
Insurance Company, Insurance Company of         *
The State of PA, Lexington Insurance Company    *
Insurco, Ltd., Sentry Insurance, Crum &         *
Forster Specialty Insurance Company, Liberty    *
Insurance Corp., and Starr Excess Liability     *
Insurance Company, Ltd.                         *
                                                *

# ORDER

Considering the foregoing motion,

IT IS ORDERED that Pretrial Order #4 be and the same is hereby stayed as it

pertains to the plaintiff, Yvette Tur~~~~~ ~~~ ~~til such time as the defendants, Gulfstream and/or

**DENIED**

Shaw, appear in the state court litigation and either answer the state court petition or file their notice to remove the case to this Honorable Court.

New Orleans, Louisiana, this 15th day of September, 2009.

JUDGE