UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASE:

Linda Buckley, et al v. American Camper Manufacturing, LLC, d/b/a Ameri-Camp, et al, No. 09-4785

*FIRST MOTION FOR EXTENSION OF TIME*

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do respectfully request an additional thirty (30) days to receive information to match clients with defendant-manufacturers and file lawsuits on their behalf, all as more particularly outlined in the attached Memorandum in Support of Motion for Extension of Time.

WHEREFORE, Plaintiffs pray that they be granted an additional thirty (30) days to file Complaints for the newly-matched Plaintiffs with specific manufacturers.

By their attorneys:

J. MICHAEL VERON (#7570)
J. ROCK PALERMO III (#21793)
VERON, BICE, PALERMO & WILSON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA 70602
(337) 310-1600
(337) 310-1601 (FAX)
PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC 29402
(843) 577-9440

(843) 720-1777
SEAN K. TRUNDY
SEAN KEVIN TRUNDY, L.L.C.
P. O. BOX 41343
NORTH CHARLESTON, SC 29423
(843) 747-4424
(843) 747-4489


BY:  /s/    J. Rock Palermo III

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2009, a copy of the foregoing First Motion for Extension of Time was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

    /s/   J. Rock Palermo III