UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASE:

Linda Buckley, et al v. American Camper Manufacturing, LLC, d/b/a Ameri-Camp, et al, No. 09-4785

*MEMORANDUM IN SUPPORT OF*
*FIRST MOTION FOR EXTENSION OF TIME*

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do respectfully submit the following Memorandum in Support of the foregoing First Motion for Extension of Time.

On or about July 31, 2009, undersigned counsel filed a lawsuit containing approximately 7 claimants who were unable to identify the specific manufacturer of their respective temporary housing units. The lawsuit is as follows:

Linda Buckley, et al v. American Camper Manufacturing, LLC, d/b/a Ameri-Camp, et al, No. 09-4785

Undersigned counsel has attached an exhibit related to each such suit to the Notice in Compliance with Pre-Trial Order 40. Undersigned counsel has made numerous attempts to identify the manufacturer of the temporary housing units occupied by plaintiffs:

The above-referenced list contains approximately 30 claimants out of approximately 400 claimants represented by the law firms listed below.  For each of the names identified on Exhibit 1, undersigned counsel sent a request to F.E.M.A. including the name of the claimant, date of birth, social security number, and head of household, and trailer address, all when known, to

facilitate in matching each plaintiff to a specific manufacturer. On September 8, 2009, F.E.M.A., through its counsel, provided undersigned counsel with a list containing no heads of household matches.

In addition, undersigned counsel has contacted the plaintiffs referenced herein through numerous telephone calls and letters to have plaintiffs assist in identifying the specific manufacturer of their respective temporary housing units. Essentially all of the plaintiffs referenced herein cooperated in trying to obtain the identity of the manufacturer of their temporary housing unit and their F.E.M.A. identification number[1]. Relatively few were able to obtain the identity of the manufacturer of their temporary housing unit; however, virtually all of the plaintiffs referenced herein were able to obtain their F.E.M.A. identification number. As described above, undersigned counsel has submitted all of the foregoing information to F.E.M.A. to facilitate identifying the manufacturer of each temporary housing unit.

Pre-trial Order No. 40 provided that the forty-five day deadline for filing unmatched plaintiffs against their specific manufacturer was subject to an extension for good cause shown. Undersigned counsel avers that the due diligence detailed above constitutes good cause for extending the forty-five day deadline. Accordingly, Plaintiffs pray that they be granted an additional thirty (30) days to file Complaints for the newly matched Plaintiffs with specific manufacturers.

---

[1] The only plaintiffs who did not provide such assistance are those who undersigned counsel has been unable to contact despite numerous and diligent attempts to do so.

Respectfully submitted:


J. MICHAEL VERON (#7570)
J. ROCK PALERMO III (#21793)
VERON, BICE, PALERMO & WILSON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA 70602
(337) 310-1600
(337) 310-1601 (FAX)
PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC 29402
(843) 577-9440
(843) 720-1777
SEAN K. TRUNDY
SEAN KEVIN TRUNDY, L.L.C.
P. O. BOX 41343
NORTH CHARLESTON, SC 29423
(843) 747-4424
(843) 747-4489


BY:  /s/   J. Rock Palermo III

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2009, a copy of the foregoing Memorandum in Support of First Motion for Extension of Time was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

   /s/   J. Rock Palermo III