| CLIENT LAST NAME | CLIENT FIRST NAME | ADDRESS OF FEMA HOUSING UNIT | CITY | STATE | ZIPCODE |
|---|---|---|---|---|---|
| Buckley | Linda (For Rosemary Dougherty) | 1011 Sullivan Place | Pearl River | LA | 70452 |
| Weber | Ora Lee | 400 Russell Ave., PO Box 50 NAS JRB; 2300 General Maya | New Orleans | LA | 70143; 70114 |
| Ward | Canary | 34707 East Pine Hill Drive | Slidell | LA | 70458 |
| Ward | Tyrione | 34708 East Pine Hill Drive | Slidell | LA | 70458 |
| Ward | Tyrone | 34709 East Pine Hill Drive | Slidell | LA | 70458 |
| Ward | Tyrese | 34710 East Pine Hill Drive | Slidell | LA | 70458 |