UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASE:

Linda Buckley, et al v. American Camper Manufacturing, LLC, d/b/a Ameri-Camp, et al, No. 09-4785

### NOTICE PURSUANT TO PRE-TRIAL ORDER NO. 40
### TO THE COURT OF PLAINTIFFS WHO REMAIN UNMATCHED

In compliance with Pre-Trial Order No. 40 (Document 1781), the undersigned hereby notifies the Court of the Plaintiffs who remain unmatched with a specific manufacturing defendant and the civil action number of the original complaint in which each plaintiff was named.

1.

The claimants who remain unmatched for the litigation entitled "Linda Buckley, et al v. American Camper Manufacturing, LLC d/b/a Ameri-Camp, et al, No. 09-4785" are hereby identified in Exhibit 1.

2.

The above list contains thirty (30) claimants out of approximately 400 claimants represented by the law firms listed below. For each of the names identified on Exhbit 1, undersigned counsel sent a request to F.E.M.A. including the name of the claimant, date of birth, social security number, and head of household, and trailer address, all when known, to facilitate in matching each plaintiff to a specific manufacturer.

8.

On September 8, 2009, F.E.M.A., through its counsel, provided undersigned counsel with a list containing no heads of household matches.

9.

In addition, undersigned counsel has contacted the plaintiffs referenced herein through numerous telephone calls and letters to have plaintiffs assist in identifying the specific manufacturer of their respective temporary housing units.  Essentially all of the plaintiffs referenced herein cooperated in trying to obtain the identity of the manufacturer of their temporary housing unit and their F.E.M.A. identification number.[1]  Relatively few were able to obtain the identity of the manufacturer of their temporary housing unit; however, virtually all of the plaintiffs referenced herein were able to obtain their F.E.M.A. identification number.  As described above, undersigned counsel has submitted all of the foregoing information to F.E.M.A. to facilitate identifying the manufacturer of each temporary housing unit.

          Respectfully submitted,

              J. MICHAEL VERON (#7570)
              J. ROCK PALERMO III (#21793)
              VERON, BICE, PALERMO & WILSON, L.L.C.
              P. O. BOX 2125
              LAKE CHARLES, LA 70602
              (337) 310-1600
              (337) 310-1601 (FAX)
              PAUL A. DOMINICK
              RICHARD L. TAPP, JR
              DENNIS J. LYNCH
              NEXSEN PRUET, L.L.C.
              P. O. BOX 486
              CHARLESTON, SC 29402
              (843) 577-9440
              (843) 720-1777

---

[1] The only plaintiffs who did not provide such assistance are those who undersigned counsel has been unable to contact despite numerous and diligent attempts to do so.

        SEAN K. TRUNDY
        SEAN KEVIN TRUNDY, L.L.C.
        P. O. BOX 41343
        NORTH CHARLESTON, SC 29423
        (843) 747-4424
        (843) 747-4489


BY:  /s/  J. Rock Palermo III


## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2009, a copy of the foregoing Notice Pursuant to Pre-Trial Order No. 40 to the Court of Plaintiffs Who Remain Unmatched was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

        /s/   J. Rock Palermo III