UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASE:

Linda Buckley, et al v. American Camper Manufacturing, LLC, d/b/a Ameri-Camp, et al, No. 09-4785

*ORDER*

Considering the above and foregoing:

IT IS ORDERED that Plaintiffs be and they are hereby **GRANTED** an extension of time of thirty (30) days in which to comply with Pretrial Order No. 40 to match plaintiffs with a specific manufacturer.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE