UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Word, et al. v. Gulf Stream Coach, Inc.,*<br>*et al.,* No. 09-5937 | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC.'S
### CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") who respectfully submits the following certification in accordance with 28 U.S.C. § 1447(b):

(1) The following is a list of parties remaining in this action and their counsel of record:

    1. **Plaintiffs:** Barbara Word, Wilesha Butler, individually and on behalf of Demarcus Chavez, Jordan Chavez, Damien Hyde and Dea'Ja Hyde, Clemencia Calderon, Fannie Ferrand, individually and on behalf of the Estate of Adolph Ferrand, Marco Membreno, Clarence Johnson, Debra Bickham, individually and on behalf of the minor, Chloe Bickham, Clayton Johnson, Charles Johnson, on behalf of the Estate of Lisa Johnson, Michael Andrews, Alfred Bickham, Keyauka Butler, Noreen Butler, Janet Carter, Ruth Clark, Romanda Foster, Raynetta Haydel-Breaux, individually and on behalf of the minor, Danielle McKenna, Alana Franklin on behalf of the minors, Debriane Jackson, Eugene Jackson, Jr. and Lance Jackson, Damian LeBeaud, Dwannea Lawrence, Herman Moore, Jr., Valerie Myles, individually and on behalf of the minor, Laprincia Myles, Frank Nelson, III, Mary Nelson, Vance Overton, Emma Porter, Keisha Riley, individually and on behalf of the minor, Tylan Williams, Robin Bevins on behalf of the minor, Troylynn Roberts, Shirley Scott, John Seal, Jr., Patricia Thaggard, Edith Spears on behalf of Larry Walker, Charles Watts, III, Chonbriel Watts, Dwyane Williams and Eddie King, Jr.

        Gerald E. Meunier (La. #9471)
        Justin I. Woods (La. #24713)
        *Gainsburgh, Benjamin, David, Meunier*
        *& Warshauer, LLC*
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone: (504) 522-2304
        Fax: (504) 528-9973

        **Attorneys for Plaintiffs**

    2. **Defendant:** Shaw Environmental, Inc.

        M. David Kurtz (La. #23821)
        Karen Kaler Whitfield (La. #19350)
        Catherine N. Thigpen (La. #30001)
        *Baker Donelson Bearman Caldwell*
        *& Berkowitz, PC*
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana 70170

        Telephone:  (504) 566-5200
        Fax:  (504) 636-4000

        **Attorneys for Defendant Shaw Environmental, Inc.**

3.     **Defendant**:    Gulf Stream Coach, Inc.

        Andrew D. Weinstock (La. #18495)
        Joseph G. Glass (La. #25397)
        *Duplass, Zwain, Bourgeois,*
        *Pfister & Weinstock*
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700

        *and*

        Timothy D. Scandurro (La. #18424)
        Dewey M. Scandurro (La. #23291)
        *Scandurro & Layrisson*
        607 St. Charles Avenue
        New Orleans, LA 70130
        Telephone: (504) 522-7100

        **Attorneys for Defendant Gulf Stream Coach, Inc.**

(2)    Copies or electronic images of all records and proceedings occurring in the Civil District Court for Orleans Parish, State of Louisiana, Civil Action 09-7976 prior to removal, then known to Shaw, were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1) as follows, arranged by filing date:

    1.    Petition for Damages filed on or about July 31, 2009; and

    2.    Notice of Filing of Notice of Removal filed by Shaw Environmental, Inc. on August 28, 2009.

(3)    Copies of the returns on service of process filed in state court are attached hereto as Exhibit 1.

(4)  Attorneys for Shaw certify that to the best of their knowledge, the above constitutes the entire state court record.

(5)  No motions or exceptions were pending in this case in the Civil District Court for Orleans Parish before removal.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

_/s/ Catherine N. Thigpen_
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT, SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

_/s/ Catherine N. Thigpen_