ATTORNEY'S NAME: Woods, Justin 24713
AND ADDRESS: 3100 Poydras Street,
new orleans LA 70163

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2009 -- 07976    2

SECTION: 10 -- C

WORD, BARBARA   ET AL VERSUS GULF STREAM COACH, INC.   ET AL

## CITATION

TO: SHAW ENVIRONMENTAL, INC.

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION
5615 CORPORATE BOULEVARD, SUITE 400B

BATON ROUGE                LA   70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA  August 3, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____
_____ served a copy of the w/i petition
FOR DAMAGES

On
SHAW ENVIRONMENTAL, INC.

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION

Returned same day

No. _____
Deputy Sheriff of _____
Mileage: $_____

JWT   / ENTERED /
PAPER              RETURN
  1          /        01
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____
_____ served a copy of the w/i petition
FOR DAMAGES

On
SHAW ENVIRONMENTAL, INC.

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION

by leaving same at the dwelling house, or usual place of abode, in the hands of _____
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____
SHAW ENVIRONMENTAL, INC.
being absent from the domicile at time of said service.
Returned same day

No. _____
Deputy Sheriff of _____

VERIFIED
DSF
8/20/09

**EXHIBIT "1"**

(Stamps: AUG 12 2009; LISA WITTECH)