UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Buckley, et al. v. Gulf Stream Coach, Inc.,*<br>*et al.,* No. 09-6040 | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SHAW ENVIRONMENTAL, INC.'S
## CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") who respectfully submits the following certification in accordance with 28 U.S.C. § 1447(b):

(1) The following is a list of parties remaining in this action and their counsel of record:

    1.    **Plaintiffs:** Dwanyetta Buckley, Thelisa Burns, individually and on behalf of the minors, Thalisha Burns and Taniya Galmon, Joyce Whetstone, Timothy Whetstone, Mohammad Yatak, David Hawkins, Jr., Gloria Hawkins, Latoya Gathe, on behalf of the minor, Alexis Lawson, Freddie Robertson, III, Keith Savoie, Sr., Elliot Williams, Joseph Williams, Jr., Morgorine Williams, Ronald Wilson, Leon Burns, Elwyn Manego, Gladys Boudoin, Stephanie Hawkins, individually and on behalf of the minor Jordan McFarland.

    Gerald E. Meunier (La. #9471)
Justin I. Woods (La. #24713)
*Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC*
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Fax: (504) 528-9973

    **Attorneys for Plaintiffs**

    2.    **Defendant**: Shaw Environmental, Inc.

    M. David Kurtz (La. #23821)
Karen Kaler Whitfield (La. #19350)
Catherine N. Thigpen (La. #30001)
*Baker Donelson Bearman Caldwell & Berkowitz, PC*
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Fax: (504) 636-4000

    **Attorneys for Defendant Shaw Environmental, Inc.**

    3.    **Defendant**: Gulf Stream Coach, Inc.

    Andrew D. Weinstock (La. #18495)
Joseph G. Glass (La. #25397)
*Duplass, Zwain, Bourgeois,*

>*Pfister & Weinstock*
>3838 N. Causeway Boulevard, Suite 2900
>Metairie, Louisiana 70002
>Telephone: (504) 832-3700
>
>*and*
>
>Timothy D. Scandurro (La. #18424)
>Dewey M. Scandurro (La. #23291)
>*Scandurro & Layrisson*
>607 St. Charles Avenue
>New Orleans, LA 70130
>Telephone: (504) 522-7100
>
>**Attorneys for Defendant Gulf Stream Coach, Inc.**

(2) Copies or electronic images of all records and proceedings occurring in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Civil Action 676-204 prior to removal, then known to Shaw, were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1) as follows, arranged by filing date:

1. Petition for Damages filed on or about July 31, 2009; and
2. Notice of Filing of Notice of Removal filed by Shaw Environmental, Inc. on August 31, 2009.

(3) Copies of the returns on service of process filed in state court are attached hereto as Exhibit 1.

(4) Attorneys for Shaw certify that to the best of their knowledge, the above constitutes the entire state court record.

(5) No motions or exceptions were pending in this case in the 24th Judicial District Court for the Parish of Jefferson before removal.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**


_____/s/ Catherine N. Thigpen_____
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT, SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

_____/s/ Catherine N. Thigpen_____

4