(101) Citation: ISS PETITION FOR DAMAGES;                    090807-7674-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

DWANYETTA BUCKLEY, ET AL
versus
GULF STREAM COACH INC, SHAW ENVIRONMENTAL
INC

Case: 676-204    Div: "B"
P 1 DWANYETTA BUCKLEY

To: SHAW ENVIRONMENTAL INC
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION
5615 CORPORATE BLVD
SUITE 400B
BATON ROUGE, LA 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES
of which a true and correct copy accompanies this citation, or make an appearance either by filing a
pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) OR THIRTY (30) CALENDAR days after the service hereof, under
penalty of default.

This service was requested by attorney JUSTIN I. WOODS and was issued by the Clerk Of Court on
the 7th day of August, 2009.

Tamara V. Davis, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

———————————————— SERVICE INFORMATION ————————————————

(101) Citation: ISS PETITION FOR DAMAGES;                    090807-7674-4

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal      ___ Domiciliary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other

Service: $_____   Mileage: $_____   Total: $_____   #_____

Completed by:_____
                        Deputy Sheriff

Parish of:_____

IMAGED AUG 31 2009

EXHIBIT
"1"