ATTORNEY'S NAME: Woods, Justin 24713
AND ADDRESS: 1100 Poydras Street,
new orleans    LA  70163

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 -- 07987    1                                                SECTION:   14 -- I

PEMBRICK, CLIFFORD   ET AL VERSUS LIBERTY MUTUAL INSURANCE CORPORATION   ET AL

# CITATION

TO: SHAW ENVIRONMENTAL, INC.

THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION
5615 CORPORATE BLVD. SUITE 400B

BATON ROUGE                           LA   70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.

**COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    August 4, 2009    .

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA

Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the w/i petition FOR DAMAGES On SHAW ENVIRONMENTAL, INC. THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION Returned same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ | On this _____ day of _____ served a copy of the w/i petition FOR DAMAGES On SHAW ENVIRONMENTAL, INC. THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ SHAW ENVIRONMENTAL, INC. being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

/ ENTERED /
PAPER        RETURN
01           01
SERIAL NO.   DEPUTY   PARISH

RECEIVED
AUG 1 2 2009
SHERIFF'S OFFICE

**EXHIBIT "1"**