UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Roman, et al. v. Crum & Forster Specialty*<br>*Insurance Company, et al.,* No. 09-5938 | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SHAW ENVIRONMENTAL, INC.'S**
**CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1447(b)**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") who respectfully submits the following certification in accordance with 28 U.S.C. § 1447(b):

(1)     The following is a list of parties remaining in this action and their counsel of record:

    **1.**     **Plaintiffs:**     Ruby Roman, individually and on behalf of her minor child, Dezmond Roman

        Gerald E. Meunier (La. #9471)
        Justin I. Woods (La. #24713)
        Tara J. Gilbreath (La. #31741)
        *Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC*
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:  (504) 522-2304
        Fax:   (504) 528-9973

        **Attorneys for Plaintiffs**

    **2.**     **Defendant**:     Shaw Environmental, Inc.

        M. David Kurtz (La. #23821)
        Karen Kaler Whitfield (La. #19350)
        Catherine N. Thigpen (La. #30001)
        *Baker Donelson Bearman Caldwell & Berkowitz, PC*
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana 70170
        Telephone:  (504) 566-5200
        Fax:  (504) 636-4000

        **Attorneys for Defendant Shaw Environmental, Inc.**

    **3.**     **Defendant**:     Crum & Forster Specialty Insurance Company

    **4.**     **Defendant**:     Sentry Insurance Agency

(2)     Copies or electronic images of all records and proceedings occurring in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Civil Action 676-197 prior

to removal, then known to Shaw, were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1) as follows, arranged by filing date:

    1.    Petition for Damages filed on or about July 31, 2009; and

    2.    Notice of Filing of Notice of Removal filed by Shaw Environmental, Inc. on September 1, 2009.

(3)    Copies of the returns on service of process filed in state court are attached hereto as Exhibit 1.

(4)    Attorneys for Shaw certify that to the best of their knowledge, the above constitutes the entire state court record.

(5)    No motions or exceptions were pending in this case in the 24th Judicial District Court for the Parish of Jefferson before removal.

    Respectfully submitted,

    **BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

      /s/ Catherine N. Thigpen
    M. DAVID KURTZ (#23821)
    KAREN KALER WHITFIELD (#19350)
    CATHERINE N. THIGPEN (#30001)
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana 70170
    Telephone: (504) 566-5200
    Facsimile: (504) 636-4000

    **ATTORNEYS FOR DEFENDANT, SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

                                                /s/ Catherine N. Thigpen