(101) Citation: ISS PETITION FOR DAMAGES;

090804-6873-0

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

RUBY ROMAN, DEZMOND ROMAN
versus
CRUM AND FORSTER SPECIALTY INSURANCE CO,
SENTRY INSURANCE AGENCY, SHAW
ENVIRONMENTAL INC

Case: 676-197   Div: "A"
P 1 RUBY ROMAN

To: SHAW ENVIRONMENTAL INC
THROUGH AGENT FOR SERVICE
CT CORPORATION
5615 CORPORATE BLVD SUITE 400B
BATON ROUGE LA 70808

EBR# 073370 $29.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TARA J. GILBREATH and was issued by the Clerk Of Court on the 4th day of August, 2009.

Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

――――――――――――――――― SERVICE INFORMATION ―――――――――――――――――

(101) Citation: ISS PETITION FOR DAMAGES;

090804-6873-0

Received: _____   Served: _____   Returned: _____

Service was made:
___ Personal       ___ Domiciliary _____

Unable to serve:
___ Not at this address        ___ Numerous attempts ___ times
___ Vacant                     ___ Received too late to serve
___ Moved                      ___ No longer works at this address
___ No such address            ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by: _____
                Deputy Sheriff
Parish of: _____

I made service by tendering a copy of this document to CT Corporation of East Baton Rouge, Louisiana AUG 13 2009 — LISA UTTECH

RECEIVED AUG - - 2009 E.B.R. SHERIFF'S OFFICE

IMAGED SEP 2009

**EXHIBIT "1"**