(101) Citation: ISS PETITION FOR DAMAGES;        090817-9119-7

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

KIM SIVERIO
  versus
CRUISER RV LLC, SHAW ENVIRONMENTAL INC

Case: 676-206    Div: "A"
P 1 KIM SIVERIO

To: SHAW ENVIRONMENTAL INC
THROUGH AGENT FOR SERVICE
-CT CORPORATION
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

EBR# 073363 $29.36



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TARA J. GILBREATH and was issued by the Clerk Of Court on the 17th day of August, 2009.

Dezerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES;        090817-9119-7

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal    ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts ___ times
___ Vacant    ___ Received too late to serve
___ Moved    ___ No longer works at this address
___ No such address    ___ Need apartment / building number
___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____
           Deputy Sheriff
Parish of:_____

**EXHIBIT "1"**