ATTORNEY'S NAME:  Gilbreath, Tara   31741
AND ADDRESS:      2800 Energy Center,  1100 Poydras st
                  New orleans           70163

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2009 – 07983          1                    SECTION:    6 – L

EBARB, LINDA    ET AL VERSUS GULF STREAM COACH, INC.   ET AL

## C I T A T I O N

TO: SHAW ENVIRONMENTAL, INC.

    THROUGH:  ITS AGENT FOR SERVICE OF PROCESS
    CT CORPORATION
    5615 CORPORATE BLVD., SUITE 400B
    BATOON ROUGE                    LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
ADDITIONAL INFORMATION
Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer
Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.
If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you
may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA _____August 3, 2009_____ .

Clerk's Office,  Room 402, Civil Courts Building,                    DALE N. ATKINS,  Clerk of
421 Loyola Avenue                                                   The Civil District Court
New Orleans,  LA                                                    for the Parish of Orleans
                                                                   State of LA
                                                                   by _____
                                                                          Deputy Clerk

_____

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| served a copy of the w/i petition | _____ served a copy of the w/i petition |
| FOR DAMAGES | FOR DAMAGES |
| On _____ | On _____ |
| SHAW ENVIRONMENTAL, INC. | SHAW ENVIRONMENTAL, INC. |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ |
| | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating  HIM  /  HER  the said _____ |
| | SHAW ENVIRONMENTAL, INC. |
| Returned  same  day          No. | |
| Deputy Sheriff of _____ | being absent from the domicile at time of said serv Returned  same  day        No. |
| Mileage:  $ _____ | Deputy Sheriff of _____ |
| _____ / ENTERED / _____ | |
| PAPER                    RETURN | |
| SERIAL NO.     DEPUTY     PARISH | |

AUG 11 2009

RECEIVED

EXHIBIT "1"