ATTORNEY'S NAME: Woods, Justin 24713
AND ADDRESS: 1100 Poydras Street,
new orleans   LA 70163

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 -- 07974   2                                           SECTION:   8 -- N

LEWIS, JAMES III   ET AL VERSUS GULF STREAM COACH, INC.   ET AL

## CITATION

TO: SHAW ENVIRONMENTAL, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION
5615 CORPORATE BLVD., SUITE 400 B
BATON ROUGE                            LA

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

**COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA _____ July 31, 2009 _____.

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____
served a copy of the w/i petition
FOR DAMAGES

On _____
SHAW ENVIRONMENTAL, INC.

THROUGH: ITS AGENT FOR SERVICE OF PROCESS

Returned same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $ _____

JWT  / ENTERED /
PAPER                    RETURN
___ /  ___  /  D1
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____
served a copy of the w/i petition
FOR DAMAGES

On
SHAW ENVIRONMENTAL, INC.

THROUGH: ITS AGENT FOR SERVICE OF PROCESS

by leaving same at the dwelling house, or usual place of abode, in the hands of _____
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____
SHAW ENVIRONMENTAL, INC.
being absent from the domicile at time of said service.
Returned same day
_____ No. _____
Deputy Sheriff of _____

EXHIBIT "1"