(101) Citation: ISS PETITION FOR DAMAGES ;    090811-8234-8

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

DON MANSION, DON JANAE MANSION, SHANAYA MANSION, SHONETT MANSION, SHACORIA WILSON, CARLOS REYES
versus
FOREST RIVER INC, SHAW ENVIRONMENTAL INC

Case: 676-201   Div: "C"
P 1 DON MANSION

2009 AUG 27 AM 11:06
CODED FILED FOR RECORD

To: SHAW ENVIRONMENTAL INC
THROUGH AGENT FOR SERVICE
CT CORPORATION
5615 CORPORATE BLVD SUITE 400B
BATON ROUGE LA 70808

EBR# 001989 $29.

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney JUSTIN I. WOODS and was issued by the Clerk Of Court on the 11th day of August, 2009.

Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES ;    090811-8234-8

Received:_____    Served:_____    Returned:_____

Service was made:
___ Personal    ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts ___ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____
                  Deputy Sheriff
Parish of:_____


RECEIVED
AUG — 2009
E.B.R. SHERIFF'S OFFICE

IMAGED AUG 31 2009

**EXHIBIT "1"**