(101) Citation: ISS CIT & PETITION FOR DAMAGES;   090813-8561-0

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

CHRISTINA BEAN, CLYDE BEAN, MEGHAN BEAN,
SPENCER BEAN, CHRISTIANNE MCDAVITT
versus
GULF STREAM COACH INC, SHAW ENVIRONMENTAL INC

Case: 676-202   Div: "L"
P 1 CHRISTINA BEAN

To: SHAW ENVIRONMENTAL INC
THROUGH AGENT-CT CORPORATION
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

CK#073365-$29.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TARA J. GILBREATH and was issued by the Clerk Of Court on the 13th day of August, 2009.

Patricia Ann Moore, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

FILED FOR RECORD
2009 AUG 26 AM 10:41
DEPUTY CLERK
PARISH OF JEFFERSON, L.

SERVICE INFORMATION CODED

(101) Citation: ISS CIT & PETITION FOR DAMAGES;   090813-8561-0

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal   ___ Domiciliary _____

Unable to serve:
___ Not at this address   ___ Numerous attempts ___ times
___ Vacant                ___ Received too late to serve
___ Moved                 ___ No longer works at this address
___ No such address       ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____
                Deputy Sheriff
Parish of: _____

IMAGED AUG 26 2009

**EXHIBIT "1"**