UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : : | MDL NO. 2:07-MD-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : : | JUDGE ENGELHARDT |
| *Umbehagen, et al, v. Alliance Homes, et al, 09-4844 (E.D. La.)* | : : | MAGISTRATE JUDGE CHASEZ |

### CORPORATE DISCLOSURE STATEMENT
### OF INDIANA BUILDING SYSTEMS, L.L.C.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6, Indiana Building Systems, L.L.C., hereby submits the following corporate disclosure statement:

Indiana Building Systems, L.L.C. is 100% owned by Pleasant Street Homes, LLC. No public companies have a stake in Pleasant Street Homes, L.L.C., or Indiana Building Systems, L.L.C.

Dated: September 16, 2009

        RESPECTFULLY SUBMITTED,

        BREAZEALE, SACHSE & WILSON, L.L.P.
        One American Place, 23rd Floor
        Post Office Box 3197
        Baton Rouge, Louisiana 70821-3197
        Telephone: 225-387-4000
        Fax: 225-381-8029

        /s/ Jennifer D. Sims
        David R. Kelly, T.A. (#1457)
        Jennifer D. Sims (#31144)
        *Counsel for Indiana Building Systems, L.L.C.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | : | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE PRODUCT | : | |
| LIABILITY LITIGATION | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *Umbehagen, et al, v. Alliance Homes, et al,* | : | |
| *09-4844 (E.D. La.)* | : | MAGISTRATE JUDGE CHASEZ |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2009, a copy of the foregoing Corporate Disclosure Statement has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all court-appointed liaison counsel.

/s/ Jennifer D. Sims
Jennifer D. Sims

2

881262.1