UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *Rabalais, et al, v. Alliance Homes, et al,* *09-4845 (E.D. La.)* | : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

## CORPORATE DISCLOSURE STATEMENT
## OF INDIANA BUILDING SYSTEMS, L.L.C.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6, Indiana Building Systems, L.L.C., hereby submits the following corporate disclosure statement:

Indiana Building Systems, L.L.C. is 100% owned by Pleasant Street Homes, LLC. No public companies have a stake in Pleasant Street Homes, L.L.C., or Indiana Building Systems, L.L.C.

Dated: September 16, 2009

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

/s/ Jennifer D. Sims
David R. Kelly, T.A. (#1457)
Jennifer D. Sims (#31144)
*Counsel for Indiana Building Systems, L.L.C.*

881261.1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | : | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE PRODUCT | : | |
| LIABILITY LITIGATION | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *Rabalais, et al, v. Alliance Homes, et al,* | : | |
| *09-4845 (E.D. La.)* | : | MAGISTRATE JUDGE CHASEZ |

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2009, a copy of the foregoing Corporate Disclosure Statement has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all court-appointed liaison counsel.

/s/ Jennifer D. Sims
Jennifer D. Sims

2

881261.1