UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *Mackles, et al, v. Alliance Homes, et al, 09-4843 (E.D. La.)* | : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

### CORPORATE DISCLOSURE STATEMENT OF INDIANA BUILDING SYSTEMS, L.L.C.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6, Indiana Building Systems, L.L.C., hereby submits the following corporate disclosure statement:

Indiana Building Systems, L.L.C. is 100% owned by Pleasant Street Homes, LLC. No public companies have a stake in Pleasant Street Homes, L.L.C., or Indiana Building Systems, L.L.C.

Dated: September 16, 2009

                                        RESPECTFULLY SUBMITTED,

                                        BREAZEALE, SACHSE & WILSON, L.L.P.
                                        One American Place, 23rd Floor
                                        Post Office Box 3197
                                        Baton Rouge, Louisiana 70821-3197
                                        Telephone: 225-387-4000
                                        Fax: 225-381-8029

                                        /s/ Jennifer D. Sims
                                        David R. Kelly, T.A. (#1457)
                                        Jennifer D. Sims (#31144)
                                        *Counsel for Indiana Building Systems, L.L.C.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : : | JUDGE ENGELHARDT |
| *Mackles, et al, v. Alliance Homes, et al, 09-4843 (E.D. La.)* | : : | MAGISTRATE JUDGE CHASEZ |

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2009, a copy of the foregoing Corporate Disclosure Statement has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all court-appointed liaison counsel.

/s/ Jennifer D. Sims
Jennifer D. Sims

2

881259.1