UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-4840; 09-4841
09-4842; 09-4843; 09-4844; 09-4845

## ORDER

**IT IS ORDERED** that the **First Motion for Extension of Time (Rec. Doc. 3267)** is **DENIED as MOOT**. Please see Rec. Doc. 3324, which applies to all cases.

New Orleans, Louisiana, this 16th day of September, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**