UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                           SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-4941

## ORDER

**IT IS ORDERED** that the **Plaintiffs' Motion for Extension of Time to Comply With Pretrial Order No. 40 (Rec. Doc. 3294)** is **DENIED as MOOT.** Please see Rec. Doc. 3324, which applies to all cases.

    New Orleans, Louisiana, this 16th day of September, 2009.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**