UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case Nos.  
**09-5328, 09-5327, 09-5326, 09-5330, 09-5329,**  
**09-5333, 09-5331, 09-5332, 09-5334, 09-5335,**  
**09-5325**

## ORDER

**IT IS ORDERED** that the **Ex Parte Motion for Extension of Time (Rec. Doc. 3328)** is **DENIED as MOOT.** Please see Rec. Doc. 3324, which applies to all cases.

New Orleans, Louisiana, this 16th day of September, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**