UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-4785

## ORDER

**IT IS ORDERED** that the **First Motion for Extension of Time (Rec. Doc. 3331)** is **DENIED as MOOT.**  Please see Rec. Doc. 3324, which applies to all cases.

New Orleans, Louisiana, this 16th day of September, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**