UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Memorandum;

IT IS ORDERED that the Judgment of the Civil District Court for the Parish of Orleans and the Letters of Tutorship issued to Alana Alexander appointing her as tutrix of her minor child, Christopher Cooper, shall be made a part of this Court's record in this matter and docketed appropriately by the Honorable Loretta G. Whyte, Clerk of Court.

NEW ORLEANS, LOUISIANA, this  16th  day of September, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE