**LAMBERT & NELSON**
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 15  PM 4:11
(504) 581-1750
(FAX (504) 529-2931

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date:  September 15, 2009

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION: N (5)

RELATES TO CIVIL ACTION NO. 07-5709

Dear Sir or Madam:

Please ISSUE summons on the THIRD SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES to the following:

1.  SHAW ENVIRONMENTAL, INC.
    **through its registered agent for service:**
    CT Corporation System
    5615 Corporate Blvd., Suite 400 B
    Baton Rouge, LA 70808

2.  CRUM & FORSTER SPECIALTY INSURANCE COMPANY
    **through:**
    the Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

3.  SENTRY INSURANCE A MUTUAL COMPANY
    **through:**
    the Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

Fee
Process
X Dktd.
CtRmDep.
Doc. No.

-1-

4.      THE UNITED STATES OF AMERICA
**through:**
U.S. Attorney's Office, Eastern District of Louisiana
500 Poydras Street, Room B210
New Orleans, LA 70130
**And through:**
U.S. Attorney General, Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
**And through:**
the Federal Emergency Management Agency
Office of the Director, Office of General Counsel
500 C Street, SW
Washington, D.C. 20472

Very truly yours,

_____

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ.  (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931