MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 14, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                  MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL                         SECTION "N"
CASES

## JUDGE KURT D. ENGELHARDT PRESIDING

**MONDAY, SEPTEMBER 14, 2009 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (A.M.); Jodi Simcox (P.M.)

APPEARANCES: For Plaintiffs:  Gerald Meunier, Anthony Buzbee, Mika Watts, and
                            Robert  Hilliard
              For Defendant, Gulf Stream: Andrew Weinstock, Joseph Glass and
                            Timothy Scandurro
              For Defendant, Fluor Enterprises: Chris Pinedo, Richard Sherburne, and
                            Sonia Mallett

---

**BELLWETHER JURY TRIAL I :(Gulfstream Bellwether Trial)**
 *(PLAINTIFF, ALANA ALEXANDER, individually and on behalf of CHRISTOPHER
COOPER  v.  GULF STREAM COACH, INC. AND FLOUR ENTERPRISES. INC.)*
**(REF: 09-2892)**

At a conference held with counsel before trial, the following Rec. Doc. Nos. 3215, 3238, 3249,
3250, and 3261 were ruled on and are disposed of as expressed in the transcript.
NOTICE OF REMOVAL OF EXHIBITS DISTRIBUTED.
All present and ready.
Jury called, sworn on Oath of Voir Dire. Out of jury's hearing.
Counsel for Plaintiffs orally makes Batson Challenge and offers twenty-nine (29) questionnaires
as exhibit Pltf.-Batson Challenge Exhibit- 1 in globo - ADMITTED.
ORDERED that the Batson Challenge is ORDERED GRANTED IN PART AND DENIED IN
PART.  Returned to jury's hearing.
Jury being found acceptable, sworn on Oath to Truly Try Case (Nine jurors chosen).



Page 2
Trial Minutes
MDL 1873
September 14, 2009

On motion parties, witnesses sequestered.
Exhibits admitted.
Stipulations read into the record by the Court.
Opening statements made by all counsel.
Plaintiffs' witnesses: Erika Alexander, sworn and testifies.
                   Dr. Gerald McGwin, Jr., sworn and testifies.
                   Dr. Christopher DeRosa, testimony by videotape.
Jury excused.
    ***Daubert* Hearing** on Motion of Defendant in Limine to Exclude Expert Testimony of
       Patricia  M. Williams (Rec. Doc. No. 2834):
       Plaintiffs calls: Dr. Patricia M. Williams, sworn and testifies.
       Exhibits admitted.
       **IT IS ORDERED** that the remaining issue in above motion (rec. doc. no. 2834) is
       **DENIED**.
Trial continued to Tuesday, September 15, 2009 at 8:30 a.m.
Court adjourns.

JS-10: 9:35