AO 187 (Rev. 4/82) Case 2:07-md-01873-KDE  EXHIBIT AND WITNESS LIST  Document 3385  Filed 09/14/09  Page 1 of 1

| | | | | |
|---|---|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIAB. LIT. | VS. | | DISTRICT COURT Eastern District of Louisiana | |
| PLAINTIFF'S ATTORNEY<br>Gerald Meunier | DEFENDANT'S ATTORNEY<br>Andrew Weinstock | | DOCKET NUMBER<br>MDL 1873 "N"<br><br>Daubert Hearing<br>9/14/09 | |
| PRESIDING JUDGE<br>Kurt D. Engelhardt | COURT REPORTER<br>Jodi Simcox | | COURTROOM DEPUTY<br>P. Radosta | |

P-Daubert Exhibits

| | DATE OFFERED | MKD | ADM | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1 | 9/14/09 | x | x | List of cases |
| 2 | " | x | x | Opinion in Whitfield case dated 7/23/07 |
| 3 | " | x | x | References relied on |
| 4 | " | x | x | Case-control studies by Dr. Patricia Williams |
| 5 | " | x | x | Modern Epidemiology- Causation |
| 6 | " | x | x | Design of Experiments by Fisher |
| 7 | " | x | x | Causal Evidence of Carcinogenicity |