OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 16  AM 11: 05

LORETTA G. WHYTE
CLERK

Date: September 16, 2009

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
MDL NO. 1873

RELATES TO: CASE NO. 09-3604

Case No. _____ Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the 1st Amended COMPLAINT FOR DAMAGES to the following:

1. MLU Services, Inc.
   through its Corporate Headquarters
   William L. Ulm and Marcia L. Ulm
   578 Hawthorne Ave.
   Athens, GA 30606



Doc # 2838