ATTORNEY'S NAME: Woods, Justin   24713
AND ADDRESS:        1100 poydras street,
                             new orleans   LA 70163

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:     2009 -- 07989       1                                    SECTION:      8 -- N

JARREAU, DONALD   ETAL versus AMERICAN INTERNATIONAL GROUP, INC.  ETAL

## C I T A T I O N

TO:  SHAW ENVIRONMENTAL, INC.

THROUGH:  ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION
5616 CORPORATE BLVD., SUITE 400 B
BATON ROUGE                        LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                            ADDITIONAL INFORMATION                              *
*  Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer    *
*  Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association. *
*  If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you  *
*  may call 529 - 1000 for more information.                                               *
*  COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF,  I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA      July 31, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS,  Clerk of
The Civil District Court
for the Parish of Orleans
State of  LA
by _____
                              Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| served a copy of the w/i petition | served a copy of the w/i petition |
| FOR DAMAGES | FOR DAMAGES |
| On | On |
| SHAW ENVIRONMENTAL, INC. | SHAW ENVIRONMENTAL, INC. |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS |

by leaving same at the dwelling house, or usual place of
abode, in the hands of _____
a person of suitable age and discretion residing therein as
a member of the domiciliary establishment, whose name
and other facts connected with this service I learned by
interrogating  HIM / HER the said _____
SHAW ENVIRONMENTAL, INC.

Returned  same  day
                                            No. _____

Deputy Sheriff of _____

Mileage: $ _____

being absent from the domicile at time of said service.
Returned  same  day
                                            No. _____

Deputy Sheriff of _____

| J W T | / ENTERED / | |
|---|---|---|
| PAPER | | RETURN |
| I | | 01 |
| SERIAL NO. | DEPUTY | PARISH |

AUG 12 2009

EXHIBIT
"1"