# Exhibit A
# List Of Cases in Which Athens is Named as a Defendant

| | | |
|---|---|---|
| 1) | 1873-ALM-2-2009-743 | Menard v. Alliance Homes, Inc., et al. |
| 2) | 1873-ALM-3-2009-742 | Fincher, et al. v. Alliance Homes, Inc., et a |
| 3) | 1873-ALN-2-2009-1569 | Rodriguez v. Alliance Homes, Inc., et al. |
| 4) | 1873-ALS-1-2009-497 | Fincher, et al. v. Alliance Homes, Inc., et a |
| 5) | 1873-LAM-3-2009-539 | Annis, et al. v. Alliance Homes, Inc., et al. |
| 6) | 1873-LAM-3-2009-560 | Buford, et al. v. Alliance Homes, Inc., et al |
| 7) | 1873-LAM-3-2009-562 | Avants, et al. v. Alliance Homes, Inc., et al |
| 8) | 1873-LAM-3-2009-565 | Hunter, et al. v. Gulf Stream Coach, Inc., et |
| 9) | 1873-LAM-3-2009-569 | Allen, et al. v. Gulf Stream Coach, Inc., et |
| 10) | 1873-LAM-3-2009-570 | Adams, et al. v. Gulf Stream Coach, Inc., et |
| 11) | 1873-LAM-3-2009-571 | Autman, et al. v. Gulf Stream Coach, Inc., et |
| 12) | 1873-LAM-3-2009-572 | Dixon, et al. v. Gulf Stream Coach, Inc., et |
| 13) | 1873-LAM-3-2009-590 | Adams, et al. v. Alliance Homes, Inc., et al. |
| 14) | 1873-LAM-3-2009-598 | Ball, et al. v. Alliance Homes, Inc., et al. |
| 15) | 1873-LAM-3-2009-601 | Alexander, et al. v. Alliance Homes, Inc., et |
| 16) | 1873-LAM-3-2009-603 | Hernandez, et al. v. Alliance Homes, Inc., et |
| 17) | 1873-LAM-3-2009-607 | Benjamin, et al. v. Alliance Homes, Inc., et |
| 18) | 1873-LAW-1-2009-1328 | Gras, et al. v. Alliance Homes, Inc., et al. |
| 19) | 1873-LAW-5-2009-1326 | Durham, et al. v. Alliance Homes, Inc., et al |
| 20) | 1873-LAW-6-2009-1320 | Buras, et al. v. Alliance Homes, Inc., et al. |
| 21) | 1873-MSS-1-2009-626 | Bostic, et al. v. Alliance Homes, Inc., et al |
| 22) | 1873-MSS-2-2009-160 | Boteler, et al. v. Alliance Homes, Inc., et a |

| | | |
|---|---|---|
| 23) | 1873-MSS-3-2009-486 | Pelas v. Alliance Homes, Inc., et al. |
| 24) | 2:09-cv-03745-KDE-ALC | Ball v. Frontier RV, Inc. et al |
| 25) | 2:09-cv-03948-KDE-ALC | Bruno v. Athens Park Homes, L.L.C. et al |
| 26) | 2:09-cv-05277-KDE-ALC | Johnson et al v. Athens Park Homes, L.L.C. et al |
| 27) | 2:09-cv-05443-KDE-ALC | Riley et al v. Alliance Homes, Inc. et al |
| 28) | 2:09-cv-05660-KDE-ALC | Laurant et al v. Athens Park Homes, L.L.C. |
| 29) | 2:09-cv-04844-KDE-ALC | Umbehagen et al v. Alliance Homes, Inc. et al |
| 30) | 2:09-cv-04845-KDE-ALC | Rabalais et al v. Alliance Homes, Inc. et al |
| 31) | 2:09-cv-04843-KDE-ALC | Mackles et al v. Alliance Homes, Inc. et al |
| 32) | 2:09-cv-04842-KDE-ALC | Gabourel et al v. Alliance Homes, Inc. et al |
| 33) | 2:09-cv-04841-KDE-ALC | Adams et al v. Alliance Homes, Inc. et al |
| 34) | 2:09-cv-04840-KDE-ALC | Cacioppo et al v. Alliance Homes, Inc. et al |