## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO: 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"
                                              JUDGE ENGELHART
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO :
*Diana Bell, et al v. Keystone RV Company, et al*
*No. 09-2967*

**************************************************************************

## NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute Bellwether Plaintiff in

the above-captioned matter is hereby set for hearing on the 7th day of October at 9:30 o'clock

a..m.

New Orleans, Louisiana, this _____ day of _____, 2009.


                              _____
                               KURT D. ENGELHARDT
                              UNITED STATES DISTRICT JUDGE