UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO: 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHART<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO :
*Diana Bell, et al v. Keystone RV Company, et al*
*No. 09-2967*

******************************************************************************

### ORDER

Considering the above and foregoing,

    IT IS ORDERED that Plaintiff's Motion to Substitute Bellwether Plaintiff is hereby GRANTED.

    New Orleans, Louisiana, this _____ day of _____, 2009.

                                                    _____
                                                    KURT D. ENGELHARDT
                                                    UNITED STATES DISTRICT JUDGE