UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER             * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS  * | |
| LIABILITY LITIGATION          * | SECTION "N" (5) |
| * | |
| * | |
| THIS DOCUMENT IS RELATED TO   * | JUDGE ENGELHARDT |
| * | |
| THIS DOCUMENT IS RELATED TO:  * | MAGISTRATE CHASEZ |
| * | |
| *Bell, et al. v. Keystone RV Company, et al.*   * | |
| *No. 09-2967*                              * | |
| * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S MOTION TO SUBSTIUTE BELLWETHER PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Plaintiff Diana Bell, who hereby respectfully suggests to this Court that it is both necessary and appropriate given the impending trial deadlines to expedite consideration by this Court of Plaintiff's Motion to Substitute Bellwether Plaintiff.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973

gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on September 17, 2009.

 s/Justin I. Woods
JUSTIN I. WOODS, # 24713