UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | MAGISTRATE CHASEZ |
| | * | |
| *Bell, et al. v. Keystone RV Company, et al.* | * | |
| *No. 09-2967* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Considering the above and foregoing,

IT IS ORDERED that Plaintiff's Motion for Expedited Hearing on its Motion to Substitute Bellwether Plaintiff is hereby GRANTED. Plaintiff's Motion to Substitute Bellwether Plaintiff will be heard on the _____ day of September, 2009.

New Orleans, Louisiana, this _____ day of _____, 2009.

                              _____

                              KURT D. ENGELHARDT
                              UNITED STATES DISTRICT JUDGE