UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

This document is related to:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*
*Civil Action No. 07-9228*
*(Elisha Dubuclet obo Timia Dubuclet v.*
*Fleetwood, et al)*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXPEDITED HEARING BY DEFENDANT,
FLUOR ENTERPRISES, INC TO FILE A MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Fluor Enterprises, Inc, ("FEI") who respectfully suggests to the Court that it is both necessary and appropriate given the impending deadline of September 18, 2009 to respond to written discovery and to provide expert reports to expedite consideration by this Court of the Motion for Extension of time because FEI is currently participating in trial in the Alexander matter in front of this Court. This Court's next available hearing on civil motions is October 7, 2009. Defendant herein

1

respectfully requests that the Motion for Extension of time filed on behalf of FEI be set expeditiously for hearing by this Court as soon as counsel can be heard.

WHEREFORE, Fluor Enterprises, Inc. prays that its Expedited Hearing on the Motion for Extension for expert reports and written discovery be granted.

    Respectfully submitted,

    MIDDLEBERG, RIDDLE & GIANNA

    _____
    Charles R. Penot, Jr. (La. Bar No. 1530 &
    Tx. Bar No. 24062455)  **T.A.**
    717 North Harwood, Suite 2400
    Dallas, Texas 75201
    Telephone: (214) 220-6334
    Facsimile: (214) 220-6807

        -and-

    Dominic J. Gianna, La. Bar No. 6063
    Sarah A. Lowman, La. Bar No. 18311
    201 St. Charles Avenue, Suite 3100
    New Orleans, Louisiana 70170
    Telephone: (504) 525-7200
    Facsimile: (504) 581-5983

        -and-

    Richard A. Sherburne, Jr., La. Bar No. 2106
    450 Laurel Street, Suite 1101
    Baton Rouge, Louisiana 70801
    Telephone: (225) 381-7700
    Facsimile: (225) 381-7730

    **Attorneys for Fluor Enterprises, Inc.**

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 17, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants.

                                              */s/ Charles R. Penot, Jr.*

ND: 4845-6155-9300, v. 1