UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | 07-md-1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

This document is related to:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*
Civil Action No. 07-9228
*(Elisha Dubuclet obo Timia Dubuclet v. Fleetwood, et al)*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

Considering the foregoing motion, Motion for Expedited Hearing on Motion for Extension of Time filed by Fluor Enterprises, Inc.

**IT IS ORDERED** that Fluor Enterprises, Inc.'s Motion for Expedited Hearing is granted that the Motion for Extension of Time be set for hearing on the \_\_\_\_ day of _____ 2009 at _____ o'clock a.m.

This \_\_\_\_ day of September, 2009, New Orleans, Louisiana.

_____
ALMA CHASEZ
CHIEF MAGISTRATE JUDGE

ND: 4817-0949-8116, v. 1