UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*
*Civil Action No. 07-9228*
*(Elisha Dubuclet obo Timia Dubuclet v.*
*Fleetwood, et al)*
**************************************************************************

### FLUOR ENTERPRISES, INC.'S MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Fluor Enterprises, Inc, ("FEI"), who respectfully moves this Court for a short continuance and extension of time to file expert reports and responses to written discovery propounded by Plaintiffs until October 2, 2009.

**WHEREFORE**, Fluor Enterprises, Inc. prays that the Court execute the Proposed Order granting an extension of time to file expert reports and responses to written discovery.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

  /s/ *Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400

        Dallas, Texas 75201
        Telephone: (214) 220-6334
        Facsimile:  (214) 220-6807

         *-and-*

        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        Telephone: (504) 525-7200
        Facsimile: (504) 581-5983

         *-and-*

        Richard A. Sherburne, Jr., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        Telephone: (225) 381-7700
        Facsimile: (225) 381-7730

        **Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

  I hereby certify that on September 17, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants.

              */s/  Charles R. Penot, Jr..*

ND: 4845-4248-8068, v.  1