UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

This document is related to:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*
*Civil Action No. 07-9228*
*(Elisha Dubuclet obo Timia Dubuclet v.*
*Fleetwood, et al)*
**************************************************************************

**FLUOR ENTERPRISES, INC.'S MEMORANDUM
IN SUPPORT OF THE MOTION FOR EXTENSION OF TIME**

Fluor Enterprises, Inc. ("FEI") submits this Memorandum in support of its Motion for an extension of time to file expert reports and to respond to written discovery propounded by Plaintiff until October 2, 2009.

With regard to expert reports, FEI advised counsel that they will only retain a structural engineer and possibly a second RV expert or mobile home installer expert. With regard to discovery responses, FEI has provided the installation package pertaining to the Fleetwood

trailer. FEI has produced over 28,000 documents in electronic and hard copy form in an effort to respond to the PSC's overall discovery requests.

Counsel conferred today with Raul R. Bencomo, who represents Elisha Dubuclet and he advised that he will neither consent nor oppose this motion and requested that we seek relief from this Court.

Due to the extenuating circumstances of having two bellwether trials set against FEI within a span of less than three months and FEI current participation in the *Alexander* trial, FEI seeks some relief from this Court for a short extension. As late as September 5, 2009, the parties were still participating in *Alexander* depositions. FEI <u>has</u> <u>not</u> moved to quash two expert depositions now set <u>during</u> the second week of the *Alexander* trial. In sum, FEI respectfully requests that due to trial and trial preparation in the last few weeks, FEI is entitled to this short extension the expert report and written discovery deadline while the *Alexander* trial is ongoing.

WHEREFORE, Fluor Enterprises, Inc. prays that its Motion for Extension of Time be granted.

Respectfully submitted,

MIDDLEBERG, RIDDLE & GIANNA

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile: (214) 220-6807

-and-

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311

201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
Sonia Mallet, La. Bar No. 20511
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants.

/s/ Charles R. Penot, Jr.

ND: 4818-7484-5188, v. 1