**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*
*Civil Action No. 07-9228*
*(Elisha Dubuclet obo Timia Dubuclet v. Fleetwood, et al)*
*************************************************************************

## FLUOR ENTERPRISES, INC.'S NOTICE OF HEARING

TO:  All Counsel of Record

PLEASE TAKE NOTICE that defendant, Fluor Enterprises, Inc, ("FEI"), will bring for hearing its Motion for Extension of Time on the 7th day of October, 2009 at 11:00 o'clock a.m., before the Honorable Alma L. Chasez, Untied States District Court, Eastern District of Louisiana, Section "N-5," 500 Camp Street, New Orleans, Louisiana  70130

```
                                    _____
                                    JUDGE ALMA L. CHASEZ
```

Respectfully submitted,

MIDDLEBERG, RIDDLE & GIANNA

_____
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

*and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
Sonia Mallet, La. Bar No. 20511
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**


ND: 4833-0379-2388, v.  1