AMENDED MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 15, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                          MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION


THIS DOCUMENT RELATES TO ALL                     SECTION "N"
CASES

JUDGE KURT D. ENGELHARDT PRESIDING

**TUESDAY, SEPTEMBER 15, 2009 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (A.M.); Jodi Simcox (P.M.)

APPEARANCES: For Plaintiffs:  Gerald Meunier, Anthony Buzbee, Mika Watts, and
                              Robert Hilliard
             For Defendant, Gulf Stream: Andrew Weinstock, Joseph Glass and
                              Timothy Scandurro
             For Defendant, Fluor Enterprises: Charles Penot, Richard Sherburne, and
                              Sonia Mallett

---

**BELLWETHER JURY TRIAL I :(Gulfstream Bellwether Trial)**
 *(PLAINTIFF, ALANA ALEXANDER, individually and on behalf of CHRISTOPHER COOPER  v.  GULF STREAM COACH, INC. AND FLOUR ENTERPRISES. INC.)*
**(REF: 09-2892)**  (**held and continued from September 14, 2009**)

All present and ready.
Juror, Rachel Morris not present and for the reasons stated on the record, is excused.
Jury returned to the courtroom.
Plaintiffs' witnesses continued: Dr.Christopher DeRosa, resumes testimony by videotape.
                                Donn Freiberger, sworn and testifies.
                                Dr. Patricia M. Williams, sworn and testifies.
                                Karen Freiberger, sworn and testifies.
                                Jim Shea, testimony by videotape.
                                Donald Shaffer, sworn and testifies.

Page 2
Trial Minutes
MDL 1873
September 15, 2009

Plaintiffs' witnesses continued: <u>Alan Robert Davis</u>, sworn and testifies.
<u>Scott Bailey</u>, testimony by deposition.
<u>Scott Pullin</u>, sworn and testifies.
Jury excused.
Counsel for Fluor Enterprises orally makes a Motion in Limine to Exclude the Testimony of Gerald Blanchard, Heath Allen and Travis Allen - argument  -**ORDERED DENIED.**
Trial continued to Wednesday, September 16, 2009 at 8:30 a.m.
Court adjourns.

JS-10: 8:20