AMENDED MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 16, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>         LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO ALL<br>CASES | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, SEPTEMBER 16, 2009 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (A.M.); Jodi Simcox (P.M.)

APPEARANCES: For Plaintiffs:  Gerald Meunier, Anthony Buzbee, Mika Watts, and
                                Robert  Hilliard
             For Defendant, Gulf Stream: Andrew Weinstock, Joseph Glass and
                                 Timothy Scandurro
             For Defendant, Fluor Enterprises: Charles Penot, Richard Sherburne, and
                                 Sonia Mallett

---

**BELLWETHER JURY TRIAL I :(Gulfstream Bellwether Trial)**
 *(PLAINTIFF, ALANA ALEXANDER, individually and on behalf of CHRISTOPHER COOPER   v.  GULF STREAM COACH, INC. AND FLOUR ENTERPRISES. INC.)*
**(REF: 09-2892**)   (**held and continued from September 15, 2009**)

All present and ready.
Jury returned to the courtroom.
Plaintiffs' witnesses continued: Eddie Abbott, testimony by videotape.
                                 Burl Keel, testimony by videotape.
                                 Jeffrey Lee Zumbrum**,** sworn and testifies.
                                 James Brown, testimony by videotape.
                                 Kyle Timmons, testimony by videotape.
                                 Charles Albert Whitaker, sworn and testifies.

Page 2
Trial Minutes
MDL 1873
September 16, 2009

Plaintiffs' witnesses continued:  Robert England Duckworth, sworn and testifies.
　　　　　　　　　　　　　　　　Travis Allen, sworn and testifies.
　　　　　　　　　　　　　　　　Heath Allen, sworn and testifies.
　　　　　　　　　　　　　　　　Daryl Winston Lemieux, sworn and testifies.
　　　　　　　　　　　　　　　　Angela Baksh, sworn and testifies.
　　　　　　　　　　　　　　　　Shirley Alexander, sworn and testifies.
　　　　　　　　　　　　　　　　Richard Sober, testimony by videotape.
Trial continued to Thursday, September 17, 2009 at 8:30 a.m.
Court adjourns.


JS-10: 8:00