MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 17, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO ALL<br>CASES | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**THURSDAY, SEPTEMBER 17, 2009 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (A.M.); Jodi Simcox (P.M.)

APPEARANCES:  For Plaintiffs:  Gerald Meunier, Anthony Buzbee, Mika Watts, and
                                Robert  Hilliard
              For Defendant, Gulf Stream: Andrew Weinstock, Joseph Glass and
                                Timothy Scandurro
              For Defendant, Fluor Enterprises: Charles Penot, Richard Sherburne, and
                                Sonia Mallett

---

**BELLWETHER JURY TRIAL I :(Gulfstream Bellwether Trial)**
 *(PLAINTIFF, ALANA ALEXANDER, individually and on behalf of CHRISTOPHER COOPER   v.  GULF STREAM COACH, INC. AND FLOUR ENTERPRISES. INC.)*
**(REF: 09-2892)**   (**held and continued from September 16, 2009**)

All present and ready.
Jury returned to the courtroom.
Plaintiffs' witnesses continued:   Richard Sober, resumes testimony by videotape.
                    Dr. Edward Shwery, sworn and testifies.
                    Charles David Moore, sworn and testifies.
                    Ervin L. Ritter,Jr.,sworn and testifies.
                    Dan Shea, testimony by videotape.

Page 2
Trial Minutes
MDL 1873
September 17, 2009

Plaintiffs witnesses continued: <u>Alexis Mallet</u>, sworn and testifies.
Jury excused.
Trial continued to Friday, September 18, 2009 at 8:30 a.m.
Court adjourns.

JS-10: 7:15