UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Case No. 08-5031

## ORDER AND REASONS

On September 17, 2009, the Court issued an Order and Reasons (Rec. Doc. 3426) granting as unopposed the Bauer Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint (Rec. Doc. 2603). However, it has now come to the Court's attention that this newly-filed Amended Complaint complies with neither Pretrial Order No. 38 (Rec. Doc. 1596) nor Pretrial Order No. 40 (Rec. Doc. 1781). Accordingly,

**IT IS ORDERED** that the undersigned's September 17, 2009 **Order and Reasons (Rec. Doc. 3426)** is hereby **VACATED**.

**IT IS FURTHER ORDERED** that **the Bauer Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint (Rec. Doc. 2603)** is **DENIED** as it fails to comply with Pretrial Order No. 38 (Rec. Doc. 1596) and Pretrial Order No. 40 (Rec. Doc. 1781). Any questions regarding compliance should be addressed with Docketing Manager, Dale Radosta at (504) 589-7700.

New Orleans, Louisiana, this 17th day of September 2009.

                                              **KURT D. ENGELHARDT**  
                                              **UNITED STATES DISTRICT JUDGE**