```
0001
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2              NEW ORLEANS DIVISION
 3   IN RE: FEMA TRAILER      *    MDL NO. 1873
        FORMALDEHYDE          *
 4      PRODUCTS LIABILITY    *    SECTION: N(5)
        LITIGATION            *
 5                            *
     Charlie Age, et al., v.  *
 6   Gulf Stream Coach Inc, et al. *
     Docket No. 09-2892       *
 7
 8          VIDEOTAPE ORAL DEPOSITION OF
          JAMES PHILIP KORNBERG, M.D., Sc.D.
 9                 July 9, 2009
10
11          VIDEOTAPE ORAL DEPOSITION OF JAMES PHILIP
     KORNBERG, M.D., Sc.D., produced as a witness at the
12   instance of Gulf Stream Coach, Inc., and duly sworn, was
     taken in the above-styled and numbered cause on the 9th
13   of July, 2009, from 9:40 a.m. to 5:55 p.m., before Carla
     D. Capritta, RPR, in and for the State of Colorado,
14   reported by machine shorthand, at the conference room of
     Fairfield Inn Denver Airport, 6851 Tower Road, Denver,
15   Colorado  80249, pursuant to the Federal Rules of Civil
     Procedure and the provisions stated on the record or
16   attached hereto.
17
18
19
20
21
22
23
24
25

0015
 1   is a perfectly -- or "I don't remember" is a perfectly
 2   acceptable answer for something don't know or something
 3   you don't remember.
 4       A.  Okay.
 5       Q.  Okay.  Before five years ago, when you said
 6   you, basically, went to consulting about a hundred
 7   percent of the time, what were you doing?
```

 8          MR. PINEDO:  Objection, form.
 9      A.  Well, I was out of work for a period of time
10   because of a diabetic problem, which is now under
11   control.  So I lost some time there.  And primarily I
12   did consulting work and -- and I was very busy doing
13   independent medical examinations for a variety of
14   agencies, the State Compensation Insurance Authority.
15          I worked very extensively on the design and
16   implementation of medical monitoring programs for a
17   variety of companies, including Hewlett-Packard, and
18   Napo Pharmaceuticals manufacturing paclitaxel, an
19   antimetabolite.
20          I worked on the design and implementation of
21   medical monitoring programs for Coors Ceramics for
22   beryllium surveillance.
23          MR. PINEDO:  Dr. Kornberg, please speak up.
24   The court reporter's --
25          THE DEPONENT:  Oh.

0152
 1   formaldehyde present, who developed eczema.  So the --
 2   the contact of the gas with the skin, I -- I would not
 3   rule out the -- the ability to contact asthma -- contact
 4   eczema.  But as a typical rule, you -- when you see
 5   eczema there, you suspect a liquid contact.
 6      Q.  If I'm understanding your answer -- and I'm
 7   going to rephrase it, and he's going to object, which is
 8   fine -- the studies tell us that eczema is associated
 9   with liquid formaldehyde, yes?
10      A.  For the most part.
11      Q.  Okay.  Anecdotally, you believe you've seen
12   occasions where patients may have eczema from gaseous
13   formaldehyde, correct?
14      A.  Correct.
15      Q.  But we don't have studies that link gaseous
16   formaldehyde to eczema, correct?
17      A.  I can't name one, no.
18      Q.  Okay.  I'm going to come back to the -- and I
19   appreciate your patience.  I'm going to come back to the
20   damage to the nasal epithelial, but I do want to cover
21   cancer.
22      A.  Okay.
23      Q.  Nobody makes a mess like me.
24          MR. PINEDO:  I'd love to ask your wife.
25          MR. WEINSTOCK:  She raised me at home.

0153
1    Q.  Okay.  What cancers are you -- are you -- do
2  you believe are associated with exposure to formaldehyde
3  at 50 parts per billion for 19 months?
4    A.  We're -- we're talking here about risk, and
5  the answer --
6    Q.  Okay.  You answer any way you want, and then
7  I'll follow you.  Go ahead.
8    A.  The answer -- the answer to that is that in
9  the -- the end point and the concern in this particular
10  child is the risk of nasal cancer that he has -- has
11  sustained over the period of time that he was in the
12  trailer, at the levels that we predicted were there, we
13  think were certainly there.
14        And the issue is not his cancer.  The -- the
15  issue is our responsibility to put in place a monitoring
16  program to make sure that if there is any -- there are
17  any changes, they're caught early enough, and to
18  anticipate the -- the realistic outcome that cancer
19  could occur in this child.  That's -- that's what
20  we're -- we're looking at there.  It has nothing to do
21  with his having cancer at this point in time.
22    Q.  Okay. First of all, what's the latency for
23  nasal cancer?
24    A.  The latency for nasal cancer can -- can be at
25  least 25 years or more.  And in the -- in the case of

0154
1  the -- some of the occupational studies have identified
2  individuals who have been -- who worked for that length
3  of time.  The latency of -- of greater than 25 years is
4  based, to a great extent, on the -- the length of time
5  which, I think, is -- is fair for a child, under these
6  conditions, to be under surveillance in order to -- to
7  pick up the possibility of this cancer.
8    Q.  I -- I asked a poor question.  What is the
9  shortest latency period you're familiar with for the
10  onset of nasopharyngeal cancer or nasal cancer after
11  exposure?
12        MR. PINEDO:  To what?
13    Q.  (By Mr. Weinstock) Exposure to formaldehyde.
14    A.  Okay.  The -- some of the -- the latencies are
15  in a -- in a -- in a matter of -- I -- as I recollect
16  from the literature, are the matter of just a few years.
17  Some of them can be as -- as early as seven or eight
18  years or even shorter.

19       But these are estimates of latency because
20  this is very hard to pinpoint specifically in a -- in a
21  case, in -- in a cancer like this.
22       Q.  Now, are you saying that he's at risk for any
23  nasal cancer or nasopharyngeal cancer?
24       A.  In this particular case, the outcome, it could
25  be either one.  And what -- what we -- we we're really

0156
 1  associated with the Hauptmann papers, correct?
 2       A.  That's correct.
 3       Q.  Have you reviewed the Marsh papers?
 4       A.  I -- you'd have to show them to me.  I --
 5  I'd -- I -- I'd be happy to look at them.
 6       Q.  Are you familiar with the Marsh -- the Marsh
 7  papers that reinterpreted the Hauptmann data?
 8       A.  The -- I'm -- you know, I -- I don't know
 9  until you show me the papers.  I -- I'd be happy to look
10  at them.  What I -- what I'm relying upon is -- is the
11  unequivocal determination by agencies, which, I think,
12  have the authority to draw conclusions, that -- that
13  formaldehyde is a human carcinogen.
14       Q.  But --
15       A.  And that the outcome of concern here is the
16  development of nasopharyngeal cancer in an individual
17  exposed to formaldehyde at the levels to which he was
18  exposed.
19       Q.  But one of the criteria we've looked for, one
20  of the points of concern for Bradford Hill, would be
21  dose response or biological gradient, correct?
22       A.  You -- you have to consider those factors, but
23  they're not sine qua nons of any -- any type of a
24  conclusion.  And I -- I'm not going to -- let me say
25  that I'm not here to outguess IARC or EPA.  They -- they

0214
 1  beneficial to the patient's long-term survival.  I --
 2  I -- I don't think that's -- that's, in my opinion,
 3  self-evident, as a practitioner in preventive medicine,
 4  that if you catch something early enough and remove it
 5  or treat it, it will have a benefit.
 6           It may reoccur elsewhere in the same area, but
 7  you can -- if you're on top of it, just like a
 8  dermatologist is on top of actinic keratosis, things of
 9  this kind, these are -- are early basal cell carcinomas,
10  different things like this.  If you catch them and

11  remove them before they have a chance to grow very far,
12  then I think you're -- you're going to be benefiting the
13  patient.
14      Q.  Is there a recognized screening process for
15  nasopharyngeal cancer?
16      A.  Is there an institutionalized process?  No.
17  It would be to be examined, to have your nose examined,
18  and to go through a -- a sequential increased level of
19  intervention or inquiry, depending what you find.  It
20  would start out with a family -- with a primary care
21  doctor, who would look in a person's nose and -- and get
22  a very good history and look for things like epistaxis
23  and bleeding or other -- other factors.  And then one
24  would then go to an ear, nose, and throat physician, an
25  ENT doctor, who then would perform more advanced