A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Sep 21, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 21  AM 9: 15

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Sep 03, 2009

FILED
CLERK'S OFFICE

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On October 24, 2007, the Panel transferred one civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 168 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 21, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|---|---|
| **LOUISIANA MIDDLE** | | | | |
| LAM | 3 | 09-461 | Alisha Blackburn, et al. v. Gulf Stream Coach, Inc., et al. | 09-6393 |
| LAM | 3 | 09-491 | Tanika Bell, et al. v. Adam Cabrera, et al. | 09-6394 |
| LAM | 3 | 09-522 | Marvin Tanner, et al. v. Gulf Stream Coach, Inc., et al. | 09-6395 |
| LAM | 3 | 09-565 | Geneva Hunter, et al. v. Gulf Stream Coach, Inc., et al. | 09-6396 |
| LAM | 3 | 09-569 | Gwendolyn Allen, et al. v. Gulf Stream Coach, Inc., et al. | 09-6397 |
| LAM | 3 | 09-570 | Lisa Adams, et al. v. Gulf Stream Coach, Inc., et al. | 09-6398 |
| LAM | 3 | 09-571 | Sean Autman, et al. v. Gulf Stream Coach, Inc., et al. | 09-6399 |
| LAM | 3 | 09-572 | Tiffany Dixon, et al. v. Gulf Stream Coach, Inc., et al. | 09-6400 |
| LAM | 3 | 09-574 | Bridgette Robinson, et al. v. American Camper Manufacturer, LLC, et al. | 09-6401 |
| LAM | 3 | 09-590 | Michael Adams, et al. v. Alliance Homes, Inc., et al. | 09-6402 |
| LAM | 3 | 09-655 | Julie Bowser, et al. v. Lakeside Park Homes, Inc., et al. | 09-6403 |
| LAM | 3 | 09-663 | Gregory Campbell v. American International Group, Inc., et al. | 09-6404 |
| LAM | 3 | 09-664 | Rahneisha Bartholomew, et al v. Keystone RV Co., et al. | 09-6405 |
| LAM | 3 | 09-669 | Patricia Johnson, et al. v. Forest River, Inc., et al. | 09-6406 |
| LAM | 3 | 09-670 | Warneshia Williams, etc. v. Shaw Environmental, Inc., et al. | 09-6407 |
| LAM | 3 | 09-671 | Glenda Jefferson, et al. v. American International Group, Inc., et al. | 09-6408 |
| LAM | 3 | 09-677 | Delloyd Burke, III, etc. v. Forest River, Inc., et al. | 09-6409 |
| LAM | 3 | 09-679 | Lionel Fields v. American International Specialty Lines Co., et al. | 09-6410 |
| LAM | 3 | 09-680 | Karin Burns, et al. v. Gulf Stream Coach, Inc., et al. | 09-6411 |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 09-626 | Ryan Michael Bostic, et al. v. Alliance Homes, Inc., et al. | 09-6412 |
| MSS | 2 | 09-142 | Ernest Hammond, et al. v. Alliance Homes, Inc., et al. | 09-6413 |
| MSS | 2 | 09-143 | Anyia Ginn, et al. v. Alliance Homes, Inc., et al. | 09-6414 |
| MSS | 2 | 09-144 | Adelso Cedeno, et al. v. Alliance Homes, Inc., et al. | 09-6415 |
| MSS | 2 | 09-145 | Latasha Adams, et al. v. Alliance Homes, Inc., et al. | 09-6416 |
| MSS | 2 | 09-146 | W.J. Simmons, et al. v. Recreation By Design, LLC, et al. | 09-6417 |
| MSS | 2 | 09-147 | Jackie Dillion, et al. v. Champion Home Builders Co., et al. | 09-6418 |
| MSS | 3 | 09-486 | Sandy N. Pelas v. Alliance Homes, Inc., et al. | 09-6419 |
| MSS | 5 | 09-127 | Mark L. Brown, Sr., et al. v. Gulf Stream Coach, Inc., et al. | 09-6420 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

September 21, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-11)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 3, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By: *Tanisha Spinner*
Tanisha Spinner
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)
cc:   Transferee Judge:   Judge Kurt D. Engelhardt

JPML Form 36A

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                          MDL No. 1873

## INVOLVED COUNSEL LIST (CTO-11)

Jonathan B. Andry
ANDRY LAW FIRM LLC
610 Baronne Street
New Orleans, LA 70113

Robert M. Becnel
BECNEL LAW FIRM LLC
425 West Airline Highway
Suite B
LaPlace, LA 70068

Raul R. Bencomo
BENCOMO & ASSOCIATES
639 Loyola Avenue
Suite 2110
New Orleans, LA 70113

Joseph M. Bruno
LAW OFICE OF JOSEPH M BRUNO
855 Baronne Street
New Orleans, LA 70113

Roberta L. Burns
LAW OFFICES OF SIDNEY D TORRES III
8301 West Judge Perez Drive
Suite 303
Chalmette, LA 70043

Frank Jacob D'Amico, Jr.
FRANK J D'AMICO JR APLC
622 Baronne Street
Suite 200
New Orleans, LA 70113

John A. Eaves, Jr.
JOHN ARTHUR EAVES LAW OFFICE
101 North State Street
Jackson, MS 39201

Ernest P. Gieger, Jr.
GIEGER LABORDE & LAPEROUSE LLC
One Shell Square
701 Poydras Street
Suite 4800
New Orleans, LA 70139-4800

Jim S. Hall
JIM S HALL & ASSOCIATES
800 N. Causeway Blvd.
Suite 100
Metairie, LA 70001

Richard Ieyoub
CARLTON DUNLAP OLINDE & MOORE
One American Place
Suite 900
Baton Rouge, LA 70825

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL
    & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Hugh Palmer Lambert
LAMBERT & NELSON PLC
701 Magazine Street
New Orleans, LA 70130

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

**MDL No. 1873 - Involved Counsel List (CTO-11) (Continued)**

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519

John G. Munoz
GARNER & MUNOZ
1010 Common Street
Suite 3000
New Orleans, LA 70112

Linda J. Nelson
LAMBERT & NELSON PLC
701 Magazine Street
New Orleans, LA 70130

MaryAnna Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427

Carson Wayne Strickland
GIEGER LABORDE & LAPEROUSE LLC
701 Poydras Street
Suite 4800
New Orleans, LA 70139

Catherine N. Thigpen
BAKER DONELSON BEARMAN CALDWELL
 & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Daniel D. Ware
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Road
Suite 100
Jackson, MS 39216

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER
 & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL
 & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Justin I. Woods
GAINSBURGH BENJAMIN DAVID MEUNIER
 & WARSHAUER LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION  MDL No. 1873

## INVOLVED JUDGES LIST (CTO-11)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

## INVOLVED CLERKS LIST (CTO-11)

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201