U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP 1 4 2009
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

MDL NO. 1873

SECTION "N" (5)

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

**THIS DOCUMENT RELATES TO:**
*CHARLIE AGE, ET AL V. GULF STREAM*
*COACH, INC., ET AL, NO. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STIPULATION OF FACTS

The parties herein stipulate as follows:

1. FEMA has provided thousands of travel trailers to displaced residents following natural disasters in the United States since 1992, including displaced residents from the Gulf Coast region.

2. FEMA provided approximately 143,000 emergency housing units to families across the Gulf Coast, in response to Hurricanes Katrina and Rita.

3. FEMA provided plaintiff Alana Alexander and her minor son a travel trailer with Vehicle Identification Number (VIN) 1N61GTR2551021783.

4. This travel trailer was manufactured by defendant Gulf Stream Coach, Inc. on or about December 13, 2004.

5. Gulf Stream Coach, Inc. sold the travel trailer to Best Buy RV on or about December 13, 2004.

6. Gulf Stream travel trailers in 2004 were made with composite wood products, such as plywood, particle board and fiberboard, that contained formaldehyde.

7. Fluor Enterprises, Inc. had a contract with the Government to install travel trailers after Hurricanes Katrina and Rita, including the travel trailer occupied by Ms. Alexander and her family.

8. In February 2006, the Gulf Stream trailer was set up at 4415 Dale Street by a subcontractor of one of Fluor's subcontractors. Ms. Alexander and her family moved into the trailer on May 26, 2006.

9. On January 28-29, 2008, the Gulf Stream trailer which had been occupied by Alana Alexander and her family was tested for formaldehyde. The average temperature inside the travel trailer at this time was 71.8 degrees Fahrenheit, the average indoor humidity was 47%, and the level of formaldehyde was 0.050 ppm.

10. Gulf Stream provided no written or oral warnings directly to Alana Alexander or her family regarding the subject of formaldehyde in the travel trailer which they occupied.

11. Christopher Cooper was diagnosed with asthma at age 3 in 1999.

12. Alana Alexander has never seen a doctor for formaldehyde-related injuries.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

2

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600
ROBERT BECNEL, #14072


/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
JOSEPH G. GLASS, #25397
**DEFENDANTS' LIAISON COUNSEL**
DUPLASS, ZWAIN, BOURGEOIS, PFISTER &
WEINSTOCK
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone:    504/832-3700
andreww@duplass.com
jglass@duplass.com


/s/ Charles R. Penot
CHARLES R. PENOT, #
**COUNSEL FOR FLUOR ENTERPRISES, INC.**
MIDDLEBERG, RIDDLE & GIANNA
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone:    214/220-6334
cpenot@midrid.com

3