MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 18, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                       MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION


THIS DOCUMENT RELATES TO ALL                              SECTION "N"
CASES

JUDGE KURT D. ENGELHARDT PRESIDING

**FRIDAY, SEPTEMBER 18 2009 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (A.M.); Jodi Simcox (P.M.)

APPEARANCES:  For Plaintiffs:  Gerald Meunier, Anthony Buzbee, Mika Watts, and
          Robert Hilliard
      For Defendant, Gulf Stream: Andrew Weinstock, Joseph Glass and
          Timothy Scandurro
      For Defendant, Fluor Enterprises: Charles Penot, Richard Sherburne, and
          Sonia Mallett

---

**BELLWETHER JURY TRIAL I :(Gulfstream Bellwether Trial)**
*(PLAINTIFF, ALANA ALEXANDER, individually and on behalf of CHRISTOPHER COOPER  v.  GULF STREAM COACH, INC. AND FLOUR ENTERPRISES. INC.)*
**(REF: 09-2892)**   (**held and continued from September 17, 2009**)

All present and ready.
Jury returned to the courtroom.
Plaintiffs' witnesses continued: <u>Stephen Smulski</u>, sworn and testifies.
                         <u>Marco Paul Johann Kaltofen</u>, sworn and testifies.
Following witness called out of turn with consent of all parties:
Defendant, Gulf Stream's witness: <u>Dr. Karin Ann Pacheco</u>, testimony by videotape.

Page 2
Trial Minutes
MDL 1873
September 18, 2009

Plaintiffs' witnesses continued: <u>Paul Hewett</u>, sworn and testifies.
Jury excused.
Plaintiffs recalls Paul Hewett, as PROFFER testimony and offers Plaintiffs Proffer Exhibit 2.
Trial continued to Monday, September 21, 2009 at 8:30 a.m.
Court adjourns.

JS-10: 7:00