AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

**RETURN**

PATRICIA AMOS, ET AL

**SUMMONS IN A CIVIL CASE**

V.

FLEETWOOD ENTERPRISES, INC. ET AL

CASE NUMBER: 09-4870

SECT. N MAG. 5

TO: (Name and Address of Defendant)

FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA) THROUGH THE OFFICE OF THE DIRECTOR, CRAIG
FUGATE, DIRECTOR
500 C STREET SW
WASHINGTON, DC 20472

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM S. HALL
JIM S. HALL & ASSOC., LLC
800 N. CAUSEWAY BLVD., SUITE 100
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

Sep 04 2009

_____   _____
CLERK                                          DATE

(BY) DEPUTY CLERK

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  9-16-09  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify)  Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date:  9/22/09

Server's signature: Jim S. Hall

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., #100
Metairie, LA 70001
Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Craig Fugate, Director
FEMA
500 C Street SW
Washington, DC 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: CRDS RECEIVING  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jonathan A. Ransom    C. Date of Delivery: SEP 1_ 2009

D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0000 2441 9902

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540