AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

| Dyren Alexander | ) |
|---|---|
| Plaintiff | ) |
| v. | )  Civil Action No.   09-4536, Sect. N, Mag. 5 |
| Forest River Industries, et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
　　The United States of America, Department of Justice
　　Through the United States Attorney General
　　Honorable Eric Holder
　　U.S. Department of Justice
　　950 Pennsylvania Avenue, NW
　　Washington, DC 20530-0001

A lawsuit has been filed against you.

　　Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jim S. Hall, Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., #100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Aug 25 2009

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9/16/09__,
by:

   (1) personally delivering a copy of each to the individual at this place, _____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other (specify) __Certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __9/22/09__

Server's signature: *Jim S. Hall*

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., #100
Metairie, LA 70001

Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Eric Holder
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0000 2438 6815

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540