AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

 **RETURN**

| | |
|---|---|
| Adrian Encelard | ) |
| Plaintiff | ) |
| v. | ) |
| Northwood Manufacturing, Inc. et al | ) |
| Defendant | ) |

Civil Action No.    09-4606, Sect. N, Mag. 5

## Summons in a Civil Action

To: *(Defendant's name and address)*
　　United States of America
　　Through the Office of the U.S. Attorney for the
　　Eastern District of Louisiana
　　Jim Letten, United States Attorney
　　Hale Boggs Federal Building
　　500 Poydras Street, Suite B-210
　　New Orleans, LA 70130

A lawsuit has been filed against you.

　　Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jim S. Hall, Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., #100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

**Aug 25 2009**

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___9/16/09___,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)   _Certified mail_
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

Date: __9/22/09__

_Jim S. Hall_
Server's signature

Jim S. Hall, Attorney for Plaintiff
Printed name and title

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _T. Santos_  ☐ Agent  ☐ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery <br> _T. Santos_   9/16/09 <br> D. Is delivery address different from item 1?  ☐ Yes <br>   If YES, enter delivery address below:  ☐ No |

800 N. Causeway Blvd., #100
Metairie, LA 70001

Server's address

1. Article Addressed to:

_Jim Letten, U.S. Attorney_
_Hale Boggs Fed. Bldg._
_500 Poydras St., # B-210_
_N.O., LA 70130_

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7008 2810 0002 4086 8839