AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF LOUISIANA

JEAN AMBEAU, ET AL

v.

STARCRAFT RV, INC., ET AL

SUMMONS IN A CIVIL CASE

CASE NUMBER: 09-4592

SECT. N MAG. 5

TO: (Name and Address of Defendant)
UNITED STATES OF AMERICA THROUGH THE OFFICE OF THE U.S. ATTORNEY FOR THE EASTERN
DISTRICT OF LOUISIANA, JIM LETTEN, UNITED STATE ATTY.
HALE BOGGS FEDERAL BLDG., 500 POYDRAS STREET, SUITE B-210
NEW ORLEANS, LA 70130

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM S. HALL
JIM S. HALL & ASSOC., LLC
800 N. CAUSEWAY BLVD., SUITE 100
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**

/s/ Tanya Lee

CLERK

Sep 04 2009

DATE

(By) DEPUTY CLERK

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 9/16/09, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 9/22/09

Server's signature: Jim S. Hall

Jim S. Hall, Attorney for Plaintiff
Printed name and title

Server's address:
800 N. Causeway Blvd., #100
Metairie, LA 70001

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jim Letten, U.S. Attorney
Hale Boggs Fed Bldg
500 Poydras St., # B-210
N.O., LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): T. Santos
C. Date of Delivery: 9/16/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4086 8723