MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 21, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                           MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION


THIS DOCUMENT RELATES TO ALL                SECTION "N"
CASES

JUDGE KURT D. ENGELHARDT PRESIDING

**MONDAY, SEPTEMBER 21, 2009 AT 7:45 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (A.M.); Jodi Simcox (P.M.)

APPEARANCES:  For Plaintiffs:  Gerald Meunier, Anthony Buzbee, Mika Watts, and
                Robert Hilliard
          For Defendant, Gulf Stream: Andrew Weinstock, Joseph Glass and
                Timothy Scandurro
          For Defendant, Fluor Enterprises: Charles Penot, Richard Sherburne, and
                Sonia Mallett

---

**BELLWETHER JURY TRIAL I :(Gulfstream Bellwether Trial)**
 **(PLAINTIFF, ALANA ALEXANDER, individually and on behalf of CHRISTOPHER COOPER   v.  GULF STREAM COACH, INC. AND FLOUR ENTERPRISES. INC.)**
**(REF: 09-2892)**   **(held and continued from September 18, 2009)**

All present and ready.
    *Daubet Hearing*: on the remaining issues in the Motion of Defendant, Gulf Stream in
     Limine to Exclude the Expert Testimony of James Philip Kornberg (Rec. Doc. No. 2769):
    Defendant, Gulf Stream calls: Dr. James Philip Kornberg, sworn and testifies.
   **IT IS ORDERED** that the remaining issues in the above motion is **DENIED.**
Jury returned to the courtroom.
Plaintiffs' witnesses continued: Dr. James Philip Kornberg, sworn and testifies.
               Dr. Janet Duncan Barnes, sworn and testifies.

Page 2
Trial Minutes
MDL 1873
September 21, 2009

Plaintiffs witnesses continued: <u>Dr. Thomas H. Mayor</u>, sworn and testifies.
<u>Alana M. Alexander</u>, sworn and testifies.
<u>Christopher Cooper</u>, sworn and testifies.
Jury excused.
Trial continued to Tuesday, September 22, 2009 at 8:30 a.m.
Court adjourns.

JS-10: 8:05