# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

ELECTRONICALLY FILED

| | |
|---|---|
| JEAN ADAMS, et al., <br><br> Plaintiff, <br> v. <br><br> FLEETWOOD CANADA, LTD., et al., <br><br> Defendant. | DOCKET NO: 09-4371"N"(5) c/w 07-1873 <br> **Re: FEMA Trailer Formaldehyde Products Liability Litigation** |

## AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S UNOPPOSED EX PARTE MOTION TO WITHDRAW AISLIC'S MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. PROC. 12(e), AND MEMORANDUM IN SUPPORT

**COMES NOW,** Defendant American International Specialty Lines Insurance Company ("AISLIC"), through the undersigned counsel, respectfully requests that the Court grant its Unopposed Ex Parte Motion to Withdraw AISLIC's Motion for More Definite Statement, pursuant to 12(e) of the Federal Rules of Civil Procedure [Docket No. 3059 / 3060][1], and remove from the Court's hearing docket the motion currently set for argument on October 7, 2009 [Docket No. 3059 / 3060, attachment 2].

Pursuant to an agreement with counsel for the plaintiff, AISLIC, no longer desires to pursue its Motion for More Definite Statement [Docket No. 3059 / 3060], and hereby requests that this Honorable Court withdraw the motion and pass the current date set for argument, October, 7, 2009 [Docket No. 3059 / 3060, attachment 2].

WHEREFORE, American International Specialty Lines Insurance Company prays that this Honorable Court grant this Motion to Withdraw, and further prays for such additional relief to which AISLIC may be justly entitled to receive.

DATED: September 22, 2009

Respectfully submitted,

By: _/s/ Richard M. Simses_____
Richard M. Simses (#12306)
Paul M. Lavelle (#08134)
BEIRNE, MAYNARD & PARSONS, L.L.P.
1100 Poydras St., Suite 2900
New Orleans, LA 70163
(504) 799-2223 (Tel.)

OF COUNSEL:

Richard S. Kuhl
Daniel J. Lynn
Jenni K. Katzer
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C. 20036
(202) 457-1600 (Tel.)
(202) 457-1678 (Fax)

**Counsel for Defendant**
**American International Specialty**
**Lines Insurance Company**

---

[1] AISLIC's Motion for More Definite Statement was filed under Docket Nos. 3059 and 3060. Docket No. 3061 references the duplicate filing error.

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Sidney D. Torres, Esq.<br>Roberta L. Burns, Esq.<br>David C. Jarrell, Esq.<br>Law Offices of Sidney D. Torres, III<br>8301 W. Judge Perez Dr., Suite 303<br>Chalmette, LA 70043 | |

                                                     /s/ Richard M. Simses
                                                   RICHARD M. SIMSES

3