# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

ELECTRONICALLY FILED

| | |
|---|---|
| JEAN ADAMS, et al., <br><br> Plaintiff, <br> v. <br><br> FLEETWOOD CANADA, LTD., et al., <br><br> Defendant. | DOCKET NO: 09-4371"N"(5) c/w 07-1873 <br> **Re: FEMA Trailer Formaldehyde Products Liability Litigation** |

## **O R D E R**

On this day this Court considered American International Specialty Lines Insurance Company's Unopposed Ex Parte Motion to Withdraw AISLIC's Motion for More Definite Statement, pursuant to 12(e) of the Federal Rules of Civil Procedure [Docket No. 3059 / 3060], and the Court having considered the motion hereby,

ORDERED that the Unopposed Ex Parte Motion to Withdraw AISLIC's Motion for More Definite Statement is granted, and the motion is withdrawn from consideration. It is further,

ORDERED that the October 7, 2009 date set for argument [Docket No. 3059 / 3060, attachment #2] is hereby vacated.

SIGNED this _____ day of September, 2009.

_____
PRESIDING JUDGE