UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER          *   07-md-1873
         FORMALDEHYDE          *
         PRODUCTS LIABILITY    *
         LITIGATION            *   SECTION: N(5)
                               *
                               *   JUDGE: ENGELHARDT
                               *
                               *   MAG: CHASEZ

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alan Alexander, Individually and on behalf of Christopher Cooper

## FLUOR ENTERPRISES, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully moves this Honorable Court for a judgment as a matter of law (JMOL) to dismiss Plaintiffs' negligence claims against FEI, on the grounds that there is insufficient evidence to establish (1) causation; (2) any duty of FEI to warn plaintiffs of alleged dangers associated with formaldehyde in their trailer; (3) vicarious liability of FEI for any alleged negligent installment in connection with the Alexander travel trailer by FEI's independent subcontractor, MLU Services, Inc. (MLU), or MLU's subcontractor, Dan's Mobile Home Services (the "Lemieuxs"); or (4) negligence by any party in the trailer installation process. Each of these separate grounds warrants dismissal as a matter of law. The factual and

legal bases for this motion are set forth in the attached memorandum and citations to the evidence in the trial transcript.

        Respectfully submitted,

        **MIDDLEBERG, RIDDLE & GIANNA**

    BY:   */s/ Sarah A. Lowman* .
        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        Telephone: (504) 525-7200
        Facsimile: (504) 581-5983
        dgianna@midrid.com
        slowman@midrid.com

         *-and-*

        Charles R. Penot, Jr. (La. Bar No. 1530 &
        Tx. Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        Tel: (214) 220-6334; Fax: (214) 220-6807
        cpenot@midrid.com

         *-and-*

        Richard A. Sherburne, Jr., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        Telephone: (225) 381-7700
        Facsimile: (225) 381-7730
        rsherburne@midrid.com

        **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                                */s/Sarah A. Lowman*
                                                SARAH A. LOWMAN

ND: 4829-1287-0404, v. 1