AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT RETURN
for the

Eastern District of Louisiana

| | |
|---|---|
| **CURTIS AUGUST** <br> Plaintiff <br> v. <br> **FLEETWOOD ENTERPRISES, INC., et al** <br> Defendant | ) <br> ) <br> ) Civil Action No. **09-4527** <br> ) <br> ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
United States of America
Through the Office of the U.S. Attorney for the
Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street; Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., Ste. 100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
**Sep 02 2009**

Loretta G. Whyte

*[signature]*

Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 9/18/09, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _Certified mail_

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 9/22/09

Server's signature: _Jim S. Hall_

_____, Attorney for Plaintiff
printed name and title

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you

United States of America
Through the Office of the U.S. Attorney for
the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street; Suite B-210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _CV_ ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Service Type:
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4087 7978

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

_...useway Blvd., Ste. 100_
_...airie, LA 70001_
_server's address_