IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION: N(5) |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Antoine Prince, Sr. et al. v. Liberty Ins. Corp. et al.* *Civil Action No. 09-3922* | * * | MAGISTRATE CHASEZ |
| | * * | JURY DEMAND |

**************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying Original and First Supplemental and Amending Complaints for Damages to substitute Defendant Liberty Mutual Insurance Company for the named Defendant Liberty Mutual Insurance Corporation, based upon information now in the possession of counsel that was unknown at the time the underlying suit and First Supplemental and Amending Complaint were filed.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Antoine Prince, Sr. et al. v. Liberty Insurance Corp., et al.*, (No. 09-3922), filed in the Eastern District of Louisiana for the above mentioned reasons.

1

        Respectfully submitted,

         */s/ Hugh P. Lambert*

        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of September, 2009.

            */s/ Hugh P. Lambert*

            Hugh P. Lambert, Esq. (#7933)