**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE     LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION: N(5) |
| THIS DOCUMENT RELATES TO: *Antoine Prince, Sr. et al. v. Liberty Ins. Corp. et al.* *Civil Action No. 09-3922* | * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES</u>**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Original and First Supplementing and Amending Complaints for Damages in the underlying action (Civ. Action No. 09-3922, Doc. 1 and MDL 1873, Doc. 2276). Plaintiffs request the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their Original and First Supplemental and Amending Complaints for Damages to substitute Liberty Mutual Insurance Company for the Defendant Liberty Mutual Insurance Corporation.

In Plaintiffs' Original Complaint for damages they named as a Defendant "Liberty Insurance Corporation also known as Liberty Mutual Group Inc." (Civ. Action No. 09-3922, Doc. 1). On July 10, 2009, Defendant Liberty filed a Notice of Appearance (MDL 1873, Doc.

1

2112) on behalf of "Liberty Mutual Insurance Corporation, incorrectly named as 'Liberty Insurance Corporation, also known as Liberty Mutual Group.'" Following Defendant Liberty's Notice of Appearance, Plaintiffs on July 23, 2009, filed their First Supplemental and Amending Complaint and substituted "Liberty Mutual Insurance Corporation" for "Liberty Insurance Corporation, also known as Liberty Mutual Group." (MDL 1873, Doc. 2276).

On August 20, 2009, Defendant Liberty filed a second Notice of Appearance (MDL, 1873, Doc. 2771) on behalf of "Liberty Insurance Corporation, incorrectly named as 'Liberty Insurance Corporation, also known as Liberty Mutual Group.'" On September 21, 2009, Defendant Liberty filed their List of Defenses and Motions to Be Preserved on behalf of "Liberty Mutual Insurance Company ("Liberty Mutual"), incorrectly named as 'Liberty Insurance Corporation, also known as Liberty Mutual Group.'" (MDL 1873, Doc. 3488).

Counsel for Liberty Mutual Insurance Company has been consulted on the instant motion and do not oppose its filing. Therefore, Plaintiffs seek to supplement and amend their underlying complaints to substitute <u>Liberty Mutual Insurance Company</u> for Defendant Liberty Mutual Insurance Corporation and Liberty Insurance Corporation, also known as Liberty Mutual Group Inccorpated.

Respectfully submitted,

   /s/ Hugh P. Lambert

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
 LINDA J. NELSON, ESQ. (LA Bar #9938)
 LAMBERT & NELSON, PLC
 701 Magazine Street
 New Orleans, LA 70130
 Telephone: (504)581-1750
 Facsimile: (504)529-2931
 hlambert@lambertandnelson.com
 lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of September 2009.

   /s/ Hugh P. Lambert

Hugh P. Lambert, Esq. (#7933)