IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Antoine Prince, Sr. et al. v. Liberty Ins. Corp. et al.* | * | |
| Civil Action No. 09-3922 | * | MAGISTRATE CHASEZ |
| | * | |
| | * | JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendant Liberty Mutual Insurance Company has been contacted and does not object to the filing of Plaintiffs' Second Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription. Counsel for Fluor Enterprises, Inc. has also been contacted, but unable to respond.

                Respectfully submitted,

                */s/ Hugh P. Lambert*

                HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                LINDA J. NELSON, ESQ. (LA Bar #9938)
                LAMBERT & NELSON, PLC
                701 Magazine Street
                New Orleans, LA 70130
                Telephone: (504)581-1750
                Facsimile: (504)529-2931
                hlambert@lambertandnelson.com
                lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of September 2009.

                                              /s/ *Hugh P. Lambert*

                                              Hugh P. Lambert, Esq. (#7933)