## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION: N(5) |
| THIS DOCUMENT RELATES TO: *Antoine Prince, Sr. et al. v. Liberty Ins. Corp. et al.* Civil Action No. 09-3922 | * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ JURY DEMAND |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to file Second Supplemental and Amending Complaint for Damages in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 7th Day of October 2009, at 9:30 a.m.

        Respectfully submitted,

        */s/ Hugh P. Lambert*

        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of September, 2009.

                                                                               /s/ *Hugh P. Lambert*
                                                                               Hugh P. Lambert, Esq. (#7933)