UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION "N-5"

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Diana Bell v. Keystone RV Company, et al No.* 09-2967

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Diana Bell who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss Keystone RV Company, Shaw Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency, as defendants in the above-captioned matter. The Defendants have not filed an answer to this suit nor have they filed a Motion for Summary Judgment. The complaints of the other plaintiffs in this particular litigation remain. Plaintiff further understands that dismissal of her claims are with full prejudice.

Respectfully submitted,

GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.

By:    /s/Justin I. Woods
       **GERALD E. MEUNIER, T.A. (#9471)**
       **JUSTIN I. WOODS (#24713)**
       1100 Poydras Street, Suite 2800

>New Orleans, Louisiana 70160-2800
>Telephone: (504) 522-2304
>Facsimile: (504) 528-9973
>ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>/s/Justin I. Woods