OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 SEP 21 PM 12:20

LORETTA G. WHYTE
CLERK

Date: 9-21-09

Bobby Crane, et al

FEMA Formaldehyde Litigation

vs.

Stewart Park Homes, et al

Case No. 09-4770    Section "N" (5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Stewart Park Homes, LLC thru CT Corporation System
   (address) 1201 Peachtree Street, NE, Atlanta, GA 30361
2. (name) Stewart Park Homes, LLC thru Managing Agent
   (address) 1207 Sunset Drive, Thomasville, GA 31792
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/s/ Jonathan B. Andry
"Signature"

Attorney for Plaintiffs
Address 610 Baronne Street
        New Orleans, LA 70113

___ Fee _____
___ Process Card (2) $u·s
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____