UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS          MDL NO. 07-1873
LIABILITY LITIGATION
                                SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:

| | |
|---|---|
| *Darrell M. Allen, et al  v. DS Corp., et al* | **09-0416-HSO-JMR** |
| *Darrell Allen, et al  v. Keystone RV, et al* | **09-0407-HSO-JMR** |
| *Clarrisa Anderson, et al  v. Bechtel National* | **09-0402-HSO-JMR** |
| *Angelo Ash, et al  v. Fleetwood Enterprises, et al* | **09-0398-HSO-JMR** |
| *Beverly Bonner, et al  v. Coachmen Industries, et al* | **09-0419-HSO-JMR** |
| *Danny Chasley, et al  v. Dutchmen, et al* | **09-0410-HSO-JMR** |
| *Danny Chasley, et al  v. Thor California, et al* | **09-0404-HSO-JMR** |
| *Albert Croon, et al  v. Morgan Building, et al* | **09-0405-HSO-JMR** |
| *Alexis Crosby, et al  v. Coachmen, et al* | **09-0408-HSO-JMR** |
| *Melvin Davison, et al  v. KZRV, et al* | **09-0411-HSO-JMR** |
| *Charissa Denson, et al  v. Gulf Stream, et al* | **09-0400-HSO-JMR** |
| *LaRhonda Gallowa, et al  v. Champion, et al* | **09-0417-HSO-JMR** |
| *Angie Goar, et al  v. Jayco, et al* | **09-0397-HSO-JMR** |
| *Tammy Haley, et al  v. Bechtel National, et al* | **09-0401-HSO-JMR** |
| *Dorothy Hutchins, et al  v. Bechtel National, et al* | **09-0396-HSO-JMR** |
| *Eric Jones, et al  v. Sunnybrook, et al* | **09-0395-HSO-JMR** |
| *Jerry Jones, et al  v. Sunray, et al* | **09-0399-HSO-JMR** |
| *Hattie Joseph, et al  v. Cavalier Homes, et al* | **09-0413-HSO-JMR** |
| *Elijah Keys, et al  v. River Birch Homes, et al* | **09-0414-HSO-JMR** |
| *Kemberly Ladner, et al  v. Forest River, et al* | **09-0409-HSO-JMR** |
| *Charles Maynard, et al  v. Gulf Stream, et al* | **09-0406-HSO-JMR** |
| *Beulah Miller, et al  v. Recreation by Design, et al* | **09-0415-HSO-JMR** |
| *Ethel Mitchell, et al  v. Heartland, et al* | **09-0412-HSO-JMR** |
| *Natley Mitchell, et al  v. Destiny Industries, et al* | **09-0418-HSO-JMR** |
| *Anither Rigsby, et al v. Starcraft, et al* | **09-0403-HSO-JMR** |

## MOTION TO ENROLL ADDITIONAL COUNSEL

        NOW INTO COURT, comes Ronnie G. Penton, who moves this Honorable Court

for an Order enrolling him as co-counsel of record for the Plaintiffs in the above

captioned cases.

The enrollment of additional counsel will not prejudice Defendants, nor will it delay these proceedings in any way.

WHEREFORE, Ronnie G. Penton prays that he be allowed to enroll as co-counsel of record for Plaintiffs in the above referenced cases.

> LAW OFFICES OF RONNIE G. PENTON
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE         :        (985) 732-5651
> TELECOPIER:        (985) 735-5579
> E-MAIL       :        rgp@rgplaw.com
>
>
> s/Ronnie G. Penton
> Ronnie G. Penton
> Trial Counsel for Plaintiff
> Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

September 23, 2009.

> s/Ronnie G. Penton
> Ronnie G. Penton