# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br>SECTION "N" (5) |

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:

| | |
|---|---|
| *Darrell M. Allen, et al v. DS Corp., et al* | 09-0416-HSO-JMR |
| *Darrell Allen, et al v. Keystone RV, et al* | 09-0407-HSO-JMR |
| *Clarrisa Anderson, et al v. Bechtel National* | 09-0402-HSO-JMR |
| *Angelo Ash, et al v. Fleetwood Enterprises, et al* | 09-0398-HSO-JMR |
| *Beverly Bonner, et al v. Coachmen Industries, et al* | 09-0419-HSO-JMR |
| *Danny Chasley, et al v. Dutchmen, et al* | 09-0410-HSO-JMR |
| *Danny Chasley, et al v. Thor California, et al* | 09-0404-HSO-JMR |
| *Albert Croon, et al v. Morgan Building, et al* | 09-0405-HSO-JMR |
| *Alexis Crosby, et al v. Coachmen, et al* | 09-0408-HSO-JMR |
| *Melvin Davison, et al v. KZRV, et al* | 09-0411-HSO-JMR |
| *Charissa Denson, et al v. Gulf Stream, et al* | 09-0400-HSO-JMR |
| *LaRhonda Gallowa, et al v. Champion, et al* | 09-0417-HSO-JMR |
| *Angie Goar, et al v. Jayco, et al* | 09-0397-HSO-JMR |
| *Tammy Haley, et al v. Bechtel National, et al* | 09-0401-HSO-JMR |
| *Dorothy Hutchins, et al v. Bechtel National, et al* | 09-0396-HSO-JMR |
| *Eric Jones, et al v. Sunnybrook, et al* | 09-0395-HSO-JMR |
| *Jerry Jones, et al v. Sunray, et al* | 09-0399-HSO-JMR |
| *Hattie Joseph, et al v. Cavalier Homes, et al* | 09-0413-HSO-JMR |
| *Elijah Keys, et al v. River Birch Homes, et al* | 09-0414-HSO-JMR |
| *Kemberly Ladner, et al v. Forest River, et al* | 09-0409-HSO-JMR |
| *Charles Maynard, et al v. Gulf Stream, et al* | 09-0406-HSO-JMR |
| *Beulah Miller, et al v. Recreation by Design, et al* | 09-0415-HSO-JMR |
| *Ethel Mitchell, et al v. Heartland, et al* | 09-0412-HSO-JMR |
| *Natley Mitchell, et al v. Destiny Industries, et al* | 09-0418-HSO-JMR |
| *Anither Rigsby, et al v. Starcraft, et al* | 09-0403-HSO-JMR |

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Ronnie G. Penton be enrolled as co-counsel of record for Plaintiffs in the above entitled and numbered cases.

Signed in New Orleans, Louisiana, this _____ day of September, 2009.

_____
JUDGE