UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS         MDL NO. 07-1873
LIABILITY LITIGATION

                                        SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:

Danny H. Chasley, et al v. Dutchmen Manufacturing, Inc., et al
NUMBER  09-0410-HSO-JMR
*************************************************************************

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs amend their Original Complaint by supplementing with the following additional Plaintiff(s):

    1.    Daudra Bauder

    2.    David Bauder

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this First Supplemental and Amending Complaint, and after the legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against the

1

Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and losses, and for such other and further relief as this Honorable Court deems just and proper.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL       :        rgp@rgplaw.com

EZEQUIEL REYNA
LAW OFFICES OF EZEQUIEL REYNA
702 WEST EXPRESSWAY 83, SUITE 100
WESLACO, TEXAS  78596
PHONE        :        (956) 968-9556
TELECOPIER:        (956) 969-0492
E-MAIL       :        zreynajr@zreynalaw.com

DENNIS SWEET (Ala. Code ASB-0956-76D)
SWEET & ASSOCIATES
158 EAST PASCAGOULA STREET
JACKSON, MISSISSIPPI  39201
PHONE        :        (601) 965-8700
TELECOPIER:        (601) 965-8719
E-MAIL       :        dennis.sweet@sweetandassociates.net

s/Ronnie G. Penton
Ronnie G. Penton
Co-Counsel for Plaintiffs
Louisiana Bar Roll Number 10462