UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS           MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
Hattie Joseph, et al v. Cavalier Home Builders, LLC, et al
Number 09-0413-HSO-JMR
******************************************************************

PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs amend their Original Complaint by adding an additional exhibit, identified as Exhibit C, and supplement with the following additional Plaintiff(s):

1. Faye Gray
2. Antonio Wicks
3. Timothy Wicks
4. Victoria Wicks

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this First Supplemental and Amending Complaint, and after the legal delays and due

1

proceedings had, there be judgment herein in favor of Plaintiffs and against the

Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and

losses, and for such other and further relief as this Honorable Court deems just and

proper.

```
LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :        (985) 732-5651
TELECOPIER:          (985) 735-5579
E-MAIL      :        rgp@rgplaw.com

EZEQUIEL REYNA
LAW OFFICES OF EZEQUIEL REYNA
702 WEST EXPRESSWAY 83, SUITE 100
WESLACO, TEXAS  78596
PHONE       :        (956) 968-9556
TELECOPIER:          (956) 969-0492
E-MAIL      :        zreynajr@zreynalaw.com

DENNIS SWEET (Ala. Code ASB-0956-76D)
SWEET & ASSOCIATES
158 EAST PASCAGOULA STREET
JACKSON, MISSISSIPPI  39201
PHONE       :        (601) 965-8700
TELECOPIER:          (601) 965-8719
E-MAIL      :        dennis.sweet@sweetandassociates.net
```

     s/Ronnie G. Penton
     Ronnie G. Penton
     Co-Counsel for Plaintiffs
     Louisiana Bar Roll Number 10462