UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS          MDL NO. 07-1873
LIABILITY LITIGATION
                               SECTION "N" (5)
THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:

Darrell M. Allen, Jr., et al v. Keystone RV Company, et al
NUMBER  09-0407-HSO-JMR
**************************************************************************

PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs supplement Exhibit A of their Original Complaint by adding the following additional Plaintiff(s):

1.   Janice Harrell

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint and their First Supplemental and Amending Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this Second Supplemental and Amending Complaint, and after the legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against the Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and

losses, and for such other and further relief as this Honorable Court deems just and proper.

        LAW OFFICES OF RONNIE G. PENTON
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE       :       (985) 732-5651
        TELECOPIER:       (985) 735-5579
        E-MAIL       :       rgp@rgplaw.com

        EZEQUIEL REYNA
        LAW OFFICES OF EZEQUIEL REYNA
        702 WEST EXPRESSWAY 83, SUITE 100
        WESLACO, TEXAS  78596
        PHONE       :       (956) 968-9556
        TELECOPIER:       (956) 969-0492
        E-MAIL       :       zreynajr@zreynalaw.com

        DENNIS SWEET
        SWEET & ASSOCIATES
        158 EAST PASCAGOULA STREET
        JACKSON, MISSISSIPPI  39201
        PHONE       :       (601) 965-8700
        TELECOPIER:       (601) 965-8719
        E-MAIL       :       dennis.sweet@sweetandassociates.net

    s/Ronnie G. Penton
    Ronnie G. Penton
    Co-Counsel for Plaintiffs
    Bar Roll Number 10462