AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

# RETURN

| | | |
|---|---|---|
| Gloria Jackson | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   09-4522, Sec. N, Mag. 5 |
| Frontier RV, Inc., et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   CH2M Hill Constructors, Inc.
   Through its Agent for Service of Process
   CT Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, LA 70808

A lawsuit has been filed against you.

   Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Jim S. Hall, Jim S. Hall & Associates, LLC
   800 N. Causeway Blvd., #100
   Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

*Name of clerk of court*

Date:    **Aug 25 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___9/18/09___,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) ___Certified mail_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: ___9/23/09___

_Jim S. Hall_
Server's signature

**JIM S HALL & ASSOCIATES, LLC**
Printed ATTORNEY AT LAW
800 N. Causeway Blvd., Ste 100
Metairie, LA 70001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CH2M Hill Corporation
CT Corporation System
5615 Corporate Blvd
Suite 400B
Baton Rouge, LA
70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___CT Corporation System___   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) / Blvd   C. Date of Delivery
5615 Corporate   9/18/09
Suite 400B

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Server's address

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes