# United States District Court

EASTERN DISTRICT OF THE STATE OF LOUISIANA

CYRILLA DUPLESSIS, ET AL

V.

TL INDUSTRIES, INC., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-4585

TO: (Name and Address of Defendant)

United States of America, Through the Office of The U. S. Attorney for the Eastern District of Louisiana, Jim Letten, United States Attorney, Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jim S. Hall
JIm S. Hall & Associates, LLC
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                                  Sep 04 2009

_[signature]_

_____            _____
CLERK                                           DATE

(BY) DEPUTY CLERK

RETURN

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. [1] | DATE 9/18/09 |
| NAME OF SERVER (PRINT) JIM S. HALL | TITLE ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on 9/23/09

Signature of Server: Jim S. Hall

800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jim Letten, U.S. Attorney
Hale Boggs Fed. Bldg.
500 Poydras St., #B-210
N.O., LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _____  ☐ Agent ☐ Addressee
B. Received by (Printed Name) / C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4086 8990

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.