AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

# RETURN

| | |
|---|---|
| Janice Brown | ) |
| Plaintiff | ) |
| v. | ) |
| Dutchmen Manufacturing, Inc. et al | ) |
| Defendant | ) |

Civil Action No.      09-4855   Sec. "N" (5)

## Summons in a Civil Action

To: *(Defendant's name and address)*
    Dutchmen Manufacturing, Inc.
    Through its Agent for Service of Process
    CT Corporation System
    251 E. Ohio Street, Suite 1100
    Indianapolis, IN 46204

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jim S. Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., Suite 100, Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Date:      **Aug 25 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9-16-09__ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
                                                            ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
          who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) ___*Certified mail*_____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

Date: __9/23/09__

_Jim S. Hall_
Server's signature

Jim S. Hall, Attorney for Plaintiff
Printed name and title

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) Terry L. Wood  C. Date of Delivery |
| 1. Article Addressed to:<br>CT Corp. System<br>251 E. Ohio St., #1100<br>Indianapolis, IN 46204 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>SEP 16 2009<br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 3230 0000 2438 6983 |
| PS Form 3811, February 2004 | Domestic Return Receipt      102595-02-M-1540 |

800 N. Causeway Blvd., #100
Metairie, LA 70001

Server's address