UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>Magistrate Judge Alma L. Chasez |
| THIS DOCUMENT RELATES TO:<br>*Daigre, et al. v. Giles Family Holdings, Inc., et al.*, No. 09-3721 | | |

## GILES INDUSTRIES, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Giles Industries, Inc., by and through its undersigned counsel, hereby respectfully moves this Honorable Court for summary judgment on Plaintiffs' claims on the basis that there is no genuine dispute of material fact and judgment is due to be granted as a matter of law.

Giles Industries, Inc.'s Motion for Summary Judgment is based on the arguments in its Memorandum in Support of Motion for Summary Judgment, the Narrative Statement of Undisputed Facts, and the Evidentiary Submission in Support of Motion for Summary Judgment, all of which are and filed concurrently herewith and incorporated herein

WHEREFORE, Defendant Giles Industries, Inc., respectfully moves this Honorable Court to grant summary judgment in its favor on the basis that there is no genuine dispute of material fact, and it is therefore entitled to be dismissed as a matter of law.

Respectfully submitted,

*/s/ Stephanie Skinner*
Stephanie Skinner
One of the Attorneys for Defendant

01829377.1

OF COUNSEL:

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

/s Stephanie Skinner
Of Counsel

01829377.1