UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Daigre, et al. v. Giles Family Holdings, Inc., et al.,* No. 09-3721 | ) ) ) ) | Magistrate Judge Alma L. Chasez |

**GILES INDUSTRIES, INC.'S EVIDENTIARY SUBMISSION
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant Giles Industries, Inc., by and through its undersigned counsel, hereby gives notice of the filing of the following materials in support of their contemporaneously filed Motion for Summary Judgment and Memorandum in support thereof:

**Exhibit 1:** Affidavit of Giles Industries, Inc., including all exhibits attached thereto.

**Exhibit 2:** Business Information from Tennessee Secretary of State Web Site for Giles Industries, of Tazewell, Incorporated.

**Exhibit 3:** Asset and Purchase Agreement.

**Exhibit 4:** Articles of Amendment to the Charter of Giles Industries of Tazewell Incorporated, changing the name to Giles Family Holdings, Inc.

**Exhibit 5:** Articles of Incorporation of Giles Acquisition Corp., changing the name to Giles Industries, Inc.

Respectfully submitted,

/s/ *Stephanie Skinner*
Stephanie Skinner
One of the Attorneys for Giles Industries, Inc.

1

01829223.1

OF COUNSEL:

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

## CERTIFICATE OF SERVICE

     I hereby certify that on September 24, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            */s/ Stephanie Skinner*
                                            Of Counsel