U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 17 2009

LORETTA G. WHYTE
CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-32

MD 07-1873-N

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

U.S. COURT OF APPEALS
FILED
SEP 08 2009
CHARLES R. FULBRUGE III
CLERK

Motion for Leave to Appeal
from an Interlocutory Order

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:

IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, New Orleans, entered on May 29, 2009, is Granted.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Deputy   SEP 08 2009

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 10, 2009

TO: All Counsel and Parties Listed Below

    General Docket No. 09-30821
    Misc. No. 09-32    USDC No. 2:07-MD-1873
    In Re: FEMA Trailer, et al

Enclosed is a copy of the court's order granting the application(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 09-30821.

Unless the district court has granted In Forma Pauperis status, the appellant(s) should immediately pay the court of appeals' $450.00 docketing fee and $5.00 filing fee to the **district court clerk**, and notify us of the payment within 10 days from the date of this letter. If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Counsel desiring to appear in this case must sign and return a "Form for Appearance of Counsel", naming each party you represent, within 15 days from the date of this letter. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov. If you fail to send in the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

CHARLES R. FULBRUGE III, Clerk

By: _Angelique D. Batiste_
Angelique D. Batiste, Deputy Clerk
504-310-7715

Mr. Michael David Kurtz
Mr. Gerald Edward Meunier
Mr. Henry T Miller
Mr. Andrew David Weinstock
Mr. Justin I Woods

Enclosures

cc:
    Ms. Loretta Whyte