

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

*U.S. COURT OF APPEALS*
**FILED**
SEP 18 2009
CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:07-MD-1873

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

*Charles R. Fulbruge*
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 18, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 09-30821    In Re: FEMA Trailer, et al
      USDC No. 2:07-MD-1873    N

Enclosed is an order entered in this case.

                                    CHARLES R. FULBRUGE III, Clerk

                                    By: _____
                                    Peter A. Conners, Deputy Clerk
                                    504-310-7685

Mr. Gerald Edward Meunier
Mr. Andrew David Weinstock
Ms. Loretta Whyte
Mr. Justin I Woods


P.S. to All Counsel: The joint designation of record is due for filing in the District Court within 14 days from the date of this order, or, by not later then 10/2/09. A copy of the designation should be served on this court upon filing.


*Motion Notice - MOT2*