UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

This Document Relates to:
All Cases

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF FEMA'S INTENT TO DISPOSE OF SELECTED TEMPORARY EMERGENCY HOUSING UNITS AT TWELVE (12) STORAGE FACILITIES.**

Defendant United States of America, pursuant to the Court's June 29, 2009, Order and Reasons [Docket No. 2008], hereby issues this Notice to all parties that the Federal Emergency Management Agency ("FEMA") intends to dispose of various excess temporary emergency housing units ("EHUs") located at twelve (12) storage facilities. Consistent with the Court's June 20, 2009, Order and Reasons [Docket No. 2008], FEMA intends to commence disposal of these EHUs beginning October 13, 2009, unless a party notifies Government Counsel through its liaison counsel by October 8, 2009, of its intent to inspect and test a specific unit. Exhibits 1 through 12 are spreadsheets that identify the units planned for disposal by vehicle identification number ("VIN") and FEMA Barcode. The spreadsheets also indicate where the EHUs are located and includes a breakdown of the number of EHUs at each location.[1] The following table

---

[1] Contemporaneously with this filing, the United States will provide to Liaison Counsel searchable Excel spreadsheets containing the information set forth in Exhibits 1 through 12. To the extent any of the units to be disposed of is a "matched" unit, a party may obtain the Excel Spreadsheet from Liaison Counsel and use it to determine if a "matched" unit is on the list of

represents a summary of these exhibits:[2]

| Exhibit | Location | Number of Units | Information Provided |
|---------|----------|-----------------|----------------------|
| No. 1 | Baton Rouge, LA (Sherwood Forest) | 178 | Barcode & VIN for Burned Units |
| No. 2 | Melville, LA | 666 | Barcode & VIN |
| No. 3 | Hope, AR | 666 | Barcode & VIN |
| No. 4 | Lottie, LA | 666 | Barcode & VIN |
| No. 5 | Deridder, LA | 666 | Barcode & VIN |
| No. 6 | Carnes, MS | 2868 | Barcode & VIN |
| No. 7 | Columbia, MS | 2305 | Barcode & VIN |
| No. 8 | Ft. Pierce, FL | 1470 | Barcode & VIN |
| No. 9 | Hickory, MS | 1830 | Barcode & VIN |
| No. 10 | Lumberton, MS | 2014 | Barcode & VIN |
| No. 11 | Poo Acres, AL | 4728 | Barcode & VIN |
| No. 12 | Purvis, MS | 3269 | Barcode & VIN |

If a party plans to inspect or test any of the listed EHUs the party should immediately notify its Liaison Counsel of its intent, and Liaison Counsel should provide to Government Counsel on or before October 8, 2009, one single list identifying any such units by location, barcode, and VIN. Any EHUs that Liaison Counsel identifies on or before October 8, 2009, as an EHU of interest will be held by FEMA through November 24, 2009, to allow Liaison Counsel an opportunity to inspect and test the unit prior to its disposal. Liaison Counsel should make

---

units to be disposed of by FEMA.

[2] FEMA advises that Exhibit No. 1 lists units that have been damaged or destroyed by fire, of which many are burned to their chasis.

arrangements to inspect and/or test any selected unit on or before Tuesday, November 24, 2009.[3]

FEMA will begin procedures to dispose of EHUs identified for testing on November 25, 2009.

For any EHU not identified by Liaison Counsel as an EHU of interest by October 8, 2009, FEMA will begin procedures to dispose of the EHU on October 13, 2009.

Dated: September 24, 2009                                   Respectfully Submitted,

TONY WEST                                                            HENRY MILLER
Assistant Attorney General, Civil Division            ADAM BAIN
                                                                              Senior Trial Counsel
J. PATRICK GLYNN
Director, Torts Branch, Civil Division                   ADAM DINNELL
                                                                              MICHELLE BOYLE
DAVID S. FISHBACK                                            MICHELE GREIF
Assistant Director                                                 Trial Attorneys

OF COUNSEL:                                                      //S// *Jonathan R. Waldron*
JORDAN FRIED                                                    JONATHAN R. WALDRON
Associate Chief Counsel                                        (IL Bar No. 6292058)
                                                                              Trial Attorney
JANICE WILLIAMS-JONES                                  United States Department of Justice
Trial Attorney                                                        Civil Division – Torts Branch
FEMA/DHS                                                            P.O. Box 340, Ben Franklin Station
Department of Homeland Security                      Washington, D.C. 20004
Washington, D.C. 20472                                       Telephone No:  (202) 307-2091
                                                                              E-mail: Jonathan.Waldron@USDOJ.Gov

                                                                              Attorneys for the United States of America

---

[3] Liaison Counsel was previously provided a list of site addresses and hours of operation for each of the FEMA facilities where EHUs are located. Each site will grant access for testing one hour after the site opens and all parties must depart the site one hour before the site closes. FEMA requires specific testing information (see Exhibit 13 as a sample), in addition to notice of the individuals to be present for testing and signed Hold Harmless / Indemnity Agreements, no less than 72 hours prior to testing (three business days).

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                      *//S// Jonathan R. Waldron*
                                      JONATHAN R. WALDRON
                                      (IL Bar No. 6292058)