Baton Rouge, LA (178 Burn Units)

| ITEM NAME | BARCODE | SERIAL NUMBER |
|---|---|---|
| TRAILER,TRAVEL,2006,8FTX32FT | 1110043 | 1NL1GTR2361030595 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1124697 | 1NL1GTR2761025481 |
| TRAILER,TRAVEL,2004 | 1147251 | 4X4TFLC284D801195 |
| TRAILER,TRAVEL,2006 | 1156193 | 1EB1F322X64011509 |
| TRAILER,TRAVEL,2006 | 1156799 | 1EB1F322864011797 |
| TRAILER,TRAVEL,2006 | 1228785 | 1EB1F322661504220 |
| TRAILER,TRAVEL,2006 | 1248822 | 5L4TF332963021522 |
| TRAILER,TRAVEL,2006 | 1249662 | 5L4TF332963024095 |
| TRAILER,TRAVEL,2006 | 1275140 | 1EB1F322261504246 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1290837 | 1NL1GTR2261052362 |
| TRAILER,TRAVEL,2006 | 1303242 | 4X4TSMH2X6T104307 |
| TRAILER,MOBILE HOME 2006 | 1303944 | GAFL535A91379-8A32 |
| TRAILER,MOBILE HOME 12X35 | 1305659 | 1S9BV35256TSPH525 |
| TRAILER,TRAVEL,2006 | 1305936 | 4X4TTHG286M007705 |
| TRAILER,MOBILE HOME 2007,UFAS PARK MODEL,2 BEDRM | 1317168 | 1S9BV35246TSPH211 |
| TRAILER,MOBILE HOME,,,ADA PARK MODEL | 1326176 | 4X4PCBR286H070128 |
| TRAILER,MOBILE HOME,,, | 1333595 | N01030733TN |
| TRAILER,TRAVEL,2006 | 1344494 | 4V0TC31216F000865 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1352618 | 1NL1GTR2661084392 |
| TRAILER,MOBILE HOME 2007,UFAS,PARK MODEL,1 BEDRM | 1374791 | LSPH200219509GA06 |

Exhibit 1

Baton Rouge, LA (178 Burn Units)

| ITEM NAME | BARCODE | SERIAL NUMBER |
|---|---|---|
| TRAILER,TRAVEL,2005 | 175843 | 1EB1F322852971616 |
| TRAILER,TRAVEL,2006 | 177441 | 5M6TE27296S003139 |
| TRAILER,TRAVEL,2005 | 551331 | 1EB1F322954007241 |
| TRAILER,MOBILE HOME, | 712103 | GAFL407A53034-8A33 |
| TRAILER,TRAVEL,2005 | 728004 | 4X4TWDH275A234950 |
| TRAILER,TRAVEL,2005 | 1039837 | 1NL1GTR2X51068694 |
| TRAILER,TRAVEL | 1056828 | 1NL1GTP2561073001 |
| TRAILER,TRAVEL,2005 | 1058142 | 5L0RE30295T000302 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1107857 | 1NL1GTR2261074149 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1108667 | 1NL1GTR2861074379 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1110043 | 1NL1GTR2361030595 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1110322 | 1NL1GTR2061014466 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1111313 | 1NL1GTR2461001719 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1111324 | 1NL1GTR2361001730 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1111692 | 1NL1GTR2361002098 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1111756 | 1NL1GTR2861002162 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1111777 | 1NL1GTR2561002183 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1112898 | 1NL1GTR2261050367 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1113031 | 1NL1GTR2561040142 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1113650 | 1NL1GTR2161040414 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1116813 | 1NL1GTR2761040837 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1122801 | 1NL1GTR2X61045403 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1123507 | 1NL1GTR2861045593 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1124697 | 1NL1GTR2761025481 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1124700 | 1NL1GTR2261025484 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1124814 | 1NL1GTR2761032348 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1124921 | 1NL1GTR2061082718 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1125573 | 1NL1GTR2661016643 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1125618 | 1NL1GTR2X61016631 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1126482 | 1NL1GTR2661036357 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1126985 | 1NL1GTR2261032564 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1127219 | 1NL1GTR2061082878 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1127254 | 1NL1GTR2061025774 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1129023 | 1NL1GTR2961083060 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1129358 | 1NL1GTR2X61032926 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1129551 | 1NL1GTR2861083096 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1129884 | 1NL1GTR2161033026 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1130956 | 1NL1GTR2561037256 |
| TRAILER,TRAVEL | 1143370 | 4X4TWDE206R335559 |

Baton Rouge, LA (178 Burn Units)

| | | |
|---|---|---|
| TRAILER,MOBILE HOME 2005 | 1145873 | BC06AL031008 |
| TRAILER,MOBILE HOME,2005 | 1145948 | RB05AL9595 |
| TRAILER,TRAVEL,2004 | 1147251 | 4X4TFLC284D801195 |
| TRAILER,TRAVEL,2002,SLIDEOUT | 1155329 | 1SAB02N052HB3111 |
| TRAILER,TRAVEL,2005 | 1155413 | 47CTD9N275M421969 |
| TRAILER,TRAVEL,2005 | 1155746 | 1UJBJ02R151EL1193 |
| TRAILER,TRAVEL,2006 | 1156193 | 1EB1F322X64011509 |
| TRAILER,TRAVEL,2005 | 1156350 | 1NL1GTM2151060328 |
| TRAILER,MOBILE HOME 12X35 | 1156352 | 1S9BV35276TSPH155 |
| TRAILER,TRAVEL,2006 | 1156524 | 4X4TSMH286C008577 |
| TRAILER,TRAVEL,2006 | 1156729 | 4YDT295236N128750 |
| TRAILER,TRAVEL,2006 | 1156799 | 1EB1F322864011797 |
| TRAILER,MOBILE HOME 12X35 | 1157279 | 1S9BV352X6TSPH188 |
| TRAILER,TRAVEL,2005 | 1160053 | 4X4TWDD295A234423 |
| TRAILER,TRAVEL,2006 | 1160473 | 1PAT64Z266P004490 |
| TRAILER,TRAVEL,2005 | 1160996 | 4X4TCKD216P098719 |
| TRAILER,TRAVEL,2006 | 1161420 | 47CTA35286L117132 |
| TRAILER,TRAVEL | 1173957 | 1TC2B969561308298 |
| TRAILER,MOBILE HOME 2005 | 1180756 | PAL19523AL |
| TRAILER,MOBILE HOME 2006 | 1181512 | LH01051925 |
| TRAILER,TRAVEL,2006 | 1226032 | 1KB131L246W165012 |
| TRAILER,TRAVEL,2006 | 1227780 | 1KB131L296W160999 |
| TRAILER,TRAVEL,2006 | 1228785 | 1EB1F322661504220 |
| TRAILER,TRAVEL,2006 | 1230831 | 1EB1F322961504194 |
| TRAILER,TRAVEL,2006 | 1230859 | 47CTDER266G520186 |
| TRAILER,TRAVEL,2006 | 1231463 | 4X4TSMH226J016265 |
| TRAILER,TRAVEL,2006 | 1231536 | 47CTDES206G520596 |
| TRAILER,TRAVEL,2006 | 1231895 | 1EB1F322261504229 |
| TRAILER,TRAVEL,2006 | 1232149 | 4X4TWDH226P006630 |
| TRAILER,TRAVEL,2006 | 1244467 | 5L4TF332063016015 |
| TRAILER,TRAVEL,2006 | 1247294 | 5L4TF332663023857 |
| TRAILER,TRAVEL,2006 | 1248822 | 5L4TF332963021522 |
| TRAILER,TRAVEL,2006 | 1249662 | 5L4TF332963024095 |
| TRAILER,TRAVEL,2006 | 1255114 | 1NL1GTR2161039019 |
| TRAILER,MOBILE HOME 2005 | 1261925 | TNFL527A30944-8A32 |
| TRAILER,MOBILE HOME,YR_UNKNOWN | 1262566 | 210E400640A-000-H-R |
| TRAILER,MOBILE HOME 2005 | 1263549 | ACBC06AL0137071 |
| TRAILER,TRAVEL,ADA | 1265155 | 1EB1F322065342352 |
| TRAILER,TRAVEL,2006 | 1272693 | 1EB1F322964012621 |

Baton Rouge, LA (178 Burn Units)

| | | |
|---|---|---|
| TRAILER,TRAVEL,2006 | 1275140 | 1EB1F322261504246 |
| TRAILER,TRAVEL,2006 | 1275158 | 1KB131L286E161325 |
| TRAILER,TRAVEL,2006 | 1275266 | 4X4TSMH226C008865 |
| TRAILER,TRAVEL,,,ADA | 1276488 | 4CJ1F322665342563 |
| TRAILER,TRAVEL,2005 | 1277226 | 4EZTS32206S095517 |
| TRAILER,TRAVEL,2006 | 1277472 | 4EZTS29206S095338 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1278019 | 1NL1GTR2561017024 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1278934 | 1NL1GTR2261046416 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1278937 | 1NL1GTR2861046419 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1279086 | 1NL1GTR2661017422 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1279567 | 1NL1GTR2961017513 |
| TRAILER,TRAVEL,2006 | 1280365 | 1UBJ02R061EML0442 |
| TRAILER,TRAVEL,2006,29FT | 1285118 | 4YDT260256N129629 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1290088 | 1NL1GTR2061052246 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1292720 | 1NL1GTR2961042850 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1292732 | 1NL1GTR2561042862 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1292834 | 1NL1GTR2361046859 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1293674 | 1NL1GTR2061043191 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1293709 | 1NL1GTR2861047151 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1294568 | 1NL1GTR2X61047457 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1294926 | 1NL1GTR2261047615 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1294941 | 1NL1GTR2961047630 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1295735 | 1NL1GTR2261027154 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1296273 | 1NL1GTR2161034077 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1296342 | 1NL1GTR2261083806 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1296799 | 1NL1GTR2761083848 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1297024 | 1NL1GTR2661027402 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1297948 | 1NL1GTR2461038480 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1298780 | 1NL1GTR2761003366 |
| TRAILER,TRAVEL,2006 | 1303465 | 1EB1F322362315096 |
| TRAILER,TRAVEL,2006 | 1304906 | 1TC2B969966101349 |
| TRAILER,TRAVEL,2006 | 1305137 | 1SE200L276C000888 |
| TRAILER,TRAVEL,2006 | 1305285 | 5C1SB33226P009435 |
| TRAILER,TRAVEL,2006 | 1305557 | 5CZ200R2X61119502 |
| TRAILER,TRAVEL,2006 | 1305936 | 4X4TTHG286M007705 |
| TRAILER,TRAVEL,2006 | 1306094 | 5C1RJ33266P009617 |
| TRAILER,TRAVEL,2006 | 1306439 | 1UJBJ02P761EP0175 |
| TRAILER,TRAVEL,2006 | 1306938 | 4X4TCKD216P005049 |
| TRAILER,TRAVEL,2006 | 1314776 | 5CZ200R2061119623 |
| TRAILER,TRAVEL,2006 | 1315421 | 4YDT256226N125684 |

Baton Rouge, LA (178 Burn Units)

| | | |
|---|---|---|
| TRAILER,TRAVEL,2006 | 1315863 | 5L4TF332263020227 |
| TRAILER,TRAVEL,2006 | 1315947 | 4CJ1F322864013692 |
| TRAILER,TRAVEL,2006 | 1316147 | 1EB1F322062492205 |
| TRAILER,TRAVEL,,,ADA | 1316684 | 1EB1F322762314999 |
| TRAILER,MOBILE HOME 2006 | 1325822 | 5TAPA34376L0C0031 |
| TRAILER,TRAVEL,2006 | 1326420 | 2EB1F322166504249 |
| TRAILER,TRAVEL,2006 | 1327049 | 5CZ200R2X61119967 |
| TRAILER,TRAVEL,2006 | 1327064 | 4CJ1F322666504282 |
| TRAILER,MOBILE HOME,,,ADA PARK MODEL | 1327378 | 1S9PA34346HSC8247 |
| TRAILER,MOBILE HOME 2006 | 1338186 | DI01799GA |
| TRAILER,TRAVEL,2006 | 1338249 | 4V0TC27296D002330 |
| TRAILER,MOBILE HOME 2005 | 1339360 | PAFL522A54067 |
| MOBILE HOME,, | 1339501 | N01030627TN |
| TRAILER,MOBILE HOME,,,ADA PARK MODEL | 1342542 | 5TAPA34326L0C0244 |
| TRAILER,TRAVEL,2006 | 1343025 | 4CJ1F322066504729 |
| TRAILER,TRAVEL,2006 | 1344850 | 4V0TC312X6F001013 |
| TRAILER,TRAVEL,2006 | 1344860 | 4WYT12S2061603799 |
| TRAILER,TRAVEL,2006 | 1347181 | 4X4TSMC296R394494 |
| TRAILER,TRAVEL,2006 | 1347367 | 5CZ200P2961127089 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1348065 | 1NL1GTR2461038818 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1348222 | 1NL1GTR2161084235 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1348686 | 1NL1GTR2461068658 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1348882 | 1NL1GTR2961038961 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1349318 | 1NL1GTR2361064039 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1350060 | 1NL1GTR2561018478 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1350110 | 1NL1GTR2861047649 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1351590 | 1NL1GTR2X61018914 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1351943 | 1NL1GTR2761019017 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1353270 | 1NL1GTR2X61028293 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1355459 | 1NL1VTR2X61064748 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1356789 | 1NL1GTR2561028878 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1358771 | 1NL1VTR2161090087 |
| TRAILER,TRAVEL,2006,8FTX32FT | 1359168 | 1NL1VTR2761090398 |
| TRAILER,TRAVEL,2006 | 1373119 | 5CZ200P2061128390 |
| TRAILER,TRAVEL,2006 | 1374027 | 4CJ1F322962493673 |
| TRAILER,MOBILE HOME 2006 | 1374425 | TNFL527A31055-8A32 |
| TRAILER,TRAVEL,ADA | 1375751 | 4CJ1F322165343832 |
| TRAILER,TRAVEL,2006 | 1382789 | 5CZ200P2761128371 |

Baton Rouge, LA (178 Burn Units)

| | | |
|---|---|---|
| TRAILER,MOBILE HOME 2007,ADA COMPLIANT,PARK MODEL,2 BEDRM | 1383823 | LSPH201254609GA06 |
| TRAILER,TRAVEL,2006 | 1387103 | 4X4TCKC296P096900 |

FEMA174-000576