Melville, LA (666 Units)

| # | Barcode | VIN |
|---|---------|-----|
| 1 | 118498 | 4X4TWDH205R333823 |
| 2 | 120307 | 1EB1T322456009217 |
| 3 | 145354 | 1NL1GTR2851021549 |
| 4 | 681121 | 1EB1F322354008479 |
| 5 | 695411 | 1NL1GTR2151061522 |
| 6 | 712392 | 4YDT301215L607029 |
| 7 | 727575 | 1NL1GTR2151061858 |
| 8 | 728903 | 1TC2B091X51206138 |
| 9 | 729323 | 1NL1GTR2651020805 |
| 10 | 729352 | 47CTD9N255M420285 |
| 11 | 729795 | 1TC2B463453063267 |
| 12 | 1037849 | 1NL1GTR2151062766 |
| 13 | 1038139 | 1NL1GTR2051062824 |
| 14 | 1038882 | 1EB1T322056009957 |
| 15 | 1039098 | 1EB1F322154008464 |
| 16 | 1040453 | 5CZ200R2051117739 |
| 17 | 1042100 | 1NL1GTR2X51021178 |
| 18 | 1042746 | 47CTS5P256L117106 |
| 19 | 1043782 | 1EB1F322954008647 |
| 20 | 1054185 | 1EB1T322156009742 |
| 21 | 1054979 | 1NL1GTR2351068472 |
| 22 | 1055055 | 1NL1GTR2651068479 |
| 23 | 1055568 | 1TC2B218551206956 |
| 24 | 1055725 | 1NL1GTM2551060638 |
| 25 | 1056610 | 1UJBJ02R151CW0462 |
| 26 | 1056731 | 1NL1GTM2161072898 |
| 27 | 1056753 | 47CTDER256G519207 |
| 28 | 1056780 | 4YDT268215C121316 |
| 29 | 1058934 | 4YDT32B295E316292 |
| 30 | 1059121 | 4X4TWDF245A235377 |
| 31 | 1059348 | 4YDT295275C116031 |
| 32 | 1059624 | 1NL1GTR2451021080 |
| 33 | 1106433 | 1NL1GTR2561073724 |
| 34 | 1106665 | 1NL1GTR2761013959 |
| 35 | 1107793 | 1NL1GTR2661030221 |
| 36 | 1108064 | 1NL1GTR2761066628 |
| 37 | 1108081 | 1NL1GTR2361030239 |
| 38 | 1108441 | 1NL1GTR2061074358 |
| 39 | 1108576 | 1NL1GTR2661023317 |
| 40 | 1108698 | 1NL1GTR2161074272 |
| 41 | 1110648 | 1NL1GTR2061001054 |
| 42 | 1111145 | 1NL1GTR2361001551 |
| 43 | 1111532 | 1NL1GTR2561001938 |
| 44 | 1111705 | 1NL1GTR2261002111 |
| 45 | 1111934 | 1NL1GTR2661002340 |
| 46 | 1111992 | 1NL1GTR2461002398 |
| 47 | 1112014 | 1NL1GTR2461002420 |
| 48 | 1112068 | 1NL1GTR2561002474 |

Exhibit 2

FEMA174-000410

Melville, LA (666 Units)

| | | |
|---|---|---|
| **49** | 1112233 | 1NL1GTR2061002639 |
| **50** | 1112251 | 1NL1GTR2261002657 |
| **51** | 1112484 | 1NL1GTR2861002890 |
| **52** | 1114109 | 1NL1GTR2061067118 |
| **53** | 1114259 | 1NL1GTR2061050416 |
| **54** | 1114297 | 1NL1GTR2X61040086 |
| **55** | 1114336 | 1NL1GTR2161050439 |
| **56** | 1114577 | 1NL1GTR2961075010 |
| **57** | 1116383 | 1NL1GTR2961015258 |
| **58** | 1116397 | 1NL1GTR2361040625 |
| **59** | 1116431 | 1NL1GTR2961040659 |
| **60** | 1116758 | 1NL1GTR2X61040783 |
| **61** | 1116781 | 1NL1GTR2761040806 |
| **62** | 1116783 | 1NL1GTR2061040808 |
| **63** | 1116823 | 1NL1GTR2361015482 |
| **64** | 1116892 | 1NL1GTR2961015521 |
| **65** | 1117001 | 1NL1GTR2961045036 |
| **66** | 1117098 | 1NL1GTR2061040940 |
| **67** | 1118875 | 1NL1GTR2261082283 |
| **68** | 1119503 | 1NL1GTR2961082359 |
| **69** | 1119729 | 1NL1GTR2061082380 |
| **70** | 1120099 | 1NL1GTR2561045115 |
| **71** | 1120375 | 1NL1GTR2861041138 |
| **72** | 1120423 | 1NL1GTR2361015823 |
| **73** | 1120594 | 1NL1GTR2561041212 |
| **74** | 1121036 | 1NL1GTR2X61082404 |
| **75** | 1121301 | 1NL1GTR2261035786 |
| **76** | 1121900 | 1NL1GTR2861035937 |
| **77** | 1122565 | 1NL1GTR2461025292 |
| **78** | 1122646 | 1NL1GTR2961045358 |
| **79** | 1122792 | 1NL1GTR2261045394 |
| **80** | 1123031 | 1NL1GTR2761016280 |
| **81** | 1123147 | 1NL1GTR2961045487 |
| **82** | 1123370 | 1NL1GTR2561041565 |
| **83** | 1123396 | 1NL1GTR2161016419 |
| **84** | 1124362 | 1NL1GTR2061025418 |
| **85** | 1124653 | 1NL1GTR2461051374 |
| **86** | 1124772 | 1NL1GTR2561082682 |
| **87** | 1124839 | 1NL1GTR2661032373 |
| **88** | 1124941 | 1NL1GTR2161077754 |
| **89** | 1125169 | 1NL1GTR2861045626 |
| **90** | 1125227 | 1NL1GTR2161016579 |
| **91** | 1125331 | 1NL1GTR2661041722 |
| **92** | 1125644 | 1NL1GTR2561041825 |
| **93** | 1126458 | 1NL1GTR2361036333 |
| **94** | 1126477 | 1NL1GTR2761036352 |
| **95** | 1126607 | 1NL1GTR2561032476 |
| **96** | 1126976 | 1NL1GTR2161032555 |
| **97** | 1127504 | 1NL1GTR2X61067899 |

FEMA174-000411

Melville, LA (666 Units)

| | | |
|---|---|---|
| **98** | 1127688 | 1NL1GTR2361032668 |
| **99** | 1127944 | 1NL1GTR2761036674 |
| **100** | 1128093 | 1NL1GTR2761078004 |
| **101** | 1128297 | 1NL1GTR2061025953 |
| **102** | 1128371 | 1NL1GTR2561032770 |
| **103** | 1129123 | 1NL1GTR2X61026110 |
| **104** | 1129483 | 1NL1GTR2X61036975 |
| **105** | 1130684 | 1NL1GTR2761033189 |
| **106** | 1130836 | 1NL1GTR2961026437 |
| **107** | 1131002 | 1NL1GTR2761078729 |
| **108** | 1142698 | 4V0TC30236D001593 |
| **109** | 1142794 | 1UJBJ02P561EW0096 |
| **110** | 1143118 | 4X4TWDF216J046817 |
| **111** | 1144808 | 1EB1F322764011614 |
| **112** | 1146172 | 4YDT36B205E314468 |
| **113** | 1146372 | 4X4TSAF266J019722 |
| **114** | 1146396 | 4X4TWDF2X5J044417 |
| **115** | 1146518 | 1SL200R214C000429 |
| **116** | 1146540 | 47CTD9M285M422081 |
| **117** | 1146554 | 4YDT299215A222092 |
| **118** | 1146559 | 4YDT286295C122860 |
| **119** | 1146581 | 1EB1B312564010488 |
| **120** | 1146598 | 1PAT80Y225M006595 |
| **121** | 1146665 | 4YDT28B265G915838 |
| **122** | 1146819 | 5L4TF262953009777 |
| **123** | 1147091 | 4X4TCKF246P096850 |
| **124** | 1147216 | 4YDT303286A224487 |
| **125** | 1147430 | 47CTD2N286M423271 |
| **126** | 1155091 | 1UJBJ02P961JN0093 |
| **127** | 1155116 | 1SE200M246F000540 |
| **128** | 1155140 | 4YDT28B2X6G916217 |
| **129** | 1155198 | 4YDT281255C121583 |
| **130** | 1155382 | 1ED1B302052972264 |
| **131** | 1155545 | 4YDT261215L607280 |
| **132** | 1155601 | 4UBAS0N2651945359 |
| **133** | 1155856 | 4YDT269205C117112 |
| **134** | 1155897 | 4YDT249266A224859 |
| **135** | 1155947 | 4X4TSVD295L031229 |
| **136** | 1156243 | 4WYT32P2761501631 |
| **137** | 1156499 | 4YDT295276N128735 |
| **138** | 1156522 | 1EC2Y302354005563 |
| **139** | 1156597 | 4YDT301295A219784 |
| **140** | 1156619 | 1EA2S292944004049 |
| **141** | 1156637 | 1UJBJ02M461JZ0197 |
| **142** | 1156978 | 1EB1F322364011514 |
| **143** | 1156987 | 1EB1F322164011558 |
| **144** | 1157023 | 5L4TF332X63016104 |
| **145** | 1160061 | 1TC2B222551508791 |
| **146** | 1160161 | 1TC2B069061502099 |

FEMA174-000412

Melville, LA (666 Units)

| | | |
|---|---|---|
| **147** | 1160189 | 47CTD4N2X5G516057 |
| **148** | 1160194 | 4YDT26R235G914463 |
| **149** | 1160671 | 4X4TWDE265J044464 |
| **150** | 1160694 | 1EA1D322554007005 |
| **151** | 1160887 | 47CTDEU276G519605 |
| **152** | 1160910 | 1ED1D322X42969829 |
| **153** | 1161106 | 4CF2F272451500325 |
| **154** | 1161376 | 1UJBJ02M951EF2382 |
| **155** | 1161486 | 4YDT36B236E318354 |
| **156** | 1162179 | 4WYT34P2061207970 |
| **157** | 1162195 | 4WYT34P2X61207961 |
| **158** | 1173671 | 1TC2B969561307913 |
| **159** | 1173999 | 1TC2B969261308159 |
| **160** | 1180603 | 1EB1F322864011914 |
| **161** | 1180795 | 1EB1F322364011917 |
| **162** | 1180800 | 1EB1F322964012084 |
| **163** | 1180973 | 1EB1F322864012092 |
| **164** | 1181015 | 1EB1T322366012322 |
| **165** | 1181223 | 4X4TSMH216C008744 |
| **166** | 1181331 | 1EB1F322964011873 |
| **167** | 1181436 | 1EB1F322264011942 |
| **168** | 1181898 | 4EZTS29206S094707 |
| **169** | 1181967 | 4YDT314286A224400 |
| **170** | 1182362 | 47CTD2N226M424609 |
| **171** | 1182380 | 1TC2B969163001554 |
| **172** | 1182390 | 1TC2B969463001564 |
| **173** | 1182401 | 4YDT298246C129171 |
| **174** | 1182439 | 4X4TPUF296P006284 |
| **175** | 1187189 | 1EB1F322365342250 |
| **176** | 1199177 | 4X4TWDH226P194937 |
| **177** | 1201439 | 1KB131L226E159585 |
| **178** | 1216177 | 1UJBJ02P861EP0458 |
| **179** | 1216263 | 1UJBJ02P261EP0259 |
| **180** | 1226135 | 5L4TF332563020884 |
| **181** | 1226144 | 1TC2B969861001806 |
| **182** | 1227546 | 4WYT32P2261501889 |
| **183** | 1227905 | 4YDT260246N129458 |
| **184** | 1228038 | 1UJBJ02N361EF1200 |
| **185** | 1228352 | 1EB1F322464011991 |
| **186** | 1228513 | 4EZTS29266S095196 |
| **187** | 1228906 | 4X4TP4E266P006325 |
| **188** | 1228937 | 5L4TP272563013211 |
| **189** | 1228969 | 1SE200P286F000990 |
| **190** | 1229106 | 4XTTN30236C262148 |
| **191** | 1229243 | 4X4TRLC296D089323 |
| **192** | 1229316 | 4X4TRLE2X6D810634 |
| **193** | 1229684 | 47CTS5P266L116868 |
| **194** | 1230048 | 5CH200R2861144063 |
| **195** | 1230060 | 47CTS5P226L116950 |

FEMA174-000413

Melville, LA (666 Units)

| | | |
|---|---|---|
| **196** | 1230362 | 5CZ200R2461119060 |
| **197** | 1230406 | 1SABS02R961CK6732 |
| **198** | 1230547 | 4WYT34P2761208100 |
| **199** | 1230590 | 4N11Y272260203417 |
| **200** | 1230954 | 47CTS5P236L117279 |
| **201** | 1230956 | 4WYT34P2461208071 |
| **202** | 1231015 | 1KB131L286W161982 |
| **203** | 1231876 | 4X4TRLC226D089342 |
| **204** | 1231882 | 4X4TPUF266P006310 |
| **205** | 1231904 | 1TC2B969761306939 |
| **206** | 1231917 | 1TC2B969561306941 |
| **207** | 1232069 | 4X4TPUF266P006307 |
| **208** | 1232222 | 1EB1F322X61504253 |
| **209** | 1232406 | 4X4TWDH216R335937 |
| **210** | 1232407 | 4X4TSMH276C008862 |
| **211** | 1240951 | 47CTDER256G520728 |
| **212** | 1242150 | 1TC2B969961307798 |
| **213** | 1242629 | 1TC2B969261307805 |
| **214** | 1245375 | 5SFBT30286E002297 |
| **215** | 1246539 | 5L4TF332563023932 |
| **216** | 1247515 | 1UJBJ02PX61EP1045 |
| **217** | 1247542 | 1TC2B969266101483 |
| **218** | 1247573 | 1TC2B969166101488 |
| **219** | 1247609 | 5L4TF332363021421 |
| **220** | 1247702 | 1UJBJ02P161EP1029 |
| **221** | 1248117 | 1TC2B969461310219 |
| **222** | 1248310 | 1TC2B969763002188 |
| **223** | 1248577 | 1KB131L246W164040 |
| **224** | 1248728 | 5L4TF332163021532 |
| **225** | 1248883 | 1TC2B969863002247 |
| **226** | 1249667 | 1TC2B969861001630 |
| **227** | 1249719 | 5L4TF332263020485 |
| **228** | 1249954 | 1TC2B969661001691 |
| **229** | 1250873 | 1UJBJ02P261EN0772 |
| **230** | 1255134 | 1KB131L266W164590 |
| **231** | 1255404 | 1TC2B969763002529 |
| **232** | 1255460 | 1TC2B969961310572 |
| **233** | 1255463 | 1KB131L236W164675 |
| **234** | 1255528 | 1TC2B969563002514 |
| **235** | 1255652 | 1TC2B969761310604 |
| **236** | 1255927 | 5L4TF332763021034 |
| **237** | 1256013 | 5L4TF332363020768 |
| **238** | 1256084 | 1TC2B969661001870 |
| **239** | 1256202 | 5L4TF332863021110 |
| **240** | 1256388 | 5L4TF332363021080 |
| **241** | 1256459 | 1KB131L256W165486 |
| **242** | 1256640 | 1TC2B969961001829 |
| **243** | 1256734 | 1TC2B969661002002 |
| **244** | 1256900 | 5L4TF332663020540 |

FEMA174-000414

Melville, LA (666 Units)

| | | |
|---|---|---|
| **245** | 1265039 | 1KB131L2X6E159527 |
| **246** | 1265186 | 5CH200R2861144113 |
| **247** | 1265287 | 47CTDER286G520724 |
| **248** | 1265325 | 1F9BE30266F309090 |
| **249** | 1265329 | 1UJBJ02R161EM0624 |
| **250** | 1265343 | 1EB1F322865342406 |
| **251** | 1265455 | 1EB1F322865342471 |
| **252** | 1266053 | 47CTD2N256M425057 |
| **253** | 1266255 | 5L4TP272063013326 |
| **254** | 1266527 | 1UJBJ02P761JN0450 |
| **255** | 1266563 | 1SE200P296F001422 |
| **256** | 1275067 | 4X4TWDH276P195405 |
| **257** | 1275083 | 1TC2B969661306964 |
| **258** | 1275150 | 4X4TWDH216P100482 |
| **259** | 1275270 | 1EB1F322964012618 |
| **260** | 1275470 | 1EB1F322X64012613 |
| **261** | 1275568 | 5CZ200R2461119219 |
| **262** | 1275693 | 1KB131L246E160866 |
| **263** | 1275875 | 5CZ200R2661125099 |
| **264** | 1275968 | 5CZ200R2461119236 |
| **265** | 1276095 | 1KB131L266E162151 |
| **266** | 1276563 | 47CTFEN276M424391 |
| **267** | 1276569 | 47CTFEN236M424386 |
| **268** | 1276570 | 1SABS02R761CK6907 |
| **269** | 1276626 | 1TC2B969X63001858 |
| **270** | 1276726 | 5CZ200R2061119248 |
| **271** | 1276870 | 4EZTS28266S095099 |
| **272** | 1276914 | 4X4TSMH266J030749 |
| **273** | 1276934 | 5CZ200R2261119252 |
| **274** | 1277234 | 4EZTS28256S095093 |
| **275** | 1277384 | 5CZ200R2261119283 |
| **276** | 1277425 | 5C1RF32206P009583 |
| **277** | 1277596 | 1NL1GTR2561016861 |
| **278** | 1277885 | 1NL1GTR2461016978 |
| **279** | 1278422 | 1NL1GTR2761046217 |
| **280** | 1278541 | 1NL1GTR2561017198 |
| **281** | 1278862 | 1NL1GTR2X61046339 |
| **282** | 1279032 | 1NL1GTR2961042444 |
| **283** | 1279153 | 1NL1GTR2961046445 |
| **284** | 1279192 | 1NL1GTR2861046484 |
| **285** | 1279361 | 1NL1GTR2461046563 |
| **286** | 1279558 | 1NL1GTR2161017571 |
| **287** | 1279793 | 1NL1GTR2861017664 |
| **288** | 1279942 | 1NL1GTR2261017711 |
| **289** | 1279944 | 1NL1GTR2661017713 |
| **290** | 1279965 | 1NL1GTR2361042746 |
| **291** | 1280261 | 1UJBJ02P461EN0787 |
| **292** | 1280441 | 1SABS02RX61CK6965 |
| **293** | 1280571 | 1UJBJ02R661EL0526 |

FEMA174-000415

Melville, LA (666 Units)

| | | |
|---|---|---|
| **294** | 1280681 | 4EZTS32206S095551 |
| **295** | 1280744 | 1UJBJ02R061EL0439 |
| **296** | 1280796 | 1UJBJ02R161EL0529 |
| **297** | 1280847 | 1UJBJ02R961EJ0996 |
| **298** | 1280902 | 4EZTS32206S094772 |
| **299** | 1280988 | 5KDBE29216L002816 |
| **300** | 1281054 | 4WYT12L2161602191 |
| **301** | 1281287 | 4X4TCKD286P099477 |
| **302** | 1281401 | 5CZ200R2961119328 |
| **303** | 1281526 | 1EB1F322664013015 |
| **304** | 1281603 | 4EZTS32206S116513 |
| **305** | 1281825 | 5CH200R2X61144226 |
| **306** | 1281859 | 4CJ1F322966012572 |
| **307** | 1282018 | 4EZTS32206S095565 |
| **308** | 1282029 | 4XTTN30226C262366 |
| **309** | 1282156 | 1EB1F322564012714 |
| **310** | 1282166 | 1EB1F322464012266 |
| **311** | 1282167 | 1EB1F322364012243 |
| **312** | 1282317 | 4CJ1F322366012597 |
| **313** | 1282459 | 4X4TRLC236D089298 |
| **314** | 1282464 | 5CH200R2261144253 |
| **315** | 1282485 | 5CH200R2961144248 |
| **316** | 1282522 | 47CTD2P296M424247 |
| **317** | 1282538 | 1C9BT32286K996008 |
| **318** | 1282748 | 1SE200P266F001412 |
| **319** | 1285013 | 1SE200P256F001126 |
| **320** | 1285079 | 47CTD2N276M425061 |
| **321** | 1285101 | 4YDT260246N129833 |
| **322** | 1285224 | 4YDT260256N129744 |
| **323** | 1285231 | 4YDT260226N129698 |
| **324** | 1285277 | 4YDT260296N129701 |
| **325** | 1285321 | 4YDT260256N129842 |
| **326** | 1285322 | 4YDT260206N129635 |
| **327** | 1285439 | 4YDT260246N129749 |
| **328** | 1287713 | 5CZ200R2861119823 |
| **329** | 1288183 | 4EZTS32236S095849 |
| **330** | 1289137 | 47CTD2N286M425215 |
| **331** | 1290175 | 1NL1GTR2361037353 |
| **332** | 1290230 | 1NL1GTR2261083367 |
| **333** | 1290767 | 1NL1GTR2X61026690 |
| **334** | 1290836 | 1NL1GTR2061052361 |
| **335** | 1291005 | 1NL1GTR2161083473 |
| **336** | 1291263 | 1NL1GTR2X61037575 |
| **337** | 1291787 | 1NL1GTR2461078395 |
| **338** | 1291965 | 1NL1GTR2961037731 |
| **339** | 1292103 | 1NL1GTR2561052520 |
| **340** | 1292600 | 1NL1GTR2261046805 |
| **341** | 1292690 | 1NL1GTR2461042822 |
| **342** | 1292748 | 1NL1GTR2961042878 |

FEMA174-000416

Melville, LA (666 Units)

| | | |
|---|---|---|
| **343** | 1292881 | 1NL1GTR2961042931 |
| **344** | 1293002 | 1NL1GTR2561046961 |
| **345** | 1293139 | 1NL1GTR2861043021 |
| **346** | 1293166 | 1NL1GTR2061017870 |
| **347** | 1293298 | 1NL1GTR2161047041 |
| **348** | 1293708 | 1NL1GTR2261043225 |
| **349** | 1293741 | 1NL1GTR2X61047183 |
| **350** | 1293746 | 1NL1GTR2961047188 |
| **351** | 1293807 | 1NL1GTR2361047249 |
| **352** | 1293822 | 1NL1GTR2061043238 |
| **353** | 1293991 | 1NL1GTR2161043295 |
| **354** | 1294118 | 1NL1GTR2661018196 |
| **355** | 1294135 | 1NL1GTR2261043340 |
| **356** | 1294142 | 1NL1GTR2561043347 |
| **357** | 1294167 | 1NL1GTR2461043372 |
| **358** | 1294212 | 1NL1GTR2761018210 |
| **359** | 1294338 | 1NL1GTR2761043401 |
| **360** | 1294353 | 1NL1GTR2961043416 |
| **361** | 1294362 | 1NL1GTR2X61043425 |
| **362** | 1294622 | 1NL1GTR2161047511 |
| **363** | 1294870 | 1NL1GTR2461018388 |
| **364** | 1294956 | 1NL1GTR2761043639 |
| **365** | 1295287 | 1NL1GTR2661033880 |
| **366** | 1295402 | 1NL1GTR2961037969 |
| **367** | 1295545 | 1NL1GTR2561033949 |
| **368** | 1295649 | 1NL1GTR2X61052688 |
| **369** | 1295673 | 1NL1GTR2361052712 |
| **370** | 1297089 | 1NL1GTR2861038367 |
| **371** | 1297896 | 1NL1GTR2161034435 |
| **372** | 1297920 | 1NL1GTR2561084013 |
| **373** | 1297996 | 1NL1GTR2961068381 |
| **374** | 1298042 | 1NL1GTR2161053082 |
| **375** | 1298077 | 1NL1GTR2261079013 |
| **376** | 1298108 | 1NL1GTR2861027580 |
| **377** | 1298479 | 1NL1GTR2461003065 |
| **378** | 1298722 | 1NL1GTR2461003308 |
| **379** | 1298806 | 1NL1GTR2861003392 |
| **380** | 1298827 | 1NL1GTR2161003413 |
| **381** | 1299790 | 1NL1GTR2061053185 |
| **382** | 1299964 | 1NL1GTR2961027782 |
| **383** | 1302627 | 1TC2B969663001971 |
| **384** | 1302631 | 1TC2B969963001978 |
| **385** | 1302657 | 1EB1F322462491462 |
| **386** | 1302717 | 4CJ1F322365342522 |
| **387** | 1302770 | 1EB1F322162491807 |
| **388** | 1302793 | 1EB1F322962315068 |
| **389** | 1302820 | 4CJ1F322164285078 |
| **390** | 1302849 | 5CZ200R2461119382 |
| **391** | 1303000 | 5CZ200R2661119383 |

FEMA174-000417

Melville, LA (666 Units)

| | | |
|---|---|---|
| **392** | 1303039 | 1EB1F322062314570 |
| **393** | 1303073 | 4CJ1F322564285083 |
| **394** | 1303086 | 1EB16282866010963 |
| **395** | 1303089 | 5CZ200R2061119394 |
| **396** | 1303120 | 1EB1F322164012533 |
| **397** | 1303149 | 4YDT31B296E320662 |
| **398** | 1303402 | 1EB1F322464013062 |
| **399** | 1303479 | 1UJBJ02P261EP0200 |
| **400** | 1303569 | 4CJ1F322765342541 |
| **401** | 1303591 | 4XTTN30236C162504 |
| **402** | 1303767 | 1UJBJ02P161EP0138 |
| **403** | 1303793 | 1UJBJ02R061EM0999 |
| **404** | 1303843 | 1EB1F322164012757 |
| **405** | 1304035 | 4CJ1F322461504875 |
| **406** | 1304166 | 5CZ200R2161125284 |
| **407** | 1304305 | 4CJ1F322766012635 |
| **408** | 1304336 | 1EF1B302364012370 |
| **409** | 1304405 | 1UJBJ02P561EP0157 |
| **410** | 1304493 | 1TC2B969361509889 |
| **411** | 1304654 | 1UJBJ02R561EM0996 |
| **412** | 1304659 | 1TC2B969961307817 |
| **413** | 1304731 | 5CH200R2861144323 |
| **414** | 1304738 | 1EB1C302966011856 |
| **415** | 1304768 | 4XTTN30286C262193 |
| **416** | 1304915 | 4YDT266226C130367 |
| **417** | 1304927 | 1EB1F322162491953 |
| **418** | 1305005 | 4XTTN30296C262154 |
| **419** | 1305104 | 1SE200P266H000426 |
| **420** | 1305118 | 1EB1F322X62314818 |
| **421** | 1305161 | 1EB1F322862315157 |
| **422** | 1305199 | 1EB1F322162491824 |
| **423** | 1305229 | 4X4TCK0236P005019 |
| **424** | 1305265 | 4YDT303246A226057 |
| **425** | 1305344 | 4YDT29R245E313835 |
| **426** | 1305351 | 1UJBJ02P761EN1173 |
| **427** | 1305409 | 1EB1F322662491995 |
| **428** | 1305424 | 4X4TSVB296L007078 |
| **429** | 1305448 | 5L4TP272763013212 |
| **430** | 1305580 | 1UJBJ02P761EW0469 |
| **431** | 1305773 | 5C1RF32216P009611 |
| **432** | 1305917 | 1S4BT302363014479 |
| **433** | 1305921 | 47CTD2N236M424876 |
| **434** | 1305974 | 5L4TF332363020009 |
| **435** | 1306141 | 1TC2B969463002102 |
| **436** | 1306174 | 1EB1F322862314798 |
| **437** | 1306180 | 4X4TCKD276P005041 |
| **438** | 1306288 | 4X4TWDC206R336021 |
| **439** | 1306519 | 4X4TFLE276D810731 |
| **440** | 1306615 | 4YDT302255B062151 |

Melville, LA (666 Units)

| | | |
|---|---|---|
| **441** | 1306627 | 4X4TWDH256T133816 |
| **442** | 1306765 | 1EB1F322362314904 |
| **443** | 1306834 | 4CJ1F322061506204 |
| **444** | 1307359 | 4EZTS28266S106053 |
| **445** | 1307387 | 1TC2B333966101039 |
| **446** | 1307427 | 5CZ200R2061125387 |
| **447** | 1307451 | 5CZ200R2261125388 |
| **448** | 1312519 | 1SE200P296H000453 |
| **449** | 1312565 | 4CJ1F322365342729 |
| **450** | 1312801 | 1TC2B969561509912 |
| **451** | 1312999 | 47CTDER206G520989 |
| **452** | 1313020 | 1UJBJ02P161EP0530 |
| **453** | 1313173 | 1EB1F322264012878 |
| **454** | 1313185 | 4CJ1F322461505086 |
| **455** | 1313318 | 1EB1F322262314893 |
| **456** | 1313359 | 4CJ1F322066012668 |
| **457** | 1313494 | 4CJ1F322964285121 |
| **458** | 1313505 | 1TV2B296466101064 |
| **459** | 1313522 | 5CZ200R2X61119578 |
| **460** | 1313538 | 1SE200L216C000353 |
| **461** | 1313637 | 4CJ1F322566012679 |
| **462** | 1313648 | 5CZ200R2861125444 |
| **463** | 1313751 | 47CTD2P206M424895 |
| **464** | 1313791 | 1TC2B969266101418 |
| **465** | 1313867 | 4CJ1F322566012715 |
| **466** | 1314068 | 5CZ200R2661125443 |
| **467** | 1314105 | 4YDT303236P225382 |
| **468** | 1314143 | 1EB1F322264012895 |
| **469** | 1314154 | 1EB1F322262492092 |
| **470** | 1314212 | 4CJ1F322166012680 |
| **471** | 1314286 | 1EB1F322X64013194 |
| **472** | 1314355 | 5L4TF332X63020024 |
| **473** | 1314482 | 1EB1F322862492162 |
| **474** | 1314513 | 1SE200P246F001330 |
| **475** | 1314570 | 1TC2B969661509966 |
| **476** | 1314638 | 1SE200P296F001341 |
| **477** | 1314674 | 1EB1F322964013204 |
| **478** | 1314699 | 4CJ1F322265342785 |
| **479** | 1314770 | 1EB1F322262315297 |
| **480** | 1314890 | 1EB1F322264013660 |
| **481** | 1315020 | 1SE200P226F001357 |
| **482** | 1315046 | 1EB1F322664013662 |
| **483** | 1315341 | 1EB1F322262314862 |
| **484** | 1315400 | 1EB1F322662492192 |
| **485** | 1315449 | 4CJ1F322065343059 |
| **486** | 1315555 | 4CJ1F322066012928 |
| **487** | 1315578 | 4CJ1F322065342946 |
| **488** | 1315690 | 4CJ1F322961505231 |
| **489** | 1315706 | 4CJ1F322764013361 |

FEMA174-000419

Melville, LA (666 Units)

| | | |
|---|---|---|
| **490** | 1315754 | 4XTTN30256C162441 |
| **491** | 1315803 | 4CJ1F322965342735 |
| **492** | 1315874 | 1EB1F322462492286 |
| **493** | 1315966 | 1EB1F322162492391 |
| **494** | 1316108 | 4CJ1F322561505288 |
| **495** | 1316163 | 1EB1F322662314993 |
| **496** | 1316206 | 1EB1F322762492394 |
| **497** | 1316342 | 4CJ1F322766013011 |
| **498** | 1316499 | 4CJ1F322965342928 |
| **499** | 1316577 | 4CJ1F322X65343053 |
| **500** | 1316582 | 4CJ1F322965342976 |
| **501** | 1316672 | 4CJ1F322165342907 |
| **502** | 1317095 | 2EB1F322666504117 |
| **503** | 1317222 | 2EB1F322566504108 |
| **504** | 1317358 | 5CZ200R2561144568 |
| **505** | 1317418 | 1EB1F322362492361 |
| **506** | 1317425 | 5CZ200R2161119825 |
| **507** | 1317452 | 5CZ200R2061119847 |
| **508** | 1317478 | 5CZ200R2461119852 |
| **509** | 1325982 | 5CZ200R2061125678 |
| **510** | 1326302 | 5CZ200R2361119938 |
| **511** | 1326334 | 5CH200R2261144642 |
| **512** | 1326388 | 5CH200R2461144660 |
| **513** | 1326671 | 5CZ200R2061120061 |
| **514** | 1327056 | 2EB1F322666504263 |
| **515** | 1327084 | 5CH200R2361144679 |
| **516** | 1327107 | 4CJ1F322166504321 |
| **517** | 1327127 | 5CH200R2961144685 |
| **518** | 1327251 | 4CJ1F322366504305 |
| **519** | 1327286 | 4CJ1F322866504378 |
| **520** | 1332845 | 4CJ1F322265343404 |
| **521** | 1332870 | 4CJ1F322466504703 |
| **522** | 1333005 | 4CJ1F322466504393 |
| **523** | 1333010 | 4CJ1F322466504717 |
| **524** | 1337553 | 4V0TC27256D002387 |
| **525** | 1337662 | 1EB1F322865342468 |
| **526** | 1337663 | 4V0TC32286D002297 |
| **527** | 1337706 | 1UJBJ02R261EM0924 |
| **528** | 1338016 | 4V0TC30266B007769 |
| **529** | 1338120 | 1EB1F322364013103 |
| **530** | 1338542 | 47CTDEN266G521103 |
| **531** | 1338587 | 47CTD2P286M424773 |
| **532** | 1342781 | 4CJ1F322X66504785 |
| **533** | 1342993 | 4X4TWDE256R336089 |
| **534** | 1343035 | 5L4TF332X63025708 |
| **535** | 1343168 | 1SE200P206B001249 |
| **536** | 1343200 | 4WYT32P2561502468 |
| **537** | 1343327 | 4WYT32P2161502631 |
| **538** | 1343353 | 47CTD2P276M425851 |

FEMA174-000420

Melville, LA (666 Units)

| 539 | 1343673 | 4CJ1F322866504803 |
|-----|---------|-------------------|
| 540 | 1343742 | 1UJBJ02P161EP1063 |
| 541 | 1343745 | 1UJBJ02P361EP1064 |
| 542 | 1343767 | 4WYT32P2861502609 |
| 543 | 1343769 | 4WYT32P2961502621 |
| 544 | 1343777 | 4WYT32P2661502575 |
| 545 | 1343797 | 4CJ1F322866504936 |
| 546 | 1343830 | 4WYT12S2061603690 |
| 547 | 1343849 | 4EZTS282X6S017960 |
| 548 | 1343944 | 4WYT32P2661502611 |
| 549 | 1343996 | 4X4TCKD206P005222 |
| 550 | 1343997 | 1UJBJ02P661EP0796 |
| 551 | 1344006 | 5C1RZ31256P010172 |
| 552 | 1344015 | 1UJBJ02P461EP1378 |
| 553 | 1344027 | 1UJBJ02P461EP1364 |
| 554 | 1344030 | 5C1RZ31286P010148 |
| 555 | 1344078 | 1UJBJ02P361EP1372 |
| 556 | 1344222 | 4WYT12S2561603622 |
| 557 | 1344226 | 1S4BT302663014590 |
| 558 | 1344248 | 1UJBJ02P561EP1390 |
| 559 | 1344322 | 1UJBJ02P861EP1111 |
| 560 | 1344399 | 1UJBJ02P361EP1419 |
| 561 | 1344457 | 4CJ1F322866505062 |
| 562 | 1344498 | 5L0RS28256T000998 |
| 563 | 1344553 | 4CJ1F322466505091 |
| 564 | 1344568 | 4V0TC31286F001012 |
| 565 | 1344707 | 4V0TC31206F000727 |
| 566 | 1344720 | 4X4TWDE216R336090 |
| 567 | 1344782 | 1UJBJ02P461EP1476 |
| 568 | 1344971 | 4X4TWDG206A239118 |
| 569 | 1345197 | 4V0TC312X6F000914 |
| 570 | 1345200 | 4YDT260276N132290 |
| 571 | 1345232 | 4WYT12S2061603754 |
| 572 | 1345266 | 4CJ1F322666505125 |
| 573 | 1345312 | 4V0TC31206F001098 |
| 574 | 1345319 | 4X4TSMC286R394695 |
| 575 | 1345352 | 5L0RS28286T001014 |
| 576 | 1345645 | 5C1RF322X6P010305 |
| 577 | 1345842 | 4V0TC31256F001033 |
| 578 | 1345966 | 4CJ1F322666505139 |
| 579 | 1346140 | 1SE200P236H000528 |
| 580 | 1346589 | 4YDT291246A227249 |
| 581 | 1347041 | 5CZ200P2561128255 |
| 582 | 1347097 | 5CZ200P2161128253 |
| 583 | 1347142 | 4CJ1F322364014619 |
| 584 | 1347297 | 4WYT12S2961603851 |
| 585 | 1347318 | 4YDT291216A227239 |
| 586 | 1347622 | 1NL1GTR2461027723 |
| 587 | 1347925 | 1NL1GTR2961034666 |

FEMA174-000421

Melville, LA (666 Units)

| | | |
|---|---|---|
| **588** | 1348099 | 1NL1GTR2461038852 |
| **589** | 1348318 | 1NL1GTR2761078584 |
| **590** | 1348357 | 1NL1GTR2661053336 |
| **591** | 1349038 | 1NL1VTR2461053440 |
| **592** | 1349152 | 1NL1GTR2061028013 |
| **593** | 1349472 | 1NL1GTR2461084360 |
| **594** | 1349492 | 1NL1VTR2361053509 |
| **595** | 1350354 | 1NL1GTR2561018562 |
| **596** | 1350467 | 1NL1GTR2561043834 |
| **597** | 1350524 | 1NL1GTR2661018621 |
| **598** | 1350596 | 1NL1GTR2961043853 |
| **599** | 1350613 | 1NL1GTR2961043870 |
| **600** | 1351543 | 1NL1VTR2061044217 |
| **601** | 1351856 | 1NL1VTR2261048270 |
| **602** | 1352050 | 1NL1VTR2161048339 |
| **603** | 1352229 | 1NL1VTR2761048393 |
| **604** | 1352474 | 1NL1VTR2361048438 |
| **605** | 1352987 | 1NL1VTR2261060225 |
| **606** | 1353127 | 1NL1VTR2761064321 |
| **607** | 1353181 | 1NL1VTR2061060255 |
| **608** | 1353244 | 1NL1GTR2961028267 |
| **609** | 1353258 | 1NL1GTR2361028281 |
| **610** | 1354196 | 1NL1VTR2761053805 |
| **611** | 1354836 | 1NL1VTR2661053925 |
| **612** | 1354929 | 1NL1VTR2861060519 |
| **613** | 1354943 | 1NL1VTR2261060533 |
| **614** | 1355036 | 1NL1GTR2161028506 |
| **615** | 1355122 | 1NL1VTR2X61060585 |
| **616** | 1355603 | 1NL1VTR2761064786 |
| **617** | 1355760 | 1NL1VTR2761060723 |
| **618** | 1356241 | 1NL1GTR2361028765 |
| **619** | 1356303 | 1NL1VTR2861064909 |
| **620** | 1356313 | 1NL1VTR2061064919 |
| **621** | 1356785 | 1NL1GTR2461028855 |
| **622** | 1356812 | 1NL1GTR2761028901 |
| **623** | 1356906 | 1NL1VTR2861054333 |
| **624** | 1356951 | 1NL1VTR2561065094 |
| **625** | 1357009 | 1NL1VTR2461084977 |
| **626** | 1357257 | 1NL1VTR2361054384 |
| **627** | 1357988 | 1NL1VTR2161048597 |
| **628** | 1358160 | 1NL1VTR2861048693 |
| **629** | 1358525 | 1NL1VTR2961048878 |
| **630** | 1358699 | 1NL1VTR2761048961 |
| **631** | 1359070 | 1NL1VTR2861090345 |
| **632** | 1360331 | 1NL1VTR2761061256 |
| **633** | 1360536 | 1NL1VTR2661085225 |
| **634** | 1360563 | 1NL1VTR2X61061364 |
| **635** | 1360851 | 1NL1GTR2861029598 |
| **636** | 1360903 | 1NL1GTR2661029650 |

FEMA174-000422

Melville, LA (666 Units)

| | | |
|---|---|---|
| **637** | 1372508 | 4CJ1F322066505265 |
| **638** | 1372582 | 4CJ1F322264015101 |
| **639** | 1372584 | 4CJ1F322064015100 |
| **640** | 1372655 | 4CJ1F322064015078 |
| **641** | 1373183 | 5CZ200P2261128486 |
| **642** | 1373239 | 1F9BE30226F309314 |
| **643** | 1373289 | 4XTTN30286C264588 |
| **644** | 1373404 | 4CJ1F322562316599 |
| **645** | 1373411 | 4CJ1F322762493607 |
| **646** | 1373450 | 4CJ1F322462493578 |
| **647** | 1373493 | 4V0TC31236F001127 |
| **648** | 1373733 | 4CJ1F322X62316596 |
| **649** | 1373824 | 4CJ1F322466013743 |
| **650** | 1373832 | 5CZ200P2361128576 |
| **651** | 1373929 | 5CZ200P2561128594 |
| **652** | 1374052 | 4CJ1F322964015287 |
| **653** | 1374143 | 4CJ1F322162493666 |
| **654** | 1374183 | 4CJ1F322262493711 |
| **655** | 1374202 | 4CJ1F322062493710 |
| **656** | 1374333 | 4CJ1F322466013967 |
| **657** | 1375270 | 4CJ1F322665343647 |
| **658** | 1375373 | 4CJ1F322766505585 |
| **659** | 1375494 | 4CJ1F322266505655 |
| **660** | 1375556 | 4CJ1F322366013703 |
| **661** | 1375818 | 4CJ1F322465343890 |
| **662** | 1375874 | 4CJ1F322565343863 |
| **663** | 1375888 | 4CJ1F322865343875 |
| **664** | 1382737 | 5CZ200P2X61128378 |
| **665** | 1382746 | 1F9BE30296F309374 |
| **666** | 1386909 | 1S4BT302163014349 |

FEMA174-000423