Hope, AR (666 Units)

| # | BARCODE | SERIAL NUMBER |
|---|---|---|
| 1 | 119641 | '1EB1F322754007206' |
| 2 | 177009 | '4YDT29R245E315925' |
| 3 | 177376 | '4X4TSME286J016128' |
| 4 | 177474 | '5M6TE27206S003174' |
| 5 | 712007 | '1UJBJ02N951EF1197' |
| 6 | 712084 | '1EB1T272856008963' |
| 7 | 712271 | 1SN200R205F000669 |
| 8 | 724958 | '1UJBJ02N951EF1216' |
| 9 | 728991 | 5CZ200R2251117760 |
| 10 | 729224 | 4YDT271235L607867 |
| 11 | 729377 | 47CTD9N215M420347 |
| 12 | 729470 | 4WYT02P2651705179 |
| 13 | 729525 | '1EC2Y302154005920' |
| 14 | 729884 | 1TC2B328153163418 |
| 15 | 729903 | 1TC2B063053061718 |
| 16 | 1040559 | 5C1RG29215P007112 |
| 17 | 1040703 | 1TC2B063653001037 |
| 18 | 1042693 | 47CTS5P276L117074 |
| 19 | 1042698 | 47CTS5P206L117076 |
| 20 | 1042729 | 4X4TRLC256D089500 |
| 21 | 1042757 | 47CTS5P286L117116 |
| 22 | 1042758 | 19LBA02R46A063757 |
| 23 | 1042764 | 4WYT34P2261207999 |
| 24 | 1054044 | '2EF1B282156599468' |
| 25 | 1054954 | 4YDT284225J459935 |
| 26 | 1056560 | '1ED1D322X54283683' |
| 27 | 1056720 | 4CHTH87205M003456 |
| 28 | 1056777 | '1SE200M206F000535' |
| 29 | 1056796 | 4WYT12N2961601898 |
| 30 | 1056821 | 4YDT298285C122822 |
| 31 | 1056953 | 5L4TP292553007923 |
| 32 | 1056956 | 1NL1GTN2061072843 |
| 33 | 1057155 | 4X4TRL0215D805466 |
| 34 | 1057248 | 4YDT301265L607138 |
| 35 | 1057697 | '4X4TWDE245A235204' |
| 36 | 1057733 | 1TC2B222451307559 |
| 37 | 1057819 | 47CTA2P295L112832 |
| 38 | 1058354 | 4YDT293284B044988 |
| 39 | 1058450 | '1UJBJ02P351EN0925' |
| 40 | 1127649 | 1NL1GTR2461032629 |
| 41 | 1142522 | 4YDT268225C120725 |
| 42 | 1142620 | 4YDT300216A224030 |
| 43 | 1142652 | 4WYT04N2251204773 |
| 44 | 1142809 | 1NL1GTN2951070121 |
| 45 | 1142847 | 4YDT298235C124199 |
| 46 | 1143252 | 4X4TCKD286P098071 |
| 47 | 1143310 | 4X4TWDF286J046913 |

Exhibit 3

Hope, AR (666 Units)

| | | |
|---|---|---|
| 48 | 1143409 | 4X4TWDF286A237571 |
| 49 | 1145015 | 47CTD2P2X6M423026 |
| 50 | 1145023 | 4YDT271206L610064 |
| 51 | 1146047 | 1UJBJ02P061JN0144 |
| 52 | 1146053 | 4X4TWDF286J046085 |
| 53 | 1146066 | 4YDT295295C123448 |
| 54 | 1146112 | 4X4TWDG2X6A236551 |
| 55 | 1146117 | 1PAT80Y205M006739 |
| 56 | 1146132 | 5L4TP312463012601 |
| 57 | 1146166 | '1ED1D322054008744' |
| 58 | 1146177 | 4X4TWDG216A236986 |
| 59 | 1146192 | '5KDBE32235L001858' |
| 60 | 1146194 | 1UJBJ02P7615JY0144 |
| 61 | 1146198 | 5L4TP292853006698 |
| 62 | 1146201 | 4YDT300235A222553 |
| 63 | 1146214 | '1UJBJ02R551EJ0623' |
| 64 | 1146227 | '1UJBJ02R161EM0221' |
| 65 | 1146238 | 4X4TSVV296LOO6847 |
| 66 | 1146239 | 4X4TSAF216J019546 |
| 67 | 1146242 | 4YDT296285C120717 |
| 68 | 1146269 | 4X4TWDD235J044794 |
| 69 | 1146270 | '1UJBJ02R861EL0222' |
| 70 | 1146274 | 1UJBJ02P551JY0061 |
| 71 | 1146279 | 1PAT80X205M006791 |
| 72 | 1146345 | 1PAT64Z205P004032 |
| 73 | 1146400 | '4X4TCKE295P095256' |
| 74 | 1146427 | 47CTD9N255M419797 |
| 75 | 1146463 | 47CTD1R246P613250 |
| 76 | 1146732 | 1PAT80Y215M006121 |
| 77 | 1146734 | 47CTD9N205M421893 |
| 78 | 1146743 | '1UJBJ02R161EJ0409' |
| 79 | 1146745 | 5L4TP292853006703 |
| 80 | 1146917 | '1EB1T192856009344' |
| 81 | 1146925 | '1UJBJ02R961EJ0383' |
| 82 | 1146993 | 1UJBJ02M461JS0151 |
| 83 | 1147106 | '1UJBJ02N161EU0278' |
| 84 | 1147476 | '47CTFEM2X6M423804' |
| 85 | 1147488 | 4XTT525215C156601 |
| 86 | 1152536 | 47CTD1N225P611047 |
| 87 | 1152565 | 4X4TRLC286D088714 |
| 88 | 1154922 | 4X4TSVV236L007301 |
| 89 | 1155129 | 1PAT64U2X6P005553 |
| 90 | 1155170 | '1UJBJ02R051EJ0707' |
| 91 | 1155244 | 4YDT295206N128737 |
| 92 | 1155316 | 4CT111L2357206418 |
| 93 | 1155371 | 4YDT23R216G916227 |
| 94 | 1155375 | 4YDT303215A217525 |
| 95 | 1155376 | '1UJBJ02R051EM1438' |
| 96 | 1155465 | 4YDT259245A217431 |

Hope, AR (666 Units)

| | | |
|---|---|---|
| **97** | 1155506 | 4X4TRLB275D085173 |
| **98** | 1155596 | '1UJBJ02PX61EW0109' |
| **99** | 1155629 | '4EZTS28235S039541' |
| **100** | 1155719 | '4YDT27B295E316521' |
| **101** | 1155748 | '47CTDEN296G519555' |
| **102** | 1155773 | 1SABS02P062CM6828 |
| **103** | 1155793 | 47CTD9N225M420275 |
| **104** | 1156059 | 1SABS02MX52CJ6840 |
| **105** | 1156098 | 1SABS02LX424HF4732 |
| **106** | 1156177 | 4YDT301264L606506 |
| **107** | 1156327 | 5C1TR32236P008800 |
| **108** | 1156428 | 4X4TRLC226D089096 |
| **109** | 1156437 | 1NL1GTN2061072454 |
| **110** | 1156454 | 4WYT02K2961206689 |
| **111** | 1156581 | '4EZTS29295S127010' |
| **112** | 1156634 | 4YDT2952X6N128793 |
| **113** | 1156758 | 4WYT04L2051204452 |
| **114** | 1156761 | 4VOTC182151005358 |
| **115** | 1156762 | 5L4TP342553007255 |
| **116** | 1156895 | 4X4TCKC295P095471 |
| **117** | 1157000 | 4X4TCKF286P097841 |
| **118** | 1157062 | 4YDT268266R126431 |
| **119** | 1160054 | 1NL1GTM2251061293 |
| **120** | 1160065 | 4X4TSVY236L006628 |
| **121** | 1160095 | 1TC2B326261201783 |
| **122** | 1160152 | 47CTDDN295G516826 |
| **123** | 1160168 | '4K01A1L296E156664' |
| **124** | 1160173 | 1PAT64Z226P004597 |
| **125** | 1160255 | 4YDT243275B063200 |
| **126** | 1160455 | '5KDBE30265L002070' |
| **127** | 1160458 | 4X4TFLG206D809658 |
| **128** | 1160472 | 4YDT291216L609825 |
| **129** | 1160585 | 1NL1GTP2051070666 |
| **130** | 1160590 | 4YDT260235N121852 |
| **131** | 1160618 | 4YDT269266K126839 |
| **132** | 1160633 | '47CTFEN296M423727' |
| **133** | 1160686 | 1EA1F302X64010366 |
| **134** | 1160717 | '1ED1B302652488597' |
| **135** | 1160753 | 47CTD4N235G517129 |
| **136** | 1160830 | 4WYT34K2061207121 |
| **137** | 1160853 | '1EC1D22742809153' |
| **138** | 1160860 | '5M6TE31275S001659' |
| **139** | 1160884 | 4X4TWDH286J046715 |
| **140** | 1160913 | '1EC1F272144282521' |
| **141** | 1161014 | 4YDT26R266G917245 |
| **142** | 1161027 | 1SABS02N642GL3010 |
| **143** | 1161054 | 4WYT12N2561601753 |
| **144** | 1161059 | '4K01A1K225E152990' |
| **145** | 1161091 | 5P62B296566100246 |

FEMA174-000347

Hope, AR (666 Units)

| | | |
|---|---|---|
| **146** | 1161102 | '4YDT27B246E319103' |
| **147** | 1161105 | '4EZTS24294S129765' |
| **148** | 1161135 | 4YDT28R255G913908 |
| **149** | 1161141 | 1NL1XTN2661013456 |
| **150** | 1161168 | '1ED1B312064010728' |
| **151** | 1161183 | 4YDT291216C126142 |
| **152** | 1161204 | 4X4TWDC226R335064 |
| **153** | 1161223 | 4YDT299245A220806 |
| **154** | 1161236 | 47CTDDR205G518037 |
| **155** | 1161238 | '4EZTS282265061158' |
| **156** | 1161248 | '1UJBJ02N661EF0364' |
| **157** | 1161270 | 4YDT26R296G916834 |
| **158** | 1161298 | 4X4TWDP226J046212 |
| **159** | 1161309 | 4WYT04J2851204928 |
| **160** | 1161311 | 4X4TSMC246T104035 |
| **161** | 1161332 | 4YDT2592X5R222991 |
| **162** | 1161380 | 47CTDDN2X5G517533 |
| **163** | 1161398 | 47CTA3S206L117125 |
| **164** | 1161424 | 4WYT32M2061501524 |
| **165** | 1161427 | 1SABSO2P662CM6817 |
| **166** | 1161450 | 47CTFTN2X6G520034 |
| **167** | 1161485 | '4YDT38B2X5E318135' |
| **168** | 1161529 | 47CTD9P295M421839 |
| **169** | 1161531 | '1KB1A1K225E152982' |
| **170** | 1161534 | 4X4TWDB286A236538 |
| **171** | 1161545 | 47CTD9P255M421840 |
| **172** | 1161578 | 4XTTN26265C157880 |
| **173** | 1161591 | 4X4TTHG276M007355 |
| **174** | 1161615 | '1EA1D322462313366' |
| **175** | 1161645 | 4CF1F272762313698 |
| **176** | 1161695 | '47CTDES2X6G520427' |
| **177** | 1161728 | '4X4TWDE276A238003' |
| **178** | 1161754 | 19LBA02RX6A063679 |
| **179** | 1161829 | 5CH200R2161143983 |
| **180** | 1161840 | 4X4TRLC246D089522 |
| **181** | 1161846 | '1UJBJ02R761EL0390' |
| **182** | 1161861 | 5CH200R2661143994 |
| **183** | 1161872 | 5CH200R2061143960 |
| **184** | 1161882 | '4X4TWDE256R335699' |
| **185** | 1161889 | 4X4TRLC286D089524 |
| **186** | 1161900 | 5CH200R2961143939 |
| **187** | 1162027 | 4X4TWDG236A238061 |
| **188** | 1162052 | '1UJBJ02R261EL0510' |
| **189** | 1162078 | 5CH200R2261144027 |
| **190** | 1162095 | 19LBA02R06A063691 |
| **191** | 1162110 | 4X4TWDG296A238162 |
| **192** | 1162147 | 47CTS5P296L116704 |
| **193** | 1162201 | '5KDBE30226L002679' |
| **194** | 1162222 | 47CTS5P2X6L117201 |

Hope, AR (666 Units)

| | | |
|---|---|---|
| **195** | 1162314 | 47CTS5P266L116983 |
| **196** | 1162340 | 47CTS5P216L117006 |
| **197** | 1162365 | '5KDBE30266L002751' |
| **198** | 1162387 | 47CTS5P226L117211 |
| **199** | 1162477 | 47CTS5P216L117040 |
| **200** | 1165332 | 1TC2B482X51208361 |
| **201** | 1165422 | 1UJBJ02P661JN0097 |
| **202** | 1165446 | 5CZ200R2861118316 |
| **203** | 1166108 | 1SABS02N162JN2517 |
| **204** | 1166350 | 1UJBJ02P061JN0273 |
| **205** | 1166627 | 4YDT266256N127712 |
| **206** | 1166849 | '47CTDER226G520363' |
| **207** | 1172757 | '4X4TWDE246J047073' |
| **208** | 1173709 | 1TC2B969061308144 |
| **209** | 1173811 | 1TC2B969761308108 |
| **210** | 1180526 | 4N11Y272060203352 |
| **211** | 1180840 | 4WYT02K2051205221 |
| **212** | 1181235 | 4WYT34P2061208519 |
| **213** | 1181419 | 4WYT34P2261404686 |
| **214** | 1181428 | 47CTFTR286G520804 |
| **215** | 1181430 | 47CTFTR206G520828 |
| **216** | 1181567 | 47CTS5P256L116375 |
| **217** | 1181606 | 47CTFTR236G520810 |
| **218** | 1181985 | 47CTD2N286M424534 |
| **219** | 1182006 | '4EZTS29256S094735' |
| **220** | 1182086 | 47CTS5P236L116360 |
| **221** | 1182115 | 4WYT34P2061208133 |
| **222** | 1182292 | 4WYT02P2661708729 |
| **223** | 1182319 | 4WYT02P2061708726 |
| **224** | 1182379 | 4X4TWPD236K007435 |
| **225** | 1182407 | 4XTTN302X6C262115 |
| **226** | 1182423 | 4WYT02P2661708732 |
| **227** | 1182424 | 4WYT32P2661501880 |
| **228** | 1182436 | 47CTS5P236L116665 |
| **229** | 1194311 | 4X4TWDF216A236908 |
| **230** | 1198286 | '5SFBT30266E001386' |
| **231** | 1200480 | 1SABS02R461CM6922 |
| **232** | 1215137 | '1EB1F322565342346' |
| **233** | 1215191 | '1EB1F322X64012420' |
| **234** | 1215308 | 4V0TC31216F000266 |
| **235** | 1215360 | 4V0TC31216F000297 |
| **236** | 1215362 | 4V0TC32286B007902 |
| **237** | 1215365 | 4V0TC31226F000289 |
| **238** | 1215398 | 4V0TC32206B007909 |
| **239** | 1215399 | 4YDT291266L610095 |
| **240** | 1215401 | 4V0TC31246F000326 |
| **241** | 1215433 | 4V0TC30296B007779 |
| **242** | 1215466 | '47CTDER2X6G521051' |
| **243** | 1215481 | 4YDT303206L611796 |

Hope, AR (666 Units)

| | | |
|---|---|---|
| **244** | 1215488 | 47CTD2N256M424264 |
| **245** | 1215539 | 47CTD2N236M424294 |
| **246** | 1215548 | 47CTD2N296M424431 |
| **247** | 1215550 | 47CTD2N256M424300 |
| **248** | 1215554 | 4YDT271266L611753 |
| **249** | 1215556 | 47CTD2N2X6M424504 |
| **250** | 1215576 | 47CTD2N276M424430 |
| **251** | 1215622 | 1PAT80X206M007330 |
| **252** | 1215642 | '1EF1B302064012178' |
| **253** | 1215643 | '1EF1D322064012947' |
| **254** | 1215670 | '1EF1D322X64012969' |
| **255** | 1215722 | '1SE200L216C000725' |
| **256** | 1215723 | '5M6TE27216S003037' |
| **257** | 1215740 | '5KDBE30216L002737' |
| **258** | 1215745 | '1EF1B302264012165' |
| **259** | 1215752 | 4UBAS0P2561A72222 |
| **260** | 1215757 | '1EB1D322764012591' |
| **261** | 1215763 | 47CTD2N296M424686' |
| **262** | 1215765 | 4UBAS0P2661A71726 |
| **263** | 1215773 | '5KDBE30226L002665' |
| **264** | 1215781 | '1EF1B302264012201' |
| **265** | 1215786 | '5KDBE30206L002650' |
| **266** | 1215844 | 5RXTA302261008789 |
| **267** | 1215856 | 47CTD2N266M424676 |
| **268** | 1215860 | '1EF1B302064013220' |
| **269** | 1215877 | 47CTCRS2X6C653027 |
| **270** | 1215884 | '47CTDEN296G521130' |
| **271** | 1215888 | 4X4TSVV206L007563 |
| **272** | 1215895 | 4VOTC29206B006405 |
| **273** | 1215921 | '5KDBE30266L002894' |
| **274** | 1215958 | 4YDT32B2X6F090033 |
| **275** | 1215977 | 47CTCRS246C653220 |
| **276** | 1215990 | 4YDT271256L611856 |
| **277** | 1216084 | 47CTCRS2X6C653206 |
| **278** | 1216091 | 4UBAS0R2861071426 |
| **279** | 1216093 | 4XTTN28206C662893 |
| **280** | 1216122 | '1UJBJ02P661EP0278' |
| **281** | 1216132 | 4YDT32B236F090083 |
| **282** | 1216140 | 4YDT32B296F090041 |
| **283** | 1216143 | 4YDT32B286F090032 |
| **284** | 1216203 | 4WYT32M2461502112 |
| **285** | 1216221 | '1UJBJ02N661EF1160' |
| **286** | 1216296 | '1UJBJ02N461ET0294' |
| **287** | 1216304 | '1EF1B282564013423' |
| **288** | 1216306 | 1NL1GTM2361071378 |
| **289** | 1216340 | '1UJBJ02R461EM0584' |
| **290** | 1216345 | '1EC1B312764011315' |
| **291** | 1216356 | '4X4TSME286M070091' |
| **292** | 1216368 | 4X4TCKC226P096432 |

Hope, AR (666 Units)

| | | |
|---|---|---|
| **293** | 1216401 | 5RXTA302761009064 |
| **294** | 1216406 | 4YDT303226P225373 |
| **295** | 1216408 | '1UJBJ02NX61EF1467' |
| **296** | 1216429 | 4YDT32B246F090111 |
| **297** | 1216492 | '1UJBJ02RX61EJ0960' |
| **298** | 1216507 | '1UJBJ02N361EF1472' |
| **299** | 1216516 | 4YDT32B296F090136 |
| **300** | 1216560 | '1F9BE30206F309182' |
| **301** | 1216591 | '1F9BE302X6F309187' |
| **302** | 1216647 | '1SE200L236C000838' |
| **303** | 1216651 | '1SE200L2X6C000836' |
| **304** | 1216655 | '5KDBE30236L003162' |
| **305** | 1216670 | '4EZTS28216S094930' |
| **306** | 1216679 | 5L0RS28296T000826 |
| **307** | 1216701 | 4X4TSVV276L007463 |
| **308** | 1216705 | '4EZTS29246S116465' |
| **309** | 1216724 | '5SFBT31216E001507' |
| **310** | 1216746 | 4YDT291226L611888 |
| **311** | 1216788 | 4YDT303266A226920 |
| **312** | 1216800 | '1UJBJ02P761EP0550' |
| **313** | 1216854 | '1SE200L296C000794' |
| **314** | 1216899 | '1SE200L276C000781' |
| **315** | 1216915 | '1SE200L226C000751' |
| **316** | 1216916 | '1SE200L296C000844' |
| **317** | 1216927 | 5L0RS28256T000824 |
| **318** | 1216933 | 4X4TWDC206R335645 |
| **319** | 1216935 | 5L0RS28226T000828 |
| **320** | 1216954 | 4X4TSVV296L007609 |
| **321** | 1216960 | '1UJBJ02P761EP0533' |
| **322** | 1216970 | 1PAT64Z256P006117 |
| **323** | 1216985 | 4X4TSVC286L008141 |
| **324** | 1216992 | 47CTD2N246M422747 |
| **325** | 1217040 | 4X4TSVC206L008151 |
| **326** | 1217054 | 4X4TSVC256L008176 |
| **327** | 1217059 | '5KDBE30286L003187' |
| **328** | 1217060 | '5KDBE30206L003183' |
| **329** | 1217063 | '5KDBE30246L003185' |
| **330** | 1217135 | '1KB1A1L286E159936' |
| **331** | 1226075 | 1TC2B9696613106060 |
| **332** | 1227502 | 4WYT32P2961501842 |
| **333** | 1227549 | 4X4TFLC256D089182 |
| **334** | 1227586 | 4WYT06S2261404618 |
| **335** | 1227652 | 4XTTN30276C262167 |
| **336** | 1227670 | 5C1TG29276P009342 |
| **337** | 1227696 | 4YDT296236C129147 |
| **338** | 1227715 | 4UBAS0P2861A71260 |
| **339** | 1227906 | '47CTDES266G520537' |
| **340** | 1227953 | 4XTTN30286C262212 |
| **341** | 1227958 | 4UBAS0R2361D71527 |

Hope, AR (666 Units)

| | | |
|---|---|---|
| 342 | 1227975 | 4XTTN30256C162424 |
| 343 | 1227999 | 4YDT2912X6C127452 |
| 344 | 1228091 | 5C1TG29266P009347 |
| 345 | 1228107 | 4UBAS0R2X61D71573 |
| 346 | 1228348 | '1SE200P256F000798' |
| 347 | 1228362 | '4EZTS29276S094705' |
| 348 | 1228412 | '4EZTS29226S094711' |
| 349 | 1228554 | '1SE200P206F000935' |
| 350 | 1228582 | 5C1TG29236P009337 |
| 351 | 1228673 | 4X4TCKD266P101095 |
| 352 | 1228681 | 4YDT298296C129358 |
| 353 | 1228699 | 4WYT34P2361208661 |
| 354 | 1228719 | 4WYT34P2061404850 |
| 355 | 1228759 | 4WYT34P2861208638 |
| 356 | 1228865 | 4YDT260206N129490 |
| 357 | 1228874 | 4YDT28R236G919482 |
| 358 | 1228890 | 4YDT25R206G919163 |
| 359 | 1228901 | 4X4TCKD2X6P099383 |
| 360 | 1228917 | '1UJBJ02P761EN0735' |
| 361 | 1228922 | 4WYT34P2561404701 |
| 362 | 1229013 | '1UJBJ02R561EM0531' |
| 363 | 1229219 | 4X4TSVV286L007391 |
| 364 | 1229251 | 1SABS02R161CK6711 |
| 365 | 1229321 | 47CTA2P296L116297 |
| 366 | 1229382 | 4WYT02P2261709716 |
| 367 | 1229471 | 4XTTN30236C262280 |
| 368 | 1229500 | 4YDT260246N129542 |
| 369 | 1229662 | 1SABS02R561CK6713 |
| 370 | 1229713 | 47CTS5P296L116900 |
| 371 | 1229803 | '4X4TRLE216D810585' |
| 372 | 1229868 | '4X4TRLE236D810572' |
| 373 | 1229876 | 4WYT34P2461208037 |
| 374 | 1229940 | 4X4TSVV266L007387 |
| 375 | 1230150 | 4V0TC30206B007492 |
| 376 | 1230368 | 4X4TSVV286L007665 |
| 377 | 1230380 | '4X4TRLE226D810661' |
| 378 | 1230400 | 4YDT298256C128093 |
| 379 | 1230459 | 4YDT296226C128359 |
| 380 | 1230496 | 47CTS5P216L117250 |
| 381 | 1230520 | 47CTS5P226L117242 |
| 382 | 1230790 | 4X4TPUF246P006273 |
| 383 | 1230807 | 47CTD2N276M424198 |
| 384 | 1231164 | 47CTFMR206P614438 |
| 385 | 1231213 | 4WYT34P2161207945 |
| 386 | 1231300 | 4YDT291266L611571 |
| 387 | 1231769 | 4YDT291236L611592 |
| 388 | 1231781 | 4X4TPUF266P006260 |
| 389 | 1231829 | 47CTD2N276M424606 |
| 390 | 1231909 | 1TC2B969061306927 |

FEMA174-000352

Hope, AR (666 Units)

| | | |
|---|---|---|
| 391 | 1232175 | 47CTD2N296M424705 |
| 392 | 1232356 | 47CTS5P276L117320 |
| 393 | 1234767 | 5L4TF3324630l3859 |
| 394 | 1234857 | 4X4TCKD266P099963 |
| 395 | 1240143 | '1UJBJ02RX61EL0593' |
| 396 | 1243589 | '1UJBJ02P461EP0313' |
| 397 | 1244381 | 47CTA2P2X6L118057 |
| 398 | 1244542 | '5SFBT302X6E002253' |
| 399 | 1244636 | 4X4TCKD2X6P101293 |
| 400 | 1244695 | '4X4TSME296M070214' |
| 401 | 1244966 | '1UJBJ02RX61EM1125' |
| 402 | 1246397 | '4EZTS32236S116862' |
| 403 | 1246519 | '1UJBJO2P261EP0925' |
| 404 | 1246542 | 1TC2B969063002128 |
| 405 | 1246653 | '1UJBJ02P061EP0888' |
| 406 | 1246891 | 1TC2B969361510010 |
| 407 | 1246917 | 4X4TSVC206L008103 |
| 408 | 1247154 | '1UJBJ02PX61EP0218' |
| 409 | 1247666 | 1TC2B969766101494 |
| 410 | 1247722 | '1UJBJ02P761EP0886' |
| 411 | 1247908 | '1UJBJ02P561EP0739' |
| 412 | 1247950 | 1TC2B969866101441 |
| 413 | 1248038 | 1TC2B969761510107 |
| 414 | 1248146 | '1SE200P276F001550' |
| 415 | 1248387 | 1TC2B969961509900 |
| 416 | 1248614 | 1TC2B969763002224 |
| 417 | 1248867 | 1TC2B969861310157 |
| 418 | 1248989 | 1S4BT302763014503 |
| 419 | 1249050 | 1TC2B969761001568 |
| 420 | 1249098 | 1TC2B969161001582 |
| 421 | 1249683 | 1TC2B969461001608 |
| 422 | 1251171 | 4WYT02P2161708816 |
| 423 | 1251670 | 4YDT29B276G919632 |
| 424 | 1255251 | 1TC2B969863002491 |
| 425 | 1255688 | '1SE200P226F001827' |
| 426 | 1256502 | 1TC2B969561001908 |
| 427 | 1256719 | 1TC2B969061002013 |
| 428 | 1263770 | 4X4TCKF275P093486 |
| 429 | 1263997 | '4YDT31B296E320516' |
| 430 | 1265245 | 4UBAS0R2461D71925 |
| 431 | 1265246 | '47CTDER296G521011' |
| 432 | 1265261 | '1F9BE30206F309084' |
| 433 | 1265269 | 4UBAS0R2261D71972 |
| 434 | 1265285 | '47CTDER296G521008' |
| 435 | 1265309 | '47CTDER276G521007' |
| 436 | 1265350 | 4UBAS0R2061D71937 |
| 437 | 1265428 | 4YDT291276L611644 |
| 438 | 1265785 | 4WYT02P2X61708782 |
| 439 | 1265858 | '1UJBJ02P861EN0906' |

Hope, AR (666 Units)

| | | |
|---|---|---|
| 440 | 1266285 | 5CH200R2261143684 |
| 441 | 1266332 | 47CTDWR226P614099 |
| 442 | 1266399 | 4WYT34P2761209408 |
| 443 | 1266402 | 4WYT34P2X61209404 |
| 444 | 1266409 | 19LBA02P16A063567 |
| 445 | 1266452 | 1UJBJ02P261JY0441 |
| 446 | 1266459 | '1EB1C282466011441' |
| 447 | 1266477 | 4WYT34P2461209432 |
| 448 | 1266496 | 4WYT34P2761209442 |
| 449 | 1266525 | 4WYT02P2561710925 |
| 450 | 1266571 | '1SE200P2X6F001445' |
| 451 | 1275002 | 1TC2B969063001755 |
| 452 | 1275049 | '5SFBT30266E001875' |
| 453 | 1275073 | 47CTS5P246L117324 |
| 454 | 1275113 | '47CTDER256G520714' |
| 455 | 1275114 | 4X4TRLC2X6D089363 |
| 456 | 1275115 | '47CTDER2X6G520692' |
| 457 | 1275174 | 4YDT291206C128397 |
| 458 | 1275834 | 1TC2B969361307005 |
| 459 | 1276152 | 4WYT02P2761710456 |
| 460 | 1276453 | 1SABS02R761CK6924 |
| 461 | 1276533 | '4EZTS32296S116493' |
| 462 | 1277107 | 4XTTN30226C262335 |
| 463 | 1277121 | '4EZTS29286S095278' |
| 464 | 1277222 | 1SABS02RX62CK6409 |
| 465 | 1277227 | 47CTFTR296G520892 |
| 466 | 1277251 | '47CTFEP266M424766' |
| 467 | 1277256 | 4YDT295246N128899 |
| 468 | 1277391 | '4EZTS28216S095124' |
| 469 | 1280042 | 1SABS02R461CK6962 |
| 470 | 1280093 | '47CTFEN286M424397' |
| 471 | 1280197 | 1SABS02R362CK6414 |
| 472 | 1280566 | 4YDT296296C128990 |
| 473 | 1280649 | 1SABS02R462CK6633 |
| 474 | 1280658 | 5C1TG29286P009317 |
| 475 | 1280671 | 4X4TCKD246P099413 |
| 476 | 1280821 | 4X4TCKD276P099471 |
| 477 | 1280897 | 4X4TCKD296P101091 |
| 478 | 1281045 | 4UBAS0R2661D71702 |
| 479 | 1281067 | 4XTTN30256C262345 |
| 480 | 1281121 | '4EZTS28266S095037' |
| 481 | 1281202 | 4WYT12M2761602100 |
| 482 | 1281229 | 47CTFMR2X6P614463 |
| 483 | 1281376 | 1S4BT302163014402 |
| 484 | 1281439 | 4WYT34P2161404694 |
| 485 | 1281442 | 4XTTN26256C661127 |
| 486 | 1281447 | 1LC2S2P236D305634 |
| 487 | 1281684 | 1UJBJ02P461JN0129 |
| 488 | 1281837 | '5KDBE26286L002798' |

Hope, AR (666 Units)

| | | |
|---|---|---|
| **489** | 1282015 | '4EZTS322X6S095430' |
| **490** | 1282054 | 1LC2S2P296D305668 |
| **491** | 1282069 | 5RXTA242561008774 |
| **492** | 1282133 | 1LC2S2P216D305616 |
| **493** | 1282138 | '47CTFEP256M425195' |
| **494** | 1282503 | '5M6TE27236S003198' |
| **495** | 1282512 | 47CTD2P2X6M424239 |
| **496** | 1282602 | 4WYT02P2161711022 |
| **497** | 1282628 | 4WYT02P2261711014 |
| **498** | 1282647 | 4WYT02P2061711027 |
| **499** | 1282741 | '1SE200P2X6F001414' |
| **500** | 1282744 | '1SE200P216F001401' |
| **501** | 1285301 | 4YDT260276N129843 |
| **502** | 1285302 | 4YDT260286N129849 |
| **503** | 1285305 | 4YDT260296N129794 |
| **504** | 1285422 | '1SE200P286F001119' |
| **505** | 1287916 | 4X4TWDG286A237942 |
| **506** | 1287927 | 4X4TFLC2X6D089419 |
| **507** | 1288083 | 4V0TC30216B007601 |
| **508** | 1288122 | 47CTA2P246L117809 |
| **509** | 1288128 | '4X4TSME206M070019' |
| **510** | 1288536 | '47CTDER266G521516' |
| **511** | 1288666 | 4WYT34P2X61405021 |
| **512** | 1288771 | 4WYT34P2761209523 |
| **513** | 1288797 | 4WYT34P2961209524 |
| **514** | 1288847 | 4WYT34P2861209515 |
| **515** | 1289091 | 4WYT34P2561209584 |
| **516** | 1302506 | 4YDT2992X6H226151 |
| **517** | 1302807 | 4X4TSVV276L007656 |
| **518** | 1303164 | 4XTTN30256C162519 |
| **519** | 1303218 | '1SE200P216H000382' |
| **520** | 1303276 | 4XTTN302X6C162497 |
| **521** | 1303347 | '4X4TPUE206P008006' |
| **522** | 1303526 | '1UJBJ02P661EP0118' |
| **523** | 1303538 | '1UJBJ02P661EP0216' |
| **524** | 1303657 | 47CTA2P216L117900 |
| **525** | 1303699 | 1TC2B969763001980 |
| **526** | 1303809 | 4WYT04N2961206778 |
| **527** | 1303820 | 4V0TC32276B007972 |
| **528** | 1304135 | '1UJBJ02P161EP0060' |
| **529** | 1304334 | 47CTFMR266P614492 |
| **530** | 1304368 | 1TC2B969061509851 |
| **531** | 1304373 | 47CTS5P276L116362 |
| **532** | 1304382 | '1UJBJ02P461EP0148' |
| **533** | 1304471 | 4YDT298236C130182 |
| **534** | 1304696 | 47CTD2N226M425016 |
| **535** | 1304808 | 4YDT32B276F090006 |
| **536** | 1304821 | '4EZTS28246S116211' |
| **537** | 1304963 | 4YDT30F286E320558 |

Hope, AR (666 Units)

| | | |
|---|---|---|
| **538** | 1305017 | '4EZTS32216S094828' |
| **539** | 1305152 | 1UJBJ02P761JN0626 |
| **540** | 1305192 | 1UJBJ02PX61JN0538 |
| **541** | 1305193 | 4YDT299296C130542 |
| **542** | 1305210 | 4XTTN30236C262151 |
| **543** | 1305340 | '1SE200P286H000430' |
| **544** | 1305358 | '47CTDER206G520023' |
| **545** | 1305399 | '1UJBJ02R061EM0517' |
| **546** | 1305445 | 1TV2B294066101058 |
| **547** | 1305460 | 1UJBJ02N461JP0086 |
| **548** | 1305495 | 5C1SB33266P009437 |
| **549** | 1305513 | '1UJBJ02N661ES0303' |
| **550** | 1305811 | '1EB1C282866012110' |
| **551** | 1305817 | '5KDBE30286L003142' |
| **552** | 1305889 | 4X4TCKD286P005033 |
| **553** | 1305995 | 1SH200P225F001903 |
| **554** | 1306120 | 47CTD2N2X6M424874 |
| **555** | 1306289 | 5C1RG29256P009687 |
| **556** | 1306360 | '4EZTS322X6S095508' |
| **557** | 1306420 | '4EZTS322865095586' |
| **558** | 1306580 | 1TC2B969066101370 |
| **559** | 1306651 | 1TC2B969561509862 |
| **560** | 1306788 | 4WYT06M2261404955 |
| **561** | 1306896 | 47CTD2N256M424913 |
| **562** | 1307024 | '1EB1B282665342658' |
| **563** | 1307105 | 4WYT12N2061601952 |
| **564** | 1307127 | '4EZTS32286S095510' |
| **565** | 1307141 | 4YDT278286L611940 |
| **566** | 1307280 | '4X4TFLE216D810739' |
| **567** | 1307396 | 4X4TSMD246A295515 |
| **568** | 1312542 | 4X4TTHG216M007710 |
| **569** | 1312702 | 4X4TSMD256A295510 |
| **570** | 1312823 | 1TC2B969161310176 |
| **571** | 1312850 | 47CTCRS266C653106 |
| **572** | 1313059 | 47CTS5P256L115694 |
| **573** | 1313162 | 1TC2B969461308048 |
| **574** | 1313183 | 4YDT32B296F090153 |
| **575** | 1313345 | 1TC2B969761310182 |
| **576** | 1313663 | 1TC2B969366101363 |
| **577** | 1313688 | '4YDT25F285E317562' |
| **578** | 1313730 | '1UJBJ02P461EP0554' |
| **579** | 1313733 | 1TC2B969161308055 |
| **580** | 1313738 | 1TC2B969861308022 |
| **581** | 1313744 | 5C1TF32206P009749 |
| **582** | 1313787 | 1TC2B969X61509985 |
| **583** | 1313859 | 5C1RJ33216P009640 |
| **584** | 1314093 | '1UJBJ02P361EP0562' |
| **585** | 1314158 | '4YDT30B226E319038' |
| **586** | 1314166 | '1UJBJ02P561EP0627' |

Hope, AR (666 Units)

| | | |
|---|---|---|
| 587 | 1314220 | 47CTD2P256M425282 |
| 588 | 1314673 | 5C1TZ31256P009884 |
| 589 | 1315113 | 4X4TSVB256L006901 |
| 590 | 1315300 | 1TC2B969366101461 |
| 591 | 1315399 | 4YDT259276A225766 |
| 592 | 1315500 | '1UJBJ02P761EP0452' |
| 593 | 1315561 | '1UJBJ02PX61EP0428' |
| 594 | 1315568 | '1UJBJ02P061EP0373' |
| 595 | 1315871 | '1UJBJ02P361EP0447' |
| 596 | 1315885 | '4K01A1L266E159909' |
| 597 | 1316205 | '1UJBJ02PX61EP0445' |
| 598 | 1333087 | 4XTTN302X6C264477 |
| 599 | 1333089 | 4XTTN302X6C264480 |
| 600 | 1337568 | 1TC2B06425150315 |
| 601 | 1337589 | 4V0TC30286B007563 |
| 602 | 1337622 | 4YDT291236L611625 |
| 603 | 1337629 | 4V0TC322X6D002284 |
| 604 | 1337634 | 5C1GJ33286P008380 |
| 605 | 1337813 | '4YDT30B276E320010' |
| 606 | 1337900 | 1TC2B334X66100510 |
| 607 | 1337904 | '4EZTS25205S116631' |
| 608 | 1338410 | 4V0TC31206F000341 |
| 609 | 1338417 | '5M6TE272X6S003392' |
| 610 | 1338585 | 4WYT34P2761404716 |
| 611 | 1342647 | 4XTTN30236C264398 |
| 612 | 1342751 | 4YDT3032X6P225363 |
| 613 | 1342768 | '1SE200L276C000521' |
| 614 | 1342785 | '1SE200P266B001241' |
| 615 | 1342956 | '1SE200P256B001151' |
| 616 | 1342972 | '1SE200P286B001175' |
| 617 | 1343023 | 5C1RZ31236P010090 |
| 618 | 1343069 | 4X4TWDG216A238706 |
| 619 | 1343075 | 47CTD2N286M425862 |
| 620 | 1343085 | 4X4TWDG286A238797 |
| 621 | 1343190 | '1SE200P226B001267' |
| 622 | 1343456 | 4V0TC312X6F000637 |
| 623 | 1343470 | 4WYT32P2561502454 |
| 624 | 1343476 | 4WYT32P2361603119 |
| 625 | 1343516 | 4WYT32P2661502463 |
| 626 | 1343525 | 4WYT32P2261502444 |
| 627 | 1343536 | '1UJBJ02PX61EP1059' |
| 628 | 1343546 | '1UJBJ02P061EP0423' |
| 629 | 1343551 | 4WYT12S2461603031 |
| 630 | 1343605 | '1UJBJ02P561EP0370' |
| 631 | 1343623 | 47CTD2N296M425868 |
| 632 | 1343653 | 1S4BT302163014528 |
| 633 | 1343658 | 4WYT32P2161502581 |
| 634 | 1343741 | 4X4TWDC246A239029 |
| 635 | 1344040 | '5KDBE30236L003405' |

Hope, AR (666 Units)

| | | |
|---|---|---|
| **636** | 1344064 | '1UJBJ02P861EP0850' |
| **637** | 1344065 | 4V0TC31216F000624 |
| **638** | 1344245 | '1UJBJ02P361EP1114' |
| **639** | 1344276 | 4V0TC31256F000741 |
| **640** | 1344309 | 5C1RZ31216P010184 |
| **641** | 1344467 | '1UJBJ02P761EP1150' |
| **642** | 1344507 | 4V0TC31216F001059 |
| **643** | 1344525 | 1S4BT302463014829 |
| **644** | 1344834 | 4X4TSMC246R394662 |
| **645** | 1345125 | '1UJBJ02P361EP1212' |
| **646** | 1345134 | '1UJBJ02P661EP1317' |
| **647** | 1345376 | '1UJBJ02R861EM1267' |
| **648** | 1345544 | 4X4TPUC236P008262 |
| **649** | 1345770 | 4YDT260296N132467 |
| **650** | 1346184 | 5L0RS282X6T001029 |
| **651** | 1346622 | 4YDT291206A227247 |
| **652** | 1346680 | '1UJBJ02P161EP1273' |
| **653** | 1346829 | 4V0TC312X6F000394 |
| **654** | 1347165 | '5SFBT25287E003101' |
| **655** | 1347396 | '1UJBJ02P861EP1349' |
| **656** | 1347499 | '1UJBJ02P561EP1342' |
| **657** | 1372806 | '1F9BE30226F309278' |
| **658** | 1372972 | 5CZ200P2261127239 |
| **659** | 1373218 | '1F9BE30236F309242' |
| **660** | 1373295 | 4XTTN302X6C264544 |
| **661** | 1373324 | 4XTTN30286C264560 |
| **662** | 1373399 | 4V0TC31206F001117 |
| **663** | 1373561 | 4V0TC312X6F001108 |
| **664** | 1373576 | '1F9BE30256F309274' |
| **665** | 1373630 | 4VOTC31226F001216 |
| **666** | 1374613 | '1UJBJ02R161EL0269' |