Lottie, LA (666 Units)

| # | BARCODE ID | SERIAL NUMBER |
|---|---|---|
| 1 | 119701 | 1NL1GTR2751063999 |
| 2 | 120348 | 1NL1GTR2251020042 |
| 3 | 175560 | '1EB1F322152971604' |
| 4 | 177045 | 4YDT28R235G912000 |
| 5 | 177180 | 1NL1GTR2351064986 |
| 6 | 177382 | 4X4TSMF226J016110 |
| 7 | 177437 | '5M6TE27236S003153' |
| 8 | 177444 | '1EB1C282866011443' |
| 9 | 681157 | '1EB1F322254008490' |
| 10 | 681207 | '1EB1F322252813854' |
| 11 | 724981 | 5L0RS28235T000271 |
| 12 | 729507 | 1TC2B217253063718 |
| 13 | 1038881 | '1EB1F322654008380' |
| 14 | 1039808 | 1NL1GTR2451012704 |
| 15 | 1041385 | 1NL1GTR2251021708 |
| 16 | 1041407 | 1NL1GTR2551021783 |
| 17 | 1054145 | '1EB1T322856009737' |
| 18 | 1055202 | 1NL1GTR2151068356 |
| 19 | 1055311 | 1NL1GTR2X51020841 |
| 20 | 1057492 | 47CTD9N285M420989 |
| 21 | 1057667 | 4X4TRLC215D085054 |
| 22 | 1057920 | '4YDT30F285E315827' |
| 23 | 1059474 | 4YDT2962X5C118676 |
| 24 | 1105552 | 1NL1GTR2161073381 |
| 25 | 1107052 | 1NL1GTR2561073934 |
| 26 | 1107990 | 1NL1GTR2961023246 |
| 27 | 1108841 | 1NL1GTR2461074279 |
| 28 | 1108894 | 1NL1GTR2561014320 |
| 29 | 1110009 | 1NL1GTR2061050268 |
| 30 | 1110133 | 1NL1GTR2061066969 |
| 31 | 1110728 | 1NL1GTR2961001134 |
| 32 | 1111122 | 1NL1GTR2861001528 |
| 33 | 1111359 | 1NL1GTR2061001765 |
| 34 | 1111517 | 1NL1GTR2361001923 |
| 35 | 1111973 | 1NL1GTR2061002379 |
| 36 | 1112030 | 1NL1GTR2861002436 |
| 37 | 1112171 | 1NL1GTR2461002577 |
| 38 | 1113118 | 1NL1GTR2161040168 |
| 39 | 1114070 | 1NL1GTR2761014609 |
| 40 | 1114359 | 1NL1GTR2761067164 |
| 41 | 1114673 | 1NL1GTR2261030877 |
| 42 | 1115973 | 1NL1GTR2861035291 |
| 43 | 1116618 | 1NL1GTR2861015381 |
| 44 | 1117240 | 1NL1GTR2X61040573 |
| 45 | 1118489 | 1NL1GTR2461077215 |
| 46 | 1118755 | 1NL1GTR2361077089 |
| 47 | 1119368 | 1NL1GTR2161024617 |

Exhibit 4

FEMA174-000359

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **48** | 1120194 | 1NL1GTR2461041072 |
| **49** | 1121482 | 1NL1GTR2961035865 |
| **50** | 1122387 | 1NL1GTR2061082573 |
| **51** | 1123115 | 1NL1GTR2761045455 |
| **52** | 1123128 | 1NL1GTR2561045468 |
| **53** | 1123157 | 1NL1GTR2161045497 |
| **54** | 1123934 | 1NL1GTR2761067570 |
| **55** | 1123935 | 1NL1GTR2961067571 |
| **56** | 1124168 | 1NL1GTR2X61077641 |
| **57** | 1124610 | 1NL1GTR2161036248 |
| **58** | 1124650 | 1NL1GTR2961051371 |
| **59** | 1125263 | 1NL1GTR2861045660 |
| **60** | 1125291 | 1NL1GTR2961041682 |
| **61** | 1125357 | 1NL1GTR2461045672 |
| **62** | 1125437 | 1NL1GTR2361016552 |
| **63** | 1125622 | 1NL1GTR2261041796 |
| **64** | 1125630 | 1NL1GTR2561041811 |
| **65** | 1125831 | 1NL1GTR2961016720 |
| **66** | 1126112 | 1NL1GTR2261045945 |
| **67** | 1126398 | 1NL1GTR2X61032408 |
| **68** | 1127129 | 1NL1GTR2461067834 |
| **69** | 1127813 | 1NL1GTR2861025862 |
| **70** | 1127908 | 1NL1GTR2361077979 |
| **71** | 1128137 | 1NL1GTR2861025909 |
| **72** | 1128253 | 1NL1GTR2461032730 |
| **73** | 1128502 | 1NL1GTR2061082993 |
| **74** | 1128749 | 1NL1GTR2X61083004 |
| **75** | 1128844 | 1NL1GTR2361068134 |
| **76** | 1129270 | 1NL1GTR2061083089 |
| **77** | 1129562 | 1NL1GTR2961083107 |
| **78** | 1129918 | 1NL1GTR2X61083150 |
| **79** | 1130081 | 1NL1GTR2161068200 |
| **80** | 1130692 | 1NL1GTR2661033197 |
| **81** | 1130829 | 1NL1GTR2161052160 |
| **82** | 1130985 | 1NL1GTR2161078712 |
| **83** | 1142823 | 1TC2B399061303387 |
| **84** | 1142852 | 1NL1GTN2051070895 |
| **85** | 1142863 | 47CTD2P236M422929 |
| **86** | 1142930 | 4X4TCKD286P099088 |
| **87** | 1143334 | 19LBA02P76A063508 |
| **88** | 1143341 | 4UBAS0P2851N46515 |
| **89** | 1146000 | 47CTA2L226L115871 |
| **90** | 1146033 | 1PAT64Z206P005053 |
| **91** | 1146124 | 4X4TWDC286R334808 |
| **92** | 1146175 | 4WYT12L2251G00943 |
| **93** | 1146251 | '1UJBJ02R551CE0257' |
| **94** | 1146262 | 5C1TR32296P008753 |
| **95** | 1146323 | 4X4TWDP225J045821 |
| **96** | 1146347 | 4YDT249235A220640 |

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **97** | 1146360 | 4X4TWDA215R334781 |
| **98** | 1146391 | 4X4TRLC2D6D808894 |
| **99** | 1146419 | 4X4TRLB285D085439 |
| **100** | 1146483 | '1UJBJ02R351EL1258' |
| **101** | 1146505 | '1UJBJ02R861EM0295' |
| **102** | 1146567 | '1UJBJ02R361CE0050' |
| **103** | 1146570 | 4CK1F272564010747 |
| **104** | 1146613 | 4X4TWDB236A236754 |
| **105** | 1146663 | 5L4TF292453010573 |
| **106** | 1146693 | 4YDT3202X6A224703 |
| **107** | 1146704 | '1UJBJ02N461EF0685' |
| **108** | 1146827 | '4YDT31B235E317691' |
| **109** | 1146835 | 4CK1R292954007093 |
| **110** | 1146962 | '1UJBJ02R061EJ0174' |
| **111** | 1146988 | '4X4TWDE205A236138' |
| **112** | 1147011 | '1UJBJ02N261ET0178' |
| **113** | 1147059 | 47CTD9N235M421192 |
| **114** | 1147078 | 47CTDDR295G516836 |
| **115** | 1147081 | 4X4TWDH256J046686 |
| **116** | 1147175 | 4X4TFLB246D086653 |
| **117** | 1147193 | 4YDT274286A223320 |
| **118** | 1147219 | 1NL1GTN2751070652 |
| **119** | 1147346 | 4YDT256236N126102 |
| **120** | 1147414 | 1TC2B069X51501220 |
| **121** | 1154247 | 4WYT12L2551601219 |
| **122** | 1155060 | '1EC1H272852970796' |
| **123** | 1155083 | '1KB1A1L216E157638' |
| **124** | 1155086 | 4YDT298225J123203 |
| **125** | 1155164 | 4X4TSVD216L031680 |
| **126** | 1155277 | '1UJBJ02P261EN0416' |
| **127** | 1155384 | 1PAT64X286P005675 |
| **128** | 1155544 | '1EB1F272154009200' |
| **129** | 1155582 | 1PAT64Z2X6P004587 |
| **130** | 1155605 | '1UJBJ02N351ET0222' |
| **131** | 1155635 | 1SH200P295F001406 |
| **132** | 1155660 | '1UJBJ02N751EF2347' |
| **133** | 1155669 | 4YDT243296K064947 |
| **134** | 1155684 | 4YDT28B205G909579 |
| **135** | 1155685 | 4YDT296206C125234 |
| **136** | 1155817 | 1NL1XTM2261012905 |
| **137** | 1155871 | 4WYT02K2651205904 |
| **138** | 1155908 | '1UJBJ02N561ET0210' |
| **139** | 1155912 | 4CM120L2447204808 |
| **140** | 1156071 | '1EA1B262251599006' |
| **141** | 1156073 | 4YDT274255A220681 |
| **142** | 1156139 | 4WYH02G2161708207 |
| **143** | 1156226 | 4YDT281225L608269 |
| **144** | 1156276 | 1PAT80X295M006241 |
| **145** | 1156291 | 4V0TC182651005341 |

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **146** | 1156292 | 4V0TC232351005441 |
| **147** | 1156331 | 1PAT80Y296M007227 |
| **148** | 1156470 | 4YDT295236N128733 |
| **149** | 1156534 | 4X4TSMH216C008565 |
| **150** | 1156783 | 5C1RG29206P008687 |
| **151** | 1156787 | 4YDT3042X6B065108 |
| **152** | 1157055 | 1NL1GTR2961050219 |
| **153** | 1157123 | 4X4TSMH2X6T104257 |
| **154** | 1157171 | 4YDT372276C126923 |
| **155** | 1160021 | 1PAT64Z2X6P005125 |
| **156** | 1160029 | '1KB1A1F2I5E155303' |
| **157** | 1160496 | '5KDBE30295L002015' |
| **158** | 1160548 | 4X4TWDP255J044341 |
| **159** | 1160620 | '47CTDER275G518414' |
| **160** | 1160654 | 1UJBJ02M551JZ0479 |
| **161** | 1160661 | 1TC2B224X51504625 |
| **162** | 1160865 | 1PAT80Y225M006225 |
| **163** | 1161305 | 47CTD9L275M420338 |
| **164** | 1161320 | 47CTD9N295M421813 |
| **165** | 1161501 | 4X4TFLR256D087319 |
| **166** | 1162411 | 47CTS5P276L116989 |
| **167** | 1173006 | 1PAT64U275P002785 |
| **168** | 1173042 | 4CF1F262552813651 |
| **169** | 1173351 | 1TC2B969161307908 |
| **170** | 1173717 | 1TC2B969561307927 |
| **171** | 1173769 | 1TC2B969461308096 |
| **172** | 1173937 | 1TC2B969161308282 |
| **173** | 1173963 | 1TC2B969861308344 |
| **174** | 1173990 | 1TC2B969161308346 |
| **175** | 1174035 | 1TC2B969461308163 |
| **176** | 1174085 | 1TC2B969561308477 |
| **177** | 1174274 | 1TC2B969061305695 |
| **178** | 1180520 | 4CF1R292754008886 |
| **179** | 1180617 | 4WYT02K2461206499 |
| **180** | 1180961 | 5L4TF332463016146 |
| **181** | 1181410 | '1KB131L286E159767' |
| **182** | 1181590 | '1KB131L216E159786' |
| **183** | 1181645 | 4X4TFLC2X6D089453 |
| **184** | 1181927 | '4EZTS29276S094719' |
| **185** | 1181986 | '1EB1F322X64011882' |
| **186** | 1182035 | 47CTS5P286L116368 |
| **187** | 1182126 | 1TC2B969163001442 |
| **188** | 1182144 | 4X4TFLL256D089439 |
| **189** | 1182288 | 4WYT32P2561501837 |
| **190** | 1187115 | '1EB1F322165342232' |
| **191** | 1187424 | 1NL1GTR2541057553 |
| **192** | 1192843 | '1EF1C282666011603' |
| **193** | 1193778 | 4V0TC30226B007350 |
| **194** | 1199185 | 4X4TWDH206P194936 |

FEMA174-000362

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **195** | 1201494 | 1KB131L296W160968 |
| **196** | 1216259 | '1UJBJ02P861EP0184' |
| **197** | 1225796 | 1TC2B969963002547 |
| **198** | 1225826 | 1TC2B969361310616 |
| **199** | 1226001 | '1SE200P256F001854' |
| **200** | 1226092 | 5L4TF332663020828 |
| **201** | 1227663 | 4YDT260276N129440 |
| **202** | 1227759 | 4YDT29B276G919498 |
| **203** | 1228025 | '1SE200P296F000805' |
| **204** | 1228027 | 4YDT260286N129513 |
| **205** | 1228102 | 4YDT298206C129539 |
| **206** | 1228187 | '1SE200P226F000922' |
| **207** | 1228190 | 4X4TSMH246T104335 |
| **208** | 1228216 | '4X4TPUE236P006363' |
| **209** | 1228417 | '47CTDES206G520534' |
| **210** | 1228438 | 4WYT34P2661404853 |
| **211** | 1228446 | '1UJBJ02NX61EF1226' |
| **212** | 1228612 | 4WYT34P2961404698 |
| **213** | 1228670 | '4EZTS29226S095230' |
| **214** | 1228680 | 47CTA2P276L116251 |
| **215** | 1228725 | 1KB131L276W161083 |
| **216** | 1228736 | 4WYT34P2061404699 |
| **217** | 1228803 | '1UJBJ02P461EN0692' |
| **218** | 1228831 | 4YDT28R2X6G919480 |
| **219** | 1228870 | 1SABS02R361CM6880 |
| **220** | 1228899 | 4X4TFLC266D089160 |
| **221** | 1228902 | 5L4TP272563013208 |
| **222** | 1229133 | 4XTTN30276C262119 |
| **223** | 1229187 | 1SABS02R461CK6878 |
| **224** | 1229216 | '1KB131L226E159635' |
| **225** | 1229315 | 47CTA2P206L116298 |
| **226** | 1229349 | 4X4TSVV246L007226 |
| **227** | 1229631 | '4X4TRLE276D810624' |
| **228** | 1229645 | '1UJBJ02P961EN0736' |
| **229** | 1229791 | 4WYT02P2461709703 |
| **230** | 1229826 | '4X4TRLE296D810575' |
| **231** | 1229860 | '4X4TRLE276D810588' |
| **232** | 1229888 | 1TC2B970963001589 |
| **233** | 1229931 | '1UJBJ02N361EF1231' |
| **234** | 1229968 | 1SABS02R962CK6448 |
| **235** | 1229970 | '4X4TRLE276D810607' |
| **236** | 1230009 | '4X4TPUE286P006326' |
| **237** | 1230084 | 4V0TC30236B007504 |
| **238** | 1230166 | '1KB131L226E160851' |
| **239** | 1230182 | 1KB131L276W161200 |
| **240** | 1230202 | 1SABS02R262CK6419 |
| **241** | 1230218 | 47CTS5P246L116934 |
| **242** | 1230233 | 47CTS5P276L116927 |
| **243** | 1230281 | 4YDT29B266G919489 |

FEMA174-000363

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **244** | 1230596 | '1KB131L266E160786' |
| **245** | 1230645 | 4X4TWDH2X6T133830 |
| **246** | 1230705 | 47CTS5P266L117258 |
| **247** | 1230797 | 1KB131L2X6W161255 |
| **248** | 1230918 | 5CZ200R2161125043 |
| **249** | 1231182 | 1TC2B970863001633 |
| **250** | 1231184 | 1TC2B970663001629 |
| **251** | 1231196 | 4X4TCKF256P097795 |
| **252** | 1231197 | 4WYT34P2X61208091 |
| **253** | 1231267 | 47CTS5P206L117093 |
| **254** | 1231429 | 4X4TSMH256J030449 |
| **255** | 1231461 | '1KB131L256E161718' |
| **256** | 1231572 | 4WYT34P2961208034 |
| **257** | 1231664 | 4X4TSVA215L005969 |
| **258** | 1231670 | '1UJBJ02RX61EL0366' |
| **259** | 1231720 | 4X4TWDH216P006568 |
| **260** | 1231858 | 1KB131L236W162022 |
| **261** | 1232193 | 4YDT291206L611565 |
| **262** | 1240346 | 1NL1GTR2461035837 |
| **263** | 1243192 | '2EB1F322266503501' |
| **264** | 1244158 | 5L4TF332463016003 |
| **265** | 1244173 | 5L4TF332463014946 |
| **266** | 1244956 | '5SFBT30206E002276' |
| **267** | 1245214 | 4WYT02P2361709756 |
| **268** | 1245309 | '5SFBT30266E002301' |
| **269** | 1246513 | 1TC2B969X63002122 |
| **270** | 1246535 | 1TC2B969261310140 |
| **271** | 1246550 | 5L4TF332963023934 |
| **272** | 1246705 | '1UJBJ02P861EP0945' |
| **273** | 1247156 | 1TC2B969366101444 |
| **274** | 1247191 | 5L4TF332263023791 |
| **275** | 1247247 | 1TC2B969X61509999 |
| **276** | 1247623 | '1UJBJ02P961EP0968' |
| **277** | 1247635 | '1UJBJ02P261EP1041' |
| **278** | 1247699 | '1SE200P296F001551' |
| **279** | 1247701 | 1TC2B969566101512 |
| **280** | 1247732 | 1TC2B969166101541 |
| **281** | 1247861 | '1SE200P226F001567' |
| **282** | 1247895 | 4N11Y272060203478 |
| **283** | 1247904 | '1UJBJ02PX61EP0736' |
| **284** | 1248032 | '1SE200P216F001592' |
| **285** | 1248085 | 4N11Y272760203526 |
| **286** | 1248358 | 1KB131L236W164014 |
| **287** | 1248382 | 1NL1GTR2561036821 |
| **288** | 1248477 | 5L4TF332163020199 |
| **289** | 1248764 | 4N11Y272360203491 |
| **290** | 1248774 | 1TC2B969X63002217 |
| **291** | 1249711 | '1SE200P226F001763' |
| **292** | 1250333 | 4X4TWDH266P007196 |

FEMA174-000364

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **293** | 1255189 | 1TC2B969261310557 |
| **294** | 1255459 | 5L4TF332763020644 |
| **295** | 1255484 | 1TC2B969963002550 |
| **296** | 1255577 | 1TC2B969X63002511 |
| **297** | 1255712 | '1SE200P246F001831' |
| **298** | 1255828 | 5L4TF332763020708 |
| **299** | 1256154 | 1KB131L276W165053 |
| **300** | 1256266 | 1KB131L236W165079 |
| **301** | 1256288 | 5L4TF332463021332 |
| **302** | 1256366 | '1SE200P236F001870' |
| **303** | 1256674 | 1TC2B969961001961 |
| **304** | 1256773 | 1B9BT29216A735273 |
| **305** | 1265280 | '1UJBJ02R661EM0635' |
| **306** | 1265376 | 4UBAS0R2261D71941 |
| **307** | 1266484 | 4WYT34P2861209434 |
| **308** | 1266555 | '1SE200P226F001438' |
| **309** | 1266585 | '1SE200P236F001450' |
| **310** | 1275142 | 4YDT291256L611612 |
| **311** | 1275192 | 4X4TSMH206J030777 |
| **312** | 1275357 | '1KB131L246E161807' |
| **313** | 1275555 | 4X4TWDH226P195442 |
| **314** | 1275743 | '1KB131L206E161822' |
| **315** | 1275876 | 1KB131L266W162516 |
| **316** | 1275908 | 4X4TWDH206P195181 |
| **317** | 1275914 | 1TC2B969061306975 |
| **318** | 1276081 | 1TC2B969361306985 |
| **319** | 1276129 | '1EB1F322862491593' |
| **320** | 1276238 | 4X4TWDH236P006927 |
| **321** | 1276412 | 4X4TCKD246P100074 |
| **322** | 1276466 | 1LC2S2P226D305608 |
| **323** | 1276509 | 4X4TCKD226P099426 |
| **324** | 1276655 | 4WYT34P2261208800 |
| **325** | 1276728 | 4X4TWDH216P006862 |
| **326** | 1276880 | 4WYT34P2061208813 |
| **327** | 1277042 | 5C1TJ33296P009357 |
| **328** | 1277099 | 4X4TCKD296P099391 |
| **329** | 1277154 | 1SABS02R162CK430 |
| **330** | 1277344 | 5CZ200R2461125120 |
| **331** | 1277489 | 1LC2S2P296D305623 |
| **332** | 1277713 | 1NL1GTR2961042038 |
| **333** | 1277843 | 1NL1GTR2X61016936 |
| **334** | 1278080 | 1NL1GTR2561046099 |
| **335** | 1278360 | 1NL1GTR2361042231 |
| **336** | 1278455 | 1NL1GTR2261046254 |
| **337** | 1279273 | 1NL1GTR2861042550 |
| **338** | 1279296 | 1NL1GTR2161017442 |
| **339** | 1279364 | 1NL1GTR2X61046566 |
| **340** | 1279427 | 1NL1GTR2161017473 |
| **341** | 1279441 | 1NL1GTR2161017487 |

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **342** | 1279848 | 1NL1GTR2161042731 |
| **343** | 1279968 | 1NL1GTR2961042749 |
| **344** | 1279989 | 1NL1GTR2061042770 |
| **345** | 1280040 | 1SABS02RX62CK6443 |
| **346** | 1280056 | 1SABS02R061CK6750 |
| **347** | 1280101 | 4X4TFLC276D089460 |
| **348** | 1280111 | 1SABS02RX62CK6412 |
| **349** | 1280146 | '4EZTS28286S095041' |
| **350** | 1280258 | 4WYT02P2361710454 |
| **351** | 1280363 | 4XTTN30266C262306 |
| **352** | 1280724 | '4EZTS29256S095299' |
| **353** | 1280815 | 4X4TSMH296C008958 |
| **354** | 1280929 | '1EB1F322462314605' |
| **355** | 1281113 | '4EZTS28276S095032' |
| **356** | 1281120 | 47CTFMR216P614478 |
| **357** | 1281166 | '1EB1F322761504310' |
| **358** | 1281180 | '1UJBJ02N351EU1060' |
| **359** | 1281198 | 4WYT12S2X61602210 |
| **360** | 1281199 | '4EZTS32256S095478' |
| **361** | 1281237 | '4EZTS28236S095027' |
| **362** | 1281259 | '4EZTS28216S095172' |
| **363** | 1281338 | 4YDT296276C128986 |
| **364** | 1281342 | '4EZTS28276S095077' |
| **365** | 1281384 | 47CTFMR256P614466 |
| **366** | 1281523 | 4UBAS0P2161A71729 |
| **367** | 1281609 | 4X4TSMH256T104506 |
| **368** | 1281691 | '47CTDES266G520926' |
| **369** | 1281721 | 4X4TWDH286P100723 |
| **370** | 1281749 | 1LC2S2P256D305652 |
| **371** | 1281844 | 1UJBJ02P461JN0132 |
| **372** | 1281916 | 4XTTN30296C262350 |
| **373** | 1281936 | 1LC2S2P256D305618 |
| **374** | 1282181 | '5KDBE30226L002973' |
| **375** | 1282233 | 4X4TWDH296P007094 |
| **376** | 1282432 | '5SFBT30236E001946' |
| **377** | 1282463 | '1EB1F322664012978' |
| **378** | 1282542 | '5M6TE27276S003186' |
| **379** | 1282557 | '5M6TE27206S003207' |
| **380** | 1282622 | 4WYT02P2461711032 |
| **381** | 1282658 | 4WYT02P2361711023 |
| **382** | 1285015 | 4YDT260206N129604 |
| **383** | 1285077 | 47CTD2N2X6M425068 |
| **384** | 1285114 | '1SE200P216F000796' |
| **385** | 1285145 | 4YDT260246N129640 |
| **386** | 1285164 | 4YDT260246N129508 |
| **387** | 1285201 | 4YDT260206N129828 |
| **388** | 1285221 | 4YDT260266N129638 |
| **389** | 1285354 | 4YDT260236N129855 |
| **390** | 1285396 | 4YDT2602X6N129609 |

Lottie, LA (666 Units)

| | | |
|---|---|---|
| 391 | 1285413 | '1SE200P236F001139' |
| 392 | 1287875 | '4X4TSME296M070035' |
| 393 | 1287887 | 4X4TFLC286D089418 |
| 394 | 1287919 | 4V0TC31206F000274 |
| 395 | 1288004 | 4YDT320286C128699 |
| 396 | 1288049 | 4X4TFLC206D089428 |
| 397 | 1288185 | 1UJBJ02P561JY0529 |
| 398 | 1288540 | 4WYT34P2161405036 |
| 399 | 1288545 | 47CTA2P216L117833 |
| 400 | 1288550 | 47CTA2P256L117818 |
| 401 | 1288801 | 4WYT34P2961209538 |
| 402 | 1288810 | 4WYT32P2661502169 |
| 403 | 1288871 | '47CTDER276G521525' |
| 404 | 1290160 | 1NL1GTR2761037338 |
| 405 | 1290247 | 1NL1GTR2261083384 |
| 406 | 1290620 | 1NL1GTR2361083393 |
| 407 | 1291138 | 1NL1GTR2X61037558 |
| 408 | 1291657 | 1NL1GTR2861033671 |
| 409 | 1292156 | 1NL1GTR2261037781 |
| 410 | 1292560 | 1NL1GTR2561046765 |
| 411 | 1292620 | 1NL1GTR2961017737 |
| 412 | 1292688 | 1NL1GTR2061042820 |
| 413 | 1292718 | 1NL1GTR2061042848 |
| 414 | 1292821 | 1NL1GTR2561046846 |
| 415 | 1293009 | 1NL1GTR2861046968 |
| 416 | 1293162 | 1NL1GTR2961017866 |
| 417 | 1293269 | 1NL1GTR2561047012 |
| 418 | 1293729 | 1NL1GTR2361047171 |
| 419 | 1293777 | 1NL1GTR2561047219 |
| 420 | 1293816 | 1NL1GTR2X61043232 |
| 421 | 1294299 | 1NL1GTR2661047388 |
| 422 | 1294495 | 1NL1GTR2461018293 |
| 423 | 1294497 | 1NL1GTR2861018295 |
| 424 | 1294507 | 1NL1GTR2761018305 |
| 425 | 1294541 | 1NL1GTR2661043504 |
| 426 | 1294718 | 1NL1GTR2161018316 |
| 427 | 1294834 | 1NL1GTR2861043617 |
| 428 | 1294858 | 1NL1GTR2861018376 |
| 429 | 1294882 | 1NL1GTR2161018400 |
| 430 | 1294908 | 1NL1GTR2461047597 |
| 431 | 1295553 | 1NL1GTR2461033957 |
| 432 | 1295933 | 1NL1GTR2761052759 |
| 433 | 1296026 | 1NL1GTR2861027188 |
| 434 | 1296274 | 1NL1GTR2361034078 |
| 435 | 1296285 | 1NL1GTR2861034089 |
| 436 | 1296333 | 1NL1GTR2561083797 |
| 437 | 1296366 | 1NL1GTR2561038178 |
| 438 | 1296605 | 1NL1GTR2061038248 |
| 439 | 1296681 | 1NL1GTR2961078926 |

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **440** | 1297171 | 1NL1GTR2861078965 |
| **441** | 1297541 | 1NL1GTR2661068323 |
| **442** | 1297737 | 1NL1GTR2961038443 |
| **443** | 1298387 | 1NL1GTR2161002973 |
| **444** | 1298580 | 1NL1GTR2X61003166 |
| **445** | 1298648 | 1NL1GTR2161003234 |
| **446** | 1298653 | 1NL1GTR2061003239 |
| **447** | 1298763 | 1NL1GTR2761003349 |
| **448** | 1299844 | 1NL1GTR2961038619 |
| **449** | 1302872 | 4YDT2982X6C130289 |
| **450** | 1302900 | 5CZ200R2161119386 |
| **451** | 1302933 | 4X4TSMH226J016332 |
| **452** | 1303151 | '1UJBJ02P161EP0057' |
| **453** | 1303204 | 4X4TWDH256T133928 |
| **454** | 1303223 | '1EB1B282264011372' |
| **455** | 1303344 | '4X4TPUE216P007611' |
| **456** | 1303531 | '1UJBJ02P561EP0160' |
| **457** | 1303610 | '1UJBJ02R361EM1001' |
| **458** | 1303650 | 4XTTN30206C162461 |
| **459** | 1303840 | 4CJ1F322961504869 |
| **460** | 1304037 | 4XTTN30236C162468 |
| **461** | 1304103 | 1SABS02R961CK6939 |
| **462** | 1304148 | 1KB131L216W163105 |
| **463** | 1304186 | '1UJBJ02P961EN1157' |
| **464** | 1304240 | 1TC2B969X63001987 |
| **465** | 1304376 | 1KB131L236W163123 |
| **466** | 1304383 | '1SE200P286H000427' |
| **467** | 1304503 | '5KDBE30276L002970' |
| **468** | 1304545 | 1TC2B970461308535 |
| **469** | 1304553 | 1TC2B333766100634 |
| **470** | 1304679 | 1TC2B969761509782 |
| **471** | 1304732 | 4YDT32B286F090029 |
| **472** | 1304752 | 1S4BT30206314438 |
| **473** | 1304816 | '4EZTS28286S116213' |
| **474** | 1305108 | '4YDT 28B246E321102' |
| **475** | 1305271 | 5CZ200R22661119481 |
| **476** | 1305276 | 1TC2B969266101323 |
| **477** | 1305300 | 4X4TWDH256T133931 |
| **478** | 1305318 | 1TC2B9698630020230 |
| **479** | 1305490 | '1EB1C282166012109' |
| **480** | 1305757 | 1TC2B333566101037 |
| **481** | 1305815 | '5KDBE30206L003149' |
| **482** | 1305825 | '1UJBJ02P061EP0454' |
| **483** | 1305854 | 5C1SB33296P009433 |
| **484** | 1305866 | '2EF1B312566503195' |
| **485** | 1305915 | '1UJBJ02P561EP0465' |
| **486** | 1305922 | 1TC2B969066101384 |
| **487** | 1305929 | '1UJBJ02P461EN1146' |
| **488** | 1306103 | '1UJBJ02P261EP0245' |

FEMA174-000368

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **489** | 1306106 | 4X4TSMC256R394329 |
| **490** | 1306155 | '1UJBJ02P061EN1189' |
| **491** | 1306160 | '1UJBJ02PX61EW0532' |
| **492** | 1306164 | '1UJBJ02P961EW0487' |
| **493** | 1306264 | '1UJBJ02P661EN1133' |
| **494** | 1306355 | 4UBAS0N2861N71760 |
| **495** | 1306432 | 4YDT3032X6A225267 |
| **496** | 1306508 | '1UJBJ02P261EP0455' |
| **497** | 1306526 | 1TC2B969466101369 |
| **498** | 1306534 | 4WYT34P2361209471 |
| **499** | 1306658 | 1TC2B969361509794 |
| **500** | 1306708 | 1TC2B969763002076 |
| **501** | 1306892 | '1EB1C282366012113' |
| **502** | 1307148 | 5L4TF332463020326 |
| **503** | 1307224 | 5C1TD33206P009559 |
| **504** | 1307279 | 47CT02N226M424870 |
| **505** | 1307358 | 5C1TD33276P009560 |
| **506** | 1307416 | 1TC2B969963002063 |
| **507** | 1312849 | '1UJBJ02R061EM1070' |
| **508** | 1312925 | 4X4TSMF286J016094 |
| **509** | 1313245 | 4X4TWDC276R336033 |
| **510** | 1313251 | 1TC2B969866101424 |
| **511** | 1313255 | 47CTD2P236M424843 |
| **512** | 1313439 | '1UJBJ02R161EM0980' |
| **513** | 1313613 | 1S9BV35276TSPH1109 |
| **514** | 1314019 | 1TC2B969761308061 |
| **515** | 1314075 | 4YDT303276P225434 |
| **516** | 1314086 | 1S4BT302963014454 |
| **517** | 1314317 | 1TC2B969861310188 |
| **518** | 1314472 | '1SE200P206H000485' |
| **519** | 1314778 | '1SE200P216F001334' |
| **520** | 1314792 | 47CTD2P236M425426 |
| **521** | 1314899 | 5CZ200R2761125483 |
| **522** | 1314905 | 1S9BV35276TSPH857 |
| **523** | 1314921 | 1S9BV35256TSPH672 |
| **524** | 1315042 | 1TC2B970961308563 |
| **525** | 1315228 | 47CTS5P236L116794 |
| **526** | 1315298 | 1TC2B969166101460 |
| **527** | 1315368 | '1EB1F322662492161' |
| **528** | 1315518 | 1UJBJ02M451JZ0182 |
| **529** | 1315534 | '2EB1F322866503552' |
| **530** | 1315632 | 1NL1GTM2861071277 |
| **531** | 1315636 | 4CJ1F322066012962 |
| **532** | 1315657 | 4X4TSVA276L007873 |
| **533** | 1315670 | '1SE200P226H000486' |
| **534** | 1315912 | '1EB1F322162492245' |
| **535** | 1315922 | 5CZ200R2461144397 |
| **536** | 1316031 | 1S9BV35236TSPH619 |
| **537** | 1316064 | 1S9BV35236TSPH685 |

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **538** | 1316423 | 5CZ200R2161125558 |
| **539** | 1316735 | LSH201180501GA06 |
| **540** | 1316806 | 1S9BV35276TSP722 |
| **541** | 1316818 | LSH201182801GA06 |
| **542** | 1325866 | LSH201190601GA06 |
| **543** | 1326016 | '2EB1F322766504191' |
| **544** | 1326048 | 5CZ200R2261125701 |
| **545** | 1326089 | 1S9PA34346HSC8128 |
| **546** | 1326274 | 5CZ200R2761125676 |
| **547** | 1326385 | 5CZ200R2161119971 |
| **548** | 1326497 | 5TAPA34396L0C0158 |
| **549** | 1326595 | 1S9BV35236TSPH992 |
| **550** | 1327141 | 1TC2B969761002008 |
| **551** | 1327144 | 1TC2B969161002005 |
| **552** | 1332979 | 1S9BV35216TSPH036 |
| **553** | 1332992 | 5TAPA34376L0C0210 |
| **554** | 1333147 | 1S9BV35286TSPH082 |
| **555** | 1333240 | 4X4PCBR266H070192 |
| **556** | 1333290 | 4X4PCBR296H070297 |
| **557** | 1337581 | 4V0TC30206B007573 |
| **558** | 1337660 | 4V0TC32216D002271 |
| **559** | 1337717 | 1S4BT302663014217 |
| **560** | 1337722 | 1S4BT302463014216 |
| **561** | 1337782 | 4YDT291206L611386 |
| **562** | 1337875 | 4V0TC32296D002146 |
| **563** | 1337896 | '1EB1F322X65342455' |
| **564** | 1337901 | 4V0TC31256F000349 |
| **565** | 1338057 | '4X4TSME296M070150' |
| **566** | 1338082 | 4V0TC27206D002197 |
| **567** | 1338093 | 4V0TC32236D001994 |
| **568** | 1338154 | 4YDT271266L610764 |
| **569** | 1338206 | 1SABS02R441DD4944 |
| **570** | 1338504 | 1NL1GTN2X61073272 |
| **571** | 1342703 | 5C1RZ31276P009959 |
| **572** | 1342739 | '1SE200P266B001286' |
| **573** | 1342994 | '1SE200P226B001155' |
| **574** | 1343102 | '1UJBJ02P961EP1053' |
| **575** | 1343408 | '1UJBJ02P461EW0459' |
| **576** | 1343421 | 4WYT32P2765502424 |
| **577** | 1343445 | 5L4TF332263025802 |
| **578** | 1343469 | 4WYT32P2461502462 |
| **579** | 1343578 | 4WYT12S2061603706 |
| **580** | 1343580 | '4EZTS29296S018340' |
| **581** | 1343636 | 4X4TCKD216P005259 |
| **582** | 1343669 | '4EZTS29246S018343' |
| **583** | 1343671 | '5KDBE302X6L003479' |
| **584** | 1343672 | 4X4TPUA266P007660 |
| **585** | 1343701 | '1UJBJ02P161EP1080' |
| **586** | 1343703 | '1UJBJ02P261EP0679' |

FEMA174-000370

Lottie, LA (666 Units)

| | | |
|---|---|---|
| **587** | 1343748 | 5C1RZ31286P010165 |
| **588** | 1343785 | 4CJ1F322666504959 |
| **589** | 1343814 | '1UJBJ02P061EP1088' |
| **590** | 1343845 | '1UJBJ02P361EP0769' |
| **591** | 1343905 | 1S4BT302463014524 |
| **592** | 1344005 | '1UJBJ02P061EP1409' |
| **593** | 1344227 | 4WYT12S2661603628 |
| **594** | 1344408 | 4X4TCKD226P005223 |
| **595** | 1344424 | 4WYT12S2761603802 |
| **596** | 1344433 | '1UJBJ02P161EP1466' |
| **597** | 1344564 | 4CJ1F322964014642 |
| **598** | 1344566 | 4V0TC31276F001034 |
| **599** | 1344592 | '1UJBJ02P161EP1354' |
| **600** | 1344600 | 4V0TC31216F000888 |
| **601** | 1344679 | 1S9BV35286TSPH813 |
| **602** | 1344685 | 5SYBB35376P000928 |
| **603** | 1344752 | 4CJ1F322766505070 |
| **604** | 1344756 | 4V0TC31216F000851 |
| **605** | 1344775 | '1UJBJ02P061EP1474' |
| **606** | 1344835 | 4V0TC31296F000824 |
| **607** | 1344895 | 5L0RS28276T001005 |
| **608** | 1345062 | 4V0TC31246F001010 |
| **609** | 1345083 | 4V0TC31256F001081 |
| **610** | 1345259 | 4X4TSMC276R394686 |
| **611** | 1345269 | 4WYT12S2X61603258 |
| **612** | 1345306 | 4YDT260216N132303 |
| **613** | 1345356 | 4YDT260286N132301 |
| **614** | 1345387 | 4X4TSMC276R394705 |
| **615** | 1345619 | '1UJBJ02P161EP1287' |
| **616** | 1345620 | '1UJBJ02P361EP1145' |
| **617** | 1345632 | '1UJBJ02P061EP1314' |
| **618** | 1345711 | 4YDT260276N132080 |
| **619** | 1345712 | 5L0RS28276T001019 |
| **620** | 1345854 | 5L0RS28276T001022 |
| **621** | 1345894 | 4WYT12S2861603520 |
| **622** | 1345947 | '1SE200P266H000622' |
| **623** | 1346005 | 4X4PCBR296H070431 |
| **624** | 1346171 | '1UJBJ02P561EP1163' |
| **625** | 1346177 | 4WYT12S2261603934 |
| **626** | 1346471 | 5CZ200P2161127071 |
| **627** | 1346503 | 1S4BT302X63014866 |
| **628** | 1346536 | 4YDT291296A227280 |
| **629** | 1346539 | 4CJ1F322564014668 |
| **630** | 1346560 | 4YDT2912164227290 |
| **631** | 1346615 | 4WYT12S2561603958 |
| **632** | 1346657 | 4YDT291236A227260 |
| **633** | 1346706 | '1F9BE30246F309220' |
| **634** | 1347048 | 4WYT12S2261603495 |
| **635** | 1347203 | 4V0TC31276F001048 |

Lottie, LA (666 Units)

| | | |
|---|---|---|
| 636 | 1347222 | '1UJBJ02P861EP1447' |
| 637 | 1347495 | 5CZ200P2161128284 |
| 638 | 1347868 | 1NL1GTR2861084202 |
| 639 | 1349051 | 1NL1VTR2261053453 |
| 640 | 1349238 | 1NL1VTR2761053481 |
| 641 | 1349420 | 1NL1VTR2661064102 |
| 642 | 1349765 | 1NL1GTR2661028100 |
| 643 | 1349861 | 1NL1GTR2761068847 |
| 644 | 1349891 | 1NL1GTR2561068877 |
| 645 | 1349910 | 1NL1GTR2961028124 |
| 646 | 1349936 | 1NL1GTR2X61028150 |
| 647 | 1350220 | 1NL1GTR2061047709 |
| 648 | 1350506 | 1NL1GTR2461018603 |
| 649 | 1350525 | 1NL1GTR2861018622 |
| 650 | 1350600 | 1NL1GTR2661043857 |
| 651 | 1350630 | 1NL1GTR2461043887 |
| 652 | 1350670 | 1NL1GTR2X61047829 |
| 653 | 1350727 | 1NL1GTR2061047886 |
| 654 | 1350783 | 1NL1GTR2561043929 |
| 655 | 1351153 | 1NL1VTR2461044074 |
| 656 | 1351318 | 1NL1VTR2861044143 |
| 657 | 1351512 | 1NL1GTR2061018887 |
| 658 | 1351585 | 1NL1GTR2661018909 |
| 659 | 1351649 | 1NL1VTR2461048173 |
| 660 | 1351789 | 1NL1GTR2161018963 |
| 661 | 1352065 | 1NL1VTR2961044359 |
| 662 | 1352695 | 1NL1GTR2661064245 |
| 663 | 1352846 | 1NL1GTR2861068906 |
| 664 | 1353051 | 1NL1GTR2261084454 |
| 665 | 1353184 | 1NL1GTR2661060258 |
| 666 | 1383651 | LSPH201264109GA06 |

FEMA174-000372