Deridder, LA (666 Units)

| # | BARCODE ID | SERIAL NUMBER |
|---|---|---|
| 1 | 119654 | 4X4TWDH2X5R333974 |
| 2 | 119727 | TNFL42729470/8A33 |
| 3 | 174878 | BC05AL0134655 |
| 4 | 175057 | '1EB1F322052971576' |
| 5 | 175316 | 1NL1GTR2551020083 |
| 6 | 175605 | '1EB1F322X52971603' |
| 7 | 175690 | 4X4TWDH285R333889 |
| 8 | 175818 | GAFL435A89707 8A33 |
| 9 | 176016 | GAHAF1386 |
| 10 | 176061 | BC05AL0134691 |
| 11 | 176807 | 1UJBJ02R051CX0299 |
| 12 | 551671 | TXFL412A448178A33 |
| 13 | 551683 | TXFL412A862818A33 |
| 14 | 551692 | TXFL486A061708A33 |
| 15 | 551699 | TXFL486A061668A33 |
| 16 | 551721 | TXFL412A448508A33 |
| 17 | 551737 | BC05AL0134703 |
| 18 | 551755 | TXFL412A448648A33 |
| 19 | 551855 | TXFL412A448668A33 |
| 20 | 551861 | BC05AL0134721 |
| 21 | 551871 | BC05AL0134709 |
| 22 | 551894 | TXFL412A862968A33 |
| 23 | 551973 | RB04AL7687 |
| 24 | 551982 | 17L08992 |
| 25 | 552017 | RB04AL7699 |
| 26 | 552031 | 'SSEAL16564' |
| 27 | 552035 | 'SSEAL16565' |
| 28 | 552042 | 'SSEAL16560' |
| 29 | 552078 | RB04AL7716 |
| 30 | 552085 | RB04AL7720 |
| 31 | 552088 | BC05AL0134802 |
| 32 | 552129 | 'SSEAL16571' |
| 33 | 552172 | TNFL427A29600A33 |
| 34 | 552205 | TC05TX0108257 |
| 35 | 552217 | TC05TX0108270 |
| 36 | 692045 | 1NL1GTR2051062497 |
| 37 | 712136 | GAFL434A77549-8A33 |
| 38 | 712153 | GAFL407A53011-8A33 |
| 39 | 712159 | GAFL407A53030-8A33 |
| 40 | 728252 | '4YDT32B235E315185' |
| 41 | 1033008 | NCFL441A56740-8A33 |
| 42 | 1051467 | VAFL419A60940-8A33 |
| 43 | 1121677 | 1NL1GTR2X61035907 |
| 44 | 1145700 | ACBC06AL0136809 |
| 45 | 1145710 | ACBC06AL0136814 |
| 46 | 1145713 | ACB06AL0136789 |
| 47 | 1145719 | ACBC06AL031115 |

Exhibit 5

FEMA174-000270

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 48 | 1145726 | LH01052118 |
| 49 | 1145750 | LH01052117 |
| 50 | 1145781 | 1HP6455 |
| 51 | 1145821 | 01L36402F |
| 52 | 1145829 | HA01777MO |
| 53 | 1145831 | 1HP6320 |
| 54 | 1145839 | BC06AL0136694 |
| 55 | 1145853 | LH01051971 |
| 56 | 1145858 | CV5136IN |
| 57 | 1145865 | LH01051967 |
| 58 | 1145868 | SSDAL46181 |
| 59 | 1145870 | BC06AL0136687 |
| 60 | 1145874 | BC06AL031016 |
| 61 | 1145882 | BC06AL0136696 |
| 62 | 1145885 | SSDAL461791 |
| 63 | 1145891 | SSDAL461821 |
| 64 | 1145895 | SSDAL46141-1 |
| 65 | 1145899 | SSDAL46162 |
| 66 | 1145930 | BC06AL0301018 |
| 67 | 1145935 | RB05AL9586 |
| 68 | 1145939 | HA01784MO |
| 69 | 1145965 | 'SSETX09329' |
| 70 | 1145973 | 'SSETX09328' |
| 71 | 1145994 | 01L36395F |
| 72 | 1145997 | 01L36407F |
| 73 | 1156595 | 4X4TSMH296C008510 |
| 74 | 1156902 | RB058L9299 |
| 75 | 1156934 | 17L09911F |
| 76 | 1157215 | BC06AL0136484 |
| 77 | 1157268 | RB05AL9322 |
| 78 | 1157270 | RB05AL9304 |
| 79 | 1157296 | 1PTX119201TX |
| 80 | 1157359 | PAL19485AL |
| 81 | 1157369 | LH01051883 |
| 82 | 1157370 | LH01051884 |
| 83 | 1157434 | LPP15262 |
| 84 | 1157450 | RB05AL938 |
| 85 | 1157453 | 'EM7421N' |
| 86 | 1157456 | RB05AL9333 |
| 87 | 1157491 | BL06GA0137420 |
| 88 | 1160336 | '1EA1Z332542810519' |
| 89 | 1161046 | 5P62B296966100234 |
| 90 | 1164305 | PH0518261 |
| 91 | 1164576 | PH2211636 |
| 92 | 1173105 | CV06AL0266967 |
| 93 | 1173111 | GAHAG1761 |
| 94 | 1173146 | CV06AL0457812 |
| 95 | 1173202 | GAHAG1769 |
| 96 | 1173264 | CV06AL0457795 |

FEMA174-000271

Deridder, LA (666 Units)

| 97 | 1173710 | '1EB1F322664012429' |
|---|---|---|
| 98 | 1173845 | '1EB1F322764012438' |
| 99 | 1173881 | '1EB1F322864012447' |
| 100 | 1173887 | '1EB1F322864012450' |
| 101 | 1180010 | BL06GA0213382 |
| 102 | 1180027 | BG06NC143097 |
| 103 | 1180033 | BL06GA0137431 |
| 104 | 1180035 | PAL19453AL |
| 105 | 1180049 | BL06GA0137424 |
| 106 | 1180053 | BL06GA0213392 |
| 107 | 1180055 | LH010518651460F |
| 108 | 1180056 | LH010518581460F |
| 109 | 1180116 | CV06AL0266866 |
| 110 | 1180158 | BL06GA0137440 |
| 111 | 1180172 | BL06GA0213402 |
| 112 | 1180188 | LH01051871 |
| 113 | 1180190 | BC06AL0136541 |
| 114 | 1180423 | LH01051894 |
| 115 | 1180448 | LH01051891 |
| 116 | 1180457 | BL06GA0213417 |
| 117 | 1180658 | BL06GA0137464 |
| 118 | 1180732 | 1PTX12002 |
| 119 | 1180880 | BL06GA0137482 |
| 120 | 1181059 | BC06AL0136604 |
| 121 | 1181127 | CV06AL0457819 |
| 122 | 1181146 | CV5130IN |
| 123 | 1181472 | HA01755MO |
| 124 | 1181509 | BG06NC143175 |
| 125 | 1182187 | BC06AL0136648 |
| 126 | 1182207 | LH01051936 |
| 127 | 1187117 | '1EB1F322265342241' |
| 128 | 1187155 | '1EB1F322165342215' |
| 129 | 1187174 | '1EB1F322065342254' |
| 130 | 1199333 | 5CZ200R2461118927 |
| 131 | 1199640 | 'SSEAL17359' |
| 132 | 1202147 | SSDAL461531 |
| 133 | 1215008 | '1EB1F322764011998' |
| 134 | 1215010 | '1EB1F322364012002' |
| 135 | 1215015 | '1EB1F322964012005' |
| 136 | 1215016 | '1EB1F322364011996' |
| 137 | 1215022 | '1EB1F322864012008' |
| 138 | 1215025 | 5CZ200R2861119045 |
| 139 | 1215031 | '1EB1F322064012006' |
| 140 | 1215034 | 5CZ200R2061119038 |
| 141 | 1215035 | '1EB1F322564012017' |
| 142 | 1215062 | 5CZ200R2361119065 |
| 143 | 1215064 | CZ200R2761119067 |
| 144 | 1215070 | '1EB1F322X64012031' |
| 145 | 1215074 | '1EB1F322264012024' |

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 146 | 1215079 | 5CH200R2961144056 |
| 147 | 1215087 | 5CZ200R2061125003 |
| 148 | 1215098 | 5CZ200R2461125005 |
| 149 | 1215101 | 5CZ200R2261119073 |
| 150 | 1215102 | 5CZ200R2061119047 |
| 151 | 1215109 | '1EB1F322964012036' |
| 152 | 1215122 | '1EB1F322865342325' |
| 153 | 1215126 | '1EB1F322064012040' |
| 154 | 1215133 | '1EB1F322664012043' |
| 155 | 1215139 | '1EB1F322665342324' |
| 156 | 1215154 | '1EB1F322665342338' |
| 157 | 1215156 | '1EB1F322165342330' |
| 158 | 1215176 | '1EB1F322765342333' |
| 159 | 1215178 | '1EB1F322464012400' |
| 160 | 1215180 | 5CZ200R2761119151 |
| 161 | 1215183 | 5CZ200R2X61119144 |
| 162 | 1215194 | '1EB1F322564012423' |
| 163 | 1215197 | 5CZ200R2261119154 |
| 164 | 1215201 | 5CZ200R2261119137 |
| 165 | 1215210 | '1EB1F322864012416' |
| 166 | 1215246 | '1EB1F322X64012842' |
| 167 | 1215249 | '1EB1F322X64012501' |
| 168 | 1215251 | '1EB1F322864012495' |
| 169 | 1215256 | '1EB1F322X64013003' |
| 170 | 1215258 | '1EB1F322164012497' |
| 171 | 1215259 | '1EB1F322964012487' |
| 172 | 1215263 | '1EB1F322664012480' |
| 173 | 1215265 | '1EB1F322864012481' |
| 174 | 1215267 | '1EB1F322164012998' |
| 175 | 1215270 | '1EB1F322664012494' |
| 176 | 1215272 | '1EB1F322564012499' |
| 177 | 1215276 | '1EB1F322064012488' |
| 178 | 1215277 | '1EB1F322864013002' |
| 179 | 1215294 | '1EB1F322164013004' |
| 180 | 1215295 | '1EB1F322764013007' |
| 181 | 1215297 | '1EB1F322664012995' |
| 182 | 1215483 | '1EB1F322464012414' |
| 183 | 1215621 | 1PAT80X246M007332 |
| 184 | 1215654 | 5CZ200R2761119425 |
| 185 | 1215655 | 5CZ200R2061119427 |
| 186 | 1215684 | 5CZ200R2361125268 |
| 187 | 1216142 | 4YDT299276A225970 |
| 188 | 1217221 | '4YDT31B226E320373' |
| 189 | 1217222 | '1SE200P206H000406' |
| 190 | 1217223 | 47CTS5P216L116356 |
| 191 | 1217224 | '1SE200P286F001010' |
| 192 | 1217225 | '5SFBT31286E001293' |
| 193 | 1217226 | 4N11Y272660203405 |
| 194 | 1217227 | 5CH200R2361143890 |

FEMA174-000273

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 195 | 1217228 | 4X4TCKD295P095677 |
| 196 | 1217229 | 4X4TCKD236P099080 |
| 197 | 1217230 | 4V01C31276F001230 |
| 198 | 1217231 | 1EB1F322664011572 |
| 199 | 1217232 | 1NL1GTR2061033776 |
| 200 | 1217233 | 4EZTS28216S017961 |
| 201 | 1217234 | 4WYT34P2X61208043 |
| 202 | 1217235 | 1UJBJ02P361EN0991 |
| 203 | 1217236 | 47CTS5P296L117240 |
| 204 | 1217237 | 4N11Y272960203382 |
| 205 | 1217238 | 1TC2B969861510018 |
| 206 | 1217239 | 5L4TF332563020044 |
| 207 | 1217240 | 1UJBJ02R256EJ0848 |
| 208 | 1217241 | 1SE200P216H000320 |
| 209 | 1217242 | 1TC2B969461307966 |
| 210 | 1217243 | 4WYT02P2961708031 |
| 211 | 1217244 | 1NL1GTR2561066515 |
| 212 | 1217245 | 4X4TSMC226R394644 |
| 213 | 1217246 | 4WYT02P2261708047 |
| 214 | 1217247 | 1TC2B969061308502 |
| 215 | 1217248 | 47CTA1P2X63116108 |
| 216 | 1217249 | 4X4TSMH256J016468 |
| 217 | 1217250 | 1UJBJ02P261EP1153 |
| 218 | 1217251 | 5CZ200R2661119092 |
| 219 | 1217252 | 47CTS5P296L116511 |
| 220 | 1217253 | 1SE200L296C000990 |
| 221 | 1217254 | 5SFBT31236E001542 |
| 222 | 1217255 | 1NL1GTR2451062292 |
| 223 | 1217256 | 1NL1VTR2761064741 |
| 224 | 1217257 | 5SFBT31216E001295 |
| 225 | 1217258 | 1NL1GTR2961050415 |
| 226 | 1217259 | 1TC2B969563001735 |
| 227 | 1217260 | 4XTTWDC215T133012 |
| 228 | 1217261 | 1NL1GTR2861025148 |
| 229 | 1217262 | 1SE200P216B001244 |
| 230 | 1217263 | 4X4TWDH236P101147 |
| 231 | 1217264 | 1SABS02R561CK6906 |
| 232 | 1217265 | 1SN200N294F001694 |
| 233 | 1217266 | 5CH200R2861144385 |
| 234 | 1217267 | 1UJBJ02P961EP0498 |
| 235 | 1217268 | 1NL1VTR2661053648 |
| 236 | 1217269 | 1UJBJ02P861JY0363 |
| 237 | 1217270 | 1NL1GTR2651020156 |
| 238 | 1217271 | 1NL1GTR2761001214 |
| 239 | 1217272 | 1NL1GTR2561017914 |
| 240 | 1217273 | 4X4TCKD226P101076 |
| 241 | 1217274 | 47CTD2N216M424875 |
| 242 | 1217275 | 4X4TRLC226D089020 |
| 243 | 1217276 | 4X4TWDH286P006499 |

FEMA174-000274

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 244 | 1217277 | 1NL1GTR2661031269 |
| 245 | 1217278 | 5L4TF332763024032 |
| 246 | 1217279 | 4WYT34P2061208603 |
| 247 | 1217280 | 4V01C31296F000242 |
| 248 | 1217281 | '1UJBJ02P161EN0830' |
| 249 | 1217282 | 4X4TFLB276D088410 |
| 250 | 1217283 | 4XTTN30206C162511 |
| 251 | 1217284 | 1NL1GTR2861028647 |
| 252 | 1217285 | 4WYT12S2161603715 |
| 253 | 1217286 | 47CTA2P2X6L116342 |
| 254 | 1217287 | 4CJ11322X61505304 |
| 255 | 1217288 | 4X4TWDH206J046708 |
| 256 | 1217289 | 1NL1GTR2761083574 |
| 257 | 1217290 | 1NL1GTR2061084064 |
| 258 | 1217291 | 4X4TWDH2X6P006584 |
| 259 | 1217292 | 1NL1GTR2X61038399 |
| 260 | 1217293 | 47CTS5P286L117018 |
| 261 | 1217294 | 1NL1GTR2461030508 |
| 262 | 1217295 | '47CTFEP246M424345' |
| 263 | 1217296 | 1NL1GTR2761023875 |
| 264 | 1217297 | 1NL1GTR2651020853 |
| 265 | 1217298 | 4WYT34P2461209530 |
| 266 | 1217299 | '1EC2M262144000020' |
| 267 | 1217301 | 1NL1GTR2561027746 |
| 268 | 1217302 | 4YDT32B286F090158 |
| 269 | 1217304 | 1NL1GTR2451021869 |
| 270 | 1217305 | 1NL1GTR2961001649 |
| 271 | 1217306 | 1LC2S2P2X6D305694 |
| 272 | 1217306 | 1LC2S2P2X6D305694 |
| 273 | 1217307 | 4V01C32206D002083 |
| 274 | 1217308 | 1NL1GTR2861037588 |
| 275 | 1217309 | 4UBAS0R2661D48226 |
| 276 | 1217310 | 4CJ1F322461505315 |
| 277 | 1217311 | 5L4TF332863020569 |
| 278 | 1217312 | 1NL1GTR2961001523 |
| 279 | 1217313 | 1KB131L286W164011 |
| 280 | 1217314 | 1NL1VTR2861064151 |
| 281 | 1217315 | 1NL1GTR2251021790 |
| 282 | 1217316 | 1TC2B969X61509792 |
| 283 | 1217317 | '1EB1F322364011531' |
| 284 | 1217318 | 47CTS5P216L116373 |
| 285 | 1217319 | 1NL1GTR2261033018 |
| 286 | 1217320 | 1NL1GTR2461042285 |
| 287 | 1217321 | '1EB1F322262490908' |
| 288 | 1217322 | 1NL1GTR2961032402 |
| 289 | 1217323 | 1NL1GTR2161026724 |
| 290 | 1217324 | 5CH200R2961143732 |
| 291 | 1217325 | 1PAT64X205P003384 |
| 292 | 1217326 | 47CTS5P266L117034 |

FEMA174-000275

Deridder, LA (666 Units)

| 293 | 1217327 | 1NL1GTR2661040358 |
| 294 | 1217328 | 5C1TZ31216P009834 |
| 295 | 1217329 | 4X4TSMH276J030548 |
| 296 | 1217330 | 1NL1GTR2361025137 |
| 297 | 1217331 | 4WYT12S23S61602288 |
| 298 | 1217332 | 1TC2B969361001616 |
| 299 | 1217333 | '1ED1F272665341362' |
| 300 | 1217334 | 5L4TF332363020270 |
| 301 | 1217335 | '4X4TWDE236R335698' |
| 302 | 1217336 | '1SE200P236F000833' |
| 303 | 1217337 | 1NL1GTR2061075235 |
| 304 | 1217338 | 1NL1GTR2761078763 |
| 305 | 1217339 | '1EB1F322152813781' |
| 306 | 1217340 | 4X4TWDG256A238210 |
| 307 | 1217341 | 4X4TFLC236D089147 |
| 308 | 1217342 | 47CTA2N246L115772 |
| 309 | 1217343 | 5L4TP312263011060 |
| 310 | 1217344 | 4CK2R292051500375 |
| 311 | 1217345 | '4X4TSME296M070133' |
| 312 | 1217346 | 4WYT1252461603045 |
| 313 | 1217347 | 4WYT12S2561603586 |
| 314 | 1217348 | 4YDT2602X6N129500 |
| 315 | 1217349 | 1TC2B969X61311309 |
| 316 | 1217350 | '2EB1F322666503534' |
| 317 | 1217351 | '5SBT3024E001891' |
| 318 | 1217352 | '4EZTS30265S028261' |
| 319 | 1217353 | 4YDT266246N127703 |
| 320 | 1217354 | 5CZ200P2961127299 |
| 321 | 1217355 | 4CJ1F3228S61504863 |
| 322 | 1217356 | 4X4TSMH216J030383 |
| 323 | 1217362 | 47CTS5P296L117030 |
| 324 | 1217363 | 4YDT303256L611583 |
| 325 | 1217364 | 1NL1GTR2061023068 |
| 326 | 1217365 | 1NL1GTR2151062153 |
| 327 | 1217366 | 5L4TF332663019906 |
| 328 | 1217367 | '5SFB230226E001811' |
| 329 | 1217368 | 5CZ200P2561127185 |
| 330 | 1217369 | 4X4TWDH206P195374 |
| 331 | 1217370 | 5L4TF332063015592 |
| 332 | 1217371 | 5L4TF33206023711 |
| 333 | 1227518 | '4X4TFLE226D810748' |
| 334 | 1227527 | 5C1TJ332X6P009383 |
| 335 | 1228230 | BC06AL0136676 |
| 336 | 1228247 | BG06NC143202 |
| 337 | 1228265 | CV06AL0268073 |
| 338 | 1229924 | '1EB1F322461504166' |
| 339 | 1230523 | 5CZ200P2361125027 |
| 340 | 1231049 | CV06AL0268207 |
| 341 | 1231952 | 4X4TWDH286P195333 |

FEMA174-000276

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 342 | 1243641 | 5L4TF332963015106 |
| 343 | 1253430 | KYFL545A077678A32 |
| 344 | 1253694 | 'SSEAL17467' |
| 345 | 1255845 | 5L4TF332663021123 |
| 346 | 1257096 | 2.2067E+11 |
| 347 | 1257115 | 4CJ1F322366505258 |
| 348 | 1257147 | 4CJ1F322966505216 |
| 349 | 1257158 | 4CJ1F322266505168 |
| 350 | 1259516 | GI29630TN |
| 351 | 1261090 | 11269724 |
| 352 | 1261148 | 1HP6727 |
| 353 | 1261741 | SSDAL462521 |
| 354 | 1262500 | NB0506-F14-09348 |
| 355 | 1262505 | 'SESAL1816' |
| 356 | 1262561 | PH0518334 |
| 357 | 1262607 | 'FLHMLZFE1927-29912' |
| 358 | 1262650 | 1HP06438 |
| 359 | 1262744 | PH2211711 |
| 360 | 1262746 | OC010616545 |
| 361 | 1262818 | PH2211705 |
| 362 | 1262950 | FL522A539518A32 |
| 363 | 1262951 | B105GA0212543 |
| 364 | 1262957 | 021012969A000H |
| 365 | 1262999 | 1NFL555117018A32 |
| 366 | 1263053 | PAFL522A540368A32 |
| 367 | 1263535 | 'SESAL1881' |
| 368 | 1264344 | RB05AL10050AC |
| 369 | 1264570 | ACBC06AL0137119 |
| 370 | 1264597 | GI29738TN |
| 371 | 1264686 | ACBC06AL0137126 |
| 372 | 1264746 | GAFL575A777328A32 |
| 373 | 1264811 | SBHGA103061254 |
| 374 | 1265092 | ACBC06AL0136843 |
| 375 | 1265150 | '1EB1F322365342359' |
| 376 | 1272521 | GM6232TNFR60 |
| 377 | 1272526 | GM06237TN |
| 378 | 1272557 | GM6210TNFR60 |
| 379 | 1272580 | CV06AL0268128 |
| 380 | 1272775 | 21-06-943-12890 |
| 381 | 1272786 | 16L09955F |
| 382 | 1272925 | BL06GA0213573 |
| 383 | 1272968 | PAL19684AL |
| 384 | 1272991 | DI01707GA |
| 385 | 1275026 | 4X4TSMH266J016527 |
| 386 | 1277304 | ACBC06AL031103 |
| 387 | 1277376 | '1EB1F322266012559' |
| 388 | 1277601 | 1NL1GTR2461016866 |
| 389 | 1280126 | 4UBAS0R2861D71930 |
| 390 | 1281646 | '1EB1F322661504296' |

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 391 | 1282370 | ACBC06AL0136993 |
| 392 | 1282387 | H183541G |
| 393 | 1282436 | 5CZ200R2861125220 |
| 394 | 1282467 | '1EB1F322864012285' |
| 395 | 1297384 | 1NL1GTR2861083924 |
| 396 | 1303100 | '1EB1F322362314367' |
| 397 | 1303102 | '1EB1F322564012325' |
| 398 | 1303113 | 5CZ200R2961119393 |
| 399 | 1303129 | '1EB1F322662491897' |
| 400 | 1303135 | '1EB1F322262314795' |
| 401 | 1303140 | '1EB1F322464012316' |
| 402 | 1303144 | '1EB1F322664013032' |
| 403 | 1303155 | '1EB1F322664013046' |
| 404 | 1303161 | '1EB1F322562315102' |
| 405 | 1303349 | 5CZ200R2761119411 |
| 406 | 1303842 | '1EB1F322162491838' |
| 407 | 1303855 | CV06AL0268313 |
| 408 | 1303908 | SSDAL464041 |
| 409 | 1303948 | 'SESAL1841' |
| 410 | 1305832 | '1EB1F322662314878' |
| 411 | 1305870 | '1EB1F322062315184' |
| 412 | 1305927 | 4CJ1F322364285129 |
| 413 | 1305931 | '1EB1F322X62315192' |
| 414 | 1305996 | '1EB1F322X62314866' |
| 415 | 1305997 | 4X4TSMH2263016430 |
| 416 | 1306078 | 4CJ1F322X64285127 |
| 417 | 1306084 | '1EB1F322062491863' |
| 418 | 1306324 | '1EB1F322662492029' |
| 419 | 1306444 | '1EB1F322162315033' |
| 420 | 1306564 | 5CZ200R2761119523 |
| 421 | 1306724 | '1EB1F322262315235' |
| 422 | 1306726 | '1EB1F322X62492115' |
| 423 | 1306770 | 5CZ200R2061119489 |
| 424 | 1307283 | 4CJ1F322565342750 |
| 425 | 1312833 | '1EB1F322464012865' |
| 426 | 1313312 | '1EB1F322762315263' |
| 427 | 1313467 | '1EB1F322162492004' |
| 428 | 1314016 | 5CH200R2061144414 |
| 429 | 1314045 | 4CJ1F322061505103 |
| 430 | 1314121 | '1EB1F322264013190' |
| 431 | 1314125 | 4CJ1F322564285164 |
| 432 | 1314130 | 5CH200R2761144412 |
| 433 | 1314142 | '1EB1F322262314943' |
| 434 | 1314525 | 5L4TF332963019933 |
| 435 | 1314926 | 011-030177A-000-HG |
| 436 | 1315070 | '1EB1F322462315298' |
| 437 | 1315071 | 5CZ200R2161125494 |
| 438 | 1315092 | 5CH200R2061144445 |
| 439 | 1315153 | '1EB1F322262315333' |

FEMA174-000278

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 440 | 1315317 | 5CZ200R2461119673 |
| 441 | 1315379 | 5CZ200R2061119671 |
| 442 | 1315719 | 5CZ200R2761119666 |
| 443 | 1315740 | 4CJ1F322266012977 |
| 444 | 1315756 | 4CJ1F322266012980 |
| 445 | 1315831 | 4CJ1F322865342998 |
| 446 | 1315902 | '1EB1F322962315345' |
| 447 | 1315914 | 4CJ1F322365343072 |
| 448 | 1315919 | 4CJ1F322465342805 |
| 449 | 1315976 | '1EB1F322962492297' |
| 450 | 1316318 | 4CJ1F322464013379 |
| 451 | 1316454 | 5CH200R2661144479 |
| 452 | 1316455 | 4CJ1F322565343073 |
| 453 | 1316464 | 4CJ1F322265342995 |
| 454 | 1316511 | '2EB1F322X66503889' |
| 455 | 1316573 | 5DJTB0R2065901546 |
| 456 | 1317513 | TXFL58422242-8A32 |
| 457 | 1317539 | H184056 |
| 458 | 1317554 | ACBC06AL0137015 |
| 459 | 1317557 | ACBC06AL031131 |
| 460 | 1317565 | H184016G |
| 461 | 1317591 | H184067 |
| 462 | 1317600 | ACBC06AL0137037 |
| 463 | 1317606 | ACBC06AL0137062 |
| 464 | 1317608 | ACBC06AL0137063 |
| 465 | 1317609 | ACBC06AL031151 |
| 466 | 1317613 | H184107 |
| 467 | 1317622 | ACBC06AL0137047 |
| 468 | 1317627 | ACBC06AL0137066 |
| 469 | 1326261 | '2EB1F322866504197' |
| 470 | 1327106 | 1TC2B969261001896 |
| 471 | 1327217 | 4CJ1F322365343394 |
| 472 | 1327219 | 4CJ1F322765343348 |
| 473 | 1333509 | RNC000055NC |
| 474 | 1333544 | RNC00051NC |
| 475 | 1333565 | HHC016393NC |
| 476 | 1337527 | '1EB1F322765342428' |
| 477 | 1338166 | SBHGA145051163 |
| 478 | 1338167 | SBHGA145051170 |
| 479 | 1338176 | GAFL534A79114 |
| 480 | 1338189 | DI01790GA |
| 481 | 1338192 | 37703AC |
| 482 | 1338312 | LH01052123 |
| 483 | 1338348 | BL06GA0137701AC |
| 484 | 1338360 | LH01052143 |
| 485 | 1338391 | DI01784GA |
| 486 | 1338570 | 4V01C31266F000599 |
| 487 | 1338601 | SBHGA145051192 |
| 488 | 1338608 | GAHAG1908 |

FEMA174-000279

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 489 | 1338613 | GAHAG1910 |
| 490 | 1338620 | GAHAG1922 |
| 491 | 1338625 | H183964 |
| 492 | 1338631 | H184035 |
| 493 | 1338637 | H184039 |
| 494 | 1338640 | H183950 |
| 495 | 1338689 | H184096 |
| 496 | 1338905 | ACBC06AL0137072 |
| 497 | 1338910 | H184172 |
| 498 | 1338918 | GAFL534A78974 |
| 499 | 1338930 | ACBC06AL031189 |
| 500 | 1338949 | ACBC06AL0137011 |
| 501 | 1338953 | ACBC06AL0137059 |
| 502 | 1338954 | ACBC06AL0137038 |
| 503 | 1338957 | CV5342IN |
| 504 | 1338958 | ACBC06AL0137007 |
| 505 | 1338981 | ACBC06AL0137056 |
| 506 | 1338995 | 11269678 |
| 507 | 1338998 | TXFL856A06882 |
| 508 | 1338999 | ACBC06AL0137089 |
| 509 | 1339006 | ACBC06AL0137058 |
| 510 | 1339016 | TNFL527A31023 |
| 511 | 1339018 | 'EM7728IN' |
| 512 | 1339027 | TNFL527A31017 |
| 513 | 1339033 | TNFL527A31003 |
| 514 | 1339036 | TXFL586A06918 |
| 515 | 1339039 | KB05AL10066AC |
| 516 | 1339050 | RB05AL10061AC |
| 517 | 1339071 | CV5426IN |
| 518 | 1339074 | GAFL534A78988 |
| 519 | 1339090 | TNFL527A31030 |
| 520 | 1339095 | RB05AL10076AC |
| 521 | 1339100 | ACBC06AL0137043 |
| 522 | 1339103 | RB05AL10055AC |
| 523 | 1339114 | GAFL534A79051 |
| 524 | 1339120 | GAFL534A790418A32 |
| 525 | 1339121 | GAFL534A79043 |
| 526 | 1339122 | GAFL534A79046 |
| 527 | 1339125 | GAFL534A79039 |
| 528 | 1339128 | 007016752A-000-H |
| 529 | 1339140 | BG06NC143533 |
| 530 | 1339148 | BL06GA0213778 |
| 531 | 1339154 | 11269666 |
| 532 | 1339155 | ACBC06AL0137093 |
| 533 | 1339159 | BG06NC143549 |
| 534 | 1339165 | BG06NC143525 |
| 535 | 1339166 | BL06GA0137753 |
| 536 | 1339168 | BL06GA0137695 |
| 537 | 1339173 | BL06GA0137694 |

FEMA174-000280

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 538 | 1339196 | BL06GA0213774 |
| 539 | 1339198 | 0506-F14-09419 |
| 540 | 1339202 | 2.2067E+11 |
| 541 | 1339204 | BL06GA0137760 |
| 542 | 1339205 | GI29944TN |
| 543 | 1339217 | BG06NC143540 |
| 544 | 1339219 | 11269770RG146401 |
| 545 | 1339235 | BL06GA213785 |
| 546 | 1339252 | ACBC06AL0137019 |
| 547 | 1339257 | 0506-F14-09417 |
| 548 | 1339260 | 0506-F14-09311 |
| 549 | 1339263 | GI29768TN |
| 550 | 1339271 | DI01852GA |
| 551 | 1339276 | BL06GA0213784 |
| 552 | 1339282 | GAHAG1976 |
| 553 | 1339292 | SBHGA103061257 |
| 554 | 1339299 | SBHGA103061244 |
| 555 | 1339314 | 'SSEAL17343' |
| 556 | 1339329 | PAFL522A54007 |
| 557 | 1339336 | NCFL541A57932 |
| 558 | 1339342 | PAFL522A54085 |
| 559 | 1339350 | GAFL575A77731 |
| 560 | 1339352 | TXFL584A22241 |
| 561 | 1339364 | PAFL522A54077 |
| 562 | 1339374 | TXFL584A22231 |
| 563 | 1339377 | PAFL522A53888 |
| 564 | 1339379 | MDS312560IN |
| 565 | 1339380 | 1NFL555A11972 |
| 566 | 1339384 | R0C719117NC |
| 567 | 1339387 | NTA1380073 |
| 568 | 1339389 | 1NFL555A11965 |
| 569 | 1339390 | PAFL522A54070 |
| 570 | 1339395 | PAFL522A53935 |
| 571 | 1339397 | PAFL522A54161 |
| 572 | 1339398 | PAFL522A54088 |
| 573 | 1339406 | PAFL522A54093 |
| 574 | 1339418 | PAFL522A54052 |
| 575 | 1339426 | N01030607TN |
| 576 | 1339431 | R0C719116NC |
| 577 | 1339448 | PAFL522A54170 |
| 578 | 1339457 | HHC016316NC |
| 579 | 1339460 | VAFL519A62352 |
| 580 | 1339463 | PAFL522A53919 |
| 581 | 1339464 | VAFL519A62359 |
| 582 | 1339467 | MDS312570IN |
| 583 | 1339473 | MDS312564IN |
| 584 | 1339475 | RNC000027NC |
| 585 | 1339477 | PAFL522A54171 |
| 586 | 1339478 | VAFL519A62368 |

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 587 | 1339496 | MDS312392IN |
| 588 | 1339506 | N01030620TN |
| 589 | 1339596 | VAFL519A62373 |
| 590 | 1339601 | PAFL522A54046 |
| 591 | 1339604 | N01030625TN |
| 592 | 1339607 | N01030626TN |
| 593 | 1339608 | RNC000148NC |
| 594 | 1339612 | N01030628TN |
| 595 | 1339623 | RNC000033NC |
| 596 | 1339624 | R0C719241NC |
| 597 | 1339632 | HHC016341NC |
| 598 | 1339643 | VAFL519A623678A32 |
| 599 | 1339644 | VAFL519A62360 |
| 600 | 1339645 | VALF519A62361 |
| 601 | 1339651 | TXFL584822269 |
| 602 | 1339654 | RNC000173NC |
| 603 | 1339658 | MDS312433IN |
| 604 | 1339659 | ROC719423NC |
| 605 | 1339665 | N01030612TN |
| 606 | 1339666 | RNC000081NC |
| 607 | 1339669 | RNC000084NC |
| 608 | 1339690 | R0C719168NC |
| 609 | 1339693 | MDS312475IN |
| 610 | 1339695 | R0C719003NC |
| 611 | 1339699 | MDS312494IN |
| 612 | 1339700 | R0C719089NC |
| 613 | 1339702 | R0C719085NC |
| 614 | 1339703 | R0C719436NC |
| 615 | 1339709 | RNC000015NC |
| 616 | 1339714 | ROC719083NC |
| 617 | 1339716 | ROC000007NC |
| 618 | 1339720 | ROC719353NC |
| 619 | 1339722 | ROC000018NC |
| 620 | 1339726 | HHC016353NC |
| 621 | 1339733 | ROC719078NC |
| 622 | 1339734 | RNC000020NC |
| 623 | 1339735 | RNC000012NC |
| 624 | 1339744 | ROC719340NC |
| 625 | 1339746 | R0C719323NC |
| 626 | 1339747 | RNC000151NC |
| 627 | 1339748 | RNC00016NC |
| 628 | 1339749 | RNC0004NC |
| 629 | 1339752 | R0C719186NC |
| 630 | 1339755 | NTA1374261 |
| 631 | 1339757 | R0C719420NC |
| 632 | 1339763 | ROC719441NC |
| 633 | 1339767 | ROC719400NC |
| 634 | 1339776 | N01030706TN |
| 635 | 1339788 | N01030610TN |

FEMA174-000282

Deridder, LA (666 Units)

| | | |
|---|---|---|
| 636 | 1339798 | R0C719439NC |
| 637 | 1339801 | HHC016357NC |
| 638 | 1339811 | N01030683TN |
| 639 | 1339812 | N01030743TN |
| 640 | 1339815 | ROC719220NC |
| 641 | 1339816 | ROC719292NC |
| 642 | 1339840 | R0C719137NC |
| 643 | 1339853 | R0C719233NC |
| 644 | 1339860 | ROC719207NC |
| 645 | 1339861 | R0C719244NC |
| 646 | 1339912 | TNFL527A30996A832 |
| 647 | 1339941 | TNFL527A62864 |
| 648 | 1339945 | TXFL584A22340 |
| 649 | 1339960 | INFL555A11868 |
| 650 | 1343214 | MDS312439IN |
| 651 | 1343219 | TXFL586A068798A32 |
| 652 | 1343273 | HHC016334NC |
| 653 | 1346642 | '1SE200L256C000985' |
| 654 | 1346902 | 021013057A000H |
| 655 | 1347379 | 5CZ200P2861127102 |
| 656 | 1347747 | 1NL1GTR2861027742 |
| 657 | 1372646 | 4CJ1F322164015073 |
| 658 | 1374424 | GAFL535A91329-8A32 |
| 659 | 1375710 | 4CJ1F322866013681 |
| 660 | 1375965 | 4CJ1F322465343775 |
| 661 | 1375978 | 4CJ1F322662900199 |
| 662 | 1376005 | 4CJ1F322862900205 |
| 663 | 1376007 | 4CJ1F322762900194 |
| 664 | 1376056 | 4CJ1F322462900251 |
| 665 | 1485241 | 4YDT260276N129602 |
| 666 | 1485242 | 4WYT34P2561208113 |