UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

SEP 2 4 2009

**Certified Mail Sent by Clerk:**
**Doc. No. 3824 - Order and Rule to Show Cause as to Mary C. DeVany.**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Mary C. DeVany
Street, Apt. No.; or PO Box No.: 14507 NW 19th AVE.
City, State, ZIP+4: Vancouver, WA 98685-8003

PS Form 3800, June 2002    See Reverse for Instructions

7004 2510 0004 6657 0551

___ Fee_____
___ Process BG_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____