AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## EASTERN District of LOUISIANA

**RETURN**

LUCIELLE TREITLER ET AL  )
Plaintiff                )
                         )
v.                       )   Civil Action No.   09-4543
                         )                      SECT.N  MAG 5
PATRIOT HOMES, INC ET AL )
Defendant                )

### Summons in a Civil Action

To: *(Defendant's name and address)*
SHAW ENVIROMENTAL, INC. THROUGH ITS
AGENT FOR SERVICE OF PROCESS
C.T. CORPORATION
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA 70808

A lawsuit has been filed against you.

Within   20   days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
JIM S. HALL & ASSOCIATES
800 NORTH CAUSEWAY BLVD. # 100
METAIRIE, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

**Loretta G. Whyte**

**Aug 25 2009**

Date: _____                    _____
                                                  Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on    _9-18-09_ ,
by:

     (1) personally delivering a copy of each to the individual at this place,    _____

     _____ ; or

     (2) leaving a copy of each at the individual's dwelling or usual place of abode with    _____
         who resides there and is of suitable age and discretion; or

     (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
     _____ ; or

     (4) returning the summons unexecuted to the court clerk on    _____ ; or

     (5) other (specify)   _Certified Mail_____

     _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

Date:   _9-24-09_____

                                    _JS Hall_
                                      Server's signature

                          JIM S. HALL, ATTORNEY FOR PLAINTIFF
                               Printed name and title

                          ...TH CAUSEWAY BLVD. #100
                          METAIRIE, LA 70001

                          Server's address

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shaw Environmental, Inc.
Agent for Service of Process
C.T. Corporation
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _CT, a Wolters Kluwer c..._ ☐ Agent
   5615 Corporate Blvd. Ste. ☐ Addressee
B. Received by ( Printed Name):    C. Date of Delivery
   Baton Rouge    9/18/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 2810 0002 4088 2767

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540