AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

**EASTERN DISTRICT**      **STATE OF LOUISIANA**      **RETURN**

| | |
|---|---|
| ALEC CAUSEY, JR. ET AL | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 09-4596 |
| | ) SECT. N MAG 5 |
| JAYCO ENTERPRISES  INC. ET AL | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
JAYCO ENTERPRISES, INC.
THROUGH ITS COUNSEL GLENN S. KILLOREN
121 W. FRANKLIN STREET
ELKHART, IN 46516

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
JIM S. HALL & ASSOCIATES, LLC.
800 NORTH CAUSEWAY BLVD. #100
METAIRIE, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

_____
Name of clerk of court

Date: ___**Aug 25 2009**___

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  9·21·09  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

    _____ Certified Mail _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

Date: 9-25-09 _____

_____ Jim J. Hall _____
                                                Server's signature

                          JIM S. HALL, ATTORNEY FOR PLAINTIFF
                                  Printed name and title

                              800 NORTH CAUSEWAY BLVD. #100
                                  METAIRIE, LA 70001

                                     Server's address

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jayco Inc., a/k/a Bottom
Line RV
through its agent:
Glenn S. Killoren
121 W Franklin Street
Suite 200
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Lois Stemm
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Lois Stemm

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 2810 0002 4000 ____

PS Form 3811