AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

**EASTERN DISTRICT**       **STATE OF LOUISIANA**

**RETURN**

| | | |
|---|---|---|
| ALEC CAUSEY, JR. ET AL | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.   09-4596 |
| | ) | SECT. N MAG 5 |
| JAYCO ENTERPRISES  INC. ET AL | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
SHAW ENVIROMENTAL, INC.
THOUGHT ITS AGENT FOR SERVICE OF
PROCESS C.T. CORPORATION
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA 70808

A lawsuit has been filed against you.

    Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
JIM S. HALL & ASSOCIATES, LLC.
800 NORTH CAUSEWAY BLVD. #100
METAIRIE, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Date:   **Aug 25 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on    9-18-09    ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____ Certified MAil _____
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: ___9-28-09___                          _Jim S. Hall_
                                              Server's signature

                              JIM S. HALL, ATTORNEY FOR PLAINTIFF
                                    Printed name and title

                          800 NORTH CAUSEWAY BLVD. #100
                          METAIRIE, LA 70001
                          Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shaw Environmental, Inc.
Through Agent
CT Corporation
5615 Corporate Blvd Ste. 400B
Baton Rouge LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CT Corporation     ☐ Agent
    5615 Corporate     ☐ Addressee
B. Received by ( Printed Name )     C. Date of Delivery
    Suite 400B     9-18-09

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
*(Transfer from service label)*     7008 2810 0002 4088 1715