UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE          MDL No. 1873
PRODUCTS LIABILITY LITIGATION

                                           SECTION N(5)

                                           JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:               MAGISTRATE CHASEZ

*ALL CASES*

---

## MOTION FOR EXPEDITED CONSIDERATION OF MORGAN'S MOTION TO CONTINUE PRETRIAL ORDER 36 DEADLINE TO FILE THIRD PARTY CLAIMS

Morgan Buildings & Spas, Inc. (Morgan Buildings) and Morgan Building Systems, Inc. (Morgan Systems) (collectively Morgan) respectfully request that the Court grant expedited hearing on Morgan's Motion to Continue Pretrial Order 36 Deadline to File Third Party Claims for the reasons set forth in the accompanying supporting memorandum.

Wherefore, Morgan respectfully requests that the Court grant expedited hearing of its motion to continue.

339289.1

1

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/Amanda S. Stout*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA  70825
Telephone:  (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
astout@mcglinchey.com

***Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.***

## CERTIFICATE OF SERVICE

I certify that, on September 25, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.  I also certify that there are no known non-CM/ECF participants..

*s/Amanda S. Stout*
Amanda S. Stout

339289.1

2