UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |

*ALL CASES*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MORGAN'S MOTION TO CONTINUE PRETRIAL ORDER 36 DEADLINE TO FILE THIRD PARTY CLAIMS

Morgan Buildings & Spas, Inc. (Morgan Buildings) and Morgan Building Systems, Inc. (Morgan Systems) (collectively Morgan) move for expedited hearing of its Motion to Continue Pretrial Order 36 Deadline to File Third Party Claims in light of the procedural time constraints in this matter and plaintiffs' failure to timely submit completed Plaintiff Fact Sheets.

The deadline to file third party claims is September 30, 2009. (R. Doc. 1386). The first available motion hearing date on the Court's docket is October 21, 2009. This date comes after the third party demand deadline. Morgan is unable, at this time, to determine which of its manufacturers it may have third party claims against because plaintiffs have failed to provide completed Plaintiff Fact Sheets identifying the manufacturer, VIN number and/or FEMA bar code number which would enable Morgan to determine if the THU at issue is: (1) it sold to FEMA and (2) from which manufacturer Morgan purchased the THU. In effect, Morgan is in the same position

339289.1

that many of the plaintiffs were in at the beginning of this litigation: unable to link a particular plaintiff and THU to a specific manufacturer. Without completed Plaintiff Fact Sheets, Morgan cannot resolve this "matching" dilemma. Additionally, two of Morgan's manufacturers have filed for bankruptcy protection and Morgan must have the bankruptcy stays lifted. Since all three of Morgan's suppliers are defendants in this MDL, none will be prejudiced by an extension of the third party demand deadline.

Time is short, and there is much work to be done. It is respectfully submitted that the Court consider Morgan's motion to continue in advance of the Court's October 21, 2009 docket date, and that expedited hearing be granted on its motion.

Wherefore, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. respectfully request that the Court set an expedited hearing on Morgan's Motion to Continue Pretrial Order 36 Deadline to File Third Party Demands filed contemporaneously with this motion.

**McGlinchey Stafford, PLLC**

*s/Amanda S. Stout*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
astout@mcglinchey.com

***Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.***

339289.1