UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |
| *ALL CASES* | |

## ORDER

CONSIDERING the foregoing Motion for Expedited Hearing on Morgan's Motion to Continue Pretrial Order 36 Deadline to File Third Party Claims:

IT IS HEREBY ORDERED THAT the Motion for Expedited Hearing on Morgan's Motion to Continue Pretrial Order 36 Deadline to File Third Party Claims is granted, and that hearing will be held on the _____ day of September, 2009.

New Orleans, Louisiana this _____ day of September, 2009.

                                            **Kurt D. Engelhardt**
                                            **United States District Judge**