AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

RETURN

Ronalda Frank
Plaintiff
v.
Keystone Industries, Inc. and/or Keystone RV Company, et al
Defendant

Civil Action No. 09-4594, Sect. N, Mag. 5

## Summons in a Civil Action

To: *(Defendant's name and address)*
United States of America
Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jim S. Hall, Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., #100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

Date: **Sep 02 2009**

Sarah Dusang
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 9-18-09, by:

(1) personally delivering a copy of each to the individual at this place, ______; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______; or

(4) returning the summons unexecuted to the court clerk on ______; or

(5) other *(specify)* Certified Mail.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

Date: 9-28-09

Jim S. Hall
Server's signature

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., #100
Metairie, LA 70001
Server's address

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The United States of America
U.S. Atty. J. Jim Letten
Hale Boggs Federal Bldg.
500 Poydras St. Ste. B-210
New Orleans, LA 70130

COMPLETE THIS SECTION ON DELIVERY

A. Signature X CW ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7008 2810 0002 4088 2415

PS Form 3811, February 2004 Domestic Return Receipt