AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana



|  |  |
|---|---|
| Branda McCrary | ) |
| Plaintiff | ) |
| v. | ) |
| Starcraft RV, Incorporated, et al | ) |
| Defendant | ) |

Civil Action No.   09-4597, Sect. N, Mag. 5

## Summons in a Civil Action

To: *(Defendant's name and address)*
   United States of America
   Through the Office of the U.S. Attorney for the
   Eastern District of Louisiana
   Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

A lawsuit has been filed against you.

   Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Jim S. Hall, Jim S. Hall & Associates, LLC
   800 N. Causeway Blvd., #100
   Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Aug 25 2009

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____9-18-09_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____Certified Mail_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

Date: _____9-23-09_____

_____Jim S. Hall_____
Server's signature

Jim S. Hall, Attorney for Plaintiff
Printed name and title

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America
U.S. Atty. Jim Letten
Hale Boggs Federal Bldg.
500 Poudras St. Ste. B-210
New Orleans, LA. 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 SEP

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 2810 0002 4088 1784

N. Causeway Blvd., #100
Metairie, LA 70001

Server's address