# United States District Court

EASTERN DISTRICT OF THE STATE OF LOUISIANA

LEDGER RATLIFF, ET AL

v.

COACHMEN INDUSTRIES, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER 09-4547

# RETURN

TO: (Name and Address of Defendant)

United State of America, Through the Office of the U. S. Attorney for the Eastern District of Louisiana, Jim Letten, United States Attorney, Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jim S. Hall
Jim S. Hall & Associates, LLC
800 North Causeway Blvd., Suite 800
Metairie, LA 70001

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sept 02 2009

Loretta G. Whyte

CLERK

*Sarah Dusang* (signature)

(BY) DEPUTY CLERK

DATE

AO-440 (REV. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. 1 | DATE 9-18-09 |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on  9-25-09
Date

Signature of Server: Jim J. Hall

800 North Causeway Blvd., Suite 800
Metairie, LA 70001
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States of America
U.S. Attorney Jim Letten
Hale Boggs Federal Bldg.
500 Poydras St. Ste. B210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): CW
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4088 3177

PS Form 3811, February 2004   Domestic Return Receipt