AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## EASTERN District of LOUISIANA

**RETURN**

ANTHONY STIPLECOVICH, ET AL
_____
Plaintiff

v.

COACHMEN INDUSTRIES INC. ET. AL
_____
Defendant

)
)
)
)
)
)
)

Civil Action No.    09-4555
SECT N. MAG 5

### Summons in a Civil Action

To: *(Defendant's name and address)*
CH2M HILL CONSTRUCTORS, INC. THROUGH ITS
AGENT FOR SERVICE OF PROCESS CT CORPORATION
SYSTEM 5615 CORPORATE BOULEVARD SUITE 400B
BATON ROUGE, LA 70808

A lawsuit has been filed against you.

        Within   20   days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
JIM S. HALL & ASSOCIATES
800 NORTH CAUSEWAY BLVD. #100
METAIRIE, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or
motion with the court.

Loretta G. Whyte

Date:   **Sep 02 2009**

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _9-18-09_ ,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____ Certified mail _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

Date: _9-25-09_                         _Jim S. Hall_
                                         Server's signature

                                 JIM S. HALL, ATTORNEY FOR PLAINTIFF
                                         Printed name and title

                                 800 NORTH CAUSEWAY BLVD. #100
                                 _TAIRIE, LA 70001_
                                         Server's address

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cham Hill Constructors, Inc
through its agent:
CT Corporation system
5615 Corporate Blvd.
Ste. 400B
Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature CT Corporation System
X   5615 Corporate Blvd ☐ Agent
    Suite 400B              ☐ Addressee
B. Received by (Printed Name) Baton Rouge, LA 70808  C. Date of Delivery 9-18-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7008 2810 0002 4088 3054

PS Form 3811, February 2004