AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana



Lee Vaughn Johnson )
_____ )
Plaintiff )
v. ) Civil Action No.   09-4872, Sect. N, Mag. 5
Pilgrim International, Inc., et al )
_____ )
Defendant )

### Summons in a Civil Action

To: *(Defendant's name and address)*
    United States of America
    Through the Office of the U.S. Attorney for the
    Eastern District of Louisiana
    Jim Letten, United States Attorney
    Hale Boggs Federal Building
    500 Poydras Street, Suite B-210
    New Orleans, LA 70130

A lawsuit has been filed against you.

        Within  60  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
    Jim S. Hall, Jim S. Hall & Associates, LLC
    800 N. Causeway Blvd., #100
    Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

                                                    Loretta G. Whyte

**Sep 02 2009**

Date: _____          _____
                                              Deputy Clerk's Signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____9-22-09_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) ____Certified mail_____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: ____9-25-09____

_Jim S. Hall_
Server's signature

Jim S. Hall, Attorney for Plaintiff
Printed name and title

N. Causeway Blvd., #100
Metairie, LA 70001

Server's address

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jim Letten
US Attorney
Hale Boggs Federal Bldg
500 Poydras St.
B-210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tammy Geared_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   _9-22-09_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
7008 2810 0002 4088 3641