UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                       SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-05600: *Abercrombie, et al.*
*v. Forest River, Inc., , et al.*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Ratonia Danice Bardwell, as mother of Gary Johnson[1]

2. Rusty Anthony Foreman, individually and as father of Garrett Anthony Foreman

3. Melissa Ann Foreman-Richard

No Defendant as of this date has served an answer or motion for summary judgment.

---

[1] Ratonia Danice Bardwell through this dismissal intends to dismiss only the claims she has brought on behalf of her son Gary Johnson and does not intend to dismiss her individual claims or those claims which she has brought on behalf of Brentaja Bardwell, Jessie Bardwell, Kenneth Bardwell, Jr., Shane Bardwell or Timothy Williams

Respectfully submitted this 25th day of September, 2009.

By: /s/ James M. Priest, Jr.
James M. Priest, Jr.,
Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ James M. Priest, Jr.
James M. Priest, Jr.

2