FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 21 PM 3: 21

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: September 21, 2009

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

RELATED TO MDL NO. 1873

Case No. 09-3604 Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1. Fluor Enterprises, Inc.
   **through its registered agent for service**
   Corporation Service Co.
   320 Somerulos St.
   Baton Rouge, LA 70802-6129

2. Shaw Environmental, Inc.
   **through its registered agent for service**
   CT Corporation System
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

3. FRH, Inc. f/k/a Hy-Line Enterprises, Inc.
   **Through its registered agent for service**
   Margaret Flager
   52219 Delta Ct.
   Elkhart, IN 46514

4. Indiana Building Systems, LLC d/b/a Holly Park Homes
   **through its registered agent for service**
   Lisa Kuhtic
   51700 Lovejoy Dr.
   Middlebury, IN 46540

5. CH2M Hill Constructors, Inc.
   **through its registered agent for service**
   C T Corporation System
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931