OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*
*2009 SEP 21 PM 3:21*
*LORETTA G. WHYTE*
*CLERK*

Date: September 21, 2009

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

RELATED TO MDL NO. 1873

Case No. 09-3851 Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1.  American International Group, Inc.
    c/o Kathleen E. Shannon or Martin J. Sullivan
    70 Pine Street
    New York, New York 10270

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931