OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 21  PM 3: 21

LORETTA G. WHYTE
CLERK

Date: <u>September 21, 2009</u>

<u>IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION</u>

<u>RELATED TO MDL NO. 1873</u>

Case No. <u>09-3557</u> Section N(5)

Dear Sir or Madam:

    Please ISSUE summons on the PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1.    Forest River, Inc.
**through its registered agent for service**
C T Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

2.    Fluor Enterprises, Inc.
**through its registered agent for service**
Corporation Service Co.
320 Somerulos St.
Baton Rouge, LA 70802-6129



3.  United States Government
    **through**
    U.S. Attorney's Office, Eastern District of Louisiana
    500 Poydras Street, Room B210
    New Orleans, LA 70130
    **and through**
    United States Attorney General,
    U.S. Department of Justice,
    950 Pennsylvania Ave, NW,
    Washington, D.C. 20530-0001
    **and through**
    Federal Emergency Management Agency
    Office of the Director, Office of the General Counsel
    500 C Street, SW
    Washington, D.C. 20472

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931