OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 21  PM 3:20

LORETTA G. WHYTE
CLERK

Date: September 21, 2009

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

RELATED TO MDL NO. 1873

Case No. 09-3503 Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1. Gulf Stream Coach, Inc.
   **through its registered agent for service**
   Kenneth C. Brinkler
   503 South Oakland
   Napanee, IN 46550

2. Shaw Environmental, Inc.
   **through its registered agent for service**
   CT Corporation System
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

3.  United States Government
    **through**
    U.S. Attorney's Office
    Eastern District of Louisiana
    500 Poydras Street, Room B210
    New Orleans, LA 70130
    **and through**
    United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Ave, NW
    Washington, D.C. 20530-0001
    **and through**
    Federal Emergency Management Agency
    Office of the Director, Office of the General Counsel
    500 C Street, SW
    Washington, D.C. 20472

Very truly yours,

/s/ HL

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931