UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER       MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that **the Motion for Expedited Consideration of Morgan's Motion to Continue Pretrial Order 36 Deadline to File Third Party Claims (Rec. Doc. 3889)** is **GRANTED.**  Any opposition to the Motion to Continue Pretrial Order 36 Deadline to File Third Party Claims by Morgan Building and Spas, Inc. and Morgan Building Systems, Inc. (Rec. Doc. 3885) shall be filed **on or before Tuesday, September 29, 2009**, **at 9:00 a.m.**, at which time the motion will be taken under advisement.

    New Orleans, Louisiana, this 28th day of September, 2009.

                                    **KURT D. ENGELHARDT**
                                    **UNITED STATES DISTRICT JUDGE**