OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:   September 28, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

SHARON STEWART
                    vs.

AMERICAN INT. GROUP,INC., ET AL

Case No.09-6175 Section _____

Dear Sir:

Please **(issue)** summons on the **(complaint)**to the following:

1. FEMA, through Craig Fugate, Director
   500 C. Street SW, Washington, DC 20472
2. U.S. ATTORNEY GENERAL, Eric Holder
   950 Pennsylvania Ave. NW, Washington DC 20530-0002
3. U.S. ATTY FOR EDLA, James Letten
   500 Poydras St., Suite B1210, N.O, LA 70130
4. (name)    _____
   (address)  _____

Very truly yours,

_____
              "Signature"

Attorney for  SHARON  STEWART

Address  _____

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800