UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS )<br>    LIABILITY LITIGATION ) <br> ) <br>This applies to Bell, ) <br>    No. 09-2976 (E.D. La.) ) | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br><br> MAGISTRATE CHASEZ |

### KEYSTONE'S MOTION
### TO SHORTEN DISCOVERY DEADLINE

Defendant, Keystone RV Company ("Keystone") moves this Court to enter an order shortening Raymond Bell, III's deadline to respond to Keystone's September 25, 2009 written discovery requests. As explained in Keystone's supporting memorandum, and because the Court has now selected Mr. Bell as the replacement bellwether plaintiff for the January 11, 2010 trial, Keystone requests that the Court shorten Mr. Bell's deadline to respond to this discovery from October 28, 2009 to October 15, 2009.[1]

Pursuant to Pre-trial Order No. 10, Keystone states that this motion is opposed by plaintiffs.

---

[1] As explained in Keystone's supporting memorandum, at a conference with the parties on September 23, 2009, the Court selected Raymond Bell, III as the replacement bellwether plaintiff in place of Diana Bell, who has now dismissed her claims.

{B0612660.1}                                     1

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Defendant,*
 *Keystone RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 28th day of September, 2009.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson