## Johnson, Ryan

| | |
|---|---|
| **From:** | Johnson, Ryan |
| **Sent:** | Friday, September 25, 2009 4:17 PM |
| **To:** | Justin Woods; Gerald E. Meunier |
| **Cc:** | Miller, Henry (CIV); Greif, Michele (CIV); Kurtz, David; Whitfield, Karen; ANDREW WEINSTOCK; Percy, James |
| **Subject:** | Formaldehyde Litigation--Keystone's first set of discovery requests to Raymond Bell, III |
| **Attachments:** | B-ECOPY3_EXCHANGE_09252009-161133.PDF |

Justin and Gerry:

Attached is our first set of written discovery to Raymond Bell, III. We'll be sending you a copy by regular mail as well.

In light of the tight time schedule, we intend to file a motion seeking expedited responses to the discovery, asking for responses by October 15th.

Given the language in PTO #10, we need to ask whether plaintiff consents to the motion for expedited responses. So, please let us know by <u>noon on Tueday, September 29, 2009</u> whether the plaintiff will consent to this motion. If we haven't heard from you by then, we'll assume its opposed and indicate that in our motion.

Thanks and have a nice weekend.

Ryan


B-ECOPY3_EX
IGE_09252009-:

RYAN E. JOHNSON
Jones Walker
Baton Rouge, Louisiana
Direct: 225-248-2080
Fax: 225-248-3080
Email: rjohnson@joneswalker.com
Website: http://www.joneswalker.com
Bio: http://www.joneswalker.com/professionals-88.html
Assistant: Janice Inness (jinness@joneswalker.com), Direct Dial: 225-248-3497

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1

**EXHIBIT 2**