### Johnson, Ryan

**From:** Justin Woods [jwoods@gainsben.com]
**Sent:** Monday, September 28, 2009 12:58 PM
**To:** Johnson, Ryan; Gerald E. Meunier
**Cc:** Miller, Henry (CIV); Greif, Michele (CIV); Kurtz, David; Whitfield, Karen; ANDREW WEINSTOCK; Percy, James
**Subject:** RE: Formaldehyde Litigation--Keystone's first set of discovery requests to Raymond Bell, III

Ryan,

Your presumption is correct.

Justin.

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Monday, September 28, 2009 12:57 PM
**To:** Johnson, Ryan; Justin Woods; Gerald E. Meunier
**Cc:** Miller, Henry (CIV); Greif, Michele (CIV); Kurtz, David; Whitfield, Karen; ANDREW WEINSTOCK; Percy, James
**Subject:** RE: Formaldehyde Litigation--Keystone's first set of discovery requests to Raymond Bell, III

Justin: As a follow up on the email below, and in light of the fact that the Court confirmed that Raymond Bell, III is the bellwether selected for January 11, 2009, we again ask that Mr. Bell provide us responses by October 15. I presume from the email traffic today that you will not agree to provide responses by that date, and consequently we will move forward to file a motion for an expedited deadline on the discovery. If that presumption is not correct, please let me know asap.

Ryan

**From:** Johnson, Ryan
**Sent:** Friday, September 25, 2009 4:17 PM
**To:** Justin Woods; Gerald E. Meunier
**Cc:** Miller, Henry (CIV); Greif, Michele (CIV); Kurtz, David; Whitfield, Karen; ANDREW WEINSTOCK; Percy, James
**Subject:** Formaldehyde Litigation--Keystone's first set of discovery requests to Raymond Bell, III

### Justin and Gerry:

Attached is our first set of written discovery to Raymond Bell, III. We'll be sending you a copy by regular mail as well.

In light of the tight time schedule, we intend to file a motion seeking expedited responses to the discovery, asking for responses by October 15th.

**EXHIBIT 3**

9/28/2009

Given the language in PTO #10, we need to ask whether plaintiff consents to the motion for expedited responses. So, please let us know by noon on Tueday, September 29, 2009 whether the plaintiff will consent to this motion. If we haven't heard from you by then, we'll assume its opposed and indicate that in our motion.

Thanks and have a nice weekend.

Ryan


<< File: B-ECOPY3_EXCHANGE_09252009-161133.PDF >>


RYAN E. JOHNSON
Jones Walker
Baton Rouge, Louisiana
Direct: 225-248-2080
Fax: 225-248-3080
Email: rjohnson@joneswalker.com
Website: http://www.joneswalker.com
Bio: http://www.joneswalker.com/professionals-88.html
Assistant: Janice Inness (jinness@joneswalker.com), Direct Dial: 225-248-3497

****************************************************************
This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

****************************************************************