## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION<br><br>This applies to Bell,<br>    No. 09-2976 (E.D. La.) | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

### NOTICE OF HEARING

Please take notice that Keystone's Motion to Shorten Discovery Deadline is hereby set for hearing on October 21, 2009, at 9:30 a.m., before Judge Kurt Engelhardt.

                                           Respectfully submitted,

                                           *s/Ryan E. Johnson*

                                         James C. Percy (La. Bar No. 10413)
                                         Ryan E. Johnson (La. Bar No. 26352)
                                         Jones, Walker, Waechter, Poitevent,
                                            Carrère & Denègre, L.L.P.
                                         8555 United Plaza Blvd., 5th floor
                                         Building Four
                                         Baton Rouge, LA  70809
                                         Telephone: (225) 248-2000
                                         Facsimile:  (225) 248-3080

                                                    -and-

                                         Madeleine Fischer (La. Bar No. 5575)
                                         Nan Roberts Eitel (La. Bar No. 19910)
                                         Jones, Walker, Waechter, Poitevent,
                                           Carrère & Denègre, L.L.P.
                                         201 St. Charles Avenue, 49th floor
                                         New Orleans, LA   70170