AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

| Linda Day | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-4598, Sect. N, Mag. 5 |
| Redman Homes Incorporated | ) |
| A/K/A Dutch Homes, et al | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
United States of America
Through the Office of the U.S. Attorney for the
Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within ___60___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jim S. Hall, Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., #100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Aug 25 2009

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9/16/09__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) __Certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __9/29/09__

Server's signature: _Jim S. Hall_

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., #100
Metairie, LA 70001
Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jim Letten, U.S. Attorney
Hale Boggs Fed. Bldg.
500 Poydras St., #B-210
N.O., LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _T. Santos_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): T. Santos
C. Date of Delivery: 9/16/09
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4086 8662

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540