AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### EASTERN DISTRICT OF THE STATE OF LOUISIANA

JAMES COLE, ET AL

v.

RECREATION BY DESIGN, LLC, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 09-4524

TO: (Name and Address of Defendant)

United States of America, Through the Office of The U.S. Attorney for the Eastern
District of Louisiana, Jim Letten United States Attorney, Hale Boggs Federal
Building
500 Poydras Street, Suite B-210
New Orleans, LA 700130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jim S. Hall
JIm S. Hall & Associates, LLC
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001

an answer to the complaint which is herewith served upon you, within     60                    days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

Loretta G. Whyte                                                        Sep 04 2009

CLERK                                                     DATE

(BY) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me.   1 | DATE | 9-17-09 |
|---|---|---|
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):        Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on    9-28-09
                    *Date*

Signature of Server

800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
U.S. Attorney Jim Letten
For the Eastern District of La.
Hale Boggs Federal Bldg.
500 Poydras St. Room B-210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
T. Sautus                         9/17/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7008 2810 0002 4088 1227

PS Form 3811, February 2004    Domestic Return Receipt