UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

This Document Relates to:   All Cases

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MEMORANDUM
IN RESPONSE AND OPPOSITION TO "MOTION TO CONTINUE
PRETRIAL ORDER 36 DEADLINE TO FILE THIRD PARTY CLAIMS
BY MORGAN BUILDING AND SPA, INC., AND MORGAN
BUILDING SYSTEMS INC." (Doc. Rec. 3885)**

Defendant United States of America ("United States") hereby submits this memorandum in response to "Motion to Continue Pretrial Order 36 Deadline to File Third Party Claims by Morgan Building and Spa, Inc., and Morgan Building Systems, Inc." (hereinafter collectively referred to as "Morgan") (Doc. Rec. 3885).  The United States opposes, in part, Morgan's request that the deadline for filing of third-party complaints be tolled until Plaintiffs submit Fact Sheets identifying the manufacturer of the temporary emergency housing unit ("EHU") that they occupied.  The Court should reject this request because the information Morgan asserts it requires – identity of the actual manufacturer of the unit issued to Plaintiffs – is information that Plaintiffs may not possess and may be contained in the FEMA FRRATS database.  Pursuant to FEMA's offer in April 2008, and in response to Plaintiffs' discovery requests, matching information in the FRRATS database is being produced on a rolling basis – generally within

thirty (30) days of a Plaintiff submitting a matching request – to all parties, including Morgan.[1] Furthermore, consistent with the parties' matching efforts, Pretrial Order No. 40 (Doc. Rec. 1781) requires each Plaintiff to promptly remedy any failure to identify in his or her Complaint the manufacturer of the unit that he or she occupied.  For these reasons, rather than linking an extension of time to Plaintiffs' perfection of the Fact Sheets, as proposed by Morgan, the extension of time should be linked to Pretrial Order No. 40, since Plaintiffs' compliance with that Order will provide Morgan with the information it asserts it requires to assess whether to file a Third-Party Complaint.

Thus, consistent with the parties matching efforts and Pretrial Order No. 40, the United States requests that Morgan be required to file any third-party complaint within thirty (30) days of the Plaintiffs' identification of the manufacturer in the Complaint, or if the manufacturer is not identified in the Complaint, within thirty-days of Plaintiffs' filing of an Amended Complaint identifying that information.

---

[1] When Plaintiffs do not know the identity of the manufacturer of the EHU that they occupied, they issue written discovery to the United States requesting that the United States identify the Vehicle Identification Number ("VIN") and FEMA barcode number for the EHU issued by FEMA.  This is generally referred to by the parties as "matching."  The matching process is a collaborative effort.  Plaintiffs must provide FEMA with Plaintiff specific data that FEMA requires to search its FRRATS database.  Upon completion of that search, FEMA produces to the parties any responsive VIN and FEMA barcode information contained in the FRRATS database.  Plaintiffs then use information produced by the Defendant Manufacturers relating to Vehicle Identification Numbers to determine the identity of the manufacturer that made the EHU issued by FEMA to the Plaintiff.

Dated: September 28, 2009.                     Respectfully Submitted,

TONY WEST                                      ADAM BAIN
Assistant Attorney General, Civil Division     Senior Trial Counsel

J. PATRICK GLYNN                               ADAM DINNELL
Director, Torts Branch, Civil Division         MICHELLE BOYLE
                                               MICHELE GREIF
DAVID S. FISHBACK                              JONATHAN WALDRON
Assistant Director                             Trial Attorneys

OF COUNSEL:                                    //S// *Henry T. Miller*
JORDAN FRIED                                   HENRY T. MILLER (D.C. Bar No. 411885)
Associate Chief Counsel                        Senior Trial Counsel
                                               United States Department of Justice
JANICE WILLIAMS-JONES                          Civil Division – Torts Branch
Trial Attorney                                 P.O. Box 340, Ben Franklin Station
FEMA/DHS                                       Washington, D.C. 20004
Department of Homeland Security                Telephone No: (202) 616-4223
Washington, D.C. 20472                         E-mail: Henry.Miller@USDOJ.Gov

                                               Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                //S// *Henry T. Miller*
                                                HENRY T. MILLER (D.C. Bar No. 411885)