UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case 07-9228

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing by Defendant, Fluor Enterprises, Inc. (Rec. Doc. 3426)** is **GRANTED**. Any opposition to Fluor Enterprises, Inc.'s Motion for Extension of Time (Rec. Doc. 3427) shall be filed **on or before Tuesday, September 29, 2009 at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 29th day of September, 2009.

                                                    **KURT D. ENGELHARDT**  
                                                  **UNITED STATES DISTRICT JUDGE**