UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

       JUDGE ENGELHARDT
       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Diana Bell v. Keystone RV Company, et al* No. 09-2967

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO FILE MEMORANDUM IN SUPPORT OF MOTION
## TO SUBSTITUTE BELLWETHER PLAINTIFF UNDER SEAL

NOW INTO COURT, through undersigned counsel comes Plaintiff, Diana Bell, who respectfully submits that she has good cause to file her Memorandum In Support of her Motion to Substitute Bellwether Plaintiff under seal for the reasons more fully set forth in the accompanying Memorandum in Support.

Counsel for each defendant, United States of America / FEMA, Keystone RV Company and Shaw Environmental have been contacted. Counsel for Keystone and Shaw do not have an objection to the filing of the Memorandum in Support under seal. Counsel for United States of America / FEMA opposes the filing of the memorandum under seal.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: *Justin I. Woods*
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, # 24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

### CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2009, that I hand-delivered the foregoing document to all counsel of record.

*Justin I. Woods*
JUSTIN I. WOODS, #24713