UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Diana Bell v. Keystone RV Company, et al No.* 09-2967

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION TO FILE MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE BELLWETHER PLAINTIFF UNDER SEAL

MAY IT PLEASE THE COURT:

Through undersigned counsel, Plaintiff, Diana Bell, submits this Memorandum In Support of her Motion to File Memorandum In Support of Motion To Substitute Bellwether Plaintiff under seal because it contains information of a sensitive and very personal nature.

Plaintiff, Diana Bell, has a legitimate expectation of privacy concerning information that is very personal and sensitive to her and her family. It is a long established principle that individuals should be free from such an unjustified intrusion on her personal privacy.

Ms. Bell's Motion to File the Memorandum Under Seal is done only with the intent to prevent the unnecessary dissemination of her personal information to third parties. Ms. Bell is in now way attempting to shield such information from opposing counsel or this Court. In fact, Plaintiff realizes that such information is necessary not only for the Court but for all parties involved to properly respond to her motion seeking substitution of another bellwether plaintiff.

The Plaintiff does however wish to point out that the Government, to date, has taken a contrary position concerning the privacy of individuals like Ms. Bell. The Government, since the inception of this litigation, has represented that one of its primary goals in responding to the discovery requests is to maintain the privacy of individual citizens receiving assistance from FEMA. Only now has the Government taken the apparent and inapposite position that the personal and private information of such individuals should be open and available to third parties through the public record.

For the foregoing reasons, Plaintiff, Diana Bell, requests that her Motion to File Memorandum in Support of Motion to Substitute under seal be granted.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: _/s/ Justin I. Woods_
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, # 24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938

DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2009, that I hand-delivered the foregoing document to all counsel of record.

JUSTIN I. WOODS, #24713