UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO: 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHART<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO :
*Diana Bell, et al v. Keystone RV Company, et al*
*No. 09-2967*

******************************************************************

**NOTICE OF HEARING**

TO: ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiff's Motion to File Memorandum in Support its Motion to Substitute Bellwether Plaintiff Under Seal in the above-captioned matter is hereby set for hearing on the 7th day of October at 9:30 o'clock a..m.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE