UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO: 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"
                                             JUDGE ENGELHART
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO :
*Diana Bell, et al v. Keystone RV Company, et al*
*No. 09-2967*

********************************************************************

### ORDER

Considering the above and foregoing,

IT IS ORDERED that Plaintiff's Motion for Expedited Hearing on its Motion to File Memorandum in Support of its Motion to Substitute Bellwether Plaintiff Under Seal is hereby GRANTED. Plaintiff's ~~Motion to File Memorandum in Support of its Motion to Substitute Bellwether Plaintiff Under Seal will be heard on the _____ day of September, 2009.~~ Discussions were held the week of September 14th, 2009.

New Orleans, Louisiana, this 29th day of September, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE