UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO: 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHART<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO :
*Diana Bell, et al v. Keystone RV Company, et al*
*No. 09-2967*

*********************************************************************

## ORDER

Considering the above and foregoing,

IT IS ORDERED that Plaintiff's Motion to File Memorandum in Support of its Motion to Substitute Bellwether Plaintiff Under Seal is hereby GRANTED.

New Orleans, Louisiana, this 29th day of September, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE