MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 22, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO ALL<br>CASES | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**TUESDAY, SEPTEMBER 22, 2009 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta and Tanya Lee
COURT REPORTER: Cathy Pepper (A.M.); Jodi Simcox (P.M.)

APPEARANCES:  For Plaintiffs:  Gerald Meunier, Anthony Buzbee, Mika Watts, and
                              Robert Hilliard
              For Defendant, Gulf Stream: Andrew Weinstock, Joseph Glass and
                              Timothy Scandurro
              For Defendant, Fluor Enterprises: Charles Penot, Richard Sherburne, and
                              Sonia Mallett

---

**BELLWETHER JURY TRIAL I :(Gulfstream Bellwether Trial)**
 *(PLAINTIFF, ALANA ALEXANDER, individually and on behalf of CHRISTOPHER COOPER   v.  GULF STREAM COACH, INC. AND FLUOR ENTERPRISES. INC.)*
**(REF: 09-2892**)   (**held and continued from September 21, 2009**)

All present and ready.
Jury returned to the courtroom.
Exhibits admitted.
Stipulation read into the record by the Court.
Plaintiffs Rest.
Out of jury's hearing, defendants, Gulf Stream and Fluor orally moves for a Judgment as a Matter of Law - argument reserved at this time.
Returned to jury's hearing.

Page 2
Trial Minutes
MDL 1873
September 22, 2009

Defendant, Gulf Stream's witnesses continued: Dr. Robert C. James, sworn and testifies.
Joseph Little, testimony by videotape.
Damien Serauskas, sworn and testifies.
Kevin Souza, testimony by videotape.
Martin McNeese, testimony by videotape.
David Garrett, testimony by videotape.
Guy Bonomo, testimony by videotape.
Stanley Larsen, testimony by videotape.
Michael Harder, testimony by videotape.
Stephen Miller, testimony by videotape.

Jury excused.
Trial continued to Wednesday, September 23, 2009 at 8:30 a.m.
Court adjourns.

JS-10: 7:20