MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 23, 2009

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>   LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO ALL<br>CASES | SECTION "N" |

### JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, SEPTEMBER 23, 2009 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper

APPEARANCES: For Plaintiffs:  Gerald Meunier, Anthony Buzbee, Mika Watts, and
                              Robert  Hilliard
             For Defendant, Gulf Stream: Andrew Weinstock, Joseph Glass and
                              Timothy Scandurro
             For Defendant, Fluor Enterprises: Charles Penot,  Richard Sherburne, and
                              Sonia Mallett

---

**BELLWETHER JURY TRIAL I :(Gulfstream Bellwether Trial)**
 (*PLAINTIFF, ALANA ALEXANDER, individually and on behalf of CHRISTOPHER COOPER   v.  GULF STREAM COACH, INC. AND FLUOR ENTERPRISES. INC.)*
(**REF: 09-2892**)   (**held and continued from September 22, 2009**)

All present and ready.
Jury returned to the courtroom.
Defendant, Gulf Stream's witnesses continued: <u>Dr. Philip Cole</u>, sworn and testifies.
                                              <u>Dr. H. James Wedner</u> ,sworn and testifies.
Defendant, Gulf Stream Rests.
Defendant, Fluor Enterprises offers stipulation as to Paul Blanchard.
Defendant, Fluor Enterprises Rests.
No Rebuttal.

Page 2
Trial Minutes
MDL 1873
September 23, 2009

Jury excused.
At a conference held with counsel before trial, Rec. Doc. No. 3266 was ruled on and is disposed of as expressed in the transcript.
The following Rec. Doc. Nos. 2799, 2801, 2821, 2891,and 2900 which were previously deferred to trial were ruled on and are disposed of as expressed in the transcript.
Plaintiffs orally moves for Rule 50 Judgment as a Matter of Law (Rec. Doc. No. 3680 and 3682)- argument - **ORDERED SUBMITTED** in part, **DENIED** in part and **GRANTED** in part.
Defendant, Gulf Stream orally moves for Rule 50 Judgment as a Matter of Law - argument - **ORDERED GRANTED** in part and **DENIED** in part.
Defendant, Fluor orally moves for Rule 50 Judgment as a Matter of Law (Rec. Doc. No. 3572) - argument -  **ORDERED SUBMITTED**.
Proffer exhibits offered.
Trial continued to Thursday, September 24, 2009 at 8:30 a.m.
Court adjourns.

JS-10: 5:00