UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case NO. 09-2967

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing on Plaintiff's Motion to Substitute Bellwether Plaintiff (Rec. Doc. 3409)** is **GRANTED.**  After discussions amongst the parties and the Court,

**IT IS FURTHER ORDERED** that the **Motion to Substitute Bellwether Plaintiff (Rec. Doc. 3408)** is **GRANTED**.  The Court has concluded that Raymond Bell, III, who was originally a bellwether plaintiff nominee, will replace Diana Bell as the bellwether plaintiff.

**IT IS FINALLY ORDERED** that all deadlines, including the January 11, 2010 trial date, shall remain unchanged and in effect.

New Orleans, Louisiana, this 29th day of September, 2009.

　　　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**