UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Before the Court is the Motion to Continue Pretrial Order 36 Deadline to File Third Party Claims by Morgan Building and Spas, Inc. and Morgan Building Systems, Inc. (Rec. Doc. 3885). After considering the memoranda of the parties, including the Opposition filed by the Government (See Rec. Doc. 4083),

**IT IS ORDERED** the **Motion to Continue Pretrial Order 36 Deadline to File Third Party Claims by Morgan Building and Spas, Inc. And Morgan Building Systems, Inc. (Rec. Doc. 3885)** is **GRANTED** to the following extent: Consistent with the parties matching efforts and Pretrial Order No. 40, the movants shall file any third-party complaint within 30 days of Plaintiffs' identification of the manufacturer in the Complaint, or if the manufacturer is not identified in the Complaint, within 30 days of Plaintiffs' filing of an Amended Complaint identifying that information.

New Orleans, Louisiana, this 29th day of September, 2009.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**