UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 09-2976

## **ORDER**

**IT IS ORDERED** that the following motion will be heard on an expedited basis:

Keystone's Motion to Shorten Discovery Deadline (Rec. Doc. 4050).  Any opposition to this motion shall be filed by **Monday, October 5, 2009**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 29th day of September, 2009.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**