AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana



KATIE ALEXIS BABINEAUX, et al
Plaintiff
v.   Civil Action No.  09-4610
PILGRIM INTERNATIONAL, INC., et al
Defendant

## Summons in a Civil Action

To: *(Defendant's name and address)*
Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., Ste. 100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Sep 02 2009

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9/23/09__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) __Certified Mail__
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __9/29/09__

_Jim S. Hall_
Server's signature

Jim S. Hall, Attorney for Plaintiff
Printed name and title

Causeway Blvd., Ste. 100
Metairie, LA 70001
Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Federal Emergency Management Agency
   Through the Office of the Director
   Craig Fugate, Director
   500 C Street SW
   Washington, DC 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: CRDS RECEIVING  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): _Jonathan A. Ransom_  C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4088 0435

PS Form 3811, February 2004     Domestic Return Receipt