OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date:   September 28, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

PATRICIA GALMON V. JAYCO ENTERPRISES
Case No. 09-6176

Dear Sir:

Please (issue) summons on the (complaint) to the following:

1. FEMA, through Craig Fugate, Director
   500 C. Street SW, Washington, DC 20472
2. U.S. ATTORNEY GENERAL, Eric Holder
   950 Pennsylvania Ave. NW, Washington DC 20530-0002
3. U.S. ATTY FOR MDLA, David Dugas, 777 Florida St., Suite 208
   B.R., LA 70801.

Very truly yours,

*Justin C. Woods*

Justin W. Woods
Gainsburgh, Benjamin, David, Meunier
& Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
504-522-2304
Attorney for Plaintiff