OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: September 28, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

HOWARD ALLEN vs. VANGUARD IND. OF MICHIGAN, INC., ET AL

Case No. 09-6006          Section

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. FEMA, through Craig Fugate, Director
   500 C. Street SW, Washington, DC 20472
2. U.S. ATTORNEY GENERAL, Eric Holder
   950 Pennsylvania Ave. NW, Washington DC 20530-0002
3. U.S. ATTY FOR MDLA, David Dugas, 777 Florida St., Suite 208
   B.R., LA 70801
4. VANGUARD INDUSTRIES OF MICHIGAN, INC., through its agent for service, Scott A. Day, 31450 M-86, West Colon, MI 49040

Very truly yours,

_/s/ Justin W. Woods_
"Signature"

Attorney for Plaintiff

Justin W. Woods
Gainsburgh, Benjamin, David, Meunier
& Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
504-522-2304