IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERNDISTRICT OF LOUISIANA

| | |
|---|---|
| George Basile together with all individuals and entities whose names appear on the attached "Exhibit A"<br><br>versus<br><br>Alliance Homes, Inc. d/b/a Adrian Homes, et al | *  PLAINTIFFS UNMATCHED WITH<br>*  A SPECIFIC MANUFACTURING<br>*  DEFENDANT<br>*<br>*<br>*<br>*<br>*<br>*  DOCKET NO. 09-4762<br>* |

## EX PARTE SECOND MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT

On Motion of plaintiffs, Isabella Farley, and Dale Joiner, individually and on behalf of his minor children, Brittney Joiner and Kelly Joiner, and upon suggesting to the Court:

I.

Plaintiffs were granted an extension of time to amend their Complaint in the above captioned matter until seven days after receipt of FEMA's response to discovery propounded on August 20, 2009, or until September 29, 2009.

II.

Plaintiffs received FEMA's response dated September 22, 2009. However, FEMA failed to provide the requested information for movers herein. Therefore, a third request for the identity of the manufacturer and contractor was sent to FEMA on September 25, 2009. A response to this third request is due on October 24, 2009.

III.

Accordingly, Plaintiffs desire that they be granted an additional extension of time to amend their complaint until seven days after receipt of FEMA's discovery responses.

Respectfully Submitted,

ANDRY LAW FIRM, LLC

JONATHAN B. ANDRY (No. 20081)
610 Baronne Street
New Orleans, LA 70113
Telephone: (504)586-8899
Telefax: (504)586-8911