THE UNITED STATES DISTRICT COURT

FOR THE EASTERNDISTRICT OF LOUISIANA

| | | |
|---|---|---|
| George Basile<br>together with all individuals and entities<br>whose names appear on the attached<br>"Exhibit A" | *<br>*<br>*<br>*<br>* | PLAINTIFFS UNMATCHED WITH<br>A SPECIFIC MANUFACTURING<br>DEFENDANT |
| versus | *<br>* | |
| Alliance Homes, Inc. d/b/a Adrian Homes,<br>et al | *<br>*<br>* | DOCKET NO. 09-4762 |

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the plaintiffs, Isabella Farley, and Dale Joiner, individually and on behalf of his minor children, Brittney Joiner and Kelly Joiner, be and they are hereby granted an additional extension of time to amend their original complaint to specify the identity of the manufacturer and contractor of their units, until seven days after receipt of FEMA's discovery responses regarding same, which are due on October 24, 2009.

New Orleans, Louisiana, this ____ day of September, 2009.

_____

JUDGE