UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case 07-9228

## ORDER

Plaintiffs' counsel has indicated to the Court that he does not oppose this motion.

Accordingly,

**IT IS ORDERED** that **Fluor Enterprises, Inc.'s Motion for Extension of Time (Rec. Doc. 3427)** is **GRANTED**.  Thus, the deadline for Fluor Enterprises, Inc. to file expert reports and responses to written discovery propounded by Plaintiffs is continued until October 2, 2009.

New Orleans, Louisiana, this 29th day of September, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**