MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 24, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                   MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL         SECTION "N"
CASES

JUDGE KURT D. ENGELHARDT PRESIDING

**THURSDAY, SEPTEMBER 24, 2009 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta and Tanya Lee
COURT REPORTER: Jodi Simcox

APPEARANCES: For Plaintiffs: Gerald Meunier, Anthony Buzbee, Mika Watts, and
                               Robert Hilliard
                  For Defendant, Gulf Stream: Andrew Weinstock, Joseph Glass and
                                 Timothy Scandurro
                  For Defendant, Fluor Enterprises: Charles Penot, Richard Sherburne, and
                                 Sonia Mallett

---

**BELLWETHER JURY TRIAL I :(Gulfstream Bellwether Trial)**
**(PLAINTIFF, ALANA ALEXANDER, individually and on behalf of CHRISTOPHER COOPER v. GULF STREAM COACH, INC. AND FLUOR ENTERPRISES. INC.)**
**(REF: 09-2892)** **(held and continued from September 23, 2009)**

All present and ready.
After a conference held with conference on September 23, 2009, Plaintiffs' Rule 50 Motion previously taken under submission is hereby **ORDERED GRANTED** in part and **DENIED** in part.
Jury returned to the courtroom.
Closing arguments made by all counsel.
Out of jury's hearing, defendant, Gulf Stream orally moves for a Mistrial - **ORDERED SUBMITTED.**



Page 2
Trial Minutes
MDL 1873
September 24, 2009

Returned to jury's hearing.
Jury Charged and Instructed by the Court.
Jury retires for deliberations at 11:39 a.m.
Objections to the Charge are entered into the record.
Jury returns from deliberations at 4:07 p.m.
VERDICT: see verdict form attached.
On motion of plaintiffs, jury polled and all answered in the affirmative.
ORDERED that verdict be recorded and made the judgment of this Court.
Jury thanked and excused.
Defendant, Fluor's Rule 50 Motion (Rec. Doc. No. 3572) previously filed is **ORDERED DENIED AS MOOT**.
Defendant, Gulf Stream's Motion of Mistrial previously made is **WITHDRAWN.**
Court adjourns.

JS-10: 4:20