| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIAB. LIT. | VS. | | | DISTRICT COURT Eastern District of Louisiana |
|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | | | DOCKET NUMBER MDL 1873 "N" |
| | | | | TRIAL DATE(S) 9-14-09 |
| PRESIDING JUDGE Kurt D. Engelhardt | COURT REPORTER Cathy Pepper (AM);Jodi Simcox(PM) | | | COURTROOM DEPUTY P.Radosta |

| | DATE OFFERED | MKD | ADM | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| π-Batson challenge Exh1 | 9/14/09 | x | x | 29- Questionnaires |
| Joint Exh. | | | | |
| 1-509 | 9/14/09 | x | x | See list attached |
| 510 | 9/16/09 | x | x | Packing Slips |
| 511 | 9/16/09 | x | x | Purchase Orders |
| | | | | |
| π-Proffer-1 (Exh. A) | 9-16-09 | x | x | Excerpts from videotape depos. Of Jeffrey Zumbrum |
| | | | | |
| 512 | 9/17/09 | x | x | Packing Slip |
| π-Proffer-2 | 9/18/09 | x | x | Slides 18, 19, 20 from Exhibit 300 |
| 513 | 9/22/09 | x | x | Exhibit 5 to Stanley Larson's deposition |
| 514 | 9/22/09 | x | x | Exhibit 4 to Steve Miller's deposition |
| 515 | 9/23/09 | x | x | Adavair Black Box Warning |
| 516 | 9/23/09 | x | x | 1099's for Gerald Blanchard ( redacted) |
| | | | | |
| Δ-Gulfstream Proffer-1 | 9/23/09 | x | x | Oral proffer of portion of depos .testimony of Karin Pacheco |
| π-Proffer-3 | 9/23/09 | x | x | Portion of testimony of Chris DeRosa |
| Δ-Gulfstream Proffer-2 | 9/23/09 | x | x | Oral proffer of portion of testimony of Stanley Larson |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PARTIES' JOINT TRIAL EXHIBIT LIST

| No. | Exhibit Description | Bates Range |
|---|---|---|
| | **RELATED TO PLAINTIFF** | |
| | **Medical Records** | |
| 2. | Janet Barnes, M.D. - medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. | PSC025904–PSC025937 |
| | | |
| | | |
| 6. | Karin A. Pacheco, M.D. of National Jewish Health - medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | ALX-CIOTA-000442 – ALX-CIOTA-000529 |
| 7. | Children's Hospital, New Orleans, Louisiana, Christopher Cooper - medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | PSC025679–PSC025766 |
| 8. | University Hospital, New Orleans, Louisiana - Christopher Cooper - medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | PSC025767–PSC025806 |
| 9. | LSU Hospital , Christopher Cooper- Radiology Films | PSC025807– |

1

| | | PSC025814 |
|---|---|---|
| 10. | Walgreens Pharmacy, Christopher Cooper - Prescription Records | PSC025815–PSC025903 |
| 11. | Walgreens Pharmacy, Alana Alexander - Prescription Records | PSC024084– PSC024102 |
| 12. | All About Kids and Families Medical Center, Jacksonville, FL - Christopher Cooper - medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | PSC024103– PSC024112 |
| 13. | Dr. Honore, Alana Alexander - Dental Records | PSC024113– PSC024119 |
| 14. | KIPP: McDonogh 15 School for Creative Arts, Christopher Cooper - Nurse's Records | PSC024120– PSC024125 |
| 15. | Sabal Palm Health Questionnaire | Sabal Palm Student Health 000001-000004 |
| 16. | Quest Diagnostic, Christopher Cooper - medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | PSC024126– PSC024130 |
| 17. | Kenneth Smith, M.D. of Jefferson Pulmonary Associates (EJGH), Christopher Cooper - medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | ALX-SMITH-000001 - ALX-SMITH-000015 AND ALX-SMITH-000016 - ALX-SMITH-000030 |
| 18. | Floyd Buras, M.D. and Richard LeBoeuf, M.D., Christopher Cooper – Affidavit of No Records | ALX-SMITH-000132 to ALX-SMITH-000134 |
| | **Education/Employement Records** | |
| 19. | Affidavit of Sabal Palm Elementary Records | Sabal Palm School Records 000001-000010 |
| 20. | KIPP: McDonogh 15 School for Creative Arts, Christopher Cooper - Education Records including, all progress reports, report cards, disciplinary records, absentee records, doctors notes, nurses notes, school records, teacher assessments, faculty notes, PTA records, etc. | ALX-CIOTA-0000438 to ALX-CIOTA-000438; ALX-CIOTA-000689 to ALX-CIOTA-000688 |
| 21. | KIPP: McDonogh 15 School for Creative Arts, Alana Alexander - Employment Records including, all information related to her work as a para-educator, teaching intern, para-professional, teacher, instructional coach, | PSC023970– PSC023996 |
| | **Other** | |
| 22. | Altar Server Award from Serra Club of the Metropolitan New Orleans – Christopher Cooper | PSC023969 |
| | **Documents related to Alexander Trailer** | |
| 23. | Gulf Stream Owner's Manual from Alana Alexander's unit (2004 model) | PSC023835– PSC023869 |
| 24. | Alexander/Cooper unit documents with their THU move in | PSC023870– PSC023873 |

| | and out dates | |
|---|---|---|
| 25. | Alexander Unit Inspection Report | PSC023874– PSC023877; FEMA09-000073 |
| 26. | Gulf Stream Coach Invoice #57-21783 dated 12/13/04 billed to Best Buy R.V. FEMA DFO Florida for Cavalier trailer (VIN# 1NL1GTR2551021783) with commitment letter, certificate of origin, sales order logs, driver acceptance form, tower-lender approval checklist, testing record sign-off sheet, L.P. Connection Tag receiver, torque specifications and serial number log, and towable 3rd inspection checklist | GULF0006735-GULF006752 |
| 27. | Disaster File on Alana Alexander | FEMA137-000001-FEMA137-000086 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Correspondence** | |
| 35. | On or about July 9, 2004 - Emails from Manufacturing Defendants' Expert, Michael Zieman, regarding effect of temperature on formaldehyde | PSC025655 – PSC025678 |
| | | |
| | | |
| | | |
| 41. | March 17, 2006 Email from Dan Shea to Stephen Miller regarding Formaldehyde | GULF0004466 |
| 42. | March 21, 2006 Email chain involving Dan Shea , Sidney Melton and Stephen Miller | GULF0004471 |
| 43. | March 21, 2006 Emails between D. Young, James, E. Gentry, Martinet, Lowery & Porter regarding news story of formaldehyde | GULF0004467-GULF0004470 |
| 44. | March 21, 2006 Email from Wayne Stroeh to Michael Miller regarding OSHA testing | FEMA-Waxman-3621-3625 |
| 45. | March 21, 2006 Email from Stephen Miller and Sidney Melton (FEMA) ask Dan Shea to test trailers and Dan says yes | GULF0004472 |
| 46. | May 11, 2006 - Phil Sarvari's Letter to Deidre Lee (FEMA Dir of Ops) regarding Gulf Stream Product Safety | GULF0002336, GULF0002338-GULF0002340; |
| | | |

3

| 48. | May 15, 2006 Email from Sidney Melton to Phil Sarvari asking him to check 4 bar codes, regarding fan | GULF0002522, GULF0004477 |
|---|---|---|
| 50. | May 19, 2006 Email from Richard Rigby and Sidney Melton to Phil Sarvari asking him to check 11 bar codes | GULF0002518-GULF0002519 |
| 51. | May 19, 2006 Letter from Dan Shea to David Porter confirming that Gulf Stream Coach, Inc. will direct all resident calls to FEMA | GULF0004478 |
| 52. | May 12, 2006 Email from Richard Rigby and Sidney Melton to Phil Sarvari with 9 bar codes from trailers in 4 MS counties | GULF0002520-GULF0002521 |
| 53. | May 23, 2006 Email from Scott Pullin to J. Smith regarding daily FEMA calls | GULF0004651 |
|  |  |  |
|  |  |  |
| 57. | June 02, 2007 Letter from James Shea to Deidre Lee addressing recent news coverage | GULF0003180-GULF0003182 |
| 58. | August 03, 2006 Letter from Timothy Scandurro to Rick Preston encouraging FEMA to do a broad cross-section of testing and giving recommendations on how to perform testing | GULF0002342-GULF0002345 |
| 59. | August 16, 2007 Letter from James Shea to Deidre Lee recommending two devices to mitigate formaldehyde | GULF0003176 |
|  |  |  |
|  |  |  |
| 63. | Gulf Stream issues a statement regarding customer complaints | GS(COGR)01489 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| | | |
|---|---|---|
| 98. | April 27, 2007 Statement from Gulf Stream Coach, Inc. regarding products and consultation with a physician | GULF0003204 |
| | | |
| | **Drawings/Diagrams** | |
| 101. | Schematics of Alexander/Cooper THU Model. | GULF0006753 |
| 102. | Travel trailer floor plans | GULF0000753 – GULF0000756, GULF0000757 – GULF0000758 |
| 103. | Gulf Stream Diagram | GULF0000768, GULF0000797, GULF0000802-GULF0000808 |
| 104. | Gulf Stream Coach, Inc.'s Installation Drawing | GULF0003027 – GULF0003031 |
| | | |
| 107. | Gulf Stream Coach Invoice #57-21783 dated 12/13/04 billed to Best Buy R.V. FEMA DFO Florida for Cavalier trailer (VIN# 1NL1GTR2551021783) with commitment letter, certificate of origin, sales order logs, driver acceptance form, tower-lender approval checklist, testing record sign-off sheet, L.P. Connection Tag receiver, torque specifications and serial number log, and towable 3rd inspection checklist | **DUPLICATE TO #26** |
| 108. | Document depicting trailer frame with typewritten notations about steel tabs on main rails to "capture the floor." | GULF 0000765 |

| 110A | Redacted contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-19-2005) | GULF0002166-GULF0002181 |
|---|---|---|
| 111 A | Redacted contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-29-2005) | GULF0002219-GULF0002220 |
| | | |
| | | |
| | | |
| | | |
| 118. | Ad for former Gulf Stream Coach, Inc. employees | GULF0006754 |
| 119. | July 9, 2008  - Testimony of Jim Shea before Congress | PSC025118 – PSC025132 |
| | | |
| | | |
| 123. | Warning Label regarding Formaldehyde | PSC024232 |
| | **Invoices/ Packing Slips/ Picking Lists** | |
| 124. | Purchase Order between Adorn LLC (Dan West) and Friendship Homes of Minnesota (Wayne Sundstedt) for PB and Lauan | GULF0000581 |
| | | |
| | | |
| | | |
| | | |
| | | |
| 132. | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, ESCO Industries to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | GULF0005697 - GULF0005704 |
| | | |
| | | |
| 136. | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Adorn, L.L.C. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | GULF0006069 - GULF0006112 |
| 137. | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Wood Bridge, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | GULF0006113 - GULF0006123 |
| 138. | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, MJB Wood Product Group, Inc. to Gulf Stream Coach Plants/Fairmont Homes | GULF0006124 - GULF0006206 |

| | Plants/JEJ Molding | |
|---|---|---|
| 139. | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Robert Weed Plywood Corporation to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding | GULF0006207 - GULF0006369; GULF0006424 - GULF0006558 |
| 140. | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Genesis Products, Inc. to JEJ Molding/ Fairmont Homes and Fairmont/Gulf Stream Plant #12. | GULF0006370 - GULF0006396; GULF0006559 - GULF0006670 |
| | | |
| | | |
| | i | ( |
| | **FEMA/ U.S. GOVERNMENT** | |
| 144. | CDC Summary and Interim Report: "VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units" – Indoor Environment Department, Lawrence Berkeley National Laboratory, May 8, 2008 | PSC002113 - PSC002166 |
| 145. | U.S. Department of Health and Human Services and CDC Presentation Titled "Formaldehyde Levels in Occupied FEMA-supplied Temporary Housing Units (THUs) in LA and MS, Winter 2007-2008" | PSC002167 - PSC002181 |
| 146. | "CDC Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes" – February 29, 2008 | PSC002182- PSC002202 |
| 147. | CDC Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes" – July 2, 2008 | PSC002203 - PSC002263 |
| 148. | Agency for Toxic Substances and Disease Registry (ATSDR) "Health Consultation, Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, Louisiana, February 1, 2007" | PSC002264 - PSC002277; |
| 149. | ATSDR October 2007 "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October 2007" | PSC002278 - PSC002318 |
| 150. | "Formaldehyde Levels in FEMA-Supplied Trailers - Early Findings from the Centers for Disease Control and Prevention" | PSC003218 - PSC003219; |
| 151. | Indoor Air Quality and Health in FEMA Temporary Housing for Trailer Residents prepared by CDC | PSC021583 – PSC021584 |
| | | |
| | | |
| 155. | FEMA media release: CDC Results of Formaldehyde Level Tests - February 14, 2008 | PSC023760 – PSC023761 |

| 156. | Flyer: CDC Will Test Trailers and Mobile Homes for Formaldehyde for CDC partners such as community organizations in LA and MS, Dec. 2007 | CDC-000084 |
|---|---|---|
| | | |
| 159. | Script for Formaldehyde Concerns in Temporary Housing Unit: IA recipients with questions about formaldehyde July 2007 | FEMA09-000402 FEMA09-000407 |
| 160. | Applicants Reporting MH/TT Formaldehyde Issues: IA recipients with questions about formaldehyde July 2007 | FEMA09-000378 FEMA09-000383 |
| 161. | Lottie Travel Trailer (Receiving) Inspection Checklist | FEMA154-000001 to FEMA154-000011 |
| 162. | "Important Information for Travel Trailer Occupants" FEMA brochure | FEMA08-000013 – FEMA08-000014; GULF0003191-GULF0003192 |
| 163. | FEMA: Important Formaldehyde Information for FEMA Housing Occupants | FEMA08-000015 |
| 165. | August 12, 2004 FEMA Model Travel Trailer Procurement Specs and Floor Plan for CV-DH | GULF0002225-GULF0002229 |
| | | |
| | | |
| | | |
| | | |
| 172. | Martin McNeese email dated 10/11/06 | FEMA 17-000029 |
| 174. | Curtis Melnick email dated 5/11/06 | FEMA-17-022546 |
| | | |
| | | |
| | | |
| | | |
| | | |
| 184. | Memo. for FEMA Temporary Housing Agent Group: Occupants with questions about formaldehyde July 2007 (re: Formaldehyde-Helpline Calls, Referrals and Transfers) | FEMA10-000386 FEMA10-000390 |
| 185. | Letter from Edward A. Broyles to Justin Woods 04/07/09 regarding administrative tort claim of Alana Alexander, 08004644 stating determination of claim | FEMA-000959 |

| 186. | FEMA internal documents regarding formaldehyde | FEMA 17-000026 to 000619<br>FEMA 17-002196 to 002201<br>[Less 103 to 159]<br>[Less 160 to 188]<br>[Less 392 to 406]<br>[Less 407 to 415] |
|---|---|---|
| 187. | Emails regarding Katrina and Rita housing estimate dated 11.01.05 | FL-FCA 024211 to 024212 |
| | | |
| | | |
| | | |
| | | |
| 192. | FRRATS Screen Shots for Alana Alexander and tracking history on trailer from FEMA | FEMA10-002095 to 002119<br>FGC041-000001 to 000003<br>FGC006-000098 to 000105 |
| | **LEARNED TREATISES AND EXPERT CURRICULUM VITAES** | |
| 193. | ASTM Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates in Wood Products Using a Large Chamber (2002) | PSC021571 – PSC021582 |
| | | |
| ] | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 204. | Toxicological Profile on Formaldehyde prepared by ATSDR on July 1999 | |
| | | |
| 206. | Maddalena, Randy; Russell, Marion; Sullivan, Douglas P.; an Apte, Michael G. "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Unites – Final Report" – Ernest Orlando Lawrence Berkeley National Laboratory, November 2008 | PSC025133 – PSC025193 |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| 232. | Hald, M., Agner, T., Blands, J., Ravn, H., and Johansen, JD. "Allergens associated with severe symptoms of hand eczema and a poor prognosis", *Contact Dermatitis* 2009: 61(2):101-108 | PSC026046-PSC026053 |
| 233. | Speit, G., Neuss, S., Schmid, O. "The human lung cell line A549 does not develop adaptive protection against the DNA-damaging action of formaldehyde", *Environ Mol Mutagen* 2009 Aug 20 | PSC026054-PSC026061 |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 264. | ATSDR Minimal Risk Level (MRL) Worksheet | ATSDR0000447-ATSDR0000449 |
| | | |
| | | |
| | | |
| 269. | Formaldehyde, 2-Butoxyethanol and 1-ter-butoxpropan-2-ol. *IARC Monographs of the Evaluation of Carcinogenic Risks to Humans,* Vol. 88, 2006. | ALX-MARSH-000322-000337 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 282. | Assessment of Health Complaints among Pediatric Residents of FEMA-Supplied Trailers and Mobile Homes in Hancock County, Miss (Ex. 17 to Michael Lapinski's Depo. taken on 7/24/09) | |
| 283. | Fact Sheet: Assessment of Health Complaints Among Children Living in FEMA Temporary Housing Units in Hancock County, Mississippi (Ex. 16 to Michael Lapinski's Depo. taken on 7/24/09) | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 300. | Curriculum Vitae of Paul Hewett, Ph.D. | ALX-EXP-17-000001 -      ALX-EXP-EXP-17-000004 |
| 300.1 | Chart – Histogram of the Gulf Stream dataset (all models sampled) | |
| 300.2 | Chart – Histogram of the Gulf Stream "Cavalier" model dataset | |
| 300.3 | Chart – Box-whisker plot for the Gulf Stream dataset, showing the formaldehyde exposures (in PPM) and the year and month the measurements were collected | |
| 300.4 | Chart - Symmetric dot-density plot for the Gulf Stream dataset, showing the formaldehyde exposures (in PPM) and the year and month the measurements were collected | |
| 300.5 | Chart – Box-whisker plot for the Gulf Stream "Cavalier" dataset, showing the formaldehyde exposures (in PPM) and the year and month the measurements were collected | |
| 300.6 | Chart - Symmetric dot-density plot for the Gulf Stream "Cavalier" dataset, showing the formaldehyde exposures (in PPM) and the year and month the measurements were collected | |
| 300.7 | Chart – Symmetric dot-density plot for the Gulf Stream dataset, showing the formaldehyde exposures by data source | |
| 300.8 | Chart - Symmetric dot-density plots for the Gulf Stream data collected by Boston Chemical Data, showing the formaldehyde exposure | |
| 300.9 | Chart - Symmetric dot-density plot for the Gulf Stream data collected by DeVany Industrial Consultants, showing the formaldehyde exposure (in PPM) by year and month | |
| 300.10 | Chart - Symmetric dot-density plot for the Gulf Stream data collected by the Centers for Disease Control (for FEMA), showing the formaldehyde exposure (in PPM) by year and month | |
| 300.11 | Chart – Symmetric dot-density plot for the Gulf Stream data collected by "occupants", showing the formaldehyde | |

| | | |
|---|---|---|
| | exposure (in PPM) by year and month | |
| 300.12 | Chart – Symmetric dot-density plot for the Gulf Stream data collected by the Sierra Club, showing the formaldehyde exposure (in PPM) by year and month | |
| 300.13 | Chart – Symmetric dot-density plot for the Gulf Stream data collected by TES, showing the formaldehyde exposure (in PPM) by year and month | |
| 300.14 | Chart – Symmetric dot-density plot for the Gulf Stream data collected by Texas Parks & Wildlife Department, showing the formaldehyde exposure (in PPM) by year and month | |
| 300.15 | Chart – Symmetric dot-density plot for the Gulf Stream data collected by the W.D. Scott Group, showing the formaldehyde exposure (in PPM) by year and month | |
| 300.16 | Table 1 – Descriptive statistics for the Gulf Stream Coach, Inc. formaldehyde exposure dataset (in PPM)<br>Table 2 - Descriptive statistics for the Gulf Stream Coach, Inc. "Cavalier" model formaldehyde exposure dataset (in PPM) | |
| 300.17 | Table 3 – Compliance statistics for the Gulf Stream Coach, Inc. formaldehyde exposure dataset (in PPM)<br>Table 4 – Compliance statistics for the Gulf Stream Coach, Inc. "Cavalier" model formaldehyde exposure dataset (in PPM) | |
| | | |
| ' | | |
| | | |
| | | |
| 303. | Curriculum Vitae of Marco Kaltofen, P.E. (Civil) | ALX-EXP-25-000001 - ALX-EXP-25-000009 |
| 304. | Curriculum Vitae of Gerald McGwin, Jr., M.S., Ph.D. | ALX-EXP-45-000001-     ALX-EXP-45-000035 |
| 305.1 | Table 1 | ALX-EXP-48-000003 |
| 305.2 | Figure 1 – Odds Ratios of Asthma | |
| 305.3 | Levels of Formaldehyde & Asthma in Children | |
| | | |
| 307. | Curriculum Vitae of James Kornberg, M.D., Sc.D. | ALX-EXP-29-000001 -     ALX-EXP-29-000012 |
| 307.1 | Exhibit 12 of James Kornberg, M.D.'s Deposition | |
| 308. | Curriculum Vitae of Stephen Smulski, Ph.D. | ALX-EXP-70-000001 - ALX-EXP-70-000010 |
| : | | |
| 310. | Handwritten notes of Dr. Smulski referencing conversations | |

| | with Plaintiffs' counsel | |
|---|---|---|
| 310.1 | Handwritten notes of Dr. Smulski referencing conversations with Plaintiffs' counsel (May 11th) | |
| 310.2 | Handwritten notes of Dr. Smulski referencing conversations with Plaintiffs' counsel (May 13th) | |
| 312. | Curriculum Vitae of Alexis Mallet, Jr. | ALX-EXP-41-000001 -   ALX-EXP-41-000008 |
| 314. | Curriculum Vitae of Charles David Moore, P.E., P.L.S. | ALX-EXP-49-000001 -   ALX-EXP-49-000003 |
| 315.1 | Curriculum Vitae of Thomas H. Mayor, Ph.D. | |
| 315.2 | Subset of Kornberg's Report – Estimated Medical Monitoring Chart | |
| 316. | Curriculum Vitae of Ervin Ritter, P.E. | ALX-EXP-57-000001 - ALX-EXP-57-000003 |
| | | |
| | | |
| | | |
| | | |
| 321. | Curriculum Vitae of Janet D. Barnes, M.D. | ALX-EXP-1-000001 - ALX-EXP-1-000002 |
| | | |
| | **Miscellaneous** | |
| 323. | Photographs of Exterior and Interior of Trailer | |
| 323A | Photographs of Alana Alexander's neighborhood and Gulf Stream unit | |
| 323B | Photograph of Alana Alexander's Trailer | PSC026117-27 |
| 323.2 | Photograph | PSC026117-36 |
| 323.3 | Photograph | PSC026117-35 |
| 324. | Photographs taken of Trailer at issue | FL_A.Alexander 000001-83 DLC-A.Alexander 000001-74 PL_A.Alexander 000001-349 |
| 325.00 | List of Formaldehyde wood products | |
| 325.1 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000329 |
| 325.2 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000321 |
| 325.3 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000351 |
| 325.4 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000317 |
| 325.5 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000313 |
| 325.6 | Photograph of Alana Alexander's trailer | Closet – duct tape |

| | | |
|---|---|---|
| 325.7 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000318 |
| 325.8 | Photograph of Alana Alexander's trailer | Closet – door |
| 325.9 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000334 |
| 325.10 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000337 |
| 325.11 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000340 |
| 325.12 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000344 |
| 325.13 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000348 |
| 325.14 | Photograph of Alana Alexander's trailer | Alx-Exp-73-000346 |
| | | |
| 325. | Ditigal Photos 1-114 of trailer | |
| | | |
| | | |
| 325.20 | Ariel photograph of Lottie travel trailer site | |
| 326. | Exhibits 2-4 to deposition of Shirley Alexander and Exhibits 30 to deposition of Alana Alexander | |
| | | |
| | | |
| | **Testing** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 334. | Photographs of Alexander unit taken by WD Scott Group | PSC025203 |
| 335. | Test Results of Unoccupied Units | GS(COGR) 01811 |
| | | |
| 338. | FEMA test results for formaldehyde testing at FEMA THU staging areas during November 2005, December 2005 and January 2006 | PSC003416 - PSC003420 |
| 339. | Testing data on Occupied Trailers from Scott Pullin | GS(COGR)01570-01586 |
| | | |
| | **Other** | |
| | | |

| | | |
|---|---|---|
| | **Newly Added Exhibits** | |
| | **Gulf Stream** | |
| 345. | Dillard University – Records for Alana Alexander | ALX-DILLARD-000001-000013 |
| 346. | Curriculum Vitae of Dr. James Wedner | ALX-WEDNER-000046-000054 |
| 347. | Curriculum Vitae of Damien Serauskas | ALX-SERA-000019-000023 |
| 347.3 | Photograph – Roof Line | |
| 347.4 | Photograph – Bath Vent | |
| 347.5 | Photograph -  A/C Vent | |
| 348. | Curriculum Vitae of Nathan Dorris | ALX-DORRIS-000019-000023 |
| | | |
| | | |
| | | |
| 352. | Curriculum Vitae of Robert James | JAMES-000101-000119 |
| 353. | Curriculum Vitae of Philip Cole | ALX-COLE-000004-000017 |
| 353.1 | List of Cases Phillip Cole has testified in | |
| | **Plaintiff** | |
| 354. | Judgment and Letter of Tutorship of Christopher Cooper | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 366. | April 27, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding final statement for CNN | GULF0006692-GULF0006693 |
| | | |
| 369. | May 14, 2006 Email from Mike Heimowitz to Dan and Jim Shea forwarding response from CNN | GULF0006698 |
| | | |
| | | |
| | | |
| 374. | Adorn invoices issued to Fairmont Homes from 03-18-04 to 04-23-04 (5 pgs) | ALX-INV-00005 |
| 375. | Patrick Industries invoices issued to Gulf Stream from 06-29-04 to 11-30-04 (4 pgs) | ALX-INV-00001 |
| | **OTHER** | |
| 376. | Page 17-18 of Plaintiff Fact Sheets for Christopher Cooper | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 398. | U.S. Department of Homeland Security – FEMA – Travel Trailer Inspections – Field Inspectors | FL-FCA-06913 to FL-FCA-06940 |
| | | |
| 400. | Fluor Quality Assurance Quality Control Plan for FEMA contract | FL-FCA-07140 to FL-FCA-07158 |
| | | |
| 402. | Work Order for Alana Alexander - Air –TMNO | FL-FCA-07175 to FL-FCA-07176 |
| 403. | FEMA IA - Katrina Task Order List | FL-FCA-07177 |
| 404. | Typical Travel Trailer Pier Construction (Diagram) | FL-FCA-07178 |
| 405. | Email string dated October 14, 2005 originating from U.S. Army Corps of Engineers to FEMA - Forwarded on to Fluor group Re:  Contract Clarification/Mod - Blocking details | FL-FCA-07179 |
| 406. | Email string dated September 20, 2005 - Forwarded on to Fluor group Re:  Travel Trailer Blocking Requirement | FL-FCA-07180 to FL-FCA-07185 |
| 407. | Fluor - Technical Direction Log | FL-FCA-07186 to FL-FCA-07247 |
| 408. | Fluor - Requests for Technical Direction | FL-FCA-07248 to FL-FCA-7300 |
| 409. | Fluor - Co-Clarification | FL-FCA-07301 to FL-FCA-07303 |
| 410. | Requests for Technical Direction | FL-FCA-07304 to FL-FCA-07305 |

| 411. | Tool Box Training - Proper Jacking Techniques and such further documents needed to clarify context and use of same. | FL-FCA-07306 |
|---|---|---|
| 412. | Fluor Enterprises, Inc. Installation Package for Alana Alexander – Residential RFO Package Completion Form | FL-FCA-004609 to FL-FCA-004635; FL-FCA-025271 to 025280 FL-FCA-007175 to 007176 |
| | | |
| | | |
| | | |
| 417. | Email original date of August 29, 2006 originating from Monica Jarves to Stephen Miller regarding blocking and strapping | FL-FCA 007772 – FL-FCA 007783 |
| | | |
| | | |
| | | |
| 422. | Email original date of March 20, 2006 from Brian Boyle to No-Bid Contractors regarding Formaldehyde | FL-FCA 011222- FL-FCA 011223 |
| 423. | Powerpoint Presentation for Training n the proper way to haul and install | FL-FDA-025557-FL-FDA-025589 |
| 424. | Haul and Install Training Manual | FL-FDA-025530-FL-FDA-025556 |
| 425. | Fluor's Committing to Health & Safety | FL-FDA-025479-FL-FDA-025527 |
| 426. | Respiratory Protection Document | FL-FDA-025801-FL-FDA-025829 |
| 427. | Suno Formaldehyde Issues | FL-FDA-025853 |
| 428. | Irritant Effects of Formaldehyde Exposure in Mobile Homes | FL-FDA-025906-FL-FDA-025907 |
| 429. | Industrial Hygiene Direct Reading Instrument Survey | FL-FDA-025908-FL-FDA-025909 |
| 430. | Industrial Hygiene Direct Reading Instrument Survey for Sherwood Forest Staging Area | FL-FCA-025283– FL-FCA-025284 |
| 431. | E-mail history of Formaldehyde | FL-FDA-025831-FL-FDA-025834 |
| 432. | Employee Formaldehyde Exposure | FL-FDA-025835 |
| 433. | Primary work Memo of Patrick Logue | FL-FDA-025913 |
| 434. | Memo to file by Patrick Logue dated May 25, 2006 | FL-FDA-025911-FL-FDA-025912 |

| 436. | Project Health Safety Environmental Program | FL-FCA-019518-FL-FCA-019524 |
|------|---------------------------------------------|------------------------------|
| 437. | Travel Trailer Training Syllabus | FL-FCA-019987-FL-FCA-019992 |
| 438. | Site Assessment, Trailer Installation and Quality Control Training | FL-FCA-019969-FL-FCA-019986 |
| | | |
| 440. | Fluor Quality Assurance Quality Control Plan | FL-FCA-020821-FL-FCA-020839 |
| | | |
| | | |
| 444. | Email original date of October 28, 2005 originating from Mark Ashby to Marcus Tikotsky regarding Task Order #16 – ARC Support –Request for POP extension | FL-FCA-025001-FL-FCA-025004 |
| | | |
| | | |
| 447. | Event Notification Log – May 22, 2006 | FL-FCA-024902 |
| 448. | Fluor Government Group –Material Request Form (MRF) | FL-FCA-024898-FL-FCA-024899 |
| 449. | Fluor Hurricane Katrina/Rita Temporary Housing Response Effort – IA-TAC Program Updated February 16, 2006 | FL-FCA-017982-FL-FCA-018003 |
| 450. | Fluor Hurricane Katrina/Rita Temporary Housing Response Effort – IA-TAC Program Updated January 9,2006 | FL-FCA-017933-FL-FCA-017981 |
| | | |
| 453. | Formaldehyde Chemical Backgrounder | FL-FCA-019338-FL-FCA-019342 |
| 454. | Email original date of April 4, 2006 from Adrell Pinkney to Barbara Russell regardingWarning on trailers: Health Concerns | FL-FCA-019330-FL-FCA-019333 |
| 455. | Email dated April 6, 2006 from Patrick Logue to Barbara Russell regarding Warning on trailers: Health concerns | FL-FCA-019329 |
| 456. | Draft Copy - Memo to file – Subject Temporary Housing Residual Formaldehyde Levels; Dated 5/25/06; From Patrick Logue | FL-FCA-019325 |
| | | |
| 459. | Fluor Installation Record | FL-FCA 028700 - FL-FCA 028704 |
| 460. | Email string regarding formaldehyde mitigation | FL-FCA 027761 - FL-FCA 027778 |
| 461. | Email from Bukowski regarding FEMA | FL-FCA 026655 |

| | comment on formaldehyde | |
|---|---|---|
| 462. *(handwritten: 462)* | Fluor Subcontactor Materials related to MLU | FL-FCA 028775 - FL-FCA 028829 |
| 464. | | |
| | | |
| 465. | Emails regarding Cavalier Travel Trailers | FL-FCA 018974 to 018975 |
| 466. | Additional entries re formaldehyde testing conducted by Fluor | FL-FCA 019328 FL-FCA 025281 to 025282 |
| 467. | Drawing attached to Shirley Alexander's Deposition | Depo. Exs. ??? |
| 468. | Inspection reports attached to Angela Baksh's deposition | Depo. Exs. ??? |
| 469. | Emails regarding Fluor's response to formaldehyde after FEMA put Fluor on notice of such issue | FL-FCA 028292 FL-FCA 028188 to 028189 FL-FCA 028213 to 028217 FL-FCA 028229 to 028232 FL-FCA 028294 to 028296 FL-FCA-028176 FL-FCA-028203 to FL-FCA-28204 FL-FCA-028205 to FL-FCA-08207 FL-FCA-028209 to FL-FCA-028212 FL-FCA-028256 to FL-FCA-028257 |
| 470. | Emails regarding COTR's responsibility to IA-TAC contractors | FL-FCA-013026 to 013034 |
| 471. | Additional emails regarding blocking for travel trailers directed by IA-TAC | FL-FCA-016669 to 016671 FL-FCA-016682 to FL-FCA-016684 |
| 472. | Emails related to travel trailer set-up | FL-FCA-016841 to 016843 FL-FCA-016846 to 016848 FL-FCA-016790 to 016792 FL-FCA-016700 to 016702 FL-FCA-016690 to 016695 FL-FCA-009437 to 09441 |
| | | |
| | | |
| 475. | Slide show on Fluor Hurricane Katrina/Rita response effort update 12.19.05 | FL-FCA-017889 to 017932 |
| | | |
| 477. | Email from Kevin McCarthy to Fluor regarding technical direction from Fluor in blocking | FL-FCA-009634 to 009635 |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| 484. | Fluor's Safety Task Assignment, FEMA IA Project—Hurricane Relief. | FL-FCA-025454 to 025459 |
| | | |
| 486. | Contractor/Subcontractor Site Safety Guidelines. | FL-FCA-019486 to 019513 |
| | | |
| | | |
| 490. | Haul and Install Training. | FL-FDA-025530 to 025555 |
| | | |
| 492. | Documents regarding formaldehyde from Patrick Logue, FEI's Health & Safety Director | FL-FCA-026631 to 026633<br>FL-FCA-026634 to 026639<br>FL-FCA-026640 to 026641<br>FL-FCA-026654 to 026657<br>FL-FCA-026662 to 02663<br>FL-FCA-02664 to 026666<br>FL-FCA-027620 to 027626<br>FL-FCA-027761<br> to 027762<br>FL-FCA-028114 to 028148 |
| 493. | Series of emails from and to Marcus Tikotsky regarding blocking of travel trailers in October 2005 | FL-FCA-019621 to 019624 |
| 494. | Email regarding no blocking required in 9-05. | FL-FCA-020347 |
| 495. | Acceptance of Task Order 20. | FL-FCA-019669 to 019670 |
| | | |
| 497. | Safety Materials | FL-FCA-019456 to 019471<br>FL-FCA-019478 to 019484<br>FL-FDA-025695 to 025752<br>FL-FCA-019369 to<br>FL-FCA-019374 |
| | | |
| | | |
| 500. | Fluor monthly reports to the extent relevant to Task Order No. 20/haul and install work. | FL-FCA- (bad numbers; correct numbers to be provided) |
| 501. | The IA-TAC Contract between Fluor Enterprises, Inc. and FEMA | FL-FCA-00001 to 000204 (redacted) |
| 502. | Task Order 20 | FL-FCA-000207 to 000395 (redacted) |
| 503. | Subcontract with MLU | FL-FCA-002869 to 002986 (redacted) |

| 504. | Revision 10 of the Fluor Installation Manual | FL-FCA-005572 to 5648 |
|---|---|---|
|  |  |  |
| 507. | Final Revised Work Plan for Submittal for TO 0020 | FL-FCA-025034 to 025048 |
|  |  |  |
| 510. | Packing Slips (Exhibits to James Brown's deposition) | Gulf004043 to 4045; Gulf0006115 Gulf0000582 Gulf0004251 Gulf0000581 |
| 511. | Purchase Orders | Gulf0000509 Gulf0003145 Gulf0004037 Gulf0004039 Gulf0001072 Gulf0004042 |
| 512. | Packing Slip (Exhibit 1 to Dan Shea's deposition taken in 2009) | Gulf0004044 |
| 513. | Exhibit 5 to Stanley Larson's deposition |  |
| 514. | Exhibit 4 to Steve Miller's Deposition |  |
| 515. | Adavair Black Box Warning |  |
| 516. | 1099's for Gerald Blanchard (Redacted) |  |



**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED
SEP 2 4 2009
LORETTA G. WHYTE
CLERK

IN RE: FEMA TRAILER FORMALDEHYDE                    MDL NO. 1873
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES              SECTION "N"

*BELLWETHER JURY TRIAL I (GULF STREAM BELLWETHER TRIAL)*

## CERTIFICATION OF TRIAL EXHIBITS

    Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial.  Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

    New Orleans, Louisiana, this _24th_ day of _September_ , 2009.

_____                        _____
Counsel for Plaintiffs                             Counsel for Defendants

_____                        _____
                                              FLUOR ENTERPRISES, Inc.

_____                        _____