UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA Trailer

VERSUS

NUMBER: MDL 1873

SECTION: N

**QUESTIONS OF THE JURY DURING DELIBERATION**

QUESTION #1: Can an exhibit setting out RVIA or "Industry Standards" relating to the use of LFE wood products in travel trailers be identified for us. (2004 Standards)

Signature: [signature]   Date 9/24/09   Time 2:12 pm

**ANSWER FROM THE COURT:** (1)

The Court cannot answer an inquiry of this nature. You are to rely on your recollection of the evidence as presented in trial.

*[signature]*

Sept 24, 2009    2:35 pm

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Fema TRAILER

VERSUS

NUMBER: MDL 1873

SECTION:N

## QUESTIONS OF THE JURY DURING DELIBERATION

QUESTION #2: WE UNDERSTAND THE COURT'S LIMITATIONS IN RESPONDING TO OUR FIRST QUESTION, BUT WE WANT TO MAKE SURE THAT THE QUESTION WAS WORDED CLEARLY BEFORE WE MOVE ON.

WE HAVE BEEN THROUGH THE EXHIBITS LOOKING FOR DETAILS ON WHAT IS REFERENCED IN THE FEMA/GULF STREAM CONTRACT REQUIRING THE UNITS MEET "INDUSTRY STANDARDS" IN 2004.

IS THERE AN EXHIBIT NUMBER THAT CAN GUIDE US TO SUCH AN EXHIBIT?

Signature [signed]   Date 9/24/09   Time 3:00 pm

ANSWER FROM THE COURT: (2)

While the Court cannot identify, select or highlight a particular exhibit to look at, you are instructed that you have in the jury room all exhibits introduced into evidence at this trial. These exhibits are to be considered, together with your recollection of the testimony, in answering the question posed.