

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
    PRODUCTS LIABILITY LITIGATION        MDL NO. 1873

SECTION "N" (4)

ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to Li'l Dizzy's Cafe the sum of $ 78.92, for meals for the jury in this matter on September 24, 2009

New Orleans, Louisiana, this 25th day of September, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

```
            LI'L
          DIZZY'S
           CAFE
        AT THE WHITNEY
DATE 09/24/2009 THU    TIME 12:49
CHECK#                         83
TABLE 1                         1
  1 CATERING             $78.92
---------------------------------
    TOTAL                $78.92
    CREDIT CARD          $78.92
      * ORDER# 0119 *
EMPLOYEE14   NO.117344   REG 01
       610 POYDRAS STREET
         504-212-5656
    A BAQUET FAMILY RESTAURANT
```