## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER       FORMALDEHYDE PRODUCTS       LIABILITY LITIGATION | MDL NO. 1873  SECTION "N" (5) |
| This applies to:  Bell v. Keystone, Suit No. 09-2967 | JUDGE ENGELHARDT  MAGISTRATE CHASEZ |

### KEYSTONE'S *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO SHORTEN DISCOVERY DEADLINE

Defendant Keystone RV Company ("Keystone") moves for expedited consideration of its Motion to Shorten Discovery Deadline.  *See* Rec. Doc. No. 4050. For the reasons set forth in Keystone's supporting memorandum and its memorandum supporting its Motion to Shorten Discovery Deadline (Rec. Doc. No. 4050-1), Keystone requests that the Court grant expedited consideration of this matter.  Keystone has submitted a proposed order in connection with this Motion.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

{B0612678.1}

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Keystone RV Company***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 29th day of September, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0612678.1}