UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873  SECTION "N" (5) |
| This applies to: Bell v. Keystone, Suit No. 09-2967 ) ) | JUDGE ENGELHARDT  MAGISTRATE CHASEZ |

**KEYSTONE RV COMPANY'S MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO SHORTEN DISCOVERY DEADLINE**

Defendant Keystone RV Company ("Keystone") has filed a motion for expedited consideration of its Motion to Shorten Discovery Deadline. The underlying motion seeks an order shortening Raymond Bell, III's deadline to respond to Keystone's pending written discovery requests from October 28, 2009 to October 15, 2009. Keystone adopts the reasons set forth in its previously-filed memorandum (Rec. Doc. No. 4050-1) in support its request for expedited consideration.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard

{B0612681.1}

>Baton Rouge, LA  70809
>Telephone: (225) 248-2080
>Facsimile:  (225) 248-3080
>
>    -and-
>
>Madeleine Fischer (La. Bar No. 5575)
>Nan Roberts Eitel (La. Bar No. 19910)
>Jones, Walker, Waechter, Poitevent,
>Carrère & Denègre, L.L.P.
>201 St. Charles Avenue, 49th floor
>New Orleans, LA   70170
>Telephone:  (504) 582-8000
>Facsimile:  (504) 589-8208
>
>***Counsel for Keystone RV Company***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of September, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

                        *s/Ryan E. Johnson*
                       _____
                        Ryan E. Johnson