UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES
*Diana Bell, et al versus Keystone RV Company, et al*
**Docket No. 09-2967**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT OF MOTION TO
SUBSTITUTE BELLWETHER PLAINTIFF
OR IN THE ALTERNATIVE TO CONTINUE TRIAL

**MAY IT PLEASE THE COURT:**

Raymond Bell, III respectfully requests that Valena Byrd be allowed to serve as bellwether plaintiff in the trial currently scheduled to begin on January 11, 2010, in his place, for the following reasons:

On April 6, 2009, nearly five months ago, this Honorable Court entered Pre Trial Order No. 34 (DOC. 1299) selecting the bellwether plaintiffs for four trials to proceed against manufacturing defendants, installation contractors and the United States / FEMA. In regards to the trial involving emergency housing units (ehu's) manufactured by Keystone RV Company (Keystone), the Plaintiffs Steering Committee nominated Valena Byrd as a suitable bellwether plaintiff candidate. Keystone nominated Diana Bell and her son Raymond Bell, III as suitable bellwether plaintiff candidates. At that time, the Court chose Diana Bell to be the representative bellwether plaintiff for a trial involving an ehu manufactured by Keystone RV Company. For reasons well familiar to this Court and to the

parties, Ms. Bell recently voluntarily dismissed her claims against all defendants.

With only approximately 3 ½ months to prepare for a trial involving an ehu manufactured by Keystone, this Court instructed the parties to suggest another potential bellwether plaintiff candidate to the Court suitable to commence a trial scheduled for January 11, 2010. The PSC returned to its original suggestion of Valena Byrd as a suitable candidate and Keystone suggested Raymond Bell, III as its suggestion. The Court chose Raymond Bell, III as the appropriate bellwether plaintiff.

After notifying Mr. Bell that the Court instructed that he serve as bellwether plaintiff for the trial scheduled to begin on January 11, 2010, undersigned counsel was informed by Mr. Bell of certain limitations that would prove difficult to resolve in order for him to participate in a trial on such short notice. Among the conflicting limitations primarily involve his current work schedule. Mr. Bell will be unable to take the amount of leave necessary (two weeks) to participate in a trial so soon. Mr. Bell has not attained the tenure necessary that would afford him the ability to schedule a two week absence on such short notice. He could, however, plan accordingly for such an absence later in the year.

Additionally, Mr. Bell is the main source of support for his two-year old daughter. In order for Mr. Bell to participate in a two-week trial, he will have to forego income for at least one week. Considering that he is the primary source of income for his daughter, such an interruption will have negative implications on his ability to meet his familial responsibilities.

Further, Mr. Bell is currently a student at Delgado Community College. His course of study is primarily Information Technology. Courses for the Spring 2010 semester begin on January 18, 2010 at the beginning of the second week of the scheduled trial. While Mr. Bell recognizes that certain sacrifices are necessary of him in order to pursue his claim, he should not be required to

disrupt his studies on such short notice. He will be in the unfair position to either decide to proceed with trial on January 11, 2010 or to proceed with his education.

Members of the PSC have had extensive conversations with plaintiff, Valena Byrd. The process involved in pursuing her claim was explained to her in great detail. Ms. Byrd does not have the limitations facing her that Mr. Bell does that preclude him from participating in a trial and its preparation. Ms. Byrd was one of the originally suggested bellwether candidates. In fact, months ago when Ms. Byrd was suggested by the PSC there appeared to be only one concern and that being the fact that Ms. Byrd worked for one of the partners of the firm representing Keystone (Jones Walker). The PSC has discussed this issue in depth with Ms. Byrd and she does not believe that her part-time employment with the Jones Walker partner will pose a problem for her nor her employer if she were to be selected as the bellwether plaintiff.

The defendants may argue that significant time has already been expended on preparation of taking the Bell ehu occupants to trial. However, to date, there has not been any testing conducted on the unit in preparation for trial. There have been no depositions scheduled and/or taken in relation to the Bell ehu. There have been no expert reports issued in relation to the Bell ehu. The parties are in the same position to prepare for trial with the Byrd ehu as they are with the Bell ehu.

For the foregoing reasons, Raymond Bell, III respectfully requests that this Honorable Court substitute Valena Byrd as the appropriate bellwether plaintiff in the trial scheduled to begin on January 11, 2010 involving an ehu manufactured by Keystone, or, in the alternative, continue the trial of Mr. Bell's case to a later date in the year that will afford him the opportunity and time to plan to meet his familial and professional obligations.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    s/ Justin I. Woods
       GERALD E. MEUNIER, #9471
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com
       jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       ROBERT M. BECNEL, #14072
       RAUL BENCOMO, #2932
       FRANK D'AMICO, JR., #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       DENNIS REICH, Texas #16739600
       MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                          s/Justin I. Woods
                          JUSTIN I. WOODS, # 24713