UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                            SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 45

     **IT IS ORDERED** that:

(1)    On **Friday, October 23, 2009 at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA.

(**2**)    A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, October 23, 2009 at 10:00 a.m.**

     New Orleans, Louisiana, this 29th day of September, 2009.

                                                         _____
                                                         **KURT D. ENGELHARDT**
                                                         **UNITED STATES DISTRICT JUDGE**