# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION  N (5) |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE ENGELHARDT |
| *Antoine v. Fleetwood Canada, Ltd. et al.,* | * | |
| *Case No. 2:09-cv-3916* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FIRST  AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs who respectfully amend their Original Complaint in the following respects:

1.

Named Plaintiffs seek to correct an inadvertent error by changing the caption to read "EASTERN DISTRICT OF LOUISIANA" rather than "WESTERN DISTRICT OF LOUISIANA."

2.

In Paragraph 9 of the Complaint, Named Plaintiffs seek to change the reference to "WESTERN District of Louisiana" to "EASTERN District of Louisiana."

3.

Even though the Original Complaint made incorrect references to Western District as referenced above, the venue is proper in the Eastern District, and the complaint was properly filed in the Eastern District.

4.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

5.

WHEREFORE, Plaintiffs respectfully amend the Original Complaint in the forgoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:      _/s/ Lawrence J. Centola, Jr._

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Paul Y. Lee, CA Bar #118981
Hurricane Legal Center
602 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com
lee@kaplanleeoc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

*/s/ Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.