# UNITED STATES DISTRICT COURT
для
Eastern District of Louisiana

# RETURN

|  |  |  |
|---|---|---|
| Gloria Jackson | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-4522, Sect. N, Mag. 5 |
| Frontier RV, Inc., et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jim S. Hall, Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., #100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Aug 25 2009

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◆ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **9/23/09**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **Certified mail.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **9/29/09**

Server's signature: *Jim S. Hall*

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., #100
Metairie, LA 70001
Server's address

---

**SENDER: COMPLETE THIS SECTION**
Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
FEMA
Craig Fugate, Director
500 C Street SW
Washington, DC
20472

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X  CRDS RECEIVING  ☐ Agent / ☐ Addressee
B. Received by (Printed Name): *Jonathan Ransom*
C. Date of Delivery: 2009
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 2008 2810 0002 4088 3573