KO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Louisiana

# RETURN

| | |
|---|---|
| Lee Vaughn Johnson | ) |
| Plaintiff | ) |
| v. | ) |
| Pilgrim International, Inc., et al | ) |
| Defendant | ) |

Civil Action No.   09-4872, Sect. N, Mag. 5

### Summons in a Civil Action

To: *(Defendant's name and address)*
   Federal Emergency Management Agency (FEMA)
   Through the Office of the Director
   Craig Fugate, Director
   500 C Street SW
   Washington, DC 20472

A lawsuit has been filed against you.

   Within  60  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Jim S. Hall, Jim S. Hall & Associates, LLC
   800 N. Causeway Blvd., #100
   Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Loretta G. Whyte

**Sep 02 2009**

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____9\23\09_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____Certified mail_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____.

Date: _____9-29-09_____

_____Jim S. Hall_____
Server's signature

_____Jim S. Hall, Attorney for Plaintiff_____
Printed name and title

800 N. Causeway Blvd., #100
Metairie, LA 70001

Server's address

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Federal Emergency Management
(FEMA)
Craig Fugate, Director
500 C Street SW
Washington, DC
20472

COMPLETE THIS SECTION ON DELIVERY

CRDS RECEIVING

A. Signature
X _____  ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
SEP 2 3 2009

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

_____Jonathan Ransom_____

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
7008 2810 0002 4088 3658