AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

# RETURN



| | |
|---|---|
| Lee Vaughn Johnson | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-4872, Sect. N, Mag. 5 |
| Pilgrim International, Inc., et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
   The United States of America, Department of Justice
   Through the United States Attorney General
   Honorable Eric Holder
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

A lawsuit has been filed against you.

   Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Jim S. Hall, Jim S. Hall & Associates, LLC
   800 N. Causeway Blvd., #100
   Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

**Sep 02 2009**

Date: _____                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___9\23\09___,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) ___Certified mail._____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: ___9\29\09___

Server's signature

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., #100
Metairie, LA 70001

Server's address

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

Dept. of Justice
US Attorney General
Honorable Eric Holder
950 Pennsylvania Ave NW
Washington, DC
20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
7008 2810 0002 4088 3634