IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products** | * | **MDL No. 1873** |
| **Liability Litigation** | * | |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| **This Document Relates To:** | * | |
| *Curtis Coleman, Sr., et al. v.* | * | **Magistrate Chasez** |
| *American International Specialty Lines* | * | |
| *Insurance Co., et al.* | * | **Jury Demand** |
| *Civil Action No.  09-3851* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' MOTION TO CONTINUE AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(b)(6), OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. PROC. 12(e)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who represent to this Honorable Court that, for the reasons outlined in the attached Memorandum in Support of Plaintiffs' Motion to Continue, the parties have agreed to indefinitely continue the Hearing on American International Specialty Lines Insurance Company's Motion to Dismiss or, in the lternative, Motion for More Definite Statement set for hearing on October 7, 2009 at 9:30 A.M., in the above numbered and entitled cause of action.

Respectfully submitted,

  /s/ Hugh P. Lambert

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of September, 2009.

  /s/ Hugh P. Lambert
Hugh P. Lambert, Esq. (#7933)