# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products Liability Litigation** | * * * * * | **MDL No. 1873** |
| | | **Section N(5)** |
| | | **Judge Engelhardt** |
| **This Document Relates To:** *Curtis Coleman, Sr., et al. v. American International Specialty Lines Insurance Co., et al.* *Civil Action No.  09-3851* | * * * * | **Magistrate Chasez** |
| | | **Jury Demand** |

*********************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO CONTINUE AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(b)(6), OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. PROC. 12(e)**

**MAY IT PLEASE THE COURT:**

Plaintiffs' request that this Honorable Court indefinitely continue the Hearing on American International Specialty Lines Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6), or, in the Alternative, Motion for More Definite Statement Pursuant to Red. R. Civ. Pro. 12(e) set for October 7, 2009 at 9:30 A.M.

Plaintiffs' Counsel has conferred with Counsel for Defendant American International Specialty Lines Insurance Co. (AISLIC) who have agreed to withdraw their Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6), or in the Alternative, Motion for More Definite Statement Pursuant to Fed. R. Civ. Proc. 12(e).  Plaintiffs have to the best of their ability provided AISLIC with all the information currently in their possession to further identify the insurance policies which Plaintiffs believe were issued to Fleetwood Enterprises, Inc. and certain of its subsidiaries and which coverage involves the risks and damages asserted in Plaintiffs' underlying complaints for damages.

Considering the above and foregoing, the parties respectfully request that this Honorable Court indefinitely continue the hearing on the above referenced matter, currently set for October 7, 2009 at 9:30 A.M.

                         Respectfully submitted,

                          /s/ Hugh P. Lambert

                        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                        LINDA J. NELSON, ESQ. (LA Bar #9938)
                        LAMBERT & NELSON, PLC
                        701 Magazine Street
                        New Orleans, LA 70130
                        Telephone: (504)581-1750
                        Facsimile: (504)529-2931
                        hlambert@lambertandnelson.com
                        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of September, 2009.

                                     /s/ Hugh P. Lambert
                                     Hugh P. Lambert, Esq. (#7933)