IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products Liability Litigation** | * * * * * | MDL No. 1873<br><br>Section N(5)<br><br>Judge Engelhardt |
| **This Document Relates To:** | * | |
| *Curtis Coleman, Sr., et al. v.* | * | Magistrate Chasez |
| *American International Specialty Lines Insurance Co., et al.* | * * | Jury Demand |
| *Civil Action No.  09-3851* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that the Plaintiffs' Motion to Continue American International Specialty Lines Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ Proc. 12(b)(6), or, in the Alternative, Motion for More Definite Statement Pursuant to Fed. R. Civ. Proc. 12(e) be and the same is hereby granted and that the hearing on this matter will be indefinitely continued or is continued to the _____ day of _____, 2009 at _____ ___.m. before this Honorable Court.

New Orleans, Louisiana this _____ day of _____, 2009.


_____
**HONORABLE JUDGE ENGELHARDT**