◎ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

_____EASTERN_____ District of _____LOUISIANA_____

| | | |
|---|---|---|
| KAY PERERA | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   09-6282 "N"(5) |
| STEWART PARK HOMES, INC. AND | ) | |
| FLUOR ENTERPRISES, INC. | ) | |
| Defendant | ) | |

RETURN

## Summons in a Civil Action

To: STEWART PARK HOMES, LLC
Through its Agent for Service of Process:
CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: __SEP 2 1 2009__          _C. Bourgeois_
                              Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

---

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Steward Park Homes LLC** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **Certified Mail, Art # 7007 1490 0000 5218 3162 on CT Corporation System, mailed on 9-21-09, received by CT Corporation System on 9/25/09**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **9-30-09**

Server's signature

**Jonathan B. Andry, Attorney for Plaintiff**
Printed name and title

**610 Baronne Street, New Orleans, LA 70113**
Server's address