AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

| | |
|---|---|
| KAY PERERA | ) |
| Plaintiff | ) |
| v. | )  Civil Action No.  09-6282 "N"(5) |
| STEWART PARK HOMES, INC. AND | ) |
| FLUOR ENTERPRISES, INC. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: STEWART PARK HOMES, LLC
Through its Managing Agent:
1207 Sunset Drive
Thomasville, GA 31792

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: SEP 2 1 2009

C. Bomsea
Deputy clerk's signature

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Stewart Park Homes, LLC** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **Certified Mail Art.# 7007 1490 0000 5218 3155 dated 9/21/09 Received on 9/24/09 by Antoinette L. Maeux, for Managing Agent at 1207 Sunset Dr., Thomasville, GA 31792**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **9-30-09**

Server's signature

**Jonathan B. Andry, Attorney for Plaintiff**
Printed name and title

**610 Baronne Street, New Orleans, LA 70113**
Server's address