OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

                Date:   September 29, 2009

                In re: FEMA Trailer Litigation
                No. 07-1873, as relates to

                MARY NAPOLEON
                          vs.
                FOREST RIVER, INC., ET AL

                Case No. 09-6001

Dear Sir:

    Please **(issue)** summons on the **(complaint)** to the following:

1. Forest River, Inc., through its agent
   J. Richard Ransel, 228 W. High Street, Elkhart, IN 46516
   500 C. Street SW, Washington, DC 20472

                Very truly yours,

                */s/ Justin I. Woods*
                JUSTIN I. WOODS
                GAINSBURGH, BENJAMIN, DAVID, MEUNIER
                & WARSHAUER, L.L.C.
                2800 Energy Centre, 1100 Poydras St.
                New Orleans, LA 70163-2800
                (504) 522-2304

                Attorney for Plaintiff