OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date:   September 29, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

**PAMELA FARRIA, ET AL**
                    **vs.**
**AMERICAN INT. GROUP, INC., ET AL**

**Case No. 09-6004**

Dear Sir:

Please **issue** summons on the **complaint** to the following:

1.   FEMA, through Craig Fugate, Director, 500 C Street SW, Washington DC 20472

2.   United States of America Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW, Washington DC 20530-0001

3.   United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St.,Suite B1210, New Orleans, LA 70130

4.   Gulf Stream Coach, through its agent Kenneth C. Brinker, 503 South Oakland Ave., Nappanee, IN 46550.

Very truly yours,

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff