OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

        Date: September 29, 2009

        In re: FEMA Trailer Litigation
        No. 07-1873, as relates to

        MICHAEL PARKER
            vs.
        AMERICAN INT. GROUP, INC., ET AL

        Case No. 09-5996

Dear Sir:

  Please **issue** summons on the **complaint** to the following:

  1. FEMA, through Craig Fugate, Director, 500 C Street SW, Washington DC 20472

  2. USA, through Eric Holder, U.S. Attorney General, 950 Pennsylvania Ave. NW, Washington DC 20530-0001

  3. USA through James Letten, U.S. Attorney, Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130

  4. Gulf Stream Coach, Inc. through its agent for service, Kenneth C. Brinker, 503 South Oakland, Nappanee, IN 46550.

        Very truly yours,

        _/s/ Justin I. Woods_
        JUSTIN I. WOODS
        GAINSBURGH, BENJAMIN, DAVID,
        MEUNIER & WARSHAUER, L.L.C.
        2800 Energy Centre, 1100 Poydras St.
        New Orleans, LA 70163-2800
        (504) 522-2304
        Attorney for Plaintiff