UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Case No. 09-2967

## **ORDER**

**IT IS ORDERED** that the following motion will be heard on an expedited basis: Motion to Substitute Bellwether Plaintiff or in the Alternative to Continue Trial (Rec. Doc. 4164).  Any opposition to this motion shall be filed by **Wednesday, September 30, 2009, at 5:00 p.m.**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 30th day of September, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**