UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED:**
*Bell, et al v. Keystone RV Company, et al*
*No. 09-2967*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD

    **IT IS HEREBY ORDERED** that the PSC's Motion Requesting a Summary Jury Trial for One or More Scheduled Bellwether Cases in the above-captioned matter is hereby set for hearing on the 21st day of October, 2009, at 9:30 o'clock a.m.

    New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2009.

                                                _____
                                                KURT D. ENGELHARDT
                                                UNITED STATES DISTRICT JUDGE