UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES
*Bell, et al v. Keystone RV Company, et al*
09-2967

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

_____Considering the above and foregoing Motion for Expedited Hearing on PSC's Motion Requesting a Summary Judgment Trial for One or More Scheduled Bellwether Cases.

IT IS HEREBY ORDERED that said motion is granted and PSC's Motion Requesting a Summary Jury Trial for One or More Scheduled Bellwether Cases be and is hereby set for hearing on the ___ day of _____, 2009, at ___ a.m./p.m.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE