UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**DERRICK RATTLER**

**VERSUS**

**THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING AND CH2M HILL CONSTRUCTORS, INC.**

**CIVIL ACTION NO. 09-6256**

**SECTION N, MAGISTRATE 5**

**CONCURRENCE IN REMOVAL**

Defendant, Thor California, Inc., hereby concurs in the removal of this action.

Thor California further suggests to the Court that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending in the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

{B0610245.1}

                -and-

    Madeleine Fischer (La. Bar No. 5575)
    Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
    201 St. Charles Avenue, 49th floor
    New Orleans, LA   70170
    Telephone:  (504) 582-8000
    Facsimile:  (504) 589-8208

***Counsel for Thor California, Inc.***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of September, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that a copy of this document was sent to plaintiffs' counsel by U.S. Mail.

        *s/Ryan E. Johnson*
        _____
          Ryan E. Johnson