AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Patricia Brooks | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.   09-4589, Sec. N, Mag. 5 |
| Monaco Coach Corporation, et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   Fluor Enterprises, Inc.
   Through its Agent for Service of Process
   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, Louisiana 70802-6129

A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Jim S. Hall, Jim S. Hall & Associates, LLC
   800 N. Causeway Blvd., #100
   Metairie, LA 70001


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Aug 26 2009

Date: _____

Name of clerk of court

_____
Deputy clerk's signature


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

☙ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9-21-09__,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __Certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __9-30-09__                           __Jim J. Hall__
                                              Server's signature

Printed name and title

Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Fluor Enterprises
C/o Corporation Service Co
320 Somerulos St.
Baton Rouge, LA 70802

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X __JJ__    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Scott Thistlethwaite
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

ucp 21

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7008 2810 0002 4087 8982

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540