In Re: Fema Trailer formaldehyde Products Liability Litigation

H. James Wedner
7/13/2009

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  FEMA TRAILER
 5    FORMALDEHYDE PRODUCTS
 6    LIABILITY LITIGATION,
 7
 8              Plaintiff,
 9                                    MDL No. 1873
10                                    SECTION "N" (5)
11                                    JUDGE ENGELHARDT
12                                    MAGISTRATE CHASEZ
13
14    THIS DOCUMENT IS RELATED TO
15    CHARLIE AGE, et al V. GULFSTREAM
16    COACH, INC., et al, DOCKET NO.
17    09-2892; ALANA ALEXANDER,
18    Individually and on behalf of
19    CHRISTOPHER COOPER
20
21
22              Videotaped Deposition of H. JAMES WEDNER,
23    M.D., produced, sworn and examined on July 13, 2009,
24    between the hours of eight o'clock in the forenoon
25    and six o'clock in the afternoon of that day, at the
```

In Re: Fema Trailer formaldehyde Products Liability Litigation                                    H. James Wedner
                                                                                                    7/13/2009

Page 3

```
 1    offices of St. Louis Children's Hospital, 4590
 2    Children's Place, Northwest Tower in St. Louis, State
 3    of Missouri, before TOD MINNIGERODE, Certified Court
 4    Reporter No. 542 within and for the State of
 5    Missouri, in a certain cause now pending in the
 6    United States District Court, Eastern District of
 7    Louisiana.
 8
 9
10                    A P P E A R A N C E S
11    FOR THE PLAINTIFFS:
12           Dennis C. Reich
13           Reich & Binstock
14           4265 San Felipe, Ste. 1000
15           Houston, TX 77027
16           713 622-7271
17           dreich@reichandbinstock.com
18
19    FOR THE DEFENDANT UNITED STATES:
20           Jonathan Waldron
21           U.S. Department of Justice
22           Civil Division
23           1331 Pennsylvania Ave. NW
24           Rm. 8220 N
25           Washington, D.C. 20004
```

```
 1   FOR THE DEFENDANT GULFSTREAM COACH, INC.:
 2           Joseph G. Glass
 3           Duplass, Zwain, Bourgeois, Morton, Pfister
 4   & Weinstock
 5           Three Lakeway Center, 29th Fl.
 6           3838 N. Causeway Blvd.
 7           Metairie, LA 70002
 8           504 832-3700
 9           jglass@duplass.com
10
11   FOR THE DEFENDANT FLEETWOOD:
12           Richard K. Hines, V
13           Nelson Mullins
14           Atlantic Station
15           201 17th St. NW/ Ste. 1700
16           Atlanta, GA 30363
17           404 322-6154
18           Richard.Hines@nelsonmullins.com
19
20   Counsel Appearing Via Telephone Conference Call:
21
22   FOR THE DEFENDANT FLUOR ENTERPRISES, INC.:
23           Lezly Petrovich
24           Middleberg, Riddle & Gianna
25           201 St. Charles Ave., Ste. 3100
```

1   and so here is -- and his previous pulmonary
2   function testing that I had available were also
3   consistent with asthma and he had an
4   allergic-looking exam and he had a bit of
5   prolongation of his expiratory phase when I listened
6   to his chest.  All of this is consistent with
7   bronchial asthma.
8       Q   Where did you examine Christopher Cooper?
9       A   I was at the clinic in Metairie, Jefferson
10  Pulmonary Associates.
11      Q   Did you do the examination yourself or were
12  you simply an observer?
13      A   No, no, I did it all by myself.
14      Q   Now are you a physician that is licensed in
15  Louisiana?
16      A   No.
17      Q   Did you get a special dispensation to do
18  the examination?
19      A   No.
20      Q   Where are you licensed to practice
21  medicine?
22      A   Missouri.
23      Q   Only Missouri?
24      A   Correct.
25      Q   Did you reach a conclusion that Christopher

In Re: Fema Trailer formaldehyde Products Liability Litigation                                 H. James Wedner
                                                                                                    7/13/2009

Page 99

```
 1    Cooper's asthma was not exacerbated by formaldehyde?
 2       A    Yes.
 3       Q    How did you reach that conclusion?
 4       A    Basically based on his history, I mean,
 5    what he told me was that he hadn't really had to use
 6    his albuterol more than once or twice a week when he
 7    was in the trailer, when he was at his worst time,
 8    which is in the fall, his place that he would go to
 9    get away from his allergies was inside, not outside
10    and the only time that he was actually
11    pre-medicating was when he played football.
12       Q    Did he have any asthmatic attacks during
13    the time he was in the trailer?
14       A    He had one attack in December of 2007.
15       Q    Did it require hospitalization?
16       A    He was in the emergency room.
17       Q    Prior to May of 2006 which I believe was
18    Christopher Cooper's move-in date to the FEMA
19    trailer, when was the last time he had either been
20    to an emergency room or had been hospitalized
21    because of an asthmatic attack?
22       A    When he was a child, a young child.
23       Q    And do you recall approximately the date
24    that Christopher Cooper was taken to an emergency
25    room because of an asthmatic attack when he was
```

Deposition of

H. JAMES WEDNER, M.D.