# UNITED STATES DISTRICT COURT
for the
EASTERN District of LOUISIANA

**RETURN**

| | |
|---|---|
| GENEVA THOMAS, ET AL <br> Plaintiff <br> v. <br> GULFSTREAM COACH INC, ET AL <br> Defendant | ) ) ) ) ) ) ) <br> Civil Action No.   09-4631 <br> SECT N. MAG 5 |

## Summons in a Civil Action

To: *(Defendant's name and address)*
FLUOR ENTERPRISES, INC. THROUGH ITS AGENT FOR
SERVICE OF PROCESS CORPORATION SERVICE
COMPANY 320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
JIM S. HALL & ASSOCIATES
800 NORTH CAUSEWAY BLVD. #100

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.    Loretta G. Whyte

Sep 02 2009

*(signature)*
Name of clerk of court

Date: _____    _____
Deputy clerk's signature

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9-21-09__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) __Certified Mail__
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __9-30-09__

                                        Jim J. Hall
                                        Server's signature

                                  JIM S. HALL, ATTORNEY FOR PLAINTIFF
                                  Printed name and title

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fluor Enterprises
c/o Corporation Service Co.
320 Somerulos St.
Baton Rouge, LA
70802-6129

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Christa Myrick_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   9-21-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4088 3108

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

H CAUSEWAY BLVD. #100
ETAIRIE, LA 70001

Server's address