# UNITED STATES DISTRICT COURT
для the

Eastern District of Louisiana

**RETURN**

| Charles Moliere | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No.  09-4540, Sect. N, Mag. 5 |
| Recreation By Design, LLC, et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
   United States of America
   Through the Office of the U.S. Attorney for the
   Eastern District of Louisiana
   Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

A lawsuit has been filed against you.

   Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Jim S. Hall, Jim S. Hall & Associates, LLC
   800 N. Causeway Blvd., #100
   Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                           Loretta G. Whyte

Sep 08 2009                                      _____
Date: _____                          Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9-18-09__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) __Certified Mail__.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __9-30-09__　　　　　　　　　　　　　__Jim D. Hall__
　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　　　Server's address

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States US Atty
Jim Letten
Hale Boggs Fed Bldg.
500 Poydras St, Ste B-210
New Orleans, LA
70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name) _____  C. Date of Delivery SEP
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type
  ☑ Certified Mail  ☐ Express Mail
  ☐ Registered  ☑ Return Receipt for Merchandise
  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4088 2064

PS Form 3811, February 2004  Domestic Return Receipt