UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873

SECTION N (5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*All Cases Filed By Hurricane Legal Center, LLC*

## PLAINTIFFS' MOTION FOR ORDER COMPELLING UNITED STATES TO RE-CONDUCT TRAILER MATCHING PROCESS AND TO ALLOW PLAINTIFFS LEAVE TO AMEND THE COMPLAINTS OR, IN THE ALTERNATIVE, FASHIONING SUCH OTHER RELIEF AS THE COURT DEEMS APPROPRIATE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs herein, and move that this Honorable Court order defendant United States/FEMA to re-conduct the trailer matching process and, if necessary, to allow plaintiffs leave to amend the complaints to name the correct trailer manufacturer(s) and/or contractor(s). As more fully set forth in the attached memorandum and declaration of Paul Lee, counsel for plaintiffs has discovered that United States/FEMA's matching process has apparently produced significant rate of errors in matching plaintiffs with the trailer manufacturers and/or contractors. Inasmuch as the matching process that has been adopted in this matter constitutes a foundation upon which an efficient handling and management of this MDL litigation depends, and inasmuch as United States/FEMA's inadequate matching threatens to undermine this process and potentially penalize innocent plaintiffs with

dismissals based on failure to sue the correct parties, plaintiffs respectfully request that this Court issue an Order as requested above. In the alternative, plaintiffs request that the Court fashion such other relief as it deems appropriate and/or will serve the ends of justice.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY     /s/ Paul Y. Lee
       Paul Y. Lee, #CA118981

600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)
lee@kaplanleeoc.com

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                 /s/ *Paul Y. Lee*
                                                    Paul Y. Lee