UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873

SECTION N (5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*All complaints filed by Hurricane Legal Center, LLC*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF COMPLIANCE WITH
## LOCAL RULE 7AND PRETRIAL ORDER NO. 10

Pursuant to Local Rule 7 and Pretrial Order 10, undersigned counsel for Plaintiffs

certifies that counsel for Defendant United States of America, as well as liaison counsel

for Plaintiffs, Manufacturing Defendants and Contractor Defendants, have been contacted

regarding this motion. United States of America opposes the motion, hence necessitating

a hearing on same.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY   /s/ Paul Y. Lee
       PAUL Y. LEE

Paul Y. Lee, CA Bar #118981
Hurricane Legal Center, LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lee@kaplanleeoc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

    */s/ Paul Y. Lee*
    Paul Y. Lee