## Paul Lee

**From:** Jamie Hartley [jamiehartley@hotmail.com]
**Sent:** Monday, August 10, 2009 5:44 PM
**To:** Paul Lee; Jung Park
**Subject:** FW: FEMA Errors

Paul,

You asked for a break down of error percentages. They are as follows:

4545 total Applicants (remember some are duplicate's that were sent a second time)
1031 are highlighted green because they have conflicting manufacturers/contractors
108 are highlighted orange because they came back with multiple trailers initially, and then 1 trailer the second round

Based on above, the total percentage of errors is 25%

Jamie

---

From: jamiehartley@hotmail.com
To: lee@kaplanleeoc.com; 123park@gmail.com
Subject: FW: FEMA Errors
Date: Mon, 10 Aug 2009 19:23:53 -0500

Paul,

Actually the data included is from 4 Groups of matched data from FEMA not 3, as we discussed earlier.

Jamie

---

From: jamiehartley@hotmail.com
To: lee@kaplanleeoc.com; 123park@gmail.com
Subject: FEMA Errors
Date: Mon, 10 Aug 2009 19:00:10 -0500

Paul,

Attached is the merged spreadsheet from the 3 groups of trailer data we received from FEMA. I have highlighted the data that does not correlate when comparing the lists.

In Column B, you see the Group # which identifies which group we received the data in. As you can see, we received different data for the plaintiffs when we sent their names in multiple times (for verification purposes).

The clients marked in green represent plaintiffs that have a trailer with the same VIN # in two groups of data, but FEMA provided 2 different sets of Manufacturers or Contractors.

The clients marked in orange represent clients who came back in Group 1 with multiple trailers, and then subsequently came back in another group with only 1 trailer.

It is difficult at this time to determine which data are correct and accurate since they do not

EXHIBIT B

9/30/2009

correlate.

By glance, it looks as if 30-40% is erroneous.

If you have any questions on how to read this spreadsheet please let me know.

Jamie

---

Get your vacation photos on your phone! Click here.

Express your personality in color! Preview and select themes for Hotmail®. Try it now.

Get free photo software from Windows Live Click here.

9/30/2009

EXHIBIT B