UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT -DIV. N<br><br>MAG. JUDGE CHASEZ - MAG. 5 |

*************************************************************************

### DECLARATION OF JONATHAN R. WALDRON

I, Jonathan R. Waldron, state and declare as follows:

1. I am a trial attorney in the Civil Division of the Department of Justice in Washington D.C. One of my duties as a trial attorney in the above captioned matter is to handle discovery requests from the Plaintiffs' Steering Committee ("PSC") for matching of client names with their emergency housing units ("EHUs") through FEMA's search of the FEMA Response & Recovery Applicant Tracking System ("FRRATS") database. The FRRATS database is a disaster specific database that typically contains information relating to an applicant's individual EHU, such as the VIN number. Through PSC's submission of client matching lists containing certain required information, FEMA "matches" a listed client name to a specific trailer issued to that person.

2. I am familiar with the process of how FRRATS requests for matching are processed and the productions that the United States has made in response to the PSC's requests for FRRATS matching. To date, I have overseen the production of more than 25,000 matches of client names with their respective manufacturer and/or installation contractor. The United States has been willing and able to engage in the FRRATS matching process since April 2008. The PSC, however, submitted its first matching request in January 2009. Since that time, the PSC has submitted at least

EXHIBIT C

Exhibit 6

seventy-five (75) requests for matching.

3. In order to expeditiously run searches in the FRRATS database and match client names, a set process is followed. The PSC submits matching client lists in the form of spreadsheets that must contain certain information to allow FEMA to accurately match the client name with the information contained in the FRRATS database. This required information includes, at a minimum, the individual's full name, their FEMA ID number, and the state where their EHU was installed. The PSC must also provide other identifying information, such as a social security number and date of birth, as well as the city, zip code, and address where the EHU was installed in order to confirm the identity of the listed client name.

4. Through the PSC's submission of client matching lists containing the required information, FEMA "matches" an individual applicant to a specific trailer by providing the VIN for each EHU provided to the applicant. Based upon previously produced installer lists and a VIN key, the PSC has the ability to then determine the manufacturer of a unit and the installing contractor based upon the VIN. Besides the VIN, FEMA usually also lists the barcode, the type of EHU, the name of the manufacturer of the EHU, and the installation contractor of the EHU, when that information is readily available.

5. FEMA continues to respond to matching requests received in a timely manner. All requests for matching are processed and produced in approximately 30 days.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of August 2009.

*Jonathan R. Waldron*
Jonathan R. Waldron
Trial Attorney
United States Department Of Justice
Washington, D.C.

EXHIBIT C