

**U.S. Department of Justice**

Civil Division
Environmental Torts Section

*Jonathan R. Waldron*
*Trial Attorney*

*Ben Franklin Station, P.O. Box 340*
*Washington, DC 20044*

June 8, 2009

**VIA FEDERAL EXPRESS**

Justin Woods
Gerald E. Meunier
Denise Martin – Legal Assistant
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
(504) 522-2304

Andrew D. Weinstock
Joe Glass
Carmen Motes – Legal Assistant
Duplass, Zwain, Bourgeois, Morton,
Pfister & Wein
Three Lakeway Center, 3838 N.
Causeway Blvd, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700

David Kurtz
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
201 St. Charles Ave, Suite 3600
New Orleans, Louisiana 70170
(504) 566-5259

**Re: In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION, MDL No. 07-1873 (E.D. La)**

Dear Counsel:

Pursuant to the formal discovery requests received by FEMA May 5, 2009, and May 12, 2009, enclosed is a CD containing the results of FEMA's search of the FEMA Recovery and Response Action Tracking System ("FRRATS") database, which correspond to the client lists provided to FEMA by Plaintiffs' Liaison Counsel (Exhibits X, Y, Z, AA, and BB). The CD contains seven (7) files that appear in portable document format ("pdf"), are bates' labeled, and constitute the official version of this information:

| PLC Exhibit | Matching File Description | Bates' Range of Matching File |
|---|---|---|
| X | Watts Hilliard Deficient Matching Requests | FEMA10-001833 -- FEMA10-001835 |
| X | Watts Hilliard Sufficient Matching Requests | FEMA10-001822 -- FEMA10-001832 |
| X | Watts Hilliard Client Lists Matches | FEMA 10-001836 – FEMA10-002031 |
| Y | Paul Dominick Nexen Pruet Client List Matches | FEMA10-002032 – FEMA10-002035 |

EXHIBIT E

| | | |
|---|---|---|
| Z | Young & Husain Client List Matches | FEMA10-002036 – FEMA10-002037 |
| AA | Gill Ladner & Priest Client List Matches | FEMA10-002038 |
| BB | HLC Client List Matches | FEMA10-002039 – FEMA10-002048 |

The CD also contains seven files that appear in Excel format, which reflect the same information contained in the pdf documents and are being provided solely for your convenience.

The United States' ability to produce information in response to Plaintiffs' discovery requests is contingent upon Plaintiff's ability to provide the requested information describing each client. This includes, at a minimum, the first and last names, the state the EHU was located, the FEMA ID number, and the date of birth of the individual. Further, Plaintiffs should also provide, to the extent the information is available, the claimant's social security number, address where the unit was installed, and the FEMA bar code number for their EHU. To the extent matching information is not provided for any of the listed clients, it is because FEMA was unable to locate these persons in their system based upon the information provided.

A large number of entries in the Exhibit X matching request did not contain a proper FEMA identification number and / or state identification for the gulf state where the travel trailer was located. Given that there was no explanation for this deficiency, the entries contained in FEMA10-001833 – FEMA10-001835 were not submitted for matching due to the missing information. Those requests from Exhibit X that were sent for matching are reflected in FEMA10-001822 – FEMA10-001832, and the results are contained in FEMA10-001836 – FEMA10-02031. The United States will attempt to match the deficient entries if a formal request is made that includes the required information.

FEMA searched the FRRATS database using the information provided to produce the matches. Each requestor provided a list of names and addresses (labeled with the prefix "Client" or similar designation atop each appropriate column). FEMA matched the data against leased applicants and corresponding household member information contained within FRRATS. The results are reflected in a series of tabs. Exhibit X contains eight tabs, labeled "Matched" an "Unmatched" for AL, LA, MS, and TX. Exhibit Y contains three tabs, labeled "LA Matched," "MS, Matched," and "Not Matched." Exhibit Z, AA, and BB each contain one tab labeled "Young & Husain," "Exh_AA_," and "Sheet 1" which contain both matched and unmatched data.

Records were first matched for using the State ID and FEMA registration number, and then additional filtering to identify matches was made using the last and first name. Only records with a reported lease date (either past or present) were matched; no records were provided for applicants that either withdrew or had infeasible sites. If an applicant had multiple units, FEMA added columns to include this information. If FEMA was unable to match the applicant then the corresponding "FEMA" fields were left blank. For those names listed where FEMA was unable to list the manufacturer, I understand you have the ability to match the manufacturer based solely on the vehicle identification number provided. For each match with a reported lease date, FEMA returned the following fields (corresponding "FEMA" fields as noted in the spreadsheet columns):



EXHIBIT E

- Manufacturer (1,2,3 if necessary)
- Model / Barcode (1,2,3 if necessary)
- Unit Type (1,2,3 if necessary)
- VIN (1,2,3 if necessary)
- Installer (contractor) (1,2,3 if necessary)

If you have any questions regarding this production, please contact me.

Regards,

s/Jonathan R. Waldron
Jonathan R. Waldron
Civil Division, Torts Branch
Office of Environmental Torts
1331 Pennsylvania Ave NW
Washington, DC 20004
(202) 307-2091



EXHIBIT E