UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

                                            SECTION N (5)

                                            JUDGE ENGELHARDT
THIS DOCUMENT RELATES TO:
*All complaints filed by Hurricane Legal Center, LLC*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Motion of Plaintiffs for Order Compelling United States to Re-conduct Trailer Matching Process and to Allow Plaintiffs Leave to Amend the Complaints or, in the Alternative, Fashioning Such Other Relief as the Court Deems Appropriate, is hereby set for hearing on the 21st day of October at 9:30 o'clock a.m. in the courthouse of Honorable Kurt D. Engelhardt, United States District Court, 500 Poydras Street, Room C-367, New Orleans, Louisiana 70130.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY   /s/ Paul Y. Lee
     PAUL Y. LEE

Paul Y. Lee, CA Bar #118981
Hurricane Legal Center, LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lee@kaplanleeoc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                                              */s/ Paul Y. Lee*  
                                              Paul Y. Lee