OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __10/1/09__

__Frank R. Airhart, et al.__

vs.

__The United States of America & FEMA__

Case No. __09-5477__ Section __N__

Dear Sir:

   Please (issue) ((re-issue)) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __The United States of America throug U.S. Att'y Office__
   (address) __500 Poydras St., Room B210, New Orleans, LA 70130__
2. (name) __Att'y General of the United States, Dept. of Justice__
   (address) __950 Pennsylvania Ave., NW Washington, DC 20530-0001__
3. (name) __FEMA, Office of the Director, Office of General Counsel__
   (address) __500 C Street, SW Washington, DC 20472__
4. (name) _____
   (address) _____

Very truly yours,

_/s/_
"Signature"

Attorney for __Plaintiffs__

Address __622 Barrone St.__
__New Orleans, LA 70113__