UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
Hattie Joseph, et al v. Cavalier Home Builders, LLC, et al
Number 09-0556-N-5
**************************************************************

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs amend their Original Complaint by adding an additional exhibit, identified as Exhibit C, and supplement with the following additional Plaintiff(s):

1. Faye Gray
2. Antonio Wicks
3. Timothy Wicks
4. Victoria Wicks

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this First Supplemental and Amending Complaint, and after the legal delays and due

1

proceedings had, there be judgment herein in favor of Plaintiffs and against the

Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and

losses, and for such other and further relief as this Honorable Court deems just and

proper.

                LAW OFFICES OF RONNIE G. PENTON
                209 HOPPEN PLACE
                BOGALUSA, LOUISIANA  70427
                PHONE    :    (985) 732-5651
                TELECOPIER:    (985) 735-5579
                E-MAIL    :    rgp@rgplaw.com

                EZEQUIEL REYNA
                LAW OFFICES OF EZEQUIEL REYNA
                702 WEST EXPRESSWAY 83, SUITE 100
                WESLACO, TEXAS  78596
                PHONE    :    (956) 968-9556
                TELECOPIER:    (956) 969-0492
                E-MAIL    :    zreynajr@zreynalaw.com

                DENNIS SWEET (Ala. Code ASB-0956-76D)
                SWEET & ASSOCIATES
                158 EAST PASCAGOULA STREET
                JACKSON, MISSISSIPPI  39201
                PHONE    :    (601) 965-8700
                TELECOPIER:    (601) 965-8719
                E-MAIL    :    dennis.sweet@sweetandassociates.net

                s/Ronnie G. Penton
                Ronnie G. Penton
                Co-Counsel for Plaintiffs
                Louisiana Bar Roll Number 10462