## **EXHIBIT C**

1. Faye Gray
2. Antonio Wicks
3. Timothy Wicks
4. Victoria Wicks