# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: | |

**Danny H. Chasley, et al v. Dutchmen Manufacturing, Inc., et al**
NUMBER  09-0553-N-5
*************************************************************************

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs amend their Original Complaint by supplementing with the following additional Plaintiff(s):

1. Daudra Bauder
2. David Bauder

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this First Supplemental and Amending Complaint, and after the legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against the

Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and losses, and for such other and further relief as this Honorable Court deems just and proper.

        LAW OFFICES OF RONNIE G. PENTON
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE         :         (985) 732-5651
        TELECOPIER:         (985) 735-5579
        E-MAIL         :         rgp@rgplaw.com

        EZEQUIEL REYNA
        LAW OFFICES OF EZEQUIEL REYNA
        702 WEST EXPRESSWAY 83, SUITE 100
        WESLACO, TEXAS  78596
        PHONE         :         (956) 968-9556
        TELECOPIER:         (956) 969-0492
        E-MAIL         :         zreynajr@zreynalaw.com

        DENNIS SWEET (Ala. Code ASB-0956-76D)
        SWEET & ASSOCIATES
        158 EAST PASCAGOULA STREET
        JACKSON, MISSISSIPPI  39201
        PHONE         :         (601) 965-8700
        TELECOPIER:         (601) 965-8719
        E-MAIL         :         dennis.sweet@sweetandassociates.net

        s/Ronnie G. Penton
        Ronnie G. Penton
        Co-Counsel for Plaintiffs
        Louisiana Bar Roll Number 10462