UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 2 5 2009
LORETTA G. WHYTE
CLERK*

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

SECTION "N" (4)

## ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to  Li'l Dizzy's Cafe  the sum of $ 78.92 , for meals for the jury in this matter on  September 24, 2009 

New Orleans, Louisiana, this  25th  day of September, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

```
             LI'L
            DIZZY'S
             CAFE
         AT THE WHITNEY
DATE 09/24/2009 THU    TIME 12:49
CHECK#                          83
TABLE 1                          1
  1  CATERING             $78.92
-------------------------------------
     TOTAL                $78.92
     CREDIT CARD          $78.92
        * ORDER# 0119 *
EMPLOYEE14   NO.117344    REG 01
      610 POYDRAS STREET
       504-212-5656
   A BAQUET FAMILY RESTAURANT
```



CLERK'S OFFICE
A TRUE COPY
SEP 3 0 2009
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.