UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-3851

## ORDER

**IT IS ORDERED** that **Plaintiffs' Motion to Continue American International Specialty Lines Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6), or, in the Alternative, Motion for More Definite Statement Pursuant to Fed. R. Civ. Proc. 12(e)** (**Rec. Doc. 4195**) is **DENIED AS MOOT**.

Notably, this motion does not reference the record document number of the motion to which it pertains and to which it seeks to have continued. As the Court has instructed on numerous occasions, record document references are necessary because of the voluminous record in this MDL.

The Court's review of the record reveals that this motion could pertain to two documents. Record Document 3061 bears the same title as the motion this motion seeks to continue; however, the docket sheet indicates that it is a duplicate of Record Document 3059, which also bears the same title. However, this Court, upon the movant's request, granted the withdrawal of Record Document 3059. (See Rec. Doc. 3717). Thus, the instant motion seeks to continue a motion that is no longer pending.

The Court urges the parties to exercise carefulness and check the record before filing

motions that are unnecessary and that require the Court to expend valuable time disposing of them.

New Orleans, Louisiana, this 30th day of September, 2009.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**