UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                  MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 4272)** is **GRANTED.** Any opposition to the PSC Motion to Requesting a Summary Jury Trial for One or More Scheduled Bellwether Cases (Rec. Doc. 4271) shall be filed **on or before Monday, October 5, 2009**, **at noon**, at which time the motion will be taken under advisement.

    New Orleans, Louisiana, this 1st day of October, 2009.

                                            KURT D. ENGELHARDT
                                            UNITED STATES DISTRICT JUDGE