AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

| PATRICIA AMOS, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-4528 |
| FLEETWOOD ENTERPRISES, INC., et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
American International Specialty Lines Insurance Company
Through its Registered Agent for Service of Process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., Ste. 100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Sep 02 2009

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  9/24/09 ,
by:

  (1) personally delivering a copy of each to the individual at this place, _____
  _____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      _____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  (5) other (specify)  Certified mail
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

Date:  10-2-09

Server's signature: Jim S. Hall

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., Ste. 100
Metairie, LA 70001
Server's address

**Return Receipt:**
- Signature: (illegible)
- Received by (Printed Name): Tara Pascale
- Date of Delivery: 9/24/09
- Article Addressed to: Honorable Jay Dardenne, Secretary of State, 8585 Archives Blvd, Baton Rouge, LA 70809
- Service Type: ☒ Certified Mail
- Article Number: 7008 2810 0002 4087 6919
- PS Form 3811, February 2004, Domestic Return Receipt