AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| Bruce El Mansura <br> Plaintiff <br> v. <br> Fleetwood Enterprises, Inc., et al <br> Defendant | ) ) ) ) ) ) |

Civil Action No.   09-4869, Sect. N, Mag. 5

## Summons in a Civil Action

To: *(Defendant's name and address)*
Fleetwood Enterprises, Inc.
Gibralter Insurance Company
Through the Secretary of State
State of Louisiana
Baton Rouge, LA 70804

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jim S. Hall, Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., #100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Date:  Sep 02 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9-24-09__, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __10-2-09__

Server's signature: *Jim S. Hall*

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., Ste. 100
Metairie, LA 70001
Server's address

**Return Receipt:**
- Received by (Printed Name): Tara Pascale
- Article Addressed to: Honorable Jay Dardenne, Secretary of State, 8585 Archives Blvd, Baton Rouge, LA 70809
- Service Type: Certified Mail
- Article Number: 7008 2810 0002 4087 6919

PS Form 3811, February 2004  Domestic Return Receipt