# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Bruce El Mansura ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-4869, Sect. N, Mag. 5 |
| Fleetwood Enterprises, Inc., et al ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Fleetwood Homes of North Carolina
Gibralter Insurance Company
Through the Secretary of State
State of Louisiana
Baton Rouge, LA 70804

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jim S. Hall, Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., #100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Sep 02 2009

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **9-24-09**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **certified mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **10-2-09**

Server's signature: *Jim S. Hall*

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., Ste. 100
Metairie, LA 70001
Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Honorable Jay Dardenne
Secretary of State
8585 Archives Blvd.
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Tara Pascale   C. Date of Delivery: 9/24/09

D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4087 6919

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540