# United States District Court

### EASTERN DISTRICT OF LOUISIANA

# RETURN

DENNIS ANDERSON

V.

SKLYLINE CORPORATION, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 09-4541

SECT. N MAG. 5

TO:  (Name and Address of Defendant)

SHAW ENVIRONMENTAL INCORPORATED; THROUGH ITS AGENT FOR SERVICE OF PROCESS
C.T. COROPORATION
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LOUISIANA 70808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM S. HALL
JIM S. HALL & ASSOCIATES, LLC
800 N. CAUSEWAY BLVD., STE. 100
METAIRIE, LOUISIANA 70001

an answer to the complaint which is herewith served upon you, within ___20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

Sept 02 2009

Loretta G. Whyte

DATE

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. 1 | DATE 9/18/09 |
|---|---|
| NAME OF SERVER (PRINT) Jim S. HALL | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) Certified Mail _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on 10/2/09
_____Date_____

Signature of Server: QS Hall

JIM S. HALL & ASSOCIATES, LLC
800 N. CAUSEWAY BLVD. METAIRIE, LA 70001
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shaw Environmental
thru agent:
CT Corporation
5615 Corporate Blvd. #400B
Baton Rouge LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x CT, a Wolters Kluwer business    ☐ Agent
  5615 Corporate Blvd. Ste 400B    ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
  Baton Rouge, LA 70808

D. Is delivery address different from item 1?   ☐ Yes
  If YES, enter delivery address below:   ☐ No

3. Service Type
  ☒ Certified Mail    ☐ Express Mail
  ☐ Registered    ☐ Return Receipt for Merchandise
  ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 3230 0000 2438 3630

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.