# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| Tiffany Farria ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   09-4861, Sec. N, Mag. 5 |
| Forest River, Inc., et al ) | |
| Defendant ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
   Forest River, Inc.
   Through its Agent for Service of Process
   J. Richard Ransel
   228 W. High St.
   Elkhart, IN 46516

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Jim S. Hall, Jim S. Hall & Associates, LLC
   800 N. Causeway Blvd., #100
   Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of Clerk of court

Date: __Aug 25 2009__     _[signature]_
                           Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) __Certified Mail_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __10/2/09__

Server's signature: _J S. Hall_

Printed name and title: _Jim S. Hall, Attorney_

Server's address: 800 N. Causeway Blvd. Suite 100, Met., LA 70001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Forest River Industries
thru agent:
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _A. Sumpter_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): _A. Sumpter_
C. Date of Delivery: 9/21/09
D. Is delivery address different from item 1? ☐ Yes  ☐ No

[ELKHART, IN 46515 SEP 21 2009 stamp]

3. Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0002 3258 9577

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540