# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| Vanessa Magee ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.  09-4535, Sect. N, Mag. 5 |
| Forest River Industries, et al ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   Federal Emergency Management Agency (FEMA)
   Through the Office of the Director
   Craig Fugate, Director
   500 C Street SW
   Washington, DC 20472

A lawsuit has been filed against you.

   Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Jim S. Hall, Jim S. Hall & Associates, LLC
   800 N. Causeway Blvd., #100
   Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Aug 25 2009

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **9/22/09**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **Certified Mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **9/28/09**

Server's signature

3. Hall, Attorney for Plaintiff
Printed name and title

J. Causeway Blvd., #100
Metairie, LA 70001
Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
FEMA
Through the Ofc. of Director
Craig Fugate
500 C Street SW
Washington DC 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: CRDS RECEIVING  ☐ Agent  ☐ Addressee
X

B. Received by (Printed Name): Jonathan Ransom   C. Date of Delivery: SEP 22 2009

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4088 2279

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540