# United States District Court

EASTERN DISTRICT OF LOUISIANA

JEAN AMBEAU, ET AL

v.

STARCRAFT RV, INC., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-4592

SECT. N MAG. 5

**TO:** (Name and Address of Defendant)

CH2M HILL CONSTRUCTORS, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA 70808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM S. HALL
JIM S. HALL & ASSOC., LLC
800 N. CAUSEWAY BLVD., SUITE 100
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

Sep 04 2009

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me.  
DATE: 9-22-09

NAME OF SERVER (PRINT): Jim S. Hall  
TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on 10-2-09  
Signature of Server: Jim S. Hall

JIM S HALL & ASSOCIATES, LLC  
ATTORNEY AT LAW  
800 N. Causeway Blvd., Ste 100  
Metairie, LA 70001

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:  
CT Corp. System  
5615 Corporate Blvd.  
#400B  
Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  
X CT Corporation Systems  
5615 Corporate Blvd  
☐ Agent ☐ Addressee

B. Received by (Printed Name): Suite 400B  
Baton Rouge, LA 70808  
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  
If YES, enter delivery address below: ☐ No

3. Service Type  
☒ Certified Mail ☐ Express Mail  
☐ Registered ☐ Return Receipt for Merchandise  
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4086 8730

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540