AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana



| | | |
|---|---|---|
| Lakisha Kelly | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   09-4860, Sect. N, Mag. 5 |
| Pilgram International, Inc., et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
  Federal Emergency Management Agency (FEMA)
  Through the Office of the Director
  Craig Fugate, Director
  500 C Street SW
  Washington, DC 20472

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
  Jim S. Hall, Jim S. Hall & Associates, LLC
  800 N. Causeway Blvd., #100
  Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

**Aug 25 2009**

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___9-22-09___,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____
    _____ Certified mail _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: ___9-30-09___

*Jim S. Hall*
Server's signature

Jim S. Hall, Attorney for Plaintiff
Printed name and title

J. Causeway Blvd., #100
Metairie, LA 70001

Server's address

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Emergency Management Agency
Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  CRDS RECEIVING
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
SEP 2 2 2009
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7007 2680 0002 3258 9627

PS Form 3811, February 2004