UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc., et al.* | * | |
| *Case No. 07-9228* | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

******************************************************************************

## CONSENT MOTION TO EXTEND DEADLINE FOR SUBMISSION OF EXHIBIT AND WITNESS LISTS

COME NOW Movants Fleetwood Enterprises, Inc., Fluor Enterprises, Inc., and Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet and hereby request that the August 17, 2009 Trial Scheduling Order [Rec. Doc. 2717] be amended to extend the October 7, 2009 deadline for filing and exchange of witness lists and exhibits to be used by the parties at trial to and through October 30, 2009. The extension of this deadline will not affect any other established deadlines.

The pertinent part of the Order currently reads, in part:

> Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than October 7, 2009 (69 days prior to the Final Pre-Trial Conference).

[Rec. Doc. 2717].

The parties move the Court to amend this language to read as follows:

> Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than October 30, 2009.

For the foregoing reasons, the parties respectfully request that this Court amend its August 17, 2009 Trial Scheduling Order [Rec. Doc. 2717] and extend the October 7, 2009 deadline for filing and exchange of witness lists and exhibits to be used by the parties at trial to and through October 30, 2009.

This 2nd day of October, 2009.

Respectfully submitted:

*/s/ Raul R. Bencomo*
Raul R. Bencomo
LA Bar No. 2932
BENCOMO & ASSOCIATES
639 Loyola Avenue
Suite 2110
New Orleans, LA  70119
(504) 529-2929 (phone)
(504) 529-2018 (fax)
Ben_Law@bellsouth.net
Counsel for Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet

*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)
jsaporito@leakeandersson.com
Counsel for Defendant Fleetwood Enterprises, Inc.

*/s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr.
LA Bar No. 1530 &
TX Bar No. 24063455
MIDDLEBERG, RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX  75201
(214) 220-6334
(214) 220-6807 Fax
cpenot@midrid.com

Counsel for Defendant Fluor Enterprises, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

|  |  |  |  |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | ( ) | E-Mail |

This 2nd day of October, 2009.

*/s/ Richard K. Hines, V*
Richard K. Hines, V
Georgia Bar No. 356300

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)