UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | |
| *Tumminello v. Gulf Stream Coach, Inc.,* | MAGISTRATE CHASEZ |
| *et al.*, No. 09-6376 | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SHAW ENVIRONMENTAL, INC.'S**
**CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1447(b)**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") who respectfully submits the following certification in accordance with 28 U.S.C. § 1447(b):

(1) The following is a list of parties remaining in this action and their counsel of record:

    **1.**    **Plaintiff:**    Yvette Tumminello

Jonathan B. Andry (La. #20081)
*The Andry law Firm, LLC*
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Fax: (504) 586-8933

**Attorney for Plaintiff**

    **2.**    **Defendant**:    Shaw Environmental, Inc.

M. David Kurtz (La. #23821)
Karen Kaler Whitfield (La. #19350)
Catherine N. Thigpen (La. #30001)
*Baker Donelson Bearman Caldwell*
*& Berkowitz, PC*
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Fax: (504) 636-4000

**Attorneys for Defendant Shaw Environmental, Inc.**

    **3.**    **Defendant**:    Gulf Stream Coach, Inc.

Andrew D. Weinstock (La. #18495)
Joseph G. Glass (La. #25397)
*Duplass, Zwain, Bourgeois,*
*Pfister & Weinstock*
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700

*and*

Timothy D. Scandurro (La. #18424)
Dewey M. Scandurro (La. #23291)
*Scandurro & Layrisson*

607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100

**Attorneys for Defendant Gulf Stream Coach, Inc.**

(2)  Copies or electronic images of all records and proceedings occurring in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Civil Action 677-847 prior to removal, then known to Shaw, were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1) as follows, arranged by filing date:

    1.  Petition for Damages filed on or about September 14, 2009; and

    2.  Notice of Filing of Notice of Removal filed by Shaw Environmental, Inc. on September 18, 2009.

(3)  Copies of the returns on service of process filed in state court are attached hereto as Exhibit 1.

(4)  Attorneys for Shaw certify that to the best of their knowledge, the above constitutes the entire state court record.

(5)  No motions or exceptions were pending in this case in the 24th Judicial District Court for the Parish of Jefferson before removal.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ Catherine N. Thigpen
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

  /s/ Catherine N. Thigpen