Page 1 of 1

(101) Citation: ISS PET FOR DAMAGES;   090917-5124-9

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

YVETTE TUMMINELLO  
   versus  
GULFSTREAM COACH INC, SHAW ENVIRONMENTAL INC

Case: 677-847  Div: "K"  
P 1 YVETTE TUMMINELLO

To: SHAW ENVIRONMENTAL INC  
THRU CT CORPORATION  
5616 CORPORATE BLVD STE 400B  
BATON ROUGE LA 70808

CK# 3374  $29.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney JONATHAN B. ANDRY and was issued by the Clerk Of Court on the 17th day of September, 2009.

Dolores G Frickey, Deputy Clerk of Court for  
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PET FOR DAMAGES;   090917-5124-9

Received: _____  Served: _____  Returned: _____

**EXHIBIT "1"**

Service was made:  
___ Personal  ___ Domiciliary _____

Unable to serve:  
___ Not at this address  ___ Numerous attempts  
___ Vacant  ___ Received too late to serve  
___ Moved  ___ No longer works at this address  
___ No such address  ___ Need apartment / building number  
___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by: _____