UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In RE: FEMA TRAILER                                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                 SECTION "N"(5)

Relates to Civil Action No. 09-2977
*Wright, et al. vs. Forest River, Inc., et al.*


**PLAINTIFF LYNDON WRIGHT'S SUPPLEMENTAL
DESIGNATION OF EXPERT WITNESSES**

Plaintiffs, Lyndon Wright, pursuant to this Honorable Court's Trial III Scheduling Order dated April 8, 2009 (Doc. No. 1307) and Fed.R.Civ.P. 26(a)(2)(B), hereby file this Supplemental Designation of Expert Witnesses.

Plaintiffs, Lyndon Wright, hereby designate the following expert witnesses:


(1)   **Branscome, Lee, Ph.D., C.C.M.**

| | |
|---|---|
| Name: | Dr. Lee Branscome |
| | Climatological Consulting Corporation |
| Address: | 7338 155th Place North |
| | Palm Beach Garden, Florida 33418 |
| Phone: | (561) 744-4889 |
| Area of Testimony: | Climatology of Air Temperature, Humidity and Weather Data for the relevant areas and time frames |
| C.V.: | See: PSC025205 / 025209 |
| Compensation Rate: | See: PSC025206 |
| List of Testimonies: | See: PSC025210 / 025214 |
| Expert Report: | See: LWFR – EXP 1 – 000001 / 000122 |
| Three Depo Dates: | Nov. 2, 2009; Nov. 3, 2009; Nov. 6, 2009; Nov. 11, 2009 |

1

(2) **Farber, George A., M.D.**

    Name:                    George A. Farber, M.D.
    Address:              3705 Florida Avenue
                                    Kenner, Louisiana 70065
    Phone:                   (504) 471-3100
    Area of Testimony:  Dermatologist; Allergy and sensitization issues relating to formaldehyde and mold exposure
    C.V.:                      See: PSC025222 / 025064
    Compensation Rate:  See: LWFR-EXP 2-000006
    List of Testimonies:  See: LWFR-EXP 2-000002
    Expert Report:        See: LWFR-EXP 2-000001 / 000006; 000007/000020
    Three Depo Dates:   Oct. 21, 2009; Oct. 22, 2009; Oct. 28, 2009; Oct. 29, 2009; Nov. 4, 2009; Nov. 5, 2009

(3) **Hewett, Paul, Ph.D.**

    Name:                    Dr. Paul Hewett
                                    Exposure Assessment Solutions, Inc.
    Address:              1270 Kings Road
                                  Morgantown, West Virginia 26508
    Phone:                   (304) 685-7050
    Area of Testimony:  Statistics;
                                  Statistical Analysis of Air Sampling Test Results; Formaldehyde Exposure Survey of Temporary Housing Units (THUs), Regression Plotting of Exposure Levels
    C.V.:                      See: PSC025265 / 025268
    Compensation Rate:  See: PSC025269
    List of Testimonies:  See: PSC025269
    Expert Report:        See: LWFR-EXP 3-000001 / 000026; 000027 / 000061
    Three Depo Dates:   Oct. 23, 2009; Oct. 30, 2009; Nov. 6, 2009

(4) **Hicks, Darryl**

    Name:                  Darryl Hicks, P.E.
                                  D. Hicks Consulting, Inc.
    Address:              917 South Buchanan Street
                                Lafayette, Louisiana  70501
    Phone:                  (337) 233-4688
    Area of Testimony:  Electrical Engineer; Electrical System/Components/manufacturer of Temporary Housing Units (THU's)
    C.V.:                     See: PSC026023 / 026024
    Compensation Rate:  See: LWFR-EXP 4-000003

      List of Testimonies: See: LWFR-EXP 4-000003
      Expert Report: See: LWFR-EXP 4-000001 / 000003; 000004 / 000017
      Three Depo Dates: Oct. 14, 2009; Oct. 28, 2009; Nov. 4, 2009

(5) **LaGrange, Paul**

      Name: Dr. Paul LaGrange
                    LaGrange Consulting, LLC
      Address: 256 Calumet Drive
                    Madisonville, Louisiana  70447
      Phone: (985) 845-2148
      Area of Testimony: Blower Door Testing for Air Leakage of the Thermal Envelope, Duct Blaster Testing for Air Leakage of Supply and Return Duct Work, and calculations related to BTU gain (air infiltration), and R-value of the wall and ceiling assemblie; Ventilation; Inspection of the Wright/ Forest River, Inc.
      C.V.: See: PSC026031 / 026036
      Compensation Rate: See: PSC026035
      List of Testimonies: See: PSC026036
      Expert Report: See: LWFR-EXP 5-000001 / 000002; 000003/000316
      Three Depo Dates: October 19, 2009; October 26, 2009

(6) **Laughery, Kenneth R. ,Ph.D.**

      Name: Dr. Kenneth R. Laughery
      Address: 3050 Claire Court
                    Janesville, Wisconsin  53548
      Phone: (608) 754-0849
      Area of Testimony: Warnings, Labeling and Human Factors
      C.V.: See: PSC025282 / 025310
      Compensation Rate: See: LWFR–EXP 6-000002
      List of Testimonies: See: PSC025311 / 025313
      Expert Report: See: LWFR-EXP 6-000001 / 000006; 000007 / 000013
      Three Depo Dates: Oct. 13, 2009; Oct. 27, 2009; Oct. 28, 2008; Oct. 29, 2009

(7) **Mallet, Alexis, Jr.**

|  |  |
|---|---|
| Name: | Alexis Mallet |
|  | First General Services of the South, Inc. |
| Address: | 103 Bradbury Crossing, The Village of River Ranch |
|  | Lafayette, Louisiana 70508 |
| Phone: | (337) 988- 3556 |
| Area of Testimony: | Design Defects; |
|  | Construction Issues with regard to |
|  | Alexander/Gulfstream Coach, Inc. unit; |
|  | Inspection of Alexander/Gulfstream Coach, Inc. Unit; |
|  | Failure to Warn of HVAC installation |
| C.V.: | See: PSC025314 / 025321 |
| Compensation Rate: | See: PSC025325 / 025326 |
| List of Testimonies: | See: PSC025322 / 025324 |
| Expert Report: | See: LWFR-EXP 7-000001 / 000013; 000014/001855 |
| Three Depo Dates: | November 20, 2009; November 30, 2009 |

(8) **Miller, Lawrence G., M.D.**

|  |  |
|---|---|
| Name: | Dr. Lawrence G. Miller |
|  | Mediphase |
| Address: | 3 Newton Executive Park |
|  | Newton, Massachusetts 02462 |
| Phone: | (617) 332-3408 |
| Area of Testimony: | Toxicologist/Pulmonologist; Medical examination of |
|  | Wright, Review and Analysis of Records and Specific |
|  | Causation; Mold Analysis and Causation |
| C.V. | See: PSC025327 / 025342 |
| Compensation Rate: | See: PSC025343 |
| List of Testimonies: | See: PSC025345 |
| Expert Report: | See: LWFR-EXP 8-000001 / 000009; 000010 / 000019 |
| Three Depo Dates: | Oct. 20, 2009; Oct. 29, 2009; Oct. 30, 2009; Nov. 10, 2009; Nov. 11, 2009 |

(9) **Moore, Charles David, P.E., P.L.S.**

|  |  |
|---|---|
| Name: | Charles David Moore |
|  | Freyou, Moore & Associates, Inc. |
| Address: | 1833 East Main Street |
|  | New Iberia, Louisiana 70560 |
| Phone: | (337) 365-9535 |
| Area of Testimony: | Civil Engineering; |
|  | Trailer Frame Issues; |
|  | Structural Issues with Wright/Forest River, Inc. unit; |
|  | Jacking and Frame Issues; Inspection of Wright/Forest River, Inc. Unit |
| C.V.: | See: PSC025346 / 025348 |
| Compensation Rate: | See: PSC025349 |
| List of Testimonies: | See: PSC025347 |
| Expert Report: | See: LWFR-EXP 9-000001 / 000004; 000005/000042 |
| Three Depo Dates: | Oct. 13, 2009; Oct.15, 2009; Oct. 27, 2009 |

(10) **Ritter, Ervin, P.E.**

|  |  |
|---|---|
| Name: | Ervin Ritter |
|  | Ritter Consulting Engineers Ltd. |
| Address: | 250 Ridgeway Drive, Suite C-3 |
|  | Lafayette, Louisiana 70503 |
| Phone: | (337) 984-8498 |
| Area of Testimony: | HVAC/heating system mechanical engineering; |
|  | Ventilation, air infiltration, role with moisture and mold, and moisture's role in elevating formaldehyde exposures; indoor air quality Related Trailer Construction and Design Issues; Inspection of Wright/Forest River, Inc. Unit |
| C.V.: | See: PSC025350 / 025352 |
| Compensation Rate: | See: PSC025353 |
| List of Testimonies: | See: PSC025354 |
| Expert Report: | See: LWFR-EXP 10-000001 / 000007; 000008/000118 |
| Three Depo Dates: | December 3, 2009; December 4, 2009 |

(11) **Scott, William D., P.E., C.H.M.M.**

|  |  |
|---|---|
| Name: | William D. Scott |
|  | WD Scott Group, Inc. |
| Address: | 1117 Wright Avenue |
|  | Terrytown, Louisiana 70056 |
| Phone: | (504) 393-7338 |
| Area of Testimony: | Air Sampling Testing Protocol; Air Sampling and Test Results; Mold Sampling; Formaldehyde Levels and Standards; Inspection of Wright/Forest River, Inc. Unit |
| C.V.: | See: PSC025355 / 025359 |
| Compensation Rate: | See: PSC025360 / 025361 |
| List of Testimonies: | See: PSC025362 / 025368 |
| Expert Report: | See: LWFR-EXP 11- 000001/ 000042; 000043/ 000135 |
| Three Depo Dates: | Oct. 14, 2009; Oct. 15, 2009; Oct. 28, 2009; Oct. 29, 2009; Nov. 4, 2009; Nov.5, 2009; Nov. 11, 2009; Nov.12, 2009 |

(12) **Shwery, Edward H., Ph.D.**

|  |  |
|---|---|
| Name: | Dr. Edward H. Shwery |
| Address: | 315 Metairie Road, Suite 300 |
|  | Metairie, Louisiana 70005 |
| Phone: | (504) 833-6999 |
| Area of Testimony: | Clinical Psychology; Evaluated Lyndon Wright |
| C.V.: | See: PSC025369 / 025384 |
| Compensation Rate: | See: PSC025385 |
| List of Testimonies: | See: PSC025386 / 025391 |
| Expert Report: | See: LWFR-EXP 12-000001 / 000011; 000012 / 000016 |
| Three Depo Dates: | Will supplement based upon conversations and Coordination with defendants. |

(13) **Smulski, Stephen, Ph.D.**

|  |  |
|---|---|
| Name: | Dr. Stephen Smulski |
|  | Wood Science Specialists, Inc. |
| Address: | 453 Wendell Road |
|  | Shutesbury, Massachusetts, 01072 |
| Phone: | (413) 259-1661 |
| Area of Testimony: | Material Selection; Component Parts; Formaldehyde Emissions from Component Parts; Inspection of Wright/Forest River, Inc. Unit |

```
C.V.:                See: PSC025392 / 025403
Compensation Rate:   See: PSC025404
List of Testimonies: See: PSC025405 / 025406
Expert Report:       See: LWFR-EXP 13-000001 / 000022; 000023 / 000061
Three Depo Dates:    Oct. 13, 2009; Oct. 14, 2009; Oct. 15, 2009; Nov. 3, 2009;
                     Nov.4, 2009; Nov. 5, 2009
```

(14) **Spector, Richard, M.D., J.D.**

```
Name:                Dr. Richard Spector
Address:             3434 Prytania Street, Suite 240
                     New Orleans, Louisiana  70115
Phone:               (504) 899-2381
Area of Testimony:   Otolaryngologist;
                     Treating physician; will testify to plaintiffs medical
                     conditions
C.V.:                See: PSC026025 / 026030
Compensation Rate:   See: PSC026025 / 026026
List of Testimonies: See: NONE
Expert Report:       See: LWFR-EXP 14-000001 / 000004; 000005 / 000015
Three Depo Dates:    Oct. 29, 2009; Nov. 5, 2009; Nov. 12, 2009
```

(15) **Williams, Patricia M., Ph.D., D.A.B.T.**

```
Name:                Dr. Patricia M. Williams
                     Environmental Toxicology Experts, LLC
Address:             234 West William David Parkway
                     Metairie, Louisiana 70005
Phone:               (504) 834-0073
Area of Testimony:   Toxicology;
                     General Causation of Adverse Health Effects from
                     Exposure to Formaldehyde; Mechanism of Injury
                     regarding Exposure to Formaldehyde and Asthma;
                     Formaldehyde Causation of Cancers and other Chronic
                     Health Effects;
                     Toxicokinetics of Formaldehyde;
                     Toxicology of Mold Exposures
C.V.:                See: PSC025407 / 025437
Compensation Rate:   See: PSC025438
List of Testimonies: See: PSC025439 / PSC025440
Expert Report:       See: LWFR-EXP 15-000001 / 000054; 000055/ 000130
Three Depo Dates:    October 22, 2009; October 27, 2009
```

Plaintiffs also state their willingness to enter into an agreement with the defendants for each side to provide the other with each experts' file materials in advance of the deposition, provided that such agreement is made reciprocally, and in writing.

The foregoing reports and related materials have been served upon Counsel for Manufacturing Defendants, Government Defendants, and Contractor Defendants.

Respectfully submitted,

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932

Case 2:07-md-01873-KDE-MBN   Document 4488   Filed 10/02/09   Page 9 of 9

FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE G. PENTON, #10462
MIKAL WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471