UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |
| *No. 09-6251, Nathaniel Malone, Sr. et al*<br>*v. American International Group, Inc., et al* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLIANCE WITH REMOVAL ORDER**

**NOW INTO COURT,** through undersigned counsel, comes defendant CH2M HILL Constructors, Inc. ("CH2M HILL"), and in compliance with this Court's directive (Rec. Doc. 2) and 28 U.S.C. § 1447(b), provides as follows:

1. The following is a list of parties still remaining in this action:

    a.    Representing Plaintiffs:

        J. Rock Palermo, III (Bar Roll No. 21793)
        Veron, Bice, Palermo &Wilson, L.L.C.
        721 Kirby Street
        P.O. Box 2125
        Lake Charles, LA 70602
        337-310-1600
        Fax: 337-310-1601

    b.    Representing Defendant CH2M HILL:

>Danny G. Shaw (Bar No. 11977)
>Gerardo R. Barrios (Bar No. 21223)
>Wade M. Bass (Bar No. 29081)
>Sandra Varnado (Bar No. 30775)
>BAKER DONELSON BEARMAN
>CALDWELL & BERKOWITZ, P.C.
>No. 3 Sanctuary Boulevard, Suite 201
>Mandeville, LA  70471
>Telephone: (985) 819-8400
>Facsimile:  (985) 819-8484
>dshaw@bakerdonelson.com
>gbarrios@bakerdonelson.com
>wbass@bakerdonelson.com
>svarnado@bakerdonelson.com

    c.    Representing Defendant American International Group, Inc.**:**

>Unknown

    d.    Representing Defendant American International Specialty Lines Insurance Company

>Unknown

    e.    Representing Defendant Camper Manufacturing, LLC d/b/a Ameri-Camp**:**

>Unknown

    f.    American Homestar Corporation

>Unknown

    g.    Cavalier Home Builders, LLC

>Unknown

    h.    Cavalier Homes, Inc.

>Unknown

    i.    Circle B Enterprises, Inc.

>Unknown

j.  Coachmen Industries, Inc.

   Unknown

k.  Coachmen Recreational Vehicle Company, LLC

   Unknown

l.  Destiny Industries, LLC

   Unknown

m.  DS-Corp.

   James C. Percy
   Ryan E. Johnson
   Jones Walker Waechter Poitevent Carrère & Denègre
   Four United Plaza
   8555 United Plaza Boulevard
   Fifth Floor
   Baton Rouge LA 70809

   *and*

   Madeleine Fischer (La. Bar No. 5575)
   Nan Roberts Eitel (La. Bar No. 19910)
   Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
   201 St. Charles Avenue, 49th floor
   New Orleans, LA 70170
   Telephone: (504) 582-8000
   Facsimile: (504) 589-8208

n.  Dutch Housing, Inc., d/b/a Champion Homes

   Unknown

o.  Dutchmen Manufacturing, Inc.

   James C. Percy
   Ryan E. Johnson
   Jones Walker Waechter Poitevent Carrère & Denègre
   Four United Plaza
   8555 United Plaza Boulevard
   Fifth Floor
   Baton Rouge LA 70809

       *and*

       Madeleine Fischer (La. Bar No. 5575)
       Nan Roberts Eitel (La. Bar No. 19910)
       Jones, Walker, Waechter, Poitevent,
       Carrère & Denègre, L.L.P.
       201 St. Charles Avenue, 49th floor
       New Orleans, LA 70170
       Telephone: (504) 582-8000
       Facsimile: (504) 589-8208

p.    Fairmont Homes, Inc.

       Unknown

q.    Forest River, Inc.

       Ernest P. Geiger, Jr. (La. #6154)
       Jason D. Bone (La. #28315)
       *Geiger, Laborde & Laperouse, LLC*
       One Shell Square
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139-4800
       Telephone:  (504) 561-0400
       Facsimile:  (504) 561-1011

r.    Frontier RV, Inc.

       Unknown

s.    Gibraltar Insurance Company, Ltd.

       Unknown

t.    Gulf Stream Coach, Inc.

       Andrew D. Weinstock (La. #18495)
       Joseph G. Glass (La. #25397)
       *Duplass, Zwain, Bourgeois,*
       *Pfister & Weinstock*
       3838 N. Causeway Boulevard, Suite 2900
       Metairie, Louisiana 70002
       Telephone: (504) 832-3700

       *and*

     Timothy D. Scandurro (La #18424)
     Dewey M. Scandurro (La. #23291)
     *Scandurro & Layrisson*
     607 St. Charles Avenue
     New Orleans, LA 70130
     Telephone: (504) 522-7100

u. Horton Homes, Inc.

   Unknown

v. Indiana Building Systems, LLC, d/b/a Holly Park

   Unknown

w. Integrity Midwest, Inc., d/b/a US Adventure RV

   Unknown

x. Jayco Enterprises, Inc.

   Thomas L. Cougill
   Willingham, Fultz & Cougill, LLP
   808 Travis St.
   Suite 1608
   Houston, TX 77002
   713-333-7600
   tomc@willingham-law.com

y. Keystone Industries, Inc.

   James C. Percy
   Ryan E. Johnson
   Jones Walker Waechter Poitevent Carrère & Denègre
   Four United Plaza
   8555 United Plaza Boulevard
   Fifth Floor
   Baton Rouge LA 70809

    *and*

   Madeleine Fischer (La. Bar No. 5575)
   Nan Roberts Eitel (La. Bar No. 19910)
   Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.

5

        201 St. Charles Avenue, 49th floor
        New Orleans, LA 70170
        Telephone: (504) 582-8000
        Facsimile: (504) 589-8208

z.    KZRV, LP

      Unknown

aa.    Lakeside Park Homes, Inc.

      Unknown

bb.    Layton Homes Corp.

      Unknown

cc.    Liberty Homes, Inc.

      Unknown

dd.    Liberty RV & Marine, Inc.

      Unknown

ee.    Oak Creek Homes, LP

      Unknown

ff.    Oak Creek Homes, Inc.

      Unknown

gg.    Oak Creek Homes, LLC

      Unknown

hh.    Palm Harbor Homes, Inc.

      Unknown

ii.    Philips Products, Inc.

      Unknown

jj.    Palm Harbor Homes

       Unknown

kk.    Recreation By Design, LLC

       Lyon H. Garrison
       Garrison, Yount, Forte & Mulcahy, LLC
       909 Poydras Street
       Suite 1800
       New Orleans, LA 70112
       Tel:  (504) 527-0680
       Dir:  (504) 527-0109
       Fax:  (504) 527-0686
       lgarrison@garrisonyount.com

ll.    Redman Homes, Inc.

       Unknown

mm.    River Birch Homes, Inc., and/or River Birch Homes, LLC

       Unknown

nn.    Scotbilt Homes, Inc.

       John Dennis Carter
       Nielsen Law Firm
       3838 North Causeway Blvd.
       Suite 2850
       Metairie, LA 70002
       504-837-2500
       JCarter@NielsenLawFirm.com

oo.    Sentry Insurance A Mutual Company

       Unknown

pp.    Silver Creek Homes, Inc.

       Unknown

qq.    Skyline Corporation

       Unknown

rr. Starcraft RV, Inc.

   Unknown

ss. Starr Excess Liability Insurance Company, Ltd.

   Unknown

tt. Stewart Park Homes, Inc.

   Unknown

uu. Sunray RV, LLC

   Unknown

vv. Tom Stinnett Holiday RV Center

   Unknown

ww. Thor Industries, Inc.

   James C. Percy
   Ryan E. Johnson
   Jones Walker Waechter Poitevent Carrère & Denègre
   Four United Plaza
   8555 United Plaza Boulevard
   Fifth Floor
   Baton Rouge LA 70809

   *and*

   Madeleine Fischer (La. Bar No. 5575)
   Nan Roberts Eitel (La. Bar No. 19910)
   Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
   201 St. Charles Avenue, 49th floor
   New Orleans, LA 70170
   Telephone: (504) 582-8000
   Facsimile: (504) 589-8208

xx. Thor California, Inc.

    James C. Percy
    Ryan E. Johnson
    Jones Walker Waechter Poitevent Carrère & Denègre
    Four United Plaza
    8555 United Plaza Boulevard
    Fifth Floor
    Baton Rouge LA 70809

        *and*

    Madeleine Fischer (La. Bar No. 5575)
    Nan Roberts Eitel (La. Bar No. 19910)
    Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
    201 St. Charles Avenue, 49th floor
    New Orleans, LA 70170
    Telephone: (504) 582-8000
    Facsimile: (504) 589-8208

yy. TL Industries, Inc.

    Unknown

zz. Vanguard Industries of Michigan, Inc., (a/k/a Palomino RV)

    Unknown

aaa. Waverlee Homes, Inc.

    Unknown

bbb. United States of America through FEMA

    Henry T. Miller
    Senior Trial Counsel
    U.S. Dept. of Justice, Civil Division
    1331 Penn. Ave., NW
    Rm. 8220-N
    Washington, D.C. 20004
    Tel: (202) 616-4223
    henry.miller@usdoj.gov

    ccc.    Shaw Environmental, Inc.

          M. David Kurtz (La. #23821)
          Karen Kaler Whitfield (La. #19350)
          Catherine N. Thigpen (La. #30001)
          *Baker Donelson Bearman Caldwell & Berkowitz, PC*
          201 St. Charles Avenue, Suite 3600
          New Orleans, Louisiana 70170
          Telephone: (504) 566-5200
          Fax: (504) 636-4000

    ddd.    Fluor Enterprises, Inc.

          Charles R. Penot, Jr. (La. #1530 & Tx. #24062455)
          *Middleberg, Riddle & Gianna*
          717 North Harwood, Suite 2400
          Dallas, Texas 75201
          Telephone: (214) 220-6334
          Fax: (214) 220-6807

              *and*

          Dominic J. Gianna (La. #6063)
          Sarah A. Lowman (La. #18311)
          *Middleberg, Riddle & Gianna*
          201 St. Charles Avenue, Suite 3100
          New Orleans, Louisiana 70170
          Telephone: (504) 525-7200
          Fax: (504) 581-5983

              *and*

          Richard A. Sherburne, Jr. (La. #2106)
          *Middleberg, Riddle & Gianna*
          450 Laurel Street, Suite 1101
          Baton Rouge, Louisiana 70801
          Telephone: (225) 381-7700
          Fax: (225) 381-7730

  2. A complete copy of the state court record is attached hereto.

This 5th day of October, 2009.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


/s/ Sandra Varnado
Danny G. Shaw (Bar No. 11977)
Gerardo R. Barrios (Bar No. 21223)
Wade M. Bass (Bar No. 29081)
Sandra Varnado (Bar No. 30075)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484
dshaw@bakerdonelson.com
gbarrios@bakerdonelson.com
wbass@bakerdonelson.com
svarnado@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of October, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

/s/ Sandra Varnado