UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO: 07-MD-1873

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

*************************************************************************

## NORTHFIELD INSURANCE COMPANY'S REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, comes Northfield Insurance Company ("Northfield"), through undersigned counsel, which respectfully moves this Court to permit oral argument pursuant to Local Rule 78.1E regarding its Motion To Transfer Venue For Convenience To The Middle District of Florida Pursuant To 28 U.S.C. § 1404(A) ("Motion to Transfer") [Rec. Doc. 3193] upon showing the following:

I.

Northfield filed its Motion to Transfer [Rec. Doc. 3193] on September 10, 2009, and set the matter for hearing on October 7, 2009 before this Honorable Court.

II.

Although North American Catastrophe Services, Inc. ("NACS") opposed the Motion to Transfer on September 29, 2009 [Rec. Doc. 4196], undersigned counsel has yet to receive notice

of the filing of NACS' opposition through the electronic filing system for the captioned matter or through distribution from defendant's liaison counsel appointed in the captioned matter.

III.

Rather, undersigned counsel first received notice of NACS' Opposition at 7:00 p.m. on September 30, 2009, when local counsel retained in Florida to represent Northfield in a related matter pending in the Middle District of Florida forwarded a copy of a motion in that separate, related matter. A copy of NACS' Opposition in this matter was appended as an exhibit to NACS' filing in the related matter pending in Florida.

IV.

In light of the foregoing, Northfield submits that its request for oral argument is timely because today is the third business day after receiving any notice that NACS has opposed Northfield's Motion to Transfer.

WHEREFORE, in light of the foregoing, Northfield respectfully requests that this Court grant its request to permit oral argument on its Motion to Transfer this Wednesday, October 7, 2009.

Respectfully submitted,

RALPH S. HUBBARD III, T.A., La. Bar # 7040
TINA L. KAPPEN, La. Bar #29579
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

_____