UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| | * | |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| **THIS DOCUMENT IS RELATED TO ALL CASES** | * | MAG: CHASEZ |

**************************************************************************

### DEFENDANT FLEETWOOD ENTERPRISES, INC.'S RESPONSE TO PSC MOTION REQUESTING A SUMMARY JURY TRIAL IN THE DUBUCLET MATTER

NOW INTO COURT, through undersigned counsel, comes Fleetwood Enterprises, Inc. ("Fleetwood"), which responds as follows:

For the reasons stated in the response of Keystone in its memorandum in opposition to Plaintiffs' motion for summary jury trial being served and filed contemporaneously herewith, Fleetwood must presently object to the summary jury trial procedure but with an important proviso:  in principle, as a vehicle of alternative dispute resolution, Fleetwood does not rule out the possibility of a "Summary Trial" process in this case.  It is with considered judgment that Fleetwood makes this representation.  It is said that past is prologue.  From the late 1970's and through the 1980's, Fleetwood was involved in what may be best described as the first wave of formaldehyde litigation (Katrina being the second).  In the first wave, there were many more defense than plaintiffs' verdicts.  Perhaps more importantly, Plaintiffs' counsel soon recognized that formaldehyde triggered no more than an irritant response in certain individuals and further recognized that it was far too expensive to prosecute an individual case in light of the very

limited expectation of return. Therefore, Fleetwood viscerally could here reject Plaintiffs' ADR proposal out-of-hand, understanding that the economics of this litigation are not on Plaintiffs' side. Indeed, but for a Katrina and a Rita, which afforded the Plaintiffs an opportunity to try to turn the economic tables upon a defendant manufacturer and to present tens of thousands of claims, when over the prior decade no more than a handful had existed involving the very types of units here at issue, each individual claim still stands or falls on its own merits.[1]

Because of its bankruptcy posture, and the limited assets available to it, Fleetwood is uniquely positioned among the present defendants to discuss the possibility of alternative dispute resolution. Fleetwood stands ready to confer with PSC to explore a format for such a Summary Trial process, but notes that as a practical matter, "the devil is in details". Once Fleetwood has had the opportunity to confer with PSC it will be in a position to determine the efficacy of the proposal and report more fully to the Court as to its final position on this issue.

This 5th day of October 2009.

                                                  Respectfully submitted:

                                                  */s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.

---

[1] The Fleetwood bellwether case, at best, involves the potential of a short term exacerbation of skin eczema with which the ten year old plaintiff was born – a case which in any other setting would never go to trial.

       1700 Energy Centre
       1100 Poydras St.
       New Orleans, LA 70163-1701
       (504) 585-7500 (phone)
       (504) 585- 7775 (fax)
       jsaporito@leakeandersson.com

       Counsel for Defendant Fleetwood Enterprises, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

    ( )    Hand Delivery                          ( )    Prepaid U.S. Mail

    ( )    Facsimile                                ( )    Federal Express

    (X)    CM/ECF                                   ( )    E-Mail

This 5th day of October 2009.

                                              */s/ Richard K. Hines, V*
                                              Richard K. Hines, V
                                              Georgia Bar No. 356300

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)