UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES | * | |
| TO ALL CASES | * | |
| | * | |

*****************************************************************************

### RECREATION BY DESIGN'S RESPONSE TO PLAINTIFF'S MOTION REQUESTING A SUMMARY JURY TRIAL FOR ONE OR MORE SCHEDULED BELLWETHER CASES

NOW INTO COURT, through undersigned counsel, comes defendant, Recreation by Design, LLC ("RBD"), who hereby responds, out of an abundance of caution, to Plaintiff's Motion Requesting a Summary Jury Trial of One of More Scheduled Bellwether Cases (Rec. Doc. 4271), as follows:

As written, Plaintiff's motion requests that the Court convert either the second bellwether trial, scheduled to begin on December 7, 2009 with Fleetwood as the defendant, or the third bellwether trial, scheduled to begin on January 11, 2010 with Keystone as the defendant, into a Summary Jury Trial Proceeding.  There is no mention of changing the format of the fourth bellwether trial, scheduled to begin on March 15, 2010 with Forest River as the defendant, or the fifth bellwether trial, scheduled to begin on May 17, 2010 with RBD as a defendant, into a Summary Jury Trial Proceeding.  Accordingly, it does not appear that any response is required of RBD to PSC's Motion.  However, should RBD's understanding be incorrect and the Court does seek a

response by RBD, RBD asks for additional time to respond so it may file an appropriate opposition to the PSC's Motion.

>Respectfully submitted,
>
>*/s/ Randall C. Mulcahy*
>LYON H. GARRISON, Bar No. 19591
>RANDALL C. MULCAHY, Bar No. 26436
>DARRIN L. FORTE, Bar No. 26885
>GARRISON, YOUNT, FORTE, & MULCAHY, LLC
>909 Poydras Street, Suite 1800
>New Orleans, Louisiana 70112
>Telephone: (504) 527-0680
>Facsimile: (504) 527-0686
>Attorneys for defendant, Recreation By Design, LLC
>Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

>*/s/Randall C. Mulcahy*
>RANDALL C. MULCAHY, Bar No. 26436