UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES | * | |
| TO ALL CASES | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOREST RIVER'S RESPONSE TO PLAINTIFF'S
MOTION REQUESTING A SUMMARY JURY TRIAL
FOR ONE OR MORE SCHEDULED
BELLWETHER CASES**

NOW INTO COURT, through undersigned counsel, comes defendant, Forest River, Inc. ("Forest River"), who hereby responds, out of an abundance of caution, to Plaintiff's Motion Requesting a Summary Jury Trial of One of More Scheduled Bellwether Cases (Rec. Doc. 4271), as follows:

As written, Plaintiff's motion requests that the Court convert either the second bellwether trial, scheduled to begin on December 7, 2009 with Fleetwood as the defendant, or the third bellwether trial, scheduled to begin on January 11, 2010 with Keystone as the defendant, into a Summary Jury Trial Proceeding. There is no mention of changing the format of the fourth bellwether trial, scheduled to begin on March 15, 2010 with Forest River as the defendant, or the fifth bellwether trial, scheduled to begin on May 17, 2010 with Recreation by Design as a defendant, into a Summary Jury Trial Proceeding. Accordingly, it does not appear that any response is required of either Forest River or Recreation by Design to PSC's Motion. However, should this Honorable

Court require a response from this defendant, Forest River asks for additional time to respond so it may file an appropriate opposition to the PSC's Motion.

        Respectfully submitted,

        **/s/ Jason D. Bone**
        ERNEST P. GIEGER, Jr. (Bar No.6154)
        JASON D. BONE (Bar No. 28315)
        GIEGER, LABORDE & LAPERROUSE, LLC
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139
        Telephone: (504) 561-0400
        Facsimile: (504) 561-1011
        Attorneys for defendant, Forest River, Inc.
        Email: jbone@glllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

        **/s/ Jason D. Bone**
        JASON D. BONE