UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:

| Case | Number |
|---|---|
| *Darrell M. Allen, et al. v. DS Corp., et al.* | 2:09-cv-05559 |
| *Darrell Allen, et al. v. Keystone RV, et al.* | 2:09-cv-05550 |
| *Clarrisa Anderson, et al. v. Bechtel National* | 2:09-cv-05545 |
| *Angelo Ash, et al. v. Fleetwood Enterprises, et al.* | 2:09-cv-05541 |
| *Beverly Bonner, et al. v. Coachmen Industries, et al.* | 2:09-cv-05562 |
| *Danny Chasley, et al. v. Dutchmen, et al.* | 2:09-cv-05553 |
| *Danny Chasley, et al v. Thor California, et al.* | 2:09-cv-05547 |
| *Albert Croon, et al. v. Morgan Building, et al.* | 2:09-cv-05548 |
| *Alexis Crosby, et al. v. Coachmen, et al.* | 2:09-cv-05551 |
| *Melvin Davison, et al. v. KZRV, et al.* | 2:09-cv-05554 |
| *Charissa Denson, et al. v. Gulf Stream, et al.* | 2:09-cv-05543 |
| *LaRhonda Galloway, et al. v. Champion, et al.* | 2:09-cv-05560 |
| *Angie Goar, et al. v. Jayco, et al.* | 2:09-cv-05540 |
| *Tammy Haley, et al. v. Bechtel National, et al.* | 2:09-cv-05544 |
| *Dorothy Hutchins, et al. v. Bechtel National, et al.* | 2:09-cv-05539 |
| *Eric Jones, et al. v. Sunnybrook, et al.* | 2:09-cv-05538 |
| *Jerry Jones, et al. v. Sunray, et al.* | 2:09-cv-05542 |
| *Hattie Joseph, et al. v. Cavalier Homes, et al.* | 2:09-cv-05556 |
| *Elijah Keys, et al. v. River Birch Homes, et al.* | 2:09-cv-05557 |
| *Kemberly Ladner, et al. v. Forest River, et al.* | 2:09-cv-04372 |
| *Charles Maynard, et al. v. Gulf Stream, et al.* | 2:09-cv-05549 |
| *Beulah Miller, et al. v. Recreation by Design, et al.* | 2:09-cv-05558 |
| *Ethel Mitchell, et al. v. Heartland, et al.* | 2:09-cv-05555 |
| *Natley Mitchell et al. v. Destiny Industries, et al.* | 2:09-cv-05561 |
| *Anither Rigsby, et al. v. Starcraft, et al.* | 2:09-cv-05546 |

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that Ronnie G. Penton be enrolled as co-counsel of record for Plaintiffs in the above entitled and numbered cases.

Signed in _____, Louisiana, this _____ day of _____, 2009.

_____
JUDGE