UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright. v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO ENROLL**

Defendant, Forest River, Inc., respectfully moves the Court for an Order allowing Carson W. Strickland (La. Bar No. 31336) of Gieger, Laborde & Laperouse, LLC, to enroll as additional counsel on its behalf in the above numbered and titled action.

WHEREFORE, Forest River, Inc. respectfully moves the Court to allow Carson W. Strickland to enroll as counsel on its behalf.

Respectfully Submitted,

s/Jason D. Bone

ERNEST P. GIEGER, JR. (#6154)
JASON D. BONE (#28315)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:  (504) 561-0400
Facsimile:   (504) 561-1011
*Counsel for Forest River, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Motion to Enroll* has been forwarded to all counsel of record via the Court's electronic filing system, and by facsimile and/or U.S. Mail to all non-participants this 5th day of October, 2009.

s/Jason D. Bone