# CITATION
(Long Arm LSA R.S. 13:3201 et seq.)

JULIE BOWSER AND MICHAEL VAUGHN
ON BEHALF OF THEIR MINOR CHILD
MICHAEL BOWSER
(Plaintiff)

vs.

LAKESIDE PARK HOMES, INC., ET AL
(Defendant)

NUMBER C580756 SECTION 28

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

TO:   LAKESIDE PARK HOMES, INC.

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 27-JUL-2009.

Josalyn Partin/Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: HUGH PALMER LAMBERT

* Also attached are the following documents:
PETITION FOR DAMAGES

CITATION-LONG ARM- 2412