UNITED STATES POSTAL SERVICE

PORTLAND OR 972

28 SEP 2009 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

'09 OCT -1  PM 2: 28

CLERKS OFFICE  U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET  ROOM C-151
NEW ORLEANS, LA 70130

Fee
Process
X  Dktd
CtRmDep
Doc. No.

7md 1873 "N" doc. 3824

---

| SENDER  COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Mary C. DeVany*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  *Mary Devaney*  C. Date of Delivery  9/28/09 |
| 1. Article Addressed to:<br><br>Mary C. DeVany<br>14507 NW 19th AVE.<br>Vancouver, WA 98685-8003 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 2510 0004 6657 0551 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |