AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN District of LOUISIANA

**RETURN**

KOREY TATE ET AL
Plaintiff

v.

GULFSTREAM COACH INC, ET AL
Defendant

Civil Action No.   09-4604
SECT N. MAG 5

## Summons in a Civil Action

To: *(Defendant's name and address)*
UNITED STATES OF AMERICA THROUGH THE OFFICE OF THE
U.S. ATTORNEY FOR THE EASTERN DISTRICT OF LOUISIANA
JIM LETTEN, UNITED STATES ATTORNEY HALE BOGGS
FEDERAL BUILDING
500 POYDRAS STREET, SUITE B-210
NEW ORLEANS, LA 70130

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
JIM S. HALL & ASSOCIATES
800 NORTH CAUSEWAY BLVD. #100
METAIRIE, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Deputy clerk's signature

Date: Sep 02 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _9-18-09_,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _Certified Mail_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: _10-1-09_

                                                             _JS Hall_
                                                             Server's signature

                                 JIM S. HALL, ATTORNEY FOR PLAINTIFF
                                              Printed name and title

                                       800 NORTH CAUSEWAY BLVD. #100
                                            METAIRIE, LA 70001

                                                              Server's address

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States of America
   Jim Letten, U.S. Attorney
   Hale Boggs Federal Bldg.
   500 Poydras St., Ste. B-210
   New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _CV_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 2810 0002 4088 2736

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540