AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In Re: FEMA Trailer Formaldehyde Products Liability )
Litigation                    Plaintiff               )
                              v.                      )  Civil Action No. MDL No. 1873
                                                      )  Relates to Civil Action No. 09-3745
                              Defendant               )  Jay Ball vs. Frontier RV, Inc., et al.

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Athens Park Homes, LLC
Through its registered agent for service
Norman A. Lofgren
1601 Elm Street, Suite 4100, Dallas, TX 75201

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: JUL 3 0 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

♦ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00_____ .

Date: _____

                                                                        Server's signature

                                                                        Printed name and title

                                                                        Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation         Plaintiff<br>v.<br><br>Defendant | )<br>)<br>)  Civil Action No. MDL No. 1873<br>)  Relates to Civil Action No. 09-3745<br>)  Jay Ball vs. Frontier RV, Inc., et al.<br>) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Athens Park Homes, LLC
Through its registered agent for service
Norman A. Lofgren
1601 Elm Street, Suite 4100, Dallas, TX 75201

A lawsuit has been filed against you.

Within ~~60~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: **JUL 3 0 2009**

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ____________________,
by:

(1) personally delivering a copy of each to the individual at this place, ______________________________
____________________________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
____________________________________________________; or

(4) returning the summons unexecuted to the court clerk on ________________; or

(5) other *(specify)* ________________________________________________
____________________________________________________________
____________________________________________________________.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 ________.

Date: ____________________

____________________________________
Server's signature

____________________________________
Printed name and title

____________________________________
Server's address