**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS        MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Jay Ball v. Frontier RV, Inc., et al.*
*No. 09-3745*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on August 4,

2009, he deposited in the United States Mail, postage prepaid, a certified copy of the

summons, the Complaint for Damages, and the First Supplemental and Amending

Complaint in the above matter, properly addressed, to defendant Athens Park Homes,

LLC through its registered agent for service, Norman A. Lofgren, 1601 Elm Street, Suite

4100, Dallas, TX 75201, requesting a return receipt and has now received confirmation

from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that

the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of

Civil Procedure 4(l).

_____
HUGH P. LAMBERT

Sworn to and subscribed
before me, this _5_ day of
October, 2009.

_____
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) \| C. Date of Delivery 8/6/09 |
| 1. Article Addressed to:<br>Athens Park Homes, LLC<br>through<br>Norman A. Lofgren<br>1601 Elm Street, Suite 4100<br>Dallas, TX 75201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 0820 0001 8707 8997 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540