UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Jay Ball v. Frontier RV, Inc., et al.*
*No. 09-3745*
******************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on July 15, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and the Complaint for Damages in the above matter, properly addressed, to defendant Murillo Modular Group, LTD, 1400 Bradley Ln., Carrolton, TX 75007-4855, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

HUGH P. LAMBERT

Sworn to and subscribed before me, this  5  day of October, 2009.

LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Murillo Modular Group, LTD
    1400 Bradley Ln
    Carrollton, TX 75007-4855

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Judy Schatz   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Judy Schatz
C. Date of Delivery: 7/17/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 0820 0001 8707 9192

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540