UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Jay Ball v. Frontier RV, Inc., et al.*
*No. 09-3745*
*********************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

### HUGH P. LAMBERT, ESQ.

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on August 4, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and the First Supplemental and Amending Complaint for Damages in the above matter, properly addressed, to defendant United States Government through Unites States Attorney's Office, Eastern District of Louisiana, 500 Poydras Street, Room B210, New Orleans, LA 70130, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
HUGH P. LAMBERT

Sworn to and subscribed
before me, this 5 day of
October, 2009.

_____
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S.A.
through
U.S. Attorney's Office, EDLA
500 Poydras Street
Rm B210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 0820 0001 8707 9017

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540