UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892* | * | |
| | * | |
| ***This Judgment Relates Only to**: Severed Claims of Alana Alexander | * | MAG: CHASEZ |
|   individually and on behalf of the minor child Christopher Cooper | * | |

*************************************************************************

## MOTION FOR ENTRY OF JUDGMENT AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR ENRTY OF JUDGMENT

MAY IT PLEASE THE COURT:

Gulf Stream Coach, Inc. respectfully moves this Honorable Court, for the reasons set forth below, to enter the attached Judgment on the jury's verdict.

This matter proceeded to trial on the merits before a jury, commencing September 14, 2009 and concluding on September 24, 2009. The jury returned a verdict in favor of defendants Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. on September 24, 2009. **The attached proposed Judgment on the jury's verdict has been reviewed by counsel for all parties to this matter and all have consented to the attached proposed Judgment's form and content.**

**WHEREFORE**, after due proceedings are had, Gulf Stream Coach, Inc. respectfully requests that this Honorable Court sign and enter into the record of the above matter the attached proposed Judgment on the jury's verdict rendered September 24, 2009.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 5th day of October, 2009, a copy of the foregoing Motion and Incorporated Memorandum in Support of Motion for Entry of Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com