UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892* | * | |
| | * | |
| *This Judgment Relates Only to: Severed Claims of Alana Alexander | * | MAG: CHASEZ |
| individually and on behalf of the minor child Christopher Cooper | * | |

*************************************************************************

## ORDER

Considering the foregoing Motion for Entry of Judgment and Incorporated Memorandum in Support of Motion for Entry of Judgment on behalf of Gulf Stream Coach, Inc.;

**IT IS ORDERED, ADJUDGED and DECREED** that said Motion for Entry of Judgment is GRANTED and that the proposed Judgment is accepted and signed for entry into the record of this matter.

New Orleans, Louisiana, this _____ day of October, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**