UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Jay Ball v. Frontier RV, Inc., et al.*
*No. 09-3745*
*****************************************************************************

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on August 4, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons, the Complaint for Damages, and the First Supplemental and Amending Complaint for Damages in the above matter, properly addressed, to defendant Fluor Enterprises, Inc. through its registered agent for service, Corporation Service Co., 320 Somerulos St., Baton Rouge, LA 70802, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

HUGH P. LAMBERT

Sworn to and subscribed before me, this 5 day of October, 2009.

LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  Julie Love   Date of Delivery AUG -5 2009<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Fluor Enterprises, Inc, through<br>Corporation Service Company<br>320 Somerulos Street<br>Baton Rouge, LA 70802 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 0820 0001 8707 8980 |
| PS Form 3811, February 2004  Domestic Return Receipt | AUG 05 102595-02-M-1540 |