## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>    *Antoine Prince, Sr. and*<br>    *Sandra Prince Madison on behalf of*<br>    *Hattie Prince*<br>    *v.*<br>    *Liberty Insurance Corp. a/k/a*<br>    *Liberty Mutual Group, Inc. and Fluor*<br>    *Enterprises, Inc.*<br>    *No. 09-3922* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION:  N |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION TO AMEND PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes Liberty Mutual Insurance Corporation ("Liberty Mutual"), solely in its capacity as an alleged insurer of R-Vision, Inc., who respectfully requests that this Court allow Liberty Mutual to amend and to correct the following pleadings that have been filed with the Court: (a) Notice of Appearance filed on

August 20, 2009,[1] and (b) List of Defenses and Motions to Be Preserved filed on September 21, 2009.[2]  In support of this motion, Liberty Mutual shows as follows:

I.

Due to clerical error, Liberty Mutual erroneously made the following appearances:

(a) appearance in its August 20, 2009 Notice of Appearance[3] as "Liberty Insurance Corporation";

(b) appearance in its List of Defenses and Motions to Be Preserved[4] as "Liberty Mutual Insurance Company."

II.

These appearances were improper, and Liberty Mutual now prays to amend the opening paragraph of its List of Defenses and Motions to Be Preserved (Rec. Doc. 3488) to read as follows:

> *"Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), defendant Liberty Mutual Insurance Corporation ("Liberty Mutual"), as an alleged insurer of R-Vision, Inc., submits the following list of defenses and motions to be preserved."*

III.

Further, Liberty Mutual prays to amend the opening paragraph of its August 20, 2009 Notice of Appearance (Rec. Doc. 2771) to read as follows:

> *"Liberty Mutual Insurance Corporation, as an alleged insurer of R-Vision, Inc., appearing herein through LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, files this its Notice of Appearance, and respectfully requests that all notices given or required to be served in this proceeding also be served upon the following counsel:."*

---

[1] Rec. Doc. 2771.
[2] Rec. Doc. 3488.
[3] Rec. Doc. 2771.
[4] Rec. Doc. 3488.

IV.

Further, Liberty Mutual prays to amend the title and signature block of its August 20, 2009 Notice of Appearance and the title, signature block and certificate of service of its List of Defenses and Motions to Be Preserved to refer to ***"Liberty Mutual Insurance Corporation"***.

V.

Plaintiffs have previously filed a First Supplemental and Amending Complaint to substitute Liberty Mutual Insurance Corporation for Liberty Insurance Corporation. Liberty Mutual hereby acknowledges and agrees that it was correctly named in Plaintiffs' First Supplemental and Amending Complaint and that no further amendment by Plaintiffs is necessary.

VI.

Pursuant to Local Rule 7.6, undersigned counsel certifies that Plaintiffs' counsel has been contacted and has no objection to the foregoing amendments to Liberty Mutual Insurance Corporation's (a) Notice of Appearance filed on August 20, 2009, and (b) List of Defenses and Motions to Be Preserved filed on September 21, 2009.

**WHEREFORE**, Liberty Mutual Insurance Corporation prays that the Court enter an order to amend and to correct Liberty Mutual Insurance Corporation's (a) Notice of Appearance filed on August 20, 2009, and (b) List of Defenses and Motions to Be Preserved filed on September 21, 2009.

Respectfully Submitted,

_s/Anne E. Briard_____
**Kristopher T. Wilson, La. Bar No. 23978**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Kristopher M. Redmann, La. Bar #18397**
**Anne E. Briard, La. Bar No. 29102**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
e-mail: kwilson@lawla.com
rhubbard@lawla.com
kredmann@lawla.com
abriard@lawla.com
**Attorneys for Liberty Mutual Insurance Corporation**

### CERTIFICATE OF SERVICE

I hereby certify that on 6 October 2009 a copy of the foregoing UNOPPOSED MOTION TO AMEND PLEADINGS was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: No manual participants.

_s/Anne E. Briard_____
**Anne E. Briard, La. Bar No. 29102**

4