AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

**EASTERN DISTRICT  STATE OF LOUISIANA**

| | |
|---|---|
| JONIQUE N. BANTON ET AL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-4853 |
| DUTCHMAN MANUFACTURING, INC. | ) SECT. N MAG 5 |
| Defendant | ) |

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*
SHAW ENVIROMENTAL, INC. THROUGH ITS AGENT
FOR SERVICE OF PROCESS
C.T. CORPORATION
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA 70808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
JIM S. HALL & ASSOCIATES, LLC.
800 NORTH CAUSEWAY BLVD. #100
METAIRIE, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Aug 25 2009__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9-22-09__,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __certified mail_____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __10-6-09__

_Jim S. Hall_
Server's signature

Jim S. Hall, Attorney for Plaintiff
Printed name and title

800 N. Causeway Blvd., #100
Metairie, LA 70001

Server's address

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C.T. Corp.
5615 Corporate Blvd.
#400B
Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: CT Corpo... 5615 C...  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) / Date of Delivery: Baton Rouge, LA
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
   CT Corporation System
   5645 Corporate Blvd
   Suite 400B
   Baton Rouge, LA 70808

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4086 8495

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540