UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                  SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 09-2977 and 07-9228

## ORDER

      **IT IS ORDERED** that the following motion will be heard on an expedited basis: Motion to Strike Defendant's Medical Expert Dr. H. James Wedner (Rec. Doc. 4303).  Any opposition to this motion shall be filed by **Wednesday, October 7, 2009, at 5:00 p.m.**, at which time the motion will be taken under advisement.

      New Orleans, Louisiana, this 5th day of October, 2009.

                                                        **KURT D. ENGELHARDT**
                                                        **UNITED STATES DISTRICT JUDGE**