UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE        MDL NO: 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:            MAGISTRATE CHASEZ
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

*************************************************************************

## NORTHFIELD INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER VENUE FOR CONVENIENCE TO MIDDLE DISTRICT OF FLORIDA PURSUANT TO 28 U.S.C. § 1404(A)

Defendant, Northfield Insurance Company ("Northfield"), hereby moves for leave to file the attached Reply Brief in support of its Motion to Transfer Venue for Convenience to Middle District of Florida Pursuant to 28 U.S.C. § 1404 (A) [Rec. Doc. 3193]. In support of this request, Northfield submits that the attached Reply Brief will assist this Court in its review of the briefing on the pending Motion to Transfer by specifically addressing the issues raised by North American Catastrophe Services, Inc. ("NACS") in its opposition to the Motion to Transfer [Rec. Doc. 4196].

WHEREFORE, Northfield Insurance Company moves this Honorable Court for leave to file the attached Reply Brief to NACS' Opposition to Northfield Insurance Company's Motion to Transfer.

Respectfully submitted,

_____
RALPH S. HUBBARD III, T.A., La. Bar # 7040
TINA L. KAPPEN, La. Bar #29579
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

_____