UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO: 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *North American Catastrophe Service, Inc. v. Northfield Ins. Co.* No. 09-3818 | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

Considering the foregoing Motion for Leave to File Reply Brief in Support of Motion to Transfer Venue for Convenience to Middle District of Florida Pursuant to 28 U.S.C. § 1404 (A) by Northfield Insurance Company,

IT IS HEREBY ORDERED that Northfield Insurance Company is granted leave to file its Reply Brief in Support of Motion to Transfer Venue for Convenience to Middle District of Florida Pursuant to 28 U.S.C. § 1404 (A).

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE