OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130



Date: October 1, 2009

In RE: FEMA Trailer Formaldehyde Products Liability Litigation

Case No. 09-3764 Section N(5)
Harvey Barnes o/b/o Gail Barnes v.
Dutchmen Manufacturing, Inc., et al.

Dear Sir or Madam:

Please ISSUE summons on the COMPLAINT FOR DAMAGES to the following:

1. Davis Professional Accounting Services, LLC
   c/o Corinthia Davis
   650 Poydras St., Ste 2242
   New Orleans, LA 70130

2. Davis Professional Accounting Services, LLC
   c/o Corinthia Davis
   6930 Martin Dr., Ste B
   New Orleans, LA 70126

3. Davis Professional Accounting Services, LLC
   c/o Corinthia Davis
   4441 Old Gentilly Rd
   New Orleans, LA 70126

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931