FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 OCT -2  PM 2:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            *    MDL NO: 07-1873
   FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION             SECTION: "N" (5)

                               *    JUDGE KURT D. ENGELHARDT

                                    MAGISTRATE ALMA CHASEZ

            *     *     *

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Mary C. DeVany appeals the Order (and Rule to Show Cause) entered by this Court on September 24, 2009 and signed by United States District Judge Kurt D. Engelhardt, to the United States Court of Appeals for the Fifth Circuit. This notice of appeal is filed pursuant to Rule 4 of the Federal Rules of Appellate Procedure.

New Orleans, Louisiana, this 2nd day of October, 2009.

Respectfully submitted,

_____
Herbert V. Larson, Jr., 8052
Sara A. Johnson, 31207
SCHONEKAS, WINSBERG, EVANS &
       MCGOEY, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
(504) 680-6050
hlnola@aol.com
sara@swemlaw.com

Attorneys for Mary C. DeVany

455

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2009, I filed the foregoing Notice of Appeal with the Clerk of Court.

I further certify that on October 2, 2009, I delivered the foregoing document to Judge Kurt D. Engelhardt by hand.

I further certify that on October 2, 2009, I mailed the foregoing document by placing same in the United States mail, postage prepaid and properly addressed, to the following counsel of record:

**John Adam Bain**
U.S. Department of Justice (Box 340)
Civil Division, Torts Branch
Ben Franklin Station
P.O. Box 340
Washington, DC 20004
202-616-4209
202-616-4473 (fax)
adam.bain@usdoj.gov

**Michelle George Boyle**
U.S. Department of Justice
Tax Division
P. O. Box 14198
Washington, DC 20044
202-616-4447
michelle.boyle@usdoj.gov

**Matthew B. Cano**
Allensworth & Porter, LLP
620 Congress Ave.
Suite 100
Austin, TX 78701
512-708-1250
mbc@aaplaw.com

**Thomas L. Cougill**
Willingham, Fultz & Cougill, LLP
808 Travis St.
Suite 1608
Houston, TX 77002
713-333-7600
tomc@willingham-law.com


**Adam Michael Dinnell**
U.S. Department of Justice
P. O. Box 14198
Washington, DC 20044
202-616-4211
202-616-4473 (fax)
adam.dinnell@usdoj.gov


**Michael David Kurtz**
Baker Donelson Bearman Caldwell & Berkowitz (New Orleans)
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170
504-566-5200
dkurtz@bakerdonelson.com


**Gerald Edward Meunier**
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
504-522-2304
504-528-9973 (fax)
gmeunier@gainsben.com


**Henry Thomas Miller**
Dept. of Justice, Civil Division, Torts Branch
P.O. Box 340

Ben Franklin Station
Washington, DC 20044
202-616-4223
henry.miller@usdoj.gov


**Shalla Santos**
Allensworth & Porter, LLP
620 Congress Ave.
Suite 100
Austin, TX 78701
512-708-1250
ses@aaplaw.com


**Catherine N. Thigpen**
Baker Donelson Bearman Caldwell & Berkowitz (New Orleans)
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170
504-566-8609
cthigpen@bakerdonelson.com


**Jonathan Richard Waldron**
U.S. Department of Justice
1331 Pennsylvania Avenue NW
Washington, DC 20004
202-307-2091
202-616-4989 (fax)
jonathan.waldron@usdoj.gov


**Andrew D. Weinstock**
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
andreww@duplass.com

**Justin I. Woods**
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
504-522-2304
jwoods@gainsben.com

_/s/ Sara A. Johnson_
SARA A. JOHNSON