371707

:COUNT CODE:                                              REGISTRY FUND

!SSXX Accounts                                            604700 Accounts
___ - Restitution                                         ___ - Cash Bonds
___ - U S Postal Service Forms                            ___ - Land Condemnation
___ - Petty Offense                                       ___ - Deceased & Deserting Seaman

:NERAL & SPECIAL FUNDS:                                   **OCT - 2 2009**

___ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
___ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
      085000 - $5.00 / 510000 - $10.00
    FILING FEES
___ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
___ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
      086900 - $20.00 / 510000 - $19.00
___ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
___ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
    COPY FEES
___ - Copies from public terminal (.10 per page - # of pages ___) 5114CR
___ - Copies (.50 per page - # of pages ___) 322350
___ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
___ - Magnetic Tape Recordings ___ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
    MISCELLANEOUS ACCOUNTS
___ - Certification (# of Cert. ___) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
___ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
___ - Records Search (TOTAL $26.00 Each) (# of names ___) 322360 - $15.00 / 510000 - $11.00
___ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
___ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
      Recovery of Costs - Jury Assessment ___ 322380

ES & MISCELLANEOUS ACCOUNTS
___ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
___ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

OUNTS RECEIVABLE
___ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

filed by Mary C. DeVan(?)

RECEIVED FROM (FIRM): Schonekas, Winsberg, Evans
CASE NUMBER: 07-1873 N(5)     SECTION: ___
CASE TITLE: In re. Fema Trailer
PAYMENT OF: 455.00   CASH ___   CHECK 5029   MONEY ORDER ___
            SEAMAN ___   PAUPER ___   NON CASH ___

        Civil Action Cases (for New Filings Only)
nate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
priate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY

___ 1 Cases requiring immediate action          ___ 6. Habeas Corpus & Other Convictions
      by the Court such as TRO, Injunction,            Petitions Title 28 USC Sec. 2255
      Orders to Show Cause, etc.                ___ 7. Petitions for Stay of Execution
___ 2. Class Action                                    Death Sentence
___ 3. Antitrust                                ___ 8. Social Security Case
___ 4 Patent, Trademark, Copyright              ___ 9. All Others
___ 5. Civil Rights Case

is a THREE JUDGE COURT?    ___ Yes   ___ No
is a RELATED CASE?         ___ Yes   ___ No    Attorney of Record