UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE　　　MDL NO: 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:　　　MAGISTRATE CHASEZ
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NORTHFIELD INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW INTO COURT, through undersigned counsel, comes defendant, Northfield Insurance Company ("Northfield"), and in compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E, states as follows:

1. Northfield Insurance Company is a wholly owned subsidiary of Northland Insurance Company.

2. Northland Insurance Company is wholly owned by Jupiter Holdings, Inc.

3. Jupiter Holdings, Inc. is wholly owned by The Northland Company.

4. The Northland Company is wholly owned by The Travelers Indemnity Company.

5. The Travelers Indemnity Company which is wholly owned by Travelers Insurance Group Holdings Inc.

1

6. Travelers Insurance Group Holdings, Inc. is wholly owned by Travelers Property Casualty Corp.

7. Travelers Property Casualty Corp. is wholly owned by The Travelers Companies, Inc.

8. The Travelers Companies, Inc. is a publicly traded corporation.

Respectfully submitted,

*[signature]*

**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**TINA L. KAPPEN, La. Bar #29579**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Northfield Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.

*[signature]*

2