UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright. v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing Motion to Enroll as Additional Counsel:

IT IS HEREBY ORDERED that Carson W. Strickland (La. Bar No. 31336) be and is hereby enrolled as additional counsel of record for Forest River, Inc. in the above captioned matter.

New Orleans, Louisiana this __6th__ day of October, 2009.

_____
HON. KURT D. ENGELHARDT