UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>　　　　FORMALDEHYDE<br>　　　　PRODUCTS LIABILITY<br>　　　　LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION: N(5) |
| This Document Relates to: *Charlie Age, et al. v*<br>*Gulf Stream Coach Inc., et al*, Docket No. 09-2892* | * <br> * <br> * | JUDGE: ENGELHARDT |
| **This Judgment Relates Only to**: Severed Claims of Alana Alexander<br>　individually and on behalf of the minor child Christopher Cooper | * <br> * | MAG: CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing Motion for Entry of Judgment and Incorporated Memorandum in Support of Motion for Entry of Judgment on behalf of Gulf Stream Coach, Inc.;

**IT IS ORDERED, ADJUDGED and DECREED** that said Motion for Entry of Judgment is GRANTED and that the proposed Judgment is accepted and signed for entry into the record of this matter.

New Orleans, Louisiana, this __6th__ day of October, 2009.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**