UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Charlie Age, et al. v Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * * * | JUDGE: ENGELHARDT |
| **This Judgment Relates Only to**: Severed Claims of Alana Alexander individually and on behalf of the minor child Christopher Cooper | * * | MAG: CHASEZ |

## JUDGMENT

Considering the record, the answers by the jury to the interrogatories propounded by the Court, and the law, for the reasons assigned;

**IT IS ORDERED, ADJUDGED and DECREED** that there be judgment herein in favor of defendant, Gulf Stream Coach, Inc., and that any and all claims asserted by plaintiff, Alana Alexander, individually and/or on behalf of the minor child, Christopher Cooper, against Gulf Stream Coach, Inc. be and hereby are **DISMISSED WITH PREJUDICE,** with taxable costs assessed against plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that there be judgment herein in favor of defendant, Fluor Enterprises, Inc., and that any and all claims asserted by plaintiff, Alana Alexander, individually and/or on behalf of the minor child, Christopher Cooper, against Fluor Enterprises, Inc. be and hereby are **DISMISSED WITH PREJUDICE,** with taxable costs assessed against plaintiff.

New Orleans, Louisiana, this ___6th___ day of October, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**