AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT     STATE OF LOUISIANA    **RETURN**

KAYONNA ARMSTRONG, ET AL  
Plaintiff  

v.      Civil Action No.   09-4578  
     SECT. N MAG 5  

HY-LINE ENTERPRISES HOLDINGS, LLC, ET AL  
Defendant

## Summons in a Civil Action

To: *(Defendant's name and address)*  
UNITED STATES OF AMERICA THROUGH THE OFFICE OF  
THE U.S. ATTORNEY FOR THE EASTERN DISTRICT OF  
LOUISIANA JIM LETTEN, UNITED STATES ATTORNEY  
HALE BOGGS FEDERAL BUILDING  
500 POYDRAS STREET, SUITE B-210  
NEW ORLEANS, LA 70130

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:  
JIM S. HALL  
JIM S. HALL & ASSOCIATES, LLC.  
800 NORTH CAUSEWAY BLVD. #100  
METAIRIE, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte  
Name of clerk of court

Date: Sep 02 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  9-21-09 ,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____
Certified Mail
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date:  9-30-09 

_Jim S. Hall_
Server's signature

JIM S. HALL, ATTORNEY FOR PLAINTIFF
Printed name and title

800 NORTH CAUSEWAY BLVD. #100
METAIRIE, LA 70001

Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The United States of America
Office of the U.S. Attorney
Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Bldg
500 Poydras Street, Suite B-210
New Orleans, La 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bernie_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SBERNIETZ
C. Date of Delivery: 9/21/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4088 0213

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540