UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:

*Anthony Carlo Cacioppo, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4840

*Dianne J. Adams, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4841

*Christopher J. Gabrouel, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4842

*Troy Mackles, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4843

*Jonathan L. Umbehagen, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4844

*Louis Rabalais, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4845

*Brittany Nicole Annis, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-5994

*Ryan Michael Bostic, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,

1

No. 09-6412

*Sandy N. Pelas, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6419

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### UNDER FEDERAL RULE 41(a)(1)(a)(I)

Now into Court, through undersigned counsel, come plaintiffs referenced herein who,

pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based

upon the representations of counsel for **Integrity Midwest Inc. d/b/a US Adventure RV** and the

attached affidavit of John Dresselhaus, President of **Integrity Midwest Inc. d/b/a US Adventure**

**RV**, who testifies that this defendant has never manufactured, branded, or "private labeled" EHU's

but, rather, only brokered and sold EHU's pursuant to a FEMA contract, hereby give notice of

Named Plaintiffs' voluntary dismissal of all claims against **Integrity Midwest Inc. d/b/a US**

**Adventure RV** asserted within the above-referenced matters which have been consolidated into this

MDL

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By: _____s/ Roberta L. Burns_____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
***Counsel for Plaintiffs***

2

## CERTIFICATE OF SERVICE

I hereby certify that on   the 6th   day of October, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

 s/ Roberta L. Burns
ROBERTA L. BURNS