UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                              SECTION "N" (4)

THIS DOCUMENT RELATES TO:

*Kevin Stephen Menard, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6494

*Luis A. Rodriguez, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6495

*Steven Weyland Fincher, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6497

*Francis Irwin Gras, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6498

*Angelina Buras, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6501

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FEDERAL RULE 41(a)(1)(a)(I)**

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the

provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the

1

representations of counsel for **Clayton Homes of Lafayette, Inc. f/k/a Clayton Homes, Inc.** and the attached affidavit of Russell E. Clayton, President of **Clayton Homes of Lafayette, Inc. f/k/a Clayton Homes, Inc.**, who testifies that this defendant has never designed, manufactured, or distributed EHU's, hereby give notice of Named Plaintiffs' voluntary dismissal of all claims against **Clayton Homes of Lafayette, Inc. f/k/a Clayton Homes, Inc.** asserted within the above-referenced matters which have been consolidated into this MDL.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    By:     s/ Roberta L. Burns
    SIDNEY D. TORRES, III, La. Bar No. 12869
    ROBERTA L. BURNS, La. Bar No. 14945
    DAVID C. JARRELL, La. Bar No. 30907
    8301 West Judge Perez Drive, Suite 303
    Chalmette, LA 70043
    Telephone: (504) 271-8421
    Facsimile: (504) 271-1961
    **Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th of October, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns
ROBERTA L. BURNS
