UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright v. Forest River, Inc., et al*, Docket No. 09-2977 | * * * | JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

****************************************************************************

## FOREST RIVER, INC.'S MOTION TO STRIKE
## PLAINTIFF'S DESIGNATION OF KENNETH R. LAUGHERY, PH.D.

**NOW INTO COURT**, through undersigned counsel, comes defendant, Forest River, Inc., who, for the foregoing reasons more fully set forth in the supporting Memorandum attached hereto and incorporated herein as if reproduced *in extenso,* respectfully requests this Honorable Court strike the Plaintiff's designation of Kenneth R. Laughery, Ph.D. as an expert witness in the above-captioned matter.

Respectfully submitted,

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (La. State Bar No. 6154)
JASON D. BONE (La. State Bar No.28315)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

## CERTIFICATE

I hereby certify that on the 6th day of October, 2009, a copy of the foregoing Motion to Strike was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Jason D. Bone
JASON D. BONE