UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE  PRODUCTS LIABILITY  LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright v. Forest River, Inc., et al*, Docket No. 09-2977 | * * * | JUDGE: ENGELHARDT  MAG: CHASEZ |

*****************************************************************

## MOTION FOR EXPEDITED HEARING BY DEFENDANT FOREST RIVER, INC.

**NOW INTO COURT**, through undersigned counsel, comes defendant, Forest River, Inc. ("Forest River"), who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of the Motion to Strike Plaintiff's Designation of Kenneth R. Laughery, filed contemporaneously herewith.

Respectfully submitted,

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (La. State Bar No. 6154)
JASON D. BONE (La. State Bar No.28315)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

## **C E R T I F I C A T E**

I hereby certify that on the 6th day of October, 2009, a copy of the foregoing Motion for Expedited Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Jason D. Bone
JASON D. BONE