UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*******************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING BY DEFENDANT FOREST RIVER, INC.

**NOW INTO COURT**, through undersigned counsel, comes defendant, Forest River, Inc. ("Forest River"), who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of the Motion to Strike Plaintiff's Designation of Kenneth R. Laughery, filed contemporaneously herewith.

Forest River notes that defendants' expert reports in *Wright* are due on November 2, 2009. Given this Court's prior ruling to exclude Dr. Lila Laux from the Gulf Stream bellwether [Rec. Doc. 2181], Forest River submits that its Motion to Strike Dr. Laughery is a straightforward issue that has already been decided by the Court. Again, this Court's prior Order was clear: no party will be permitted to introduce a human factors expert. [Rec. Doc. 2181, p. 6].

An expedited hearing on this issue will promote efficiency in one of two ways. If the Court grants the Motion to Strike, Forest River and the other defendants will not be forced to

devote needless time and resources to depose Dr. Laughery and prepare rebuttal testimony. Alternatively, should the Court deny the Motion to Strike in the near future, Forest River will have sufficient time to prepare its defenses. Regardless of the Court's decision, because defendants' expert reports are due in less than a month, time is of the essence, and Forest River requests that a hearing date be provided as soon as possible.

                Respectfully submitted,

                /s/ Jason D. Bone
                ERNEST P. GIEGER, JR. (La. State Bar No. 6154)
                JASON D. BONE (La. State Bar No.28315)
                GIEGER, LABORDE & LAPEROUSE, L.L.C.
                One Shell Square
                701 Poydras Street, Suite 4800
                New Orleans, Louisiana 70139-4800
                Telephone: (504) 561-0400
                Facsimile: (504) 561-1011
                *ATTORNEYS FOR FOREST RIVER, INC.*

## **CERTIFICATE**

I hereby certify that on the 6th day of October, 2009, a copy of the foregoing Memo in Support of the Motion for Expedited Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                /s/ Jason D. Bone
                JASON D. BONE