UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER * MDL NO. 1873
    FORMALDEHYDE *
    PRODUCTS LIABILITY *
    LITIGATION * SECTION: N(5)
     *
This Document Relates to: *Lyndon T. Wright v.* * JUDGE: ENGELHARDT
*Forest River, Inc., et al*, Docket No. 09-2977 *
     * MAG: CHASEZ
*****************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Motion to Strike Plaintiff's Designation of Dr. Kenneth Laughery be set for hearing on the _____ day of _____, 2009, at _____ a.m.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT