UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE PRODUCTS                        SECTION N MAG. 5
LIABILITY LITIGATION

                                             JUDGE ENGELHARDT
                                             MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO:
*Bauer, et al v. Liberty Homes, Inc., et al.*
*No. 08-5031*

                                             JURY DEMANDED

<u>**ORDER ON PLAINTIFF RALPH DEGRASSE'S NOTICE OF**</u>
<u>**VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**</u>

     Considering the foregoing motion,

     **IT IS HEREBY ORDERED** that Plaintiff RALPH DEGRASSE'S Notice of Voluntary

Dismissal is hereby, and in all things GRANTED.

     New Orleans, Louisiana, this _____ day of _____, 2009.


                              _____
                              HONORABLE KURT ENGELHARDT