UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE PRODUCTS     SECTION N MAG. 5
LIABILITY LITIGATION

    JUDGE ENGELHARDT
    MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Vanessa Ware, et al v. Gulf Stream Coach, Inc., et al; No. 09-4686*
***PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACURING DEFENDANT***     JURY DEMANDED

### ORDER ON PLAINTIFF DAVID KERVIN'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff DAVID KERVIN'S Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT