UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
CASE NO. 09-3818

## ORDER

The Court has received Northfield Insurance Company's Request for Oral Argument (Rec. Doc. 4540). Because, at this juncture, the Court concludes that oral argument is unnecessary,

**IT IS ORDERED** that oral argument on Northfield Insurance Company's Motion to Transfer Venue for Convenience to Middle District of Florida Pursuant to 28 U.S.C. § 1404(A) (Rec. Doc. 3193) is **CANCELLED**. Thus, the Northfield Insurance Company's Motion to Transfer Venue for Convenience to Middle District of Florida Pursuant to 28 U.S.C. § 1404(A) (Rec. Doc. 3193), set for hearing on October 7, 2009, will be determined on the briefs alone. Should this Court later determine that oral argument would be helpful, it shall notify the parties.

New Orleans, Louisiana, this 6th day of October, 2009.

                                        _____
                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**