UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO
Case No. 09-2967

## ORDER AND REASONS

No memorandum in opposition to Keystone's Motion to Shorten Discovery Deadline (Rec. Doc. 4050), set for hearing on an expedited basis on October 5, 2009 (See Rec. Doc. 4114), was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **Keystone's Motion to Shorten Discovery Deadline (Rec. Doc. 4050)** should be and is hereby **GRANTED**. Thus, Mr. Bell's deadline to respond to Keystone's September 25, 2009 written discovery requests is shortened from October 28, 2009 to October 15, 2009.

**IT IS FURTHER ORDERED** that **counsel should refer to and familiarize themselves with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable to this particular instance.**

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition

memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 6th day of October 2009.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**