IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | | SECTION: N(5) |
| THIS DOCUMENT RELATES TO: *Antoine Prince, Sr. et al. v. Liberty Ins. Corp. et al.* Civil Action No. 09-3922 | * * * * * | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |
| | | JURY DEMAND |

*******************************************************************************

**PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, come Plaintiffs in the above referenced matter, who through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their original Complaint for Damages filed on their behalf with this Court on June 18, 2009 (Civ. Action No. 09-3922, Doc. 1) and their First Supplemental and Amending Complaint for Damages filed on their behalf with this Court on July 23, 2009 (MDL 1873, Doc. 2276) with the following exceptions:

**1.**

The language in paragraph three of the Original Complaint for Damages and paragraph one of the First Supplemental and Amending Complaint for Damages is changed to read as follows,

"Upon information and belief, Defendant Liberty Mutual Insurance Company, (hereinafter, "Liberty"), is, upon information and belief, an entity incorporated in a foreign state, with its principle place of business in a foreign state, licensed to do

1

business in the State of Louisiana and in good standing.  Further, Defendant Liberty had in full force and effect a policy of liability insurance affording coverage to R-Vision, Inc., (hereinafter, "R-Vision"), with respect to the matters, risks and things for which this Defendant is liable herein, thereby affording Plaintiffs the right to proceed against this Defendant insurer under the provisions of the Louisiana Direct Action Statute, LSA-R.S. 22:655.

**2.**

Whenever the acronym "Liberty" is found in the Original Complaint for Damages and First Supplemental Amending Complaint for Damages, such acronym means Liberty Mutual Insurance Company.

**3.**

Additionally, Plaintiffs request that the caption of this case be amended to correctly identify the Defendant as Liberty Mutual Insurance Company.

Respectfully submitted,

　　_/s/ Hugh P. Lambert_

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**PLEASE SERVE:**

1. Liberty Mutual Insurance Company
   Through the Louisiana Secretary of State
   8585 Archives Ave
   Baton Rouge, LA 70809

2. Fluor Enterprises, Inc.
   Through its registered agent for Service
   Corporation Service Company
   320 Somerulos St.
   Baton Rouge, LA 70802-6129