```
IN RE:   FEMA TRAILER                          CATHY PEPPER, CRR
FORMALDEHYE PRODUCTS LIABILTY LITIGATION          SEPTEMBER 23, 2009
```

                                                                    Page 1

                         UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA


    ***************************************************************

    IN RE:  FEMA TRAILER
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                    DOCKET MDL NO. 1873 "N"
                                    NEW ORLEANS, LOUISIANA
                                    WEDNESDAY, SEPTEMBER 23, 2009, 8:30 A.M.

    THIS DOCUMENT IS RELATED TO

    CHARLIE AGE, ET AL V
    GULF STREAM COACH, INC.,
    ET AL, DOCKET NO. 09-2892;
    ALANA ALEXANDER,
    INDIVIDUALLY AND ON BEHALF
    OF CHRISTOPHER COOPER

    ***************************************************************

                                  DAY 8
                              MORNING SESSION
                    TRANSCRIPT OF JURY TRIAL PROCEEDINGS
              HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                        UNITED STATES DISTRICT JUDGE


    APPEARANCES:


    FOR THE PLAINTIFFS:

                            GAINSBURGH BENJAMIN DAVID MEUNIER AND
                            WARSHAUER
                            BY:  GERALD E. MEUNIER, ESQUIRE
                            2800 ENERGY CENTRE
                            1100 POYDRAS STREET, SUITE 2800
                            NEW ORLEANS LA   70163


                            THE BUZBEE LAW FIRM
                            BY:  ANTHONY G. BUZBEE, ESQUIRE
                            600 TRAVIS, SUITE 7300
                            HOUSTON TX   77002

1   EFFECTS OF FORMALDEHYDE?
2   A.   THAT'S CORRECT.
3   Q.   DID ALL OF THIS LITERATURE START AFTER THE FEMA FORMALDEHYDE
4   TRAILERS WERE MADE?
5   A.   NO.  ACTUALLY, THE INTEREST IN FORMALDEHYDE BEGAN IN THE
6   LATE '60S, EARLY '70S.  AND IT ACTUALLY STARTED WITH UREA
7   FORMALDEHYDE FOAM INSULATION WHICH WAS PUT IN A LOT OF HOMES AND
8   OTHER BUILDINGS.  AND THERE WAS A LOT OF INTEREST IN WHETHER OR
9   NOT THE FORMALDEHYDE MIGHT BE CAUSING SOME DEGREE OF HEALTH --
10  ADVERSE HEALTH EFFECTS, WHETHER IT WAS PULMONARY, UPPER AIRWAY OR
11  OTHER HEALTH EFFECTS.
12           AND THOSE BEGAN A SERIES OF STUDIES WHICH ACTUALLY
13  STARTED PROBABLY IN THE VERY EARLY 1970S, AND HAVE CONTINUED TO
14  TODAY.  SO THIS IS A VERY OLD PROBLEM.  IT'S NOT A BRAND-NEW
15  PROBLEM.
16  Q.   AND IN TERMS OF THAT WORLD LITERATURE, IS THAT SOMETHING YOU
17  STAY CURRENT WITH?
18  A.   I'VE BEEN READING THAT LITERATURE SINCE THE EARLY '70S.
19  Q.   AS A CLINICIAN, DO YOU FIND THAT LITERATURE HELPS YOU
20  UNDERSTAND WHAT'S GOING ON WITH YOUR PATIENTS?
21  A.   ALL THE LITERATURE HELPS US UNDERSTAND WHAT'S GOING ON WITH
22  OUR PATIENTS.
23  Q.   WHAT EXACTLY IS FORMALDEHYDE?
24  A.   FORMALDEHYDE IS A LOW MOLECULAR WEIGHT SINGLE CARBON
25  MOLECULE.  IT'S A VERY SIMPLE BUT HIGHLY REACTIVE SINGLE CARBON