UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  N |
| | * | |
| **This document relates to:** | * | |
| *Antoine Prince, Sr. and* | * | |
| *Sandra Prince Madison on behalf of* | * | |
| *Hattie Prince* | * | |
| *v.* | * | |
| *Liberty Insurance Corp. a/k/a* | * | |
| *Liberty Mutual Group, Inc. and Fluor* | * | |
| *Enterprises, Inc.* | * | |
| *No. 09-3922* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Amend Pleadings filed by Liberty Mutual Insurance Corporation;

**IT IS HEREBY ORDERED** that the Motion to Amend Pleadings be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the opening paragraph of Liberty Mutual Insurance Corporation's List of Defenses and Motions to Be Preserved (Rec. Doc. 3488) be and is hereby amended to read as follows:

> *"Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), defendant Liberty Mutual Insurance Corporation ("Liberty Mutual"), as an*

5

> *alleged insurer of R-Vision, Inc., submits the following list of defenses and motions to be preserved."*

**IT IS FURTHER ORDERED** that the opening paragraph of Liberty Mutual Insurance Corporation's August 20, 2009 Notice of Appearance (Rec. Doc. 2771) be and is hereby amended to read as follows:

> *"Liberty Mutual Insurance Corporation, as an alleged insurer of R-Vision, Inc., appearing herein through LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, files this its Notice of Appearance, and respectfully requests that all notices given or required to be served in this proceeding also be served upon the following counsel:."*

**IT IS FURTHER ORDERED** that the title and signature block of Liberty Mutual Insurance Corporation's August 20, 2009 Notice of Appearance (Rec. Doc. 2771) and the title, signature block and certificate of service of Liberty Mutual Insurance Corporation's List of Defenses and Motions to Be Preserved (Rec. Doc. 3488) be and are hereby amended to refer to *"Liberty Mutual Insurance Corporation"*.

New Orleans, Louisiana, this __7th__ day of ____October____, 2009.

_____
JUDGE

6