UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE    MDL NO: 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:    MAGISTRATE CHASEZ
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

*****************************************************************************

## PROPOSED ORDER

Considering the foregoing Motion for Leave to File Reply Brief in Support of Motion to Transfer Venue for Convenience to Middle District of Florida Pursuant to 28 U.S.C. § 1404 (A) by Northfield Insurance Company,

IT IS HEREBY ORDERED that Northfield Insurance Company is granted leave to file its Reply Brief in Support of Motion to Transfer Venue for Convenience to Middle District of Florida Pursuant to 28 U.S.C. § 1404 (A).

New Orleans, Louisiana, this 7th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE