UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                              SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Anthony Carlo Cacioppo, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4840

*Dianne J. Adams, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4841

*Christopher J. Gabrouel, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4842

*Troy Mackles, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4843

*Jonathan L. Umbehagen, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4844

*Louis Rabalais, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-4845

*Brittany Nicole Annis, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-5994

*Ryan Michael Bostic, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,

1

No. 09-6412

*Sandy N. Pelas, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6419

*Kevin Stephen Menard, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6494

*Luis A. Rodriguez, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6495

*Steven Weyland Fincher, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6497

*Francis (Frank) Irwin Gras, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6498

*Angelina Buras, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6501

*Steven Weyland Fincher, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6632

*Gloria M. Durham, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6636

*Lillie Boteler, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*,
No. 09-6643

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FEDERAL RULE 41(a)(1)(a)(I)**

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for **Clearspring Conversions, Inc.** that this defendant is bankrupt and has been administratively dissolved, as reflected in the attached docket sheet for the Chapter 7 bankruptcy proceedings in the United States Bankruptcy Court in the Northern District of Indiana, Docket No. 08-11496 (Exhibit 1) and the Current Information data from the Indiana Secretary of

State (Exhibit 2), hereby give notice of Named Plaintiffs' voluntary dismissal of all claims asserted within the above-referenced matters which have been consolidated into this MDL

.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        By:     s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        **Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                            s/ Roberta L. Burns
                                                            ROBERTA L. BURNS