**EXHIBIT 1**

CLOSED

# U.S. Bankruptcy Court
## Northern District of Indiana (Fort Wayne Division)
## Bankruptcy Petition #: 08-11496-reg

Date filed: 05/14/2008
Date terminated: 08/25/2008

Assigned to: Judge Robert E. Grant
Chapter 7
Voluntary
Asset

**Debtor**
Clearspring Conversions, Inc.
53 S 500 E 57
Churubusco, IN 46723
Tax ID / EIN: 36-4530493

represented by **Anna E. Fulkerson**
Fulkerson Law Office
2606 East 600 North
Albion, IN 46701
(260) 239-1079
Fax : (260)349-0783
Email: anna46701@ligtel.com

**Trustee**
Mark A. Warsco
110 West Berry St
P.O. Box 11647
Fort Wayne, IN 46859
(260) 469-0256

**U.S. Trustee**
Nancy J. Gargula
One Michiana Square
5th Floor
100 East Wayne Street
South Bend, IN 46601
574-236-8105

| Filing Date | # | Docket Text |
|---|---|---|
| 05/14/2008 | 1 | Chapter 7 Voluntary Petition, Schedules A, B, D-H, Summary of Schedules, Statistical Summary of Liabilities, Statement of Affairs, Attorney Fee Disclosure, Corporate Ownership Statement and Matrix . Fee Amount $299 Filed by Clearspring Conversions, Inc.. (Fulkerson, Anna) Modified on 5/15/2008 (laf, ). (Entered: 05/14/2008) |
| 05/14/2008 | | Receipt of Voluntary Petition (Chapter 7)(08-11496) [misc,volp7a] ( 299.00) filing fee. Receipt Number 5333278, amount $ 299.00. (U.S. |

| | | |
|---|---|---|
| | | Treasury) (Entered: 05/14/2008) |
| 05/14/2008 | 2 | Signature Page Filed by Debtor Clearspring Conversions, Inc. (related document(s) 1 Voluntary Petition (Chapter 7) filed by Clearspring Conversions, Inc.) (Fulkerson, Anna) (Entered: 05/14/2008) |
| 05/14/2008 | | Section 341 Meeting of Creditors to be held on 06/18/2008 at 10:30 AM at Room 1194, Federal Building (Fort Wayne). (Admin, ) (Entered: 05/14/2008) |
| 05/14/2008 | | Proof of Claim Deadline Set Proofs of Claims due by 9/16/2008. Government Proof of Claim due by 11/12/2008. (laf, ) (Entered: 05/15/2008) |
| 05/15/2008 | 3 | 341 Notice Generated (laf, ) (Entered: 05/15/2008) |
| 05/17/2008 | 4 | BNC Certificate of Mailing - Meeting of Creditors.(related document(s) 3 Generate 341 Notice) Service Date 05/17/2008. (Admin.) (Entered: 05/18/2008) |
| 05/19/2008 | 5 | Amended Section 341 Meeting of Creditors 341(a) meeting to be held on 6/18/2008 at 10:30 AM at Room 1194, Federal Building (Fort Wayne). (laf, ) (Entered: 05/19/2008) |
| 05/21/2008 | 6 | BNC Certificate of Mailing - Meeting of Creditors.(related document(s) 5 Amended Section 341 Meeting of Creditors) Service Date 05/21/2008. (Admin.) (Entered: 05/22/2008) |
| 06/24/2008 | 7 | Section 341 Meeting Held. Trustee's Report of No Distribution: Trustee of this estate reports that the trustee has neither received any property nor paid any money on account of this estate except exempt property; that the trustee has made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to FRBP 5009, I hereby certify that this estate has been fully administered. I request that this report be approved, and that I be discharged from further duties as trustee. (Warsco, Mark) (Entered: 06/24/2008) |
| 08/25/2008 | 8 | Order Closing Case. (csd, ) (Entered: 08/25/2008) |
| 08/27/2008 | 9 | BNC Certificate of Mailing.(related document(s) 8 Order Closing Case) Service Date 08/27/2008. (Admin.) (Entered: 08/28/2008) |