UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*************************************************************

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Motion to Strike Plaintiff's Designation of Dr. Kenneth Laughery be set for hearing on the _____ day of _____, 2009, at _____ a.m.

**DENIED**

THIS DONE the 7th day of October, 2009, New Orleans, Louisiana.

HONORABLE KURT D. ENGELHARDT