UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

JOINT UNOPPOSED MOTION TO
EXTEND NON-LITIGATION TRACK

NOW INTO COURT, come the Non-Litigation Track Defendants and Plaintiffs' Steering Committee, who move this Honorable Court for a pretrial order extending the Non-Litigation Track for an additional sixty (60) day period. In support of this Motion, the Parties state as follows:

1. On August 5, 2009, this Court entered an Order (Doc. 2530) extending the Non-Litigation Track until October 4, 2009.

2. On September 8, 2009, the Fifth Circuit granted the PSC's petition for permission to appeal this Court's preemption order. While the Non-Litigation Track Defendants oppose the appeal, all parties acknowledge that the appeal will decide the standard of care applicable to the PSC's state law claims. As such, both the Non-Litigation Track Defendants and the PSC believe that preparing the manufactured housing cases for bellwether trials before the Fifth Circuit rules on the preemption issue would result in wasteful and potentially duplicative discovery, especially expert discovery.

01865365.1

3. Moreover, FEMA continues to produce matching data, and the PSC continues to provide new Plaintiff Fact Sheets and to file "matched" complaints. Therefore, the identities of plaintiffs and numbers of plaintiffs that are asserting claims against the Non-Litigation Track Defendants continues to develop on a daily basis. As this information becomes more concrete, the Non-Litigation Track Defendants are better able to evaluate the claims and risks presented by the litigation and are in a better position to determine whether or not the claims can be resolved without further litigation.

4. Therefore, the purposes and reasons for the original establishment of the Non-Litigation Track remain in place, and the parties jointly request this Court to extend the Non-Litigation Track for an additional sixty (60) day period.

5. The undersigned certifies to this Court that a copy of this motion was presented to all Liaison Counsel before it was filed and none oppose the granting of this motion.

WHEREFORE, premises considered, the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee jointly request that this Honorable Court extend the Non-Litigation Track for an additional sixty (60) day period.

                Respectfully submitted,

                **For the Non-Litigation Track Defendants**

                s/Stephanie Skinner
                Stephanie Skinner

**OF COUNSEL:**

Lee E. Bains, Jr.
Thomas W. Thagard, III
Joshua B. Baker
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North

01865365.1

Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

- and -

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

## CERTIFICATE OF SERVICE

I hereby certify that on October 7th, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s Stephanie Skinner
OF COUNSEL

01865365.1