UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO:   09-3922 | * | JUDGE ENGELHARDT |
| *Antoine Prince, Sr., et al. vs. Liberty Ins. Corp., et al.* | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to withdraw their previously filed Motion for Leave to File Second Supplemental and Amending Complaint for Damages (Doc. No. 3620).

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court for an Order withdrawing their previously filed Motion for Leave to File Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Antoine Prince, Sr. et al. v.Liberty Insurance Corp., et al.*, (No. 09-3922), filed in the Eastern District of Louisiana for the above mentioned reasons.  Counsel having an interest in this motion have been contacted and have no objection.

Respectfully submitted,

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. #7933