UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO:   09-3922 | * | JUDGE ENGELHARDT |
| *Antoine Prince, Sr., et al. vs. Liberty Ins. Corp., et al.* | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW
PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for an Order withdrawing their previously filed Motion for Leave to File Second Supplemental and Amending Complaint for Damages (Doc. No. 3620).

Plaintiffs' in their First Supplemental and Amending Complaint (Doc. No. 2276) filed on July 23, 2009, correctly named Liberty Mutual Insurance Corporation ("Liberty"). Subsequent to Plaintiffs' First Supplemental and Amending Complaint, Liberty made appearances as "Liberty Mutual Insurance Company" (Doc. No. 3488) and "Liberty Insurance Corporation" (Doc. Nos. 2772, 3236, and 3300).  Based upon this information, Plaintiffs' Counsel conferred with Counsel for Liberty and filed their Second Supplemental and Amending Complaint naming "Liberty Mutual Insurance Company." Counsel for Liberty in their Unopposed Motion to Amend Pleadings "acknowledges and agrees it was correctly named in Plaintiffs' First Supplemental and Amending Complaint and no further amendment by Plaintiffs' is necessary."

Page 1 of  2

For these reasons, Plaintiffs respectfully request that this Honorable Court enter an Order withdrawing the previously filed Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint for Damages.

Respectfully submitted,

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. #7933