UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO:   09-3922 | * | JUDGE ENGELHARDT |
| *Antoine Prince, Sr., et al. vs. Liberty Ins. Corp., et al.* | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Withdraw Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint for Damages:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint for Damages be and is hereby withdrawn; and furthermore the Motion to Withdraw is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE