UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　SECTION N (5)

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*All Cases Filed By Hurricane Legal Center, LLC*

### MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR ORDER COMPELLING UNITED STATES TO RE-CONDUCT TRAILER MATCHING PROCESS AND TO ALLOW PLAINTIFFS LEAVE TO AMEND THE COMPLAINTS OR, IN THE ALTERNATIVE, FASHIONING SUCH OTHER RELIEF AS THE COURT DEEMS APPROPRIATE

COME NOW Plaintiffs, through undersigned counsel, and move this Honorable Court for an Order withdrawing their previously filed Motion for Order Compelling United States to Re-conduct Trailer Matching Process and to Allow Plaintiffs Leave to Amend the Complaints or, in the Alternative, Fashioning Such Other Relief as the Court Deems Appropriate (Doc. 4350), for the reasons more fully set forth in the attached supportive memorandum.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　HURRICANE LEGAL CENTER, LLC

　　　　　　　　　　　　　　　BY   */s/ Paul Y. Lee*
　　　　　　　　　　　　　　　　　　PAUL Y. LEE

　　　　　　　　　　　　　　　　Paul Y. Lee, CA Bar #118981
　　　　　　　　　　　　　　　　Hurricane Legal Center, LLC
　　　　　　　　　　　　　　　　600 Carondelet Street, Suite 602
　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　Telephone: (504) 525-1944
　　　　　　　　　　　　　　　　Facsimile: (504) 525-1279
　　　　　　　　　　　　　　　　lee@kaplanleeoc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                                                 */s/ Paul Y. Lee*
                                                  Paul Y. Lee