UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

SECTION N (5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*All Cases Filed By Hurricane Legal Center, LLC*

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW PLAINTIFFS'
MOTION FOR ORDER COMPELLING UNITED STATES TO RE-CONDUCT
TRAILER MATCHING PROCESS AND TO ALLOW PLAINTIFFS LEAVE TO
AMEND THE COMPLAINTS OR, IN THE ALTERNATIVE, FASHIONING
SUCH OTHER RELIEF AS THE COURT DEEMS APPROPRIATE**

MAY IT PLEASE THE COURT:

Plaintiffs, through undersigned counsel, move this Honorable Court for an Order withdrawing their previously filed Motion for Order Compelling United States to Re-conduct Trailer Matching Process and to Allow Plaintiffs Leave to Amend the Complaints or, in the Alternative, Fashioning Such Other Relief as the Court Deems Appropriate (Doc. 4350). In anticipation of the motion, on September 17, 2009 counsel for plaintiffs initiated a meet and confer process by e-mailing counsel for the United States, as well as all other liaison counsel, giving notice of Plaintiffs' intention to file the motion and requesting contact from counsel for United States. The e-mail stated that if United States does not respond plaintiffs will assume United States opposes the motion and Plaintiffs will schedule a hearing date. Plaintiffs' counsel did not hear from United States and hence went ahead with the motion and scheduled a hearing for October 21, 2009 in this Court. Shortly after filing the motion, Plaintiffs counsel received an e-mail

from counsel for United States indicating that he never received any contact for meet and confer purposes prior to the motion being filed. It appears that counsel for United States in fact never received the e-mail because a wrong e-mail address was utilized. In light of this, a meet and confer session has been initiated in order to determine whether the issues in dispute can be resolved or narrowed. As such, plaintiffs wish to withdraw the motion pending the completion of the meet and confer process. If the issues cannot be resolved, Plaintiffs intend to file a new motion addressing the same issues.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY  */s/ Paul Y. Lee*
     PAUL Y. LEE

Paul Y. Lee, CA Bar #118981
Hurricane Legal Center, LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lee@kaplanleeoc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                                               */s/ Paul Y. Lee*
                                                  Paul Y. Lee