UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| *Carol W. Blappert, et al. vs. Layton Homes Corp., et al.* | |
| No. 09-6211 | |

*****************************************************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Carol W. Blappert, *et al.* (hereinafter referred to as "Plaintiffs"), who move this Honorable Court for an order allowing Maryanna Penton, of the Law Offices of Ronnie G. Penton, 209 Hoppen Place, Bogalusa, LA 70427, to withdraw as counsel of record. Sidney D. Torres, III, Roberta L. Burns and David C. Jarrell, of the Law Offices of Sidney D. Torres, III, Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive, Chalmette, LA 70043, will remain enrolled as counsel of record for Plaintiffs. This request for withdrawal of counsel will not delay the progress of this case nor prejudice any of the parties hereto.

        Respectfully submitted,

        LAW OFFICES OF RONNIE G. PENTON

        By:    s/ Maryanna Penton
            MARYANNA PENTON, MS BAR #102979
            209 Hoppen Place
            Bogalusa, Louisiana  70427
            Telephone: (985) 732-5681
            mpenton@rgplaw.com

        And

LAW OFFICES OF SIDNEY D. TORRES, III
*A PROFESSIONAL LAW CORPORATION*

By:   s/ Roberta L. Burns
 SIDNEY D. TORRES, III (LBA #12869)
 ROBERTA L. BURNS (LBA #14945), Lead Attorney
 DAVID C. JARRELL (LBA #30907)
 Torres Park Plaza, Suite 303
 8301 West Judge Perez Drive
 Chalmette, LA 70043
 Telephone: (504) 271-8422
 Facsimile: (504) 271-1961
 storres@torres-law.com
 rburns@torres-law.com
 dcjarrell@torres-law.com
 *Counsel for plaintiffs*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of October, 2009.

   s/ Roberta L. Burns
  ROBERTA L. BURNS, ESQ.