UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                            SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Ryan Michael Bostic, et al. vs. Alliance Homes, Inc., et al.*
No. 09-6412

*****************************************************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Ryan Michael Bostic, *et al.* (hereinafter referred to as "Plaintiffs"), who move this Honorable Court for an order allowing Maryanna Penton, of the Law Offices of Ronnie G. Penton, 209 Hoppen Place, Bogalusa, LA 70427, to withdraw as counsel of record. Sidney D. Torres, III, Roberta L. Burns and David C. Jarrell, of the Law Offices of Sidney D. Torres, III, Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive, Chalmette, LA 70043, will remain enrolled as counsel of record for Plaintiffs. This request for withdrawal of counsel will not delay the progress of this case nor prejudice any of the parties hereto.

                                                    Respectfully submitted,

                                                    LAW OFFICES OF RONNIE G. PENTON

                                                    By:    s/ Maryanna Penton
                                                            MARYANNA PENTON, MS BAR #102979
                                                            209 Hoppen Place
                                                            Bogalusa, Louisiana 70427
                                                            Telephone: (985) 732-5681
                                                            mpenton@rgplaw.com

                                                    And

LAW OFFICES OF SIDNEY D. TORRES, III
*A PROFESSIONAL LAW CORPORATION*

By: ____s/ Roberta L. Burns_____
    SIDNEY D. TORRES, III (LBA #12869)
    ROBERTA L. BURNS (LBA #14945), Lead Attorney
    DAVID C. JARRELL (LBA #30907)
    Torres Park Plaza, Suite 303
    8301 West Judge Perez Drive
    Chalmette, LA 70043
    Telephone: (504) 271-8422
    Facsimile: (504) 271-1961
    storres@torres-law.com
    rburns@torres-law.com
    dcjarrell@torres-law.com
    ***Counsel for plaintiffs***

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of October, 2009.

                                          ___s/ Roberta L. Burns_____
                                          ROBERTA L. BURNS, ESQ