## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Lillie Boteler, et al. vs. Alliance Homes, Inc., et al.*
No. 09-6643

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Lillie Boteler, *et al.* (hereinafter referred to as "Plaintiffs"), who move this Honorable Court for an order allowing Maryanna Penton, of the Law Offices of Ronnie G. Penton, 209 Hoppen Place, Bogalusa, LA 70427, to withdraw as counsel of record. Sidney D. Torres, III, Roberta L. Burns and David C. Jarrell, of the Law Offices of Sidney D. Torres, III, Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive, Chalmette, LA 70043, will remain enrolled as counsel of record for Plaintiffs. This request for withdrawal of counsel will not delay the progress of this case nor prejudice any of the parties hereto.

Respectfully submitted,

LAW OFFICES OF RONNIE G. PENTON

By:  s/ Maryanna Penton
 MARYANNA PENTON, MS BAR #102979
 209 Hoppen Place
 Bogalusa, Louisiana  70427
 Telephone: (985) 732-5681
 mpenton@rgplaw.com

And

LAW OFFICES OF SIDNEY D. TORRES, III
*A PROFESSIONAL LAW CORPORATION*

By:  s/ Roberta L. Burns
SIDNEY D. TORRES, III (LBA #12869)
ROBERTA L. BURNS (LBA #14945), Lead Attorney
DAVID C. JARRELL (LBA #30907)
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
storres@torres-law.com
rburns@torres-law.com
dcjarrell@torres-law.com
***Counsel for plaintiffs***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of October, 2009.

s/ Roberta L. Burns
ROBERTA L. BURNS, ESQ.