UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                 SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Janet Ann Gabriel, et al. vs. Fleetwood Canada, Ltd., et al.*
No. 09-6016

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Janet Ann Gabriel, *et al.* (hereinafter referred to as "Plaintiffs"), who move this Honorable Court for an order allowing Maryanna Penton, of the Law Offices of Ronnie G. Penton, 209 Hoppen Place, Bogalusa, LA 70427, to withdraw as counsel of record. Sidney D. Torres, III, Roberta L. Burns and David C. Jarrell, of the Law Offices of Sidney D. Torres, III, Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive, Chalmette, LA 70043, will remain enrolled as counsel of record for Plaintiffs. This request for withdrawal of counsel will not delay the progress of this case nor prejudice any of the parties hereto.

                                         Respectfully submitted,

                                         LAW OFFICES OF RONNIE G. PENTON

                                         By:    *s/ Maryanna Penton*
                                                  MARYANNA PENTON, MS BAR #102979
                                                  209 Hoppen Place
                                                  Bogalusa, Louisiana  70427
                                                  Telephone: (985) 732-5681
                                                  mpenton@rgplaw.com

                                         And

LAW OFFICES OF SIDNEY D. TORRES, III
*A PROFESSIONAL LAW CORPORATION*

By:   s/ Roberta L. Burns
     SIDNEY D. TORRES, III (LBA #12869)
     ROBERTA L. BURNS (LBA #14945), Lead Attorney
     DAVID C. JARRELL (LBA #30907)
     Torres Park Plaza, Suite 303
     8301 West Judge Perez Drive
     Chalmette, LA 70043
     Telephone: (504) 271-8422
     Facsimile: (504) 271-1961
     storres@torres-law.com
     rburns@torres-law.com
     dcjarrell@torres-law.com
     ***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of October, 2009.

                                         s/ Roberta L. Burns
                                      ROBERTA L. BURNS, ESQ.