UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Janet Ann Gabriel, et al. vs. Fleetwood Canada, Ltd., et al.*
No. 09-6016

*************************************************************************

### ORDER

Considering the foregoing Motion to Withdraw Counsel of Record:

IT IS HEREBY ORDERED Sidney D. Torres, III, Roberta L. Burns and David C. Jarrell, of the Law Offices of Sidney D. Torres, III, Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive, Chalmette, LA 70043, shall continue as enrolled counsel of record for Plaintiffs and that Maryanna Penton of the Law Offices of Ronnie G. Penton, be allowed to withdrawn as counsel of record in the above-captioned proceedings

NEW ORLEANS, Louisiana, this _____ day of October, 2009

                                                         _____
                                                                           JUDGE