UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.) and*
*James H. Aldridge and Angela L. Aldridge,*
*et al vs. Gulfstream Coach, Inc., et al,*
*No. 07-9228 (as further referred to as Elisha Dubuclet,*
*individually and on behalf of minor children,*
*Timia Dubuclet and Timothy Dubuclet, Jr.., et al*
*vs. Fleetwood Enterprises, Inc., et al)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MEDICAL EXPERT DR. H. JAMES WEDNER

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Lyndon Wright and Elisha Dubuclet, individually and on behalf of her minor children Timia Dubuclet and Timothy Dubuclet, Jr., who respectfully suggest to the Court that they be allowed to file the attached Reply to Defendant's Opposition to Plaintiff's Motion to Strike Defendant's Medical Expert Dr. H. James Wedner.. The Reply is furnished both in response to the Defendant's opposition and as additional support for the Plaintiff's Motion to Strike Defendant's Medical Expert Dr. H. James

1

Wedner. The Plaintiffs, accordingly, humbly request that this Honorable Court grant this Motion and allow the Reply to be entered into the record.

RESPECTFULLY SUBMITTED:

**FRANK J. D'AMICO, JR., APLC**

BY:s/Frank J. D'Amico
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:     (504) 525-7272
Fax:                (504) 525-9522

**Trial counsel for Lyndon Wright**
 By:    /s/ Raul R. Bencomo
Raul R. Bencomo (La. Bar #2932)
**Bencomo & Associates**
639 Loyola Avenue
New Orleans, Louisiana 70113
Telephone:     (504) 529-2929
Facsimile:      (504) 529-2018

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Frank J. D'Amico
                                                FRANK J. D'AMICO, #17519