# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

KAREN LEWIS ET AL )
Plaintiff )
v. )   Civil Action No. 2:09-cv-4015
CAVALIER HOME BUILDERS LLC, ET AL )
Defendant )

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Cavalier Homes, Inc.
Through its registered agent for service:
The Corporation Trust Company
2000 Interstate Park Dr.
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Cavalier Homes, Inc.</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 3283</u>**

The Corporation Company
2000 Interstate Pk Dr.
Suite 204
Montgomery, AL 36109

      Re:   *Karen Lewis, et al. v Cavalier Home Builders LLC, et al.*
             EDLA, Case No: 09-4015

Dear Sir/Madam

Please accept service on behalf of Cavalier Homes Inc.

                                   Very truly yours,

                                   Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cavalier Homes, Inc.
   Through its Agent for Service of Process
   The Corporation Trust Company
   2000 Interstate Park Dr.
   Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X The Corporation Company   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): The Corporation Company   C. Date of Delivery: 10/1/09
D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 3283

PS Form 3811, February 2004   Domestic Return Receipt   4015   102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here   9610

7009 2250 0001 3450 3283

Cavalier Homes, Inc.
Through its Agent for Service of Process
The Corporation Trust Company
2000 Interstate Park Dr.
Montgomery, AL 36109

PS Form 3800, August 2006   See Reverse for Instructions