# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*W. J. Simmons, et al. vs. Recreation by Design, L.L.C., et al.*
No. 09-6212

******************************************************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes W.J. Simmons, *et al.* (hereinafter referred to as "Plaintiffs"), who move this Honorable Court for an order allowing Maryanna Penton, of the Law Offices of Ronnie G. Penton, 209 Hoppen Place, Bogalusa, LA 70427, to withdraw as counsel of record. Sidney D. Torres, III, Roberta L. Burns and David C. Jarrell, of the Law Offices of Sidney D. Torres, III, Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive, Chalmette, LA 70043, will remain enrolled as counsel of record for Plaintiffs. This request for withdrawal of counsel will not delay the progress of this case nor prejudice any of the parties hereto.

Respectfully submitted,

LAW OFFICES OF RONNIE G. PENTON

By:   s/ Maryanna Penton
      MARYANNA PENTON, MS BAR #102979
      209 Hoppen Place
      Bogalusa, Louisiana 70427
      Telephone: (985) 732-5681
      mpenton@rgplaw.com

And

        LAW OFFICES OF SIDNEY D. TORRES, III
*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
      SIDNEY D. TORRES, III (LBA #12869)
      ROBERTA L. BURNS (LBA #14945), Lead Attorney
      DAVID C. JARRELL (LBA #30907)
      Torres Park Plaza, Suite 303
      8301 West Judge Perez Drive
      Chalmette, LA 70043
      Telephone: (504) 271-8422
      Facsimile: (504) 271-1961
      storres@torres-law.com
      rburns@torres-law.com
      dcjarrell@torres-law.com
      ***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of October, 2009.

                                  s/ Roberta L. Burns
                                ROBERTA L. BURNS, ESQ.