# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA MILTON, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-3992 |
| CLAYTON HOMES OF LAFAYETTE, INC (F/K/A CLAYTON HOMES, INC.), ET AL. ) | |
| Defendant ) | |

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.)
Through its registered agent for service:
John K. McBride
201 Main Street
Suite 810
Lafayette, IN 47902

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Sep 25 2009

Date: _____     Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Clayton Homes of Lafayette, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 3221</u>**

John K. McBride
201 Main Street
Suite 810
Lafayette, IN 47902

      Re:    *Linda Milton, et al. v Clayton Homes of Lafayette Inc., et al.*
               EDLA, Case No: 09-3992

Dear Sir/Madam

Please accept service on behalf of Clayton Homes of Lafayette Inc.

                                       Very truly yours,

                                       Lawrence J. Centola Jr.

LC:jld
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _L. Prage_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  L. PRAGE  C. Date of Delivery 2 OCT 09 |
| 1. Article Addressed to:<br><br>Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.)<br>Through its Agent for Service of Process<br>**John K. McBride**<br>201 Main Street Suite 810<br>Lafayette, IN 47902 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0001 3450 3221 |

PS Form 3811, February 2004        Domestic Return Receipt                102595-02-M-154

