# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

# RETURN

| | |
|---|---|
| WILBERT SHERMAN ET AL | ) |
| Plaintiff | ) |
| v. | ) |
| CH2M HILL CONSTRUCTORS INC., ET AL | ) |
| Defendant | ) |

Civil Action No. 2:09-cv-4018

## Summons in a Civil Action

To: *(Defendant's name and address)*

American International Specialty Lines Insurance Company
Through its registered agent for service:
Secretary of State -- Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804-9125

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

Deputy clerk's signature

Date: _____        **Sep 25 2009**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>American International Specialty Lines Insurance Co.</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)*   <u>by certified mail</u> _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____ 7 October, 2009 _____

Server's signature _____

Printed name and title   <u>Lawrence J. Centola, Jr.</u> Attorney

Server's address   <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 17, 2009

**_CERTIFIED MAIL: 7008 3230 0001 4497 2073_**

Secretary of State -- Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804

   Re: *Wilbert Sherman, et al. v CH2M Hill Constructors, Inc., et al.*
     EDLA, Case No: 09-4018

Dear Sir/Madam

  Please accept service on behalf of American International Specialty Lines Insurance Co.

    Very truly yours,

    Lawrence J. Centola Jr.

LC:tjb

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
*Kim Gilbert*
□ Agent
□ Addressee

B. Received by ( Printed Name )   KIM GILBERT   SEP 20 2009
C. Date of Delivery

1. Article Addressed to:

**American International Specialty Lines Insurance Co.**
Through the Secretary of State
State of Louisiana - Legal Services Section
P.O. Box 94125 Baton Rouge, Louisiana 70804-9125

D. Is delivery address different from item 1?   □ Yes
If YES, enter delivery address below:   □ No

3. Service Type
☑ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7008 3230 0001 4497 2073

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7008 3230 0001 4497 2073

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

American International Specialty Lines Insurance Co.
Through the Secretary of State
State of Louisiana - Legal Services Section
P.O. Box 94125 Baton Rouge, Louisiana 70804-9125

PS Form 3800, August 2006   See Reverse for Instructions

See Enclosures