# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



| KAREN LEWIS ET AL | ) |
|---|---|
| Plaintiff | ) |
| v. | ) |
| CAVALIER HOME BUILDERS LLC, ET AL | ) |
| Defendant | ) |

Civil Action No. 2:09-cv-4015

## Summons in a Civil Action

To: *(Defendant's name and address)*

Cavalier Home Builders, LLC
Through its registered agent for service:
The Corporation Trust Company
2000 Interstate Park Dr.
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Cavalier Home Builders, LLC</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify)  <u>by certified mail</u> _____ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

_____
Server's signature

Printed name and title  <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address  <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

**CERTIFIED MAIL: 7008 3230 0001 4497 3964**

The Corporation Company
2000 Interstate Pk Dr.
Suite 204
Montgomery, AL 36109

      Re:   *Karen Lewis, et al. v Cavalier Home Builders, LLC., et al.*
             EDLA, Case No: 09-4015

Dear Sir/Madam

Please accept service on behalf of Cavalier Home Builders LLC

                                    Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jdc
See Enclosures

