AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Warren Bellazer | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-4108 |
| Gulfstream Coach, Inc. | ) | SECT. N MAG. 5 |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

The United States of America through
Federal Emergency Management Agency
Office of the Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Frank J. D'Amico, Jr., APLC**
**622 Baronne Street**
**New Orleans, LA 70113**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Date: **JUN 1 6 2009**

Name of clerk of court

*Renee Rado* Ad

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify)  Certified mail

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00   .

Date:  8/17/09

                            Server's signature

            Aaron Ahlquist, attorney for plaintiff

                          Printed name and title

            1022 Baronne Street
            New Orleans, LA 70113

                          Server's address

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Emergency Management Agency, Office of the Director,
Office of the General Counsel
500 C Street, SW
Washington, DC 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature CRDS RECEIVING
X ☐ Agent ☒ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery
AUG 17 2009

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No


*Jonathan A. Ransom*

3. Service Type
- ☒ Certified Mail
- ☐ Registered
- ☐ Insured Mail
- ☐ Express Mail
- ☒ Return Receipt for Merchandise
- ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7009 1680 0001 8696 7934

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Frank J. D'Amico, Jr., APLC**
**622 Baronne Street**
**New Orleans, LA   70113**

FEMA-6115