AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| April Benn, et al. | ) |
| Plaintiff | ) |
| v. | ) |
| The United States of America | ) |
| Defendant | ) |

Civil Action No.

09-4104

SECT. N MAG. 5

## Summons in a Civil Action

To: *(Defendant's name and address)*

The United States of America Through
Federal Emergency Management Agency
Office of the Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within  60   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Frank J. D'Amico, Jr., APLC**
**622 Baronne Street**
**New Orleans, LA 70113**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**

JUN 1 6 2009

Date: _____

Name of clerk of court

*Renee Radosta*

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  *certified mail* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date:  8/17/2009 _____

_____
Server's signature

*Aaron Ahlquist, Atty. for the Plaintiff*
Printed name and title

**Frank J. D'Amico, Jr., APLC**
**622 Baronne Street**
**New Orleans, LA  70113**
_____
Server's address

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Emergency Management Agency, Office of the Director,
Office of the General Counsel
500 C Street, SW
Washington, DC 20472

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X   CRDS RECEIVING
☐ Agent
☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

AUG 17 2009

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

*Jonathan Ransom*

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7009 1680 0001 8696 7606

PS Form 3811, February 2004        Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Frank J. D'Amico, Jr., APLC
622 Baronne Street, 2nd Floor
New Orleans, LA  70113

FEMA-6/15