AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| April Benn, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-4104 |
| Fleetwood Enterprises, Inc. | ) |
| Defendant | ) |

**Summons in a Civil Action**

SECT. N MAG. 5

To: *(Defendant's name and address)*

Fleetwood Enterprises, Inc.
through its agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Date:  JUN 1 6 2009

Name of clerk of court

Renee Radosta
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

  (1) personally delivering a copy of each to the individual at this place, _____; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

  (4) returning the summons unexecuted to the court clerk on _____; or

  (5) other (specify)  Certified mail

My fees are $ _____ for travel and $ _____ for services/for a total of $  0.00  .

Date:  8/18/2009

Server's signature

Aaron Ahlquist, Atty. for the Plaintiff
Printed name and title

**Frank J. D'Amico, Jr., APLC**
**622 Baronne Street**
**New Orleans, LA 70113**

Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fleetwood Enterprises, Inc.
   Through agent of service:
   The Corporation Trust Company
   1209 Orange Street
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery AUG 18 2009



D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service)
   7009 1680 0001 8696 7576

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   Frank J. D'Amico, Jr., APLC
   622 Baronne Street, 2nd Floor
   New Orleans, LA   70113

   FEMA-6/15