AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Anaria Blaise, et al.  )
Plaintiff  )
v.  )   Civil Action No. 09-4111
Fleetwood Enterprises, Inc.  )
Defendant  )

**Summons in a Civil Action**

SECT. N MAG. 5

To: *(Defendant's name and address)*

CH2M Hill Constructors, Inc.
through its registered agent for service:
5615 Corporate Blvd, Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Frank J. D'Amico, Jr., APLC**
**622 Baronne Street**
**New Orleans, LA 70113**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: JUN 1 6 2009

*Renee Radosta*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* __certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __8/13/2009__

                                                             *Server's signature*

                                     __Aaron Ahlquist, Atty. for the Plaintiff__
                                             *Printed name and title*

                                             **Frank J. D'Amico, Jr., APLC**
                                             **622 Baronne Street**
                                             **New Orleans, LA 70113**
                                                      *Server's address*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CH2M Hill Constructors, Inc.
    **through its registered agent for service:**
    5615 Corporate Blvd, Ste. 400B
    Baton Rouge, Louisiana 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CT Corporation System   ☒ Agent  ☐ Addressee
    5615 Corporate Blvd.
B. Received by (Printed Name)  Suite 400B   C. Date of Delivery
    Baton Rouge, LA 70808

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7009 1680 0001 8696 7736

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA  70113

FEMA-6115