# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF LOUISIANA

# RETURN

CONSTANCE WILLIAMS-CLARK, ET AL. )
_____ )
Plaintiff )
v. )
COACHMEN INDUSTRIES, INC., ET AL. )
_____ )
Defendant )
)
)
)

Civil Action No.  2:09-cv-3878

### Summons in a Civil Action

To: *(Defendant's name and address)*

Coachmen Recreational Vehicle Company, LLC
Through its registered agent for service:
Corporation Service Company
251 East Ohio St.
Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
_____
Name of clerk of court

Sep 25 2009

_____
Deputy clerk's signature

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on   Coachmen Recreational Vehicle Co, LLC
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

    _____

      who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)*   by certified mail _____

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date:   7 October, 2009 _____

                                                 _____

                                     Server's signature

                                     Printed name and title   Lawrence J. Centola, Jr. Attorney _____

                                     Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**_CERTIFIED MAIL: 7009 2250 0001 3449 8633_**

Corporation Service Company
251 East Ohio Street, Suite 500
Indianapolis, IN 46204

　　　　Re:　　*Constance Williams-Clark, et al. v Coachmen Industries, Inc., et al.*
　　　　　　　EDLA, Case No: 09-3878

Dear Sir/Madam

Please accept service on behalf of Coachmen Recreational Vehicle Co LLC.

Very truly yours,

Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

10/2/09

1. Article Addressed to:

Coachmen Recreational Vehicle Company, LLC
Through its Agent for Service of Process
**Corporation Service Company**
251 East Ohio St. Suite 500
Indianapolis, In 46204

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

OCT 02 2009

3. Service Type
   ☐ Certified Mail ☑ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2250 0001 3449 8633

PS Form 3811, February 2004      Domestic Return Receipt   5878      102595-02-M-154



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7009 2250 0001 3449 8633

Sent To
Coachmen Recreational Vehicle Company, LLC
Through its agent for Service of Process
Corporation Service Company
251 East Ohio St. Suite 500
Indianapolis, In 46204