# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

BAO BINH GIA LE, ET AL.
Plaintiff
v.
TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING, ET AL.
Defendant

Civil Action No. 2:09-cv-3981

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Fluor Enterprises, Inc.**
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*[signature]*
Deputy clerk's signature

Date:  Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Fluor Enterprises, Inc.,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  by certified mail _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 9183**

Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

      Re:    *Bao Binh Gia Le, et al. v Timberland RV Co. d/b/a Adventure Manufacturing, et al.* EDLA, Case No: 09-3981

Dear Sir/Madam

Please accept service on behalf of Fluor Enterprises Inc.

                Very truly yours,

                Lawrence J. Centola Jr.

LC: jld
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Micialin Davis  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Fluor Enterprises, Inc.<br>Through its Agent for Service of Process<br>Corporation Service Company<br>320 Somerulos St.<br>Baton Rouge, LA 70802-6129 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>SEP 30 2009 |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8687 9183 |

PS Form 3811, February 2004   Domestic Return Receipt   3981   102595-02-M-154



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $

Postmark Here

7009 1680 0001 8687 9183

FLUOR
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

PS Form 3800, August 2006   See Reverse for Instructions