UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Age, et al v. Gulf Stream Coach, et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for plaintiffs certifies that opposing counsel have been consulted and have consented to the filing of the foregoing motion to file memorandum in excess of page limit.

                Respectfully submitted:

                **FEMA TRAILER FORMALDEHYDE**
                **PRODUCT LIABILITY LITIGATION**

                BY:    s/Gerald E. Meunier
                       GERALD E. MEUNIER, #9471
                       **PLAINTIFFS' CO-LIAISON COUNSEL**
                       Gainsburgh, Benjamin, David, Meunier &
                       Warshauer, L.L.C.
                       2800 Energy Centre, 1100 Poydras Street
                       New Orleans, Louisiana 70163
                       Telephone:   504/522-2304
                       Facsimile:   504/528-9973
                       gmeunier@gainsben.com

                       s/Justin I. Woods
                       JUSTIN I. WOODS, #24713
                       **PLAINTIFFS' CO-LIAISON COUNSEL**
                       Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471