UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 07-1873  SECTION "N-5"  JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * | MAG. ALMA L. CHASEZ |

\* \* \* \* \* \* \* \*

**JOINT RECORD DESIGNATIONS FOR
FIFTH CIRCUIT APPELLATE REVIEW**

NOW INTO COURT, through undersigned counsel, come The Manufacturing Defendants Liaison Counsel and Plaintiffs Steering Committee, who submit the following record designations pursuant to direction from the Court of Appeals for the Fifth Circuit dated September 18, 2009.

1.  Case No.: 2:07-MD-1873, Doc #1936 - Opposition to Motion to Certify Preemption Order for Interlocutory Review;

2.  Member Case No. 08-4630, Doc #1 - Complaint in *Laney et al v. USA*;

3.  Member Case No. 08-5031, Doc #1 - Complaint *Bauer v. Liberty Homes*, et al;

4.  Member Case No. 08-3602, Doc - #1 - Complaint in *Johnson v. USA, et al*;

5.  Member Case No. 08-4629, Doc - #1 - Complaint *Babin v. Cavalier Home Builders, et al*;

6.  Case No. 2:07-MD-1873 - Doc - #4906 - Transcript of July 23, 2008 oral argument of Gerald E. Meunier;

7.  Case No. 2:07-MD-1873 - Doc #717  - District Court's October 3, 2008 Order;

8.  Case No. 2:07-MD-1873 - Doc. #'s 1192, 1192-3, 1192-4 and 1192-5  - Memorandum in Support of Defendants' Motion to Dismiss based on Preemption and attached exhibits;

9. Case No. 2:07-MD-1873 - Doc. #1333 – Defendants' Reply Brief regarding Preemption;

10. Case No. 2:07-MD-1873 - Doc. #4486 - Amended Master Complaint;

11. Member Case No.: 07-5709 - Doc. #1 and #5, *Pujol, et al v. Pilgrim International, Inc., et al*;

12. Case No.: 07-MD-1873, Doc. #109 – Administrative Master Complaint

13. Case No.: 07-MD-1873, Doc. #378 – First Supplemental and amended Complaint in *Pujol v. The United States of America,* No. 083217

14. Case No.: 07-MD-1873, Doc. #379 – First Supplemental and Amended Master Complaint

15. Case No.: 07-MD-1873, Doc. #721 – Second Supplemental and Amended Complaint in *Pujol v. The United States of America,* No. 083217

16. Case No.:07-MD-1873, Doc. #722 – Second Supplemental and Amended Master Complaint

17. Case No.:07-MD-1873, Doc. #781 – American Homestar Defendants' Rule 12(b)(6) Motion to Dismiss (Pre-Emption)

18. Case No.:07-MD-1873, Doc. #886 – Memorandum in Opposition to American Homestar Defendants' Rule 12(b)(6) Motion to Dismiss (Pre-Emption)

19. Case No.:07-MD-1873, Doc. #1192 – Manufacturing Housing Defendants' Joint Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption

20. Case No.:07-MD-1873, Doc. #1256 – Second Amended Complaint for Damages in *Joseph M. Pujol, et al v. Pilgrim International, et al*, No. 07-5709

21. Case No.:07-MD-1873, Doc. #1304 – PSC Memorandum in Opposition to Manufactured Housing Defendants' Rule 12(b)(6) Motion to Dismiss

22. Case No.:07-MD-1873, Doc. #1333 – Reply Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption Filed by the Manufactured Housing Defendants

23. Case No.:07-MD-1873, Doc. #1629 – Order and Reasons

24. Case No.:07-MD-1873, Doc. #1813 – PSC's Motion to Certify for Interlocutory Review Pursuant to 28 U.S.C. §1292(b) the Court's May 29, 2009 Order Dismissing Plaintiffs' Claims Based on Federal Preemption.

Respectfully Submitted:

s/Stephanie D. Skinner
Stephanie D. Skinner (La. Bar 21100)
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600

- and -

Edward A. "Ted" Hosp (ASB-3199-h31e)
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Attorneys for Manufacturing Defendants
Liaison Counsel

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record who are not CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713