A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Oct 08, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT -8 AM 11:32

LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 22, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-14)**

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 269 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 08, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                          MDL No. 1873

### SCHEDULE CTO-14 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 09-392 | Bonnie Sprinkle v. TL Industries, Inc., et al. | **09-6698** |
| ALS 1 09-468 | Joesph M. Bonnvillian, et al. v. American Camper Manufacturing, LLC, et al. | **09-6699** |
| **LOUISIANA MIDDLE** | | |
| LAM 3 09-667 | Willie Wilson v. Gulf Stream Coach, Inc., et al. | **09-6700** |
| LAM 3 09-751 | Patricia Avery, et al. v. Jayco, Inc., et al. | **09-6701** |
| LAM 3 09-752 | Daralyn Hulbert v. Cavalier Home Builders, LLC, et al. | **09-6702** |
| LAM 3 09-753 | Maxine Ellis v. American International Specialty Lines Insurance Co., et al. | **09-6703** |
| LAM 3 09-754 | Isaiah Chatman, et al. v. Forest River, Inc., et al. | **09-6704** |
| **LOUISIANA WESTERN** | | |
| LAW 1 09-1348 | Cassandra Banks, et al. v. Recreation By Design, LLC, et al. | **09-6705** |
| LAW 2 09-946 | Scott Darrell Boudreaux, et al. v. Horton Homes, Inc., et al. | **09-6707** |
| LAW 2 09-1311 | Dorothy Thomas, etc. v. TL Industries, Inc., et al. | **09-6708** |
| LAW 2 09-1317 | Lois Ann Adams, et al. v. Frontier RV, Inc., et al. | **09-6711** |
| LAW 2 09-1327 | Melissa Stewart v. Alliance Homes, Inc., et al. | **09-6712** |
| LAW 3 09-1281 | Branden Karcher v. Horton Homes, Inc., et al. | **09-6713** |
| LAW 6 09-1289 | Lorraine Surtain v. Recreation By Design, LLC, et al. | **09-6714** |
| LAW 6 09-1374 | Ronald Pittman v. Frontier RV, Inc., et al. | **09-6715** |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 09-513 | Garland Baynes, et al. v. Recreation By Design, LLC, et al. | **09-6716** |
| MSS 1 09-527 | Diane Alice Chalaire, et al. v. Forest River, Inc., et al. | **09-6717** |
| MSS 1 09-554 | Dale Lusich, et al. v. Bechtel National, Inc., et al. | **09-6718** |
| MSS 1 09-584 | Zabrina Smith, et al. v. Frontier RV, Inc., et al. | **09-6719** |
| MSS 1 09-596 | David Hill, et al. v. Horton Homes, Inc., et al. | **09-6720** |
| MSS 1 09-655 | Leslie Kujawa, et al. v. The United States of America | **09-6721** |
| MSS 1 09-656 | Anthony Bartel, et al. v. The United States of America | **09-6722** |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California<br><br>David G. Trager<br>United States District Court<br>Eastern District of New York | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:        [202] 502-2888<br>http://www.jpml.uscourts.gov |

October 8, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-14)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 22, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature] Tanisha Spinner
Tanisha Spinner
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:  Transferee Judge: Judge Kurt D. Engelhardt

JPML Form 36A

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                          MDL No. 1873

## INVOLVED COUNSEL LIST (CTO-14)

Roberta L. Burns
LAW OFFICES OF SIDNEY D TORRES III
8301 West Judge Perez Drive
Suite 303
Chalmette, LA 70043

Jim S. Hall
JIM S HALL & ASSOCIATES
800 N. Causeway Blvd.
Suite 100
Metairie, LA 70001

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL
    & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
MEUNIER    & WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519

MaryAnna Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427

Ronnie G. Penton
LAW OFFICES OF RONNIE G PENTON
209 Hoppen Place
Bogalusa, LA 70427

Ronnie Glynn Penton
LAW OFFICES OF RONNIE G PENTON
2250 Gause Boulevard East
Suite 310
Slidell, LA 70458

Dennis C. Sweet, III
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, MS 39201

Catherine N. Thigpen
BAKER DONELSON BEARMAN CALDWELL
    & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Daniel D. Ware
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Road
Suite 100
Jackson, MS 39216

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER
    & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                              MDL No. 1873

## INVOLVED JUDGES LIST (CTO-14)

Hon. Sonja Faye Bivins
U.S Magistrate Judge
308 John A. Campbell United States Courthouse
113 St. Joseph Street
Mobile, AL 33602

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Robert G. James
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 3107
Monroe, LA 71210-3107

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S. Courthouse
  & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S. Courthouse
  & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                MDL No. 1873

## INVOLVED CLERKS LIST (CTO-14)

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Tony R. Moore, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Tony R. Moore, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501