UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES
*Diana Bell, et al versus Keystone RV Company, et al*
Docket No. 09-2967
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITHOUT PREJUDICE THE CLAIMS OF RAYMOND BELL, III

**MAY IT PLEASE THE COURT:**

Raymond Bell, III respectfully requests that this Honorable Court dismiss his claims, without

prejudice, against defendants Keystone RV Company, Shaw Environmental, Inc., and The United

States of America / FEMA, for the following reasons:

After notifying Mr. Bell that the Court instructed that he serve as bellwether plaintiff for the

trial scheduled to begin on January 11, 2010, undersigned counsel was informed by Mr. Bell of

certain limitations that would prove difficult to resolve in order for him to participate in a trial on

such short notice.  Mr. Bell's primary limitation is his current work schedule.  Mr. Bell will be

unable to take the amount of leave necessary (two weeks) to participate in a trial so soon. While the

Court in its Order and Reasons of October 1, 2009 (DOC No. 4370) suggested that it would instruct

jurors selected to serve on the January 11, 2010 jury that Mr. Bell would not be able to attend each

day of his trial due to his personal obligations, Mr. Bell and his counsel believe that his absences,

even if, explained by the Court, would be prejudicial to his case.  It would appear difficult, if not

impossible, to explain to a juror that Mr. Bell cannot attend his own trial for the entire two-week period, even as that same juror would be obliged to rearrange his or her own schedule to attend the trial each day.

Attached as Exhibit 1 is an affidavit completed by Raymond Bell, III which details the circumstances making his trial plaintiff appearance starting on January 11, 2010, a hardship for him.

The defendants have suggested that significant time has already been expended on preparation of taking the Bell ehu occupants to trial, and therefore may propose to substitute Raymond Bell, Jr. as a bellwether plaintiff in the place of Raymond Bell, III for the January 11, 2010 trial. However, this Court is fully aware of the problems involved in selecting Raymond Bell, Jr. as the bellwether plaintiff. This claimant is unemployed and actually seeking a new job. To require him to participate in a two-week trial on such short notice likewise presents a personal hardship.

Exhibit 2 attached to this memorandum is an affidavit of Raymond Bell, Jr. reiterating these circumstances.

If this were not an MDL and both Raymond Bell, Jr. and Raymond Bell, III were called upon to have their cases tried over a two-week period starting only three months from now, a request for deferred scheduling on their behalf would not be unexpected. The fact that the attorneys herein have been readying themselves for months to try a case on January 11 of next year, while a source of frustration, should not obscure the fact that these claimants are being asked to make what is for them an important re-arrangement of their affairs on extremely short notice.

For the foregoing reasons, Raymond Bell, III respectfully requests that this Honorable Court dismiss, without prejudice, his claims against defendants Keystone RV Company, Shaw Environmental, Inc., and The United States of America / FEMA, allowing him the opportunity to

re-urge a complaint at a later date.  Undersigned counsel has concluded that only such a dismissal

without prejudice will preserve this claimant's legal remedy while relieving him of the burden of

participating in a trial on such short notice that it would be a hardship for him to do so.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:    504/522-2304
         Facsimile:    504/528-9973
         gmeunier@gainsben.com

         s/Justin I. Woods
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:    504/522-2304
         Facsimile:    504/528-9973
         jwoods@gainsben.com

         **COURT-APPOINTED PLAINTIFFS'
         STEERING COMMITTEE**
         ANTHONY BUZBEE, Texas # 24001820
         ROBERT M. BECNEL, #14072
         RAUL BENCOMO, #2932
         FRANK D'AMICO, JR., #17519
         MATT MORELAND, #24567
         LINDA NELSON, #9938
         DENNIS REICH, Texas #16739600
         MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713