UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Bell, et al versus Keystone RV, et al, 09-2967*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF RAYMOND BELL, III

**PARISH OF ORLEANS**

**STATE OF LOUISIANA**

BEFORE ME, the undersigned authority, personally came and appeared:

**RAYMOND BELL, III**

who, after being first duly sworn, did depose and state:

That in support of his motion to dismiss his claims without prejudice against defendants in the above referenced matter, he submits the following:

1. I will be unable to take the amount of leave necessary (two weeks) to participate in a trial on such short notice. I became aware of the Court's decision to select me as a bellwether plaintiff for a trial to begin on January 11, 2010 on or about September 22, 2009;

2. I am the main source of support for my two-year old daughter. In order to participate in a two-week trial, I will have to forego income during that period and doing such will negatively impact my ability to meet my obligations as a parent;

3. I am currently a student at Delgado Community College. Courses for the Spring 2010 semester will begin during the scheduled trial period of January 11, 2010. To participate in a trial scheduled for two-weeks will require me to miss classes at the beginning of the semester.

_____
RAYMOND BELL, III

SWORN TO AND SUBSCRIBED before me, this ___9___ day of ___October___, 2009.

_____
NOTARY PUBLIC

DAVID V. McLENDON
NOTARY PUBLIC
State of Louisiana, Bar Roll # 29626
My Commission is for life.