# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Bell, et al versus Keystone RV, et al, 09-2967*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF RAYMOND BELL, JR.

PARISH OF ORLEANS

STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

### RAYMOND BELL, JR.

who, after being first duly sworn, did depose and state:

I have been unemployed since April of 2009, after being laid off by an employer for whom I worked for a period of thirty-four years. I am currently seeking other employment. If I am fortunate enough to find other employment in the near future, I would be unable to participate in a two-week trial, if I were chosen as a bellwether replacement, trying my individual claims against the defendants in this matter on short notice. Further, if I were chosen to be a bellwether plaintiff for a trial beginning on January 11, 2010, that would severely hamper my job search in that I will be forced to disclose to potential employers that I would require an almost immediate leave from my position. It is my belief that such disclosure would be negatively evaluated in a potential hiring decision.

RAYMOND BELL, III

SWORN TO AND SUBSCRIBED before me,
this _12th_ day of _October_____, 2009.

_____
NOTARY PUBLIC

DAVID V. McLENDON
NOTARY PUBLIC
State of Louisiana, Bar Roll # 29626
My Commission is for life.