UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES
*Diana Bell, et al versus Keystone RV Company, et al*
Docket No. 09-2967
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing,

IT IS ORDERED THAT the claims of Raymond Bell, III are hereby dismissed, without prejudice, against defendants, Keystone RV Company, Shaw Environmental, Inc., and the United States of America / FEMA.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE