# UNITED STATES DISTRICT COURT
for the

_EASTERN District of _LOUISIANA

| | | |
|---|---|---|
| DENISE CARTER, ET AL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-4332** |
| SUNRAY RV, LLC, ET AL | ) | |
| Defendant | ) | |

Summons in a Civil Action

**RETURN**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*
Sunray RV, LLC
Through its agent for service of Process
Alan Neely
405 South Broad St.
New Tazewell, TN 37825

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: __June 30, 2009__    _____*Renee Reado***_____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

UNITED STATES POSTAL SERVICE
KNOXVILLE TN 379

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4332 Carter

200

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunray RV LLC
c/o Alan Neely
405 South Broad
New Tazewell, TN
37825

2. Article Number
(Transfer from service label)
7008 0500 0001 9500 1079

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Amy Clonce    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Amy Clonce

C. Date of Delivery
8/14/09

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes