AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

_EASTERN District of _LOUISIANA

| | | |
|---|---|---|
| DENISE CARTER, ET AL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-4332** |
| SUNRAY RV, LLC, ET AL | ) | **SECT. N MAG. 5** |
| Defendant | ) | |

**RETURN**

Summons in a Civil Action

To: *(Defendant's name and address)*
CH2M Hill Constructors
Through its agent for service of Process
1675 Broadway, Suite 1200
Denver, CO 80202

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date:  June 30, 2009

*Renee Radosta*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

Date: _____

                                                          _____
                                                                          Server's signature

                                                          _____
                                                                          Printed name and title

                                                          _____
                                                                            Server's address

UNITED STATES POSTAL SERVICE

*Pamela Hyde*

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4332 *Carter*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CH2M Hill Constructors
    1675 Broadway
    Suite 1200
    Denver CO 80202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   CT Corporation System
   1675 Broadway, Ste 1200
   Denver, CO 80202

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 0500 0001 9500 1062

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540