# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IRMA DUPLESSIS ET AL | ) |
| **Plaintiff** | ) |
| v. | ) |
| FOREST RIVER, INC., ET AL | ) |
| **Defendant** | ) |
| | ) |
| | ) |
| | ) |

Civil Action No. 2:09-cv-4009

## Summons in a Civil Action

To: *(Defendant's name and address)*

> Forest River, Inc.
> Through its registered agent for service:
> J. Richard Ransel
> 228 W. High St.
> Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Lawrence J. Centola, Jr.
> 600 Carondelet St. Ste. 602
> New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Deputy clerk's signature*

Date: _____ **Sep 25 2009**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  <u>Forest River, Inc.</u>_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)*  <u>by certified mail</u>_____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>_____

Server's signature

Printed name and title  <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address  <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

**_CERTIFIED MAIL: 7009 0080 0000 1994 8795_**

J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

      Re:    *Irma Duplessis, et al. v Forest River, Inc., et al.*
              EDLA, Case No: 09-4009

Dear Sir/Madam

Please accept service on behalf of Forest River Inc.

      Very truly yours,

      Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)   C. Date of Deliver
                                 10/2/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandis
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
(Transfer from service label)    7009 0080 0000 1994 8795

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-15



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7009 0080 0000 1994 8795

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Forest River, Inc.
Through its agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

PS Form 3800, August 2006          See Reverse for Instructions