# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA


RETURN

| | |
|---|---|
| ANNIE FERRARA, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-3894 |
| GULF STREAM COACH, INC., ET AL. ) | |
| Defendant ) | |
| ) | |
| ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Gulf Stream Coach, Inc.
Through its registered agent for service:
Kenneth C. Brinker
503 South Oakland Ave.
Nappannee, IN 46550

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court: Loretta G. Whyte

Deputy clerk's signature: *B. Gregory*

Date: Sep 25 2009

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  Gulf Stream Coach, Inc. ,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  by certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title  Lawrence J. Centola, Jr. Attorney

Server's address  600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 4662</u>**

Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

      Re:   *Annie Ferrara, et al, v Gulf Stream Coach, Inc., et al.*
             EDLA, Case No: 09-3894

Dear Sir/Madam

Please accept service on behalf of Gulf Stream Coach.

                               Very truly yours,

                               Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gulf Stream Coach, Inc.
   Through its Agent for Service of Process
   Kenneth C. Brinker
   503 South Oakland Ave.
   Nappannee, IN 46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Chester Myrick_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 2250 0001 3450 4662

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7009 2250 0001 3450 4662

Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland Ave.
Nappannee, IN 46550

PS Form 3800, August 2006    See Reverse for Instructions