# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



AUDREY ALEXANDER OBO MILTON VAULTZ, ET AL.
Plaintiff
v.
HEARTLAND RECREATIONAL VEHICLES, LLC.
Defendant

Civil Action No. 2:09-cv-3903

## Summons in a Civil Action

To: *(Defendant's name and address)*

Heartland Recreational Vehicles, LLC
Through its registered agent for service:
Brian R. Brady
1001 All Pro Dr.
Elkhart, IN 46514

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __heartland Recreational Vehicles, LLC__ by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) __by certified mail__ _____ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __7 October, 2009__

Server's signature

Printed name and title __Lawrence J. Centola, Jr. Attorney__

Server's address __600 Carondelet St., Suite 602, New Orleans, LA 70130__

September 23, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 4853</u>**

Brian R. Brady
1001 All Pro Dr.
Elkhart , IN  46514

      Re:    *Audrey Alexander on behalf of Milton Vaultz, et al. v Heartland Recreational Vehicles, LLC, et al.* EDLA, Case No: 09-3903

Dear Sir/Madam

Please accept service on behalf of Heartland Recreational Vehicles LLC.

                                        Very truly yours,

                                        Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Heartland Recreational Vehicles, LLC
   Through its Agent for Service of Process
   Brian R. Brady
   1001 All Pro Dr.
   Elkhart, IN 46514

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jan Johnson
C. Date of Delivery: 10/2/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 4853

PS Form 3811, February 2004    Domestic Return Receipt    3903    102595-02-M-15

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here — SEP 29, 2009, NEW ORLEANS LA 70113-9618

Sent To:
Heartland Recreational Vehicles, LLC
Through its Agent for Service of Process
Brian R. Brady
1001 All Pro Dr. Elkhart, IN 46514

7009 2250 0001 3450 4853