# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA


RETURN

| DENISE STEVENSON, ET AL. | )|
|---|---|
| Plaintiff | ) |
| v. | ) |
| HORTON HOMES, INC. | ) |
| Defendant | ) |

Civil Action No. 2:09-cv-4036

## Summons in a Civil Action

To: *(Defendant's name and address)*

Horton Homes, Inc.
Through its Agent for Service of Process:
Steve M. Sinclair
557 Milledgeville Road
Eatonton, GA 31024

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court: Loretta G. Whyte

Deputy clerk's signature

Date: **Sep 28 2009**

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Horton Homes, Inc.__ ,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: __7 October, 2009__

Server's signature

Printed name and title __Lawrence J. Centola, Jr. Attorney__

Server's address __600 Carondelet St., Suite 602, New Orleans, LA 70130__

September 23, 2009

***CERTIFIED MAIL: 7009 2250 0001 3450 4525*** 

Steve M. Sinclair
557 Milledgeville Road
Eatonton, GA 31024

      Re:   *Denise Stevenson, et al. v Horton Homes, Inc.*
              EDLA, Case No: 09-4036

Dear Sir/Madam

Please accept service on behalf of Horton Homes, Inc.

                                              Very truly yours,

                                              Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _/s/ Steve Sinclair_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Steve Sinclair
C. Date of Delivery: 10/3/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Horton Homes, Inc.
   Through its Agent for Service of Process
   Steve M. Sinclair
   557 Milledgeville Road
   Eatonton, GA 31024

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 4525

PS Form 3811, February 2004   Domestic Return Receipt   4036   102595-02-M-1540



**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To
Horton Homes, Inc.
Through its Agent for Service of Process
Steve M. Sinclair
557 Milledgeville Road
Eatonton, GA 31024

7009 2250 0001 3450 4525