# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

BETTY ALEXANDER, ET AL.
Plaintiff
v.
JAYCO, INC.
Defendant

Civil Action No. 2:09-cv-3908

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Jayco, Inc.
Through its registered agent for service:
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court
Loretta G. Whyte

*B. Gregory*
Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Jayco, Inc._____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) __by certified mail_____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**<u>CERTIFIED MAIL: 7008 2810 0000 2334 5663</u>**

Glenn E. Killoren
121 W. Franklin Street
Elkhart, IN 46516

      Re:    *Betty Alexander, et al. v Jayco Inc.*
                EDLA, Case No: 09-3908

Dear Sir/Madam

Please accept service on behalf of Jayco, Inc.

                                  Very truly yours,

                                  Lawrence J. Centola Jr.

LC:jld
See Enclosures

