# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

| DENANER WILLIAMS, ET AL. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) |
| JAYCO, INC. | ) |
| Defendant | ) |

Civil Action No. 2:09-cv-3917

## Summons in a Civil Action

To: *(Defendant's name and address)*

Jayco, Inc.
Through its registered agent for service:
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Jayco, Inc. _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**_CERTIFIED MAIL: 7009 0080 0000 1994 7828_**

Glenn E. Killoren
121 W. Franklin Street
Elkhart, IN 46516

      Re:    *Denaner Williams, et al. v Jayco Inc.*
              EDLA, Case No: 09-3917

Dear Sir/Madam

Please accept service on behalf of Jayco, Inc.

                                  Very truly yours,

                                  Lawrence J. Centola Jr.

LC:jld
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Leonard_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Leonard                          10/02/09 |
| 1. Article Addressed to:<br><br>Jayco, Inc.<br>Through its Agent for Service of Process<br>Glenn E. Killoren<br>121 W. Franklin Street<br>Elkhart, IN 46516 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 0080 0000 1994 7828 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Article Number: 7009 0080 0000 1994 7828

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark: NEW ORLEANS, LA, SEP 29, 2009

Sent To:
Jayco, Inc.
Through its Agent for Service of Process
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

PS Form 3800, August 2006