# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

| KEITH NUNNERY, ET AL. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:09-cv-3871 |
| KEYSTONE INDUSTRIES, INC., ET AL. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Keystone RV Company
Through its registered agent for service:
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 25 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Keystone RV Company., by:

(1) personally delivering a copy of each to the individual at this place, ____________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ____________________; or

(4) returning the summons unexecuted to the court clerk on ________; or

(5) other *(specify)* by certified mail.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

Date: 7 October, 2009

Server's signature ____________________

Printed name and title: Lawrence J. Centola, Jr. Attorney

Server's address: 600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

***CERTIFIED MAIL: 7009 2250 0001 3449 8305***

David G Thomas
2642 Hackberry Drive
Goshen, IN 46526

Re: *Keith Nunnery, et al. v Keystone Industries, Inc., et al.*
EDLA, Case No: 09-3871

Dear Sir/Madam

Please accept service on behalf of Keystone RV Co.

Very truly yours,

Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keystone RV Company
Through its Agent for Service of Process
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Lori Debbie

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPS IN 46526 OCT - 2 2009 GOSHEN

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number (*Transfer from service label*) 7009 2250 0001 3449 8305

PS Form 3811, February 2004 Domestic Return Receipt 3871 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7009 2250 0001 3449 8305

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

USPS 70113-9610 NEW ORLEANS, LA MOWS SEP 29 '09

Sent To
Keystone RV Company
Through its Agent for Service of Process
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

PS Form 3800, August 2006 See Reverse for Instructions