AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Blanca Alvarado, et al. )
Plaintiff )
v. ) Civil Action No. 09-4105
Keystone Industries, Inc. )
Defendant )

SECT. N MAG. 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Keystone Industries, Inc.
through its agent for service:
H.B. Green
6801 Lake Plaza Drive
Indianapolis, Indiana 46220

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Frank J. D'Amico, Jr., APLC**
**622 Baronne Street**
**New Orleans, LA 70113**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: JUN 1 6 2009

*Renee Redosto*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

❧ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) certified mail _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 9/21/09

_____
Server's signature

Aaron Ahlquist, attorney for Plaintiff
Printed name and title

Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☒ Agent  ☒ Addressee<br>B. Received by (Printed Name): Sue McPhen<br>C. Date of Delivery |
| 1. Article Addressed to:<br>Keystone RV Company<br>Through agent of service<br>David Thomas<br>2642 Hackberry Dr.<br>Goshen, IN 46526 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from ser: 7009 1680 0001 8696 7613 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE
21 SEP 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA  70113

FEMA - 6/15/09 - 2nd attempt