# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA


RETURN

| ISRAEL SIDNEY, JR., ET AL. | )
| Plaintiff | )
| v. | ) Civil Action No. 2:09-cv-3983
| FLUOR ENTERPRISES, INC., ET AL. | )
| Defendant | )

## Summons in a Civil Action

To: *(Defendant's name and address)*

Liberty Mutual Insurance Corporation
Through its registered agent for service:
Corporation Service Company
320 Somerulos St.
Baton Rouge, La 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Liberty Mutual Insurance Corp</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title  <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address  <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

***CERTIFIED MAIL: 7008 3230 0001 4497 1885*__**

Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

      Re:   *Israel Sidney, Jr., et al. v Fluor Enterprises, Inc., et al.*
             EDLA, Case No: 09-3983

Dear Sir/Madam

    Please accept service on behalf of Liberty Mutual Insurance Corp.

                                 Very truly yours,

                                 Lawrence J. Centola Jr.

LC:tjb
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Michalyn Davis   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Liberty Mutual Insurance Corporation<br>Through its Registered Agent for Service<br>Corporation Service Company<br>320 Somerulos St.<br>Baton Rouge, LA 70802-6129 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>SEP 30 2009<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 3230 0001 4497 1885 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7008 3230 0001 4497 1885

Liberty Mutual Insurance Corporation
Through is Agent for Service of Process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

PS Form 3800, August 2006        See Reverse for Instructions