AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Annie Mae Anderson, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-2930 |
| Keystone Industries, Inc., et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

SECT. N MAG. 5

To: *(Defendant's name and address)*

Keystone Industries, Inc.
through its agent for service:
H.B. Green 6801 Lake Plaza Drive
Indianapolis, Indiana 46220

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: 3/4/09

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on 10/13/09 ; or

(5) other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 10/13/09

Server's signature

Aaron Ahlquist, plaintiff attorney
Printed name and title

622 Baronne Street
New Orleans, LA 70113
Server's address

UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Frank J. D'Amico, Jr., APLC
622 Baronne Street, 2nd Floor
New Orleans, LA 70113

ATTN: FEMA - 3/11/09

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keystone Industries, Inc.
Through its agent for suc.
H.B. Green 6801 Lake Plaza
Indianapolis, IN
46220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label) 7007 1490 0003 3193 8230

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540