# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD TRASK, ET AL | ) |
| Plaintiff | ) |
| v. | ) |
| FLUOR ENTERPRISES, INC. | ) Civil Action No. 2:09-cv-4039 |
| Defendant | ) |
| | ) |
| | ) |

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Liberty Mutual Insurance Corporation
Through its registered agent for service:
Corporation Service Company
320 Somerulos St.
Baton Rouge, La 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

_____
Name of clerk of court

Sep 25 2009                                              _____
                                                         Deputy clerk's signature

Date: _____

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Liberty Mutual Insurance Corporation</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>by certified mail</u> _____ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title  <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address  <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9763</u>**

Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

   Re: *Donald Trask., et al. v Fluor Enterprises, Inc., et al.*
     EDLA, Case No: 09-4039

Dear Sir/Madam

  Please accept service on behalf of Liberty Mutual Insurance Corp.

          Very truly yours,

          Lawrence J. Centola Jr.

LC:tjb
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ashley Hal_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
ASHLEY FALCON

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

-2 2009

1. Article Addressed to:

**Liberty Mutual Insurance Corporation**
Through its Registered Agent for Service
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 1680 0001 8687 9763

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7009 1680 0001 8687 9763

Postmark Here — New Orleans, LA — OCT 7 2009

Liberty Mutual Insurance Corporation
Through is Agent for Service of Process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

PS Form 3800, August 2006   See Reverse for Instructions