# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF LOUISIANA

**RETURN**

PHILIP BELCHER ET AL )
Plaintiff )
v. )   Civil Action No. 2:09-cv-4003
VANGUARD INDUSTRIES OF MICHIGAN, INC. A/K/A PALOMINO )
RV, ET AL )
Defendant )
)

## Summons in a Civil Action

To: *(Defendant's name and address)*

Vanguard Industries of Michigan, Inc. a/k/a Palomino RV
Through its registered agent for service:
Scott A. Day
31450 M-86
West Colon, MI 49040

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: _____ Sep 25 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Vanguard Industries of Michigan, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**CERTIFIED MAIL: 7008 3230 0001 4497 3957**

Scott A. Day
31450 M-86 West
Colon, MI 49040

      Re:   *Phillip Belcher, et al. v Vanguard Industries of Michigan, Inc. a/k/a Palomino RV.*  EDLA, Case No: 09-4003

Dear Sir/Madam

Please accept service on behalf of Vanguard Industries of Michigan Inc.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC: jld
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _RoseMary Yoder_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name) RoseMary Yoder   C. Date of Delivery 10-01-09 |
| 1. Article Addressed to:<br><br>Vanguard Industries of Michigan, Inc.<br>a/k/a Palomino RV<br>Through its Agent for Service of Process<br>Scott A. Day<br>31450 M-86<br>West Colon, MI 49040 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 3230 0001 4497 3957 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-154 |



U.S. Postal Service  
**CERTIFIED MAIL RECEIPT**  
*(Domestic Mail Only; No Insurance Coverage Provided)*  
For delivery information visit our website at www.usps.com

OFFICIAL USE

7008 3230 0001 4497 3957

Vanguard Industries of Michigan, Inc. a/k/a Palomino RV  
Through its agent for Service of Process  
Scott A. Day  
31450 M-86  
West Colon, MI 49040

PS Form 3800, August 2006   See Reverse for Instructions