AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
_EASTERN District of _LOUISIANA

| | |
|---|---|
| SHANNON DAVENPORT, ET AL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-4339 SECT. N MAG. 5 |
| RIVER BIRCH HOMES, INC., ET AL | ) |
| Defendant | ) |

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Fluor Enterprises, Inc. %o Corporation Service Co
~~2500 Atlantic Blvd.~~  320 Somerules St.
~~Los Angeles, CA 90040~~  B.R. LA 70802-6129

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

*Renee Radosta*
Deputy clerk's signature

Date: June 30, 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

≈ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

  (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  (5) other (specify) _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_\_\_0.00\_\_\_\_ .

Date: _____  _____
                                                    Server's signature

                                             _____
                                                    Printed name and title

                                             _____
                                                    Server's address

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4339 Davenport
Formaldehyde

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lexon Enterprises
c/o Corp Service Co
320 Somerulos St.
B.R. LA 70802-6129
320

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ Boudreaux _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Julie Cole

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 1140 0003 1874 1454

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540