# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

ANNELLE DICKERSON OBO TERRELLE DICKERSON, ET AL.
Plaintiff
v.
FLUOR ENTERPRISES, INC., ET AL.
Defendant

**RETURN**

Civil Action No. 2:09-cv-3873

## Summons in a Civil Action

To: *(Defendant's name and address)*

American International Group
Through its registered agent for service:
Secretary of State -- Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804-9125

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: Sep 25 2009

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>American International Group, Inc.</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title   <u>Lawrence J. Centola, Jr.</u> Attorney

Server's address   <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9947</u>**

United States Corporation Company
2711 Centerville Rd
Suite 400
Wilmington, DE 19808

      Re:    *Annelle Dickerson o/b/o Terrelle Dickerson, et al. v Fluor Enterprises, Inc.*
              EDLA, Case No: 09-3873

Dear Sir/Madam

    Please accept service on behalf of American International Group Inc.

                                    Very truly yours,

                                    Lawrence J. Centola Jr.

LC:jdc
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent  □ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>American International Group, Inc.<br>Through Its Registered Agent for Service:<br>United States Corporation Company<br>2711 Centerville Rd. Suite 400<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? □ Yes<br>   If YES, enter delivery address below: □ No<br><br>OCT 05 2009<br><br>3. Service Type<br>□ Certified Mail  □ Express Mail<br>□ Registered     □ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (Extra Fee) □ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 1680 0001 8687 9947 |

PS Form 3811, February 2004    Domestic Return Receipt    3873    102595-02-M-154

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — MOWS NEW ORLEANS, LA

7009 1680 0001 8687 9947

Sent To
American International Group, Inc.
Through Its Registered Agent for Service:
United States Corporation Company
2711 Centerville Rd. Suite 400  Wilmington, DE 19808

PS Form 3800, August 2006    See Reverse for Instructions