
# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



**RETURN**

| | |
|---|---|
| ROY C. SMITH, ET AL. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09-cv-3883 |
| CH2M HILL CONSTRUCTORS, INC., ET AL. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

    American International Group
    Through its registered agent for service:
    Secretary of State -- Legal Services Section
    P.O. Box 94125
    Baton Rouge, LA 70804-9125

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Lawrence J. Centola, Jr.
    600 Carondelet St. Ste. 602
    New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: **Sep 25 2009**

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on American International Group, Inc., by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr.  Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**_CERTIFIED MAIL: 7009 1680 0001 8687 9534_**

United States Corporation Company
2711 Centerville Rd
Suite 400
Wilmington, DE 19808

      Re:   *Roy C. Smith, et al. v CH2M Hill Constructors, Inc., et al.*
             EDLA, Case No: 09-3883

Dear Sir/Madam

    Please accept service on behalf of American International Group Inc.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   American International Group, Inc.
   Through Its Registered Agent for Service:
   United States Corporation Company
   2711 Centerville Rd. Suite 400
   Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Buckley Cough      ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   OCT 05 2009

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

   7009 1680 0001 8687 9534

PS Form 3811, February 2004    Domestic Return Receipt    3883    102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7009 1680 0001 8687 9534

Sent To
American International Group, Inc.
Through Its Registered Agent for Service:
United States Corporation Company
2711 Centerville Rd. Suite 400  Wilmington, DE 19808

PS Form 3800, August 2006                See Reverse for Instructions