UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Damon Daigre, Sr., et al. v. Giles Family Holdings, Inc., et al.*,
No. 09-3721

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE 41(a)(1)(a)(I)

Now into Court, through undersigned counsel, come plaintiffs referenced herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of **Giles Industries, Inc.** in that defendant's Motion for Summary Judgment and attached exhibits thereto (Rec. Doc. 3793), which sets forth that Giles Industries, Inc. did not manufacture EHU's sold to the United States but, rather, it purchased only the assets of a company which did manufacture EHU's sold to the United States, **Giles Industries of Tazewell, Incorporated, which is now known as Giles Family Holdings, Inc.**, hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of all claims against **Giles Industries, Inc.** asserted

1

within the above-referenced matters which have been consolidated into this MDL.

Undersigned counsel has conferred with counsel for Giles Industries, Inc. in connection with this matter and counsel for Giles Industries, Inc. concurs that the Notice of Dismissal renders as moot the pending Motion for Summary Judgment.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:      s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

    I hereby certify that on   the 13th day of October, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                              s/ Roberta L. Burns
                                                              ROBERTA L. BURNS