UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Damon Daigre, Sr., et al. v. Giles Family Holdings, Inc., et al.,*
No. 09-3721

### PLAINTIFFS' RESPONSE TO GILES INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

Now into Court, through undersigned counsel, come plaintiffs referenced herein who, in response to defendant Giles Industries, Inc.'s Motion for Summary Judgement (Rec. Doc. 3793), advise that the plaintiffs have filed a Notice of Voluntary Dismissal Without Prejudice pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, based upon the representations of **Giles Industries, Inc.** in its Motion for Summary Judgment and attached exhibits thereto that Giles Industries, Inc. did not manufacture EHU's sold to the United States but, rather, purchased only the assets of a company which did manufacture EHU's sold to the United States, **Giles Industries of Tazewell, Incorporated, which is now known as Giles Family Holdings, Inc.**.

1

Thus undersigned counsel has conferred with counsel for Giles Industries, Inc. in connection with this matter and counsel for Giles Industries, Inc. concurs that the Notice of Dismissal renders as moot the pending Motion for Summary Judgment.

>Respectfully submitted,
>
>LAW OFFICES OF SIDNEY D. TORRES, III,
>*A PROFESSIONAL LAW CORPORATION*
>
>By:      s/ Roberta L. Burns
>SIDNEY D. TORRES, III, La. Bar No. 12869
>ROBERTA L. BURNS, La. Bar No. 14945
>DAVID C. JARRELL, La. Bar No. 30907
>8301 West Judge Perez Drive, Suite 303
>Chalmette, LA 70043
>Telephone: (504) 271-8421
>Facsimile: (504) 271-1961
>**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

 s/ Roberta L. Burns
ROBERTA L. BURNS
