AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**RETURN**

| | | |
|---|---|---|
| Richard Williams et al | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   09-4551  Sec. "N" (5) |
| Stewart Park Homes, Inc. et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
    Shaw Environmental, Inc.
    Through its Agent for Service of Process
    CT Corporation
    5615 Corporate Boulevard , Suite 400B
    Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jim S. Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., Suite 100, Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:    **Sep 02 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

ₒ(Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on   9/29/09   ,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on   _____ ; or

(5) other (specify)   ___Certified  Mail_____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

Date:  10/12/09 .                          _QSHall_
                                              Server's signature

                              _Jim S. Hall, attorney for plaintiff_
                                        Printed name and title

                                        auseway Blvd., Suite 100
                                        etairie, LA 70001

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CT Corporation System      ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   9015 Corporate Blvd   9/29/09
   Suite 400B
   Baton Rouge, LA 70008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Shaw Environmental
c/o CT Corporation
9015 Corporate Blvd
Suite 400B
Baton Rouge, LA
70808.

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7008 2810 0002 4088 2590

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Server's address