# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

| Brenda Moses | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No.  09-4865 Sec. N, Mag. 5 |
| Keystone Industries, Inc., et al | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
CH2M Hill Constructors, Inc.
Through its Agent for Service of Process
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jim S. Hall, Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., #100
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Sep 08 2009

*(signature)*
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __9-18-09__,
by:

 (1) personally delivering a copy of each to the individual at this place, _____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____ ; or

 (4) returning the summons unexecuted to the court clerk on _____ ; or

 (5) other (specify) __Certified Mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: __9-24-09__

                 _JS Hall_
                 Server's signature

              _Jim S. Hall, Attorney for Plaintiff_
              Printed name and title

JIM S. HALL & ASSOCIATES, LLC
ATTORNEY AT LAW
___ Causeway Blvd, Ste 100
Metairie, LA 70001
   Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CH2M Hill Constructors, Inc.
Agent for Service of Process
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

2. Article Number (Transfer from service label)
7008 2810 0002 4088 1951

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: 5615 Corporate Blvd Suite 400B   ☐ Agent  ☐ Addressee
X _____
B. Received by (Printed Name)   C. Date of Delivery: 9/18/09
D. Is delivery address different from item 1? ☐ Yes
 If YES, enter delivery address below: ☒ No

3. Service Type
 ☒ Certified Mail   ☐ Express Mail
 ☐ Registered   ☒ Return Receipt for Merchandise
 ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes