# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHERITA BARTHOLEMEW, ET AL.<br>Plaintiff<br>v.<br>CAVALIER HOME BUILDERS, LLC, ET AL.<br>Defendant | )<br>)<br>)<br>)  Civil Action No. 2:09-cv-5533<br>)<br>)<br>) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Cavalier Homes Inc.
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Pk Dr.
Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

*B. Guegon*
Deputy clerk's signature

Date: SEP 2 9 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Cavalier Homes, Inc.__ , by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: __7 October, 2009__

Server's signature

Printed name and title __Lawrence J. Centola, Jr. Attorney__

Server's address __600 Carondelet St., Suite 602, New Orleans, LA 70130__

September 23, 2009

**CERTIFIED MAIL: 7008 3230 0001 4497 1038**

The Corporation Company
2000 Interstate Pk Dr.
Suite 204
Montgomery, AL 36109

      Re:   *Sherita Bartholemew, et al. v Cavalier Home Builders, LLC., et al.*
             EDLA, Case No: 09-5533

Dear Sir/Madam

Please accept service on behalf of Cavalier Homes Inc.

                                                       Very truly yours,

                                                       Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CH2M Hill Constructors, Inc.
    through its registered agent for service:
    CT Corporation System
    5615 Corporate Blvd., Ste. 400B
    Baton Rouge, Louisiana 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   CT Corporation System
   5615 Corporate Blvd.
   Suite 400B
   Baton Rouge, LA 70808

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7009 2250 0001 3450 4167

PS Form 3811, February 2004   Domestic Return Receipt   4057   102595-02-M-154

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7009 2250 0001 3450 4167

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
CH2M Hill Constructors, Inc.
through its registered agent for service:
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

PS Form 3800, August 2006