OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date:   October 7, 2009

**LESTER ADAMS, et al.**

vs.

**FLEETWOOD CANADA, et al.**

Case No. **09-4669**, Section **N(5)**

Dear Sir:

Please **(ISSUE)** (re-issue) summons on the (complaint) (amended complaint) **(COMPLAINT FOR DAMAGES** (third party complaint) (other :  _____ ) to the following:

1. The United States of America, through
the United States Attorney General:
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

2. The United States of America, through the
Office of U.S. Attorney for the EDLA, through:
Jim Letten, U.S. Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

3. Federal Emergency Management Agency
Through the Office of the Director
Administrator of FEMA
500 C Street S.W.
Washington, D.C. 20472

Very truly yours,

Roberta L. Burns (LSB #14945)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422/ FAX: (504) 271-1961
Email: rburns@torres-law.com