§ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
_EASTERN District of _LOUISIANA

**RETURN**

| | |
|---|---|
| YVONNE MITCHELL | ) |
| Plaintiff | ) |
| v. | ) |
| JAYCO ENTERPRISES, INC., ET AL | ) |
| Defendant | ) |

Civil Action No.   **09 - 4333**

**Summons in a Civil Action**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*
  Fluor Corporation
  Through its agent for service of process
  Charles Penot
  717 N. Harwood St., Suite 2400
  Dallas, TX

A lawsuit has been filed against you.

  Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

**LORETTA G. WHYTE**

Name of clerk of court

Date:   June 30, 2009

*Renee Radosta*

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00  .

Date: _____

                                          _____
                                                Server's signature

                                          _____
                                                Printed name and title

                                          _____
                                                Server's address

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Justin I. Woods**
**Gainsburgh, Benjamin, David**
**Meunier & Warshauer, L.L.C.**
**2800 Energy Centre-1100 Poydras**
**New Orleans, La. 70163-2800**

A9-4333  Mitchell
formaldehyde

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Fluor Corp
C/o Charles Ernst
717 N. Harwood
Suite 2400
Dallas TX 75201-
6524

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
                           ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
Chris Stewart   8/7/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
*(Transfer from service label)*   7008 0500 0001 9503 3582

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540