# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N (5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *All Cases Filed By Hurricane Legal Center, LLC* | |

## ORDER

**GOOD CAUSE APPEARING**, it is ordered that the plaintiffs' motion to withdraw the motion for order compelling United States to re-conduct trailer matching process and to allow plaintiffs leave to amend the complaints or, in the alternative, fashioning such other relief as the Court deems appropriate, is granted.

New Orleans, Louisiana, this __9th__ day of October 2009.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

  /s/ Paul Y. Lee
Paul Y. Lee

Paul Y. Lee, CA Bar #118981
Hurricane Legal Center, LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lee@kaplanleeoc.com