UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                     MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO
Case No. 09-3922

## ORDER

IT IS ORDERED that the **Motion to Withdraw Plaintiff's Motion for Leave to File Second Supplemental and amending Complaint for Damages (Rec. Doc. 4881)** is **GRANTED**.

IT IS FURTHER ORDERED that October 7, 2009 Order and Reasons (Rec. Doc. 4846) is **VACATED**.

IT IS FINALLY ORDERED that **Plaintiffs' Second Supplemental and Amending Complaint for Damages (Rec. Doc. 4847)** is hereby **STRICKEN** from the record.

New Orleans, Louisiana, this 9th day of October, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE