UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case Nos. 09-2977 and 07-9228

## ORDER AND REASONS

Before the Court is the Motion to Strike Defendant's Medical Expert Dr. H. James Wedner (Rec. Doc. 4303), filed by Plaintiffs Lyndon Wright and Elisha Dubuclet, individually and on behalf of her minor child Timia Dubuclet (collectively, "Plaintiffs"). In this motion, Plaintiffs contends that Defendant's medical expert, Dr. H. James Wedner, should be prohibited, pursuant to La. Rev. Stat. § 37:1284, from offering any opinions relating to them because he illegally practiced medicine on them in the State of Louisiana without being licensed here and without first obtaining special dispensation to do so. After considering the memoranda filed by the parties (including the opposition and the reply) and the applicable law,

**IT IS ORDERED** that the **Motion to Strike Defendant's Medical Expert Dr. H. James Wedner (Rec. Doc. 4303)** is **DENIED**, for all the same reasons as stated by Defendants Fleetwood Enterprises, Inc. and Forest River, Inc. in Defendants' Joint Opposition to Plaintiffs' Motion to Strike Defendants' Medical Expert Dr. H. James Wedner (Rec. Doc. 4854).

New Orleans, Louisiana, this 8th day of October, 2009.

**KURT D. ENGELHARDT
United States District Court**

1