# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SYBIL YVETTE DAVIS, ET AL. ) | **RETURN** |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-4032 |
| DS CORP D/B/A CROSSROADS RV, ET AL. ) | |
| Defendant ) | |
| ) | |
| ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

    CH2M Hill Constructors, Inc.
    Through its registered agent for service:
    CT Corporation System
    5615 Corporate Blvd.
    Suite 400B
    Baton Rouge, LA 70808


A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Lawrence J. Centola, Jr.
    600 Carondelet St. Ste. 602
    New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
_____
Name of clerk of court

**Sep 25 2009**
_____
Deputy clerk's signature

Date: _____

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>CH2M Hill Constructors, Inc.</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 25, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 4198</u>**

CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

      Re:   *Sybil Yvette Davis v DS Corp d/b/a Crossroads RV, et al.*
              EDLA, Case No: 09-4032

Dear Sir/Madam

    Please accept service on behalf of CH2M Hill Constructors, Inc.

                                  Very truly yours,

                                  Lawrence J. Centola Jr.

LC:tjb
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Deliver |
| 1. Article Addressed to:<br><br>CH2M Hill Constructors, Inc.<br>through its registered agent for service:<br>CT Corporation System<br>5615 Corporate Blvd., Ste. 400B<br>Baton Rouge, Louisiana 70808 | CT Corporation System<br>5615 Corporate Blvd.<br>Suite 400B<br>Baton Rouge, LA 70808<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandis<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 2250 0001 3450 4198 |

PS Form 3811, February 2004     Domestic Return Receipt   4032     102595-02-M-15

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7009 2250 0001 3450 4198

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To
CH2M Hill Constructors, Inc.
through its registered agent for service:
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808