AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of LOUISIANA

| ARNOLD BASQUINE, ET AL | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-459-JVP-SCR |
| VANGUARD INDUSTRIES OF MICHIGAN, INC., ET AL | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Federal Emergency Management Agency
Office of the Director
500 C. Street S.W.
Washington, DC 20472

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court

Nick J. Lorio
Name of clerk of court

*Janice LeBlanc*
Deputy clerk's signature

Date: July 27, 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
 _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
 _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other (specify) _____
 _____
 _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: _____

                 _____
                 Server's signature

                 _____
                 Printed name and title

                 _____
                 Server's address

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-459 Bequene

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature CRDS RECEIVING X ☐ Agent ☐ Addressee |
| | B. Received by ( Printed Name ) AUG 17 2009 | C. Date of Delivery |
| 1. Article Addressed to: Craig Fugate FEMA 500 C Street, SW Washington DC 20472 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No Jonathan Ransom |
| | 3. Service Type ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1140 0003 1874 1690 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540