AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF LOUISIANA

PATRICIA AMOS, ET AL

v.

FLEETWOOD ENTERPRISES, INC. ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-4870

SECT. N MAG. 5

TO: (Name and Address of Defendant)

THE UNITED STATES OF AMERICA, DEPT. OF JUSTICE THROUGH THE UNITED STATES ATTY.
GENERAL, HONORABLE ERIC HOLDER, U.S. DET. OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM S. HALL
JIM S. HALL & ASSOC., LLC
800 N. CAUSEWAY BLVD., SUITE 100
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                                             Sep 04 2009

*Tanya Lee* (signature)

CLERK                                                        DATE

(BY) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. 1 | DATE 10-1-09 |
| NAME OF SERVER (PRINT) Jim S. Hall | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on 10-13-09
Date

Signature of Server: *Jim S. Hall*

Address of Server:
JIM S HALL & ASSOCIATES, LLC
ATTORNEY AT LAW
800 N. Causeway Blvd., Ste 100
Metairie, LA 70001

---

COMPLETE THIS SECTION
...items 1, 2, and 3. Also complete
...f Restricted Delivery is desired.
...our name and address on the reverse
...we can return the card to you.
...this card to the back of the mailpiece,
the front if space permits.

...e Addressed to:
Honorable Eric Holder
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 2810 0002 4087 6940

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540