# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                        SECTION "N" (5)
THIS DOCUMENT RELATES TO:
*Sandy N. Pelas, et al. vs. Alliance Homes, Inc., et al.*
No. 09-6419

*******************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record:

IT IS HEREBY ORDERED Sidney D. Torres, III, Roberta L. Burns and David C. Jarrell, of

the Law Offices of Sidney D. Torres, III, Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive,

Chalmette, LA 70043, shall continue as enrolled counsel of record for Plaintiffs and that Maryanna

Penton of the Law Offices of Ronnie G. Penton, be allowed to withdrawn as counsel of record in the

above-captioned proceedings

NEW ORLEANS, Louisiana, this __9th__ day of October, 2009

_____
JUDGE