UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Ernest Ricouard, et al. vs. Fleetwood Canada, Ltd., et al.* No. 09-6018 | |

*************************************************************************

### ORDER

Considering the foregoing Motion to Withdraw Counsel of Record:

IT IS HEREBY ORDERED Sidney D. Torres, III, Roberta L. Burns and David C. Jarrell, of the Law Offices of Sidney D. Torres, III, Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive, Chalmette, LA 70043, shall continue as enrolled counsel of record for Plaintiffs and that Maryanna Penton of the Law Offices of Ronnie G. Penton, be allowed to withdrawn as counsel of record in the above-captioned proceedings

NEW ORLEANS, Louisiana, this __9th__ day of October, 2009

_____
JUDGE