# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

KEITH GABRIEL, ET AL.
Plaintiff
v.
GULF STREAM COACH, INC., ET AL.
Defendant

**RETURN**

Civil Action No. 2:09-cv-3893

## Summons in a Civil Action

To: *(Defendant's name and address)*

Insurance Company of the State of Pennsylvania
Through its registered agent for service:
Secretary of State
Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804-9125

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Oct 02 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Insurance Company of the State of Pennsylvania</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title   <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address   <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 30, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3449 7483</u>**

Secretary of State -- Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804-9125

      Re:    *Keith Gabriel, et al. v Gulf Stream Coach, Inc., et al.*
              EDLA, Case No: 09-3893

Dear Sir/Madam

    Please accept service on behalf of Insurance Company of the State of Pennsylvania.

                          Very truly yours,

                          Lawrence J. Centola Jr.

LC:jdc
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Antoinette Pierre_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Antoinette Pierre  OCT 06 2009 |
| 1. Article Addressed to:<br>Insurance Co. State of PA<br>Secretary of State<br>LA - Legal Services Section<br>PO Box 94125<br>Baton Rouge, LA 70804 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Transfer from service label): 7009 2250 0001 3449 7483

PS Form 3811, February 2004   Domestic Return Receipt   case 3893   102595-02-M-154

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BATON ROUGE LA 70804

| | | |
|---|---|---|
| Postage | $2.41 | 0046 |
| Certified Fee | $2.80 | 05 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.51 | 10/05/2009 |

7009 2250 0001 3449 7483

Insurance Company of the State of Pennsylvania
Through the Secretary of State – State of Louisiana
Legal Services Section
P.O. Box 94125
Baton Rouge, Louisiana 70804-9125

PS Form 3800, August 2006   See Reverse for Instructions