UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Age, et al v. Gulf Stream Coach, et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing motion,

IT IS ORDERED that the Plaintiffs' Steering Committee's (PSC) be allowed to file in support of its Motion for New Trial, a memorandum exceeding twenty-five pages in length.

THUS DONE and signed this  13th  day of October, 2009, New Orleans, Louisiana.

                                    _____
                                    KURT D. ENGELHARDT
                                    UNITED STATES DISTRICT JUDGE