# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF LOUISIANA

**RETURN**

| STEPHEN D. MORRIS, ET AL | ) |
|---|---|
| Plaintiff | ) |
| v. | ) |
| JAYCO, INC., ET AL | ) |
| Defendant | ) |

Civil Action No. 2:09-cv-4055

## Summons in a Civil Action

To: *(Defendant's name and address)*

Jayco, Inc.
Through its registered agent for service:
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B Gregory
Deputy clerk's signature

Date: Sep 25 2009

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Jayco, Inc. _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**<u>CERTIFIED MAIL: 7008 2810 0000 2334 5694</u>**

Glenn E. Killoren
121 W. Franklin Street
Elkhart, IN 46516

      Re:   *Stephen D. Morris, et al. v Jayco Inc., et al*
              EDLA, Case No: 09-4055

Dear Sir/Madam

Please accept service on behalf of Jayco, Inc.

                                Very truly yours,

                                Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jayco, Inc.
Through its Agent for Service of Process
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Debra Haynes        ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DEBRA HAYNES                      10-3-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☒ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7008 2810 0000 2334 5694

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To
Jayco, Inc.
Through its Agent for Service of Process
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

7008 2810 0000 2334 5694

PS Form 3800, August 2006    See Reverse for Instructions