# UNITED STATES DISTRICT COURT
для the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK KRENKEL, ET AL. ) | |
| Plaintiff ) | **RETURN** |
| v. ) | |
| OAK CREEK HOMES, L.P., ET AL. ) | Civil Action No. 2:09-cv-4045 |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Oak Creek Homes, Inc.
Through its registered agent for service:
Texas Secretary of State
2450 South Shore Blvd.
Suite 300
League City, TX 77573

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
_____
Name of clerk of court

_____
Deputy clerk's signature

Date: **Sep 25 2009**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Oak Creek Homes, Inc. ,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail_____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**<u>CERTIFIED MAIL: 7008 2810 0000 2334 5786</u>**

Texas Secretary of State
2450 South Shore Boulevard, Suite. 300
League City, TX 77573

   Re: *Frank Krenkel, et al. v Oak Creek Homes, LP, et al.*
      EDLA, Case No: 09-4045

Dear Sir/Madam

Please accept service on behalf of Oak Creek Homes, Inc.

            Very truly yours,

            Lawrence J. Centola Jr.

LC:jld
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Graham_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 10/5/09 |
| 1. Article Addressed to:<br><br>**Oak Creek Homes, Inc.**<br>Through its agent for Service of Process<br>Texas Secretary of State<br>2450 South Shore Blvd. Suite 300<br>League City, TX 77573 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 2810 0000 2334 5786 |

PS Form 3811, February 2004   Domestic Return Receipt   4045   102595-02-M-154

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Oak Creek Homes, Inc.
Through its Agent for Service of Process
Texas Secretary of State
2450 South Shore Blvd. Suite 300
League City, TX 77573

7008 2810 0000 2334 5786

PS Form 3800, August 2006   See Reverse for Instructions