AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

\_EASTERN District of \_LOUISIANA

**RETURN**

| SHEILA BONNEY, ET AL | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-4327 |
| JAYCO ENTERPRISES, INC., ET AL | ) |
| Defendant | ) |

Summons in a Civil Action

**SECT. N MAG. 5**

To: *(Defendant's name and address)*
SHAW ENVIRONMENTAL, INC.
Through its agent for service of Process
CT Corporation
5616 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**

Name of clerk of court

Date: June 30, 2009

*Renee Padosfie*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

RETURN

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00    .

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

*Formaldehyde*

- Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-4327 Bonner

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shaw Environmental
℅ CT Corp.
5615 Corporate Blvd.
Suite 400B
B.R. LA 20808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CT Corporation System          ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name) 5615 Corporate Blvd.   C. Date of Delivery
   Suite 400B

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)   7008 0500 0001 9503 3568

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540