# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



| CHARLES BORDEN, SR., ET AL. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09-cv-4066 |
| SUPERIOR HOMES, LLC, ET AL. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Superior Homes, LLC
Through its registered agent for service:
James C. Roby
816 S. Broadway
PO Box 1600
Watertown, SD 57201-6600

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Sep 28 2009

Deputy clerk's signature

Date: _____

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Superior Homes, LLC</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 4907</u>**

James C. Roby
816 S. Broadway
PO Box 1600
Watertown, SD 57201-6600

    Re:   *Charles Bolden, Sr., et al. v Superior Homes, LLC, et al.*
           EDLA, Case No: 09-4066

Dear Sir/Madam

Please accept service on behalf of Superior Homes, LLC.

           Very truly yours,

           Lawrence J. Centola Jr.

LC:jld
See Enclosures

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Superior Homes, LLC
    Through its Agent for Service of Process
    **James C. Roby**
    816 S. Broadway PO Box 1600
    Watertown, SD 0

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): James C. Roby
C. Date of Delivery: 10-6-09

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 4907

PS Form 3811, February 2004   Domestic Return Receipt   4066   102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7009 2250 0001 3450 4907

Sent To: Superior Homes, LLC
Through its agent for Service of Process
James C. Roby
816 S. Broadway PO Box 1600
Watertown, SD 0

PS Form 3800, August 2006   See Reverse for Instructions