# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

BETTIE WEST, ET AL.
Plaintiff
v.
THOR CALIFORNIA, INC. DOING BUSINESS IN CALIFORNIA AS THOR MANUFACTURING, ET AL
Defendant

**RETURN**

Civil Action No. 2:09-cv-3991

## Summons in a Civil Action

To: *(Defendant's name and address)*

Thor California, Inc. doing business in California as Thor Manufacturing
Through its registered agent for service:
John Deeds
100 S. Main Avenue
Suite 300
Sidney, OH 45365

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Sep 25 2009

Date: _____

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Thor California, Inc. d/b/a Thor Manufacturing, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title: Lawrence J. Centola, Jr. Attorney

Server's address: 600 Carondelet St., Suite 602, New Orleans, LA 70130

September 25, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 4082</u>**

John Deeds
100 S. Main Avenue, Suite 300
Sidney, OH 45365

      Re:    *Bettie West v Thor Industries, Inc., et al.*
                EDLA, Case No: 09-3991

Dear Sir/Madam

      Please accept service on behalf of Thor California, Inc. d/b/in California as Thor Manufacturing

                                            Very truly yours,

                                            Lawrence J. Centola Jr.

LC:tjb
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Beerod  C. Date of Delivery 10·2·0( |
| 1. Article Addressed to:<br><br>Thor California, Inc. doing business in California as Thor Manufacturing Through its Agent for Service of Process<br>**John Deeds**<br>**100 S. Main Avenue Suite 300**<br>**Sidney, OH 45365** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0001 3450 4082 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here — SEP 29

7009 2250 0001 3450 4082

Thor California, Inc. doing business in California as Thor Manufacturing
Through Its Agent for Service of Process
John Deeds
100 S. Main AvenueSuite 300
Sidney, OH 45365

PS Form 3800, August 2006   See Reverse for Instructions