# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

| BESSIE HUGHS, ET AL | ) |
|---|---|
| Plaintiff | ) |
| v. | ) |
| VANGUARD INDUSTRIES OF MICHIGAN, INC. A/K/A PALOMINO RV | ) |
| Defendant | ) |
| | ) |

Civil Action No. 2:09-cv-4017

## Summons in a Civil Action

To: *(Defendant's name and address)*

Vanguard Industries of Michigan, Inc. a/k/a Palomino RV
Through its registered agent for service:
Scott A. Day
31450 M-86
West Colon, MI 49040

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Loretta G. Whyte
Name of clerk of court

_____
Deputy clerk's signature

Date: _____ Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Vanguard Industries of Michigan, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**CERTIFIED MAIL: 7009 2250 0001 3450 4532**

Scott A. Day
31450 M-86 West
Colon, MI 49040

      Re:   *Bessie Hughes, et al. v Vanguard Industries of Michigan, Inc. a/k/a Palomino RV*
             EDLA, Case No: 09-4017

Dear Sir/Madam

Please accept service on behalf of Vanguard Industries of Michigan Inc.

                                              Very truly yours,

                                              Lawrence J. Centola Jr.

LC: jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vanguard Industries of Michigan, Inc. a/k/a
Palomino RV
Through its Agent for Service of Process
Scott A. Day
31450 M-86
West Colon, MI 49040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rose Mary York_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Rose Mary Yoder
C. Date of Delivery: 10-01-0C

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0001 3450 4532

PS Form 3811, February 2004    Domestic Return Receipt    4017    102595-02-M-154