**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER  　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*James H. Aldridge and Angela L. Aldridge,
et al vs. Gulfstream Coach, Inc., et al,
No. 07-9228 (as further referred to as Elisha Dubuclet,
individually and on behalf of minor children,
Timia Dubuclet and Timothy Dubuclet, Jr.
vs. Fleetwood Enterprises, Inc., et al)*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION TO FILE
FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT**

**MAY IT PLEASE THE COURT:**

　　　　The Court previously has been advised that the individual plaintiff, Timia Dubuclet ("Timia" or "Plaintiff"), minor child of Elisha Dubuclet ("Ms. Dubuclet"), selected for trial in this MDL, proposes to file Supplemental and Amended Complaints to clarify the damages set forth in the Original Complaint and to provide a more specific and accurate trial suit as more information became available. The object of such amended pleadings is to assert claims of liability, causes of action, or claims for damages not previously articulated in the Original Complaint. It will also supply the Court with a more detailed description of the complaints set forth in the Original Complaint and will afford the parties and the Court an appropriate

1

"pleadings vehicle" for any required motion practice, etc. specific to Timia's case in advance of trial, and to create an appropriate record for appellate purposes.

The proposed Fourth Supplemental and Amended Complaint which is submitted herewith purports to accomplish this with respect to the Plaintiff, Timia Dubuclet. New information became available after the filing of the Original Complaint which is pertinent to further explain Timia's allegations with respect to the negligence of Fleetwood Enterprises, Inc., Fleetwood Travel Trailers of Texas, Inc. and Fleetwood Plant No. 40 (collectively hereinafter "Fleetwood") in their duty to maintain and repair her Travel Trailer (the "trailer"), and also the accompanying medical expenses, anxiety and emotional distress Timia experienced as a result of their neglect of her.

Accordingly, Timia requests that the Court grant her leave to file the Fourth Supplemental and Amended Complaint on her behalf. Further, supplemental and amended pleadings have been allowed in the Forest River trial as well as the Gulfstream and Keystone trials and Timia should also be afforded the right to file the Fourth Supplemental and Amended Complaint on her on behalf against Fleetwood.

The further development of the case and discovery of new information after extensive interviews with Timia that was not previously known is critical to Timia's case and to providing a complete account of her allegations. There is no reason why Timia should not be allowed to amend and supplement her complaint against Fleetwood, as it was allowed in previous trials and is also allowed pursuant to Federal Rules.

Accordingly, Plaintiff respectfully requests that the Court enter the attached Order, granting leave to file the Fourth Supplemental and Amended Complaint.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       ROBERT BECNEL, #14072
       RAUL BENCOMO, #2932
       FRANK D'AMICO, #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       DENNIS REICH, Texas #16739600
       MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 13, 2009.

              /s/Justin I. Woods
              JUSTIN I. WOODS