# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER FORMALDEHYDE**  **MDL NO. 1873**
**PRODUCTS LIABILITY LITIGATION**

**SECTION N(5)**

**JUDGE ENGELHARDT**

**THIS DOCUMENT IS RELATED TO:**  **MAGISTRATE CHASEZ**

*James H. Aldridge and Angela L. Aldridge,*
*et al vs. Gulfstream Coach, Inc., et al,*
*No. 07-9228 (as further referred to as Elisha Dubuclet,*
*individually and on behalf of minor children,*
*Timia Dubuclet and Timothy Dubuclet, Jr.*
*vs. Fleetwood Enterprises, Inc., et al)*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that the Plaintiff's Motion for Leave to Amend be set for hearing on

the _____ day of _____, 2009 at _____ a.m.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT

1

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      ROBERT BECNEL, #14072
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      DENNIS REICH, Texas #16739600
      MIKAL WATTS, Texas # 20981820

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 13, 2009.

/s/Justin I. Woods
JUSTIN I. WOODS