UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Frank R. Airhart, et. al., vs. The United States of America
and FEMA No. 09-5477 (as further referred to as Elisha Dubuclet,
individually and on behalf of minor children,
Timia Dubuclet and Timothy Dubuclet, Jr.
vs. The United States of America and FEMA)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

**MAY IT PLEASE THE COURT:**

The Court previously has been advised that the individual plaintiff, Timia Dubuclet ("Timia" or "Plaintiff"), minor child of Elisha Dubuclet ("Ms. Dubuclet"), selected for trial in this MDL, proposes to file Supplemental and Amended Complaints to clarify the damages set forth in the Original Complaint and to provide a more specific and accurate trial suit as more information became available. The object of such amended pleading is to assert claims of liability, causes of action, or claims for damages not previously articulated in the Original Complaint. It will also supply the Court with a more detailed description of the complaints set forth in the Original Complaint and will afford the parties and the Court an appropriate

"pleadings vehicle" for any required motion practice, etc. specific to Timia's case in advance of trial, and to create an appropriate record for appellate purposes.

The proposed First Supplemental and Amended Complaint which is submitted herewith purports to accomplish this with respect to the Plaintiff, Timia Dubuclet. New information became available after the filing of the Original Complaint which is pertinent to further explain Timia's allegations with respect to the negligence of FEMA, and also the accompanying medical expenses, anxiety and emotional distress and other specific compensatory damages Timia experienced as a result of their neglect of her.

Accordingly, Timia requests that the Court grant her leave to file the First Supplemental and Amended Complaint on her behalf. Further, supplemental and amended pleadings have been allowed in the Forest River trial as well as the Gulfstream and Keystone trials and Timia should also be afforded the right to file the First Supplemental and Amended Complaint on her on behalf.

The further development of the case and discovery of new information after extensive interviews with Timia that was not previously known is critical to Timia's case and to providing a complete account of her allegations. There is no reason why Timia should not be allowed to amend and supplement her complaint, as it was allowed in previous trials. Finally, because defendant has made no response in the record, plaintiff should be allowed to amend.

Accordingly, Plaintiff respectfully requests that the Court enter the attached Order, granting leave to file the First Supplemental and Amended Complaint.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
     GERALD E. MEUNIER, #9471
     **PLAINTIFFS' CO-LIAISON COUNSEL**
     Gainsburgh, Benjamin, David, Meunier &
     Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:    504/522-2304
     Facsimile:    504/528-9973
     gmeunier@gainsben.com

     s/Justin I. Woods
     JUSTIN I. WOODS, #24713
     **PLAINTIFFS' CO-LIAISON COUNSEL**
     Gainsburgh, Benjamin, David, Meunier &
     Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:    504/522-2304
     Facsimile:    504/528-9973
     jwoods@gainsben.com

     **COURT-APPOINTED PLAINTIFFS'
     STEERING COMMITTEE**
     ANTHONY BUZBEE, Texas # 24001820
     ROBERT BECNEL, #14072
     RAUL BENCOMO, #2932
     FRANK D'AMICO, #17519
     MATT MORELAND, #24567
     LINDA NELSON, #9938
     DENNIS REICH, Texas #16739600
     MIKAL WATTS, Texas # 20981820

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 13, 2009.

/s/Justin I. Woods
JUSTIN I. WOODS