AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF THE STATE OF LOUISIANA

RODERICK CLARK, SR., ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 09-4529

COACHMEN INDUSTRIES, INC., ET AL

TO: (Name and Address of Defendant)

Coachmen Industries, Inc. and/or Coachmen Recreational Vehicle Company, LLC Through
its Agent for Serive of Process
251 East Ohio Rd., Ste. 500
Indianapolis, IN  46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jim S. Hall
JIm S. Hall & Associates, LLC
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001

an answer to the complaint  which is herewith served upon you, within    20                                              days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.



Loretta G. Whyte

Sep 04 2009

CLERK                                                                      DATE

(BY) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. [1] | DATE 9/21/09 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

_____

☐ Other (specify):

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on  10/2/09
_____   _____
Date                          Signature of Server

800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
_____
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coachmen Industries
Corp. Service Comp.
251 East Ohio St. Ste. 500
Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7008 2810 0002 4088 1463

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.