AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF THE STATE OF LOUISIANA

LARRY ELLIS, ET AL

v.

FOREST RIVER, INC, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-4863

TO: (Name and Address of Defendant)

Shaw Environmental Inc., Through its Agent for Service of Process, C.T. Corporation
5615 Corporate Blvd., Ste. 400 B
Baton Rouge, LA 70808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jim S. Hall
JIm S. Hall & Associates, LLC
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Loretta G. Whyte

Sep 04 2009

CLERK                                    DATE

(BY) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. 1 | DATE 9/29/09 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on  10/4/09
                    Date

Signature of Server

800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shaw Enviornmental
C.T. Corp.
5615 Corporate Blvd.
Ste. 400B
B.R., LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  CT Corporation System
X   5615 Corporate Blvd.   ☐ Agent
     Suite 400B             ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
   Baton Rouge, LA 70808

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 2680 0002 3258 9768

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.