AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT STATE OF LOUISIANA   RETURN

| | |
|---|---|
| CALECAS CEASAR  ET AL | ) |
| Plaintiff | ) |
| v. | ) |
| GULF STREAM COACH, INC. ET AL | ) |
| Defendant | ) |

Civil Action No.  09-4864

SECT.  N MAG 5

### Summons in a Civil Action

To: *(Defendant's name and address)*
THE UNITED STATES OF AMERICA, DEPARTMENT OF
JUSTICE THROUGH THE UNITED STATES ATTORNEY
GENERAL HONORABLE ERIC HOLDER
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

A lawsuit has been filed against you.

Within   60   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
JIM S. HALL & ASSOCIATES, LLC
800 NORTH CAUSEWAY BLVD. #100
METAIRIE, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court
Loretta G. Whyte

Date:

Aug 25 2009

Deputy Clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on                    10/5/09
by:

    (1) personally delivering a copy of each to the individual at this place,

                                           ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
                  ; or

    (4) returning the summons unexecuted to the court clerk on                    ; or

    (5) other *(specify)*   Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

Date:   9-15-09

                                                *Server's signature*

                               JIM S. HALL, ATTORNEY FOR PLAINTIFF
                                     *Printed name and title*

                               800 NORTH CAUSEWAY BLVD. # 100
                               METAIRIE, LA 70001

                                       *Server's address*

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery  10/5/09 |
| 1. Article Addressed to:<br><br>US Dept. of Justice<br>Honorable Eric Holder<br>950 Pennsylvania Ave NW<br>Washington, DC<br>       20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7008 2810 0002 4088 1203 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |