UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

Having reviewed the supporting and opposing memoranda pertaining to Plaintiff's Motion

for Entry of Judgment Under FRCP 54(b) (Rec. Doc. 3049), and having considered the law

applicable to the same,

**IT IS ORDERED** that **Plaintiff's Motion for Entry of Judgment Under FRCP 54(b)**

**(Rec. Doc. 3049)** is **GRANTED**.

New Orleans, Louisiana, this 14<u>th</u> day of <u>October</u>, 2009.

_____
    **KURT D. ENGELHARDT**
    **United States District Judge**

1