UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT UNDER FRCP 54(b)

Considering the voluntary dismissal of the individual FTC claims of Alana Alexander (Doc. 2923), this Court's Order and Reasons of 8/21/09 (Doc. 2789), and the arguments and authority set forth both in this motion and in plaintiff's Motion to Certify for Interlocutory Review under 28 U.S.C. §1292(b) [Doc. 2923],

IT IS ORDERED, ADJUDGED AND DECREED that there be final judgment in favor of the defendant United States/FEMA and against Alana Alexander on behalf of her minor son Christopher Cooper, dismissing with prejudice for the lack of subject matter jurisdiction plaintiff's cause of action on behalf of her minor son against this defendant pursuant to the Federal Tort Claims Act, each side to bear its own costs, the Court having determined pursuant to the provisions of Rule 54(b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment.

THIS DONE the 14th day of October, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT COURT