October 14, 2009

Office of the Clerk
United State District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    Re:    Ronald Morrison v. Skyline Corporation, Inc., et al.
           Case No. **09-6168**\*   (MDL09-0541)

Dear Sir:

Please issue the following summons on the above-referenced complaint:

| | |
|---|---|
| Skyline Corporation<br>c/o Linda Philippsen<br>2520 By-Pass Road<br>Elkhart, IN 46514 | 5615 Corporate Blvd., Ste. 400-B<br>Baton Rouge, LA 70808 |
| Fluor Enterprises, Inc.<br>c/o Corporation Service Co.<br>320 Somerulos Street<br>Baton Rouge, LA 70802-6129 | U.S. Attorney's Office<br>Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 |
| Shaw Environmental, Inc.,<br>c/o CT Corporation, Inc.<br>5615 Corporate Blvd., Ste. 400-B<br>Baton Rouge, LA 70808 | FEMA<br>through General Counsel, Craig Fugate<br>500 C Street, SW<br>Washington, DC 20472 |
| CH2M Hill Constructors, Inc.<br>c/o CT Corporation | FEMA, through U.S. Attorney's Office<br>Eastern District of Louisiana<br>500 Poydras St., Ste. B-210<br>New Orleans, LA 70130 |

Sincerely yours,

s/Ronnie G. Penton
Ronnie G. Penton
Attorney for Plaintiffs
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

---

\*This lawsuit involves a multi-district litigation pending in the U.S. District Court for the Eastern District of Louisiana captioned, "In Re: FEMA Trailer Formaldehyde Litigation, Bearing MDL No. 07-1873."

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Richard Morrison | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 09-6168 (MDL 09-0541) |
| Skyline Corporation, et al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Skyline Corp. c/o Linda Philippsen
2520 By-Pass Road
Elkhart, IN 46514

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiffs
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Richard Morrison )
)
*Plaintiff* )
v. ) Civil Action No. 09-6168 (MDL 09-0541)
Skyline Corporation, et al. )
)
*Defendant* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Fluor Enterprises, Inc. c/o Corporation Service Co.
320 Somerulos Street
Baton Rouge, LA 70802-6129


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiffs
209 Hoppen Place
Bogalusa, LA 70427


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Richard Morrison<br>*Plaintiff*<br>v.<br>Skyline Corporation, et al.<br>*Defendant* | )<br>)<br>)<br>)   Civil Action No. 09-6168 (MDL 09-0541)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shaw Environmental, Inc. c/o CT Corporation, Inc.
5615 Corporate Blvd., Ste. 400-B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiffs
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Richard Morrison )
)
*Plaintiff* )
)
v. ) Civil Action No. 09-6168 (MDL 09-0541)
)
Skyline Corporation, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CH2M Hill Constructors, Inc., c/o CT Corporation
5615 Corporate Blvd., Ste. 400-B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiffs
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Richard Morrison )
)
*Plaintiff* )
v. ) Civil Action No. 09-6168 (MDL 09-0541)
Skyline Corporation, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney's Office, through the Attorney General, 950 Pennsylvania Ave., NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiffs
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Richard Morrison )
)
*Plaintiff* )
v. ) Civil Action No. 09-6168 (MDL 09-0541)
Skyline Corporation, et al. )
)
*Defendant* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* FEMA, through General Counsel
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie G. Penton
Attorney for Plaintiffs
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Richard Morrison | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 09-6168 (MDL 09-0541) |
| Skyline Corporation, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FEMA, through U.S. Attorney's Office, Eastern District of Louisiana, 500 Poydras St., Ste. B-210, New Orleans, LA 70130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiffs
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*