# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT STATE OF LOUISIANA

| | |
|---|---|
| BRYSON CELESTINE, ET AL | )
Plaintiff | )
v. | ) Civil Action No. 09-5284
| ) SECT. N MAG 5
AMERICAN CAMPER MANUFACTURING | )
LLC. d/b/a AMERI-CAMP, ET AL | )
Defendant | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
CH2MHILL CONSTRUCTORS, INC THROUGH ITS AGENT
FOR SERVICE OF PROCESS CT CORPORATION SYSTEM
5615 CORPORATE BOULVARD
SUITE 400B
BATON ROUGE, LA 70808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
JIM S. HALL
JIM S. HALL & ASSOCIATES, LLC
800 NORTH CAUSEWAY BLVD. #100
METAIRIE, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Date: Aug 26 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  **9/22/09**,
by:

  (1) personally delivering a copy of each to the individual at this place, _____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      _____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  (5) other (specify) **Certified Mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

Date: **10/2/09**

Server's signature: *JS Hall*

JIM S. HALL, ATTORNEY FOR PLAINTIFF
Printed name and title

800 NORTH CAUSEWAY BLVD. # 100
METAIRIE, LA 70001
Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CH2M Hill Constructors
   CT Corp. System
   5615 Corporate Blvd.
   Ste. 400B
   B.R., LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _a Wolters Kluwer business_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  5615 Corporate Blvd, Ste 400B  Baton Rouge, LA 70808
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4088 1418

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540