# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Allen Chance | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-4629 Sec. "N" (5) |
| Northwood Manufacturing, Inc. et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jim S. Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., Suite 100, Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 26 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **9/22/09**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **Certified Mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **10/2/09**

Server's signature: *JS Hall*

Jim S. Hall, attorney for plaintiff
Printed name and title

Server's address: _____ useway Blvd., Suite 100, ...etairie, LA 70001

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fema - Office of Director
Craig Fugate
500 C Street. SW
Washington, D.C. 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: **CRDS RECEIVING**  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): _____  C. Date of Delivery: SEP 22 2009
D. Is delivery address different from item 1? ☐ Yes  ☐ No

Signature: *Jonathan A. Ransom*

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0002 4088 1302

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540