AO 440 (Rev. 04/08)  Civil Summons



# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Allen Chance | ) |
| Plaintiff | ) |
| v. | ) |
| Northwood Manufacturing, Inc. et al | ) |
| Defendant | ) |

Civil Action No.    09-4629  Sec. "N" (5)

## Summons in a Civil Action

To: *(Defendant's name and address)*
    United States of America, Through the Office of the
    U.S Attorney for the Eastern District of Louisiana
    Jim Letten, United States Attorney
    Hale Boggs Federal Bldg., 500 Poydras St., Suite B210
    New Orleans, LA 70130

A lawsuit has been filed against you.

      Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jim S. Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., Suite 100, Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

Date:    **Aug 26 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___9/17/09___,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or _____

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  ___Certified Mail___
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: ___10-2-09___

_____
Server's signature

Jim S. Hall, attorney for plaintiff
Printed name and title

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
Eastern District of LA
Jim Letten - U.S. Atty.
Hale Boggs
500 Poydras St. Ste. B210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Santos_     ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
_Santos_                            9/17/9

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)      7008 2810 0002 4088 1296

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

eseway Blvd., Suite 100
airie, LA 70001

erver's address