UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-2892

## ORDER

**IT IS ORDERED** that **PSC's Motion to Certify for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) the Court's August 21, 2009 Order Dismissing the FTCA claims of Christopher Cooper for Lack of Subject Matter Jurisdiction (Rec. Doc. 2923)** is **DENIED AS MOOT** per Rec. Docs. 5440 and 5441.

    New Orleans, Louisiana, this 14th day of October, 2009.

                             **KURT D. ENGELHARDT**  
                             **UNITED STATES DISTRICT JUDGE**