UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-3721

## ORDER

**IT IS ORDERED** that **Giles Industries, INC.'s Motion for Summary Judgment (Rec. Doc. 3793)** is **DENIED AS MOOT** per Rec. Doc. 5273.

New Orleans, Louisiana, this 14th day of October, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**