UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case NO. 09-2967

## ORDER

**IT IS ORDERED** that **Defendant Keystone RV Company's Motion to Dismiss (Rec. Doc. 2221)** is **DENIED as moot**, per Rec. Docs. 3688 and 5471, as the claims of the only named plaintiffs in this matter have been dismissed with prejudice.

New Orleans, Louisiana, this 14th day of October, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**