# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILBERT SHERMAN ET AL <br> Plaintiff <br> v. <br> CH2M HILL CONSTRUCTORS INC., ET AL <br> Defendant | ) <br> ) <br> ) <br> ) Civil Action No. 2:09-cv-4018 <br> ) <br> ) <br> ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

American International Specialty Lines Insurance Company
Through its registered agent for service:
Secretary of State -- Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804-9125

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

_____
Deputy clerk's signature

Date: **Sep 25 2009**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on by: American International Specialty Lines Insurance Co. (Defendant) 09-4018

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Jay Dardenne, Secretary of State of Louisiana ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 40.00 .

Date: 10/13/09

SERVED ON
JAY DARDENNE
OCT 13 2009
SECRETARY OF STATE
COMMERCIAL DIVISION

Server's signature

John Crawford
Printed name and title

3041 Dumaine St, New Orleans LA 70119
Server's address