IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 |
| | | Section N(5) |
| | | Judge Engelhardt |
| THIS DOCUMENT IS RELATES TO: *Freemon, Sr. v. Clayton Homes of Lafayette Inc. et al.*, No. 09-4020 | | Magistrate Chasez |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and based upon the attached Affidavit executed by Russell E. Clayton on April 11, 2008, hereby give notice of plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against defendant Clayton Homes of Lafayette Inc. F/K/A Clayton Homes, Inc. in the above-refrenced matter which has been consolidated into this MDL. This voluntary dismissal does not affect the remaining defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
 Lawrence J. Centola, Jr.

600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## AFFIDAVIT

The undersigned, being first duly sworn upon his oath says:

1. He is the owner and president of Clayton Homes of Lafayette, Inc. ("Corporation").

2. That Corporation was formerly known as Clayton Homes, Inc. and Clayton Homes, Inc. changed its name to Clayton Homes of Lafayette, Inc. on or about February 24, 2006.

3. That Corporation is a custom home builder in Tippecanoe County, Indiana which does not now and has never performed work or supplied services, materials or equipment outside of Tippecanoe County, Indiana.

4. That, on first-hand information and personal belief, the company currently operating as Clayton Homes of Lafayette, Inc., and formerly as Clayton Homes, Inc., at no time prior to February 24, 2006 or after, has designed, manufactured, or distributed mobile housing units or travel trailers which were made available through the Federal Emergency Management Agency (FEMA) to displaced victims of hurricanes Katrina and/or Rita.

5. That upon information and belief, there is another Clayton Homes, a Tennessee corporation, which has done business in a variety of states, possibly including Louisiana.

CLAYTON HOMES OF LAFAYETTE, INC.

By: _____
Russell E. Clayton, President

STATE OF INDIANA    )
                    ) SS:
COUNTY OF TIPPECANOE )

Before me, a Notary Public in and for said County and State, personally appeared Russell E. Clayton, President of Clayton Homes of Lafayette, Inc., who acknowledged the execution of the above and foregoing Affidavit this __11__ day of April, 2008.

My Commission Expires:
March 27, 2016

_____
Lori C. Redd, Notary Public
Residing in Tippecanoe County, IN

This instrument prepared by:

John K. McBride, of the firm of BALL EGGLESTON, PC 201 Main Street, Suite 810
P.O. Box 1535 Lafayette, Indiana 47902 Telephone: (765) 742-9046

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.