September 30, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3449 7469</u>**

Secretary of State -- Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804

      Re:    *Keith Gabriel, et al. v Gulf Stream Coach, Inc., et al.*
              EDLA, Case No: 09-3893

Dear Sir/Madam

    Please accept service on behalf of American International Specialty Lines Insurance Co.

                                        Very truly yours,

                                        Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Int. Specialty lines
Secretary of State - LA
P.O. Box 94125
Baton Rouge, LA 70804

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Antoinette Pierre*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Antoinette Pierre   OCT 06 2009

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3449 7469

PS Form 3811, February 2004   Domestic Return Receipt   Case: 3893   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

BATON ROUGE LA 70804

| | | |
|---|---|---|
| Postage | $2.41 | 0046 |
| Certified Fee | $2.80 | 05 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.51 | 10/05/2009 |

American International Specialty Lines Insurance Co.
Through the Secretary of State
State of Louisiana - Legal Services Section
P.O. Box 94125 Baton Rouge, Louisiana 70804-9125

PS Form 3800, August 2006   See Reverse for Instructions