UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case no. 09-2977

# ORDER AND REASONS

Before the Court is Shaw Environmental, Inc.'s Motion for Reconsideration (Rec. Doc. 2431). After considering the memoranda of the parties, and the applicable law,

**IT IS ORDERED** that **Shaw Environmental, Inc.'s Motion for Reconsideration (Rec. Doc. 2431)** is **DENIED** for all the same reasons stated in Plaintiff's Opposition to Defendant's Memorandum in Support of Motion for Reconsideration (Rec. Doc. 2625) and explained in the transcript attached thereto. (Rec. Doc. 2625-2).

New Orleans, Louisiana, this 15th day of October, 2009.

                                                              **KURT D. ENGELHARDT**
                                                              **UNITED STATES DISTRICT JUDGE**