Case 5:09-cv-01293-SMH-MLH Document 3 Filed 08/11/2009 Page 10 of 12
Case 2:07-md-01873-KDE-MBN Document 5493 Filed 10/15/09 Page 1 of 4
AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

DIANE LYNN BREUNINGER )
Plaintiff )
v. ) Civil Action No. 5:09-CV-01293-SMH-MLH
LEXINGTON HOMES INC., ET AL. ) Relates to MDL No. 1873
Defendant )

## Summons in a Civil Action

To: **Federal Emergency Management Agency**
Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, D.C. 20472

A lawsuit has been filed against you.

Within the time required by law*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Hugh P Lambert
Lambert & Nelson
701 Magazine St
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-08-11 13:29:25.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Case 5:09-cv-01293-SMH-MLH  Document 3  Filed 08/11/2009  Page 11 of 12
Case 2:07-md-01873-KDE-MBN  Document 5493  Filed 10/15/09  Page 2 of 4
AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
**Federal Emergency Management Agency**,

by:_____

   (1) personally delivering a copy of each to the individual at this place, _____
_____ or;

   (2) leaving a copy of each at the individual's dewelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

    Date: _____

                                                                    Server's signature

                                                                  Printed name and title

                                                                  Server's address

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1W, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is also directed to LR16.3.1W which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 W which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users may also view the docket sheet and imaged pleadings on-line.

LAW101 (Rev. 3/08)

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE ST.
NEW ORLEANS, LA. 70130
(504) 581-1750

FEMA - Diane Breuninger v. Lexington Homes - JDB

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Government
through
Federal Emergency Management
Agency
Office of the Director
Office of the General Counsel
500 C Street, SW
Washington, D.C. 20472

COMPLETE THIS SECTION ON DELIVERY

A. Signature 
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                    SEP 14 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

Jonathan Ransom

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)        7008 1830 0001 1683 5269

PS Form 3811, February 2004    Domestic Return Receipt    SEP 17 REC'D