September 25, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9961</u>**

Glinn H. Spann
734 East Main St.
Adrian, GA 31002

      Re:   *Stacey Tobias, et al. v Alliance Homes, Inc. d/b/a Adrian Homes, et al.*
               EDLA, Case No: 09-3870

Dear Sir/Madam

    Please accept service on behalf of Alliance Homes, Inc. d/b/a Adrian Homes.

                                  Very truly yours,

                                  Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Alliance Homes, Inc. d/b/a Adrian Homes
    Though its Agent for Service of Process
    Glinn H. Spann
    734 East Main St.
    Adrian, GA 31002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ulla J. Smith_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Hila Jo Smith
C. Date of Delivery: 10·07·09

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8687 9961

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ADRIAN GA 31002

| | | |
|---|---|---|
| Postage | $1.73 | 0046 |
| Certified Fee | $2.80 | 06 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.83 | 10/01/2009 |

Sent To
Alliance Homes, Inc. d/b/a Adrian Homes
Through its Agent for Service of Process
G Hiller Spann, CEO
734 East Main St.
Adrian, GA 31002

PS Form 3800, August 2006