September 23, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 4969</u>**

The Corporation Company
30600 Telegraph Rd.
Suite 2345
Bingham Farms, MI 48025

      Re:   *Sabrina Joseph, et al. v Champion Home Builders, Co., et al.*
              EDLA, Case No: 09-3995

Dear Sir/Madam

Please accept service on behalf of Champion Home Builders Co.

                                      Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Champion Home Builders Co.**
Through its Agent for Service of Process
The Corporation Company
30600 Telegraph Rd. Suite 2345
Bingham Farms, MI 48025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: The Corporation Company
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
OCT 0 5 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 4969

PS Form 3811, February 2004    Domestic Return Receipt    3995    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Postmark Here

7009 2250 0001 3450 4969

Sent To:
Champion Home Builders Co.
Through its agent for Service of Process
The Corporation Company
30600 Telegraph Rd. Suite 2345
Bingham Farms, MI 48025

PS Form 3800, August 2006    See Reverse for Instructions