September 23, 2009

**_CERTIFIED MAIL: 7009 1680 0001 8687 8131_**

The Corporation Company
30600 Telegraph Rd.
Suite 2345
Bingham Farms, MI 48025

Re:  *Carla Powell, et al. v Champion Home Builders Co., et al.*
  EDLA, Case No: 09-5532

Dear Sir/Madam

Please accept service on behalf of Champion Home Builders Co.

Very truly yours,

Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Champion Home Builders Co.
   Through its Agent for Service of Process
   **The Corporation Company**
   30600 Telegraph Rd. Suite 2345
   Bingham Farms, MI 48025

2. Article Number
   (Transfer from service label)

   7009 1680 0001 8687 8131

PS Form 3811, February 2004    Domestic Return Receipt    5532    102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: The Corporation Company
   X    ☐ Agent
        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 OCT 0 6 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — MOWS NEW ORLEANS, LA 70113-9698 OCT

Sent To
Champion Home Builders Co.
Through its agent for Service of Process
The Corporation Company
30600 Telegraph Rd. Suite 2345
Bingham Farms, MI 48025

PS Form 3800, August 2006    See Reverse for Instructions

7009 1680 0001 8687 8131