September 23, 2009

***CERTIFIED MAIL: 7009 2250 0001 3450 3184***

Corporation Service Company
251 East Ohio Street
Suite 500
Indianapolis, IN 46204

      Re:   *Linda Adams, et al. v Coachmen Industries Inc., et al.*
             EDLA, Case No: 09-4051

Dear Sir/Madam

Please accept service on behalf of Coachmen Industries Inc.

              Very truly yours,

              Lawrence J. Centola Jr.

LC:jdc
See Enclosures

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)
CHRIS SMITH

C. Date of Delivery

1. Article Addressed to:

Coachmen Industries, Inc.
Through its Agent for Service of Process
Corporation Service Company
251 East Ohio St. Suite 500
Indianapolis, IN 46204

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

OCT - 6 2009

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 2250 0001 3450 3184

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Coachmen Industries, Inc.
Through its agent for Service of Process
Corporation Service Company
251 East Ohio St. Suite 500
Indianapolis, IN 46204

PS Form 3800, August 2006     See Reverse for Instructions

7009 2250 0001 3450 3184