September 23, 2009

**_CERTIFIED MAIL: 7009 2250 0001 3449 8657_**

Corporation Service Company
251 East Ohio Street
Suite 500
Indianapolis, IN 46204

      Re:    *Brian Etienne, Sr., et al. v Coachmen Industries Inc., et al.*
              EDLA, Case No: 09-4033

Dear Sir/Madam

Please accept service on behalf of Coachmen Industries Inc.

          Very truly yours,

          Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coachmen Industries Inc.
Through its Agent for Service of Process
Corporation Service Company
251 East Ohio Street Suite 500
Indianapolis, IN 46204

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☒ Agent  ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery

CHUS STEIFU

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

OCT – 6 2009

USPS

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)   7009 2250 0001 3449 8657

PS Form **3811**, February 2004   Domestic Return Receipt   4033   102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(*Domestic Mail Only; No Insurance Coverage Provided*)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

ORLEANS
OCT  Postmark
     Here
     2009
USPS

Sent To
Coachmen Industries, Inc.
Through its agent for Service of Process
Corporation Service Company
251 East Ohio St. Suite 500
Indianapolis, IN 46204

7009 2250 0001 3449 8657

PS Form 3800, August 2006   See Reverse for Instructions