September 23, 2009

<u>**CERTIFIED MAIL: 7009 2250 0001 3449 8640**</u>

Corporation Service Company
251 East Ohio Street, Suite 500
Indianapolis, IN 46204

      Re:   *Linda Adams, et al. v Coachmen Industries, Inc., et al.*
              EDLA, Case No: 09-4051

Dear Sir/Madam

Please accept service on behalf of Coachmen Recreational Vehicle Co LLC.

                                Very truly yours,

                                Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Coachmen Recreational Vehicle Company, LLC
   Through its agent for Service of Process
   Corporation Service Company
   251 East Ohio St. Suite 500
   Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Chrisley_   ☑ Agent  ☐ Addressee

B. Received by (Printed Name): CHRIS SEIGAL
C. Date of Delivery: OCT - 6

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3449 8640

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark Here — NEW ORLEANS, LA 70 OCT -

Sent To:
Coachmen Recreational Vehicle Company, LLC
Through its agent for Service of Process
Corporation Service Company
251 East Ohio St. Suite 500
Indianapolis, In 46204

7009 2250 0001 3449 8640

PS Form 3800, August 2006        See Reverse for Instructions