September 23, 2009

**CERTIFIED MAIL: 7009 2250 0001 3449 8602**

Corporation Service Company
251 East Ohio Street, Suite 500
Indianapolis, IN 46204

      Re:   *Brian Etienne, Sr., et al. v Coachmen Industries, Inc., et al.*
              EDLA, Case No: 09-4033

Dear Sir/Madam

Please accept service on behalf of Coachmen Recreational Vehicle Co LLC.

                                      Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coachmen Recreational Vehicle Company, LLC
Through its Agent for Service of Process
Corporation Service Company
251 East Ohio St. Suite 500
Indianapolis, In 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CIRCLE CITY STA
OCT - 6 20

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0001 3449 8602

PS Form 3811, February 2004   Domestic Return Receipt   4083   102595-02-M-154

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $

Postmark Here

Sent To
Coachmen Recreational Vehicle Company, LLC
Through its Agent for Service of Process
Corporation Service Company
251 East Ohio St. Suite 500
Indianapolis, In 46204

PS Form 3800, August 2006   See Reverse for Instructions

7009 2250 0001 3449 8602