September 23, 2009

**CERTIFIED MAIL: 7008 3230 0001 4497 2134**

J. Michael Low, of Low & Childers PC
29999 N. 44th St. # 250
Phoenix, AZ 85018

    Re:   *Faye Thomas, et al. v Fluor Enterprises, Inc., et al.*
            EDLA, Case No: 09-4038

Dear Sir/Madam

Please accept service on behalf of Crum and Forster Specialty Insurance Company

                         Very truly yours,

                         Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Crum & Forster Specialty Insurance Company - Through its Registered Agent for Service: J. Michael Low
    Low and Childers PC
    29999 N. 44th Street, #250
    Phoenix, AZ 85018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): S. Daigneault
C. Date of Delivery: 10/6/09
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0001 4497 2134

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

PHOENIX AZ 85018

| | |
|---|---|
| Postage | $2.24 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.34 |

Postmark: New Orleans, LA 70113-9610   10/01/2009

Sent To: Crum & Forster Specialty Insurance Company
Through its Registered Agent for Service: J. Michael Low
Low and Childers PC
29999 N. 44th Street, #250 Phoenix, AZ 85018

PS Form 3800, August 2006   See Reverse for Instructions