September 23, 2009

**CERTIFIED MAIL: 7008 3230 0001 4497 2141**

CT Corporation System
36 S Pennsylvania St., #700
Indianapolis, IN 46204

      Re:   *Sybil Yvette Davis, et al. v DS Corp d/b/a CrossRoads RV, et el.*
              EDLA, Case No: 09-4032

Dear Sir/Madam

Please accept service on behalf of DS Corp.

                                        Very truly yours,

                                        Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Int. Specialty lines
Secretary of State - LA
P.O. Box 94125
Baton Rouge, LA 70804

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Antoinette Pierre
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Antoinette Pierre   OCT 06 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3449 7469

PS Form 3811, February 2004   Domestic Return Receipt   Case: 3893   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
BATON ROUGE LA 70804

| | | |
|---|---|---|
| Postage | $2.41 | 0046 |
| Certified Fee | $2.80 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.51 | 10/05/2009 |

American International Specialty Lines Insurance Co.
Through the Secretary of State
State of Louisiana - Legal Services Section
P.O. Box 94125 Baton Rouge, Louisiana 70804-9125

PS Form 3800, August 2006   See Reverse for Instructions