September 23, 2009

**CERTIFIED MAIL: 7009 0080 0000 1994 8771**

J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

  Re: *Claudia Jones, et al. v Forest River, Inc.*
     EDLA, Case No: 09-4044

Dear Sir/Madam

Please accept service on behalf of Forest River Inc.

            Very truly yours,

            Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ellie Hart_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ellie Hart
C. Date of Delivery: 10/5/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7009 0080 0000 1994 8771

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Forest River, Inc.
Through its agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

7009 0080 0000 1994 8771

PS Form 3800, August 2006    See Reverse for Instructions