September 25, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 9527**

J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

      Re:   *Richard Pecot, et al. v Forest River, Inc., et al.*
              EDLA, Case No: 09-4072

Dear Sir/Madam

Please accept service on behalf of Forest River Inc.

                                      Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Forest River, Inc.
   Through its Agent for Service of Process
   J. Richard Ransel
   228 W. High St. Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Elle Hart    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Elle Hart                    10/5/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7009 1680 0001 8687 9527

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ELKHART IN 46516

| | |
|---|---|
| Postage | $1.56 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.66 |

Sent To:
Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St. Elkhart, IN 46516