September 23, 2009

**CERTIFIED MAIL: 7009 0080 0000 1994 7811**

Lawyer's Aid Service, Inc.
408 W. 17th Street
Suite 101
Austin, TX 78701

      Re:    *George Slay, Sr., et al. v Frontier RV, Inc., et al.*
              EDLA, Case No: 09-4013

Dear Sir/Madam

Please accept service on behalf of Frontier RV Inc.

                                    Very truly yours,

                                    Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Frontier RV, Inc.
   Through its Agent for Service of Process
   **Lawyer's Aid Service, Inc.**
   408 W. 17th St. Suite 101
   Austin, TX 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Sharon Leal          ☒ Agent
                          ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Sharon Leal                   10/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7009 0080 0000 1994 7811

PS Form 3811, February 2004    Domestic Return Receipt    4013    102595-02-M-154

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

AUSTIN TX 78701   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.56 | 0046 |
| Certified Fee | $2.80 | 05 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.66 | 10/05/2009 |

7009 0080 0000 1994 7811

Frontier RV, Inc.
Through its agent for Service of Process
Lawyer's Aid Service, Inc.
408 W. 17th St. Suite 101
Austin, TX 78701

PS Form 3800, August 2006                See Reverse for Instructions