September 23, 2009

**_CERTIFIED MAIL: 7009 2250 0001 3450 4921_**

Brian R. Brady
1001 All Pro Dr.
Elkhart , IN  46514

      Re:    _Deborah Henville, et al. v Heartland Recreational Vehicles, LLC, et al._
           EDLA, Case No: 09-4037

Dear Sir/Madam

Please accept service on behalf of Heartland Recreational Vehicles LLC.

Very truly yours,

Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

Heartland Recreational Vehicles, LLC
Through its Agent for Service of Process
Brian R. Brady
1001 All Pro Dr.
Elkhart , IN  46514

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*

   7009 2250 0001 3450 4921

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*

Heartland Recreational Vehicles, LLC
Through its Agent for Service of Process
Brian R. Brady
1001 All Pro Dr. Elkhart , IN  46514

7009 2250 0001 3450 4921