September 23, 2009

***CERTIFIED MAIL: 7009 2250 0001 3450 4860***

Steve M. Sinclair
557 Milledgeville Road
Eatonton, GA 31024

      Re:   *Crystal Schmiderer, et al. v Horton Homes, Inc.*
               EDLA, Case No: 09-3900

Dear Sir/Madam

Please accept service on behalf of Horton Homes, Inc.

                                       Very truly yours,

                                       Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Horton Homes, Inc.
   Through its Agent for Service of Process
   **Steve M. Sinclair**
   557 Milledgeville Road
   Eatonton, GA 31024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Penny B Beasley_   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Penny Beasley                    10/5/09
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 4860

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Postmark Here

7009 2250 0001 3450 4860

Horton Homes, Inc.
Through its Agent for Service of Process
Steve M. Sinclair
557 Milledgeville Road
Eatonton, GA 31024

PS Form 3800, August 2006   See Reverse for Instructions