September 30, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3449 7476</u>**

Secretary of State -- Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804-9125

      Re:    *Keith Gabriel, et al. v Gulf Stream Coach, Inc., et al.*
              EDLA, Case No: 09-3893

Dear Sir/Madam

    Please accept service on behalf of Lexington Insurance Company.

                                                 Very truly yours,

                                               Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lexington Insurance
Secretary of State - LA
PO Box 94125
Baton, Rouge, LA 70804

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Antoinette Pierre
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Antoinette Pierre                 OCT 06 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0001 3449 7476

PS Form 3811, February 2004    Domestic Return Receipt    Case 3893    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

BATON ROUGE LA 70804    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.41 | 0046 |
| Certified Fee | $2.80 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.51 | 10/05/2009 |

Lexington Insurance Company
Through the Secretary of the State of Louisiana
Legal Services Section
Post Office Box 94125
Baton Rouge, Louisiana 70804-9125

PS Form 3800, August 2006    See Reverse for Instructions