September 23, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 9480**

Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

       Re:   *Paul Vollentine, et al, v Recreation By Design, LLC, et al.*
              EDLA, Case No: 09-5529

Dear Sir/Madam

Please accept service on behalf of Recreation By Design LLC

                                 Very truly yours,

                                 Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Recreation By Design, LLC
   Through its Agent for Service of Process
   Randall K. Rush
   21746 Buckingham Rd.
   Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kay Lent_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
   KAY LENT

C. Date of Delivery
   10/15/09

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 1680 0001 8687 9480

PS Form 3811, February 2004   Domestic Return Receipt   5529   102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here   OCT 14 2009

Sent To
Recreation By Design, LLC
Through its Agent for Service of Process
Randall K. Rush
21746 Buckingham Rd. Elkhart, IN 46516

7009 1680 0001 8687 9480

PS Form 3800, August 2006   See Reverse for Instructions