September 23, 2009


**CERTIFIED MAIL: 7009 2250 0001 3450 4952**


The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801


      Re:    *Sabrina Joseph, et al. v Redman Homes, Inc. et al.*
                EDLA, Case No: 09-3995


Dear Sir/Madam

Please accept service on behalf of Redman Homes, Inc.


                              Very truly yours,

                              Lawrence J. Centola Jr.


LC:jld
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  OCT 05 2009 |
| 1. Article Addressed to:<br><br>Redman Homes Inc.<br>Through its Agent for Service of Process<br>The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0001 3450 4952 |

PS Form 3811, February 2004   Domestic Return Receipt   3995   102595-02-M-154

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7009 2250 0001 3450 4952

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To
Redman Homes Inc. (f/d/a Dutch Homes)
Through its Agent for Service of Process
The Corporation Trust Company
1209 Orange Street, Wilmington, DE 19801

PS Form 3800, August 2006   See Reverse for Instructions