September 28, 2009

**CERTIFIED MAIL: 7008 3230 0001 4497 1922**

The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

      Re:   *Ann Beech, et al. v CH2M Hill Constructors, Inc., et al.*
             EDLA, Case No: 09-4057

Dear Sir/Madam

      Please accept service on behalf of Sentry Insurance Mutual Co.

                                        Very truly yours,

                                        Lawrence J. Centola Jr.

LC:tjb

See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sentry Insurance A Mutual Company
    Through its Registered Agent for Service
    The Corporation Trust Company
    1209 Orange St.
    Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  OCT 06 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0001 4497 1922

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To:
Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Corporation Trust Company
1209 Orange St. Wilmington, DE 19801

PS Form 3800, August 2006   See Reverse for Instructions