September 23, 2009

**CERTIFIED MAIL: 7008 3230 0001 4497 1915**

The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

   Re: *Faye Thomas, et al. v Fluor Enterprises, Inc., et al.*
      EDLA, Case No: 09-4038

Dear Sir/Madam

  Please accept service on behalf of Sentry Insurance Mutual Co.

             Very truly yours,

             Lawrence J. Centola Jr.

LC:tjb
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sentry Insurance A Mutual Company
   Through its Registered Agent for Service
   The Corporation Trust Company
   1209 Orange St.
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 OCT 06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7008 3230 0001 4497 1915

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19801

| | |
|---|---|
| Postage | $2.24 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.34 |

Sent To
Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Corporation Trust Company
1209 Orange St. Wilmington, DE 19801