September 23, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 9817**

Through the CEO
175 Water St, 19th Floor
New York, NY 10038

      Re:   *Annelle Dickerson o/b/o Terrelle Dickerson, et al. v Fluor Enterprises, Inc., et al.*
             EDLA, Case No: 09-3873

Dear Sir/Madam

Please accept service on behalf of Starr Excess Liability Insurance Company, Ltd.

                                        Very truly yours,

                                        Lawrence J. Centola Jr.

LC: jdc
See Enclosures

