September 28, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9831</u>**

Through the CEO
175 Water St, 19th Floor
New York, NY 10038

      Re:   *Wilbert Sherman, et al. v CH2M Hill Construcotrs, Inc., et al.*
             EDLA, Case No: 09-4018

Dear Sir/Madam

    Please accept service on behalf of Starr Excess Liability Insurance Company, Ltd.

                                        Very truly yours,

                                        Lawrence J. Centola Jr.

LC:tjb
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Starr Excess Liability Insurance Company**
*Through its CEO*
175 Water Street, 19th Floor
New York, NY 10038

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Duane Ofaire_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Dunne Ozaire   C. Date of Delivery: OCT - 5 2009

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8687 9831

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $

Postmark Here — NEW ORLEANS, LA 701 SEP 29 USPS

STARR EXCESS LIABILITY INSURANCE COMPANY
Through its CEO
175 Water Street, 19th Floor
New York, NY 10038

7009 1680 0001 8687 9831

PS Form 3800, August 2006   See Reverse for Instructions