September 25, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 9411**

John Deeds
100 S. Main Avenue, Suite 300
Sidney, OH 45365

      Re:   *Justin Heintz, et al. v Damon Corporation, et al.*
              EDLA, Case No: 09-4019

Dear Sir/Madam

    Please accept service on behalf of Thor California, Inc. d/b/in California as Thor Manufacturing

                                  Very truly yours,

                                  Lawrence J. Centola Jr.

LC:tjb
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thor California, Inc. doing business in California as Thor Manufacturing
   Through its Agent for Service of Process
   CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Revero_  ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  10-5-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8687 9411

PS Form 3811, February 2004    Domestic Return Receipt    4019    102595-02-M-15

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

LOS ANGELES CA 90017    OFFICIAL USE

| | |
|---|---|
| Postage | $1.56 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.66 |

Postmark Here   NEW ORLEANS, LA 70113-9610   OCT   10/01/2009

Sent To: Thor California, Inc. doing business in California as Thor Manufacturing
Through its agent for Service of Process
CT Corporation System
818 West Seventh St.