September 25, 2009

**_CERTIFIED MAIL: 7009 2250 0001 3450 3962_**

James Brotherson
317 W. Franklin St.
Elkhart , IN  46516

      Re:    *Joseph Juhas v Timberland RV Company d/b/a Adventure
         Manufacturing.*
         EDLA, Case No: 09-4027

Dear Sir/Madam

      Please accept service on behalf of Timberland RV Company d/b/a Adventure
Manufacturing.

                       Very truly yours,

                       Lawrence J. Centola Jr.

LC:tjb
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _L. Plasschaert_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>L. Plasschaert   10-5-09 |

1. Article Addressed to:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

```
BAKE317     465163056 1809 06 10/03/09
NOTIFY SENDER OF NEW ADDRESS
:BAKER & DANIELS
202 S MICHIGAN ST STE 1400
SOUTH BEND IN 46601-2020
```

lail
ceipt for Merchandise

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7009 2250 0001 3450 3962

PS Form 3811, February 2004   Domestic Return Receipt   402 7   102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₆

OFFICIAL USE

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | Postmark<br>Here |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
James Brotherson
317 W. Franklin St. Elkhart, IN 46516

PS Form 3800, August 2006   See Reverse for Instructions