September 25, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 3962</u>**

James Brotherson
317 W. Franklin St.
Elkhart , IN  46516

      Re:   *Joseph Juhas v Timberland RV Company d/b/a Adventure*
             *Manufacturing.*
            EDLA, Case No: 09-4027

Dear Sir/Madam

    Please accept service on behalf of Timberland RV Company d/b/a Adventure Manufacturing.

                                  Very truly yours,

                                  Lawrence J. Centola Jr.

LC:tjb
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

```
BAKE317    465163056 1809 06 10/03/09
NOTIFY SENDER OF NEW ADDRESS
:BAKER & DANIELS
202 S MICHIGAN ST STE 1400
SOUTH BEND IN 46601-2020
```

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _L Plasschaert_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): L. Plasschaert
C. Date of Delivery: 10-5-09

D. Is delivery address different from item 1? ☐ Yes / ☐ No

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 3962

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here

Sent To: Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
James Brotherson
317 W. Franklin St. Elkhart, IN 46516

PS Form 3800, August 2006    See Reverse for Instructions