UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873<br><br>SECTION "N" (5) |
| This applies to *Aldridge* No. 07-9228 (E.D. La.) | ) ) | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

### KEYSTONE'S MOTION TO NAME VALENA BYRD AS REPLACEMENT BELLWETHER PLAINTIFF

Defendant Keystone RV Company moves the Court for an order naming Valena Byrd as the replacement bellwether plaintiff for the January 11, 2010 trial. Keystone has submitted a memorandum in support of this motion and that memorandum sets forth the basis for its request. Keystone will also seek expedited consideration of its motion.

As required by Pre-Trial Order No. 10, counsel for Keystone conferred with counsel for the PLC, Shaw Environmental, Inc., and the United States regarding this motion. Keystone represents that the U.S. does <u>not</u> oppose the motion, but that the PLC and Shaw both oppose the motion.

                                          Respectfully submitted,

                                          *s/Ryan E. Johnson*
                                          _____
                                          James C. Percy (La. Bar No. 10413)
                                          Ryan E. Johnson (La. Bar No. 26352)
                                          **JONES, WALKER, WAECHTER, POITEVENT,**
                                          **CARRERE & DENEGRE, LLP**
                                          Four United Plaza

        8555 United Plaza Boulevard
        Baton Rouge, LA  70809
        Telephone: (225) 248-2080
        Facsimile:  (225) 248-3080

        -and-

        Madeleine Fischer (La. Bar No. 5575)
        Nan Roberts Eitel (La. Bar No. 19910)
        Jones, Walker, Waechter, Poitevent,
        Carrère & Denègre, L.L.P.
        201 St. Charles Avenue, 49th floor
        New Orleans, LA   70170
        Telephone:  (504) 582-8000
        Facsimile:  (504) 589-8208

        ***Counsel for Keystone RV Company***

### CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of October, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

        *s/Ryan E. Johnson*
        _____
        Ryan E. Johnson