## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE PRODUCTS ) LIABILITY LITIGATION ) ) This applies to *Aldridge* ) No. 07-9228 (E.D. La.) ) | MDL NO. 1873  SECTION "N" (5)  JUDGE ENGELHARDT  MAGISTRATE CHASEZ |

### NOTICE OF HEARING

Defendant Keystone RV Company hereby gives notice that its Motion to Name Valena Byrd As Replacement Bellwether Plaintiff will be heard before Judge Kurt Engelhardt, United States District Court for the Eastern District of Louisiana, on **November 4, 2009, at 9:00 a.m.**

*s/ Ryan E. Johnson*
_____
Ryan E. Johnson
Counsel for Keystone RV Company

{B0618744.1}                    1