## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873<br><br>SECTION "N" (5) |
| This applies to: Aldridge, Suit No. 07-9227 ) ) | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**KEYSTONE'S *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO NAME REPLACEMENT BELLWETHER**

Defendant Keystone RV Company ("Keystone") moves for expedited consideration of its Motion to Name Valena Bell as Replacement Bellwether Plaintiff. *See* Rec. Doc. No. 5537. For the reasons set forth in Keystone's supporting memorandum, Keystone requests that the Court grant expedited consideration of this matter. Keystone has submitted a proposed order in connection with this Motion.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809
Telephone: (225) 248-2080
Facsimile: (225) 248-3080

{B0618845.1}

         -and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

**Counsel for Keystone RV Company**

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0618845.1}