## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873  SECTION "N" (5) |
| This applies to: Aldridge, Suit No. 07-9227 ) ) | JUDGE ENGELHARDT  MAGISTRATE CHASEZ |

### KEYSTONE RV COMPANY'S MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO NAME REPLACEMENT BELLWETHER PLAINTIFF

Defendant Keystone RV Company ("Keystone") has filed a motion for expedited consideration of its Motion to Name Valena Byrd as Replacement Bellwether Plaintiff (Rec. Doc. No. 5537). The underlying motion seeks an order replacing Ms. Byrd as the bellwether plaintiff for the January 11, 2010 bellwether trial. Because the date of that trial is rapidly approaching, Keystone requests that the Court require the parties to respond to its motion on an expedited basis, and that the Court consider the motion in a similar fashion.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard

{B0618847.1}

Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Keystone RV Company***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of October, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0618847.1}