# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N" (5) |
| This applies to: Bell v. Keystone,<br>Suit No. 09-2967 | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER

Considering the *Ex Parte* Motion for Expedited Consideration filed by defendant Keystone RV Company,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the plaintiff shall file a response to Keystone's Motion to Name Valena Byrd as Replacement Bellwether Plaintiff (Rec. Doc. No. 5537), on or before _____ o'clock ___.m. on October _____, 2009.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
United States District Judge

{B0618845.1}