UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Before the Court is the Defendant United States of America's Motion for a Protective Order to Prevent Plaintiffs' Depositions of Patrick Preston and Mary Martinet (Rec. Doc. 1613). In the motion, the United States of America ("United States") moves for a protective order pursuant to 26(c) of the Federal Rules of Civil procedure to prevent Plaintiffs' deposition of Patrick Preston ("Preston") and Mary Martinet ("Martinet"), who are lawyers in the Office of Chief Counsel ("OCC") for the Federal Emergency Management Agency ("FEMA"). This motion is opposed.

After considering all the positions of the parties, the Court held a telephone conference on June 12, 2009, wherein the motion was discussed. During that call, the Court took this motion under advisement and stated that it would be revisited after the completion of the depositions of the following five individuals: Kevin Souza, David Porter, David Garratt, Joseph Little, and Martin McNeese, who were non-attorney individuals the United States identified as having knowledge of the information believed sought by Plaintiffs. (Rec. Doc. 1755).

On numerous occasions thereafter (and presumably after the above depositions were taken), the Court inquired as to when and if a supplemental memorandum could be expected from Plaintiffs. On August 3, 2009, the undersigned's law clerk sent emails to counsel inquiring as to the status of this motion. See Attachments A and B. On that same day, Plaintiffs' liaison

counsel responded that the PSC would most likely not pursue the deposition of Martinet but likely would pursue the deposition of Preston. See Attachment C. Based on the somewhat inconclusive response, the Court, by email, instructed that any supplemental memoranda either in support of or in opposition to Rec. Doc. 1613 were due on Friday, August 7, 2009, at noon. See Attachment D. At Plaintiffs' counsel's request (Attachment E), the Court allowed Plaintiffs an extension until Monday, August 10, 2009 to file supplemental memoranda (Attachment F) and allowed the United States until Wednesday, August 12, 2009 to file a response. Attachment G.

When it did not receive a supplemental memorandum from Plaintiffs regarding the instant motion, the Court attempted to confirm with Plaintiffs' counsel that Plaintiffs no longer intended to pursue the depositions of Preston and Martinet. See Attachment H. However, the Court was then notified by email that Plaintiffs were still pursuing the depositions of Preston and Martinet. Plaintiffs' August 11, 2009 email specifically stated:

> The PSC continues to seek the depositions of Patrick Preston and Mary Martinet. A supplemental memorandum was not filed as we believe nothing has been discovered in the intervening depositions to add or subtract from our previously submitted memorandum as it relates to the these lawyer witnesses. The PSC continues to reiterate the arguments set forth in its original memorandum in opposition.
>
> However, the PSC respectfully asks that the Court continue to defer its ruling on the U.S.'s Motion for Protective Order to prevent these depositions until the remaining depositions of FEMA witnesses have been completed. We have again emailed Henry [Miller, counsel for the United States] requesting the depositions not only of witnesses listed on the U.S.'s witness list for the Alexander trial, but also for their designated witness for 30(b)(6) purposes. We believe that information obtained at these depositions may be pertinent to the Court's decision on the instant matter.

See Attachment I. Based on this request, the Court gave Plaintiffs a couple of weeks and then, again, inquired as to the status of this motion. See Attachment J. Plaintiffs' liaison counsel

2

responded that Plaintiffs intended to file a supplement to Rec. Doc. 1613 as soon as transcripts were received for depositions that had been taken in the preceding week. Plaintiffs' counsel stated, "[w]e anticipate receiving the transcripts no later than Wednesday." See Attachment K. Once again, the Court allowed additional time and stated that the supplement should be filed "ASAP after receiving the transcripts." See Attachment L. On October 6, 2009, after hearing nothing from Plaintiffs for over one month, the Court, once again, asked for an update on the instant motion and gave Plaintiffs until Thursday, October 8, 2009 to file any supplemental memorandum. See Attachment M. The Court received neither an update or a supplemental memorandum from Plaintiffs. Thus, no supplemental memoranda, despite *numerous* opportunities for such, were filed after this Court took this motion under advisement in June 2009.

Based on the Court's consideration of the applicable law and of the memoranda of the parties, for all the reasons stated by the United States in support of this motion,

**IT IS ORDERED** that the **Defendant United States of America's Motion for a Protective Order to Prevent Plaintiffs' Depositions of Patrick Preston and Mary Martinet (Rec. Doc. 1613) is GRANTED**. Plaintiffs are prohibited from depositing Patrick Preston and Mary Martinet.

New Orleans, Louisiana, this 16th day of October, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE