UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | *  **MDL No. 1873** <br> * <br> *  **Section N(5)** <br> * <br> *  **Judge Engelhardt** <br> * |
| **THIS DOCUMENT RELATES TO:** <br> *Foxworth et al v. Alliance Homes Inc. et al* <br> *Case No. 09-6106* | *  **Magistrate Chasez** <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

Named Plaintiffs through undersigned counsel respectfully supplement and amend the Complaint for Damages in the following respects:

1.

By correcting the typographical error for the named plaintiff in the caption of the Complaint for Damages by changing Adell M. Foxworth on behalf of Adell M. Foxworth to Adell M. Foxworth.

2.

Named Plaintiffs seek to add the following names as Named Plaintiffs on the Complaint for Damages:

Brittney Durell

Adell M. Foxworth on behalf of Briana Jackson

3.

This supplemental and amending complaint is necessitated by the fact that Brittney Durrell and Adell M. Foxworth on behalf of Briana Jackson were inadvertently left out of the list of Named Plaintiffs in the Complaint for Damages.

4.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement and amend Complaint for Damages in the forgoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

                Respectfully submitted,

                HURRICANE LEGAL CENTER, LLC

                BY: /s/ *Lawrence J. Centola, Jr.*
                      Lawrence J. Centola, Jr.
                600 Carondelet Street
                Suite 602
                New Orleans, LA 70170
                (504) 525-1944 (telephone)
                (504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.