UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO  
Member case no. 07-9228

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 5538)** is **GRANTED. Keystone's Motion to Name Valena Byrd as Replacement Bellwether Plaintiff (Rec. Doc. 5537)** is **DEFERRED** to the status conference set for Friday, October 23, 2009, wherein it be discussed.

New Orleans, Louisiana, this 19th day of October, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**