Ronnie G. Penton
Trial Attorney
rgp@rgplaw.com
Licensed in LA, TX

Gair Oldenburg
Associate Trial Attorney
gmo@rgplaw.com
Licensed in LA



LAW OFFICES OF RONNIE G. PENTON



Trial Lawyers
Since 1981

October 19, 2009     REPRESENTING PEOPLE WORLDWIDE SINCE 1981

Office of the Clerk
United State District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    Re:   <u>Daralyn Hulbert, et al. v Cavalier Home Builders, LLC, et al.,</u>
             <u>Case No. **09-0752*** **Middle District of Louisiana-CTO# 09-6702**</u>

Dear Sir:

Please issue the following summons on the above-referenced complaint:

Cavalier Home Builders, LLC, c/o
Corporation Company, 2000 Interstate
Park Dr., #204, Montgomery, AL 36109

Cavalier Homes, Inc., c/o Corporation
Co., 2000 Interstate Park Drive, #204,
Montgomery, AL 36109

Fluor Enterprises, Inc., c/o Corporation
Service Co., 320 Somerulos Street
Baton Rouge, LA 70802-6129

Shaw Environmental, Inc., c/o CT
Corporation, Inc., 5615 Corporate Blvd.,
Ste. 400-B, Baton Rouge, LA 70808

CH2M Hill Constructors, Inc.

Sincerely yours,

s/Ronnie G. Penton
Ronnie G. Penton

c/o CT Corporation, 5615 Corporate
Blvd., Ste. 400-B, Baton Rouge, LA
70808

U.S. Attorney's Office, Attorney
General, 950 Pennsylvania Ave., NW
Washington, DC 20530-0001

FEMA
through General Counsel, Craig Fugate
500 C Street, SW
Washington, DC 20472

FEMA, through U.S. Attorney's Office
Eastern District of Louisiana
500 Poydras St., Ste. B-210
New Orleans, LA 70130

*This lawsuit involves a multi-district litigation pending in the U.S. District Court for the Eastern District of Louisiana captioned, "In Re: FEMA Trailer Formaldehyde Litigation, Bearing MDL No. 07-1873."

209 HOPPEN PLACE | BOGALUSA, LA 70427 | TEL: 985.732.5651 | TOLL FREE: 800.419.3445 | FAX: 985.735.5579

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Daralyn Hulbert, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-0752  MDL |
| Cavalier Home Builders, LLC, et al. ) | 09-6702  EDL |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cavalier Home Builders, LLC, c/o Corporation Company, 2000 Interstate Park Dr., #204, Montgomery, AL 36109

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Daralyn Hulbert, et al. <br> *Plaintiff* <br> v. <br> Cavalier Home Builders, LLC, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 09-0752 MDL <br> 09-6702 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cavalier Homes, Inc., c/o Corporation Co., 2000 Interstate Park Drive, #204, Montgomery, AL 36109

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Daralyn Hulbert, et al. <br> *Plaintiff* <br> v. <br> Cavalier Home Builders, LLC, et al. <br> *Defendant* | Civil Action No. 09-0752 MDL <br> 09-6702 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fluor Enterprises, Inc., c/o Corporation Service Co., 320 Somerulos Street, Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Daralyn Hulbert, et al. )<br>　　　　　Plaintiff )<br>v. )<br>Cavalier Home Builders, LLC, et al. )<br>　　　　　Defendant ) | Civil Action No. 09-0752  MDL<br>09-6702  EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shaw Environmental, Inc., c/o CT Corporation, Inc., 5615 Corporate Blvd., Ste. 400-B, Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
для the

Eastern District of Louisiana

| | |
|---|---|
| Daralyn Hulbert, et al. <br> *Plaintiff* <br> v. <br> Cavalier Home Builders, LLC, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 09-0752  *MDL* <br> *09-6702 EDL* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CH2M Hill Constructors, Inc., c/o CT Corporation, 5615 Corporate Blvd., Ste. 400-B, Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Daralyn Hulbert, et al. )
)
*Plaintiff* )
v. ) Civil Action No. 09-0752 *m DL*
Cavalier Home Builders, LLC, et al. ) 09-6702 *EDL*
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney's Office, Attorney General, 950 Pennsylvania Ave., NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Daralyn Hulbert, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-0752 m O L |
| Cavalier Home Builders, LLC, et al. ) | 09-6702 EDL |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FEMA, through General Counsel
500 C Street, SW, Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Daralyn Hulbert, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 09-0752 MDL |
| Cavalier Home Builders, LLC, et al. | ) | 09-6702 EDL |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ FEMA, through U.S. Attorney's Office, Eastern District of Louisiana, 500 Poydras St., Ste. B-210, New Orleans, LA 70130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____     _____
_Signature of Clerk or Deputy Clerk_