Ronnie G. Penton
Trial Attorney
rgp@rgplaw.com
Licensed in LA, TX

MaryAnna Penton
Associate Trial Attorney
mpenton@rgplaw.com
Licensed in MS



LAW OFFICES OF RONNIE G. PENTON

Trial Lawyers
Since 1981

Gair Oldenburg
Associate Trial Attorney
gmo@rgplaw.com
Licensed in LA

October 19, 2009    REPRESENTING PEOPLE WORLDWIDE SINCE 1981

Office of the Clerk
United State District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:    Isaiah Chatman, et al. v Forest River, Inc., et al.,
       Case No. **09-0754\* Middle District of Louisiana-CTO# 09-6704**

Dear Sir:

Please issue the following summons on the above-referenced complaint:

Forest River, Inc. c/o J. Richard Ransel,
228 West 17th Street, Ste. 101
Austin, TX 78701

Fluor Enterprises, Inc., c/o Corporation
Service Co., 320 Somerulos Street
Baton Rouge, LA 70802-6129

Shaw Environmental, Inc., c/o CT
Corporation, Inc., 5615 Corporate Blvd.,
Ste. 400-B, Baton Rouge, LA 70808

CH2M Hill Constructors, Inc.
c/o CT Corporation, 5615 Corporate
Blvd., Ste. 400-B, Baton Rouge, LA
70808

U.S. Attorney's Office, Attorney
General, 950 Pennsylvania Ave., NW
Washington, DC 20530-0001

FEMA
through General Counsel, Craig Fugate
500 C Street, SW
Washington, DC 20472

FEMA, through U.S. Attorney's Office
Eastern District of Louisiana
500 Poydras St., Ste. B-210
New Orleans, LA 70130

Sincerely yours,

s/Ronnie G. Penton
Ronnie G. Penton

*This lawsuit involves a multi-district litigation pending in the U.S. District Court for the Eastern District of Louisiana captioned, "In Re: FEMA Trailer Formaldehyde Litigation, Bearing MDL No. 07-1873."

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Isaiah Chatman, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09-0754 MDL |
| Forest River, Inc., et al. | ) | 09-6704 EDL |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Forest River, Inc. c/o J. Richard Ransel, 228 West 17th Street, Ste. 101, Austin, TX 78701

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Isaiah Chatman, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 09-0754 MDL |
| Forest River, Inc., et al. | ) ) | 09-6704 EDL |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fluor Enterprises, Inc. c/o Corporation Service Co.
320 Somerulos Street
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Isaiah Chatman, et al. <br> *Plaintiff* <br> v. <br> Forest River, Inc., et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 09-0754   MDL <br> 09-6704  EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shaw Environmental, Inc. c/o CT Corporation, Inc.
5615 Corporate Blvd., Ste. 400-B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Isaiah Chatman, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09-0754 MOL |
| Forest River, Inc., et al. | ) | 09-6704 EDL |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CH2M Hill Constructors, Inc., c/o CT Corporation
5615 Corporate Blvd., Ste. 400-B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                   _____
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Isaiah Chatman, et al. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 09-0754 MDL |
| Forest River, Inc., et al. | ) ) | 09-6704 EDL |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney's Office, through the Attorney General, 950 Pennsylvania Ave., NW
Washington, DC 20530-0001


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____       _____
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Isaiah Chatman, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-0754 MDL |
| Forest River, Inc., et al. ) | 09-6704 EDL |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FEMA, through General Counsel
500 C Street, SW, Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Isaiah Chatman, et al. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 09-0754 MDL |
| Forest River, Inc., et al. | ) ) | 09-6704 EDL |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FEMA, through U.S. Attorney's Office, Eastern District of Louisiana, 500 Poydras St., Ste. B-210, New Orleans, LA 70130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*