UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright. v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*********************************************************************

## MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE PLAINTIFF'S DESIGNATION OF KENNETH R. LAUGHERY, PH.D.

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Forest River, Inc., who respectfully requests that the Court file the attached Reply to the Plaintiff's Opposition to Motion to Strike Plaintiff's Designation of Kenneth R. Laughery, Ph.D. The Reply is furnished in response to both Plaintiff's Opposition and the Court's recent Order on a similar Motion to Strike Dr. Laughery in the Fleetwood bellwether. Forest River respectfully requests that this Honorable Court grant this Motion and allow the Reply to be entered into the record.

Respectfully submitted,

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (La. State Bar No. 6154)
JASON D. BONE (La. State Bar No.28315)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

# CERTIFICATE

I hereby certify that on the 19th day of October, 2009, a copy of the foregoing Memorandum in Support was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Jason D. Bone
JASON D. BONE