**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO:   07-9288 | * | JUDGE ENGELHARDT |
| Aldridge, et al. vs. Gulf Stream Coach, Inc., et al. | * | |
| *(Elisha Dubuclet obo Timia Dubuclet)* | * | MAGISTRATE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED JOINT MOTION TO EXTEND DEADLINES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs' Steering Committee (PSC), Fleetwood Enterprises, Inc. ("Fleetwood"), and Fluor Enterprises, Inc. ("Fluor") who respectfully move this Honorable Court to extend certain pre-trial deadlines in the *Dubuclet* bellwether trial as follows:

1.

The parties respectfully request that the current discovery deadline be extended from October 30, 2009 until November 6, 2009 as discovery is ongoing and this extension will allow the parties sufficient time to complete discovery prior to trial.

2.

Furthermore, the parties have agreed to extend the deadline for the witness and exhibit lists, which is presently set for October 30, 2009. The parties respectfully request that this deadline also be extended until November 6, 2009.

WHEREFORE, PSC, Fleetwood, and Fluor respectfully request that this Court issue an Order extending the discovery deadline and the witness and exhibit lists deadline until November 6, 2009.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com


*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600
ROBERT BECNEL, #14072

*/s/ Jerry L. Saporito*
Jerry L. Saporito (LA Bar #11717)
Amanda W. Vonderhaar (LA Bar #31350)
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Richard K. Hines, V (GA Bar #356300)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
Counsel for Fleetwood Enterprises, Inc.

-AND-

*/s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr.
MIDDLEBERG, RIDDLE & GIANNA
KPMG Centre, Suite 2400
717 N. Harwood Drive
Dallas, TX 75201
(214) 220-6334 (phone)
(214) 220-6807 (Fax)
Counsel for Fluor Enterprises, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                                     /s/ Justin I. Woods
                                                    JUSTIN I. WOODS (LA Bar #24713)