UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   07-9288<br>**Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.**<br>*(Elisha Dubuclet obo Timia Dubuclet)* | * <br> * <br> * <br> * | JUDGE ENGELHARDT <br><br> MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Steering Committee, Fleetwood Enterprises, Inc., and Fluor Enterprises, Inc.'s Unopposed Joint Motion to Extend Deadlines,

**IT IS HEREBY ORDERED** that the Unopposed Joint Motion is granted and the October 30, 2009 discovery deadline be and hereby is extended until November 6, 2009.

**IT IS FURTHER ORDERED** that the October 30, 2009 deadline for submitting the witness and exhibit lists be and hereby is extended until November 6, 2009.

DONE AND SIGNED this _____ day of _____, 2009.

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE