AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| STACEY TOBIAS, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-3870 |
| ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES, ET AL. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES
Through its Registered Agent for Service:
Glinn H. Spann
734 East Main St.
Adrian, GA 31002

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Loretta G. Whyte

Date: _____

Deputy clerk's signature

Sep 28 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Alliance Homes, Inc. d/b/a Adrian Homes**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __7 October, 2009__

Server's signature

Printed name and title __Lawrence J. Centola, Jr. Attorney__

Server's address __600 Carondelet St., Suite 602, New Orleans, LA 70130__

September 25, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9961</u>**

Glinn H. Spann
734 East Main St.
Adrian, GA 31002

    Re:    *Stacey Tobias, et al. v Alliance Homes, Inc. d/b/a Adrian Homes, et al.*
            EDLA, Case No: 09-3870

Dear Sir/Madam

    Please accept service on behalf of Alliance Homes, Inc. d/b/a Adrian Homes.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:jdc
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ulla J. Smith_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Hila Jo Smith   C. Date of Delivery: 10·07·09 |
| 1. Article Addressed to:<br><br>Alliance Homes, Inc. d/b/a Adrian Homes<br>Though its Agent for Service of Process<br>Glinn H. Spann<br>734 East Main St.<br>Adrian, GA 31002 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8687 9961 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ADRIAN GA 31002

| | | |
|---|---|---|
| Postage | $1.73 | 0046 |
| Certified Fee | $2.80 | 06 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.83 | 10/01/2009 |

Sent To:
Alliance Homes, Inc. d/b/a Adrian Homes
Through its Agent for Service of Process
G Hiller Spann, CEO
734 East Main St.
Adrian, GA 31002

PS Form 3800, August 2006