# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SABRINA JOSEPH, ET AL. ) | **RETURN** |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-3995 |
| CHAMPION HOME BUILDERS CO., ET AL. ) | |
| Defendant ) | |
| ) | |
| ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Champion Home Builders Co.
Through its registered agent for service:
The Corporation Company
30600 Telegraph Rd.
Suite 2345
Bingham Farms, MI 48025

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Sep 25 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

O AO 440 (Rev. 04/08) Civil Summons (Page 2)
Case 2:07-md-01873-KDE-MBN   Document 5584   Filed 10/20/09   Page 2 of 4

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Champion Home Builders Co., by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title: Lawrence J. Centola, Jr. Attorney

Server's address: 600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 4969</u>**

The Corporation Company
30600 Telegraph Rd.
Suite 2345
Bingham Farms, MI 48025

      Re:    *Sabrina Joseph, et al. v Champion Home Builders, Co., et al.*
               EDLA, Case No: 09-3995

Dear Sir/Madam

Please accept service on behalf of Champion Home Builders Co.

                                          Very truly yours,

                                          Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Champion Home Builders Co.**
Through its Agent for Service of Process
The Corporation Company
30600 Telegraph Rd. Suite 2345
Bingham Farms, MI 48025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: The Corporation Company
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
OCT 0 5 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 4969

PS Form 3811, February 2004    Domestic Return Receipt    3995    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees
Postmark Here

7009 2250 0001 3450 4969

Sent To
Champion Home Builders Co.
Through its agent for Service of Process
The Corporation Company
30600 Telegraph Rd. Suite 2345
Bingham Farms, MI 48025

PS Form 3800, August 2006    See Reverse for Instructions