AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Curtis Coleman, Jr. | ) | |
| Plaintiff | ) | **09-6307** |
| v. | ) | Civil Action No. |
| Forest River, Inc., et al. | ) | |
| Defendant | ) | Relates to MDL No. 1873 |
| | ) | Plaintiff's Claim Originated in Civil Action No. 09-4941 |

**Summons in a Civil Action**

**SECT. N MAG 5**

To: *(Defendant's name and address)*

CH2M Hill Constructors, Inc.
Through its registered agent for service
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of Clerk of court

Date: Sep 16 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE BATON ROUGE LA 708-2
29 SEP 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAMBERT & NELSON
PROFESSIONAL LAW CORPORATION
701 MAGAZINE ST.
NEW ORLEANS, LA. 70130
(504) 581-1750

FEMA - Brock - Coleman, Jr. - Orig + Supp - JDB

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CT Corporation System  □ Agent<br>    5615 Corporate Blvd.  □ Addressee<br>B. Received by (Printed Name) DB   C. Date of Delivery<br>    Baton Rouge, LA 70808 |
| 1. Article Addressed to:<br>CH2M Hill Constructors, Inc.<br>Through its registered agent:<br>CT Corporation System<br>5615 Corporate Blvd., Ste 400B<br>Baton Rouge, LA 70808 | D. Is delivery address different from item 1? □ Yes<br>   If YES, enter delivery address below:  □ No |
| | 3. Service Type<br>☒ Certified Mail   □ Express Mail<br>□ Registered      ☒ Return Receipt for Merchandise<br>□ Insured Mail    □ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number (Transfer from service label)  7008 1830 0001 1683 9571 | |
| PS Form 3811, February 2004   Domestic Return Receipt   SEP 3 0 REC/D   102595-02-M-1540 | |