# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| LEONA TATE | )|
|---|---|
| Plaintiff | ) |
| v. | ) |
| FOREST RIVER, INC., ET AL | ) |
| Defendant | ) |
| | ) |
| | ) |

Civil Action No. 2:09-cv-5527

## Summons in a Civil Action

To: *(Defendant's name and address)*

Forest River, Inc.
Through its registered agent for service:
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Forest River, Inc.</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9473</u>**

J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

      Re:    *Leona Tate, v Forest River, Inc., et al.*
               EDLA, Case No: 09-5527

Dear Sir/Madam

Please accept service on behalf of Forest River Inc.

                                      Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jdc
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Elle Hart   10/5/09 |
| 1. Article Addressed to:<br>Forest River, Inc.<br>Through its Agent for Service of Process<br>J. Richard Ransel<br>228 W. High St.<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8687 9473 |

PS Form 3811, February 2004    Domestic Return Receipt    5527    102595-02-M-15

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Article Number: 7009 1680 0001 8687 9473

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — MOWS NEW ORLEANS, LA 70113-9610 OCT

Sent To
Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St. Elkhart, IN 46516

PS Form 3800, August 2006    See Reverse for Instructions