UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright. v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*********************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Reply:

**IT IS ORDERED** that Forest River's Motion is GRANTED and that the Reply be entered into the record.

THIS DONE the  20th  day of   October   , 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT