Page 1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

                              DOCKET MDL NO. 1873 "N"
                              NEW ORLEANS, LOUISIANA
                              TUESDAY, SEPTEMBER 15, 2009, 8:30 A.M.

THIS DOCUMENT IS RELATED TO

CHARLIE AGE, ET AL V
GULF STREAM COACH, INC.,
ET AL, DOCKET NO. 09-2892;
ALANA ALEXANDER,
INDIVIDUALLY AND ON BEHALF
OF CHRISTOPHER COOPER

****************************************************************


                             DAY 2
                        MORNING SESSION
              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS:

                        GAINSBURGH BENJAMIN DAVID MEUNIER AND
                        WARSHAUER
                        BY:  GERALD E. MEUNIER, ESQUIRE
                        2800 ENERGY CENTRE
                        1100 POYDRAS STREET, SUITE 2800
                        NEW ORLEANS LA  70163


                        THE BUZBEE LAW FIRM
                        BY:  ANTHONY G. BUZBEE, ESQUIRE
                        600 TRAVIS, SUITE 7300
                        HOUSTON TX  77002
```

```
 1    APPEARANCES CONTINUED:
 2
                          WATTS GUERRA CRAFT
 3                        BY:  MIKAL C. WATTS, ESQUIRE
                          FOUR DOMINION DRIVE
 4                        BUILDING THREE, SUITE 100
                          SAN ANTONIO TX 78257
 5
 6                        HILLIARD MUNOZ GUERRA
                          BY:  ROBERT C. HILLIARD, ESQUIRE
 7                        719 S. SHORELINE BOULEVARD #500
                          CORPUS CHRISTI TX 78401
 8
 9                        CHRIS PINEDO
                          ATTORNEY AT LAW
10                        802 N. CARANCAHUA, SUITE 2250
                          CORPUS CHRISTI TX  78470
11
12    FOR GULF STREAM COACH, INC.:
13                        DUPLASS ZWAIN BOURGEOIS MORTON
                          PFISTER & WEINSTOCK
14                        BY:  ANDREW D. WEINSTOCK, ESQUIRE
                               JOSEPH G. GLASS, ESQUIRE
15                        THREE LAKEWAY CENTER
                          3838 N. CAUSEWAY BOULEVARD
16                        SUITE 2900
                          METAIRIE LA  70002
17
18                        SCANDURRO & LAYRISSON
                          BY:  TIMOTHY D. SCANDURRO, ESQUIRE
19                        607 ST. CHARLES AVENUE
                          NEW ORLEANS LA  70130
20
21
      FOR FLUOR ENTERPRISES, INC.:
22
                          MIDDLEBERG RIDDLE & GIANNA
23                        BY:  CHARLES R. PENOT, JR., ESQUIRE
                               RICHARD A. SHERBURNE, ESQUIRE
24                             SONIA MALLETT, ESQUIRE
                          717 N. HARDWOOD
25                        DALLAS TX  75201
```

IN RE: FEMA TRAILER                MOTIONS                CATHY PEPPER, CRR
FORMALDEHYE PRODUCTS LIABILTY LITIGATION                  SEPTEMBER 14, 2009

Page 3

1  OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                               500 POYDRAS STREET, ROOM B406
2                              NEW ORLEANS LA   70130
                               (504) 589-7779
3
   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
4  PRODUCED BY COMPUTER.

5

6

7                         I N D E X

8

9  EXAMINATIONS                                                PAGE

10

11 VIDEOTAPED DEPOSITION OF DR. DEROSA...................... 13

12 DONN FREIBERGER.......................................... 35

13 DIRECT EXAMINATION BY MR. WATTS.......................... 35

14 CROSS-EXAMINATION BY MR. WEINSTOCK....................... 43

15 REDIRECT EXAMINATION BY MR. WATTS........................ 46

16 PATRICIA WILLIAMS........................................ 50

17 DIRECT EXAMINATION BY MR. MEUNIER........................ 51

18 CROSS-EXAMINATION BY MR. WEINSTOCK....................... 70

19 REDIRECT EXAMINATION BY MR. MEUNIER...................... 91

20 KAREN FREIBERGER......................................... 97

21 DIRECT EXAMINATION BY MR. WATTS.......................... 97

22 CROSS-EXAMINATION BY MR. WEINSTOCK....................... 99

23 VIDEOTAPED DEPOSITION OF JIM SHEA........................ 111

24

25

IN RE: FEMA TRAILER                MOTIONS                 CATHY PEPPER, CRR
FORMALDEHYE PRODUCTS LIABILTY LITIGATION                   SEPTEMBER 14, 2009

Page 10

1  THE EASTERN DISTRICT.
2           FIRST OF ALL, LET ME ASK MS. RADOSTA OR MS. JUDICE,
3  IS THERE ANYTHING I'M LEAVING OUT OR ANYTHING I'VE SAID THAT'S
4  INACCURATE?
5       THE DEPUTY CLERK:  SHE LEFT A MESSAGE ON MY MACHINE THIS
6  MORNING, I DIDN'T TALK TO HER PERSONALLY.  IT WAS ON MY
7  VOICEMAIL.
8       THE COURT:  DID I ACCURATELY CHARACTERIZE THE MESSAGE?
9       THE DEPUTY CLERK:  CORRECT.
10      JURY ADMINISTRATOR:  YES, SIR.
11      THE COURT:  ANY COUNSEL WANT TO COMMENT?
12      MR. WATTS:  JUDGE, MIKAL WATTS FOR THE PLAINTIFFS.
13          FIRST, THE PLAINTIFFS WOULD STATE THAT WE AGREE
14 WITH YOUR RECITATION OF THE DETAILS WITH RESPECT TO WHAT HAPPENED
15 YESTERDAY AFTERNOON.  I SAW YOU OUT THERE WITH THE JUROR TALKING.
16 AND WE --
17      THE COURT:  FOR THE RECORD, MR. WATTS IS REFERRING TO
18 MS. JUDICE.  HE SAW MS. JUDICE TALKING TO THE JUROR.
19      MR. WATTS:  YES, OUTSIDE THE COURT.  SO WE AGREE WITH
20 EVERYTHING THAT WAS SAID WITH RESPECT TO EVERYTHING THAT HAPPENED
21 YESTERDAY AFTERNOON AND LAST NIGHT.
22          THAT BEING SAID, THE PLAINTIFFS HEREBY OBJECT TO
23 PROCEEDING FORWARD AT THIS TIME FOR THE REASON THAT THE VENIRE
24 PANEL HAD FIVE AFRICAN-AMERICANS THAT WERE STRICKEN BY THE
25 DEFENDANTS.  WE ASK THAT ALL FIVE BE REINSTATED UNDER BATSON.

IN RE:  FEMA TRAILER            MOTIONS                CATHY PEPPER, CRR
FORMALDEHYE PRODUCTS LIABILTY LITIGATION               SEPTEMBER 14, 2009

Page 11

1  THE COURT MADE CERTAIN RULINGS.  WE DON'T BELIEVE THAT THE

2  COURT'S RULING APPROPRIATELY REMEDIED THE SITUATION, AND NOW WE

3  HAVE THE SECONDARY SITUATION THAT ONE PART OF THE REMEDY IS GONE.

4            WE RESPECTFULLY REQUEST A COUPLE OF HOURS OF RECESS

5  SO THAT THE COURT MARSHALS CAN GO GET ONE OF THE TWO

6  AFRICAN-AMERICAN JURORS LEFT ON THIS JURY IN LIGHT OF THE

7  DEFENDANTS' STRIKES THAT WE THINK VIOLATE BATSON AND MILLER-EL V.

8  DRETKE.

9            MR. WEINSTOCK:  THIS IS MR. WEINSTOCK.  WITHOUT

10 REOPENING THE BATSON ISSUE, I THINK MR. WATTS IS INCORRECT IN

11 THAT THE FIFTH JUROR WAS NOT STRUCK BECAUSE BEFORE THE JURY WAS

12 IMPANELED WE WITHDREW OUR STRIKE AND CHOSE TO USE IT ON A

13 NONAFRICAN-AMERICAN.

14            AND AS FAR AS MS. MORRIS GOES, WE AGREED TO SPLIT

15 THE COST OF TRANSPORTATION HERE; AND FURTHER, IF THEY COULD -- I

16 MEAN, WE AGREED IF THEY COULD FIND A CAB TO PICK HER UP TODAY, WE

17 WOULD AGREE TO PAY THAT AS WELL.  SO WE HAVE DONE WHAT WE COULD

18 TO MAKE SURE THIS JURY WAS FAIR AND BALANCED.

19            THE COURT:  I THINK THAT'S CORRECT.  I THINK THE

20 CHALLENGE TO HER WAS VOLUNTARILY WITHDRAWN BY GULF STREAM.  SO

21 INSOFAR AS THIS PARTICULAR JURY IS CONCERNED, GULF STREAM AND

22 FLUOR, THE DEFENDANTS, WHO EXERCISED D-5, WHICH IS THE FIFTH AND

23 LAST PEREMPTORY THE DEFENDANTS HAD, THAT WAS WITHDRAWN BEFORE THE

24 COURT EVEN COMMENTED ON THE MOTION THAT HAD BEEN MADE.

25            IS EVERYBODY READY TO PROCEED TODAY?