## JUROR QUESTIONNAIRE

Full Name: Nedra Nadine Hookfin   Male _____   Female ✓

Date of Birth: 1/25/74

Place of Birth: N.O, La.

    Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury.  A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.

    This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible.  You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror.  If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff.  Please recognize that there are no right or wrong answers to this questionnaire.  If you feel you

1

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1. What is your current residence address?

    3514 Bavonne St
    N. O. La. 70115

2. How long have you lived in this area of Louisiana?

    all my life

3. What other cities and states have you lived in during the last ten years?

    N/A

4. Where did you grow up?   in N.O.

5. Do you:

    _____ Own your home        ✓ Rent your home

    _____ Live with homeowners of the residence

6. Is your residence a house, apartment, condominium or mobile home?

    house

7. What is your current marital status?

    ✓ ___Single   ___Married   ___ Divorced   ___Widowed   ___ Life Partner

8.  Do you have children?   ✓ Yes   _____ No

If "Yes", please list their ages, highest level of school completed, and

occupations:   18      10th grade she's in G.E.D. School
                                              now

                9       3rd grade


9.  Are you primarily responsible for making financial decisions and taking care
    of financial matters in your family?   ✓ Yes   _____ No

If "Yes", please explain:   I take care of both my
kids by myself no help from 18 year
old father  9 year old fathers dead.


10.  Describe your educational background:

What was the highest level of school you completed?
    2 years of college at Delgado

If college, what was your major/primary area(s) of study?
    Nursing

What degrees or certificates did you attain, if applicable:
    N/A

List any technical courses you have taken:
    C.N.A.

11. What is your current employment status?

_____Full-time _____Part-time _____Self-employed _____Retired

_____Homemaker _____Student _____Disabled __✓__Unemployed

_____Other: _____

Please list your current or most recent occupation:

Name of employer: Tyler Technology

Type of business: Tax Asessor

Years employed by this employer: 1 year

Current job duties: measure homes And businesses for tax purposes

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain:

When new employees came out I trained a few to get to know how to do the job hands on

Number of individuals you supervise, if any:

N/A

4

12. For the last five years, please list your employers and the job duties you had

for each. Tyler Technology  6/2008 – 7/2009
measure buildings
Cheries Tender Care  11/2007 – 6/2008
Take care of patient
Securitas Security  6/2007 – 10/2007
Securing English Turn
Worldwide Force Protection  12/2005 – 8/2007
Security Guard
Greenbelt Security  4/2005 – 8/2005
Security Guard
O.P.C.S.O.  Certified Deputy  8/2002 – 4/2005

13. If you are or were ever married, have or had a life partner, please state the

following for your spouse or partner:

Highest level of education completed and degrees attained, if

applicable: 11th grade

Name of current or last known employer and job duties:

14. Are you parents living?

**Mother:** ✓ Yes _____ No **Father:** _____ Yes ✓ No

15.    What are your parents' primary occupations (If retired or deceased, previous

occupations):

Mother: _Switch board operater for Entergy_

Father: _____Decease_____

16.    Do you, your spouse/partner or any member of your immediate family belong

to a Labor Union?        _____ Yes        _____ No

If "Yes", which union: _____

17.    Have you, your spouse/partner or any member of your immediate family ever

served in the military? If so, please state:    _NO_

Which branch of service?

What was your/their military occupational specialty?

What was your/their current or most recent rank?

Number of years of service?

6

18.   What social, civic, professional, religious, trade or other organizations are

you or your spouse/partner affiliated with?                N/A

Describe any offices held:

19.   Voter Registration:

_____Democrat      ✓Republican _____Independent

_____Other: _____

20.   Have you ever held or sought political office?      ____ Yes      _____ No ✓

If "Yes", what office?

21.   Did you vote in the last presidential election?      ____ Yes ✓      _____ No

22.   Did you vote in the last congressional election in your district?

____ Yes ✓      _____ No

23.   Did you vote in the last mayoral (or parish president) election where you

live?

____ Yes ✓      _____ No

24.   When you are in a group, how often would you say that you speak out or take

a leadership position?

____ Frequently ✓

_____ Occasionally

_____ Seldom

_____ Never

25.    If selected as a juror, you will be asked to maintain your honest beliefs about

what the evidence shows, while at the same time giving full consideration to

the views of other jurors without hesitation to re-examine your own opinion

and change your mind, if convinced that you are wrong.  Do you believe this

will be possible for you?  __✓__ Yes  ___ No

If "No", please explain in full your concerns about this.


26.    What are your three principal sources of news? (Circle no more than three)

Newspapers              Magazines

Local TV News        National TV News

Radio                     TV Talk Shows

Internet                   Other _____

8

27.    Do you believe that the news media:

       _____ Is always accurate

       ✓ Is usually accurate

       _____ Is rarely accurate

       _____ Is never accurate

       _____ Unsure

28.    What television programs do you watch regularly (including news programs)?  *CSI* *NCI* *Sienfield* *Ghost Whispers* *So you think you can dance*  *Channel 8 news* *Judge Shows (Judge Matthus)*

29.    What do you like to do in your spare time (hobbies, recreations, or pastimes)?  *Decorate*

30.    Do you own a computer, or have routine access to one?

       ✓ Yes         _____ No

       If "Yes", what image do you currently maintain as your screen saver on that computer?  *a water site with a wood deck*

9

31.   What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)?   *Don't have internet due to unemployed.*

32.   Do you access one or more blogs on the Internet at least on a weekly basis?

_____ Yes         ✓ No

If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33.   Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?

*NO*

34.   Within the past five years, have you experienced any of the following events:

(Circle all that apply)

(Loss of employment)

(Serious financial hardship)

Major hospitalization

Surgery

Taken time off work because of stress

(Serious illness or injury)

Death of spouse/partner or child

(Separation from partner, spouse or child)

Divorce

35.   Compared to others you know, would you describe yourself as an unusually sympathetic person?

_____ ✓ Yes          _____ No  Please explain:

36.   Have you/anyone close to you ever received:

_____ Disability Insurance          _____ Unemployment Compensation

_____ Public housing assistance          _____ Worker's Compensation

_____ ✓ Any other form of public assistance: *Food Stamps*

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

*myself now due to unemployement*

37.   Have you, your spouse/partner or any member of your immediate family ever worked for a federal, state, or local government agency or held a government office?  If "Yes", please state:  *NO*

Which government agency? _____

What does the agency do?

What was your/their job title?

What were your/their job duties?

What were your/their dates of employment?

38.   Have you, your spouse/partner or any member of your immediate family ever owned or managed a business?  _____ Yes      ✓ _____ No

If "Yes", please explain:

39.   Do you, or any family member, have any training, experience and/or

knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?   Self ("S") or Family ("F")?

| | | |
|---|---|---|
| Medicine/Healthcare | S | (F) |
| Laboratory  Work | S | F |
| Construction | S | F |
| Furniture/Carpet/Textiles | S | F |
| Mortuary | S | F |
| Safety Products | S | F |
| Safety Practices | S | F |
| Journalism/TV/Media | S | F |
| Emergency Services | S | F |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | F |
| Government/FEMA | S | F |
| Social Work | S | (F) |
| Workplace Safety | S | F |

| | | |
|---|---|---|
| Environmental Regulations | S | F |
| Recreational Vehicle Industry | S | F |
| Manufactured Housing Ind. | S | F |
| Toxicology | S | F |
| Psychology/Social Work | S | F |
| Woodworking | S | F |
| Quality Assurance | S | F |
| Product Design/Manufacturing | S | F |
| Consumer Product Testing | S | F |
| Chemistry | S | F |
| Biology | S | (F) |
| Toxic/Hazardous Materials | S | F |
| Insurance/Claims Handling | S | F |
| Investigative Work | S | F |
| Contracts | S | F |
| Contract Negotiation/Enforcement | S | F |
| Volunteer Work | S | F |
| Wood Products | S | F |

If you answered "Yes" to any of the above, please explain the extent of the experience/training: *Healthcare members in family work in hospital, sergury tech, Dr., Dialysis tch*

*Social Worker my aunt is a Social Worker*
*Biology cousin has degree in Biology she's a teacher*

40.   Have you or someone close to you ever worked as a builder or contractor?

_____ Yes      _✓_ No  If "Yes", please explain:

41.   Have you or someone close to you worked as a contractor for the U.S. Government? _____ Yes      _✓ No        If "Yes", please explain:

42.   Have you or someone close to you ever worked for or with any regulatory agency?  _____ Yes      _✓_ No      If "Yes", please explain:

43.     Have you or someone close to you ever had the responsibility for insuring

compliance with any government standards or regulations?

_____ Yes        __✓__ No     If "Yes", please explain:

44.     Have you or someone close to you ever had the responsibility of writing,

training or enforcing health or safety policies and practices?

_____ Yes        _____ No  If "Yes", please explain:

45.     Have you, any family member or a close friend ever been warned,

reprimanded or otherwise disciplined for a health or safety policy/rule

violation?

_____ Yes        _____ No   If "Yes", please explain:

46.     Have you, or someone close to you, ever worked with, or around hazardous

materials?     _____ Yes      _____ No  If "Yes", please explain:

47.     Do you have a regular, or family, doctor?     __✓__ Yes        _____ No

48.   Please list any medical conditions for which you are currently being treated:

*Hyper Thyroid*

49.   How often do you go to the Doctor? *It depends on how my levels are.*

50.   What type of health care plan do you have? *NONE Now since unemployed*

51.   What type of healthcare facility do you usually use? *a Clinic*

52.   How would you rate your basic state of health?

_____ Poor, often sick      ✓ Average      _____ Good, seldom sick

53.   To what extent do you believe you have control over your health?

_____ I feel my health is largely within my control

✓ _____ I feel my health is somewhat within my control

_____ I feel my health is somewhat outside my control

_____ I feel my health is largely outside my control

54.   Have you or anyone in your family suffered from asthma, allergies, other
respiratory illness, or any autoimmune disorder?

_____ Yes      ✓ No

If "YES", what is/was the medical diagnosis of your condition, if any:

17

If "YES", please list any substances to which you are allergic:

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?

55.   Have you ever smoked?

_____ Yes ✓       _____ No

If "YES", do you still smoke?   _____ Yes       _____ No ✓

If "YES", how long have you been a smoker?   _____ Months   _____ Years /

If "YES", number of packs per day:  _I pack of black n mild cigars_

If "YES", how many times have you tried to stop?  _____/_____

If "Yes", do you smoke inside your home?   _____ Yes       _____ No ✓

56.  Which of the following statements about smoking do you think is most correct?

_____People who smoke are addicted and are not personally responsible for their continued smoking

___✓___Smoking is a bad habit, and people can quit if they really want to

_____Neither

57.  Have you or anyone close to you ever been unable to work due to a serious medical problem, permanent injury or disability?

____ Yes, I have        ____ Yes, someone close to me has        __✓__No

If "YES", please explain:

58.  Have you, any family members, or close friends ever had a loved one injured or die as a result of wrongdoing or the negligence of another party?

_____ Yes        __✓__No

IF "YES", please explain who was involved and what happened:

59.   Have you, a family member, or anyone close to you ever been injured by a

product you thought was defective?

___Yes          Who? _____

✓
___No

___Maybe          Who? _____

Please explain:

60.   Have you ever served on a jury? *NO*

____Yes:          ____Civil          _____Criminal

How many times?

If "YES", please indicate the type of case(s):

If "YES", was a verdict reached?

_____ Yes        _____ No

If "YES", did you serve as the foreperson?

_____ Yes        _____ No

61. Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

   ____✓ Yes        _____ No

   If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case): *Myself, car accident*

62. Have you or someone close to you ever been sued or threatened with a suit by someone else?        _____ Yes        ✓ No

   If "Yes", explain:

63. Have you ever felt you had reason to sue but decided not to?

        _____ Yes        _____ No  If "Yes", please explain:

64. Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?        _____ Yes        ✓ No

   If "Yes", please describe the dispute, who was involved, and the outcome.

65.    Do you believe too many people too often file frivolous lawsuits to address

grievances? _____Yes   ✓ No   Explain (optional).

66.    Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

_____ Yes       ✓ No   Please explain:

67.    Do you support legislative reforms to place caps or limits on the amount of

money juries can award?  _____ Yes   ✓ No  If "Yes", please explain:

68.    On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1     2     3     ④     5     6     7     8     9     10

69.   Do you think corporations have an unfair advantage or disadvantage in the

courtroom?

_____✓ Yes   _____ No   Please explain: Because some corporations sometimes can buy there way out of trouble.

70.   Do you think our system of lawsuits gives an unfair advantage or

disadvantage to people who file lawsuits?   _____ Yes   _____ No Sometimes

Please explain: Sometimes a person maybe cant afford a good lawyer to represent them which could help their case more, when corporations have the best lawyers they can find.

71.   Do you feel you could fairly decide a lawsuit involving an individual against

a corporation?   _____✓ Yes   _____ No

72.    Have you or a family member ever had a serious, negative dispute with a

manufacturer over the quality of a product?   _____ Yes   _____✓ No

IF "Yes", please explain:

73.   How much confidence do you have in major companies in our country?

_____ A great deal of confidence

✓ Only some confidence

_____ Hardly any confidence

74.   To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

___ I am positive they conspire          ✓ I suspect they conspire

___ I am doubtful they conspire          ___ I do not believe they conspire

75.   Which statement do you agree with more? (Check one)

_____ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

✓ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.   Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

_____Adequate      ✓Inadequate      _____Very inadequate

77. Do you think corporations generally try to make their products safe?

_____✓ Yes          _____ No

78. Do you have any concerns about holding a product manufacturer legally

responsible if a user or consumer of the product gets sick from exposure to

hazardous air pollutants emitted from the product? _____✓ Yes _____ No

If "Yes", please explain your concerns. *Its there responsibility to ensure safety of their product.*

79. Do you think the government should provide "free" health care for all

citizens?

_____✓ Yes          _____ No

80. Generally, do you believe that it is the government's responsibility, in the

face of a disaster, to ensure that all displaced individuals are provided with

some form of housing? _____✓ Yes          _____ No

If "Yes", please explain why you believe this. *Because if your dis placed you may not have any resources of your own and you'll need some form of help to start you off so you can get on your feet and provide for yourself*

25

81.    Do you have general concerns about how the Federal Government spends

money, operates, or treats its citizens, which would influence your ability to

be a fair and impartial juror in this case?    ___Yes    ✓ No

If "Yes", please explain why this is so.


82.    Do you agree or disagree with the following statements?

a.    If a person claims injury, or health or safety concerns, based upon

actions taken by  the government in an emergency, the government

should pay for the injury, or health or safety concerns,  even when

there is no proof that the government did something wrong.

___Agree strongly

_____ Agree

___ Disagree

_____ Disagree strongly

✓ Not sure

b.      Individuals receiving emergency assistance from the government after a natural disaster should have no right to sue the federal government over injuries, or health or safety concerns, that they believe to be related to the government assistance?

_____Agree strongly

_____ Agree

_____ Disagree

_____ Disagree strongly

_✓__ Not Sure

83.   Do you feel you could fairly decide a lawsuit between an individual and the government?        _✓_ Yes        _____ No

84.   How much confidence do you have in our country's government?

_____ A great deal of confidence

_✓__ Only some confidence

_____ Hardly any confidence

85.   Do you agree or disagree with the following statement: Overall, the

      government does a good job of protecting the public from toxic substances in

      the environment.

      _____ Agree strongly

      _____ Agree

      __✓__ Disagree

      _____ Strongly disagree

      _____ Not sure

86.   Have you, or anyone close to you, ever worked in a job where you/they had

      contact or familiarity with OSHA or HUD standards?

      __✓__ Yes       _____ No

      IF "Yes", who?  *myself*

87.   Overall, what kind of job would you say government agencies (such as

      Housing and Urban Development ("HUD") and the Occupational Safety and

      Health Administration ("OSHA")) do making manufacturers, employers and

      employees follow safety regulations?

      ____Good   ___Okay  _✓_ Not very good   ____Bad  ____No opinion

88.   Do you consider yourself an "environmentalist"?   ____ Yes  _✓_ No

28

89.  Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?  _____ Yes  ✓ No

IF "Yes", which one(s):


90.  Do you have any health or safety concerns about where you live or work?

_____ Yes  ✓ No  IF "Yes", please explain:


91.  Have you ever experienced any of the following problems in your home,

condo, or apartment?  *No*

____ sick building syndrome  ____ toxic mold  ____ asbestos exposure

____ recurring indoor mold or mildew  ____ chemical exposure

92.  How often do you question your personal safety on a day-to-day basis?

_____ Frequently  ✓ Sometimes  _____ Rarely, if ever

93.  How concerned are you about environmental toxins in your food, water or air

that may harm you?

✓ Very  _____ Somewhat  _____ Not very or not at all

94.   Have you, a member or your family or someone close to you, ever been

exposed to substances or chemicals which were a potential health hazard?

___ Yes          ___ No     IF "Yes", please explain:

95.   Have you, a member of your family or someone close to you, ever been

injured as a result of exposure to hazardous substances or chemicals?

___ Yes          ___ No     IF "Yes", please explain:

If YES, how seriously were you injured:

___ Very     ___ Somewhat     ___ Not very or hardly at all

96.   If a company exposed consumers to any kind of toxic substance responsible

for a related disease, I would (check one):

___ Always find the company liable

___ Never find the company liable

___ Depends on the facts of the case

97.  Have you, your spouse/partner or any member of your immediate family ever
     owned, used or resided in a travel trailer, park model, manufactured housing
     (mobile home) unit or any recreational vehicle? ____Yes ✓ No

     If "Yes", who was the manufacturer and what was the brand name or model?

98.  Have you, any member of your immediate family, or anyone you know ever
     had a complaint about the quality of construction in your/their residence?

     ____ Yes     ____ No     If "Yes", please explain who was involved and what
     happened:

99.  Have you or anyone close to you lived in, worked in, gone to school in,
     visited or temporarily occupied a motor home, recreational vehicle (RV),
     and/or a manufactured housing (mobile home)unit? ✓ Yes ____ No

     If "Yes", please explain: Fema trailer, I've worked in
     on and visited people who were living in one
     after Hurricane Katrina.

100. Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

___Yes          ___ No    If "Yes", please explain:

101. Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

___Yes    ✓No    Please explain:

102. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?          ___Yes          ✓No

103. Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?    ___Yes    ✓No

104. Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?    ___Yes    ✓No

105. Have you, your spouse/partner or any member of your immediate family ever

   had a relationship or some business connection with Fluor Enterprises, Inc.?

   ___Yes   ___No

106. Do you have any opinions about companies that manufacture

   travel trailers, park models or manufactured housing that would make you

   favor one side over the other in a lawsuit between an emergency aid recipient

   and the manufacturer of travel trailers, park models or manufactured housing?

   ____Yes   ✓ No   ___Maybe

   Please explain which side you would favor and why?

107. In the aftermath of a disaster, who do you believe is <u>most</u> responsible for

   providing housing assistance to those without housing?

   ____✓Federal Government   ____State Government

   ____Local Government   ____None of the Above

108.   Do you believe that FEMA generally:

       \_\_\_\_Does a good job helping people after disasters

       ✓\_\_Does an "okay" job helping people after disasters

       \_\_\_\_Does a poor job helping people after disasters

       \_\_\_\_Only makes disasters worse

       \_\_\_\_Unsure

Please explain why you believe this.

109.   Have you/anyone close ever had personal experience/contact with FEMA?

    \_\_\_\_Yes        ✓\_No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

110.   Have you/anyone close to you ever received:

_____FEMA Rental Assistance          _____FEMA Issued Housing Unit

_____FEMA Hotel Assistance          _____FEMA Relocation Assistance

_____FEMA Financial Assistance      ✓Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided: After Katrina Fema issued out $2,000 to me And people in my family to assist with living situations due to no one could enter N.O. and get to their homes because of flooding waters.

111.   If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

_____I have never sought disaster aid or relief from FEMA

✓I was treated well

_____I was treated satisfactorily

_____I was treated poorly

_____I was mistreated by FEMA

Please explain your answer: I didn't have any problems with Fema but know some people who did get a lot of problems.

112. Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita? *Yes*

If "Yes", explain what property damage or injury you/they experienced.

*My Aunt property was damaged and she didn't get any assistance for that.*

Did you/they seek aid from FEMA? ____Yes      ✓ No

Who was injured? *N/A*

How seriously were you/they injured?

__ Very      __ Somewhat      __ Not very or hardly at all

113. Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

✓ Yes      ____No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA. *Me And my family was displaced for a while after Hurricane Katrina.*

114. Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government? ✓ Yes ____No

If "Yes", please explain why you believe this. *Because it's their rights to ensure levees are up to standard year round to make sure the people in the communities would be safe at all times not just in Hurricane seasons.*

36

115. Have you, any family member or any close acquaintance of yours ever

resided in housing provided by FEMA or any government agency following a

natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_✓_Yes          ____No

If "Yes", identify the individual(s) receiving this housing assistance and your

relationship to the individual(s) and the type of housing assistance provided.

*my aunt and cousins, FEMA paid for hotel for them to stay in while in Texas after Katrina.*

116. Do you have any opinions about companies that FEMA contracted with to

install and maintain travel trailers, park models or manufactured housing

(mobile homes) that would make you favor one side over the other in a

lawsuit between an emergency aid recipient and the company that installed

and maintained the travel trailers, park models or manufactured housing

(mobile homes)?

____Yes     _✓_No     ____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117. Have you, a family member, or anyone close to you ever suffered from a disease or injury that you believe was caused by living in an emergency housing unit (travel trailer, park model or manufactured housing)?

_____Yes          Who: _____

___✓__No

_____Maybe       Who: _____

Please explain:

118. Have you heard about or discussed the topic of formaldehyde exposure with anyone?

___✓__Yes          _____No

If "Yes", please explain: I've talked about this discussion with many people, and all of our concerns were why would they put this in a trailer and let people live in them for months and maybe years if they know it~~'s better~~ can or will harm people in any way.

38

119.  Do you or anyone close to you work with or around formaldehyde, or products that contain formaldehyde?

_____Yes          Who: _____

_____No

_____Unsure

If "Yes", please explain the circumstances and what it was used for:

120.  Based on your experience and what you have heard/read, have you formed any opinions about the overall effects, if any, of formaldehyde exposure on a person?

_____Yes          _____No

If "Yes", what is your opinion? It shouldn't be used in a place where people have to reside in so that they won't get hurt.

121.  How dangerous do you think it is for someone to be exposed to formaldehyde.

___ Very    ___ Somewhat    ___ Not very    ___ Not at all    ___Unsure

122.  Have you, or anyone you know, ever been screened or tested to determine if

you might have a formaldehyde-related condition?

_____Yes          Who: _____ When:_____

✓_____No

123.  Do you claim to have, or do you know anyone who claims to have, a disease

or injury associated with formaldehyde exposure?

_____Yes          ✓_____No

If "Yes", please explain:

124.  Have you attended any meetings about filing lawsuits concerning alleged

formaldehyde exposure to occupants of FEMA provided trailers and mobile

homes?

_____Yes          ✓_____No

If "Yes", state where, and what you have seen/heard or read:

125. Have you seen, heard or read anything about lawsuits brought by some of the occupants of FEMA emergency housing units in which the occupants claim injury or disease because of their alleged exposure to formaldehyde?

____Yes     ____No     _✓_Unsure

If "Yes" or "Unsure", please explain: _I've only saw on T.V. the lawyers on commercials telling you your right and that it's not too late to file suit against Fema for formaldehyde exposure that's it I don't know any one who has this problem._

126. Have you seen/heard or read any advertisements from lawyers about lawsuits involving alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_✓_Yes     ____No     ___Unsure

If "Yes" or "Unsure", please explain:

_I've seen it on T.V. commercials._

41

127.  Do you, a family member, or anyone close to you believe you have or they

have a claim concerning alleged injuries from living in a FEMA-provided

emergency housing unit (travel trailer, park model or manufactured housing

(mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

_____No

_____Don't know

128.  Is there anything you can think of that would give you trouble being open-

minded in a case involving a person suing the trailer manufacturers,

installation and maintenance contractors, and FEMA for formaldehyde

exposure from their FEMA-issued trailers?  No

129. If chosen as a juror, you should know that the trial of this case <u>may</u> take two

full work weeks (Monday through Friday).  Would this present such a severe

personal or economic hardship for you that you believe you could not serve

as a fair and impartial juror?  If so, please explain why (including specific

information as to the nature of your hardship, or indicate that you would like

to speak to the Court privately about the matter).  *NO, I would have
to try to schedule my days for therapy
around this if I could. I go Mon., Wed., Fri.
I fell and my left knee is shifted to the left.*

I swear that the answers that I have given are true and correct to the best of

my knowledge.

Print Name: *Nedra Hodkin*

Signature: *Nedra Hodkin*

Date: *7/28/09*

43