# JUROR QUESTIONNAIRE

Full Name: Mitzi M. Aucoin          Male _____    Female ✓_____

Date of Birth: 10-18-66 _____

Place of Birth: Franklin, La 70538 _____

     **Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury. A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.**

     **This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible. You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror. If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff. Please recognize that there are no right or wrong answers to this questionnaire. If you feel you**

**should not answer a particular question, please write "Need to discuss" and the Court will address this with you privately.**

**Please do not write on the back of any page.**

1.  What is your current residence address?

    312 North Moss Dr
    Houma, La 70360

2.  How long have you lived in this area of Louisiana? 19 Years

3.  What other cities and states have you lived in during the last ten years?
    None

4.  Where did you grow up? Franklin, La

5.  Do you:

    __✓__ Own your home        _____ Rent your home

    _____ Live with homeowners of the residence

6.  Is your residence a house, apartment, condominium or mobile home?
    house

7.  What is your current marital status?

    ___ Single  ✓ Married  ___ Divorced  ___ Widowed  ___ Life Partner

8.    Do you have children?    ✓ Yes    _____ No

If "Yes", please list their ages, highest level of school completed, and

occupations:    17 - Junior High School
14 - Freshman High School

9.    Are you primarily responsible for making financial decisions and taking care

of financial matters in your family?    ✓ Yes    _____ No

If "Yes", please explain:    I mainly pay all bills for my family.

10.    Describe your educational background:

What was the highest level of school you completed?
3 yrs. of college

If college, what was your major/primary area(s) of study?
Business

What degrees or certificates did you attain, if applicable:
N/A

List any technical courses you have taken:

11.  What is your current employment status?

_____✓_Full-time      _____Part-time      _____Self-employed      _____ Retired

_____Homemaker      _____ Student      _____Disabled      _____ Unemployed

_____Other: _____

Please list your current or most recent occupation:

Name of employer: Terrebonne Parish School Board

Type of business: Education

Years employed by this employer: 6

Current job duties: Paraprofessional- helping teacher in classroom
with students.

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain: Yes-
discipline, supervision of children 4-5 years old

Number of individuals you supervise, if any: 20 children

12. For the last five years, please list your employers and the job duties you had

for each. Terrebonne Parish School Board
Paraprofessional - assisting teacher in classroom.

13. If you are or were ever married, have or had a life partner, please state the

following for your spouse or partner:

Highest level of education completed and degrees attained, if

applicable: 4 yrs college - Business Degree in Finance

Name of current or last known employer and job duties:
Edward Jones Investments
Financial Advisor

14. Are you parents living?

**Mother:** ✓ Yes _____ No   **Father:** ✓ Yes _____ No

15. What are your parents' primary occupations (If retired or deceased, previous occupations):

Mother: Retired - Previous teacher

Father: Retired  Previous Superintendant

16. Do you, your spouse/partner or any member of your immediate family belong to a Labor Union?        _____ Yes        ✓ No

If "Yes", which union: _____

17. Have you, your spouse/partner or any member of your immediate family ever served in the military? If so, please state:

Which branch of service? N\A

What was your/their military occupational specialty? N\A

What was your/their current or most recent rank? N\A

Number of years of service? N\A

18.    What social, civic, professional, religious, trade or other organizations are

        you or your spouse/partner affiliated with? N\A

        Describe any offices held:

19.    Voter Registration:

        ____✓Democrat        _____Republican        _____Independent

        _____Other: _____

20.    Have you ever held or sought political office?        _____ Yes        ____✓No

        If "Yes", what office?

21.    Did you vote in the last presidential election?        __✓Yes        _____ No

22.    Did you vote in the last congressional election in your district?

        __✓ Yes        _____ No

23.    Did you vote in the last mayoral (or parish president) election where you

        live?

        __✓ Yes        _____ No

24.    When you are in a group, how often would you say that you speak out or take

        a leadership position?

        _____ Frequently

_____ Occasionally

__✓__ Seldom

_____ Never

25.   If selected as a juror, you will be asked to maintain your honest beliefs about

what the evidence shows, while at the same time giving full consideration to

the views of other jurors without hesitation to re-examine your own opinion

and change your mind, if convinced that you are wrong.  Do you believe this

will be possible for you?  __✓__ Yes  ____ No

If "No", please explain in full your concerns about this.

26.   What are your three principal sources of news? (Circle no more than three)

(Newspapers)                 Magazines

(Local TV News)              National TV News

Radio                        TV Talk Shows

(Internet)                   Other _____

27.   Do you believe that the news media:

       \_\_\_Is always accurate

       ✓Is usually accurate

       \_\_\_Is rarely accurate

       \_\_\_Is never accurate

       \_\_\_Unsure

28.   What television programs do you watch regularly (including news

programs? *Fox 8 news WWL News*

29.   What do you like to do in your spare time (hobbies, recreations, or pastimes)?
*Watch my children in sporting activities*

30.   Do you own a computer, or have routine access to one?

    ✓Yes     \_\_\_\_\_No

If "Yes", what image do you currently maintain as your screen saver on that

computer? *Picture of my family*

31. What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)? HoumaToday.Com Vandebilt Catholic.Org TPSD.org

32. Do you access one or more blogs on the Internet at least on a weekly basis?

_____ Yes         _____ No

If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33. Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?
No

34. Within the past five years, have you experienced any of the following events: (Circle all that apply)

    Loss of employment

    (Serious financial hardship)

    Major hospitalization

    

    Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35.   Compared to others you know, would you describe yourself as an unusually sympathetic person?

✓ Yes        _____ No  Please explain:

36.   Have you/anyone close to you ever received:

_____Disability Insurance        _____Unemployment Compensation

_____Public housing assistance        _____Worker's Compensation

_____Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

37.    Have you, your spouse/partner or any member of your immediate family ever worked for a federal, state, or local government agency or held a government office?  If "Yes", please state:

Which government agency? _____

What does the agency do?

What was your/their job title?

What were your/their job duties?

What were your/their dates of employment?

38.    Have you, your spouse/partner or any member of your immediate family ever owned or managed a business?  ✓ Yes    _____ No

If "Yes", please explain: ~~Ha~~ My spouse does manage his own office for his employer.

39.   Do you, or any family member, have any training, experience and/or
      knowledge in any of the following fields?  (Please circle all that apply).

      If "YES", who?    Self ("S") or Family ("F")?

| Field | S | F |
|---|---|---|
| Medicine/Healthcare | S | (F) |
| Laboratory   Work | S | F |
| Construction | S | F |
| Furniture/Carpet/Textiles | S | F |
| Mortuary | S | F |
| Safety Products | S | (F) |
| Safety Practices | S | (F) |
| Journalism/TV/Media | S | F |
| Emergency Services | S | (F) |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | F |
| Government/FEMA | S | F |
| Social Work | S | F |
| Workplace Safety | S | (F) |

Environmental Regulations          S      Ⓕ

Recreational Vehicle Industry      S      F

Manufactured Housing Ind.          S      F

Toxicology                         S      F

Psychology/Social Work             S      F

Woodworking                        S      F

Quality Assurance                  S      Ⓕ

Product Design/Manufacturing       S      F

Consumer Product Testing           S      F

Chemistry                          S      F

Biology                            S      F

Toxic/Hazardous Materials          S      Ⓕ

Insurance/Claims Handling          S      Ⓕ

Investigative Work                 S      F

Contracts                          S      F

Contract Negotiation/Enforcement   S      F

Volunteer Work                     S      F

Wood Products                      S      F

If you answered "Yes" to any of the above, please explain the extent of the

experience/training: My brother is a safety engineer for the company
he is employed by.
My husband previously was a claims adjuster for
a major insurance company.

40.    Have you or someone close to you ever worked as a builder or contractor?

_____ Yes        __✓__ No  If "Yes", please explain:

41.    Have you or someone close to you worked as a contractor for the U.S.

Government? _____ Yes        __✓__ No        If "Yes", please explain:

42.    Have you or someone close to you ever worked for or with any regulatory

agency?    _____ Yes        __✓__ No      If "Yes", please explain:

43.   Have you or someone close to you ever had the responsibility for insuring

compliance with any government standards or regulations?

_____ Yes        ___✓___ No     If "Yes", please explain:


44.   Have you or someone close to you ever had the responsibility of writing,

training or enforcing health or safety policies and practices?

___✓___ Yes       _____ No  If "Yes", please explain: My brother for
his employer.


45.   Have you, any family member or a close friend ever been warned,

reprimanded or otherwise disciplined for a health or safety policy/rule

violation?

_____ Yes        ___✓___ No  If "Yes", please explain:


46.   Have you, or someone close to you, ever worked with, or around hazardous

materials?    ___✓___ Yes        _____ No  If "Yes", please explain: My dad
and my brothers


47.   Do you have a regular, or family, doctor?      ___✓___ Yes        _____ No

48.   Please list any medical conditions for which you are currently being treated:
depression, hyperthyroidism, rheumatoid arthritis

49.   How often do you go to the Doctor? approximately every 6 months

50.   What type of health care plan do you have? Gilsbar private Ins.

51.   What type of healthcare facility do you usually use? family practice + hospital

52.   How would you rate your basic state of health?

___ Poor, often sick      ___ Average      ✓ Good, seldom sick

53.   To what extent do you believe you have control over your health?

✓ I feel my health is largely within my control

___ I feel my health is somewhat within my control

___ I feel my health is somewhat outside my control

___ I feel my health is largely outside my control

54.   Have you or anyone in your family suffered from asthma, allergies, other

respiratory illness, or any autoimmune disorder?

✓ Yes      ___ No

If "YES", what is/was the medical diagnosis of your condition, if any:
Rheumatoid arthritis. myself
Asthma - grandmother

17

If "YES", please list any substances to which you are allergic:

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?  NO

55.   Have you ever smoked?

_____ Yes        ✓ No

If "YES", do you still smoke?    _____ Yes        _____ No

If "YES", how long have you been a smoker?  _____Months _____Years

If "YES", number of packs per day: _____

If "YES", how many times have you tried to stop? _____

If "Yes", do you smoke inside your home? _____ Yes        _____ No

56.   Which of the following statements about smoking do you think is most

correct?

_____People who smoke are addicted and are not personally responsible for

their continued smoking

___✓__Smoking is a bad habit, and people can quit if they really want to

_____Neither

57.   Have you or anyone close to you ever been unable to work due to a serious

medical problem, permanent injury or disability?

___ Yes, I have        ___ Yes, someone close to me has      __✓_No

If "YES", please explain:

58.   Have you, any family members, or close friends ever had a loved one injured

or die as a result of wrongdoing or the negligence of another party?

_____ Yes     __✓__ No

IF "YES", please explain who was involved and what happened:

59.    Have you, a family member, or anyone close to you ever been injured by a

product you thought was defective?

___Yes            Who? _____

_✓_No

___Maybe         Who? _____

Please explain:

60.    Have you ever served on a jury?  No

_____Yes:           _____Civil           _____Criminal

How many times?

If "YES", please indicate the type of case(s):

If "YES", was a verdict reached?

_____ Yes        _____ No

If "YES", did you serve as the foreperson?

_____ Yes        _____ No

61.   Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff,

defendant, witness)?

_____ Yes        ___✓___ No

If "YES", please explain (including whether you were the plaintiff or

defendant and the kind of case):

62.   Have you or someone close to you ever been sued or threatened with a suit by

someone else?            _____ Yes        ___✓___ No

If "Yes", explain:

63.   Have you ever felt you had reason to sue but decided not to?

_____ Yes        ___✓___ No  If "Yes", please explain:

64.   Have you/anyone close ever had a dispute with the Federal Government or a

federal government agency?        _____ Yes        ___✓___ No

If "Yes", please describe the dispute, who was involved, and the

outcome.

65.   Do you believe too many people too often file frivolous lawsuits to address

grievances? __✓__ Yes ____ No   Explain (optional).

66.   Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

____ Yes      __✓__ No   Please explain: *People should be compensated for their loss or grievance.*

67.   Do you support legislative reforms to place caps or limits on the amount of

money juries can award? __✓__ Yes _____ No   If "Yes", please explain:

*Some people do try to take advantage of the System.*

68.   On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1     2     3     4     5     6     ⑦     8     9     10

69.   Do you think corporations have an unfair advantage or disadvantage in the courtroom?

_____ Yes   ✓ No   Please explain: I believe they are treated like everyone else.

70.   Do you think our system of lawsuits gives an unfair advantage or disadvantage to people who file lawsuits?   _____ Yes   ✓ No

Please explain: I believe they are treated like everyone else.

71.   Do you feel you could fairly decide a lawsuit involving an individual against a corporation?   _____ Yes   ✓ No   Depending on the case and why their is a lawsuit

72.    Have you or a family member ever had a serious, negative dispute with a manufacturer over the quality of a product?   _____ Yes   ✓ No

IF "Yes", please explain:

73.    How much confidence do you have in major companies in our country?

_____✓ A great deal of confidence

_____ Only some confidence

_____ Hardly any confidence

74.    To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

_____ I am positive they conspire          _____ I suspect they conspire

_____✓ I am doubtful they conspire        _____ I do not believe they conspire

75.    Which statement do you agree with more? (Check one)

_____✓ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

_____ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.    Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

_____Adequate       ✓ Inadequate       _____Very inadequate

77.    Do you think corporations generally try to make their products safe?

         _____ / Yes         _____ No

78.    Do you have any concerns about holding a product manufacturer legally

        responsible if a user or consumer of the product gets sick from exposure to

        hazardous air pollutants emitted from the product?   ___ / Yes   _____ No

        If "Yes", please explain your concerns. If the manufacturer does the
        correct testing then they should
        know if the product is safe or
        not.

79.    Do you think the government should provide "free" health care for all

        citizens?

         _____ Yes         _____ / No

80.    Generally, do you believe that it is the government's responsibility, in the

        face of a disaster, to ensure that all displaced individuals are provided with

        some form of housing?   _____ Yes   _____ / No

        If "Yes", please explain why you believe this.

25

81.    Do you have general concerns about how the Federal Government spends money, operates, or treats its citizens, which would influence your ability to be a fair and impartial juror in this case?    ___Yes    ✓ No

If "Yes", please explain why this is so.


82.    Do you agree or disagree with the following statements?

a.    If a person claims injury, or health or safety concerns, based upon actions taken by the government in an emergency, the government should pay for the injury, or health or safety concerns, even when there is no proof that the government did something wrong.

___Agree strongly

_____ Agree

✓ Disagree

_____ Disagree strongly

_____ Not sure

b.      Individuals receiving emergency assistance from the government after

a natural disaster should have no right to sue the federal government

over injuries, or health or safety concerns, that they believe to be

related to the government assistance?

_____Agree strongly

__✓__Agree

_____ Disagree

_____ Disagree strongly

____ Not Sure

83.   Do you feel you could fairly decide a lawsuit between an individual and the

government?        __✓__Yes        _____ No

84.   How much confidence do you have in our country's government?

_____ A great deal of confidence

__✓__Only some confidence

_____ Hardly any confidence

85.  Do you agree or disagree with the following statement: Overall, the government does a good job of protecting the public from toxic substances in the environment.

_____Agree strongly

___✓___Agree

_____Disagree

_____ Strongly disagree

_____ Not sure

86.  Have you, or anyone close to you, ever worked in a job where you/they had contact or familiarity with OSHA or HUD standards?

___✓Yes      _____ No

IF "Yes", who? My brother

87.  Overall, what kind of job would you say government agencies (such as Housing and Urban Development ("HUD") and the Occupational Safety and Health Administration ("OSHA")) do making manufacturers, employers and employees follow safety regulations?

____Good   ✓Okay   ____Not very good    ____Bad   ____No opinion

88.  Do you consider yourself an "environmentalist"?    ____ Yes   ✓No

89.   Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?   _____ Yes   _✓_ No

IF "Yes", which one(s):

90.   Do you have any health or safety concerns about where you live or work?

_____ Yes   _✓_ No   IF "Yes", please explain:

91.   Have you ever experienced any of the following problems in your home,

condo, or apartment?

___ sick building syndrome   ___ toxic mold   ___ asbestos exposure

___ recurring indoor mold or mildew   ___ chemical exposure

92.   How often do you question your personal safety on a day-to-day basis?

_____ Frequently   _____ Sometimes   _✓_ Rarely, if ever

93.   How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very   _____ Somewhat   _✓_ Not very or not at all

94.    Have you, a member or your family or someone close to you, ever been

exposed to substances or chemicals which were a potential health hazard?

____ Yes              ___No     IF "Yes", please explain:

95.    Have you, a member of your family or someone close to you, ever been

injured as a result of exposure to hazardous substances or chemicals?

____ Yes              ___No     IF "Yes", please explain:

If YES, how seriously were you injured:

____ Very     ____ Somewhat     ____ Not very or hardly at all

96.    If a company exposed consumers to any kind of toxic substance responsible

for a related disease, I would (check one):

_____Always find the company liable

_____ Never find the company liable

_____Depends on the facts of the case

97.   Have you, your spouse/partner or any member of your immediate family ever
      owned, used or resided in a travel trailer, park model, manufactured housing
      (mobile home) unit or any recreational vehicle? __✓__ Yes ____ No

      If "Yes", who was the manufacturer and what was the brand name or model?
      not sure of name + model

98.   Have you, any member of your immediate family, or anyone you know ever
      had a complaint about the quality of construction in your/their residence?

      ____ Yes   __✓__ No   If "Yes", please explain who was involved and what
      happened:

99.   Have you or anyone close to you lived in, worked in, gone to school in,
      visited or temporarily occupied a motor home, recreational vehicle (RV),
      and/or a manufactured housing (mobile home) unit? __✓__ Yes ____ No

      If "Yes", please explain: My husband grew up in a mobile home

100. Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

___Yes          ✓No     If "Yes", please explain:

101. Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

___Yes    ✓No       Please explain:

102. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?          ___Yes          ✓No

103. Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?      ___Yes    ✓No

104. Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?    ___Yes    ✓No

105. Have you, your spouse/partner or any member of your immediate family ever had a relationship or some business connection with Fluor Enterprises, Inc.?

___Yes   _✓_No

106. Do you have any opinions about companies that manufacture travel trailers, park models or manufactured housing that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the manufacturer of travel trailers, park models or manufactured housing?

____Yes   _✓_No   ___Maybe

Please explain which side you would favor and why? not sure what I would favor until I hear testimonials from both sides.

107. In the aftermath of a disaster, who do you believe is <u>most</u> responsible for providing housing assistance to those without housing?

____Federal Government   ____State Government

____Local Government   _✓_None of the Above

108. Do you believe that FEMA generally:

_____Does a good job helping people after disasters

__✓__Does an "okay" job helping people after disasters

_____Does a poor job helping people after disasters

_____Only makes disasters worse

_____Unsure

Please explain why you believe this. I believe FEMA did their best due to the severity of the disaster and people trying to take advantage of the system.

109. Have you/anyone close ever had personal experience/contact with FEMA?

_____Yes          __✓__No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

110.  Have you/anyone close to you ever received:

        ____FEMA Rental Assistance        ____FEMA Issued Housing Unit

        ____FEMA Hotel Assistance        ____FEMA Relocation Assistance

        ____FEMA Financial Assistance        ____Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:

111.  If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

        ____I have never sought disaster aid or relief from FEMA

        ____I was treated well

        ____I was treated satisfactorily

        ____I was treated poorly

        ____I was mistreated by FEMA

Please explain your answer:

112. Did you, any family member or close acquaintance experience property damage or personal injury as a result of Hurricane Katrina or Rita?

If "Yes", explain what property damage or injury you/they experienced. Property Damage from Katrina - had to change the roof on my home.

Did you/they seek aid from FEMA? _____Yes _____✓No

Who was injured?

How seriously were you/they injured?

__ Very ___ Somewhat ___ Not very or hardly at all

113. Were you or any family member or close acquaintance displaced from your/their residence as a result of Hurricane Katrina or Rita?

_____Yes _____✓No

If "Yes", explain your relationship with these individuals, and indicate if they received emergency housing assistance from FEMA.

114. Do you believe that the damage caused by Hurricane Katrina to this part of Louisiana was the fault of the Federal Government? ___Yes ✓No

If "Yes", please explain why you believe this.

115. Have you, any family member or any close acquaintance of yours ever resided in housing provided by FEMA or any government agency following a natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes          __✓__No

If "Yes", identify the individual(s) receiving this housing assistance and your relationship to the individual(s) and the type of housing assistance provided.

116. Do you have any opinions about companies that FEMA contracted with to install and maintain travel trailers, park models or manufactured housing (mobile homes) that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the company that installed and maintained the travel trailers, park models or manufactured housing (mobile homes)?

_____Yes     __✓_No        _____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117. Have you, a family member, or anyone close to you ever suffered from a disease or injury that you believe was caused by living in an emergency housing unit (travel trailer, park model or manufactured housing)?

    \_\_\_\_Yes        Who: _____

    \_✓\_No

    \_\_\_\_Maybe   Who: _____

Please explain:

118. Have you heard about or discussed the topic of formaldehyde exposure with anyone?

    \_\_\_\_Yes        \_✓\_No

If "Yes", please explain:

119.   Do you or anyone close to you work with or around formaldehyde, or

products that contain formaldehyde?

_____Yes          Who: _____

__√__No

___Unsure

If "Yes", please explain the circumstances and what it was used for:

120.   Based on your experience and what you have heard/read, have you formed

any opinions about the overall effects, if any, of formaldehyde exposure on a

person?

_____Yes          __√_No

If "Yes", what is your opinion?

121.   How dangerous do you think it is for someone to be exposed to

formaldehyde.

___ Very   _√_ Somewhat   ___ Not very   ___ Not at all   ___Unsure

122.  Have you, or anyone you know, ever been screened or tested to determine if you might have a formaldehyde-related condition?

_____Yes          Who: _____  When:_____

__✓__No

123.  Do you claim to have, or do you know anyone who claims to have, a disease or injury associated with formaldehyde exposure?

_____Yes          __✓__No

If "Yes", please explain:

124.  Have you attended any meetings about filing lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          __✓__No

If "Yes", state where, and what you have seen/heard or read:

125.   Have you seen, heard or read anything about lawsuits brought by some of the

occupants of FEMA emergency housing units in which the occupants claim

injury or disease because of their alleged exposure to formaldehyde?

____Yes          ✓No          ____Unsure

If "Yes" or "Unsure", please explain:

126.   Have you seen/heard or read any advertisements from lawyers about lawsuits

involving alleged formaldehyde exposure to occupants of FEMA provided

trailers and mobile homes?

✓Yes          ____No          ___Unsure

If "Yes" or "Unsure", please explain:

Heard advertisements on television
from lawyers wanting to help people
who lived in Fema trailers

127. Do you, a family member, or anyone close to you believe you have or they have a claim concerning alleged injuries from living in a FEMA-provided emergency housing unit (travel trailer, park model or manufactured housing (mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

__✓__No

_____Don't know

128. Is there anything you can think of that would give you trouble being open-minded in a case involving a person suing the trailer manufacturers, installation and maintenance contractors, and FEMA for formaldehyde exposure from their FEMA-issued trailers? NO

129. If chosen as a juror, you should know that the trial of this case <u>may</u> take two full work weeks (Monday through Friday).  Would this present such a severe personal or economic hardship for you that you believe you could not serve as a fair and impartial juror?  If so, please explain why (including specific information as to the nature of your hardship, or indicate that you would like to speak to the Court privately about the matter).

I swear that the answers that I have given are true and correct to the best of my knowledge.

Print Name: Mitzi M Aucoin

Signature: Mitzi M Aucoin

Date: 7-28-09