## JUROR QUESTIONNAIRE

Full Name: Samantha Ann Robichaux Male _____ Female ✓ _____

Date of Birth: 20 Jan 1976 _____

Place of Birth: Houma, LA _____

Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury. A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.

This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible. You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror. If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff. Please recognize that there are no right or wrong answers to this questionnaire. If you feel you

1

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1.    What is your current residence address?
      5292 Bayouside Drive
      Chauvin, LA 70344


2.    How long have you lived in this area of Louisiana?  35 yrs


3.    What other cities and states have you lived in during the last ten years?
      Lafayette, LA
      Grover Beach, CA
      Avila Beach CA
      Houma, LA

4.    Where did you grow up?  Chauvin, LA


5.    Do you:

              _____ Own your home        ___~~~Rent your home


              _____✓Live with homeowners of the residence


6.    Is your residence a house, apartment, condominium or mobile home?
      house


7.    What is your current marital status?

      ✓Single ___Married ___ Divorced ___Widowed ___ Life Partner

8.    Do you have children?    _____ Yes    _____ No

If "Yes", please list their ages, highest level of school completed, and

occupations:

9.    Are you primarily responsible for making financial decisions and taking care

of financial matters in your family?    ✓ Yes    _____ No

If "Yes", please explain:

Sole provider for my financial matters

10.    Describe your educational background:

What was the highest level of school you completed?

College graduate

If college, what was your major/primary area(s) of study?

Bachelor Degree in Nursing

What degrees or certificates did you attain, if applicable:

Bachelor's Degree

List any technical courses you have taken:    N/A

3

11.    What is your current employment status?

_____✓ Full-time   _____Part-time   _____Self-employed   _____ Retired

_____Homemaker   _____ Student   _____Disabled   _____ Unemployed

_____Other: _____

Please list your current or most recent occupation:

Name of employer: Terrebonne General Medical Center

Type of business: Hospital

Years employed by this employer: 2yrs

Current job duties: Registered Nurse - assessing, evaluating & managing the care of 7 patients.

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain: N/A

Number of individuals you supervise, if any: N/A

4

12.    For the last five years, please list your employers and the job duties you had

for each.

Case Counseling, Inc — receptionist

13.    If you are or were ever married, have or had a life partner, please state the

following for your spouse or partner: N/A

Highest level of education completed and degrees attained, if

applicable: N/A

Name of current or last known employer and job duties: N/A

14.    Are you parents living?

**Mother:** ___✓___ Yes    _____ No    **Father:** ___✓___ Yes    _____ No

15.   What are your parents' primary occupations (If retired or deceased, previous

occupations):

Mother: _Secretary @ Oose Counseling, Inc_

Father: _maintence man @ Lumcon_

16.   Do you, your spouse/partner or any member of your immediate family belong

to a Labor Union?        _____ Yes        ✓ No

If "Yes", which union: _____

17.   Have you, your spouse/partner or any member of your immediate family ever

served in the military? If so, please state:

Which branch of service?

U.S. Navy

U.S. Army National Guard

What was your/their military occupational specialty?

U.S. Navy – corpsman striker / personalman

U.S. Army – medic

What was your/their current or most recent rank?

Navy – Petty Officer Third Class

Army – private

Number of years of service?

Navy – 5yrs

Army – 3yrs

18.  What social, civic, professional, religious, trade or other organizations are you or your spouse/partner affiliated with?  N\A

Describe any offices held:

19.  Voter Registration:

_____✓ Democrat      _____Republican      _____Independent

_____Other: _____

20.  Have you ever held or sought political office?  _____ Yes      ___✓ No

If "Yes", what office?

21.  Did you vote in the last presidential election?  ___✓Yes      _____ No

22.  Did you vote in the last congressional election in your district?

___✓ Yes      _____ No

23.  Did you vote in the last mayoral (or parish president) election where you live?

___✓Yes      _____ No

24.  When you are in a group, how often would you say that you speak out or take a leadership position?

_____ Frequently

_____ Occasionally

_____ Seldom

_____ Never

25.   If selected as a juror, you will be asked to maintain your honest beliefs about

what the evidence shows, while at the same time giving full consideration to

the views of other jurors without hesitation to re-examine your own opinion

and change your mind, if convinced that you are wrong.  Do you believe this

will be possible for you?  _____ Yes  ___ No

If "No", please explain in full your concerns about this.

26.   What are your three principal sources of news? (Circle no more than three)



| | |
|---|---|
| (Newspapers) | Magazines |
| (Local TV News) | National TV News |
| Radio | TV Talk Shows |
| (Internet) | Other _____ |

27.   Do you believe that the news media:

      \_\_\_Is always accurate

      ✓Is usually accurate

      \_\_\_Is rarely accurate

      \_\_\_Is never accurate

      \_\_\_Unsure

28.   What television programs do you watch regularly (including news programs)?

    NCIS
    House
    The mentalist
    WWLTV

29.   What do you like to do in your spare time (hobbies, recreations, or pastimes)?

    reading
    Surfing the internet
    exercising

30.   Do you own a computer, or have routine access to one?

    ✓Yes     \_\_\_\_\_ No

If "Yes", what image do you currently maintain as your screen saver on that computer?

    picture of Morro Bay, CA (sailboats @ the pier)

31.   What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)?

   WWLTV. com
      Yahoo . com
   Houmatoday. com

32.   Do you access one or more blogs on the Internet at least on a weekly basis?

   _____ Yes        ____No

   If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33.   Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?

   NO

34.   Within the past five years, have you experienced any of the following events:
   (Circle all that apply)  N/a

         Loss of employment

         Serious financial hardship

         Major hospitalization

         Surgery

         Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35.   Compared to others you know, would you describe yourself as an unusually sympathetic person?

   ___✓___ Yes   _____ No  Please explain:

*when it comes to a patient that is "going bad" or is dying. I have much sympathy for the family*

36.   Have you/anyone close to you ever received:   N/a

____Disability Insurance          ____Unemployment Compensation

____Public housing assistance          ____Worker's Compensation

____Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

37.   Have you, your spouse/partner or any member of your immediate family ever

worked for a federal, state, or local government agency or held a government

office?  If "Yes", please state:

Which government agency?  _N\a_____

What does the agency do?  N\a

What was your/their job title?  N\a

What were your/their job duties?  N\a

What were your/their dates of employment?  N\a

38.   Have you, your spouse/partner or any member of your immediate family ever

owned or managed a business?  _____ Yes        _____No

If "Yes", please explain:

39.   Do you, or any family member, have any training, experience and/or knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?    Self ("S") or Family ("F")?

| | | |
|---|---|---|
| Medicine/Healthcare | Ⓢ | F |
| Laboratory   Work | S | F |
| Construction | S | F |
| Furniture/Carpet/Textiles | S | F |
| Mortuary | S | F |
| Safety Products | S | F |
| Safety Practices | Ⓢ | F |
| Journalism/TV/Media | S | F |
| Emergency Services | S | F |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | F |
| Government/FEMA | S | F |
| Social Work | S | F |
| Workplace Safety | S | F |

13

Environmental Regulations          S      F

Recreational Vehicle Industry      S      F

Manufactured Housing Ind.          S      F

Toxicology                         S      F

Psychology/Social Work             S      F

Woodworking                        S      F

Quality Assurance                  S      F

Product Design/Manufacturing       S      F

Consumer Product Testing           S      F

Chemistry                          S      F

Biology                            S      F

Toxic/Hazardous Materials          S      F

Insurance/Claims Handling          Ⓢ      F

Investigative Work                 S      F

Contracts                          S      F

Contract Negotiation/Enforcement   S      F

Volunteer Work                     S      F

Wood Products                      S      F

If you answered "Yes" to any of the above, please explain the extent of the

experience/training:

*All my choices pertain to my working in the healthcare profession.*

40.    Have you or someone close to you ever worked as a builder or contractor?

       _____ Yes        _____ No  If "Yes", please explain:

41.    Have you or someone close to you worked as a contractor for the U.S.

       Government? _____ Yes        _____ No        If "Yes", please explain:

42.    Have you or someone close to you ever worked for or with any regulatory

       agency?   _____ Yes        _____ No        If "Yes", please explain:

43.   Have you or someone close to you ever had the responsibility for insuring

compliance with any government standards or regulations?

_____ Yes        _____ No     If "Yes", please explain:

44.   Have you or someone close to you ever had the responsibility of writing,

training or enforcing health or safety policies and practices?

_____ Yes        _____ No  If "Yes", please explain:

45.   Have you, any family member or a close friend ever been warned,

reprimanded or otherwise disciplined for a health or safety policy/rule

violation?

_____ Yes        _____ No  If "Yes", please explain:

46.   Have you, or someone close to you, ever worked with, or around hazardous

materials?     _____ Yes        _____ No  If "Yes", please explain:

47.   Do you have a regular, or family, doctor?     _____ Yes        _____ No

48.   Please list any medical conditions for which you are currently being treated:

High blood pressure
Allergies

49.   How often do you go to the Doctor?   yearly

50.   What type of health care plan do you have?   N/A

51.   What type of healthcare facility do you usually use?   VA Medical Center

52.   How would you rate your basic state of health?

___ Poor, often sick      ___ Average      ✓Good, seldom sick

53.   To what extent do you believe you have control over your health?

____✓ I feel my health is largely within my control

____ I feel my health is somewhat within my control

____ I feel my health is somewhat outside my control

____ I feel my health is largely outside my control

54.   Have you or anyone in your family suffered from asthma, allergies, other
respiratory illness, or any autoimmune disorder?

____ Yes      ✓ No

If "YES", what is/was the medical diagnosis of your condition, if any:

17

If "YES", please list any substances to which you are allergic:

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?

55.   Have you ever smoked?

_____ Yes        _____ No

If "YES", do you still smoke?      _____ Yes        _____No

If "YES", how long have you been a smoker? __N/A__ Months __N/A__ Years

If "YES", number of packs per day:  __N/A__

If "YES", how many times have you tried to stop? __N/A_____

If "Yes", do you smoke inside your home? __N/A__ Yes      __N/A__ No

56.   Which of the following statements about smoking do you think is most

correct?

_____People who smoke are addicted and are not personally responsible for

their continued smoking

_____Smoking is a bad habit, and people can quit if they really want to

_____Neither

57.   Have you or anyone close to you ever been unable to work due to a serious

medical problem, permanent injury or disability?

____ Yes, I have       ____ Yes, someone close to me has       ____No

If "YES", please explain:

58.   Have you, any family members, or close friends ever had a loved one injured

or die as a result of wrongdoing or the negligence of another party?

_____ Yes       ____ No

IF "YES", please explain who was involved and what happened:

59. Have you, a family member, or anyone close to you ever been injured by a product you thought was defective?

       ___Yes        Who? _____

       __No

       ___Maybe     Who? _____

       Please explain:

60. Have you ever served on a jury? NO

       ____Yes:       ____Civil       _____Criminal

How many times? N/A

If "YES", please indicate the type of case(s):
      N/A

If "YES", was a verdict reached? N/A

      ____ Yes      _____ No

If "YES", did you serve as the foreperson? N/A

      ____ Yes      _____ No

61.   Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

_____ Yes        __✓__ No

If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case):

62.   Have you or someone close to you ever been sued or threatened with a suit by someone else?        _____ Yes        __✓__ No

If "Yes", explain:

63.   Have you ever felt you had reason to sue but decided not to?

_____ Yes        __✓__ No   If "Yes", please explain:

64.   Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?        _____ Yes        __✓__ No

If "Yes", please describe the dispute, who was involved, and the outcome.

65.   Do you believe too many people too often file frivolous lawsuits to address

grievances?  ____Yes  ____No   Explain (optional).

66.   Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

____Yes        _____ No   Please explain:

67.   Do you support legislative reforms to place caps or limits on the amount of

money juries can award?  ____Yes  _____ No  If "Yes", please explain:

I believe that there should be a limit b/c people just
sue for a ridiculous amount of money. The money awarded
will not correct any wrong doing that was done.

68.    On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1    2    3    4    5    (6)    7    8    9    10

69.   Do you think corporations have an unfair advantage or disadvantage in the
courtroom?

_____ Yes      _____ No     Please explain:

I think they have an equal chance of representing
themselves

70.   Do you think our system of lawsuits gives an unfair advantage or
disadvantage to people who file lawsuits?      _____ Yes      _____ No
Please explain:

71.   Do you feel you could fairly decide a lawsuit involving an individual against
a corporation?   _____ Yes     _____ No

72.   Have you or a family member ever had a serious, negative dispute with a
manufacturer over the quality of a product?      _____ Yes      _____ No

IF "Yes", please explain:

73.   How much confidence do you have in major companies in our country?

_____ A great deal of confidence

__✓__ Only some confidence

_____ Hardly any confidence

74.   To what extent do you believe that corporations conspire together to hide

important health and safety information from the public?

___ I am positive they conspire        __✓__ I suspect they conspire

___ I am doubtful they conspire        ___ I do not believe they conspire

75.   Which statement do you agree with more? (Check one)

__✓__ (a) Most companies try to conduct their business profitably in an honest

and ethical manner.

-OR-

_____ (b) Most companies try to do anything they can to make the highest profit

possible, without regard to honesty and/or ethics.

76.   Before putting a product on the market, do you believe the typical American

company does safety testing of that product that is:

_____Adequate      __✓__Inadequate      _____Very inadequate

77.   Do you think corporations generally try to make their products safe?

       \_\_\_\_ Yes      \_\_\_\_ No

78.   Do you have any concerns about holding a product manufacturer legally

responsible if a user or consumer of the product gets sick from exposure to

hazardous air pollutants emitted from the product?    \_\_\_\_ Yes   \_\_\_\_ No

If "Yes", please explain your concerns.

*If someone does get sick from a product, I think the manufacturer should look over their safety testing for that product.*

79.   Do you think the government should provide "free" health care for all

citizens?

     \_\_\_\_ Yes      \_\_\_\_ No

80.   Generally, do you believe that it is the government's responsibility, in the

face of a disaster, to ensure that all displaced individuals are provided with

some form of housing?    \_\_\_\_ Yes     \_\_\_\_ No

If "Yes", please explain why you believe this.

*VOID ~~They should the same form of housing but it not the government's responsibility.~~*

81.   Do you have general concerns about how the Federal Government spends
      money, operates, or treats its citizens, which would influence your ability to
      be a fair and impartial juror in this case?   ___Yes  __✔_No

      If "Yes", please explain why this is so.


82.   Do you agree or disagree with the following statements?

      a.    If a person claims injury, or health or safety concerns, based upon
            actions taken by the government in an emergency, the government
            should pay for the injury, or health or safety concerns, even when
            there is no proof that the government did something wrong.

            ___Agree strongly

            ____ Agree

            _✔_Disagree

            ____ Disagree strongly

            _____ Not sure

b.      Individuals receiving emergency assistance from the government after a natural disaster should have no right to sue the federal government over injuries, or health or safety concerns, that they believe to be related to the government assistance?

_____Agree strongly

___✓_Agree

_____ Disagree

_____ Disagree strongly

____ Not Sure

83.   Do you feel you could fairly decide a lawsuit between an individual and the government?        ___✓_Yes       _____ No

84.   How much confidence do you have in our country's government?

___✓_A great deal of confidence

_____ Only some confidence

_____ Hardly any confidence

85.  Do you agree or disagree with the following statement: Overall, the government does a good job of protecting the public from toxic substances in the environment.

_____Agree strongly

__✓__Agree

_____ Disagree

_____ Strongly disagree

_____ Not sure

86.  Have you, or anyone close to you, ever worked in a job where you/they had contact or familiarity with OSHA or HUD standards?

_____ Yes       __✓__ No

IF "Yes", who?

87.  Overall, what kind of job would you say government agencies (such as Housing and Urban Development ("HUD") and the Occupational Safety and Health Administration ("OSHA")) do making manufacturers, employers and employees follow safety regulations?

____Good   ___Okay   ____Not very good   ____Bad   ✓No opinion

88.  Do you consider yourself an "environmentalist"?   _____ Yes   ✓ No

89.    Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?     _____ Yes     _____ No

IF "Yes", which one(s):

90.    Do you have any health or safety concerns about where you live or work?

_____ Yes     _____ No   IF "Yes", please explain:

91.    Have you ever experienced any of the following problems in your home,

condo, or apartment? N/a

___ sick building syndrome       ___ toxic mold       ___ asbestos exposure

___ recurring indoor mold or mildew     ___ chemical exposure

92.    How often do you question your personal safety on a day-to-day basis?

_____ Frequently     ✓ Sometimes     _____ Rarely, if ever

93.    How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very       ✓ Somewhat       _____ Not very or not at all

94.   Have you, a member or your family or someone close to you, ever been

exposed to substances or chemicals which were a potential health hazard?

_____ Yes          _____ No    IF "Yes", please explain:

95.   Have you, a member of your family or someone close to you, ever been

injured as a result of exposure to hazardous substances or chemicals?

_____ Yes          _____ No    IF "Yes", please explain:

If YES, how seriously were you injured:  N\A

_____ Very    _____ Somewhat    _____ Not very or hardly at all

96.   If a company exposed consumers to any kind of toxic substance responsible

for a related disease, I would (check one):

_____ Always find the company liable

_____ Never find the company liable

_____ Depends on the facts of the case

97.   Have you, your spouse/partner or any member of your immediate family ever
      owned, used or resided in a travel trailer, park model, manufactured housing
      (mobile home) unit or any recreational vehicle? ____Yes ____No

      If "Yes", who was the manufacturer and what was the brand name or model?
      My parents own a camper. Don't no the model

98.   Have you, any member of your immediate family, or anyone you know ever
      had a complaint about the quality of construction in your/their residence?

      ____ Yes      ____No      If "Yes", please explain who was involved and what
      happened:

99.   Have you or anyone close to you lived in, worked in, gone to school in,
      visited or temporarily occupied a motor home, recreational vehicle (RV),
      and/or a manufactured housing (mobile home)unit? ____Yes ____ No

      If "Yes", please explain:
      my parents lived in RV when their home was being
      lifted. Lived in RV X 2 monts

100.  Do you have any safety concerns about travel trailers, park models, or

     manufactured housing unit (mobile homes) or other type of camper or

     recreational vehicle ?

     ___Yes          ___No     If "Yes", please explain:


101.  Do you believe that your health or the health of anyone close to you has been

     negatively affected by time spent in a travel trailer, park model, manufactured

     housing unit (mobile home) or any other type of camper or recreational

     vehicle?

          ___Yes     ___No        Please explain:


102.  Have you, your spouse/partner or any member of your immediate family ever

     owned, used or resided in a product manufactured by Gulf Stream Coach,

     Inc.?        ___Yes              ___No

103.  Have you, your spouse/partner or any member of your immediate family ever

     been employed by Gulf Stream Coach, Inc., or any dealer or other company

     associated with Gulf Stream Coach, Inc.?     ___Yes     ___No

104.  Have you, your spouse/partner or any member of your immediate family ever

     been employed by Fluor Enterprises, Inc?     ___Yes     ___No

105. Have you, your spouse/partner or any member of your immediate family ever had a relationship or some business connection with Fluor Enterprises, Inc.?

____Yes    ✓ No

106. Do you have any opinions about companies that manufacture travel trailers, park models or manufactured housing that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the manufacturer of travel trailers, park models or manufactured housing?

____Yes    ✓ No    ____Maybe

Please explain which side you would favor and why?

107. In the aftermath of a disaster, who do you believe is <u>most</u> responsible for providing housing assistance to those without housing?

____Federal Government    ____State Government

____Local Government    ✓ None of the Above

108.   Do you believe that FEMA generally:

_____Does a good job helping people after disasters

_____Does an "okay" job helping people after disasters

__✓__Does a poor job helping people after disasters

_____Only makes disasters worse

_____Unsure

Please explain why you believe this.

I believe FEMA gives ~~assistance~~ poor assistance. ~~To~~ Some people don't understand the paperwork, especially the elderly. There assistance centers are worthless. FEMA needs to come up with a better more efficient system.

109.   Have you/anyone close ever had personal experience/contact with FEMA?

__✓__Yes            _____No

If "Yes", please explain who had the experience/contact and describe the nature of the experience/contact:

My parents applied for assistance from FEMA after Hurricane Rita. They were denied assistance.

34

110.   Have you/anyone close to you ever received: N/a

_____FEMA Rental Assistance          _____FEMA Issued Housing Unit

_____FEMA Hotel Assistance           _____FEMA Relocation Assistance

_____FEMA Financial Assistance       _____Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:

111.   If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

__✓__I have never sought disaster aid or relief from FEMA

_____I was treated well

_____I was treated satisfactorily

_____I was treated poorly

_____I was mistreated by FEMA

Please explain your answer:

112.  Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita?  Yes

If "Yes", explain what property damage or injury you/they experienced.
Parents had 3 feet of water in home.

Did you/they seek aid from FEMA?  ✓ Yes _____ No

Who was injured?  no one

How seriously were you/they injured?  N/A

__ Very     __ Somewhat     __ Not very or hardly at all

113.  Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

✓ Yes _____ No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA.
my parents & I ~~were displaced~~ had to move 3 times
as a result of rising water from Hurricane Rita

114.  Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government?  ✓ Yes _____ No

If "Yes", please explain why you believe this.
Federal government should allot more funds to
providing better levees & hurricane protection.

36

115.   Have you, any family member or any close acquaintance of yours ever
        resided in housing provided by FEMA or any government agency following a
        natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

        _____Yes              _____No

        If "Yes", identify the individual(s) receiving this housing assistance and your
        relationship to the individual(s) and the type of housing assistance provided.

116.   Do you have any opinions about companies that FEMA contracted with to
        install and maintain travel trailers, park models or manufactured housing
        (mobile homes) that would make you favor one side over the other in a
        lawsuit between an emergency aid recipient and the company that installed
        and maintained the travel trailers, park models or manufactured housing
        (mobile homes)?

        _____Yes      _____No      _____Maybe

        If "Yes" or "Maybe", please explain which side you would favor and why.

117.   Have you, a family member, or anyone close to you ever suffered from a
       disease or injury that you believe was caused by living in an emergency
       housing unit (travel trailer, park model or manufactured housing)?

       _____Yes          Who: _____

       _____No

       _____Maybe        Who: _____

       Please explain:

118.   Have you heard about or discussed the topic of formaldehyde exposure with
       anyone?

       _____Yes          _____No

       If "Yes", please explain:

119.   Do you or anyone close to you work with or around formaldehyde, or

products that contain formaldehyde?

____Yes            Who: _____

__✓_No

___Unsure

If "Yes", please explain the circumstances and what it was used for:


120.   Based on your experience and what you have heard/read, have you formed

any opinions about the overall effects, if any, of formaldehyde exposure on a

person?

____Yes            __✓_No

If "Yes", what is your opinion?


121.   How dangerous do you think it is for someone to be exposed to

formaldehyde.

___ Very    _✓_ Somewhat    ___ Not very    ___ Not at all    ___Unsure

122. Have you, or anyone you know, ever been screened or tested to determine if you might have a formaldehyde-related condition?

_____Yes          Who: _____ When:_____

__✓__No

123. Do you claim to have, or do you know anyone who claims to have, a disease or injury associated with formaldehyde exposure?

_____Yes          __✓__No

If "Yes", please explain:

124. Have you attended any meetings about filing lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          __✓__No

If "Yes", state where, and what you have seen/heard or read:

125.   Have you seen, heard or read anything about lawsuits brought by some of the
occupants of FEMA emergency housing units in which the occupants claim
injury or disease because of their alleged exposure to formaldehyde?

_____Yes          _____No          _____Unsure

If "Yes" or "Unsure", please explain:

126.   Have you seen/heard or read any advertisements from lawyers about lawsuits
involving alleged formaldehyde exposure to occupants of FEMA provided
trailers and mobile homes?

_____Yes          _____No          _____Unsure

If "Yes" or "Unsure", please explain:

127.    Do you, a family member, or anyone close to you believe you have or they

         have a claim concerning alleged injuries from living in a FEMA-provided

         emergency housing unit (travel trailer, park model or manufactured housing

         (mobile home) unit)?

         _____Yes, me

         _____Yes, family member

         _____Yes, someone close

         __✓__No

         _____Don't know

128.    Is there anything you can think of that would give you trouble being open-

         minded in a case involving  a person suing the trailer manufacturers,

         installation and maintenance contractors, and FEMA for formaldehyde

         exposure from their FEMA-issued trailers? No

129. If chosen as a juror, you should know that the trial of this case <u>may</u> take two full work weeks (Monday through Friday). Would this present such a severe personal or economic hardship for you that you believe you could not serve as a fair and impartial juror? If so, please explain why (including specific information as to the nature of your hardship, or indicate that you would like to speak to the Court privately about the matter). NO

I swear that the answers that I have given are true and correct to the best of my knowledge.

Print Name: Samantha Robichaux

Signature: Samantha Robichaux

Date: 7\28\09