## JUROR QUESTIONNAIRE

Full Name: _Michael T. Wetzel_   Male ___✓___   Female _____

Date of Birth: _5/28/51_

Place of Birth: _New Albany, In._

     **Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury. A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.**

     **This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible. You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror. If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff. Please recognize that there are no right or wrong answers to this questionnaire. If you feel you**

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1. What is your current residence address?

    3311 E. CATAHoula CT
    Kenner, La. 70065

2. How long have you lived in this area of Louisiana?   38 yrs.

3. What other cities and states have you lived in during the last ten years?

    None

4. Where did you grow up?   New Albany, IN

5. Do you:

    ___✓ Own your home      _____ Rent your home

    _____ Live with homeowners of the residence

6. Is your residence a house, apartment, condominium or mobile home?

    House

7. What is your current marital status?

    ___ Single   ✓ Married   ___ Divorced   ___ Widowed   ___ Life Partner

8.  Do you have children?  ___✓___ Yes  _____ No

    If "Yes", please list their ages, highest level of school completed, and

    occupations:    35    Masters Degree

                    31    9th grade

9.  Are you primarily responsible for making financial decisions and taking care

    of financial matters in your family?  ___✓___ Yes  _____ No

    If "Yes", please explain: ~~Own~~ Only worker. Own my

    own business

10. Describe your educational background:

    What was the highest level of school you completed?

            H. S.

    If college, what was your major/primary area(s) of study?

            —

    What degrees or certificates did you attain, if applicable:

            —

    List any technical courses you have taken:

            —

3

11. What is your current employment status?

_____Full-time   _____Part-time   ✓_____Self-employed   _____Retired

_____Homemaker   _____Student   _____Disabled   _____Unemployed

_____Other: _____

Please list your current or most recent occupation:

Name of employer: *Big Easy Limos, Inc.*

Type of business: *Limo service*

Years employed by this employer: *10*

Current job duties: *Owner*

Do/did these duties include the hiring, training, supervision, evaluation,
discipline and firing of individuals, if so please explain: *Yes  I run the
~~entire~~ entire company*

Number of individuals you supervise, if any:
*18*

12.   For the last five years, please list your employers and the job duties you had

     for each.   *Same*

13.   If you are or were ever married, have or had a life partner, please state the

     following for your spouse or partner:

          Highest level of education completed and degrees attained, if

          applicable:   *Business College*

          Name of current or last known employer and job duties:

*Prudential - Garner — secretary*

14.   Are you parents living?

     **Mother:** _____ Yes   __✓__ No   **Father:** _____ Yes   __✓__ No

5

15.   What are your parents' primary occupations (If retired or deceased, previous occupations):

   Mother: _Housewife_____

   Father: _unknown_____

16.   Do you, your spouse/partner or any member of your immediate family belong to a Labor Union?        ____ Yes     ✓ No

   If "Yes", which union: _____

17.   Have you, your spouse/partner or any member of your immediate family ever served in the military? If so, please state:   _Yes_

   Which branch of service?
   _Navy_

   What was your/their military occupational specialty?
   _Yeoman_

   What was your/their current or most recent rank?
   _E 3_

   Number of years of service?
   _1 yr._

18.   What social, civic, professional, religious, trade or other organizations are

you or your spouse/partner affiliated with?  *Masons, Shriners*

Describe any offices held:  ____

19.   Voter Registration:

_____ Democrat     _____ Republican     ✓ Independent

_____ Other: _____

20.   Have you ever held or sought political office?     _____ Yes     ✓ No

If "Yes", what office?

21.   Did you vote in the last presidential election?     ✓ Yes     _____ No

22.   Did you vote in the last congressional election in your district?

✓ Yes     _____ No

23.   Did you vote in the last mayoral (or parish president) election where you

live?

✓ Yes     _____ No

24.   When you are in a group, how often would you say that you speak out or take

a leadership position?

✓ Frequently

_____ Occasionally

_____ Seldom

_____ Never

25.    If selected as a juror, you will be asked to maintain your honest beliefs about what the evidence shows, while at the same time giving full consideration to the views of other jurors without hesitation to re-examine your own opinion and change your mind, if convinced that you are wrong.  Do you believe this will be possible for you?  __✔__ Yes  ___  No

If "No", please explain in full your concerns about this.

26.    What are your three principal sources of news? (Circle no more than three)

Newspapers                    Magazines

Local TV News                 National TV News

Radio                         TV Talk Shows

Internet                      Other _____

27.    Do you believe that the news media:

      \_\_\_Is always accurate

      \_\_\_Is usually accurate

      _✓_Is rarely accurate

      \_\_\_Is never accurate

      \_\_\_Unsure

28.    What television programs do you watch regularly (including news programs)? _CNN, Law : Order — Royal Pain_

29.    What do you like to do in your spare time (hobbies, recreations, or pastimes)? _Bowl - Read_

30.    Do you  own a computer, or have routine access to one?

      _✓_Yes      \_\_\_\_\_ No

If "Yes", what image do you currently maintain as your screen saver on that computer? _My wife and granddaughter_

31.    What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)?  *Google,  Diy,  Web M D*

32.    Do you access one or more blogs on the Internet at least on a weekly basis?

       _____ Yes        __X__ No

       If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33.    Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?

34.    Within the past five years, have you experienced any of the following events: (Circle all that apply)

              Loss of employment

              Serious financial hardship

              Major hospitalization

              Surgery

              Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35.   Compared to others you know, would you describe yourself as an unusually sympathetic person?

_____ ✓ Yes        _____ No  Please explain:

36.   Have you/anyone close to you ever received:

_____ Disability Insurance        ✓_____ Unemployment Compensation

_____ Public housing assistance        _____ Worker's Compensation

_____ Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

37.   Have you, your spouse/partner or any member of your immediate family ever worked for a federal, state, or local government agency or held a government office?  If "Yes", please state:     *No*

Which government agency? _____

What does the agency do?

What was your/their job title?

What were your/their job duties?

What were your/their dates of employment?

38.   Have you, your spouse/partner or any member of your immediate family ever owned or managed a business?  __✔ Yes     _____ No

If "Yes", please explain:   *I own mine now.*

39.   Do you, or any family member, have any training, experience and/or

knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?    Self ("S") or Family ("F")?

| | |
|---|---|
| Medicine/Healthcare | (S)      F |
| Laboratory   Work | S      F |
| Construction | (S)      F |
| Furniture/Carpet/Textiles | (S)      F |
| Mortuary | S      F |
| Safety Products | S      F |
| Safety Practices | S      F |
| Journalism/TV/Media | S      F |
| Emergency Services | S      F |
| Law/Legal Field | S      F |
| Engineering | S      F |
| Government Work | S      F |
| Government/FEMA | S      F |
| Social Work | S      F |
| Workplace Safety | (S)      F |

| | | |
|---|---|---|
| Environmental Regulations | S | F |
| Recreational Vehicle Industry | S | F |
| Manufactured Housing Ind. | S | F |
| Toxicology | S | F |
| Psychology/Social Work | S | F |
| Woodworking | S | F |
| Quality Assurance | S | F |
| Product Design/Manufacturing | S | F |
| Consumer Product Testing | S | F |
| Chemistry | S | F |
| Biology | S | F |
| Toxic/Hazardous Materials | S | F |
| Insurance/Claims Handling | S | F |
| Investigative Work | S | F |
| Contracts | S | F |
| Contract Negotiation/Enforcement | S | F |
| Volunteer Work | (S) | (F) |
| Wood Products | S | F |

If you answered "Yes" to any of the above, please explain the extent of the

experience/training:   I am trained in First Aid & CPR
and vol. for Kenner Police Dept. Worked in
construction and furniture as a kid ,

40.   Have you or someone close to you ever worked as a builder or contractor?

_____ Yes      __✓__ No  If "Yes", please explain:

41.   Have you or someone close to you worked as a contractor for the U.S.

Government? _____ Yes      __✓__ No       If "Yes", please explain:

42.   Have you or someone close to you ever worked for or with any regulatory

agency?   _____ Yes      __✓__ No      If "Yes", please explain:

43.   Have you or someone close to you ever had the responsibility for insuring

compliance with any government standards or regulations?

_____ Yes    _✓___ No    If "Yes", please explain:

44.   Have you or someone close to you ever had the responsibility of writing,

training or enforcing health or safety policies and practices?

_✓__ Yes    _____ No   If "Yes", please explain:   *at my work*

*with OSHA*

45.   Have you, any family member or a close friend ever been warned,

reprimanded or otherwise disciplined for a health or safety policy/rule

violation?

_____ Yes    _✓___ No   If "Yes", please explain:

46.   Have you, or someone close to you, ever worked with, or around hazardous

materials?    _____ Yes    _✓__ No   If "Yes", please explain:

47.   Do you have a regular, or family, doctor?    _✓__ Yes    _____ No

48.   Please list any medical conditions for which you are currently being treated:

*Depression and gout.*

49.   How often do you go to the Doctor?   *3 X yr.*

50.   What type of health care plan do you have?   *Blue Cross*

51.   What type of healthcare facility do you usually use?   *Dr. office*

52.   How would you rate your basic state of health?

_____ Poor, often sick      _____ Average      __✓__ Good, seldom sick

53.   To what extent do you believe you have control over your health?

__✓__ I feel my health is largely within my control

_____ I feel my health is somewhat within my control

_____ I feel my health is somewhat outside my control

_____ I feel my health is largely outside my control

54.   Have you or anyone in your family suffered from asthma, allergies, other

respiratory illness, or any autoimmune disorder?

_____ Yes   __✓__ No

If "YES", what is/was the medical diagnosis of your condition, if any:

17

If "YES", please list any substances to which you are allergic:

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?

55.   Have you ever smoked?

_____✓___ Yes          _____ No

If "YES", do you still smoke?        _____ Yes        __✗___ No

If "YES", how long have you been a smoker? _____Months _/8_ Years

If "YES", number of packs per day:  _3__

If "YES", how many times have you tried to stop? _3_____

If "Yes", do you smoke inside your home?  _____ Yes        __✗__ No

56.   Which of the following statements about smoking do you think is most correct?

_____People who smoke are addicted and are not personally responsible for their continued smoking

_____Smoking is a bad habit, and people can quit if they really want to

_____Neither

57.   Have you or anyone close to you ever been unable to work due to a serious medical problem, permanent injury or disability?

_____ Yes, I have        _____ Yes, someone close to me has        ✗ No

If "YES", please explain:

58.   Have you, any family members, or close friends ever had a loved one injured or die as a result of wrongdoing or the negligence of another party?

_____✓ Yes        _____ No

IF "YES", please explain who was involved and what happened:

My wife, son, and I were in a wreck.

19

59.    Have you, a family member, or anyone close to you ever been injured by a

product you thought was defective?

___Yes          Who? _____

___No

___Maybe        Who? _____

Please explain:

60.    Have you ever served on a jury?

____Yes:          ____Civil          _____Criminal

How many times?          1

If "YES", please indicate the type of case(s):

Civil

If "YES", was a verdict reached?

___ Yes      _____ No

If "YES", did you serve as the foreperson?

_____ Yes      ___ No

61.   Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

_✓_ Yes       _____ No

If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case): *Plaint. ff — job related*
*Defendant — same*

62.   Have you or someone close to you ever been sued or threatened with a suit by someone else?       _✓_ Yes       _____ No

If "Yes", explain: *Sued by X partner*

63.   Have you ever felt you had reason to sue but decided not to?

_____ Yes       _____ No  If "Yes", please explain:

64.   Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?       _____ Yes       _✓_ No

If "Yes", please describe the dispute, who was involved, and the outcome.

65.   Do you believe too many people too often file frivolous lawsuits to address

grievances? _____ Yes _____ No   Explain (optional).

66.   Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

_____ Yes      _____ No   Please explain:  *Case by case.*

67.   Do you support legislative reforms to place caps or limits on the amount of

money juries can award?  _____ Yes   _X_ No   If "Yes", please explain:

68.   On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1      2      3      4      5      6      7      8      9      (10)

69.    Do you think corporations have an unfair advantage or disadvantage in the

courtroom?

_____✓ Yes          _____ No     Please explain: Big money to

hire lawyer~

70.    Do you think our system of lawsuits gives an unfair advantage or

disadvantage to people who file lawsuits?     _____ Yes     __X__ No

Please explain: The system works for everyone

71.    Do you feel you could fairly decide a lawsuit involving an individual against

a corporation?   __✓__ Yes   _____No

72.    Have you or a family member ever had a serious, negative dispute with a

manufacturer over the quality of a product?   _____ Yes   __X__ No

IF "Yes", please explain:

73.    How much confidence do you have in major companies in our country?

_____ A great deal of confidence

_____ Only some confidence

__✔_ Hardly any confidence

74.    To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

___✔ I am positive they conspire          ___ I suspect they conspire

___ I am doubtful they conspire          ___ I do not believe they conspire

75.    Which statement do you agree with more? (Check one)

_____ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

__X_ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.    Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

_____Adequate     _✔_Inadequate     _____Very inadequate

77.    Do you think corporations generally try to make their products safe?

         __✓__ Yes         _____ No

78.    Do you have any concerns about holding a product manufacturer legally

        responsible if a user or consumer of the product gets sick from exposure to

        hazardous air pollutants emitted from the product?   _____ Yes   _✓_ No

        If "Yes", please explain your concerns.

79.    Do you think the government should provide "free" health care for all

        citizens?

         _____ Yes      _X_ No

80.    Generally, do you believe that it is the government's responsibility, in the

        face of a disaster, to ensure that all displaced individuals are provided with

        some form of housing?   _____ Yes       _X_ No

        If "Yes", please explain why you believe this.

81.  Do you have general concerns about how the Federal Government spends money, operates, or treats its citizens, which would influence your ability to be a fair and impartial juror in this case?  ____Yes  ✓ No

If "Yes", please explain why this is so.

82.  Do you agree or disagree with the following statements?

a.  If a person claims injury, or health or safety concerns, based upon actions taken by the government in an emergency, the government should pay for the injury, or health or safety concerns, even when there is no proof that the government did something wrong.

____Agree strongly

_____ Agree

____Disagree

_____ Disagree strongly

_____ Not sure

b.      Individuals receiving emergency assistance from the government after a natural disaster should have no right to sue the federal government over injuries, or health or safety concerns, that they believe to be related to the government assistance?

_____Agree strongly

____ Agree

____✓Disagree

_____ Disagree strongly

____ Not Sure

83.   Do you feel you could fairly decide a lawsuit between an individual and the government?        ____✓ Yes        _____ No

84.   How much confidence do you have in our country's government?

_____ A great deal of confidence

_____ Only some confidence

____✓ Hardly any confidence

85.   Do you agree or disagree with the following statement: Overall, the
      government does a good job of protecting the public from toxic substances in
      the environment.

      _____Agree strongly

      \_\_\_✓\_Agree

      _____ Disagree

      _____ Strongly disagree

      _____ Not sure

86.   Have you, or anyone close to you, ever worked in a job where you/they had
      contact or familiarity with OSHA or HUD standards?

      \_\_\_\_\_ Yes        \_✓\_ No

      IF "Yes", who?

87.   Overall, what kind of job would you say government agencies (such as
      Housing and Urban Development ("HUD") and the Occupational Safety and
      Health Administration ("OSHA")) do making manufacturers, employers and
      employees follow safety regulations?

      \_\_\_\_Good   ✓ Okay   \_\_\_\_Not very good   \_\_\_\_Bad   \_\_\_\_No opinion

88.   Do you consider yourself an "environmentalist"?   \_\_\_\_ Yes   \_\_\_\_ No

28

89.    Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?    _____ Yes    __✓__ No

IF "Yes", which one(s):


90.    Do you have any health or safety concerns about where you live or work?

_____ Yes    __✓__ No    IF "Yes", please explain:


91.    Have you ever experienced any of the following problems in your home,

condo, or apartment?

____ sick building syndrome    ____ toxic mold    ____ asbestos exposure

____ recurring indoor mold or mildew    ____ chemical exposure

92.    How often do you question your personal safety on a day-to-day basis?

_____ Frequently    _____ Sometimes    __✓__ Rarely, if ever

93.    How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very    __✓__ Somewhat    _____ Not very or not at all

94.   Have you, a member or your family or someone close to you, ever been

exposed to substances or chemicals which were a potential health hazard?

_____ Yes            _____ No      IF "Yes", please explain:

*Brother was exposed to chemicals; died of Cancer.*

95.   Have you, a member of your family or someone close to you, ever been

injured as a result of exposure to hazardous substances or chemicals?

_____ Yes            _____ No      IF "Yes", please explain:

*Broth*

If YES, how seriously were you injured:

_____ Very      _____ Somewhat      _____ Not very or hardly at all

96.   If a company exposed consumers to any kind of toxic substance responsible

for a related disease, I would (check one):

_____ Always find the company liable

_____ Never find the company liable

_____ Depends on the facts of the case

97. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a travel trailer, park model, manufactured housing (mobile home) unit or any recreational vehicle? _✔_Yes ____No

If "Yes", who was the manufacturer and what was the brand name or model?

*Fleetwood Tioga / RV 2006*

98. Have you, any member of your immediate family, or anyone you know ever had a complaint about the quality of construction in your/their residence?

____ Yes _____No_ If "Yes", please explain who was involved and what happened:

99. Have you or anyone close to you lived in, worked in, gone to school in, visited or temporarily occupied a motor home, recreational vehicle (RV), and/or a manufactured housing (mobile home)unit? _✔_Yes ____ No

If "Yes", please explain:

*after storm of '05 lived in RV.*

100. Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

___Yes          ✓No    If "Yes", please explain:

101. Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

___Yes   ___No    Please explain:

102. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?    ___Yes          ✓No

103. Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?    ___Yes   ✓No

104. Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?   ___Yes   ___No

105.   Have you, your spouse/partner or any member of your immediate family ever

had a relationship or some business connection with Fluor Enterprises, Inc.?

____Yes     __✓_No

106.   Do you have any opinions about companies that manufacture

travel trailers, park models or manufactured housing that would make you

favor one side over the other in a lawsuit between an emergency aid recipient

and the manufacturer of travel trailers, park models or manufactured housing?

____Yes  _✓_No   ___Maybe

Please explain which side you would favor and why?

107.   In the aftermath of a disaster, who do you believe is <u>most</u> responsible for

providing housing assistance to those without housing?

_____Federal Government    _____State Government

_____Local Government      __✓__None of the Above

108.  Do you believe that FEMA generally:

_____Does a good job helping people after disasters

_____Does an "okay" job helping people after disasters

_____Does a poor job helping people after disasters

_____Only makes disasters worse

_____Unsure

Please explain why you believe this.

?

109.  Have you/anyone close ever had personal experience/contact with FEMA?

_____Yes            _____No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact: after Katrina Fema

did some things for me around the house

34

110.  Have you/anyone close to you ever received:

_____FEMA Rental Assistance          _____FEMA Issued Housing Unit

_____FEMA Hotel Assistance          _____FEMA Relocation Assistance

_____FEMA Financial Assistance      __✓__Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:

*Blue Roof after Katrina*

111.  If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

_____I have never sought disaster aid or relief from FEMA

_____I was treated well

__✓__I was treated satisfactorily

_____I was treated poorly

_____I was mistreated by FEMA

Please explain your answer: *Better training*

35

112.  Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita? *Yes*

If "Yes", explain what property damage or injury you/they experienced.

*House was flooded : Wind damage*

Did you/they seek aid from FEMA?   ✔ Yes          ____No

Who was injured?   ———

How seriously were you/they injured?

__ Very     __ Somewhat     __ Not very or hardly at all

113.  Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

✔ Yes          ____No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA.

*Me and my two Sons and their families got hotel room help.*

114.  Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government?  ✔ Yes ____No

If "Yes", please explain why you believe this.

*Some what? Levees*

115.  Have you, any family member or any close acquaintance of yours ever

resided in housing provided by FEMA or any government agency following a

natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes          _____No

If "Yes", identify the individual(s) receiving this housing assistance and your

relationship to the individual(s) and the type of housing assistance provided.

116.  Do you have any opinions about companies that FEMA contracted with to

install and maintain travel trailers, park models or manufactured housing

(mobile homes) that would make you favor one side over the other in a

lawsuit between an emergency aid recipient and the company that installed

and maintained the travel trailers, park models or manufactured housing

(mobile homes)?

_____Yes      _____No      _____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117.   Have you, a family member, or anyone close to you ever suffered from a

disease or injury that you believe was caused by living in an emergency

housing unit (travel trailer, park model or manufactured housing)?

_____Yes          Who: _____

_____No

_____Maybe        Who: _____

Please explain:

118.   Have you heard about or discussed the topic of formaldehyde exposure with

anyone?

_____Yes          _____No

If "Yes", please explain:   On  TV

119.  Do you or anyone close to you work with or around formaldehyde, or

products that contain formaldehyde?

_____Yes            Who: _____

_____No

✓_____Unsure

If "Yes", please explain the circumstances and what it was used for:

120.  Based on your experience and what you have heard/read, have you formed

any opinions about the overall effects, if any, of formaldehyde exposure on a

person?

_____Yes            _____No

If "Yes", what is your opinion?

121.  How dangerous do you think it is for someone to be exposed to

formaldehyde.

___ Very   ___ Somewhat   _✓_ Not very   ___ Not at all   ___Unsure

122. Have you, or anyone you know, ever been screened or tested to determine if you might have a formaldehyde-related condition?

_____Yes          Who: _____ When:_____

__✓__No

123. Do you claim to have, or do you know anyone who claims to have, a disease or injury associated with formaldehyde exposure?

_____Yes          __✓__No

If "Yes", please explain:

124. Have you attended any meetings about filing lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          ____No

If "Yes", state where, and what you have seen/heard or read:

125.   Have you seen, heard or read anything about lawsuits brought by some of the

occupants of FEMA emergency housing units in which the occupants claim

injury or disease because of their alleged exposure to formaldehyde?

_____Yes            _____No            _____Unsure

If "Yes" or "Unsure", please explain:

126.   Have you seen/heard or read any advertisements from lawyers about lawsuits

involving alleged formaldehyde exposure to occupants of FEMA provided

trailers and mobile homes?

_____Yes         _____No        _____Unsure

If "Yes" or "Unsure", please explain:

𝒯𝒱

127.   Do you, a family member, or anyone close to you believe you have or they

have a claim concerning alleged injuries from living in a FEMA-provided

emergency housing unit (travel trailer, park model or manufactured housing

(mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

_____No

_____Don't know

128.   Is there anything you can think of that would give you trouble being open-

minded in a case involving  a person suing the trailer manufacturers,

installation and maintenance contractors, and FEMA for formaldehyde

exposure from their FEMA-issued trailers?

129. If chosen as a juror, you should know that the trial of this case <u>may</u> take two

full work weeks (Monday through Friday).  Would this present such a severe

personal or economic hardship for you that you believe you could not serve

as a fair and impartial juror?  If so, please explain why (including specific

information as to the nature of your hardship, or indicate that you would like

to speak to the Court privately about the matter).

Yes.  I run my owner business and can not get help with it.  Our limo service and work mostly alone in the office handling the day to day operation.

I swear that the answers that I have given are true and correct to the best of

my knowledge.

Print Name: __Michael T Witzel__

Signature: _____

Date: __7/28/2009__