## JUROR QUESTIONNAIRE

Full Name: _Bert James St. Romain III_ Male _✓_ Female _____

Date of Birth: _08/05/88_____

Place of Birth: _New Orleans_____

  Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury.  A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.

  This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible.  You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror.  If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff.  Please recognize that there are no right or wrong answers to this questionnaire.  If you feel you

1

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1. What is your current residence address?

   42375 Magnolia Loop Cr

2. How long have you lived in this area of Louisiana?

   20 years

3. What other cities and states have you lived in during the last ten years?

   New Orleans
   Ponchatoula

4. Where did you grow up?

   New Orleans

5. Do you:

   _____Own your home      _____ Rent your home

   ✓ Live with homeowners of the residence

6. Is your residence a house, apartment, condominium or mobile home?

   house

7. What is your current marital status?

   ✓Single ___Married ___ Divorced ___Widowed ___ Life Partner

2

8.    Do you have children?    _____ Yes    ✓/ No

If "Yes", please list their ages, highest level of school completed, and

occupations:

9.    Are you primarily responsible for making financial decisions and taking care

of financial matters in your family?    ✓/ Yes    \_____ No

If "Yes", please explain:

Yes I am Single and Pay all of
my own bills

10.    Describe your educational background:

What was the highest level of school you completed?

high School

If college, what was your major/primary area(s) of study?

What degrees or certificates did you attain, if applicable:

List any technical courses you have taken:

3

11.   What is your current employment status?

_____✓_____ Full-time    _____ Part-time    _____ Self-employed    _____ Retired

_____ Homemaker    _____ Student    _____ Disabled    _____ Unemployed

_____ Other: _____

Please list your current or most recent occupation:

Name of employer:
Community Coffee

Type of business:
Sales

Years employed by this employer:
2 1/2 years

Current job duties:
Sales

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain:

training is a new person comes in I
will teach them everything they need to know

Number of individuals you supervise, if any:

None

4

12.    For the last five years, please list your employers and the job duties you had

for each.

Budweiser - route Salesman

Community Coffee - Salesman

13.    If you are or were ever married, have or had a life partner, please state the

following for your spouse or partner:

Highest level of education completed and degrees attained, if

applicable:

Name of current or last known employer and job duties:

14.    Are you parents living?

**Mother:** ___✓___ Yes    _____ No    **Father:** ___✓___ Yes    _____ No

15.   What are your parents' primary occupations (If retired or deceased, previous

occupations):

Mother: _Sales   ass_____

Father: _Equipment  operator__

16.   Do you, your spouse/partner or any member of your immediate family belong

to a Labor Union?        ____ Yes    _✓_ No

If "Yes", which union: _____

17.   Have you, your spouse/partner or any member of your immediate family ever

served in the military? If so, please state:

Yes

Which branch of service?

Navy

air Force

What was your/their military occupational specialty?

Not   Sure

What was your/their current or most recent rank?

Not  Sure

Number of years of service?

more   than  3 years

18.   What social, civic, professional, religious, trade or other organizations are
      you or your spouse/partner affiliated with?

      *NONe*

      Describe any offices held:

19.   Voter Registration:

      _____Democrat   ✓ Republican   _____Independent

      _____Other: _____

20.   Have you ever held or sought political office?   ____ Yes   ✓ No

      If "Yes", what office?

21.   Did you vote in the last presidential election?   ✓ Yes   _____ No

22.   Did you vote in the last congressional election in your district?

      ____ Yes   ✓ No

23.   Did you vote in the last mayoral (or parish president) election where you
      live?

      ____ Yes   ✓ No

24.   When you are in a group, how often would you say that you speak out or take
      a leadership position?

      ✓ Frequently

7

____ Occasionally

____ Seldom

____ Never

25.   If selected as a juror, you will be asked to maintain your honest beliefs about

what the evidence shows, while at the same time giving full consideration to

the views of other jurors without hesitation to re-examine your own opinion

and change your mind, if convinced that you are wrong.  Do you believe this

will be possible for you?  ✓ Yes ____ No

If "No", please explain in full your concerns about this.

26.   What are your three principal sources of news? (Circle no more than three)

Newspapers          Magazines

Local TV News       National TV News

Radio               TV Talk Shows

Internet            Other _____

27.   Do you believe that the news media:

       \_\_\_Is always accurate

       ✓ Is usually accurate

       \_\_\_Is rarely accurate

       \_\_\_Is never accurate

       \_\_\_Unsure

28.   What television programs do you watch regularly (including news programs)?

*Sports*

29.   What do you like to do in your spare time (hobbies, recreations, or pastimes)?

*Sports and hanging out*

30.   Do you own a computer, or have routine access to one?

   ✓ Yes    \_\_\_\_\_ No

If "Yes", what image do you currently maintain as your screen saver on that computer?

*a picture of my niece and nephew*

9

31.   What informational websites do you visit regularly (including news websites,

      but excluding commercial vendor websites visited for making personal

      purchases)?

      *NONE*

32.   Do you access one or more blogs on the Internet at least on a weekly basis?

      _✓_ Yes       _____ No

      If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you

      most often access?

      *Cbs Sports. Com*
               *&*
      *My Space. com*

33.   Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?

      *NO*

34.   Within the past five years, have you experienced any of the following events:

      (Circle all that apply)

              Loss of employment

              Serious financial hardship

              Major hospitalization

              Surgery

              Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35. Compared to others you know, would you describe yourself as an unusually sympathetic person?

_____✓ Yes     _____ No  Please explain:

36. Have you/anyone close to you ever received:

___✓Disability Insurance     _____Unemployment Compensation

_____Public housing assistance     _____Worker's Compensation

_____Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

Dad is retired

37. Have you, your spouse/partner or any member of your immediate family ever worked for a federal, state, or local government agency or held a government office?  If "Yes", please state:

*NO*

Which government agency? _____

What does the agency do?



What was your/their job title?



What were your/their job duties?



What were your/their dates of employment?



38. Have you, your spouse/partner or any member of your immediate family ever owned or managed a business? ✓____ Yes _____ No

If "Yes", please explain:

Uncle did a Party bus and owns 2 tanning Salons

39.   Do you, or any family member, have any training, experience and/or

knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?    Self ("S") or Family ("F")?

| | | |
|---|---|---|
| Medicine/Healthcare | S | (F) cusin |
| Laboratory Work | S | F |
| Construction | S | F |
| Furniture/Carpet/Textiles | S | F |
| Mortuary | S | F |
| Safety Products | S | F |
| Safety Practices | S | F |
| Journalism/TV/Media | S | F |
| Emergency Services | S | F |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | F |
| Government/FEMA | S | F |
| Social Work | S | F |
| Workplace Safety | S | F |

| | | |
|---|---|---|
| Environmental Regulations | S | F |
| Recreational Vehicle Industry | S | F |
| Manufactured Housing Ind. | S | F |
| Toxicology | S | F |
| Psychology/Social Work | S | F |
| Woodworking | S | (F) brother in law |
| Quality Assurance | S | F |
| Product Design/Manufacturing | S | F |
| Consumer Product Testing | S | F |
| Chemistry | S | F |
| Biology | S | F |
| Toxic/Hazardous Materials | S | F |
| Insurance/Claims Handling | S | F |
| Investigative Work | S | F |
| Contracts | S | F |
| Contract Negotiation/Enforcement | S | F |
| Volunteer Work | S | F |
| Wood Products | S | F |

If you answered "Yes" to any of the above, please explain the extent of the

experience/training:

my Cusin is a nures
and my brother in law does woodwork at his
Jobsite in ponchatoula

40.    Have you or someone close to you ever worked as a builder or contractor?

_____ Yes      ✓  No  If "Yes", please explain:

41.    Have you or someone close to you worked as a contractor for the U.S.

Government? _____ Yes      ✓  No      If "Yes", please explain:

42.    Have you or someone close to you ever worked for or with any regulatory

agency?    _____ Yes      ✓  No      If "Yes", please explain:

43.   Have you or someone close to you ever had the responsibility for insuring

compliance with any government standards or regulations?

_____ Yes        __✓__ No     If "Yes", please explain:

44.   Have you or someone close to you ever had the responsibility of writing,

training or enforcing health or safety policies and practices?

_____ Yes        __✓__ No  If "Yes", please explain:

45.   Have you, any family member or a close friend ever been warned,

reprimanded or otherwise disciplined for a health or safety policy/rule

violation?

_____ Yes        __✓__ No  If "Yes", please explain:

46.   Have you, or someone close to you, ever worked with, or around hazardous

materials?     _____ Yes        __✓__ No  If "Yes", please explain:

47.   Do you have a regular, or family, doctor?     _____ Yes        __✓__ No

48.   Please list any medical conditions for which you are currently being treated:

Nothing

49.   How often do you go to the Doctor?

Never

50.   What type of health care plan do you have?

United health care

51.   What type of healthcare facility do you usually use?

Not sure

52.   How would you rate your basic state of health?

_____ Poor, often sick        _____ Average        ✓ Good, seldom sick

53.   To what extent do you believe you have control over your health?

✓ I feel my health is largely within my control

_____ I feel my health is somewhat within my control

_____ I feel my health is somewhat outside my control

_____ I feel my health is largely outside my control

54.   Have you or anyone in your family suffered from asthma, allergies, other

respiratory illness, or any autoimmune disorder?

_____ Yes    ✓ No

If "YES", what is/was the medical diagnosis of your condition, if any:

If "YES", please list any substances to which you are allergic:


If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?


55.   Have you ever smoked?

_____ Yes        ✓_____ No

If "YES", do you still smoke?     _____ Yes       _____ No

If "YES", how long have you been a smoker? _____Months _____Years

If "YES", number of packs per day: _____

If "YES", how many times have you tried to stop? _____

If "Yes", do you smoke inside your home? _____ Yes         _____ No

56.    Which of the following statements about smoking do you think is most

correct?

_____People who smoke are addicted and are not personally responsible for

their continued smoking

___✓___Smoking is a bad habit, and people can quit if they really want to

_____Neither

57.    Have you or anyone close to you ever been unable to work due to a serious

medical problem, permanent injury or disability?

___✓__Yes, I have      ___ Yes, someone close to me has      ___ No

If "YES", please explain:

Dad    had    a    heart    transplant

58.    Have you, any family members, or close friends ever had a loved one injured

or die as a result of wrongdoing or the negligence of another party?

_____ Yes      __✓__No

IF "YES", please explain who was involved and what happened:

59.   Have you, a family member, or anyone close to you ever been injured by a

product you thought was defective?

　　　　　____Yes　　　　　Who? _____

　　　　　✓ No

　　　　　____Maybe　　　　Who? _____

　　　　　Please explain:

60.   Have you ever served on a jury?

　　　____Yes:　　　____Civil　　　____Criminal

How many times?

If "YES", please indicate the type of case(s):

If "YES", was a verdict reached?

　　　____ Yes　　____ No

If "YES", did you serve as the foreperson?

　　　____ Yes　　____ No

61.   Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

____✓ Yes       _____ No

If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case):

my Parents were plantiff againts allstate

62.   Have you or someone close to you ever been sued or threatened with a suit by someone else?       _____ Yes       ✓ No

If "Yes", explain:

63.   Have you ever felt you had reason to sue but decided not to?

_____ Yes       ✓ No   If "Yes", please explain:

64.   Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?       _____ Yes       ✓ No

If "Yes", please describe the dispute, who was involved, and the outcome.

21

65. Do you believe too many people too often file frivolous lawsuits to address

grievances? _____Yes _____No   Explain (optional).

66. Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

_____ Yes _____ No   Please explain:

depending on the injury

67. Do you support legislative reforms to place caps or limits on the amount of

money juries can award? _____ Yes _____ No  If "Yes", please explain:

68.  On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1      2      3      4      5      6     (7)     8      9      10

69.   Do you think corporations have an unfair advantage or disadvantage in the

courtroom?

_____ Yes     __✓__ No    Please explain:

Because they probbly been around for awhile and know what they are doing

70.   Do you think our system of lawsuits gives an unfair advantage or

disadvantage to people who file lawsuits?     _____ Yes     __✓__ No

Please explain:

its fair

71.   Do you feel you could fairly decide a lawsuit involving an individual against

a corporation?   __✓__ Yes _____ No

72.    Have you or a family member ever had a serious, negative dispute with a

manufacturer over the quality of a product?   _____ Yes   __✓__ No

IF "Yes", please explain:

73.   How much confidence do you have in major companies in our country?

    \_\_\_\_ A great deal of confidence

    ✓ Only some confidence

    \_\_\_\_ Hardly any confidence

74.   To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

    \_\_\_ I am positive they conspire    ✓ I suspect they conspire

    \_\_\_ I am doubtful they conspire    \_\_\_ I do not believe they conspire

75.   Which statement do you agree with more? (Check one)

    \_\_\_\_ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

    ✓ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.   Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

    \_\_\_\_ Adequate    ✓ Inadequate    \_\_\_\_ Very inadequate

77.   Do you think corporations generally try to make their products safe?

_____ / Yes        _____ No

78.   Do you have any concerns about holding a product manufacturer legally

responsible if a user or consumer of the product gets sick from exposure to

hazardous air pollutants emitted from the product? ___/___ Yes _____No

If "Yes", please explain your concerns.

if they dont explain what it can
do to you then they are responible

79.   Do you think the government should provide "free" health care for all

citizens?

_____ Yes        √ No

80.   Generally, do you believe that it is the government's responsibility, in the

face of a disaster, to ensure that all displaced individuals are provided with

some form of housing? √ Yes _____ No

If "Yes", please explain why you believe this.

Because Some people cant make decisions
for them self

25

81.  Do you have general concerns about how the Federal Government spends

money, operates, or treats its citizens, which would influence your ability to

be a fair and impartial juror in this case?  ✓ Yes  ____No

If "Yes", please explain why this is so.

*Because they have more authority over an average citizen*

82.  Do you agree or disagree with the following statements?

a.  If a person claims injury, or health or safety concerns, based upon

actions taken by  the government in an emergency, the government

should pay for the injury, or health or safety concerns,  even when

there is no proof that the government did something wrong.

____Agree strongly

✓ Agree

____ Disagree

____ Disagree strongly

_____ Not sure

b.   Individuals receiving emergency assistance from the government after

a natural disaster should have no right to sue the federal government

over injuries, or health or safety concerns, that they believe to be

related to the government assistance?

✓ Agree strongly

___ Agree

____ Disagree

____ Disagree strongly

___ Not Sure

83.   Do you feel you could fairly decide a lawsuit between an individual and the

government?      ✓ Yes      _____ No

84.   How much confidence do you have in our country's government?

_____ A great deal of confidence

✓ Only some confidence

_____ Hardly any confidence

85.   Do you agree or disagree with the following statement: Overall, the

government does a good job of protecting the public from toxic substances in

the environment.

_____Agree strongly

___✓___ Agree

_____ Disagree

_____ Strongly disagree

_____ Not sure

86.   Have you, or anyone close to you, ever worked in a job where you/they had

contact or familiarity with OSHA or HUD standards?

___✓___ Yes       _____ No

IF "Yes", who?

Uncle

87.   Overall, what kind of job would you say government agencies (such as

Housing and Urban Development ("HUD") and the Occupational Safety and

Health Administration ("OSHA")) do making manufacturers, employers and

employees follow safety regulations?

____Good   _✓_Okay   ____Not very good   ____Bad   ____No opinion

88.   Do you consider yourself an "environmentalist"?       ____ Yes   _✓_No

89.    Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?    _____ Yes    ✓ No

IF "Yes", which one(s):

90.    Do you have any health or safety concerns about where you live or work?

_____ Yes    ✓ No    IF "Yes", please explain:

91.    Have you ever experienced any of the following problems in your home,

condo, or apartment?

*NO* sick building syndrome    *No* toxic mold    *No* asbestos exposure

*NO* recurring indoor mold or mildew    *No* chemical exposure

92.    How often do you question your personal safety on a day-to-day basis?

_____ Frequently    _____ Sometimes    ✓ Rarely, if ever

93.    How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very    ✓ Somewhat    _____ Not very or not at all

94.   Have you, a member or your family or someone close to you, ever been

      exposed to substances or chemicals which were a potential health hazard?

      ____✓ Yes          ____ No     IF "Yes", please explain:

      the Water that happen in St. bernerd
      Parish a long time ago

95.   Have you, a member of your family or someone close to you, ever been

      injured as a result of exposure to hazardous substances or chemicals?

      ____ Yes          ____✓ No     IF "Yes", please explain:

      If YES, how seriously were you injured:

      ____ Very     ____ Somewhat     ____ Not very or hardly at all

96.   If a company exposed consumers to any kind of toxic substance responsible

      for a related disease, I would (check one):

      ____✓ Always find the company liable

      _____ Never find the company liable

      _____ Depends on the facts of the case

97.   Have you, your spouse/partner or any member of your immediate family ever

owned, used or resided in a travel trailer, park model, manufactured housing

(mobile home) unit or any recreational vehicle? ___✓Yes ____No

If "Yes", who was the manufacturer and what was the brand name or model?

*Not Sure*

98.   Have you, any member of your immediate family, or anyone you know ever

had a complaint about the quality of construction in your/their residence?

____ Yes   ___✓No   If "Yes", please explain who was involved and what

happened:

99.   Have you or anyone close to you lived in, worked in, gone to school in,

visited or temporarily occupied a motor home, recreational vehicle (RV),

and/or a manufactured housing (mobile home)unit? ____ Yes   ___✓No

If "Yes", please explain:

100. Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

___Yes          ✓ No     If "Yes", please explain:

101. Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

___Yes   ✓ No      Please explain:

102. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?      ___Yes          ✓ No

103. Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?      ___Yes   ✓ No

104. Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?      ___Yes   ✓ No

105. Have you, your spouse/partner or any member of your immediate family ever

had a relationship or some business connection with Fluor Enterprises, Inc.?

___Yes    ✓No

106. Do you have any opinions about companies that manufacture

travel trailers, park models or manufactured housing that would make you

favor one side over the other in a lawsuit between an emergency aid recipient

and the manufacturer of travel trailers, park models or manufactured housing?

✓Yes    ___No    ___Maybe

Please explain which side you would favor and why?

the    trailers    owners    side    because
they    were    asffcted

107. In the aftermath of a disaster, who do you believe is <u>most</u> responsible for

providing housing assistance to those without housing?

✓Federal Government    ____State Government

____Local Government    ____None of the Above

108.   Do you believe that FEMA generally:

_____Does a good job helping people after disasters

__✓__Does an "okay" job helping people after disasters

_____Does a poor job helping people after disasters

_____Only makes disasters worse

_____Unsure

Please explain why you believe this.

Because they try there best but can do alot better

109.   Have you/anyone close ever had personal experience/contact with FEMA?

__✓__Yes          _____No

If "Yes", please explain who had the experience/contact and describe the nature of the experience/contact:

My parents

110. Have you/anyone close to you ever received:

     \_\_\_\_FEMA Rental Assistance        \_\_\_\_FEMA Issued Housing Unit

     \_\_\_\_FEMA Hotel Assistance        \_\_\_\_FEMA Relocation Assistance

     \_\_\_\_FEMA Financial Assistance      \_\_\_\_Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for the assistance, including the date(s) the assistance was provided:

111. If you have ever sought disaster aid or relief from FEMA, how would you describe the way you personally were treated by FEMA:

     \_\_\_\_I have never sought disaster aid or relief from FEMA

     \_\_\_\_I was treated well

     ✓ I was treated satisfactorily

     \_\_\_\_I was treated poorly

     \_\_\_\_I was mistreated by FEMA

Please explain your answer:

*it was allright*

35

112.   Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita?

If "Yes", explain what property damage or injury you/they experienced.

*Yes the house have 11ft of water*

Did you/they seek aid from FEMA?   ✓ Yes         ____No

Who was injured?

*Nobody*

How seriously were you/they injured?

__ Very       __ Somewhat      ✓ Not very or hardly at all

113.   Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

✓ Yes          ____No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA.

*all family now housing assistance from FEMA*

114.   Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government?   ___Yes  ✓ No

If "Yes", please explain why you believe this.

115.   Have you, any family member or any close acquaintance of yours ever

resided in housing provided by FEMA or any government agency following a

natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes        __✓__No

If "Yes", identify the individual(s) receiving this housing assistance and your

relationship to the individual(s) and the type of housing assistance provided.

116.   Do you have any opinions about companies that FEMA contracted with to

install and maintain travel trailers, park models or manufactured housing

(mobile homes) that would make you favor one side over the other in a

lawsuit between an emergency aid recipient and the company that installed

and maintained the travel trailers, park models or manufactured housing

(mobile homes)?

_____Yes      _____No      __✓__Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

Don't know really the whole story

117. Have you, a family member, or anyone close to you ever suffered from a

disease or injury that you believe was caused by living in an emergency

housing unit (travel trailer, park model or manufactured housing)?

_____Yes          Who: _____

_____No

_____Maybe       Who: _____

Please explain:

118. Have you heard about or discussed the topic of formaldehyde exposure with

anyone?

_____Yes          _____No

If "Yes", please explain:

119.   Do you or anyone close to you work with or around formaldehyde, or

products that contain formaldehyde?

_____Yes          Who: _____

____No

___Unsure

If "Yes", please explain the circumstances and what it was used for:

120.   Based on your experience and what you have heard/read, have you formed

any opinions about the overall effects, if any, of formaldehyde exposure on a

person?

_____Yes          _____No

If "Yes", what is your opinion?

121.   How dangerous do you think it is for someone to be exposed to

formaldehyde.

___ Very    ✓ Somewhat    ___ Not very    ___ Not at all    ___Unsure

122. Have you, or anyone you know, ever been screened or tested to determine if you might have a formaldehyde-related condition?

_____Yes          Who: _____ When:_____

✓No

123. Do you claim to have, or do you know anyone who claims to have, a disease or injury associated with formaldehyde exposure?

_____Yes          ✓No

If "Yes", please explain:

124. Have you attended any meetings about filing lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          ✓No

If "Yes", state where, and what you have seen/heard or read:

125.   Have you seen, heard or read anything about lawsuits brought by some of the

occupants of FEMA emergency housing units in which the occupants claim

injury or disease because of their alleged exposure to formaldehyde?

_____Yes            ___✓__No            _____Unsure

If "Yes" or "Unsure", please explain:

126.   Have you seen/heard or read any advertisements from lawyers about lawsuits

involving alleged formaldehyde exposure to occupants of FEMA provided

trailers and mobile homes?

_____Yes         __✓__No         ___Unsure

If "Yes" or "Unsure", please explain:

127. Do you, a family member, or anyone close to you believe you have or they

   have a claim concerning alleged injuries from living in a FEMA-provided

   emergency housing unit (travel trailer, park model or manufactured housing

   (mobile home) unit)?

   _____Yes, me

   _____Yes, family member

   _____Yes, someone close

   __✓__No

   _____Don't know

128.   Is there anything you can think of that would give you trouble being open-

   minded in a case involving  a person suing the trailer manufacturers,

   installation and maintenance contractors, and FEMA for formaldehyde

   exposure from their FEMA-issued trailers?

   No  Dont  know  to  much  about
   this  topic

129. If chosen as a juror, you should know that the trial of this case <u>may</u> take two

full work weeks (Monday through Friday).  Would this present such a severe

personal or economic hardship for you that you believe you could not serve

as a fair and impartial juror?  If so, please explain why (including specific

information as to the nature of your hardship, or indicate that you would like

to speak to the Court privately about the matter).

This would be very hard for me and my company for me to take off that long. because they would have to find Somebody to fill in and they don't know my route and I work 5days a week for about 12 hours a week

I swear that the answers that I have given are true and correct to the best of

my knowledge.

Print Name: Bert St. Romain III

Signature: Bert St. Romain

Date: 7/30/09

43