## JUROR QUESTIONNAIRE

Full Name: _Craig Anthony Naquin_ Male _✓_ Female _____

Date of Birth: _3-22-63_____

Place of Birth: _Thibodaux La._____

 Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury. A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.

 This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible. You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror. If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff. Please recognize that there are no right or wrong answers to this questionnaire. If you feel you

1

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1.  What is your current residence address?

    *808 Church St.*
    *Thibodaux La.*

2.  How long have you lived in this area of Louisiana?

    *46 years*

3.  What other cities and states have you lived in during the last ten years?

    *None*

4.  Where did you grow up?

    *Thibodaux*

5.  Do you:

    ___✓___ Own your home        _____ Rent your home

    _____ Live with homeowners of the residence

6.  Is your residence a house, apartment, condominium or (mobile home?)

7.  What is your current marital status?

    ___ Single    ✓ Married    ___ Divorced    ___ Widowed    ___ Life Partner

2

8.   Do you have children?   _____ Yes   _____ No

If "Yes", please list their ages, highest level of school completed, and

occupations:

19 - H.S. Gradute

7 - 3rd Grade

9.   Are you primarily responsible for making financial decisions and taking care

of financial matters in your family?   _____ Yes   _____ No

If "Yes", please explain:

10.   Describe your educational background:

What was the highest level of school you completed?

H. S.

If college, what was your major/primary area(s) of study?

What degrees or certificates did you attain, if applicable:

List any technical courses you have taken:

11. What is your current employment status?

___✓___ Full-time _____ Part-time _____ Self-employed _____ Retired

_____ Homemaker _____ Student _____ Disabled _____ Unemployed

_____ Other: _____

Please list your current or most recent occupation:

Name of employer: *Chris @ Folse*

Type of business: *Auto MechANic*

Years employed by this employer: *15 years*

Current job duties: *MechANic*

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain: *NO*

Number of individuals you supervise, if any:

4

12. For the last five years, please list your employers and the job duties you had for each. *N/A*

13. If you are or were ever married, have or had a life partner, please state the following for your spouse or partner:

Highest level of education completed and degrees attained, if applicable: *H.S. Graduate*

Name of current or last known employer and job duties:

*L.P. School Bd.*

14. Are you parents living?

**Mother:** ____ Yes   ✓ No   **Father:** ✓ Yes   _____ No

15.    What are your parents' primary occupations (If retired or deceased, previous occupations):

Mother: _Housewife_____

Father: _Fitter_____

16.    Do you, your spouse/partner or any member of your immediate family belong to a Labor Union?        _____ Yes        __✓__ No

If "Yes", which union: _____

17.    Have you, your spouse/partner or any member of your immediate family ever served in the military? If so, please state:

Which branch of service?

What was your/their military occupational specialty?

What was your/their current or most recent rank?

Number of years of service?

18.   What social, civic, professional, religious, trade or other organizations are

you or your spouse/partner affiliated with?

Describe any offices held:

19.   Voter Registration:

_____✓ Democrat   _____ Republican   _____ Independent

_____ Other: _____

20.   Have you ever held or sought political office?   _____ Yes   __✓__ No

If "Yes", what office?

21.   Did you vote in the last presidential election?   __✓ Yes   _____ No

22.   Did you vote in the last congressional election in your district?

_✓__ Yes   _____ No

23.   Did you vote in the last mayoral (or parish president) election where you

live?

_✓__ Yes   _____ No

24.   When you are in a group, how often would you say that you speak out or take

a leadership position?

_____ Frequently

_____ Occasionally

_____ Seldom

__✓__ Never

25. If selected as a juror, you will be asked to maintain your honest beliefs about what the evidence shows, while at the same time giving full consideration to the views of other jurors without hesitation to re-examine your own opinion and change your mind, if convinced that you are wrong.  Do you believe this will be possible for you?  __✓__ Yes  ___ No

If "No", please explain in full your concerns about this.

26. What are your three principal sources of news? (Circle no more than three)

Newspapers             Magazines

Local TV News         National TV News

Radio                       TV Talk Shows

Internet                   Other _____

27. Do you believe that the news media:

___Is always accurate

✓Is usually accurate

___Is rarely accurate

___Is never accurate

___Unsure

28. What television programs do you watch regularly (including news programs)? *Sports*

*Reality Show*

29. What do you like to do in your spare time (hobbies, recreations, or pastimes)?

*Drag Race*

*Fishing*

*Drink Beer*

30. Do you own a computer, or have routine access to one?

✓ Yes _____ No

If "Yes", what image do you currently maintain as your screen saver on that computer? *Windows XP*

31.  What informational websites do you visit regularly (including news websites,
     but excluding commercial vendor websites visited for making personal
     purchases?  *Web MD*

32.  Do you access one or more blogs on the Internet at least on a weekly basis?

     _____ Yes     __✓__ No

     If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you
     most often access?

33.  Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?
     *NO*

34.  Within the past five years, have you experienced any of the following events:
     (Circle all that apply)

            Loss of employment

            Serious financial hardship

            Major hospitalization

            Surgery

            Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35. Compared to others you know, would you describe yourself as an unusually sympathetic person?

_____ Yes   _____ No  Please explain:

36. Have you/anyone close to you ever received:

_____ Disability Insurance          _____ Unemployment Compensation

_____ Public housing assistance          _____ Worker's Compensation

_____ Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

37.    Have you, your spouse/partner or any member of your immediate family ever

worked for a federal, state, or local government agency or held a government

office?  If "Yes", please state:

Which government agency? _____

What does the agency do?

What was your/their job title?

What were your/their job duties?

What were your/their dates of employment?

38.    Have you, your spouse/partner or any member of your immediate family ever

owned or managed a business?  _____ Yes     ✓ No

If "Yes", please explain:

39.  Do you, or any family member, have any training, experience and/or

knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?   Self ("S") or Family ("F")?

| | | |
|---|---|---|
| Medicine/Healthcare | S | F |
| Laboratory  Work | S | F |
| Construction | S | (F) |
| Furniture/Carpet/Textiles | S | F |
| Mortuary | S | F |
| Safety Products | S | F |
| Safety Practices | S | F |
| Journalism/TV/Media | S | F |
| Emergency Services | S | F |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | F |
| Government/FEMA | S | F |
| Social Work | S | F |
| Workplace Safety | S | F |

Environmental Regulations            S      F

Recreational Vehicle Industry        S      F

Manufactured Housing Ind.            S      F

Toxicology                           S      F

Psychology/Social Work               S      F

Woodworking                          S      F

Quality Assurance                    S      F

Product Design/Manufacturing         S      F

Consumer Product Testing             S      F

Chemistry                            S      F

Biology                              S      F

Toxic/Hazardous Materials            S      F

Insurance/Claims Handling            S      F

Investigative Work                   S      F

Contracts                            S      F

Contract Negotiation/Enforcement     S      F

Volunteer Work                       S      F

Wood Products                        S      F

If you answered "Yes" to any of the above, please explain the extent of the

experience/training:

40.    Have you or someone close to you ever worked as a builder or contractor?

____ Yes        ____ No  If "Yes", please explain:

41.    Have you or someone close to you worked as a contractor for the U.S.

Government? ____ Yes        ____ No        If "Yes", please explain:

42.    Have you or someone close to you ever worked for or with any regulatory

agency?  ____ Yes        ____ No        If "Yes", please explain:

43.    Have you or someone close to you ever had the responsibility for insuring

compliance with any government standards or regulations?

_____ Yes        ___/___ No    If "Yes", please explain:

44.    Have you or someone close to you ever had the responsibility of writing,

training or enforcing health or safety policies and practices?

_____ Yes        ___/___ No  If "Yes", please explain:

45.    Have you, any family member or a close friend ever been warned,

reprimanded or otherwise disciplined for a health or safety policy/rule

violation?

_____ Yes        ___/___ No   If "Yes", please explain:

46.    Have you, or someone close to you, ever worked with, or around hazardous

materials?     _____ Yes        ___/___ No  If "Yes", please explain:

47.    Do you have a regular, or family, doctor?        ___/___ Yes        _____ No

16

48.    Please list any medical conditions for which you are currently being treated:

*N/A*

49.    How often do you go to the Doctor? *emergency only*

50.    What type of health care plan do you have? *Blue Cross*

51.    What type of healthcare facility do you usually use? *Family Clinic*

52.    How would you rate your basic state of health?

____ Poor, often sick    ✓ Average    ____ Good, seldom sick

53.    To what extent do you believe you have control over your health?

____ I feel my health is largely within my control

✓ I feel my health is somewhat within my control

____ I feel my health is somewhat outside my control

____ I feel my health is largely outside my control

54.    Have you or anyone in your family suffered from asthma, allergies, other respiratory illness, or any autoimmune disorder?

✓ Yes    ____ No

If "YES", what is/was the medical diagnosis of your condition, if any:

*Allergies*

17

If "YES", please list any substances to which you are allergic:

*Ragweed*

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment? *No*

55.   Have you ever smoked?

_____ Yes        ╱ No

If "YES", do you still smoke?    _____ Yes        _____ No

If "YES", how long have you been a smoker?    _____Months    _____Years

If "YES", number of packs per day: _____

If "YES", how many times have you tried to stop? _____

If "Yes", do you smoke inside your home?    _____ Yes        _____ No

56.  Which of the following statements about smoking do you think is most

correct?

_____People who smoke are addicted and are not personally responsible for

their continued smoking

___✓___Smoking is a bad habit, and people can quit if they really want to

_____Neither

57.  Have you or anyone close to you ever been unable to work due to a serious

medical problem, permanent injury or disability?

___ Yes, I have      __✓__ Yes, someone close to me has      ____ No

If "YES", please explain: _Spouse_ _Brain_ _Surgery_

58.  Have you, any family members, or close friends ever had a loved one injured

or die as a result of wrongdoing or the negligence of another party?

_____ Yes      __✓__ No

IF "YES", please explain who was involved and what happened:

19

59.    Have you, a family member, or anyone close to you ever been injured by a

product you thought was defective?

_____Yes          Who? _____

___/__No

_____Maybe        Who? _____

Please explain:

60.    Have you ever served on a jury?

___/__Yes:        ___/__Civil          _____Criminal

How many times?  /

If "YES", please indicate the type of case(s):

If "YES", was a verdict reached?

___/__Yes          _____No

If "YES", did you serve as the foreperson?

_____Yes          ___/__No

61.   Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

_____ Yes        __✓__ No

If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case):

62.   Have you or someone close to you ever been sued or threatened with a suit by someone else?          _____ Yes        __✓__ No

If "Yes", explain:

63.   Have you ever felt you had reason to sue but decided not to?

_____ Yes        __✓__ No  If "Yes", please explain:

64.   Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?        _____ Yes        __✓__ No

If "Yes", please describe the dispute, who was involved, and the outcome.

65.   Do you believe too many people too often file frivolous lawsuits to address

grievances? ____/Yes ____No   Explain (optional).

66.   Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

____ Yes        ____/No  Please explain:

*Gets what He Sued for*

67.   Do you support legislative reforms to place caps or limits on the amount of

money juries can award?   ____ Yes   ____/No  If "Yes", please explain:

68.    On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1      2      3      4      ⑤      6      7      8      9      10

69.   Do you think corporations have an unfair advantage or disadvantage in the

courtroom?

_____ Yes        _____ No    Please explain:

70.   Do you think our system of lawsuits gives an unfair advantage or

disadvantage to people who file lawsuits?    _____ Yes        _____ No

Please explain:

71.   Do you feel you could fairly decide a lawsuit involving an individual against

a corporation?   _____ Yes    _____ No

72.    Have you or a family member ever had a serious, negative dispute with a

manufacturer over the quality of a product?    _____ Yes        _____ No

IF "Yes", please explain:

73. How much confidence do you have in major companies in our country?

_____ A great deal of confidence

__/__ Only some confidence

_____ Hardly any confidence

74. To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

____ I am positive they conspire          __/__ I suspect they conspire

____ I am doubtful they conspire          ____ I do not believe they conspire

75. Which statement do you agree with more? (Check one)

_____ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

__/__ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76. Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

__/__ Adequate          ____ Inadequate          ____ Very inadequate

77.  Do you think corporations generally try to make their products safe?

        ✓ Yes        _____ No

78.  Do you have any concerns about holding a product manufacturer legally responsible if a user or consumer of the product gets sick from exposure to hazardous air pollutants emitted from the product?  ✓ Yes  _____ No

If "Yes", please explain your concerns.

79.  Do you think the government should provide "free" health care for all citizens?

        _____ Yes        ✓ No

80.  Generally, do you believe that it is the government's responsibility, in the face of a disaster, to ensure that all displaced individuals are provided with some form of housing?  _____ Yes        ✓ No

If "Yes", please explain why you believe this.

81.    Do you have general concerns about how the Federal Government spends money, operates, or treats its citizens, which would influence your ability to be a fair and impartial juror in this case?  ___Yes  ___/No

If "Yes", please explain why this is so.


82.    Do you agree or disagree with the following statements?

a.    If a person claims injury, or health or safety concerns, based upon actions taken by the government in an emergency, the government should pay for the injury, or health or safety concerns, even when there is no proof that the government did something wrong.

___Agree strongly

____ Agree

___ Disagree

____ Disagree strongly

___/ Not sure

b.      Individuals receiving emergency assistance from the government after

a natural disaster should have no right to sue the federal government

over injuries, or health or safety concerns, that they believe to be

related to the government assistance?

_____Agree strongly

_____ Agree

_____ Disagree

_____ Disagree strongly

___/ Not Sure

83.   Do you feel you could fairly decide a lawsuit between an individual and the

government?        ___/ Yes        _____ No

84.   How much confidence do you have in our country's government?

_____ A great deal of confidence

___/ Only some confidence

_____ Hardly any confidence

85.  Do you agree or disagree with the following statement: Overall, the
     government does a good job of protecting the public from toxic substances in
     the environment.

     _____Agree strongly

     _____ Agree

     __/____ Disagree

     _____ Strongly disagree

     _____ Not sure

86.  Have you, or anyone close to you, ever worked in a job where you/they had
     contact or familiarity with OSHA or HUD standards?

          _____ Yes        __/____ No

     IF "Yes", who?

87.  Overall, what kind of job would you say government agencies (such as
     Housing and Urban Development ("HUD") and the Occupational Safety and
     Health Administration ("OSHA")) do making manufacturers, employers and
     employees follow safety regulations?

     ____Good    ___Okay    ____Not very good    ____Bad    __/__No opinion

88.  Do you consider yourself an "environmentalist"?    __/__Yes    ____ No

89.   Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?      _____ Yes      __/__ No

IF "Yes", which one(s):

90.   Do you have any health or safety concerns about where you live or work?

_____ Yes      __/__ No    IF "Yes", please explain:

91.   Have you ever experienced any of the following problems in your home,

condo, or apartment?

___ sick building syndrome        ___ toxic mold        ___ asbestos exposure

___ recurring indoor mold or mildew        ___ chemical exposure

92.   How often do you question your personal safety on a day-to-day basis?

_____ Frequently      _____ Sometimes      __/__ Rarely, if ever

93.   How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very        __/__ Somewhat        _____ Not very or not at all

94.   Have you, a member or your family or someone close to you, ever been exposed to substances or chemicals which were a potential health hazard?

___ Yes            ___ No     IF "Yes", please explain:

95.   Have you, a member of your family or someone close to you, ever been injured as a result of exposure to hazardous substances or chemicals?

___ Yes            ___ No     IF "Yes", please explain:

If YES, how seriously were you injured:

___ Very     ___ Somewhat     ___ Not very or hardly at all

96.   If a company exposed consumers to any kind of toxic substance responsible for a related disease, I would (check one):

_____ Always find the company liable

_____ Never find the company liable

_____ Depends on the facts of the case

97.   Have you, your spouse/partner or any member of your immediate family ever

owned, used or resided in a travel trailer, park model, manufactured housing

(mobile home) unit or any recreational vehicle? ___/Yes ____No

If "Yes", who was the manufacturer and what was the brand name or model?

*BAy wood*

98.   Have you, any member of your immediate family, or anyone you know ever

had a complaint about the quality of construction in your/their residence?

____ Yes   ___/ No   If "Yes", please explain who was involved and what

happened:

99.   Have you or anyone close to you lived in, worked in, gone to school in,

visited or temporarily occupied a motor home, recreational vehicle (RV),

and/or a manufactured housing (mobile home)unit? ___/ Yes ____ No

If "Yes", please explain:   *Live In Mobile Home*

100. Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

___Yes        _/No     If "Yes", please explain:

101. Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

___Yes     _/No      Please explain:

102. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?     ___Yes        _/No

103. Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?     ___Yes     _/No

104. Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?     ___Yes     _/No

105. Have you, your spouse/partner or any member of your immediate family ever had a relationship or some business connection with Fluor Enterprises, Inc.?

____Yes    ___/__No

106. Do you have any opinions about companies that manufacture travel trailers, park models or manufactured housing that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the manufacturer of travel trailers, park models or manufactured housing?

_____Yes    ___No    __/__Maybe

Please explain which side you would favor and why?

107. In the aftermath of a disaster, who do you believe is <u>most</u> responsible for providing housing assistance to those without housing?

___/__Federal Government    ____State Government

____Local Government    ____None of the Above

108.   Do you believe that FEMA generally:

_____Does a good job helping people after disasters

__/__Does an "okay" job helping people after disasters

_____Does a poor job helping people after disasters

_____Only makes disasters worse

_____Unsure

Please explain why you believe this.

109.   Have you/anyone close ever had personal experience/contact with FEMA?

_____Yes          __/__No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

110.   Have you/anyone close to you ever received:

      _____FEMA Rental Assistance     _____FEMA Issued Housing Unit

      _____FEMA Hotel Assistance     _____FEMA Relocation Assistance

      _____FEMA Financial Assistance     _____Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:

111.   If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

      __/__I have never sought disaster aid or relief from FEMA

      _____I was treated well

      _____I was treated satisfactorily

      _____I was treated poorly

      _____I was mistreated by FEMA

Please explain your answer:

112.  Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita?

If "Yes", explain what property damage or injury you/they experienced.


Did you/they seek aid from FEMA?      ____Yes           ⟋ No

Who was injured?

How seriously were you/they injured?

__ Very      __ Somewhat      __ Not very or hardly at all

113.  Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

____Yes           ⟋No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA.


114.  Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government?  ⟋Yes ____No

If "Yes", please explain why you believe this.

115. Have you, any family member or any close acquaintance of yours ever

resided in housing provided by FEMA or any government agency following a

natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes          ___/___No

If "Yes", identify the individual(s) receiving this housing assistance and your

relationship to the individual(s) and the type of housing assistance provided.

116. Do you have any opinions about companies that FEMA contracted with to

install and maintain travel trailers, park models or manufactured housing

(mobile homes) that would make you favor one side over the other in a

lawsuit between an emergency aid recipient and the company that installed

and maintained the travel trailers, park models or manufactured housing

(mobile homes)?

_____Yes      ___/___No       _____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117. Have you, a family member, or anyone close to you ever suffered from a disease or injury that you believe was caused by living in an emergency housing unit (travel trailer, park model or manufactured housing)?

_____Yes        Who: _____

__/__No

_____Maybe      Who: _____

Please explain:

118. Have you heard about or discussed the topic of formaldehyde exposure with anyone?

__/__Yes            _____No

If "Yes", please explain:

119.  Do you or anyone close to you work with or around formaldehyde, or

products that contain formaldehyde?

_____Yes          Who: _____

____ No

____Unsure

If "Yes", please explain the circumstances and what it was used for:

120.  Based on your experience and what you have heard/read, have you formed

any opinions about the overall effects, if any, of formaldehyde exposure on a

person?

_____Yes          _____No

If "Yes", what is your opinion?

121.  How dangerous do you think it is for someone to be exposed to

formaldehyde.

____ Very    ____ Somewhat    ____ Not very    ____ Not at all    ____Unsure

122.   Have you, or anyone you know, ever been screened or tested to determine if you might have a formaldehyde-related condition?

_____Yes          Who: _____     When: _____

___/__No

123.   Do you claim to have, or do you know anyone who claims to have, a disease or injury associated with formaldehyde exposure?

_____Yes          ___/__No

If "Yes", please explain:

124.   Have you attended any meetings about filing lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          ___/__No

If "Yes", state where, and what you have seen/heard or read:

125.    Have you seen, heard or read anything about lawsuits brought by some of the

occupants of FEMA emergency housing units in which the occupants claim

injury or disease because of their alleged exposure to formaldehyde?

_____Yes            ___/No                _____Unsure

If "Yes" or "Unsure", please explain:

126.    Have you seen/heard or read any advertisements from lawyers about lawsuits

involving alleged formaldehyde exposure to occupants of FEMA provided

trailers and mobile homes?

__/__Yes        _____No        ___Unsure

If "Yes" or "Unsure", please explain:

127.   Do you, a family member, or anyone close to you believe you have or they have a claim concerning alleged injuries from living in a FEMA-provided emergency housing unit (travel trailer, park model or manufactured housing (mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

__✓__No

_____Don't know

128.   Is there anything you can think of that would give you trouble being open-minded in a case involving  a person suing the trailer manufacturers, installation and maintenance contractors, and FEMA for formaldehyde exposure from their FEMA-issued trailers?

129.   If chosen as a juror, you should know that the trial of this case <u>may</u> take two

full work weeks (Monday through Friday).  Would this present such a severe

personal or economic hardship for you that you believe you could not serve

as a fair and impartial juror?  If so, please explain why (including specific

information as to the nature of your hardship, or indicate that you would like

to speak to the Court privately about the matter).

I swear that the answers that I have given are true and correct to the best of

my knowledge.

Print Name: _Craig A. Naquin_

Signature: _Craig A Naquin_

Date: _7-28-09_