# JUROR QUESTIONNAIRE

Full Name: _Maxine Blanchard Bourg_ Male _____ Female _✓_____

Date of Birth: _April 28, 1965_____

Place of Birth: _Thibodaux, La._____

Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury.  A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.

This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible.  You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror.  If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff.  Please recognize that there are no right or wrong answers to this questionnaire.  If you feel you

**should not answer a particular question, please write "Need to discuss" and the**

**Court will address this with you privately.**

**Please do not write on the back of any page.**

1.    What is your current residence address?

      237 Cindy Street
      Thibodaux, La. 70301

2.    How long have you lived in this area of Louisiana?   9 yrs 3mos. at this address

3.    What other cities and states have you lived in during the last ten years?

4.    Where did you grow up?   Labadieville, La.

5.    Do you:

            ✓ Own your home            _____ Rent your home

            _____ Live with homeowners of the residence

6.    Is your residence a house, apartment, condominium or mobile home?

            house

7.    What is your current marital status?

            ___ Single   ✓ Married   ___ Divorced   ___ Widowed   ___ Life Partner

8.   Do you have children?   ___✓___ Yes   _____ No

If "Yes", please list their ages, highest level of school completed, and

occupations:   25 - high school grad

10 - 5th grade

9.   Are you primarily responsible for making financial decisions and taking care

of financial matters in your family?   _____ Yes   ___✓___ No

If "Yes", please explain:

10.   Describe your educational background:

What was the highest level of school you completed?

12

If college, what was your major/primary area(s) of study?

What degrees or certificates did you attain, if applicable:

List any technical courses you have taken:

11.    What is your current employment status?

_____✓_____ Full-time     _____ Part-time     _____ Self-employed     _____ Retired

_____ Homemaker     _____ Student     _____ Disabled     _____ Unemployed

_____ Other: _____

Please list your current or most recent occupation:

Name of employer:  *Audubon Guest House*

Type of business:  *Nursing Facility*

Years employed by this employer:  *7*

Current job duties:  *Accounts Manager*

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain:

*No*

Number of individuals you supervise, if any:  *0*

4

12.   For the last five years, please list your employers and the job duties you had

for each.   Audubon Guest House
receptionist, Answering Phone, payroll, Accounts payable,
bookkeeping, filing, patient Trustfunds

13.   If you are or were ever married, have or had a life partner, please state the

following for your spouse or partner:

Highest level of education completed and degrees attained, if

applicable:   12

Name of current or last known employer and job duties:
Bayou Safety and Supply

14.   Are you parents living?

**Mother:** ___✓___ Yes   _____ No   **Father:** ___✓___ Yes   _____ No

15.   What are your parents' primary occupations (If retired or deceased, previous
      occupations):

         Mother: house wife

         Father: Welder

16.   Do you, your spouse/partner or any member of your immediate family belong
      to a Labor Union? _____ Yes ✓ No

      If "Yes", which union: _____

17.   Have you, your spouse/partner or any member of your immediate family ever
      served in the military? If so, please state:   No

         Which branch of service?

         What was your/their military occupational specialty?

         What was your/their current or most recent rank?

         Number of years of service?

18.   What social, civic, professional, religious, trade or other organizations are you or your spouse/partner affiliated with?   *None*

Describe any offices held:

19.   Voter Registration:

_✓__Democrat   _____Republican   _____Independent

_____Other:   _____

20.   Have you ever held or sought political office?   _____Yes   _✓__No

If "Yes", what office?

21.   Did you vote in the last presidential election?   _✓__Yes   _____No

22.   Did you vote in the last congressional election in your district?

_✓__Yes   _____No

23.   Did you vote in the last mayoral (or parish president) election where you live?

_✓__Yes   _____No

24.   When you are in a group, how often would you say that you speak out or take a leadership position?

_____Frequently

_____ Occasionally

__✓__ Seldom

_____ Never

25.    If selected as a juror, you will be asked to maintain your honest beliefs about

what the evidence shows, while at the same time giving full consideration to

the views of other jurors without hesitation to re-examine your own opinion

and change your mind, if convinced that you are wrong.  Do you believe this

will be possible for you?  __✓__ Yes  ____  No

If "No", please explain in full your concerns about this.

26.    What are your three principal sources of news? (Circle no more than three)



| | |
|---|---|
| (Newspapers) | Magazines |
| (Local TV News) | National TV News |
| (Radio) | TV Talk Shows |
| Internet | Other _____ |

27.    Do you believe that the news media:

      ___Is always accurate

      ✓Is usually accurate

      ___Is rarely accurate

      ___Is never accurate

      ___Unsure

28.    What television programs do you watch regularly (including news programs)?  *News, Comidies, movies*

29.    What do you like to do in your spare time (hobbies, recreations, or pastimes)?

      *relax, spend time w/ family*

30.    Do you own a computer, or have routine access to one?

      ✓ Yes       _____ No

      If "Yes", what image do you currently maintain as your screen saver on that computer?  *none*

31.     What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)?     none

32.     Do you access one or more blogs on the Internet at least on a weekly basis?

        _____ Yes        __✓__ No

        If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33.     Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?

        No

34.     Within the past five years, have you experienced any of the following events: (Circle all that apply)

        Loss of employment

        Serious financial hardship

        Major hospitalization

        Surgery

        Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35.    Compared to others you know, would you describe yourself as an unusually sympathetic person?

        ✓ Yes        _____ No  Please explain:

36.    Have you/anyone close to you ever received:

        ____Disability Insurance        ✓ Unemployment Compensation

        ____Public housing assistance        ____Worker's Compensation

        ____Any other form of public assistance: _____

        If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:  Lost job 12|08

37.   Have you, your spouse/partner or any member of your immediate family ever

worked for a federal, state, or local government agency or held a government

office?  If "Yes", please state:      No

Which government agency? _____

What does the agency do?

What was your/their job title?

What were your/their job duties?

What were your/their dates of employment?

38.   Have you, your spouse/partner or any member of your immediate family ever

owned or managed a business?  _____ Yes      ✓  No

If "Yes", please explain:

39. Do you, or any family member, have any training, experience and/or knowledge in any of the following fields? (Please circle all that apply).

If "YES", who?   Self ("S") or Family ("F")?

| | |
|---|---|
| Medicine/Healthcare | S   F |
| Laboratory   Work | S   F |
| Construction | S   F |
| Furniture/Carpet/Textiles | S   F |
| Mortuary | S   F |
| Safety Products | S   (F) |
| Safety Practices | S   F |
| Journalism/TV/Media | S   F |
| Emergency Services | S   F |
| Law/Legal Field | S   F |
| Engineering | S   F |
| Government Work | S   F |
| Government/FEMA | S   F |
| Social Work | S   F |
| Workplace Safety | S   F |

Environmental Regulations            S      F

Recreational Vehicle Industry        S      F

Manufactured Housing Ind.            S      F

Toxicology                           S      F

Psychology/Social Work               S      F

Woodworking                          S      F

Quality Assurance                    S      F

Product Design/Manufacturing         S      F

Consumer Product Testing             S      F

Chemistry                            S      F

Biology                              S      F

Toxic/Hazardous Materials            S      F

Insurance/Claims Handling            S      F

Investigative Work                   S      F

Contracts                            S      F

Contract Negotiation/Enforcement     S      F

Volunteer Work                       S      F

Wood Products                        S      F

If you answered "Yes" to any of the above, please explain the extent of the experience/training:

*many years of working w/ gases*

40.    Have you or someone close to you ever worked as a builder or contractor?

_____ Yes        ✓ No  If "Yes", please explain:

41.    Have you or someone close to you worked as a contractor for the U.S. Government? _____ Yes        ✓ No        If "Yes", please explain:

42.    Have you or someone close to you ever worked for or with any regulatory agency?      _____ Yes        ✓ No        If "Yes", please explain:

43.  Have you or someone close to you ever had the responsibility for insuring

compliance with any government standards or regulations?

_____ Yes      ___✓___ No    If "Yes", please explain:

44.  Have you or someone close to you ever had the responsibility of writing,

training or enforcing health or safety policies and practices?

_____ Yes      ___✓___ No  If "Yes", please explain:

45.  Have you, any family member or a close friend ever been warned,

reprimanded or otherwise disciplined for a health or safety policy/rule

violation?

_____ Yes      ___✓___ No  If "Yes", please explain:

46.  Have you, or someone close to you, ever worked with, or around hazardous

materials?    _____ Yes      _____ No  If "Yes", please explain:

47.  Do you have a regular, or family, doctor?    _✓_ Yes      _____ No

48.   Please list any medical conditions for which you are currently being treated:

None

49.   How often do you go to the Doctor?

50.   What type of health care plan do you have?

51.   What type of healthcare facility do you usually use?

52.   How would you rate your basic state of health?

____ Poor, often sick      ____ Average      √ Good, seldom sick

53.   To what extent do you believe you have control over your health?

____ I feel my health is largely within my control

√ I feel my health is somewhat within my control

____ I feel my health is somewhat outside my control

____ I feel my health is largely outside my control

54.   Have you or anyone in your family suffered from asthma, allergies, other

respiratory illness, or any autoimmune disorder?

____ Yes      √ No

If "YES", what is/was the medical diagnosis of your condition, if any:

If "YES", please list any substances to which you are allergic:


If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?


55.   Have you ever smoked?

___√___ Yes        _____ No

If "YES", do you still smoke?    ____ Yes        __√__ No

If "YES", how long have you been a smoker? ____Months ____Years

If "YES", number of packs per day: _____

If "YES", how many times have you tried to stop? _____

If "Yes", do you smoke inside your home? ____ Yes        _____ No

56.   Which of the following statements about smoking do you think is most correct?

_____People who smoke are addicted and are not personally responsible for their continued smoking

__√__Smoking is a bad habit, and people can quit if they really want to

____Neither

57.   Have you or anyone close to you ever been unable to work due to a serious medical problem, permanent injury or disability?

___ Yes, I have      ___ Yes, someone close to me has      _√_ No

If "YES", please explain:

58.   Have you, any family members, or close friends ever had a loved one injured or die as a result of wrongdoing or the negligence of another party?

____ Yes    _√_ No

IF "YES", please explain who was involved and what happened:

59.    Have you, a family member, or anyone close to you ever been injured by a

       product you thought was defective?

                   ___Yes          Who? _____

                   _✓_No

                   ___Maybe        Who? _____

              Please explain:


60.    Have you ever served on a jury?    No

       ____Yes:          ____Civil          _____Criminal

       How many times?

       If "YES", please indicate the type of case(s):


       If "YES", was a verdict reached?

       _____ Yes        _____ No

       If "YES", did you serve as the foreperson?

       _____ Yes        _____ No

61.  Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff,

defendant, witness)?

_____ Yes      __✓__ No

If "YES", please explain (including whether you were the plaintiff or

defendant and the kind of case):

62.  Have you or someone close to you ever been sued or threatened with a suit by

someone else?          _____ Yes      __✓__ No

If "Yes", explain:

63.  Have you ever felt you had reason to sue but decided not to?

_____ Yes      __✓__ No  If "Yes", please explain:

64.  Have you/anyone close ever had a dispute with the Federal Government or a

federal government agency?      _____ Yes      __✓__ No

If "Yes", please describe the dispute, who was involved, and the

outcome.

65.   Do you believe too many people too often file frivolous lawsuits to address

grievances?  ____Yes  ✓ No   Explain (optional).

66.   Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

____ Yes      ✓ No   Please explain:

67.   Do you support legislative reforms to place caps or limits on the amount of

money juries can award?  ____ Yes  ✓ No  If "Yes", please explain:

68.   On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1      2      3      4      5      6      7     (8)     9      10

69.    Do you think corporations have an unfair advantage or disadvantage in the

courtroom?

_____ Yes      __/__ No    Please explain:

70.    Do you think our system of lawsuits gives an unfair advantage or

disadvantage to people who file lawsuits?       _____ Yes      __/__ No

Please explain:

71.    Do you feel you could fairly decide a lawsuit involving an individual against

a corporation?   __/__ Yes   _____ No

72.    Have you or a family member ever had a serious, negative dispute with a

manufacturer over the quality of a product?   _____ Yes   __/__ No

IF "Yes", please explain:

73.    How much confidence do you have in major companies in our country?

_____ A great deal of confidence

__✓__ Only some confidence

_____ Hardly any confidence

74.    To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

____ I am positive they conspire          __✓__ I suspect they conspire

____ I am doubtful they conspire          ____ I do not believe they conspire

75.    Which statement do you agree with more? (Check one)

__✓__ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

_____ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.    Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

__✓__ Adequate          _____ Inadequate          _____ Very inadequate

77.   Do you think corporations generally try to make their products safe?

    √ Yes      ____ No

78.   Do you have any concerns about holding a product manufacturer legally

responsible if a user or consumer of the product gets sick from exposure to

hazardous air pollutants emitted from the product? _____Yes   √ No

If "Yes", please explain your concerns.

79.   Do you think the government should provide "free" health care for all

citizens?

     ____ Yes      √ No

80.   Generally, do you believe that it is the government's responsibility, in the

face of a disaster, to ensure that all displaced individuals are provided with

some form of housing? ____ Yes    √ No

If "Yes", please explain why you believe this.

81.  Do you have general concerns about how the Federal Government spends
     money, operates, or treats its citizens, which would influence your ability to
     be a fair and impartial juror in this case?  ___Yes  _✓_ No

     If "Yes", please explain why this is so.

82.  Do you agree or disagree with the following statements?

     a.  If a person claims injury, or health or safety concerns, based upon
         actions taken by the government in an emergency, the government
         should pay for the injury, or health or safety concerns, even when
         there is no proof that the government did something wrong.

         ___Agree strongly

         ____ Agree

         ___ Disagree

         ____ Disagree strongly

         _✓___ Not sure

b.      Individuals receiving emergency assistance from the government after
a natural disaster should have no right to sue the federal government
over injuries, or health or safety concerns, that they believe to be
related to the government assistance?

_____Agree strongly

___ Agree

_____ Disagree

_____ Disagree strongly

✓ Not Sure

83.    Do you feel you could fairly decide a lawsuit between an individual and the
government?        ✓ Yes        _____ No

84.    How much confidence do you have in our country's government?

_____ A great deal of confidence

✓ Only some confidence

_____ Hardly any confidence

85.   Do you agree or disagree with the following statement: Overall, the government does a good job of protecting the public from toxic substances in the environment.

_____Agree strongly

__✓___ Agree

_____Disagree

_____ Strongly disagree

_____ Not sure

86.   Have you, or anyone close to you, ever worked in a job where you/they had contact or familiarity with OSHA or HUD standards?

_____ Yes      __✓___ No

IF "Yes", who?

87.   Overall, what kind of job would you say government agencies (such as Housing and Urban Development ("HUD") and the Occupational Safety and Health Administration ("OSHA")) do making manufacturers, employers and employees follow safety regulations?

__✓__Good   ___Okay   ____Not very good   ____Bad   ____No opinion

88.   Do you consider yourself an "environmentalist"?   ____ Yes   __✓__ No

89.  Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?  _____ Yes  ✓ No

IF "Yes", which one(s):

90.  Do you have any health or safety concerns about where you live or work?

_____ Yes  ✓ No   IF "Yes", please explain:

91.  Have you ever experienced any of the following problems in your home,

condo, or apartment?  None

___ sick building syndrome      ___ toxic mold      ___ asbestos exposure

___ recurring indoor mold or mildew   ___ chemical exposure

92.  How often do you question your personal safety on a day-to-day basis?

_____ Frequently   ✓ Sometimes   _____ Rarely, if ever

93.  How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very      _____ Somewhat      ✓ Not very or not at all

94.    Have you, a member or your family or someone close to you, ever been

exposed to substances or chemicals which were a potential health hazard?

___ Yes          √ No    IF "Yes", please explain:

95.    Have you, a member of your family or someone close to you, ever been

injured as a result of exposure to hazardous substances or chemicals?

___ Yes          √ No    IF "Yes", please explain:

If YES, how seriously were you injured:

___ Very    ___ Somewhat    ___ Not very or hardly at all

96.    If a company exposed consumers to any kind of toxic substance responsible

for a related disease, I would (check one):

_____ Always find the company liable

_____ Never find the company liable

√ Depends on the facts of the case

97.     Have you, your spouse/partner or any member of your immediate family ever

owned, used or resided in a travel trailer, park model, manufactured housing

(mobile home) unit or any recreational vehicle? __√__ Yes ____No

If "Yes", who was the manufacturer and what was the brand name or model?



*1984 mobile Home*
*River Breeze*

98.     Have you, any member of your immediate family, or anyone you know ever

had a complaint about the quality of construction in your/their residence?

____ Yes     __√__ No     If "Yes", please explain who was involved and what

happened:

99.     Have you or anyone close to you lived in, worked in, gone to school in,

visited or temporarily occupied a motor home, recreational vehicle (RV),

and/or a manufactured housing (mobile home)unit? ____ Yes     __√__ No

If "Yes", please explain:

100. Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

___Yes          √ No     If "Yes", please explain:


101. Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

___Yes   √ No      Please explain:


102. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?      ___Yes          √ No

103. Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?      ___Yes   √ No

104. Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?   ___Yes   √ No

105. Have you, your spouse/partner or any member of your immediate family ever had a relationship or some business connection with Fluor Enterprises, Inc.?

___Yes    ✓No

106. Do you have any opinions about companies that manufacture travel trailers, park models or manufactured housing that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the manufacturer of travel trailers, park models or manufactured housing?

____Yes   ✓No   ___Maybe

Please explain which side you would favor and why?

107. In the aftermath of a disaster, who do you believe is <u>most</u> responsible for providing housing assistance to those without housing?

____Federal Government   ____State Government

✓ Local Government   ____None of the Above

108.   Do you believe that FEMA generally:

        \_\_\_\_Does a good job helping people after disasters

        \_\_\_\_Does an "okay" job helping people after disasters

        \_\_\_\_Does a poor job helping people after disasters

        \_\_\_\_Only makes disasters worse

        √\_\_Unsure

Please explain why you believe this.

109.   Have you/anyone close ever had personal experience/contact with FEMA?

    \_\_\_\_Yes           √\_No

   If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

34

110.   Have you/anyone close to you ever received:   No

    \_\_\_\_FEMA Rental Assistance          \_\_\_\_FEMA Issued Housing Unit

    \_\_\_\_FEMA Hotel Assistance          \_\_\_\_FEMA Relocation Assistance

    \_\_\_\_FEMA Financial Assistance      \_\_\_\_Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:

111.   If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

    \_\_\_\_I have never sought disaster aid or relief from FEMA

    \_\_\_\_I was treated well

    \_\_\_\_I was treated satisfactorily

    \_\_\_\_I was treated poorly

    \_\_\_\_I was mistreated by FEMA

Please explain your answer:

112.  Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita?  *NO*

If "Yes", explain what property damage or injury you/they experienced.

Did you/they seek aid from FEMA?  _____Yes  _____No

Who was injured?

How seriously were you/they injured?

__ Very  __ Somewhat  __ Not very or hardly at all

113.  Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

_____Yes  _√__No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA.

114.  Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government?  ___Yes  _√_No

If "Yes", please explain why you believe this.

115.  Have you, any family member or any close acquaintance of yours ever

resided in housing provided by FEMA or any government agency following a

natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes          __✓__No

If "Yes", identify the individual(s) receiving this housing assistance and your

relationship to the individual(s) and the type of housing assistance provided.

116.  Do you have any opinions about companies that FEMA contracted with to

install and maintain travel trailers, park models or manufactured housing

(mobile homes) that would make you favor one side over the other in a

lawsuit between an emergency aid recipient and the company that installed

and maintained the travel trailers, park models or manufactured housing

(mobile homes)?

_____Yes     __✓__No     _____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117. Have you, a family member, or anyone close to you ever suffered from a disease or injury that you believe was caused by living in an emergency housing unit (travel trailer, park model or manufactured housing)?

    \_\_\_\_Yes        Who: _____

    ✓\_\_No

    \_\_\_\_Maybe     Who: _____

Please explain:

118. Have you heard about or discussed the topic of formaldehyde exposure with anyone?

    \_\_\_\_Yes       ✓\_\_No

If "Yes", please explain:

119.    Do you or anyone close to you work with or around formaldehyde, or products that contain formaldehyde?

_____Yes            Who: _____

__✓__No

___Unsure

If "Yes", please explain the circumstances and what it was used for:

120.    Based on your experience and what you have heard/read, have you formed any opinions about the overall effects, if any, of formaldehyde exposure on a person?

_____Yes            __✓__No

If "Yes", what is your opinion?

121.    How dangerous do you think it is for someone to be exposed to formaldehyde.

___ Very    ___ Somewhat    ___ Not very    ___ Not at all    _✓_Unsure

122.  Have you, or anyone you know, ever been screened or tested to determine if

you might have a formaldehyde-related condition?

_____Yes          Who: _____ When:_____

__✓__No

123.  Do you claim to have, or do you know anyone who claims to have, a disease

or injury associated with formaldehyde exposure?

_____Yes          __✓__No

If "Yes", please explain:

124.  Have you attended any meetings about filing lawsuits concerning alleged

formaldehyde exposure to occupants of FEMA provided trailers and mobile

homes?

_____Yes          __✓__No

If "Yes", state where, and what you have seen/heard or read:

125.   Have you seen, heard or read anything about lawsuits brought by some of the occupants of FEMA emergency housing units in which the occupants claim injury or disease because of their alleged exposure to formaldehyde?

_____Yes          √ No                _____Unsure

If "Yes" or "Unsure", please explain:

126.   Have you seen/heard or read any advertisements from lawyers about lawsuits involving alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes        √ No       ___Unsure

If "Yes" or "Unsure", please explain:

127.   Do you, a family member, or anyone close to you believe you have or they

have a claim concerning alleged injuries from living in a FEMA-provided

emergency housing unit (travel trailer, park model or manufactured housing

(mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

√___No

_____Don't know

128.   Is there anything you can think of that would give you trouble being open-

minded in a case involving  a person suing the trailer manufacturers,

installation and maintenance contractors, and FEMA for formaldehyde

exposure from their FEMA-issued trailers?   No

129.  If chosen as a juror, you should know that the trial of this case <u>may</u> take two

full work weeks (Monday through Friday).  Would this present such a severe

personal or economic hardship for you that you believe you could not serve

as a fair and impartial juror?  If so, please explain why (including specific

information as to the nature of your hardship, or indicate that you would like

to speak to the Court privately about the matter).

I swear that the answers that I have given are true and correct to the best of

my knowledge.

Print Name: _Maxine B. Bourg_____

Signature: _Maxine B. Bourg_____

Date: _7/28/09_____