## JUROR QUESTIONNAIRE

Full Name: _Denia Marie Ellis_    Male _____    Female ✓

Date of Birth: _May 3, 1984_

Place of Birth: _New Orleans, LA_

Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury. A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.

This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible. You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror. If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff. Please recognize that there are no right or wrong answers to this questionnaire. If you feel you

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1.  What is your current residence address?

    *4769 Donna Drive*
    *New Orleans, LA 70127*

2.  How long have you lived in this area of Louisiana?

    *25 years*

3.  What other cities and states have you lived in during the last ten years?

    *Temporary relocation for hurricane Katrina:*
    *Dallas, TX*
    *River Ridge, LA*

4.  Where did you grow up?

    *New Orleans, LA*

5.  Do you:

    _____ Own your home        _____ Rent your home

    ✓ Live with homeowners of the residence

6.  Is your residence a house, apartment, condominium or mobile home?

    *House*

7.  What is your current marital status?

    ✓ Single    ___ Married    ___ Divorced    ___ Widowed    ___ Life Partner

2

8.   Do you have children?      _____ Yes      ✓ No

If "Yes", please list their ages, highest level of school completed, and

occupations:

9.   Are you primarily responsible for making financial decisions and taking care

of financial matters in your family?      _____ Yes      ✓ No

If "Yes", please explain:

10.   Describe your educational background:

What was the highest level of school you completed?

*College w/ Bachelors Degree*

If college, what was your major/primary area(s) of study?

*Hotel, Restaurant, and Tourism Administration*

What degrees or certificates did you attain, if applicable:

*Bachelors of Science (in major)*

List any technical courses you have taken:

*None*

3

11.   What is your current employment status?

_____✓Full-time   _____Part-time   _____Self-employed   _____Retired

_____Homemaker   _____Student   _____Disabled   _____Unemployed

_____Other: _____

Please list your current or most recent occupation:

Name of employer:   Historic Restoration Inc.
                    (at Hilton Garden Inn New Orleans Convention Center)

Type of business:   Hotel

Years employed by this employer:
                    4½

Current job duties:
                    Property Accountant

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain:

        No

Number of individuals you supervise, if any:

        None

4

12. For the last five years, please list your employers and the job duties you had for each.

HRI Inc. : Front Desk Agent
check-in + check-out guests
assist guests with dining options
assist guests with directions
arrange tours
be available for any other guests requests

Property Accountant
accounts receivable
count cash
post banquet and other miscellaneous charges

13. If you are or were ever married, have or had a life partner, please state the following for your spouse or partner:

Highest level of education completed and degrees attained, if applicable:

Name of current or last known employer and job duties:

14. Are you parents living?

**Mother:** ✓ Yes _____ No  **Father:** _____ Yes _____ No

15.   What are your parents' primary occupations (If retired or deceased, previous

occupations):

Mother: _Budget Analyst_____

Father: _Mail Room Manager_____

16.   Do you, your spouse/partner or any member of your immediate family belong

to a Labor Union?        ____ Yes     ✓ No

If "Yes", which union: _____

17.   Have you, your spouse/partner or any member of your immediate family ever

served in the military? If so, please state:        *No*

Which branch of service?

What was your/their military occupational specialty?

What was your/their current or most recent rank?

Number of years of service?

18.   What social, civic, professional, religious, trade or other organizations are

you or your spouse/partner affiliated with?

*None*

Describe any offices held:

19.   Voter Registration:

_✓_Democrat      _____Republican      _____Independent

_____Other: _____

20.   Have you ever held or sought political office?      _____ Yes      _✓_ No

If "Yes", what office?

21.   Did you vote in the last presidential election?      _✓_ Yes      _____ No

22.   Did you vote in the last congressional election in your district?

_✓_ Yes      _____ No

23.   Did you vote in the last mayoral (or parish president) election where you

live?

_✓_ Yes      _____ No

24.   When you are in a group, how often would you say that you speak out or take

a leadership position?

_____ Frequently

✓ Occasionally

___ Seldom

___ Never

25.    If selected as a juror, you will be asked to maintain your honest beliefs about what the evidence shows, while at the same time giving full consideration to the views of other jurors without hesitation to re-examine your own opinion and change your mind, if convinced that you are wrong.  Do you believe this will be possible for you?  ✓ Yes ___ No

If "No", please explain in full your concerns about this.

26.    What are your three principal sources of news? (Circle no more than three)

Newspapers          Magazines

(Local TV News)     (National TV News)

Radio               TV Talk Shows

(Internet)          Other _____

27.   Do you believe that the news media:

       ___Is always accurate

       ✓ Is usually accurate

       ___Is rarely accurate

       ___Is never accurate

       ___Unsure

28.   What television programs do you watch regularly (including news programs)?   *Property Virgins*
*First Time Home Buyers*
*George Lopez*
*Family Matters*
*HLN*
*Channel 26 News*

29.   What do you like to do in your spare time (hobbies, recreations, or pastimes)?   *Watch TV*
*Jigsaw Puzzles*
*Draw*
*Bake*

30.   Do you own a computer, or have routine access to one?

    ✓ Yes      _____ No

If "Yes", what image do you currently maintain as your screen saver on that computer?   *Fish swimming in an aquarium*

31.     What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)?     *Yahoo. com*
*Nola.com*
*MSN. com*

32.     Do you access one or more blogs on the Internet at least on a weekly basis?

✓ Yes        _____ No

If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?     *Blogs for stories posted on Nola.com*

33.     Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?
"*Never under estimate girl power*"

34.     Within the past five years, have you experienced any of the following events:

(Circle all that apply)

Loss of employment

Serious financial hardship

Major hospitalization

 Surgery

Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35. Compared to others you know, would you describe yourself as an unusually sympathetic person?

_____ Yes      ✓ No  Please explain:

*I can be sympathetic, but I do not relate with or "feel for" everyone's situation.*

36. Have you/anyone close to you ever received:   *No*

____Disability Insurance        ____Unemployment Compensation

____Public housing assistance        ____Worker's Compensation

____Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

37. Have you, your spouse/partner or any member of your immediate family ever worked for a federal, state, or local government agency or held a government office? If "Yes", please state:

Which government agency? _City of New Orleans (at City Hall)_
_Chief Administrative Office_

What does the agency do?

_Municipal Duties_

What was your/their job title?

_Budget Analyst_

What were your/their job duties?
_Monitor/Organize the city budget by creating + viewing ledgers._

What were your/their dates of employment?
_About 1986 to Current_

38. Have you, your spouse/partner or any member of your immediate family ever owned or managed a business? _✓_ Yes _____ No

If "Yes", please explain:
_T-Shirt and Trophy Business_
_Trophy and Engraving Business_

39.  Do you, or any family member, have any training, experience and/or knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?   Self ("S") or Family ("F")?

| | | |
|---|---|---|
| Medicine/Healthcare | S | F |
| Laboratory  Work | S | F |
| Construction | S | (F) |
| Furniture/Carpet/Textiles | S | F |
| Mortuary | S | F |
| Safety Products | S | (F) |
| Safety Practices | S | F |
| Journalism/TV/Media | S | F |
| Emergency Services | S | F |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | (F) |
| Government/FEMA | S | F |
| Social Work | S | F |
| Workplace Safety | S | F |

Environmental Regulations            S        F

Recreational Vehicle Industry        S        F

Manufactured Housing Ind.            S        F

Toxicology                           S        F

Psychology/Social Work               S        F

Woodworking                          S        F

Quality Assurance                    (S)      F

Product Design/Manufacturing         S        F

Consumer Product Testing             S        F

Chemistry                            S        F

Biology                              S        F

Toxic/Hazardous Materials            S        F

Insurance/Claims Handling            S        F

Investigative Work                   S        F

Contracts                            S        (F)

Contract Negotiation/Enforcement     S        F

Volunteer Work                       (S)      (F)

Wood Products                        S        F

If you answered "Yes" to any of the above, please explain the extent of the experience/training:

Construction - an uncle works in the field. I don't know much about it.
Safety Products - my father orders safety products for his job
Government Work - my mother works for the City of New Orleans
Quality Assurance - at my job we prepare for quality assurance testing twice a year.
Contracts - my father developed contracts for his business
Volunteer Work - my mother and I have done volunteer work

40.    Have you or someone close to you ever worked as a builder or contractor?

_____ Yes    ✓ No  If "Yes", please explain:
I am not close to my uncle that works in construction.

41.    Have you or someone close to you worked as a contractor for the U.S. Government? _____ Yes    ✓ No    If "Yes", please explain:

42.    Have you or someone close to you ever worked for or with any regulatory agency?  _____ Yes    ✓ No    If "Yes", please explain:

15

43.   Have you or someone close to you ever had the responsibility for insuring

compliance with any government standards or regulations?

_____ ✓ Yes        ✓ No     If "Yes", please explain:

My father, for his t-shirt and trophy businesses.

44.   Have you or someone close to you ever had the responsibility of writing,

training or enforcing health or safety policies and practices?

_____ Yes        ✓ No  If "Yes", please explain:

45.   Have you, any family member or a close friend ever been warned,

reprimanded or otherwise disciplined for a health or safety policy/rule

violation?

_____ Yes        ✓ No  If "Yes", please explain:

46.   Have you, or someone close to you, ever worked with, or around hazardous

materials?    _____ Yes      ✓ No  If "Yes", please explain:

47.   Do you have a regular, or family, doctor?    _____ Yes      ✓ No

16

48.   Please list any medical conditions for which you are currently being treated:

   *None*

49.   How often do you go to the Doctor?

   *Mostly Never.*

50.   What type of health care plan do you have?

   *Have health insurance.*

51.   What type of healthcare facility do you usually use?

   *Don't usually use heathcare*

52.   How would you rate your basic state of health?

   ___ Poor, often sick     ___ Average    ✓ Good, seldom sick

53.   To what extent do you believe you have control over your health?

   ✓ I feel my health is largely within my control

   ____ I feel my health is somewhat within my control

   ____ I feel my health is somewhat outside my control

   ____ I feel my health is largely outside my control

54.   Have you or anyone in your family suffered from asthma, allergies, other

   respiratory illness, or any autoimmune disorder?

   ✓ Yes    ____ No

   If "YES", what is/was the medical diagnosis of your condition, if any:

   *No medical diagnosis*

17

If "YES", please list any substances to which you are allergic:

Pollens and pet dander

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?

No

55.    Have you ever smoked?

_____ Yes        __✓__ No

If "YES", do you still smoke?    _____ Yes        _____ No

If "YES", how long have you been a smoker?   _____Months _____Years

If "YES", number of packs per day: _____

If "YES", how many times have you tried to stop? _____

If "Yes", do you smoke inside your home? _____ Yes        _____ No

56.     Which of the following statements about smoking do you think is most

        correct?

        _____People who smoke are addicted and are not personally responsible for

        their continued smoking

        ✓ Smoking is a bad habit, and people can quit if they really want to

        _____Neither

57.     Have you or anyone close to you ever been unable to work due to a serious

        medical problem, permanent injury or disability?

        ____ Yes, I have        ____ Yes, someone close to me has        ✓ No

        If "YES", please explain:

58.     Have you, any family members, or close friends ever had a loved one injured

        or die as a result of wrongdoing or the negligence of another party?

        _____ Yes        ✓ No

        IF "YES", please explain who was involved and what happened:

59.   Have you, a family member, or anyone close to you ever been injured by a

product you thought was defective?

___Yes          Who? _____

✓No

___Maybe        Who? _____

Please explain:

60.   Have you ever served on a jury?   *No*

_____Yes:          _____Civil          _____Criminal

How many times?

If "YES", please indicate the type of case(s):

If "YES", was a verdict reached?

_____ Yes          _____ No

If "YES", did you serve as the foreperson?

_____ Yes          _____ No

61.   Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

_____ Yes      __✓__ No

If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case):

62.   Have you or someone close to you ever been sued or threatened with a suit by someone else?       _____ Yes      __✓__ No

If "Yes", explain:

63.   Have you ever felt you had reason to sue but decided not to?

_____ Yes      __✓__ No  If "Yes", please explain:

64.   Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?       _____ Yes      __✓__ No

If "Yes", please describe the dispute, who was involved, and the outcome.

65.   Do you believe too many people too often file frivolous lawsuits to address

grievances? _____ Yes  ✓ No   Explain (optional).

66.   Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

_____ Yes    ✓ No   Please explain:  If the evidence supported a

higher amount, the plaintiff should be able to recover it.

67.   Do you support legislative reforms to place caps or limits on the amount of

money juries can award? _____ Yes   ✓ No   If "Yes", please explain:

68.    On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1      2      3      4      5      6      ⑦      8      9      10

69.   Do you think corporations have an unfair advantage or disadvantage in the courtroom?

      ___✓___ Yes      _____ No     Please explain: They may have an unfair advantage or disadvantage. It depends on the situation. A consumer may be getting out of hand or the corporation may have a well written rule in their agreement/ (disadvantage) contract with the consumer (advantage).

70.   Do you think our system of lawsuits gives an unfair advantage or disadvantage to people who file lawsuits?   ___✓___ Yes     _____ No
      Please explain: Same as above.

71.   Do you feel you could fairly decide a lawsuit involving an individual against a corporation?   ___✓___ Yes     _____ No

72.   Have you or a family member ever had a serious, negative dispute with a manufacturer over the quality of a product?   _____ Yes     ___✓___ No

      IF "Yes", please explain:

73.   How much confidence do you have in major companies in our country?

_____ A great deal of confidence

_√___ Only some confidence

_____ Hardly any confidence

74.   To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

___ I am positive they conspire          _√__ I suspect they conspire

___ I am doubtful they conspire          ___ I do not believe they conspire

75.   Which statement do you agree with more? (Check one)

_√___ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

_____ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.   Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

_√___Adequate      _____Inadequate      _____Very inadequate

24

77.     Do you think corporations generally try to make their products safe?

        ✓ Yes      _____ No

78.     Do you have any concerns about holding a product manufacturer legally

responsible if a user or consumer of the product gets sick from exposure to

hazardous air pollutants emitted from the product?  _____ Yes  ✓ No

If "Yes", please explain your concerns.

79.     Do you think the government should provide "free" health care for all

citizens?

      _____ Yes      ✓ No

80.     Generally, do you believe that it is the government's responsibility, in the

face of a disaster, to ensure that all displaced individuals are provided with

some form of housing?  ✓ Yes     _____ No

If "Yes", please explain why you believe this.

In the face of a disaster, where choices are limited and quick decisions must be made, the government has more resources than an individual has to take action. In an uncotrollable disaster, the government should try to protect everyone.

81.     Do you have general concerns about how the Federal Government spends money, operates, or treats its citizens, which would influence your ability to be a fair and impartial juror in this case?    ___Yes    ✓ No

If "Yes", please explain why this is so.

82.     Do you agree or disagree with the following statements?

a.      If a person claims injury, or health or safety concerns, based upon actions taken by the government in an emergency, the government should pay for the injury, or health or safety concerns,  even when there is no proof that the government did something wrong.

___Agree strongly

____ Agree

✓ Disagree

____ Disagree strongly

_____ Not sure

b.   Individuals receiving emergency assistance from the government after a natural disaster should have no right to sue the federal government over injuries, or health or safety concerns, that they believe to be related to the government assistance?

_____Agree strongly

___ Agree

__✓ Disagree

_____ Disagree strongly

___ Not Sure

83.   Do you feel you could fairly decide a lawsuit between an individual and the government?        __✓ Yes        _____ No

84.   How much confidence do you have in our country's government?

_____ A great deal of confidence

__✓ Only some confidence

_____ Hardly any confidence

85.   Do you agree or disagree with the following statement: Overall, the government does a good job of protecting the public from toxic substances in the environment.

_____Agree strongly

___✓___ Agree

_____Disagree

_____ Strongly disagree

_____ Not sure

86.   Have you, or anyone close to you, ever worked in a job where you/they had contact or familiarity with OSHA or HUD standards?

_____ Yes        ___✓___ No

IF "Yes", who?

87.   Overall, what kind of job would you say government agencies (such as Housing and Urban Development ("HUD") and the Occupational Safety and Health Administration ("OSHA")) do making manufacturers, employers and employees follow safety regulations?

____Good   ___Okay   ✓ Not very good   ____Bad   ____No opinion

88.   Do you consider yourself an "environmentalist"?   ____ Yes   ✓ No

89. Do you contribute money, volunteer work, or are you a member of any environmental conservation organization?  _____ Yes  ✓ No

IF "Yes", which one(s):

90. Do you have any health or safety concerns about where you live or work?

✓ Yes  _____ No  IF "Yes", please explain:

Where I live: Abandoned homes and grass growing tall – Animals (and people) may hide among them.

Where I work: Roaches in the lunchroom. Dirty employee restrooms. The dirty restrooms are most likely due to disrespectful employees.

91. Have you ever experienced any of the following problems in your home, condo, or apartment?  *No*

___ sick building syndrome    ___ toxic mold    ___ asbestos exposure

___ recurring indoor mold or mildew    ___ chemical exposure

92. How often do you question your personal safety on a day-to-day basis?

_____ Frequently    ✓ Sometimes    _____ Rarely, if ever

93. How concerned are you about environmental toxins in your food, water or air that may harm you?

_____ Very    ✓ Somewhat    _____ Not very or not at all

94. Have you, a member or your family or someone close to you, ever been exposed to substances or chemicals which were a potential health hazard?

    ✓ Yes          ___ No     IF "Yes", please explain:

    My mother was exposed to, I think, asbestos at an older City Hall facility.

95. Have you, a member of your family or someone close to you, ever been injured as a result of exposure to hazardous substances or chemicals?

    ✓ Yes          ___ No     IF "Yes", please explain:

    Yes, she received a rash or bumps (while she was pregnant).

    If YES, how seriously were you injured:
                                    (family member)
    ___ Very    ✓ Somewhat    ___ Not very or hardly at all

96. If a company exposed consumers to any kind of toxic substance responsible for a related disease, I would (check one):

    _____ Always find the company liable

    _____ Never find the company liable

    ✓ Depends on the facts of the case

97.   Have you, your spouse/partner or any member of your immediate family ever

owned, used or resided in a travel trailer, park model, manufactured housing

(mobile home) unit or any recreational vehicle? __✓__ Yes ____No

If "Yes", who was the manufacturer and what was the brand name or model?

_FEMA trailer. I don't know the specifics ._

98.   Have you, any member of your immediate family, or anyone you know ever

had a complaint about the quality of construction in your/their residence?

____ Yes    __✓__ No    If "Yes", please explain who was involved and what

happened:

99.   Have you or anyone close to you lived in, worked in, gone to school in,

visited or temporarily occupied a motor home, recreational vehicle (RV),

and/or a manufactured housing (mobile home)unit? __✓__ Yes ____ No

If "Yes", please explain:

_Family + friend has lived in a mobile home, and I visited them._
                    (a)

100.  Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

   ✓ Yes        ___ No    If "Yes", please explain: *The general concern of phemeldohide (spelling ??)*

101.  Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

   ___ Yes   ✓ No     Please explain:

102.  Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?    ___ Yes      ___ No    *I don't know.*

103.  Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?    ___ Yes   ✓ No
*Not that I know of.*

104.  Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?    ___ Yes   ✓ No
*Not that I know of.*

105. Have you, your spouse/partner or any member of your immediate family ever had a relationship or some business connection with Fluor Enterprises, Inc.?

____Yes   ✓No   *Not that I know of.*

106. Do you have any opinions about companies that manufacture travel trailers, park models or manufactured housing that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the manufacturer of travel trailers, park models or manufactured housing?

____Yes   ___No   ✓Maybe

Please explain which side you would favor and why?

*I may favor the emergency aid recipient. Again, the general concern of phetmeldohide would be something that I would consider.*

107. In the aftermath of a disaster, who do you believe is <u>most</u> responsible for providing housing assistance to those without housing?

____✓Federal Government   ____State Government

____Local Government   ____None of the Above

108.   Do you believe that FEMA generally:

_____Does a good job helping people after disasters

__✓__Does an "okay" job helping people after disasters

_____Does a poor job helping people after disasters

_____Only makes disasters worse

_____Unsure

Please explain why you believe this.

Every disaster is different, but from my experience, FEMA did a good job, but for others, FEMA, from what I have heard, did not do as well.

109.   Have you/anyone close ever had personal experience/contact with FEMA?

__✓__Yes               _____No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

A family member worked with FEMA for the trailer inspections. My family used assistance from FEMA during the hurricane Katrina experience.

110. Have you/anyone close to you ever received:

     ✓ FEMA Rental Assistance       ✓ FEMA Issued Housing Unit

     ____ FEMA Hotel Assistance       ✓ FEMA Relocation Assistance

     ✓ FEMA Financial Assistance       ____ Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:

- My family received assistance after being displace because of Hurricane
Katrina. ( Immediate + Extended Family)
- September 2005

111. If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

     ____ I have never sought disaster aid or relief from FEMA

     ✓ I was treated well

     ____ I was treated satisfactorily

     ____ I was treated poorly

     ____ I was mistreated by FEMA

Please explain your answer:

The people were polite and my family got what we needed.

112.  Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita?

If "Yes", explain what property damage or injury you/they experienced.

_Yes. Our homes were flooded._

Did you/they seek aid from FEMA?  ✓___Yes          ___No

Who was injured? _None._

How seriously were you/they injured?

__ Very     __ Somewhat     __ Not very or hardly at all

113.  Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

_✓_Yes          ___No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA.

_Family and friends. Most, if not all, received emergency housing assistance from FEMA._

114.  Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government?  ___Yes _✓_No

If "Yes", please explain why you believe this.

115.  Have you, any family member or any close acquaintance of yours ever

resided in housing provided by FEMA or any government agency following a

natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_✓_ Yes          ____ No

If "Yes", identify the individual(s) receiving this housing assistance and your

relationship to the individual(s) and the type of housing assistance provided.

Grand mother/uncle trailer
Aunts - trailer - "
Friend - trailer - "

116.  Do you have any opinions about companies that FEMA contracted with to

install and maintain travel trailers, park models or manufactured housing

(mobile homes) that would make you favor one side over the other in a

lawsuit between an emergency aid recipient and the company that installed

and maintained the travel trailers, park models or manufactured housing

(mobile homes)?

____ Yes       ____ No     _✓_ Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

Emergency aid recipient, because of the general phemeldo hide
Concern.

117.  Have you, a family member, or anyone close to you ever suffered from a disease or injury that you believe was caused by living in an emergency housing unit (travel trailer, park model or manufactured housing)?

_____Yes          Who: _____

__✓__No

_____Maybe        Who: _____

Please explain:

118.  Have you heard about or discussed the topic of formaldehyde exposure with anyone?

__✓__Yes             _____No

If "Yes", please explain:

The possible health risks and the smell of it.

119.   Do you or anyone close to you work with or around formaldehyde, or products that contain formaldehyde?

_____Yes            Who: _____

__✓__No

___Unsure

If "Yes", please explain the circumstances and what it was used for:

120.   Based on your experience and what you have heard/read, have you formed any opinions about the overall effects, if any, of formaldehyde exposure on a person?

__✓__Yes            _____No

If "Yes", what is your opinion?
My opinion is that I can't really "know" without all
of the facts.

121.   How dangerous do you think it is for someone to be exposed to formaldehyde.

___ Very   ___ Somewhat   ___ Not very   ___ Not at all   ✓ Unsure

122.   Have you, or anyone you know, ever been screened or tested to determine if

you might have a formaldehyde-related condition?

_____Yes          Who: _____   When:_____

__✓__No

123.   Do you claim to have, or do you know anyone who claims to have, a disease

or injury associated with formaldehyde exposure?

_____Yes          ✓ No

If "Yes", please explain:

124.   Have you attended any meetings about filing lawsuits concerning alleged

formaldehyde exposure to occupants of FEMA provided trailers and mobile

homes?

_____Yes          ✓ No

If "Yes", state where, and what you have seen/heard or read:

125.  Have you seen, heard or read anything about lawsuits brought by some of the
      occupants of FEMA emergency housing units in which the occupants claim
      injury or disease because of their alleged exposure to formaldehyde?

      ____Yes          __✓__No          ____Unsure

      If "Yes" or "Unsure", please explain:

126.  Have you seen/heard or read any advertisements from lawyers about lawsuits
      involving alleged formaldehyde exposure to occupants of FEMA provided
      trailers and mobile homes?

      __✓__Yes     ____No     ___Unsure

         If "Yes" or "Unsure", please explain:

      Advertisesments alerting viewers that if they think they have
      health propblems because of formaldehyde exposure, they should
      contact the lawyer.

127.   Do you, a family member, or anyone close to you believe you have or they

have a claim concerning alleged injuries from living in a FEMA-provided

emergency housing unit (travel trailer, park model or manufactured housing

(mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

___✓___No

_____Don't know

128.   Is there anything you can think of that would give you trouble being open-

minded in a case involving  a person suing the trailer manufacturers,

installation and maintenance contractors, and FEMA for formaldehyde

exposure from their FEMA-issued trailers?

~~No.  I have heard negative comments about formaldehyde,~~
~~but I can be open-minded and consider both sides.~~

After considering this question longer, my answer is yes. There has been
a lot of negative comments about for maldehyde and it is possible
that it may not allow me to be as open-minded as I would like.

129. If chosen as a juror, you should know that the trial of this case <u>may</u> take two full work weeks (Monday through Friday).  Would this present such a severe personal or economic hardship for you that you believe you could not serve as a fair and impartial juror?  If so, please explain why (including specific information as to the nature of your hardship, or indicate that you would like to speak to the Court privately about the matter).

*No.*

I swear that the answers that I have given are true and correct to the best of my knowledge.

Print Name: *Denia Ellis*

Signature: *Denia Elli*

Date: *Tuesday, July 28, 2009*