## JUROR QUESTIONNAIRE

Full Name: *Anita L. Brown*      Male _____   Female __✓__

Date of Birth: *11-10-60*

Place of Birth: *Charity Hosp. New Orleans La*

Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury.  A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.

This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible.  You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror.  If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff.  Please recognize that there are no right or wrong answers to this questionnaire.  If you feel you

1

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1.   What is your current residence address?

608 High St
Houma La 70360

2.   How long have you lived in this area of Louisiana?

29 yrs 10 mos.

3.   What other cities and states have you lived in during the last ten years?

Same

4.   Where did you grow up? New Orleans

5.   Do you:

_____Own your home    ✓ Rent your home

_____Live with homeowners of the residence

6.   Is your residence a house, apartment, condominium or mobile home?

House

7.   What is your current marital status?

___Single ✓Married ___ Divorced ___Widowed ___Life Partner

8. Do you have children?  ✓ Yes  _____ No

If "Yes", please list their ages, highest level of school completed, and
occupations:

Lp a~~gent~~ → ~~Eng~~ 29 two yes college Ed.
Pro Ball → 28 graduate of Tulane 5yrs
- 22 a senior at ENMU
- 17 senior in High School
- 15 Junior "
- 9 3rd grade

9. Are you primarily responsible for making financial decisions and taking care
of financial matters in your family?  ✓ Yes  _____ No

If "Yes", please explain:
My Husband is Disable, yes I'm soul ~~taker~~
Care taker of all bills.

10. Describe your educational background:

What was the highest level of school you completed?

12th

If college, what was your major/primary area(s) of study?

N/A

What degrees or certificates did you attain, if applicable:

N/A

List any technical courses you have taken:

N/A

3

11.   What is your current employment status?

_✔_Full-time   _____Part-time   _____Self-employed   _____ Retired

_____Homemaker   _____ Student   _____Disabled   _____ Unemployed

_____Other: _____

Please list your current or most recent occupation:

Name of employer: Dairy Queen

Type of business: food Service.

Years employed by this employer: 1

Current job duties: Cashier

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain:



Number of individuals you supervise, if any: 0

12.   For the last five years, please list your employers and the job duties you had

for each.   Old Navy   Sales Rep.
                        Supervisor

Create great Customer Service
Make A pleasant Enviroment to work in.
Dairy Queen
           Great Customer Service

13.   If you are or were ever married, have or had a life partner, please state the

following for your spouse or partner:

Highest level of education completed and degrees attained, if

applicable:   11th

Name of current or last known employer and job duties:

Brick Mason

14.   Are you parents living?

**Mother:**   ✓ Yes   _____ No   **Father:**   _unknown_ Yes   _____ No

15.    What are your parents' primary occupations (If retired or deceased, previous

occupations):

Mother: _Refired        Nurse_

Father: _____unknown_____

16.    Do you, your spouse/partner or any member of your immediate family belong

to a Labor Union?        _____ Yes        ✓ No

If "Yes", which union: _____

17.    Have you, your spouse/partner or any member of your immediate family ever

served in the military? If so, please state:   *NO*

Which branch of service?

What was your/their military occupational specialty?

What was your/their current or most recent rank?

Number of years of service?

18.   What social, civic, professional, religious, trade or other organizations are

you or your spouse/partner affiliated with?

*Baptist*

Describe any offices held:

19.   Voter Registration:

_____✓ Democrat        _____Republican        _____Independent

_____Other:  _____

20.   Have you ever held or sought political office?        _____ Yes        _____✓ No

If "Yes", what office?

21.   Did you vote in the last presidential election?        _____✓ Yes        _____ No

22.   Did you vote in the last congressional election in your district?

_____ Yes        _____✓ No

23.   Did you vote in the last mayoral (or parish president) election where you

live?

_____ Yes        _____✓ No

24.   When you are in a group, how often would you say that you speak out or take

a leadership position?

✓ *60%* Frequently

_____ Occasionally

_____ Seldom

_____ Never

25.   If selected as a juror, you will be asked to maintain your honest beliefs about what the evidence shows, while at the same time giving full consideration to the views of other jurors without hesitation to re-examine your own opinion and change your mind, if convinced that you are wrong.  Do you believe this will be possible for you?  __✓__ Yes  ____ No

If "No", please explain in full your concerns about this.

26.   What are your three principal sources of news? (Circle no more than three)

Newspapers          Magazines

Local TV News       National TV News

Radio               TV Talk Shows

Internet            Other _____

27.   Do you believe that the news media:

_____ Is always accurate

✓ Is usually accurate

_____ Is rarely accurate

_____ Is never accurate

_____ Unsure

28.   What television programs do you watch regularly (including news

programs)? ~~AAN~~ MSNbc
            wwL

29.   What do you like to do in your spare time (hobbies, recreations, or pastimes)?

PlAy Poker, watch Basketball game

30.   Do you own a computer, or have routine access to one?

_____✓ Yes        _____ No

If "Yes", what image do you currently maintain as your screen saver on that

computer?   Family

31.  What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)?  *News, I talk to my sons*

32.  Do you access one or more blogs on the Internet at least on a weekly basis?

_____ Yes        ___/___ No

If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33.  Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?
*yes. I'm A proud mom*

34.  Within the past five years, have you experienced any of the following events: (Circle all that apply)

        Loss of employment

        Serious financial hardship

        Major hospitalization

        Surgery

        Taken time off work because of stress

        *None*

10

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

*NONe*

35.    Compared to others you know, would you describe yourself as an unusually

sympathetic person?

_____ ✓ Yes        _____ No  Please explain:

36.    Have you/anyone close to you ever received:

_____ ✓ Disability Insurance        _____ Unemployment Compensation

_____ Public housing assistance        _____ Worker's Compensation

_____ Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the

assistance was provided:  *April 13 - 08  Had Stroke*
*Started Recieving Asst.  Nov - 08*

37.   Have you, your spouse/partner or any member of your immediate family ever

worked for a federal, state, or local government agency or held a government

office?  If "Yes", please state:      *No*

Which government agency? _____

What does the agency do?

What was your/their job title?

What were your/their job duties?

What were your/their dates of employment?

38.   Have you, your spouse/partner or any member of your immediate family ever

owned or managed a business?  _____ Yes       _____ No

If "Yes", please explain:

39.   Do you, or any family member, have any training, experience and/or

knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?    Self ("S") or Family ("F")?

| | | |
|---|---|---|
| Medicine/Healthcare | S | F |
| Laboratory Work | S | F |
| Construction | S | (F) |
| Furniture/Carpet/Textiles | S | (F) |
| Mortuary | S | F |
| Safety Products | S | F |
| Safety Practices | S | F |
| Journalism/TV/Media | S | F |
| Emergency Services | S | F |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | F |
| Government/FEMA | S | F |
| Social Work | S | F |
| Workplace Safety | S | F |

Environmental Regulations          S      F

Recreational Vehicle Industry      S      F

Manufactured Housing Ind.          S      F

Toxicology                         S      F

Psychology/Social Work             S      F

Woodworking                        S      F

Quality Assurance                  S      F

Product Design/Manufacturing       S      F

Consumer Product Testing           S      F

Chemistry                          S      F

Biology                            S      F

Toxic/Hazardous Materials          S      F

Insurance/Claims Handling          S      F

Investigative Work                 S      F

Contracts                          S      F

Contract Negotiation/Enforcement   S      F

Volunteer Work                     S      F

Wood Products                      S      F

If you answered "Yes" to any of the above, please explain the extent of the

experience/training: My Husband did a lot of odd
Job in his younger days. He worked at a
Furniture Stores 18 or more year ago
and contracted Jobs too years ago.

40.   Have you or someone close to you ever worked as a builder or contractor?

_____ Yes        ✓ No   If "Yes", please explain:

41.   Have you or someone close to you worked as a contractor for the U.S.

Government? _____ Yes        ✓ No        If "Yes", please explain:

42.   Have you or someone close to you ever worked for or with any regulatory

agency?    _____ Yes        ✓ No        If "Yes", please explain:

43.    Have you or someone close to you ever had the responsibility for insuring compliance with any government standards or regulations?

____ Yes        ✓ No    If "Yes", please explain:

44.    Have you or someone close to you ever had the responsibility of writing, training or enforcing health or safety policies and practices?

____ Yes        ✓ No  If "Yes", please explain:

45.    Have you, any family member or a close friend ever been warned, reprimanded or otherwise disciplined for a health or safety policy/rule violation?

____ Yes        ____ No   If "Yes", please explain:

46.    Have you, or someone close to you, ever worked with, or around hazardous materials?    ____ Yes        ✓ No  If "Yes", please explain:

47.    Do you have a regular, or family, doctor?    ____ Yes        ____ No

48.   Please list any medical conditions for which you are currently being treated:

49.   How often do you go to the Doctor?   *rarely*

50.   What type of health care plan do you have?   *None*

51.   What type of healthcare facility do you usually use?   *hospital*

52.   How would you rate your basic state of health?   ✎

_____ Poor, often sick      _____ Average      ✔ Good, seldom sick

53.   To what extent do you believe you have control over your health?

_____ I feel my health is largely within my control

✔ I feel my health is somewhat within my control

_____ I feel my health is somewhat outside my control

_____ I feel my health is largely outside my control

54.   Have you or anyone in your family suffered from asthma, allergies, other respiratory illness, or any autoimmune disorder?

_____ Yes      ✔ No

If "YES", what is/was the medical diagnosis of your condition, if any:

17

If "YES", please list any substances to which you are allergic:


If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?


55.    Have you ever smoked?

_____✔ Yes        _____ No

If "YES", do you still smoke?      _____✔ Yes        _____ No

If "YES", how long have you been a smoker?  _____Months  _32_ Years

If "YES", number of packs per day:  _1_

If "YES", how many times have you tried to stop?  ___None___

If "Yes", do you smoke inside your home?  ___✔Yes        _____ No

56.     Which of the following statements about smoking do you think is most

        correct?

        _____People who smoke are addicted and are not personally responsible for

        their continued smoking

        _____Smoking is a bad habit, and people can quit if they really want to

        _____Neither

57.     Have you or anyone close to you ever been unable to work due to a serious

        medical problem, permanent injury or disability?

        _✓_ Yes, I have        ___ Yes, someone close to me has        ___ No

        If "YES", please explain: My Husband had a Stroke
        Paralys on his Left side

58.     Have you, any family members, or close friends ever had a loved one injured

        or die as a result of wrongdoing or the negligence of another party?

        _____ Yes        _✓_No

        IF "YES", please explain who was involved and what happened:

19

59.   Have you, a family member, or anyone close to you ever been injured by a

       product you thought was defective?

              ___Yes          Who? _____

              ✓No

              ___Maybe         Who? _____

       Please explain:


60.   Have you ever served on a jury?

              ✓ Yes:        ____Civil         ✓Criminal

       How many times? ❘

       If "YES", please indicate the type of case(s): A Priest
       Engaged Sexually w/ altor boy


       If "YES", was a verdict reached?

              ✓ Yes       _____No

       If "YES", did you serve as the foreperson?

              ____ Yes       ✓No

61.   Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

_____✓ Yes        _____ No

If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case):   *Husband was in car wreck*

62.   Have you or someone close to you ever been sued or threatened with a suit by someone else?        _____ Yes        _____✓ No

If "Yes", explain:

63.   Have you ever felt you had reason to sue but decided not to?

_____✓ Yes        _____ No  If "Yes", please explain:

64.   Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?        _____ Yes        _____✓ No

If "Yes", please describe the dispute, who was involved, and the outcome.

65.  Do you believe too many people too often file frivolous lawsuits to address

grievances? ____Yes __✓__No    Explain (optional).

66.  Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

____ Yes        __✓__No   Please explain:

*Justice don't Limit*

*what's wrong   or an amount*

67.  Do you support legislative reforms to place caps or limits on the amount of

money juries can award?  ____ Yes  __✓__No  If "Yes", please explain:

68.   On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1     2     3     4     5     6    (7)    8     9     10

69.   Do you think corporations have an unfair advantage or disadvantage in the

courtroom?

____Yes      ____No    Please explain:

*I don't think either way*

70.   Do you think our system of lawsuits gives an unfair advantage or

disadvantage to people who file lawsuits?     ____Yes       ____No

Please explain: *The Law should proctect The Victim.*

71.   Do you feel you could fairly decide a lawsuit involving an individual against

a corporation?   __✓__Yes   ____No   *I can*

72.   Have you or a family member ever had a serious, negative dispute with a

manufacturer over the quality of a product?   ____Yes      __✓__No

IF "Yes", please explain:

73.   How much confidence do you have in major companies in our country?

   \_\_\_\_ A great deal of confidence

   \_\_\_\_ Only some confidence

   \_\_\_\_ Hardly any confidence

74.   To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

   \_\_\_ I am positive they conspire          \_\_\_ I suspect they conspire

   \_\_\_ I am doubtful they conspire          \_\_\_ I do not believe they conspire

75.   Which statement do you agree with more? (Check one)

   \_\_\_\_ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

                              -OR-

   \_\_\_\_ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.   Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

   \_\_\_\_Adequate      \_\_\_Inadequate      \_\_\_\_Very inadequate

77.    Do you think corporations generally try to make their products safe?

_____ Yes        _____ No

78.    Do you have any concerns about holding a product manufacturer legally

responsible if a user or consumer of the product gets sick from exposure to

hazardous air pollutants emitted from the product? _____Yes _____No

If "Yes", please explain your concerns.

79.    Do you think the government should provide "free" health care for all

citizens?

_____ Yes        _____ No

80.    Generally, do you believe that it is the government's responsibility, in the

face of a disaster, to ensure that all displaced individuals are provided with

some form of housing? _____Yes _____ No

If "Yes", please explain why you believe this.

Taxes each week Are taken out of My
Check For what the Gov. Sees fit to use.
I didn/ get Loss wAges Housing for Leaving
My home for 9 days we lett town. Came home
to No electric Stores Close when open a pack of meut
us$20 for 6 Pork chops. That Rediculus.

25

81.    Do you have general concerns about how the Federal Government spends money, operates, or treats its citizens, which would influence your ability to be a fair and impartial juror in this case?    ___Yes    ✓ No

If "Yes", please explain why this is so.

82.    Do you agree or disagree with the following statements?

a.    If a person claims injury, or health or safety concerns, based upon actions taken by the government in an emergency, the government should pay for the injury, or health or safety concerns, even when there is no proof that the government did something wrong.

___Agree strongly

_____ Agree

✓ Disagree

_____ Disagree strongly

_____ Not sure

b.     Individuals receiving emergency assistance from the government after a natural disaster should have no right to sue the federal government over injuries, or health or safety concerns, that they believe to be related to the government assistance?

_____Agree strongly

____ Agree

__✓__Disagree

_____ Disagree strongly

____ Not Sure

83.    Do you feel you could fairly decide a lawsuit between an individual and the government?        __✓__Yes        _____ No

84.    How much confidence do you have in our country's government?

_____ A great deal of confidence

__✓__Only some confidence

_____ Hardly any confidence

27

85.     Do you agree or disagree with the following statement: Overall, the
        government does a good job of protecting the public from toxic substances in
        the environment.

        _____Agree strongly

        ___✔___Agree

        _____ Disagree

        _____ Strongly disagree

        _____ Not sure

86.     Have you, or anyone close to you, ever worked in a job where you/they had
        contact or familiarity with OSHA or HUD standards?

               _____ Yes          __✔___ No

               IF "Yes", who?

87.     Overall, what kind of job would you say government agencies (such as
        Housing and Urban Development ("HUD") and the Occupational Safety and
        Health Administration ("OSHA")) do making manufacturers, employers and
        employees follow safety regulations?

        _____Good    ___Okay    _____Not very good    _____Bad    _____No opinion

88.     Do you consider yourself an "environmentalist"?        _____ Yes    _____ No

89.     Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?     _____ Yes     _____ No

IF "Yes", which one(s):

90.     Do you have any health or safety concerns about where you live or work?

_____ Yes     _____ No   IF "Yes", please explain:

91.     Have you ever experienced any of the following problems in your home,

condo, or apartment?     *None*

___ sick building syndrome     ___ toxic mold     ___ asbestos exposure

___ recurring indoor mold or mildew     ___ chemical exposure

92.     How often do you question your personal safety on a day-to-day basis?

_____ Frequently     _____ Sometimes     _____ Rarely, if ever

93.     How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very     _____ Somewhat     _____ Not very or not at all

94.   Have you, a member or your family or someone close to you, ever been

exposed to substances or chemicals which were a potential health hazard?

_____ Yes        ✓ No     IF "Yes", please explain:

95.   Have you, a member of your family or someone close to you, ever been

injured as a result of exposure to hazardous substances or chemicals?

_____ Yes        ✓ No     IF "Yes", please explain:

If YES, how seriously were you injured:

_____ Very     _____ Somewhat     _____ Not very or hardly at all

96.   If a company exposed consumers to any kind of toxic substance responsible

for a related disease, I would (check one):

_____ Always find the company liable

_____ Never find the company liable

__✓__ Depends on the facts of the case

97.   Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a travel trailer, park model, manufactured housing (mobile home) unit or any recreational vehicle? _____Yes _____No

If "Yes", who was the manufacturer and what was the brand name or model?

98.   Have you, any member of your immediate family, or anyone you know ever had a complaint about the quality of construction in your/their residence?

_____ Yes      _____ No     If "Yes", please explain who was involved and what happened:

99.   Have you or anyone close to you lived in, worked in, gone to school in, visited or temporarily occupied a motor home, recreational vehicle (RV), and/or a manufactured housing (mobile home)unit? _____ Yes     _____ No

If "Yes", please explain:

100.  Do you have any safety concerns about travel trailers, park models, or

manufactured housing unit (mobile homes) or other type of camper or

recreational vehicle ?

___Yes          ___No    If "Yes", please explain:


101.  Do you believe that your health or the health of anyone close to you has been

negatively affected by time spent in a travel trailer, park model, manufactured

housing unit (mobile home) or any other type of camper or recreational

vehicle?

___Yes    ___No    Please explain:


102.  Have you, your spouse/partner or any member of your immediate family ever

owned, used or resided in a product manufactured by Gulf Stream Coach,

Inc.?    ___Yes         ___No

103.  Have you, your spouse/partner or any member of your immediate family ever

been employed by Gulf Stream Coach, Inc., or any dealer or other company

associated with Gulf Stream Coach, Inc.?    ___Yes    ___No

104.  Have you, your spouse/partner or any member of your immediate family ever

been employed by Fluor Enterprises, Inc?    ___Yes    ___No

105.  Have you, your spouse/partner or any member of your immediate family ever

had a relationship or some business connection with Fluor Enterprises, Inc.?

___Yes    _✓_No

106.  Do you have any opinions about companies that manufacture

travel trailers, park models or manufactured housing that would make you

favor one side over the other in a lawsuit between an emergency aid recipient

and the manufacturer of travel trailers, park models or manufactured housing?

____Yes    _✓_No ___Maybe

Please explain which side you would favor and why?

107.  In the aftermath of a disaster, who do you believe is <u>most</u> responsible for

providing housing assistance to those without housing?

____Federal Government    _✓_State Government

____Local Government    ____None of the Above

108.   Do you believe that FEMA generally:

_____Does a good job helping people after disasters

_____Does an "okay" job helping people after disasters

✓_____Does a poor job helping people after disasters

_____Only makes disasters worse

_____Unsure

Please explain why you believe this.

109.   Have you/anyone close ever had personal experience/contact with FEMA?

✓_____Yes          _____No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

Femma said they would pay For money spent
Dury Hurricane G5au we stay in Hotel for 9 days
didn't Recieve our money back or a portion
that was bill money The Goverment has
to do better with our tax $ to prevent such a
Thing. There are Poor people trying to get to the
Next day w/o Welfare. But when in Need     34
                              Needs

110.  Have you/anyone close to you ever received:

_____FEMA Rental Assistance *None*   _____FEMA Issued Housing Unit

_____FEMA Hotel Assistance   _____FEMA Relocation Assistance

_____FEMA Financial Assistance   _____Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:

111.  If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

_____I have never sought disaster aid or relief from FEMA

_____I was treated well

_____I was treated satisfactorily

_____I was treated poorly

_____I was mistreated by FEMA

Please explain your answer:

112. Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita?

If "Yes", explain what property damage or injury you/they experienced.

Did you/they seek aid from FEMA?   ___✓Yes          ____No

Who was injured?   *RAIN damage*
                   *LOSS wages*

How seriously were you/they injured?

__ Very      __ Somewhat      __ Not very or hardly at all

113. Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

____Yes          ___✓No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA.

114. Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government?   ___Yes ____No

If "Yes", please explain why you believe this.   *Whether Fed or Local*

115. Have you, any family member or any close acquaintance of yours ever resided in housing provided by FEMA or any government agency following a natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes          _____No

If "Yes", identify the individual(s) receiving this housing assistance and your relationship to the individual(s) and the type of housing assistance provided.

116. Do you have any opinions about companies that FEMA contracted with to install and maintain travel trailers, park models or manufactured housing (mobile homes) that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the company that installed and maintained the travel trailers, park models or manufactured housing (mobile homes)?

_____Yes          _____No          _____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117.   Have you, a family member, or anyone close to you ever suffered from a
       disease or injury that you believe was caused by living in an emergency
       housing unit (travel trailer, park model or manufactured housing)?

        _____Yes          Who: _____

        __✓__No

        _____Maybe        Who: _____

        Please explain:

118.   Have you heard about or discussed the topic of formaldehyde exposure with
       anyone?

        _____Yes          __✓ No

        If "Yes", please explain:

119.   Do you or anyone close to you work with or around formaldehyde, or

products that contain formaldehyde?

_____Yes          Who: _____

_____No

___Unsure

If "Yes", please explain the circumstances and what it was used for:

120.   Based on your experience and what you have heard/read, have you formed

any opinions about the overall effects, if any, of formaldehyde exposure on a

person?

_____Yes          ___No

If "Yes", what is your opinion?

121.   How dangerous do you think it is for someone to be exposed to

formaldehyde.

___ Very   ___ Somewhat   ___ Not very   ___ Not at all   ___Unsure

122.   Have you, or anyone you know, ever been screened or tested to determine if

you might have a formaldehyde-related condition?

_____Yes          Who: _____ When:_____



_____No

123.   Do you claim to have, or do you know anyone who claims to have, a disease

or injury associated with formaldehyde exposure?

_____Yes           _____No

If "Yes", please explain:

124.   Have you attended any meetings about filing lawsuits concerning alleged

formaldehyde exposure to occupants of FEMA provided trailers and mobile

homes?

_____Yes           _____No

If "Yes", state where, and what you have seen/heard or read:

125.   Have you seen, heard or read anything about lawsuits brought by some of the occupants of FEMA emergency housing units in which the occupants claim injury or disease because of their alleged exposure to formaldehyde?

_____Yes            ✓  No            _____Unsure

If "Yes" or "Unsure", please explain:


126.   Have you seen/heard or read any advertisements from lawyers about lawsuits involving alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes        ✓  No        ___Unsure

If "Yes" or "Unsure", please explain:

127.  Do you, a family member, or anyone close to you believe you have or they

have a claim concerning alleged injuries from living in a FEMA-provided

emergency housing unit (travel trailer, park model or manufactured housing

(mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

__✓__No

_____Don't know

128.   Is there anything you can think of that would give you trouble being open-

minded in a case involving  a person suing the trailer manufacturers,

installation and maintenance contractors, and FEMA for formaldehyde

exposure from their FEMA-issued trailers?



No

129.  If chosen as a juror, you should know that the trial of this case <u>may</u> take two full work weeks (Monday through Friday).  Would this present such a severe personal or economic hardship for you that you believe you could not serve as a fair and impartial juror?  If so, please explain why (including specific information as to the nature of your hardship, or indicate that you would like to speak to the Court privately about the matter).

I swear that the answers that I have given are true and correct to the best of my knowledge.

Print Name: _Anita L Brown_

Signature: _Anita L Brown_

Date: _1/28/09_