## JUROR QUESTIONNAIRE

Full Name: CHARLES B Smallwood   Male ✓   Female _____

Date of Birth: 7/5/57

Place of Birth: METAIRIE, LA

    **Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury.  A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.**

    **This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible.  You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror.  If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff.  Please recognize that there are no right or wrong answers to this questionnaire.  If you feel you**

should not answer a particular question, please write "Need to discuss" and the
Court will address this with you privately.

**Please do not write on the back of any page.**

1.    What is your current residence address?
      309 N. BUCKINGHAM DR,
      SLIDELL, LA 70461

2.    How long have you lived in this area of Louisiana?    52 YEARS

3.    What other cities and states have you lived in during the last ten years?
      NONE

4.    Where did you grow up?
      METAIRIE, LA

5.    Do you:

              ✓ Own your home          _____ Rent your home

              _____ Live with homeowners of the residence

6.    Is your residence a house, apartment, condominium or mobile home?
      HOUSE

7.    What is your current marital status?

      ___Single   ✓ Married   ___ Divorced   ___Widowed   ___Life Partner

8.   Do you have children?   ✓ Yes   _____ No

If "Yes", please list their ages, highest level of school completed, and occupations:

20 / IN COLLEGE / STUDENT
19 / WORKING ON G.E.D. / NO OCCUPATION
13 / 7TH GRADE / STUDENT

9.   Are you primarily responsible for making financial decisions and taking care of financial matters in your family?   _____ Yes   X No

If "Yes", please explain:

WIFE AND I SHARE DECISION-MAKING

10.   Describe your educational background:

What was the highest level of school you completed?

MASTERS

If college, what was your major/primary area(s) of study?

B.A. - HISTORY
M.ED. - SPECIAL EDUCATION

What degrees or certificates did you attain, if applicable:

CERTIFICATIONS -
TEACHER: SPECIAL EDUCATION
ADMINISTRATOR: SCHOOL PRINCIPAL

List any technical courses you have taken:

N/A

3

11.   What is your current employment status?

_____✓_Full-time   _____Part-time   _____Self-employed   _____Retired

_____Homemaker   _____Student   _____Disabled   _____Unemployed

_____Other: _____

Please list your current or most recent occupation: *TEACHER*

Name of employer: *ST. TAMMANY PARISH School BOARD*

Type of business: *Public EDUCATION System*

Years employed by this employer: *6+ YEARS*

Current job duties: *SPECIAL EDUCATION TEACHER*

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain:

*TRAINING AND SUPERVISION OF PARA-EDUCATORS*

Number of individuals you supervise, if any:

*3*

12.   For the last five years, please list your employers and the job duties you had

for each.   SAME AS PREVIOUS QUESTIONS

13.   If you are or were ever married, have or had a life partner, please state the

following for your spouse or partner:

Highest level of education completed and degrees attained, if

applicable:   B.A.

Name of current or last known employer and job duties:

ERHRARDT BUSINESS ENDEAVOURS
BOOKKEEPER

14.   Are you parents living?

**Mother:** ____ Yes   _X_ No   **Father:** ____ Yes   _X_ No

15.    What are your parents' primary occupations (If retired or deceased, previous

occupations):

Mother: HOME MAKER

Father: EXECUTIVE V.P., AVONDALE SHIPYARDS

16.    Do you, your spouse/partner or any member of your immediate family belong

to a Labor Union?    _____ Yes    _X_ No

If "Yes", which union: _____

17.    Have you, your spouse/partner or any member of your immediate family ever

served in the military? If so, please state:    NO

Which branch of service?

N/A

What was your/their military occupational specialty?

N/A

What was your/their current or most recent rank?

N/A

Number of years of service?

N/A

6

18.   What social, civic, professional, religious, trade or other organizations are

you or your spouse/partner affiliated with?   *NONE*

Describe any offices held:   *N/A*

19.   Voter Registration:

_____Democrat   _____Republican   ✓ Independent

_____Other: _____

20.   Have you ever held or sought political office?   _____ Yes   ✗ No

If "Yes", what office?

21.   Did you vote in the last presidential election?   ✓ Yes   _____ No

22.   Did you vote in the last congressional election in your district?

✓ Yes   _____ No

23.   Did you vote in the last mayoral (or parish president) election where you

live?

✓ Yes   _____ No

24.   When you are in a group, how often would you say that you speak out or take

a leadership position?

_____ Frequently

_✓_ Occasionally

_____ Seldom

_____ Never

25.    If selected as a juror, you will be asked to maintain your honest beliefs about what the evidence shows, while at the same time giving full consideration to the views of other jurors without hesitation to re-examine your own opinion and change your mind, if convinced that you are wrong.  Do you believe this will be possible for you?  _✓_ Yes ___ No

If "No", please explain in full your concerns about this.

26.    What are your three principal sources of news? (Circle no more than three)

Newspapers            Magazines

Local TV News     National TV News

Radio                TV Talk Shows

Internet             Other _____

27.    Do you believe that the news media:

         ____Is always accurate

         ✓__Is usually accurate

         ____Is rarely accurate

         ____Is never accurate

         ____Unsure

28.    What television programs do you watch regularly (including news programs)? TURNER CLASSIC MOVIES, HISTORY CHANNEL, NATIONAL GEOGRAPHIC CHANNEL, WWL-TV NEWS, WDSU-TV NEWS, CNN, FOX NEWS, CNBC, MSNBC

29.    What do you like to do in your spare time (hobbies, recreations, or pastimes)?

READ, GARDENING, BIKE RIDING

30.    Do you own a computer, or have routine access to one?

    ✓__Yes    _____No

If "Yes", what image do you currently maintain as your screen saver on that computer? FAMILY PICTURES - SLIDESHOW

31. What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)? YAHOO NEWS (INCLUDING REUTERS, AP AND LOCAL NEWS HEADLINES) WIKIPEDIA, NATIONAL WEATHER SERVICE AND NATIONAL HURRICANE CENTER

32. Do you access one or more blogs on the Internet at least on a weekly basis?

_____ Yes      __X__ No

If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33. Do you have any bumper stickers on your car(s)? If "Yes", what do they say? YES - FLAGS OF ENGLAND, SCOTLAND, IRELAND, GERMANY AND SWITZERLAND (FAMILY HERITAGE)

34. Within the past five years, have you experienced any of the following events:

(Circle all that apply)

Loss of employment

Serious financial hardship

Major hospitalization

Surgery

Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35.   Compared to others you know, would you describe yourself as an unusually sympathetic person?

_____ Yes      _X_ No  Please explain:

NOT UNUSUALLY SO — "TYPICALLY SYMPATHETIC"
IS MORE ACCURATE

36.   Have you/anyone close to you ever received:

_____ Disability Insurance      ✓ Unemployment Compensation

_____ Public housing assistance      _____ Worker's Compensation

_____ Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

WIFE — POST KATRINA — SEPTEMBER 2005

37. Have you, your spouse/partner or any member of your immediate family ever worked for a federal, state, or local government agency or held a government office?  If "Yes", please state: *NO*

Which government agency? _____*N/A*_____

What does the agency do? *N/A*

What was your/their job title? *N/A*

What were your/their job duties? *N/A*

What were your/their dates of employment? *N/A*

38. Have you, your spouse/partner or any member of your immediate family ever owned or managed a business? _____ Yes _____*X*____ No

If "Yes", please explain:

39.   Do you, or any family member, have any training, experience and/or

knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?   Self ("S") or Family ("F")?

| | | |
|---|---|---|
| Medicine/Healthcare | (S) | F |
| Laboratory   Work | S | F |
| Construction | S | F |
| Furniture/Carpet/Textiles | (S) | F |
| Mortuary | S | F |
| Safety Products | S | F |
| Safety Practices | (S) | F |
| Journalism/TV/Media | (S) | F |
| Emergency Services | S | F |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | F |
| Government/FEMA | S | F |
| Social Work | S | (F) |
| Workplace Safety | (S) | F |

| | | |
|---|---|---|
| Environmental Regulations | S | F |
| Recreational Vehicle Industry | S | F |
| Manufactured Housing Ind. | S | F |
| Toxicology | S | F |
| Psychology/Social Work | S | F |
| Woodworking | (S) | F |
| Quality Assurance | S | F |
| Product Design/Manufacturing | S | F |
| Consumer Product Testing | S | F |
| Chemistry | S | F |
| Biology | S | F |
| Toxic/Hazardous Materials | S | F |
| Insurance/Claims Handling | S | F |
| Investigative Work | S | F |
| Contracts | S | F |
| Contract Negotiation/Enforcement | S | F |
| Volunteer Work | S | F |
| Wood Products | (S) | F |

If you answered "Yes" to any of the above, please explain the extent of the

experience/training:

FURNITURE/CARPET/TEXTILES - FURNITURE MAKING for family BUSINESS
WOODWORKING - SAME
WOOD PRODUCTS - SAME
SAFETY PRACTICES - WORK INVOLVES FREQUENT CONTACT WITH
BODILY FLUIDS - STUDENTS w/SEVERE DISABILITIES

WORKPLACE SAFETY - SAME
MEDICINE/HEALTHCARE - WORK INVOLVES SEIZURE MANAGEMENT,
TRACHEOSTOMY CARE, GASTROSTOMY FEEDING
FOR STUDENTS WITH SEVERE DISABILITIES

JOURNALISM/TV/MEDIA - PREVIOUS WORK AS TV SPORTS PRODUCER
AND ANCHOR
SOCIAL WORK - WIFE'S DEGREE BUT NOT PROFESSION

40.   Have you or someone close to you ever worked as a builder or contractor?

_____ Yes      X   No  If "Yes", please explain:



41.   Have you or someone close to you worked as a contractor for the U.S.

Government? _____ Yes      X   No      If "Yes", please explain:




42.   Have you or someone close to you ever worked for or with any regulatory

agency?  _____ Yes      X   No      If "Yes", please explain:

43.　Have you or someone close to you ever had the responsibility for insuring compliance with any government standards or regulations?

_____ Yes　　　X　No　　If "Yes", please explain:

44.　Have you or someone close to you ever had the responsibility of writing, training or enforcing health or safety policies and practices?

√ Yes　　_____ No　If "Yes", please explain:

WORK INVOLVES following AND UNDERSTANDING SAFE HEALTH PRACTICES TO BE USED WITH STUDENTS WITH SEVERE DISABILITIES – MYSELF AND STAFF

45.　Have you, any family member or a close friend ever been warned, reprimanded or otherwise disciplined for a health or safety policy/rule violation?

_____ Yes　　　X　No　If "Yes", please explain:

46.　Have you, or someone close to you, ever worked with, or around hazardous materials?　　_____ Yes　　　X　No　If "Yes", please explain:

47.　Do you have a regular, or family, doctor?　　√ Yes　　_____ No

48.   Please list any medical conditions for which you are currently being treated:

Hyper Thyroid

49.   How often do you go to the Doctor?

TWO TO THREE Times PER YEAR

50.   What type of health care plan do you have?

Hmo

51.   What type of healthcare facility do you usually use?

Small Physician Offices

52.   How would you rate your basic state of health?

___ Poor, often sick      ___ Average      ✓ Good, seldom sick

53.   To what extent do you believe you have control over your health?

____ I feel my health is largely within my control

✓ I feel my health is somewhat within my control

____ I feel my health is somewhat outside my control

____ I feel my health is largely outside my control

54.   Have you or anyone in your family suffered from asthma, allergies, other respiratory illness, or any autoimmune disorder?

____ Yes      X No

If "YES", what is/was the medical diagnosis of your condition, if any:

N/A

17

If "YES", please list any substances to which you are allergic:

N/A

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?   N/A

55.   Have you ever smoked?

____✓____ Yes   _____ No

If "YES", do you still smoke?   ____ Yes   __✗__ No

If "YES", how long have you been a smoker?   ____Months ____Years

If "YES", number of packs per day: _____

If "YES", how many times have you tried to stop? _____

If "Yes", do you smoke inside your home?   ____ Yes   _____ No

56.     Which of the following statements about smoking do you think is most

correct?

_____People who smoke are addicted and are not personally responsible for

their continued smoking

_____Smoking is a bad habit, and people can quit if they really want to

✓ Neither

57.     Have you or anyone close to you ever been unable to work due to a serious

medical problem, permanent injury or disability?

___ Yes, I have        ___ Yes, someone close to me has       ✗ No

If "YES", please explain:

58.     Have you, any family members, or close friends ever had a loved one injured

or die as a result of wrongdoing or the negligence of another party?

_____ Yes      ✗ No

IF "YES", please explain who was involved and what happened:

59.   Have you, a family member, or anyone close to you ever been injured by a

product you thought was defective?

___Yes          Who? _____

X No

___Maybe       Who? _____

Please explain:


60.   Have you ever served on a jury?

____Yes:          ____Civil          _____Criminal

How many times?   *N/A*

If "YES", please indicate the type of case(s):

*N/A*

If "YES", was a verdict reached?

____ Yes       _____ No

If "YES", did you serve as the foreperson?

____ Yes       _____ No

20

61.   Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff,

defendant, witness)?

____✓____ Yes        _____ No

If "YES", please explain (including whether you were the plaintiff or

defendant and the kind of case): PLAINTIFF - BROUGHT SUIT
AGAINST A plumbing company FOR WHAT WE
BELIEVED WAS Negligence RESULTING IN A HOUSE FIRE

62.   Have you or someone close to you ever been sued or threatened with a suit by

someone else?              ____ Yes      ✗ No

If "Yes", explain:

63.   Have you ever felt you had reason to sue but decided not to?

____✓____ Yes        _____ No  If "Yes", please explain:
RECENT AUTOMOBILE ACCIDENT INVOLVING DAUGHTER IN
WHICH THE CAUSE AND FAULT WAS DISPUTABLE

64.   Have you/anyone close ever had a dispute with the Federal Government or a

federal government agency?      ____ Yes      ✗ No

If "Yes", please describe the dispute, who was involved, and the

outcome.

65.  Do you believe too many people too often file frivolous lawsuits to address

grievances? _____Yes  _X_ No   Explain (optional).

66.  Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

_____ Yes      _X_ No   Please explain:

JUDGEMENTS SHOULD ALWAYS BE BATED UPON THE EVIDENCE

67.  Do you support legislative reforms to place caps or limits on the amount of

money juries can award?  _____ Yes  _X_ No  If "Yes", please explain:

68.   On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1     2     3     4     5     6     7     8    (9)    10

69.  Do you think corporations have an unfair advantage or disadvantage in the
courtroom?

_____ Yes       X   No     Please explain:

JUDGES AND JURIES ARE ABLE TO KEEP
ANY ADVANTAGE OR DISADVANTAGES FROM
SIGNIFICANTLY EFFECTING OUTCOMES.

70.  Do you think our system of lawsuits gives an unfair advantage or
disadvantage to people who file lawsuits?     _____ Yes     X   No
Please explain:  SAME AS ABOVE

71.  Do you feel you could fairly decide a lawsuit involving an individual against
a corporation?   ✓ Yes   _____No

72.   Have you or a family member ever had a serious, negative dispute with a
manufacturer over the quality of a product?   _____ Yes     X   No

IF "Yes", please explain:

73.   How much confidence do you have in major companies in our country?

_✓_ A great deal of confidence

_____ Only some confidence

_____ Hardly any confidence

74.   To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

____ I am positive they conspire          ____ I suspect they conspire

_✓_ I am doubtful they conspire          ____ I do not believe they conspire

75.   Which statement do you agree with more? (Check one)

_✓_ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

_____ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.   Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

_✓_ Adequate          _____ Inadequate          _____ Very inadequate

77.    Do you think corporations generally try to make their products safe?

_____✓ Yes         _____ No

78.    Do you have any concerns about holding a product manufacturer legally responsible if a user or consumer of the product gets sick from exposure to hazardous air pollutants emitted from the product?   ✓ Yes _____ No

If "Yes", please explain your concerns.

I would need to be sure that the consumer used the product according to the manufacturers recommendations

79.    Do you think the government should provide "free" health care for all citizens?

_____ Yes         ✗ No

80.    Generally, do you believe that it is the government's responsibility, in the face of a disaster, to ensure that all displaced individuals are provided with some form of housing?   ✓ Yes         _____ No

If "Yes", please explain why you believe this.

All citizens should have access to adequate housing regardless of disasters. Disasters simply expand the scope of the problem on a temporary basis.

81.  Do you have general concerns about how the Federal Government spends

money, operates, or treats its citizens, which would influence your ability to

be a fair and impartial juror in this case?  ___Yes  _X_No

If "Yes", please explain why this is so.

82.  Do you agree or disagree with the following statements?

a.  If a person claims injury, or health or safety concerns, based upon

actions taken by  the government in an emergency, the government

should pay for the injury, or health or safety concerns,  even when

there is no proof that the government did something wrong.

___Agree strongly

____ Agree

___ Disagree

_X_ Disagree strongly

_____ Not sure

b.   Individuals receiving emergency assistance from the government after a natural disaster should have no right to sue the federal government over injuries, or health or safety concerns, that they believe to be related to the government assistance?

_____ Agree strongly

_____ Agree

_____ Disagree

__X__ Disagree strongly

_____ Not Sure

83.   Do you feel you could fairly decide a lawsuit between an individual and the government?        __✓__ Yes        _____ No

84.   How much confidence do you have in our country's government?

__✓__ A great deal of confidence

_____ Only some confidence

_____ Hardly any confidence

85.   Do you agree or disagree with the following statement: Overall, the
      government does a good job of protecting the public from toxic substances in
      the environment.

      _____ Agree strongly

      ___✓___ Agree

      _____ Disagree

      _____ Strongly disagree

      _____ Not sure

86.   Have you, or anyone close to you, ever worked in a job where you/they had
      contact or familiarity with OSHA or HUD standards?

            ___✓__ Yes        _____ No

            IF "Yes", who? *OSHA STANDARDS HAVE BEEN ~~ARE~~ VISIBLE AND
      APPLICABLE IN ALL MY WORKPLACES*

87.   Overall, what kind of job would you say government agencies (such as
      Housing and Urban Development ("HUD") and the Occupational Safety and
      Health Administration ("OSHA")) do making manufacturers, employers and
      employees follow safety regulations?

      _____Good   ✓ Okay   _____Not very good   _____Bad   _____No opinion

88.   Do you consider yourself an "environmentalist"?   ___✓__ Yes   ____ No

89.   Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?   _____ Yes   _X_ No

IF "Yes", which one(s):

90.   Do you have any health or safety concerns about where you live or work?

_____ Yes   _X_ No   IF "Yes", please explain:

91.   Have you ever experienced any of the following problems in your home,

condo, or apartment?

___ sick building syndrome   ___ toxic mold   ___ asbestos exposure

___ recurring indoor mold or mildew   ___ chemical exposure

92.   How often do you question your personal safety on a day-to-day basis?

_____ Frequently   _✓_ Sometimes   _____ Rarely, if ever

93.   How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very   _✓_ Somewhat   _____ Not very or not at all

94.   Have you, a member or your family or someone close to you, ever been

exposed to substances or chemicals which were a potential health hazard?

_____ Yes          ___ No    IF "Yes", please explain:

I AM SURE WE ARE ALL OCCASSIONALLY EXPOSED
TO SUBSTANCES OR CHEMICALS WITH THE POTENTIAL
FOR HARM

95.   Have you, a member of your family or someone close to you, ever been

injured as a result of exposure to hazardous substances or chemicals?

___ Yes          X No    IF "Yes", please explain:

If YES, how seriously were you injured:

___ Very      ___ Somewhat      ___ Not very or hardly at all

96.   If a company exposed consumers to any kind of toxic substance responsible

for a related disease, I would (check one):

_____ Always find the company liable

_____ Never find the company liable

_____ Depends on the facts of the case

97. Have you, your spouse/partner or any member of your immediate family ever

    owned, used or resided in a travel trailer, park model, manufactured housing

    (mobile home) unit or any recreational vehicle? _____ Yes __X__ No

    If "Yes", who was the manufacturer and what was the brand name or model?

98. Have you, any member of your immediate family, or anyone you know ever

    had a complaint about the quality of construction in your/their residence?

    _____ Yes __X__ No    If "Yes", please explain who was involved and what

    happened:

99. Have you or anyone close to you lived in, worked in, gone to school in,

    visited or temporarily occupied a motor home, recreational vehicle (RV),

    and/or a manufactured housing (mobile home)unit? _____ Yes __X__ No

    If "Yes", please explain:

31

100. Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

✓ Yes          ___ No     If "Yes", please explain:

*My CONCERNS ARE THE SAME FOR ALL PRODUCTS: THAT THEY ARE MANUFACTURED AND USED TO ENSURE SAFETY.*

101. Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

___ Yes   ✗ No     Please explain:


102. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?     ___ Yes          ✗ No

103. Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?     ___ Yes   ✗ No

104. Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?   ___ Yes   ✗ No

32

105. Have you, your spouse/partner or any member of your immediate family ever had a relationship or some business connection with Fluor Enterprises, Inc.?

___Yes   ✗ No

106. Do you have any opinions about companies that manufacture travel trailers, park models or manufactured housing that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the manufacturer of travel trailers, park models or manufactured housing?

____Yes   ✗ No   ___Maybe

Please explain which side you would favor and why?

107. In the aftermath of a disaster, who do you believe is <u>most</u> responsible for providing housing assistance to those without housing?

✓ Federal Government   ____State Government

____Local Government   ____None of the Above

108.   Do you believe that FEMA generally:

_____Does a good job helping people after disasters

__✓__Does an "okay" job helping people after disasters

_____Does a poor job helping people after disasters

_____Only makes disasters worse

_____Unsure

Please explain why you believe this.

THE SCOPE OF MANY DISASTERS MAKES IT
IMPOSSIBLE FOR ANY AGENCY TO ALWAYS DO
A GOOD JOB. THERE WILL ALWAYS BE
SHORTCOMINGS.

109.   Have you/anyone close ever had personal experience/contact with FEMA?

__✓__Yes            _____No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

POST KATRINA
APPLIED FOR ASSISTANCE ON WEBSITE
RECEIVED MONETARY ASSISTANCE, BOTH
ONE-TIME ASSISTANCE AND
MONTHLY RENTAL ASSISTANCE (3 MONTHS)

110.   Have you/anyone close to you ever received:

    __✓__ FEMA Rental Assistance          ____FEMA Issued Housing Unit

    ____FEMA Hotel Assistance             ____FEMA Relocation Assistance

    __✓__ FEMA Financial Assistance      ____Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:

POST KATRINA
SEPTEMBER ~~THROUGH~~ 2005 – FINANCIAL ASSISTANCE
OCTOBER, NOVEMBER, DECEMBER – RENTAL ASSISTANCE

111.   If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

    ____I have never sought disaster aid or relief from FEMA

    ~~____~~I was treated well

    __✓__I was treated satisfactorily

    ____I was treated poorly

    ____I was mistreated by FEMA

Please explain your answer:

THE PEOPLE WERE VERY HELPFUL AND
WELL MEANING – THE SYSTEM WAS NOT ALWAYS
ADEQUATE

112.  Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita?

If "Yes", explain what property damage or injury you/they experienced.

HOME HAD 8 FEET OF WATER AND WAS
DEMOLISHED - ALL PERSONAL PROPERTY LOST

Did you/they seek aid from FEMA?  ✓ Yes          ____No

Who was injured?  No INJURIES

How seriously were you/they injured?  N/A

__ Very      __ Somewhat      __ Not very or hardly at all

113.  Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

✓ Yes          ____No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA.

SELF, WIFE AND CHILDREN AND MOTHER
ALL DISPLACED FROM OUR RESIDENCE
ALL RECEIVED FEMA ASSISTANCE

114.  Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government?  ✓ Yes ____No

If "Yes", please explain why you believe this.

IT SEEMS LIKELY THAT THE FEDERAL GOVERNMENTS
OVERSIGHT OF THE CONSTRUCTION OF THE LEVEES
PROTECTING NEW ORLEANS & ST. BERNARD PARISHES
WAS NOT ADEQUATE AND RESULTED IN SOME
RESPONSIBILITY FOR DAMAGES.

36

115. Have you, any family member or any close acquaintance of yours ever resided in housing provided by FEMA or any government agency following a natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes          __X__No

If "Yes", identify the individual(s) receiving this housing assistance and your relationship to the individual(s) and the type of housing assistance provided.

116. Do you have any opinions about companies that FEMA contracted with to install and maintain travel trailers, park models or manufactured housing (mobile homes) that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the company that installed and maintained the travel trailers, park models or manufactured housing (mobile homes)?

_____Yes    __X__No      _____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117. Have you, a family member, or anyone close to you ever suffered from a disease or injury that you believe was caused by living in an emergency housing unit (travel trailer, park model or manufactured housing)?

    ____Yes        Who: _____

    __X__No

    ____Maybe    Who: _____

    Please explain:

118. Have you heard about or discussed the topic of formaldehyde exposure with anyone?

    ____Yes        __X__No

    If "Yes", please explain:

119.   Do you or anyone close to you work with or around formaldehyde, or

products that contain formaldehyde?

_____Yes          Who: _____

☒ No

_____Unsure

If "Yes", please explain the circumstances and what it was used for:

120.   Based on your experience and what you have heard/read, have you formed

any opinions about the overall effects, if any, of formaldehyde exposure on a

person?

_____Yes          ☒ No

If "Yes", what is your opinion?

121.   How dangerous do you think it is for someone to be exposed to

formaldehyde.

____ Very   ____ Somewhat   ____ Not very   ____ Not at all   ☒ Unsure

122.  Have you, or anyone you know, ever been screened or tested to determine if you might have a formaldehyde-related condition?

_____Yes          Who: _____ When:_____

__X__No

123.  Do you claim to have, or do you know anyone who claims to have, a disease or injury associated with formaldehyde exposure?

_____Yes          __X__ No

If "Yes", please explain:


124.  Have you attended any meetings about filing lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          __X__No

If "Yes", state where, and what you have seen/heard or read:

125. Have you seen, heard or read anything about lawsuits brought by some of the occupants of FEMA emergency housing units in which the occupants claim injury or disease because of their alleged exposure to formaldehyde?

_____Yes          _____No          X_____Unsure

If "Yes" or "Unsure", please explain:

IT IS possible THAT I HAVE, BUT I HAVE NO memory OF Any

126. Have you seen/heard or read any advertisements from lawyers about lawsuits involving alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          _____No          X_____Unsure

If "Yes" or "Unsure", please explain:

SAME AS ABOVE

127.   Do you, a family member, or anyone close to you believe you have or they

have a claim concerning alleged injuries from living in a FEMA-provided

emergency housing unit (travel trailer, park model or manufactured housing

(mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

__X__No

_____Don't know

128.   Is there anything you can think of that would give you trouble being open-

minded in a case involving  a person suing the trailer manufacturers,

installation and maintenance contractors, and FEMA for formaldehyde

exposure from their FEMA-issued trailers?

*NO*

129.  If chosen as a juror, you should know that the trial of this case <u>may</u> take two

full work weeks (Monday through Friday).  Would this present such a severe

personal or economic hardship for you that you believe you could not serve

as a fair and impartial juror?  If so, please explain why (including specific

information as to the nature of your hardship, or indicate that you would like

to speak to the Court privately about the matter).

*NO*

I swear that the answers that I have given are true and correct to the best of

my knowledge.

Print Name: *CHARLES Smallwood*

Signature: _____

Date: _7/20/09_____