## JUROR QUESTIONNAIRE

Full Name: _Roy Pierce_____   Male __✓__   Female _____

Date of Birth: _12-8-1965_____

Place of Birth: _Baton Rouge, La_____

**Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury. A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.**

**This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible. You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror. If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff. Please recognize that there are no right or wrong answers to this questionnaire. If you feel you**

1

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1.    What is your current residence address?

325 Woodland Dr
Boutte, La 70039

2.    How long have you lived in this area of Louisiana?

15 years

3.    What other cities and states have you lived in during the last ten years?

Just this one

4.    Where did you grow up?    Baton Rouge, La

5.    Do you:

_____Own your home        ___Rent your home

_____ Live with homeowners of the residence

6.    Is your residence a house, apartment, condominium or mobile home?

House

7.    What is your current marital status?

___Single    ___Married    ✓Divorced    ___Widowed    ___ Life Partner

8.   Do you have children?   ✓ Yes    _____ No

If "Yes", please list their ages, highest level of school completed, and

occupations:   16 years old / SENIOR IN High School Now

9.   Are you primarily responsible for making financial decisions and taking care

of financial matters in your family?   ✓ Yes    _____ No

If "Yes", please explain:

live alone

10.   Describe your educational background:

What was the highest level of school you completed?

Highschool Plus Some Computer/colage Courses

If college, what was your major/primary area(s) of study?

What degrees or certificates did you attain, if applicable:

List any technical courses you have taken:

Computer Classes

3

11.   What is your current employment status?

_____✓ Full-time   _____ Part-time   _____ Self-employed   _____ Retired

_____ Homemaker   _____ Student   _____ Disabled   _____ Unemployed

_____ Other: _____

Please list your current or most recent occupation:

Name of employer: Nicoll's Limousine

Type of business: Limousine

Years employed by this employer: 9

Current job duties: Driver

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain:

yes / Did we did Away with that Part of Business

Number of individuals you supervise, if any:

4

12. For the last five years, please list your employers and the job duties you had for each.   Nicoll's Limousine

Driver

13. If you are or were ever married, have or had a life partner, please state the following for your spouse or partner:

Highest level of education completed and degrees attained, if applicable:   Some College

Name of current or last known employer and job duties:   UNK

14. Are you parents living?

**Mother:** ____ Yes      _____ No    **Father:** ____ Yes      _____ No

15.   What are your parents' primary occupations (If retired or deceased, previous

occupations):

Mother: _Book Keeper_

Father: _Resturont Manager_

16.   Do you, your spouse/partner or any member of your immediate family belong

to a Labor Union?       ____ Yes       ____ No

If "Yes", which union: _____

17.   Have you, your spouse/partner or any member of your immediate family ever

served in the military? If so, please state:

Which branch of service?        N/A

What was your/their military occupational specialty?

What was your/their current or most recent rank?

Number of years of service?

18.  What social, civic, professional, religious, trade or other organizations are

you or your spouse/partner affiliated with?

*Central Masonic Lodge # 442 /Baton Rouge*

Describe any offices held:

19.  Voter Registration:

_____✓_Democrat   _____Republican   _____Independent

_____Other: _____

20.  Have you ever held or sought political office?   _____ Yes   __✓__ No

If "Yes", what office?

21.  Did you vote in the last presidential election?   __✓__Yes   _____ No

22.  Did you vote in the last congressional election in your district?

__✓__ Yes   _____ No

23.  Did you vote in the last mayoral (or parish president) election where you

live?

__✓__ Yes   _____ No

24.  When you are in a group, how often would you say that you speak out or take

a leadership position?

_____ Frequently

_____✓ Occasionally

_____ Seldom

_____ Never

25.  If selected as a juror, you will be asked to maintain your honest beliefs about
what the evidence shows, while at the same time giving full consideration to
the views of other jurors without hesitation to re-examine your own opinion
and change your mind, if convinced that you are wrong.  Do you believe this
will be possible for you?  __✓_ Yes  ___ No

If "No", please explain in full your concerns about this.

26.  What are your three principal sources of news? (Circle no more than three)



Newspapers              Magazines

Local TV News           National TV News

Radio                   TV Talk Shows

Internet                Other _____

27.    Do you believe that the news media:

        ___Is always accurate

        ✓Is usually accurate

        ___Is rarely accurate

        ___Is never accurate

        ___Unsure

28.    What television programs do you watch regularly (including news

programs)?    *Miami Vice*
*Today Show*

29.    What do you like to do in your spare time (hobbies, recreations, or pastimes)?

*Golf / See My Son In B.R*

30.    Do you  own a computer, or have routine access to one?

    ✓Yes        _____No

If "Yes", what image do you currently maintain as your screen saver on that

computer?    *One from the factory*

31.   What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)?   *E Bay*

32.   Do you access one or more blogs on the Internet at least on a weekly basis?

_____ Yes        ~~0~~ No

If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33.   Do you have any bumper stickers on your car(s)?  If "Yes", what do they say?

*LSU*

34.   Within the past five years, have you experienced any of the following events: (Circle all that apply)

Loss of employment

Serious financial hardship

Major hospitalization

Surgery

Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35.   Compared to others you know, would you describe yourself as an unusually sympathetic person?

_____ Yes       _____ No  Please explain:

I Dont Give to Everyone Standing on Street Corner,

36.   Have you/anyone close to you ever received:   NO

____Disability Insurance      ____Unemployment Compensation

____Public housing assistance      ____Worker's Compensation

____Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

37.   Have you, your spouse/partner or any member of your immediate family ever worked for a federal, state, or local government agency or held a government office?  If "Yes", please state:

Which government agency?   _City of BR / State_

What does the agency do?
_EBR Library / Education_

What was your/their job title?
_Finacial_

What were your/their job duties?

What were your/their dates of employment?
_Employed Now_

38.   Have you, your spouse/partner or any member of your immediate family ever owned or managed a business?  _____ Yes        _____ No

If "Yes", please explain:

39.    Do you, or any family member, have any training, experience and/or knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?    Self ("S") or Family ("F")?

| | | |
|---|---|---|
| Medicine/Healthcare | S | F |
| Laboratory   Work | S | F |
| Construction | S | F |
| Furniture/Carpet/Textiles | S | F |
| Mortuary | S | F |
| Safety Products | S | F |
| Safety Practices | S | F |
| Journalism/TV/Media | S | F |
| Emergency Services | (S) | F |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | (F) |
| Government/FEMA | S | F |
| Social Work | S | F |
| Workplace Safety | (S) | F |

13

Environmental Regulations          S          F

Recreational Vehicle Industry      S          F

Manufactured Housing Ind.          S          F

Toxicology                         S          F

Psychology/Social Work             S          F

Woodworking                        S          F

Quality Assurance                  S          F

Product Design/Manufacturing       S          F

Consumer Product Testing           S          F

Chemistry                          S          F

Biology                            S          F

Toxic/Hazardous Materials          S          F

Insurance/Claims Handling          S          F

Investigative Work                 (S)        F

Contracts                          S          F

Contract Negotiation/Enforcement   (S)        F

Volunteer Work                     (S)        F

Wood Products                      S          F

If you answered "Yes" to any of the above, please explain the extent of the

experience/training:

*I WAS IN Law ENforcement for 6 years*
*Did WORK AS a Contract Negotater for*
*AVONDale*

40.   Have you or someone close to you ever worked as a builder or contractor?

_____ Yes        __✓__ No  If "Yes", please explain:

41.   Have you or someone close to you worked as a contractor for the U.S.

Government? _____ Yes        __✓__ No        If "Yes", please explain:

42.   Have you or someone close to you ever worked for or with any regulatory

agency?   _____ Yes        __✓__ No      If "Yes", please explain:

43.     Have you or someone close to you ever had the responsibility for insuring compliance with any government standards or regulations?

_____ Yes        _____ No      If "Yes", please explain:

44.     Have you or someone close to you ever had the responsibility of writing, training or enforcing health or safety policies and practices?

_____ Yes        _____ No   If "Yes", please explain:

45.     Have you, any family member or a close friend ever been warned, reprimanded or otherwise disciplined for a health or safety policy/rule violation?

_____ Yes        _____ No   If "Yes", please explain:

46.     Have you, or someone close to you, ever worked with, or around hazardous materials?        _____ Yes        _____ No   If "Yes", please explain:

47.     Do you have a regular, or family, doctor?        _____ Yes        _____ No

48.    Please list any medical conditions for which you are currently being treated:

*Thyroid / Diabetic*

49.    How often do you go to the Doctor?    *Regularly*

50.    What type of health care plan do you have?    *PPO.*

51.    What type of healthcare facility do you usually use?    *Ochsner*

52.    How would you rate your basic state of health?

_____ Poor, often sick      _____ Average      ✓ Good, seldom sick

53.    To what extent do you believe you have control over your health?

_____ ✓ I feel my health is largely within my control

_____ I feel my health is somewhat within my control

_____ I feel my health is somewhat outside my control

_____ I feel my health is largely outside my control

54.    Have you or anyone in your family suffered from asthma, allergies, other

respiratory illness, or any autoimmune disorder?

_____ Yes      ✓ No

If "YES", what is/was the medical diagnosis of your condition, if any:

17

If "YES", please list any substances to which you are allergic:

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?

55.   Have you ever smoked?

_____ Yes          __✓__ No

If "YES", do you still smoke?    _____ Yes        _____ No

If "YES", how long have you been a smoker? ____Months ____Years

If "YES", number of packs per day: _____

If "YES", how many times have you tried to stop? _____

If "Yes", do you smoke inside your home? ____ Yes        _____ No

56.     Which of the following statements about smoking do you think is most

        correct?

        _____People who smoke are addicted and are not personally responsible for

        their continued smoking

        _____Smoking is a bad habit, and people can quit if they really want to

        ___✓__Neither

57.     Have you or anyone close to you ever been unable to work due to a serious

        medical problem, permanent injury or disability?

        ___ Yes, I have        ___ Yes, someone close to me has      ✓ No

        If "YES", please explain:

58.     Have you, any family members, or close friends ever had a loved one injured

        or die as a result of wrongdoing or the negligence of another party?

        _____ Yes      __✓_ No

        IF "YES", please explain who was involved and what happened:

59.    Have you, a family member, or anyone close to you ever been injured by a

       product you thought was defective?

              ___Yes              Who? _____

              ___No

              ___Maybe            Who? _____

              Please explain:


60.    Have you ever served on a jury?

       _____Yes:          _____Civil           _____Criminal

       How many times?

       If "YES", please indicate the type of case(s):


       If "YES", was a verdict reached?

       _____ Yes        _____ No

       If "YES", did you serve as the foreperson?

       _____ Yes        _____ No

61.   Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

_____✓_____ Yes        __'_____ No

If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case): Sister IN law / Wrongful Dismissal

62.   Have you or someone close to you ever been sued or threatened with a suit by someone else?          _____ Yes        _____✓ No

If "Yes", explain:

63.   Have you ever felt you had reason to sue but decided not to?

_____ Yes        _____✓ No  If "Yes", please explain:

64.   Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?        _____ Yes        _____✓_____ No

If "Yes", please describe the dispute, who was involved, and the outcome.

21

65.   Do you believe too many people too often file frivolous lawsuits to address

grievances? _____Yes _____No   Explain (optional).

66.   Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

_____ Yes _____No   Please explain:

*Depends on amount of Damages*

67.   Do you support legislative reforms to place caps or limits on the amount of

money juries can award? _____ Yes _____No   If "Yes", please explain:

*Amount of Damages / gross Neglience*

68.   On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1     2     3     4     5     6     7     (8)     9     10

69.   Do you think corporations have an unfair advantage or disadvantage in the
courtroom?

_____ Yes       _____ No     Please explain:

Deeper $ Pockets

70.   Do you think our system of lawsuits gives an unfair advantage or
disadvantage to people who file lawsuits?       _____ Yes       _____ No
Please explain:

71.   Do you feel you could fairly decide a lawsuit involving an individual against
a corporation?   _____ Yes   _____ No

72.    Have you or a family member ever had a serious, negative dispute with a
manufacturer over the quality of a product?   _____ Yes       _____ No

IF "Yes", please explain:

73.    How much confidence do you have in major companies in our country?

_____ A great deal of confidence

_____ Only some confidence

_____ Hardly any confidence

74.    To what extent do you believe that corporations conspire together to hide

important health and safety information from the public?

_____ I am positive they conspire          _____ I suspect they conspire

_____ I am doubtful they conspire          _____ I do not believe they conspire

75.    Which statement do you agree with more? (Check one)

_____ (a) Most companies try to conduct their business profitably in an honest

and ethical manner.

-OR-

_____ (b) Most companies try to do anything they can to make the highest profit

possible, without regard to honesty and/or ethics.

76.    Before putting a product on the market, do you believe the typical American

company does safety testing of that product that is:

_____Adequate          _____Inadequate          _____Very inadequate

77.    Do you think corporations generally try to make their products safe?

_____ Yes        _____ No

78.    Do you have any concerns about holding a product manufacturer legally responsible if a user or consumer of the product gets sick from exposure to hazardous air pollutants emitted from the product?    _____ Yes    _____ No

If "Yes", please explain your concerns.

79.    Do you think the government should provide "free" health care for all citizens?

_____ Yes        _____ No

80.    Generally, do you believe that it is the government's responsibility, in the face of a disaster, to ensure that all displaced individuals are provided with some form of housing?    _____ Yes        _____ No

If "Yes", please explain why you believe this.

ONly for A Short
Time Period,

25

81.   Do you have general concerns about how the Federal Government spends
      money, operates, or treats its citizens, which would influence your ability to
      be a fair and impartial juror in this case?   ___Yes   ✓ No

      If "Yes", please explain why this is so.

82.   Do you agree or disagree with the following statements?

      a.   If a person claims injury, or health or safety concerns, based upon
           actions taken by  the government in an emergency, the government
           should pay for the injury, or health or safety concerns,  even when
           there is no proof that the government did something wrong.

           ___Agree strongly

           ____ Agree

           ✓ Disagree

           ____ Disagree strongly

           _____ Not sure

b.    Individuals receiving emergency assistance from the government after a natural disaster should have no right to sue the federal government over injuries, or health or safety concerns, that they believe to be related to the government assistance?

_____Agree strongly

___ Agree

✓_____ Disagree

_____ Disagree strongly

___ Not Sure

83.    Do you feel you could fairly decide a lawsuit between an individual and the government?    ✓_____ Yes    _____ No

84.    How much confidence do you have in our country's government?

✓_____ A great deal of confidence

_____ Only some confidence

_____ Hardly any confidence

85. Do you agree or disagree with the following statement: Overall, the government does a good job of protecting the public from toxic substances in the environment.

_____Agree strongly

___✓___ Agree

_____ Disagree

_____ Strongly disagree

_____ Not sure

86. Have you, or anyone close to you, ever worked in a job where you/they had contact or familiarity with OSHA or HUD standards?

_____ Yes        __✓__No

IF "Yes", who?

87. Overall, what kind of job would you say government agencies (such as Housing and Urban Development ("HUD") and the Occupational Safety and Health Administration ("OSHA")) do making manufacturers, employers and employees follow safety regulations?

__✓__Good   ___Okay   ____Not very good   ____Bad   _____No opinion

88. Do you consider yourself an "environmentalist"?   _____ Yes   _✓_ No

89.   Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?   _____ Yes   _____ No

IF "Yes", which one(s):

90.   Do you have any health or safety concerns about where you live or work?

_____ Yes   _____ No   IF "Yes", please explain:

91.   Have you ever experienced any of the following problems in your home,

condo, or apartment?

___ sick building syndrome       ___ toxic mold       ___ asbestos exposure

___ recurring indoor mold or mildew   ___ chemical exposure

92.   How often do you question your personal safety on a day-to-day basis?

_____ Frequently   _____ Sometimes   ✓ Rarely, if ever

93.   How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very   _____ Somewhat   _____ Not very or not at all

94.     Have you, a member or your family or someone close to you, ever been

        exposed to substances or chemicals which were a potential health hazard?

            ____ Yes            ____ No    IF "Yes", please explain:

95.     Have you, a member of your family or someone close to you, ever been

        injured as a result of exposure to hazardous substances or chemicals?

            ____ Yes            ____ No    IF "Yes", please explain:

        If YES, how seriously were you injured:

            ____ Very      ____ Somewhat      ____ Not very or hardly at all

96.     If a company exposed consumers to any kind of toxic substance responsible

        for a related disease, I would (check one):

        _____Always find the company liable

        _____Never find the company liable

        _____Depends on the facts of the case

97.   Have you, your spouse/partner or any member of your immediate family ever

owned, used or resided in a travel trailer, park model, manufactured housing

(mobile home) unit or any recreational vehicle? _____Yes _____No

If "Yes", who was the manufacturer and what was the brand name or model?

98.   Have you, any member of your immediate family, or anyone you know ever

had a complaint about the quality of construction in your/their residence?

_____ Yes     _____ No     If "Yes", please explain who was involved and what

happened:

99.   Have you or anyone close to you lived in, worked in, gone to school in,

visited or temporarily occupied a motor home, recreational vehicle (RV),

and/or a manufactured housing (mobile home)unit? _____ Yes _____ No

If "Yes", please explain:

100. Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

___Yes          ___No     If "Yes", please explain:


101. Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

___Yes    ___No     Please explain:


102. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?          ___Yes          ___No

103. Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?          ___Yes     ___No

104. Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?          ___Yes     ___No

105.  Have you, your spouse/partner or any member of your immediate family ever

had a relationship or some business connection with Fluor Enterprises, Inc.?

___Yes    ✓ No

106.  Do you have any opinions about companies that manufacture

travel trailers, park models or manufactured housing that would make you

favor one side over the other in a lawsuit between an emergency aid recipient

and the manufacturer of travel trailers, park models or manufactured housing?

____Yes    ✓ No    ___Maybe

Please explain which side you would favor and why?

107.  In the aftermath of a disaster, who do you believe is <u>most</u> responsible for

providing housing assistance to those without housing?

✓ Federal Government    ____State Government

____Local Government    ____None of the Above

108.   Do you believe that FEMA generally:

_____Does a good job helping people after disasters

__✓__Does an "okay" job helping people after disasters

_____Does a poor job helping people after disasters

_____Only makes disasters worse

_____Unsure

Please explain why you believe this.

*The Past/could of Done Better In Prior Responses/But who would os Emagined What Happened*

109.   Have you/anyone close ever had personal experience/contact with FEMA?

_____Yes          __✓__No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

110.   Have you/anyone close to you ever received:

_____FEMA Rental Assistance          _____FEMA Issued Housing Unit

_____FEMA Hotel Assistance           _____FEMA Relocation Assistance

_____FEMA Financial Assistance       _____Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:

*Not that I know of*

111.   If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

_____I have never sought disaster aid or relief from FEMA

_____I was treated well

_____I was treated satisfactorily

_____I was treated poorly

_____I was mistreated by FEMA

Please explain your answer:

*Only got Normal Assistance*
*After Katrina Nothing Big*

35

112. Did you, any family member or close acquaintance experience property damage or personal injury as a result of Hurricane Katrina or Rita?   *NO*

If "Yes", explain what property damage or injury you/they experienced.

Did you/they seek aid from FEMA?   _____Yes          _____No

Who was injured?

How seriously were you/they injured?

__ Very     __ Somewhat     __ Not very or hardly at all

113. Were you or any family member or close acquaintance displaced from your/their residence as a result of Hurricane Katrina or Rita?

_____Yes        ✓_____No

If "Yes", explain your relationship with these individuals, and indicate if they received emergency housing assistance from FEMA.

114. Do you believe that the damage caused by Hurricane Katrina to this part of Louisiana was the fault of the Federal Government?   ___Yes  ✓___No

If "Yes", please explain why you believe this.

115.  Have you, any family member or any close acquaintance of yours ever resided in housing provided by FEMA or any government agency following a natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes        ✓____No

If "Yes", identify the individual(s) receiving this housing assistance and your relationship to the individual(s) and the type of housing assistance provided.

116.  Do you have any opinions about companies that FEMA contracted with to install and maintain travel trailers, park models or manufactured housing (mobile homes) that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the company that installed and maintained the travel trailers, park models or manufactured housing (mobile homes)?

_____Yes     ✓__No        _____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117. Have you, a family member, or anyone close to you ever suffered from a disease or injury that you believe was caused by living in an emergency housing unit (travel trailer, park model or manufactured housing)?

       \_\_\_\_Yes        Who: _____

       ✓\_\_\_\_No

       \_\_\_\_Maybe    Who: _____

       Please explain:

118. Have you heard about or discussed the topic of formaldehyde exposure with anyone?

       \_\_\_\_Yes        ✓\_\_\_\_No

       If "Yes", please explain:

119.   Do you or anyone close to you work with or around formaldehyde, or products that contain formaldehyde?

_____Yes            Who: _____

__✓__No

____Unsure

If "Yes", please explain the circumstances and what it was used for:

120.   Based on your experience and what you have heard/read, have you formed any opinions about the overall effects, if any, of formaldehyde exposure on a person?

_____Yes            __✓__No

If "Yes", what is your opinion?

121.   How dangerous do you think it is for someone to be exposed to formaldehyde.

____ Very    __✓__ Somewhat    ____ Not very    ____ Not at all    ____Unsure

122. Have you, or anyone you know, ever been screened or tested to determine if you might have a formaldehyde-related condition?

_____Yes          Who: _____     When:_____

_____No

123. Do you claim to have, or do you know anyone who claims to have, a disease or injury associated with formaldehyde exposure?

_____Yes               _____No

If "Yes", please explain:

124. Have you attended any meetings about filing lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          _____No

If "Yes", state where, and what you have seen/heard or read:

125. Have you seen, heard or read anything about lawsuits brought by some of the occupants of FEMA emergency housing units in which the occupants claim injury or disease because of their alleged exposure to formaldehyde?

_____Yes            ___✓_No                _____Unsure

If "Yes" or "Unsure", please explain:

126. Have you seen/heard or read any advertisements from lawyers about lawsuits involving alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          ___✓_No         ___Unsure

If "Yes" or "Unsure", please explain:

41

127. Do you, a family member, or anyone close to you believe you have or they have a claim concerning alleged injuries from living in a FEMA-provided emergency housing unit (travel trailer, park model or manufactured housing (mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

__✓__No

_____Don't know

128.  Is there anything you can think of that would give you trouble being open-minded in a case involving  a person suing the trailer manufacturers, installation and maintenance contractors, and FEMA for formaldehyde exposure from their FEMA-issued trailers?

NO

129.   If chosen as a juror, you should know that the trial of this case <u>may</u> take two

full work weeks (Monday through Friday).  Would this present such a severe

personal or economic hardship for you that you believe you could not serve

as a fair and impartial juror?  If so, please explain why (including specific

information as to the nature of your hardship, or indicate that you would like

to speak to the Court privately about the matter).

I swear that the answers that I have given are true and correct to the best of

my knowledge.

Print Name:  _Roy Pierce_

Signature:  _____

Date:  _7-28-09_