O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

PAUL VOLLENTINE, ET AL. )
Plaintiff )
v. )   Civil Action No. 2:09-cv-5529
RECREATION BY DESIGN, LLC, ET AL. )
Defendant )
)
)

## Summons in a Civil Action

To: *(Defendant's name and address)*

Recreation by Design, LLC
Through its registered agent for service:
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*[Deputy clerk's signature]*

Sep 28 2009

Date: _____

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Recreation By Design, LLC</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9480</u>**

Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

      Re:   *Paul Vollentine, et al, v Recreation By Design, LLC, et al.*
              EDLA, Case No: 09-5529

Dear Sir/Madam

Please accept service on behalf of Recreation By Design LLC

                          Very truly yours,

                          Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Recreation By Design, LLC
   Through its Agent for Service of Process
   Randall K. Rush
   21746 Buckingham Rd.
   Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Kay Lent*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): KAY LENT

C. Date of Delivery: 10/5/09

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8687 9480

PS Form 3811, February 2004    Domestic Return Receipt   5529    102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — OCT 1 2009 — New Orleans USPS

Sent To: Recreation By Design, LLC
Through its Agent for Service of Process
Randall K. Rush
21746 Buckingham Rd. Elkhart, IN 46516

PS Form 3800, August 2006    See Reverse for Instructions

7009 1680 0001 8687 9480