**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 07-1873** |
| | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | **MAGISTRATE CHASEZ** |
| **Coleman, et al. v. American International Specialty Lines Ins. Co., # 09-3851** | |

### ORDER

Considering the attached motion,

IT IS HEREBY ORDERED that Charles E. Leche of the law firm of Deutsch, Kerrigan & Stiles, LLP, be substituted in place and in stead of Richard M. Simses and Paul M. Lavelle of Beirne, Maynard & Parsons, LLP, as counsel of record for American International Specialty Lines Insurance Company in the captioned proceeding.

New Orleans, Louisiana, this _____ day of October, 2009.

_____

UNITED STATES DISTRICT JUDGE