# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



| WILBERT SHERMAN ET AL | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09-cv-4018 |
| CH2M HILL CONSTRUCTORS INC., ET AL | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Starr Excess Liability Insurance Company, Ltd.
Through its registered agent for service:
Through its CEO
175 Water Street
19th Floor
New York, NY 10038

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Starr Excess Liability Insurance Co., Ltd, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title: Lawrence J. Centola, Jr. Attorney

Server's address: 600 Carondelet St., Suite 602, New Orleans, LA 70130

September 28, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9831</u>**

Through the CEO
175 Water St, 19th Floor
New York, NY 10038

  Re: *Wilbert Sherman, et al. v CH2M Hill Construcotrs, Inc., et al.*
     EDLA, Case No: 09-4018

Dear Sir/Madam

  Please accept service on behalf of Starr Excess Liability Insurance Company, Ltd.

           Very truly yours,

           Lawrence J. Centola Jr.

LC:tjb
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Starr Excess Liability Insurance Company**
*Through its CEO*
175 Water Street, 19th Floor
New York, NY 10038

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Duane Ofaire_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Dunne Ofaire    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)   7009 1680 0001 8687 9831

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees    $

Postmark Here

7009 1680 0001 8687 9831

STARR EXCESS LIABILITY INSURANCE COMPANY
Through its CEO
175 Water Street, 19th Floor
New York, NY 10038

PS Form 3800, August 2006    See Reverse for Instructions