AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| ALLSEE TOBIAS, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-3872 |
| ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES, ET AL. ) | |
| Defendant ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES
Through its Registered Agent for Service:
Glinn H. Spann
734 East Main St.
Adrian, GA 31002

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Loretta G. Whyte

Deputy clerk's signature

Date: _____

Sep 28 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Alliance Homes, Inc. d/b/a Adrian Homes</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 25, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9978</u>**

Glinn H. Spann
734 East Main St.
Adrian, GA 31002

      Re:   *Allsee Tobias, et al. v Alliance Homes, Inc. d/b/a Adrian Homes, et al.*
              EDLA, Case No: 09-3872

Dear Sir/Madam

    Please accept service on behalf of Alliance Homes, Inc. d/b/a Adrian Homes.

                                      Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jdc
See Enclosures

