# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



MARSHA WILLIAMS ET AL )
Plaintiff )
v. )   Civil Action No. 2:09-cv-4011
FOREST RIVER, INC., ET AL )
Defendant )
)
)
)

## Summons in a Civil Action

To: *(Defendant's name and address)*

CH2M Hill Constructors, Inc.
Through its registered agent for service:
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
_____
Name of clerk of court

_____
Deputy clerk's signature

Date:   Sep 25 2009

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>CH2M Hill Constructors, Inc.</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title   <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address   <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 25, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 4228</u>**

CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

    Re:   *Marsha Williams v Forest River, Inc., et al.*
           EDLA, Case No: 09-4011

Dear Sir/Madam

    Please accept service on behalf of CH2M Hill Constructors, Inc.

                             Very truly yours,

                             Lawrence J. Centola Jr.

LC:tjb
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Deliver |
| 1. Article Addressed to:<br><br>**CH2M Hill Constructors, Inc.**<br>through its registered agent for service:<br>CT Corporation System<br>5615 Corporate Blvd., Ste. 400B<br>Baton Rouge, Louisiana 70808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>CT, a Wolters Kluwer business<br>5615 Corporate Blvd, Ste 400B<br>Baton Rouge, LA 70808 |
|  | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0001 3450 4228 |

PS Form 3811, February 2004     Domestic Return Receipt  4011     102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Postmark Here — MOWS NEW ORLEANS LA SEP 29

Sent To
CH2M Hill Constructors, Inc.
through its registered agent for service:
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

7009 2250 0001 3450 4228