# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SYBIL YVETTE DAVIS, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.  2:09-cv-4032 |
| DS CORP D/B/A CROSSROADS RV, ET AL ) | |
| Defendant ) | |
| ) | |
| ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

> DS Corp d/b/a Crossroads RV
> Through its registered agent for service
> CT Corporation System
> 36 Pennsylvania St., #700
> Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Lawrence J. Centola, Jr.
> 600 Carondelet St. Ste. 602
> New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

*B. Gregory*

Deputy clerk's signature

Date: _____ **Sep 25 2009**

O AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on DS Corp. d/b/a CrossRoads RV by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  __by certified mail_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date:  7 October, 2009_____

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 23, 2009

**_CERTIFIED MAIL: 7008 3230 0001 4497 2141_**

CT Corporation System
36 S Pennsylvania St., #700
Indianapolis, IN 46204

      Re:    *Sybil Yvette Davis, et al. v DS Corp d/b/a CrossRoads RV, et el.*
              EDLA, Case No: 09-4032

Dear Sir/Madam

Please accept service on behalf of DS Corp.

Very truly yours,

Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**DS Corp.**

Through its Agent for Service of Process
CT Corporation System
36 S. Pennsylvania St. Suite 700
Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Terry Wood_     ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name) Terry E. Wood     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

OCT - 6 2009

USPS

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

7008 3230 0001 4497 2141

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-154(

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

OCT - 6 2009

7008 3230 0001 4497 2141

DS Corp.
Through its agent for Service of Process
CT Corporation System
36 S. Pennsylvania St. Suite 700
Indianapolis, IN 46204

PS Form 3800, August 2006     See Reverse for Instructions