UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | MAGISTRATE CHASEZ |
| Jean Adams, et al. v. Fleetwood Canada,<br>Ltd., et al., # 09-4371 | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant, American International Specialty Lines Insurance Company, moves the court to substitute Charles E. Leche, of the law firm of Deutsch, Kerrigan & Stiles, LLP, in place and in stead of Richard M. Simses and Paul M. Lavelle of the law firm of Beirne, Maynard & Parsons, LLP, as its counsel of record in the captioned proceeding. This motion is submitted jointly by withdrawing counsel and counsel to be substituted.

Pursuant to LR 11.2, the said Charles E. Leche shall be designated as "Trial Attorney."

Counsel show that this substitution will not delay these proceedings.

Respectfully submitted, this 21st day of October, 2009.

/s/  Richard M. Simses

_____
RICHARD M. SIMSES (#12306)
PAUL M. LAVELLE (#08134)
Beirne, Maynard & Parsons, L.L.P.
1100 Poydras St., Suite 2900
New Orleans, LA  70163
Telephone:   504 799 2223
Fax:              504 799 2224
E-mail:         Rsimses@bmpllp.com

/s/  Charles E. Leche

_____
CHARLES E. LECHE (#8218), T. A.
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:   (504) 581-5141
Direct line:   (504) 593 0790
Fax:              (504) 566 1201
E-mail:         cleche@dkslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was filed electronically using the ECF system on this 21st day of October, 2009.

            */s/ Charles E. Leche*

            _____
            CHARLES E. LECHE

#1281618v1<DKS> -091021. Motn Subst Cnsl of Rcrd - Motn