# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA


**RETURN**

| | |
|---|---|
| RICHARD PECOT, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-3985 |
| FLUOR ENTERPRISES, INC., ET AL. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Sentry Insurance a Mutual Company
Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Sentry Insurance A Mutual Co</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) __by certified mail_____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: **7 October, 2009**

Server's signature _____

Printed name and title __Lawrence J. Centola, Jr. Attorney__

Server's address __600 Carondelet St., Suite 602, New Orleans, LA 70130__

September 23, 2009

***CERTIFIED MAIL: 7008 3230 0001 4497 1908***

The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

   Re: *Richard Pecot, et al. v Fluor Enterprises, Inc., et al.*
     EDLA, Case No: 09-3985

Dear Sir/Madam

  Please accept service on behalf of Sentry Insurance Mutual Co.

          Very truly yours,

          Lawrence J. Centola Jr.

LC:tjb
See Enclosures

