# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

ADA HOLMES, ET AL.
Plaintiff
v.
SOUTHERN ENERGY HOMES, INC.
Defendant

Civil Action No. 2:09-cv-3996

## Summons in a Civil Action

To: *(Defendant's name and address)*

Southern Energy Homes, Inc.
Through its registered agent for service:
CT Corporation System
5615 Corporate Blvd.
400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Sep 30 2009**

Loretta G. Whyte

_____
Deputy clerk's signature

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Southern Energy Homes, Inc._____, by:

(1) personally delivering a copy of each to the individual at this place, _____ ;or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 30, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3449 7438</u>**

The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

      Re:    *Ada Holmes, et al. v Southern Energy Homes, Inc.*
               EDLA, Case No: 09-3996

Dear Sir/Madam

Please accept service on behalf of Southern Energy Homes, Inc.

                                       Very truly yours,

                                       Lawrence J. Centola Jr.

LC:jdc
See Enclosures

