# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| ROY C. SMITH, ET AL. | )|
|---|---|
| Plaintiff | )|
| v. | ) Civil Action No. 2:09-cv-3883 |
| CH2M HILL CONSTRUCTORS, INC., ET AL. | )|
| Defendant | )|

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Starr Excess Liability Insurance Company, Ltd.
Through its registered agent for service:
Through its CEO
175 Water Street
19th Floor
New York, NY 10038

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Deputy clerk's signature*

Date: Sep 25 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Starr Excess Liability Insurance Co., Ltd, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify)  by certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date:  7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 28, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 9824**

Through the CEO
175 Water St, 19th Floor
New York, NY 10038

      Re:   *Roy C. Smith, et al. v CH2M Hill Construcotrs, Inc., et al.*
             EDLA, Case No: 09-3883

Dear Sir/Madam

    Please accept service on behalf of Starr Excess Liability Insurance Company, Ltd.

                          Very truly yours,

                          Lawrence J. Centola Jr.

LC:tjb
See Enclosures

