# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| VANESSA JOHNSON ET AL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09-cv-4008 |
| TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING, ET AL | ) |
| Defendant | ) |
| | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
James Brotherson
317 W. Franklin St.
Elkhart , IN  46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

_____
Name of clerk of court

Sep 25 2009

_____
Deputy clerk's signature

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

Q AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <span style="font-size:small">Timberland RV Co.  d/b/a Adventure Manufacturing</span> _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with

_____

   who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) ___by certified mail_____

_____

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 7 October, 2009 _____

Server's signature

Printed name and title    Lawrence J. Centola, Jr. Attorney

Server's address          600 Carondelet St., Suite 602, New Orleans, LA 70130

September 25, 2009

**_CERTIFIED MAIL: 7009 2250 0001 3450 4037_**

James Brotherson
317 W. Franklin St.
Elkhart , IN  46516

   Re: *Vanessa Johnson v Timberland RV Company d/b/a Adventure*
      *Manufacturing, et al.*
      EDLA, Case No: 09-4008

Dear Sir/Madam

  Please accept service on behalf of Timberland RV Company d/b/a Adventure
Manufacturing.

        Very truly yours,

        Lawrence J. Centola Jr.

LC:tjb
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timberland RV Company d/b/a
Adventure Manufacturing
Through its Agent for Service of Process
James Brotherson
317 W. Franklin St. Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Christopher D. Kenley*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Chris Kenley

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7009 2250 0001 3450 4037

PS Form 3811, February 2004      Domestic Return Receipt      4008      102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $

Sent To
Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
James Brotherson
317 W. Franklin St. Elkhart, IN 46516

7009 2250 0001 3450 4037