September 17, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9329</u>**

c/o Denette Boswell
P.O. Box 40
Topeka, IN 46571

      Re:   *Leanna Griffin, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
              WDLA, Case No: 09-01019

Dear Sir/Madam

Please accept service on behalf of DS Corp. d/b/a CrossRoads RV, Inc.

                                      Very truly yours,

                                        Lawrence J. Centola Jr.

LC:jdc
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C. Stager   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>C. Stager    9-31-09 |
| 1. Article Addressed to:<br><br>DS Corp d/b/a CrossRoads RV<br>Through its Agent for Service of Process<br>c/o Denette Boswell<br>P.O. Box 40<br>Topeka, IN 46571 | D. Is delivery address different from item 1? ☐ Yes  ☑ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8687 9329 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

DS Corp d/b/a CrossRoads RV
Through its Agent for Service of Process
c/o Denette Boswell
P.O. Box 40
Topeka, IN 46571

PS Form 3800, August 2006   See Reverse for Instructions