

A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Oct 16, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

FILED  OCT 1 6 2009

**LORETTA G. WHYTE**
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 30, 2009

FILED
CLERK'S OFFICE

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                   MDL No. 1873

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-15)

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 281 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 16, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Case 2:07-md-01873-KDE-MBN   Document 5656   Filed 10/16/09   Page 2 of 8

Page 1 of 3

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                MDL No. 1873

### SCHEDULE CTO-15 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC N/5 |
|---|---|---|---|---|
| **LOUISIANA WESTERN** | | | | |
| LAW | 1 | 09-1285 | Catherine Tircuit, et al. v. Vanguard Industries of Michigan, Inc., et al. | 09-6871 |
| LAW | 1 | 09-1349 | Charvayn Baptiste, et al. v. American Camper Manufacturing, LLC, et al. | 09-6872 |
| LAW | 2 | 09-1333 | Anthony Bruno, Jr., et al. v. Gulf Stream Coach, Inc., et al. | 09-6873 |
| LAW | 2 | 09-1334 | Charles Patterson, et al. v. Gulf Stream Coach, Inc., et al. | 09-6874 |
| LAW | 2 | 09-1335 | Darlene Stagg, et al. v. Gulf Stream Coach, Inc., et al. | 09-6875 |
| LAW | 2 | 09-1336 | Debra Guillory, et al. v. Gulf Stream Coach, Inc., et al. | 09-6876 |
| LAW | 2 | 09-1337 | Francis Anthony, et al. v. Gulf Stream Coach, Inc., et al. | 09-6877 |
| LAW | 2 | 09-1338 | Lillie Andrews, et al. v. Gulf Stream Coach, Inc., et al. | 09-6878 |
| LAW | 2 | 09-1516 | Jeanette Shepherd, et al. v. Gulf Stream Coach, Inc., et al. | 09-6879 |
| LAW | 6 | 09-1000 | Larry Williams, et al. v. Superior Homes, LLC, et al. | 09-6880 |
| LAW | 6 | 09-1006 | Sonia Joseph, et al. v. Alliance Homes, Inc., et al. | 09-6881 |
| LAW | 6 | 09-1019 | Leanna Griffin, et al. v. Alliance Homes, Inc., et al. | 09-6882 |
| LAW | 6 | 09-1177 | Lynelle Ellis, et al. v. Forest River, Inc., et al. | 09-6883 |
| LAW | 6 | 09-1312 | Glenda Massey, et al. Alliance Homes Inc., et al. | 09-6884 |
| LAW | 6 | 09-1340 | Tammy Herbert, et al. v. Gulf Stream Coach, Inc., et al. | 09-6885 |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 09-509 | Mandy Carleen Allen, et al. v. Cavalier Home Builders, LLC, et al. | 09-6886 |
| MSS | 1 | 09-511 | Kristy Merwin, et al. v. Pilgrim International, Inc., et al. | 09-6887 |
| MSS | 1 | 09-512 | Roni Lynn Kelly, et al. v. R-Vision, Inc., et al. | 09-6888 |
| MSS | 1 | 09-514 | John Antoine, et al. v. Skyline Corp., et al. | 09-6889 |
| MSS | 1 | 09-515 | Mark Arthur Kline, et al. v. Starcraft RV, Inc., et al. | 09-6890 |
| MSS | 1 | 09-516 | Kolby Sean Hood, et al. v. Sunline Acquisition Co., Ltd., et al. | 09-6891 |
| MSS | 1 | 09-517 | Veronica R. Wright, et al. v. Thor California, Inc., et al. | 09-6892 |
| MSS | 1 | 09-518 | Cheryl Andrews, et al. v. Gulf Stream Coach, Inc., et al. | 09-6894 |
| MSS | 1 | 09-519 | Cheryl Andrews, et al. v. Heartland Recreational Vehicles,, et al. | 09-6895 |
| MSS | 1 | 09-520 | Dora Ann Greco, et al. v. Jayco Enterprises, Inc., et al. | 09-6896 |
| MSS | 1 | 09-521 | Sinclair L. Mixon, et al. v. Keystone RV Co., et al. | 09-6897 |
| MSS | 1 | 09-522 | Robert Moise Legendre, et al. v. Monaco Coach Corp., et al. | 09-6898 |
| MSS | 1 | 09-523 | Cheryl Andrews, et al. v. Cavalier Home Builders, LLC, et al. | 09-6899 |
| MSS | 1 | 09-524 | Patricia Antoine, et al. v. Layton Homes Corp., et al. | 09-6901 |
| MSS | 1 | 09-525 | Jacob Joseph Borrouso, et al. v. Coachmen Industries, Inc., et al. | 09-6902 |
| MSS | 1 | 09-526 | Sunshine Augustine, et al. v. Fleetwood Canada, Ltd., et al. | 09-6903 |
| MSS | 1 | 09-528 | Veronica R. Wright, et al. v. DS Corp., et al. | 09-6904 |
| MSS | 1 | 09-529 | Jeffrey Michel Graves, et al. v. Clearspring Conversions, Inc., et al. | 09-6905 |

**MDL No. 1873 - Schedule CTO-15 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC N/5 |
|---|---|---|---|---|
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 09-530 | Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al. | 09-6907 |
| MSS | 1 | 09-531 | Todd Neumann, et al. v. Champion Home Builders Co., et al. | 09-6908 |
| MSS | 1 | 09-532 | Paul Stewart v. Gulf Stream Coach, Inc. | 09-6909 |
| MSS | 1 | 09-533 | Randolph Johnson, et al. v. Fleetwood Enterprises, Inc., et al. | 09-6910 |
| MSS | 1 | 09-534 | Trey Boudreaux, et al. v. Coachman Industries, Inc., et al. | 09-6911 |
| MSS | 1 | 09-535 | Field Barnes, et al. v. Pilgrim International, Inc., et al. | 09-6912 |
| MSS | 1 | 09-536 | Francis Barrett, et al. v. Gulf Stream Coach, Inc., et al. | 09-6913 |
| MSS | 1 | 09-537 | Lillian Triplett, et al. v. Forest River, Inc., et al. | 09-6914 |
| MSS | 1 | 09-538 | Sandra Broussard, et al. v. American Camper Manufacturing, LLC, et al. | 09-6915 |
| MSS | 1 | 09-539 | Krystal Miller, et al. v. Bechtel National, Inc., et al. | 09-6916 |
| MSS | 1 | 09-540 | Leroy Agee, et al. v. Bechtel National, Inc., et al. | 09-6917 |
| MSS | 1 | 09-541 | Christopher Paige, et al. v. Bechtel National, Inc., et al. | 09-6918 |
| MSS | 1 | 09-542 | Steven Cronin, et al. v. Bechtel National, Inc., et al. | 09-6919 |
| MSS | 1 | 09-543 | Lasonya Robinson, et al. v. Bechtel National, Inc., et al. | 09-6920 |
| MSS | 1 | 09-544 | Andrea Jones, et al. v. Bechtel National, Inc., et al. | 09-6921 |
| MSS | 1 | 09-545 | Vicki Haygood, et al. v. Bechtel National, Inc., et al. | 09-6922 |
| MSS | 1 | 09-547 | Christopher Noble, et al. v. Bechtel National, Inc., et al. | 09-6923 |
| MSS | 1 | 09-548 | Bernice Thompson, et al. v. Bechtel National, Inc., et al. | 09-6924 |
| MSS | 1 | 09-549 | Theresa Burge, et al. v. Bechtel National, Inc., et al. | 09-6925 |
| MSS | 1 | 09-550 | Terriannetta Brown, et al. v. Bechtel National, Inc., et al. | 09-6926 |
| MSS | 1 | 09-551 | Sandra Dieugene, et al. v. Bechtel National, Inc., et al. | 09-6927 |
| MSS | 1 | 09-552 | Tiffinie Barnes, et al. v. Bechtel National, Inc., et al. | 09-6928 |
| MSS | 1 | 09-555 | Lowell Mitchell, et al. v. Bechtel National, Inc., et al. | 09-6929 |
| MSS | 1 | 09-558 | Toksim Wosk, et al. v. Bechtel National, Inc., et al. | 09-6930 |
| MSS | 1 | 09-559 | Charlotte Bell, et al. v. Bechtel National, Inc., et al. | 09-6931 |
| MSS | 1 | 09-561 | Kaunda Bradley, et al. v. Bechtel National, Inc., et al. | 09-6932 |
| MSS | 1 | 09-562 | James Lewis, et al. v. Bechtel National, Inc., et al. | 09-6933 |
| MSS | 1 | 09-563 | Ida Anderson, et al. v. Bechtel National, Inc., et al. | 09-6935 |
| MSS | 1 | 09-564 | Mary Crocker, et al. v. Silver Creek Homes, Inc., et al. | 09-6936 |
| MSS | 1 | 09-565 | Willie Powell, et al. v. Bechtel National, Inc., et al. | 09-6937 |
| MSS | 1 | 09-566 | Ronnie Hall, et al. v. Redman Homes, Inc., et al. | 09-6938 |
| MSS | 1 | 09-567 | Antavia McDonald, et al. v. Bechtel National, Inc., et al. | 09-6939 |
| MSS | 1 | 09-568 | Joseph Prima, et al. v. Bechtel National, Inc., et al. | 09-6940 |
| MSS | 1 | 09-569 | Jamie Lee, et al. v. Bechtel National, Inc., et al. | 09-6941 |
| MSS | 1 | 09-570 | Alijha Brown, et al. v. Dutchmen Manufacturing, Inc., et al. | 09-6942 |
| MSS | 1 | 09-571 | Robert Burrows, et al. v. Bechtel National, Inc., et al. | 09-6943 |
| MSS | 1 | 09-572 | Marvin Lott, et al. v. Gulf Stream Coach, Inc., et al. | 09-6944 |
| MSS | 1 | 09-573 | Thomas Beard, et al. v. Gulf Stream Coach, Inc., et al. | 09-6945 |

**MDL No. 1873 - Schedule CTO-15 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC N/5 |
|---|---|---|---|---|
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 09-574 | William Smith, et al. v. Bechtel National, Inc., et al. | 09-6946 |
| MSS | 1 | 09-575 | Kent Gyins, et al. v. Gulf Stream Coach, Inc., et al. | 09-6947 |
| MSS | 1 | 09-577 | Stherfia Barnes, et al. v. Monaco Coach Corp., et al. | 09-6948 |
| MSS | 1 | 09-578 | Gabriel Bullock, et al. v. Gulf Stream Coach, Inc., et al. | 09-6949 |
| MSS | 1 | 09-579 | Annetta Brown, et al. v. Palm Harbor Homes, Inc., et al. | 09-6950 |
| MSS | 1 | 09-580 | James Johnson, et al. v. Gulf Stream Coach, Inc., et al. | 09-6951 |
| MSS | 1 | 09-582 | Jacqueline Bilbo, et al. v. Patriot Homes, Inc., et al. | 09-6954 |
| MSS | 1 | 09-587 | Wesley Williams, et al. v. Fleetwood Enterprises, Inc., et al. | 09-6955 |
| MSS | 1 | 09-588 | Arthur Long, et al. v. Fleetwood Enterprises, Inc., et al. | 09-6956 |
| MSS | 1 | 09-589 | Ngo Huynh, et al. v. Fleetwood Enterprises, Inc., et al. | 09-6957 |
| MSS | 1 | 09-590 | Timothy Mitchell, et al. v. Keystone RV Co., et al. | 09-6958 |
| MSS | 1 | 09-591 | Vida Anderson, et al. v. Pilgrim International, Inc., et al. | 09-6959 |
| MSS | 1 | 09-592 | Jackie Bosarge, et al. v. KZRV, LP, et al. | 09-6960 |
| MSS | 1 | 09-593 | Jeanne Badeaux, et al. v. American Camper Manufacturing, LLC, et al. | 09-6961 |
| MSS | 1 | 09-594 | Krista Rhodes, et al. v. Lakeside Park Homes, Inc., et al. | 09-6962 |
| MSS | 1 | 09-595 | Susan Baugh, et al. v. Jayco, Inc., et al. | 09-6964 |
| MSS | 1 | 09-597 | Rachel Lee, et al. v. Indiana Building Systems, LLC, et al. | 09-6965 |
| MSS | 1 | 09-598 | Kenneth Rolison, et al. v. Keystone RV Co., et al. | 09-6966 |
| MSS | 1 | 09-601 | Cynthia Acey, et al. v. Gulf Stream Coach, Inc., et al. | 09-6967 |
| MSS | 1 | 09-602 | Kelly L. Peters, et al. v. Gulf Stream Coach, Inc., et al. | 09-6968 |
| MSS | 1 | 09-603 | Jerome Nathaniel Graham, et al. v. Gulf Stream Coach, Inc., et al. | 09-6969 |
| MSS | 1 | 09-604 | Ralph L. Ayers, et al. v. Gulf Stream Coach, Inc., et al. | 09-6970 |
| MSS | 1 | 09-605 | Gwendolyn Lett, et al. v. Gulf Stream Coach, Inc., et al. | 09-6971 |
| MSS | 1 | 09-606 | Deborah Stanley, et al. v. Gulf Stream Coach, Inc., et al. | 09-6972 |
| MSS | 1 | 09-607 | Nelda M. Cunningham, et al. v. Gulf Stream Coach, Inc., et al. | 09-6973 |
| MSS | 1 | 09-608 | Syreeta Rogers, et al. v. Gulf Stream Coach, Inc., et al. | 09-6974 |
| MSS | 1 | 09-609 | Kerry Bridges, et al. v. Gulf Stream Coach, Inc., et al. | 09-6975 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

October 16, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-15)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 30, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature] Tanisha Spinner
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Kurt D. Engelhardt

JPML Form 36A

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                MDL No. 1873

## INVOLVED COUNSEL LIST (CTO-15)

Roberta L. Burns
LAW OFFICES OF SIDNEY D TORRES III
8301 West Judge Perez Dr., Suite 303
Chalmette, LA 70043

Lawrence J. Centola, Jr.
HURRICANE LEGAL CENTER LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70130

John A. Eaves, Jr.
JOHN ARTHUR EAVES LAW OFFICE
101 North State Street
Jackson, MS 39201

William B. Gill, III
GILL LADNER & PRIEST
403 S. State Street
Jackson, MS 39201-5020

Jim S. Hall
JIM S HALL & ASSOCIATES
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001

William Trey E. Jones, III
BRUNINI GRANTHAM GROWER
  & HEWES PLLC
1400 Trustmark Bank Building
248 E. Capitol St.
P.O. Drawer 119
Jackson, MS 39205-0119

Jon-Marc King
JOHN ARTHUR EAVES LAW FIRM
101 North State Street
Jackson, MS 39201

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL
  & BERKOWTIZ
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

Taylor B. McNeel
BRUNINI GRANTHAM GROWER & HEWES PLLC
P. O. Box 127
Biloxi, MS 39533-0127

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER
  & WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519

MaryAnna Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427

Sandra S. Varnado
BAKER DONELSON BEARMAN CALDWELL
  & BERKOWTIZ
3 Sanctuary Blvd., Suite 201
Mandeville, LA 70471

Daniel D. Ware
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Road
Suite 100
Jackson, MS 39216

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER
  & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION						MDL No. 1873

## INVOLVED JUDGES LIST (CTO-15)

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

## INVOLVED CLERKS LIST (CTO-15)

Tony R. Moore, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501