UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED
TO ALL CASES

## AFFIDAVIT OF MICHAEL C. BOWIE

Michael C. Bowie, being duly sworn, does depose and say:

1. I am Michael C. Bowie, and I am the Director of Claims for Ply-Gem, Inc., with my office at 433 N. Main Street in Rocky Mount, Virginia.

2. As the Director of Claims, I am responsible for directing service of products for several Ply-Gem subsidiaries.

3. Patriot Manufacturing, Inc., in January 1999, was acquired by MW Manufacturing, Inc., a Delaware Corporation, which, with Patriot, became part of the Ply Gem corporate family when Ply Gem acquired them both. Ply Gem merged MW and Patriot in January 2007. I am responsible for product support of Patriot products.

4. Patriot Manufacturing, Inc. was and, as a division within MW, is a manufacturer of residential vinyl windows.

5. Patriot has never designed, constructed or provided travel trailers, mobile housing or park model homes.

6. Patriot Manufacturing, Inc. and Patriot after it was acquired by MW Manufacturing, Inc., did not provide FEMA with travel trailers, mobile homes or utility park model homes following Hurricane Katrina or Hurricane Rita.

7. MW Manufacturing, Inc., is also a manufacturer of windows and doors and has never designed or constructed travel trailers, mobile housing, or utility park mobile homes and did not provide these structures to FEMA following Hurricane Katrina or Hurricane Rita.

FURTHER, the Affiant says not.



EXHIBIT "A"

{Matter/Doc No: 08-0064 / 00054364.DOC}

This the 13th day of November 2008.

By: *Michael C Bowie*
Michael C. Bowie, Director of Claims
Ply-Gem, Inc.

SWORN to and subscribed before me this the 13 day of November 2008.

*Arlene Frances Hall*
Notary Public

Franklin County, Virginia.

My Commission Expires: 11-30-09

[SEAL]

> ARLENE FRANCES HALL
> Notary Public
> Commonwealth of Virginia
> 301411
> My Commission Expires Nov 30, 2009

{Matter/Doc No: 08-0064 / 00054364.DOC}

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America*,
No. 08-3217

## AFFIDAVIT OF MICHAEL C. BOWIE

Michael C. Bowie, being duly sworn, does depose and say:

1. I am Michael C. Bowie, and I am the Director of Claims for Ply-Gem, Inc., with my office at 433 N. Main Street in Rocky Mount, Virginia.

2. As Director of Claims, I am responsible for directing service of products for several Ply-Gem subsidiaries.

3. Patriot Manufacturing, Inc., in January 1999, was acquired by MW Manufacturing, Inc., a Delaware Corporation, which, with Patriot, became part of the Ply Gem corporate family when Ply Gem acquired them both. Ply Gem merged MW and Patriot in January 2007. I am responsible for product support of Patriot products.

4. Patriot Manufacturing, Inc. was and, as a division within MW, is a manufacturer of residential vinyl windows.

5. Patriot has never designed, constructed or provided travel trailers, mobile housing or park model homes.

6. Patriot Manufacturing, Inc. and Patriot after it was acquired by MW Manufacturing, Inc., did not provide FEMA with travel trailers, mobile homes or utility park model homes following Hurricane Katrina or Hurricane Rita.

7. MW Manufacturing, Inc., is also a manufacturer of windows and doors and has never designed or constructed travel trailers, mobile housing, or utility park mobile homes and did not provide these structures to FEMA following Hurricane Katrina or Hurricane Rita.

FURTHER, the Affiant says not.

This the 13th day of November 2008.

By: _____Michael C. Bowie_____
Michael C. Bowie, Director of Claims
Ply-Gem, Inc.

SWORN to and subscribed before me this the 13 day of November 2008.

_____Arlene Frances Hall_____
Notary Public

Franklin County, Virginia.

My Commission Expires: 11-30-09

[SEAL]

```
ARLENE FRANCES HALL
Notary Public
Commonwealth of Virginia
301411
My Commission Expires Nov 30, 2009
```