UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO:<br><br>Civil Action Nos. 08-5031; 09-4729; 09-5984; 09-4757; 09-4676; 09-4677; 09-4678; 09-4679; 09-4680; 09-4681; 09-4685; 09-4686; 09-4684; 09-4683; 09-4682; 09-4687; 09-4697; 09-4698; 09-4696; 09-4699; 09-4700; 09-4688; 09-4689; 09-4690; 09-4691; 09-4692; 09-4693; 09-4694; 09-4695; 09-4701; 09-4702; 09-4703; 09-4704; 09-4705; 09-4706; and 09-4707 | JURY DEMANDED |

### ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT