AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Roy A. Mitchell  <br>Plaintiff  <br>v.  <br>Fluor Enterprises, Inc., et al.  <br>Defendant | ) ) ) ) ) ) |

Civil Action No. **RETURN**

Relates to MDL No. 1873
Plaintiff's Claim Originated in Civil Action No. 09-4941

**Summons in a Civil Action**

**09-6308**
**SECT. N MAG 5**

To: *(Defendant's name and address)*

Gibraltar Insurance Company, Ltd.
Through its registered agent for service
Quest Management Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11
Bermuda

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: ~~Sep 16 2009~~

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                *Server's signature*

                                                _____
                                                *Printed name and title*

                                                _____
                                                *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free.
A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
Lambert + Nelson

Street and Number (Rue et no.)
701 Magazine ST

City, State, and ZIP + 4 (Localité et code postal)
New Orleans, LA 70130

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form 2865, February 1997   *Avis de réception*   CN07 (Old C5)

---

Item Description (Nature de l'envoi)
☐ Registered Article (Envoi recommandé)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Other (Autre)
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Express Mail International
☐ Insured Parcel (Colis avec valeur déclarée)
Insured Value (Valeur déclarée)
Article Number: RE 473 730 580 US

Office of Mailing (Bureau de dépôt)
Date of Posting

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Gibraltar Insur. Co., LTD.

Street and No. (Rue et No.)
Quest Management Solution FB Perry Building
40 Church ST

Place and Country (Localité et pays)
Hamilton, HM "Bermuda

OCT 16 REC'D

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date: 5/10/09

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)