UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 07-9288<br>**Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.**<br>*(Elisha Dubuclet obo Timia Dubuclet)* | * <br> * <br> * <br> * | JUDGE ENGELHARDT <br><br> MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs' Steering Committee, Fleetwood Enterprises, Inc., and Fluor Enterprises, Inc.'s Unopposed Joint Motion to Extend Deadlines,

**IT IS HEREBY ORDERED** that the Unopposed Joint Motion is granted and the October 30, 2009 discovery deadline be and hereby is extended until November 6, 2009.

**IT IS FURTHER ORDERED** that the October 30, 2009 deadline for submitting the witness and exhibit lists be and hereby is extended until November 6, 2009.
THESE EXTENSIONS SHALL NOT AFFECT ANY OTHER DATES OR DEADLINES, INCLUDING THE TRIAL DATE.

DONE AND SIGNED this 21st day of October, 2009.

_____
United States District Judge