AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service   3 PFL

I declare under penalty of perjury that I served the summons and complaint in this case on __10-13-2009__,
by: _Personal Service To: John Deeps_

(1) personally delivering a copy of each to the individual at this place, __100 S. Main St. Ave Sidney, OH 45365__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __10-13-2009__

_[signature]_
Server's signature

_Wesley T. Martin_
Printed name and title  _Process Server_
Martin Investigative Services
Suite 302 Colonial Building
212 N. Elizabeth St.
Lima, Ohio 45801

Server's address

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

SYBIL YVETTE DAVIS, ET AL.
Plaintiff
v.
CROSSROADS RV, INC., ET AL.
Defendant

Civil Action No. 2:09-cv-3882

## Summons in a Civil Action

To: *(Defendant's name and address)*

DS Corp d/b/a CrossRoads RV
Through its registered agent for service:
c/o Denette Boswell
P.O. Box 40
Topeka, IN 46571

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                                           _____
                                                                              Server's signature

                                                                           _____
                                                                             Printed name and title

                                                                           _____
                                                                               Server's address