UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
| FORMALDEHYDE * | | |
| PRODUCTS LIABILITY * | | SECTION:  N(5) |
| LITIGATION * | | |
| * | | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* * | | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892; * | | MAG: CHASEZ |
| Alana Alexander, individually and on behalf * | | |
| of Christopher Cooper * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**IT IS HEREBY ORDERED** that the Motion to Reset Hearing on Plaintiff's Motion for New Trial or, Alternatively, for Relief from Judgment is **GRANTED;**

**IT IS ALSO HEREBY ORDERED** that the hearing on Plaintiff's Motion for New Trial or, Alternatively, for Relief from Judgment is continued to the 18th day of November, 2009 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E