AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09-CV-01006-RTH-MEM
## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on D S Corp (Defendant),

by: _Personal Services To: John Deeps_

(1) personally delivering a copy of each to the individual at this place, _100 S Main Ave Sidney, OH 45365_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _10-13-2009_

Server's signature

_Wesley T. Martin_
Printed name and title  _Process Server_

Martin Investigative Services
Suite 302 Colonial Building
212 N. Elizabeth St.
Lima, Ohio 45801
Server's address

# HURRICANE LEGAL CENTER, LLC
600 Carondelet Street Suite 602
New Orleans, Louisiana 70130
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Lawrence J. Centola, Jr.
Admitted in Louisiana

Attorney, Suzan N. Richardson
Admitted in Louisiana

Attorney, Chrissie L. Herrera
Admitted in Louisiana

Attorney, Sassoon Sales
Admitted in California

Attorney, Paul Lee
Admitted in California

October 8, 2009

John Deeds
Courtview Center, Suite 300
100 S. Main Ave
Sidney, OH 45368

Re:  *Sonia Joseph, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
WDLA, Case No: 09-1006

Dear Sir/Madam

Please accept service on behalf of DS Corp.

Very truly yours,

Lawrence J. Centola Jr.

LC:jdc
See Enclosures

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

SONIA JOSEPH , ET AL.  )
Plaintiff  )
v.  ) Civil Action No. 6:09-CV-01006-RTH-MEM
ALLIANCE HOMES INC , ET AL.  )
Defendant  )

### Summons in a Civil Action

To: **D S Corp (Defendant)**
DS Corp. through its Agent for Service of Process
John Deeds
Courtview Center, Suite 300
100 S. Main Ave
Sidney, OH 45368

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Joseph Centola
Hurricane Legal Center
600 Carondelet St Ste 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-06-24 16:24:14.0 , Clerk USDC WDLA

* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09-CV-01006-RTH-MEM
**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on
**D S Corp (Defendant)** ,

by: _____

(1) personally delivering a copy of each to the individual at this place, _____
_____ or;

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____                    _____
                                             Server's signature

                                             _____
                                             Printed name and title

                                             _____
                                             Server's address