# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

| | |
|---|---|
| JUSTIN HEINTZ ET AL ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-4019 |
| DAMON CORPORATION, ET AL ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Damon Corporation
Through its registered agent for service:
Craig Weeks
2958 Gateway Drive
Middlebury, IN 46514

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____Loretta G. Whyte_____
Name of clerk of court

_____B. Gregory_____
Deputy clerk's signature

Date: _____Sep 25 2009_____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Damon Corporation</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

September 23, 2009

***CERTIFIED MAIL: 7009 2250 0001 3450 4822***

Craig Weeks
2958 Gateway Dr.
Middlebury, IN 46514

       Re:   *Justin Heintz, et al. v Damon Corp., et al.*
              EDLA, Case No: 09-4019

Dear Sir/Madam

Please accept service on behalf of Damon Corp.

                                    Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DAMO958    465143056 1409 06 10/03/09
   NOTIFY SENDER OF NEW ADDRESS
   :DAMON
   PO BOX 2888
   ELKHART IN 46515-2888

   Damon

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ Bontr                ☒ Agent
                              ☐ Addressee

B. Received by (Printed Name): KEVIN BONTRAGER
C. Date of Delivery: 10-6-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

Mail
Receipt for Merchandise

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 4822

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Postmark Here — SEP 29, USPS NEW ORLEANS

Sent To: Damon Corporation
Through its agent for Service of Process
Craig Weeks
2958 Gateway Drive
Middlebury, IN 46514

7009 2250 0001 3450 4822

PS Form 3800, August 2006          See Reverse for Instructions