UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | MAGISTRATE CHASEZ |
| Coleman, et al. v. American International<br>Specialty Lines Ins. Co., # 09-3851 | |

ORDER

Considering the attached motion,

IT IS HEREBY ORDERED that Charles E. Leche of the law firm of Deutsch, Kerrigan & Stiles, LLP, be substituted in place and in stead of Richard M. Simses and Paul M. Lavelle of Beirne, Maynard & Parsons, LLP, as counsel of record for American International Specialty Lines Insurance Company in the captioned proceeding.

New Orleans, Louisiana, this 22nd day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE