**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | MAGISTRATE CHASEZ |
| Jean Adams, et al. v. Fleetwood Canada, Ltd., et al., # 09-4371 | |

## ORDER

Considering the attached motion,

IT IS HEREBY ORDERED that Charles E. Leche of the law firm of Deutsch, Kerrigan & Stiles, LLP, be substituted in place and in stead of Richard M. Simses and Paul M. Lavelle of Beirne, Maynard & Parsons, LLP, as counsel of record for American International Specialty Lines Insurance Company in the captioned proceeding.

New Orleans, Louisiana, this 22nd day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE