AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-393 Barbour v Forest River, et a

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Forest River, Inc.
was received by me on *(date)* 08/27/2009 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2009

*Server's signature*

for Plaintiff

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   J. Richard Ransel
   228 West High Street
   Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elle Hart — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Elk Hart
C. Date of Delivery: 8/5/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number *(Transfer from service label)*: 7008 1300 0001 7665 5603

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Bogalusa Office

JUL 06 2009

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| Karen Barbour, et al | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-0393 |
| Forest River, Inc., et al | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Forest River, Inc., through agent
J. Richard Ransel
228 West High Street
Elkhart, IN 46516

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**
Name of clerk of court

Date: July 02, 2009

*Tina Wood*
Deputy clerk's signature

(Use ... an officer or employee of the United States allowed 60 days by
Rule 1...

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7008 1300 0001 7665 5603

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here
Total Postage & Fees  $

Sent To: J. RICHARD RANSEL
Street, Apt. No.; or PO Box No.: FOREST RIVER
City, State, ZIP+4: FOREST RIVER- AL

PS Form 3800, August 2006    See Reverse for Instructions

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-393 Barbour v Forest River, et a

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Flour Enterprises, Inc.
was received by me on *(date)*    08/25/2009    .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    10/13/2009

*Server's signature*

Ronnie G. Penton, Attorney for Plaintiff

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, LA 70802-6129

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Ashley Fa[...]*    ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name):  ASHLEY FAL[...]
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):   7009 1410 0000 8211 7122

PS Form 3811, February 2004    Domestic Return Receipt

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| Karen Barbour, et al | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-0393 |
| Forest River, Inc., et al | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Fluor Enterprises, Inc., through agent
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
Name of clerk of court

Date: July 02, 2009

*Tina Wood*
Deputy clerk's signature

(Use 60 ... officer or employee of the United States allowed 60 days by
Rule 12(...

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: CORPORATION SERVICE
Street, Apt. No.; or PO Box No.: FLOUR
City, State, ZIP+4: FOREST RIVER-AL

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-393 Barbour v Forest River SDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CH2M Hill Constructors, Inc.
was received by me on *(date)* 08/26/2009 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2009

_____
*Server's signature*

for Plaintiff

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X The Corporation Company   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): The Corporation Company
C. Date of Delivery: 8/26/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 1410 0000 8211 7115

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

Karen Barbour, et al )
Plaintiff )
v. ) Civil Action No. 09-0393
Forest River, Inc., et al )
Defendant )

## Summons in a Civil Action

To: *(Defendant's name and address)*

CH2M Hill Constructors, through agent
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
Name of clerk of court

Date: July 02, 2009

*Tina Wood*
Deputy clerk's signature

*(Use 60 days if Rule 12(a)(3).)*

*...er or employee of the United States allowed 60 days by*

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here
Total Postage & Fees  $

Sent To: CORPORATION COMPANY
Street, Apt. No.; or PO Box No.: CH2M HILL
City, State, ZIP+4: FOREST RIVER-AL

PS Form 3800, August 2006       See Reverse for Instructions

7009 1410 0000 8211 7115

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-393 Barbour v Forest River, et a

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shaw Environmental, Inc.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/13/2009

*Server's signature*

ey for Plaintiff
title

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CT Corporation System
   5615 Corporate Boulevard
   Suite 400B
   Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  CT Corporation System  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number
   *(Transfer from service label)*  7009 1410 0000 8211 7504

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| Karen Barbour, et al | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-0393 |
| Forest River, Inc., et al | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Shaw Enviornmantal, Inc., through agent
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**
Name of clerk of court

Date:  July 02, 2009

*Tina Wood*
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

