**Exhibit A**

1. Jaime Clark
2. Ashton Clark
3. Raelynn Clark
4. Gaynell Curley
5. Keyona Forman on behalf of Tyrone Jones
6. Keyona Forman on behalf of Tremaine Montrell
7. Keyona Forman
8. Kiara Grover
9. Iraneka Marshall
10. Ron Marshall
11. Henry Montgomery, Sr.
12. Trenise Mitchell
13. Bonnie Boudreaux
14. Alma Breaux
15. James Brown
16. Tracey Cameron on behalf of Macee Cameron
17. William Carter, Sr.
18. Harold Falgout
19. Alexa Fontenau
20. Alexis Fontenau
21. Kizzy Fontenau
22. Amber Forster
23. Christopher Forster
24. George Green
25. Margaret Green
26. Martha Guthrie
27. Cornell Hodges
28. Louise Hodges
29. Chander James
30. Dorthy Joshua
31. Delores Kolmansberger
32. Delores Kolmansberger on behalf of Jordan Barker
33. Judy Lirette
34. Melissa Patterson
35. Tanjileah Russel
36. Tomiko Russel
37. Eugene Schwing
38. Ramona Spadoni
39. Megan Taylor

**40. Yessanassa Williams**