UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| YVETTE TUMMINELLO | * | CIVIL DOCKET NO. |
| | * | |
| VERSUS | * | |
| | * | JUDGE: |
| GULF STREAM COACH, INC. | * | |
| AND SHAW ENVIRONMENTAL, INC. | * | MAG: |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF JEFFERSON

The attorney below, ANDREW WEINSTOCK, of the State of Louisiana, being duly sworn, under oath, deposed and said that he is the attorney for defendant, GULF STREAM COACH, INC., that he has authority to make this Affidavit; that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and things therein mentioned are true and correct.

_____
ANDREW WEINSTOCK

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 23rd DAY
OF OCTOBER, 2009.

_____
NOTARY PUBLIC
Name: _Lawrence DePass_
Bar No.: _5199_