UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| YVETTE TUMMINELLO | * | CIVIL DOCKET NO. |
| | * | |
| VERSUS | * | |
| | * | JUDGE: |
| GULF STREAM COACH, INC. | * | |
| AND SHAW ENVIRONMENTAL, INC. | * | MAG: |

*************************************************************************

# NOTICE OF COMPLIANCE WITH REMOVAL ORDER

Pursuant to 28 U.S.C. §1447(b), the following information is provided:

A. A list of all attorneys involved in the case and the parties they represent:

1. Plaintiff, Yvette Tumminello
   Through her Counsel of Record
   Jonathon B. Andry
   610 Baronne Street
   New Orleans, Louisiana 70113
   Telephone: (504) 586-8899
   Facsimile: (504) 586-8933

   Defendant, Shaw Environmental, Inc.
   Through their Counsel of Record
   David Kurtz
   Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave., Ste. 3600
   New Orleans, LA 70170
   Telephone: (504) 566-5259
   Facsimile: (504) 636-5259

B. Copies of all records and proceedings occurring in the State Court prior to Removal, arranged by order of filing date; previously filed and attached to the Notice of Removal on October 23, 2009.

C. Certificate of Counsel:

The undersigned counsel hereby certifies that the above constitutes the entire State Court Record as of the day of Removal, October 23, 2009.

D. No Motions or Exceptions were pending in State Court at the time of Removal.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

*/s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
Counsel for Defendant, Gulf Stream Coach, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2009, a copy of the foregoing was filed with the Clerk of Court. Notice of this filing will be sent to all counsel by U.S. Mail.
*/s/ Andrew Weinstock*
_____
ANDREW WEINSTOCK