UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| YVETTE TUMMINELLO | * | CIVIL DOCKET NO. |
| | * | |
| VERSUS | * | |
| | * | JUDGE: |
| GULF STREAM COACH, INC. | * | |
| AND SHAW ENVIRONMENTAL, INC. | * | MAG: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE OF NOTICE TO
ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

**NOW INTO COURT**, through undersigned counsel, Andrew Weinstock, who certifies and declares as follows:

1.   I am over the age of 18 years and not a party to this action.

2.   My business address is Duplass, Zwain, Bourgeois, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, Louisiana 70002.

3.   On October 23, 2009, I have deposited in the United States Mail, a copy of the Notice to Adverse Party of Removal to Federal Court dated October 23, 2009, a copy of which is attached to this Certificate.

I declare under penalty of perjury that the foregoing is true and correct, this 23rd day of October, 2009.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

*/s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
Counsel for Defendant, Gulf Stream Coach, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2009, a copy of the foregoing was filed with the Clerk of Court.  Notice of this filing will be sent to all counsel by U.S. Mail.

*/s/ Andrew Weinstock*
_____
ANDREW WEINSTOCK