UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER             * | | MDL NO. 1873 |
|     FORMALDEHYDE         * | | |
|     PRODUCTS LIABILITY   * | | SECTION: N(5) |
|     LITIGATION                      * | | |
|                                        * | | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* * | | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892; * | | MAG: CHASEZ |
| Alana Alexander, individually and on behalf * | | |
| of Christopher Cooper                              * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS HEREBY ORDERED** that the Motion to Reset Hearing on Plaintiff's Motion for New Trial or, Alternatively, for Relief from Judgment is **GRANTED;**

**IT IS ALSO HEREBY ORDERED** that the hearing on Plaintiff's Motion for New Trial or, Alternatively, for Relief from Judgment is continued to the 18th day of November, 2009 at 9:30 a.m. WITHOUT ORAL ARGUMENT.

New Orleans, Louisiana, this   23rd   day of   October  , 2009.

_____
J U D G E