Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

## Date taken: June 29, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:    504-529-5255**
**Fax:    504-529-5257**
**Email:    reporters@psrdocs.com**
**Internet:    www.psrdocs.com**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS        SECTION "N"(4)
LIABILITY LITIGATION         JUDGE ENGELHARDT

* * *

VIDEOTAPED DEPOSITION OF ALANA
ALEXANDER, 1619 MIRABEAU AVENUE, NEW
ORLEANS, LOUISIANA 70122, TAKEN AT THE
OFFICES OF LAMBERT & NELSON, 701 MAGAZINE
STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
29TH DAY OF JUNE, 2009.

REPORTED BY:
    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
VIDEOGRAPHER:
    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Page 1

---

APPEARANCES:
HILLIARD MUÑOZ GUERRA
    (BY: ROBERT HILLIARD, ESQUIRE
         REYNALDO A. PEÑA, ESQUIRE)
    719 S. SHORELINE BLVD # 500,
    CORPUS CHRISTI, TEXAS 78401
    ATTORNEYS FOR THE PLAINTIFFS
MIDDLEBERG, RIDDLE & GIANNA
    (BY: LEZLE PETROVICH, ESQUIRE)
    201 ST. CHARLES AVENUE
    NEW ORLEANS, LOUISIANA 70170

    ATTORNEYS FOR FLUOR ENTERPRISES,
        INC.
DUPLASS, ZWAIN, BOURGEOIS,
    PFISTER & WEINSTOCK
    (BY: JOSEPH G. GLASS, ESQUIRE)
    3838 NORTH CAUSEWAY BOULEVARD
    SUITE 2900
    METAIRIE, LOUISIANA 70002

    ATTORNEYS FOR DEFENDANT,
        GULF STREAM COACH, INC.
U.S. DEPARTMENT OF JUSTICE
    (BY: ADAM M. DINNELL, ESQUIRE)
    CIVIL DIVISION
    1331 PENNSYLVANIA AVENUE, N.W.
    ROOM 8210-N
    WASHINGTON, D.C. 20004

    ATTORNEYS FOR DEFENDANT, UNITED
        STATES OF AMERICA

Page 2

---

APPEARANCES CONTINUED:
NELSON MULLINS
    (BY: AMANDA N. SHELTON, ESQUIRE)
    201 17TH STREET NW, SUITE 1700
    ATLANTA, GEORGIA 30363
    (VIA TELEPHONE)
    ATTORNEYS FOR DEFENDANT,
        FLEETWOOD ENTERPRISES, INC.

ALLEN & GOOCH
    (BY: LORI A. DAIGLE, ESQUIRE)
    3900 N. CAUSEWAY BOULEVARD
    SUITE 1450
    METAIRIE, LOUISIANA 70002

    ATTORNEYS FOR DEFENDANT,
        HEARTLAND RECREATIONAL VEHICLES,
        LLC

BAKER DONELSON
    (BY: WADE BASS, ESQUIRE)
    3 SANCTUARY BOULEVARD, SUITE 201
    MANDEVILLE, LOUISIANA 70471
    (VIA TELEPHONE)
    ATTORNEYS FOR DEFENDANTS,
        CH2M HILL CONSTRUCTORS, INC. AND
        SHAW ENVIRONMENTAL, INC.
WILLINGHAM, FULTZ & COUGILL
    (BY: THOMAS L. COUGILL, ESQUIRE)
    NIELS ESPERSON BUILDING
    808 TRAVIS, SUITE 1608
    HOUSTON, TEXAS  77002
    (VIA TELEPHONE)

    ATTORNEYS FOR DEFENDANTS,
        JAYCO, INC. AND STARCRAFT
        RV, INC.

Page 3

---

APPEARANCES CONTINUED:

GIEGER, LABORDE & LAPEROUSE, LLC
    (BY: CARSON STRICKLAND, ESQUIRE)
    701 POYDRAS STREET
    SUITE 4800
    NEW ORLEANS, LOUISIANA  70139
    (VIA TELEPHONE)
    ATTORNEYS FOR DEFENDANT, FOREST
        RIVER, INC.

GARRISON, YOUNT, FORTE &
    MULCAHY, L.L.C.
    (BY: RANDALL C. MULCAHY, ESQUIRE)
    909 POYDRAS STREET
    SUITE 1800
    NEW ORLEANS, LOUISIANA  70112
    (VIA TELEPHONE)
    ATTORNEYS FOR DEFENDANTS,
        RECREATION BY DESIGN, LLC, TL
        INDUSTRIES, INC., FRONTIER
        RV, INC. AND PLAY'MOR TRAILERS,
        INC.

JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
    (BY: RYAN E. JOHNSON, ESQUIRE)
    FOUR UNITED PLAZA
    8555 UNITED PLAZA BOULEVARD
    BATON ROUGE, LOUISIANA 70809
    (VIA TELEPHONE)

    ATTORNEYS FOR DEFENDANTS,
        KEYSTONE RV COMPANY, THOR
        CALIFORNIA, THOR INDUSTRIES,
        DUTCHMEN MANUFACTURING, DS CORP
        (d/b/a CROSSROADS RV) AND KZ RV, LP

Page 4

1  (Pages 1 to 4)

* * *

EXAMINATION INDEX
EXAMINATION BY MR. GLASS: ..............12
EXAMINATION BY MR. DINNELL: ..........277
EXAMINATION BY MS. PETROVICH: ........340
EXAMINATION BY MR. GLASS: ............375
* * *

INDEX OF EXHIBITS
Exhibit No. 1 ........................107
  Plaintiff Fact sheet for Alana
  Alexander.
Exhibit No. 2 ........................107
  Plaintiff Fact Sheet for Chris J.
  Cooper.
Exhibit Nos. 3-10 ....................207
  Discovery responses incorporating
  interrogatories and requests for
  admissions.
Exhibit No. 11 .......................242
  Notice of Videotaped Deposition of
  Alana Alexander.
Exhibit No. 12 .......................242
  "Charlie Age vs. Gulf Stream Coach,
  Inc., Complaint for Damages,

Page 5

  February 27, 2009.
Exhibit No. 13 .......................244
  Document 1143 in MDL litigation,
  First Supplemental and Amended
  Complaint, March 3, 2009.
Exhibit No. 14 .......................245
  Document 1313, Second Supplemental
  and Amended Complaint, re: "Age,"
  April 9, 2009.
Exhibit No. 15 .......................245
  Document 1686, Third Supplemental
  and Amended Complaint, Charlie Age,
  June 15, 2009.
Exhibit No. 16 .......................278
  Photograph of room Erika and
  Christopher share.
Exhibit No. 17 .......................280
  Photograph of the "blue room."
Exhibit No. 18 .......................281
  Photograph of the backyard of the
  Mirabeau address.
Exhibit No. 19 .......................282
  Photograph depicting backyard at
  the Mirabeau house.
Exhibit No. 20 .......................282

Page 6

  Photograph depicting deck being
  torn down at Mirabeau address.
Exhibit No. 21 .......................285
  Request for Rental Assistance from
  FEMA document dated February 20,
  2008.
Exhibit No. 22 .......................292
  Flier.
Exhibit No. 23 .......................301
  Document entitled "Emergency
  Shelter Agreement Rules of
  Occupancy."
Exhibit No. 24 .......................306
  Document entitled "Attention:  FEMA
  Individuals and Households
  Program," dated November 2, 2005.
Exhibit No. 25 .......................307
  Document entitled "Attention:
  FEMA," dated March 29, 2006.
Exhibit No. 26 .......................318
  Resumé for Alana Alexander.
Exhibit No. 27 .......................321
  Document entitled "FEMA, Important
  Formaldehyde Information for FEMA
  Housing Occupants."

Page 7

Exhibit No. 28 .......................323
  Document entitled "Claim for
  Damage, Injury or Death."
Exhibit No. 29 .......................324
  Document entitled "Claim for
  Damage, Injury or Death."
Exhibit No. 30 .......................331
  Photograph of Alexander unit being
  tested in January of 2008.

Page 8

2 (Pages 5 to 8)

STIPULATION

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

* * *

CATHY RENEE' POWELL, CCR, Certified Court Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

Page 9

---

Page 10

---

THE VIDEOGRAPHER:

Today is the 29th day of June, 2009.  The time is approximately 8:21.

This is the videotaped deposition of Ms. Alana Alexander, taken at the offices of Lambert & Nelson, for the case entitled "FEMA Trailer Formaldehyde Products Liability Litigation."

Will counsel please identify themselves and which parties they represent.

MR. HILLIARD:

I'm Bob Hilliard.  I'm the attorney for Alana Alexander, Christopher Cooper and Erika, who will be deposed tomorrow.

MR. GLASS:

Joe Glass representing Gulf Stream Coach, Inc.

MR. DINNELL:

Adam Dinnell for the defendant, United States.

MS. PETROVICH:

Lezle Petrovich for Fluor Enterprises, Inc.

MR. PENA:

Page 11

---

Reynaldo Peña for Ms. Alexander and Mr. Cooper.

ALANA ALEXANDER having been first duly sworn as a witness, was examined and testified as follows:

EXAMINATION BY MR. GLASS:

Q.   Good morning, ma'am.

A.   Good morning.

Q.   You heard me introduce myself a minute ago.  My name is Joe Glass and I represent Gulf Stream Coach.  I'm here to ask you some questions today about the claim that's been brought on your behalf and on behalf of your son.

Have you ever given a deposition before?

A.   No.

Q.   I'm sure your attorney has gone through the process, but I'm just going to ask you some questions and you're going to provide those answers to me.  Do you understand that?

A.   Yes.

Q.   If you don't understand a question

Page 12

3 (Pages 9 to 12)

1  that I ask, please ask me to rephrase it.
2  I'm going to assume that if you respond, you
3  understood my question.
4       If you need a break at any point,
5  just let me know and we'll go ahead and try
6  and accommodate that.  This is not an
7  endurance contest or anything like that, and
8  we'll try and accommodate you as best we
9  can.
10      When I ask you a question, if you
11  will please allow me to finish asking that
12  question, please, before you answer, I would
13  greatly appreciate that.  You may think you
14  know where I'm going with the question, but
15  I prefer you let me finish it, and that way
16  it will be much more clear on the record and
17  you will know exactly what I am asking.
18      I will try and afford you the same
19  courtesy and allow you to completely finish
20  your response before I go on to my next
21  question.
22      Is there any reason today why you
23  feel like your ability to testify would be
24  impaired?
25      A.  No.

Page 13

1       Q.  You are not on any kind of
2  medication or anything like that?
3       A.  No.
4       Q.  You're feeling okay?
5       A.  Yes.
6       Q.  You're doing a really good job
7  right now of answering with yeses and nos
8  rather than answering with uh-huhs and
9  un-uns.  If you would please keep doing that
10  because that's much easier for her to take
11  down in the record as well.
12      Do you have any questions before
13  we start?
14      A.  No.
15      Q.  I'm going to start by asking some
16  basic background information that you
17  provided in discovery to make sure we have
18  everything accurately.
19      Would you start by providing your
20  full name and address for the record?
21      A.  Alana M. Alexander, 1619 Mirabeau
22  Street -- excuse me, Mirabeau Avenue, New
23  Orleans, Louisiana 70122.
24      Q.  Okay.  And you can speak as fast
25  as you like.  I just noticed that you slowed

Page 14

1  down while I was writing notes.  The court
2  reporter is much faster than I am and she
3  can take down stuff much better than I can.
4  So you don't have to wait for me to catch
5  up.
6       What is your date of birth, ma'am?
7       A.  August 12, 1966.
8       Q.  And your current height and
9  weight?
10      A.  5' 2"; 270.
11      Q.  Okay.  And ma'am, was your weight
12  back in 2005 about the same?
13      A.  Yeah.
14      Q.  It was about 270?
15      A.  Yes.
16      Q.  Let me start out by asking, did
17  you review anything in advance of this
18  deposition?
19      A.  No.
20      Q.  In preparation for this
21  deposition, you did not review any
22  documents?
23      A.  No.
24      Q.  Did you look at your Plaintiff
25  Fact Sheet before you came here to testify?

Page 15

1       A.  No.
2       Q.  Any discovery responses that have
3  been provided on your behalf?
4       A.  No.
5       Q.  Did you speak with anyone in
6  advance of this deposition?
7       A.  Only my lawyers.
8       Q.  Regarding the conversations with
9  your lawyers, I don't want to know the
10  content, but was that discussion today?
11      A.  Yes.
12      Q.  Did you also speak with your
13  lawyers regarding this deposition before
14  today?
15      A.  Yes.
16      Q.  How many times did you speak with
17  your lawyers about the deposition?
18      A.  Twice.
19      Q.  How long did those conversations
20  last?
21      A.  On average, maybe an hour, two
22  hours at the most.
23      Q.  During those conversations, you
24  didn't refer to any documentation at all?
25      A.  No.

Page 16

4  (Pages 13 to 16)

| | |
|---|---|
| 1    Q.  It's my understanding that you<br>2  have two children; is that correct?<br>3    A.  Yes.<br>4    Q.  What are their names?<br>5    A.  Christopher James Cooper and Erika<br>6  Monique Alexander.<br>7    Q.  I've seen Erika's name spelled a<br>8  couple of different ways --<br>9    A.  It's E-R-I-K-A.<br>10    Q.  That's one instance where if you<br>11  let me finish asking my question before you<br>12  start answering, it will make it much easier<br>13  on the court reporter.<br>14      Okay.  Christopher James Cooper,<br>15  what is his date of birth?<br>16    A.  12-18-96.<br>17    Q.  And Erika Monique, you said?<br>18    A.  Yes.<br>19    Q.  What is her date of birth?<br>20    A.  7-31-94.<br>21    Q.  Who is Erika's father?<br>22    A.  Leonard Clanton.<br>23    Q.  How do you spell his last name?<br>24    A.  C-L-A-N-T-O-N.<br>25    Q.  Where is Mr. Clanton?<br>Page 17 | 1    A.  Yes.<br>2    Q.  When is the last time he spoke<br>3  with Mr. Cooper?<br>4    A.  I would say '07.<br>5    Q.  What was the occasion that he<br>6  spoke to Mr. Cooper?<br>7    A.  He came in town to see his<br>8  daughters and he stopped by our house or our<br>9  trailer and he spoke to Christopher briefly.<br>10    Q.  When you say the "trailer," you're<br>11  talking about the Gulf Stream trailer that<br>12  was placed on Dale Street?<br>13    A.  Yes.<br>14    Q.  How long of a visit was that in<br>15  '07?<br>16    A.  About ten minutes.<br>17    Q.  Do you have a cordial relationship<br>18  with Mr. Cooper?<br>19    A.  We don't argue or anything like<br>20  that.  I don't bother him and I choose not<br>21  to be bothered.<br>22    Q.  So you don't have any kind of<br>23  ongoing relationship with Mr. Cooper?<br>24    A.  No.<br>25    Q.  I'm talking about even telephone<br>Page 19 |
| 1    A.  Houston, Texas.<br>2    Q.  Were you ever married?<br>3    A.  No.<br>4    Q.  And not just to Mr. Clanton; at<br>5  any time, were you married?<br>6    A.  No.<br>7    Q.  Who is Christopher Cooper's<br>8  father?<br>9    A.  Darren Cooper.<br>10    Q.  Where is Mr. Cooper?<br>11    A.  Last time I heard, he was in<br>12  Atlanta, Georgia.<br>13    Q.  Did you live with Mr. Cooper?<br>14    A.  No.<br>15    Q.  Was Mr. Cooper ever involved in<br>16  Chris's life?<br>17    A.  No.<br>18    Q.  Has he ever provided any kind of<br>19  child support, anything like that?<br>20    A.  No.<br>21    Q.  Does he send birthday cards,<br>22  anything like that?<br>23    A.  No.<br>24    Q.  Has Chris ever spoken with<br>25  Mr. Cooper?<br>Page 18 | 1  conversations, anything like that?<br>2    A.  No.<br>3    Q.  Before the visit in 2007, when was<br>4  the last time that you had spoken with<br>5  Mr. Cooper?<br>6    A.  I would say when Christopher was<br>7  about a year.<br>8    Q.  Was that also the last time that<br>9  Christopher saw his father?<br>10    A.  Yes.<br>11    Q.  You have sole custody of both<br>12  Erika and Christopher?<br>13    A.  Yes.<br>14    Q.  Is there any kind of court order<br>15  regarding the custody arrangement with your<br>16  kids?<br>17    A.  No.<br>18    Q.  Okay.  Mr. Cooper ever tried to<br>19  assert any parental rights regarding<br>20  visitation or anything like that?<br>21    A.  No.<br>22    Q.  Who are your parents?<br>23    A.  Louis Alexander and Shirley<br>24  Alexander.<br>25    Q.  Do you have brothers or sisters?<br>Page 20 |

5  (Pages 17 to 20)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation | Videotaped Deposition of Alana Alexander

```
 1      A.  Yes.
 2      Q.  What are their names?
 3      A.  Ready?
 4      Q.  Yes.
 5      A.  Debra Austin.
 6      Q.  Okay.
 7      A.  Gerard Alexander, Ronald
 8  Alexander, Darrell Alexander, Dwayne
 9  Alexander, Maria Alexander, Louis Alexander
10  and there's me.
11      Q.  So you have five brothers and two
12  sisters?
13      A.  Yes.
14      Q.  Are all of your brothers and
15  sisters living?
16      A.  No.  Gerard Alexander died in
17  2000.
18      Q.  What did he pass from?
19      A.  Abdominal aneurysm.
20      Q.  Are both of your parents still
21  living?
22      A.  Yes.
23      Q.  Do they have any health problems?
24      A.  My dad is blind in one eye and
25  he's a diabetic.  And my momma has high
                                        Page 21
```

```
 1  blood pressure.
 2      Q.  Where does Maria live?
 3      A.  She lives at 1619 Mirabeau.
 4      Q.  Where does Debra Austin live?
 5      A.  She lives at 4454 Dale Street.
 6      Q.  Where do your parents live?
 7      A.  4415 Reynes Street.
 8      Q.  Reynes?
 9      A.  R-E-Y-N-E-S.
10      Q.  Where does Dwayne live?
11      A.  Jacksonville, Florida.
12      Q.  Where does Ronald live?
13      A.  On the West Bank in New Orleans.
14      Q.  What about Darrell, where does he
15  live?
16      A.  Jacksonville, Florida.
17      Q.  Does he live with Dwayne?
18      A.  No.
19      Q.  What about Louis?
20      A.  Jacksonville, Florida.
21      Q.  Do any of your brothers and
22  sisters have health problems?
23      A.  Not to my knowledge.
24      Q.  What about Mr. Cooper, do you know
25  if he has had any health problems or health
                                        Page 22
```

```
 1  issues?
 2      A.  Only thing I knew is that he had
 3  asthma when he was younger.
 4      Q.  Did he exhibit any asthma symptoms
 5  when you were together with him?
 6      A.  No.
 7      MR. HILLIARD:
 8          She took his breath away a few
 9  times.
10  EXAMINATION BY MR. GLASS:
11      Q.  Did you -- what's the age range
12  between you and your brothers and sisters?
13      A.  Between me and my older sister is
14  14 years.  The oldest is Debra Austin.
15      Q.  And who is the youngest?
16      A.  I am.
17      Q.  Did you ever live with all of your
18  siblings under the same roof?
19      A.  Yes.
20      Q.  Was that in your parents' home at
21  4758 Reynes?
22      A.  No, that was 4415 Dale Street.
23      Q.  And that's the address where you
24  ultimately put your trailer after the
25  hurricane, correct?
                                        Page 23
```

```
 1      A.  Yes.
 2      Q.  At 4415 Dale Street, at one time,
 3  your parents and all eight of the children
 4  lived in that home?
 5      A.  Yes.
 6      Q.  How big was the house?
 7      A.  Five bedrooms, two and a half
 8  baths, a living room, dining room and den.
 9      Q.  There was a fight in the morning
10  for the bathrooms?
11      A.  Pretty much, yeah.
12      Q.  As the youngest, did you have to
13  get up at about 4:00 in the morning?
14      A.  No, I was always the last to go to
15  school, so --
16      Q.  Okay.  Regarding the home when you
17  were growing up, did everybody pitch in to
18  keep it clean?
19      A.  Yes.
20      Q.  You had certain chores that you
21  were required to do?
22      A.  Yes.
23      Q.  Did you have any pets in the
24  house?
25      A.  No.
                                        Page 24
```

6 (Pages 21 to 24)

1    Q.   What chores did you typically do
2  while you were growing up at home?
3    A.   Washing dishes.
4    Q.   After you moved out of 4415 Dale
5  Street -- first off, when did you move out
6  of 4415 Dale Street?
7    A.   When I was 21.
8    Q.   Were you the last remaining child
9  in the home at that time?
10   A.   No.
11   Q.   Who was still living in the house?
12   A.   My two brothers still lived there.
13   Q.   Which two?
14   A.   Ronald and Louis.
15   Q.   Where did you move when you moved
16  out at 21 years old?
17   A.   I moved to -- I'm trying to think
18  of the address, but it was on Carrollton
19  Avenue.
20   Q.   463 North Carrollton Avenue?
21   A.   There you go, yes, Carrollton
22  Avenue.
23       No, it was 4639 1/2 South
24  Carrollton.  That's what it was.
25   Q.   Was that an apartment?

Page 25

1    A.   At that time you couldn't afford
2  the rent by yourself?
3    A.   Right.
4    Q.   So where did you go after that?
5    A.   Back to 4415 Dale Street.
6    Q.   Your parents still owned that
7  house at that time?
8    A.   Yes.
9    Q.   Were you the only sibling living
10  in the house at that time?
11   A.   Yes, I was the only one in the
12  house.
13   Q.   How long did you stay in the Dale
14  Street address when you moved back in?
15   A.   Until the storm came in 2005.
16   Q.   So if I'm understanding the timing
17  correctly, sometime around 1991, you moved
18  back into the Dale Street address?
19   A.   Yes.
20   Q.   And then you stayed there until
21  2005 when the hurricane hit?
22   A.   Yes.
23   Q.   At some point, did your parents
24  move out of that address?
25   A.   My mom and them moved out of that

Page 27

1    A.   Yes.
2    Q.   Who lived with you in that
3  apartment?
4    A.   Donna Johnson.  Her name is Gibson
5  now.
6    Q.   I'm sorry, Donna?
7    A.   Donna.
8    Q.   And were Christopher and Erika
9  born at that time?
10   A.   No.
11   Q.   Okay.  So that was about 1987 when
12  you lived there?
13   A.   I would say, yes.
14   Q.   How long did you live at the
15  Carrollton Avenue address?
16   A.   Four years.
17   Q.   Did Ms. Gibson live with you the
18  entire time that you were there?
19   A.   Yes.
20   Q.   Did you know the owner of that
21  apartment?
22   A.   No.
23   Q.   What was the reason for moving out
24  of that apartment?
25   A.   Donna got married.

Page 26

1  house when I was 21.
2    Q.   Okay.  So when you moved to the
3  Carrollton Street address, they moved to
4  another address?
5    A.   Yes.
6    Q.   Was that the Reynes Street
7  address?
8    A.   Yes, 4758.
9    Q.   Who was using the Dale Street
10  address while they were in the Reynes Street
11  address?
12   A.   Ronald and Louis.
13   Q.   When you moved back in in 1991 or
14  thereabouts, what did Ronald and Louis do?
15   A.   They were already moved out.
16   Q.   So the house was vacant at that
17  point?
18   A.   Yes.
19   Q.   Who maintained the house when it
20  was vacant?
21   A.   My brother.
22   Q.   Did you ever go over and help
23  clean up or anything like that?
24   A.   No.
25   Q.   Was it rented?

Page 28

7 (Pages 25 to 28)

1      A.   No.
2      Q.   When you moved into the 4415 Dale
3  Street address in 1991, was there a time
4  frame that you ultimately became pregnant
5  and you had your two kids?
6      A.   Yes.
7      Q.   Did anyone live with you between
8  1991 and 2005?
9      A.   Yes, my sister and her two
10 children.
11     Q.   Which sister?
12     A.   Debra Austin.
13     Q.   What are her two kids' names?
14     A.   Matthew Austin and Jared Austin.
15     Q.   How old is Matthew currently?
16     A.   Matthew is 23 and Jared is 25.
17     Q.   Did you own the Dale Street home
18 at any point between 1991 and 2005?
19     A.   No.
20     Q.   It was always owned by your
21 father?
22     A.   Yes.
23     Q.   And your mother?
24     A.   Yes.
25     Q.   At any time while you were living

Page 29

1  in the Dale Street home between 1991 and
2  2005, did you have any structural issues
3  with the property?
4      A.   No, not really, no.
5      Q.   Did you have any problems with a
6  leaking roof, anything like that?
7      A.   No.
8      Q.   Did you have any foundation
9  problems?
10     A.   It was an old house, yeah, it was
11 starting to lean.
12     Q.   Were there any cracks or gaps in
13 the doors or walls?
14     A.   There was a crack.
15     Q.   Where was the crack?
16     A.   In the ceiling.
17     Q.   Do you know the last time the roof
18 had been replaced on that property?
19     A.   No, I don't know that.
20     Q.   Were you responsible for any
21 specific maintenance at the house between
22 1991 and 2005?
23     A.   Yeah.
24     Q.   What kind of maintenance did you
25 take care of at the house?

Page 30

1      A.   I mean, you know, like everyday
2  cutting the grass, issues like that, keeping
3  the yard and the area clean, the house
4  clean.
5      Q.   Just prior to 2005, specifically
6  the hurricane in 2005, did you have a
7  division of chores amongst you and your
8  children?
9      A.   Well, the children mostly -- I
10 cooked, they cleaned.
11     Q.   Did you have a set schedule for
12 the cleaning of the house?
13     A.   No, we just did it every Saturday
14 when we were all off.
15     Q.   So Saturdays were cleaning days?
16     A.   Yes.
17     Q.   What types of cleaning would you
18 do -- and, again, I'm talking specifically
19 as we are closer to 2005, what types of
20 cleaning would take place on Saturday?
21     A.   Mopping, sweeping, bathroom,
22 washing.  Usually household duties.
23     Q.   Who was responsible in 2005 before
24 the hurricane for purchasing household
25 products, the cleaning products you were

Page 31

1  using?
2      A.   I did and my sister.
3      Q.   So Debra Austin was still living
4  with you at the time of the hurricane in
5  2005?
6      A.   Yes.
7      Q.   Did Debra Austin and her two
8  children also pitch in with the cleaning?
9      A.   Yes.
10     Q.   And that was on Saturdays?
11     A.   Yes.
12     Q.   To be more specific, how long were
13 you cleaning on Saturday mornings?
14     A.   It was a five-bedroom house.
15     Q.   Took a while.
16          Did you assign specific chores to
17 your kids?  I mean, for instance, did
18 Christopher have assigned to him the mopping
19 versus cleaning the bathrooms, anything like
20 that?
21     A.   Well, not really, because he was
22 still kind of small then.  So he just, like,
23 pitched in where he could.  I might have had
24 him, like, carry the clothes to the washing
25 machine, stuff like that.

Page 32

8  (Pages 29 to 32)

1    Q.  Around the 2005 time frame before
2  the storm, regarding the outside, cutting
3  the grass and things like that, who did
4  that?
5    A.  I did and my nephews.
6    Q.  So any outdoor work, gardening,
7  cutting the grass, things of that nature,
8  were done by you or your nephews?
9    A.  Correct.
10   Q.  Did you ever paint the house?
11   A.  No, just a stucco house.
12   Q.  Did you ever paint the interior of
13 the house?
14   A.  Yes.
15   Q.  When did you do that?
16   A.  Prior to -- before Erika was born
17 in '94.
18   Q.  That was the last time any of the
19 interior rooms had been painted?
20   A.  Yes.
21   Q.  Did you perform the painting
22 yourself?
23   A.  Yes.
24   Q.  Did anybody help you?
25   A.  No.

Page 33

1    A.  Yes.
2    Q.  Do you fry food or do you --
3    A.  Yes.
4    Q.  I assume you also use skillets and
5  you bake and do all that kind of stuff then
6  as well?
7    A.  Yes.
8    Q.  Are you a pretty accomplished
9  cook?
10   A.  Yes.
11   Q.  Do you have an estimate as to how
12 often you would fry fish in the home, the
13 Dale Street home, before the hurricane?
14   A.  On Fridays.
15   Q.  That was typical Friday food?
16   A.  Yes.
17   Q.  What types of fish would you fry?
18   A.  Cat and trout.
19   Q.  Was there any special way that you
20 typically prepared it or was it all kinds of
21 different ways?
22   A.  Fried and baked.
23   Q.  Did you have special ventilation
24 in your kitchen area to help you when you
25 were frying?

Page 35

1    Q.  You said that you typically took
2  care of the cooking.  Did Debra help you
3  with the cooking?
4    A.  Yes.
5    Q.  Did you cook meals every night?
6    A.  Yes.
7    Q.  Was that something that you did as
8  a family, that you have a set time and you
9  eat every day together?
10   A.  I didn't set a time, but it always
11 fell around the same time.
12   Q.  When was that?
13   A.  Usually about between 5:00 and
14 6:30.
15   Q.  What kinds of things did you like
16 to cook around the 2005 time frame before
17 the storm?
18   A.  Well, we ate hamburgers, we ate
19 meatballs and spaghetti, red beans and rice,
20 pork sausage, pork chops, chicken, noodles,
21 Tony Chachere's, garlic.  Everything from
22 scratch, basically.
23   Q.  Did you cook -- a lot of the food
24 that you made was from scratch and not
25 preprepared?

Page 34

1    A.  Yeah, we had a vent over it and
2  the stove was right by the door in the
3  kitchen, so the door stayed open.
4    Q.  When you were cooking, especially
5  on Fridays the catfish and the trout, you
6  would leave the door open?
7    A.  Yes.
8    Q.  And you would turn on the vent
9  over the stove?
10   A.  Yes.
11   Q.  Were there any other kind of set
12 meals that you had in 2005 before the storm?
13   A.  No, not really.  It was whatever I
14 felt like cooking at that time.
15   Q.  No red beans and rice on Mondays?
16   A.  Not all the time.
17   Q.  In 2005, just before the storm,
18 did you also have, say, for instance,
19 candles in the home?
20   A.  No, because my sister is allergic
21 to all of those scents, so we had no
22 candles.
23   Q.  Okay.  Debra is allergic to
24 scents?
25   A.  Scents, yes.

Page 36

9  (Pages 33 to 36)

1    Q.  Okay.  What types of things, when
2  you say "scents," are you talking about?
3    A.  A lot of floral scents like
4  perfumes, stuff like that.  So we had no
5  products or anything like that in the house.
6    MR. HILLIARD:
7      Pardon me.  Even though Joe is a
8  nice guy, but since he's on the other side,
9  his only question was, "Did you have
10  candles?"  And the answer is, "No."
11      If he wants to know about the
12  allergies, he'll ask the question.  So be
13  very careful about offering information that
14  he doesn't ask you about.
15    THE WITNESS:
16      Okay.
17    MR. GLASS:
18      I object to the instruction to the
19  witness.  If you have an objection, I will
20  ask that you just say "Objection," and I can
21  ask for clarification if I need it.
22      I would appreciate it.
23    MR. HILLIARD:
24      Overruled.
25  EXAMINATION BY MR. GLASS:

Page 37

1    Q.  All right.  What kind of -- has
2  Debra been specifically diagnosed with
3  allergies?
4    A.  To my knowledge, I would have to
5  say no.
6    Q.  It's just that you know from the
7  experience of living with her that she has a
8  sensitivity to certain products?
9    A.  Yes.
10    Q.  And how did those sensitivities
11  manifest themselves if she was around, for
12  instance, the perfume you talked about?
13    A.  Sneezing.
14    Q.  Did she have a problem with any
15  cleaning products that were used in the home
16  on the Saturdays?
17    A.  No.
18    Q.  What type of floors did you have
19  in the Dale Street address just prior to the
20  storm?
21    A.  Hardwood and linoleum.  Excuse,
22  vinyl.
23    Q.  Which rooms in the house had
24  hardwood floors?
25    A.  All of the bedrooms and the living

Page 38

1  room.
2    Q.  What were the sleeping
3  arrangements just prior to storm?
4    A.  I had my own bedroom, Erika and
5  Christopher had their own bedroom, Matthew
6  and Jerry shared a bedroom and Debra had her
7  own bedroom.
8    Q.  So in Chris's room, there were
9  hardwood floors?
10    A.  Yes.
11    Q.  Are those the original floors that
12  were put in when the house was built?
13    A.  Yes.
14    Q.  Were those floors ever refinished?
15    A.  I did it prior to Erika being
16  born.
17    Q.  How did you refinish those floors?
18    A.  I sanded them down and
19  polyurethaned.
20    Q.  The polyurethane was used to seal
21  the floor?
22    A.  Yes.
23    Q.  Did you put any kind of varnish or
24  anything like that on top of it?
25    A.  No.

Page 39

1    Q.  So 1994 is when you did that?
2    A.  No.  That was, I would say, in
3  '92.  Like I said, that was prior to her
4  being born.
5    Q.  Okay.  I'm sorry, I apologize.
6      What type of walls were in the
7  house?
8    A.  Cement.
9    Q.  Were they covered with drywall,
10  anything like that?
11    A.  No.
12    Q.  Did you have a lot of books in the
13  house?
14    A.  Not a whole lot.  I would say
15  average.
16    Q.  Did you have central
17  air-conditioning in the house?
18    A.  Yes.
19    Q.  Central heat?
20    A.  No.
21    Q.  In the wintertime when it was
22  cold, what did you do for heat?
23    A.  Space heaters.
24    Q.  During the summer months -- and
25  I'm, again, speaking for -- why don't we

Page 40

10  (Pages 37 to 40)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alana Alexander

---

1    take it this way.
2         In the beginning of 2005, the
3    first half, those first six months when it
4    started getting hot, did you use the air
5    conditioner?
6         A.  Yes.
7         Q.  Was there a typical time when you
8    started using the air conditioner more
9    frequently?
10        A.  When it got hot.
11        Q.  Okay.  That's a logical answer.
12             Did you keep the house at a steady
13    temperature throughout the year?
14        A.  Yes.
15        Q.  What was the steady temperature
16    you kept the house at?
17        A.  Mostly around 75.
18        Q.  Around 75 degrees?
19        A.  Yes.
20        Q.  Did you use any kind of
21    humidifiers in the house?
22        A.  No.
23        Q.  Dehumidifiers in the house?
24        A.  No.
25        Q.  Did you have any kind of air

Page 41

---

1    for the hardwood floors?
2         A.  I used the Lysol.
3         Q.  Did you use any kinds of polishes
4    for the floor?
5         A.  No, because I just buffed them up.
6         Q.  Sounds like your division of labor
7    is a lot like at my house.  You're doing all
8    the work and everybody else is watching.
9         A.  Pretty much.
10    MR. HILLIARD:
11         You do the floors, is that what
12    you're trying to tell us?
13    MR. GLASS:
14         No.  Don't hand this to my wife.
15    EXAMINATION BY MR. GLASS:
16         Q.  Other than the products you've
17    identified for me, the Lysol, Mr. Clean and
18    the bleach/water solution, do you remember
19    any other cleaning products that you
20    maintained or used in the house?
21         A.  No, that was -- that's it.
22         Q.  I apologize if I already asked you
23    this, but were you responsible for
24    purchasing food and household products?
25         A.  Me and Debra.

Page 43

---

1    purifiers that were used in the house?
2         A.  No.
3         Q.  What types of products did you use
4    to clean the house on Saturday mornings?
5         A.  Usually Lysol, Mr. Clean and
6    bleach.  A bleach/water solution.
7         Q.  Did you set up the bleach/water
8    solution or did the kids do that?
9         A.  No, I did that.
10        Q.  How much bleach per amount of
11    water did you use?
12        A.  I would say maybe a half a cup of
13    bleach to maybe four to five cups of water.
14        Q.  And the kids would take that
15    solution and go ahead and start cleaning up?
16        A.  No.  I used that to clean.
17        Q.  The kids didn't use the bleach
18    solution?
19        A.  No.
20        Q.  What areas of the house did you
21    clean with the bleach solution?
22        A.  The bathroom.
23        Q.  Any other areas?
24        A.  No, just mostly the bathroom.
25        Q.  Did you use any specific products

Page 42

---

1         Q.  Was there a set day that you would
2    go shopping?
3         A.  No, not really.
4         Q.  Was there a specific place you
5    would go shopping?
6         A.  Yes.
7         Q.  Where would you go?
8         A.  Usually Winn-Dixie or Wal-Mart and
9    Sam's Club.
10        Q.  So you maintain a Sam's Club
11    membership?
12        A.  I did and Debra had one also.
13        Q.  Debra had one?
14        A.  Yes.
15        Q.  Do you still maintain that
16    membership?
17        A.  No.
18        Q.  What dates did you have that
19    membership?
20        A.  I would have to say early '90s.
21    Yeah.  Because I didn't have any -- yeah.
22    Early '90s.
23        Q.  So the last time you would have
24    shopped at a Sam's Club would have been
25    before 2000?

Page 44

---

11  (Pages 41 to 44)

1    A.  Yes, I would say.
2    Q.   So the primary place you shopped
3 for food or cleaning products would have
4 been Winn-Dixie or Wal-Mart?
5    A.  Yes.
6    Q.   Okay.  And I'm talking about just
7 prior to the hurricane in 2005; is that
8 accurate?
9    A.  Yes.
10    Q.   Typically, how did you pay for
11 your purchases?
12    A.  Cash.
13    Q.   You didn't maintain a credit card
14 account or anything like that?
15    A.  No.
16    Q.   Did Debra do shopping independent
17 of the shopping you did?
18    A.  Yes.
19    Q.   So she might go and pick out
20 different household cleaning products?
21    A.  No.
22    Q.   Her shopping was usually for her
23 independent needs for her and her kids?
24    A.  Yes.
25    Q.   So you're talking about clothes

Page 45

1 temperature was because the space heater
2 didn't have a thermostat like the
3 air-conditioning, correct?
4    A.  Correct.
5    Q.   How many space heaters did you use
6 in the house?
7    A.  I would say four.
8    Q.   Do you remember the brands of the
9 space heaters?
10    A.  No.
11    Q.   The space heaters were used in the
12 bedrooms?
13    A.  Yes.
14    Q.   Did Christopher Cooper, your son,
15 have one in his bedroom?
16    A.  Yes.
17    Q.   Now, was there one in the living
18 room?
19    A.  No.
20    Q.   Were all of the space heaters in
21 bedrooms?
22    A.  No.
23    Q.   Where was the space heater that
24 wasn't in a bedroom?
25    A.  In the den.

Page 47

1 and things like that?
2    A.  Yes.
3    Q.   Okay.  So when I was asking you
4 about food and household cleaning products,
5 that was something you usually did with
6 Debbie?
7    A.  No.
8    Q.   Would you mind explaining for me
9 how it worked?
10    A.  We basically knew what each other
11 ate, so whenever -- if she saw something
12 getting low in the house, she would buy; if
13 I saw something getting low, I would buy.
14    Q.   If I understood your testimony
15 correctly, you tried to maintain the
16 temperature in the house to around 75
17 degrees through the use of the air
18 conditioner?
19    A.  Yes.
20    Q.   And during the winter months, you
21 would heat the house through space heaters
22 and try to keep it at about the same
23 temperature?
24    A.  I guess, yes.
25    Q.   You just didn't know what the

Page 46

1    Q.   Is that where people watched TV
2 and stuff?
3    A.  Yes.
4    Q.   How long would these space heaters
5 typically run when you were using them?
6    A.  I would say pretty much all day,
7 but -- yeah.  All day.
8    Q.   Were they ever -- excuse me, they
9 were used overnight?
10    A.  Yes.
11    Q.   So when people were sleeping, they
12 were still on?
13    A.  Yes.
14    Q.   Did the house have a fireplace?
15    A.  No.
16    Q.   Did you do any kind of grilling,
17 grill outdoors?
18    A.  Yes.
19    Q.   So you had a grill at the home as
20 well in 2005?
21    A.  Yes.
22    Q.   How big of a grill?
23    A.  I would say standard-sized grill.
24    Q.   Was it a natural gas grill --
25    A.  No.

Page 48

12  (Pages 45 to 48)

1    Q.  -- or open flame grill?
2        You used charcoal in it?
3    A.  Yes.
4    Q.  Is that something that you would
5    do or would somebody else do the grilling?
6    A.  I would.
7    Q.  You were protective of your food?
8    A.  Yes.
9    Q.  Is there any other types of food
10   that you consider to be a specialty?  You
11   mentioned you fried fish on Fridays.  Is
12   there anything that you're particularly
13   proud of in your ability to make?
14   A.  I make candy.
15   Q.  Candy?
16   MR. HILLIARD:
17       You make it?
18   THE WITNESS:
19       Uh-huh.
20   EXAMINATION BY MR. GLASS:
21   Q.  What kind of candy do you make?
22   A.  Praline candy.
23   Q.  Pralines, did you say?
24   A.  Yes.
25   Q.  Any other types of candy that you

Page 49

1    make?
2    A.  No.
3    Q.  Do you sell any of the candies?
4    A.  No, not really.
5    Q.  That's one of those answers that
6    requires me to ask something further.
7        When you say "not really, does it
8    mean in the past you have sold candies?
9    A.  Yes, I have.
10   Q.  Was that just to neighbors and
11   acquaintances and things of that nature or
12   did you actually have them commercially
13   packaged and sold?
14   A.  No, not commercially packaged.
15   Q.  People would just taste them and
16   they're really good and they'd say, "We want
17   to buy some from you"?
18   A.  Yes.
19   MR. HILLIARD:
20       Like tamales in South Texas.
21   EXAMINATION BY MR. GLASS:
22   Q.  What about food products, have you
23   ever sold any meals or anything like that?
24   A.  No.
25   Q.  So your cooking is mostly for

Page 50

1    family and friends?
2    A.  Yes.
3    Q.  Do you entertain -- just prior to
4    the hurricane of 2005, did you have a set
5    night where you cooked for friends or
6    anything like that?
7    A.  No.
8    Q.  Just be occasionally somebody
9    might come over that you would invite over?
10   A.  Yes.
11   Q.  Regarding the typical meals in the
12   house in 2005, was there a situation where
13   your entire family and Debra's entire family
14   would sit down together and eat?
15   A.  I wouldn't say we formally sat
16   down and ate, but when it was fish,
17   everybody would eat at the same time.
18   Q.  So you were cooking basically for
19   six people?
20   A.  Yes.
21   Q.  In 2005, at the time of the
22   hurricane, you previously testified that you
23   were living at the 4415 Dale Street address,
24   correct?
25   A.  Yes.

Page 51

1    Q.  As the hurricane was approaching,
2    did you take any action to evacuate from the
3    area?
4    A.  No.
5    Q.  You decided to ride out the storm
6    at the 4415 Dale Street address?
7    A.  Yes.
8    Q.  Who was in the home with you?
9    A.  Myself, Erika, Christopher, Debra,
10   Matthew, Jared and my brother, Ronald,
11   stayed overnight that night.
12   Q.  And you say "that night," are you
13   talking about August 28, 2005?
14   A.  Yes.
15   Q.  On August 29, 2005, can you take
16   me through what happened on that day?
17   A.  The night before?
18   Q.  Sure.
19   A.  We were sitting outside and we
20   were just talking generally about the storm
21   and everything.  Prior to the storm, it was
22   really breezy out, so we were sitting on the
23   porch talking, and we had been hearing about
24   the 20 feet of water.
25       I asked my brother, I said, from

Page 52

13  (Pages 49 to 52)

1  where we were sitting on the porch, I said,
2  where would be 20 feet?
3         And he was, like, "Slightly before
4  the door, the top of the door." And I was
5  like, "I don't believe that's going to
6  happen" because our neighborhood has never
7  flooded during any of the prior severe
8  storms we have had in New Orleans.
9         So, basically, that's what we were
10  talking about. We didn't believe that a
11  neighborhood would flood like that.
12     Q.  Let me step back just a moment. I
13  want to ask you a few questions about your
14  typical day prior to the hurricane.
15         In 2005, what grade was Chris in?
16     A.  Fourth? Third? No, he was in
17  third. He was about to start third grade.
18     Q.  So he was going to start third
19  grade in the fall of 2005?
20     A.  Well, actually, the way the storm
21  hit, like, I want to say the week after
22  school started, so he had just started the
23  third grade.
24     Q.  Was he going to McDonough 15 at
25  the time?

Page 53

1  grade?
2     A.  Well, he would play in the
3  neighborhood with my best friend's children,
4  who also lived in the same neighborhood.
5  And they would play ball in the street.
6     Q.  Did he have any problems playing
7  with the neighborhood kids when he was in
8  third grade?
9     A.  No.
10     Q.  I guess that's just right before
11  the storm?
12     MR. HILLIARD:
13         Problems as in --
14  EXAMINATION BY MR. GLASS:
15     Q.  Did he have any issues with being
16  able to keep up with the other kids?
17     A.  I would say no.
18     Q.  Do you remember the names of any
19  of the kids he used to play with?
20     A.  Uh-huh.
21     Q.  What were their names?
22     A.  Lynn, Caivin, Leah, Brandon and
23  Keith.
24     Q.  These were all neighborhood kids?
25     A.  No, that's my best friend's

Page 55

1     A.  No, he was at a school called The
2  House of the Holy Family.
3     Q.  Where is that located?
4     A.  It was located on Chef Menteur
5  Highway.
6     Q.  You say "was."
7     A.  "Was," yes.
8     Q.  It was lost in the hurricane?
9     A.  Yes, it was.
10     Q.  Did Chris participate in any
11  activities at that time?
12     A.  No.
13     Q.  Was he involved in music?
14     A.  No.
15     Q.  Was he involved in any sports at
16  the school?
17     A.  No.
18     Q.  Was he involved in any sports at
19  the playground?
20     A.  No.
21     Q.  Did he attend a specific
22  playground?
23     A.  No.
24     Q.  What types of things did he like
25  to do for fun when he was in the third

Page 54

1  children and her two nephews.
2     Q.  Who's your best friend?
3     A.  Donna Gibson.
4     Q.  Was that the same Donna who got
5  married --
6     A.  Yeah, we were living together.
7     Q.  She lived in the neighborhood
8  around the Dale Street address?
9     A.  Three doors down from me.
10     Q.  You guys have been lifelong
11  friends?
12     A.  Since the fourth grade.
13     Q.  Prior to the hurricane, what was
14  Chris's health like?
15     A.  He had asthma.
16     Q.  How did you treat that asthma?
17     A.  He had an inhaler.
18     Q.  Anything else he had?
19     A.  He had a nebulizer machine.
20     Q.  Who was his primary treating
21  physician?
22     A.  Just prior to the storm?
23     Q.  Yes, just prior to the storm.
24     A.  Janet Barnes, Dr. Janet Barnes.
25     Q.  If Chris had to go to the

Page 56

14 (Pages 53 to 56)

| | |
|---|---|
| 1  emergency room, which hospital would he go<br>2  to?<br>3      A.   University.<br>4      Q.   The inhaler was prescribed by<br>5  Dr. Barnes?<br>6      A.   Yes.<br>7      Q.   How often did Chris use the<br>8  inhaler, typically, in the six months prior<br>9  to the hurricanes?<br>10      A.   I would say, at the most, maybe<br>11  twice a month.  Once or twice a month.<br>12      Q.   Did he carry it with him?<br>13      A.   No.<br>14      Q.   He had it in the house?<br>15      A.   Yes.<br>16      Q.   Can you describe for me a typical<br>17  instance where he might need the inhaler?<br>18      A.   He would use the inhaler if he --<br>19  because his way of saying that he was about<br>20  to have an asthma attack, he would say his<br>21  chest was itching.<br>22      Q.   That's his way of saying he felt<br>23  like an asthma attack was coming on?<br>24      A.   Yes.<br>25      Q.   He knew that from prior<br>Page 57 | 1  feel it coming on, the chest itching, after<br>2  he had been running around or doing anything<br>3  like that?<br>4      A.   Not unless it was the crisp air.<br>5      Q.   And then he would come in and tell<br>6  you that "My chest is itching," and take a<br>7  puff off the inhaler?<br>8      A.   Yes.<br>9      Q.   Did that typically resolve it?<br>10      A.   Yes.<br>11      Q.   Did he have to sit down and relax<br>12  for a little while?<br>13      A.   Yes.<br>14      Q.   And how often would he use the<br>15  nebulizer machine?<br>16      A.   I would say maybe twice a year,<br>17  maybe.<br>18      Q.   Again, I'm speaking about just<br>19  before the hurricane.<br>20      A.   Oh, if we're going before the<br>21  hurricane, maybe once a year.<br>22      Q.   When would you escalate to using<br>23  the nebulizer?<br>24      A.   When his breathing became a little<br>25  more difficult and I saw that he was pulling<br>Page 59 |
| 1  experiences of having the asthma attacks?<br>2      A.   Yes.<br>3      Q.   He described that for you as "I<br>4  feel like my chest is itching, and I need to<br>5  do something"?<br>6      A.   Yes.<br>7      Q.   What would typically bring the<br>8  feeling that his chest was starting to itch?<br>9      A.   The coolness in the weather.<br>10      Q.   The coolness in the weather<br>11  changes?<br>12      A.   Yes.<br>13      Q.   So they would occur more<br>14  frequently in the fall and winter?<br>15      A.   Yes, in the fall and when it<br>16  changed back to the summer again.<br>17      Q.   So it wasn't just when it got<br>18  cooler, it was when there was an actual<br>19  shift in the seasons?<br>20      A.   Yes.<br>21      Q.   Did you become aware up to the<br>22  point of 2005 of any other potential asthma<br>23  triggers for asthma in Chris?<br>24      A.   No.<br>25      Q.   Did he ever tell you that he could<br>Page 58 | 1  more with his breathing.<br>2      Q.   What do you mean by "pulling"?<br>3      A.   "Pulling" is a term they use when<br>4  you take a deep breath and you see this part<br>5  right here go in.  When I noticed that, then<br>6  I knew he needed the nebulizer.<br>7      Q.   How long would he stay on the<br>8  nebulizer?<br>9      A.   Only for a treatment.  Usually, if<br>10  he went through one course of treatment, it<br>11  usually subsided.<br>12      Q.   How long was one course of<br>13  treatment?<br>14      A.   I would say it would last maybe<br>15  about ten minutes.<br>16      Q.   And at that point, his breathing<br>17  would return to normal?<br>18      A.   Yes.<br>19      Q.   And after he finished using the<br>20  nebulizer, what would he do, sit down --<br>21      A.   He usually would go to sleep.<br>22      Q.   Was this something that was used<br>23  at night or during the day?<br>24      A.   Either one.<br>25      Q.   And he would just take a nap after<br>Page 60 |

15 (Pages 57 to 60)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

1   he used it?
2       A.  Yes.
3       Q.  Prior to the hurricane, did it
4   ever get to a point where you needed to take
5   Chris to the emergency room to deal with
6   asthma?
7       A.  Yes.
8       Q.  How often would that happen?
9       A.  That would happen maybe twice a
10  year.
11      Q.  Was there a typical time when it
12  would occur when he needed to go to the
13  emergency room?
14      A.  When the seasons changed.
15      Q.  Do you remember the last time he
16  had gone to the emergency room before the
17  hurricane?
18      A.  I would say early 2005.  I would
19  say maybe like January.
20      Q.  What would prompt you to take
21  Chris to the emergency room in those times
22  that you did?
23      A.  If I gave him a treatment with the
24  nebulizer and it didn't adjust his breathing
25  or subside the asthma attack, then I would
                                    Page 61

1   take him to the hospital.
2       Q.  And what would they do at the
3   emergency room?
4       A.  Typically, they would give him
5   another treatment, but they would add the
6   prednisone steroid.
7       Q.  Was he hospitalized overnight?
8       A.  No, not --
9       Q.  Typically?
10      A.  No.
11      Q.  So they would just treat him in
12  the ER and then discharge him to home?
13      A.  Yes.
14      Q.  Prior to the hurricane, did Chris
15  ever speak with you about his asthma?
16      A.  Yes.
17      Q.  Did he talk to you about any
18  concerns he had concerning the asthma?
19      A.  He would from time to time just
20  say that he was kind of scared, the fact
21  that he couldn't breathe, you know.  And he
22  would get upset, you know, sometimes.
23      Q.  What did you tell him at those
24  times?
25      A.  I would just tell him mostly, you
                                    Page 62

1   know, I said, I'm always here when you have
2   your treatment, and when you feel in
3   distress of the asthma coming on.  And if
4   there was anything I didn't think we could
5   handle, we would always immediately go to
6   the hospital.
7       Q.  Did you go through any kind of
8   education programs with Chris regarding
9   asthma?
10      A.  Yes.  When he first was diagnosed.
11      Q.  When he was first diagnosed?
12      A.  Uh-huh.
13      Q.  When was that?
14      A.  When he was like two, about three
15  or four.  Three or four when he was first
16  diagnosed.
17      Q.  At that time, you went through an
18  education program for Chris or for you?
19      A.  For him.
20      Q.  All right.  Did Chris understand
21  the information that was provided to him
22  when he was three or four years old?
23      A.  I would say no.  But, you know, he
24  was three or four, he wouldn't have
25  understood a lot.
                                    Page 63

1       Q.  Since that time, have you obtained
2   any medical literature or anything else that
3   Chris has read regarding asthma?
4       A.  Well, yeah, because the schools
5   hand out papers about asthma, children with
6   asthma, all the time.
7       Q.  Do you keep those papers?
8       A.  Not really, because it's basically
9   the same information that he and I already
10  know.
11      Q.  What information is that?
12      A.  It would be that most children
13  with asthma have a hard time breathing and
14  most of them are typically on all the same
15  kind of inhalers, and how to, if they feel
16  the asthma attack coming on, to stop what
17  they're doing to try to calm themselves down
18  and to ease their breathing and to take
19  their medicine and then relax afterwards.
20      Q.  Do you think it's important to
21  follow the medical plan or treatment that's
22  provided by the doctors who are treating
23  Chris?
24      A.  Yes.
25      Q.  Do you follow all the advice and
                                    Page 64

                              16  (Pages 61 to 64)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alana Alexander

```
 1    all the treatment that is prescribed by the
 2    doctors that treat Chris?
 3        A.  Yes.
 4        Q.  Did you have to fill out any
 5    specific forms just prior to the hurricane
 6    regarding Chris's asthma for the schools?
 7        A.  They, you know, pretty much ask --
 8    when you are filling out for school, they
 9    ask if your child has any allergies or
10    chronic problems, and I would fill in the
11    fact that he had asthma.
12        Q.  You mentioned allergies as well.
13    Before the storm, did Chris have problems
14    with allergies?
15        A.  I would say no.
16        Q.  You seemed to hesitate on that.
17    Were you aware of some issues that he had
18    with allergies or no?
19        A.  I will say no.
20        Q.  He had never been treated for
21    allergies prior to the hurricane in 2005?
22        A.  He was taking Claritin because he
23    had runny eyes.
24        Q.  What did you contribute those
25    runny eyes to?
                                  Page 65
```

```
 1        A.  The pollen in the air.
 2        Q.  Did any doctor treat Chris prior
 3    to the hurricane for the runny eyes?
 4        A.  I would say, yes, Dr. Barnes.
 5        Q.  Did Dr. Barnes indicate that it
 6    was allergy-related prior to the storm?
 7        A.  I want to say, yes.
 8        Q.  She indicated that he had an
 9    allergy to pollens before the storm?
10        A.  No.
11        Q.  She didn't test for what the
12    allergy was, she just indicated it was an
13    allergy?
14        A.  Yes.
15    MR. HILLIARD:
16        We have been going about an hour,
17    are you okay?
18    THE WITNESS:
19        Yes.
20    MR. HILLIARD:
21        And you're in the home stretch?
22    MR. GLASS:
23        Not hardly.
24    EXAMINATION BY MR. GLASS:
25        Q.  How often did Chris treat with
                                  Page 66
```

```
 1    Dr. Barnes for the runny eyes before the
 2    storm?
 3        A.  I would say maybe once.
 4        Q.  Do you remember the date?
 5        A.  No.
 6        Q.  Was it the same year as the
 7    hurricane?
 8        A.  No, I would say it was prior to
 9    that.
10        Q.  Other than the allergies you just
11    described, the runny eyes and the asthma, do
12    you remember any other health issues
13    regarding Chris pre-Hurricane Katrina?
14        A.  No.
15        Q.  Did he go to the hospital for any
16    reason prior to 2005 other than the asthma
17    we talked about?
18        A.  Yes.
19        Q.  When did he go to the hospital
20    other than that?
21        A.  He had a gash on his arm.  He cut
22    himself.
23        Q.  When did that happen?
24        A.  I would have to say sometime in
25    '04.
                                  Page 67
```

```
 1        Q.  He got stitches?
 2        A.  No.  A butterfly.
 3        Q.  How big of a school was The House
 4    of Holy Family?
 5        A.  It was from first grade to third.
 6    It was two buildings.  The first grade was
 7    in -- the big building, the first grade and
 8    the second grade, and the third graders had
 9    their own building.
10        Q.  Did Chris go to first and second
11    grade in that school as well?
12        A.  Yes.
13        Q.  Were you a teacher at that school?
14        A.  No.
15        Q.  Did you help out as a room mom or
16    anything like that?
17        A.  Yes.  I was the vice president of
18    the PTA.
19        Q.  Did you help out with cooking food
20    or anything like that?
21        A.  Yes.
22        Q.  Was that during the school day?
23        A.  No.
24        Q.  Were you speaking about, like, PTA
25    meetings, that's when you cooked food?
                                  Page 68
```

17 (Pages 65 to 68)

1     A.  Yes.
2     Q.  Did they have a cafeteria at the
3  school?
4     A.  Yes.
5     Q.  So food was prepared on-site for
6  the kids to eat?
7     A.  I'm not sure if it was prepared
8  on-site or if it was -- I'm not sure.
9     MR. HILLIARD:
10        Brought in?
11    THE WITNESS:
12        Yes.
13  EXAMINATION BY MR. GLASS:
14    Q.  Did they have a fully operational
15  kitchen in the cafeteria?
16    A.  Yes.
17    Q.  Did you make lunches for Chris and
18  Erika?
19    A.  No.
20    Q.  So they purchased their lunch at
21  the school?
22    A.  Yes.
23    Q.  Since he was only just starting
24  third grade, let's talk about the second
25  grade at the school.

Page 69

1     A.  Yes.
2     Q.  Would he bring home projects that
3  he made?
4     A.  Yes.
5     Q.  Did he use glues and paste and
6  things like that?
7     A.  I would say yes, but a lot of it
8  was mostly coloring sheets, stuff like that.
9     Q.  Did you have any restrictions on
10  the types of products that Chris could use
11  at the school?
12    A.  No.
13    Q.  Did Chris ever have a problem at
14  school from having an asthma attack or
15  needing the puffer or anything like that?
16    A.  I would say, yes, but not often.
17    Q.  And I'm speaking specifically
18  about the second grade.
19    A.  Yeah.
20    Q.  Did he go to school with an
21  inhaler?
22    A.  Whenever your child has asthma,
23  you have to have an inhaler at the school.
24    Q.  If he had to use the inhaler, were
25  you informed of that fact?

Page 71

1         Were you familiar with how the
2  classrooms were set up?
3     A.  Yes.
4     Q.  What kind of building material was
5  the second grade building made of?
6     A.  Concrete.
7     Q.  What types of floors were in the
8  classrooms?
9     A.  I really don't remember, to be
10  honest.  I'm not sure, but I think it was a
11  concrete floor.
12    Q.  With carpeting on top?
13    A.  No, not carpeting, but rugs, if
14  I'm not mistaken.
15    Q.  Do you remember what the walls
16  were made out of?
17    A.  No, not really.
18    Q.  What types of activities did Chris
19  partake in during class time when he was in
20  the second grade?
21    A.  I would say the typical second
22  grade stuff.  Education, they went outside,
23  they had a playground area.
24    Q.  Were there arts and crafts in the
25  second grade?

Page 70

1     A.  Yes.
2     Q.  Was he instructed to speak to a
3  teacher before he used the inhaler?
4     A.  Yes.
5     Q.  Who was his second grade teacher?
6     A.  Sister -- I can't remember her
7  name.  I know she was a nun.
8     Q.  Was she a nice nun or a mean nun?
9     A.  Yeah, she was a really nice nun.
10  The principal at the school, I do remember
11  her name.  Her name was Sister Liz.
12    Q.  Are any of the nuns from the order
13  still in the New Orleans area?
14    A.  No.  Because -- no.  After the
15  storm, it was pretty bad.
16    MR. HILLIARD:
17        Do you know the order?
18    THE WITNESS:
19        Yes, it was the Holy Family nuns.
20  Sisters of the Holy Family.
21  EXAMINATION BY MR. GLASS:
22    Q.  Have you had any contact with any
23  of the administration from the school since
24  the hurricane?
25    A.  Yes.  As a matter of fact, I saw

Page 72

18  (Pages 69 to 72)

1   Sister Liz two weeks ago.
2       Q.   Where did you see Sister Liz?
3       A.   At a jubilee for the nuns.
4       Q.   Where was that?
5       A.   St. Maria Goretti Church.
6       Q.   I'm sorry?
7       A.   St. Maria Goretti Church.
8       MR. HILLIARD:
9           Can you spell that?
10      MS. PETROVICH:
11          G-O-R-E-T-T-I.
12      MR. HILLIARD:
13          Thank you.  And that's where she
14  is now?
15      THE WITNESS:
16          No.  She's actually at school --
17  she works in Shreveport.
18  EXAMINATION BY MR. GLASS:
19      Q.   Where did you say she was?
20      A.   I think she's in Shreveport right
21  now.  It's either Shreveport or Alexandria.
22      Q.   Have you run into anybody else
23  from the school besides Sister Liz?
24      A.   Sister Cabrini.
25      Q.   Where is she?

Page 73

1       A.   Well, she's actually at the mother
2   house.
3       Q.   Where is the mother house located?
4       A.   On Chef Menteur Highway.
5       Q.   Do you remember who his third
6   grade teacher was?
7       A.   Ms. Jackson.
8       Q.   Ms. Jackson, did she have a lot of
9   involvement with Chris or just a couple of
10  weeks?
11      A.   Just a couple of weeks.
12      Q.   Did you have to fill out some kind
13  of waiver to allow Chris to go to school as
14  an asthmatic child?
15      A.   No.
16      Q.   So the only information in place
17  was that if he was going to use the
18  nebulizer, he needed to inform his teacher,
19  and then he would use it and they would
20  monitor him?
21      A.   Yeah.  Not the nebulizer, inhaler.
22      Q.   I'm sorry, inhaler.  I apologize.
23          Did the curriculum in second grade
24  include organized physical education?
25      A.   No.

Page 74

1       Q.   So it was just play time on the
2   playground?
3       A.   Yes.
4       Q.   Prior to the hurricane, did Chris
5   ever vocalize any concerns regarding his
6   possible passing away from asthma?
7       A.   No, not really.
8       Q.   Did he ever talk to you about
9   whether he could die from having asthma?
10      A.   He asked, and I told him it could
11  be if it would get severe enough.
12      Q.   What did he say in response to
13  that?
14      A.   I told him, just like I said, "You
15  could, but I would never let it get that
16  bad."
17      Q.   Did he seem satisfied with that
18  response?
19      A.   Yes.
20      Q.   Is it your understanding that as
21  long as the asthma is treated, that its
22  potential to be life-threatening is very
23  small?
24      A.   Yes.
25      Q.   Does Chris understand that?

Page 75

1       A.   Yes.
2       Q.   You have told him that?
3       A.   Yes.
4       Q.   You mentioned that he discussed
5   his concerns about not being able to
6   breathe.  What other concerns prior to 2005
7   did he talk to you about regarding his
8   asthma or allergies?
9       A.   Basically, what I said before,
10  that it, you know, it made him a little
11  nervous and everything when he would feel it
12  coming on.  Again, I would just reiterate to
13  him that I wouldn't let it get that severe.
14      Q.   Did Chris ever talk to you about
15  any other concerns or fears he might have
16  had about anything prior to 2005?
17      A.   No.
18      Q.   When the hurricane was
19  approaching, was there any discussion with
20  Chris concerning the hurricane?
21      A.   I guess, you know, typical
22  questions that children that age would ask.
23  "Will the storm hit?  What will we do if it
24  hits?"
25          And things like that.

Page 76

19 (Pages 73 to 76)

1    Q.   Any discussions about if the
2  water -- for instance, he talked about maybe
3  being 20 feet, was there discussion about
4  where you would go or what you would do?
5    A.   Yes.
6    Q.   What did you guys talk about?
7    A.   We would go into the attic.
8    Q.   Did you have a plan for maybe
9  getting out of the attic if the water got
10 high?
11   A.   Not really.
12   Q.   The only reason I ask is, in the
13 paper, you usually bring an axe with you.
14   A.   Well, we did have a hammer with us
15 in the attic.
16   Q.   Pound your way out, huh.
17       Did Chris seem satisfied with the
18 fact of your explanation that the house had
19 never flooded before?
20   A.   Yes.
21   Q.   So we were talking about the night
22 before the hurricane.  So you went to sleep
23 that night?
24   A.   Yes.
25   Q.   And then what happened the next
                                    Page 77

1  morning?
2    A.   Well, when we woke up, by the time
3  I woke up that morning, the wind was just
4  slightly blowing and it was just a drizzle.
5      So for the most part, we figured
6  out that the major part of the storm had
7  passed.  And I was in the kitchen cooking
8  breakfast.  And they were in the front of
9  the house looking at the rain.
10     Erika said, "Momma, come look at
11 the water."
12     And I'm like, "There's no water."
13     And she's like, "No, Mom, come see
14 the water."
15     By the time I walked from the
16 kitchen to the front of the house, the water
17 was already starting to come into the house.
18   Q.   All the people that you previously
19 described or identified for us were still in
20 the house at that time?
21   A.   Yes.
22   Q.   Any additional people come over?
23   A.   No.
24   Q.   All right.  So you saw the water
25 coming into the house.  What did you do at
                                    Page 78

1  that point?
2    A.   Well, when the water starting
3  coming in, since it was moving as fast as it
4  was coming in, we decided to go into the
5  attic.  And so the attic access panel was to
6  the back of the house, so we went to the
7  back of the house and went up the ladder.
8    Q.   Everyone in the house?
9    A.   Yes.
10   Q.   Did you bring anything with you?
11   A.   Yeah, because we had a --
12 everybody had their little hurricane kit, so
13 we had water and food and stuff like that we
14 brought up.  And while the water was rising,
15 my brother and my oldest nephew Jared went
16 to try and salvage as much as we could when
17 the water was rising.
18   Q.   Talking about pictures, things
19 like that?
20   A.   Pictures, some clothing, things
21 like that.
22   Q.   How big of an attic are we talking
23 about?
24   A.   The attic was the width of the
25 house.
                                    Page 79

1    Q.   Do you know the square footage of
2  the house?
3    A.   No.
4    Q.   It wasn't a finished attic, I take
5  it?
6    A.   Partially finished.
7    Q.   Partially finished?
8    A.   Uh-huh.
9    Q.   Did it have wood paneling?
10   A.   No, no.
11   Q.   What part was finished?
12   A.   Floor.
13   Q.   What kind of floor did it have?
14   A.   Wood.
15   Q.   Do you know what kind of wood?
16   A.   No.
17   Q.   Were the attic beams open and
18 exposed?
19   A.   Yes.
20   Q.   The underside of the roof, the
21 plywood was exposed?
22   A.   Yes.
23   Q.   Did you have any electricity up in
24 the attic?
25   A.   No.
                                    Page 80

                          20  (Pages 77 to 80)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                     Videotaped Deposition of Alana Alexander

1    MR. HILLIARD:
2         Clarification.  Do you mean
3    electricity because of the storm, or was
4    there electricity wired up there?
5    MR. GLASS:
6         Electricity wired.
7    THE WITNESS:
8         No, because there was no
9    electricity by that time.
10   EXAMINATION BY MR. GLASS:
11        Q.   The electricity had gone out the
12   night before?
13        A.   No, that morning.
14   MR. HILLIARD:
15        I still think it's unclear now.
16   You might want to clarify it.
17   EXAMINATION BY MR. GLASS:
18        Q.   I'm asking if there was power to
19   the house, first off, the morning of the
20   hurricane?
21        A.   Early in the morning.
22        Q.   Okay.  But at some point, the
23   electricity was cut off to the house?
24        A.   Yes.
25        Q.   Up in the attic, was there wiring
                                        Page 81

1    for lights?
2         A.   No.
3         Q.   Okay.  So regardless of whether
4    there was electricity to the house, there
5    would be no lights or anything in the attic?
6         A.   Yes.
7         Q.   Unless you brought a flashlight or
8    something like that?
9         A.   Yes.
10        Q.   Okay.  So you're all up in the
11   attic and the water is rising.  How high did
12   it get?
13        A.   In my house, it got up to
14   five feet, just below the light switch.
15        Q.   What were the kids doing before
16   you went up into the attic?
17        A.   Watching the water run down the
18   street.
19        Q.   Was there any concern, as the
20   water started rising several feet in the
21   house, expressed by your kids?
22        A.   They got a little nervous and
23   scared.
24        Q.   Before you went in the attic, did
25   the kids have to get on any furniture or
                                        Page 82

1    anything like that to get out of the water?
2         A.   No, my nephews picked them up.
3         Q.   Was Chris ever left on his own on
4    a countertop or anything like that while you
5    were collecting things?
6         A.   No, he wasn't on a countertop.
7         Q.   Do you remember any specific
8    concerns or fears that were expressed by
9    Chris before you went up into the attic?
10        A.   No, not specifically.
11        Q.   Was there any concern about
12   potentially drowning?
13        A.   Not really.  I didn't worry about
14   drowning because I knew we were going in the
15   attic.
16        Q.   So you were up in the attic and
17   the water got up to about five feet.  How
18   long did you stay in the attic?
19        A.   A few hours.
20        Q.   Was there any discussion about any
21   concerns or fears while you were waiting in
22   the attic for those few hours?
23        A.   We didn't discuss a lot.  We were
24   mostly quiet listening to the rain and the
25   wind.
                                        Page 83

1         Q.   Did you have a portable radio or
2    anything like that?
3         A.   No, it had gotten wet.
4         Q.   What was the plan as you waited
5    out those few hours in the attic?
6         A.   Well, when the rain eventually
7    stopped and the water started to actually go
8    down, my father owns a barber shop that was
9    right next door to the house, which is a lot
10   higher than our house was.  And so we
11   figured if the water would keep going down,
12   we would go over to the barber shop, since
13   it was higher.
14        Q.   You said the barber shop next
15   door, was it immediately next door to 4415?
16        A.   Yes, immediately.
17        Q.   If you're facing the house at 4415
18   Dale Street, is it to the right or left?
19        A.   It's on the right-hand side.
20        Q.   Is that house still there?
21        A.   Yes.
22        Q.   And that was used as a barber
23   shop?
24        A.   Yes.
25        Q.   And your father owned that as
                                        Page 84

                                   21 (Pages 81 to 84)

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255
New Orleans * Baton Rouge * Covington * Shreveport                    (504) 529-5255

1  well?
2      A.  Yes.
3      Q.  Where were your parents at this
4  time?
5      A.  Around the corner on Reynes
6  Avenue.
7      Q.  That's 4758 Reynes Street?
8      A.  Right.
9      Q.  Did you speak with them?
10     A.  Not until the next day.
11     Q.  You had a key to the barber shop?
12     A.  My sister did.
13     Q.  Debra?
14     A.  Yes.
15     Q.  So as the water went down, who
16  went over to the barber shop to see how that
17  was property doing?
18     A.  Ronald.
19     Q.  And he came back and told you it
20  was better?
21     A.  Yes.
22     Q.  So on August 29, 2005, everyone
23  moved from 4415 Dale Street over to the
24  barber shop?
25     A.  Yes.

Page 85

1      Q.  How long did you stay in the
2  barber shop?
3      A.  One day.
4      Q.  Until August 30?
5      A.  Yeah.  You got to understand, we
6  started losing track of days, so --
7      Q.  So you stayed in the barber shop.
8  Did all of the people that were at 4415 Dale
9  Street stay at the barber shop as well?
10     A.  Yes.
11     Q.  How did you -- what sleeping
12  arrangements were made in the barber shop?
13     A.  There was a lot of chairs in
14  there, so mostly everybody sat up in the
15  chairs.  I sat in one, my nephew sat in a
16  barber chair.  It was basically everybody on
17  a chair.  I was outside because there was
18  like a chair, a bench on the porch, so I
19  stayed outside.
20          That's pretty much how it was.
21     Q.  Was it hot outside?
22     A.  Oh, yes.  It was hot inside too.
23     (Off the record discussion.)
24  EXAMINATION BY MR. GLASS:
25     Q.  Did Chris have his nebulizer at

Page 87

1      Q.  How high did the water get at the
2  barber shop?
3      A.  I would say maybe a foot or two.
4      Q.  Did the water recede to the point
5  where it was dry in the house?
6      A.  Yes.
7      Q.  The barber shop?
8      A.  Yes, it was just below the porch.
9      Q.  Did you have to clean up before
10  you could stay in the barber shop?
11     A.  Yes.
12     Q.  What did you do to clean up?
13     A.  We took a broom and swept all the
14  water out, we found some mops and wiped up
15  as much of the water as we could.  We had
16  some sheets to soak up the water, and we
17  just kept wringing them out until we got out
18  the majority of the water and opened the
19  doors on all sides so it would air.
20     Q.  The 4415 Dale Street address is a
21  single-story house?
22     A.  Yes.
23     Q.  The barber shop, is that one story
24  or two stories?
25     A.  One.

Page 86

1  that time?
2      A.  No, all of that got wet.
3      Q.  Did he have his inhaler?
4      A.  I managed to save his inhaler,
5  yes.
6      Q.  Did he need it?
7      A.  No.
8      Q.  So he didn't have to use his
9  inhaler on the day after the hurricane?
10     A.  No.
11     Q.  The next morning, what did you
12  guys do?
13     A.  The next morning, the evening
14  before, a friend of my brother's had a boat
15  and he had gotten his family from in the
16  back of the neighborhood, because we stayed
17  up closer to the highway.
18          So the guy gave my brother the
19  boat.  So we went to check on my grandmother
20  and my aunt and my mom and my dad early that
21  next morning.
22     Q.  Those are all people who were in
23  the neighborhood?
24     A.  Yes.
25     Q.  Who is your aunt?

Page 88

22  (Pages 85 to 88)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alana Alexander

```
 1    A.  Melvina.
 2    Q.  Alexander?
 3    A.  No.  She's a Bowers, B-O-W-E-R-S.
 4    Q.  What is her address?
 5    A.  She lives in Texas now.  I don't
 6  know the --
 7    Q.  At the time of the hurricane?
 8    A.  44 -- excuse me.  4515 Dale.
 9    Q.  Okay.  And then you also went to
10  check on your parents at Reynes Street?
11    A.  My aunt and my grandmother lived
12  in the same house.
13    Q.  Who's your grandmother?
14    A.  Her name was Leona Scott.
15    Q.  Is she still alive?
16    A.  No, she died.
17    Q.  I'm sorry for your loss.
18    A.  She was 97.  She lived a full
19  life.
20    MR. HILLIARD:
21      When did she die?
22    THE WITNESS:
23      She died two years after the storm
24  in Texas.
25  EXAMINATION BY MR. GLASS:
                                   Page 89
```

```
 1  We weren't the best people to be in a canoe
 2  with a shovel and a paddle.  It's not like
 3  we go canoeing every weekend.  So it took us
 4  a while to maneuver it down the street and
 5  around the corner.
 6    Q.  Did you see other people in the
 7  neighborhood?
 8    A.  Yes, there were a few people
 9  calling out to us and everything, but Ronald
10  told them that we would check on them after
11  we checked on my mom and my grandmother and
12  them.
13    Q.  When you checked on the relatives,
14  what was the general condition?  Everyone
15  was okay?
16    A.  For the most part, yeah, everybody
17  was okay.
18      So that's why I said that the days
19  became fuzzy.  Because we went to check on
20  them, and I know the next morning, and I
21  don't know exactly what date that would have
22  been, but the next morning we actually got
23  them out of the houses that they were in.
24    Q.  And brought them over to the
25  barber shop?
                                   Page 91
```

```
 1    Q.  Other than your grandmother and
 2  your aunt and your parents, did you check on
 3  anyone else?
 4    A.  No.
 5    Q.  Who was the friend with the boat?
 6    A.  I have no idea.
 7    Q.  So you were using the boat to get
 8  around and check the neighborhood the next
 9  day?
10    A.  Yes.
11    Q.  I think it was August 30 or
12  maybe -- well, who went with you to check
13  these other people?
14    A.  Ronald.
15    Q.  Just Ronald?
16    A.  Yes.  My sister was scared of the
17  boat.
18    Q.  What about Chris and Erika, did
19  they want to come?
20    A.  No.  She wanted to, but I said,
21  no, you're not coming.
22    Q.  All right.  How long did it take
23  you to check around the neighborhood?
24    A.  I would say a few hours, because
25  we had to dodge fences and cars and trees.
                                   Page 90
```

```
 1    A.  Yeah, but they didn't stay.  We
 2  brought them to the highway, to the Chef
 3  Highway.  Because Chef Highway didn't have
 4  any water on it.
 5    Q.  And that's the part of the highway
 6  that runs along the eastern side of the
 7  house, your house?
 8    A.  Yes, it's about three blocks away
 9  from my house.
10    Q.  And the water didn't reach up to
11  the level of the Chef --
12    A.  It had already crossed over the
13  Chef Highway.  The way the neighborhood is
14  made, Chef is high and the neighborhood goes
15  like that.
16    Q.  Were other people gathering on the
17  highway?
18    A.  Oh, yeah, there was a lot of
19  people on the highway.
20    Q.  People that you knew?
21    A.  Yes.
22    Q.  Who else was on the highway that
23  you knew?
24    A.  We met some church members.  I
25  don't remember his name, but he's passed
                                   Page 92
```

23  (Pages 89 to 92)

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255
New Orleans * Baton Rouge * Covington * Shreveport                              (504) 529-5255

1  since.
2      A lot of people in the
3  neighborhood, I knew them, but not their
4  names.  So we saw a lot of them up there by
5  the highway.
6      Q.  Did everybody have food and water?
7      A.  There was a grocery store right
8  there on the highway that a few people had
9  broken into and had gotten food and water
10  out of.
11      Q.  So people were taking what they
12  needed at that time?
13      A.  Yes.
14      Q.  Was there any contact with
15  authorities in the city?
16      A.  Not to my knowledge.  Not at that
17  time.
18      Q.  What was the plan while you were
19  on the highway?  How were the arrangements
20  made as far as sleeping and things of that
21  nature?
22      A.  Oh, we didn't sleep on the
23  highway.  What we did was, there's a hotel
24  that was right there by the interstate and
25  they were willing to take in older people.

Page 93

1      Q.  Who went with you to the bridge?
2      A.  Me and Erika, Christopher, Debra
3  and Matthew and Jared.
4      Q.  So Debra and her kids and you and
5  your kids?
6      A.  Right.
7      Q.  At that point, you got dropped off
8  at the bridge?
9      A.  Yes.
10      Q.  And you never went back to the
11  Dale Street address until many years later?
12      A.  When we came back.
13      Q.  You brought with you in the truck
14  some food and then whatever you could
15  salvage?
16      A.  Food, water and clothes that we
17  had.
18      Q.  Was there any discussion with your
19  kids at that time about any concerns or
20  fears they may have had while they were on
21  bridge?
22      A.  Not really, because you've got to
23  understand.  I mean, I tried to make
24  everything more of an adventure, so I tried
25  to not make it -- as little stress as

Page 95

1  So my mom and my aunt and my grandmother
2  went to that hotel.  And we saw a friend of
3  my sister's that had a truck that brought us
4  over the Danziger Bridge.  And by then, we
5  just had the stuff that we had carried out
6  of the house.
7      So we got a basket from
8  Winn-Dixie, two baskets, and put our stuff
9  in there.  So then we were like, what are we
10  going to do now?  So we decided to walk
11  because we had heard through the grapevine
12  that there was supposedly help at the
13  Superdome.  So we decided to start walking
14  from New Orleans East to the Superdome.  And
15  that's what we did.
16      Q.  Let me back up a little bit.  You
17  said you got to the interstate and you met
18  some people.  At that point, the hotel took
19  in your grandmother --
20      A.  My mom and my aunt.
21      Q.  Okay.  And then somebody had a
22  truck that took you to the Danziger Bridge?
23      A.  Yes.
24      Q.  Who had the truck?
25      A.  I don't know his name.

Page 94

1  possible.
2      There were some people on that
3  bridge who had, I guess, went to some other
4  stores and had some clothing.  And they were
5  talking, we were talking to them, and they
6  give Christopher like a jersey, stuff like
7  that.
8      So like I say, me and Debra
9  decided that we would just go ahead on and
10  start walking.
11      Q.  Were there any authorities around
12  the bridge at that time?
13      A.  No.
14      Q.  No police, anything like that?
15      A.  No, there was nobody around.
16      Q.  So you started to walk toward
17  downtown New Orleans?
18      A.  Yes.
19      Q.  And your plan was to get to the
20  Superdome?
21      A.  Yes.
22      Q.  Along the way, did you run into
23  anyone?
24      A.  Well, there were a few people
25  walking on the interstate because we

Page 96

24  (Pages 93 to 96)

```
 1    actually got on I-10 and walked on I-10.
 2        Q.  How long did it take you to get to
 3    downtown New Orleans?
 4        A.  I don't know.  We didn't really
 5    have a watch.  I want to say maybe six
 6    hours.
 7        Q.  So you did it in one day?
 8        A.  Yes, we did it in one day.  You
 9    know, we wasn't in a rush, we took our time.
10        Q.  Was there any problem either on
11    your part or on Chris's part regarding the
12    walk?  Were you having any health problems?
13        A.  No.
14        Q.  It was hot outside still?
15        A.  Yes.
16        Q.  When you got to downtown New
17    Orleans, what's the next thing that
18    happened?
19        A.  Well, by the time we got there
20    late that evening, we slept on the bridge by
21    the Canal Street exit that night.
22        Q.  Were there other people on the
23    bridge?
24        A.  Oh, yeah.
25        Q.  Was there any concern for your
                                        Page 97
```

```
 1    Center, I want to say, maybe three or four
 2    days until the buses came.
 3        Q.  Was there a concern about staying
 4    in the Superdome because of potential safety
 5    issues?
 6        A.  Yeah, because, you know, we had
 7    been hearing, you know, different things
 8    that had been going on.  They had said
 9    people had got killed, people were getting
10    raped, things like that.  So it was like,
11    no, we really didn't want to go there.
12        Q.  That's something that all of you
13    heard that were in your group?
14        A.  Yes.
15        Q.  You heard from other people that
16    were in the area?
17        A.  Yes.
18        Q.  Did you see any authorities?
19        A.  When we got up to Canal Street,
20    there was a police up there and the military
21    trucks we saw up there.  And while we were
22    on the bridge, we saw the military trucks
23    going back and forth.
24        Q.  Did you speak to any of the
25    authorities?
                                        Page 99
```

```
 1    safety at that point?
 2        A.  Not really because there was so
 3    many other people in the same predicament,
 4    so, I mean --
 5        Q.  So everyone was trying to kind of
 6    help out everyone else?
 7        A.  Yes, as much as you could.
 8        Q.  You had water and food?
 9        A.  Yes, we had water and food.
10        Q.  At that point, you were sleeping
11    on the bridge.  The next morning, what
12    happened?
13        A.  The next morning, we eventually
14    made our way to the Superdome.  But when we
15    saw all of the people there and how
16    unorganized it was, we were like, hmmm,
17    well, no, we really didn't want to go there.
18    So we decided then to start walking to the
19    Convention Center because we had heard they
20    were accepting people at the Convention
21    Center also.
22            So we started walking again, and
23    we eventually got to the Convention Center,
24    I would say, mid-afternoon, later on.
25            And we stayed in the Convention
                                        Page 98
```

```
 1        A.  No, not really.
 2        Q.  Were they offering any kind of
 3    assistance at that time?
 4        A.  No.
 5        Q.  How was your food and water
 6    holding out at that point?
 7        A.  We was doing okay.  We were doing
 8    okay.  Because Debra is -- she packed a lot.
 9    Let me put it that way.
10        Q.  How were you moving all this
11    stuff?
12        A.  We had the baskets we had gotten
13    from the Winn-Dixie before we left the first
14    bridge.
15        Q.  So you had rolling shopping carts?
16        A.  Right.
17        Q.  So you made the decision to
18    continue on to the Convention Center.  And
19    when you got to the Convention Center, were
20    there any authorities there?
21        A.  No.
22        Q.  What was the situation at the
23    Convention Center?
24        A.  Lot of people.  So we decided to
25    stay on the outside of the Convention Center
                                        Page 100
```