1    because there was a lot of people inside.
2    But we stayed on the outside part.
3        Q.  Were you under the cover?
4        A.  Yes, we were under the overhang, I
5    guess you could say.
6        Q.  Did you see any people who had
7    passed?
8        A.  We saw two.
9        Q.  When you were walking over?
10       A.  When we were walking, we saw none.
11   We only saw those two bodies when we got to
12   the Convention Center.
13       Q.  They were at the Convention Center
14   already?
15       A.  Yes.  One was on the neutral
16   ground and one was in a wheelchair.
17       Q.  Did your kids see them as well?
18       A.  Yeah.  They were covered, but, you
19   know, they could see.
20       Q.  Was there any discussion about
21   that?
22       A.  We tried not to have big
23   discussions about stuff like that.
24       Q.  Did anybody express any concern
25   about their safety or their health?

Page 101

1        A.  They were a little worried, but
2    like I said, I tried not to harp on the bad
3    that was happening.  We tried to, you know,
4    go as -- we tried to make it the best we
5    could, I guess you could say with what we
6    had, best situation with what we had.
7        Q.  Did you see any problems with
8    crime going on at the Convention Center?
9        A.  No, not really.
10       Q.  For the most part, people were
11   still being helpful to each other?
12       A.  Cordial, yes.  I mean, we had
13   people that were breaking into the stores.
14   They would break into the stores and get
15   food for everybody.
16           And at one point, the hotels that
17   still had people in them would cook food and
18   then they would come to the Convention
19   Center and give the food out.  A few people
20   stole, like, grills and got other food from
21   other stores and they cooked the food and
22   would pass it out to the old people and the
23   children first, and whatever they had left,
24   they would give it to everybody else.
25           You know, somehow I guess the

Page 102

1    machines were still running on generators
2    and they found the ice machine and they
3    started passing out the ice to people, stuff
4    like that.
5        Q.  After a few days, you said that
6    some buses came to take you someplace else?
7        A.  Yes, they took us to Fort Chaffee.
8        Q.  That's in Arkansas?
9        A.  Yes.
10       Q.  How were the arrangements made?
11   Was there some kind of authoritative body
12   that came in and said, "This is what we're
13   going to do"?
14       A.  Well, prior to the buses coming,
15   military did show up.  I would say the day
16   before the buses came.  They just, you know,
17   had -- they had moved all -- the way the
18   Convention Center was, they had sick people
19   all over the place, you know, older people
20   who were sick.
21           So they had to move everybody who
22   was older and sick up to front of the
23   Convention Center.  I think it was Julia
24   Street.  And we were actually right there.
25   By the time we got into the Convention

Page 103

1    Center, we actually caught up with my mom
2    and my grandmother and my aunt.  And so we
3    all kind of stayed together.  We had heard
4    that early that next morning that the buses
5    were supposed to be coming.
6        Q.  Was your father at the Convention
7    Center as well?
8        A.  No, my brother and my daddy
9    decided they wanted to stay in the
10   neighborhood.
11       Q.  When you were sleeping at the
12   Convention Center, were you outside on the
13   ground?
14       A.  Yes.
15       Q.  Did you have any kind of bedding
16   or anything?
17       A.  Well, we had a -- like I said,
18   Debra, she had packed sheets, when we were
19   at the barber shop, we dried as much as we
20   could and she had packed sheets and stuff
21   like that, so we had some sheets to lay on.
22       Q.  So you were told that you were
23   going to be transported to Fort Chaffee
24   and --
25       A.  No, we weren't told anything.

Page 104

26  (Pages 101 to 104)

1  They just told us to get on the bus.  We got
2  on the bus, and we wound up at Fort Chaffe,
3  Arkansas.
4      Q.  So the military just basically
5  said, "Get on the bus, you can't stay here"?
6      A.  Pretty much, yeah.  Nobody wanted
7  to stay after all of that.  We were going to
8  get on the bus no matter where it was going.
9      Q.  Figured anyplace was better?
10     A.  There you go.
11     Q.  Okay.  So how long did it take to
12 get to Arkansas?
13     A.  Felt like all day.  We started out
14 during the day, and we didn't get to
15 Arkansas until the next morning.  So I would
16 say it took at least about 12 hours, I would
17 say.  At least.
18     Q.  How were the kids holding up at
19 that point?
20     A.  At that point, it had gotten
21 better because when we did get on the bus,
22 the military gave us those MREs.
23     Q.  Yes.
24     A.  So they were making it an
25 adventure, "Who's going to get the roast

Page 105

1      THE VIDEOGRAPHER:
2          Back on the record; it is 10:13.
3  EXAMINATION BY MR. GLASS:
4      Q.  When we were off the record,
5  ma'am, it's my understanding that you took
6  time to review what has now been marked as
7  A. Alexander 1 and A. Alexander 2.
8          A. Alexander 1 being a Plaintiff
9  Fact Sheet relating to your yourself and A.
10 Alexander 2 relating to Christopher J.
11 Cooper; is that correct?
12     A.  Correct.
13     Q.  Okay.  Let me ask you a few
14 questions about that before we get back to
15 Arkansas.
16         Looking at A. Alexander Exhibit 1,
17 it's my understanding that there's some
18 information that you do not believe is
19 accurate?
20     A.  Yes.
21     Q.  Okay.  Can you grab A. Alexander 1
22 and go to the information that you want to
23 correct, the first thing.
24     A.  On the first page No. 2, you have
25 the wrong address for where am I staying,

Page 107

1  beef?"
2          They liked the roast beef over the
3  meatloaf.  And there was chicken and stuff
4  like that and the desserts.  And they found
5  it interesting where you would add the water
6  to the little packet and it would warm up
7  the food.
8          So by then, I think it became a
9  little more fun and less stressful.  I won't
10 say entirely fun, but, you know.
11     Q.  Were there any issues with the
12 stress between Erika and Chris for those few
13 days there at the Convention Center?
14     A.  No, not really.
15     Q.  Did Chris have to use his inhaler
16 at all?
17     A.  No.
18     THE WITNESS:
19         Can we take a break?
20     MR. HILLIARD:
21         Certainly.
22     THE VIDEOGRAPHER:
23         We're off the record; it's 9:58.
24     (Recess.)
25     (Recess.)

Page 106

1  the current address.  It should be 1619
2  Mirabeau.
3      Q.  Okay.  If you would, take a look
4  at the last page of the fact sheet before we
5  get to the --
6      A.  What page number is that?
7      Q.  That's what I'm trying to look
8  for.  Hold on a second.  Look at page 17.
9      A.  Okay.
10     Q.  Do you have the signed
11 authorization there?
12     A.  Yes.
13     Q.  The certification?
14     A.  Yes.
15     Q.  That's dated July 22, 2008,
16 correct?
17     A.  Uh-huh.
18     Q.  That's a "yes"?
19     A.  Yes.
20     Q.  And is that your signature?
21     A.  Yes, it is.
22     Q.  Okay.  Under the certification,
23 you were declaring as of July 22, 2008, that
24 the information on the sheet was, to the
25 best of your knowledge, accurate?

Page 108

27  (Pages 105 to 108)

1      A.  Yes.
2      Q.  So the information on page 2 about
3  your address as of July 22, 2008, was your
4  current address, 4415 Dale Street?
5      A.  On this date, you're asking?
6      Q.  Yes.
7      A.  No, it was 1619 Mirabeau.
8      Q.  Okay.  Are there any other changes
9  on this page?
10      A.  Yes, on the e-mail address, it's
11  A. Alexander.  There needs to be an "A" in
12  front of it.  And on page -- on page 6, the
13  driver's license number is wrong.  It should
14  be 05.
15      Q.  Okay.
16      A.  And the date of birth should be
17  '66, not '63.
18      Q.  Anything else?
19      A.  On page 8, they only had allergies
20  listed for Christopher.  It was allergies
21  and asthma.
22      Q.  All right.
23      A.  On 11, Erika's name is spelled
24  wrong.  Take out the "C."  And the address
25  is 4415.

Page 109

1      Q.  Okay.
2      A.  On 12, that answer should "no."
3      On F -- I'm sorry.  F1 should be
4  "no."
5      Q.  Regarding F1, that question asks
6  whether you have ever suffered from any of
7  the following illnesses, diseases or
8  abnormal conditions, and one being lung or
9  other respiratory disease, it is marked
10  "yes" on the original sheet.
11      That was inaccurate information?
12      A.  Yes, it should have been "no"
13  because I was -- when I answered that --
14      MR. HILLIARD:
15      Pardon me.
16  EXAMINATION BY MR. GLASS:
17      Q.  Go ahead.  Why did you answer?
18      A.  Because I thought they were
19  talking about prior -- after being in the
20  trailer, not before.
21      Q.  Okay.  The illness, disease, or
22  abnormal condition that you identify as a
23  breathing problem --
24      A.  Would have been after we were in
25  the trailer.

Page 110

1      Q.  After the trailer, you felt like
2  you developed a breathing problem?
3      A.  Yeah.  This is the one on me?
4      Q.  Yes.
5      A.  Yeah.
6  MS. PETROVICH:
7      So the answer should be "yes"?
8  THE WITNESS:
9      The question says, "Have you ever
10  suffered."  I was answering --
11      MR. HILLIARD:
12      Hold on, wait.  This is confusing.
13  Wait a minute.  Don't say anything else
14  until there's a question on the table.
15  EXAMINATION BY MR. GLASS:
16      Q.  Ma'am, if I understand correctly
17  what you're trying to convey in the
18  information requested in VI. 1. is that
19  after you started living in the FEMA
20  trailer, you developed breathing problems;
21  is that correct?
22      A.  I would have to say no.
23      Q.  Okay.  Let me ask you this way.
24  Before you lived in the FEMA trailer, when
25  you first started occupying the FEMA trailer

Page 111

1  on Dale Street, did you have any breathing
2  problems?
3      A.  Before I occupied the trailer?
4      Q.  Yes.
5      A.  No.
6      Q.  Okay.  After you occupied the
7  trailer, did you have breathing problems?
8      A.  The coughing slightly, yeah.
9      Q.  Had you ever had coughing spells
10  before you lived in the trailer?
11      A.  No.
12      Q.  Had you ever had colds before you
13  lived in the trailer?
14      A.  Well, yeah.
15      Q.  Are there any other changes on the
16  fact sheet?
17      A.  I think that was it.  Let me make
18  sure.  No, that is it.
19      Q.  As of July 22, 2008, when you
20  signed the certification, did you review
21  this Plaintiff Fact Sheet before you signed
22  it?
23      A.  Yes, I read over it.
24      Q.  Okay.  And you signed that it was
25  accurate that you had breathing problems

Page 112

28  (Pages 109 to 112)

1  before you moved in the trailer?
2      A.  That was before I totally
3  understood the question.
4      Q.  You indicated your weight was 230
5  as of the date you signed this Plaintiff
6  Fact Sheet and that when you were living in
7  the trailer, it was the same 230 pounds and
8  now you're at 270 --
9      A.  Uh-huh.
10     Q.  Okay.  So you have had weight gain
11 since then?
12     A.  Yeah.
13     Q.  Are you satisfied that the
14 information in this Plaintiff Fact Sheet is
15 accurate with the changes that you currently
16 made?
17     A.  Yes.
18     Q.  And you are certifying that it is
19 accurate as of the date of today?
20     A.  Yes.
21     Q.  Could you look at what has been
22 marked as A. Alexander 2?
23        And actually, before I start
24 asking you questions about that Plaintiff
25 Fact Sheet, let me ask you a few more
                                    Page 113

1  questions about A. Alexander 1.
2         How did you come to fill out that
3  Plaintiff Fact Sheet?
4      A.  When I went to the lawyer.  The
5  lawyers.
6      Q.  Which lawyer did you go to?
7      A.  I went to Justin Woods.
8      Q.  When did you first go to Justin
9  Woods?
10     A.  I would say probably early '08, I
11 want to say.
12     Q.  What prompted you to go see
13 Mr. Woods?
14     A.  They were speaking about the
15 trailers and the possibility of having
16 formaldehyde.  And his mom goes to my church
17 and he came to the church.
18     Q.  Mr. Woods came to the church?
19     A.  Yes.  He spoke to a lot of the
20 people, the parishioners at the church.
21     Q.  It was like a meeting?
22     A.  Yes.
23     Q.  Do you remember when that meeting
24 occurred?
25     A.  I don't exactly remember the date.
                                    Page 114

1      Q.  Was there any advertisement or
2  notification posted regarding the meeting?
3      A.  No.  I would say his mom and my
4  momma are good friends and she told my momma
5  and my momma told me.
6      Q.  Said that "My son is coming to
7  speak at the church about formaldehyde and
8  FEMA trailers"?
9      A.  Yes.
10     Q.  Okay.  Had you heard anything
11 about that topic prior to Justin Woods's mom
12 telling you?
13     A.  The only time I heard any mention
14 about the trailers and formaldehyde was in
15 December.  December -- that would have been
16 in '07.
17     Q.  What did you hear about trailers
18 in December of '07?
19     A.  The news was reporting that they
20 had found that the trailers had possible
21 formaldehyde in them.
22     Q.  Did you hear any news reports
23 prior to December '07?
24     A.  No.
25     Q.  What news reports were
                                    Page 115

1  broadcasting this information?
2      A.  I always look at Channel 6 News,
3  WDSU, so it had to be that channel.
4      Q.  Is that the same channel that you
5  watched the whole time after the hurricane?
6      A.  Well, what you mean, when I came
7  back home?
8      Q.  Yes.
9      A.  Pretty much.  Well, I look at all
10 of them, actually.
11     Q.  Do you watch the news every day?
12     A.  I would say yes.
13     Q.  Do you watch any particular
14 broadcast?
15     A.  Channel 6.
16     Q.  What time?
17     A.  Either 6 or 10, depending on what
18 time I got home that day.
19     Q.  Do you read the newspaper?
20     A.  No, not really.
21     Q.  Okay.  When you say "not really,"
22 do you --
23     A.  I don't read the newspaper.
24     Q.  Do you subscribe to the newspaper?
25     A.  No.
                                    Page 116

                              29  (Pages 113 to 116)

1     Q.  Do you sometimes buy it on the
2  weekends?
3     A.  No.
4     Q.  Other than watching Channel
5  6 news, do you get news information from any
6  other source?
7     A.  No, not really.
8     Q.  Internet?
9     A.  Very seldom.
10     Q.  Is it typical for you to watch
11  news reports every day at either 6:00 or
12  10:00?
13     A.  Either one, yeah.
14     Q.  Following the hurricane, did you
15  continue in this pattern when you watched
16  the news?
17     A.  You mean before I came back or
18  what?
19     Q.  Okay.  When you came back in --
20  well, when did you come back?
21     A.  I came back in May of '06.
22     Q.  When you came back in May of '06,
23  did you watch Channel 6 news regularly?
24     A.  Yes.
25     Q.  Do you watch any national news

Page 117

1  point with Mr. Woods?
2     A.  I think I did.
3     Q.  Was that after he put on the talk
4  or the discussion?
5     A.  Yes, this was after.
6     Q.  Okay.  Do you recall what
7  Mr. Woods specifically said about the
8  trailers and about formaldehyde?
9        MR. HILLIARD:
10        Hold it.  She signed a contract at
11  that time, my objection is going to be form
12  unless you clarify your question to make
13  sure that it's prior to --
14        MR. GLASS:
15        I certainly did.  I made certain
16  that she said she signed the contract after
17  the presentation.
18        MR. HILLIARD:
19        Right, but the last question you
20  asked did not specify that that was the
21  information you were seeking.
22  EXAMINATION BY MR. GLASS:
23     Q.  I'm specifically seeking what
24  information Mr. Woods presented at the
25  church before you signed your contract.

Page 119

1  programs?
2     A.  No.
3     Q.  CNBC, CNN, anything like that?
4     A.  I'm not a big cable person.
5     Q.  Do you have cable?
6     A.  Not in my room.
7     Q.  Do you have cable --
8     A.  They have cable in the house.
9     Q.  When you came back in May of '06,
10  did you have access to cable channels?
11     A.  No.
12     Q.  Did you have access to the normal
13  broadcast channel of Channel 6?
14     A.  Yes.
15     Q.  What kind of information was
16  provided to you when you saw Mr. Woods at
17  the church?
18     A.  I was told it was a class action
19  suit about the FEMA trailers, and he gave
20  us, you know, a paper to fill out.  It was a
21  paper that I filled out with my name and my
22  children's names, and that is basically what
23  initially what I did, was fill that paper
24  out, with all our general information.
25     Q.  Did you sign a contract at that

Page 118

1        MR. HILLIARD:
2        Thank you.
3     THE WITNESS:
4        I'm trying to remember exactly
5  what he said, it has been a while, you know.
6        He basically told us, you know,
7  the odors and the smell that we encountered
8  when we first got in the trailer was
9  possibly formaldehyde and that information
10  wasn't given prior to moving into the
11  trailer, and if you had any of the itchy,
12  watery eyes, felt a burning sensation when
13  you went into the trailer, scratchiness in
14  the nose, that that was all symptoms of
15  inhaling the formaldehyde.
16  EXAMINATION BY MR. GLASS:
17     Q.  Did he describe the odors for you?
18     A.  No, he didn't describe the odors.
19     Q.  When he said "odors and smells,"
20  was there any discussion about what odors
21  and what smells?
22     A.  No, when he said "odors and
23  smells," anybody who was in a trailer knew
24  what he was talking about.
25     Q.  Well, you were in a trailer, what

Page 120

30  (Pages 117 to 120)

1  smell or what odor -- how would you describe
2  it?
3      A.  I would describe it as a chemical
4  smell, like plastic chemicals-like smell.
5      Q.  Did you take any biology classes
6  when you were in high school?
7      A.  Typically, biology classes, but I
8  was an EMT.
9      Q.  I'll get into your work history in
10  a moment, but when you were doing the
11  biology class or an EMT, were you around
12  formaldehyde?
13      A.  Not to my recollection, no.
14      Q.  Did you ever dissect a frog?
15      A.  Yes, I did.  We did a frog and we
16  did a pig.
17      Q.  Do you remember any smells
18  associated those two instances when you were
19  dissecting the frog or the pig?
20      A.  Yes, I do.
21      Q.  Do you associate those smells with
22  what you smelled in the trailer?
23      A.  I would say not a strong sense.
24      Q.  I'm confused by that answer a
25  little bit.  Is it your testimony that it

Page 121

1  didn't really smell that way or it did?
2      A.  It didn't, but the pig and the
3  frog had been out prior to us touching it,
4  you know.
5      Q.  Do you know how long they had been
6  out?
7      A.  That, I don't know.
8      Q.  Did you have to put them away
9  after you used them, the frog and the pig?
10      A.  We left them on the desk and the
11  professor took them.
12      Q.  Can you associate the smell that
13  you smelled in the trailer with any type of
14  product that you've used in the past?
15      A.  No.
16      Q.  Like if you bought a new car or if
17  you had new carpets or nail polish or
18  anything like that?
19      A.  It didn't smell like nail polish
20  at all to me.  It was, like I say, it was
21  something unique to me.
22      Q.  Do you dry clean any clothes?
23      A.  No.
24      Q.  Have you been to a dry cleaner
25  before?

Page 122

1      A.  Yes.
2      Q.  Did it smell like anything from
3  the dry cleaner?
4      A.  Not really, no.
5      Q.  In relation to Mr. Woods speaking
6  at the church, how much time passed before
7  you filled out the fact sheet, A. Alexander
8  1?
9      A.  This one, I would say some months.
10      Q.  You filled out a sheet with some
11  information on it --
12      A.  What are you --
13      Q.  -- and gave it to Mr. Woods?
14      A.  Yeah.  It was, like basically my
15  name, their names.  I think they had asked
16  for Social Security numbers, stuff like
17  that.
18      Q.  When you -- how did you know to go
19  fill out a Plaintiff Fact Sheet?
20      A.  What you mean, one of these?
21      Q.  Yes.
22      A.  After the whole process, the
23  lawyer said we needed to fill one of these
24  out.
25      Q.  When you filled out this fact

Page 123

1  sheet, did you fill it out by hand?
2      A.  Yes.
3      Q.  And somebody took that information
4  and typed it in?
5      A.  Yes.
6      Q.  Did you keep a copy of your
7  hand -- the copy that was filled out in your
8  handwriting?
9      A.  No.
10      Q.  That was given to your attorneys?
11      A.  No, I don't think I have a copy of
12  that.
13      Q.  After you gave the handwritten
14  copy to your attorneys, did you get a copy
15  of the typewritten form to look at before
16  you signed your certification?
17      A.  Yes, if I'm not mistaken, yes.
18      Q.  All of this information contained
19  in A. Alexander 1, did you actually look for
20  the documentation when they were requested
21  to see if you had any?
22      A.  Wait.  Ask me that again.
23      Q.  Sure.  There are some questions
24  about what documentation you have concerning
25  medical records and things like that.  Did

Page 124

31 (Pages 121 to 124)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

1  you actually look for documentation before
2  you answered that?
3      A.  Did I look myself at the answers
4  to some of these questions?
5      MR. HILLIARD:
6          Wait, wait, wait.  There are
7  certain questions in that document that ask
8  you for other documents.  His question is,
9  did you go look for those documents when
10 that document asked you to?
11     THE WITNESS:
12         When this one in particular?  I
13 really don't know, to be honest.  I don't
14 know.
15 EXAMINATION BY MR. GLASS:
16     Q.  By the time you filled out this
17 form, A. Alexander 1, you were already out
18 of the trailer, correct?
19     A.  Yes.
20     Q.  All right.  If you would take a
21 look at A. Alexander 2, and tell me if there
22 is any information that you changed in that
23 document?
24     A.  Well, the same thing on 2, the
25 address should be 1619 Mirabeau, and that's

Page 125

1      A.  I'm going to say I probably did,
2  yes.
3      Q.  So as of the date that you filled
4  out this form, which was given on page 17 --
5  I'm sorry, 18, it was February 3, 2009,
6  correct?
7      A.  I haven't gotten to it yet.  You
8  said page 18?
9      Q.  Correct.
10     A.  Say your question again, I'm
11 sorry.
12     Q.  Sure.  As of the date that you
13 signed the certification certifying the
14 information contained in Exhibit 2, you had
15 checked off "no" for No. 8 on page 5, that
16 you were not claiming mental and/or
17 emotional damages as a result of residing in
18 a FEMA trailer or mobile home.
19     A.  Okay.
20     Q.  That's correct?
21     A.  Yes.  But I changed it to "yes."
22     Q.  Okay.  Today?
23     A.  Yes.
24     Q.  Anything else you're changing?
25     A.  I think that was it.  Again, on

Page 127

1  70122.
2      Q.  Anything else?
3      A.  On both of those.
4      Q.  Anything else?
5      A.  And on No. 3 for Christopher where
6  it should say, "Drying and scaling of skin,
7  eczema."  That's 3, you see that?
8      Q.  So that box should be checked as
9  well?
10     A.  Yes.
11     Q.  When you originally filled out
12 Exhibit 2 was that filled out in your
13 handwriting as well for Christopher?
14     A.  I would say yes.  Yes.
15     Q.  When you first filled this out and
16 provided it to your counsel, did you check
17 off the box "Drying and scaling of skin"?
18     A.  No.
19     Q.  Okay.  Anything else you're
20 changing?
21     A.  No. 8 on page 5.
22     Q.  What are you changing there?
23     A.  8 should be "yes."
24     Q.  When you first filled out this
25 form, did you check "no"?

Page 126

1  11, Erika's name is spelled wrong here.
2      Q.  Take the "C" out, correct?
3      A.  Right.
4      Q.  Okay.
5      A.  That's it on this one.
6      Q.  And you signed on page 18 the
7  certification declaring that "Under the
8  penalty of perjury, all the information
9  provided in the fact sheet is true and
10 correct to the best of your knowledge as of
11 February 3, 2009," correct?
12     A.  Yes.
13     Q.  And as we are here today with the
14 changes that you've made, are you certifying
15 under oath that this information is
16 accurate?
17     A.  Yes.
18     Q.  Are you the legal guardian of
19 Chris Cooper?
20     A.  Yes.
21     Q.  Back on A1, A. Alexander 1, you
22 filled out a Form 95, is that correct, for
23 the back?  It's not a numbered page.
24         At the top it says "Claim for
25 Damage, Injury or Death"?

Page 128

32 (Pages 125 to 128)

1     A.   This (indicating)?
2     Q.   Yes.
3     A.   Uh-huh.
4     Q.   That one is for -- I'm sorry, is
5  dated February 15, 2008, correct?
6     A.   Yes.
7     Q.   Is that your signature at the
8  bottom?
9     A.   Yes.
10    Q.   Okay.  And you reviewed this
11  before you signed it?
12    A.   Yes.
13    Q.   The numbers that were indicated
14  for the amounts of the claims are $10,000
15  for property damage and $100,000 for
16  personal injury.
17        You reviewed those before you
18  signed this?
19    A.   Yes.
20    Q.   What property damage did you have
21  for $10,000?
22    A.   Okay.  When I filled this out, I
23  was under the impression this is the
24  property damage that happened in the house
25  during the storm.  So you want to know what

Page 129

1  that form?
2     A.   Let me get to it.
3     Q.   I'm sorry.
4     A.   No.  My name is not on there.
5     Q.   What's the date of that --
6  MR. HILLIARD:
7        Wait a minute.  What did you say?
8  THE WITNESS:
9        I said my name is not on that.
10  MR. HILLIARD:
11        Okay.  So the answer is, no, she
12  didn't.
13  EXAMINATION BY MR. GLASS:
14    Q.   What's the date that's indicated
15  on that document?
16    A.   It says 7-10-08.
17    Q.   The amount for personal injury for
18  the amount of claims is $100,000.
19    A.   That's what it says.
20    Q.   Go to the last page.  There's a
21  contingency fee retainer.
22    A.   That's this right here you're
23  talking about?
24    Q.   Is that your signature on that
25  page?

Page 131

1  was damaged in the house?
2     Q.   Yes, how did you come up with
3  $10,000?
4     A.   Okay.  We lost all of our clothing
5  for three of us, and furniture and
6  electronic, you know, devices and stuff like
7  that, and all of our personal items.
8     Q.   Did you make a list of that
9  damage?
10    A.   I would say I probably did.
11    Q.   So your clothing, your furniture
12  and the electronics, that's where you came
13  up with $10,000?
14    A.   Yes.
15    Q.   How did you come up with the
16  $100,000 for the amount of your claim for
17  personal injury?
18    A.   I would say I just came up with
19  the figure.
20    Q.   I'm sorry, I don't know if I asked
21  you this.  That's your signature on this
22  page?
23    A.   Yes, it is.
24    Q.   And on A2, the same form that you
25  filled out for Christopher, did you sign

Page 130

1     A.   Yes.
2     Q.   It's dated July 6, 2008; is that
3  accurate?
4     A.   Yes.
5     Q.   And this is a contingency retainer
6  that you signed on behalf of your son?
7     A.   Yes.
8     Q.   With Mr. Woods?
9     A.   Yes.
10    Q.   The Plaintiff Fact Sheet for Chris
11  was signed about seven months after the one
12  that you signed.  You had to go back a
13  second time to do the Plaintiff Fact Sheet
14  for Chris?
15    A.   Probably, if that's what it says.
16    Q.   Do you remember filling out a
17  separate form for Christopher that's
18  indicated in Exhibit 2?
19    A.   Yes, I remember signing it, yes.
20    Q.   Do you remember having to provide
21  the information that's put in that form?
22    A.   Yes.
23    Q.   What prompted you to go back and
24  fill out one for your son?
25    A.   Well, I was told because I had

Page 132

33 (Pages 129 to 132)

1    initially filled out one for all three, so
2    they said they couldn't find the other one,
3    so I went and filled out another one.
4        Q.   Are you talking about for you and
5    Erika -- I'm sorry, for Chris and Erika?
6        A.   Yes.
7        Q.   So the original forms that you
8    filled out apparently had been lost?
9        A.   I don't know.
10       Q.   And I'm talking about for
11   Christopher and Erika?
12       A.   I don't know if they were lost or
13   what.  I was just asked to fill out papers.
14       Q.   All right.  When we last left off
15   on your trek after the storm, you were in
16   Arkansas, correct?
17       A.   Uh-huh.
18       Q.   How long were you in Arkansas?
19       A.   One day.
20       Q.   You stayed at the military base?
21       A.   Yes.
22       Q.   Did they provide you sleeping
23   quarters there?
24       A.   Yes.
25       Q.   Cots?

Page 133

1    you were now living at the Houston address
2    with your cousin?
3        A.   Yes.
4        Q.   How long did you stay there?
5        A.   Ten days.
6        Q.   Okay.  Who was in the house
7    besides yourself, Erika and Christopher?
8        A.   Matthew, Jared, Debra, my
9    grandmother, my momma -- no, I take that
10   back, my momma -- yeah, my momma, Lauren, my
11   aunt and my other aunt.
12       Q.   What's her name?
13       A.   Melvina, my Auntie Melvina, and
14   Leona.
15       Q.   Same name as your grandmother?
16       A.   Uh-huh.  Yes.
17       Q.   Did you apply for any assistance
18   while you were staying with Lauren Williams?
19       A.   I applied for the FEMA assistance
20   that they were giving.
21       Q.   What FEMA assistance are you
22   referring to?
23       A.   They would give you money
24   initially.
25       Q.   Any specific amount?

Page 135

1        A.   You know, those beds that they
2    have in the barracks, bunk beds, stuff like
3    that.
4        Q.   And you also received some
5    supplies like food and water.
6        A.   Food, clothing, water, you were
7    able to take a shower.
8        Q.   What happened next?
9        A.   We heard from the grapevine that
10   they was supposed to be moving us again
11   because it was only temporary.  So we had
12   gotten in contact with family members by
13   then.  My uncles, who lived in Texas, rented
14   a 16-passenger van, and came from Texas and
15   picked us up in Fort Chaffee, and we went to
16   Texas.
17       Q.   Is that Lauren Williams?
18       A.   Yes.
19       Q.   What is Lauren Williams's
20   relationship to you?
21       A.   My cousin.
22       Q.   And they lived at 3335
23   Breckenridge Drive in Houston, Texas?
24       A.   Yes, she does.
25       Q.   So sometime in September of 2005,

Page 134

1        A.   They said $2,000.  I never
2    received it.
3        Q.   Did you apply for anything else
4    besides the $2,000 while you were in
5    Houston?
6        A.   Yeah, food stamps.
7        Q.   Who did you apply with for food
8    stamps?
9        A.   For myself and Erika and
10   Christopher.
11       Q.   Was that with a Houston agency --
12   I mean, a Texas agency or a federal
13   government agency?
14       A.   I think it was with the federal
15   government agency.
16       Q.   Did you receive food stamps?
17       A.   I did get food stamps.
18       Q.   Where were those food stamps
19   mailed?
20       A.   It was on a card.
21       Q.   How did you get the card?
22       A.   I went to, think it was to the
23   Convention Center in Houston and they were
24   issuing the cards.
25       Q.   Did you have to fill out a form in

Page 136

34  (Pages 133 to 136)

1  the Convention Center?
2      A.  Yes.
3      Q.   Other than the food stamps and the
4  application for $2,000 from FEMA, did you
5  apply for anything else while living in the
6  Williams's home?
7      A.  I think we applied for Red Cross.
8      Q.  What was Red Cross providing?
9      A.  I think it was $1,500.
10     Q.  Did you receive that money?
11     A.  No.
12     Q.  Did anyone else in your family
13 receive $2,000 from FEMA?
14     A.  My sister, Debra.
15     Q.  Did anyone else in your family
16 receive food stamps?
17     A.  Debra, my mom.  But my mom never
18 did get the money from FEMA.
19     Q.  Did anybody in your family receive
20 Red Cross funds?
21     A.  My mom and Debra.
22     Q.  Any reason why you didn't receive
23 it, but everybody else did?
24     A.   Because FEMA stated that there was
25 too many people living in the same house.

Page 137

1      Q.  Did you have a credit card with
2  them?
3      A.  No.
4      Q.  Do you have any credit cards?
5      A.  Uh-huh.  Yes.
6      Q.  At the time that you were living
7  in Houston, did you have credit cards?
8      A.  Yes.
9      Q.  Which credit cards did you have?
10     A.  I had a Sears.
11     Q.  Any others?
12     A.  No, that was it at the time.  That
13 was it.
14     Q.  What was your reason for leaving
15 Ms. Williams's house after ten days?
16     A.  Because my momma wanted to go
17 where my daddy was and my daddy had
18 eventually made it to Jacksonville, by my
19 brother's.
20     Q.  You mentioned the people who moved
21 into the Williams's household in Houston,
22 how many people lived there full time
23 besides Ms. Williams?
24     A.  Before the storm?
25     Q.  Yes.

Page 139

1      Q.  Did you receive the benefit of any
2  of the money that was provided to Debra?
3      A.  No, she had her own two children
4  to take care of.
5      Q.  So she kept the $2,000 and the
6  $1,500 from Red Cross?
7      A.  Uh-huh.
8      Q.  That's a "yes"?
9      A.  Yes.
10     Q.  Were you receiving assistance or
11 funds while living in Houston from any other
12 source?
13     A.   Only the money I had in my account
14 and my sister, Maria, was still living in
15 New York at the time, and her church did a
16 collection, and we received -- I think it
17 was $2,000, I want to say, from her church.
18     Q.  You received that while you were
19 in Houston?
20     A.   Yeah, we got that just before we
21 left, yes.
22     Q.  Where did you maintain your
23 savings account?
24     A.  It was at AmSouth before; it's
25 Regions now.

Page 138

1      A.  Only Lauren.
2      Q.  So she had the house to herself?
3      A.  Yes.
4      Q.  How big was the house?
5      A.  It's four bedrooms, living
6  room/kitchen combo and dining room.
7      Q.  It was not an apartment, it's a
8  house.
9      A.  No, it's a house.
10     Q.  What types of floors did she have
11 in that house?
12     A.  She had carpet.
13     Q.  Was it a new house?
14     A.  Yes.  No, no, it wasn't.  No.
15     Q.  Did Christopher have any problems
16 while he was in that house?
17     A.  No.
18     Q.  Did he have to use his inhaler at
19 all?
20     A.  No.
21     Q.  Did you have any health problems
22 while you were in the house?
23     A.  No.
24     Q.  How did you get from Houston to
25 Jacksonville?

Page 140

35  (Pages 137 to 140)

1      A.  My sister's church, Maria's
2  church, rented us a van and I drove from
3  Houston to Jacksonville.
4      Q.  Do you remember the name of
5  Maria's church?
6      A.  Church of Christ or something.
7      Q.  So sometime in September, you were
8  then in Jacksonville, Florida?
9      A.  Yes.
10     Q.  Where did you live when you first
11 got to Jacksonville, Florida?
12     A.  When I first got to Jacksonville,
13 Florida, I lived in an apartment -- I'm
14 trying to think of the name of it, but it
15 was an apartment complex in Jacksonville,
16 Florida.
17     Q.  How did you obtain those quarters?
18     A.  Before we got there, my brother
19 looked around to see who was having a
20 program to assist Hurricane Katrina victims
21 and he found that apartment complex.
22         So I was able to stay there.
23     Q.  Was that at 3333 Monument Road?
24     A.  Yeah.
25     Q.  Apartment 115 in Jacksonville,

Page 141

1  Florida?
2      A.  Yes.
3      Q.  Was that a government housing
4  project?
5      A.  No, it was a regular apartment
6  complex.
7      Q.  Okay.  How long did you stay in
8  that apartment?
9      A.  I think -- I want to say four
10 months.
11     Q.  So you were in that apartment from
12 approximately September '05 until
13 January '06?
14     A.  No.  Go back.  It was less than
15 four months then.  So it must have been
16 about three months.
17     Q.  So about December?
18     A.  I think it was around in December.
19     Q.  Did you spend Christmas in that
20 apartment?
21     A.  I'm thinking.  To be honest, I
22 really don't remember if we were there for
23 Christmas.
24     Q.  Who lived in that apartment?
25     A.  Me, Erika and Christopher.

Page 142

1      Q.  Just the three of you?
2      A.  Yes.
3      Q.  Did you have any health problems
4  while you were in that apartment?
5      A.  No.
6      Q.  Did Christopher have any health
7  problems while in that apartment?
8      A.  No.
9      Q.  Did he have to use his inhaler at
10 all?
11     A.  I think maybe one time.
12     Q.  Did you have a nebulizer at that
13 point?
14     A.  No.
15     Q.  Did you have a doctor that you
16 visited at that point for Christopher?
17     A.  No.
18     Q.  Were there any physical problems
19 with the apartment that you were provided?
20     A.  No.
21     Q.  Were there any problems with mold
22 or dust or anything like that?
23     A.  No.
24     Q.  It was a clean apartment?
25     A.  Yes, very.

Page 143

1      Q.  Was it a new apartment?
2      A.  I'm not sure.
3      Q.  What kind of flooring did the
4  apartment have?
5      A.  Carpeting.
6      Q.  Was it a big apartment?
7      A.  Yes.
8      Q.  Okay.  How big was it?
9      A.  Two bedrooms and a living, you
10 know, area and the kitchen.
11     Q.  How many baths?
12     A.  Two.
13     Q.  Did you have to pay rent at that
14 apartment?
15     A.  No.
16     Q.  That was taken care of through the
17 program?
18     A.  Well, the first month was taken
19 care of.  They just gave us the first month
20 free, and with the contingency that the FEMA
21 stuff would kick in.
22         But that didn't kick in, so I --
23 there was a program that one of the churches
24 had in the general area that they were
25 providing, you know, rental assistance for

Page 144

36 (Pages 141 to 144)

1  people who didn't get the amount through
2  Hurricane Katrina, so they paid that
3  following month.
4       Like I said, I stayed there as
5  long as I could, but since the FEMA money
6  never came in, I had to move.
7       Q.  So as of the time that you were
8  living in the apartment in Jacksonville,
9  were you still seeking assistance from FEMA?
10      A.  I was trying, yes.
11      Q.  You made contact with the program
12  and tried to get the information?
13      A.  Yes.  I --
14      Q.  I'm sorry, the assistance?
15      A.  Yes.
16      Q.  Did they give you a reason as to
17  why you weren't getting assistance?
18      A.  It was basically the same thing.
19  Too many people had applied from that
20  address.  At one point, they had put my
21  brother down as living there, and he did not
22  even live there.  Even when I sent letter
23  after letter explaining the situation and
24  everything, they never approved me for any
25  money.

Page 145

1       Q.  Which brother?
2       A.  Ronald.
3       Q.  Did Ronald receive assistance?
4       A.  He did, but he sent it back
5  because he knew he did not live at that
6  address.
7       Q.  When you filled out a form
8  requesting assistance, did you have to
9  represent that you lived in that residence?
10      A.  Yes, I did.
11      Q.  And Ronald represented that he
12  lived in that residence?
13      A.  No, he didn't.  Prior to the
14  storm, Ronald was getting mail there, but he
15  didn't live there.  And, so --
16      Q.  Who else received assistance from
17  that address?
18      A.  Just Debra.
19      Q.  Okay.  Did you try and obtain
20  assistance from any other source besides
21  FEMA?
22      A.  The only other source I ever
23  received from was the Red Cross.
24      Q.  While you were in the apartment at
25  3333 Monument Road, did you receive Red

Page 146

1  Cross assistance?
2       A.  Yes.
3       Q.  How much did you receive from Red
4  Cross?
5       A.  I think Red Cross gave us
6  initially -- I think we got like, I want to
7  say 25 when we got to Florida.
8       Q.  $2,500 when you got to Florida?
9       A.  Yes.
10      Q.  Did you ever receive additional
11  assistance from Red Cross?
12      A.  No.
13      Q.  How many months did the church pay
14  for the rent at the apartment?
15      A.  One.
16      Q.  So for the last month, basically,
17  there was nobody to pay the rent, so you had
18  to move out?
19      A.  Yes.
20      Q.  Were you told that you were going
21  to be evicted?
22      A.  Yes.
23      Q.  Do you remember who the owner was
24  of the property?
25      A.  No, I don't.

Page 147

1       Q.  When you were told that you needed
2  to move out, what did you do at that point?
3       A.  I went and lived by my other
4  brother's house, Dwayne.
5       Q.  Was that at 1437 East 12th Street
6  in Jacksonville?
7       A.  Yes.
8       Q.  And this would have been sometime
9  around December or January 2005/2006?
10      A.  Yes.
11      Q.  How long did you stay at that
12  address?
13      A.  Until I moved in May.
14      Q.  May of '06?
15      A.  Yes.
16      Q.  Who was in your brother Dwayne's
17  house besides Dwayne?
18      A.  Dwayne and -- just Dwayne.  His
19  children would come on the weekends.
20      Q.  How many kids did he have?
21      A.  Two.
22      Q.  You, Erika and Christopher moved
23  into the home?
24      A.  Yes.
25      Q.  Did anybody else move into the

Page 148

37  (Pages 145 to 148)

```
 1    home with you guys?
 2         A.   Shortly thereafter, Debra moved
 3    into the home too.
 4         Q.   With her two kids?
 5         A.   No, by that time, her son, Jared,
 6    had gotten a scholarship to Iowa State and
 7    he went off to college.  Matthew went back
 8    to New Orleans and lived in the dorms at
 9    UNO.
10         Q.   What was the reason for moving
11    from Dwayne's house in May of '06?
12         A.   Because I was ready to come back
13    home.
14         Q.   Did you have a place to stay?
15         A.   The FEMA trailer was there by the
16    time we got back.
17         Q.   What kind of house did Dwayne
18    have?
19         A.   Two-story house.  It had four
20    bedrooms -- five bedrooms.
21         Q.   What was it made out of?
22         A.   It was a wooden house.
23         Q.   Were there wood floors?
24         A.   Yes.
25         Q.   Did you ever have any health
                                        Page 149
```

```
 1         Q.   You only went to see one doctor?
 2         A.   Yes.  Well, you know what?  His
 3    name was Dr. Joiner.
 4         Q.   Joiner.  That was the only doctor
 5    that you visited?
 6         A.   Yes.
 7         Q.   You only visited him one time?
 8         A.   Yes.
 9         Q.   Never went to the emergency room?
10         A.   No.
11         Q.   The information you provided to
12    Dr. Joiner was accurate?
13         A.   Yes.
14         Q.   Did Chris have any other problems
15    in Florida that he expressed to you?
16         A.   No.
17         Q.   Did he talk about any issues
18    following Hurricane Katrina, any problems he
19    was having either emotionally or physically?
20         A.   Well, he only, you know, said
21    things like, "If we ever have a storm again,
22    we're going to make sure we leave next
23    time."
24              You know, things like that.  But,
25    you know, that it was kind of scary at
                                        Page 151
```

```
 1    problems while you were at Dwayne's house?
 2         A.   No.
 3         Q.   You didn't have any breathing
 4    problems or coughing problems?
 5         A.   Did you say did I have any?
 6         Q.   Yes.
 7         A.   No.
 8         Q.   What about Chris, did he have any
 9    health problems while living at Dwayne's
10    house?
11         A.   I think he used his inhaler maybe
12    once or twice when we were there.
13         Q.   While he was in Florida, did he
14    ever seek any medical treatment?
15         A.   We went to a physician once
16    because the initial inhaler that I had
17    brought back from New Orleans from the storm
18    had run out.  So we had to get a new
19    prescription.
20         Q.   Did you have a nebulizer
21    prescribed at any time?
22         A.   No.
23         Q.   Which doctor did you see in
24    Florida?
25         A.   I don't remember his name.
                                        Page 150
```

```
 1    moments, but they felt when we were walking
 2    on the bridge, that was kind of fun.
 3         Q.   Were you concerned at all about
 4    their mental health following Hurricane
 5    Katrina?
 6         A.   Yeah, because, you know, the
 7    distress of the whole situation.  The
 8    fortunate thing was that we didn't see a lot
 9    of dead bodies and they didn't have that
10    mental picture to have to go on.  And like I
11    said, I tried to keep the whole situation as
12    light as possible, you know.
13         Q.   Were you contemplating having them
14    speak to anyone?
15         A.   Not really.  My sister is a social
16    worker, so --
17         Q.   Debra?
18         A.   Yes.
19         Q.   Did Debra speak with the kids
20    about the whole Hurricane Katrina and the
21    events that followed?
22         A.   I'm sure she did.
23         Q.   Did you ask her to?
24         A.   No, I didn't.
25         Q.   Do you recall Chris ever
                                        Page 152
```

38  (Pages 149 to 152)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

| | |
|---|---|
| 1  expressing any concerns or fears related to<br>2  the hurricane while you were living in<br>3  Florida?<br>4    A.  No, not really.  No.<br>5    Q.  Did Chris go to school in Florida?<br>6    A.  Yes, he did.<br>7    Q.  What school did he go to?<br>8    A.  Sabal Palm.<br>9    Q.  That was in Jacksonville?<br>10   A.  Yes.<br>11   Q.  Do you remember his teacher?<br>12   A.  I don't remember her name.<br>13   Q.  He was in third grade?<br>14   A.  Yes.<br>15   Q.  Was it a big school?<br>16   A.  Yes.<br>17   Q.  Do you remember any activities he<br>18  did while he was in school there?<br>19   A.  I know he would say about they<br>20  played outside a lot.  I think he said he<br>21  had PE and everything like that.<br>22   Q.  Did you have to fill out any forms<br>23  regarding Chris's asthma or allergies?<br>24   A.  Yes, I did.<br>25   Q.  Did Chris have to go to school<br>                        Page 153 | 1  while at Sabal Palm?<br>2    A.  No.<br>3    Q.  Was he involved in any<br>4  after-school activities?<br>5    A.  No.<br>6    Q.  Did he pick up any musical<br>7  instruments at that time?<br>8    A.  No.<br>9    Q.  What types of things did Chris<br>10  like to do while he was in Florida?<br>11   A.  He loved the beach, so we would go<br>12  to the beach as often as we could.<br>13   Q.  On a typical week, how often would<br>14  you go?<br>15   A.  Maybe once a week.<br>16   Q.  Is Chris a good swimmer?<br>17   A.  Uh-huh.  He can't swim at all.<br>18   Q.  He didn't go in the water, just<br>19  splashed around?<br>20   A.  Well, he waded in the water, but<br>21  he didn't go far into the water.<br>22   Q.  During the time that you were in<br>23  Florida, at some point, you had made some<br>24  headway with FEMA in getting some<br>25  assistance?<br>                        Page 155 |
| 1  with an inhaler?<br>2    A.  The inhaler was already -- yes,<br>3  yes.<br>4    Q.  Was it the same type of situation<br>5  as in New Orleans, where if he had to use<br>6  the inhaler, the teacher had to be informed<br>7  and then you would be informed?<br>8    A.  Yes.<br>9    Q.  Do you recall him ever having to<br>10  use the inhaler at school?<br>11   A.  No.<br>12   Q.  What types of PE activities did<br>13  Chris partake in?<br>14   A.  I know the school had like a<br>15  little rock wall, a rock climbing wall.<br>16   Q.  I guess they have more tax dollars<br>17  in Florida.<br>18   A.  Yes.  It was in June.  And they<br>19  had, I think, like a beam, like a<br>20  gymnastic-type beam was in there.  And they<br>21  had mats all on the floor.<br>22   Q.  Okay.  Did Chris tell you there<br>23  were any things he liked to do in PE?<br>24   A.  Not anything in particular.<br>25   Q.  Was he involved in any sports<br>                        Page 154 | 1    A.  The only headway I made was that I<br>2  was, they said I was eligible for the<br>3  trailer.<br>4    Q.  What information did you receive<br>5  regarding the type of living accommodations<br>6  that would be made in New Orleans when you<br>7  came back?<br>8    A.  All I was told is that a trailer<br>9  would be provided for us on our property.<br>10   Q.  Did you have any input as to what<br>11  kind of trailer or what kind of housing<br>12  accommodations?<br>13   A.  No.<br>14   Q.  Were you provided any<br>15  documentation before you left Florida?<br>16   A.  No.<br>17   Q.  If you did not have a trailer<br>18  provided to you on your property, would you<br>19  have moved back to Florida in May of 2007?<br>20   MR. HILLIARD:<br>21     I'm sorry.  Would you have moved<br>22  back to what?<br>23   MR. GLASS:<br>24     I'm sorry, moved back to New<br>25  Orleans.<br>                        Page 156 |

39 (Pages 153 to 156)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

```
 1      THE WITNESS:
 2         Would I have moved back to New
 3   Orleans?  Yes.
 4   EXAMINATION BY MR. GLASS:
 5      Q.  In May of 2006, even if you did
 6   not have a trailer, you would have moved
 7   back to New Orleans?
 8      A.  Yes.
 9      Q.  Where would you have moved to?
10      A.  I would probably have tried to
11   find an apartment.
12      Q.  You would come back without having
13   any accommodations set?
14      A.  Not initially.  I would probably
15   have come myself to try and find an
16   apartment.  And like I said, I still had
17   family here, and so, I had them -- you know,
18   my cousin was in an apartment complex, and
19   she was looking out in the complex to see if
20   anything opened up for us.
21      Q.  Which cousin was that?
22      A.  This was a cousin named Randezer.
23      Q.  Can you spell that?
24      A.  R-A-N-D-E-Z-E-R.
25      Q.  What's her last name?
                                    Page 157
```

```
 1      A.  At that time it was Bowers,
 2   B-O-W-E-R-S.
 3      Q.  And what is it now?
 4      A.  Alexander.  My cousin married my
 5   cousin.
 6      Q.  Where do they live?
 7      A.  Where did they live?
 8      Q.  Where do they live?
 9      A.  No, they are separated now.  She
10   still lives in Metairie.
11      Q.  Was there anything that was
12   provided to you by FEMA, either verbally or
13   written, that prompted you to come back to
14   New Orleans specifically to live in the
15   trailer?
16      A.  Yeah.  When they said that I was
17   approved for housing assistance and that
18   they would provide a trailer on the lot.
19      Q.  Did you have to make any
20   preliminary plans to get the trailer put on
21   your property?
22      A.  Yes, because my daddy owned the
23   property, and since it wasn't in my name, he
24   had to fill out papers giving permission for
25   them to put a trailer on the lot.
                                    Page 158
```

```
 1      Q.  So he filled out all the
 2   information allowing the trailer to be
 3   placed on the property?
 4      A.  Yes.
 5      Q.  Did he do that while you were in
 6   New Orleans or while you were still in
 7   Florida?
 8      A.  I was still in Florida.
 9      Q.  Okay.  At some point, were you
10   given ownership in the property?
11      A.  In the property?  Yes.  Well,
12   afterwards, I acquired the property from my
13   mom and dad.  They gave it to me.
14      Q.  Do you remember when you received
15   ownership of 4415 Dale Street?
16      A.  I don't remember the exact date.
17      Q.  Was your dad the person who
18   supervised the placement of the trailer on
19   the property?
20      A.  No, my dad wasn't there, my mom
21   was.
22      Q.  Did she sign your name to any of
23   the documentation?
24      A.  No, not to my knowledge, I don't
25   think she did.
                                    Page 159
```

```
 1      Q.  Did you have to pay any money to
 2   obtain use of the trailer when you came back
 3   to New Orleans?
 4      A.  No.
 5      Q.  So how did you get back to New
 6   Orleans?
 7      A.  My best friend, Donna, was also in
 8   Jacksonville, Florida, by her brother.  And
 9   when school ended for our children, they had
10   a van and a car, and we drove back with
11   them.  Or I should say a car.  And we drove
12   back.
13      Q.  Was Donna also provided a trailer
14   on her Dale Street property?
15      A.  Yes.
16      Q.  You both received trailers about
17   the same time?
18      A.  No.
19      Q.  When did she receive her trailer?
20      A.  I really don't know.
21      Q.  Was it before or after you got --
22      A.  It was after me.
23      Q.  So where was Donna staying when
24   she came back?
25      A.  Her husband was in New Orleans and
                                    Page 160
```

40  (Pages 157 to 160)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alana Alexander

| | |
|---|---|
| 1  had gutted out their house, so she went back | 1    A.  Yes. |
| 2  to the gutted-out house. | 2    Q.  Okay.  The stove was hooked up? |
| 3    Q.  So you came back sometime in May | 3    A.  Yes. |
| 4  once the school year ended at Sabal Palm? | 4    Q.  Okay.  Did the trailer have an air |
| 5    A.  Sabal Palm, yes, for my daughter. | 5  conditioner? |
| 6    Q.  Now, we're back in New Orleans and | 6    A.  Yes. |
| 7  the travel trailer was on the Dale Street | 7    Q.  What about a heater, did it have a |
| 8  property, correct? | 8  heater? |
| 9    A.  Correct. | 9    A.  Yes. |
| 10    Q.  Okay.  When you first came back to | 10    Q.  When you first got to the trailer, |
| 11  the property, had anybody been in the | 11  had the trailer been aired out at all? |
| 12  trailer before you got there? | 12    A.  No. |
| 13    A.  I think my daddy went in it just | 13    Q.  It was still locked up? |
| 14  to look around it.  Because -- they did go | 14    A.  Yes. |
| 15  in it because I remember my momma calling me | 15    Q.  Who gave you the keys to the |
| 16  and telling me how it looked on the inside. | 16  trailer? |
| 17    Q.  I'm sorry, your mom told you what? | 17    A.  My mom. |
| 18    A.  How it looked on the inside. | 18    Q.  Did your mom tell you that she had |
| 19    Q.  What did she tell you? | 19  been provided any kind of orientation by |
| 20    A.  That it was small, that it had a | 20  anyone regarding the trailer? |
| 21  kitchen and everything, a big bed in, I | 21    A.  No. |
| 22  guess you could say the master bedroom area. | 22    Q.  Were you provided any instructions |
| 23  And you know, that was it.  She said it | 23  concerning the trailer? |
| 24  looked like a trailer. | 24    A.  After we got in the trailer. |
| 25    Q.  Did she say anything about how it | 25    Q.  Somebody came out to see you? |
| Page 161 | Page 163 |
| 1  smelled or how it looked other than just | 1    A.  Yes. |
| 2  describing what was in it? | 2    Q.  Who came out to see you? |
| 3    A.  No, she didn't. | 3    A.  I'm not sure.  I don't remember |
| 4    Q.  Do you know if the trailer came | 4  what the lady's name was. |
| 5  with any documentation? | 5    Q.  Who was she with? |
| 6    A.  I would say yes. | 6    A.  I think she was with Gulf Stream. |
| 7    Q.  Do you know if any of that | 7  She said she was with the trailer people. |
| 8  documentation was removed before you | 8    Q.  Okay.  What did she tell you? |
| 9  actually got back to New Orleans? | 9    A.  She explained how to hook up the |
| 10    A.  I really don't know. | 10  propane tanks and everything.  She told us |
| 11    Q.  Did your mom or dad say to you | 11  how to use the stove, how to use the |
| 12  that they had taken anything out of the | 12  microwave and everything, and she showed us |
| 13  trailer? | 13  around.  She said the smell that we were |
| 14    A.  No, they didn't take nothing out | 14  smelling was because the trailer was new and |
| 15  of the trailer. | 15  had been closed up and to just air the |
| 16    Q.  When you first got back to New | 16  trailer out. |
| 17  Orleans, the trailer was already set up? | 17  Like I say, when we first got |
| 18    A.  Yes. | 18  there, nobody was there.  So I pointed out |
| 19    Q.  Okay.  Did it have all of the | 19  to her that the panel in the main bedroom |
| 20  utilities already attached or hooked up? | 20  had buckled.  She told me that was because |
| 21    A.  Yes. | 21  it was held by tape, and because of the |
| 22    Q.  So you had running water? | 22  humidity in New Orleans, that the tape had |
| 23    A.  Yes. | 23  come loose and to put duct tape on it. |
| 24    Q.  You had use of the bathroom | 24    Q.  Did you raise any issues with her |
| 25  facilities? | 25  about the condition of the trailer? |
| Page 162 | Page 164 |

41 (Pages 161 to 164)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alana Alexander

1     A.  Other than the buckling part, no.
2     Q.  Did you notice any issues with the
3  way the doors or the windows worked in the
4  trailer?
5     A.  No.  After she showed us how, you
6  know, to lift it up and push it out, it was
7  simple enough.
8     Q.  Did it seem like the doors and
9  windows fit appropriately?
10    A.  I would say yes.
11    Q.  Did you see any cracks or warps or
12  buckles, anything like that?
13    A.  I would say, no, I didn't.
14    Q.  Okay.  What did she tell you about
15  the use of the stove?
16    A.  She just said that it was hooked
17  to the propane and everything and how to --
18  because it had the automatic ignition.  So
19  you would have to turn it and it would make
20  the click and then the flame would start.
21    Q.  Were you told anything about other
22  things you had to do if you were going to
23  use the stove?
24    A.  No, that's all I was told.
25    Q.  Were you provided any

Page 165

1     A.  She said just open the windows and
2  the door, because there was a screen door on
3  it.  You open the windows and the door and
4  you could turn the air conditioner on and
5  let it blow out.  Especially if we was gone
6  for the day and was coming back in, to let
7  that happen for a few minutes.
8     Q.  So she said if you were out and
9  the trailer had been closed up, to make sure
10  that you opened the door and windows and
11  turned on the AC for a little while?
12    A.  Yes.
13    Q.  What smell were you talking about
14  when you said that you spoke to her about
15  the smell?
16    A.  I would say that chemical smell
17  because when you walked in, I initially got
18  a tingle in the back of the throat and a
19  little burning sensation in the nose and did
20  some sneezing.  And that was the initial --
21  and itchy eyes a bit.
22    Q.  That was the first day you moved
23  in?
24    A.  Yes.
25    Q.  Did Chris or Erika express any

Page 167

1  documentation when this lady gave you this
2  orientation?
3     A.  Yes, she gave us the book.
4     Q.  Okay.  What book are you referring
5  to?
6     A.  It was like an owner's manual book
7  and it had --
8     Q.  One owner's manual for the
9  trailer?
10    A.  Yes, it was the owner's manual for
11  the trailer, and how to use the stove and
12  the refrigerator.
13    Q.  Did you read the owner's manual?
14    A.  Yes.
15    Q.  When did you read the owner's
16  manual?
17    A.  I would say -- I can't say as soon
18  as she gave it to me, but I would say within
19  the next few days after she gave it to me.
20    Q.  Do you remember any information
21  specifically that was provided in that
22  owner's manual that stood out in your mind?
23    A.  Not really, nothing in particular.
24    Q.  What did she tell you about airing
25  the trailer out?

Page 166

1  similar problems?
2     A.  Yes.
3     Q.  Anything else that Chris felt like
4  he had a problem with that he told you
5  about?
6     A.  Not initially.
7     Q.  Once the lady left, did you follow
8  the instructions to open the windows and
9  door and to use the AC?
10    A.  Yes.
11    Q.  Okay.  And what happened at that
12  point, did it clear out the smell?
13    A.  Yeah, it started to like dissipate
14  after about an hour of airing it out.
15    Q.  Did you continue to have sneezing
16  and itchy eyes after it had been aired out?
17    A.  No, not after it aired out.
18    Q.  Did anyone live in the trailer
19  with you besides your kids?
20    A.  No.
21    Q.  At any time that you were in the
22  trailer, did anybody stay for more than a
23  day?
24    A.  No.
25    Q.  Did you have visitors at the

Page 168

42 (Pages 165 to 168)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

1   trailer?
2       A.   Did I have what?
3       Q.   Visitors at the trailer?
4       A.   Yes.
5       Q.   Who came to visit you at the
6   trailer?
7       A.   Donna and her children, my mom, my
8   dad, my brother, Ronald.  Debra didn't come
9   in too often.  Matthew and Jared -- when
10  Jared was in town and Matthew would visit.
11      Q.   When people would come to visit,
12  did they ever express any concern or
13  complaints about the way the trailer
14  smelled?
15      A.   In the beginning, yes.  When they
16  would come in, they would all have that
17  same -- the little itching and the burning
18  in your eyes.
19      Q.   Which of the visitors would have
20  problems with the burning and the itching of
21  the eyes?
22      A.   Well, Donna's son, Calvin, because
23  he's also asthmatic.  Her daughter, Lynn.
24          And like I said, Debra didn't come
25  in the trailer at all.

Page 169

1       Q.   Any reason why she didn't come in?
2       A.   Because of the smell.
3       Q.   She told you she wouldn't come
4   into the trailer because of the smell?
5       A.   That, and she's a little bit
6   claustrophobic.
7       Q.   When did she tell you that she
8   wasn't coming into the trailer because of
9   the smell?
10      A.   When she smelled the trailer, when
11  she came back.
12      Q.   Do you remember when that was?
13      A.   They came back in May, I want to
14  say Debra -- I really don't know exactly
15  when.
16      Q.   Was it within a few months of you
17  moving into the trailer?
18      A.   Yes.
19      Q.   She started to come in and she
20  smelled something and said, "I can't go in
21  there"?
22      A.   Pretty much, yes.
23      Q.   Did that cause you any concern?
24      A.   Me?
25      Q.   Yes.

Page 170

1       A.   Well, yeah, it did, but like I
2   said, we had already been in the trailer, so
3   we knew the smell and the odor, what she was
4   talking about.
5       Q.   But the fact that she wouldn't
6   come into the trailer because of the smell,
7   did that cause you any concern at that time?
8       A.   A little.  I mean, you know, we
9   were still there, it still, you know, had
10  the odor.
11      Q.   Did you try to air out the trailer
12  or use the air conditioner when she said she
13  smelled that?
14      A.   Yeah, we did that every day.
15  Every day when I would leave to go to work,
16  when I come back home, I aired the trailer
17  out.
18      Q.   Was that before you went in?
19  Would you open up the trailer and then turn
20  on the air conditioner and then leave for a
21  while?
22      A.   Not really.
23      Q.   So when you would come back in --
24  strike that.
25          When you would leave for the day,

Page 171

1   did you leave the air conditioner on?
2       A.   No.
3       Q.   You would turn the air conditioner
4   off?
5       A.   Uh-huh.
6       Q.   That's a "yes"?
7       A.   Yes.
8       Q.   Did you get mail service at the
9   trailer?
10      A.   Dale Street?
11      Q.   Yes.
12      A.   Yes.
13      Q.   So you received your normal
14  mail --
15      A.   Yes.
16      Q.   -- without interruption when you
17  got back in May of 2005 -- excuse me, 2006?
18      A.   Yes.
19      Q.   Did you have any problems at any
20  time where your mail service was interrupted
21  or you were not getting information or mail
22  that people told you they had sent?
23      A.   Yes, because for -- it took a good
24  while because I had all my mail forwarded to
25  Florida.  So sometimes our mail would go to

Page 172

43  (Pages 169 to 172)

1  Florida before it would get to us.  Because
2  it would go to Florida and my brothers would
3  mail it to New Orleans, because when we
4  first came back in May, the mail system was
5  still pretty much messed up.
6      Q.   Was there a time when it got a
7  little bit better?
8      A.   Yeah, later on, further on down
9  the months, you know, as more people came
10 back, it got better.
11     Q.   By the end of, say, 2006, were you
12 receiving your mail pretty regularly?
13     A.   Yeah, but every now and then stuff
14 would still go to Florida.
15     Q.   Besides Debra, would Calvin and
16 Lynn come into the trailer?
17     A.   Yes, they came in.
18     Q.   They told you that they felt like
19 their eyes were burning when they came in?
20     A.   Yes.
21     Q.   You said that every day you would
22 air out the trailer when you got back.  Was
23 that back from work?
24     A.   Yes.
25     Q.   When did you usually get back from

Page 173

1      Q.   The air conditioner was left on?
2      A.   Yes.
3      Q.   And it was set at approximately
4  75?
5      A.   Yes.
6      Q.   But when you would get home, in
7  that circumstance, you would still air out
8  the trailer?
9      A.   Well, no, not if they were there
10 all day with the air conditioner on, no.
11     Q.   So the days when school, for
12 instance, started back up, and all of the
13 kids were out of the trailer and you were
14 out of the trailer, when you would get back,
15 were you usually the first one home?
16     A.   We all came home together because,
17 by that time, Christopher was at the school,
18 at McDonough 15 with me.  Erika was at
19 St. Mary's, but my momma picked her up.
20     Q.   Would you usually get back before
21 Erika got back?
22     A.   Yes, but Erika would go and stay
23 by my momma until I got home.
24     Q.   So then the first thing you'd do
25 on those days would be open up the

Page 175

1  work?
2      A.   Around 4:30, 5:00, somewhere
3  around that.
4      Q.   Where did you work at the time you
5  were living in the trailer?
6      A.   When I first got back, I started
7  working at the New Orleans Parish School
8  Board.  And it's got an extended school year
9  program.  It's a summer camp for special ed
10 children.
11     Q.   What did you do with your kids
12 while you were working?
13     A.   Most of the days they stayed in
14 the trailer or, like I said, my momma was
15 next door and, like I say, Donna and her
16 children were right down the street.
17     Q.   Did the kids stay in the trailer
18 by themselves?
19     A.   Uh-huh.
20     Q.   That's a "yes"?
21     A.   Yes.
22     Q.   When you left and the kids were
23 still there during the summer, did you turn
24 off the air conditioner?
25     A.   No.

Page 174

1  trailer --
2      A.   And air it out.
3      Q.   Air it out.
4          Did you open up the windows?
5      A.   Yeah, open up the windows, the
6  door, turn the air conditioner on.
7      Q.   So you opened up the windows all
8  the way?
9      A.   Yes.  There was only one position.
10     Q.   How many windows?
11     A.   Four.
12     Q.   And you opened up the door as
13 well?
14     A.   Yes.
15     Q.   How long would you leave the
16 windows and door open?
17     A.   Usually when I cooked.  Because
18 when I came home from work, I immediately
19 started cooking.  And usually, I didn't
20 close it up until after I finished cooking.
21     Q.   How long would it take you to
22 cook, typically?
23     A.   About an hour.
24     Q.   Did you cook the same types of
25 things in the trailer that you cooked when

Page 176

44  (Pages 173 to 176)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

1   you were living in the house on Dale Street?
2       A.   Yes.  But I cut back a lot on the
3   frying because I really didn't -- the little
4   stove was so small, I didn't like cooking a
5   lot of stuff on it actually.
6       Q.   On Fridays, did you still have
7   fish?
8       A.   Not all the time.  My momma was
9   right next door, so we would go cook over
10  there.
11      Q.   Was your mom's house livable after
12  the hurricane when you were in the trailer?
13      A.   Yeah, they were living in the
14  barber shop that was right next door.
15      Q.   Had the barber shop been repaired?
16      A.   Yes.  My daddy had come back
17  before everybody else and fixed up the
18  barber shop.
19      Q.   Turned it into more of a house
20  rather than a barber shop?
21      A.   Well, it was still a house, but
22  the barber shop was like in the front area
23  and the house part was in the back area.
24      Q.   How much time did you spend over
25  at the barber shop typically when you were

Page 177

1   in the trailer?
2       A.   Well, after I would come back from
3   work, I would go see my momma and talk to
4   her for about an hour.  So after I finished
5   cooking or whatever.  So I would say maybe
6   about an hour, two hours.
7       Q.   Every day?
8       A.   Pretty much, yes.
9       Q.   Did the kids spend time over at
10  the barber shop?
11      A.   Yes.
12      Q.   You said Erika did.
13      A.   Yes, and if they weren't at the
14  barber shop or in the trailer, they were
15  down the street.
16      Q.   Who were they with down the
17  street?
18      A.   Donna and her children.
19      Q.   About how many days a week would
20  you cook in the trailer versus at the barber
21  shop?
22      A.   I would say five in the trailer.
23      Q.   Did you use any other vents in the
24  trailer while you were doing activities?
25  Did you have a bathroom vent in the trailer?

Page 178

1       A.   They had a bathroom vent, yes.
2       Q.   Did you leave that open all the
3   time?
4       A.   Yes.  The only time we really
5   closed it is when it rained.
6       Q.   Was there a vent with the stove?
7       A.   Yes, there was a vent.
8       Q.   Did you use the vent when you
9   cooked?
10      A.   Yes.
11      Q.   Every time you cooked?
12      A.   I wouldn't say every time.
13      Q.   Was it more typical for you to use
14  the vent when you were cooking than not
15  using it?
16      A.   It was more typical to use it.
17      Q.   When you were cooking and using
18  the vents, did the vents run the whole time
19  that you were cooking?
20      A.   Yes.
21      Q.   When you were in the trailer, did
22  you have any open flames like candles,
23  anything like that?
24      A.   No.
25      Q.   Did you use a space heater in the

Page 179

1   trailer?
2       A.   Yes.
3       Q.   Do you remember what kind of
4   heater?
5       A.   No, I don't remember.
6       Q.   Where was that heater placed?
7       A.   In -- like I guess you would say
8   in the kitchen area.  It was the middle of
9   the trailer between two rooms.
10      Q.   Which way did the heater face when
11  you --
12      A.   I faced it toward where Erika and
13  Christopher was.  Near the back of the
14  trailer.
15      Q.   What were the sleeping
16  arrangements in the trailer?
17      A.   Well, I had the big bedroom, and
18  in the trailer, it was like a cubbyhole and
19  it had like a bunk bed area and Christopher
20  was at the top and Erika was at the bottom.
21      Q.   Did the kids say anything about
22  the arrangements that were provided for them
23  for sleeping?
24      A.   Well, in the beginning, they were
25  just excited to get back home.  Like I said,

Page 180

45  (Pages 177 to 180)

1   they felt it was fun to be in the trailer.
2   I guess after a while, it started wearing on
3   their nerves that they were always so close
4   together.  Especially Erika, being a girl,
5   she wanted her privacy and everything.  And
6   there was just no privacy at all, especially
7   back there for them.
8      Q.   Did Christopher express any
9   thoughts about the sleeping arrangements,
10  whether he liked them or disliked them?
11     A.   Well, they didn't care for it.  It
12  was just so small.  Whenever they would roll
13  over, they would bump into the walls in the
14  trailer, you know, so it was pretty cramped
15  back there.  I wouldn't even get in there.
16     Q.   Did it scare Chris at all?
17     A.   No, I would say I don't think it
18  did.
19     Q.   You said the smell started
20  dissipating once you aired it out.  Did you
21  continue to have burning eyes over the first
22  couple of weeks?
23     A.   I would say the first two weeks we
24  kept with the burning eye sensation, and as
25  time went on, each of the little symptoms,

Page 181

1      A.   Uh-huh.
2      Q.   That's a "yes"?
3      A.   Yes.
4      Q.   Okay.  How often did he use the
5   inhaler beginning in July, say, July through
6   December?
7      A.   I would say he had gotten up to
8   using it, like, twice a week.
9      Q.   So approximately eight times a
10  month versus the one to two times a month
11  that you described before?
12     A.   Yes.
13     Q.   Was he seeing a doctor at this
14  time?
15     A.   Well, not initially, because we
16  couldn't find Dr. Barnes.
17     Q.   Who was prescribing the inhaler?
18     A.   He was still using the inhaler
19  from the prescription we had gotten when we
20  were in Florida and he had refills on it.
21     Q.   How many refills did he have on
22  that prescription?
23     A.   I don't remember.
24     Q.   Where did you fill that
25  prescription?

Page 183

1   like the scratching throat and the sneezing,
2   dissipated over time.
3      Q.   At what point, if any, did the
4   symptoms go away?
5      A.   I would say probably after two
6   months.
7      Q.   So after two months, you felt like
8   all the burning eyes, the scratchy throat
9   and all that stuff had gone away?
10     A.   Yes.  That's what it felt like,
11  yes.
12     Q.   Okay.  Did Chris say anything to
13  you about his own symptoms, if they went
14  away about the same time period?
15     A.   I would say yes, kind of like at
16  the same time, but I just noticed that he
17  started with the inhaler more.
18     Q.   When did he start with the inhaler
19  more?
20     A.   I would say around that two- or
21  three-month time period we were in the
22  trailer.  So that would have been probably
23  like in July.
24     Q.   So in July, you felt like he was
25  using the inhaler more?

Page 182

1      A.   Walgreens.
2      Q.   In August, did Chris start school?
3   We're talking about August 2006.
4      A.   Yes.
5      Q.   And that's when he started
6   McDonough 15?
7      A.   Yes.
8      Q.   And he started the fourth grade?
9      A.   Fourth grade, yes.
10     Q.   Did you have to fill out any forms
11  indicating that Chris was -- regarding
12  Chris's health when he started out at
13  school?
14     A.   Yes.
15     Q.   Did you describe any problems he
16  was having with asthma or allergies?
17     A.   I just, you know, on the paper, I
18  just said he had asthma and some allergies.
19     Q.   What types of circumstances
20  created problems with the asthma that you
21  described to McDonough 15 when he first went
22  there?
23     A.   The weather, the weather changes.
24  And like I say, the weather and the
25  increasing pollen and dust that New Orleans

Page 184

46 (Pages 181 to 184)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alana Alexander

```
 1    had right after the storm.
 2        Q.   Chris was having problems with the
 3    pollen and dust that was around the area
 4    after the storm?
 5        A.   Yes.
 6        Q.   Did he receive any medical
 7    treatment for that?
 8        A.   Remember I told you he was on the
 9    Claritin.
10        Q.   Was that just over the counter?
11        A.   Over the counter.
12        Q.   Was he using the Claritin in
13    Florida as well?
14        A.   Yes, but not daily.
15        Q.   He was using the Claritin daily in
16    New Orleans?
17        A.   Yes.
18        Q.   How often did he use it in
19    Florida?
20        A.   I would say maybe twice a week, if
21    that much.
22        THE VIDEOGRAPHER:
23            We are off the record; it is
24    11:33.
25        (Recess.)
                                    Page 185
```

```
 1    about that.
 2        Q.   Where was the leak?
 3        A.   Right over the bed in the room.
 4        Q.   Water would actually come in the
 5    room when it rained?
 6        A.   Oh, yes.  Dripped right on my
 7    forehead.
 8        Q.   Who did you contact about that?
 9        A.   The trailer people.
10        Q.   Do you remember who those trailer
11    people were?
12        A.   I'm assuming the Gulf Stream
13    people.
14        Q.   What did they tell you?
15        A.   Well, they came out in -- again, I
16    wasn't there, but my momma saw them.  They
17    went on the roof and they put caulking on
18    the light fixture on the outside of the
19    trailer.
20        Q.   Did that fix the leak?
21        A.   Temporarily.
22        Q.   It started leaking again?
23        A.   Yes, it did.
24        Q.   Did mold grow because of the leak?
25        A.   I don't know if it was because of
                                    Page 187
```

```
 1        THE VIDEOGRAPHER:
 2            Back on the record; it is 11:44.
 3    EXAMINATION BY MR. GLASS:
 4        Q.   Ma'am, we were talking about when
 5    you got back in the trailer.  You mentioned
 6    the buckling in the bedroom.  Did you put
 7    any tape on it?
 8        A.   Yes.
 9        Q.   Did you have any issues in the
10    first months of 2006, any problems that you
11    contacted anybody about?
12        A.   In 2006, no.  Not really.
13        Q.   Did you have any problems --
14        A.   No.  Well, I take that back.  I'm
15    sorry.  We were -- I think it was still in
16    the 2006 time, the heater in the trailer
17    broke.
18        Q.   Any other appliances or facilities
19    in the trailer break during that time frame?
20        A.   I would say no.
21        Q.   Did you ever contact anybody about
22    the problems you were having with the
23    heater?
24        A.   No.  I'm sorry.  And the leak in
25    the ceiling by the light.  They contacted me
                                    Page 186
```

```
 1    the leak, but there was mold that grew in
 2    the closets of the trailer and around the
 3    windows.
 4        Q.   Did you clean that mold?
 5        A.   Yes, I did.
 6        Q.   Did it come back?
 7        A.   Yes, it did.
 8        Q.   When did the mold first appear in
 9    the trailer?
10        A.   I would have to say -- we got back
11    in 2006, so it would have to have been
12    sometime in 2007.  I can't tell you what
13    particular month.
14        Q.   It was in the closet and where
15    else?
16        A.   In the closet and around the
17    windows.
18        Q.   Inside or outside?
19        A.   Inside.
20        Q.   What kind of product did you use
21    to clean the mold?
22        A.   Bleach/water solution.
23        Q.   Did you ever ask anyone about
24    possibly moving to some different type of
25    living quarters?
                                    Page 188
```

47  (Pages 185 to 188)

1      A.   No.
2      Q.   Were you ever contacted about
3  purchasing the trailer?
4      A.   Yes, they did.
5      Q.   When did that occur?
6      A.   I would say maybe sometime in --
7  it was 2006.  2007.
8      Q.   Do you remember what time frame?
9      A.   I really don't exactly remember
10  when.
11      Q.   What did you tell them at that
12  time?
13      A.   I said I would think about it.
14      Q.   Did you express any concerns about
15  problems you were having with the trailer,
16  such as the smell or the water problems you
17  were talking about?
18      A.   No, not at that time.
19      Q.   Did you ever -- well, how many
20  times did you contact people about repairing
21  the leak?
22      A.   Well, I will say this.  When you
23  called and asked, they would pretty much
24  come by, like, the following day, if not
25  that same day.  So I would say when that

Page 189

1  leak initially happened, when I called them,
2  they were out the next day.
3      Q.   How many times did you have to
4  call them regarding the leak?
5      A.   I called them -- you talking about
6  the first time?
7      Q.   No, in --
8      A.   All?  Probably twice.
9      Q.   Why didn't you call if it was
10  still leaking?
11      A.   Because initially when they put
12  the caulking up there, it did stop the leak.
13  Because when he put it up, he told my momma,
14  it will probably leak again.
15         And I would say by the time it
16  started leaking again, I called and I don't
17  remember if they came out the second time.
18  Because that was around close to the time
19  when we were actually about to move out.
20      Q.   When did you move out?
21      A.   We moved out in December of 2007.
22      Q.   Why did you move out?
23      A.   Because I had started hearing
24  about the effects that -- I found out that
25  the odor we were initially smelling was

Page 190

1  formaldehyde and how it affected people with
2  respiratory and asthma problems.  And like,
3  it was time for us to go.
4      Q.   Did you tell anybody that's why
5  you were moving out?
6      A.   Yeah, I told my family that's why
7  we were moving out.
8      Q.   Did you tell anybody else who
9  wasn't a family member?
10      A.   Donna, uh-huh.
11      Q.   Did you tell anyone a different
12  reason for moving out?
13      A.   No.
14      Q.   And the reason that you said you
15  moved out -- did you start thinking about
16  the reason to move out in December?
17      A.   Yes, in December, but -- yeah.  In
18  December.  Yeah.
19      Q.   So sometime in December is when
20  you first heard about potentially a problem
21  with the FEMA trailers regarding
22  formaldehyde?
23      A.   Yes.  Around December.  Late
24  November, early December.
25      Q.   Did you ever tell anybody that you

Page 191

1  were moving out because you had a new home
2  to go to?
3      A.   No, I never told anybody I had a
4  new home to go to.
5      Q.   Did you ever tell anybody that?
6      A.   That I had a new home?  I didn't
7  have a new home to move to.
8      Q.   Did you inform anybody that you
9  were moving out because the trailer park was
10  closing?
11      A.   I never lived in a trailer park.
12      Q.   I understand, but did you ever
13  tell anybody that you were moving out of the
14  trailer, the reason for leaving is because
15  the trailer park was closing?
16      A.   I don't understand.  If I never
17  lived in a trailer park --
18      Q.   I assume the answer would be no,
19  you never told anybody.
20         Did you ever tell anybody that you
21  were moving out because they were placing a
22  modular home on your Dale Street property?
23      A.   I was trying to.
24      Q.   Did you tell anybody that's why
25  you were moving out of the trailer?

Page 192

48  (Pages 189 to 192)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alana Alexander

1      A.   That was one of the reasons, but
2   after I found out that modulars also have
3   formaldehyde, I totality went a different
4   way.  And it was, like, I'm still getting
5   out of this trailer.
6      Q.   Did you ever tell anybody besides
7   your family and Donna that the reason you
8   were moving out of your trailer was
9   formaldehyde?
10     A.   Anybody else?  I probably did.
11     Q.   Did you tell anybody with the
12  government that you were moving out because
13  of potential formaldehyde exposure?
14     A.   Did I tell anybody with the
15  government?  Yeah, the people at the
16  trailer, because when I initially called to
17  start getting stuff disconnected, they asked
18  me why and I said because I had heard of the
19  potential of possible problems.
20     Q.   Did you ever speak with anybody
21  from the government regarding potential
22  formaldehyde exposure besides what you just
23  described for me in a telephone call?
24     A.   I would say not to my knowledge.
25  I don't think I did.

Page 193

1      A.   Yes.
2      Q.   Did you keep the stove,
3   refrigerator and microwave manuals?
4      A.   Yes.
5      Q.   Do you still have those?
6      A.   No, everything I had I gave to
7   them.
8      Q.   You gave to your attorneys?
9      A.   Yes.
10     Q.   Did you receive documentation
11  through the mail or any other source while
12  you were living in the trailer concerning
13  issues with the trailer?
14     A.   They came out with saying there
15  was a problem with the keys because it was
16  like everybody's key could pretty much open
17  everybody else's trailer.  So they came out
18  and changed the keys and gave me another
19  key.
20         We received something when the
21  formaldehyde stuff started coming out, a
22  possible flyer I got one time.  And he just
23  stuck it to the trailer.
24     Q.   Do you remember when you received
25  that flyer?

Page 195

1      Q.   When you first got into the
2   trailer, you told me about the owner's
3   manual that you received and that you read
4   it.
5          Do you specifically recall any
6   representations that you relied upon in
7   staying in the trailer?
8      A.   Wait.  Say that again.
9      Q.   Sure.  You told me that you read
10  the owner's manual.
11     A.   Right.
12     Q.   When you read the owner's manual,
13  was there anything that you read that you
14  relied on in staying in the trailer?
15     A.   That I relied on as a basis for
16  staying in the trailer?
17     Q.   Yes.
18     A.   I would have to say no.
19     Q.   Do you remember receiving any
20  other manuals that accompanied the trailer
21  that you read?
22     A.   The only other manual that came
23  with the trailer was the one about the stove
24  and the refrigerator and the microwave.
25     Q.   You read all of those manuals?

Page 194

1      A.   As far as the day, I can't
2   remember.
3      Q.   Do you remember the contents of
4   that flyer?
5      A.   Not really.  I just know they made
6   mention to the fact of the smell that we
7   were smelling and the symptoms you would
8   have in the trailer if you were smelling the
9   formaldehyde.  Stuff like that.
10     Q.   Did they tell you what to do about
11  that?
12     A.   I can't say I specifically
13  remember what was written totally on there.
14     Q.   Did you read the flyer?
15     A.   Yes, I read the flyer.
16     Q.   Did you receive more than one
17  flyer regarding formaldehyde?
18     A.   I only received the one, like I
19  say, that was stuck to the trailer.
20     Q.   Were there any warnings on the
21  trailer when you first moved in?
22     A.   No.  Only about the propane.
23     Q.   Once you moved out of the trailer
24  in December of 2007, where did you go?
25     A.   I went by my sister's house at

Page 196

49  (Pages 193 to 196)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alana Alexander

1    1619 Mirabeau.
2         Q.   And that is Maria?
3         A.   Yes.
4         Q.   Maria Alexander?
5         A.   Yes.
6         Q.   Was she living at that address?
7         A.   Yes.
8         Q.   She had come back from New York?
9         A.   Yes.
10        Q.   Who else was living in that house
11   besides Maria?
12        A.   No one.
13        Q.   How big of a house was it?
14        A.   Two stories.  On the second floor
15   there is four bedrooms, two bathrooms.  And
16   on the first floor, there is a, I guess you
17   would say a living room, a dining room and
18   TV room and the kitchen and a dining area.
19        Q.   What kind of floors does the house
20   have?
21        A.   Hardwood.
22        Q.   What kinds of walls does it have?
23        A.   That, I don't really know, to be
24   honest.
25        Q.   Does it have central AC?
                                        Page 197

1         A.   Yes.
2         Q.   Does it have central heat?
3         A.   Yes.
4         Q.   At any time while you were living
5    at the 1619 Mirabeau address, did you
6    receive any kind of assistance from any
7    source?
8         A.   No.
9         Q.   FEMA never provided you any
10   assistance?
11        A.   The only assistance FEMA ever gave
12   me was the trailer.
13        Q.   Did you ever apply for rent?
14        A.   I did and they told me I couldn't
15   get it because I was paying rent to my
16   sister.
17        Q.   How much did you pay?
18        A.   $500 a month.
19        Q.   Did you tell FEMA that your sister
20   was going to charge you some other amount?
21        A.   Yes.
22        Q.   What did you tell FEMA?
23        A.   I think I told him $700 and
24   something.
25        Q.   Has Maria been charging you $500 a
                                        Page 198

1    month since you moved in in December 2006?
2         A.   Yes.
3         Q.   Is she the owner of that house?
4         A.   Yes.
5         Q.   Have you ever intentionally used
6    Maria's name as your own?
7         A.   No.
8         Q.   Are you on the verge of moving
9    into your own house?
10        A.   Yes.
11        Q.   Where are you getting ready to
12   move?
13        A.   You want the address?
14        Q.   Yes.
15        A.   4709 Raymond Joseph Drive.
16        Q.   That's, I think, New Orleans?
17        A.   Yes.
18        Q.   What's the zip code?
19        A.   To be honest, I think it is 70126.
20        Q.   Are you going to own that home?
21        A.   Yes, I will.
22        Q.   Have you already closed on it?
23        A.   No, not yet.  That's why I'm
24   hoping this ends quickly because it is
25   supposed to be soon.
                                        Page 199

1         Q.   Do you have an estimated date when
2    the closing might go through?
3         A.   Today.
4         Q.   Well, that's exciting.  I'm happy
5    for you.
6         A.   Yeah.
7         Q.   You will find out hopefully after
8    this deposition?
9         A.   Yeah, if it is today or tomorrow,
10   one of the two.
11        Q.   If it closes today, how soon do
12   you expect to be in that house?
13        A.   Within three days.
14        Q.   As soon as you can get in --
15        A.   Yeah.  As soon as I can pack it up
16   and get in that house.
17        Q.   How big is the house at the
18   Raymond Joseph Drive address?
19        A.   2200.
20        Q.   2200 square feet?
21        A.   Yes.
22        Q.   Everyone is going to have their
23   own bedroom?
24        A.   Yes.
25        Q.   Everyone is going to have their
                                        Page 200

50  (Pages 197 to 200)