IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 |
| | | SECTION: N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* Civil Action No. 09-3701 | * * * | MAGISTRATE CHASEZ JURY DEMAND |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Joseph Quezergue, in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represents that it is both necessary and appropriate to supplement and amend the underlying Original and First Supplemental and Amending Complaints for Damages (Civ. Action No. 09-3701 and MDL 1873, Doc. 2509) to substitute Defendant Jayco, Incorporated for the named Defendant Jayco Enterprises, Incorporated, based upon information now in the possession of counsel that was unknown at the time the underlying suit and First Supplemental and Amending Complaint were filed.

WHEREFORE, the Plaintiff herein respectfully moves this Honorable Court to grant Plaintiff's Motion for Leave to file the attached Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Joseph Quezergue v. Jayco Enterprises, Inc., et al.*, (Civ. Action No. 09-3701), filed in the Eastern District of Louisiana for the above mentioned reasons.

1

Respectfully submitted,

*/s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of October 2009.

*/s/ Hugh P. Lambert*
Hugh P. Lambert, Esq. (#7933)

2