**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* | * | |
| *Civil Action No. 09-3701* | * | **JURY DEMAND** |

**************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Joseph Quezergue, in the above captioned matter, who respectfully moves this Honorable Court for leave to supplement and amend his Original and First Supplementing and Amending Complaints for Damages in the underlying action (Civ. Action No. 09-3701 and MDL 1873, Doc. 2509). Plaintiff requests the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiff seeks to supplement and amend his Original and First Supplemental and Amending Complaints for Damages to substitute Jayco, Incorporated for the Defendant Jayco Enterprises, Incorporated. Counsel for Jayco, Incorporated has notified Plaintiff's Counsel that the proper entity in the above captioned MDL proceedings is Jayco, Incorporated.

Counsel for Jayco, Incorporated has been consulted on the instant motion and does

1

not oppose its filing.  Therefore, Plaintiff seeks to supplement and amend his underlying complaints to substitute <u>Jayco, Incorporated</u> for Defendant Jayco Enterprises, Incorporated.

                              Respectfully submitted,

                                  */s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of October 2009.

                                  */s/ Hugh P. Lambert*
                                  Hugh P. Lambert, Esq. (#7933)