IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* | * | |
| *Civil Action No. 09-3701* | * | JURY DEMAND |

*****************************************************************************

**PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, comes Plaintiff, Joseph Quezergue, in the above referenced matter, who through undersigned counsel, respectfully reiterates and re-avers all of the allegations, claims and prayers for relief contained in his original Complaint for Damages filed on his behalf with this Court on June 1, 2009 (Civ. Action No. 09-3701) and his First Supplemental and Amending Complaint for Damages filed on his behalf with this Court on July 30, 2009 (MDL 1873, Doc. 2509) with the following exceptions:

**1.**

The language in paragraph two of the Original Complaint for Damages is changed to read as follows,

"Defendant Jayco, Incorporated, (hereinafter, "Jayco"), is, upon information and belief, an entity incorporated in the state of Indiana, with its principle place of business in Indiana, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

**2.**

Whenever the acronym "Jayco" is found in the Original Complaint for Damages and First Supplemental and Amending Complaint for Damages, such acronym means Jayco, Incorporated.

**3.**

Additionally, Plaintiffs request that the caption of this case be amended to correctly identify the Defendant as Jayco, Incorporated.

Respectfully submitted,

   /s/ Hugh P. Lambert
 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
 LINDA J. NELSON, ESQ. (LA Bar #9938)
 LAMBERT & NELSON, PLC
 701 Magazine Street
 New Orleans, LA 70130
 Telephone: (504)581-1750
 Facsimile: (504)529-2931
 hlambert@lambertandnelson.com
 lnelson@lambertandnelson.com

**PLEASE SERVE:**

1. Jayco, Inc.
   Through its registered agent for service of process:
   Glenn E Killoren
   121 W Franklin St., Ste 200
   Elkhart, IN 46516

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of October 2009.

                                                                                  /s/ *Hugh P. Lambert*
                                                              Hugh P. Lambert, Esq. (#7933)