## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* | * | |
| *Civil Action No. 09-3701* | * | JURY DEMAND |

******************************************************************************

## <u>ORDER</u>

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiff's behalf:

**IT  IS  SO  ORDERED** that the Plaintiff is GRANTED leave to file his Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE

1