# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION: N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE CHASEZ |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* | * | |
| Civil Action No. 09-3701 | * | JURY DEMAND |

**************************************************************************

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiff's Motion for Leave to file Second Supplemental and Amending Complaint for Damages in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 18th Day of November 2009, at 9:30 AM.

                                        Respectfully submitted,

                                       */s/ Hugh P. Lambert*
                                      HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                      LINDA J. NELSON, ESQ. (LA Bar #9938)
                                      LAMBERT & NELSON, PLC
                                      701 Magazine Street
                                      New Orleans, LA 70130
                                      Telephone: (504)581-1750
                                      Facsimile: (504)529-2931
                                      hlambert@lambertandnelson.com
                                      lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of October, 2009.

                                              /s/ *Hugh P. Lambert*
                                              Hugh P. Lambert, Esq. (#7933)