UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA Trailer Formaldehyde
Products Liability Litigation

Civil Action No. 07-md-1873

Pertains to 06-2576
          09-4813

Section N

## ORDER

The docket sheet in the above captioned case lists Roy J. Rodney, Jr. as lead counsel of record for several consolidated plaintiffs in the referenced member cases. However, the records of the Clerk reflect that this attorney is not a member of the bar of this court in good standing. Furthermore, other counsel have also appeared on behalf of these plaintiffs.

Accordingly, **IT IS ORDERED** that the name of Roy J. Rodney, Jr. be removed from the docket sheet as counsel of record. Once admitted or otherwise in good standing as a member of the bar of this court, the attorney may file a motion to be recognized as counsel of record and to be listed on the case docket sheet and otherwise participate in the case.

Other counsel of record shall promptly file a designation of new lead counsel.

New Orleans, Louisiana this 23rd day of October, 2009.

_____
DISTRICT JUDGE