FILED '09 SEP 08 14:51 USDC-LAE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: September 8, 2009

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL No. 1873 Section N(5)    09-3629

Dear Sir or Madam:

Please ISSUE summons on the COMPLAINT FOR DAMAGES to the following:

1. CH2M HILL Constuctors, Inc.
   **Through its registered agent for service of process**
   C T Corporation System
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.