OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT -1 PM 12: 41

LORETTA G. WHYTE
CLERK

Date: October 1, 2009

Edward Bergeron, Jr.

vs.

Fluor Enterprises, Inc., et al

Case No. 09-6585   Section N(5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Gibraltar Insurance Co., Ltd. thru its Registered Agent:
   (address) Quest Management Solutions, FB Perry Bldg., 40 Church St.
2. (name) Hamilton, HM 11 Bermuda
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

s/ Jonathan B. Andry
"Signature"

Attorney for Plaintiff
Address 610 Baronne Street
New Orleans, LA 70113

___ Fee _____
_X_ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____