PTD Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

**07-md-1873**

_____
PLAINTIFF(S)

VERSUS

Magistrate: _____

_____
DEFENDANT(S)

**Fema Formaldehyde**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: **10-23-09**   TIME: **10:00 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Lori Daigle | Allen & Gooch | Heartland/Sun Valley |
| Matt Moreland | Becnel | π/PSC |
| Aaron Ahlquist | Frank D'Amico Jr | π |
| Ben Mayeaux | Laborde & Neuner | Horton Homes |
| Marion Giles | Harleysville Ins | Scotbilt |
| Tully Evangelis | Arch Insurance | American Homestar |
| Tara Gilbreath | Gainsburgh Benjamin | π |
| Tom Cougill | W, F & C | Jayco & Starcraft |
| Lisa McLachlan | MMP | Athens |
| Lawrence Centola | Hurricane Legal | π |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____
PLAINTIFF(S)

**07-md-1873**

VERSUS

Magistrate: _____

_____
DEFENDANT(S)

FEMA FORMALDEHYDE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: 10-23-09     TIME: 10:00 a.m.

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Anne E. Briard | Lugenbuhl Wheaton | Liberty Mutual Insurance Corporation |
| Kristopher Redmann | Lugenbuhl Wheaton | Liberty Mutual Insurance Corporation |
| Mark Seamster | Galloway, Johnson | Sunnybrook RV |
| Robert Sheesley | McGlinchey Stafford | Skyline / Layton Homes |
| Terry Gay | Christovich + Kearney | Sentry A Mutual Co. |
| A. Vondivhaar | Leake & Anderson | Fleetwood |
| R. Sherburne | MRG | Fluor |
| C. Penot | MRG | Fluor |
| Clay Garside | Watson + Assoc | TL |
| Gerry Barnes | Baker Donelson | CH2M Hill |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:
**07-mD-1873**

PLAINTIFF(S) _____

VERSUS

Magistrate: _____

DEFENDANT(S) _____
**FEMA FORMALDEHYDE**
*********************************************

CONFERENCE: ____ PRE-TRIAL ____ ✓ STATUS ____ SETTLEMENT

DATE: **10-23-09**    TIME: **10:00 a.m**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Louis Turner | HLC | π |
| Felicity Strachan | HLC | π |
| Jack C Benjamin | Heathgate Lane Benjamin | Silver Creek |
| Taylor Daly | Nelson Mullins | Fleetwood |
| Kyle Lindstrom | Craddock Davis & Krause | Palm Harbor |
| Matthew Lindsay | Galloway, Johnson | Pel-Jen |
| Lamont Domingue | Voorhies & Labbé | Redman et al |
| Glenn B Adams | Porteous | Flour |
| Eric Berger | Lobman Carnahan | Crum & Forster Specialty Ins Co |
| Justin I. Woods | Gainsburgh | PSC |

PTD Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

**07-md-1873**

_____
PLAINTIFF(S)

VERSUS

Magistrate: _____

_____
DEFENDANT(S)

**FEMA FORMALDEHYDE**

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: **10-23-09**     TIME: **10:00 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Parker Holloway | Champion | Champion |
| Justin Alsterberg | Harley McNamara | Arch |
| Denise Martin | Gainsburgh | TT |
| Pam Buck | Blue Williams | Heathed / Hyhn / Athens Park |
| Carl Griffin | Bernard Cassisa | A Superior Homes LLC |
| John Park | Hurricane Legal Center | Plaintiff |
| Kevin Kress | McCranie Sistrunk | RSUI |
| Steven Like | | Insurco |
| Ryan Johnson | John Walker | Def. |
| Jim Lambert | Lambert & Nelson | π |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
                                   07-md-1873
VERSUS

_____          Magistrate: _____
DEFENDANT(S)

FEMA FOMALDEHYDE
*************************************

CONFERENCE: ____ PRE-TRIAL  _L_ STATUS  ____ SETTLEMENT

DATE: 10-23-09           TIME: 10:00 a.m.

## PLEASE PRINT       PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Robert M. Becnel | Becnel | PSC |
| Doug Schml | self | PSC |

PTO Received: _____

Trial Set: _____
                          Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

**07-MD-1873**

VERSUS

_____
DEFENDANT(S)

Magistrate: _____

**FEMA FORMALDEHYDE**

*******************************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: **10-23-09**     TIME: **10:00 a.m.**

## PLEASE PRINT | PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Cynthia Wallace | PSC | |
| David McLendon | PSC | |