## AFFIDAVIT

The undersigned, being first duly sworn upon his oath says:

1. He is the owner and president of Clayton Homes of Lafayette, Inc. ("Corporation").

2. That Corporation was formerly known as Clayton Homes, Inc. and Clayton Homes, Inc. changed its name to Clayton Homes of Lafayette, Inc. on or about February 24, 2006.

3. That Corporation is a custom home builder in Tippecanoe County, Indiana which does not now and has never performed work or supplied services, materials or equipment outside of Tippecanoe County, Indiana.

4. That, on first-hand information and personal belief, the company currently operating as Clayton Homes of Lafayette, Inc., and formerly as Clayton Homes, Inc., at no time prior to February 24, 2006 or after, has designed, manufactured, or distributed mobile housing units or travel trailers which were made available through the Federal Emergency Management Agency (FEMA) to displaced victims of hurricanes Katrina and/or Rita.

5. That upon information and belief, there is another Clayton Homes, a Tennessee corporation, which has done business in a variety of states, possibly including Louisiana.

CLAYTON HOMES OF LAFAYETTE, INC.

By: _____
Russell E. Clayton, President

STATE OF INDIANA   )
                   ) SS:
COUNTY OF TIPPECANOE )

Before me, a Notary Public in and for said County and State, personally appeared Russell E. Clayton, President of Clayton Homes of Lafayette, Inc., who acknowledged the execution of the above and foregoing Affidavit this __11__ day of April, 2008.

My Commission Expires:
March 27, 2016

_____
Lori C. Redd, Notary Public
Residing in Tippecanoe County, IN

This instrument prepared by:

John K. McBride, of the firm of BALL EGGLESTON, PC 201 Main Street, Suite 810
P.O. Box 1535 Lafayette, Indiana 47902 Telephone: (765) 742-9046

EXHIBIT "A"