UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE PRODUCTS  SECTION N MAG. 5
LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT PERTAINS TO:

Civil Action Nos. 08-5031; 09-6160;
09-6635; 09-6637; 09-4752;  09-4676;
09-4677; 09-4678; 09-4679; 09-4680;   JURY DEMANDED
09-4681; 09-4682; 09-4683; 09-4684;
09-4685; 09-4686; 09-4687; 09-4688;
09-4689; 09-4690; 09-4691; 09-4692;
09-4693; 09-4694; 09-4695; 09-4696;
09-4697; 09-4698; 09-4699; 09-4700;
09-4701; 09-4702; 09-4703; 09-4704;
09-4705; 09-4706; and 09-4707

**ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal against

**Clayton Homes of Lafayette, Inc.** is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT