AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

THOMAS AHL, together with all individuals and entities whose names appear on the attached "Exhibit A"

Plaintiff

v.

FRONTIER RV, INC.,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, through the Federal Emergency Management Agency

Defendant

Civil Action No.  09-3589  SECT. N  MAG. 5

RETURN

**Summons in a Civil Action**

To: *(Defendant's name and address)*
CH2M Hill Constructors, Inc., thru its
Agent for Service of Process:
C T Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
**Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
**8301 W Judge Perez Dr., Suite 303, Chalmette, LA 70043**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Date: JUN 4 - 2009

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

declare under penalty of perjury that I served the summons and complaint in this case on CH2M Hill Constructe through agent for service of process

y:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) See US mail, certified card _____

ly fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

ate: 10/26/09

Server's signature

Printed name and title

Law Offices of
SIDNEY D. TORRES, III
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

ER: COMPLETE THIS SECTION

nplete items 1, 2, and 3. Also complete
4 if Restricted Delivery is desired.
t your name and address on the reverse
at we can return the card to you.
ch this card to the back of the mailpiece,
1 the front if space permits.

e Addressed to:

2M Hill Constructors, Inc., thru its
nt for Service of Process:
Corporation System
5 Corporate Blvd., Suite 400B
In Rouge, LA 70808

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X CT Corporation System   ☐ Agent
  5615 Corporate Blvd     ☐ Addressee
B. Received by (Printed Name) Suite 400B   C. Date of Delivery
  Baton Rouge, LA 70808   JUN 11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Number