UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N (5) |
| THIS DOCUMENT RELATES TO<br>*Brookter et al. v. AIG., et al.,*<br>*Case No. 09-5312* | JUDGE ENGELHARDT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST AMENDED COMPLAINT**

Named Plaintiffs through undersigned counsel respectfully amend their original Complaint for Damages herein, in the following respects:

1.

By removing plaintiff "Jesse Wiggins admin Justin Wiggins" from Exhibit"A," Additional Parties.

2

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement and amend Complaint for Damages in the forgoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

       Respectfully submitted,

       HURRICANE LEGAL CENTER, LLC


       BY:    */s/ Lawrence J. Centola, Jr.*

       LAWRENCE J. CENTOLA, JR.


       Lawrence J. Centola, Jr., LA Bar #3962
       Hurricane Legal Center
       602 Carondelet Street, Suite 602
       New Orleans, LA 70130
       Telephone: (504) 525-1944
       Facsimile: (504) 525-1279
       lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                                                                */s/ Lawrence J. Centola, Jr.*
                                                                Lawrence J. Centola, Jr.