UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDELL MATTHEWS | * | NO: 09-6206 |
| versus | * | SECTION "N(5)" |
| GULF STREAM COACH, INC., ET AL, | * | JUDGE: ENGELHARDT |
| | * | MAG. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

Named plaintiff through undersigned counsel respectfully supplement and amend his original Complaint in the following respects:

1.

By substituting CH2M Hill Constructors, Inc., in place of CH2M Constructors, Inc., in the caption of the original complaint.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiff is entitled to amend his Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully supplements the original Complaint in the foregoing respects, and he otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
 GERALD E. MEUNIER, #9471
 **PLAINTIFFS' CO-LIAISON COUNSEL**

 Gainsburgh, Benjamin, David, Meunier &
 Warshauer, L.L.C.
 2800 Energy Centre, 1100 Poydras Street
 New Orleans, Louisiana 70163
 Telephone: 504/522-2304
 Facsimile: 504/528-9973
 gmeunier@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

 s/Gerald E. Meunier
 GERALD E. MEUNIER, #9471