AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

RETURN

ASHLEY MARIE BAILEY, together with all
individuals and entities whose names appear on
the attached "Exhibit A"

Plaintiff

v.

FOREST RIVER, INC.,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency

Defendant

Civil Action No.    09-3588   SECT. N   MAG. 5

Summons in a Civil Action

To: *(Defendant's name and address)*
**Fluor Enterprises, Inc., thru its Agent
for Service of Process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129**

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date:   JUN - 4 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

## Proof of Service

leclare under penalty of perjury that I served the summons and complaint in this case on ~~Flour Enterprises through agent for Service of Process~~
:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _see u.s mail, attached card_
_____
_____ .

y fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

ate: _10/26/09_

Server's signature

Printed name and title

Law Offices of
**SIDNEY D. TORRES, III**
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

COMPLETE THIS SECTION

Items 1, 2, and 3. Also complete
estricted Delivery is desired.
name and address on the reverse
can return the card to you.
card to the back of the mailpiece,
front if space permits.

essed to:

Enterprises, Inc., through
nt for Service of Process:
ration Service Company
merulos Street
Rouge, LA 70802-6129

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_Julia Cave_   6/8/09

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

nber