**Exhibit A**

1. Christy Ball
2. William Barker
3. Kendrick Benjamin
4. Brittany Benjamin
5. Belinda Butler
6. Quinton Butler
7. Laqueshia Butler
8. Eric Campbell
9. Gloria Collins
10. Louis Collins
11. Louis Collins
12. Brandy Cooks
13. Lisa Jarreau-Ross
14. Louis Jones
15. Danielly Ross
16. Loranda Smith
17. Dontrell Smith
18. Leona Tate
19. Amari Taylor
20. Brandy Cooks on behalf of Chrs Taylor
21. Brandy Cooks on behalf of Maya Taylor
22. Brandy Cooks on behalf of Gabriel Taylor
23. Lymiria Walker
24. James White
25. Florence Williams