**RETURN**

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| SOMAYA BADER, together with all individuals and entities whose names appear on the attached "Exhibit A" | |
| Plaintiff | |
| v. | ) Civil Action No. **09 - 3824** |
| GULF STREAM COACH, INC., | ) |
| SHAW ENVIRONMENTAL, INC., | ) |
| FLUOR ENTERPRISES, INC., | ) **SECT. N MAG. 5** |
| CH2M HILL CONSTRUCTORS, INC. | ) |
| and | |
| UNITED STATES OF AMERICA, through the | |
| Federal Emergency Management Agency | |
| Defendant | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   **Gulf Stream Coach, Inc.**
   **Through the Office of the Director**
   **Kenneth C. Brinker**
   **503 South Oakland**
   **Nappannee, IN 46550**

A lawsuit has been filed against you.

   Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC
   8301 W Judge Perez Dr., Suite 303, Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**

Name of clerk of court

Date:   **JUN 1 1 2009**                                   _Charles A. Aucoin_
                                                                        Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by: *Gulf Stream through Agent for Service of Process*

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or _____

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) *See US mail certified card*

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gulf Stream Coach, Inc., through
its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

COMPLETE THIS SECTION ON DELIVERY

A. Signature

*Millie Burch...*    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
   6-15-09

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7001 2510 0001 8538 3015

102595-02-M-1540