**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Giles Industries, Inc.
   Through its Agent for Service of Process
   CT Corporation System
   800 Gay St. Suite 2021
   Knoxville, TN 37825

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Chuck a Fry_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
SEP 28 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7008 3230 0001 4497 1588

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 8.19

Postmark Here

Giles Industries, Inc.
Through its Agent for Service of Process
CT Corporation System
800 Gay St. Suite 2021
Knoxville, TN 37825

7008 3230 0001 4497 1588

PS Form 3800, August 2006    See Reverse for Instructions

September 21, 2009

**<u>CERTIFIED MAIL: 7008 3230 0001 4497 1588</u>**

CT Corporation System
800 Gay St. Suite 2021
Knoxville, TN 37825

      Re:   *Sonia Joseph, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
               WDLA, Case No: 09-1006

Dear Sir/Madam

Please accept service on behalf of Giles Industries, Inc.

                                    Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jdc
See Enclosures

