d-01873-RDL-MBN Document 5796 Filed 10/27/09 Page 1 of 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Design Homes, Inc.
   Through its Agent for Service of Process
   Randolph Weeks
   600 S. Marquette Rd. P.O. Box 239
   Prairie Du Chien, WI 53821

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7008 3230 0001 4497 3162

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.19 |

7008 3230 0001 4497 3162

Design Homes, Inc.
Through its Agent for Service of Process
Randolph Weeks
600 S. Marquette Rd. P.O. Box 239
Prairie Du Chien, WI 53821

PS Form 3800, August 2006    See Reverse for Instructions

September 21, 2009


**CERTIFIED MAIL: 7008 3230 0001 4497 3162**

Randolph Weeks
600 S Marquette Rd.
P.O. Box 239
Prairie Du Chien, WI 53821-0239

    Re:    *Sonia Joseph, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
            WDLA, Case No: 09-1006

Dear Sir/Madam

Please accept service on behalf of Design Homes Inc.


                                       Very truly yours,

                                       Lawrence J. Centola Jr.


LC:jdc
See Enclosures