September 21, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 3115</u>**

Alan C. Neely
405 S. Broad St.
New Tazewell, TN 37825-7243

   Re: *Sonia Joseph, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
      WDLA, Case No: 09-1006

Dear Sir/Madam

Please accept service on behalf of Giles Family Holdings.

            Very truly yours,

            Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Giles Family Holdings
   Through its Agent for Service of Process
   Alan Neely
   405 South Broad St.
   New Tazewell, TN 37825

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Pat Daniels                    ☑ Agent
                                      ☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery
   Pat Daniels                        9/28/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7009 2250 0001 3450 3115

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

NEW TAZEWELL TN 37825    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.92 | 0046 |
| Certified Fee | $2.80 | 05 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $8.02 | 09/25/2009 |

Giles Family Holdings
Through its Agent for Service of Process
Alan Neely
405 South Broad St.
New Tazewell, TN 37825

PS Form 3800, August 2006    See Reverse for Instructions