## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:     FEMA TRAILER                      MDL NO. 07-1873
             FORMALDEHYDE PRODUCTS
             LIABILITY LITIGATION          SECTION "N" (5)

                                                             JUDGE ENGELHARDT
                                                             MAG. JUDGE CHASEZ

**THIS DOCUMENT RELATES TO:**
*Barnes v. Dutchmen Manufacturing, Inc., et al.*
*No. 09-3764*
**********************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

        BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

        That he is counsel for plaintiffs in the above-captioned matter and that, on June 15, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the Summons and Complaint for Damages in the above matter, addressed to defendant Davis Professional Accounting Services, LLC through its registered agent for service Corinthia Davis, 650 Poydras Street, Suite 2242, New Orleans, LA 70130 requesting a return receipt. Affiant has now received confirmation from the United States Postal authorities indicating that the certified copy of the Summons and Complaint has not been received by the addressee Davis Professional Accounting Services, LLC, because it was undeliverable and unable to be forwarded.

Counsel attempted service a second time and, on July 2, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the Summons and Complaint for Damages in the above matter, addressed to defendant Davis Professional Accounting Services, LLC through its registered agent for service Corinthia Davis, 6930 Martin Dr., Suite B, New Orleans, LA 70126 requesting a return receipt. Affiant has now received confirmation from the United States Postal authorities indicating that the certified copy of the Summons and Complaint has not been received by the addressee Davis Professional Accounting Services, LLC, because it was undeliverable and unable to be forwarded.

On October 1, 2009 service was attempted by hand when a courier, carrying a certified copy of the Summons and Complaint for Damages in the above matter, went to defendant Davis Professional Accounting Services, LLC through its registered agent for service Corinthia Davis, 650 Poydras Street, Suite 2242, New Orleans, LA 70130. Service was unsuccessful because there was no Suite 2242 at the address indicated.

On October 2, 2009 service was attempted by hand when a courier, carrying a certified copy of the Summons and Complaint for Damages in the above matter, went to defendant Davis Professional Accounting Services, LLC through its registered agent for service Corinthia Davis, 6930 Martin Dr., Suite B, New Orleans, LA 70126. Service was unsuccessful because the address does not exist.

Also on October 2, 2009 counsel attempted to deliver a certified copy of the Summons and Complaint for Damages in the above matter, by hand, to a third address: Davis Professional Accounting Services, LLC through its registered agent for service Corinthia Davis, 4441 Old Gentilly Rd, New Orleans, LA 70126. Service was not

successful at this location because the building was abandoned.

Counsel has attempted service on defendant Davis Professional Accounting Services at 1) their address registered with the Louisiana Secretary of State; 2) the address provided on their website; and 3) an address provided by the receptionist at their listed phone number. For the reasons provided above, service at these three addresses were unsuccessful. Other searches for the offices and agent for Defendant, Davis Professional Accounting Services, LLC have produced no new information.

_____
**HUGH P. LAMBERT, ESQ.**

Sworn to and subscribed
before me Notary, this 27th day of
October, 2009.

_____
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.