**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KZRV, LP
   Through its agent for Service of Process
   Daryl Zook
   9270 W. US 20
   Shipshewana, IN 46565

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
   Holly Yoder  (9-21-9)

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   *(Transfer from service label)*

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark: SEP 16 2009, NEW ORLEANS, LA 70113-9610

KZRV, LP
Through its Agent for Service of Process
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

PS Form 3800, August 2006    See Reverse for Instructions

September 17, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 8513</u>**

Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

      Re:    *Leanna Griffin, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
               WDLA, Case No: 09-01019

Dear Sir/Madam

Please accept service on behalf of KZRV, LP.

                                                 Very truly yours,

                                                 Lawrence J. Centola Jr.

LC:jdc
See Enclosures