| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ | | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>David Brackett | | C. Date of Deliver<br>9/21/09 |
| 1. Article Addressed to:<br>Vanguard Industries of Michigan, Inc. a/k/a Palomino RV<br>Through its Agent for Service of Process<br>Scott A. Day<br>31450 M-86<br>West Colon, MI 49040 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7009 1680 0001 8687 8407 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark<br>Here |
| Return Receipt Fee<br>(Endorsement Required) | | |
| Restricted Delivery Fee<br>(Endorsement Required) | | |
| Total Postage & Fees | $ | |

Vanguard Industries of Michigan, Inc. a/k/a Palomino RV
Through its Agent for Service of Process
Scott A. Day
31450 M-86
West Colon, MI 49040

7009 1680 0001 8687 8407

PS Form 3800, August 2006     See Reverse for Instructions

September 17, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 8407**

Scott A. Day
31450 M-86 West
Colon, MI 49040

      Re:    *Leanna Griffin, et al. v Alliance Homes Inc, et al.*
               WDLA, Case No: 09-1019

Dear Sir/Madam

Please accept service on behalf of Vanguard Industries of Michigan Inc.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC: jld
See Enclosures