O AO 440 (Rev. 04/08) Civil Summons
Case 2:07-md-01873-KDE-MBN   Document 5814   Filed 10/27/09   Page 1 of 4

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY LASSAIR, ET AL<br>Plaintiff<br>v.<br>WAVERLEE HOMES, INC.<br>Defendant | )<br>)<br>)<br>)  Civil Action No. 2:09-cv-5525<br>)<br>)<br>) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Waverlee Homes, Inc.
Through its registered agent for service:
Phil Fowler
P.O. Box 1887
Hamilton, AL 35770

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: _____ Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on WAVERLEE HOMES, INC. by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  by certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 7 October, 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

September 25, 2009

**CERTIFIED MAIL:7009 1680 0001 8687 9893**

Phil Fowler
P.O. Box 1887
Hamilton, AL 35770

      Re:   *Gregory Lassair, et al. v Waverlee Homes, Inc., et al.*
              EDLA, Case No: 09-5525

Dear Sir/Madam

Please accept service on behalf of Waverlee Homes, Inc.

                                  Very truly yours,

                                  Lawrence J. Centola Jr.

LC: jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Waverlee Homes, Inc.
   Through its Agent for Service of Process
   Phil Fowler
   P.O. Box 1887
   Hamilton, AL 35770

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  10-5-09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8687 9893

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

HAMILTON AL 35570

| | |
|---|---|
| Postage | $1.56 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.66 |

Sent To
Waverlee Homes, Inc.
Through its agent for Service of Process
Phil Fowler
P.O. Box 1887
Hamilton, AL 35770