UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Joseph et al v. Alliance Homes Inc. et al* | * | |
| *Case No. 09-6881* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and based upon the attached Affidavits executed by Randolph Weeks on April 28, 2008 and September 24, 2009 (the September 24, 2009 Affidavit refers to Case No. 09-1006 (the original case number) which has now been conditionally transferred to MDL and assigned Case No. 09-6881), hereby give notice of plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against defendant Design Homes, Inc. in the operative complaint filed in this proceeding. This voluntary dismissal does not affect the remaining defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC.


BY  /s/ *Lawrence J. Centola, Jr.*
    Lawrence J. Centola, Jr.

600 Carondelet Street  LA Bar #3962
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

# DESIGN HOMES, INC.

600 N MARQUETTE ROAD  
PRAIRIE DU CHIEN, WI. 53821

(608) 326-6041

September 24, 2009

Lawrence Jospeph Centola  
Hurricane Legal Center  
600 Carondelet St, Suite 602  
New Orleans, LA 70130

Civil Action No 6:09-CV-01006-RTH-MEM

Dear Sir,

Please find in response to the allegation of our involvement in the case of Sonia Joseph, Et Al v. Alliance Homes, Inc. ET AL, Civil Action No 6:09-CV-RTH-MEM. Design Homes Inc of Prairie du Chien, Wisconsin has never registered, conducted or done any business in the state of Louisiana, Mississippi, Alabama or Texas. Design Homes Inc of Prairie du Chien, Wisconsin manufactured Modular homes not TRAILERS. We do not have a contract with FEMA, and have never had a contract with FEMA to manufacture any type of FEMA trailers or housing units for use in any state since our incorporation in 1966.

Furthermore, Design Homes, Inc was dismissed of all claims in accordance with all matters in regards to MDL No. 1873 on April 30, 2008 (Rec. Doc. 184). Therefore, Design Homes, Inc. respectfully asks to be removed from Civil Action No 6:09-CV-01006-RTH-MEM.

Sincerely,

*Randolph Weeks*  
Randolph Weeks  
President  
Design Homes, Inc

*Gina L Crubel*  
Gina L Crubel  
Notary, State of WI  
Crawford County  
Commission Expires 1/24/10

*Design Homes Inc.*
*600 N. Marquette Rd.*
*Prairie du Chien, WI 53821*
*608-326-6041*

April 28th, 2008

To whom it may concern,

    Design Homes Inc of Prairie du Chien, WI has never manufactured or supplied homes or trailers for FEMA pre or post Katrina/Rita disasters. Design Homes Inc does not and has never conducted business in the states of Louisiana, Mississippi, Alabama or Texas.

    Design Homes Inc respectfully asks to be removed from the class action lawsuit.

Sincerely,

*[signature]*

Randolph Weeks
President
Design Homes Inc.

Signed & notarized

Name _Gina L Crubel_     Date _4/28/08_   exp. _1/24/10_

[Notary Public seal: GINA L. C____, NOTARY PUBLIC, STATE OF ____]

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.