UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * * | SECTION N (5) |
| THIS DOCUMENT RELATES TO *Griffin et al v. Alliance Homes Inc. et al* Case No. 09-6882 | * * * | JUDGE ENGELHARDT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and based upon the attached Affidavit executed by Randolph Weeks on April 28, 2008, hereby give notice of plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against defendant Design Homes, Inc. in the operative complaint filed in this proceeding. This voluntary dismissal does not affect the remaining defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC.

BY   /s/ *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.

600 Carondelet Street LA Bar #3962
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

*Design Homes Inc.*
*600 N. Marquette Rd.*
*Prairie du Chien, WI 53821*
*608-326-6041*

April 28th, 2008

To whom it may concern,

Design Homes Inc of Prairie du Chien, WI has never manufactured or supplied homes or trailers for FEMA pre or post Katrina/Rita disasters. Design Homes Inc does not and has never conducted business in the states of Louisiana, Mississippi, Alabama or Texas.

Design Homes Inc respectfully asks to be removed from the class action lawsuit.

Sincerely,

Randolph Weeks
Randolph Weeks
President
Design Homes Inc.

Signed & notarized

Name _Gina L Crubel_    Date _4/28/08_  exp. _1/24/10_

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.