AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONIA JOSEPH, ET AL. <br> Plaintiff <br> v. <br> ALLIANCE HOMES INC., ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. 6:09-CV-01006-RTH-MEM <br> ) <br> ) |

## Summons in a Civil Action

To: **Gibraltar Insurance Co Ltd**
Gibraltar Insurance Co., Ltd.
Through its Registered Agent for Service
Quest Management Solutions
FB Perry Building, 40 Church Street Hamilton, HM 11 Bermuda

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Joseph Centola
Hurricane Legal Center
600 Carondelet St Ste 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-09-18 16:42:46.0 , Clerk USDC WDLA

* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09-CV-01006-RTH-MEM

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Gibraltar Insurance Co Ltd** ,

by: ______________________________

(1) personally delivering a copy of each to the individual at this place, ______________________________ or;

(2) leaving a copy of each at the individual's dewelling or usual place of abode with ______________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________________; or

(4) returning the summons unexecuted to the court clerk on ______________________; or

(5) other *(specify)* ______________________________
______________________________
______________________________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

Date: ____________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

## AFFIDAVIT

**Court:** UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**Re:** SONIA JOSEPH, Plaintiff,
v.
ALLIANCE HOMES, INC., et al., Defendants.

**Case Number:** 6:09-cv-1006

I declare that I, David Cooper, am a resident of Bermuda, over the age of twenty-one, not a party nor an attorney for any party in this action, and that within the boundaries of the country where service was effected, I performed the following service:

Service upon **Gibralter Insurance Co., Ltd.** (by leaving with Quest Management Solutions, registered agent), was accomplished by delivering the Letter to Quest Management Solutions dated October 8, 2009, Summons in a Civil Action, Notice to Parties/Counsel, First Supplemental and Amending Complaint for Damages, and Complaint for Damages, personally and in person to Gibralter Insurance Co., Ltd. by leaving with:

Mandy Mizbrocky, Captive Manager of Quest Management Solutions, Registered agent for Gibralter Insurance Co., Ltd.

At the address of: 1st Floor, FB Perry Building, 40 Church Street, Hamilton HM11, Bermuda

On the 13th day of October, 2009 at 3:00 P.M.

**Description of person served:**

Race W   Hair color FAIR   Height: 5'8"   Weight 100lb+   Gender F   Age 27

Signature _____

SUBSCRIBED AND SWORN to before me this 15 day of October, 2009.

_____
Notary

DAVID G. COOPER, Notary Public
for and in the Islands of Bermuda.
Hamilton, Bermuda.
My Commission is unlimited as to time.