AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEANNA GRIFFIN, ET AL. </br> Plaintiff </br> v. </br> ALLIANCE HOMES INC., ET AL. </br> Defendant | ) </br> ) </br> ) Civil Action No. 6:09-CV-01019-RFD-CMH </br> ) </br> ) |

### Summons in a Civil Action

To: **Gibraltar Insurance Co Ltd (Defendant)**
   Gibraltar Insurance Co., Ltd.
   Through its Registered Agent for Service
   Quest Management Solutions - FB Perry Building
   40 Church St.
   Hamilton, HM 11 Bermuda

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Lawrence Joseph Centola
   Hurricane Legal Center
   600 Carondelet St Ste 602
   New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-09-17 15:11:30.0, Clerk USDC WDLA

*(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Case 2:07-md-01873-KDE-MBN Document 5819 Filed 10/28/09 Page 2 of 3
Case 6:09-cv-01019-RFD-CMH Document 5 Filed 09/17/2009 Page 26 of 45

AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09-CV-01019-RFD-CMH
## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
**Gibraltar Insurance Co Ltd (Defendant)**,

by: _____

    (1) personally delivering a copy of each to the individual at this place, _____
_____ or;

    (2) leaving a copy of each at the individual's dewelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

    Date: _____

                                                    _____
                                                          Server's signature

                                                        _____
                                                        Printed name and title

                                                       _____
                                                       Server's address

## AFFIDAVIT

**Court:** UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**Re:** LEANNA GRIFFIN, Plaintiff,
v.
ALLIANCE HOMES, INC., et al., Defendants.

**Case Number:** 6:09-cv-1019

I declare that I, <u>David Cooper</u>, am a resident of Bermuda, over the age of twenty-one, not a party nor an attorney for any party in this action, and that within the boundaries of the country where service was effected, I performed the following service:

Service upon **Gibralter Insurance Co., Ltd.** (by leaving with Quest Management Solutions, registered agent), was accomplished by delivering the Letter to Quest Management Solutions dated October 8, 2009, Summons in a Civil Action, Notice to Parties/Counsel, First Supplemental and Amending Complaint for Damages, and Complaint for Damages, personally and in person to Gibralter Insurance Co., Ltd. by leaving with:
<u>Mandy Mizbrocky, Captive Manager of Quest Management Solutions,</u>
<u>Registered agent for Gibralter Insurance Co., Ltd.</u>

At the address of: <u>1st Floor, FB Perry Building, 40 Church Street, Hamilton HM11, Bermuda</u>

On the <u>13th</u> day of <u>October</u>, 2009 at <u>3:00 P.M.</u>

**Description of person served:**

Race <u>W</u>   Hair color <u>FAIR</u>   Height: <u>5' 8"</u>   Weight <u>100lbs+</u>   Gender <u>F</u>   Age <u>27</u>

Signature _____

SUBSCRIBED AND SWORN to before me this <u>15</u> day of <u>October</u>, 2009.

Notary _____

DAVID G. COOPER, Notary Public
for and in the Islands of Bermuda.
Hamilton, Bermuda.
My Commission is unlimited as to time.