# Affidavit of Process Server

| SONJA JOSEPH | VS ALLIANCE HOMES INC. | 6:09-CV-01006-RTH-MEM |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, BARRY EVELAND, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served PALM HARBOR ALBERMARLE LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS, COMPLAINT, FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES AND NOTICE TO PARTIES

by leaving with SCOTT LASCALA    PROCESS AGENT (AUTHORIZED TO ACCEPT) At
                NAME                RELATIONSHIP

☐ Residence _____ ADDRESS _____ CITY / STATE

☒ Business C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE
           ADDRESS                                    CITY / STATE

On 10/12/09 AT 12:30 PM
   DATE        TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                  DATE
from _____
     CITY    STATE    ZIP

Manner of Service:
☒ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ Non-Service: After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

Service Attempts: Service was attempted on: (1) _____ _____  (2) _____ _____
                                               DATE   TIME        DATE   TIME
(3) _____ _____  (4) _____ _____  (5) _____ _____
    DATE   TIME          DATE   TIME          DATE   TIME

AGE 35   Sex M   Race W   Height 5'9   Weight 180   HAIR BLACK

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 12TH day of OCTOBER 2009

**OFFICIAL SEAL**
KEVIN DUNN    NOTARY PUBLIC
NEW CASTLE COUNTY STATE OF DELAWARE
MY COMMISSION EXPIRES NOV. 23, 2010

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# HURRICANE LEGAL CENTER LLC
600 Carondelet Street Suite 602
New Orleans, Louisiana 70130
Office: (504) 525-1944  Fax: (504) 525-1279

Attorney, Lawrence J. Centola, Jr.
Admitted in Louisiana

Attorney, Suzan N. Richardson
Admitted in Louisiana

Attorney, Chrissie L. Herrera
Admitted in Louisiana

Attorney, Sassoon Sales
Admitted in California

Attorney, Paul Lee
Admitted in California

October 8, 2009

CT Corporation
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Re: *Sonia Joseph, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
WDLA, Case No: 09-1006

Dear Sir/Madam

Please accept service on behalf of Palm Harbor Albemarle, LLC

Very truly yours,

Lawrence J. Centola Jr.

LC:jdc
See Enclosures