AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

KRISTY PETERSON, individually and on behalf of the minor, BRANT PETERSON, together with all individuals and entities whose names appear on the attached "Exhibit A"
              Plaintiff
              v.
PALM HARBOR HOMES, INC.
PALM HARBOR MANUFACTURING, INC.,
PALM HARBOR ALBERMARLE, LLC,
FLUOR ENTERPRISES, INC.,
and
UNITED STATES OF AMERICA, through the Federal Emergency Management Agency
              Defendant

Civil Action No. **09-3718**

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Palm Harbor Albermarle, LLC
Through its Agent for Service of Process
C T Corporation System
225 Hillsborough Street
Raleigh, NC 27603

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Sidney D. Torres, III, Esq. 8301 W Judge Perez Dr., Suite 303 Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: **JUN 3 - 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Palm Harbor Albermarle through agent for service of process** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **see US mail, certified card**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **10/27/09**

_____
Server's signature

_____
Printed name and title

Law Offices of
**SIDNEY D. TORRES, III**
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Palm Harbor Albermarle, LLC
   through its Agent for Service of Process:
   C T Corporation System
   225 Hillsborough Street
   Raleigh, NC 27603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Chris Cam____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): _Chris Cam____
C. Date of Delivery: 10/8
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0001 8538 3428

PS Form 3811, February 2004    Domestic Return Receipt