AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

TERRY CLAUSELL, together with all individuals and entities whose names appear on the attached "Exhibit A"
            Plaintiff
                v.
RIVER BIRCH HOMES, INC. AND/OR
RIVER BIRCH HOMES, LLC,
FLUOR ENTERPRISES, INC.
and
UNITED STATES OF AMERICA, through the Federal Emergency Management Agency
            Defendant

Civil Action No. **09-3715**

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*
River BirchHomes, Inc. and/or
River Birch Homes, LLC,
Through its Agent for Service of Process:
Delmo Payne
5400 Bexar Ave. E
Hamilton, AL  35570

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:  Sidney D. Torres, III, Esq.
8301 W Judge Perez Dr., Suite 303
Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court: **LORETTA G. WHYTE**

Date:  **JUN 3 - 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **River Birch Homes through agent for service process** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **See US mail, certified card**
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **10/27/09**

_____
Server's signature

Printed name and title
Law Offices of
**SIDNEY D. TORRES, III**
*A Professional Law Corporation*

8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

River Birch Homes, Inc. and/or
River Birch Homes, L.L.C.,
through its Agent for Service of Process:
Delmo Payne
5400 Bexar Ave. E
Hamilton, AL 35570

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☑ Addressee

B. Received by (Printed Name): Delmo Payne
C. Date of Delivery: 6-16-09

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): 7007 2560 0002 5386 3523

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540