AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Calvin J. Buras, Calvin P. Buras, and Jane R. Buras )
)
*Plaintiff* )
v. ) Civil Action No. 09-3629
Mitchell County Insudtries, LLC and CH2M Hill, Inc. )
)
*Defendant* )

SECT. N MAG. 5

RETURN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mitchell County Industries, LLC
Through its registered agent for service of process
Alfred J. Powell, Jr.
2959 U.S. Highway 19
Pelham, Georgia 31779

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   LORETTA G. WHYTE

Date: MAY 22 2009

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
on *(date)*       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*       , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*       , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*       ; or

☐ I returned the summons unexecuted because       ; or

☐ Other *(specify)*:


My fees are $       for travel and $       for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**LAMBERT & NELSON**
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE ST.
NEW ORLEANS, LA. 70130
(504) 581-1750

Fema— ——————————————— County -MAG

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Dawn Dorpinghaus* ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>DAWN DORPINGHAUS   6-15-09 |
| 1. Article Addressed to:<br>Mitchell County Industries, LLC<br>through<br>Alfred J. Powell, Jr.<br>2959 U.S. Highway 19 NE<br>Pelham, GA 31779 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7006 3450 0001 5393 2543 | |
| PS Form 3811, February 2004   Domestic Return Receipt   JUN 2 2 REC'D   102595-02-M-1540 | |