(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; PETITION FOR DAMAGES/ JURY ORDER

090715-3282-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

VEDORA CARSON, HILLERY RUSH
  versus
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE CO, GIBRALTAR INSURANCE CO, SHAW
ENVIRONMENTAL INC, STARR EXCESS LIABILITY
INSURANCE COMPANY, LTD.

Case: 674-679   Div: "A"
P 1 VEDORA CARSON

To: GIBRALTAR INSURANCE CO
., LTD.
THROUGH AGENT FOR SERVICE
QUEST MANAGEMENT SOLUTIONS
FB PERRY BUILDING
40 CHURCH ST.
HAMILTON, HM 11
BERMUDA

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/ PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within SIXTY 60 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 15th day of July, 2009.

Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; PETITION FOR DAMAGES/ JURY ORDER

090715-3282-5

Received:_____   Served:_____   Returned:_____

Service was made:
____ Personal        ____ Domicilary _____

Unable to serve:
____ Not at this address    ____ Numerous attempts _____ times
____ Vacant                 ____ Received too late to serve
____ Moved                  ____ No longer works at this address
____ No such address        ____ Need apartment / building number
____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

**UNITED STATES POSTAL SERVICE**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

Vedora Carson
Complaint + Summ

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau envoyant l'avis

[Postmark: 11 AUG 09 B HAMILTON BERMUDA]

Return by the quickest route (air or surface mail), à découvert and postage free.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)  Lambert + Nelson, PLC

Street and Number (Rue et no.)  701 Magazine St.

City, State, and ZIP + 4 (Localitié et code postal)  New Orleans, LA  70130

UNITED STATES OF AMERICA           Etats-Unis d'Amérique

PS Form 2865, February 1997     *Avis de réception*  AUG 24 REC'D  CN07 (Old C5)

---

| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☒ Letter (Lettre) | Printed ☐ Matter (Imprimé) | Other ☐ (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |

Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number

Office of Mailing (Bureau de dépôt)  MOSS

Date of Posting (Date de dépôt)  7-28-09

Addressee Name or Firm (Nom ou raison sociale du destinataire)

Street and No. (Rue et No.)

Place and Country (Localité et pays)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau ou destination)

Postmark of the office of destination (Timbre du bureau de destination)
[Postmark: 11 AUG 09 B HAMILTON BERMUDA]

PS Form 2865, February 1997 (Reverse)