(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; PETITION FOR DAMAGES / JURY ORDER

090715-3276-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

**VEDORA CARSON, HILLERY RUSH**
versus
**AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO, GIBRALTAR INSURANCE CO, SHAW ENVIRONMENTAL INC, STARR EXCESS LIABILITY INSURANCE COMPANY, LTD.**

Case: 674-679   Div: "A"
P 1 VEDORA CARSON

To: STARR EXCESS LIABILITY INSURANCE COMPANY, LTD.
THROUGH ITS CEO
175 WATER STREET, 19TH FLOOR
NEW YORK NY 10038

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/ PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY 30 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 15th day of July, 2009.

_____
Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; PETITION FOR DAMAGES / JURY ORDER

090715-3276-7

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal     ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts ____ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
                        Deputy Sheriff
Parish of: _____

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**LAMBERT & NELSON**
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE ST.
NEW ORLEANS, LA. 70130
(504) 581-1750

Fema- Carson

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Addressee  JUL 3 2009<br>B. Received by (Printed Name)  LuAne O'faire   C. Date of Delivery |
| 1. Article Addressed to:<br>Starr Excess Liability Insurance<br>Co., LTD<br>through its CEO<br>175 Water Street, 19th Floor<br>New York, New York 10038 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)          ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0001 5393 1539 |
| PS Form 3811, February 2004 | Domestic Return Receipt          AUG 05 2009   102595-02-M-1540 |