IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: N(5)** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Brenda Marie Price v. Insureco Agency and Ins.* | * | |
| *Services and Fluor Enterprises, Inc.* | * | **MAGISTRATE CHASEZ** |
| *Civil Action No. 09-6209* | * | |
| | * | **JURY DEMAND** |

*******************************************************************************

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represents that it is both necessary and appropriate to supplement and amend the underlying Original Complaint for Damages (Civ. Action No. 09-6209) to substitute Defendant Insurco, Ltd. for the named Defendant Insureco Agency and Insurance Services, based upon information now in the possession of counsel that was unknown at the time the underlying complaint was filed.

WHEREFORE, the Plaintiff herein respectfully moves this Honorable Court to grant Plaintiff's Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Brenda Marie Price v. Insureco Agency and Insurance Services and Fluor Enterprises, Inc.* (No. 09-6209), filed on her behalf in the United States District Court for the Western District of Louisiana on July 31, 2009 (Civ. Action No. 09-1301) and transferred to this Court by the United States Judicial Panel

1

on Multidistrict Litigation on September 9, 2009 (MDL 1873, Doc. 3176 and Civ. Action No. 09-6209).

        Respectfully submitted,

        */s/ Hugh P. Lambert*

        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of October, 2009.

        */s/ Hugh P. Lambert*

        Hugh P. Lambert, Esq. (#7933)