**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: N(5)** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Brenda Marie Price v. Insureco Agency and Ins.* | * | |
| *Services and Fluor Enterprises, Inc.* | * | **MAGISTRATE CHASEZ** |
| *Civil Action No. 09-6209* | * | |
| | * | **JURY DEMAND** |

*******************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above captioned matter, who respectfully moves this Honorable Court for leave to supplement and amend her Original Complaint for Damages filed on her behalf in the United States District Court for the Western District of Louisiana on July 31, 2009 (Civ. Action No. 09-1301) and transferred to this Court by the United States Judicial Panel on Multidistrict Litigation on September 9, 2009 (MDL 1873, Doc. 3176 and Civ. Action No. 09-6209). Plaintiff requests the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiff seeks to supplement and amend her Original Complaint for Damages to substitute Insurco, Ltd. for the Defendant Insureco Agency and Insurance Services. In Plaintiff's Original Complaint for Damages she named as a Defendant "Insureco Agency and Insurance Services " (Civ. Action No. 09-6209). Subsequent to the filing of her Original

1

Complaint for Damages Plaintiff learned the proper Defendant is Insurco, Ltd.

Counsel for Fluor Enterprises, Inc. has been consulted and does not oppose the substitution of parties. Insureco Agency and Insurance Services has not been served with Plaintiff's Original Complaint for Damages and their Counsel has not appeared in this case. Consequently, Insureco Agency and Insurance Services will not be harmed by the filing of Plaintiff's First Supplemental and Amending Complaint for Damages substituting Defendant Insurco, Ltd for Insureco Agency and Insurance Services.

Respectfully submitted,

    /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of October 2009.

    /s/ Hugh P. Lambert
Hugh P. Lambert, Esq. (#7933)

2