IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Brenda Marie Price v. Insureco Agency and Ins.* | * | |
| *Services and Fluor Enterprises, Inc.* | * | MAGISTRATE CHASEZ |
| *Civil Action No. 09-6209* | * | |
| | * | JURY DEMAND |

**************************************************************************

### ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint For Damages on behalf of Plaintiff:

**IT IS SO ORDERED** that the Plaintiff be GRANTED leave to file her First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE

1