**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: N(5)** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Brenda Marie Price v. Insureco Agency and Ins.* | * | |
| *Services and Fluor Enterprises, Inc.* | * | **MAGISTRATE CHASEZ** |
| *Civil Action No. 09-6209* | * | |
| | * | **JURY DEMAND** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel for Defendant Fluor Enterprises, Inc. has been contacted and does not object to the filing of Plaintiff's First Supplemental and Amending Complaint for Damages, with the reservation of all defenses, including, but not limited to, prescription. Counsel for Insureco Agency and Insurance Services has yet to appear in the above referenced case and thus is unable to consent.

        Respectfully submitted,

          */s/ Hugh P. Lambert*

        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of October 2009.

                                                 /s/ *Hugh P. Lambert*
                                                 Hugh P. Lambert, Esq. (#7933)