September 23, 2009

**CERTIFIED MAIL: 7009 0080 0000 1994 7781**

Lawyer's Aid Service, Inc.
408 W. 17th Street
Suite 101
Austin, TX 78701

      Re:    *Frank Franklin, Sr., et al. v Frontier RV, Inc.*
              EDLA, Case No: 09-4046

Dear Sir/Madam

Please accept service on behalf of Frontier RV Inc.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Frontier RV, Inc.
    Through its Agent for Service of Process
    **Lawyer's Aid Service, Inc.**
    408 W. 17th St. Suite 101
    Austin, TX 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Steve Newman
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   10-5-09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 0080 0000 1994 7781

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To
Frontier RV, Inc.
Through its Agent for Service of Process
Lawyer's Aid Service, Inc.
408 W. 17th St. Suite 101
Austin, TX 78701

PS Form 3800, August 2006    See Reverse for Instructions