September 23, 2009

**_CERTIFIED MAIL: 7009 0080 0000 1994 7798_**

Lawyer's Aid Service, Inc.
408 W. 17th Street
Suite 101
Austin, TX 78701

      Re:    *Celestine Jimerson, et al. v Frontier RV, Inc.*
              EDLA, Case No: 09-4030

Dear Sir/Madam

Please accept service on behalf of Frontier RV Inc.

      Very truly yours,

      Lawrence J. Centola Jr.

LC:jld
See Enclosures

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Deliver<br>Stue Neurman  10·5·09 |
| 1. Article Addressed to:<br><br>Frontier RV, Inc.<br>Through its Agent for Service of Process<br>Lawyer's Aid Service, Inc.<br>408 W. 17th St. Suite 101<br>Austin, TX 78701 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandis<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |

| 2. Article Number<br>*(Transfer from service label)* | 7009 0080 0000 1994 7798 |
|---|---|

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-154

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
|---|---|
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

*Sent To*
Frontier RV, Inc.
Through its Agent for Service of Process
Lawyer's Aid Service, Inc.
408 W. 17th St.Suite 101
Austin, TX 78701

7009 0080 0000 1994 7798

PS Form 3800, August 2006          See Reverse for Instructions