September 30, 2009

**CERTIFIED MAIL: 7009 2250 0004 1428 5038**

Rebecca Butler Power
221 W. Lexington Ave.
Elkhart, IN  46516

      Re:   *Darlene Laine, et al. v TL Industries, Inc.*
               EDLA, Case No: 09-3987

Dear Sir/Madam

Please accept service on behalf of TL Industries, Inc.

                                             Very truly yours,

                                             Lawrence J. Centola Jr.

LC: jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TL Industries, Inc.
   Through its Agent for Service of Process
   Rebecca Butler Power
   221 W. Lexington Ave.
   Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Diana L. Nagy    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Diana L. Nagy    C. Date of Delivery: 10/7/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1428 5038

PS Form 3811, February 2004   Domestic Return Receipt   3989   102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
ELKHART, IN 46516

| | | |
|---|---|---|
| Postage | $1.39 | 0046 |
| Certified Fee | $2.80 | 05 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.49 | 10/05/2009 |

TL Industries, Inc.
Through its Agent for Service of Process
Rebecca Butler Power 221 W. Lexington Ave.
Elkhart, IN 46516

PS Form 3800, August 2006   See Reverse for Instructions