**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | |
| | | * | |
| CIVIL CASE NOS. 09-4676, 09-4677, | | * | |
| 09-4678, 09-4679, 09-4680, 09-4681, | | * | |
| 09-4682, 09-4683, 09-4684, 09-4685, | | * | |
| 09-4686, 09-4687, 09-4688, 09-4689, | | * | |
| 09-4690, 09-4691, 09-4692, 09-4693, | | * | |
| 09-4694, 09-4695, 09-4696, 09-4697, | | * | |
| 09-4698, 09-4699, 09-4700, 09-4701, | | * | |
| 09-4702, 09-4703, 09-4704, 09-4705, | | * | |
| 09-4706, 09-4707 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### WATTS/HILLIARD'S MOTION FOR EXTENSION OF TIME TO MATCH CERTAIN LIMITED PLAINTIFFS DUE TO DATA PROBLEMS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully submit to this Honorable Court this motion for an extension of time to match certain limited plaintiffs in compliance with Pretrial Order 40.  Pretrial Order ("PTO") 40 requires all unmatched plaintiffs to be matched with a specific manufacturing defendant within 45 days of the date of filing of the complaint.  This deadline is subject to extension for good cause shown.  On or about September 15, 2009, the Court granted an extension of time for Plaintiffs in the above matters to file amended complaints matching the plaintiffs with a specific manufacturing defendant on or before October 29, 2009 (Rec. 3314).  For the reasons explained in the Memorandum in Support, it is

submitted that good cause exists for an additional (60) day extension to file amended complaints matching the unmatched plaintiffs filed by the Watts Hilliard, L.L.P. group.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of October.


/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**