**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | | | SECTION "N" (5) |
| | | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| CIVIL CASE NOS. 09-4676, 09-4677, 09-4678, 09-4679, 09-4680, 09-4681, 09-4682, 09-4683, 09-4684, 09-4685, 09-4686, 09-4687, 09-4688, 09-4689, 09-4690, 09-4691, 09-4692, 09-4693, 09-4694, 09-4695, 09-4696, 09-4697, 09-4698, 09-4699, 09-4700, 09-4701, 09-4702, 09-4703, 09-4704, 09-4705, 09-4706, 09-4707 | * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF WATTS/HILLIARD'S MOTION FOR EXTENSION OF TIME TO MATCH CERTAIN LIMITED PLAINTIFFS DUE TO DATA PROBLEMS**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully submit to this Court for an extension of time to match certain limited plaintiffs pursuant to Pretrial Order 40 due to data problems  Pretrial Order ("PTO") 40 requires all unmatched plaintiffs to be matched with a specific manufacturing defendant within 45 days of the date of filing of the complaint.  On or about September 15, 2009, the Court granted an extension of time for Plaintiffs in the above matters to file amended complaints matching the plaintiffs with a specific manufacturing defendant on or before October 29, 2009 (Rec. 3314).  For the reasons explained below, it is submitted that

1

good cause exists for an additional (60) day extension of the deadline in PTO 40 as to the unmatched plaintiffs filed by the Watts Hilliard, L.L.P. group.

On or about July 31, 2009, the Watts Hilliard, L.L.P. group filed numerous complaints including 32 complaints in the Eastern District of Louisiana for approximately 9,254 clients[1]. The following lawsuits were filed for unmatched plaintiffs:  Civil Action No. 09-4676; Civil Action No. 09-4677; Civil Action No. 09-4678; Civil Action No. 09-4679; Civil Action No. 09-4680; Civil Action No. 09-4681; Civil Action No. 09-4682; Civil Action No. 09-4683; Civil Action No. 09-4684; Civil Action No. 09-4685; Civil Action No. 09-4686; Civil Action No. 09-4687; Civil Action No. 09-4688; Civil Action No. 09-4689; Civil Action No. 09-4690; Civil Action No. 09-4691; Civil Action No. 09-4692; Civil Action No. 09-4693; Civil Action No. 09-4694; Civil Action No. 09-4695; Civil Action No. 09-4696; Civil Action No. 09-4697; Civil Action No. 09-4698; Civil Action No. 09-4699; Civil Action No. 09-4700; Civil Action No. 09-4701; Civil Action No. 09-4702; Civil Action No. 09-4703; Civil Action No. 09-4704; Civil Action No. 09-4705; Civil Action No. 09-4706; and Civil Action No. 09-4707.  On or about October 28, 2009, Plaintiffs filed 59 amended complaints matching 4,206 clients with manufacturers and/or contractors. However, approximately 5,203 clients of Watts/Hilliard group that have been filed as "unmatched" remain unmatched.  Please see Exhibit "A" attached hereto indicating which clients remain unmatched in the above-filed cases.

Plaintiffs' counsel has been diligently working with FEMA to obtain the matching information related to their clients.  Since February of 2009, Plaintiffs' counsel have

---

[1] The Watts Hilliard Group has filed numerous complaints on behalf of approximately 21,721 clients and represents approximately 26,915 clients.  Of the 21,721 filed clients, approximately 5,203 remain unmatched with a trailer manufacturer and/or no-bid contractor.

2

requested matching information from the Government on approximately 8 different occasions. More specifically, please see the following recent inquires:

On or about July 20, 2009, Plaintiffs' counsel, through the PLC, submitted approximately 5,704 clients for matching. On or about August 28, 2009, Plaintiffs' counsel received matching information for approximately 2,600 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

On or about August 14, 2009, Plaintiffs' counsel, through the PLC, submitted 2,288 clients for matching. On or about September 18, 2009, Plaintiffs' counsel received matching information for approximately 1,723 of those clients. However, some of the information received was incomplete (ie. not all contained a matching manufacturer and a matching contractor).

On or about October 17, 2009 Plaintiffs' counsel, through the PLC, submitted 2,561 clients for matching. To date, no matching information has been received back from FEMA. Plaintiffs' counsel anticipates receiving matching information from FEMA on or about November 17, 2009. Of course, Plaintiffs' counsel does not know the percentage of this batch that will come back unmatched or partially matched.

Attached hereto as Exhibit "B" is a copy of a spreadsheet indicating the information received from FEMA on Watts/Hilliard clients that remain filed as "unmatched". Some of the information returned from FEMA do not show the clients as "matched" to a manufacturer and/or contractor and some of the clients are shown "matched" to a contractor but do not match the VIN pattern that correlates to the manufacturer VIN numbers. Attached hereto as Exhibit "C" is a copy of a spreadsheet

3

indicating information received from FEMA on Watts/Hilliard clients that have been filed as "matched".  However, some of the information returned from FEMA  do not show the clients as "matched" to a manufacturer and/or contractor and some of the clients are shown "matched" to a contractor but do not match the VIN pattern that correlates to the manufacturer VIN numbers.

Plaintiffs' counsel currently has 1,522 clients that have never been submitted to FEMA for matching information because the undersigned is lacking information (FEMA ID number) required by FEMA to obtain the matching information.  Plaintiffs' counsel is diligently attempting to obtain FEMA ID numbers (as well as other pertinent and required information) from these clients.

As set forth above, Plaintiffs' counsel has been diligently attempting to obtain matching information for their clients.  However, due to time restraints, as well as lacking information from the Government, Plaintiffs' counsel would respectfully request an additional 60-day extension of time to match certain limited plaintiffs in compliance with Pretrial Order 40, giving the undersigned until December 28, 2009 to file <u>all</u> current unmatched plaintiffs in the following civil cases:   Civil Action No. 09-4676; Civil Action No. 09-4677; Civil Action No. 09-4678; Civil Action No. 09-4679; Civil Action No. 09-4680; Civil Action No. 09-4681; Civil Action No. 09-4682; Civil Action No. 09-4683; Civil Action No. 09-4684; Civil Action No. 09-4685; Civil Action No. 09-4686; Civil Action No. 09-4687; Civil Action No. 09-4688; Civil Action No. 09-4689; Civil Action No. 09-4690; Civil Action No. 09-4691; Civil Action No. 09-4692; Civil Action No. 09-4693; Civil Action No. 09-4694; Civil Action No. 09-4695; Civil Action No. 09-4696; Civil Action No. 09-4697; Civil Action No. 09-4698; Civil Action No. 09-4699; Civil Action No. 09-4700; Civil

Action No. 09-4701; Civil Action No. 09-4702; Civil Action No. 09-4703; Civil Action No. 09-4704; Civil Action No. 09-4705; Civil Action No. 09-4706; and Civil Action No. 09-4707.

**WHEREFORE,** Plaintiffs respectfully pray that this Honorable Court grant Watts/Hilliard's Motion for Extension of Time to Match Certain Limited Plaintiffs Due to Data Problems.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of October, 2009.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**