Gov't Provided Matched Information
Cases Filed as Un-Matched - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 210469 | 931401161 | 2EAID322266503766 | | Shaw |
| 200795 | 939428092 | 13G06NC143080 | UNKNOWN | Shaw |
| 201001 | 931091832 | 20211-20125 | | C Martin |
| 202176 | 939658576 | NTA1377789 | | Fluor |
| 203198 | 931084080 | 20188 | | C Martin |
| 205484 | 939692816 | NTA1374564 | NONE | ARS Inc |
| 205485 | 939692816 | NTA1374564 | NONE | ARS Inc |
| 205776 | 921166377 | 12405983 | | |
| 208011 | 911893392 | 412506487 | | |
| 208048 | 911893392 | 412506487 | | |
| 208049 | 911893392 | 412506487 | | |
| 208052 | 911893392 | 412506487 | | |
| 208053 | 911893392 | 412506487 | | |
| 208066 | 911893392 | 412506487 | | |
| 208068 | 911893392 | 412506487 | | |
| 208071 | 911893392 | 412506487 | | |
| 208159 | 911893392 | 412506487 | | |
| 208178 | 911893908 | NTA1380685 | | CH2MHILL |
| 208214 | 911893908 | NTA1380685 | | CH2MHILL |
| 211057 | 939641590 | 1SYBT302563014208 | ORGANIC | Fluor |
| 211084 | 911915768 | NTA1375226 | | Fluor |
| 211094 | 931250304 | 1C9BT322X6K995012 | CRUISER | Bechtel |
| 212757 | 940762608 | 4N11W312X50202468 | NORTHWOOD | Bechtel |
| 212772 | 911938930 | 189TA122651469521 | POTOMAC | Bechtel |
| 212773 | 911938930 | 189TA122651469521 | POTOMAC | Bechtel |
| 212777 | 939456277 | 60310533240007 | | |
| 213082 | 940762608 | 4N11W312X50202468 | NORTHWOOD | Bechtel |
| 213106 | 931184713 | 47TC55P216L116499 | | |
| 213236 | 931184713 | 47TC55P216L116499 | | |
| 213239 | 911870648 | 4N11M222650202806 | NORTHWOOD | Bechtel |
| 213240 | 911870648 | 4N11M222650202806 | NORTHWOOD | Bechtel |
| 213401 | 931921252 | 1C9BT32216K996013 | CRUISER | Bechtel |
| 213894 | 940756144 | 1S9PA34326HSC8290 | | Fluor |
| 213977 | 940756144 | 1S9PA34326HSC8290 | | Fluor |
| 215352 | 939652430 | 1B9BT29276A735244 | BISCAYNE | Bechtel |
| 215388 | 939413061 | 1SH200P255F000981 | | Bechtel |
| 216312 | 911866453 | PFS872629 | | State JFO |
| 216314 | 911866453 | PFS872629 | | State JFO |
| 216328 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 216374 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 216375 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 216819 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 216844 | 911866453 | PFS872629 | | State JFO |
| 216845 | 911866453 | PFS872629 | | State JFO |
| 216858 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 222335 | 940794043 | R6146041 | | |
| 222336 | 940794043 | R6146041 | | |
| 223801 | 921132911 | 19988 | | Shaw |
| 223809 | 921132911 | 19988 | | Shaw |
| 223877 | 939118364 | 20050-20234 | | C Martin |
| 224282 | 940794043 | R6146041 | | |

1


EXHIBIT "B"

Gov't Provided Matched Information
Cases Filed as Un-Matched - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 216521 | 939674212 | 59FEM14603AH06 | | Fluor |
| 213454 | 931101058 | 1A9BE35316AAPH358 | Athens Park Homes | Fluor |
| 203621 | 931328736 | PFS931039 | OAK CREEK | |
| 215093 | 939563973 | 1181461 | Cavalier | Fluor |
| 213425 | 9311899621603 | TX52412A448218A | | Fluor |
| 226863 | 931090601 | NTA1378877 | CRYSTAL VALLEY | CH2MHILL |
| 226865 | 931090601 | NTA1378877 | CRYSTAL VALLEY | CH2MHILL |
| 224649 | 911902865 | NTA1373611 | Patriot | DC Recovery |
| 226074 | 931090601 | NTA1378877 | CRYSTAL VALLEY | CH2MHILL |
| 226075 | 931090601 | NTA1378877 | CRYSTAL VALLEY | CH2MHILL |
| 224364 | 911909594 | 1S9PA34326HSC8158 | | Fluor |
| 224545 | 939657182 | 20063-19467 | | C Martin |
| 224567 | 939657182 | 20063-19467 | | C Martin |
| 224568 | 939657182 | 20063-19467 | | C Martin |
| 224767 | 939657182 | 20063-19467 | | C Martin |
| 225865 | 912010508 | 4N11Y272260203482 | Northwood of VA | Fluor |
| 229962 | 912122337 | NTA1379797 | | CH2MHILL |
| 205213 | 940786287 | 5SLPT30246E001404 | | Bechtel |
| 210718 | 931082356 | 0 | | Bechtel |
| 211479 | 931082356 | 0 | | Bechtel |
| 212305 | 940785035 | 0 | | Bechtel |
| 212655 | 940785035 | 0 | | Bechtel |
| 213884 | 939571873 | 4N11W312750202282 | NORTHWOOD | |
| 213897 | 939571873 | 4N11W312750202282 | NORTHWOOD | |
| 214728 | 939571873 | 4N11W312750202282 | NORTHWOOD | |
| 215161 | 936737484 | 0 | | CH2MHILL |
| 215192 | 936737484 | 0 | | CH2MHILL |
| 221945 | 939686107 | 0 | | Bechtel |
| 221950 | 939686107 | 0 | | Bechtel |
| 226339 | 940779690 | 0 | | Bechtel |
| 230060 | 940771597 | 222000000002222 | | Bechtel |
| 230061 | 940771597 | 222000000002222 | | Bechtel |
| 230452 | 939468561 | 0 | | Bechtel |
| 230454 | 939468561 | 0 | | Bechtel |
| 201343 | 931094787 | 1S9PA34356HSC8249 | | Fluor |
| 201459 | 931094787 | 1S9PA34356HSC8249 | | Fluor |
| 202287 | 931094787 | 1S9PA34356HSC8249 | | Fluor |
| 208051 | 911893392 | 412506487 | | |
| 209227 | 921210238 | NTA1375618 | | |
| 212789 | 911872159 | 19995-19986 | | C Martin |
| 213006 | 911872159 | 19995-19986 | | C Martin |
| 213073 | 921144608 | N3E050905975 | NORRIS HOMES | |
| 213077 | 921144608 | N3E050905975 | NORRIS HOMES | |
| 222469 | 940794043 | R6146041 | | |
| 221949 | 939686107 | 0 | | Bechtel |
| 200638 | 912118105 | 1303915 | | Shaw |
| 214809 | 939563973 | 1181461 | | |
| 213237 | 911870648 | 4N11M222650202806 | NORTHWOOD | Bechtel |
| 213238 | 911870648 | 4N11M222650202806 | NORTHWOOD | Bechtel |
| 208160 | 911893392 | 412506487 | | |
| 208070 | 911893392 | 412506487 | | |

2

Gov't Provided Matched Information
Cases Filed as Un-Matched - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 208050 | 911893392 | 412506487 | | |
| 208047 | 911893392 | 412506487 | | |
| 208067 | 911893392 | 412506487 | | |
| 208069 | 911893392 | 412506487 | | |
| 208072 | 911893392 | 412506487 | | |
| 208106 | 911893908 | NTA1380685 | | CH2MHILL |
| 208105 | 911893908 | NTA1380685 | | CH2MHILL |
| 208215 | 911893908 | NTA1380685 | | CH2MHILL |
| 208216 | 911893908 | NTA1380685 | | CH2MHILL |
| 208104 | 911893908 | NTA1380685 | | CH2MHILL |
| 208217 | 911893908 | NTA1380685 | | CH2MHILL |
| 216329 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 216377 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 216378 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 216376 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 216820 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 216821 | 911965501 | RAD1430416 | FRIENDSHIP | |
| 201401 | 912097641 | 41254681 | | CH2MHILL |
| 200726 | 912097641 | 41254681 | | CH2MHILL |
| 200728 | 912097641 | 41254681 | | CH2MHILL |
| 200729 | 912097641 | 41254681 | | CH2MHILL |
| 200730 | 912097641 | 41254681 | | CH2MHILL |
| 229949 | 912122337 | NTA1379797 | | CH2MHILL |
| 229961 | 912122337 | NTA1379797 | | CH2MHILL |
| 212992 | 921144608 | N3E050905975 | NORRIS HOMES | |
| 213074 | 921144608 | N3E050905975 | NORRIS HOMES | |
| 213075 | 921144608 | N3E050905975 | NORRIS HOMES | |
| 213235 | 931184713 | 47TC55P216L116499 | | |
| 222330 | 940794043 | R6146041 | | |
| 215346 | 939652430 | 1B9BT29276A735244 | BISCAYNE | Bechtel |
| 222570 | 940794043 | R6146041 | | |
| 202288 | 931094787 | 1S9PA34356HSC8249 | | Fluor |
| 223910 | 940795753 | NB0506-F14-09318 | | Fluor |
| 223799 | 921132911 1603 | 19988 | | Shaw |
| 223800 | 921132911 1603 | 19988 | | Shaw |
| 223802 | 921132911 1603 | 19988 | | Shaw |
| 223876 | 939118364 1603 | 20050-20234 | | Shaw |
| 229984 | 921167633 | 1S9PA34386HSC8312 | | Fluor |
| 223903 | 940795753 | NB0506-F14-09318 | | Fluor |
| 223906 | 940795753 | NB0506-F14-09318 | | Fluor |
| 223911 | 940795753 | NB0506-F14-09318 | | Fluor |
| 223912 | 940795753 | NB0506-F14-09318 | | Fluor |
| 223913 | 940795753 | NB0506-F14-09318 | | Fluor |
| 213068 | 911872159 | 19906 | | Shaw |
| 200801 | 921146662 | 89713 | | Fluor |
| 200802 | 921146662 | 89713 | | Fluor |
| 224769 | 939657182 1603 | 20063-19467 | | Shaw |
| 224768 | 939657182 1603 | 20063-19467 | | Shaw |
| 224770 | 939657182 1603 | 20063-19467 | | Shaw |
| 211059 | 9396415901603 | 1SYBT302563014208 | | Fluor |
| 211058 | 939641590 | 1SYBT302563014208 | | Fluor |

Gov't Provided Matched Information
Cases Filed as Un-Matched - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 213068 | 911872159 | 19995-19986 | | Shaw |
| 200623 | 07E100FEMA | 13G06NC143080 | | Shaw |
| 205283 | 931152992 | 27949FEMA1460 | | Fluor |
| 200178 | 931099128 | 050 | | Anderson Contruction |
| 202227 | 938009972 | NTA1372540 | CAVALIER | Bechtel |
| 200140 | 921301837 | 4WTYI252861601993 | | Anderson Contruction |
| 200060 | 911995686 | NTA1375316 | | Fluor |
| 202120 | 931085491 | 1EA1F272852813221 | | Anderson Contruction |
| 201563 | 939428092 | 13G06NC143080 | | Shaw |
| 200965 | 940780154 | 0 | LAKESIDE HOMES | Bechtel |
| 201056 | 911995686 | NTA1375316 | | Fluor |
| 200836 | 921400852 | 1NLIGTR2161074465 | | Anderson Construction |
| 200919 | 911995686 | NTA1375316 | | Fluor |
| 200628 | 939428092 | 13G06NC143080 | | Shaw |
| 200454 | 939658576 | NTA1377789 | | FLUOR |
| 200685 | 911867179 | 47LTDEN216G519260 | | Anderson Contruction |
| 203195 | 931084080 | 20188 | | C Martin |
| 203196 | 931084080 | 20188 | | C Martin |
| 203197 | 931084080 | 20188 | | C Martin |
| 202600 | 939592984 | NTA1378873 | | SIMS TRI- |
| 202815 | 939740342 | 1NLGTR2861024534 | | |
| 202817 | 939740342 | 1NLGTR2861024534 | | |
| 205418 | 939692816 | NTA1374564 | | ARS, Inc |
| 205416 | 939692816 | NTA1374564 | | ARS, Inc |
| 203459 | 939024624 | 21054006463A006 | Champion | Fluor |
| 205137 | 931152992 | 27949FEMA1460 | | Fluor |
| 207012 | 911896732 | nta1384348 | PATRIOT HOMES | Bechtel |
| 206823 | 911896732 | nta1384348 | PATRIOT HOMES | Bechtel |
| 206017 | 931128217 | NFL0502F14093736 | CHAMPION | CH2MHILL |
| 206021 | 931128217 | NFL0502F14093736 | CHAMPION | CH2MHILL |
| 205435 | 939737967 | 1SL200M284F001423 | | |
| 209117 | 939675678 | 5N16TE252465002452 | | |
| 209162 | 939675678 | 5N16TE252465002452 | | |
| 209368 | 939675678 | 5N16TE252465002452 | | |
| 207841 | 911945898 | 29534 | FLEETWOOD | Bechtel |
| 207842 | 911945898 | 29534 | FLEETWOOD | Bechtel |
| 207843 | 911945898 | 29534 | FLEETWOOD | Bechtel |
| 210662 | 911903580 | 1CNTD87204M001246 | | |
| 210558 | 939656473 | 1SH200M295F000965 | | |
| 208932 | 921192750 | 1TC28969661307757 | | |
| 208933 | 921192750 | 1TC28969661307757 | | |
| 208944 | 921192750 | 1TC28969661307757 | | |
| 210246 | 912453160 | 1NLGTR2361015658 | | |
| 211631 | 931158002 | P30010800482 | ADRIAN | Bechtel |
| 211632 | 931158002 | P30010800482 | ADRIAN | Bechtel |
| 211085 | 911915768 | NTA1375226 | | Fluor |
| 212905 | 940782650 | 1UJRS02961EM404 | | |
| 214835 | 940785118 | 1SN200R295F001366 | | |
| 214836 | 940785118 | 1SN200R295F001366 | | |
| 214837 | 940785118 | 1SN200R295F001366 | | |
| 214838 | 940785118 | 1SN200R295F001366 | | |

Gov't Provided Matched Information
Cases Filed as Un-Matched - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 216652 | 921442963 | 4XDTZ1276L610848 | FLEETWOOD | Bechtel |
| 223923 | 939655940 | 1GTR2654P3214 | | |
| 223925 | 939655940 | 1GTR2654P3214 | | |
| 223926 | 939655940 | 1GTR2654P3214 | | |
| 224186 | 939655940 | 1GTR2654P3214 | | |
| 225105 | 911971431 | 1EA1B312164010735 | | |
| 225821 | 937134596 | 6310533240007160724 | MONACO | Bechtel |
| 225121 | 940795753 | NB0506-F14-09318 | | Flour |
| 225736 | 921224249 | 15104514212CA00 | LAKESIDE HOMES | BECHTEL |
| 225738 | 921224249 | 15104514212CA00 | LAKESIDE HOMES | BECHTEL |
| 225876 | 931299501 | 11269501RG146401 | CHAMPION / REDMAN | |
| 225877 | 931299501 | 11269501RG146401 | CHAMPION / REDMAN | |
| 225878 | 931299501 | 11269501RG146401 | CHAMPION / REDMAN | |
| 225879 | 931299501 | 11269501RG146401 | CHAMPION / REDMAN | |
| 225955 | 921333424 | P37051008496 | CHAMPION / MERIT | Bechtel |
| 226065 | 931080313 | ITC28399861303377 | | Anderson Contruction |
| 226151 | 931091245 | FLA781132 | CHAMPION / MERIT | CH2MHILL |
| 226152 | 931091245 | FLA781132 | CHAMPION / MERIT | CH2MHILL |
| 226153 | 931091245 | FLA781132 | CHAMPION / MERIT | CH2MHILL |
| 226720 | 931106479 | 4CF1B242X52814096 | | Anderson Contruction |
| 226614 | 931223305 | 12405910 | CHAMPION / REDMAN | BECHTEL |
| 226782 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 226791 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 226404 | 921224249 | 15104514212CA00 | LAKESIDE HOMES | BECHTEL |
| 226405 | 921224249 | 15104514212CA00 | LAKESIDE HOMES | BECHTEL |
| 226773 | 931091245 | FLA781132 | CHAMPION / MERIT | CH2MHILL |
| 227045 | 931223305 | 12405910 | CHAMPION / REDMAN | BECHTEL |
| 227980 | 911939652 | 1TC2R970861308179 | | |
| 229423 | 939187365 | 1N4GTR2861015963 | CHAMPION | |
| 229425 | 939187365 | 1N4GTR2861015963 | CHAMPION | |
| 226974 | 939686991 | 4TWDF243J093097 | FLEETWOOD | |
| 228011 | 921251575 | 47TCD2N226M424982 | | Fluor |
| 229655 | 911928099 | 54982 | FLEETWOOD | |
| 229701 | 911928099 | 54982 | FLEETWOOD | |
| 229692 | 911894845 | 60310533240067160730 | MONACO | Bechtel |
| 229693 | 911894845 | 60310533240067160730 | MONACO | Bechtel |
| 229724 | 939424979 | 143104 | | Shaw |
| 230430 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 230433 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 230204 | 921227432 | PFS934710 | CHAMPION | |
| 230205 | 921227432 | PFS934710 | CHAMPION | |
| 230366 | 912085617 | 91889 | | |
| 230122 | 921171365 | 4XDT256255N124057 | | |
| 230263 | 939187365 | 1N4GTR2861015963 | CHAMPION | |
| 230267 | 939187365 | 1N4GTR2861015963 | CHAMPION | |
| 230469 | 939187365 | 1N4GTR2861015963 | CHAMPION | |
| 230470 | 939187365 | 1N4GTR2861015963 | CHAMPION | |
| 230472 | 939187365 | 1N4GTR2861015963 | CHAMPION | |
| 230419 | 921170287 | 4TC2B9692613056 | | |
| 233785 | 931108073 | NTA1378814 | | b&l Services |
| 233794 | 931108073C | NTA1378814 | | B&l Services |

5

Gov't Provided Matched Information
Cases Filed as Un-Matched - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 237245 | 911947106 | FLA781142 | CHAMPION / MERIT | |
| 237340 | 921280490 | 210694312853 | CHAMPION | Bechtel |
| 237358 | 911947106 | FLA781142 | CHAMPION / MERIT | |
| 233790 | 931108073 | NTA1378814 | | B&I Services |
| 237485 | 921280490 | 210694312853 | CHAMPION | Bechtel |
| 237817 | 911947106 | FLA781142 | CHAMPION / MERIT | |
| 237786 | 911947106 | FLA781142 | CHAMPION / MERIT | |
| 237434 | 911922021 | 1SN200R245F001694 | SCOT BILT | |
| 238011 | 939428092 | 13G06NC143080 | | Shaw |
| 238597 | 931159008 | 600310533240007159256 | MONACO | Bechtel |
| 238651 | 940772767 | 11269473RG146401 | FOREST RIVER | Bechtel |
| 238810 | 939619594 | 11269667 | CHAMPION / REDMAN | CH2MHILL |
| 238652 | 940772767 | 11269473RG146401 | FOREST RIVER | BECHTEL |
| 238666 | 931081702 | 4N11Y272760203722 | Northwood of VA | CH2MHILL |
| 238630 | 931081702 | 4N11Y272760203722 | Northwood of VA | CH2MHILL |
| 238568 | 921150056 | GAMAF001367 | | Fluor |
| 238630 | 931081702 | 4N11Y272760203722 | Northwood of VA | CH2MHILL |
| 238821 | 921143389 | 1TC13333166100467 | Coachman RV Company | Fluor |
| 238885 | 931238431 | 022-06-701-10781 | Summit Crest | |
| 238823 | 939686876 | 4N11Y272860203373 | Northwood | Fluor |
| 239137 | 911863118 | 1P9TM272631457601 | | Fluor |
| 239287 | 911913417 | 47CDT2N236M424988 | | Fluor |
| 239324 | 911913417 | 47CDT2N236M424988 | | Fluor |
| 239237 | 911913417 | 47CDT2N236M424988 | | Fluor |
| 238908 | 921150056 | GAMAF001367 | | |
| 239081 | 939625839 | 5P62894166100128 | | |
| 239340 | 939674302 | KHTX1550286 | Karsten | Fluor |
| 239191 | 911913417 | 47CDT2N236M424988 | | Fluor |
| 239345 | 939674302 | KHTX1550286 | Karsten | Fluor |
| 239867 | 921141768 | 5RXTA302X61008815 | Cruiser | Shaw |
| 239846 | 921141768 | 5RXTA302X61008815 | Cruiser | Shaw |
| 239864 | 921141768 | 5RXTA302X61008815 | Cruiser | Shaw |
| 239845 | 921141768 | 5RXTA302X61008815 | Cruiser | Shaw |
| 239581 | 940772767 | 11269473RG146401 | FOREST RIVER | BECHTEL |
| 239593 | 940772767 | 11269473RG146401 | FOREST RIVER | BECHTEL |
| 239502 | 939686876 | 4N11Y272860203373 | Northwood | Fluor |
| 239512 | 939686876 | 4N11Y272860203373 | Northwood | Fluor |
| 239450 | 921143389 | 1TC13333166100467 | Coachman RV Company | Fluor |
| 239443 | 939686876 | 4N11Y272860203373 | Northwood | Fluor |