Gov't Provided Matched Information
Cases Filed as Matched Data - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 203340 | 931130672 | B105GA0212514 | CAVALIER | Bechtel |
| 208230 | 939336589 | NTA1338790 | CAVALIER | Bechtel |
| 208272 | 939336589 | NTA1338790 | CAVALIER | Bechtel |
| 208273 | 939336589 | NTA1338790 | CAVALIER | Bechtel |
| 208274 | 939336589 | NTA1338790 | CAVALIER | Bechtel |
| 208218 | 939336589 | NTA1338790 | CAVALIER | Bechtel |
| 208275 | 939336589 | NTA1338790 | CAVALIER | Bechtel |
| 215356 | 921269161 | PF5928277 | CHAMPION / DUTCH | |
| 203107 | 911912512 | PF5072611 | FLEETWOOD | Bechtel |
| 215739 | 931144980 | 4CT1F322866012949 | | |
| 203108 | 911912512 | PF5072611 | FLEETWOOD | Bechtel |
| 203243 | 911912512 | PF5072611 | FLEETWOOD | Bechtel |
| 203058 | 921219543 | S1456169 | GULFSTREAM | Bechtel |
| 203060 | 940776236 | NTA1377471 | LIBERTY | Bechtel |
| 205200 | 939278721 | 27835F1460 | LIBERTY | CH2MHILL |
| 216469 | 911984605 | 11269493RG146401 | CHAMPION / REDMAN | CH2MHILL |
| 203292 | 921206115 | NTA1371541 | WAVERLEE | Bechtel |
| 203660 | 921206115 | NTA1371541 | WAVERLEE | Bechtel |
| 201196 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 207098 | 921186497 | 1108440 | CLAYTON | SIMS BECH |
| 205132 | 932066716 | N/A | | |
| 205376 | 932066716 | N/A | | |
| 205774 | 921166377 | 12405983 | | |
| 207913 | 911884676 | 84072RHS715X295 | FOREST RIVER | Bechtel |
| 207914 | 911884676 | 84072RHS715X295 | FOREST RIVER | Bechtel |
| 207984 | 931079513 | WDH2X69006505 | FOREST RIVER | Bechtel |
| 207985 | 931079513 | WDH2X69006505 | FOREST RIVER | Bechtel |
| 209120 | 921210238 | NTA1375618 | | |
| 209231 | 921210238 | NTA1375618 | | |
| 212570 | 911928790 | 4CHTH85295M003622 | AEROLITE | Shaw |
| 215679 | 939413061 | 1SH200P255F000981 | | Bechtel |
| 202930 | 931094787 | 1S9PA34356HSC8249 | | Fluor |
| 203056 | 931094787 | 1S9PA34356HSC8249 | | Fluor |
| 215699 | 93166683811603 | 4XTD2N236M424716 | | Fluor |
| 202766 | 931094787 | 1S9PA34356HSC8249 | | Fluor |
| 211487 | 939656473 | 1SH200M295F000965 | | |
| 200024 | 912482407 | NTA1380701 | | CH2MHILL |
| 212272 | 939459023 | 1TC20069853061308 | | |
| 212273 | 939459023 | 1TC20069853061308 | | |
| 202630 | 921149464 | 1S01BB35385PSOM267 | CAVALIER | |
| 200153 | 931158768 | 1SY200R2X5F001072 | | Anderson Contruction |
| 201479 | 911874901 | 4XTWPM295J045433 | | Anderson Contruction |
| 215338 | 921269161 | PF5928277 | CHAMPION / DUTCH | |
| 215339 | 921269161 | PF5928277 | CHAMPION / DUTCH | |
| 215367 | 921269161 | PF5928277 | CHAMPION / DUTCH | |
| 203102 | 911912512 | PF5072611 | FLEETWOOD | Bechtel |
| 203106 | 911912512 | PF5072611 | FLEETWOOD | Bechtel |
| 211682 | 939748465 | PFS872608 | FLEETWOOD | Bechtel |
| 212249 | 939748465 | PFS872608 | FLEETWOOD | Bechtel |
| 212252 | 939748465 | PFS872608 | FLEETWOOD | Bechtel |
| 212253 | 939748465 | PFS872608 | FLEETWOOD | Bechtel |



EXHIBIT "C"

Gov't Provided Matched Information
Cases Filed as Matched Data - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 212865 | 940779271 | 57775 | FLEETWOOD | CH2MHILL |
| 212997 | 940779271 | 57775 | FLEETWOOD | CH2MHILL |
| 216725 | 931097970 | PFS872631 | FLEETWOOD | Bechtel |
| 216726 | 931097970 | PFS872631 | FLEETWOOD | Bechtel |
| 230132 | 911953164 | 911953164 | FLEETWOOD | Bechtel |
| 230133 | 911953164 | 911953164 | FLEETWOOD | Bechtel |
| 207757 | 940815996 | 0 | FLEETWOOD | Bechtel |
| 216883 | 921221399 | PFS932765 | FLEETWOOD | CH2MHILL |
| 207758 | 940815996 | 0 | FLEETWOOD | Bechtel |
| 203028 | 911912512 | PF5072611 | FLEETWOOD | Bechtel |
| 216882 | 921221399 | PFS932765 | FLEETWOOD | CH2MHILL |
| 216898 | 931097970 | PFS872631 | FLEETWOOD | Bechtel |
| 212864 | 940779271 | 57775 | FLEETWOOD | CH2MHILL |
| 213117 | 940779271 | 57775 | FLEETWOOD | CH2MHILL |
| 207820 | 911945898 | 29534 | FLEETWOOD | Bechtel |
| 213424 | 931189962 | TX52412A448218A | Fleetwood | Fluor |
| 207821 | 911945898 | 29534 | FLEETWOOD | Bechtel |
| 207822 | 911945898 | 29534 | FLEETWOOD | Bechtel |
| 223502 | 931105308 | 60867 | Fleetwood | B&I Services |
| 229348 | 911928099 | 54982 | FLEETWOOD | |
| 207917 | 911884676 | 84072RHS715X295 | FOREST RIVER | Bechtel |
| 203057 | 921219543 | S1456169 | GULFSTREAM | Bechtel |
| 203059 | 921219543 | S1456169 | GULFSTREAM | Bechtel |
| 224636 | 921136184 | 1348522 | Gulfstream | Fluor |
| 200647 | 940780154 | 0 | LAKESIDE HOMES | Bechtel |
| 200966 | 940780154 | 00000000000000 | LAKESIDE HOMES | Bechtel |
| 207933 | 911969150 | 1SH201SK19711GA06 | LAKESIDE HOMES | CH2MHILL |
| 207935 | 911969150 | 1SH201SK19711GA06 | LAKESIDE HOMES | CH2MHILL |
| 223975 | 921199319 | RM1501 | LAKESIDE HOMES | CH2MHILL |
| 200877 | 940780154 | 0 | LAKESIDE HOMES | Bechtel |
| 200645 | 940780154 | 0 | LAKESIDE HOMES | Bechtel |
| 207934 | 911969150 | 1SH201SK19711GA06 | LAKESIDE HOMES | CH2MHILL |
| 226994 | 940771487 | NTA1379804 | LIBERTY | |
| 214426 | 911895062 | 0 | MONACO | Bechtel |
| 214424 | 911895062 | 0 | MONACO | Bechtel |
| 224176 | 931091440 | 60310533240007098368 | MONACO | Bechtel |
| 224412 | 921173502 | 60110533240007098368 | MONACO | Bechtel |
| 229346 | 911894845 | 60310533240067096576 | MONACO | Bechtel |
| 225820 | 937134596 | 6310533240007159808 | MONACO | Bechtel |
| 225859 | 937134596 | 6310533240007159808 | MONACO | Bechtel |
| 224413 | 921173502 | 60110533240007098368 | MONACO | Bechtel |
| 206896 | 911896732 | NTA1384348 | PATRIOT HOMES | Bechtel |
| 211710 | 921149191 | 1G17F64X1514928 | PATRIOT HOMES | Bechtel |
| 211713 | 921149191 | 1G17F64X1514928 | PATRIOT HOMES | Bechtel |
| 211714 | 921149191 | 1G17F64X1514928 | PATRIOT HOMES | Bechtel |
| 211711 | 921149191 | 1G17F64X1514928 | PATRIOT HOMES | Bechtel |
| 211712 | 921149191 | 1G17F64X1514928 | PATRIOT HOMES | Bechtel |
| 201755 | 931176068 | 11269500146901 | CHAMPION / REDMAN | Bechtel |
| 202170 | 931176068 | 11269500146901 | CHAMPION / REDMAN | Bechtel |
| 202171 | 931176068 | 11269500146901 | CHAMPION / REDMAN | Bechtel |
| 207682 | 931122707 | 12Y05905 | CHAMPION / REDMAN | Bechtel |

Gov't Provided Matched Information
Cases Filed as Matched Data - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 209401 | 931122707 | 12Y05905 | CHAMPION / REDMAN | Bechtel |
| 212845 | 931152507 | 11269529RG146401 | CHAMPION / REDMAN | CH2MHILL |
| 212846 | 931152507 | 11269529RG146401 | CHAMPION / REDMAN | CH2MHILL |
| 212847 | 931152507 | 11269529RG146401 | CHAMPION / REDMAN | CH2MHILL |
| 212850 | 931152507 | 11269529RG146401 | CHAMPION / REDMAN | CH2MHILL |
| 212851 | 931152507 | 11269529RG146401 | CHAMPION / REDMAN | CH2MHILL |
| 215581 | 938733938 | 11269513 | CHAMPION / REDMAN | CH2MHILL |
| 215637 | 938733938 | 11269513 | CHAMPION / REDMAN | CH2MHILL |
| 226119 | 912152098 | 124058214600 | CHAMPION / REDMAN | Bechtel |
| 226864 | 931299501 | 11269501RG146401 | CHAMPION / REDMAN | |
| 226112 | 912152098 | 124058214600 | CHAMPION / REDMAN | Bechtel |
| 226118 | 912152098 | 124058214600 | CHAMPION / REDMAN | Bechtel |
| 226346 | 912152098 | 124058214600 | CHAMPION / REDMAN | Bechtel |
| 223444 | 931115720 | 11269522 | CHAMPION / REDMAN | CH2MHILL |
| 223445 | 931115720 | 11269522 | CHAMPION / REDMAN | CH2MHILL |
| 223443 | 931115720 | 11269522 | CHAMPION / REDMAN | CH2MHILL |
| 223420 | 931115720 | 11269522 | CHAMPION / REDMAN | CH2MHILL |
| 223442 | 931115720 | 11269522 | CHAMPION / REDMAN | CH2MHILL |
| 207683 | 931122707 | 12Y05905 | CHAMPION / REDMAN | Bechtel |
| 207684 | 931122707 | 12Y05905 | CHAMPION / REDMAN | Bechtel |
| 207685 | 931122707 | 12Y05905 | CHAMPION / REDMAN | Bechtel |
| 207686 | 931122707 | 12Y05905 | CHAMPION / REDMAN | Bechtel |
| 212854 | 931152507 | 11269529RG146401 | CHAMPION / REDMAN | CH2MHILL |
| 215638 | 938733938 | 11269513 | CHAMPION / REDMAN | CH2MHILL |
| 215758 | 938733938 | 11269513 | CHAMPION / REDMAN | CH2MHILL |
| 223523 | 931108331 | 11269567 | Champion / Redman Homes | Fluor |
| 223566 | 931108331 | 11269567 | Champion / Redman Homes | Fluor |
| 223681 | 931108331 | 11269567 | Champion / Redman Homes | Fluor |
| 224107 | 911868983 | 11269693 | Champion / Redman Homes | Fluor |
| 211715 | 939657526 | NONE | R-VISION | Bechtel |
| 211716 | 939657526 | NONE | R-VISION | Bechtel |
| 211717 | 939657526 | NONE | R-VISION | Bechtel |
| 211718 | 939657526 | NONE | R-VISION | Bechtel |
| 201592 | 912081913 | ACBC06A0136930 | Cavalier | Fluor |
| 202226 | 938009972 | NTA1372540 | CAVALIER | Bechtel |
| 202881 | 921171610 | NTA1369876 | CAVALIER | Bechtel |
| 202911 | 921171610 | NTA1369876 | CAVALIER | Bechtel |
| 205920 | 940822721 | 00412517387 | CAVALIER | Bechtel |
| 206990 | 911918887 | 41250108 | CAVALIER | Bechtel |
| 207096 | 911918887 | 41250108 | CAVALIER | Bechtel |
| 213884 | 939571873 | NTA1340241 | CAVALIER | |
| 213897 | 939571873 | NTA1340241 | CAVALIER | |
| 214728 | 939571873 | NTA1340241 | CAVALIER | |
| 216509 | 911943126 | NTAB37139 | CAVALIER | Bechtel |
| 216510 | 911943126 | NTAB37139 | CAVALIER | Bechtel |
| 222568 | 911929517 | B106GA0213593 | CAVALIER | |
| 222656 | 931277121 | NTA1372541 | CAVALIER | Bechtel |
| 222657 | 931277121 | NTA1372541 | CAVALIER | Bechtel |
| 222658 | 931277121 | NTA1372541 | CAVALIER | Bechtel |
| 222659 | 931277121 | NTA1372541 | CAVALIER | Bechtel |
| 222707 | 931277121 | NTA1372541 | CAVALIER | Bechtel |

Gov't Provided Matched Information
Cases Filed as Matched Data - Unconfirmed Matches
VIN # Does not Match any of the Vin Match Patterns Provided by the PSC

| FP Case # | FP FEMA # | FP VIN | FP Manufacturer | FP Contractor |
|---|---|---|---|---|
| 223833 | 921191987 | NTA1369874 | CAVALIER | Bechtel |
| 224032 | 921149641 | BI05GA0212531 | CAVALIER | Bechtel |
| 225860 | 921242667 | NTA1372255 | CAVALIER | Bechtel |
| 202880 | 921171610 | NTA1369876 | CAVALIER | Bechtel |
| 203104 | 912122618 | CV6AL457700 | CAVALIER | Bechtel |
| 203329 | 921229874 | 4125017424 | CAVALIER | Bechtel |
| 222567 | 911929517 | B106GA0213593 | CAVALIER | |
| 222611 | 911929517 | B106GA0213593 | CAVALIER | |
| 222613 | 911929517 | B106GA0213593 | CAVALIER | |
| 230464 | 911929517 | B106GA0213593 | CAVALIER | |
| 222612 | 911929517 | B106GA0213593 | CAVALIER | |
| 226892 | 921171610 | NTA1369876 | CAVALIER | Bechtel |
| 226911 | 921171610 | NTA1369876 | CAVALIER | Bechtel |
| 223837 | 921191987 | NTA1369874 | CAVALIER | Bechtel |
| 226004 | 921242667 | NTA1372255 | CAVALIER | Bechtel |
| 226005 | 921242667 | NTA1372255 | CAVALIER | Bechtel |
| 222655 | 931277121 | NTA1372541 | CAVALIER | Bechtel |
| 213899 | 939571873 | NTA1340241 | CAVALIER | |
| 213898 | 939571873 | NTA1340241 | CAVALIER | |
| 214818 | 939563973 | 1181461 | Cavalier | Fluor |
| 201818 | 939424979 | 143104 | Cavalier | Shaw |
| 213199 | 931110922 | NTA1378459 | SOUTHERN ENERGY | |
| 213321 | 931110922 | NTA1378459 | SOUTHERN ENERGY | |
| 222622 | 921165103 | 9.15438e+19 | STEWART PARK | CH2MHILL |
| 222912 | 921165103 | 9.15438e+19 | STEWART PARK | CH2MHILL |
| 222911 | 921165103 | 9.15438e+19 | STEWART PARK | CH2MHILL |
| 203294 | 921206115 | NTA1371541 | WAVERLEE | Bechtel |
| 203497 | 931328736 | PFS931039 | OAK CREEK | |
| 212368 | 931158002 | P30010800482 | ADRIAN | Bechtel |
| 211633 | 931158002 | P30010800482 | ADRIAN | Bechtel |
| 205213 | 940786287 | 47GTD2N296M424459 | HEARTLAND | Bechtel |
| 213033 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 216996 | 921205229 | NTA1374399 | CLAYTON | CH2MHILL |
| 226488 | 911907465 | NTA1373525 | CLAYTON | CH2MHILL |
| 226786 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 226787 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 213032 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 216995 | 921205229 | NTA1374399 | CLAYTON | CH2MHILL |
| 226489 | 911907465 | NTA1373525 | CLAYTON | CH2MHILL |
| 226490 | 911907465 | NTA1373525 | CLAYTON | CH2MHILL |
| 226491 | 911907465 | NTA1373525 | CLAYTON | CH2MHILL |
| 213034 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 230431 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 230432 | 911930317 | NTA1377571 | CLAYTON | CH2MHILL |
| 216335 | 921205229 | NTA1374399 | CLAYTON | CH2MHILL |
| 216998 | 921205229 | NTA1374399 | CLAYTON | CH2MHILL |
| 216999 | 921205229 | NTA1374399 | CLAYTON | CH2MHILL |
| 216997 | 921205229 | NTA1374399 | CLAYTON | CH2MHILL |
| 217000 | 921205229 | NTA1374399 | CLAYTON | CH2MHILL |
| 211927 | 931113287 | EM7489 | | |
| 224107 | 911868983 | HA01810M0 | Patriot Homes | MLU |

## Jackie Rowe

**From:** David Watts [dwatts@wgclawfirm.com]
**Sent:** Wednesday, October 28, 2009 1:20 PM
**To:** Jackie Rowe
**Subject:** Re: request from this morning
**Attachments:** Govt-Unmatched Petitions.pdf; Govt-Matched Petitions.pdf; ATT00290.txt

Picky Picky