AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RETURN

PRISCILLA LUCILLE COOK, together with all
individuals and entities whose names appear on
the attached "Exhibit A"

_____
Plaintiff

v.

SKYLINE CORPORATION,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency
_____
Defendant

Civil Action No.

## 09-3739

## SECT. N MAG. 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   CH2M Hill Constructors, Inc.,
   Through its Counsel of Record:
   Mr. Gerardo Barrios
   Baker Donelson Bearman Caldwell & Berkowitz, PC
   #3 Sanctuary Blvd., Suite 201
   Mandeville, LA 70471

A lawsuit has been filed against you.

   Within   20   days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
            Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC
            8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date:   JUN 4 - 2009   _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on *CH2M Hill Constructors* by: *through its counsel of Record*

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* *See US mail, certified Card*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

Date: **10/28/09** _____

_____
Server's signature

_____
Printed name and title

Law Offices of
**SIDNEY D. TORRES, III**
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

_____
Server's address

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
Item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

CH2M Hill Constructors, Inc.,
Through its Counsel of Record:
Mr. Gerardo Barrios
Baker Donelson Bearman Caldwell
    & Berkowitz, PC
#3 Sanctuary Boulevard, Suite 201
Mandeville, LA 70471

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Kmy Ulmer

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JUN 10 2009

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

Article Number
*(Transfer from service label)*   7001 2510 0001 8538 2582

Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540