AO 440 (Rev. 04/08) Civil Summons


RETURN

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

STEPHANIE GAGLIANO, together with all
individuals and entities whose names appear on
the attached "Exhibit A"

|                       |   |                   |
|-----------------------|---|-------------------|
| Plaintiff             | ) |                   |
| v.                    | ) | Civil Action No.  |
| SOUTHERN ENERGY HOMES, INC., | ) |            |
| FLUOR ENTERPRISES, INC., | ) |                |
| and                   | ) |                   |
| UNITED STATES OF AMERICA, through the | ) |   |
| Federal Emergency Management Agency |   |    |
| Defendant             |   |                   |

Civil Action No. **09-3718**

**SECT. N MAG. 5**

### Summons in a Civil Action

To: *(Defendant's name and address)*
   **The United States of America,**
   **thru the United States Attorney General:**
   **Hon. Eric H. Holder, Jr.**
   **U.S. Department of Justice**
   **950 Pennsylvania Avenue, NW**
   **Washington, DC 20530-0001**

A lawsuit has been filed against you.

       Within   60   days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
               Sidney D. Torres, III, Esq., Law Offices of Sidney D. Torres, III,
           Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive, Chalmette, LA 70043
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date:   **JUN 3 - 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on USA through
by:                                    US Attorney General

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) See. us mail, certified card

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___

Date: 10/28/09 _____

                                            Server's signature

                                            Printed name and title

Law Offices of
**SIDNEY D. TORRES, III**
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

                                            Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

The United States of America,
thru the United States Attorney General:
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 1 6 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7001 2510 0001 8538 3398

Form 3811, February 2004        Domestic Return Receipt