AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RETURN

STEPHANIE GAGLIANO, together with all
individuals and entities whose names appear on
the attached "Exhibit A"

Plaintiff

v.

SOUTHERN ENERGY HOMES, INC.,
FLUOR ENTERPRISES, INC.,
and
UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency

Defendant

Civil Action No. 09-3716

SECT. N MAG. 5

)
)
)
)
)

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   The United States of America, through
   Office of U.S. Attorney for the EDLA, thru:
   Jim Letten, U.S. Atty
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

A lawsuit has been filed against you.

        Within   60   days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
                    Sidney D. Torres, III, Esq., Law Offices of Sidney D. Torres, III,
                Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive, Chalmette, LA 70043
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date:      JUN 3 - 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on USA through US Attorney for EDLA
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) See us mail, certified card
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: 10/28/09 _____

_____
Server's signature

_____
Printed name and title

Law Offices of
**SIDNEY D. TORRES, III**
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America, through
Office of U.S. Attorney for the EDLA, thru:
Jim Letten, U.S. Atty
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery 10/10/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7001 2510 0001 8538 3381