| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X [signature] ☐ Agent ☐ Addressee <br> B. Received by ( Printed Name ) C. Date of Delivery <br> Holly Yates (9-21-09) |
| 1. Article Addressed to: <br><br> KZRV, LP <br> Through its agent for Service of Process <br> Daryl Zook <br> 9270 W. US 20 <br> Shipshewana, IN 46565 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br><br> 3. Service Type <br> ☐ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-15



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

KZRV, LP
Through its Agent for Service of Process
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

PS Form 3800, August 2006  See Reverse for Instructions

September 17, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 8513**

Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

      Re:   *Leanna Griffin, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
              WDLA, Case No: 09-01019

Dear Sir/Madam

Please accept service on behalf of KZRV, LP.

                              Very truly yours,

                              Lawrence J. Centola Jr.

LC:jdc
See Enclosures