# UNITED STATES DISTRICT COURT **RETURN**
for the
Eastern District of Louisiana

| | |
|---|---|
| ANTHONY J. BARCIA, together with all individuals and entities whose names appear on the attached "Exhibit A" <br> Plaintiff <br> v. <br> THOR CALIFORNIA, INC., d/b/a THOR MANUFACTURING, THOR INDUSTRIES, SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., CH2M HILL CONSTRUCTORS, INC. and UNITED STATES OF AMERICA, through the Federal Emergency Management Agency <br> Defendant | Civil Action No. <br><br> **09-3742** <br><br> **SECT. N MAG. 5** |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Thor Industries, Inc.
Through its Agent for Service of Process
C T Corporation System
1300 E. 9th Street
Cleveland, OH 44114

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:  Sidney D. Torres, III, Esq.
8301 W Judge Perez Dr., Suite 303
Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date:  JUN - 3 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Thor Industries through agent for SOP of Process**
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) **See US mail, certified card** _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: **10/28/09**

Server's signature

Printed name and title

Law Offices of
**SIDNEY D. TORRES, III**
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thor Industries, Inc.
Through its Agent for Service of Process
C T Corporation System
1300 E. 9th Street
Cleveland, OH 44114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Csilla Varga   ☐ Agent
   CT Corporation System  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
   1300 East 9th Street
   Cleveland, Ohio 44114
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JUN 1 0 2009

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 2510 0001 8537 3412

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540