AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

RETURN

| STACEY LOVELL, ET AL | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-4763 "N"(5) |
| AMERICAN INTERNATIONAL SPECIALTY LINES, LEXINGTON INSURANCE CO., INSURANCE CO. OF THE STATE OF PA AND FLUOR ENTERPRISES, INC. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: Fluor Enterprises, Inc.
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Aug 11 2009

_B. Gregory_
Name of clerk of court

Date: _____          _____
                                Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Fluor Enterprises, Inc. by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* Certified Mail dated October 23, 2009, Art# 7007 1490 0000 5218 3230 Received by Michalyn Davis on October 26, 2009

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: October 29, 2009

Server's signature

Jonathan B Andry Attorney for Plaintiff
Printed name and title

610 Baronne Street New Orleans, LA 70113
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Michalyn Davis   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes ☐ No |
| 1. Article Addressed to:<br><br>Fluor Enterprises, Inc.<br>Through its Registered Agent for Service of Process:<br>Corporation Service Company<br>320 Somerulos Street<br>Baton Rouge, LA 70802-6129 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 5218 3230 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540