MINUTE ENTRY
ENGELHARDT, J.
October 23, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                           SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, October 23, 2009, at 8:30 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Linda J. Nelson, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Henry T. Miller, Raul R. Bencomo, Jerry L. Saporito, Ernest P. Gieger, Jr., Charles R. Penot, Jr., Thomas W. Thagard, III, Adam M. Dinnell, Richard A. Sherburne, Lyon H. Garrison, Randall C. Mulcahy, Mikal C. Watts, Karen Whitfield and Gerardo R. Barrios.

Court Reporter: Karen A. Ibos

JS10(1:35)