MINUTE ENTRY
ENGELHARDT, J.
October 23, 2009

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

　　　A status conference was conducted on Friday, October 23, 2009, at 10:00 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Linda J. Nelson, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Henry T. Miller, Raul R. Bencomo, Jerry L. Saporito, Ernest P. Gieger, Jr., Charles R. Penot, Jr., Thomas W. Thagard, III, Adam M. Dinnell, Richard A. Sherburne, Lyon H. Garrison, Randall C. Mulcahy, Mikal C. Watts, Karen Whitfield and Gerardo R. Barrios.

　　　A complete list of attendees is attached as a supplement to the Court's Pretrial Order #46 dated October 23, 2009 (Rec. Doc. No. 5744).

Court Reporter: Karen A. Ibos

JS10(1:10)