IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL NO. 1873 |
| | | SECTION: N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | MAGISTRATE CHASEZ |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* Civil Action No. 09-3701 | | JURY DEMAND |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiff is GRANTED leave to file his Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the 27th day of October, 2009 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE

1

