AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT



for the

Eastern District of Louisiana

ELOISE POLOMA McHUGHES, together with
all individuals and entities whose names appear
on the attached "Exhibit A"

Plaintiff

v.

TIMBERLAND RV COMPANY d/b/a
ADVENTURE MANUFACTURING,
FLUOR ENTERPRISES, INC.,
and
UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency

Defendant

)
)
)
)
)
)

Civil Action No. **09-3825**

**SECT. N MAG. 5**

## Summons in a Civil Action

To: *(Defendant's name and address)*
  Fluor Enterprises, Inc., thru its Counsel of Record:
  Mr. Charles Penot
  Middleberg Riddle and Gianna
  KPMG Centre, Suite 2400
  717 Harwood
  Dallas, TX 75201

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
  **Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
  **8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date:    **JUN 1 1 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Fluor Enterprises thru Counsel of Record
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) See US mail, Certified card _____

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____.

Date: 10/28/09 _____

                                                    _____
                                                    Server's signature

                                                    Printed name and title
                                                         Law Offices of
                                              **SIDNEY D. TORRES, III**
                                                     *A Professional Law Corporation*
                                    8301 W. Judge Perez Drive, Suite 303
                                    Chalmette, Louisiana 70043

                                          Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Fluor Enterprises, Inc., through its
Counsel of Record:  Mr. Charles Penot
Middleberg Riddle and Gianna
KPMG Centre, Suite 2400
717 Harwood
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)  | C. Date of Delivery
Ms Stewart | 6/16/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7009 0820 0000 5884 5550