OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT 28  PM 9: 48

LORETTA G. WHYTE
CLERK

Date: 10/28/09

Robert Devlin, et al

vs.

Fleetwood Enterprises, Inc, et al

Case No. ~~08-7018~~ Section N

07-7018

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (2nd amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) American International Specialty Lines
   (address) Louisiana Secretary of State 8585 Archives Ave. B.R. LA 70809
2. (name) Gulf Stream Coach, Inc. (through Kenneth C Brinker)
   (address) 503 S. Oakland Nappannee, IN 46550
3. (name) Office of US Attorney for EDLA through Jim Letten, US Atty
   (address) Hale Boggs Federal Bldg 500 Poydras St. Ste. B-210 N.O. LA 70130
4. (name) Fluor Enterprises, Inc. (through Charles Pend Jr.)
   (address) 717 N. Harwood St. Ste. 2400 Dallas, TX 75201

Very truly yours,

"Signature"

Attorney for  Plaintiffs

Address  3000 W. Esplanade Ave Ste. 200
Metairie LA 70002

__ Fee _____
__ Process _____ sms
X  Dktd _____
__ CtRmDep _____
__ Doc. No. _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10/28/09

Robert Devlin, et al

vs.

Fleetwood Enterprises, Inc et al

Case No. 08-7018 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (2nd amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Eric Holder, US Attorney General U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave. NW Washington DC 20530
2. (name) Federal Emergency Management Agency Through David Paulison
   (address) 500 C. St. SW Washington, DC 20472
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address 3000 W. Esplanade Ave. Ste-200
Metairie LA 70002