```
                                          FILED
                                     U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT         2009 OCT 28  PM 9:49
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET                      LORETTA G. WHYTE
NEW ORLEANS, LOUISIANA  70130                CLERK
```

Date: Quinnan Johnson, et al
      10/28/09

vs.

R-VISION, Inc, et al

Case No. 08-1327 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (2nd amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Federal Emergency Management Agency through R. David Paulison
   (address) 500 C Street SW Washington, DC 20472
2. (name) Liberty Insurance Corp LA Secretary of State
   (address) 8585 Archives Ave. B.R. LA 70809
3. (name) Arch Specialty Insurance Company (LA Sec. of State)
   (address) 8585 Archives Ave. B.R. LA 70809
4. (name) Westchester Surplus Lines Insurance Company
   (address) 8585 Archives Ave. BR LA 70809 (LA Sec. of State)

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address 3000 W. Esplanade Ave. Ste. 200
        Metairie, LA 70002

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CRmDep_____
___ Doc. No._____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 10/28/09

Quinnan Johnson, et al

vs.

R-Vision Inc., et al

Case No. 08-1327 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (2nd amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Lexington Insurance Company (LA Sec. of State)
   (address) 8585 Archives Ave. B.R. LA 70809
2. (name) Eric Holder, US Atty General US Dept of Justice
   (address) 950 Pennsylvania Ave. NW Washington DC 20530
3. (name) Office of US Atty for EDLA through Jim Letten US Atty.
   (address) Hale Boggs Federal Bldg. 500 Poydras St. Ste. B-210 NOLA 70130
4. (name) Fluor Enterprises, Inc. (through Charles Penot
   (address) 717 N. Harwood St. Ste. 2400 Dallas TX 75201

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs

Address 3000 W. Esplanade Ave. Ste. 200
Metairie LA 70002