OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT 28  PM 9:49

LORETTA G. WHYTE
CLERK

Date: 10/28/09

Henry Gautreaux, et al

vs.

Gulf Stream Coach, Inc., et al

Case No. 08-1094 Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) (3rd amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Federal Emergency Management Agency through R. David Paulison
   (address) 500 C. St SW Washington DC, 20472
2. (name) Eric Holder, US Attorney General, US Dept. of Justice
   (address) 950 Pennsylvania Ave. NW Washington DC 20530
3. (name) Gulf Stream Coach Inc. (through Kennith Brinker)
   (address) 503 S. Oakland Nappanee, IN 46550
4. (name) Office of US Atty for EDLA through Jim Letten US Atty
   (address) Hale Boggs Federal Bldg. 500 Poydras St. Ste B-210 N.O.LA 70130

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs

Address 3000 W. Esplanade Ave. Ste. 200
        Metairie LA 70002

___ Fee
___ Process BG(5)Sms
 X  Dktd
___ CtRmDep
___ Doc. No.

```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: 10/28/09

Henry Gautreaux, et al

vs.

Gulf Stream Coach Inc, et al

Case No. 08-1094 Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) (3rd amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises Inc (through Charles Penot)
   (address) 717 N. Harwood St. Ste 2400 Dallas, TX 75201
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs

Address 3000 W. Esplanade Ave. Ste 200
Metairie LA 70002