UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873  SECTION "N" (5)  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * | |
| CIVIL CASE NOS. 09-4676, 09-4677, 09-4678, 09-4679, 09-4680, 09-4681, 09-4682, 09-4683, 09-4684, 09-4685, 09-4686, 09-4687, 09-4688, 09-4689, 09-4690, 09-4691, 09-4692, 09-4693, 09-4694, 09-4695, 09-4696, 09-4697, 09-4698, 09-4699, 09-4700, 09-4701, 09-4702, 09-4703, 09-4704, 09-4705, 09-4706, 09-4707 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Watts/Hilliard's Motion for Extension of Time to Match Certain Limited Plaintiffs Due to Data Problems:

**IT IS ORDERED** that plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the current deadline of October 29, 2009 for matching any unmatched plaintiff with a specific manufacturing defendant as specified in Pretrial Order 40 that is represented by Robert C. Hilliard, Mikal C. Watts, et al, is extended so that all unmatched plaintiffs filed by the Watts Hilliard Group shall be given an additional 60 days to be matched with a specific manufacturing defendant (December 28, 2009). At the end of the extended 60 day period, counsel for plaintiffs

**DENIED MOOT**

1

shall notify the court of any plaintiffs which remain unmatched and the civil action number of the original complaint in which they were named.  SEE ORDER (REC. DOC. 3324)

New Orleans, Louisiana this 29th day of _____October_____, 2009.

**MOOT**

_____
**JUDGE KURT D. ENGELHARDT**