UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the PSC's Motion for Leave to File a Supplemental Memorandum in Support of its Motion to Compel United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA is GRANTED.

New Orleans, Louisiana this____day of_____, 2009.

_____
HONORABLE KURT D. ENGELHARDT