UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | | MAG. JUDGE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF PSC'S MOTION TO COMPEL (DOC NO. 2554)**

**MAY IT PLEASE THE COURT:**

Through the undersigned counsel, Plaintiffs submit this Supplemental Memorandum in Support of its Motion to Compel the United States Government to Produce "Disaster" and/or Individual Assistance Files maintained by FEMA.

On September 3, 2009, the Honorable Alma Chasez ordered that prior to a ruling being made on the PSC's motion to compel the Government to produce individual assistance files, Plaintiffs were to take the deposition of Ms. Faye Green.  Ms. Green was identified by Government counsel as the individual most knowledgeable to testify regarding the process of creating a disaster and/or individual assistance file.  The deposition of Ms. Green took place on October 16, 2009 and the PSC now re-urges its motion to compel based upon what was learned during the deposition of Ms. Green.

Ms. Green testified that she is an eleven year employee of FEMA.  She is currently the Center Manager for the Maryland National Processing Service Center (NPSC) and oversees approximately 350 employees.  The functions Ms. Green oversees at the NPSC include records

management and mail operations.  It is her department which produces the individual assistance or disaster files.

Ms. Green further testified that the information that makes up an individual assistance file are kept electronically within a database called the National Emergency Management Information System (NEMIS).  There are 12 components or tabs in the NEMIS database that track information specific to disaster victims, they are:

1. Overview;
2. Applicant Information;
3. Real Property;
4. Personal Property;
5. Inspection Summary;
6. Correspondence;
7. "Special" tab;
8. Insurance;
9. Housing Assistance;
10. Other Needs Assistance;
11. Inspection Summary; and
12. Comments/Contacts.

Of the twelve components or tabs that make up NEMIS, there are only four components or tabs that in any way track or reference an emergency housing unit (ehu) occupied by the applicant. Those components or tabs are: 1) Overview, 2) Correspondence, 3) Housing Assistance, and 4) Comments/Contacts.[1]

---

[1] See attached excerpt of the deposition transcript of Bellance "Faye" Green at P.47:19-P.49:13

Ms. Green testified that out of the above-mentioned four components, the Correspondence component takes the longest to generate documents for production. The estimated time of approximately 30 minutes to produce the contents of the Correspondence component involves printing documents that have been scanned into the NEMIS document management system. Ms. Green testified that it would take approximately a total of 10 minutes to produce the screen shots of the other components identified above and save them to an Office Word document for production and to produce the two reports that are customarily generated from the NEMIS database that details comments and the various contacts with a disaster victim. In all, Ms. Green testified that it would take a total of 40 minutes to generate information from the NEMIS database that could possibly reference the specific ehu in which a disaster victim resided.[2]

Ms. Green also testified that out of the total of 350 employees she oversees that currently only a total of ten have the training necessary to produce Individual Assistance files. She further stated that it would take roughly two to three hours to train other employees how to produce the files. Although there are 350 employees under her direction, 280 of those employees are in the applicant services section. The pool of potential trainable employees would come from this section.[3] The United States clearly has the personnel and capabilities to produce the requested files with minimal training and no need for outside help.

As of the writing of this memorandum, the PSC has delivered to the United States a total of 8,604 PFS forms with completely executed Privacy Act Waivers attached. FEMA has only produced a total of 104 individual assistance or "disaster" files.

---

[2] See attached excerpt of the deposition transcript of Bellance "Faye" Green at P.63:15 – P.64:3
[3] See attached excerpt of the deposition transcript of Bellance "Faye" Green at P.68:6 – P.69:19

Each plaintiff in this litigation is entitled to request and have subsequently produced to them a copy of their individual assistance file. For the United States to refuse such production is a clear violation of black letter law regarding FRCP (26) discovery. The United States continues to argue that the plaintiffs are only interested in determining "matching" information from the files that they submit is available elsewhere. While "matching" information is a target of the plaintiffs request, it is even more important to review the files due to the large number of inaccuracies found in the FEMA databases where the United States argues the information should come from.

For these reasons and those detailed in the PSC's original memorandum in support of its motion to compel, the United States should be ordered to produce the "disaster" and/or Individual Assistance files for each plaintiff who has complied with the Privacy Act waiver procedure.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713