```
                                                                    Page 1
  1              UNITED STATES DISTRICT COURT

  2              EASTERN DISTRICT OF LOUISIANA

  3     -------------------------------X

  4     IN RE: FEMA TRAILER            :  MDL NO. 1873

  5     FORMALDEHYDE PRODUCTS          :  SECTION "N"

  6     LIABILITY LITIGATION.          :  JUDGE ENGELHARDT

  7                                    :  MAGISTRATE CHASEZ

  8                                    :

  9     -------------------------------X

 10                         Washington, D.C.

 11                         Friday, October 16, 2009

 12              Deposition of BELLANCE "FAYE" GREEN, a

 13     witness herein, called for examination by counsel for

 14     Plaintiffs in the above-entitled matter, pursuant to

 15     notice, the witness being duly sworn by ANDREA P.

 16     HUSTON, a Notary Public in and for the District of

 17     Columbia, taken at the offices of Nelson Mullins

 18     Riley & Scarborough LLP, 101 Constitution Avenue,

 19     N.W., Washington, D.C., at 9:00 a.m., Friday, October

 20     16, 2009, and the proceedings being taken down by

 21     stenotype by ANDREA P. HUSTON, RPR, CRR, and

 22     transcribed under her direction.
```

Page 45

1  Q.  Yes. And it has nothing whatsoever to do
2  with the EHU within which the applicant was residing?
3  A.  No.
4  Q.  No information regarding the EHU is
5  recorded in this screen?
6  A.  No.
7  Q.  And page 95, was that just a continuation
8  again of what was 94, that screen shot, and it listed
9  additional items that were damaged?
10 A.  Yes.
11 Q.  At the damaged dwelling?
12 A.  Yes.
13 Q.  Page 96, what is this a screen shot of?
14 A.  This is just a summary of the inspection,
15 and it contains information related to which
16 contract -- which contract company conducted the
17 inspections and a summary of the information recorded
18 by the inspectors.
19 Q.  And, again, regarding the damaged
20 dwelling, correct?
21 A.  Yes.
22 Q.  Is there any place on this particular

Page 46

1  screen that there is any reference to, or information
2  recorded regarding, the emergency housing unit within
3  which the applicant resided?
4  A.  No.
5  Q.  Page 97, does that begin another situation
6  where it is basically the same screen but captures
7  additional information?
8  A.  Yes.
9  Q.  And page 98, what is this a screen shot
10 of?
11 A.  Page 98 is a screen shot of just any
12 previous assistance, if they received assistance
13 through the American Red Cross for lodging. It's
14 under the special tab. If they were linked with
15 someone elsewhere -- they registered and gave
16 duplicate information -- the registrations would be
17 linked as duplicates. So that would be included in
18 this tab if that were the case.
19 Q.  Now, if you look at this and kind of put
20 this in its own section from FEMA 161-84 through FEMA
21 161-98, and this is part of an IA file and these
22 represent in this particular file all of the screen

Page 47

1  shots from NEMIS, correct?
2  A.  Yes. I'm sorry, start again, please?
3  Q.  84 through 98?
4  A.  Yes.
5  Q.  Could you give me an estimate as to how
6  long it would take to generate these screen shots?
7  A.  It takes approximately ten minutes on
8  average depending on how much you have to scroll
9  over, scroll down and verify that you have captured
10 all of the information.
11       Then they have to be, you know, saved to a
12 Word document to produce the hard copy.
13 Q.  And what is the total of that? You said
14 that's ten minutes or just ten minutes to do the
15 screen shot?
16 A.  Ten minutes to do the screen shot and save
17 them to the Word file.
18 Q.  One question before we move on?
19      How many different screens are there in
20 NEMIS and can you give me a description or title of
21 each screen?
22 A.  Sure. There are 12 tabs. There is the

Page 48

1  overview tab, applicant info -- information; the real
2  property, personal property, inspection summary,
3  correspondence. The special tab.
4  Q.  Special tab?
5  A.  That would be the one that includes the
6  duplicate registrations.
7  Q.  Okay.
8  A.  Insurance, housing assistance tab, the
9  other needs assistance tab, then the inspection
10 summary and the comment -- comments and contacts tab.
11      And there is an info -- information
12 control tab that is used only for internal
13 processing, which is normally not included in the
14 file. It just shows how the -- just some mechanical
15 information that the caseworker has to use to
16 actually process with FEMA.
17 Q.  Out of all 12 tabs can you tell me which
18 tabs would relate or record information concerning
19 the emergency housing unit within which an applicant
20 had been residing?
21 A.  The overview might contain that status
22 for, that shows the unit dwelling or a mobile --

```
                                    Page 49                                             Page 51
 1   emergency unit. The HA tab might show that as well.    1      Q.   Now you said earlier that it would take
 2           And of course under the correspondence it      2   ten minutes on average to do all screen shots that
 3   also would contain that information within any         3   are saved to Word, assuming that would be of all 12
 4   correspondence received or sent to the applicant.      4   tabs in NEMIS, correct?
 5      Q.   What about the comments or contacts            5      A.   Right but the correspondence tab, which --
 6   section?                                               6   that's the one that takes actually the longest
 7      A.   And it would -- as well might contain          7   time -- is not included in that ten minutes, so --
 8   information.                                           8      Q.   The correspondence tab?
 9      Q.   So what I have is 4 out of the 12 tabs         9      A.   Correct.
10   might contain information?                           10      Q.   Why is that not included?
11      A.   Yes.                                         11      A.   Because all of that correspondence we went
12      Q.   About the EHU an applicant was residing      12   through earlier, the documents that the applicant
13   in. Okay?                                            13   sent in as well as the letters that we sent to the
14           Now at FEMA 161-99 is a document entitled    14   applicant actually represents the longest part of
15   "Comments Report." Is this the report that you       15   completing the file.
16   were -- that you mentioned earlier that can be       16           Because you have to verify all the
17   generated from NEMIS?                                17   documents belong to the applicant which -- just as a
18      A.   Yes.                                         18   double check, and the way we have to print them out
19      Q.   And again how long would it take, give me    19   tends to take longer. So on average that takes
20   an estimate, to generate this particular report?     20   probably the longest, around 30 minutes.
21      A.   Probably -- this report as well as two       21      Q.   So in addition to the ten minutes, an
22   other reports are generated using a different        22   additional 30 minutes on correspondence?

                                    Page 50                                             Page 52
 1   software program called Business Objects, and to      1      A.   Correct.
 2   complete all three of the reports takes approximately 2      Q.   Is there any way to cull through the
 3   on average ten minutes.                               3   correspondence -- strike that.
 4      Q.   Does this represent all three reports if     4           As correspondence goes through the system,
 5   you look at FEMA 161-99 through FEMA 161-104?         5   is it in any way categorized as to relating to
 6      A.   And it would also include 105 through        6   financial assistance, housing assistance, or
 7   107 -- or 109.                                       7   complaints concerning emergency housing, just to give
 8      Q.   Okay. So again, the first report, the        8   an example?
 9   comments report, and that goes from FEMA 161-99      9      A.   It's categorized. There would be -- there
10   through FEMA 161-102, correct?                      10   is a category that says mobile home travel trailer
11      A.   Yes.                                        11   documentation. So there is an item that relates to
12      Q.   And the next report is the contact report  12   that, but there wouldn't be one specifically if a
13   which would be FEMA 161-103 through FEMA 161-104; is 13   person were writing in to complain about it.
14   that correct?                                       14           You would have to actually go through all
15      A.   Yes.                                        15   of the correspondence to actually read it to see
16      Q.   And the third report, the inspection        16   exactly what the applicant was asking for.
17   damage report, would be FEMA 161-105 through        17      Q.   In NEMIS do you know which screen would
18   FEMA-161-109, correct?                              18   record the VIN of an emergency housing unit that has
19      A.   Yes.                                        19   been provided to an applicant?
20      Q.   And it takes approximately ten minutes to   20      A.   To my knowledge in NEMIS the VIN number
21   generate all three reports?                         21   wouldn't be recorded as a separate entry. It would
22      A.   Correct.                                    22   only be contained probably in a document that we
```

Page 61

1 the government 4,791 what we call Plaintiff Fact
2 Sheets, and attached to those Plaintiff Fact Sheets
3 is a Privacy Act waiver.
4     First, are you aware of that situation,
5 that we had turned over to the government 4,791
6 Plaintiff Fact Sheets with a Privacy Act waiver
7 attached to each one?
8     MR. WALDRON: Object to -- refers to facts
9 not in evidence. But go ahead.
10     THE WITNESS: I was aware that there was a
11 number for the requests but not that there was a fact
12 sheet and a waiver, just that there was a request for
13 4,761 files.
14 BY MR. WOODS:
15     Q. What is your understanding as to why a
16 Privacy Act waiver would be necessary for an
17 applicant or registrant to complete?
18     A. The Privacy Act waiver is important -- we
19 need it to ensure that we have the proper authority
20 to release the information.
21     Q. When and how did you become aware that
22 there had been a request made for over 4,700 IA

Page 62

1 files?
2     A. I don't specifically recall how I was
3 notified, probably by e-mail but I'm not sure.
4     Q. In your experience, what information would
5 be necessary to produce an IA file?
6     A. I'm not sure exactly what you mean.
7     Q. Okay. For a particular individual, we
8 just went through the IA file pertaining to Carrie
9 Smith. What information would be necessary in order
10 for that particular file to be produced?
11     A. Before we would produce the file?
12     Q. Yes.
13     A. We would -- we would need the Privacy Act
14 waiver. We would also need some information about
15 the file, how to identify the file.
16     Q. And that's what I'm asking, what
17 information would you need to identify the file?
18     A. Well, ideally we would need the
19 applicant's name, the disaster number, and the
20 registration number.
21     Q. And registration number, would that be the
22 FEMA ID number?

Page 63

1     A. Yes, that would be the FEMA ID number.
2     Q. Do you know if every individual that
3 applied for assistance was assigned a FEMA ID number?
4     A. Yes.
5     Q. Now, what I want is for you to give me a
6 total estimate of time that it would take to produce
7 from NEMIS, meaning -- produce, giving the screen
8 shot, any correspondence or documents, paper
9 documents that have been scanned, to produce the
10 overview tab, correspondence tab, the HA or housing
11 assistance tab, the comments/contacts tab, and then
12 to generate those three -- the one report, the
13 comments report?
14     A. Could you repeat that?
15     Q. I want a time estimate, the total time
16 estimate to produce the following from NEMIS: The
17 overview tab, correspondence tab, the housing
18 assistance tab, the comments/contacts tab, and to
19 also generate the comment/contact report?
20     A. Okay. Approximately 40 minutes to
21 generate the items that you indicated -- the
22 overview, the HA, comments, contacts, reports and

Page 64

1 correspondence.
2     Q. 40?
3     A. 40, yes.
4     Q. Now you said earlier that you have
5 approximately 350 employees that work in your
6 facility, correct?
7     A. Yes.
8     Q. And all of these individuals have
9 knowledge of operation of NEMIS?
10     A. They have knowledge of operation of NEMIS
11 within the scope of their specific job, but maybe not
12 all parts of NEMIS, no.
13     Q. How many of those 350 employees have --
14 would be able to handle the task of doing screen
15 shots of the four tabs that we talked about, the
16 overview, correspondence, housing assistance, and
17 comments/contacts tabs?
18     MR. WALDRON: Object on vagueness, but you
19 can answer.
20     THE WITNESS: You say how many of them
21 would --
22 BY MR. WOODS:

Page 65

1  Q.  Have the experience or expertise or
2  knowledge to create screen shots of those four tabs?
3  A.  In addition to the four people in the
4  section, there is approximately another five people
5  that have been actually trained and have occasionally
6  worked in that section.  So the vast majority of our
7  staff aren't familiar with how we compose the IA file
8  copy, but there's another five that have been
9  cross-training from time to time and have assisted in
10 the section.
11 Q.  There's not that much expertise or
12 knowledge that is necessary in doing a screen shot,
13 correct?
14     MR. WALDRON:  Objection, mischaracterizes,
15 argumentative.
16     THE WITNESS:  Well, I think you asked me
17 who has the experience or expertise, and so those are
18 the ones who have done it in the past.  And, it does
19 require attention to detail, and it would require
20 some training.  So, it's not something that we train
21 everyone to do, because we haven't had a need to.
22 BY MR. WOODS:

Page 66

1  Q.  Would the training just simply involve
2  telling someone this is the print screen button, when
3  you get to the overview tab, press this button?
4  A.  That would be part of it, but it's a
5  little bit more than that.  We want to teach them,
6  you need to capture all of the information.  When you
7  get to the correspondence, you still have to print it
8  out.  And we ask them to pay a great amount of
9  attention to the details to ensure that we have
10 captured the file and that it is accurate.
11     So I'm not saying it's something that's --
12 that requires a lot of training but it does require
13 training more than just push a button.
14 Q.  How much training would you think that
15 would require to produce an IA file, how much, in
16 time?
17 A.  Probably -- I would say a couple of hours,
18 and of course to get them access to the other
19 programs, I mean, so it's not -- we use another
20 software program to train folks on how to generate
21 the reports.  So -- approximately two to three hours.
22 Q.  And in that approximately two to three

Page 67

1  hours of training, they would also be trained on how
2  to generate a comments report and the contacts
3  report?
4  A.  Yes.
5  Q.  And once they received that two to three
6  hours of training, then it would take them
7  approximately 40 minutes to produce each IA file of
8  the tabs that we discussed, the four tabs, the
9  overview, HA, correspondence, comments, and then the
10 comments report and contacts report?
11 A.  Yes.
12 Q.  And so as you sit here today, you say --
13 well, in your -- in your declaration I believe you
14 said -- okay.
15     In paragraph 6 which is on page 3 you said
16 that currently I have five staff members who are
17 dedicated to fulfilling requests and performing
18 searches for information contained in NEMIS.  And you
19 say that it's possible that you can add -- that as we
20 sit here today that there are five additional people
21 who could also work on that task, correct?
22     MR. WALDRON:  Objection, mischaracterizes

Page 68

1  prior testimony.  But go ahead.
2      THE WITNESS:  I said there were five other
3  people who were trained to do this that were already
4  trained to do it, and who had done it in the past.
5  BY MR. WOODS:
6  Q.  Okay.  So that's a total of as we sit here
7  today, a total of maybe nine to ten people who have
8  the training necessary to produce an IA file?
9  A.  Yes.
10 Q.  But if need be you could spend
11 approximately two to three hours to train more
12 individuals out of the 350 employees that you oversee
13 in order to produce an IA file?
14     MR. WALDRON:  Object to vagueness.
15     THE WITNESS:  I stated it would take two
16 to three hours to train additional, but even of the
17 350 some of those are our -- that's the total in our
18 facility.  Some are in admin, they are in finance,
19 they are in supply and they have absolutely no
20 knowledge of NEMIS and don't even have access to
21 NEMIS.
22     So -- and then even the ones that are in

Bellance "Faye" Green                                         October 16, 2009
                              Washington, DC

Page 69

1  our applicant services section, they have other
2  duties and responsibilities. So I don't know that
3  like I say all 350 could be trained to do this
4  function, because we do have other functions and
5  responsibilities.
6       BY MR. WOODS:
7       Q. Understandable. Out of the applicant
8  services area, how many employees are there?
9       A. We have 280 that are in the applicant
10 services section, approximately.
11      Q. Would that be where you would get, if you
12 had to get additional employees to work on this
13 project, would they come from that pool of applicant
14 services employees or individuals or would they come
15 from another section?
16           MR. WALDRON: Objection. Calls for
17 speculation.
18           THE WITNESS: If we were, they would come
19 from applicant services section.
20      BY MR. WOODS:
21      Q. All right. And applicant services, again,
22 I know you have given me the answer before, but what

Page 70

1  are the main duties or responsibilities of the
2  applicant services for lack of a better term --
3  department?
4       A. The primary function is they staff our
5  call center which means they answer calls for
6  registration or help line and they actually do the
7  case processing.
8       Q. If an individual wanted to -- for example,
9  if I wanted to find out what my FEMA ID number is, I
10 had filed one during Hurricane Katrina but I can't
11 recall it and I made a call to the 1-800 number -- I
12 think it's 1-800-something, F-E-M-A, would that go
13 through the applicant services department, that
14 question?
15           MR. WALDRON: Object to vagueness. You
16 can answer.
17           THE WITNESS: Staff and applicant services
18 section would be the ones to answer that particular
19 phone call and provide that assistance.
20      BY MR. WOODS:
21      Q. And do you know at one point applicants
22 were able to call the 1-800 number to inquire about

Page 71

1  their FEMA ID number and then at some point that
2  ability was limited, mean that individuals who called
3  that number to inquire about their FEMA ID number and
4  then were told that such a request had to be made in
5  writing?
6            Do you have any information or are you
7  aware of that particular decision?
8            MR. WALDRON: Objection. Assumes facts
9  not in evidence.
10           THE WITNESS: I'm not aware of that.
11      BY MR. WOODS:
12      Q. So are you aware as you sit here today if
13 an individual called to inquire about their FEMA ID
14 number, is that information that they can still be
15 given over the telephone today?
16      A. It can be, but in order to give that
17 information out, our agents are required to -- the
18 applicant has to have some information to provide to
19 the agent so that we can verify that we are giving
20 that information out to the proper person.
21           So, you can't just call up and say my name
22 is John Smith, what's my ID number? So, there is a

Page 72

1  verification process to access the file and to give
2  that information out.
3       Q. What verification information would you
4  need in order for that information to be given out?
5       A. We would need either their Social, their
6  name, the damaged dwelling address, their current
7  mailing address, their damage telephone number, their
8  current telephone number. So we would have to go
9  through and be able to verify all of that to access
10 the file and then provide that information.
11      Q. All of this information would be required
12 before you would give someone that FEMA ID number?
13      A. Yes.
14      Q. Pretty funny. I never had to do that to
15 get my own FEMA ID number. I only had to give my
16 Social Security Number to get it.
17           MR. WALDRON: Objection. Assumes facts
18 not in evidence.
19      BY MR. WOODS:
20      Q. So is that a recent change to the rules?
21           MR. WALDRON: Same objection.
22           THE WITNESS: It hasn't been a recent