UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Joanas Green, et al. v. Keystone RV Company, et al.*, No. 09-6837 | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SHAW ENVIRONMENTAL, INC.'S**
**CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1447(b)**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") who respectfully submits the following certification in accordance with 28 U.S.C. § 1447(b):

(1) The following is a list of parties remaining in this action and their counsel of record:

    **1.**    **Plaintiffs:**    Joanas Green, Julia Green, Donald Collins, and Demi Collins.

    J. Rock Palermo, III (La. #21793)
*Veron, Bice, Palermo & Wilson, LLC.*
721 Kirby Street
P.O. Box 2125
Lake Charles, Louisiana 70602
Telephone: (337) 310-1600
Fax: (337) 310-1601

    **Attorney for Plaintiffs**

    **2.**    **Defendant**:    Shaw Environmental, Inc.

    M. David Kurtz (La. #23821)
Karen Kaler Whitfield (La. #19350)
Catherine N. Thigpen (La. #30001)
*Baker Donelson Bearman Caldwell*
*& Berkowitz, PC*
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Fax: (504) 636-4000

    **Attorneys for Defendant Shaw Environmental, Inc.**

    **3.**    **Defendant**:    Keystone RV Company

    James C. Percy (La. #10413)
Ryan E. Johnson (La. #26352)
*Jones, Walker, Waechter, Poitevent,*
*Carrère & Denègre, L.L.P.*
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 248-2130

    *and*

>Madeleine Fischer (La. #5575)
>Nan Roberts Eitel (La. #19910)
>*Jones, Walker, Waechter, Poitevent,*
>*Carrère & Denègre, L.L.P.*
>201 St. Charles Avenue, 49th floor
>New Orleans, LA 70170
>Telephone: (504) 582-8000
>Fax: (504) 589-8208

>**Attorneys for Defendant Keystone RV Company**

(2) Copies or electronic images of all records and proceedings occurring in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Civil Action 678-343 prior to removal, then known to Shaw, were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1) as follows, arranged by filing date:

1. Petition for Damages filed on or about September 25, 2009; and
2. Notice of Filing of Notice of Removal filed by Shaw Environmental, Inc. on October 15, 2009.

(3) Attorneys for Shaw certify that to the best of their knowledge, the above constitutes the entire state court record.

(4) No motions or exceptions were pending in this case in the 24th Judicial District Court for the Parish of Jefferson before removal.

3

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


     /s/ Catherine N. Thigpen
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

     /s/ Catherine N. Thigpen