ATTORNEY'S NAME: Lambert, Hugh 07933
AND ADDRESS: 701 Magazine St,
New Orleans LA 70130-3629

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2009 -- 05974 3 SECTION: 16 — D

CARTER, RUTH ET AL VERSUS GULF STREAM COACH, INC. ET AL

# CITATION

TO: GULF STREAM COACH, INC.

THROUGH: ITS REGISTERED AGENT FOR SERVICE: KENNETH C. BRINKLER
503 SOUTH OAKLAND

NAPANEE IN 46550

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES W/ORGINAL
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the service hereof under penalty of default

****************************************************************************
ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
****************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    October 6, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

---

## SHERIFF'S RETURN
(for use of process servers only)

### PERSONAL SERVICE

On this _____ day of _____
_____ served a copy of the w/i petition
SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES W/ORGINAL

On
GULF STREAM COACH, INC.

THROUGH: ITS REGISTERED AGENT FOR SERVICE:
KENNETH C. BRINKLER

_____ Returned same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $_____

_____/ ENTERED /_____
PAPER            RETURN
_____/_____/_____
SERIAL NO.   DEPUTY   PARISH

### DOMICILIARY SERVICE

On this _____ day of _____
_____ served a copy of the w/i petition
SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES W/ORGINAL

On
GULF STREAM COACH, INC.

THROUGH: ITS REGISTERED AGENT FOR SERVICE:
KENNETH C. BRINKLER

by leaving same at the dwelling house, or usual place of abode, in the hands of _____
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____
GULF STREAM COACH, INC.

being absent from the domicile at time of said service.
Returned same day
_____ No. _____
Deputy Sheriff of _____

UNITED STATES POSTAL SERVICE
SOUTH BEND IN 465

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE ST.
NEW ORLEANS, LA. 70130
(504) 581-1750

FEMA - Ruth Carter Supp of An. - JD3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Gulf Stream Coach, Inc.<br>through<br>Kenneth C. Brinker<br>503 South Oakland<br>Nappanee, IN 46550 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1830 0001 1683 5979 |
| PS Form 3811, February 2004  Domestic Return Receipt | OCT 19 REC'D  102595-02-M-1540 |