UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS          MDL NO. 07-1873
LIABILITY LITIGATION
                                SECTION "N" (5)
THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
Karen Barbour, et al v. Forest River, Inc., et al
Number 09-6633 "N" (5)
******************************************************************

**PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

**1.**

Plaintiffs amend Exhibit A of their Original Complaint and their First Supplemental and Amending Complaint, as follows:

(a) By substituting the names of Karen Barbour and Tommy Barbour, Sr. to read, "Karen Barbour, individually, and on behalf of her husband, Tommy Barbour, Sr., deceased";

(b) By substituting the names of Paul Nelson and Hilda Nelson to read, "Paul Nelson, individually, and on behalf of his mother, Hilda Nelson, deceased"

**3.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint and in their First Supplemental and Amending Complaint, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this Second Supplemental and Amending Complaint, and after the legal delays and due

1

proceedings had, there be judgment herein in favor of Plaintiffs and against the

Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and

losses, and for such other and further relief as this Honorable Court deems just and

proper.

        LAW OFFICES OF RONNIE G. PENTON
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE        :        (985) 732-5651
        TELECOPIER:        (985) 735-5579
        E-MAIL       :        rgp@rgplaw.com

        DENNIS SWEET (Ala. Code ASB-0956-76D)
        SWEET & ASSOCIATES
        158 EAST PASCAGOULA STREET
        JACKSON, MISSISSIPPI  39201
        PHONE        :        (601) 965-8700
        TELECOPIER:        (601) 965-8719
        E-MAIL       :        dennis.sweet@sweetandassociates.net

        OF COUNSEL:
        LAW OFFICES OF JOHN TYSON
        1111 DAUPHIN STREET
        MOBILE, ALABAMA  36604
        PHONE        :        (251) 432-5080
        TELECOPIER:        (251) 415-3122


        s/Ronnie G. Penton
    By:   Ronnie G. Penton
        Trial Counsel for Plaintiffs
        Louisiana Bar Roll Number 10462

**CERTIFICATE OF SERVICE**

      I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

      October 29, 2009.

                                    s/Ronnie G. Penton
                                    Ronnie G. Penton