AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Brittany Nicole Annis, et al.

*Plaintiff*

v.

American International Group, et al.

*Defendant*

Civil Action No. 09-6796
SECT. N MAG. 5

**RETURN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America, through the
Office of U.S. Attorney for the EDLA, through:
Jim Letten, U.S. Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sidney D. Torres, III, Esq. (LSB #12869)
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
(504) 271-8422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* **LORETTA G. WHYTE**

Date: OCT 1 4 2009

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USA through US Attorney for EDLA
was received by me on *(date)*                   .

☐ I personally served the summons on the individual at *(place)*                                    
on *(date)*                 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*                
                                    , a person of suitable age and discretion who resides there,
on *(date)*                 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is
designated by law to accept service of process on behalf of *(name of organization)*                  
on *(date)*                 ; or

☐ I returned the summons unexecuted because                                    ; or

☐ Other *(specify)*: See US mail, certified card

My fees are $          for travel and $          for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/29/09

Server's signature

Article Addressed to:

The United States of America, through the
Office of U.S. Attorney for the EDLA, through:
Jim Letten, U.S. Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

Name and title: Law Offices of
SIDNEY D. TORRES
A Professional Law Corp.
8301 W. Judge Perez Dr.
Chalmette, Louisiana

Article Number: 7009 0820 0000 5883 9276
Form 3811, February 2004