## Miller, Henry (CIV)

| | |
|---|---|
| **From:** | Aaron Ahlquist [aahlquist@damicolaw.net] |
| **Sent:** | Sunday, October 25, 2009 10:25 AM |
| **To:** | 'Amanda_Ballay@laed.uscourts.gov' |
| **Cc:** | gmeunier@gainsben.com; Justin Woods; Frank J. D'Amico; Dennis Reich; robbecnel@aol.com; 'Matthew B. Moreland'; 'Linda Nelson'; tbuzbee@txattorneys.com; mcwatts@wgclawfirm.com; 'Ben_Law@bellsouth.net'; andreww@duplass.com; Carmen Motes; Richard Hines; Saporito, Jerry; Brandi Spiers; Ernest Gieger; Miller, Henry (CIV); Dinnell, Adam (CIV); Greif, Michele (CIV); dkurtz@bakerdonelson.com; kwhitfield@bakerdonelson.com; Penot, Charlie |
| **Subject:** | Consolidated Filings in Dubuclet |

Amanda,

This email is in follow-up to our conversation of this past Friday, wherein we discussed the issue of consolidating *Aldridge (07-9228)* and *Airhart (09-5477* – wherein the claims specific to FEMA and the U.S. are asserted, and which was necessitated by the fact that a number of Aldridge plaintiffs asserted unripe FEMA claims in January 2009). When we filed Airhart on or about August 10, 2009, we were told by the Bridget Gregory in the Clerk's office that we could not consolidate the two actions because Aldridge had already been consolidated with the MDL, and due to limitations in the CMECF system, a case cannot be consolidated two times. Bridget did indicate that the two actions would be related however. I am following up with Bridget to determine if the two cases are already marked as related, but if not, I will follow-up with a Notice of Relation, so that there is no confusion on the issue. I hope this email helps to clarify the situation which is causing some consternation in the Dubuclet matter.

Please do not hesitate to contact me if you have any questions or if I can be of further assistance.

With kindest regards, I am

Sincerely,

**Aaron Z. Ahlquist**
**Class Action Attorney**
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-7272 ext.233
Fax: (504) 525-1073
Email: aahlquist@Damicolaw.net
Website: www.damicolaw.net

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4). If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-7272 or by electronic mail and delete the original message from your e-mail system. Thank you.

CONFIDENTIAL ATTORNEY WORKPRODUCT

