## Miller, Henry (CIV)

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Thursday, September 10, 2009 11:56 AM |
| **To:** | 'Ben_Law@bellsouth.net' |
| **Cc:** | Waldron, Jonathan (CIV); Bain, Adam (CIV); 'Williams-Jones, Janice'; Dinnell, Adam (CIV) |
| **Subject:** | In Re:  FEMA Trailer Litigation (ED LA) -- Timia Dubuclet |

Raul,

Per our discussion, I have reviewed the Government records relating to Timia Dubuclet to determine whether her FTCA claims are time-barred.  The records show that an administrative claims was received by FEMA from Mr. Frank D'Amico on or about October 27, 2008.   Further, review of Elisha Dubuclet's deposition taken for Class Certification purposes demonstrates that on or before June 2006, Ms. Dubuclet associated her alleged injuries to odors/chemicals that she believed came from the trailer.  Under the FTCA, Ms. Elisha Dubuclet's knowledge is imputed to her minor daughter Timia Dubuclet.

Accordingly, the United States agrees with PSC's assessment that Timia Dubuclet's FTCA claims are time-barred.

As you are aware Timia Dubclet's FTCA claims were dismissed by the Court in July without prejudice, because PSC had filed suit prematurely.  The Court instructed PSC that it must file a separate lawsuit against the United States and then move to join.  It is my understanding that PSC has not yet filed that separate lawsuit, and based upon our discussion, PSC may choose to forego filing of the lawsuit.  In any event, please let me know ASAP if given this information PSC intends to file suit and pursue Timia Dubuclet's FTCA claims.

Regards,

Henry Miller
US Dept. of Justice

**EXHIBIT**