**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Tuesday, September 29, 2009 11:57 AM |
| **To:** | 'Amanda_Ballay@laed.uscourts.gov' |
| **Cc:** | 'Gerald E. Meunier'; 'Justin I Woods'; 'dmartin@gainsben.com'; 'aweinstock@duplass.com'; 'jglass@duplass.com'; 'Carmen Motes'; 'dkurtz@bakerdonelson.com'; 'Whitfield, Karen'; Dinnell, Adam (CIV) |
| **Subject:** | In Re: FEMA Trailer Litigation (ED LA) |

Amanda,

I wanted to give the Court a brief status update regarding the United States' participation as a Defendant in the Fleetwood Bellwether Trial that is scheduled to commence on December 7, 2009. As the Court is aware, on July 24, 2009, the Court issued an Order and Reasons, denying Bellwether Plaintiff Timia Dubuclet's Motion to File a Third-Amended Complaint. The Court ruled that it lacked subject matter jurisdiction over Ms. Dubuclet's FTCA action because she filed suit against the United States prematurely before exhausting her administrative remedies. The Court dismissed Ms. Dubuclet's FTCA claims without prejudice and instructed Ms. Dubuclet to file an entirely new lawsuit against the United States, and to move to consolidate that new lawsuit with her action against Fleetwood and Fluor. *See* Order & Reasons (Doc. Rec. 2323).

To date, Ms. Dubuclet has not filed a new lawsuit suit against the United States. As a result of Ms. Dubuclet's failure to act in response to the Court's Order in July and my belief that the Court lacks subject matter jurisdiction over any FTCA action that Ms. Dubuclet may bring against the United States (FTCA statute of limitations, discretionary function, and no evidence of gross negligence or willful and wanton misconduct by FEMA), I do not believe it is appropriate for the Government to expend any further resources preparing for the December 7, 2009, Bellwether trial. Further, in the event that Ms. Dubuclet were to file suit against the United States some time between now and December 7, 2009, and move to consolidate that action with her action against Fleetwood and Fluor, the United States would oppose any such motion on ground that the request is untimely and is also futile given that the Court lacks subject matter jurisdiction over her claims .

I have had discussions with Plaintiffs' Lead Counsel on the Dubuclet action regarding whether the Court would lack subject matter jurisdiction over any FTCA claim filed by Ms. Dubuclet, and it is my understanding that they have some concern that the Court may lack jurisdiction over Ms. Dubuclet's FTCA claims and that this maybe one of the reasons they have not filed a new action against the United States.

Henry Miller
US Dept. of Justice



**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Tuesday, September 29, 2009 12:09 PM |
| **To:** | 'Bencomo, Raul'; 'Penot, Charlie'; 'Sherburne, Richard' |
| **Cc:** | Dinnell, Adam (CIV) |
| **Subject:** | FW: In Re: FEMA Trailer Litigation (ED LA) |

FYI -- I only cc'd Liaison Counsel, but it contains information that is relevant to Dubuclet Fleetwood Bellwether Trial.

---

**From:** Miller, Henry (CIV)
**Sent:** Tuesday, September 29, 2009 11:57 AM
**To:** Amanda_Ballay@laed.uscourts.gov
**Cc:** Gerald E. Meunier; Justin I Woods; dmartin@gainsben.com; aweinstock@duplass.com; jglass@duplass.com; 'Carmen Motes'; dkurtz@bakerdonelson.com; Whitfield, Karen; Dinnell, Adam (CIV)
**Subject:** In Re: FEMA Trailer Litigation (ED LA)

Amanda,

I wanted to give the Court a brief status update regarding the United States' participation as a Defendant in the Fleetwood Bellwether Trial that is scheduled to commence on December 7, 2009. As the Court is aware, on July 24, 2009, the Court issued an Order and Reasons, denying Bellwether Plaintiff Timia Dubuclet's Motion to File a Third-Amended Complaint. The Court ruled that it lacked subject matter jurisdiction over Ms. Dubuclet's FTCA action because she filed suit against the United States prematurely before exhausting her administrative remedies. The Court dismissed Ms. Dubuclet's FTCA claims without prejudice and instructed Ms. Dubuclet to file an entirely new lawsuit against the United States, and to move to consolidate that new lawsuit with her action against Fleetwood and Fluor. *See* Order & Reasons (Doc. Rec. 2323).

To date, Ms. Dubuclet has not filed a new lawsuit suit against the United States. As a result of Ms. Dubuclet's failure to act in response to the Court's Order in July and my belief that the Court lacks subject matter jurisdiction over any FTCA action that Ms. Dubuclet may bring against the United States (FTCA statute of limitations, discretionary function, and no evidence of gross negligence or willful and wanton misconduct by FEMA), I do not believe it is appropriate for the Government to expend any further resources preparing for the December 7, 2009, Bellwether trial. Further, in the event that Ms. Dubuclet were to file suit against the United States some time between now and December 7, 2009, and move to consolidate that action with her action against Fleetwood and Fluor, the United States would oppose any such motion on ground that the request is untimely and is also futile given that the Court lacks subject matter jurisdiction over her claims .

I have had discussions with Plaintiffs' Lead Counsel on the Dubuclet action regarding whether the Court would lack subject matter jurisdiction over any FTCA claim filed by Ms. Dubuclet, and it is my understanding that they have some concern that the Court may lack jurisdiction over Ms. Dubuclet's FTCA claims and that this maybe one of the reasons they have not filed a new action against the United States.

Henry Miller
US Dept. of Justice

**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Tuesday, September 29, 2009 1:59 PM |
| **To:** | Richard Hines; Taylor Daly; Saporito, Jerry; Amanda W. Vonderhaar |
| **Subject:** | FW: In Re: FEMA Trailer Litigation (ED LA) |

I had intended to forward to you the attached email that I sent to Court and Liaison Counsel this morning, but failed to do so. My apology.

Henry

---

**From:** Miller, Henry (CIV)
**Sent:** Tuesday, September 29, 2009 12:09 PM
**To:** 'Bencomo, Raul'; 'Penot, Charlie'; 'Sherburne, Richard'
**Cc:** Dinnell, Adam (CIV)
**Subject:** FW: In Re: FEMA Trailer Litigation (ED LA)

FYI -- I only cc'd Liaison Counsel, but it contains information that is relevant to Dubuclet Fleetwood Bellwether Trial.

---

**From:** Miller, Henry (CIV)
**Sent:** Tuesday, September 29, 2009 11:57 AM
**To:** Amanda_Ballay@laed.uscourts.gov
**Cc:** Gerald E. Meunier; Justin I Woods; dmartin@gainsben.com; aweinstock@duplass.com; jglass@duplass.com; 'Carmen Motes'; dkurtz@bakerdonelson.com; Whitfield, Karen; Dinnell, Adam (CIV)
**Subject:** In Re: FEMA Trailer Litigation (ED LA)

Amanda,

I wanted to give the Court a brief status update regarding the United States' participation as a Defendant in the Fleetwood Bellwether Trial that is scheduled to commence on December 7, 2009. As the Court is aware, on July 24, 2009, the Court issued an Order and Reasons, denying Bellwether Plaintiff Timia Dubuclet's Motion to File a Third-Amended Complaint. The Court ruled that it lacked subject matter jurisdiction over Ms. Dubuclet's FTCA action because she filed suit against the United States prematurely before exhausting her administrative remedies. The Court dismissed Ms. Dubuclet's FTCA claims without prejudice and instructed Ms. Dubuclet to file an entirely new lawsuit against the United States, and to move to consolidate that new lawsuit with her action against Fleetwood and Fluor. *See* Order & Reasons (Doc. Rec. 2323).

To date, Ms. Dubuclet has not filed a new lawsuit suit against the United States. As a result of Ms. Dubuclet's failure to act in response to the Court's Order in July and my belief that the Court lacks subject matter jurisdiction over any FTCA action that Ms. Dubuclet may bring against the United States (FTCA statute of limitations, discretionary function, and no evidence of gross negligence or willful and wanton misconduct by FEMA), I do not believe it is appropriate for the Government to expend any further resources preparing for the December 7, 2009, Bellwether trial. Further, in the event that Ms. Dubuclet were to file suit against the United States some time between now and December 7, 2009, and move

1

to consolidate that action with her action against Fleetwood and Fluor, the United States would oppose any such motion on ground that the request is untimely and is also futile given that the Court lacks subject matter jurisdiction over her claims .

I have had discussions with Plaintiffs' Lead Counsel on the Dubuclet action regarding whether the Court would lack subject matter jurisdiction over any FTCA claim filed by Ms. Dubuclet, and it is my understanding that they have some concern that the Court may lack jurisdiction over Ms. Dubuclet's FTCA claims and that this maybe one of the reasons they have not filed a new action against the United States.

Henry Miller
US Dept. of Justice