CERTIFIED COPY

UNITED STATES DISTRICT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            )
FORMALDEHYDE PRODUCTS LIABILITY )
LITIGATION                     )   MDL No. 07-1873
                               )

DEPOSITION OF CHARLES FREDERICK REICK, JR., a witness herein, noticed by Bencomo & Associates, at 3649 Mission Inn Avenue and 3403 10th Street, Riverside, California, at 9:29 a.m., on Tuesday, October 6, 2009, before Jana Ruiz, CSR 12837.

Hutchings Number 233419



EXHIBIT 4

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.   October 6, 2009   CHARLES REICK, JR.

```
 1   APPEARANCES OF COUNSEL:
 2
 3   For Plaintiffs:
 4   BENCOMO & ASSOCIATES
 5   BY RAUL R. BENCOMO
 6   639 Loyola Avenue, Suite 2110
 7   New Orleans, Louisiana 70113-3125
 8
 9   For FLUOR ENTERPRISES, INC.:
10   MIDDLEBERG RIDDLE & GIANNA
11   BY RICHARD A. SHERBURNE, JR.
12   450 Laurel Street, Suite 1101
13   Baton Rouge, Louisiana 70801
14
15   For Defendant FLEETWOOD ENTERPRISES, INC.:
16   NELSON MULLINS RILEY & SCARBOROUGH, LLP
17   BY TAYLOR TAPLEY DALY
18   201 17th Street Northwest, Suite 1700
19   Atlanta, Georgia 30363
20
21   For Defendant UNITED STATES OF AMERICA:
22   US DEPARTMENT OF JUSTICE, CIVIL DIVISION
23   BY HENRY T. MILLER
24   1331 Pennsylvania Avenue Northwest, Room 8006-S
25   Washington, DC 20004
                                                   Page 2
```

```
 1   For Defendant HEARTLAND RECREATIONAL VEHICLES, LLC:
 2   ALLEN & GOOCH
 3   BY BRENT M. MAGGIO (present telephonically)
 4   3900 North Causeway Boulevard, Suite 1450
 5   Metairie, Louisiana 70002
 6
 7   For Defendants RECREATION BY DESIGN, LLC; TL INDUSTRIES,
 8   INC.; FRONTIER RV, INC.; PLAY'MOR TRAILERS, INC.; and
 9   CRUISER RV, LLC:
10   GARRISON, YOUNT, FORTE & MULCAHY, LLC
11   BY RANDALL C. MULCAHY (present telephonically)
12   909 Poydras Street, Suite 1800
13   New Orleans, Louisiana 70112
14
15   For Defendants SHAW ENVIRONMENTAL, INC., and CH2M HILL
16   CONSTRUCTORS, INC.:
17   BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
18   BY WADE M. BASS (present telephonically)
19   3 Sanctuary Boulevard, Suite 201
20   Mandeville, Louisiana 70471
21
22        (Continued on following page.)
23
24
25
                                                   Page 3
```

```
 1   For Defendants KEYSTONE RV COMPANY; THOR CALIFORNIA;
 2   THOR INDUSTRIES; DUTCHMEN MANUFACTURING; DS CORP (DBA
 3   CROSSROADS RV); and KZ RV, LP:
 4   JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRES
 5   BY RYAN JOHNSON (present telephonically)
 6   8555 United Plaza Boulevard
 7   Baton Rouge, Louisiana 70809
 8
 9   For Defendants JAYCO, INC., and STARCRAFT RV, INC.:
10   WILLINGHAM, FULTZ & COUGILL, LLP
11   BY THOMAS L. COUGILL (present telephonically)
12   808 Travis, Suite 1608
13   Houston, Texas 77002
14
15   For Defendant CRUM & FORSTER:
16   LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
17   BY HEATHER CHEESBRO (present telephonically)
18   400 Poydras Street, Suite 2300
19   New Orleans, Louisiana 70130
20
21   For Defendant CMH MANUFACTURING, INC., et al.:
22   MAYNARD, COOPER & GALE, PC
23   BY JOSHUA BAKER (present telephonically)
24   1901 Sixth Avenue North
25   Birmingham, Alabama 35203
                                                   Page 4
```

```
 1   Also Present: BARBRA WESTMORE, Videographer
 2
 3             I N D E X
 4   WITNESS: CHARLES FREDERICK REICK, JR.
 5   EXAMINATION BY:              PAGE
 6   MR. BENCOMO                 10, 76
 7   MR. MILLER                  36, 94
 8   MS. DALY                    68, 92
 9
10
11            E X H I B I T S
12   Exhibit identification within the transcript is flagged
     with "[EXH]" as an identifier.
13
14   PLAINTIFF  DESCRIPTION         IDENTIFIED  MARKED
15   1     Sheet of paper from         32         99
             Mission Inn
16           [EXH-1]
17   2     E-mail dated                41         99
             9/15/2005
18           [EXH-2]
19   3     E-mails dated               51         99
             9/15/2005 and 9/22/2005
20           [EXH-3]
21   4     E-mails dated               53         99
             9/16/2005 and 9/15/2005
22           [EXH-4]
23   5     E-mail dated                54         99
             9/15/2005
24           [EXH-5]
25
                                                   Page 5
```

2 (Pages 2 to 5)

HUTCHINGS COURT REPORTERS, LLC - GLOBAL LEGAL SERVICES
800.697.3210

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.   October 6, 2009   CHARLES REICK, JR.

| | | |
|---|---|---|
| 10:10 | 1  MR. SHERBURNE: I have no questions for this | 1  -EXAMINATION- |
|  | 2  witness. | 2 |
|  | 3  MR. MILLER: Mr. Reick, my name is Henry Miller. | 3  BY MR. MILLER: |
|  | 4  THE VIDEOGRAPHER: Wait, you need to switch. | 4  Q. Mr. Reick, my name is Henry Miller. I |
| 10:10 | 5  MR. BENCOMO: But also, just for the record, as I | 5  represent the defendant United States of America, and I |
|  | 6  appreciate it, these are not questions that are specific | 6  have various questions to ask you. |
|  | 7  to Dubuclet, since you indicated you are not in this | 7  First of all, can you please identify yourself to |
|  | 8  case, you don't have a dog in this fight. | 8  the jury. State your full name and spell your last |
|  | 9  And the reason I'm asking that is because I don't | 9  name. |
| 10:10 | 10  want any of the questions or answers to be used by | 10  A. My name is Charles Frederick Reick, Jr., |
|  | 11  anyone else in connection with this litigation in the | 11  Charles, C-H-A-R-L-E-S, Reick, R-E-I-C-K. |
|  | 12  Dubuclet specific matter. | 12  Q. Mr. Reick, were you employed by |
|  | 13  MR. MILLER: The United States has not been made a | 13  Fleetwood Enterprises between 2005 and 2006? |
|  | 14  defendant in the Dubuclet case. We were initially sued. | 14  A. Yes, I was. |
| 10:10 | 15  The judge dismissed that claim for lack of jurisdiction | 15  Q. What was your position at that time? |
|  | 16  because the plaintiffs filed suit prematurely. | 16  A. Director of materials for either the R.V. group |
|  | 17  The plaintiffs were encouraged to refile suit and | 17  and then the director of materials for the towable or |
|  | 18  join the United States in this action. They have not | 18  travel trailer group, as it was called. |
|  | 19  done this to date. | 19  Q. What were your duties and responsibilities as |
| 10:13 | 20  The United States may be a defendant in a Dubuclet | 20  the director of materials of the R.V. group? |
|  | 21  case in the future. We are a defendant in other | 21  A. I was responsible to oversee the operations of |
|  | 22  Fleetwood cases. The judge's order requires us to | 22  the plants, material cost, obsolescence, conformance to |
|  | 23  preserve the testimony so Mr. Reick will not be deposed | 23  supplier agreements, training, implementing new computer |
|  | 24  multiple occasions, and that's the purpose of this. | 24  system that was on the horizon, JD Edwards; responsible |
| 10:13 | 25  Whether or not the judge would allow other parties | 25  for any warranty claims that were caused by supplier |
|  | Page 34 | Page 36 |
| 10:14 | 1  to use my questions and Mr. Reick's answers at the | 1  responsibilities; basically ensuring that material was |
|  | 2  Dubuclet trial is not up to me to decide, and I | 2  there to meet the demands of production. |
|  | 3  understand your objection and it's noted. | 3  Q. When your position changed to director of |
|  | 4  MR. BENCOMO: And we would also move to strike the | 4  materials of the towable group, did your duties and |
| 10:14 | 5  questions and the answers to the extent that anyone | 5  responsibilities change? |
|  | 6  seeks to use those in connection with the Dubuclet | 6  A. Yes. |
|  | 7  specific matter and the United States is not a party at | 7  I was no longer responsible for the motor home |
|  | 8  the table at the time. | 8  plants, just the travel trailer, slash, towable plants, |
|  | 9  MR. MILLER: Understood. | 9  and I assumed the responsibility for the negotiations of |
| 10:14 | 10  And that's the case for a lot of cases that a lot | 10  materials for the travel trailer group. |
|  | 11  of parties have participated in and they've asked | 11  Q. Let me step back. |
|  | 12  questions of witnesses, but we can move on. | 12  When you were the director of materials of the R.V. |
|  | 13  MS. DALY: But for Fleetwood, we take the position | 13  group, did that include towables? |
|  | 14  that Henry's questions, the government's questions, are | 14  A. Yes. |
| 10:15 | 15  fine and they can be used. | 15  Q. So that included travel trailers? |
|  | 16  And would you do me one favor, because I don't want | 16  A. Towable and travel trailers are synonymous. We |
|  | 17  him looking off for the jury. Can you guys switch so he | 17  changed the names a couple times as -- call them |
|  | 18  can actually look at the camera angle? | 18  towables, call them travel trailers. |
|  | 19  THE VIDEOGRAPHER: Sure. | 19  Q. In your position as the director of materials |
| 10:15 | 20  It's better for the camera angle. | 20  of the R.V. group and the director of materials of the |
|  | 21  MS. DALY: Otherwise, he looks funky. | 21  towable group in the 2005, 2006 period, are you familiar |
|  | 22  THE WITNESS: Thank you. | 22  with the fact that Fleetwood units were -- travel |
|  | 23  MS. DALY: Thank you. | 23  trailers were manufactured, including Park Model units, |
|  | 24  MR. MILLER: We'll start over. | 24  were manufactured and eventually obtained by FEMA for |
| 10:15 | 25  (Continued on following page.) | 25  purposes of responding to Hurricane Rita and |
|  | Page 35 | Page 37 |

10 (Pages 34 to 37)