## Miller, Henry (CIV)

| | |
|---|---|
| **From:** | RSherburne@midrid.com |
| **Sent:** | Wednesday, October 14, 2009 11:25 AM |
| **To:** | Dinnell, Adam (CIV); Miller, Henry (CIV) |
| **Subject:** | Fw: FEMA Trailer Litigation |
| **Attachments:** | (5395) Plts Mot for Leave to File First Supp & Amend Complaint.pdf; (5395-2) Memo in Support.pdf; (5395-3) Proposed Pleading.pdf; (5395-4) Notice of Hearing.pdf; (5395-5) Order.pdf |

Adam/Henry

Please note that plaintiffs have filed an amended complaint as to the claims of Timia Dubuclet as attached. The original complaint in the Airhart matter names only the USA as a defendant, neither Fluor Enterprises nor Fleetwood are named parties.

RAS
Richard A. Sherburne Jr.

Middleberg, Riddle & Gianna

450 Laurel St., Suite 1101

Baton Rouge, La. 70801


Ph: 225-381-7700

Fax: 225-381-7730


***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL

CONFIDENTIALITY NOTICE:  This electronic message (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client and/or attorney work product and/or other legal privileges.  This information is intended only for the use of any intended addressee.  If you are not the intended addressee, your receipt of this message and/or any accompanying documents was inadvertent and accidental.  You are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify the sender by reply e-mail and delete this message.  Thank you.

**EXHIBIT 5**