AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Evamarie S. Hall, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Gulf Stream Coach, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. **09-6799**

**SECT. N MAG. 5**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The United States of America, through
the United States Attorney General:
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sidney D. Torres, III, Esq. (LSB #12869)
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA  70043
(504) 271-8422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*     **LORETTA G. WHYTE**

Date: _____ **OCT 1 4 2009**

_____
*Signature of Clerk or Deputy Clerk*

440 (Rev. 02/09) Summons in a Civil Action (Page 2)

ivil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USA through US Attorney General

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: see US mail, certified card

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/30/09

Server's signature

d name and title     Law Offices of
**SIDNEY D. TORRES, III**
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

ER: COMPLETE THIS SECTION

plete items 1, 2, and 3. Also complete
4 if Restricted Delivery is desired.
your name and address on the reverse
at we can return the card to you.
ch this card to the back of the mailpiece,
the front if space permits.

e Addressed to:

e United States of America, through
United States Attorney General:
n. Eric H. Holder, Jr.
S. Department of Justice
) Pennsylvania Avenue, NW
ashington, DC 20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X          ☐ Agent
           ☐ Addressee

B. Received by *( Printed Name )*     C. Date of Delivery

rver's address

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

OCT 2 1 2009

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes