AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

Evamarie S. Hall, et al.

*Plaintiff*

v.

Gulf Stream Coach, Inc., et al.

*Defendant*

Civil Action No. **09-6799**

**SECT. N MAG. 5**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Emergency Management Agency
Through the Office of the Director
Administrator of FEMA
500 C Street S.W.
Washington, D.C. 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sidney D. Torres, III, Esq. (LSB #12869)
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
(504) 271-8422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* **LORETTA G. WHYTE**

Date: **OCT 1 4 2009**

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **USA through FEMA**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **See US Mail, certified card**

My fees are $ ___ for travel and $ ___ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/30/09**

_____
*Server's signature*

[Certified mail return receipt card shown]

COMPLETE THIS SECTION / Items 1, 2, and 3. Also complete / Restricted Delivery is desired. / ur name and address on the reverse / ve can return the card to you. / his card to the back of the mailpiece, / e front if space permits.

ddressed to:

al Emergency Management Agency
gh the Office of the Director
strator of FEMA
Street S.W.
gton, D.C. 20472

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X  **CRDS RECEIVING**  ☐ Agent  ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery  OCT 27 2009
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

umber: 7009 0820 0000 5893 3356

*Printed name and title*

Law Offices of
**SIDNEY D. TORRES, III**
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
*Server's address*   Chalmette, Louisiana 70043