UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMBERLY TAYLOR** | NO: 09-5976 |
| **VERSUS** | SECTION "N(5)" |
| **KEYSTONE RV COMPANY,** **FLUOR ENTERPRISES, INC.,** **SHAW ENVIRONMENTAL, INC., and** United States of America through the Federal Emergency Management Agency | JUDGE: ENGELHARDT MAG. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

Named plaintiff through undersigned counsel respectfully supplement and amend her original Complaint in the following respects:

1.

By substituting Keystone RV Company in place of Keystone Coach, Inc., in the caption of the original complaint.

2.

By substituting Keystone RV Company in place of Keystone Coach, Inc., in the cover sheet.

3.

As no answer has been filed in the above captioned matter, the Named Plaintiff is entitled to amend her Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully supplements the original Complaint in the foregoing respects, and she otherwise reiterates and re-avers all of the allegations, claims and prayers for

relief contained therein.

          Respectfully submitted:

          FEMA TRAILER FORMALDEHYDE
          PRODUCT LIABILITY LITIGATION

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**

        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:  504/522-2304
        Facsimile:   504/528-9973
        gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471