UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE                MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

                                                 SECTION N(5)

                                                 JUDGE ENGELHARDT

                                                 MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al, No.: 09-03943
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc., No.: 09-03944

..................................................................

## <u>NOTICE OF HEARING</u>

Please take notice that Bechtel National, Inc.'s Motion to Certify the Court's October 1,

2009 Order for Interlocutory Review is set for hearing before The Honorable Kurt D. Engelhardt,

Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, Room C-

351, New Orleans, Louisiana, on the 18th day of November, 2009 at 9:30 a.m.

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 30th day of October, 2009.

/s/      John J. Hainkel, III
JOHN J. HAINKEL, III