UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc., et al.* | * | |
| Case No. 07-9228 | * | JUDGE: ENGELHARDT |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION FOR THE LIMITED
## EXTENSION OF CERTAIN DEADLINES

COME NOW Movants Fleetwood Enterprises, Inc. and Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet and hereby requests an Order extending certain specific case deadlines. Defendant Fluor Enterprises, Inc. has no opposition to this motion.

Plaintiffs and Defendants have, in good faith, labored to meet the Court's presently scheduled discovery cut-off date of November 6.  Notwithstanding the good faith efforts of the parties to complete all discovery within the discovery period, there continue to be a limited number of depositions that cannot be accomplished by the presently scheduled discovery cut-off date. Dispositive motions of the parties are keyed either to deposition testimony that has not yet been taken or to the filing of *Daubert* motions due on November 9.

The parties move the Court to issue an Order that reads as follows:

(1)  Dispositive motions whether or not linked to the filing of *Daubert* motions shall be filed contemporaneously with the *Daubert* motions as presently scheduled on or before November 9, 2009 except that;

(2) Dispositive motions that are linked to the completion of discovery shall be filed within five (5) days (weekends excluded) of the completion of the discovery of the witness necessary for that motion, but in no event shall those motions be filed later than November 16, 2009;

(3) The parties shall continue in good faith to complete all discovery by the presently scheduled discovery cut-off date of November 6, 2009, but to the extent that there are a limited number of depositions to be completed after that date, those depositions shall be completed no later than November 13, 2009.

It is understood that notwithstanding the extension of certain deadlines, the parties in good faith shall file all motions as soon as practicable in order to alleviate the burden this revised schedule places on this Court and its staff.

For the reasons stated herein, movants pray that this their consent motion be granted.

This 30th day of October, 2009.

Respectfully submitted:

*/s/ Raul R. Bencomo*
Raul R. Bencomo
LA Bar No. 2932
BENCOMO & ASSOCIATES
639 Loyola Avenue
Suite 2110
New Orleans, LA  70119
(504) 529-2929 (phone)
(504) 529-2018 (fax)
Ben_Law@bellsouth.net
Counsel for Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet

*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700

Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)
jsaporito@leakeandersson.com
Counsel for Defendant Fleetwood Enterprises, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

|  |  |  |  |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | ( ) | E-Mail |

This 30th day of October, 2009.

*/s/ Richard K. Hines, V*
Richard K. Hines, V
Georgia Bar No. 356300

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)