UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | MDL NO. 1873 |
|     FORMALDEHYDE * | |
|     PRODUCTS LIABILITY * | |
|     LITIGATION * | SECTION: N(5) |
| * | |
| This Document Relates to: * | |
| *Dubuclet v. Fleetwood Enterprises, Inc., et al.* * | |
| Case No. 07-9228 * | JUDGE: ENGELHARDT |
| * | |
| * | |
| * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT ORDER FOR THE LIMITED
EXTENSION OF CERTAIN DEADLINES**

It appearing to the Court that Plaintiffs and Defendants have, in good faith, labored to meet the Court's presently scheduled discovery cut-off date of November 6, [Rec. Doc. 2717], but it further appearing to the Court that notwithstanding the good faith efforts of the parties to complete all discovery within the discovery deadline of November 6, 2009 that there continue to be a limited number of depositions that cannot be accomplished by the presently scheduled discovery deadline and it finally appearing that Fleetwood and Plaintiffs have consented thereto, and Defendant Fluor does not oppose the motion, now, therefore, premises considered, it is hereby **ORDERED** as follows:

(1) Dispositive motions whether or not linked to the filing of *Daubert* motions shall be filed contemporaneously with the *Daubert* motions as presently scheduled, on or before November 9, 2009 except that;

(2) Dispositive motions that are linked to the completion of discovery shall be filed within five (5) days (weekends excluded) of the completion of the discovery of the witness

necessary for that motion, but in no event shall those motions be filed later than November 16, 2009;

(3)     The parties shall continue in good faith to complete all discovery by the presently scheduled discovery cut-off date of November 6, 2009, but to the extent that there are a limited number of depositions to be completed after that date, those depositions shall be completed no later than November 13, 2009.

It is understood that notwithstanding the extension of certain deadlines, the parties in good faith shall file all motions as soon as practicable in order to alleviate the burden this revised schedule places on this Court and its staff.

Signed in New Orleans, Louisiana, this _____ day of _____, 2009.

_____
The Honorable Kurt D. Engelhardt
Judge,
United States District Court,
Eastern District of Louisiana