UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION:  N** |
| | * | |
| **This document relates to:** | * | |
| *Linda S. Barcelona et al.* | * | |
| *v.* | * | |
| *R-Vision, Inc. et al.* | * | |
| *No. 09-3949* | * | |
| | * | |
| *Gwendolyn White et al.* | * | |
| *v.* | * | |
| *R-Vision, Inc. et al.* | * | |
| *No. 09-4734* | * | |
| | * | |
| *Mady Bolton et al.* | * | |
| *v.* | * | |
| *R-Vision, Inc. et al.* | * | |
| *No. 09-4803* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**LIBERTY MUTUAL INSURANCE CORPORATION'S
LIST OF DEFENSES AND MOTIONS TO BE PRESERVED**

Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), defendant Liberty Mutual Insurance Corporation, incorrectly named as "Liberty Insurance Corporation" ("Liberty Mutual"), as an alleged insurer of R-Vision, Inc., submits this

- 1 -

following list of defenses and motions to be preserved in the underlying action captioned *Linda S. Barcelona et al. v. R-Vision, Inc. et al.,* No. 09-3949, *Gwendolyn White et al. v. R-Vision, Inc. et al.*, No. 09-4734, and *Mady Bolton et al. v. R-Vision, Inc. et al.*, No. 09-4803, United States District Court for the Eastern District of Louisiana.[1]

Liberty Mutual incorporates herein by reference, as if set forth herein in extenso, all defenses to the claims which have been asserted in Liberty Mutual's List of Defenses and Motions to Be Preserved (Rec. Doc. 3488), as amended by Liberty Mutual's Unopposed Motion to Amend Pleadings (Rec. Doc. 4692), filed in the underlying action captioned *Antoine Prince, Sr. et al. v. Liberty Insurance Corp. a/k/a Liberty Mutual Group, Inc. et al.*, No. 09-3922, United States District Court for the Eastern District of Louisiana.

          Respectfully Submitted,

          _s/Anne E. Briard_____
          **Kristopher T. Wilson, La. Bar No. 23978**
          **Ralph S. Hubbard III, La. Bar No. 7040**
          **Kristopher M. Redmann, La. Bar #18397**
          **Anne E. Briard, La. Bar No. 29102**
          601 Poydras Street, Suite 2775
          New Orleans, LA 70130
          Telephone:  (504) 568-1990
          Facsimile:  (504) 310-9195
          e-mail:  kwilson@lawla.com
                  rhubbard@lawla.com
                  kredmann@lawla.com
                  abriard@lawla.com
          **Attorneys for Liberty Mutual Insurance Corporation**

---

[1] Liberty Mutual is mindful of Pretrial Order No. No. 44, which was intended to "streamline" the pleadings filed in this MDL. Liberty Mutual files this additional list of defenses and motions to be preserved out of an abundance of caution to incorporate by reference its defenses and motions in response to filed in the underlying action captioned *Antoine Prince, Sr. et al. v. Liberty Insurance Corp. a/k/a Liberty Mutual Group, Inc. et al.*, No. 09-3922, United States District Court for the Eastern District of Louisiana. Liberty Mutual reserves the right to amend its preservation list to raise additional defenses and motions in the present action and in any other underlying actions in which Liberty Mutual has been named or may be named as a defendant.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on <u>30 October 2009</u> a copy of the foregoing LIBERTY MUTUAL INSURANCE CORPORATION'S LIST OF DEFENSES AND MOTIONS TO BE PRESERVED was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: No manual participants.

    _s/Anne E. Briard_____
    **Anne E. Briard, La. Bar No. 29102**