UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA STEWART, ET AL** | * | **NO: 09-6712** |
| **VERSUS** | * | **SECTION: N(5)** |
| **ALLIANCE HOMES, INC.,** | * | **JUDGE: ENGELHARDT** |
| **D/B/A ADRIAN HOMES, ET AL** | * | **MAG. CHASEZ** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for Philips Products, Inc., as well as the substance of a previously filed and uncontested Motion for Summary Judgment filed by this Defendant in a related matter, (see Document Numbers 779 and 893) that this Defendant has never manufactured, brokered, sold or supplied EHU's, but rather sold only certain component parts for use in recreational vehicles, none of which incorporated any formaldehyde-containing materials, hereby give notice of Named Plaintiffs' voluntary dismissal of all claims asserted within the Eastern District of Louisiana against Philips Products, Inc., in the above entitled suit, previously filed in these proceedings.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
     GERALD E. MEUNIER, #9471
     **PLAINTIFFS' CO-LIAISON COUNSEL**

Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471