IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION: N(5) |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ENGELHARDT |
| *Brenda Marie Price v. Insureco Agency and Ins. Services and Fluor Enterprises, Inc.* | * * | MAGISTRATE CHASEZ |
| Civil Action No. 09-6209 | * * | JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint For Damages on behalf of Plaintiff:

**IT IS SO ORDERED** that the Plaintiff be GRANTED leave to file her First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the 29th day of October, 2009 in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE

1