IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION: N(5) |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ENGELHARDT |
| *Brenda Marie Price v. Insureco Agency and Ins. Services and Fluor Enterprises, Inc.* | * * | MAGISTRATE CHASEZ |
| Civil Action No. 09-6209 | * * | JURY DEMAND |

**********************************************************************************

**PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, comes Plaintiff, Brenda Marie Price, in the above referenced matter, who through undersigned counsel, respectfully reiterates and re-avers all of the allegations, claims and prayers for relief contained in her original Complaint for Damages filed on her behalf in the United States District Court for the Western District of Louisiana on July 31, 2009 (Civ. Action No. 09-1301) and transferred to this Court by the United States Judicial Panel on Multidistrict Litigation on September 9, 2009 (MDL 1873, Doc. 3176 and Civ. Action No. 09-6209) with the following exceptions:

**1.**

The language in paragraph three of the Original Complaint for Damages is changed to read as follows,

"Upon information and belief, Defendant Insurco, Ltd., (hereinafter, "Insurco"), is, upon information and belief, an entity incorporated in a foreign state, with its principle place of business in a foreign state. Further, Defendant Insurco had in full

force and effect a policy of liability insurance affording coverage to Patriot Homes, Inc., (hereinafter, "Patriot"), with respect to the matters, risks and things for which this Defendant is liable herein, thereby affording Plaintiff the right to proceed against this Defendant insurer under the provisions of the Louisiana Direct Action Statute, LSA-R.S. 22:655.

**2.**

Whenever the acronym "Insureco" is found in the Original Complaint for Damages such acronym means Insurco, Ltd.

**3.**

Additionally, Plaintiffs request that the caption of this case be amended to correctly identify the Defendant as Insurco, Ltd.

Respectfully submitted,

　　_/s/ Hugh P. Lambert_

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**PLEASE SERVE:**

1.   Insurco, Ltd.
     First Floor Chesterfield House
     7-13 Victoria Street
     Douglas IM1 2LR
     Isle of Man