MINUTE ENTRY
ENGELHARDT, J.
October 30, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

    A status conference was conducted on Friday, October 30, 2009, at 9:30 a.m. Participating were Gerald E. Meunier, Raul R. Bencomo and Jerry L. Saporito (in person), and Richard K. Hines, V (via telephone).

Court Reporter: Pinkey Ferdinand

JS10(0:60)