UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

      A conference was held in chambers on October 30, 2009.   In addition to the undersigned, and the undersigned's law clerk, Jerry Meunier, Raul Bencomo, and Jerry Saporito were present. Richard Hines participated by telephone.

      New Orleans, Louisiana, this 30th day of October, 2009.

                                                                      **KURT D. ENGELHARDT**
                                                                    **UNITED STATES DISTRICT JUDGE**