# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN JORDAN, JR. ) <br> Plaintiff ) <br> v. ) <br> TIMBERLAND RV COMPANY D/B/A ADVENTURE ) <br> MANUFACTURING, ET AL. ) <br> Defendant ) <br> ) | Civil Action No. 2:09-cv-4915 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    Fluor Enterprises, Inc.
    Through its registered agent for service:
    Corporation Service Company
    320 Somerulos St.
    Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Lawrence J. Centola, Jr.
    600 Carondelet St. Ste. 602
    New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

_____
Name of clerk of court

_____
Deputy clerk's signature

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

09-4915

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Fluor Enterprises, Inc.,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Corporation Service Company, 320 Somerulos St., Baton Rouge, LA 70802-6129; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

Date: 10/28/09

Server's signature

John Crawford - Legal Assistant
Printed name and title

3041 Dumaine Street, New Orleans, LA 70119
Server's address