AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
__EASTERN__ District of __LOUISIANA__

RETURN

STACEY LOVELL, ET AL
Plaintiff
v.
AMERICAN INTERNATIONAL SPECIALTY LINES,
LEXINGTON INSURANCE CO., INSURANCE CO. OF THE
STATE OF PA AND FLUOR ENTERPRISES, INC.
Defendant

Civil Action No.    09-4763 "N"(5)

## Summons in a Civil Action

To:  Insurance Company of the State of Pennsylvania
Through its Registered Agent for Service of Process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Aug 11 2009

_B. Gregory_
Name of clerk of court

Date: _____    _____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Insurance Company of</u>, by: <u>the State of Pennsylvania</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* <u>Certified Mail dated October 27, 2009, Art.# 7007 1490 0000 5218 4107 Received on October 28, 2009 by Tara Pascale, Registered Agent for Service of Process</u>.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __11-2-09__

Server's signature

Jonathan B. Andry, Attorney for Plaintiffs
Printed name and title

610 Baronne Street, New Orleans, LA 70113
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  Tara Pascale<br>C. Date of Delivery  10-28-09 |
| 1. Article Addressed to:<br><br>Insurance Company of the State of Pennsylvania<br>Through its Registered Agent for Service of Process:<br>Louisiana Secretary of State<br>8585 Archives Ave.<br>Baton Rouge, LA 70809 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 5218 4107 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540