◈ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

EASTERN    District of    LOUISIANA

| | |
|---|---|
| ANGELIQUE JETT | ) |
| Plaintiff | ) |
| v. | )   Civil Action No.    09-4767 "N"(5) |
| SENTRY INSURANCE, CRUM & FORSTER SPECIALTY | ) |
| INSURANCE COMPANY AND FLUOR ENTERPRISES, INC. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:  Crum & Forster Specialty Insurance Company
Through its Registered Agent for Service of Process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

**Aug 11 2009**

Name of clerk of court

Date: _____          _____
                                                    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

☐ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Crum & Forster Specialty by: Insurance Company, by :

    (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* Certified Mail dated October 27, 2009, Art.# 7007 1490 0000 5218 4114. Received on October 28, 2009 by Tara Pascale, Registered Agent for Service of Process .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

Date:  11-2-09

_____
Server's signature

Jonathan B. Andry, Attorney for Plaintiffs
Printed name and title

610 Baronne Street, New Orleans, LA 70113
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Crum & Forster Specialty Insurance Co.
Through its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Tara Pascale                   10-28-09

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)

7007 1490 0000 5218 4114

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540