UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Fluor Enterprises, Inc, Defendant, in the above-numbered and entitled cause, which for purposes of this Motion to Enroll Tanya Henkels Fields, as Additional Counsel of Record respectfully represents that:

**1.**

Pursuant to "Pretrial Order #1" "Moreover, attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.6E and 83.2.7 are waived." *See* Case 2:07-md-01873-KDE-ALC, Document 5 at paragraph 11.

**2.**

Fluor Enterprises, Inc. (Fluor) is and remains represented in this matter by the law firm of Middleberg, Riddle & Gianna.

**4.**

Fluor suggests that Tanya Henkels Fields is admitted to practice in good standing in the United States District Court for the Northern District of Texas and seeks to have Tanya Henkels Fields added as counsel of record in this matter.

**5.**

Fluor respectfully avers that the enrollment of Tanya Henkels Fields, will not delay this matter.

WHEREFORE, Fluor Enterprises, Inc. prays that its Motion to Enroll Additional Counsel of Record be granted, including Tanya Henkels Fields, as counsel of record, in addition to Dominic J. Gianna, Richard A. Sherburne, Sarah A. Lowman, Sonia Mallett and Charlie R. Penot, Jr., as counsel of record, and that she be included in all notices and services on behalf of Fluor Enterprises, Inc.

    Respectfully submitted,

    MIDDLEBERG, RIDDLE & GIANNA

    *s/Richard A. Sherburne Jr.*
    Charles R. Penot, Jr. (La. Bar No. 1530 &
    Tx. Bar No. 24062455)  **T.A.**
    Tanya Henkels Fields (Tx. Bar. 24012820)
    717 North Harwood, Suite 2400
    Dallas, Texas 75201
    Telephone: (214) 220-6334
    Facsimile:  (214) 220-6807

    *-and-*

>Dominic J. Gianna, La. Bar No. 6063
>Sarah A. Lowman, La. Bar No. 18311
>201 St. Charles Avenue, Suite 3100
>New Orleans, Louisiana 70170
>Telephone: (504) 525-7200
>Facsimile: (504) 581-5983
>
>*-and-*
>
>Richard A. Sherburne, Jr., La. Bar No. 2106
>Sonia Mallett, La. Bar No. 20511
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>Telephone: (225) 381-7700
>Facsimile: (225) 381-7730
>
>**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

>*s/Richard A. Sherburne Jr.*