UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

**********************************************************************

## ORDER

Considering the Ex Parte Motion to Enroll Additional Counsel of Record filed by Fluor Enterprises, Inc.;

IT IS ORDERED that the Ex Parte Motion to Enroll Additional Counsel of Record filed by Flour Enterprises, Inc. be and the same is hereby granted, including Tanya Henkels Fields, as additional counsel of record, in addition to Dominic J. Gianna, Richard A. Sherburne, Sarah A. Lowman, Sonia Mallett and Charlie R. Penot, Jr., also with the law firm of Middleberg, Riddle & Gianna and that she be included in all notices and services on behalf of Fluor Enterprises, Inc.

_____
Kurt D. Englehardt
Judge, U. S. District Court