AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONIA JOSEPH , ET AL. <br> Plaintiff <br> v. <br> ALLIANCE HOMES INC , ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. 6:09-CV-01006-RTH-MEM <br> ) <br> ) |

**Summons in a Civil Action**

To: **Giles Family Holdings (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Lawrence Joseph Centola
Hurricane Legal Center
600 Carondelet St Ste 602
New Orleans, LA 70130**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-09-22 16:00:12.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09-CV-01006-RTH-MEM
**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on **Giles Family Holdings (Defendant)**,

by: _____

(1) personally delivering a copy of each to the individual at this place, _____
_____ or;

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* __Certified Mail__
_____.

My fees are $ _0.00_ for travel and $ _0.00_ for services, for a total of $ _0.00_.

Date: _09/28/09_

Server's signature

JOHN CRAWFORD - Legal Assistant
Printed name and title

304 Dumaine St. New Orleans LA
Server's address     70119

September 21, 2009

**<u>CERTIFIED MAIL: 7009 2250 0001 3450 3115</u>**

Alan C. Neely
405 S. Broad St.
New Tazewell, TN 37825-7243

      Re:    *Sonia Joseph, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
               WDLA, Case No: 09-1006

Dear Sir/Madam

Please accept service on behalf of Giles Family Holdings.

                                            Very truly yours,

                                            Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Giles Family Holdings
Through its Agent for Service of Process
**Alan Neely**
405 South Broad St.
New Tazewell, TN 37825

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Pat Daniels   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Pat Daniels
C. Date of Delivery: 9/28/09

D. Is delivery address different from Item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 3450 3115

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE
NEW TAZEWELL TN 37825

| | |
|---|---|
| Postage | $2.92 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $8.02 |

0046   05   Postmark Here   09/25/2009

Giles Family Holdings
Through Its Agent for Service of Process
Alan Neely
405 South Broad St.
New Tazewell, TN 37825

PS Form 3800, August 2006    See Reverse for Instructions