**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Loretta G. Whyte**                                                500 Poydras St., Room C-151
**Clerk**                                                           New Orleans, LA 70130
                              October 23, 2009

Mr. Charles R. Fulbruge, III, Clerk                       APPEAL NO. <u>09-30821</u>
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

IN RE:  <u>FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY     MD 07-1873 N</u>
        <u>c/w 07-5709, 08-5031, 08-4629, 08-4630, 08-3602</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

____    1) Certified copy of the notice of appeal and docket entries.

____    2) Certified copy of notice of a cross-appeal and docket entries.

____    3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

____    4) This case is proceeding <u>in forma pauperis</u>

____    5) Order Appointing Counsel     ___ CJA-20     ___ FPD

____    6) District Judge entering the final judgment is _____

____    7) Court Reporter assigned to the case _____

____    8) If criminal case, number and names of other defendants on appeal ____

____    9) This case was decided without a hearing; there will be no transcript.

____    10) Spears hearing held.

In connection with this record, the following documents are transmitted.

  <u>x</u>    1) **Certified** Electronic record on appeal consisting of:

         ___ Volume(s) of record     ___ Volume(s) transcript

         ___ Volume(s) of depositions

         ___ Container(s) of exhibits ___ Box ___ Envelope ___ Folder

  ____   2) Supplemental record, including _____

  ____   3) SEALED Doc._____

  ____   4) Other:_____

                                         Very truly yours,

                                         By___<u>Alicia Phelps</u>_____
                                              Deputy Clerk