AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| <u>SONIA JOSEPH , ET AL.</u><br>Plaintiff<br>v.<br><u>ALLIANCE HOMES INC , ET AL.</u><br>Defendant | )<br>)<br>) Civil Action No. 6:09-CV-01006-RTH-MEM<br>)<br>) |

**Summons in a Civil Action**

To: **Giles Industries Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Lawrence Joseph Centola
Hurricane Legal Center
600 Carondelet St Ste 602
New Orleans, LA 70130**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-06-24 16:24:14.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09–CV–01006–RTH–MEM
**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on **Giles Industries Inc (Defendant)**,

by: _____

    (1) personally delivering a copy of each to the individual at this place, _____ _____ or;

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

→   (5) other *(specify)* __Certified Mail_____

My fees are $ _0.00_ for travel and $ _0.00_ for services, for a total of $ _0.00_.

Date: _09/28/09_

Server's signature

JOHN CRAWFORD – Legal Assistant
Printed name and title

3041 Dumaine St. New Orleans
Server's address  LA 70119

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Chuck a Fry*  ☐ Agent  ☐ Addressee<br>X  SEP 28 2009<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Giles Industries, Inc.<br>Through its Agent for Service of Process<br>CT Corporation System<br>800 Gay St. Suite 2021<br>Knoxville, TN 37825 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 3230 0001 4497 1588 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7008 3230 0001 4497 1588

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $8.19 |

Postmark Here

Giles Industries, Inc.
Through its Agent for Service of Process
CT Corporation System
800 Gay St. Suite 2021
Knoxville, TN 37825

PS Form 3800, August 2006          See Reverse for Instructions

September 21, 2009

**CERTIFIED MAIL: 7008 3230 0001 4497 1588**

CT Corporation System
800 Gay St. Suite 2021
Knoxville, TN 37825

      Re:    *Sonia Joseph, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
               WDLA, Case No: 09-1006

Dear Sir/Madam

Please accept service on behalf of Giles Industries, Inc.

                                    Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jdc
See Enclosures

