AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

LEANNA GRIFFIN, ET AL.  )
Plaintiff )
v. ) Civil Action No. 6:09-CV-01019-RFD-CMH
ALLIANCE HOMES INC, ET AL. )
Defendant )

### Summons in a Civil Action

To: **Vanguard Industries of Michigan Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Lawrence Joseph Centola**
**Hurricane Legal Center**
**600 Carondelet St Ste 602**
**New Orleans, LA 70130**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

**ISSUED ON 2009-09-14 17:03:29.0**, Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09-CV-01019-RFD-CMH
**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on
**Vanguard Industries of Michigan Inc (Defendant)**,

by: _____

    (1) personally delivering a copy of each to the individual at this place, _____
_____ or;

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* __Certified Mail_____
_____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __09/21/09__

Server's signature

JOHN CRAWFORD - Legal Assistant
Printed name and title

3811 Domaine St. New Orleans LA
Server's address  70119

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vanguard Industries of Michigan, Inc. a/k/a Palomino RV
Through its Agent for Service of Process
Scott A. Day
31450 M-86
West Colon, MI 49040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name ) David Brackett
C. Date of Deliver 9/21/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 1680 0001 8687 8407

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7009 1680 0001 8687 8407

Vanguard Industries of Michigan, Inc. a/k/a Palomino RV
Through its Agent for Service of Process
Scott A. Day
31450 M-86
West Colon, MI 49040

PS Form 3800, August 2006   See Reverse for Instructions

September 17, 2009

**CERTIFIED MAIL: 7009 1680 0001 8687 8407**

Scott A. Day
31450 M-86 West
Colon, MI 49040

      Re:   *Leanna Griffin, et al. v Alliance Homes Inc, et al.*
             WDLA, Case No: 09-1019

Dear Sir/Madam

Please accept service on behalf of Vanguard Industries of Michigan Inc.

                                     Very truly yours,

                                     Lawrence J. Centola Jr.

LC: jld
See Enclosures