MINUTE ENTRY
ENGELHARDT, J.
November 2, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

     A telephone status conference was conducted on Monday, November 2, 2009, at 9:45 a.m. Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Philip Watson, Richard K. Hines, V, Linda J. Nelson and Chris Pinedo.

JS10(00:15)