UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case No. 07-9228

## ORDER

A telephone conference was held in this matter on November 2, 2009. In addition to the undersigned, and the undersigned's law clerk, Andy Weinstock, Justin Woods, Joe Glass, Philip Watson, Richard Hines, Linda Nelson, and Chris Pinedo participated. During the conference, the Court **ORDERED** as follows:

Pursuant to Paragraph 13 of the Stipulated Protective Order (Rec. Doc. 714), Plaintiffs shall immediately return the document in question and all copies of it to defense counsel.

**IT IS FURTHER ORDERED** that **on or before Monday, November 9, 2009**, Plaintiffs shall file a motion relative to the document in question and the deposition questions relating to this document. Plaintiffs shall notice this motion for hearing before the Magistrate Judge to be heard on an expedited basis.

New Orleans, Louisiana, this 2nd day of November, 2009.

                                                      **KURT D. ENGELHARDT**
                                                     **UNITED STATES DISTRICT JUDGE**