UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case no. 07-9228

## ORDER

       **IT IS ORDERED** that the **Consent Motion for the Limited Extension of Certain Deadlines (Rec. Doc. 6083)** is **GRANTED**. Thus,

       (1) Dispositive motions whether or not linked to the filing of *Daubert* motions shall be filed contemporaneously with the *Daubert* motions as presently scheduled, **on or before November 9, 2009** except that;

       (2) Dispositive motions that are linked to the completion of discovery shall be filed within five (5) days (weekends excluded) of the completion of the discovery of the witness.

       However, **IT IS FURTHER ORDERED** that **on or before Monday, November 2, 2009**, movants MUST let opposing counsel know of the substance of these motions and what issues are being raised therein. Oppositions will be due on an abbreviated schedule (likely three days after the filing of the motion) on the assumption that, based upon this Order, a previous disclosure of the

motion's substance has been made such that the opposition can be prepared on a timely basis.

New Orleans, Louisiana, this 2nd day of November, 2009.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**