UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                                               SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRE-TRIAL ORDER No. 47

The Court has received the nominations for the committee that shall be tasked with developing rules and procedures for future summary trials in this MDL. Accordingly, the Court **ORDERS** the following appointments to this ad hoc committee:

- Tom Cougill
- Ryan Johnson
- Lamont Domingue
- Tom Thagard
- Michelle Boyle
- Janice Williams-Jones
- Mikal Watts
- Jerry Meunier
- Dave Kurtz
- Charlie Penot

**IT IS FURTHER ORDERED** that a telephone status conference will be held on **Friday, November 6, 2009, at 1:00 p.m.** with the members of this committee. Jerry Meunier

shall initiate the conference call by either (1) getting all participating counsel on the telephone and then calling the Court, or (2) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

**IT IS FINALLY ORDERED** that the committee shall confer as needed and submit to the Court a report that is agreed on by all members of the committee **on or before Friday, January 22, 2010**, wherein the rules and procedures of future summary jury trials in this MDL are set forth.

New Orleans, Louisiana, this 2nd day of November, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**