AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEANNA GRIFFIN, ET AL.<br>Plaintiff<br>v.<br>ALLIANCE HOMES INC, ET AL.<br>Defendant | )<br>)<br>) Civil Action No. 6:09-CV-01019-RFD-CMH<br>)<br>)<br>) |

### Summons in a Civil Action

To: **Cross Roads R V Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Lawrence Joseph Centola
> Hurricane Legal Center
> 600 Carondelet St Ste 602
> New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-09-14 17:03:29.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09-CV-01019-RFD-CMH

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Cross Roads R V Inc (Defendant)**,

by: _____

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ or;

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (☒) other (specify) _Certified Mail_

My fees are $ _0_ for travel and $ _0_ for services, for a total of $ _0_.

Date: _9/21/09_

_____
Server's signature

_Travis Baker  Legal Assistant_
Printed name and title

600 Carondelet St #602
New Orleans, LA 70130
Server's address

September 17, 2009

**<u>CERTIFIED MAIL: 7009 1680 0001 8687 9329</u>**

c/o Denette Boswell
P.O. Box 40
Topeka, IN 46571

      Re:   *Leanna Griffin, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
             WDLA, Case No: 09-01019

Dear Sir/Madam

Please accept service on behalf of DS Corp. d/b/a CrossRoads RV, Inc.

                          Very truly yours,

                          Lawrence J. Centola Jr.

LC:jdc
See Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *C. Stager*  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name) *C. Stager*  C. Date of Delivery *9-31-09* |
| 1. Article Addressed to:<br><br>DS Corp d/b/a CrossRoads RV<br>Through its Agent for Service of Process<br>c/o Denette Boswell<br>P.O. Box 40<br>Topeka, IN 46571 | D. Is delivery address different from item 1? ☐ Yes   ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 8687 9329 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7009 1680 0001 8687 9329

DS Corp d/b/a CrossRoads RV
Through its Agent for Service of Process
c/o Denette Boswell
P.O. Box 40
Topeka, IN 46571

PS Form 3800, August 2006    See Reverse for Instructions