AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

RETURN

| | |
|---|---|
| BETTY A. BRIGNAC, together with all individuals and entities whose names appear on the attached "Exhibit A" | |
| Plaintiff | |
| v. | Civil Action No. 09-3736 SECT.N MAG5 |
| HY-LINE ENTERPRISES, INC., SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., CH2M HILL CONSTRUCTORS, INC. and UNITED STATES OF AMERICA, through the Federal Emergency Management Agency | |
| Defendant | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   **CH2M Hill Constructors, Inc.,**
   **Through its Agent for Service of Process:**
   **C T Corporation System**
   **5615 Corporate Blvd., Suite 400B**
   **Baton Rouge, LA 70808**

A lawsuit has been filed against you.

        Within  20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
        **Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
        **8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        **LORETTA G. WHYTE**
                                        Name of clerk of court

Date:   **JUN 4 – 2009**

                                        _____
                                        Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

declare under penalty of perjury that I served the summons and complaint in this case on CH2M Hill Constructors thru agent for service of process

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) See US mail, certified card

_____

_____ .

y fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

ate: 10/30/09 _____

_____
Server's signature

_____
Printed name and title <sub>Law Offices of</sub>
SIDNEY D. TORRES, III
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

_____
Server's address

ER: COMPLETE THIS SECTION

plete items 1, 2, and 3. Also complete
4 if Restricted Delivery is desired.
your name and address on the reverse
at we can return the card to you.
ch this card to the back of the mailpiece,
the front if space permits.

Addressed to:

M Hill Constructors, Inc.,
ugh its Agent for Service of Process:
Corporation System
Corporate Blvd., Suite 400B
n Rouge, LA 70808

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  CT Corporation System        ☐ Agent
                                ☐ Addressee
B. Received by (Printed Name)   5615 Corporate Blvd.   C. Date of Delivery
                                Suite 400B            JUN 1 1
                                Baton Rouge, LA 70808
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

lumber