**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|    PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *KeShuna Jones, et al. v. American International* | * | MAGISTRATE CHASEZ |
| *Specialty Lines Ins. Co., et al.* | * | |
| *Civil Action No. 09-4126* | * | JURY DEMAND |

**************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Original and First Supplemental and Amending Complaints for Damages to add an additional plaintiff, based upon information now in the possession of counsel that was unknown at the time the underlying suit and First Supplemental and Amending Complaint were filed.  (Civ. Action No. 09-4126 and MDL 1873, Doc. 2236).

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *KeShuna Jones, et al. v. American International Specialty Lines Ins. Co., et al.*, (No. 09-4126), filed in the Eastern District of Louisiana for the above mentioned reasons.

1

Respectfully submitted,

*/s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all

counsel of record through electronic notification pursuant to the electronic filing in the

United States District Court for the Eastern District of Louisiana this 2nd day of November,

2009.

*/s/ Hugh P. Lambert*
Hugh P. Lambert, Esq. (#7933)