**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *KeShuna Jones, et al. v. American International* | * | **MAGISTRATE CHASEZ** |
| *Specialty Lines Ins. Co., et al.* | * | |
| *Civil Action No. 09-4126* | * | **JURY DEMAND** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Original and First Supplementing and Amending Complaints for Damages in the underlying action (Civ. Action No. 09-4126 and MDL 1873, Doc 2236). Plaintiffs request the supplement and amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their Original and First Supplemental and Amending Complaints for Damages to add an additional Plaintiff, Raymond Williams, Jr., who, upon information and belief, resided in a FEMA-supplied emergency housing unit manufactured by Fleetwood Enterprises, Inc. whose risks are covered under the same insurance polices and installed by Defendant Fluor Enterprises, Inc..

Plaintiffs assert that pursuant to this Honorable Court's Pret Trial Order No. 38

1

(Doc. 1596) it is necessary, appropriate and just to supplement and amend their underlying complaints to add an additional Plaintiff to their existing complaint for damages against the same manufacturer's insurers (AIG, AISLIC, Starr and Gibraltar) and contractor (Fluor) defendants.

        Respectfully submitted,

         /s/ Hugh P. Lambert
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of November, 2009.

        /s/ Hugh P. Lambert
        Hugh P. Lambert, Esq. (#7933)