IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *KeShuna Jones, et al. v. American International Specialty Lines Ins. Co., et al.* Civil Action No. 09-4126 | * * * * | MAGISTRATE CHASEZ JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, come Plaintiffs in the above referenced matter, who through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their original Complaint for Damages filed on their behalf with this Court on June 16, 2009 (Civ. Action No. 09-4126) and their First Supplemental and Amending Complaint for Damages filed on their behalf with this Court on July 21, 2009 (MDL 1873, Doc. 2236).

**1.**

This Second Supplemental and Amending Complaint for Damages adds Raymond Williams, Jr., as an additional Named Plaintiff, (hereinafter referred to as "Newly Added Plaintiff"), in the above captioned matter.

**2.**

Upon information and belief, the Newly Added Plaintiff resided in an emergency housing unit manufactured by Fleetwood Enterprises, Inc., whose risks are covered under the same insurance polices issued by Defendants American International Specialty Lines

1

Insurance Company, American International Group, Inc., Gibraltar Insurance Company, Ltd., and Starr Excess Liability Insurance Company, Ltd. Furthermore, Newly Added Plaintiff's emergency housing unit was installed by Defendant Fluor Enterprises, Inc. in the greater New Orleans area. Pursuant to this Honorable Court's Pretrial Order No. 38, (Doc. 1596), this Second Supplemental and Amending Complaint seeks to add the unrelated Newly Added Plaintiff to a single complaint for damages against the same manufacturer (Fleetwood Enterprises, Inc. through its insurers) and contractor (Fluor Enterprises, Inc.) defendants.

**3.**

Newly Added Plaintiff adopts all of the allegations, claims and prayers for relief contained in the original Complaint for Damages filed with this Court on June 16, 2009 (Civ. Action No. 09-4126) and the First Supplemental and Amending Complaint for Damages filed with this Court on July 21, 2009 (MDL 1873, Doc. 2236).

Respectfully submitted,

　　 */s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of November, 2009.

                                                  */s/ Hugh P. Lambert*
                                                Hugh P. Lambert, Esq. (#7933)