## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | **MDL NO. 1873** |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *KeShuna Jones, et al. v. American International* | * | **MAGISTRATE CHASEZ** |
| *Specialty Lines Ins. Co., et al.* | * | |
| *Civil Action No. 09-4126* | * | **JURY DEMAND** |

**************************************************************************

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to file Second Supplemental and Amending Complaint for Damages in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 18th Day of November, 2009, at 9:30 AM.

                Respectfully submitted,

                   /s/ Hugh P. Lambert
                 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                 LINDA J. NELSON, ESQ. (LA Bar #9938)
                 LAMBERT & NELSON, PLC
                 701 Magazine Street
                 New Orleans, LA 70130
                 Telephone: (504)581-1750
                 Facsimile: (504)529-2931
                 hlambert@lambertandnelson.com
                 lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of November, 2009.

                                                         /s/ *Hugh P. Lambert*
                                                        Hugh P. Lambert, Esq. (#7933)