IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *KeShuna Jones, et al. v. American International* | * | MAGISTRATE CHASEZ |
| *Specialty Lines Ins. Co., et al.* | * | |
| *Civil Action No. 09-4126* | * | JURY DEMAND |

**************************************************************************

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants have been contacted. Counsel for American International Group, Inc., Starr Excess Liability Company, Ltd., and American International Specialty Lines Ins. Co, does not object to the filing of Plaintiffs' Second Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

Counsel for Gibraltar Ins. Co. Ltd and Fluor Enterprises, Inc. have been contacted but unable to respond to date.

1

Respectfully submitted,

   /s/ Hugh P. Lambert

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of November, 2009.

   /s/ Hugh P. Lambert
Hugh P. Lambert, Esq. (#7933)