IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO.  1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| This document relates to: *Lyndon T. Wright v.* | * | |
| *Forest River, Inc., et al,* Docket No. 09-2977 | * | MAGISTRATE CHASEZ |

**DESIGNATION OF EXPERT WITNESSES**
**ON BEHALF OF DEFENDANT FOREST RIVER, INC.**

NOW, through undersigned counsel, comes Defendant Forest River, Inc. ("Forest River"),

which pursuant to this Honorable Court's Trial Scheduling Order dated August 17, 2009 (Rec Doc.

2716) and Federal Rule of Civil Procedure Rule 26(a)(2)(B), hereby submits this Designation of

Expert Witnesses.

Forest River hereby presently designates the following expert witnesses:

1.   G. Graham Allan, Ph.D.
   Name:               G. Graham Allan, Ph.D.
                        University of Washington, Dept. of Chemical Engineering
   Address:            P. O. Box 352100
                        Seattle, WA 98195-2100
   Phone:              (206) 543-1491
   Area of Testimony:  See report being served simultaneously
   C.V.:               Being served simultaneously
   Compensation Rate:  Being served simultaneously
   List of Testimonies: Being served simultaneously
   Expert Report:      See report being served simultaneously
   Depo Dates:         December 8, 9, 10

2.      Philip Cole, M.D.

| | |
|---|---|
| Name: | Philip Cole, M.D. |
| Address: | 509 Carnoustie Drive, Box 30 |
| | Shoal Creek, AL 35242 |
| Phone: | (205) 408-9355 |
| Area of Testimony: | See report being served simultaneously |
| C.V.: | Being served simultaneously |
| Compensation Rate: | Being served simultaneously |
| List of Testimonies: | Being served simultaneously |
| Expert Report: | See report being served simultaneously |
| Depo Dates: | November 30; December 7, 11 |

3.      Nathan T. Dorris, Ph.D.

| | |
|---|---|
| Name: | Nathan T. Dorris, Ph.D. |
| | Dorris and Associates, Inc. |
| Address: | 75 Fifth Street, N.W., Suite 650 |
| | Atlanta, GA 30308 |
| Phone: | (770) 487-2138 |
| Area of Testimony: | See report being served simultaneously |
| C.V.: | Being served simultaneously |
| Compensation Rate: | Being served simultaneously |
| List of Testimonies: | Being served simultaneously |
| Expert Report: | See report being served simultaneously |
| Depo Dates: | January 4, 5 , 6 |

4.      William L. Dyson, Ph.D., CIH

| | |
|---|---|
| Name: | William L. Dyson, Ph.D. |
| | Workplace Environments, LLC |
| Address: | P. O. Box 160 |
| | 2100 Dimmocks Mill Road |
| | Hillsborough, NC 27278 |
| Phone: | (919) 732-2043 |
| Area of Testimony: | See report being served simultaneously |
| C.V.: | Being served simultaneously |
| Compensation Rate: | Being served simultaneously |
| List of Testimonies: | Being served simultaneously |
| Expert Report: | See report being served simultaneously |
| Depo Dates: | November 30; December 3, 14 |

5.      Thomas Fribley

| | |
|---|---|
| Name: | Thomas Fribley |
| | Fribley Technical Services |
| Address: | 58194 Andrew Drive |
| | Goshen, IN 46528 |
| Phone: | (574) 533-5508 |

|   |   |
|---|---|
| Area of Testimony: | See report being served simultaneously |
| C.V.: | Being served simultaneously |
| Compensation Rate: | Being served simultaneously |
| List of Testimonies: | Being served simultaneously |
| Expert Report: | See report being served simultaneously |
| Depo Dates: | December 14, 15, 16 |

6.    Liberty Building Forensics Group
       Norman Nelson & Don Snell

|   |   |
|---|---|
| Name: | Liberty Building Forensics Group<br>Norman Nelson & Don Snell |
| Address: | 530 Commonwealth Avenue<br>Polk City, FL 33868-9601 |
| Phone: | (863) 984-5510 |
| Area of Testimony: | See report being served simultaneously |
| C.V.: | Being served simultaneously |
| Compensation Rate: | Being served simultaneously |
| List of Testimonies: | Being served simultaneously |
| Expert Report: | See report being served simultaneously |
| Depo Dates: | Nelson: to be provided; Snell: December 14, 15, 16 |

7.    Kenneth B. Smith, M.D.

|   |   |
|---|---|
| Name: | Kenneth B. Smith, M.D.<br>East Jefferson General Hospital |
| Address: | 4200 Houma Blvd.<br>Metairie, LA 70006 |
| Phone: | (504) 454-5205 |
| Area of Testimony: | See report being served simultaneously |
| C.V.: | Being served simultaneously |
| Compensation Rate: | Being served simultaneously |
| List of Testimonies: | To be provided |
| Expert Report: | See report being served simultaneously |
| Depo Dates: | November 20; December 4, 11 |

8.    Dr. John W. Thompson

|   |   |
|---|---|
| Name: | Dr. John W. Thompson, Jr.<br>Department of Psychiatry |
| Address: | 1440 Canal Street, Room 1073<br>New Orleans, LA 70112 |
| Phone: | (504) 988-2201 |
| Area of Testimony: | See report being served simultaneously |
| C.V.: | To be provided |
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | Per  agreement  with  plaintiff's  counsel,  expert report to |

provided by November 17, 2009

Depo Dates:        To be provided

9.     Tony Watson

| | |
|---|---|
| Name: | Tony Watson, MSHP, CIH, CSP |
| | Workplace Hygiene, Inc. |
| Address: | 445 Dolley Madison Road, Suite C |
| | Greensboro, NC 27410 |
| Phone: | (888) 974-0001 |
| Area of Testimony: | See report being served simultaneously |
| C.V.: | Being served simultaneously |
| Compensation Rate: | Being served simultaneously |
| List of Testimonies: | Being served simultaneously |
| Expert Report: | See report being served simultaneously |
| Depo Dates: | November 30; December 3, 14 |

10.    H. James Wedner, M.D.

| | |
|---|---|
| Name: | H. James Wedner, M.D. |
| | Washington University |
| Address: | 660 South Euclid, Campus Bos 8812 |
| | St. Louis, MO 63110 |
| Phone: | (314) 454-7937 |
| Area of Testimony: | See report being served simultaneously |
| C.V.: | Being served simultaneously |
| Compensation Rate: | Being served simultaneously |
| List of Testimonies: | Being served simultaneously |
| Expert Report: | See report being served simultaneously |
| Depo Dates: | December 14, 21; January 11, 25 |

Forest River reserves the right to offer any expert witness listed as an expert in this matter by any other party.

This 2nd day of November, 2009.

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (6154)
JASON D. BONE (28315)
CARSON W. STRICKLAND (31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon:

Frank J. D'Amico, Jr., Esquire
Aaron Z. Ahlquist, Esquire
622 Baronne Street, 2nd Floor
New Orleans, Louisiana  70113
*Attorneys for LYNDON T. WRIGHT*

M. David Kurtz, Esquire
Karen K. Whitfield, Esquire
Catherine N. Thigpen, Esquire
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*Attorneys for SHAW ENVIRONMENTAL, INC.*

Henry T. Miller, Esquire
Senior Trial Attorney
U.S. Department fo Justice
Civil Division
1331 Pennsylvania Ave., NW, Room 8220-N
Washington, D.C.  20004
*Attorney for UNITED STATES OF AMERICA*

Gerald E. Meunier, Esquire
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
*Plaintiffs' Liaison Counsel*

Andrew D. Weinstock, Esquire
Duplass, Zwain, Bourgeois, Pfister &
  Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
*Defendants' Liaison Counsel*

via email this 2nd day of November, 2009.

/s/ Jason D. Bone