UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-05573: *Clark,
et al. v. Stewart Park Homes, Inc., et al.*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

      1.  Danny Gene Tisdale

No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 2nd day of November, 2009.

By:    /s/ James M. Priest, Jr.
          James M. Priest, Jr.,
          Attorney for Plaintiffs

Of Counsel:

W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net


### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.


/s/ James M. Priest, Jr.
James M. Priest, Jr.