AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN District of LOUISIANA

JEREMY CHIMENTO, ET AL
Plaintiff
v.
ALLIANCE HOMES, INC., D/B/A ADRIAN HOMES
AND FLUOR ENTERPRISES, INC.
Defendant

Civil Action No. 09-4771 "N"(5)

## Summons in a Civil Action

To: Alliance Homes, Inc. d/b/a Adrian Homes
Through its Agent for Service of Process
G. Hiller Spann, CEO
P. O. Box 266
Adrian, Georgia 31002

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Aug 11 2009

Date: _____                    _____
                                          Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  Alliance Homes, Inc. ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify)  Certified mail dated October 27, 2009, Art # 7007 1490 0000 5218 4121 Received by Hiller Spann on October 30, 2009.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: November 3, 2009

Server's signature

Jonathan B. Andry, Attorney for Plaintiffs
Printed name and title

610 Baronne St., New Orleans, LA 70113
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Hiller Spann<br>C. Date of Delivery: 10.30.09 |
| 1. Article Addressed to:<br><br>Alliance Homes, Inc., d/b/a Adrian Homes<br>Through its Registered Agent for Service of Process:<br>G. Hiller Spann, CEO<br>P.O. Box 266<br>Adrian, GA 31002 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 5218 4121 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540