**PHILIP COLE, MD, DrPH**
509 CARNOUSTIE DRIVE, BOX 30
SHOAL CREEK AL 35242-5986
(205) 408-9355
FAX (205) 408-9850

October 28, 2009

T. Christopher Pinedo, Esq.
4550 Jericho Road
Corpus Christi TX  78413

Dear Mr. Pinedo,

    The purpose of this letter is to inform you that the page that you produced, and designated as Exhibit 7, at my deposition yesterday was, and is, my property.

    It came into your possession by some accidental or other inappropriate means.

    This document contains proprietary information prepared solely for my own purposes in scheduling my work.  It was not suitable for your use and that is why I would not respond to your questions about it.

    I am requesting that you return it, and all copies of it whose existence you are aware of, to me.

    I am sending a signed copy of this letter to you by US Mail.

                                      Sincerely,


                                      Philip Cole, MD

Copy to: R. Hines