UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * * | |
| *Aldridge, et al v. Gulf Stream Coach Inc., et al*, Docket No. 07-9228; Elisha Dubuclet, individually and on behalf of Timia Dubuclet | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing on Plaintiff's Motion to Compel Production of Documents and Testimony,

IT IS HEREBY ORDERED that said Motion is granted and that the Motion to Compel Production of Documents and Testimony be and is hereby set for ehearing on the ___ day of _____, 2009 at ___ am/pm.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
ALMA CHASEZ
UNITED STATES MAGISTRATE JUDGE

1