OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 3, 2009

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

RELATES TO CASE NO. 09-6209

Case No. __MDL No. 1873__ Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the PLAINTIFF's FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1. Insurco, Ltd.
   **Through its registered agent for service:**
   The Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

2. Fluor Enterprises, Inc.
   **Through its registered agent for service:**
   Corporation Service Company
   320 Somerulos St.
   Baton Rouge, LA 70802-6129

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931