UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | |
| **This Pleading Pertains Only to**: Severed Claims | * | MAG: CHASEZ |
| of Alana Alexander individually and on behalf of | * | |
| the minor child Christopher Cooper | * | |

**************************************************************************

### GULF STREAM COACH, INC.'S
### MOTION TO ASSESS TAXABLE COSTS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who hereby respectfully requests this Honorable Court to assess taxable costs against Plaintiff and in favor of Gulf Stream Coach, Inc. as itemized in the attached Memorandum in Support and Bill of Costs.

**WHEREFORE**, after due proceedings are had, Gulf Stream Coach, Inc. asks that this Honorable Court enter an Order awarding taxable costs against Plaintiff and in favor of Gulf Stream Coach, Inc.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER, & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700

        Fax: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com

        and

        **SCANDURRO & LAYRISSON**
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        Telephone: (504) 522-7100
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E OF SERVICE

I hereby certify that on the 3rd day of November, 2009, a copy of the foregoing Gulf Stream Coach, Inc.'s Motion to Assess Taxable Costs was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

        s/Andrew D. Weinstock
        _____
        ANDREW D. WEINSTOCK #18495
        andreww@duplass.com