# COST ACCOUNT CHECK REQUEST

## DATE:  June 5, 2009

**MAKE CHECK PAYABLE TO:**        Janet Barnes

**IN THE AMOUNT OF:**               $800.00

**CHARGE TO:**                      Hillard/GSCI

**OUR FILE NUMBER:**                06-GSCI-100

**ENTRY SHOULD BE DATED:**          June 5, 2009

**CODE:**                           MISC

**DESCRIPTION:**                    Depo fee for extra 2 hours

**REQUESTED BY/BILL ATTY:**         ADW/cab

| Code | Description | | Code | Description |
|------|-------------|---|------|-------------|
| CONF | Conference Call Costs | | MISC | Miscellaneous Costs |
| COPYO | Outside Copies | | OPRO | Other Professionals |
| COUR | Courier Costs | | PARK | Parking & Tolls |
| DEPO | Deposition & Transcripts | | PI | Private Investigator |
| EXP | Expert Fees | | REC | Record Retrieval Costs |
| FF | Filing Fee | | SERV | Service |
| LC | Local Counsel | | SHIP | Shipping Costs |
| MAPS | Mediation & Arbitration Services | | SUBP | Subpoena Fees |
| MEAL | Meals | | TRAVL | Travel Local |
| MEDR | Medical Records | | TRAVO | Travel Out-Of-Town |
| MILEL | Local Mileage Costs | | TREX | Trial Exhibits |
| MILEO | Out-of-Town Mileage Costs | | TRTR | Trial Transcripts |
| | | | WIT | Witness |



OLS-7555

CP.105068
JUN 2009

## CRYSTLE ACCARDO

| | |
|---|---|
| **From:** | ANDREW WEINSTOCK |
| **Sent:** | Friday, May 29, 2009 3:58 PM |
| **To:** | CRYSTLE ACCARDO |
| **Subject:** | FW: Alexander/Cooper v. Gulf Stream Coach Inc. et al. - Depo Fees for Janet Barnes, M.D. |

**From:** Chris Pinedo [mailto:cpinedo@cpinedolaw.com]
**Sent:** Friday, May 29, 2009 10:16 AM
**To:** ANDREW WEINSTOCK
**Subject:** Alexander/Cooper v. Gulf Stream Coach Inc. et al. - Depo Fees for Janet Barnes, M.D.

Janet Barnes requires payment at the deposition for her time. Please be advised that she charges $400 an hour for depositions. Please come with a check for the amount of time you anticipate deposing her. I trust you will inform the other defendants of the same.

**Chris Pinedo**
**Attorney At Law**
**4550 Jericho Road**
**Corpus Christi, Texas 78413**
**(361) 946-1474**
**(361) 244-2278 (Cell)**



6/5/2009

Page 1 of 1

## CRYSTLE ACCARDO

**From:** ANDREW WEINSTOCK
**Sent:** Friday, May 29, 2009 3:58 PM
**To:** CRYSTLE ACCARDO
**Subject:** FW: Alexander/Cooper v. Gulf Stream Coach Inc. et al. - Depo Fees for Janet Barnes, M.D.

**From:** Chris Pinedo [mailto:cpinedo@cpinedolaw.com]
**Sent:** Friday, May 29, 2009 10:16 AM
**To:** ANDREW WEINSTOCK
**Subject:** Alexander/Cooper v. Gulf Stream Coach Inc. et al. - Depo Fees for Janet Barnes, M.D.

Janet Barnes requires payment at the deposition for her time. Please be advised that she charges $400 an hour for depositions. Please come with a check for the amount of time you anticipate deposing her. I trust you will inform the other defendants of the same.

**Chris Pinedo**
**Attorney At Law**
**4550 Jericho Road**
**Corpus Christi, Texas 78413**
**(361) 946-1474**
**(361) 244-2278 (Cell)**

$1,400.00

Our File Number: 06-GSCr.100    Today's Date: 5/29/05
File Name: Hillard/GSC
Description: Depo fee for Janet Barnes
Requested by/Bill Attorney: ADa/eab   Expense Code: Med
Client Approved by:_____





OLS-7440

5/29/2009

# Bunzer Consulting, Inc.

***Excellence in RV Technical Education and Consultation***

# INVOICE

Bunzer Consulting, Inc.
PO Box 19562
Seattle, WA 98109
Phone 619-507-1510
EIN 26-4691301
E-mail gbunzer@hotmail.com

**DATE:  7/2/2009**
**INVOICE # 033/09**

ATTN: Robert Hilliard

**Bill To:**
Hilliard, Munoz, Guerra, LLP
719 S. Shoreline, Suite 500
Corpus Christi, TX 78401
381-882-1612

**For:**
Expert Witness Consultation
*Alexander and Cooper v. Gulf Stream et al, Docket No. 09-2892*
FEMA Trailer Formaldehyde Products Liability Litigation

| DESCRIPTION | TYPE | TOTAL TIME | RATE | AMOUNT |
|---|---|---|---|---|
| Travel hours | Travel | 12.0 hours | $100 | $ 1,200.00 |
| Case work hours[1] | Standard | 25.5 hours | $200 | $ 5,100.00 |
| Deposition hours | Depo | 7.0 hours | $300 | $ 2,100.00 |
| Expenses[2] | Actual | N/A | | $    968.18 |
| | | | **TOTAL DUE** | $ 9,368.18 |

Please remit within 15 days

Please make all checks payable to:
Please mail to:

**Bunzer Consulting, Inc.**
2801 – 1st Avenue, Suite 308
Seattle, WA 98121

**THANK YOU!**

---

[1]  *Time log attached*
[2]  *Detailed expense report and receipts attached*

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.** Check No.   2328                          002328

| Inv No | Inv Date | Due Date | G/L No | Amount | Description |
|--------|----------|----------|--------|--------|-------------|
| 033/09 | 10/13/2009 | 10/13/2009 | 10523 | 9,368.18 | EXPERT FEE |

10/13/2009                                          9,368.18   BUNZER CONSULTING, INC.

# DeVANY INDUSTRIAL CONSULTANTS

14507 NW 19th Ave., Vancouver, WA  98685  U.S.A.   (360) 546-0999  Fax: (360) 546-0777

October 26, 2009

**Mr. Peter Taaffe**
Buzbee Law Firm
peterktaaffe@att.blackberry.net

Ms. Candice C. Sirmon, Esq.
Lambert & Nelson, L.L.C.
candices@lambertand nelson.com

Federal Tax I.D. # 91-1357346                                                    WA State U.B.I. # 601-005-178

## Invoice # 2 for the Defense: Re: Alexander-Cooper litigation deposition

**Summary:**

Deposition in Portland, OR on July 31, 2009
Services billing hours = 10 hrs. 20 mins @ $205.00/hr.  =   $ 2118.27

## TOTAL = $ 2118.27

Please pay amount shown in **TOTAL;** remit to <u>above</u> address.

**NET 20 DAYS**.  A 2% monthly service charge is due for all payments received later than thirty days after the date of invoice.

---

*Providing health, safety and environmental excellence*

105841

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

Exposure Assessment Solutions, Inc.          8/5/2009          $2,887.50

| | | | | | |
|---|---|---|---|---|---|
| 2199 | Matter I.D. | Cost Code | Inv.No. | Inv.Date | Amount |
| G/L Acct. | GSCI-06100 | EXP | 1230 | 08-04-2009 | 2,887.50 |
| 2000-0000 | | | | | |

DELUXE CORP® 1-800-328-0304 www.deluxeforms.com

Exposure Assessment Solutions, Inc.

c/o Paul Hewett
1270 Kings Road
Morgantown, WV 26508-9155
phone: 304.685.7050

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/4/2009 | 1230 |

| Bill To |
|---------|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation PSC c/o Lambert and Nelson, PLC 701 Magazine Street New Orleans, LA 70130 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8.25 | Consulting - Alexander/Cooper v. Gulf Stream Coach Inc. etc | 350.00 | 2,887.50 |
| | - July 10, 2009 deposition re. EAS Inc. technical report "Analysis of the Gulf Stream Coach Inc. Formaldehyde Exposure Dataset" (7/2/09) | | |
| | Invoice prepared by: | | |
| | Paul Hewett Exposure Assessment Solutions 1270 Kings Road Morgantown, WV 26508-9155 304.685.7050 phewett_2006_07@oesh.com | | |

Our File Number: *06-GSCI-100*   Today's Date: *8/5/09*

File Name: *HAIROO/ GSCI*

Description: *Hewett Inv # 1230 for dypo*

Requested by/Bill Attorney: *Alex/CDO*   Expense Code: *EXP*

Client Approved by: _____

*CK 105841 AUG 2009 PAID*

| | Total | $2,887.50 |

OLS-9116



DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK                                    **106698**

| | | | CHECK | | |
|---|---|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
| Inv.Date | Invoice Description | | Inv.No. | | Amount |
| 10-22-2009 | DZBPW's share-Boston Chemical Data Corp.'s June 18,2009 inv | 06100 | | | 3,500.00 |
| 10-22-2009 | DZBPW's share of LaGrange Consulting, LLC's inv.#1490 | 06100 | | | 1,500.00 |

| CHECK DATE | CONTROL NUMBER | | | | |
|---|---|---|---|---|---|
| 10/22/2009 | | TOTALS | | Total: | $5,000.00 |

---

**106698**

DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
A PROFESSIONAL LAW CORPORATION
COST ACCOUNT
3838 N. CAUSEWAY BLVD, SUITE 2900
METAIRIE, LA 70002

CAPITAL ONE, N.A.
14-9-650

| DATE | CHECK | AMOUNT |
|---|---|---|
| 10/22/2009 | 106698 | $5,000.00 |

*Five Thousand and No/100 Dollars*------------------------------------------------

PAY
TO THE
ORDER
OF

Gainsburgh, Benjamin, David, et al, L. L. C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

AUTHORIZED SIGNATURE

⑆106698⑆ ⑈065000090⑈67 21⑈2172 8⑈

**Boston Chemical Data Corp.**
2 Summer St. Suite 14
Natick, MA 01760
tel. 508 651-1661
URL: www.Labs.pro

Lambert & Nelson                    **June 18, 2009 INVOICE**
701 Magazine St.
New Orleans, LA 70130

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

**Case ID = FEMA / Alexander / Formaldehyde**              **page 1 of 2**

**Professional services total =  $ 8,791.25**

| | | |
|---|---|---|
| 05/20/09 | Manf. File check, database update/backup | 7.0 hrs. @ 110./hr. |
| 06/15/09 | File preparation | 2.25 hrs. @ 75./hr. |
| 06/15/09 | File preparation and review | 1.5 hrs. @ 235./hr. |
| 06/15/09 | travel – BOS/MSY   1.0 days @ 1,600./day | 1,600.00 |
| 06/16/09 | deposition – 1 day @ 3500. | 3,500.00 |
| 06/16/09 | Database review and documentation | 8.0 hrs. @ 75./hr. |
| 06/17/09 | Database review and documentation | 8.0 hrs. @ 75./hr. |
| 06/17/09 | travel – MSY/BOS   0.75 days @ 1,600./day | 1,200.00 |

Please make all checks payable to:  Boston Chemical Data Corp.

Our File Number: _Ob-Cgscl-100_ Today's Date: _10/22/09_

File Name: _Hillard Gscl_

Description: _Reimburse Goudchick for depo fee_
_of marco Kaltofen_

Requested by/bill Attorney: _acagscs_ Expense Code: _Exprt_

Cost Approved By:

**Boston Chemical Data Corp.**
2 Summer St. Suite 14
Natick. MA 01760
tel. 508 651-1661
URL: www.Labs.pro

Lambert & Nelson                    **June 18, 2009 INVOICE**
701 Magazine St.
New Orleans, LA 70130
Office: (504) 581-1750

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

**Case ID = FEMA / Alexander / Formaldehyde**

**page 2 of 2**

**Expenses total = $ 526.77**

| 06/02/09 | Airport shuttle | 168. |
| 06/17/09 | Hotel, New Orleans, 2 nights | 323.77 |
| 06/17/09 | taxi – MSY | 35. |

**Total due**               **$ 9,318.02**

Please make all checks payable to:  Boston Chemical Data Corp.

*JmR set up vendor (#2206)*
*08.07.09*

# INVOICE

**COHBI PHYSICIANS, P.C.   P.O. BOX 1210   RIDGWAY, COLORADO 81432**

**970-626-5067**

**Gulf Stream Case (FEMA I) - Deposition Only - James P. Kornberg, MD  - Invoice #33**

**July 11, 2009**

| Item | Description | Qty. | Rate ($/hour) | Amount |
|------|-------------|------|---------------|--------|
| Deposition | 7/9/09 - deposition | 8.0 | 780 | $6,240.00 |
| | | | | |
| | **TOTAL** | | | $6,240.00 |

Our File Number: _04- GsC1-100_   Today's Date: _8/2/09_

File Name: _Hillard/GsC1_

Description: _Kornbers mu for depo_

Requested by/Bill Attorney: _BDr/cAD_  Expense Code: _Depo_

Client Approved by: _____



OLS-9149



Ck. 1058668
AUG 2009
PAID

## DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK

**106698**

CHECK

106698

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|

| Inv.Date | Invoice Description | | Inv.No. | | Amount |
|----------|---------------------|--|---------|--|--------|
| 10-22-2009 | DZBPW's share-Boston Chemical Data Corp.'s June 18,2009 inv | | 06100 | | 3,500.00 |
| 10-22-2009 | DZBPW's share of LaGrange Consulting, LLC's inv.#1490 | | 06100 | | 1,500.00 |

| CHECK DATE | CONTROL NUMBER | | | | |
|------------|----------------|--|--|--|--|
| 10/22/2009 | | TOTALS | | Total: | $5,000.00 |

**106698**

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**
A PROFESSIONAL LAW CORPORATION
COST ACCOUNT
3838 N. CAUSEWAY BLVD, SUITE 2900
METAIRIE, LA 70002

**CAPITAL ONE, N.A.**
14-9-650

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 10/22/2009 | 106698 | $5,000.00 |

*Five Thousand and No/100 Dollars*------------------------------

PAY
TO THE
ORDER
OF

Gainsburgh, Benjamin, David, et al, L. L. C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

AUTHORIZED SIGNATURE

⑈106698⑈ ⑆065000090⑆67 21⑈2172 8⑈

985 845 2103          Line 1                              10:07:00 a.m.   07-13-2009          2/2



**LaGrange Consulting, LLC**
256 Calumet Drive
Madisonville, LA 70447

# Invoice

| Date | Invoice Number |
|------|----------------|
| 7/6/2009 | 1490 |

**Bill To**
Buzbee Law Firm
Anthony Buzbee
600 Travis, Suite 7300
Houston, TX 77002
713-223-5909 (Fax)

| Due Date | | Client File ID | |
|----------|---|---------------|---|
| 7/6/2009 | | | |

| Item | Description | Amount |
|------|-------------|--------|
| Consulting | RE: Alexander/Cooper v. Gulf Stream Coach, Inc. et Al. | |
| | Read the following depositions provided by the Buzbee Law Firm - James Shea, Philip Sarvari, Elizabeth Ganeire, Daniel Shea, Brian Shea, Scott Pullen, & Burl Keel (8.5 Hours) | 1,275.00 |
| Consulting | June 19, 2009 - Provided Reliance Materials (1 Hour) | 150.00 |
| Consulting | Reviewed Expert Disclosures provided by Chris Pinedo (2.25 Hours) | 337.50 |
| Consulting | June 26, 2009 - Deposition Prep by Hugh Lambert and Chris Pinedo at 701 Magazine St., New Orleans, LA: Travel Time (2 Hours); Prep (2 Hours); Mileage - 88.5 Miles @ $.55/mile = $48.68 | 648.68 |
| Consulting | July 1, 2009 - Deposition at 701 Magazine St., New Orleans, LA: Travel Time (2 Hours); Deposition (8 Hours); Mileage - 88.5 Miles @ $.55/mile = $48.68 | 1,548.68 |

| | |
|---|---|
| **Total** | $3,959.86 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,959.86 |

Thank you for your business!

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 985-845-2148 | 985-845-2103 | missie@lagrangeconsulting.com | www.lagrangeconsulting.com |

Our File Number: *06 - GSC1 - 100*   Today's Date: *10/22/09*

File Name: *Hillard/ GSC1*

Description: *Reimburse Garesburgh pa*
*depo fee for LAGRANGE*

Requested by Bill Attorney: *AB/TAB*   Expense Code: *Exp*

Client Approved by: _____

# Stratos Legal

### Raising the bar.
### Nationwide.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45179 | 8/10/2009 | 24915 |
| **Job Date** | **Case No.** | |
| 7/27/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:

Gerald McGwin, Jr.

1,824.60

**TOTAL DUE >>>**   **$1,824.60**



Our File Number: _DL-6081-100_ Today's Date: _8/29/09_

File Name: _Gilmard/Gsew_

_CEpt of G. McGwin_

Requested by/Bill Attorney: _ADa/crde_ Expense Code: _Dgp0_

Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9731

Job No.       : 24915        BU ID     : 1-MAIN
Case No.      : 1873
Case Name  : IN RE: FEMA TRAILER FORMALDEHYDE
                      PRODUCTS LIABILITY LITIGATION
Invoice No.  : 45179          Invoice Date : 8/10/2009
**Total Due  : $ 1,824.60**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Stratos Legal Services, LP**
                **1001 West Loop South**
                **Suite 809**
                **Houston, TX 77027**

DG 09·28·09



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE  NO. | DATE | JOB NUMBER |
|---|---|---|
| 136796 | 9/14/2009 | 56757 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/24/2008 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
  Gerald McGwin, Jr

153.75

**TOTAL DUE >>>**                    **$153.75**

Previously delivered.

Our File Number: _01e-f10ef100_ Today's Date _9/18/09_

File Name: _Hillard Hill_

Description: _disposition of mcGwin_

Requested by/Bill Attorney: _DLW_    Expense Code: _DEPO_

**Tax ID:** 72-1177884                    Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-10178

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Invoice No. | : | 136796 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 153.75** |

| | | |
|---|---|---|
| Job No. | : | 56757 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# Stratos Legal

*Raising the bar.*
*Nationwide.*

# INVOICE 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45567 | 8/12/2009 | 24914 |
| **Job Date** | **Case No.** | |
| 7/27/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Video Deposition | | |
|---|---|---|
| Gerald McGwin, Jr. | | 1,276.50 |
| | **TOTAL DUE >>>** | **$1,276.50** |

Our File Number: *06-G501-100*  Today's Date: *8/20/09*

File Name: *Hillard/6501*

*Video depo of Mcgwin*

Processed by the Attorney *APD/pas*  Expense Code: *L330*

Client Approved by:

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9494

| Invoice No. | : | 45567 |
|---|---|---|
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 1,276.50** |

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

| ... No. | : | 24914 |
|---|---|---|
| BU ID | : | VID HOU 5L |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

## FEE SCHEDULE 100101
### FIRST GENERAL SERVICES OF THE SOUTH, INC.
*Federal Tax I.D. # 72-1256185*

*[handwritten: Jmp set-up vendor (# 2153) 07-16-09]*

The following fees and costs are charged for the consulting services provided by First General Sevices of the South Inc. During the term of this agreement, the Fee Schedule shall be subject to periodic revision by Consultant to reflect rate increases in Consultant's professional fees and costs, and Client agrees to be bound by said rate increases:

**I. Professional Fees**

a. All in-house professional consulting fees are $250 per hour – time billed at 1/10 of an hour intervals.

b. All outside subcontract consulting services will be billed out at $250 per hour minimum or actual cost of outside consulting fees plus 20% mark up, whichever amount is greater.

c. All preparation for depositions, mediations, arbitrations or court testimony is billed at $325 per hour.

d. All deposition testimony and participation, court testimony and participation, arbitration and mediation testimony and participation are billed at $325 per hour.

    i. Deposition fees are payable at the time of the deposition if the party responsible for payment is not our client.

    ii. A non-refundable deposit of $1,000 must be paid fourteen (14) days in advance of deposition.

*[handwritten: Five (For hrs) $ 1625.00]*

e. All appearances for courtroom testimony, mediation or arbitration participation - $1,000 minimum charge.

f. Under all circumstances, our undersigned client is responsible for all of our charges if unpaid by others.

**II. Travel and Transportation**

a. Air travel, auto rental, hotel and meals are billed at cost plus 20%.

b. Mileage in company owned or personal automobiles - $0.65 per mile.

c. Assignments requiring overnight stays will be billed out at a minimum of 10 hours per day.

d. All travel time is billed at the applicable professional fee rates listed in this fee schedule.

**III. Miscellaneous Costs**

a. *Support Services*. The following rates will be charged for support personnel:

    i. Consultant Assistant - $65 per hour

        1. Includes any and all miscellaneous support services to be performed including research, file preparation, document preparation, and any other miscellaneous services performed.

    ii. Field Technician - $45 per hour

*[left margin handwritten: Our File Number: OL-0521-100   Today's Date: 7/6/09   File Name: Hillard/Losh   Description: Depo Prep for Eldred Parker   Requested by Bill Attorney: Alex Parker   Expense Code: Exp   Approved by:]*

5

ALX-EXP-42-000001



OLS-8581



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

Client:     Andrew Weinstock, Esq

Operator Info:
Operator:     JENNIFER
Estimator:    Alexis Mallet, Jr.                                    Business:    (337) 988-3556

Business:     P. O. Box 80857
              Lafayette, LA 70598
Reference:                                                         Business:    (318) 988-3556
Company:      FIRST GENERAL SERVICES CONSULT

Business:     P.O. BOX 80857
              LAFAYETTE, LA 70598 .

Type of Estimate:   1551
Dates:
Date Entered:       08/03/2009
Date Est. Completed:  08/04/2009

Price List:     INVOICE
                Restoration/Service/Remodel
Estimate:       FEMA~ALEXAND_1551~2
File Number:    #2

**Send Invoice to :**

Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130

c/o Magan Ennis

Our File Number: _06 - Casct - 100_   Today's Date: _8/7/09_

File Name: _Hilyard / 1551_

Description: _Mallet mo fn dpo_

Requested by/Bill Attorney: _ADEyando_ Expense Code: _Dpo_

Client Approved by:_____



OLS-9148





**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

### FEMA~ALEXAND_1551~2

**Room:   Services Rendered**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| **July 17, 2009** | | | |
| Participated in Deposition | 12.00 HR @ | 300.00 ≈ | 3,600.00 |
| Payment received ~ Thank you | 1.00 EA @ | -1,625.00 ≈ | -1,625.00 |





**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA  70598-0857
103 Bradbury Crossing, Lafayette, LA  70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

**Total for Invoice # 1551**

Invoice Total                                                              1,975.00

Alexis Mallet, Jr.



105499

| Inv.Date | Invoice Description | Inv.No. | Amount |
|----------|---------------------|---------|--------|
| 07-28-2009 | Pmt.for 3 hrs. of depo. of Karin Pacheco,MD,MSPH(G | 06100 | 1,440.00 |

7/28/2009                                                    Total:        $1,440.00

                                          7/28/2009    105499      $1,440.00
*One Thousand Four Hundred Forty and No/100 Dollars*-----------------------------

National Jewish Health

        2183    National Jewish Health            7/28/2009        $1,440.00
G/L Acct.   Matter I.D.    Cost Code    Inv.No.      Inv.Date        Amount
2000-0000   GSCI-06100     MISC         06100        07-28-2009      1,440.00

```
Itemized Statement                                              09/03/2009

                            National Jewish Health
                            1400 Jackson St.
                            Denver, CO. 80206

 Guarantor:                       Patient:
DUPLASS,SWAIN,BOURGEOIS,ET AL DUPLASS,SWAIN,BOURGEOIS,ET AL ACCT #: 1001097514
#2900    ANDREW WEINSTOCK       Admit Date: 07/01/09  Discharge Date: 07/31/09
3838 N. CAUSEWAY BLVD           Attending Physician:
METAIRIE, LA 70002
----------------------------------------------------------------------------

                              Charge Detail
 Service   Charge
   Date     Code        Qnt.   Description                        Amount
07/15/09   2030166       6    PACHECO-COOPER DEPO                1440.00
07/15/09                      Service Date Total:                1440.00

07/16/09   2030166       6    PACHECO-COOPER DEPO                1440.00
07/16/09                      Service Date Total:                1440.00


                              Charge Summary
             Code
             960    PRO FEE                                      2880.00

             TOTAL CHARGES                                       2880.00

                        Payment and Adjustment Activity
 Posting    Transaction
   Date     Description
08/23/2009  CLIENT ACCOUNT PAYMENT                              -1440.00

            TOTAL PAYMENTS AND ADJUSTMENTS:                     -1440.00

            TOTAL AMOUNT DUE:                                    1440.00
```

S

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

106791

| G/L Acct. | 2183 Matter I.D. | National Jewish Health Cost Code | Inv.No. | 10/30/2009 Inv.Date | $1,440.00 Amount |
|---|---|---|---|---|---|
| 2000-0000 | GSCI-06100 | EXP | 06100 | 09-03-2009 | 1,440.00 |

DELUXE CORP  1+800-328-0304  www.deluxeforms.com

# W.D. Scott
### group, inc.

*TML set-up vendor (#2121)*
*06·26·09*

June 23, 2009

## INVOICE

Frank J. D'Amico, Jr. Law Office
622 Baronne Street
Floor 2
New Orleans, LA 70113

ATTN: Ms. Brandi Spiers

**Terms: Payable Upon Receipt**　　　　　　　　　　　　　　　**Invoice # 108098**
**Federal ID# 72-1103057**　　　　　　　　　　　　　　　　　**Our File # 3070**

RE:　Deposition regarding FEMA Trailer Formaldehyde Study through June 23, 2009; per the Scott Group's *Standard Fee Schedule* and attached detail.

| | |
|---|---|
| *Personnel* | $1,960.00 |
| *Direct Expense* | 00.00 |
| *Mileage* | 00.00 |

**TOTAL DUE THIS INVOICE**　　　　　　**$1,960.00**

**1.50% Interest Per Month On Past Due Invoices**

JUN 2009
PAID

1117 Wright Avenue • Gretna, Louisiana 70056
Telephone (504) 393-7338 • Fax (504) 393-7311

S

05/28/2009  06:49    5048332040

RECEIVED  05/28/2009 07:50
EDWARD H SHWERY, PH.D

PAGE  02

# EDWARD HALIE SHWERY, PH.D.
### A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: (504) 833-2040
EMAIL: shwery@sstar.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

28 May 2009

Mr. Andrew Weinstock
Attorney at Law
Duplass, Zwain, et. Al.
Via Fax: 504 837 3119

Re: Alexander  Depositions

Dear: Mr. Weinstock:

I am in receipt of the subpoena for my deposition on the above captioned matter for Thursday June 18, 2009 at 9:00 am.  I understand that I need to block out the entire day of seven hours for the deposition.

Please be advised that my fees for a deposition are $900.00 for 90 minutes. Additional hours are billed at $600.00 per hour (whole or part).  As the deposition is expected to last seven hours, my total fees are $4500.00.  It is my policy to collect deposition fees in advance.  Please forward a check for $4500.00 by Monday June 8, 2009 in order to reserve the time in my schedule.

My tax identification number is 72-0895087.

Please feel free to call me if you have any questions.

Very truly yours,

Edward Halie Shwery, Ph.D.
EHS/alc
Tax ID number: 72-0895087

Cc: Mr. Scott Daniels, Esq.
    Mr. Mikal Watts, Esq.

Our File Number: 04-6561-100   Today's Date: 5/29/09

File Name: Hillard/ GSU

Description: Depo fee for Dr. Shwery

Requested by/Bill Attorney: Popu/cab   Expense Code: Misc

Client Approved by: _____


OLS-7441

*Jr 07.28.09*

# INVOICE

July 1, 2009

WSSI File No. 0584

Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, LA 70002

Re: Charlie Age v. GulfStream Coach

Consulting fees for services rendered in the above-referenced matter for June 2009.

### Hourly Fees

| date | activity | hours | fees |
|------|----------|-------|------|
| 06/10/09 | deposition | 9.5 | |
| | Total hours | 9.5 | |
| | Fees 9.5h @ $225.00/h | | $2137.50 |

### Expenses

| date | item | cost | |
|------|------|------|---|
| | Total expenses | $0.00 | $0.00 |
| | Total due | | $2137.50 |

Fees payable in full upon receipt of this invoice. Checks payable to **Wood Science Specialists Inc.** Federal TIN 04-3159276. Thank you.

*Jmr Set · up vendor (# 2179)*
*07.28.09*

Our File Number: *06-GSC1-100*  Today's Date: *7/13/09*

File Name: *Hilliard/ Greer*

Description: *Dep b.g. 6.0 Smolski dep*

Requested by/Bill Attorney: *APM/psb*  Expense Code: *Exp*

Client Approved by: _____



OLS-8928

# DUPLASS
# ZWAIN
# BOURGEOIS
# PFISTER &
# WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GEOFFREY P. CLEMENT
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART
CHRISTIAN B. BOGART
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE
GISSEL M. FERRIOL
CHRISTINA M. KOCKE (4)
NICOLE M. BOYER
RYAN M. MALONE
JENNIFER M. MORRIS
PHILIP G. WATSON

BRETT A. BARES
BEN S. DiPALMA
SHENDELLE T. POLK

*SPECIAL COUNSEL*
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland
(4) also admitted in Oklahoma

June 24, 2009

**VIA-FEDERAL EXPRESS**

Patricia M. Williams, Ph.D., DABT
234 West William David Parkway
Metairie, LA 70005

**Re:     In Re: FEMA Trailer Formaldehyde Product Liability Litigation
            MDL 1873**

Dear Dr. Williams:

Enclosed is our firm's check in the amount of $3,150.00, which representing payment for your deposition taken in the above matter.

Sincerely,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

CRYSTLE A. BURNS
Secretary to Andrew D. Weinstock

/cab
Enclosure



A PROFESSIONAL LAW CORPORATION

29TH FLOOR, THREE LAKEWAY CENTER        3838 N. CAUSEWAY BLVD.        METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700        FAX 504.837.3119
www.duplass.com

## COST ACCOUNT CHECK REQUEST

### DATE: June 24, 2009

TmL Set-up vendor (# 2117)
06·24·09

MAKE CHECK PAYABLE TO:    Patricia M. Williams, Ph.D., DABT

Tax ID #
20-2723522

IN THE AMOUNT OF:    $3,150.00

CHARGE TO:    Hillard/GSCI

OUR FILE NUMBER:    06-GSCI-100

ENTRY SHOULD BE DATED:    June 24, 2009

CODE:    MISC

DESCRIPTION:    Depo fee for extra hours

REQUESTED BY/BILL ATTY:    ADW/cab

| CONF | Conference Call Costs |
|------|------------------------|
| COPYO | Outside Copies |
| COUR | Courier Costs |
| DEPO | Deposition & Transcripts |
| EXP | Expert Fees |
| FF | Filing Fee |
| LC | Local Counsel |
| MAPS | Mediation & Arbitration Services |
| MEAL | Meals |
| MEDR | Medical Records |
| MILEL | Local Mileage Costs |
| MILEO | Out-of-Town Mileage Costs |
| | |

| MISC | Miscellaneous Costs |
|------|----------------------|
| OPRO | Other Professionals |
| PARK | Parking & Tolls |
| PI | Private Investigator |
| REC | Record Retrieval Costs |
| SERV | Service |
| SHIP | Shipping Costs |
| SUBP | Subpoena Fees |
| TRAVL | Travel Local |
| TRAVO | Travel Out-Of-Town |
| TREX | Trial Exhibits |
| TRTR | Trial Transcripts |
| WIT | Witness |



OLS-7837



S