

# Midwest Reporting, Inc.

## Video Productions

**Number: 90813-2V**

Our File Number: *16-Still-100*   Date:   July 23   Today's Date: *8/1/09*

**Bill To:**

Mr. Dewey M. Scandurro
Scandurro & Layrisson
607 St. Charles Avenue
New Orleans, LA 70130

File Name: *Hillard/Bell*

Description: *Video depo of Eddie Abbott*

Requested by/Bill Attorney: *Ronjeau*   Expense Code: *Depo*

Client Approved by: _____

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|------------|----------------|--------------------|----------|
| 7/17/09 | 7/23/09 | | Video/Laura |

| Description | Amount |
|-------------|--------|
| FEMA Trailer Formaldehyde Products Liability Litigation | |
| Video deposition of Eddie Abbott | |
| DVD - Video Text Synchronization | 125.00 |
| Shipping & Handling | 6.00 |



**PAYMENT DUE UPON RECEIPT!**
**THANK YOU**



OLS-9058

| | Total | $131.00 |
|--|-------|---------|

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121 (574) 288-4242*
*Fax (574) 288-5441*

DG entered 09.28.09



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136791 | 9/14/2009 | 60966 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/7/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
    Angela Baksh                                                          197.50

                                    **TOTAL DUE >>>**            **$197.50**

Previously delivered.

Our File Number: _Ole-HSC/-/00_ Today's Date: _9/18/0 5_

File Name: _Hillard/HSC/_

Description: _transcripta/ Angela Baksh_

Requested by/Bill Attorney: _ADW_   Expense Code: _DEPO_

Client Approved by: _____

**Tax ID:** 72-1177884                     Phone: 504-832-3700  Fax:504-837-3119

*Please detach bottom portion and return with payment*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-8263

| | | |
|---|---|---|
| Invoice No. | : | 136791 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 197.50** |

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60966 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135968 | 8/12/2009 | 60965 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/7/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
Angela Baksh                                                                                              544.15

**TOTAL DUE >>>**          **$544.15**

Transcript previously shipped

Our File Number: _N4-69501-160_  Todays Date: _8/15/09_

File Name: _Depo of A. Baksh_

Description: _Hillard / GSCI_

Requested by/Bill Attorney: _Fin N/ark_  Expense Code: _Depo_

Client Approved by _____

**Tax ID:** 72-1177884                                    Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135968 |
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 544.15** |

OLS-9491

**Remit To: Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60965 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |





**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135800 | 7/31/2009 | 60873 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/29/2009 | 1873 | |
| | **CASE CAPTION** | |

In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**

Net 30

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

---

1 COPY OF TRANSCRIPT OF:
  Anglea Baksh                                                              101.57

                                              **TOTAL DUE >>>**       **$101.57**

Transcript previously shipped

Our File Number: 06-6501-100   Today's Date: 6/4/09

File Name: Hilara/6501

Description: Depo of A. Baksh

Requested by/Bill Attorney: Grayson   Expense Code: Depo

Client Approved by:

---

**Tax ID:** 72-1177884                          Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

---

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135800 |
| Invoice Date | : | 7/31/2009 |
| **Total Due** | : | **$ 101.57** |

OLS-9164

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60873 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

entered 8/21-



# INVOICE DG

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136027 | 8/12/2009 | 60901 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| | **CASE CAPTION** | |

In Re: FEMA Trailer Formaldehyde products Liability Litigation

| **TERMS** |
|---|
| Net 30 |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
  Gerald Paul Blanchard, II

446.20

**TOTAL DUE >>>** **$446.20**

Transcript was previously shipped

Our File Number: _06-6351-100_ Today's Date: _8/15/09_

File Name: _Hillard/Gasel_

Description: _Depo of G. Blanchard_

Requested by/Bill Attorney: _RPG/BTB_ Expense Code: _1380_

Cost - prepaid by: _____

**Tax ID:** 72-1177884

Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 136027 |
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 446.20** |

OLS-9428

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60901 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

*One Set up Vendor*
*(# 228G )*
*09-17-09*

# INVOICE

## UNITED REPORTING, INC.

United Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

Joseph G. Glass, Esq.
Duplass, Zwain, Borgeois, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metraire, LA 70002

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54820 | 8/24/2009 | 83205 |
| **Job Date** | **Case No.** | |
| 8/21/2009 | | |
| **Case Name** | | |
| In Re: FEMA Railer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

| Deposition Of: | | | |
|---|---|---|---|
| Guy Bonomo | | | |
| Mini Transcript | 56.00 Pages | | 179.20 |
| Exhibits | | | 15.00 |
| Shipping & Handling ( Fed Ex ) | 10.00 Pages | | 5.00 |
| | | | 34.00 |
| | **TOTAL DUE >>>** | | **$233.20** |

One Certified Copy and Word Index
NR|West

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

Our File Number: *06-6561-100*   Today's Date: *8/0/96*
File Name: *Hillard/6561*
Description: *Depo 83 G. Bonomo*
Requested by/Bill Attorney: *Ann/pile*   Expense Code: *Depo*

OL#10G 313 SEP 2009 PAID

Client Approved by: _____   Phone: 504-832-3700   Fax:

**Tax ID:** 55-0793657

*Please detach bottom portion and return with payment.*

Joseph G. Glass, Esq.
Duplass, Zwain, Borgeois, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metraire, LA 70002



OLS-10039

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**

| | | |
|---|---|---|
| Job No. : 83205 | BU ID : United | |
| Case No. : | | |
| Case Name : In Re: FEMA Railer Formaldehyde Products Liability Litigation | | |
| Invoice No. : 54820 | Invoice Date : 8/24/2009 | |
| **Total Due : $ 233.20** | | |

### PAYMENT WITH CREDIT CARD   AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

S



# *Midwest Reporting, Inc.*

## *Video Productions*

Number: 90840-1V

Our File Number: *06 ___* Date: **July 23, 2009** Today's Date: *8/1/09*

**Bill To:**

Mr. Andrew D. Weinstock
Duplass Zwain Bourgeois Pfister & We
29th Floor, Three Lakeway Center
3838 North Causeway Boulevard
Metairie, LA 70002

File Name: *Hilliard / GSCI*

Description: *Video dups of 9 people*

Requested by/Bill Attorney: *ADW / CMS* Expense Code: *DW*

Client Approved by:

Fed ID #58-1818022

| Date Taken | Date Delivered | | Reporter |
|---|---|---|---|
| 7/17/09 | 7/23/09 | | Video/Laura |

| Description | Amount |
|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | |
| Video depositions of Kyle Timmins, James Brown, Joseph Cleland, Jeremy Williams, Jeffrey Zumbrun, William Dudek, Susan Linda Esparza, Todd Lentych and Terry Slone, Jr. | |
| DVD - Video Text Synchronization | |
| 9 total video depositions - aprox. 9 hrs. | 925.00 |
| Shipping & Handling | 10.00 |

*CK. 105820 -4th*
*AUG 2009*
**PAID**

OLS-9059

*PAYMENT DUE UPON RECEIPT!*
**THANK YOU**

| | Total | $935.00 |
|---|---|---|

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121 (574) 288-4242*
*Fax (574) 288-5441*



# *Midwest Reporting, Inc.*

## *Court Reporters*

**Number: 90840-3**

**Date:   July 21, 2009**

**Bill To:**

Mr. Andrew D. Weinstock
Duplass Zwain Bourgeois Pfister & We
29th Floor, Three Lakeway Center
3838 North Causeway Boulevard
Metairie, LA 70002

*07·27·09*

*2mR set up vendor (# 2172 )*

| Date Taken | Date Delivered | Fed ID #35-1616022 | Reporter |
|---|---|---|---|
| 7/16/09 & 7/17/09 | 7/21/09 | | Angela |

| Description | Amount |
|---|---|
| In Re: The FEMA Trailer Formaldehye Products Liability Litigation Charlie Age, et al -vs- Gulf Stream Coach, Inc., et al | |
| Depositions of Susan Linda Esparza, Joseph Cleland, Terry L. Slone, Jr. Todd Lentych, Kyle R. Timmins, James R. Brown, Jeffrey Zumbrun, Jeremy Williams, William Dudek | |
| 517 pages one copy w/miniscript and E-transcript | 1,079.85 |
| Shipping & Handling | 20.00 |
| 54 exhibit copies | 8.10 |
| | |
| | |
| **PAYMENT DUE UPON RECEIPT!** **THANK YOU** | |
| **Total** | **$1,107.95** |

*handwritten: Ole-GSC1-100   Today's Date: 7/24/09*
*File Name: Hillard/GSC1*
*Para....: Ueko transcripts*
*Requested by/DZ Attorney: ADW   Expense Code: DEPO*

*1448 Lincolnway East*
*South Bend, Indiana  46613*

Phone (800) 270-3121      (574) 288-4242
Fax (574) 288-5441

S



OLS-8902

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23501 | 7/28/2009 | 15307 |
| **Job Date** | **Case No.** | |
| 7/7/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| David Garratt | | | | | |
| Exhibit | 245.00 | Pages | @ | 2.55 | 624.75 |
| Draft Transcript (ASCII) | 51.00 | Pages | @ | 0.35 | 17.85 |
| Synchronized video on DVD | 245.00 | Pages | @ | 1.50 | 367.50 |
| Processing Fee | 4.75 | Hours | @ | 45.00 | 213.75 |
| | | | | 55.00 | 55.00 |

**TOTAL DUE >>>**          **$1,278.85**

**(-) Payments/Credits:**          0.00
**(+) Finance Charges/Debits:**          0.00

**(=) New Balance:**          **$1,278.85**

**Tax ID:** 53-0257990

Phone: 504-522-7100   Fax:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23536 | 7/28/2009 | 15308 |
| **Job Date** | **Case No.** | |
| 7/8/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| David Porter | | | | | 595.05 |
| Exhibit | 44.00 | Pages | @ | 0.35 | 15.40 |
| Draft Transcript (ASCII) | 176.00 | Pages | @ | 1.50 | 264.00 |
| Processing Fee | | 55.00 | | | 55.00 |

|  |  |
|---|---|
| **TOTAL DUE >>>** | **$929.45** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$929.45** |

**Tax ID:** 53-0257990

Phone: 504-522-7100   Fax:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23549 | 7/28/2009 | 15309 |

| Job Date | Case No. | |
|---|---|---|
| 7/9/2009 | MDL NO. 1873 | |

| Case Name | | |
|---|---|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

1 CERTIFIED COPY OF TRANSCRIPT OF:

Stephen Miller

| | | | | |
|---|---|---|---|---|
| | 214.00 | Pages | @ | 2.55 | 545.70 |
| Exhibit | 69.00 | Pages | @ | 0.35 | 24.15 |
| Draft Transcript (ASCII) | 214.00 | Pages | @ | 1.50 | 321.00 |
| Synchronized video on DVD | 4.50 | Hours | @ | 45.00 | 202.50 |
| Processing Fee | | | | 55.00 | 55.00 |

TOTAL DUE >>>                 **$1,148.35**

(-) Payments/Credits:                 0.00
(+) Finance Charges/Debits:                 0.00
(=) New Balance:                 **$1,148.35**

**Tax ID:** 53-0257990

Phone: 504-522-7100   Fax:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23589 | 7/28/2009 | 15422 |
| **Job Date** | **Case No.** | |
| 7/14/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Martin McNeese | 133.00 | Pages | @ | 2.55 | 339.15 |
| Exhibit | 26.00 | Pages | @ | 0.35 | 9.10 |
| Draft Transcript (ASCII) | 133.00 | Pages | @ | 1.50 | 199.50 |
| Synchronized video on DVD | 2.75 | Hours | @ | 45.00 | 123.75 |
| Processing Fee | | | | 55.00 | 55.00 |

**TOTAL DUE >>>**  **$726.50**

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00

**(=) New Balance:**  **$726.50**

**Tax ID:** 53-0257990

Phone: 504-522-7100   Fax:

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 287879 | 07/30/2009 | 01-159429 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/15/2009 | LONAMI | 1873 |

| CASE CAPTION |
|---|
| FEMA Formaldehyde Products, In Re: |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Timothy D. Scandurro, Esquire
Scandurro & Layrisson, LLC
607 St. Charles Avenue
New Orleans, LA 70130

```
EXPEDITED COPY & INDEX OF TRANSCRIPT OF:
  Kevin Souza                       178 Pages              703.10
       Rough Draft           135.00 Pages                  168.75
       OVERNIGHT/MESSENGER DELY                             25.00
                                                         ----------
                            TOTAL   DUE   >>>>              896.85
```

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

### PLEASE MAKE CHECKS PAYABLE TO:

~

**LegaLink, Inc. - A Merrill Company**
P.O. Box 630484
Baltimore, MD 21263

~

Tax ID No.: 20-2665382

**TAX ID NO. :** 20-2665382                                        (504) 522-7100

*Please detach bottom portion and return with payment.*

Timothy D. Scandurro, Esquire
Scandurro & Layrisson, LLC
607 St. Charles Avenue
New Orleans, LA 70130

```
Invoice No.:  287879
Date       :  07/30/2009
TOTAL DUE  :    896.85


Job No.    :  01-159429
Case No.   :  1873
FEMA Formaldehyde Products, In Re:
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

# *Midwest Reporting, Inc.*



## Court Reporters

**Number:** 90813-2

**Date:** July 14, 2009

**Bill To:**

Mr. Dewey M. Scandurro
Scandurro & Layrisson
607 St. Charles Avenue
New Orleans, LA 70130

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| July 10, 2009 | July 14, 2009 | | Angela |

| Description | Amount |
|---|---|
| In Re: The FEMA Trailer Formaldehye Products Liability Litigation<br>Charlie Age, et al -vs- Gulf Stream Coach, Inc., et al | |
| Deposition of Eddie Abbott | |
| 133 pages one copy w/miniscript and E-trans | 272.65 |
| Shipping & Handling | 12.00 |
| 25 exhibit copies | 6.25 |
| *PAYMENT DUE UPON RECEIPT!*<br>*THANK YOU* | |
| **Total** | **$290.90** |

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121      (574) 288-4242*
*Fax (574) 288-5441*

# NAEGELI REPORTING CORPORATION



**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000

**Coeur d'Alene, ID**
(208) 667-1163

www.naegelireporting.com

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

**DEWEY M. SCANDURRO ESQUIRE**
SCANDURRO AND LAYRISSON
607 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70130

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 07/21/2009 | | |
| **Case\Assg No.** | 11303-2 | **Invoice #** | 37330 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 07/31/2009 |

*COPY / INDEX / CONDENSED / VIDEO DEPOSITION OF MICHAEL K. LINDELL*

**Remarks**

TRANSCRIPT $1,297.20, EXHIBITS $440.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $1,737.20 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,737.20 |

PAID
AUG 0 6 2009
BY: *Thank you! Damian*

**Net Terms: 30 Days**

**Phone: (800) 528-3335**

**Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #          Exp. Date          Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163



*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

**DEWEY M. SCANDURRO ESQUIRE**
SCANDURRO AND LAYRISSON
607 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70130

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 07/21/2009 | | |
| Case\Assg No. | 11303-2 | Invoice # | 37331 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 07/31/2009 |

**VIDEOGRAPHER MEDIA COPY / DEPOSITION OF MICHAEL K. LINDELL**
**Remarks**
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $630.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $630.00 |

PAID
AUG 0 6 2009
BY: *Thank you!* Darren

Phone: (800) 528-3335

Net Terms:  30 Days

Fax:  (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

| | | | | | | | | | | | | | · | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card #                                     Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000



**Coeur d'Alene, ID**
(208) 667-1163

*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

*DEWEY M. SCANDURRO ESQUIRE*
SCANDURRO AND LAYRISSON
607 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70130

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 07/22/2009 | | |
| **Case\Assg No.** | 11303-3 | **Invoice #** | 37356 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 07/31/2009 |

*COPY / INDEX  VIDEO DEPOSITION OF  COREEN A. ROBBINS MHS, PhD*

**Remarks**

TRANSCRIPT $1,220.50, EXHIBITS $232.50.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $1,453.00 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,453.00 |

PAID
AUG 0 6 2009
BY: Thank you! Simon

**Phone:** (800) 528-3335

**Net Terms:  30 Days**

**Fax:** (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                                     Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

**Portland, OR**
**(503) 227-1544**

**Seattle, WA**
**(206) 622-3376**

**Spokane, WA**
**(509) 838-6000**

**Coeur d'Alene, ID**
**(208) 667-1163**



*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

*DEWEY M. SCANDURRO ESQUIRE*
SCANDURRO AND LAYRISSON
607 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70130

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 07/22/2009 | | |
| **Case\Assg No.** | 11303-3 | **Invoice #** | 37357 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 07/31/2009 |

*VIDEOGRAPHER MEDIA COPY / DEPOSITION OF  COREEN A. ROBBINS MHS, PhD*

**Remarks**
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | **$520.00** |
| **Interest** | **$.00** |
| **Total Tax** | **$.00** |
| **Less Paid To Date** | **$.00** |
| **Balance Due** | **$520.00** |

PAID
AUG 0 6 2009
BY: _Thank you!_

**Phone:  (800) 528-3335**

Net Terms:  30 Days

**Fax:  (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:

**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #          Exp. Date          Address (AS IT APPEARS ON BILLING STATEMENT)

# INVOICE



**O'BRIEN &LEVINE**
Court Reporting Services
*Making Your Case*
www.court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37001 | 8/5/2009 | 34974 |
| **Job Date** | **Case No.** | |
| 7/27/2009 | 09-2892 | |
| **Case Name** | | |
| Charle Age, et al v. Gulf Stream Coach, Inc. et al | | |
| **Payment Terms** | | |
| Net 30, after 30 int. @ 1.5% per month | | |

Stephen O. Scandurro
Scandurro & Layrisson
607 St. Charles Avenue
New Orleans, LA

| | | | | |
|---|---|---|---|---|
| Medical/Technical Videotaped & Telephonic Transcript of: | | | | |
| Richard R. Monson | 109.00 Pages | @ | 3.50 | 381.50 |
| Exhibits Copied | 151.00 Pages | @ | 0.35 | 52.85 |
| Transcript Archiving | | | 15.00 | 15.00 |
| Condensed Transcript | | | 30.00 | 30.00 |
| Next Day Shipping | | | 36.00 | 36.00 |
| | | **TOTAL DUE  >>>** | | **$515.35** |

Thank you for choosing O'Brien & Levine. We appreciate your business.



**Tax ID:** 04-3106514                                          Phone:     Fax:



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136041 | 8/12/2009 | 60900 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/5/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Scandurro, Timothy D.
Scandurro & Layrisson, L.L.C.
607 St. Charles Avenue
Suite 100
New Orleans, LA 70130

1 COPY OF TRANSCRIPT OF:
   Travis Allen                                                    281.90
1 COPY OF TRANSCRIPT OF:
   Heath Allen                                                     316.95

                                    **TOTAL DUE  >>>         $598.85**

Transcript was previously shipped

**Tax ID:** 72-1177884                                    Phone: 504-522-7100    Fax:

SCANDU



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45383 | 8/13/2009 | 24835 |

| Job Date | Case No. | |
|---|---|---|
| 7/31/2009 | 1873 | |

| Case Name | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Timothy D. Scandurro
SCANDURRO & LAYRISSON, LLC
607 St. Charles Avenue
New Orleans, LA 70130

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Mary C. DeVany | 1,037.35 |
| TOTAL DUE >>> | $1,037.35 |

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*



111   559868 UK

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone: 770-343-9696   Fax: 770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51267 | 7/20/2009 | 28284 |
| **Job Date** | **Case No.** | |
| 7/6/2009 | | |
| | **Case Name** | |
| In Re: FEMA Trailer | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | | |
|---|---|---:|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Christopher DeRosa, Ph.D. | | 991.00 |
| Christopher DeRosa - Video | | 416.25 |
| | **TOTAL DUE  >>>** | **$1,407.25** |

Thank you for your business!

Our File Number: *O2 · 6501~100* Today's Date: *8/1/09*

File Name: *Hi Thrd/ 6501*

Description: *Depo of C. DeRosa*

Requested by/Bill Attorney: *Apr/CMS* Expense Code: *Depo*

Client Approved by: _____

Tax ID: 58-1952135                                          Phone: 504.832.3700   Fax: 504.837.3119

*Please detach bottom portion and return with payment.*

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-9068

Remit To: **Tiffany Alley & Associates**
**400 Perimeter Center Terrace, Suite 900**
**Atlanta, GA 30346**

| | | | |
|---|---|---|---|
| Job No. | : 28284 | BU ID | : 1-TA&A |
| Case No. | : | | |
| Case Name | : In Re: FEMA Trailer | | |
| Invoice No. | : 51267 | Invoice Date | : 7/20/2009 |
| **Total Due** | **: $ 1,407.25** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

IRS NUMBER 57-0985038

# Invoice



**JUDY COMP AND ASSOCIATES**

JUDY COMP AND ASSOCIATES, INC.
301 NORTH MAIN STREET, SUITE 1703
GREENVILLE, SC  29601
(864) 271-0810

| DATE | INVOICE # |
|------|-----------|
| 8/18/2009 | **17766** |

*IMR set up vendor*
*(# 2261 )*
*09.04.09*

BILL TO

Joseph Glass, Esquire
Duplass, Zwain, Bourgeios et al
Three Lakeway Center
3838 N. Cause Blvd., Suite 2900
Metairie, LA 70002

| TERMS |
|-------|
| 30 days |

| DESCRIPTION | QTY | AMOUNT |
|-------------|-----|--------|
| 1 Copy - Whitaker | 378 | 850.50 |
| Exhibits/Tabs | 500 | 200.00 |
| 1 Copy - Duckworth | 82 | 184.50 |
| Exhibits/Tabs | 5 | 2.00 |
| E-mail | 1 | 25.00 |
| Shipping & Handling - overnight | 1 | 35.50 |

Age et al vs. Gulf Stream Coach et al taken 8/5/09

Our File Number: *04-GSC1-100*   Today's Date: *8/24/09*

File Name: *Hillard/ GSC1*

Description: *Deps of Whitaker*

Requested by/Bill Attorney *Ann/emb*   Expense Code *Depo*

Client Approved by:

*IMR*
*CR-106194*
SEP 2009
PAID
-123456789101112131415...

OLS-9826

Finance Charge applied to all accounts unpaid
after 30 days.

| | **Total** | $1,297.50 |
|---|---|---|

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**THANK YOU FOR YOUR BUSINESS**



**PLEASE MAIL PAYMENT TO:**
**P. O. Box 3813**
**Greenville, SC 29608-3813**
**DELIVERIES:  103-B Shaw Street**
**Greenville, SC 29609**
**864/271-3348  Toll Free: 888/520-3702**
**FAX:  864/232-4462**
**www.huntridge.com**

| Date | Invoice # |
|------|-----------|
| 8/11/2009 | 09-07-8958 |

Duplass, Swain, Bourgeois, M, P & W
Attn:  Mr. Joseph Glass
3838 N Causeway Boulevard, Suite 2900
Metairie, LA  70002-8330

| P.O. No. | Terms | PROJECT | REFERENCE NO. |
|----------|-------|---------|---------------|
| W/O | Due on receipt | 09-2892 | D090805M |

| QTY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|-----|----------|-------------|------|--------|
| 3 | 8/10/2009 | 1-2 Hour MPEG2 DVDs of Video Deposition of Charles Albert Whitaker (JMH) | 50.00 | 150.00T |
| 1 | 8/10/2009 | 1-2 Hour MPEG2 DVD of Deposition of Robert E. Duckworth, taken 8-5 (JMH) | 50.00 | 50.00T |
| 1 | 8/10/2009 | FedEx 2-Day & Handling | 15.00 | 15.00 |

Our File Number: *06-6ASCI— 100*  Todays Date: *8/12/09*
File Name: *Hildord /GASCI*
Description: *Video depos of Whitaker & Duckworth*
Requested by/BLI Attorney: *MAM/CB2*  External Check? *yes*
Client Approved by: _____

Thank you for your business.

| | Sales Tax  (6.0%) | $12.00 |
|---|---|---|
| Huntridge Video Productions, Inc.<br>FEDERAL ID #57-0733243<br>A charge of 1.5% per month added<br>to past due accounts | **TOTAL** | $227.00 |

*one pick-up*
*Vendor*
*(#2216)*
*08-12-09*

OLS-9219



The best partner a law firm could have.

www.hglitigation.com
1-888-656-DEPO (3376)

# INVOICE DGi

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 280595 | 8/7/2009 | 109863 |
| **Job Date** | **Case No.** | |
| 7/16/2009 | MDL NO. 1873 SECTION "N-5" | |
| **Case Name** | | |
| In Re: FEMA Trailer Formaldehyde Product Liability Litigation | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Ryan Malone
Duplass, Zwain, Bourgeois & Morton
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metaine, LA 70002

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Dwight Durham                                                                287.20

                                              **TOTAL DUE >>>            $287.20**

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 287.20 |

Our File Number:  06-CASE1-10   Today's Date: 8/20/09

File Name: Hilliard / GASE1

Description: Depo of Durham

Requested by/Bill Attorney: Branford   Expense Code: Dep

Client Approved by: _____

CP. 10G08 4
AUG 2009
PAID

**Tax ID:** 75-2912774                          Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Ryan Malone
Duplass, Zwain, Bourgeois & Morton
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, LA 70002

OLS-9495

| Job No. | : 109863 | BU ID | :1-DAL |
|---|---|---|---|
| Case No. | : MDL NO. 1873 SECTION "N-5" | | |
| Case Name | : In Re: FEMA Trailer Formaldehyde Product Liability Litigation | | |
| Invoice No. | : 280595 | Invoice Date | :8/7/2009 |
| **Total Due** | **: $ 287.20** | | |

Remit To: **Henjum Goucher Reporting Services LP**
**2501 Oak Lawn Avenue**
**Suite #600**
**Dallas, TX 75219**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |



**A⁺ Conferencing**
*The Highest Graded Service in the Industry*

Duplass Zwain Bourgeous Pfister & Weinstock
Attn To: Janet Dotson
3838 North Causeway Blvd., Suite 2900
Metairie, LA 70003

Payment Term: Net 30
Invoice #:1640559
Invoice Date:7/22/2009
Conference Date:7/16/2009
ConfID: -B01-DY
Cust. #:APC0028348

Reference:FEMA: Formaldehyde Litigation/ Docket #MDL 07-1873/ Matter #412-00000 (Durham)

| Qty | Description | Start Time | Passcode | Participant | Unit Cost | Total |
|-----|-------------|-----------|----------|-------------|-----------|-------|
| 184 | Mins. of OP Meet Me 800 | 09:15 AM | | RYAN MALONE/DUPLASS ZWAIN | $0.200 | $36.800 |

*****TAXES*****

SURCHARGES AND ADDITIONAL FEES --- 1.84

Our File Number: 06-9561-100    Today's Date: 7/30/09

File Name: Hillard/9561

Description: Conf. call

Requested by/Bill Attorney: ADW/arb   Expense Code: Misc

Client Approved by:

CE 105792
AUG 2009
PAID

**Total Minutes Used:184**

OLS-9088

| | |
|---|---|
| Subtotal: | $36.80 |
| Taxes & Fees: | $1.84 |
| Universal Service Fee: | $4.49 |
| Government Fees: | $1.10 |
| Invoice Total: | $44.23 |
| Payment Credit: | $0.00 |
| Total Due Now: | $44.23 |

Effective 07/15/09, government fees will be included on all audio conferencing products. Please MAKE CHECK PAYABLE to A+ Conferencing and include invoice number(s) on your check.

P.O. Box 631089      888-239-3969
Houston, TX 77263-1089   Fax= 713-780-5931
www.aplusconferencing.com   Phone= 713-954-6600

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24270 | 8/12/2009 | 15493 |
| **Job Date** | | **Case No.** |
| 7/24/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock, Esq.
Duplass Zwain Bourgeois & Morton
3838 N. Causeway Blvd. #2900
Doubletree Lakeside Bld.
Metairie, LA 70002

*JMR Not up vendor*
*(# 2266 )*
*09-08-09*

**Tax ID:** 53-0257990

1 CERTIFIED COPY OF TRANSCRIPT OF:

Michael J. Lapinski

| | | Pages | @ | 2.55 | 497.25 |
|---|---|---|---|---|---|
| Exhibit | | 147.00 Pages | @ | 0.35 | 51.45 |
| Processing Fee | | | | 55.00 | 55.00 |

Ordered By   : Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

Our File Number: *DC-0321-100*   Today's Date: *8/24/09*
File Name: *H.Marzi/0321*
Description: *Depo. of M. Lapinski*
Requested by/Bill Attorney: *0321/635*   Expense Code: *0320*
Client Approved by:

**TOTAL DUE >>>**   **$603.70**

*Please detach bottom portion and return with payment.*

Phone: (504)832-3700    Fax:(504)837-3119

Andrew Weinstock, Esq.
Duplass Zwain Bourgeois & Morton
3838 N. Causeway Blvd. #2900
Doubletree Lakeside Bld.
Metairie, LA 70002

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$603.70** |

| Invoice No. | : | 24270 |
|---|---|---|
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 603.70** |

OLS-9842

| Job No. | : | 15493 |
|---|---|---|
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

106197

# DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK

2266   Alderson Reporting Company, Inc.

| | | | |
|---|---|---|---|
| | Matter I.D. | Cost Code | Inv.No. |
| | GSCI-06100 | DEPO | 24270 |

$603.70

| Amount |
|---|
| 603.70 |

9/8/2009

| Inv.Date |
|---|
| 08-12-2009 |

G/L Acct.
2000-0000

DELUXE CORP 1+800-328-0304 www.deluxeforms.com



COMPLETE LITIGATION SUPPORT

# Invoice

490 Park, Suite 205
Beaumont, TX 77701
Office: 409-839-8800
Fax: 409-839-8828

| DATE | INVOICE NO. |
|------|-------------|
| 8/21/2009 | 18081 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Duplass Zwain Bourgeois Morton Pfister & Weinstock Three Lakeway Center, 29th Floor 3838 North Causeway Blvd. Metairie, LA 70002 | Mr. Joseph Glass |

PAYMENT FOR THIS WORK PRODUCT IS NOT CONTINGENT
UPON YOUR CLIENT'S ABILITY TO PAY NOR THE ABILITY OF
ANY THIRD PARTY TO PAY.

| Rep | Job Code | Tax ID 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 |
|-----|----------|--------------------|
| HPR | D | |

| Description | Amount |
|-------------|--------|
| Copy, Video Depo: Stanley Larson and Michael Harder        8/20/09 | 210.00 |
| MPEG Encoding: | 150.00 |
| Shipping & Handling: FedEx | 30.00 |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation        MDL NO. 1873        Section "N" (5) | |

Our File Number: _06-687-100_ Today's Date: _8/21/09_

File Name: _Hillard/Gisel_

Description: _Video depo of Larson & Harder_

Requested by/Bill Attorney: _ADM/CAB_ Expense Code: _Depo_

Client Approved by: _____



Thank You. We Appreciate Your Business!

| Total | $390.00 |
|-------|---------|
| **Balance Due** | $390.00 |



OLS-9843

S

**COMPLETE LITIGATION SUPPORT**

490 Park, Suite 205
Beaumont, TX 77701
Office: 409-839-8800
Fax: 409-839-8828

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/10/2009 | 18126 |

| BILL TO | SHIP TO |
|---------|---------|
| Duplass Zwain Bourgeois Morton Pfister & Weinstock Three Lakeway Center, 29th Floor 3838 North Causeway Blvd. Metairie, LA 70002 | Mr. Joseph Glass ATTN: Crystle Burns |

PAYMENT FOR THIS WORK PRODUCT IS NOT CONTINGENT UPON YOUR CLIENT'S ABILITY TO PAY NOR THE ABILITY OF ANY THIRD PARTY TO PAY.

| Rep | Job Code | Tax ID 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 |
|-----|----------|--------------------|
| HPR | D | |

| Description | Amount |
|-------------|--------|
| Copy, Video Depo: Stanley Larson    8/20/09 | 140.00 |
| Video Synchronization w/Visionary and Sanctions | 130.00 |
| Copy, Video Depo: Michael Harder    8/20/09 | 70.00 |
| Video Synchronization w/Visionary and Sanctions | 65.00 |
| | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation    MDL No. 1873 | |

Our File Number: 06-GSU-180  Today's Date: 9/14/09

File Name: Hilliard Ge...

Description: Video sync depos of Larson & Harder

Requested by/Bill Attorney: ...  Depo

Client Approved by: _____

*(stamp: CK 106460  OCT 2009  PAID)*

| Thank You. We Appreciate Your Business! | **Total** | $405.00 |
|------------------------------------------|-----------|---------|
| | **Balance Due** | $405.00 |

OLS-10155

DG₁ 09·21·09



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136548 | 9/3/2009 | 61419 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| 1 COPY OF TRANSCRIPT OF: | |
| Stanley Larson | 85.80 |
| 1 COPY OF TRANSCRIPT OF: | |
| Michael Harder | 120.90 |
| **TOTAL DUE >>>** | **$206.70** |

Previously shipped

Our File Number: *06-6561-100* Today's Date: *9/19/09*

File Name: *Hilliard / 6561*

Description: *Copies of Larson & Harder*

Requested by/Bill Attorney: *Ron Hole* Expense Code: *0500*

Client Approved by: _____

**Tax ID:** 72-1177884                    Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-10144

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Invoice No. | : | 136548 |
| Invoice Date | : | 9/3/2009 |
| **Total Due** | : | **$ 206.70** |

| | | |
|---|---|---|
| Job No. | : | 61419 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

5



**A⁺ Conferencing**
*The Highest Graded Service in the Industry*

Duplass Zwain Bourgeous Pfister & Weinstock
Attn To: Janet Dotson
3838 North Causeway Blvd., Suite 2900
Metairie, LA 70003

Payment Term: Net 30
Invoice #:1668977
Invoice Date:8/26/2009
Conference Date:8/20/2009
ConfID: -B01-DY
Cust. #:APC0028348

Reference:Case Name:  FEMA:  Formaldehyde Litigation/ Docket #MDL 07-1873/ Matter #412.00000 (Larson)

| Qty. | Description | Start Time | Passcode | Participant | Unit Cost | Total |
|------|-------------|-----------|----------|-------------|-----------|-------|
| 11 | Mins  of OP Meet Me 800 | 08:50AM | | RYAN MALONE /DUPLASS ZWAIN | $0.200 | $2.200 |

```
*****TAXES*****
SURCHARGES AND ADDITIONAL FEES --- 0.11
```



Our File Number: *06-GSCI-100*  Today's Date: *9/6/09*

File Name: *Hillard/GSCI*

Description: *Conf call*

Requested by/Bill Attorney: *RPM/RMB*  Expense Code: *MSA CONF*

Client Approved by: _____

**Total Minutes Used:11**

OLS-9758

| | |
|---|---|
| Subtotal: | $2.20 |
| Taxes & Fees: | $0.11 |
| Universal Service Fee: | $0.28 |
| Government Fees: | $0.07 |
| Invoice Total: | $2.66 |
| Payment Credit: | $0.00 |
| Total Due Now: | $2.66 |

Effective 07/15/09, government fees will be included on all audio conferencing products. Please MAKE CHECK PAYABLE to A+ Conferencing and include invoice number(s) on your check.

P.O. Box 631089
Houston, TX 77263-1089
www.aplusconferencing.com

888-239-3969
Fax= 713-780-5931
Phone= 713-954-6600

*Smt Set up under (# 2122 )*
*07-28-09*

# INVOICE

**Tiffany Alley & Associates**
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51028 | 7/7/2009 | 28130 |
| **Job Date** | **Case No.** | |
| 6/23/2009 | | |
| **Case Name** | | |
| In Re: FEMA Trailer | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Joseph Little | 704.55 |
| Joseph Little - Video | 270.00 |
| **TOTAL DUE  >>>** | **$974.55** |

Thank you for your business!

Our File Number: *06-GSC1-100*  Today's Date: *7/15/09*

File Name: *Hilliard /GSC1*

Description: *Depo & Video of Joseph Little*

Requested by/Bill Attorney: *Gro n/Dela*  Expense Code: *Depo*

Client Approved by: _____

**Tax ID:** 58-1952135                                Phone: 504.832.3700   Fax:504.837.3119

---

*Please detach bottom portion and return with payment.*

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-8936

Remit To: **Tiffany Alley & Associates**
          **400 Perimeter Center Terrace, Suite 900**
          **Atlanta, GA 30346**

Job No.      : 28130         BU ID     : 1-TA&A
Case No.     :
Case Name  : In Re: FEMA Trailer

Invoice No.  : 51028           Invoice Date : 7/7/2009
**Total Due**   : **$ 974.55**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

106337

$873.10

Amount
873.10

9/21/2009

Inv.Date
09-10-2009

# DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK

2292    A.William Roberts, Jr., & Associate

Matter I.D.    Cost Code    Inv.No.
GSCI-06100    DEPO    145088

G/L Acct.
2000-0000

DELUXE CORP· 1+800-328-0304  www.deluxeforms.com

# Invoice

**A. William Roberts, Jr., & Associates**
Registered Professional Reporters
1200 Woodruff Road, A-3
Greenville, SC 29607
Phone (864) 234-7030 • Fax (866) 390-3376
Toll Free (800) 743-3376
www.scheduledepo.com

| | |
|---|---|
| **Job #:** | 090825KSM |
| **Job Date:** | 08/25/2009 |
| **Order Date:** | 08/25/2009 |
| **DB Ref#:** | |
| **Date of Loss:** | / / |
| **Your Client:** | Gulf Stream Coach, Inc. |

| | |
|---|---|
| **Invoice #:** | 145088 |
| **Inv.Date:** | 09/10/2009 |
| **Balance:** | $873.10 |

**Bill To:**
Mr. Kevin R. Derham
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Suite 2900
Metairie, LA 70002

**Action:** FEMA Trailer Formaldehyde Products
vs
Liability Litigation
**Action #:** 1873
**Rep:** KSM
**Cert:**

| Item | Proceeding/Witness | Description | Disc.Amt. | Amount |
|---|---|---|---|---|
| 1 | Dave Michael Methot | Copy of Transcript | $0.00 | $560.00 |
| 2 | Dave Michael Methot | PDF Scanned Exhibits | $0.00 | $136.85 |
| 3 | Dave Michael Methot | Exhibits | $0.00 | $101.25 |
| 4 | Dave Michael Methot | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 5 | | Shipping & Handling | $0.00 | $75.00 |

| | |
|---|---|
| Sub Total | $873.10 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $873.10 |
| Payment | $0.00 |
| **Balance Due** | **$873.10** |

**Comments:**

**Terms:** Net 30 Days @ 1.5%

**Federal Tax I.D.:** 57-0762990

*Please KEEP THIS PART for YOUR RECORDS*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

OLS-10104

SEP 2009 PAID

---

**REMIT TO:**

A. William Roberts, Jr. & Associates, Inc.
46-A State Street
Charleston, SC 29401

**Bill To:**
Mr. Kevin R. Derham
Duplass, Zwain, Bourgeois, Pfister & Weinstock

**Deliver To:**
Mr. Kevin R. Derham
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Suite 2900
Metairie, LA 70002

| | |
|---|---|
| **Invoice #:** | 145088 |
| **Inv.Date:** | 09/10/2009 |
| **Balance:** | $873.10 |
| **Job #:** | 090825KSM |
| **DB Ref#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | Gulf Stream Coach, Inc. |



**Conferencing**
*The Highest Graded Service in the Industry*

DG entered

Duplass Zwain Bourgeous Pfister & Weinstock
Attn To: Janet Dotson
3838 North Causeway Blvd., Suite 2900
Metairie, LA 70003

✓ Jmℓ

Payment Term: Net 30
Invoice #:1669142
Invoice Date:8/26/2009
Conference Date:8/25/2009
ConfID: -B01-DY
Cust. #:APC0028348

Reference:Case Name: FEMA: Formaldehyde Litigation/ Docket #MDL 07-1873/ Matter #412.00000 (Methot))

| Qty. | Description | Start Time | Passcode | Participant | Unit Cost | Total |
|------|-------------|------------|----------|-------------|-----------|-------|
| 157 | Mins. of OP Meet Me 800 | 08:40AM | | PHILIP WATSON /DUPLASS ZWAIN | $0.200 | $31.400 |
| 187 | Mins. of OP Meet Me 800 | 08:40AM | | KEVIN DIRHAM /DUPLASS ZWAIN | $0.200 | $37.400 |

*****TAXES*****

SURCHARGES AND ADDITIONAL FEES --- 3.44

Our File Number: 04-6051-100   Today's Date: 9/5/09

File Name: Howard/Gray

Description: Conf call

Requested by/Bill Attorney: ADM/cab   Expense Code: CONF

Client Approved by: _____

04-106288
-16th
SEP 2009
PAID

Total Minutes Used:344

[barcode]
OLS-9757

Subtotal: $68.80
Taxes & Fees: $3.44
Universal Service Fee: $8.88
Government Fees: $2.06
Invoice Total: $83.18
Payment Credit: $0.00

Total Due Now: $83.18

Effective 07/15/09, government fees will be included on all audio conferencing products. Please MAKE CHECK PAYABLE to A+ Conferencing and include invoice number(s) on your check.

P.O. Box 631089   888-239-3969
Houston, TX 77263-1089   Fax= 713-780-5931
www.aplusconferencing.com   Phone= 713-954-6600

5

# Midwest Reporting, Inc.



## Court Reporters

Number: 90909-1

Date:   August 04, 2009

**Bill To:**

Mr. Andrew D. Weinstock
Duplass Zwain Bourgeois Pfister & We
29th Floor, Three Lakeway Center
3838 North Causeway Boulevard
Metairie, LA 70002

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| July 31, 2009 | August 4, 2009 | | Angela |

| Description | Amount |
|---|---|
| In Re: The FEMA Trailer Formaldehye Products Liability Litigation<br>Charlie Age, et al -vs- Gulf Stream Coach, Inc., et al | |
| Deposition of Scott Bailey | |
| 31 pages one copy w/miniscript and E-trans | 68.55 |
| Shipping & Handling | 9.00 |
| 50 exhibit copies w/CD | 13.00 |

Our File Number: _OG-4501-100_   Today's Date: _8/10/09_

File Name: _Hillard/Gael_

Description: _Depo of S. Bailey_

Requested by/Bill Attorney: _Andrew h_   Expense Code: _Depo_



Client Approved by: _____

### PAYMENT DUE UPON RECEIPT!
### THANK YOU

OLS-9213

| | Total | $90.55 |

*1448 Lincolnway East*
*South Bend, Indiana  4661...*

*Phone (800) 270-3121*        *(574) 288-424...*
*Fax (574) 288-5441*



26   08-10-09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135860 | 8/4/2009 | 60852 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/29/2009 | 1873 | |
| | **CASE CAPTION** | |
| | In Re: FEMA Trailer Formaldehyde products Liability Litigation | |
| | **TERMS** | |
| | Net 30 | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

---

1 COPY OF TRANSCRIPT OF:
  Leonard C. Quick, P.E.                                                        639.05

                                                **TOTAL DUE  >>>**      **$639.05**

Transcript previously shipped

Our File Number: 06-10511-100   Today's Date: 8/10/09

File Name: Hayward / Gpcu

Description: Depo of L. Quick

Requested by/Bill Attorney: AORPBD   Expense Code: 1590

Client Approved by:

**Tax ID:** 72-1177884                        Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| Invoice No. | : | 135860 |
|---|---|---|
| Invoice Date | : | 8/4/2009 |
| **Total Due** | : | **$ 639.05** |

OLS-9202

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| Job No. | : | 60852 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

DG 09·21·09



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136612 | 9/9/2009 | 61450 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/5/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| Net 30 | | |

Video services and creation of DVT for the deposition of:

Jeremiah Scott                                                                     261.25

**TOTAL DUE >>>            $261.25**

Our File Number: _06 - Casel - 100_  Today's Date: _9/14/09_

File Name: _Halard/Casel_

Description: _Video Depo of Jeremiah Scott_

Requested by/Bill Attorney: _Adams/Reus_  Expense Code: _Depo_

Client Approved by: _____

**Tax ID:** 72-1177884                          Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-10145

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Invoice No. | : | 136612 |
| Invoice Date | : | 9/9/2009 |
| **Total Due** | : | **$ 261.25** |

| | | |
|---|---|---|
| Job No. | : | 61450 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

5

DG  09.21.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

✓ Imé

Watson, Phillip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136584 | 9/8/2009 | 61414 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/5/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| Net 30 | | |

ORIGINAL TRANSCRIPT OF:

Jeremiah Scott                                                                      297.70

**TOTAL DUE >>>**                    **$297.70**

Previously shipped

Our File Number: _06-6861-100_ Today's Date: _9/14/09_

File Name: _La Nard/Insel_

Description: _Depo of J. Scott_

Requested by/Bill Attorney: _Duplass_ Expense Code: _Depo_

Client Approved by: _____

**Tax ID: 72-1177884**                              Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

||||||||||||||||||||||
OLS-10143

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Invoice No.   :  136584
Invoice Date  :  9/8/2009
**Total Due**     :  **$ 297.70**

Job No.    :  61414
BU ID      :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products Liability Litigation

S

*DG entered*

# INVOICE


**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110377 | 9/2/2009 | 47382 |
| **Job Date** | **Case No.** | |
| 6/2/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

VIDEOGRAPHER FEES (VIDEO SYNC):
Various Witnesses                                                          595.00

**TOTAL DUE >>>**        **$595.00**
AFTER 10/2/2009 PAY        $624.75

Thank you. Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

SEP 2009
PAID

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

OLS-9896

| | | | |
|---|---|---|---|
| Job No. | : 47382 | BU ID | : REFERRAL |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 110377 | Invoice Date | : 9/2/2009 |

**Total Due** : **$ 595.00**
AFTER 10/2/2009 PAY $624.75

| **PAYMENT WITH CREDIT CARD** | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# INVOICE



**Richardson**
ᴅᴇᴘᴏsɪᴛɪᴏɴ sᴇʀᴠɪᴄᴇs
*Unizing the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108636 | 6/2/2009 | 47199 |
| **Job Date** | **Case No.** | |
| 5/28/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

---

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| James F. Shea | 1,009.69 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Philip S. Sarvari | 193.00 |
| **TOTAL DUE >>>** | **$1,202.69** |
| AFTER 6/22/2009  PAY | $1,262.82 |

Thank you. Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

Our File Number: 06 - 6501- 100    Today's Date: 6/8/09
File Name: Hilliard/6501
Description: Depos of Shea & Sarvari
Requested by/for Attorney ADW/aRD Expense Code: Dep
Client Approved by:

≈ TL
CK 105277
JUN 2009
**PAID**

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002



OLS-7780

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

Job No.     : 47199                           :SRA
Case No.    : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
              Litigation
Invoice No. : 108636          Invoice Date : 6/2/2009
**Total Due  : $ 1,202.69**
AFTER 6/22/2009  PAY $1,262.82

| **PAYMENT WITH CREDIT CARD** | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

5

# INVOICE



One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108799 | 6/9/2009 | 47200 |

| Job Date | Case No. | |
|---|---|---|
| 5/28/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

VIDEOGRAPHER FEES:

30(b)(6) Gulf Stream Coach, Inc. James Shea, Phillip Savari

| | | |
|---|---|---|
| Duplication | 9.00 | 315.00 |
| DVD/CD disc(s) | 9.00 | 18.00 |
| Video Postage | | 15.00 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$348.00** |
| AFTER 7/9/2009  PAY | $365.40 |

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

| | |
|---|---|
| (-) Payments/Credits: | 348.00 |
| (+) Finance Charges/Debits: | 17.40 |
| (=) New Balance: | 0.00 |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| Job No. | : 47200 | BU ID | : REFERRAL |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 108799 | Invoice Date | : 6/9/2009 |
| **Total Due** | : **$0.00** | | |

Remit To:  **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**

AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

*Uniting the Power of People and Technology*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108636 | 6/2/2009 | 47199 |
| **Job Date** | **Case No.** | |
| 5/28/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| James F. Shea | | 1,009.69 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Philip S. Sarvari | | 193.00 |

**TOTAL DUE  >>>**          **$1,202.69**
AFTER 6/22/2009  PAY          $1,262.82

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.



Our File Number: 06 · GSEL-100   Today's Date: 6/8/09
File Name: Hillard/Gsel
Description: Depas of Shen & Sarvari
Requested by/Bill Attorney: ADW/WB   Expense Code: Depo
Client Approved by: _____

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | |
|---|---|---|
| Job No. | : | 47199 |
| Case No. | : | MDL No. 1873 |
| Case Name | : | FEMA Trailer Formaldehyde Products Liability Litigation |
| Invoice No. | : | 108636 |

Invoice Date  : 6/2/2009

**Total Due**  :  **$ 1,202.69**
AFTER 6/22/2009  PAY  $1,262.82



OLS-7780

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

*Uniting the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108760 | 6/8/2009 | 47381 |
| **Job Date** | **Case No.** | |
| 6/2/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Scott Pullin | 568.84 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Burl B. Keel, III | 401.02 |

**TOTAL DUE  >>>**           **$969.86**
AFTER 6/28/2009  PAY          $1,018.35

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

Our File Number: *06-45C1-100*     Today's Date: *6/11/09*

File Name: *Hilard /45C I*

Description: *Transcript of Scott Pullin + BKeel*

Requested by/Bill Attorney: *ADW/Kim*     Expense Code: *DEPO*

Client Approved by: _____

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| Job No. | : 47381 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 108760 | Invoice Date | : 6/8/2009 |
| **Total Due** | **: $ 969.86** | | |

AFTER 6/28/2009  PAY  $1,018.35



OLS-7817

**Remit To:  Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**     AMEX   MC   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____     Phone#: _____

Billing Address: _____

Zip: _____     Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____