

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110377 | 9/2/2009 | 47382 |

| Job Date | Case No. | |
|---|---|---|
| 6/2/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

VIDEOGRAPHER FEES (VIDEO SYNC):

Various Witnesses                                                                595.00

**TOTAL DUE  >>>**          **$595.00**
AFTER 10/2/2009  PAY         $624.75

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| Job No. | : 47382 | BU ID | : REFERRAL |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 110377 | Invoice Date | : 9/2/2009 |

**Total Due** : **$ 595.00**
AFTER 10/2/2009  PAY  $624.75

OLS-9896

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Stewart Richardson & Associates, Inc.
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204**

# I N V O I C E



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108804 | 6/9/2009 | 47382 |

| Job Date | Case No. | |
|---|---|---|
| 6/2/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

VIDEOGRAPHER FEES:

    Scott Pullin, Burl Keel, III

| | | |
|---|---|---|
| Duplication | 10.00 | 350.00 |
| DVD/CD disc(s) | 10.00 | 20.00 |
| Video Postage | | 15.01 |

**TOTAL DUE >>>**         **$385.01**

AFTER 7/9/2009  PAY         $404.26

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

| | |
|---|---|
| (-) Payments/Credits: | 385.01 |
| (+) Finance Charges/Debits: | 19.25 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | | | |
|---|---|---|---|---|---|
| Job No. | : | 47382 | BU ID | : REFERRAL | |
| Case No. | : | MDL No. 1873 | | | |
| Case Name | : | FEMA Trailer Formaldehyde Products Liability Litigation | | | |
| Invoice No. | : | 108804 | Invoice Date | : 6/9/2009 | |
| **Total Due** | : | **$0.00** | | | |

Remit To:  **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**

AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**Richardson**
*Growing the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3787

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108760 | 6/8/2009 | 47381 |

| Job Date | Case No. | |
|---|---|---|
| 6/2/2009 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

---

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Scott Pullin | 568.84 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Burl B. Keel, III | 401.02 |
| | **TOTAL DUE >>>** $969.86 |
| | AFTER 6/28/2009 PAY $1,018.35 |

Thank you. Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

Our File Number: _06-6501-100_     Today's Date: _6/11/09_

File Name: _Hilard / HSPI_

Description: _Transcript of Scott Pullin + B Keel_

Requested by/BU Attorney: _ADWIIKIM_     Expense Code: _DEPO_

Client Approved by: _____



**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

---

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

OLS-7817

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

| | | | |
|---|---|---|---|
| Job No. | : 47381 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 108760 | Invoice Date | : 6/8/2009 |
| **Total Due** | **: $ 969.86** | | |
| AFTER 6/28/2009 PAY $1,018.35 | | | |

**PAYMENT WITH CREDIT CARD**     AMEX   [ ]   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____     Phone#: _____
Billing Address: _____
Zip: _____     Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**DEPOSITION SERVICES**

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108799 | 6/9/2009 | 47200 |

| Job Date | Case No. | |
|---|---|---|
| 5/28/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

VIDEOGRAPHER FEES:

30(b)(6) Gulf Stream Coach, Inc. James Shea, Phillip Savari

| | | |
|---|---|---|
| Duplication | 9.00 | 315.00 |
| DVD/CD disc(s) | 9.00 | 18.00 |
| Video Postage | | 15.00 |

**TOTAL DUE  >>>**                    **$348.00**
AFTER 7/9/2009  PAY                  $365.40

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

| | |
|---|---|
| (-) Payments/Credits: | 348.00 |
| (+) Finance Charges/Debits: | 17.40 |
| (=) New Balance: | 0.00 |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | | |
|---|---|---|---|---|
| Job No. | : | 47200 | BU ID | : REFERRAL |
| Case No. | : | MDL No. 1873 | | |
| Case Name | : | FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : | 108799 | Invoice Date | : 6/9/2009 |
| **Total Due** | : | **$0.00** | | |

Remit To:  **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

*Uniting the Power of People and Technology*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108747 | 6/8/2009 | 47379 |
| **Job Date** | **Case No.** | |
| 6/1/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Brian Shea | 193.76 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Daniel Shea | 719.31 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Elizabeth Ganiere (Gulf Stream Coast 30(b)(6)) | 72.92 |
| **TOTAL DUE >>>** | **$985.99** |
| AFTER 6/28/2009 PAY | $1,035.29 |

Thank you. Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

Our File Number: *06-1611100*    Today's Date: *6/11/09*

File Name: *Hilberd /HSCT*

Description: *Transcript of B Shea, D Shea & Ganiere*

Requested by/Bill Attorney: *ADW /KLM*    Expense Code: *DEPO*

Client Approved by: _____


JUN 2009

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

OLS-7805

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

| | | | |
|---|---|---|---|
| Job No. | : 47379 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 108747 | Invoice Date | : 6/8/2009 |

**Total Due** : **$ 985.99**
AFTER 6/28/2009 PAY $1,035.29

| **PAYMENT WITH CREDIT CARD** | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108636 | 6/2/2009 | 47199 |

| Job Date | Case No. | |
|---|---|---|
| 5/28/2009 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| James F. Shea | 331.00 | Pages | 645.45 |
| Exhibit | 83.00 | Pages | 23.24 |
| Rough ASCII | 311.00 | Pages | 311.00 |
| Reduced Transcript | | | 15.00 |
| Word index | | | 15.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Philip S. Sarvari | 52.00 | Pages | 101.40 |
| Exhibit | 20.00 | Pages | 5.60 |
| Rough ASCII | 41.00 | Pages | 41.00 |
| Reduced Transcript | | | 15.00 |
| Word index | | | 15.00 |
| P&H - Copy | | | 15.00 |

**TOTAL DUE >>>   $1,202.69**

AFTER 6/22/2009 PAY   $1,262.82

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | | |
|---|---|---|---|---|
| Job No. | : 47199 | | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | | |
| Invoice No. | : 108636 | | Invoice Date | : 6/2/2009 |
| **Total Due** | : **$0.00** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108636 | 6/2/2009 | 47199 |
| **Job Date** | **Case No.** | |
| 5/28/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

|  |  |
|---|---|
| (-) Payments/Credits: | 1,202.69 |
| (+) Finance Charges/Debits: | 60.13 |
| (=) New Balance: | **0.00** |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| Job No. | : | 47199 | BU ID | : SRA |
|---|---|---|---|---|
| Case No. | : | MDL No. 1873 | | |
| Case Name | : | FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : | 108636 | Invoice Date | : 6/2/2009 |
| **Total Due** | : | **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108760 | 6/8/2009 | 47381 |

| Job Date | Case No. | |
|---|---|---|
| 6/2/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Scott Pullin | 261.00 | Pages | 508.95 |
| Exhibit | 48.00 | Pages | 13.44 |
| Color Exhibits (Hard copy) | | | 1.45 |
| Reduced Transcript | | | 15.00 |
| ASCII disk | | | 15.00 |
| Word index | | | 15.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Burl B. Keel, III | 173.00 | Pages | 337.35 |
| Exhibit | 13.00 | Pages | 3.64 |
| Reduced Transcript | | | 15.00 |
| ASCII disk | | | 15.00 |
| Word index | | | 15.00 |
| P&H - Copy | | | 15.03 |

**TOTAL DUE >>>**      **$969.86**

AFTER 6/28/2009 PAY      $1,018.35

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

Job No.   :   47381      BU ID     : SRA

Case No.   :   MDL No. 1873

Case Name   :   FEMA Trailer Formaldehyde Products Liability Litigation

Invoice No.   :   108760      Invoice Date   : 6/8/2009

**Total Due**   :   **$0.00**

**Remit To:**   **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108760 | 6/8/2009 | 47381 |
| **Job Date** | **Case No.** | |
| 6/2/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

| | |
|---|---|
| (-) Payments/Credits: | 969.86 |
| (+) Finance Charges/Debits: | 48.49 |
| (=) New Balance: | **0.00** |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS & MORTON, PLC
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA 70002

| | | | |
|---|---|---|---|
| Job No. | : 47381 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 108760 | Invoice Date | : 6/8/2009 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**



# INVOICE

## PROFESSIONAL SHORTHAND
## REPORTERS, INC.
**New Orleans (504) 529-5255**
**Baton Rouge (225) 924-3488**
**Shreveport (318) 213-1055**
# 1-800-536-5255



| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135194 | 7/6/2009 | 60506 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Video services on the deposition of:
   Alana Alexandra                                 878.75

Video services on the deposition of:
   Christopher Cooper                              190.00

**TOTAL DUE  >>>**     **$1,068.75**

Our File Number: *06-G561-100* Today's Date: *7/7/09*

File Name: *Hilliard/G561*

Description: *Video depos of Alexander & Cooper*

Requested by Attorney: *Don/GB* Expense Code: *Repo*

Client Approved by: _____

**Tax ID:** 72-1177884                Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.   :  135194
Invoice Date  :  7/6/2009
**Total Due**    :  **$ 1,068.75**



OLS-8111

Remit To: **PSR Video Services**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

Job No.     :  60506
BU ID      :  3-VIDEO
Case No.    :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135533 | 7/20/2009 | 60062 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:

Alana Alexander                                                                791.70

**TOTAL DUE  >>>**               **$791.70**

Condensed transcript sent to witness for reading & signing

Transcript previously shipped

Our File Number: *06-6951-100*   Today's Date: *7/28/09*

File Name: *Hillard/6951*

Description: *Depo of Alana Alexander*

Requested by/Bill Attorney: *Rowjenb*   Expense Code: *Depo*

Client Approved by: _____

**Tax ID:** 72-1177884                          Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| Invoice No. | : 135533 |
| Invoice Date | : 7/20/2009 |
| **Total Due** | : **$ 791.70** |



OLS-8916

| | |
|---|---|
| Job No. | : 60062 |
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135931 | 8/10/2009 | 60907 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Video services on the deposition of:
Alana Alexander

200.00

TOTAL DUE >>>     **$200.00**

Our File Number: _OU-6321-102_  Today's Date: _8/13/09_

File Name: _Hillard/Cazes_

Description: _Video depo of Alexander ( 8/6/09)_

Requested by/Bill Attorney: _AD w/code_  Expense Code: _depo_

Client Approved by: _____

**Tax ID:** 72-1177884

Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.    : 135931
Invoice Date  : 8/10/2009
**Total Due    : $ 200.00**

OLS-9492

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.    : 60907
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

entered 6·21·c
DG



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136020 | 8/12/2009 | 60906 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |

| CASE CAPTION | | |
|---|---|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |

| TERMS |
|---|
| Net 30 |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
  Alana Alexander (Volume 2)                                                       243.60
ORIGINAL TRANSCRIPT OF:
  Andrew Thomas Cristina                                                           191.55

                                                    TOTAL DUE >>>          **$435.15**

Condensed transcript sent to deponent for reading & signing

Transcript was previously shipped

Our File Number: *06 - CRISTINA* Today's Date: *8/15/09*

File Name: *Hillard/Gaser*

Description: *Depo of Alexander (Vol II) & A. Cristina*

Requested by/Bill Attorney: *ANN/CMO* Expense Code: *0900*

Client Approved by:

**Tax ID:** 72-1177884                           Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.     : 136020
Invoice Date    : 8/12/2009
Total Due       : $ 435.15

OLS-9429

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 60906
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products
             Liability Litigation

DG 09·28·09



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136789 | 9/14/2009 | 60907 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
  Andy Cristina — 75.00
DVT of the the deposition of:
  Alana Alexander — 75.00

**TOTAL DUE >>>   $150.00**

Previously delivered.

*[handwritten notes]*
Today's Date: 9/17/09
Halaid CSCT
Depo on dvd of Alexander
ADW  Expense Code: DEPO

**Tax ID:** 72-1177884                    Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-8265

Remit To: **PSR Video Services**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

| | | |
|---|---|---|
| Invoice No. | : | 136789 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 150.00** |

| | | |
|---|---|---|
| Job No. | : | 60907 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

5



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135929 | 8/10/2009 | 60907 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Video services on the deposition of:
Andy Cristina                                                        200.00

TOTAL DUE >>>                              **$200.00**

Our File Number: _16-6561-100_  Today's Date: _8/13/09_

File Name: _Hilliard 6561_

Description: _Video depo of A. Cristina_

Requested by/Bill Attorney: _Duplass_  Expense Code: _depo_

Client Approved by: _____

**Tax ID:** 72-1177884                              Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.    :  135929
Invoice Date  :  8/10/2009
**Total Due**    :  **$ 200.00**

OLS-9493

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.      :  60907
BU ID        :  3-VIDEO
Case No.     :  1873
Case Name    :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136015 | 8/12/2009 | 60975 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
    Dr. George Farber                                                                        323.50

                                                     **TOTAL DUE  >>>**     **$323.50**

Transcript was previously shipped

Our File Number _NL-case5-100_ Today's Date _8/16/09_

File Name: _Hildreal/GSEU_

Description: _Depo of G. Farbra_

Requested by/Bill Attorney _AON/ob_ Expense Code _Depo_

Client Approved by _____

**Tax ID:** 72-1177884                                     Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 290~
Metairie, LA 70002-1767

OLS-9490

| | | |
|---|---|---|
| Invoice No. | : | 136015 |
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 323.50** |

| | | |
|---|---|---|
| Job No. | : | 60975 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **Professional Shorthand Reporters, Inc.**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

 **Knight & Associates**

Post Office Box 841
Beulaville, NC 28518

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2009 | 321 |

(910)323-2048 (919)552-7816 (910)290-5134

**Bill To**

Duplass Zwain Bourgeois
Philip G. Watson
Three Lakeway Center, 29th Floor
3838 N. Causeway Blvd.
Metairie, LA 70002

| Case Name | Tax ID 26-1845163 |
|-----------|-------------------|
| FEMA | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 7/13/09 Deposition of Mark Polk | | | |
| Transcript copy | 264 | 2.25 | 594.00 |
| Exhibits | 37 | 0.25 | 9.25 |
| Postage/handling | 1 | 15.00 | 15.00 |

Our File Number: *06-6811-100* Today's Date: *8/5/09*

File Name: *Hillard/Gaskill*

Description: *Depo of Mark Polk*

Requested by/Bill Attorney: *AP W/OMD* Expense Code: *Depo*

Client Approved by: _____

OLS-9251

| | Total | $618.25 |
|-|-------|---------|

| Unpaid invoices will incur a finance charge of 1.5% per month (18% APR) after 30 days. | **Balance Due** | $618.25 |





VIDEO VISIONS, INC.
1701 Walden Meadow Drive
Apex, North Carolina 27523
919-387-8788

**Invoice No. VV-09-232**

# INVOICE

| Customer | | | |
|---|---|---|---|
| Name | Duplass, Zwain, Bourgeois, Pfister & Weinstock | Bill Date | 8/27/2009 |
| Address | 3838 N. Causeway Boulevard, Suite 2900 | Deponent | Mark J. Polk |
| City | Metairie      State LA      70002 | Location | Fayetteville, NC |
| Phone | 504.832.3700 | Case # | MDL No. 1873 Sec. N 5 |

| Qty | Attorney/Firm Deposition Description | Unit Price | TOTAL |
|---|---|---|---|
| | *In re:* | | |
| | *Fema Trailer Formaldehyde Products Liability Litigation* | | |
| 1 | Synchronized Video/Transcript of the Mark J. Polk deposition taken July 13, 2009 requested by Carmen Motes. | $310.05 | $310.05 |

Our File Number: *NC-GP1-100*   Today's Date: *8/09/09*

File Name: *Ballard/Estel*

Description: *Video depo of M. Polk*

Requested by/Bill Attorney: *Bourlos*   Expense Code: *090*

Client Approved by:

**PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT**
**THANK YOU**

| | | |
|---|---|---|
| | subtotal | $310.05 |
| | Shipping & Handling | $68.00 |
| | Taxes | |
| | **TOTAL** | $378.05 |

**Payment Details**

○
● **Due Upon Receipt**
○

**NOTE: FOR YOUR RECORDS**
**Video Visions Tax Id #**
**56-1779770**

# INVOICE # VV-09-232



*A copy of videotape(s) retained by Video Visions for twelve (12) months*

The
CA-10G-153
SEP 2009
PAID

*Thank you for placing your confidence in Video Visions, Inc.*

OLS-9732



*Smf oct-up vendor (# 2174 )*
*07-27-09*



VIDEO VISIONS, INC.
1701 Walden Meadow Drive
Apex, North Carolina 27523
919-387-8788

**Invoice No. VV-09-183**

## INVOICE

| Customer | | Bill Date | 7/14/2009 |
|---|---|---|---|
| **Name** | Duplass Zwain Bourgeois Pfister & Weinstock | **Bill Date** | 7/14/2009 |
| **Address** | 3838 North Causeway Blvd., Three Lakeway Ctr., Ste 2900 | **Deponent** | Mark J. Polk |
| **City** | Metairie    **State** LA    70002 | **Location** | Fayetteville, NC |
| **Phone** | 504.832.3700   Fax 504.837.3119 | **Case #** | MDL 1873 Sec. N 5 |

| Qty | Attorney/Firm Deposition Description | Unit Price | TOTAL |
|---|---|---|---|
| | *In re:*<br>*Ferna Trailer Formaldehyde Products Liability Litigation* | | |
| 1 | DVD copy of the video deposition of Mark J. Polk taken July 13, 2009 requested by Attorney Philip G. Watson representing the law firm of Duplass Zwain | $95.40 | $95.40 |
| | Our File Number: *A6-6561-100*  Today's Date: *7/23/09* | | |
| | File Name: *Hillard / GSU* | | |
| | Description: *Video of depo of Mark Polk* | | |
| | Requested by/Bill Attorney: *Adams/GSU3*  Expense Code: *Depo* | | |
| | Client Approved by: _____ | | |
| | | subtotal | $95.40 |
| | | Shipping & Handling | $15.00 |
| | | Taxes | |
| | | **TOTAL** | $110.40 |

**Payment Details**

○
◉ **Due Upon Receipt**
○

**NOTE: FOR YOUR RECORDS**
Video Visions Tax Id #
56-1779770

## INVOICE # VV-09-183

*A copy of videotape(s) retained by Video Visions for twelve (12) months*

*Thank you for placing your confidence in Video Visions, Inc.*



OLS-8908





**A+Conferencing**
*The Highest Graded Service in the Industry*

**Duplass Zwain Bourgeous Pfister & Weinstock**
**Attn To: Janet Dotson**
**3838 North Causeway Blvd., Suite 2900**
**Metairie, LA  70003**

Payment Term: Net 30
Invoice #:1624497
Invoice Date:6/30/2009
Conference Date:6/29/2009
ConfID: -B01-DY
Cust. #:APC0028348

Reference:FEMA: Formaldehyde Litigation/Docket# MDL 07-1873/Matter# 412.00000 (Alana)

| Qty | Description | Start Time | Passcode | Participant | Unit Cost | Total |
|-----|-------------|-----------|----------|-------------|-----------|-------|
| 691 | Mins. of OP Mtg Mic 800 | 07:55AM | | JOE GLASS /DUPLASS ZWAIN | $0.200 | $138.200 |

*****TAXES*****

SURCHARGES AND ADDITIONAL FEES --- 6.91

Our File Number: *04-00501-100*   Today's Date: *7/7/09*

File Name: *Hilliard/Casey*

Description: *Conf. Call*

Requested by/Bill Attorney: *Andrews*   Expense Code: *MISC*



Client Approved by: _____

105 461
JUL 2009
PAID

Total Minutes Used:691

Subtotal: $138.20
Taxes & Fees: $6.91
Universal Service Fee: $15.62

OLS-8113

Invoice Total: $160.73
Payment Credit: $0.00

Total Due Now: $160.73

**Effective 04/01/09 a Universal Service Fee of 11.3% will be included on all audio conferencing products.  Please MAKE CHECK PAYABLE to A+ Conferencing and include invoice number(s) on your check.**

P.O. Box 631089     888-239-3969
Houston, TX 77263-1089   Fax= 713-780-5931
www.aplusconferencing.com  Phone= 713-954-6600



**Conferencing**
*The Highest Graded Service in the industry*

Duplass Zwain Bourgeous Pfister & Weinstock
Attn To: Janet Dotson
3838 North Causeway Blvd., Suite 2900
Metairie, LA 70003

Payment Term: Net 30
Invoice #:1657371
Invoice Date:8/11/2009
Conference Date:8/6/2009
ConfID: 6852-B01-DY
Cust. #:APC0028348

Reference:FEMA: Formaldehyde Litigation/ Docket #MDL 07-1873/ Matter #412.00000 (Password: Alana)

| Qty. | Description | Start Time | Passcode | Participant | Unit Cost | Total |
|------|-------------|------------|----------|-------------|-----------|-------|
| 109 | Mins. of OP Meet Me 800 | 02:55PM | | PHILIP WATSON /DUPLASS ZWAIN | $0.200 | $21.800 |

*****TAXES*****

SURCHARGES AND ADDITIONAL FEES --- 1.09

Our File Number: 06-(GSE)6100   Today's Date: 8/15/09

File Name: Hillard GSE1

Description: Conf call

Requested by/Bill Attorney: PAW/LL   Expense Code: GSE Conf.

Client Approved by: _____



CR 106067
AUG 2009
PAID

Total Minutes Used:109

OLS-9400

Subtotal: $21.80
Taxes & Fees: $1.09
Universal Service Fee: $2.81
Government Fees: $0.65
Invoice Total: $26.35
Payment Credit: $0.00

Total Due Now: $26.35

Effective 07/15/09, government fees will be included on all audio conferencing products. Please MAKE CHECK PAYABLE to A+ Conferencing and include invoice number(s) on your check.

P.O. Box 631089
Houston, TX 77263-1089
www.aplusconferencing.com

888-239-3969
Fax= 713-780-5931
Phone= 713-954-6600



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135330 | 7/10/2009 | 60364 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Video services on the deposition of:
Ericka Alexander

200.00

TOTAL DUE  >>>  **$200.00**

Our File Number: *64-GSCI-100*    Today's Date: *7/13/09*

File Name: *Hillard / GSCI*

Description: *Video depo of Ericka Alexander*

Requested by/Bill Attorney: *ADN/cab*    Expense Code: *Depo*

Client Approved by: _____

**Tax ID:** 72-1177884

Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| Invoice No. | : | 135330 |
|---|---|---|
| Invoice Date | : | 7/10/2009 |
| **Total Due** | : | **$ 200.00** |



OLS-8614

OCT 2009
PAID
CK. 1065666

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| Job No. | : | 60364 |
|---|---|---|
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |