

## PROFESSIONAL SHORTHAND REPORTERS, INC.

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135527 | 7/20/2009 | 60362 |
| JOB DATE | CASE NUMBER | |
| 6/30/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

---

ORIGINAL TRANSCRIPT OF:

Erika Alexander                                                                      428.70

TOTAL DUE  >>>        **$428.70**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: _DG-Casei-100_        Today's Date: _7/03/09_

File Name: _Hillard / Gasei_

Description: _Depo of Ericka Alexander_

Requested by/Bill Attorney: _DZN/WAB_        Expense Code: _Depo_

Client Approved by: _____

**Tax ID:** 72-1177884                                Phone: 504-832-3700    Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.    :  135527
Invoice Date  :  7/20/2009
**Total Due**     :  **$ 428.70**

OLS-8915

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.     :  60362
BU ID       :  1-REP
Case No.    :  1873
Case Name   :  In Re: FEMA Trailer Formaldehyde products
               Liability Litigation

DG 09.28.09



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136794 | 9/14/2009 | 60364 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
  Erika Alexander                                                          75.00

                                                    **TOTAL DUE >>>**        **$75.00**

Previously delivered.

Our File Number: _06· HSC/·1 QO_  Todays Date: _9/18/0 §_

File Name: _Willard / Hall_

Description: _deposition of Erika Alexander_

Requested by/Bill Attorney: _ADU_  Expense Code: _DEPO_

Client Approved by: _____

**Tax ID: 72-1177884**                          Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 136794 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 75.00** |

OLS-8260

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60364 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

5





**Conferencing**
*The Highest Graded Service in the Industry*

**Duplass Zwain Bourgeous Pfister & Weinstock**
**Attn To: Janet Dotson**
**3838 North Causeway Blvd., Suite 2900**
**Metairie, LA  70003**

**Payment Term: Net 30**
**Invoice #:1624797**
**Invoice Date:7/2/2009**
**Conference Date:6/30/2009**
**ConfID: -B01-DY**
**Cust. #:APC0028348**

**Reference:FEMA: Formaldehyde Litigation/Docket# MDL 07-1873/Matter# 412.00000 (Ericka)**

| Qty | Description | Start Time | Passcode | Participant | Unit Cost | Total |
|-----|-------------|-----------|----------|-------------|-----------|-------|
| 84 | Mins. of OP Meet Me 800 | 07:55AM | | JOE GLASS /DUPLASS ZWAIN | $0.200 | $16.800 |

*****TAXES*****

SURCHARGES AND ADDITIONAL FEES --- 0.84

Our File Number: *DL - Ca501 - 100* Today's Date: *7/2/09*

File Name: *Hillard/ GSC*

Description: *Conf. Call*

Requested by/Bill Attorney: *RPN/CRB* Expense Code: *RATE/CONF*

Client Approved by:_____



**Total Minutes Used:84**

**Subtotal:  $16.80**
**Taxes & Fees:  $0.84**
**Universal Service Fee:  $2.05**

**Invoice Total:  $19.69**
**Payment Credit:  $0.00**

OLS-8112

**Total Due Now:  $19.69**

Effective 07/01/09 a Universal Service Fee of 12.2% will be included on all audio conferencing products.  Please MAKE CHECK PAYABLE to A+ Conferencing and include invoice number(s) on your check.

P.C. Box 631089 | 888-239-3969
Houston, TX 77263-1089 | Fax= 713-780-5931
www.aplusconferencing.com | Phone= 713-954-6600

SMP 07.27.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE  NO. | DATE | JOB NUMBER |
|---|---|---|
| 135444 | 7/15/2009 | 60641 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

---

1 COPY OF TRANSCRIPT OF:

    Shirley J. Alexander

401.50

**TOTAL DUE  >>>**    **$401.50**

Transcript was previously shipped

Our File Number: *04-GSCI-100*  Today's Date: *7/23/09*

File Name: *Hilliard/GSCI*

Description: *Depo of Shirley Alexander*

Requested by/Bill Attorney: *Adams*  Expense Code: *Depo*

Client Approved by: _____

---

**Tax ID:** 72-1177884                                        Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment.*

---

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| Invoice No. | : 135444 |
| Invoice Date | : 7/15/2009 |
| **Total Due** | : **$ 401.50** |



OLS-8887

2
CR. 106504
OCT 2009
PAID

Remit To:  **Professional Shorthand Reporters, Inc.**
          **601  Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

| | |
|---|---|
| Job No. | : 60641 |
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

5

DG  09·28·09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136800 | 9/14/2009 | 60642 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
Shirley Alexander                                                            180.00

                                                    TOTAL DUE  >>>        **$180.00**

Previously delivered.

Our File Number: _Ol·l·3C/·100_   Today's Date: _9/18/09_

File Name: _Hillard/Hill_

Description: _deposition of Shirley Alexander_

Requested by/Bill Attorney: _ADW_   Expense Code: _Dt-DO_

Client Approved by: _____

**Tax ID:** 72-1177884                    Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 136800 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 180.00** |

OLS-I0174

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60642 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

S

# NAEGELI REPORTING CORPORATION

**Portland, OR**
**(503) 227-1544**



**Seattle, WA**
**(206) 622-3376**

**Spokane, WA**
**(509) 838-6000**

**Coeur d'Alene, ID**
**(208) 667-1163**

*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

**DEWEY M. SCANDURRO ESQUIRE**
**SCANDURRO AND LAYRISSON**
607 SAINT CHARLES AVENUE
NEW ORLEANS,LA 70130

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 07/20/2009 | | |
| **Case\Assg No.** | 11303-1 | **Invoice #** | 37342 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 07/31/2009 |

*COPY / INDEX / CONDENSED / VIDEO DEPOSITION OF  G. GRAHAM  ALLAN*

**Remarks**
TRANSCRIPT $1,034.40, EXHIBITS $135.00, DELIVERY $95.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $1,264.40 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $1,264.40 |
| **Balance Due** | $.00 |

**Net Terms:  30 Days**

**Phone:  (800) 528-3335**

**Fax:  (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
   Please Make Checks Payable to:

**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

| | | | | | | | | | | | | | | | |  | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card #                                     Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

**Portland, OR**
**(503) 227-1544**



**Seattle, WA**
**(206) 622-3376**

**Spokane, WA**
**(509) 838-6000**

**Coeur d'Alene, ID**
**(208) 667-1163**

*www.naegelireporting.com*

*DEWEY M. SCANDURRO ESQUIRE*
**SCANDURRO AND LAYRISSON**
607 SAINT CHARLES AVENUE

NEW ORLEANS,LA 70130

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 07/20/2009 | | |
| **Case\Assg No.** | 11303-1 | **Invoice #** | 37343 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 07/31/2009 |

*VIDEOGRAPHER MEDIA COPY / DEPOSITION OF  G. GRAHAM  ALLAN*

**Remarks**
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $360.00 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $360.00 |
| **Balance Due** | $.00 |

**Net Terms:  30 Days**

**Phone:  (800) 528-3335**                                   **Fax:  (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date

Address (AS IT APPEARS ON **BILLING STATEMENT**)

# INVOICE

**Stratos Legal**
*Raising the bar.*
*Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46247 | 9/1/2009 | 23722 |

| Job Date | Case No. |
|---|---|
| 6/4/2009 | 1873 |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
   Janet D. Barnes                                                                577.50

                                    **TOTAL DUE  >>>          $577.50**

Our File Number: _OO-Gracl-100_   Today's Date: _9/6/09_
File Name: _Hillman/66.1_
Description: _Video dupo of Barnes_
Requested by/Bill Attorney: _ADW/CAS_   Expense Code: _Depo_
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9883

| | | |
|---|---|---|
| Invoice No. | : | 46247 |
| Invoice Date | : | 9/1/2009 |
| **Total Due** | : | **$ 577.50** |

CK. 106567
OCT 2009
PAID

Remit To: **Stratos Legal Services, LP**
          **1001 West Loop South**
          **Suite 809**
          **Houston, TX 77027**

| | | |
|---|---|---|
| Job No. | : | 23722 |
| BU ID | : | VID HOU SL |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43585 | 6/16/2009 | 23722 |

| Job Date | Case No. |
|---|---|
| 6/4/2009 | 1873 |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

**Stratos Legal**
Raising the bar.
Nationwide.

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
  Janet D. Barnes                                                                    1,005.00

                                              **TOTAL DUE  >>>        $1,005.00**

Our File Number: _04-GSE1-100_  Today's Date: _6/02/09_

File Name: _Hillard/ GSE1_

Description: _Depo of Dr. JANET BARNES_

Requested by/Bill Attorney: _PGM/CAB_  Expense Code: _DEPO_

Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | | |
|---|---|---|
| Invoice No. | : | 43585 |
| Invoice Date | : | 6/16/2009 |
| **Total Due** | : | **$ 1,005.00** |



OLS-8504



Jm
Ck. 1°06530
OCT 2009
PAID

| | | |
|---|---|---|
| Job No. | : | 23722 |
| BU ID | : | VID HOU SL |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

Remit To: **Stratos Legal Services, LP**
          **1001 West Loop South**
          **Suite 809**
          **Houston, TX 77027**

S



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43531 | 6/18/2009 | 23721 |

| Job Date | Case No. | |
|---|---|---|
| 6/4/2009 | 1873 | |

| Case Name | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:

Janet D. Barnes                                                                                 1,932.20

TOTAL DUE >>>                **$1,932.20**

Our File Number: _OG-GSU-100_ Today's Date: _6/24/09_

File Name: _Hilland/GSU_

Description: _Depo of JANET BARNES_

Requested by/Bill Attorney: _ADAYCAB_ Expense Code: _Depo_

Client Approved by: _____



ck. 106530
OCT 2009
PAID

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Job No.      : 23721          BU ID        : 1-MAIN
Case No.     : 1873
Case Name    : IN RE: FEMA TRAILER FORMALDEHYDE
                PRODUCTS LIABILITY LITIGATION
Invoice No.  : 43531          Invoice Date : 6/18/2009
**Total Due  : $ 1,932.20**

OLS-8510

### PAYMENT WITH CREDIT CARD

MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Stratos Legal Services, LP
1001 West Loop South
Suite 809
Houston, TX 77027**



ESQUIRE

Esquire - Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (214) 257-1436
Toll Free (800) 852-9737
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ67395

| Invoice Date | Terms |
|---|---|
| 07/21/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

KEVIN DERHAM ,ESQ.
DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER &
SUITE 2900
3838 NORTH CAUSEWAY BOULEVARD
METAIRIE, LA 70002

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/23/2009 | IN RE: PRODUCT LIABILITY LITIGATION FE | 63678 | 07/21/2009 | F-S-O |

| Description |
|---|

Copy Transcript of GARY BUNZER

Our File Number: *06-6905-100*   Today's Date: *8/1/09*

File Name: *Hillman/ cases*

Description: *Depo of G. Bunzer*

Requested by/Bill Attorney: *Ann/ann*   Expense Code: *DEPO*

Client Approved by:

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 843.88 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 843.88** |
| **Payment Due:** | **08/20/2009** |

After 09/04/2009 Pay This Amount:   $ 928.27

Tax Number:  22-3779684

CR.105817
AUG 2009
PAID

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

Company: Esquire - Dallas
Invoice Number: EQ67395
Invoice Date: 07/21/2009
Balance: $ 843.88
Due Date: 08/20/2009
Late Date: 09/04/2009
Late Amount: $ 928.27

☐ Check Enclosed

Please Make Check Payable to Esquire

OLS-9102

Signature (as it appears on your credit card)

**Remit to: Esquire   PO Box 934157,   Atlanta GA 31193-4157**

042  0000067395  07212009  8  000084388  0  08202009  09042009  5  000092827  76





# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE  NO. | DATE | JOB NUMBER |
|---|---|---|
| 135559 | 7/20/2009 | 60690 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/16/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

One copy of the video of:
   Megan Ciota, Ph.D.

130.00

**TOTAL DUE  >>>**          **$130.00**

Our File Number: _06-Ciett-100_  Today's Date: _7/23/09_

File Name: _Hillard / Ciott_

Description: _Video of Depo of Dr. Megan Ciota_
_Advance_

Requested by/Bill Attorney: _Advance_  Expense Code: _Dpx_

Client Approved by: _____

**Tax ID:** 72-1177884                    Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.    :  135559
Invoice Date  :  7/20/2009
**Total Due**    :  **$ 130.00**



OLS-8919

JL
CR. 106566
OCT 2009
PAID

| | |
|---|---|
| Job No. | :  60690 |
| BU ID | :  3-VIDEO |
| Case No. | :  1873 |
| Case Name | :  In Re: FEMA Trailer Formaldehyde products Liability Litigation |

**Remit To:  PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

S

 RD 7/31/09



## PROFESSIONAL SHORTHAND
## REPORTERS, INC.
**New Orleans (504) 529-5255**
**Baton Rouge (225) 924-3488**
**Shreveport (318) 213-1055**
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135630 | 7/22/2009 | 60689 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/16/2009 | 1873 | |
| **CASE CAPTION** | | |

In Re: FEMA Trailer Formaldehyde products Liability Litigation

| **TERMS** |
|---|
| Net 30 |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:

Megan A. Ciota, Ph.D.

310.75

**TOTAL DUE  >>>**          **$310.75**

Transcript previously shipped

Our File Number: *DL-GSC1-100*   Today's Date: *7/30/09*

File Name: *Hillard/Gses*

Description: *Depo of Dr. Ciota*

Requested by/Bill Attorney: *Ren/CMB*   Expense Code: *D820*

Client Approved by: _____

**Tax ID:** 72-1177884                    Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767


OLS-9093

| | |
|---|---|
| Invoice No. | : 135630 |
| Invoice Date | : 7/22/2009 |
| **Total Due** | **: $ 310.75** |

JL
CK. 106504
OCT 2009
PAID

**Remit To:** **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | |
|---|---|
| Job No. | : 60689 |
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

S

# TYLER EATON
**TYLER EATON MORGAN NICHOLS & PRITCHETT INC.**

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

ANDREW D. WEINSTOCK                          August  4, 2009
DUPLASS, ZWAIN & BOURGEOIS
THREE LAKEWAY CENTER                         **Invoice#** 09-2698A
SUITE 2900
3838 NORTH CAUSEWAY BOULEVARD                **Balance:**   $665.53
METAIRIE, LA  70002

**Re:** FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGTION
     *on 07/14/09  Billed 08/04/09*
     *by SUZANNE LEE / BRAD CAMPBELL*

Charge Description                                        Amount
VIDEO DEPOSITION:  PHILLIP COLE


4  DVT MPEG FORMAT W/ SYNCHING       @ 160.00/EACH          640.00
   MPEG VIDEO FILE SYNCHED W/TRANSCRIPT =
   1mpeg video file @80.00 + 1mpeg video file
   synched w/transcript @80.00  TOTAL @160.00/EA
   POSTAGE FEDERAL EXPRESS                                   25.53



Our Fee Number: *06-6581-100*  Today's Date: *8/6/09*

File Name: *Hilard/ GSU*

Description: *Video depo of Phillip Cole*

Requested by/Bill Attorney: *ADW/BTC*  Expense Code: *050*

Client Approved by: _____

EIN 20-2042132

**P l e a s e   R e m i t   - - - >   Total Due:   $665.53**
*Please Detach and Return Stub With Payment*

*"PAYMENT IS DUE UPON RECEIPT"*
*************MAJOR CREDIT CARDS ACCEPTED***********

Remit to:

# TYLER EATON
**TYLER EATON MORGAN NICHOLS & PRITCHETT INC.**

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

OLS-9165

Invoice# 09-2698A

Balance$    665.53

EIN 20-2042132



# TE TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

JOSEPH G. GLASS                                July 28, 2009
DUPLASS, ZWAIN & BOURGEOIS
THREE LAKEWAY CENTER            **Invoice#** 09-2669C
SUITE 2900
3828 NORTH CAUSEWAY BOULEVARD   **Balance:**   $562.90
METAIRIE, LA  70002

**Re:** FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGTION
     on 07/14/09  Billed 07/28/09
     by SUZANNE LEE / BRAD CAMPBELL

Charge Description                                          Amount
DEPONENT:  PHILIP COLE, MD, DrPH

| | | | |
|---|---|---|---|
| 237 | COPY | @  2.05/PAGE | 485.85 |
| 1 | TRAVEL TRANSCRIPT | @ 20.00/EACH | 20.00 |
| 1 | ASCII ON CD W/EXHIBITS | @ 25.00/EACH | 25.00 |
| 1 | ETRAN | @ 20.00/EACH | 20.00 |
| | POSTAGE | | 12.05 |



Our File Number: _0G-6521-100_  Today's Date _7/31/09_

File Name: _Hillrd/ GSCI_

Description: _Depo of Dr. Philip Cole_

Requested by/Bill Attorney: _ADR/MAG_  Expense Code: _DEPO_

Client Approved by: _____

EIN 20-2042132

**P l e a s e   R e m i t   - - - >   Total Due:   $562.90**
*Please Detach and Return Stub With Payment*

*"PAYMENT IS DUE UPON RECEIPT"*
\*\*\*\*\*\*\*\*\*\*\*MAJOR CREDIT CARDS ACCEPTED\*\*\*\*\*\*\*\*\*\*\*
Remit to:

# TE TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203



OLS-9091

Invoice# 09-2669C

Balance$      562.90

EIN 20-2042132



# PROFESSIONAL SHORTHAND
# REPORTERS, INC.



**New Orleans (504) 529-5255**
**Baton Rouge (225) 924-3488**
**Shreveport (318) 213-1055**
**1-800-536-5255**



# INVOICE

| INVOICE  NO. | DATE | JOB NUMBER |
|---|---|---|
| 135194 | 7/6/2009 | 60506 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| Video services on the deposition of: | |
| Alana Alexandra | 878.75 |
| Video services on the deposition of: | |
| Christopher Cooper | 190.00 |
| **TOTAL DUE  >>>** | **$1,068.75** |

Our File Number: _06-GSCI-100_  Today's Date: _7/7/09_

File Name: _Hillard/GSCI_

Description: _Video depos of Alexander & Cooper_

Requested by al Attorney: _RDW/JAB_  Expense Code: _Depo_

Client Approved by: _____

**Tax ID:** 72-1177884

Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135194 |
| Invoice Date | : | 7/6/2009 |
| **Total Due** | : | **$ 1,068.75** |



OLS-8111

| | | |
|---|---|---|
| Job No. | : | 60506 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

mit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135359 | 7/10/2009 | 60062 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

---

ORIGINAL TRANSCRIPT OF:

Christopher Cooper                                                      270.15

**TOTAL DUE  >>>**                    **$270.15**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: _OL-CA5L1-100_   Today's Date: _7/22/09_

File Name: _Hillard/G5L1_

Description: _Depo of Chris Cooper_

Requested by/Bill Attorney: _AAA/CAS_   Expense Code: _Depo_

Client Approved by: _____

---

**Tax ID:** 72-1177884                    Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135359 |
| Invoice Date | : | 7/10/2009 |
| **Total Due** | : | **$ 270.15** |



OLS-8901

| | | |
|---|---|---|
| Job No. | : | 60062 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

DG 09.28.09



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136790 | 9/14/2009 | 60506 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| DVT of the the deposition of: | |
| Alana Alexander 6/29/09 | 280.00 |
| DVT of the the deposition of: | |
| Christopher Cooper | 75.00 |
| | **TOTAL DUE >>>**   **$355.00** |

Previously delivered.

Our File Number: _O(o-GSC1-100_  Today's Date: _9/18/09_

File Name: _Willard / GSC1_

Description: _deposition of Alana lex+ Cooper_

Requested by/Bill Attorney: _ADU_  Expense Code: _DEPO_

Client Approved by:

**Tax ID:** 72-1177884

Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-8264

| | | |
|---|---|---|
| Invoice No. | : | 136790 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 355.00** |

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60506 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

5

# INVOICE

## Stratos Legal
### Raising the bar.
### Nationwide.

✓ Smp

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46256 | 9/1/2009 | 24836 |

| Job Date | Case No. | |
|---|---|---|
| 7/31/2009 | 1873 | |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
    Mary S. DeVany

    585.00

**TOTAL DUE  >>>**    **$585.00**

✓

Our File Number: 06-6511-100   Today's Date: 9/5/09

File Name: Hillard/6511

Description: Video depo of DeVany

Requested by/Bill Attorney: RM JM   Expense Code: Dep

Client Approved by:

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-9890

| Invoice No. | : | 46256 |
|---|---|---|
| Invoice Date | : | 9/1/2009 |
| **Total Due** | : | **$ 585.00** |

JW
CK. 106611
OCT 2009
PAID

Remit To: **Stratos Legal Services, LP**
        **1001 West Loop South**
        **Suite 809**
        **Houston, TX 77027**

| Job No. | : | 24836 |
|---|---|---|
| BU ID | : | VID HOU SL |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

5

Prepared For
JAMES C PERCY

Account Number
XXXX-XXXXX5-51000

Page 8 of 12

## Flexible Payment Summary

Previous Balance
Payment Activity
**FINANCE CHARGE**
New Charges/Adjustments
New Balance

## Flexible Payment Activity

**New Activity for JAMES C PERCY**
Card XXXX-XXXXX5-51000

| | | | Amount $ |
|---|---|---|---|
| 08/06/09 | Embassy Suites PDXPSPORTLAND | | 500.10 |
| | Arrival Date | Departure Date | |
| | 07/22/09 | 12/12/09 | |
| | 00000000 | | |
| | LODGING | | |

CHOOSE TRAVEL'S EXTENDED PAYMENT OPTION



Our File Number: _04- GSL1-100_ Today's Date: _6/20/09_

File Name: _Hillard / GSC1_

Description: _Coap Room for Dept_

Requested by/Bill Attorney: _____/____ Expense Code: _MSC_

Client Approved by: _____



OLS-9386



# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone: 770-343-9696   Fax: 770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51594 | 8/6/2009 | 28427 |
| **Job Date** | **Case No.** | |
| 7/23/2009 | | |
| **Case Name** | | |
| In Re: FEMA Trailer | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kevin Derham
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

1 CERTIFIED COPY OF TRANSCRIPT OF:
Nathan Dorris, PhD. ............................................................... 1,006.75
Nathan T. Dorris PhD - Video ................................................. 337.50

TOTAL DUE >>>          $1,344.25

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

Our File Number: _OL- 6561-100_ Today's Date _8/13/09_

Re Name: _Hilliard/6561_

Employee: _Depo of N. Dorris_

Requested by/Bill Attorney: _PDN/pdb_  Expense Code _12 3p0_

Client Approved by: _____

**Tax ID:** 58-1952135                    Phone: 504.832.3700   Fax: 504.837.3119

*Please detach bottom portion and return with payment.*

Kevin Derham
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | | |
|---|---|---|
| Invoice No. | : | 51594 |
| Invoice Date | : | 8/6/2009 |
| **Total Due** | : | **$ 1,344.25** |

OLS-9554

Remit To: **Tiffany Alley & Associates**
**400 Perimeter Center Terrace, Suite 900**
**Atlanta, GA 30346**

| | | |
|---|---|---|
| Job No. | : | 28427 |
| BU ID | : | 1-TA&A |
| Case No. | : | |
| Case Name | : | In Re: FEMA Trailer |

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51458 | 7/30/2009 | 28426 |
| **Job Date** | **Case No.** | |
| 7/22/2009 | | |
| **Case Name** | | |
| In Re: FEMA Trailer | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

1 CERTIFIED COPY OF TRANSCRIPT OF:

William L. Dyson PhD          624.80
William L. Dyson PhD - Video          225.00

TOTAL DUE >>>          $849.80

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

Our File Number: _06 -GSCI- 100_ Today's Date _8/5/09_

File Name: _Hillard/GSCI_

Description: _Depo of William Dyson_

Requested by/Bill Attorney: _AA a/Code_ Expense Code: _DEPO_

Client Approved by: _____

**Tax ID:** 58-1952135

Phone: 504.832.3700   Fax:504.837.3119

*Please detach bottom portion and return with payment.*

Andy Weinstock
Duplass Zwain Bourgeois Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, LA 70002

Invoice No.   :  51458
Invoice Date  :  7/30/2009
**Total Due**    :  **$ 849.80**

OLS-9142

Remit To: **Tiffany Alley & Associates**
**400 Perimeter Center Terrace, Suite 900**
**Atlanta, GA 30346**

Job No.    :  28426
BU ID      :  1-TA&A
Case No.   :
Case Name  :  In Re: FEMA Trailer