# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24303 | 8/13/2009 | 15783 |
| **Job Date** | **Case No.** | |
| 7/28/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Michael E. Ginevan, Ph.D. | 180.00 | Pages | @ | 2.55 | 459.00 |
| Exhibit | 160.00 | Pages | @ | 0.35 | 56.00 |
| Color Exhibits | 102.00 | Pages | @ | 1.50 | 153.00 |
| Draft Transcript (ASCII) | 180.00 | Pages | @ | 1.50 | 270.00 |
| Processing Fee | | | | 55.00 | 55.00 |
| | | | **TOTAL DUE >>>** | | **$993.00** |

Transcript & DVD sent to Andrew Weinstock of Duplass Zwain

**Tax ID:** 53-0257990

Phone: 504-522-7100   Fax:

*Please detach bottom portion and return with payment.*

Timothy D. Scandurro
Scandurro & Layrisson LLC
607 St. Charles Avenue
New Orleans, LA 70130

| | | |
|---|---|---|
| Invoice No. | : | 24303 |
| Invoice Date | : | 8/13/2009 |
| **Total Due** | : | **$993.00** |

| | | |
|---|---|---|
| Remit To: | **Alderson Reporting Company, Inc.** | |
| | **1155 Connecticut Ave., NW** | |
| | **Suite 200** | |
| | **Washington, DC 20036** | |

| | | |
|---|---|---|
| Job No. | : | 15783 |
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |

106130

## DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK

| | | | | $745.05 |
|---|---|---|---|---|
| | 2251   Legal ...k, Inc. - A Merrill Company | | '31/2009 | Amount |
| Matter I.D. | Cost Code | Inv.No. | Inv.Date | 745.05 |
| GSCI-06100 | DEPO | 287924 | 07-30-2009 | |

G/L Acct.
2000-0000



ⒹDELUXE CORP· 1+800-328-0304 www.deluxeforms.com

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

*Ime set up vendor (# 2251)*
*08.28.09*

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 287924 | 07/30/2009 | 01-159808 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/20/2009 | BURSLE | 1873 |

| CASE CAPTION |
|---|
| FEMA Formaldehyde Products, In Re: |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Ryan M. Malone, Esquire
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, LA 70002

```
1 COPY & INDEX OF TRANSCRIPT OF:
   Jessica Herzstein, M.D.              290 Pages                 725.00
         Shipping & Handling                                       20.05
                                          _____
                             TOTAL   DUE   >>>>             745.05
                             AFTER 09/28/2009 PAY          819.56
```

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

PLEASE MAKE CHECKS PAYABLE TO:

Our File Number: *06-Goul-100*   Today's Date: *8/10/09*

File Name: *Killard/Goul*

Description: *Depo of J. Herzstein*

Requested by/Bill Attorney: *Dou/cap*   Expense Code: *Depo*

Client Approved by:

~

LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263

~

Tax ID No.: 20-2665382

TAX ID NO. : 20-2665382                                    (504) 832-3700

*Please detach bottom portion and return with payment.*

Ryan M. Malone, Esquire
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, LA 70002



Invoice No.:  287924
Date       :  07/30/2009
**TOTAL DUE**    :       745.05
AFTER 9/28/2009 PAY :  819.56

Job No.    :  01-159808
Case No.   :  1873
FEMA Formaldehyde Products, In Re:

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

OLS-9666

5

DG entered.

# Stratos Legal

### Raising the bar.
### Nationwide.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44724 | 7/27/2009 | 24422 |

| Job Date | Case No. | |
|---|---|---|
| 7/10/2009 | 1873 | |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

1 CERTIFIED COPY OF TRANSCRIPT OF:
Paul Hewett Ph.D

733.87

TOTAL DUE  >>>        **$733.87**

Our File Number: 06-G5e1-100        Today's Date: 9/5/09

File Name: Hillard/G5e1

Description: Depo of Health

Requested by/Bill Attorney: RDK/cdb   Expense Code: Depo

Client Approved by: _____



OL
CR.106567
OCT 2009
PAID

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9882

| Job No. | : 24422 | BU ID | : 1-MAIN |
|---|---|---|---|
| Case No. | : 1873 | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. | : 44724 | Invoice Date | : 7/27/2009 |
| **Total Due** | : **$ 733.87** | | |

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

## PAYMENT WITH CREDIT CARD

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE

## Stratos Legal
### Raising the bar. Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46253 | 9/1/2009 | 24423 |

| Job Date | Case No. |
|---|---|
| 7/10/2009 | 1873 |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
    Paul Hewett Ph.D                         525.00

                                  TOTAL DUE >>>     **$525.00**

Our File Number: _06-GSC1-100_   Today's Date: _9/5/09_

File Name: _Hinard/GSC1_

Description: _Video depo of Hewett_

Requested by/Bill Attorney: _RMM/SMP_   Expense Code: _D980_

Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Invoice No. | : | 46253 |
|---|---|---|
| Invoice Date | : | 9/1/2009 |
| **Total Due** | : | **$ 525.00** |



OLS-9889

Ch
CK 106567
OCT 2009
PAID

Remit To:  **Stratos Legal Services, LP**
         **1001 West Loop South**
         **Suite 809**
         **Houston, TX 77027**

| Job No. | : | 24423 |
|---|---|---|
| BU ID | : | VID HOU SL |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

# INVOICE

## Stratos Legal

Raising the bar.
Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44758 | 7/22/2009 | 24423 |
| **Job Date** | **Case No.** | |
| 7/10/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Video Deposition | |
|---|---|
| Paul Hewett Ph.D | 1,200.00 |
| **TOTAL DUE >>>** | **$1,200.00** |

Our file Number: _06-6851-10_  Today's Date: _8/1/06_

File Name: _Hillard/6851_

Description: _Video depo of P. Hewett_

Requested by/Bill Attorney: _Malone_ Expense Code: _2580_

Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Ryan M. Malone
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Invoice No. | : | 44758 |
|---|---|---|
| Invoice Date | : | 7/22/2009 |
| **Total Due** | : | **$ 1,200.00** |

OLS-9057

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

| Job No. | : | 24423 |
|---|---|---|
| BU ID | : | VID HOU SL |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |



# Unique Video Creations

2450 Tim Gamble Pl
Tallahassee, Fl 32308
850-877-9010

**Invoice No.**          20090805

## INVOICE

| Customer | | | | |
|---|---|---|---|---|
| Name | **DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK** | | Date | 8/25/2009 |
| Address | 3838 North Causeway Blvd. Ste 2900 | | Order No. | |
| City | Metairie, | State LA   ZIP 7002 | Rep | Carmen Motes |
| Phone | 504-832-3700 | | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | 08-25-09 (5PM-6PM) Compress video | $65.00 | $65.00 |
| 0.5 | 08-26-09 (9:30AM- 9:45) Modify Transcript | $65.00 | $32.50 |
| 2.5 | 08-26-09 (10AM-12:30PM) Edit- render video with transcript | $65.00 | $162.50 |
| 1 | rush job | $50.00 | $50.00 |
| | Charlie Age, Et al | | |
| | v | | |
| | Gulf Stream Coach Inc., et al, | | |
| | Docket No. 09-2862; | | |
| | Alana Alexander, individually and on behalf of | | |
| | Christopher Cooper | | |
| | Video Deposition of Dr. Robert C. James | | |
| | | | |
| | Fedex overnight Shipment | | |
| | Tracking # 7? ?8 8236 1254 | | |

Our File Number: *06-GSCI-100*          Today's Date: *8/29/05*

File Name: *Hilliard/GSCI*

Description: *Video of Dr. R. James*

Requested by/Bill Attorney: *APP/MD*          Expense Code: *0500*

Client Approved by:

| | SubTotal | $310.00 |
|---|---|---|
| | S & H | $35.00 |
| | State Taxes | |
| | TOTAL | $345.00 |

### Payment Details

○ Cash
◉ Check

Tax ID # 51-04440002

Office Use Only

*Visit www.uniquevideocreations.com for all your video needs*



*Thank you for the oppurtunity to serve you!*



OLS-8229

5

## For the Record Reporting, Inc.
1500 Mahan Drive, Suite 140
Post Office Box 12042
Tallahassee, FL 32317-2042
(850) 222-5491 Phone   (850) 224-5316 Fax
Tax ID: 59-3616998

*Smaÿ cut up vendor*
*(# 2287)*
*09.17.09*

August 25, 2009

Mr. Ryan Malone,Esq.
DUPLASS, ZWAIN, BOURGEOIS, PFISTER &
WEINSTOCK
3838 North Causeway Boulevard - Suite 2900
Metairie, LA 70002
(504) 832-3700

| Invoice Number |
| :---: |
| C 7512 |

**Re:** In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS
Case No. MDL NO. 1873
Depo. Robert C. James, Ph.D.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Transcript copy | Inv. No. 7512, Taken on 08/05/09 | 94.00 | 2.25 | 211.50 |
| ASCII disk - n/c | | 1.00 | 0.00 | n/c |
| Mini-transcript and index - n/c | | 1.00 | 0.00 | n/c |
| Shipping | UPS OVERNIGHT | 1.00 | 38.77 | 38.77 |
| Exhibit copy | | 107.00 | 0.52 | 55.64 |

|  | Invoice total: | $305.91 |
|---|---|---|
|  | After 09/24/09: | $311.94 |
| Please call for balance after 11/23/09. | After 10/24/09: | $317.98 |

Payment due upon receipt. Thank you



Our File Number: *06 - 6561 - 100*  Today's Date: *8/28/09*

File Name: *Hillard/Gsel*

Description: *Depo of Dr. R. James*

Requested by/Bill Attorney: *Ryan Malone*  Expense Code: *Depo*

Client Approved by: _____



OLS-10040

5





**Conferencing**
The Highest Graded Service in the Industry

**Duplass Zwain Bourgeous Pfister & Weinstock**
Attn To: Janet Dotson
3838 North Causeway Blvd., Suite 2900
Metairie, LA 70003

Payment Term: Net 30
Invoice #:1657347
Invoice Date:8/11/2009
Conference Date:8/5/2009
ConfID: -B01-DY
Cust #:APC0028348

Reference:FEMA: Formaldehyde Litigation/ Docket #MDL 07-1873/ Matter #412.00000 (Password: James)

| Qty. | Description | Start Time | Passcode | Participant | Unit Cost | Total |
|------|-------------|------------|----------|-------------|-----------|-------|
| 180 | Mins. of OP Meet Me 800 | 08:45AM | | RYAN MALONE /DUPLASS ZWAIN | $0.200 | $36.000 |

*****TAXES*****

SURCHARGES AND ADDITIONAL FEES --- 1.80

Our File Number: _OL TASLL 100_ Today's Date: _8/5/09_

File Name: _Miller Clisell_

Description: _Conf Call_

Requested by/Bill Attorney: _MM N/CNB_ Expense Code: _Misc Conf._

Obtained by: _____

**Total Minutes Used:180**

OLS-9401

| | |
|---|---|
| Subtotal: | $36.00 |
| Taxes & Fees: | $1.80 |
| Universal Service Fee: | $4.64 |
| Government Fees: | $1.08 |
| Invoice Total: | $43.52 |
| Payment Credit: | $0.00 |
| Total Due Now: | $43.52 |

Effective 07/15/09, government fees will be included on all
audio conferencing products. Please **MAKE CHECK**
**PAYABLE to A+ Conferencing** and include invoice number(s)
on your check.

P.O. Box 631089   |   886-239-3969
Houston, TX 77263-1089   |   Fax= 713-780-5931
www.aplusconferencing.com   |   Phone= 713-954-6600

Jml 07.27.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135367 | 7/10/2009 | 60241 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/16/2009 | 1873 | |
| **CASE CAPTION** | | |

In Re: FEMA Trailer Formaldehyde products Liability Litigation

| **TERMS** |
|---|
| Net 30 |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:

Marco Kaltofen, P.E.                                                    567.15

                                         **TOTAL DUE  >>>        $567.15**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: *OG-GSCI-100*   Today's Date: *7/22/09*

File Name: *Hillard/ GSCI*

Description: *Depo of M. Kaltofen*

Requested by/Bill Attorney: *And/CAB*   Expense Code: *Depo*

Client Approved by:

**Tax ID:** 72-1177884                          Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| Invoice No. | : | 135367 |
|---|---|---|
| Invoice Date | : | 7/10/2009 |
| **Total Due** | : | **$ 567.15** |



OLS-8889

CR. 106504
OCT 2009
PAID

| Job No. | : | 60241 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

5



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 134930 | 6/17/2009 | 60287 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/16/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Video services on the deposition of:
   Marco Kaltofen, P.E. taken 6/16/09                                    1,100.00

                                       **TOTAL DUE  >>>          $1,100.00**

Our File Number: _UG-G521-100_  Today's Date: _6/24/09_

File Name: _Hilliard/Gasel_

Description: _Depo of Marco Kaltofen_

Requested by/Bill Attorney: _AON/AOB_  Expense Code: _Depo_

Client Approved by: _____

**Tax ID:** 72-1177884                          Phone: 504-832-3700    Fax:504-837-3119

---

*Please detach bottom portion and return with payment.*

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 134930 |
| Invoice Date | : | 6/17/2009 |
| **Total Due** | : | **$ 1,100.00** |



OLS-7967

Ck. 105830
AUG 2009
PAID

| | | |
|---|---|---|
| Job No. | : | 60287 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

DG 09.28.09



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

✓ome

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136797 | 9/14/2009 | 60287 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/16/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
 Marco Kaltofen, P.E. taken 6/16/09                                  215.00

**TOTAL DUE >>>**         **$215.00**

Previously delivered.

Our File Number: _Ol- 1501-100_    Today's Date: _9/18/09_

File Name: _Duplass / Kaltofen_

Description: _Deposition of Kaltofen_

Requested by/Bill Attorney: _ADW_    Expense Code: _DEPO_

Client Approved by: _____

**Tax ID:** 72-1177884                          Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-I0177

| | | |
|---|---|---|
| Invoice No. | : | 136797 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 215.00** |

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60287 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE

## Stratos Legal
### Raising the bar.
### Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46250 | 9/1/2009 | 24311 |

| Job Date | Case No. | |
|---|---|---|
| 7/9/2009 | 1873 | |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Video Deposition | |
|---|---|
| James P. Kornberg | 525.00 |
| **TOTAL DUE  >>>** | **$525.00** |

Our File Number: 06-9601-100   Today's Date: 9/6/09

File Name: Allens/Osbl

Description: Video depo of Kornberg

Requested by/Bill Attorney: AM/CM   Expense Code: Depo

Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Invoice No. | : | 46250 |
|---|---|---|
| Invoice Date | : | 9/1/2009 |
| **Total Due** | : | **$ 525.00** |



OLS-9886

CW
Ck. 106611
OCT 2009
PAID

| Job No. | : | 24311 |
|---|---|---|
| BU ID | : | VID HOU SL |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

5

# INVOICE

## Stratos Legal

### Raising the bar.
### Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44847 | 8/3/2009 | 24286 |

| Job Date | Case No. | |
|---|---|---|
| 7/9/2009 | 1873 | |

| Case Name | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:

James P. Kornberg                                                                 1,394.25

                                                          TOTAL DUE >>>        $1,394.25

Our File Number: _Oc-Grpu- 100_  Todays Date _8/14/09_

File Name: _Hillard/GSCI_

Description: _Depo of J. Kornberg_

Requested by/Bill Attorney _ADA/AB_  Expense Code: _Depo_

Client Approved by: _____

Tax ID: 20-3092682

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9425

| | | | |
|---|---|---|---|
| Job No. | : 24286 | BU ID | : 1-MAIN |
| Case No. | : 1873 | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. | : 44847 | Invoice Date | : 8/3/2009 |
| Total Due | : $ 1,394.25 | | |

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____

# INVOICE

## Stratos Legal

*Raising the bar.*
*Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44655 | 7/17/2009 | 24311 |
| **Job Date** | **Case No.** | |
| 7/9/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | |
|---|---|
| Video Deposition | |
| James P. Kornberg | 1,140.00 |
| **TOTAL DUE >>>** | **$1,140.00** |

Our File Number: *06-69511-100* Today's Date: *8/1/09*

File Name: *Hillard / 69511*

Description: *Video depo of J. Kornberg*

Requested by/Bill Attorney: *AAM/CAB* Expense Code: *1/896*



Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| | | |
|---|---|---|
| Invoice No. | : | 44655 |
| Invoice Date | : | 7/17/2009 |
| **Total Due** | : | **$ 1,140.00** |

OLS-9100

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

| | | |
|---|---|---|
| Job No. | : | 24311 |
| BU ID | : | VID HOU SL |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

# INVOICE

## Stratos Legal

### Raising the bar.
### Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44495 | 7/13/2009 | 24310 |
| **Job Date** | **Case No.** | |
| 7/9/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Conference Room
    James P. Kornberg                                                                474.36

                                                          TOTAL DUE >>>        **$474.36**

Our File Number: _04 - CASE/ - 100_ Today's Date: _7/22/09_
File Name: _Hillard/Case/_
Description: _Conf Room for depo of JAMES Kornberg_
Requested by/Bill Attorney: _ADW/BMS_ Expense Code: _MISC_
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-8882

Remit To: **Stratos Legal Services, LP**
        **1001 West Loop South**
        **Suite 809**
        **Houston, TX 77027**

Job No.      : 24310          BU ID      : 8-CONF
Case No.     : 1873
Case Name  : IN RE: FEMA TRAILER FORMALDEHYDE
                PRODUCTS LIABILITY LITIGATION

Invoice No.  : 44495              Invoice Date  : 7/13/2009
**Total Due : $ 474.36**

| **PAYMENT WITH CREDIT CARD** | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

 



# PROFESSIONAL SHORTHAND REPORTERS, INC.

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE  NO. | DATE | JOB NUMBER |
|---|---|---|
| 135218 | 7/6/2009 | 60299 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/1/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

---

Video services on the deposition of:

    Paul Lagrange

                                                793.75

                    **TOTAL DUE  >>>**      **$793.75**

Our File Number: *O6-GSCI-102* Today's Date: *7/6/09*

File Name: *Hillard / GSCI*

Description: *Video depo of Paul LaGrange*

Requested by/Bill Attorney: *Ben Jones* Expense Code: *DEP*

Client Approved by: _____

Tax ID: 72-1177884                        Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment.*

---

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135218 |
| Invoice Date | : | 7/6/2009 |
| **Total Due** | **:** | **$ 793.75** |



OLS-8448

OL CR.106566 OCT 2009 PAID

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60299 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

 JR 07-20-09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135275 | 7/7/2009 | 60298 |
| JOB DATE | CASE NUMBER | |
| 7/1/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:

Paul J. LaGrange                                                          458.55

                                          TOTAL DUE  >>>          **$458.55**

Condensed transcript sent to deponent for reading & signing

Previously shipped

Our File Number: _O6-GSL1-100_   Today's Date: _7/15/09_

File Name: _Hilliard / GSL1_

Description: _Depo of Paul LaGrange_

Requested by/Bill Attorney: _Anajors_   Expense Code: _Depo_

Client Approved by: _____

**Tax ID:** 72-1177884                          Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| Invoice No. | : 135275 |
| Invoice Date | : 7/7/2009 |
| **Total Due** | : **$ 458.55** |



OLS-8746

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | |
|---|---|
| Job No. | : 60298 |
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

JL
CK 106504
OCT 2009
PAID

S

DG₁ 09·28·09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

Thru

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136799 | 9/14/2009 | 60299 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/1/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

---

DVT of the the deposition of:
  Paul Lagrange                                                     250.00

                                             TOTAL DUE >>>        **$250.00**

Previously shipped.

Our File Number: _0(r-175(1-100_   Today's Date: _9/13/09_

File Name: _Hillard 175 C 1_

Description: _deposition of Paul Lagrange_

Requested by/Bill Attorney: _DZW_   Expense Code: _DT.DO_

Client Approved by: _____

**Tax ID:** 72-1177884                           Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment*

---

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-10175

| Invoice No. | : | 136799 |
|---|---|---|
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 250.00** |

Remit To: **PSR Video Services**
                 **601 Poydras Street**
                 **Suite 1615**
                 **New Orleans, LA 70130**

| Job No. | : | 60299 |
|---|---|---|
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

5



# INVOICE

## Stratos Legal
### Raising the bar.
### Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43602 | 6/16/2009 | 23711 |

| Job Date | Case No. |
|---|---|
| 5/29/2009 | 1873 |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
   Lila F. Laux, PhD        1,015.00

**TOTAL DUE  >>>**  **$1,015.00**

Our File Number: _OL- 6450-100_  Today's Date: _6/29/09_
File Name: _Hilliard / 6450_
Description: _Video Depo of Dr. Lila Laux_
Requested by/Bill Attorney: _PDW/CAB_  Expense Code: _Depo_
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

‖‖‖‖‖‖‖‖‖‖‖‖
OLS-8508

| | |
|---|---|
| Invoice No. | : 43602 |
| Invoice Date | : 6/16/2009 |
| **Total Due** | : **$ 1,015.00** |



One
Ck. 106530
OCT 2009
PAID

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

| | |
|---|---|
| Job No. | : 23711 |
| BU ID | : VID HOU SL |
| Case No. | : 1873 |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

S



# Stratos Legal

### Raising the bar.
### Nationwide.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43454 | 6/15/2009 | 23710 |

| Job Date | Case No. |
|---|---|
| 5/29/2009 | 1873 |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Lila F. Laux, PhD

1,812.90

**TOTAL DUE  >>>**    **$1,812.90**

Our File Number: *OG-CASE1-100*   Today's Date: *6/18/09*

File Name: *Hilliard/CASE1*

Description: *Depo of Lila Laux*

Requested by/Bill Attorney: *AANICAD*   Expense Code: *Depo*

Client Approved by: _____

*One*
*Ck. 106530*
**OCT 2009**
**PAID**

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-8512

| | |
|---|---|
| Job No. | : 23710 |
| Case No. | : 1873 |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |
| Invoice No. | : 43454     Invoice Date : 6/15/2009 |
| **Total Due** | **: $ 1,812.90** |

Remit To:  **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

## PAYMENT WITH CREDIT CARD

MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

## Stratos Legal

*Raising the bar.*
*Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46246 | 9/1/2009 | 23711 |
| **Job Date** | **Case No.** | |
| 5/29/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Video Deposition | | |
|---|---|---|
| Lila F. Laux, PhD | | 590.00 |
| | **TOTAL DUE  >>>** | **$590.00** |

Our File Number: *06-8751-100*   Today's Date: *9/5/09*

File Name: *Hillard / 6551*

Description: *Video depo of Laux*

Requested by/Bill Attorney *PD Nards*   Expense Code: *Depo*

Client Approved by:

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9891

| | | |
|---|---|---|
| Invoice No. | : | 46246 |
| Invoice Date | : | 9/1/2009 |
| **Total Due** | : | **$ 590.00** |

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

| | | |
|---|---|---|
| Job No. | : | 23711 |
| BU ID | : | VID HOU SL |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

JR 07-27



## PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135592 | 7/21/2009 | 60769 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/17/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstein
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Video services on the deposition of:
   Al Mallet
                                                                817.50

                              **TOTAL DUE  >>>**          **$817.50**

Our File Number: _04-6561-100_  Today's Date: _7/03/14_

File Name: _Hillard/6561_

Description: _Video of dep of Al Mallet_

Requested by/Bill Attorney: _DJW/CEB_  Expense Code: _0900_

Client Approved by: _____

**Tax ID:** 72-1177884                    Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstein
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | | |
|---|---|---|
| Invoice No. | : | 135592 |
| Invoice Date | : | 7/21/2009 |
| **Total Due** | : | **$ 817.50** |

OLS-8914

OK
CK 106564
OCT 2009
PAID

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60769 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

S



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# I N V O I C E

| INVOICE  NO. | DATE | JOB NUMBER |
|---|---|---|
| 135599 | 7/22/2009 | 60384 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/17/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:

Alexis Mallet, Jr.                                                                                 972.30

**TOTAL DUE  >>>**                        **$972.30**

Condensed transcript sent to deponent for reading & signing

Previously shipped

Our File Number: *06-GSCI-100*   Today's Date: *7/29/09*

File Name: *Hilliard/GSCI*

Description: *Depo of M. Mallet*

Requested by/Bill Attorney *AJM/CRC*  Expense Code: *Depo*

Client Approved by:

**Tax ID:** 72-1177884                        Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| Invoice No. | : | 135599 |
|---|---|---|
| Invoice Date | : | 7/22/2009 |
| **Total Due** | : | **$ 972.30** |

OLS-9037

Remit To:  **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| Job No. | : | 60384 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

*DG entered 09.28.09*

# INVOICE

## PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

*/ime*

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136788 | 9/14/2009 | 60769 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/17/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
  Al Mallet                                                                                      250.00

                                                      **TOTAL DUE >>>**          **$250.00**

Previously hand delivered.

Our File Number *06-6511-100*     Today's Date: *9/8/09*

File Name: *Hillard / HSC1*

Description: *Videotaped deposition*

Requested by/Bill Attorney: *ADW*     Expense Code: *DEPO*

Client Approved by:_____

**Tax ID:** 72-1177884                                    Phone: 504-832-3700    Fax:504-837-3119

*Please detach bottom portion and return with payment*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| Invoice No. | : | 136788 |
|---|---|---|
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 250.00** |

OLS-8266

Remit To: **PSR Video Services**
              **601 Poydras Street**
              **Suite 1615**
              **New Orleans, LA 70130**

| Job No. | : | 60769 |
|---|---|---|
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

5

Invoice apt.-p Vendor (# 2237)
08.20.09

# AKF
Court Reporting & Trial Technologies

436 Boulevard of the Allies
Pittsburgh, PA 15219
P: 412-261-2323
F: 412-261-2537
www.akf.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225872 | 8/10/2009 | 113928 |
| Job Date | | Case No. |
| 7/30/2009 | | |

**Case Name**

INRE: FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

**Payment Terms**

Due upon receipt

Weinstock, Esq., Andrew D.
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. CAUSEWAY BLVD.
29TH FLOOR
Metairie, LA 70002

CERTIFIED TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| DR GARY MARSH | 145.00 Pages | | 333.50 |
| Exhibit | 65.00 Pages | | 16.25 |
| Next Day Delivery | | | 40.25 |
| HOLD | | | 0.00 |

**TOTAL DUE >>>    $390.00**

THANK YOU FOR HAVING ORDERED THIS TRANSCRIPT.  UPON RECEIPT OF PAYMENT OF THIS INVOICE AND PREVIOUSLY UNPAID
BALANCES ARE PAID, IT WILL BE PROMPTLY DELIVERED TO YOU. NOTE: YOU ARE OBLIGATED AND RESPONSIBLE FOR PAYMENT
EVEN IF YOU CANCEL THIS ORDER OR THE CASE SETTLES.

Our File Number: 06-6521-108   Today's Date: 8/20/09

File Name: Hilliard / Gaski

Description: Depo of Marsh

Requested by/Bill Attorney: aow/mb  Expense Code: 8720

Client Approved by:

Tax ID: 25-1368597

Phone: 504-832-3700       Fax:504-837-3119

*Please detach bottom portion and return with payment.*

---

Weinstock, Esq., Andrew D.
DUPLASS ZWAIN BOURGEOIS PFISTER &
WEINSTOCK
3838 N. CAUSEWAY BLVD.
29TH FLOOR
Metairie, LA 70002

| | | |
|---|---|---|
| Invoice No. | : | 225872 |
| Invoice Date | : | 8/10/2009 |
| **Total Due** | : | **$ 390.00** |

OLS-9391

| | | |
|---|---|---|
| Job No. | : | 113928 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | INRE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

Remit To:  **AKF Reporters, Inc.**
**436 Boulevard of the Allies**
**Pittsburgh, PA 15219**

ck. 105997
AUG 2009
PAID



**Conferencing**
*The Highest Graded Service in the Industry*

Duplass Zwain Bourgeous Pfister & Weinstock
Attn To: Janet Dotson
3838 North Causeway Blvd., Suite 2900
Metairie, LA 70003

Payment Term: Net 30
Invoice #:1649234
Invoice Date:7/31/2009
Conference Date:7/30/2009
ConfID: 6671-B01-DY
Cust. #:APC0028348

Reference:FEMA: Formaldehyde Litigation/ Docket #MDL 07-1873/ Matter #412.00000 (Marsh)

| Qty. | Description | Start Time | Passcode | Participant | Unit Cost | Total |
|------|-------------|-----------|----------|-------------|-----------|-------|
| 128 | Mins. of OP Meet Me 800 | 08:55AM | | ANDY WEINSTOCK /DUPLASS ZWAIN | $0.200 | $25.600 |

*****TAXES*****

SURCHARGES AND ADDITIONAL FEES --- 1.28

Our File Number: 06-CsC1-100  Today's Date 8/5/09

File Name: Hillard/ GSC1

Description: Conf. call

Handling Attorney: ADA /AMB  Expense Code: 01.5C

Client Approved by:

Total Minutes Used:128

OLS-9140

Subtotal: $25.60
Taxes & Fees: $1.28
Universal Service Fee: $3.12
Government Fees: $0.77

Invoice Total: $30.77
Payment Credit: $0.00

Total Due Now: $30.77

Effective 07/15/09, government fees will be included on all
audio conferencing products. Please MAKE CHECK
PAYABLE to A+ Conferencing and include invoice number(s)
on your check.

P.O. Box 631089 | 888-239-3969
Houston, TX 77263-1089 | Fax= 713-780-5931
www.aplusconferencing.com | Phone= 713-954-6600

# INVOICE

# Stratos Legal

### Raising the bar.
### Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45179 | 8/10/2009 | 24915 |
| **Job Date** | **Case No.** | |
| 7/27/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:

Gerald McGwin, Jr.

1,824.60

TOTAL DUE >>>   $1,824.60

Our File Number: *DU-6001-100* Today's Date: *8/29/09*

File Name: *Gilmord/Goser*

*CEpe of G. McGwin*

Requested by/Bill Attorney: *ADa/code* Expense Code: *Dgo0*

Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-9731

| | | | |
|---|---|---|---|
| Job No. | : 24915 | BU ID | : 1-MAIN |
| Case No. | : 1873 | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. | : 45179 | Invoice Date | : 8/10/2009 |
| **Total Due** | **: $ 1,824.60** | | |

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**   AMEX   MASTER   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

DG 09·28·09



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136796 | 9/14/2009 | 56757 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/24/2008 | 1873 | |
| | **CASE CAPTION** | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |
| **TERMS** |
| Net 30 |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
  Gerald McGwin, Jr

153.75

**TOTAL DUE >>>**          **$153.75**

Previously delivered.

Our File Number: _Ole-ETBEL/OU_ Today's Date _9/18/09_

File Name: _Hulard Hall_

Description: _deposition of mcgwin_

Requested by/BY Attorney: _DLW_   Expense Code: _DEPO_

Placed _____ by _____

**Tax ID:** 72-1177884                        Phone: 504-832-3700   Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.    : 136796
Invoice Date  : 9/14/2009
**Total Due**     : **$ 153.75**

OLS-10178

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 56757
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products
             Liability Litigation

S



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45567 | 8/12/2009 | 24914 |
| **Job Date** | **Case No.** | |
| 7/27/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Video Deposition | | |
|---|---|---|
| Gerald McGwin, Jr. | | 1,276.50 |
| | **TOTAL DUE >>>** | **$1,276.50** |

Our File Number: *06-G561-100* Today's Date: *8/20/09*

File Name: *Hillard/6561*

*Video depo of Mcgwin*

Approved by this Attorney *AM/PES* Expense Code: *P960*

Client Approved by:

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

| Invoice No. | : | 45567 |
|---|---|---|
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 1,276.50** |

OLS-9494

| ... No. | : | 24914 |
|---|---|---|
| BU ID | : | VID HOU 5L |
| Case No. | : | 1873 |
| Case Name | : | IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**