

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135265 | 7/7/2009 | 60418 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |

**CASE CAPTION**

In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**

Net 30

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
Charles David Moore, PE, PLS — 439.80

**TOTAL DUE >>> $439.80**

Previously shipped

Our File Number: 04-GSCI-100 Today's Date: 9/15/09
File Name: Hillard/GSCI
Description: Depo of Charles Moore
Requested by/Bill Attorney: ADM/CMB Expense Code: D920
Client Approved by: ____

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135265
Invoice Date : 7/7/2009
**Total Due : $ 439.80**


OLS-8752

CK. 106504
OCT 2009
PAID

Job No. : 60418
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

S

DG 09.28.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136792 | 9/14/2009 | 60419 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
Charles David Moore 250.00

**TOTAL DUE >>> $250.00**

Previously delivered.

File Number: 01-6561-100 Today's Date: 9/16/09
Name: Gilliard / 6561
Desc: deposition of Charles Moore
Attorney: ADW Expense Code: DEPO
Approved by:

**Tax ID:** 72-1177884 Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 136792
Invoice Date : 9/14/2009
**Total Due : $ 250.00**

OLS-8262

Job No. : 60419
BU ID : 3-VIDEO
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

5

DG entered

# INVOICE

Stratos Legal
Raising the bar. Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46255 | 9/1/2009 | 24544 |
| **Job Date** | **Case No.** | |
| 7/15/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
Dr. Karin Pacheco — 180.00

**TOTAL DUE >>> $180.00**

Our File Number: DG-4511-100 Today's Date: 9/5/09
File Name: Hillard/Gulf
Description: Video depo of Pacheco (7/15/09)
Requested by/Bill Attorney: ADW/KWB Expense Code: Depo
Client Approved by:

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Invoice No. : 46255
Invoice Date : 9/1/2009
**Total Due : $ 180.00**

CK. 106312
SEP 2009
PAID



OLS-9887

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

Job No. : 24544
BU ID : VID HOU SL
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

DG entered

# INVOICE

Stratos Legal ome

Raising the bar.
Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46254 | 9/1/2009 | 24563 |
| Job Date | Case No. | |
| 7/16/2009 | 1873 | |
| Case Name | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Payment Terms | | |
| Due upon receipt | | |

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
Dr. Karin Pacheco 217.50

**TOTAL DUE >>> $217.50**

Our File Number: 06-6561-100 Today's Date: 9/5/09

File Name: Video depo of Pacheco (7/16/09)

Description: Hillard 6561

Requested by/Bill Attorney: ADA/CAS Expense Code: Depo

Client Approved by:

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-9888

Invoice No. : 46254
Invoice Date : 9/1/2009
**Total Due : $ 217.50**

DL
CK. 106312
SEP 2009
PAID

Job No. : 24563
BU ID : VID HOU SL
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**


S

# INVOICE

Stratos Legal
Raising the bar. Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45114 | 7/31/2009 | 24544 |
| **Job Date** | **Case No.** | |
| 7/15/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
Dr. Karin Pacheco — 600.00

**TOTAL DUE >>> $600.00**

Our File Number: 06-GSCI-100 Today's Date: 8/10/09
File Name: Hillard/GSCI
Description: Video depo of Dr. Pacheco
Requested by/Bill Attorney: ADW/ADS Expense Code: 0920
Client Approved by:

OR ck. 106052
AUG 2009
PAID

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Invoice No. : 45114
Invoice Date : 7/31/2009
**Total Due : $ 600.00**



OLS-9212

Job No. : 24544
BU ID : VID HOU SL
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

DR entered

# INVOICE

**Stratos Legal**

*Raising the bar. Nationwide.*

✓ JMP

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45117 | 7/31/2009 | 24563 |
| **Job Date** | **Case No.** | |
| 7/16/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
Dr. Karin Pacheco — 740.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$740.00** |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$740.00** |

Our File Number: 06-1751-100 Today's Date: 9/18/09
File Name: Hillard 1751
Description: Deposition of Pacheco
Requested by/Bill Attorney: ADW Expense Code: DEPO
Client Approved by:

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Invoice No. : 45117
Invoice Date : 7/31/2009
**Total Due : $ 740.00**



OLS-10171

JL
CK. 106611
OCT 2009
PAID

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

Job No. : 24563
BU ID : VID HOU SL
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

S

# INVOICE

**Stratos Legal**

*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44950 | 8/3/2009 | 24562 |
| **Job Date** | **Case No.** | |
| 7/16/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Dr. Karin Pacheco — 707.55

**TOTAL DUE >>> $707.55**

Our File Number: 06-6561-100 Today's Date: 8/14/09
File Name: Hillard/6561
Description: Depo of Pacheco (7/16/09)
Requested by/Bill Attorney: ADW/KMD Expense Code: Depo
Client Approved by:

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Kevin Derham
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002



OLS-9424

Job No. : 24562 BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

Invoice No. : 44950 Invoice Date : 8/3/2009
**Total Due : $ 707.55**

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

DG

**Stratos Legal**

*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44957 | 8/3/2009 | 24543 |
| **Job Date** | **Case No.** | |
| 7/15/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
Dr. Karin Pacheco

549.45

**TOTAL DUE >>> $549.45**

Our File Number: 06-6511-100 Today's Date: 8/14/09

File Name: Hillard / GSU

Description: Depo of K. Pacheco (7-15-09)

Requested by/Bill Attorney: [illegible] Expense Code: Depo

Client Approved by: ____________

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-9423

Job No. : 24543 BU ID : 1-MAIN
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
Invoice No. : 44957 Invoice Date : 8/3/2009
**Total Due : $ 549.45**

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:






**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135222 | 7/6/2009 | 60302 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/2/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |
| **TERMS** |
| Net 30 |

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Video services on the deposition of:
Ervin Ritter 603.75

**TOTAL DUE >>> $603.75**

Our File Number: 06-6561-100 Today's Date: 7/8/09
File Name: Hilliard/6561
Description: Video depo of Ervin Ritter
Requested by/Bill Attorney: AMJ/CAB Expense Code: Depo
Client Approved by: ____________

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135222
Invoice Date : 7/6/2009
**Total Due : $ 603.75**



OLS-8449

DL
CK. 106566
OCT 2009
PAID

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No. : 60302
BU ID : 3-VIDEO
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

5

JMR 08.27.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135333 | 7/10/2009 | 60301 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/2/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Ervin L. Ritter, Jr. 394.35

**TOTAL DUE >>> $394.35**

Condensed transcript sent to deponent for reading & signing

Trenscript previously hand delivered

Our File Number: 06-G561-100 Today's Date: 7/22/09
File Name: Hillard/G561
Description: Depo of E. Ritter
Requested by/Bill Attorney: AMW/CMB Expense Code: Depo
Client Approved by: ______

**Tax ID:** 72-1177884 Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135333
Invoice Date : 7/10/2009
**Total Due : $ 394.35**

OLS-8888

DL
Ck. 106504
OCT 2009
PAID

Job No. : 60301
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

S

DG entered 09.28.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136795 | 9/14/2009 | 60302 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/2/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |
| **TERMS** |
| Net 30 |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
Ervin Ritter — 197.50

**TOTAL DUE >>> $197.50**

Previously delivered.

Our File Number: 04-4511-100 Today's Date: 9/18/09
File Name: Hillard/4511
Description: deposition of Ervin Ritter
Requested by/Bill Attorney: ADW Expense Code: DEPO
Client Approved by: ____________

**Tax ID:** 72-1177884 Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-10179

Invoice No. : 136795
Invoice Date : 9/14/2009
**Total Due : $ 197.50**

Job No. : 60302
BU ID : 3-VIDEO
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

5





**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135315 | 7/9/2009 | 60293 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/18/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Dr. Edward Shwery — 554.90

**TOTAL DUE >>> $554.90**

Condensed transcript sent to deponent for reading & signing

Transcript previously hand delivered

Our File Number: 06-GSCI-100 Today's Date: 7/15/09
File Name: Hilliard/GSCI
Description: Depo of Dr. Ed Shwery
Requested by/Bill Attorney: ADN/CAB Expense Code: Depo
Client Approved by:

**Tax ID:** 72-1177884

Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135315
Invoice Date : 7/9/2009
**Total Due : $ 554.90**

OLS-8871

CK. 106504
OCT 2009
PAID

Job No. : 60293
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135006 | 6/22/2009 | 60333 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/18/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Video services on the deposition of:
Edward H. Shwery, Ph.D. 900.00

**TOTAL DUE >>> $900.00**

Our File Number: 06-G561-100 Today's Date: 6/24/09
File Name: Hilliard/G561
Description: Video depo of Ed. Schwery
Requested by/Bill Attorney: AAN/CAS Expense Code: 0900
Client Approved by:

**Tax ID:** 72-1177884 Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 135006
Invoice Date : 6/22/2009
**Total Due : $ 900.00**



OLS-7968




Job No. : 60333
BU ID : 3-VIDEO
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

5

DG 09.28.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
**New Orleans (504) 529-5255**
**Baton Rouge (225) 924-3488**
**Shreveport (318) 213-1055**
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
| --- | --- | --- |
| 136793 | 9/14/2009 | 60333 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/18/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

✓ cme

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
Edward H. Shwery, Ph.D. 215.00

**TOTAL DUE >>> $215.00**

Previously delivered.

Our File Number: 06-6561-100 Today's Date: 9/18/09
File Name: Hillard /6561
Description: deposition of Edward Shwery
Requested by/Bill Attorney: ADW Expense Code: DEPO
Client Approved by: ______

**Tax ID:** 72-1177884 Phone: 504-832-3700 Fax:504-837-3119

*Please detach bottom portion and return with payment.*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No. : 136793
Invoice Date : 9/14/2009
**Total Due : $ 215.00**

OLS-8261

Job No. : 60333
BU ID : 3-VIDEO
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

S



# INVOICE

**Stratos Legal**

*Raising the bar. Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43795 | 6/23/2009 | 23724 |
| **Job Date** | **Case No.** | |
| 6/11/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
William D. Scott — 1,175.00

**TOTAL DUE >>> $1,175.00**

Our File Number: 06-G561-100 Today's Date: 6/29/09
File Name: Hilliard/G561
Description: Video Depo of William Scott
Approved by/Bill Attorney: ABN/emb Expense Code: DEPO
Client Approved by: ____________

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Invoice No. : 43795
Invoice Date : 6/23/2009
**Total Due : $ 1,175.00**

Ime
ck. 106530
OCT 2009
PAID



OLS-8511

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

Job No. : 23724
BU ID : VID HOU SL
Case No. : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

S