# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43711 | 6/22/2009 | 23723 |
| Job Date | Case No. | |
| 6/11/2009 | 1873 | |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

## Stratos Legal
*Raising the bar. Nationwide.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

ORIGINAL TRANSCRIPT OF:
William D. Scott ............................................................................................... 1,343.65

TOTAL DUE >>> $1,343.65

Our File Number: 06-GSCI-100  Today's Date: 7/1/09
File Name: Hillard/ GSCI
Description: Depo of William Scott
Requested by/Bill Attorney: AMJcob   Expense Code: DEPO
Client Approved by: _____


Ck. 106530
OCT 2009
PAID

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-8935

| | | | |
|---|---|---|---|
| Job No. | : 23723 | BU ID | : 1-MAIN |
| Case No. | : 1873 | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. | : 43711 | Invoice Date | : 6/22/2009 |
| **Total Due** | **: $ 1,343.65** | | |

**Remit To:** Stratos Legal Services, LP
1001 West Loop South
Suite 809
Houston, TX 77027

**PAYMENT WITH CREDIT CARD**   MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# Stratos Legal
*Raising the bar. Nationwide.*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46249 | 9/1/2009 | 23724 |
| Job Date | Case No. | |
| 6/11/2009 | 1873 | |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |
| **Payment Terms** |
| Due upon receipt |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
  William D. Scott                                                      465.00

                                            TOTAL DUE >>>       $465.00

Our File Number: 06-GSCR-100   Today's Date: 9/9/09
File Name: Hillard/GSU
Description: Video depo of Scott
Requested by/Bill Attorney: Majoub   Expense Code: Depo
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-9885

Remit To: **Stratos Legal Services, LP**
         **1001 West Loop South**
         **Suite 809**
         **Houston, TX 77027**

Invoice No.   : 46249
Invoice Date  : 9/1/2009
**Total Due**  : **$ 465.00**

Job No.       : 23724
BU ID         : VID HOU SL
Case No.      : 1873
Case Name     : IN RE: FEMA TRAILER FORMALDEHYDE
                PRODUCTS LIABILITY LITIGATION

SEP 2009 PAID



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135508 | 7/16/2009 | 60670 |
| JOB DATE | CASE NUMBER | |
| 7/15/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

---

One copy of the video of:
  Damien W. Serauskas                                                                 190.00

                                                               TOTAL DUE >>>        $190.00

Our File Number: 06-65c1-100    Today's Date: 7/23/09
File Name: Hillard/65c1
Description: Video of Depo of Damien Serauskas
Requested by/Bill Attorney: APN/JPS    Expense Code: Depo
Client Approved by: _____

**Tax ID:** 72-1177884                              Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Derham, Kevin R.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.   : 135508
Invoice Date  : 7/16/2009
**Total Due**    : **$ 190.00**


OLS-8918

CK. 10656
OCT 2009
PAID

Job No.    : 60670
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **PSR Video Services**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

5



Rc 8/3/09

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135733 | 7/29/2009 | 60669 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/15/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
  Damien W. Serauskas                                                              412.55

                                                          TOTAL DUE >>>       $412.55

Previously shipped

Our File Number: 06-6861-100   Today's Date: 8/1/09
File Name: Hillard/ G&U
Description: Depo of D. Serauskas
Requested by/Bill Attorney: PGN/CPS   Expense Code: DEPO
Client Approved by: _____

Tax ID: 72-1177884                                    Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

Watson, Philip G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| Invoice No. | : 135733 |
| Invoice Date | : 7/29/2009 |
| **Total Due** | **: $ 412.55** |

OLS-9094

Remit To: **Professional Shorthand Reporters, Inc.**
  601 Poydras Street
  Suite 1615
  New Orleans, LA 70130

| | |
|---|---|
| Job No. | : 60669 |
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

07.27.09


**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135503 | 7/16/2009 | 60726 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/10/2009 | 1873 | |

**CASE CAPTION**

In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**

Net 30

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

One copy of the video of:
Dr. Kenneth B. Smith                                      130.00

                                    **TOTAL DUE >>>**        **$130.00**

Our File Number: 04-GSCI-100   Today's Date: 7/23/09
File Name: Hilliard/GSCI
Description: Pay Video of depo of Dr. Kenneth Smith
Requested by/Bill Attorney: AEA/CMS   Expense Code: Depo
Client Approved by: _____

**Tax ID:** 72-1177884                                Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

| | |
|---|---|
| Invoice No. | : 135503 |
| Invoice Date | : 7/16/2009 |
| **Total Due** | **: $ 130.00** |



OLS-8917

| | |
|---|---|
| Job No. | : 60726 |
| BU ID | : 3-VIDEO |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

*JL*
*CK. 106566*
*OCT 2009*
*PAID*

5

Ink 07.25.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135562 | 7/20/2009 | 60656 |
| JOB DATE | CASE NUMBER | |
| 7/10/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

1 COPY OF TRANSCRIPT OF:
   Dr. Kenneth B. Smith                                                                                 497.50

                                                                    TOTAL DUE >>>           $497.50

Transcript previously shipped

Our File Number: 156-6501-100   Today's Date: 7/23/09
File Name: Istrard/ Case 1
Description: Depo of Dr. K. Smith
Requested by/Bill Attorney: MDK/AB   Expense Code: Depo
Client Approved by: _____

**Tax ID:** 72-1177884                                        Phone: 504-832-3700    Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Glass, Joseph G.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.   : 135562
Invoice Date  : 7/20/2009
**Total Due**    : **$ 497.50**



OLS-8920

CR. 10 G504
OCT 2009
PAID

Job No.    : 60656
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **Professional Shorthand Reporters, Inc.**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

5

# Stratos Legal
*Raising the bar.*
*Nationwide.*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43624 | 6/16/2009 | 23720 |
| **Job Date** | **Case No.** ||
| 6/10/2009 | 1873 ||
| **Case Name** |||
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |||
| **Payment Terms** |||
| Due upon receipt |||

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
  Stephen J. Smulski                                                           1,395.00

                                               **TOTAL DUE  >>>**      **$1,395.00**

Our File Number: 04-6511-100   Today's Date: 6/24/09
File Name: Video depo of Stephen Smulski
Description: Hilliard Gosh
Requested by/Bill Attorney: non/ccb   Expense Code: Depo
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

OLS-8507

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

Invoice No.   : 43624
Invoice Date  : 6/16/2009
**Total Due**   : **$ 1,395.00**

Job No.    : 23720
BU ID      : VID HOU SL
Case No.   : 1873
Case Name  : IN RE: FEMA TRAILER FORMALDEHYDE
             PRODUCTS LIABILITY LITIGATION


One Ck. 106530
OCT 2009 PAID

S

DG 09.28.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136801 | 9/14/2009 | 56730 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/21/2008 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

DVT of the the deposition of:
Stephen Smulski, Ph.D.                                                                 127.50

TOTAL DUE >>>    $127.50

Previously delivered.



Our File Number: 06-1251-100   Today's Date: 9/18/09
File Name: Hilliard/1251
Description: deposition Smulski
Requested by/Bill Attorney: DDW   Expense Code: DEPO
Client Approved by: _____

**Tax ID:** 72-1177884                                                Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment*

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-8267

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Invoice No.   : 136801
Invoice Date  : 9/14/2009
**Total Due    : $ 127.50**

Job No.    : 56730
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

5

# INVOICE

DG
Eentered

# Stratos Legal

*Raising the bar.
Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46248 | 9/1/2009 | 23720 |
| **Job Date** | **Case No.** | |
| 6/10/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Video Deposition
  Stephen J. Smulski                                                705.00

                                             **TOTAL DUE >>>**     **$705.00**

Our File Number: 06-6511-100   Today's Date: 9/5/09
File Name: Hillard/6511
Description: Video depo of Smulski
Requested by/Bill Attorney: ANZ/PMS   Expense Code: DEPO
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment*

---

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Invoice No.   : 46248
Invoice Date  : 9/1/2009
**Total Due**   : **$ 705.00**

OLS-9884

Remit To: **Stratos Legal Services, LP**
         **1001 West Loop South**
         **Suite 809**
         **Houston, TX 77027**

Job No.     : 23720
BU ID       : VID HOU SL
Case No.    : 1873
Case Name   : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

# INVOICE

# Stratos Legal

*Raising the bar.*
*Nationwide.*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43676 | 7/6/2009 | 23719 |
| Job Date | Case No. | |
| 6/10/2009 | 1873 | |
| Case Name | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Payment Terms | | |
| Due upon receipt | | |

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

---

**ORIGINAL TRANSCRIPT OF:**
Stephen J. Smulski                                                                 2,630.75

                                                        TOTAL DUE >>>      $2,630.75

Our File Number: _O6-CaSc1-100_   Today's Date: _7/13/09_
File Name: _Hilard/Casc1_
Description: _Depo of Stephen Smulski_
Requested by/Bill Attorney: _AGW/KMM_  Expense Code: _Depo_
Client Approved by: _____

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002


OLS-8574

Remit To: **Stratos Legal Services, LP**
1001 West Loop South
Suite 809
Houston, TX 77027

Job No.    : 23719          BU ID     : 1-MAIN
Case No.   : 1873
Case Name  : IN RE: FEMA TRAILER FORMALDEHYDE
             PRODUCTS LIABILITY LITIGATION
Invoice No. : 43676         Invoice Date : 7/6/2009
Total Due  : $ 2,630.75


CR.105554
JUL 2009
PAID

| **PAYMENT WITH CREDIT CARD** | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



## GorePerry
### REPORTING & VIDEO
(314) 241-6750  800-878-6750
Fax (314) 241-5070

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 13406 | 7/22/2009 | 9770 |
| Job Date | Case No. | |
| 7/13/2009 | | |

| Case Name |
|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation |
| **Payment Terms** |
| Due upon receipt |

Weinstock, Andrew
Duplass Zwain Bourgeois Morton Pfister & Weinstock
3838 N. Causeway Blvd.
Three Lakeway Center, 29th floor.
Metairie, LA 70002

---

Videotaped Deposition of
  Dr. H. James Wedner
    Video: MPEG-1 on CD/DVD                      3.00 Tapes   @    65.00     195.00
    Fed Ex NDA                                                     30.00      30.00

                                                  TOTAL DUE  >>>            $225.00

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

Our File Number: 06-6590-100   Today's Date: 8/6/09
File Name: Hillard/Gulf
Description: Video depo of J. Wedner
Requested by/Bill Attorney: ADW/KMZ   Expense Code: Depo
Client Approved by: _____

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment.*

---

Weinstock, Andrew
Duplass Zwain Bourgeois Morton Pfister & Weinstock
3838 N. Causeway Blvd.
Three Lakeway Center, 29th floor.
Metairie, LA 70002

Invoice No.  : 13406
Invoice Date : 7/22/2009
**Total Due** : **$ 225.00**



JL
ck. 105818
AUG 2009
PAID

OLS-9103

Job No.    : 9770
BU ID      : GorePerry
Case No.   :
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**Remit To: GorePerry Reporting & Video**
        515 Olive St., Suite 700
        Saint Louis, MO 63101

S

# INVOICE



GOREPERRY
(314) 241-6750  800-878-6750
Fax (314) 241-5070

*Inv. set-up*
*Vendor (# 2175)*
*07.27.09*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 13187 | 7/16/2009 | 9769 |
| Job Date | Case No. | |
| 7/13/2009 | | |

**Case Name**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**Payment Terms**

Due upon receipt

Glass, Joseph G.
Duplass Zwain Bourgeois Morton Pfister & Weinstock
3838 N. Causeway Blvd.
Three Lakeway Center, 29th floor.
Metairie, LA 70002

Deposition of
  Dr. H. James Wedner                               128.00 Pages  @   2.00   256.00
    ASCII                                                                0.00     0.00
    E-Transcript                                                         0.00     0.00
    Condensed Transcript (4 per page) w/word index                       0.00     0.00
    Fed Ex NDA                                                          35.00    35.00
    Transcript/exhibit archive                                           7.50     7.50
    Exhibits (scanned PDF)                             71.00 Pages  @   0.35    24.85

                                                          TOTAL DUE >>>       $323.35

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

Our File Number: *06-GPCI-100*   Today's Date: *7/23/09*

File Name: *Hilliard/GPCI*

Description: *Depo of Dr. James Wedner*

Requested by/Bill Attorney: *Duplass*   Expense Code: *Depo*

Client Approved by: _____

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment*

Glass, Joseph G.
Duplass Zwain Bourgeois Morton Pfister & Weinstock
3838 N. Causeway Blvd.
Three Lakeway Center, 29th floor.
Metairie, LA 70002

Remit To: **GorePerry Reporting & Video**
515 Olive St., Suite 700
Saint Louis, MO 63101


CP 105759
JUL 2009
PAID

Invoice No.    : 13187
Invoice Date   : 7/16/2009
**Total Due**  : **$ 323.35**

OLS-8909

Job No.    : 9769
BU ID      : GorePerry
Case No.   :
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135328 | 7/9/2009 | 60304 |
| JOB DATE | CASE NUMBER | |
| 7/7/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Video services on the deposition of:
Patricia Williams                                                                                             960.00

                                                                   TOTAL DUE >>>        $960.00

Our File Number: 04-GSCI-100   Today's Date: 7/15/09
File Name: Hillard/GSCI
Description: Video depo of Patricia Williams
Requested by/Bill Attorney: ADW/CMB   Expense Code: DEPO
Client Approved by: _____

**Tax ID:** 72-1177884                                    Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

---

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

Invoice No.    : 135328
Invoice Date   : 7/9/2009
**Total Due**  : **$ 960.00**

OLS-8872


JL
CK. 106564
OCT 2009
PAID

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 60304
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

S



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135448 | 7/15/2009 | 60303 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/7/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

ORIGINAL TRANSCRIPT OF:
Patricia M. Williams                                                                                  531.30

                                                        **TOTAL DUE  >>>**            **$531.30**

Condensed transcript sent to deponent for reading & signing

Transcript previously shipped

Our File Number: _06-6751-100_   Today's Date: _7/30/09_
File Name: _Hillard/Gsel_
Description: _Depo of P. Williams_
Requested by/Bill Attorney: _ADW/CAB_   Expense Code: _Depo_
Client Approved by: _____

**Tax ID:** 72-1177884                                                        Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment.*

Weinstock, Andrew D.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-9092

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Invoice No.   : 135448
Invoice Date  : 7/15/2009
**Total Due**     : **$ 531.30**


CR. 106504
OCT 2009
PAID

Job No.    : 60303
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

S

DG 09.28.09



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

Tmi-

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136798 | 9/14/2009 | 60304 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/7/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

DVT of the the deposition of:
   Patricia Williams 7/07/09                                                                                           297.50

                                                                                   **TOTAL DUE >>>**        **$297.50**

Previously delivered.

Our File Number: _DG-FSCI-100_  Today's Date: _9/18/09_
File Name: _Hward/FSCI_
Description: _deposition of Williams_
Requested by/Bill Attorney: _ADW_  Expense Code: _DEPO_
Client Approved by: _____

Tax ID: 72-1177884                                              Phone: 504-832-3700   Fax: 504-837-3119

*Please detach bottom portion and return with payment*

---

Motes, Carmen
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd. # 2900
Metairie, LA 70002-1767

OLS-10176

Invoice No.   : 136798
Invoice Date  : 9/14/2009
**Total Due**    : **$ 297.50**

Job No.    : 60304
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

5