JmC 09-30-09

September 25, 2009

Andrew Weinstock, Atty-at-Law
Duplass Zwain Bourgeois Morton Pfister & Weinstock
3838 N. Causeway Blvd.
Suite 2900
Metairie
LA 70002

Re: Gulf Stream Trailer - Final billing

Consultation during Sept. and travel to New Orleans, Sept. 20- 22 for trial

| | |
|---|---|
| Sept. 4 (1 h); 5 (1 h); 6 (1 h); 16 (2 h); 19 (1h); | $1800 |
| RT airfare, Seattle to New Orleans | $655.40 |
| Ground transportation, Seattle ($40), New Orleans ($15) | $55 |
| Travel time, 8 h 45 min to and 10 h 25 min from New Orleans | $5750 |
| Time in New Orleans (Monday, 12 h; Tuesday 8 h 45 min) | $6225 |
| Hotel Lafayette | $148.02 |
| Total fees and expenses | ..... $14633.42 |

G Allan

Send check to

Professor Graham Allan
18411 60th. Place NE
Kenmore, WA 98028-8907

s.s. no. 222 24 7327

OLS-8434

Weinstock.doc

Our File Number: 06651-100   Today's Date: 10/1/09
To From: Hilliard/GSCI
          Graham Allan   inv. 9/25/09
          Attorney: ABN/MB   Expense Code: Exp

5

Jmt 09.30.09

**PHILIP COLE, MD, DrPH**
509 CARNOUSTIE DRIVE, BOX 30
SHOAL CREEK AL 35242-5986
(205) 408-9355
FAX (205) 408-9350

September 28, 2009

Mr. Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister
  & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center, Suite 2900
Metairie LA  70002

Re: FEMA Trailer Litigation

1. Preparation for trial appearance.
   September 20 - 22, 2009.                        Four hours.     $2,600

2. Appearance at trial in New Orleans.
   September 23, 2009.                             One day.         5,200

3. Expenses in connection with travel to New Orleans:
   a. Ground transportation & parking. Birmingham.    $35
   b. Ground transportation, New Orleans.              65
   c. Round trip coach airfare: Birmingham-New Orleans. 301*
   d. Lafayette Hotel, night of September 22.         143*
   e. Meals.                                          nil
                                       Sub-total     $544             544

                                       Total                       $8,344

* Receipt available on request.

Cor Job Number: OC-GSC1-100   Today's Date 10/1/09
F. Name: Hilliard/GSC1
Description: Philip Cole mv. dated 9/28/09
Attorney: ADW/CGF   Expense Code: EXP


OLS-8426

5

*JmL*
*10·12·09*

# DAMIEN W. SERAUSKAS, P.E.
## PROFESSIONAL ENGINEERING SERVICES

15 CYPRESS POINT LANE  NEW ORLEANS, LA  70131
VOICE: (504)-866-2600  FAX: (504)-218-8480

## INVOICE

**BILL TO**

Duplass, Zwain, et al
Kevin Derham, Esq.
3838 N. Causeway Blvd., Suite 2900
Metairie, LA  70002

| DATE | INVOICE # |
|---|---|
| 10/8/2009 | 09-117-3 |

**PROJECT**

09-117  FEMA Litigation (Alexander)

| DESCRIPTION | QTY | RATE | PERCENT | AMOUNT |
|---|---|---|---|---|
| Professional Services of Damien W. Serauskas, P.E. DWSPE Time Log Attached | 20.5 | 250.00 | OPEN | 5,125.00 |
| Professional Services of Damien W. Serauskas, P.E. Trial Testimony - 8-hour Minimum | 8 | 350.00 | CLOSED | 2,800.00 |

Our File Number: *06-6501-100*   Today's Date: *10/12/09*
File Name: *Hillard/6501*
Description: *Serauskas Inv # 09-117-3*
Requested by/Bill Attorney: *Adv/kng*   Expense Code: *EXP*
Client Approved by: _____


Damien W. Serauskas, P.E.

**TOTAL**   **$7,925.00**

OLS-10398

HEATING + VENTILATION + AIR CONDITIONING + PLUMBING + FIRE PROTECTION + SITE UTILITIES

<u>DAMIEN W. SERAUSKAS, P.E.</u>
PROFESSIONAL ENGINEERING SERVICES

Time Log - FEMA Formaldehyde Litigation - Alexander Trailer

| Date | Hours | Description of Work |
|---|---|---|
| 5/22/2009 | 0 | Original Phone Contact by Andrew Weinstock |
| 5/25/2009 | 2.5 | Review of Expert Reports and Reliance Material |
| 5/26/2009 | 2.5 | Review of Expert Reports and Reliance Material |
| 5/27/2009 | 1.5 | Email Correspondence for Meeting Set / Research |
| 6/1/2009 | 0.25 | Email Correspondence for Meeting Set |
| 6/2/2009 | 4 | Review of Expert Reports and Reliance Material |
| 6/3/2009 | 2.5 | Meeting with Duplass Attorneys |
| 6/3/2009 | 4 | Review of Expert Reports and Reliance Material - Research |
| 6/4/2009 | 0.25 | Email Correspondence for Inspection Set |
| 6/4/2009 | 1 | Process and Review of Supplemental Material Rec'd at Meeting |
| 6/9/2009 | 2.5 | Review of Expert Reports and Reliance Material - Smulski et al |
| 6/10/2009 | 9 | Attend Smulski Depo |
| 6/15/2009 | 4.5 | FEMA Trailer Inspection - Lottie, LA (note: travel reimbursables) |
| 6/16/2009 | 4 | FEMA Report Prep |
| 6/17/2009 | 1.5 | Conference Call - Duplass |
| 6/17/2009 | 5 | FEMA Report Prep |
| 6/18/2009 | 6 | FEMA Report Prep |
| 6/19/2009 | 2 | FEMA Report Prep |
| 6/19/2009 | 0.25 | Email Correspondence for Meeting Set |
| 6/24/2009 | 2.5 | Meeting with Duplass Attorneys - Lagrange Depo Prep |
| 6/25/2009 | 1.5 | Compilation of Reliance File Material |
| 6/26/2009 | 0.5 | Process and Store Ritter Reliance Info |
| 7/3/2009 | 0 | Receipt of Notice of Depo |
| 7/7/2009 | 1 | Teleconference with Kevin RE: Depos |
| 7/7/2009 | 3.5 | Review of Lagrange Depo Transcript |
| 7/8/2009 | 2.5 | Review of Lagrange Depo Transcript |
| 7/8/2009 | 2.5 | Review of Ritter Depo Transcript |
| 7/12/2009 | 1.5 | Review of Ritter Reliance Material |
| 7/12/2009 | 0.5 | Conference Call - Duplass (Kevin Derham) |
| 7/13/2009 | 1.5 | Review of Ritter Reliance Material |
| 7/14/2009 | 1 | Deposition Prep and Document Review |
| | 71.75 | Invoiced 09-117-1 |
| 7/15/2009 | 8 | Deposition Taken at Duplass - 8 hour minimum |
| | 8 | Invoiced Depo to Plaintiff's Counsel 09-117-2 |
| 8/18/2009 | 2 | Review of Deposition |
| 8/20/2009 | 2 | Review of Deposition |
| 9/2/2009 | 1.5 | Review of Deposition |
| 9/4/2009 | 2.5 | Review of Deposition |
| 9/10/2009 | 2.5 | Pre-Trial Meeting - Duplass |
| 9/17/2009 | 8 | Trial Attendance |
| 9/21/2009 | 2 | Pre-Trial Meeting - Duplass |
| 9/22/2009 | 8 | Trial Testimony (at $350/hr, 8-hour Min) |
| | 28.5 | Invoiced 09-117-3 |