# WALGREEN COMPANY
## CORPORATE AND REGULATORY LAW
### INVOICE FOR RECORD REQUEST SERVICES

**Billed to:**
DUPLASS ZWAIN BOURGEOIS, ET AL
ATTN: ANDREW WEINSTOCK
3838 N CAUSEWAY BLVD, 29TH FLOOR
METAIRIE                LA    70002-

**Make Checks Payable to:**
Walgreen Company
1901 E. Voorhees St.
P.O. Box 4039
MS #735
Danville, Illinois 61834-4039

**Invoice Number:**     774366

**Patient Name:**  ALANA ALEXANDER

**Amount Due:**     $55.00

**PatientDOB:**    8/12/1966

File # 06-GSCI-100

## INVOICE

Our File Number: *06-GSCI-100*    Today's Date: *4/22/09*

File Name: *Hilland/GSCI*

**Re:** ALANA ALEXANDER    Description: *Meds from Walgreens on A. Alexander*

Requested by/Bill Attorney: *ADW/CAO*    Expense Code: *MERR*

Dear Sir/Madam          Client Approved by: _____

In accordance with your request, pharmacy records for the above referenced patient were forwarded after a complete search was conducted, pursuant to the statutory retention period for pharmacy records. An invoice for our services is attached.

Please remit payment, together with this invoice. If state statute designates a different reimbursement, please enclose a copy of the statute along with a check for that amount.

Sincerely,


Jodi Drews
Records Custodian

(217) 554-8590 (Phone)
FEIN 36-192-4025 (Tax ID)





OLS-6887

5

## DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GEOFFREY P. CLEMENT
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART
CHRISTIAN B. BOGART
JOSEPH G. GLASS (2)

KEVIN R. DERHAM (3)
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE
GISSEL M. FERRIOL
CHRISTINA M. KOCKE (4)
NICOLE M. BOYER
RYAN M. MALONE
JENNIFER M. MORRIS
PHILIP G. WATSON

BRETT A. BARES
BEN S. DIPALMA
SHENDELLE T. POLK

*SPECIAL COUNSEL*
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Maryland
(4) also admitted in Oklahoma

April 7, 2009

Social Security Administration
Division of Earnings Record Operation
P.O. Box 33003
Baltimore, MD 21290-3003

RE: **In Re: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION
2:07-MD-1873
Our File No. 06-GSCI-100**

Dear Sir/Madam:

Enclosed please find an executed Request for Social Security Earnings Information which has been provided by **Alana Alexander**, requesting any and all social security records for **Alana Alexander, DOB: 8/12/66; SSN: 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**. Please provide all records requested on an expedited basis on or before **April 15, 2009**. I have enclosed a firm check in the amount of $31.00 to cover the applicable charges associated with this request.

If you have any questions, please don't hesitate to contact me or my paralegal, Carmen Motes.

With kindest regards, I am,

Very truly yours,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

*Andrew D. Weinstock*

**ANDREW D. WEINSTOCK**

ADW/kac
Enclosure

| HealthPort |  **HealthPort** | Invoice #: **0055390278** |
|---|---|---|
| P.O. Box 409740 | **INVOICE** | Date: **4/1/2009** |
| Atlanta, Georgia 30384-9740 | | Customer #: **888392** |
| Fed Tax ID 58 - 2659941 | | |
| (770) 754 - 6000 | | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| ANDREW WEINSTOCK | ANDREW WEINSTOCK | CHILDRENS HOSPITAL |
| DUPLASS ZWAIN BOURGEOIS ET AL | DUPLASS ZWAIN BOURGEOIS ET AL | 200 HENRY CLAY AVE |
| 3838 N CAUSEWAY BLVD | 3838 N CAUSEWAY BLVD | NEW ORLEANS, LA 70118 |
| STE 2900 | STE 2900 | |
| METAIRIE, LA 70002- | METAIRIE, LA 70002- | |

**Requested By:** DUPLASS ZWAIN BOURGEOIS ET AL    **SSN:** *****9824
**Patient Name:** COOPER CHRISTOPHER J    **DOB:** 121896

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 15.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 8 | 0.50 | 4.00 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Shipping/Handling | | | 1.85 |
| Subtotal | | | 45.85 |
| Sales Tax | | | 3.85 |
| Invoice Total | | | 49.70 |
| Balance Due | | | 49.70 |

Our File Number: 06-GSC1-100    Today's Date: 4/2/09
File Name: Hillard/GSC1
Description: Meds from Childrens Hos m: C. Cooper
Requested by/Bill Attorney: ADW/CAB    Expense Code: MEOR
Client Approved by: _____

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days         Please remit this amount : $ 49.70 (USD)

---

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000


OLS-6716


CR. 104509
APR 2009
PAID

| Invoice #: **0055390278** |
|---|
| Check # _____ |
| Payment Amount $ _____ |

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.

5

# Invoice

## Destiny Copy Services

DATE: APRIL 24, 2009

P.O. Box 2694, Kenner, LA 70063
Phone 504-466-0491 Fax 504-466-0491
destinycopy@yahoo.com
Tax ID # 77-0696718

BILL TO: The Law Office of: Duplass, Zwain, Bourgeois, Pfister, Weinstock
3838 N. Causeway Blvd
Metairie, La 70002

COMMENTS

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| April, 2009 | Medical Record Copies From: LSU Interim Public Hospital | | |
| | Patient: Christopher Cooper | | |
| | DOB: 12-18-1996 | | |
| | SSN: 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 | | |
| | 18 pages @ $1.00 pp | | $18.00 |
| | 0 pages @ $.50 pp | | 0.00 |
| | Flat Rate 15.00 | | $15.00 |
| | Postage | | $0.00 |

Our File Number: 06-GSC1-100 Today's Date: 4/23/09
File Name: Hillard/GSC1
Description: Meds from LSU on C. Cooper
Requested by/Bal Attorney: ABM/100 Expense Code: Med
Client Approved by: ___

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| | | | | | $33.00 |

| REMITTANCE | |
|---|---|
| Statement # | |
| Date | |
| Amount Due | |
| Amount Enclosed | |

Make all checks payable to **Destiny Copy Services**
THANK YOU FOR YOUR BUSINESS!



OLS-6867



**DUPLASS**
**ZWAIN**
**BOURGEOIS**
**PFISTER &**
**WEINSTOCK**

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GEOFFREY P. CLEMENT
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART
CHRISTIAN B. BOGART

JOSEPH G. GLASS (2)
KEVIN R. DERHAM
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE
GISSEL M. FERRIOL
CHRISTINA M. KOCKE (3)
NICOLE M. BOYER
RYAN M. MALONE

WILLIAM J. GUSTE, IV
JENNIFER M. MORRIS
PHILIP G. WATSON

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Oklahoma

May 4, 2009

**VIA-HAND DELIVERY**

Dr. Janet Barnes
ATTN: JERI
3600 Prytania Street
Suite 50
New Orleans, Louisiana 70115

    **RE:**   **In Re: FEMA TRAILER FORMALDEHYDE**
           **PRODUCTS LIABILITY LITIGATION**
           **2:07-MDL-1873**
           **Our File No. 06-GSCI-100**

Dear Dr. Barnes:

Enclosed please find a check in the amount of **$30.00** for copying costs incurred with medical records of Christopher Cooper. Thank you for your cooperation and assistance in this matter. If you have any questions, please let me know.

                      Sincerely,
                      **DUPLASS, ZWAIN, BOURGEOIS,**
                      **PFISTER & WEINSTOCK**

                      *Carmen Motes*

                      **CARMEN V. MOTES**

/cvm
Enclosure

A PROFESSIONAL LAW CORPORATION
29TH FLOOR, THREE LAKEWAY CENTER     3838 N. CAUSEWAY BLVD.     METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700     FAX 504.837.3119
www.duplass.com

*Mk k-up vendor (#2232)*
*08·18·09*

# Invoice



**Confidential Copiers Inc.**
8371 SouthPark Lane
Littleton, CO 80120
(303)761-7205 Fax (303)761-7776
Toll Free @ 1-888-761-7205
www.confidentialcopiers.com

| Due Date | Date | Invoice # |
|---|---|---|
| 8/20/2009 | 8/5/2009 | 446274 |

**Bill To**
Duplass, Zwain, Bourgeois
Pfister and Weinstock
3838 N. Causway Blvd
Metaire, LA 70002

**Ship To**
Duplass, Zwain, Bourgeois
Pfister and Weinstock
3838 N. Causway Blvd
Metaire, LA 70002


*Ck. 105973 AUG 6 2009 PAID*

| Customer ID | | Amount Due |
|---|---|---|
| DUPZWAI3838LA04 | | $40.34 |

---

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.**

Confidential Copiers Inc.
8371 SouthPark Lane
Littleton, CO 80120
(303)761-7205 Fax (303)761-7776
Toll Free @ 1-888-761-7205
www.confidentialcopiers.com

| Person Name | Client/Matter # |
|---|---|
| Cooper, Christopher | 06-GSCI - 100 |

| Invoice # | Sent By | Date | Due Date |
|---|---|---|---|
| 446274 | ES | 8/4/2009 | 8/20/2009 |

| Qty | Item | Description | Client | Price | Amount |
|---|---|---|---|---|---|
| 1 | OSATTORNEYS | Base Fee | National Je... | 25.00 | 25.00 |
| 24 | OSPAGES | Per Page | National Je... | 0.50 | 12.00 |
| 1 | 029 | Shipping & Handling pages 20-29 | National Je... | 3.34 | 3.34 |
| 24 | TOTAL | Total Pages | National Je... | 0.00 | 0.00 |
| | Requester | Andrew Weinstock | National Je... | | 0.00 |
| | Records From | National Jewish | National Je... | | 0.00 |

Pay your bills online at:
https://www.intuitbillpay.com/cc_inc

Our File Number: *06-GSCI-102*   Today's Date: *8/14/09*
File Name: *Hillard/GSCI*
Description: *Mgs on Cooper from Nat. Jewish Hos*
Requested by/Bill Attorney: *AnaWns*   Expense Code: *Mspn*
ant Approved by: _____

OLS-9354

### Confidentiality Statement
The information contained is solely for the addressee(s) named above and is confidential. If the reader of this message is not the intended recipient you are prohibited from reading or disclosing the information. If you received this communication in error, please notify us immediately by phone.

**WE ACCEPT MASTERCARD & VISA** You can pay via mail, phone or online at https://www.intuitbillpay.com/cc_inc
Tax ID 84-1301464
If payment is not received by the due date a $5.00 latefee will be added after 30 days. After 60 days pastdue the late fee will double.
If payment is not received in 90 days, the bill will be turned over to Apollo Credit Agency.
We reserve the right to charge a $20 fee on all returned checks.

WALGREEN COMPANY
CORPORATE AND REGULATORY LAW
INVOICE FOR RECORD REQUEST SERVICES

**Billed to:**
DUPLASS ZWAIN BOURGEOIS, ET AL
ATTN:ANDREW WEINSTOCK
3838 N CAUSEWAY BLVD, 29TH FLOOR
METAIRIE                    LA    70002-

**Make Checks Payable to:**
Walgreen Company
1901 E. Voorhees St.
P.O. Box 4039
MS #735
Danville, Illinois 61834-4039

**Invoice Number:** 781400

**Patient Name:** CHRISTOPHER COOPER

**Amount Due:** $55.00

**PatientDOB:** 12/18/1996



Fax 217-554-8955

## INVOICE

### Second Request for Payment

**Re:** CHRISTOPHER COOPER

OLS-9582

Dear Sir or Madam:

In accordance with your request, pharmacy records or a no records affidavit for the above referenced patient were forwarded after a complete search was conducted with the name and date of birth that was provided, pursuant to the statutory retention period for pharmacy records. An invoice is attached for searching, handling, retrieving, reviewing and duplicating those pharmacy records.

Please remit payment, together with this invoice. If state statute designates a different reimbursement, please enclose a copy of the statute along with a check for that amount. Please send all correspondences by mail.

Sincerely,

Jodi Drews
Records Custodian

(217) 554-8590 (Phone)
FEIN: 36-192-4025 **(Tax ID)**

Our File Number: 06-6501-100    Today's Date: 8/25/09
File Name: Hillard/6501
Description: Meds from Walgreens
Requested by/Bill Attorney: _____  Expense Code: MSM
Client Approved by: _____

DG entered

## WALGREEN COMPANY
### CORPORATE AND REGULATORY LAW
### INVOICE FOR RECORD REQUEST SERVICES

√ JmP

**Billed to:**
DUPLASS ZWAIN BOURGEOIS, ET AL
ATTN:ANDREW WEINSTOCK
3838 N CAUSEWAY BLVD, 29TH FLOOR
METAIRIE          LA   70002-

**Make Checks Payable to:**
Walgreen Company
1901 E. Voorhees St.
P.O. Box 4039
MS #735
Danville, Illinois 61834-4039

**Invoice Number:** 837195

**Patient Name:** CHRISTOPHER COOPER

**Amount Due:** $55.00

**PatientDOB:** 12/18/1996

---

### INVOICE

Our File Number: 06-GSCI-100   Today's Date: 9/14/09
File Name: U-fillord/GSCI
Description: Updated needs from Walgreens
Requested by/Bill Attorney: ADW/CAS   mem
Client Approved by: _____

**Re:** CHRISTOPHER COOPER

Dear Sir/Madam

In accordance with your request, pharmacy records for the above referenced patient were forwarded after a complete search was conducted, pursuant to the statutory retention period for pharmacy records. An invoice for our services is attached.

Please remit payment, together with this invoice. If state statute designates a different reimbursement, please enclose a copy of the statute along with a check for that amount.

Sincerely,

Jodi Drews
Records Custodian


OLS-10146


CK. 106467
OCT 2009
PAID

(217) 554-8590 (Phone)
FEIN 36-192-4025 (Tax ID)

S