# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50104944

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/02/09 |

**TO**
Duplass,Zwain-Kelly Swords
Kelly Swords
3838 N.Causeway Suite 2900
Metairie,LA 70002

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/02/09 | | Net 30 | RUBIN |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication | 10.00 | 10.00 |
| 83 | Scanned Documents - per page | 0.05 | 4.15 |

*Frank + Associates records*

CR. 105660
JUL 2009
PAID

ORIGINAL INVOICE
forward to ACCOUNTING USE

OLS-8814

Our File Number: 02-77P-109   Today's Date: 6/18/09

File Name: Rubin/77P

Description: Copies of docs from Frank & Assoc.

Requested by/Bill Attorney: _____ Expense Code: COPY

Client Approved by: _____

Received by: _____ Date: _____

| | Subtotal | 14.15 |
|---|---|---|
| | Sales Tax | 1.27 |
| | TOTAL | $ 15.42 |

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

*Thank You*

**TERMS:** 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE**  50104941

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/02/09 |

**TO**

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

**SHIP TO**

PICK UP AND PRINT CDS
FROM DR. CIOTA AND RETURN
PRINT OUT AND CDS BACK
BILL DUPLASS

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/02/09 | | Net 30 | FEMA DR.CIOTA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 546 | Blow Backs | 0.10 | 54.60 |
| 1 | 3" Binders | 10.90 | 10.90 |

Our File Number: *06-GSU1-100*  Today's Date: *6/4/09*

File Name: *Hillard/ GSU1*

Description: *Copies*

Requested by/Bill Attorney: *PQA/CAB* Expense Code: *MISC*

Client Approved by: _____

ORIGINAL INVOICE

*TL*
*ck. 105660*
JUL 2009
PAID

OLS-8815

Subtotal  65.50

Received by: _____  Date: _____

Sales Tax  5.89

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

*Thank You*

TOTAL  $ 71.39

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ✓

## Professional Overnight Copy Service, Inc.

**INVOICE** 50105463

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA******** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | ********DR. STEPHEN SMULSKI EXP. REPORT | | |
| 1 | CD Duplication | 10.00 | 10.00 |
| 315 | Blow Backs | 0.10 | 31.50 |
| 60 | Color 8.5X11" - Color Copies | 0.95 | 57.00 |

Our File Number: *06-G501-100*  Today's Date: *6/23/09*

File Name: *Hillard/Gads*

Description: *CD duplication*

Requested by/Bill Attorney: *ADM/205*  Expense Code: *Copy0*

Client Approved by:

**ORIGINAL INVOICE**
Please forward to ACCOUNTING DEP
for payment. Thank You

CR.105660

OLS-8816

Received by: _____  Date: _____

| | Subtotal | 98.50 |
|---|---|---|
| | Sales Tax | 8.87 |
| | TOTAL | $107.37 |

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50105466

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

SHIP TO

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838  N Causeway Suite 2900
Metairie, La. 70002

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA 6/09/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | FLOUR DOC. PROD #3 CD Duplication | 10.00 | 10.00 |

Our File Number: *06-6456-100* Today's Date: *6/03/09*

File Name: *Hillard/Cases*

Description: *CD duplication*

Requested by/Bill Attorney: *ADW/arts* Expense Code: *C0096*

Client Approved by:

**ORIGINAL INVOICE**
Please forward to ACCOUNTING DEP'
for payment, Thank You!

*CR:105660*

OLS-8819

Received by: _____ Date: _____

| | | |
|---|---|---|
| | Subtotal | 10.00 |
| | Sales Tax | 0.90 |
| | TOTAL | $ 10.90 |

Please Send Payment to:  **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

### Professional Overnight Copy Service, Inc.

**INVOICE**  50105467

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA**SCHWERY |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | CD Duplication | 10.00 | 20.00 |

Our File Number: *06-6561-100*  Today's Date: *6/22/09*

File Name: *Hillard/Gsei*

Description: *CD duplication*

Requested by/Bill Attorney: *ADO/CDS*  Expense Code: *Copy0*

Client Approved by:

**ORIGINAL INVOICE**
Please forward to ACCOUNTING DEP
for payment. Thank You!

*CR.105660*

OLS-8820

|  |  |
|---|---|
| Subtotal | 20.00 |
| Sales Tax | 1.80 |
| **TOTAL** | **$ 21.80** |

Received by: _____  Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50105469

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA 5/22/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | WATTS 4/20, PHOTOS BY A. ALEXANDER 4/17, EXP. RELIANCE FILE L.LAUX 5/22 | | |
| 4 | CD Duplication | 10.00 | 40.00 |
| 2 | DVD Duplication | 30.00 | 60.00 |
| 4380 | OCR | 0.03 | 131.40 |

Our File Number: *06-6921-100*    Today's Date: *6/25/09*

File Name: *Hillard/Gsel*

Description: *CD & DVD duplication*

Requested by/Bill Attorney *PDW/ENB*   Expense Code: *Copyo*

Client Approved by:

**ORIGINAL INVOICE**
Please forward to ACCOUNTING DEPT
for payment. Thank You!

CR.105687
JUL 2009
**PAID**

OLS-8866

| | | |
|---|---|---|
| **Subtotal** | | 231.40 |
| Received by: | Date: | |
| | Sales Tax | 20.83 |

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| | |
|---|---|
| **TOTAL** | **$ 252.23** |

*Thank You*

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

CHOICE ☑

Professional Overnight Copy Service, Inc.

DG entered

**INVOICE**   50108600

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 09/18/09 |

TO

Duplass, Zwain - Carmen Motes
**Carmen Motes**
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 09/18/09 | | Net 30 | FEMA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 359 | SHEA DAN DESIGNATIONS DEL TO COURT<br>Color 8.5X11" - Color Copies | 0.95 | 341.05 |

Our File Number: _06-45 LL-100_  Today's Date: _9/24/09_

File Name: _Hillard / 65 L L_

Description: _Color copies for court_

Requested by/Bill Attorney: _ADW_  Expense Code: _COPY_

Client Approved by: _____

OLS-10169

| | | |
|---|---|---|
| | Subtotal | 341.05 |
| Received by: _____ Date: _____ | Sales Tax | 30.69 |
| Please Send Payment to: **CHOICE COPY SERVICE,**<br>P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789<br>Fed. Tax ID # 72-1240881 | | |
| Thank You | TOTAL | $ 371.74 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

DG entered

# CHOICE ☑
Professional Overnight Copy Service, Inc.

Cmp

**INVOICE** 50108456

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 09/15/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 09/15/09 | | Net 30 | FEMA***** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 8/24/09 FLUOR PRODUCTION #13<br>CD Duplication | 10.00 | 10.00 |

Our File Number: _____ Today's Date: _____
File Name: _____
Description: CD Duplication
Requested by/Bill Attorney: ADW  Expense Code: CONV
Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

PAID

| | Subtotal | 10.00 |
|---|---|---|
| | Sales Tax | 0.90 |
| | TOTAL | $10.90 |

Received by: _____ Date: _____

CHOICE COPY SERVICE,
ANS, LA. 70162, (504)524-6789
# 72-1240881

OLS-10129

Thank You

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

Professional Overnight Copy Service, Inc.

DG entered

**INVOICE**

50108457

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 09/15/09 |

TO

ome

SHIP TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 09/15/09 | | Net 30 | FEMA **** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 200 | REQUESTED GS - 1 TABS ONLY<br>Custom Tabs | 0.50 | 100.00 |

Our File Number: _06-GSC1-10_ Todays Date: _9/17/08_

File Name: _Willard / GSC1_

Description: _Custom Tabs Yr Picks 4/K_

Requested by/Bill Attorney: _ADW_  Expense Code: _COPY O_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

| | Subtotal | 100.00 |
|---|---|---|

Re

OLS-10128

Date: _____
IOICE COPY SERVICE,
3, LA. 70162, (504)524-6789
2-1240881
k You

| Sales Tax | 9.00 |
|---|---|
| TOTAL | $ 109.00 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

Jmℓ 09·30·09



2520 CAROLINE
HOUSTON, TEXAS 77004
PH. (713) 229-9100 FAX (713) 229-9104
www.lighthousecopy.com

Tax ID # 61-1413443

Jmℓ set-up vendor (#2305)
09-30-09

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 9/12/2009 | 51820 |

**BILL TO:**
The Buzbee Law Firm
Deann Brown
600 Travis
Suite7300
Houston, TX 77002

**SHIP TO:**
The Buzbee Law Firm
Deann Brown
600 Travis
Suite7300
Houston, TX 77002

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| FEMA | Net 30 | 66 | 9/12/2009 | | 0909-0402 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 5,430 | 1004 | Heavy Litigation Copies | 0.15 | 814.50T |
| 597 | 2001 | Color Copies - Letter/Legal | 1.00 | 597.00T |
| 376 | 4006 | Tabs | 0.30 | 112.80T |
| 1 | 4009 | 1.5" Three Ring Binder | 9.88 | 9.88T |
| 1 | 4011 | 3" Three Ring Binder | 14.88 | 14.88T |
| 5 | 4012 | 4" Three Ring Binder | 19.88 | 99.40T |
| 5 | 4013 | 5" Three Ring Binder | 24.88 | 124.40T |
| | | Sales Tax | 8.25% | 146.26 |

Our File Number: 06-GSC1-100   Today's Date: 9/8/05

File Name: Hallard / GSC1

Description: Exhibits

Requested by/Bill Attorney: ADW   Expense Code: COPYO

Client Approved by: _____



PLEASE PAY FROM THIS INVOICE

**TOTAL**   $1,919.12

OLS-8376

S

DG entered 09-18-09

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50108484

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 09/15/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

Jm2

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 09/15/09 | | Net 30 | FEMA *** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | SC DOCS 6/22/09 3 BOXES AND 3 REDWELLS | | |
| 10421 | Scanned Documents - per page | 0.16 | 1,667.36 |
| 1 | CD Duplication | 10.00 | 10.00 |

Our File Number: _0 0 - t 3 1 1 - 1 0 0_   Today's Date: _9/17/0 9_

File Name: _Hilliard Hazel_

Description: _C 1  deduction_

Requested by/Bill Attorney: _A D L_ Expense Code: _Comel_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

| | Subtotal | 1,677.36 |
|---|---|---|
| | Sales Tax | 150.96 |
| | TOTAL | $ 1,828.32 |

Date:
CHOICE COPY SERVICE,
EANS, LA. 70162, (504)524-6789
) # 72-1240881

OLS-10121

*ank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

5

09.18.09 DG

DG entered

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

## INVOICE

50108485

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 09/15/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 09/15/09 | | Net 30 | FEMA****** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | BENCH BOOKS FOR ALEXANDER TRIAL | | |
| 20458 | D copies - Extra Handling | 0.16 | 3,273.28 |
| 12 | 5"D-ring Flat Lay Binders | 28.00 | 336.00 |
| 18 | 4" D-ring Flat Lay Binders | 18.00 | 324.00 |
| 1016 | Tabs - Index Tabs | 0.35 | 355.60 |
| 312 | Color 8.5X11" - Color Copies | 0.95 | 296.40 |

Our File Number: _____ Today's Date: _____

File Name: _____

Description: _____

Requested by/Bill Attorney: _____ Expense Code: COPY()

Client Approved by: _____

ORIGINAL
Please forward to ACCOUNTING DEP'
for payment. Thank You!

ORIGINAL INVOICE
Please forward to ACCOUNTING DEP'
for payment. Thank You!

| | Subtotal | 4,585.28 |
|---|---|---|

Re [barcode] OLS-9909

Date: _____
HOICE COPY SERVICE,
S, LA. 70162, (504)524-6789
'2-1240881

| Sales Tax | 412.68 |
|---|---|
| TOTAL | $ 4,997.96 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

DG entered

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE**

50108448

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 09/15/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

Jme

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 09/15/09 | | Net 30 | FEMA **** |

| QTY | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | USA EXP. REPORT 8/25/09<br>CD Duplication | | | 10.00 | 10.00 |

Our File Number: _06: 05 61-100_ Today's Date: _9/17/04_

File Name: _Hillard /1561_

Description: _CD Duplication_

Requested by/BS Attorney: _ADW_ Expense Code: _COPYD_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

PAID

| | Subtotal | 10.00 |
|---|---|---|
| | Sales Tax | 0.90 |
| | TOTAL | $ 10.90 |

Date:
CHOICE COPY SERVICE,
NS, LA. 70162, (504)524-6789
72-1240881

....nk You

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

S

DG₇ entered

# CHOICE ☑
Professional Overnight Copy Service, Inc.

INVOICE
50108446

Ome

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 09/15/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 09/15/09 | | Net 30 | FEMA **** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 8/31/09 FLUOR # 14<br>CD Duplication | 10.00 | 10.00 |

Our File Number: _OU-USC1-1CC_ Today's Date: _9/17/05_
File Name: _Hillard / USCI_
Description: _CD Duplication_
Requested by/Bill Attorney: _AN W_ Expense Code: _COPYO_
Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

CR. 106411
SEP 2009
PAID

| | Subtotal | 10.00 |
|---|---|---|
| | Sales Tax | 0.90 |
| | TOTAL | $10.90 |

Rece
Date: _____
ICE COPY SERVICE,
LA. 70162, (504)524-6789
1240881
OLS-9902

Thank You

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

5

DG

# CHOICE ☑

Professional Overnight Copy Service, Inc. *One*

**INVOICE** 50108444

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 09/15/09 |

TO

Duplass, Zwain - Carmen Motes
**Carmen Motes**
3838  N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 09/15/09 | | Net 30 | FEMA **** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 200 | G-1 TABS AND COPY SET NO BINDERS OR 3 HOLE<br>Custom Tabs | 0.50 | 100.00 |
| 2749 | C copies - Small Sections | 0.16 | 439.84 |

Law File Number: *Ole tSC 1-100* Today's Date: *9/17/05*

File Name: *Hilliald GSC 1*

Description: *Yaks & Exhibits*

Requested by/Bill Attorney: *ADW* Expense Code: *Copy*

Client Approved by:

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

GL. 106411
SEP 2009
PAID

| | | Subtotal | 539.84 |
|---|---|---|---|

Received by:

Date:
CHOICE COPY SERVICE,
ANS, LA. 70162, (504)524-6789
# 72-1240881
*ank You*

OLS-9900

| Sales Tax | 48.59 |
|---|---|
| TOTAL | $ 588.43 |

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

5

# COST ACCOUNT CHECK REQUEST FORM

## DATE: September 10, 2009

MAKE CHECK PAYABLE TO:       Full Circle Courier Services, L.L.C.

IN THE AMOUNT OF:            $25.00

CHARGE TO:                   Hillard/GSCI

OUR FILE NUMBER:             06-GSCI-100

ENTRY SHOULD BE DATED:       9/10/09

CODE:                        COUR

DESCRIPTION:                 By hand delivery of documents to
                             Judge Englehart

REQUESTED BY/BILL ATTY:      ADW/Kim C.

### EXPENSE CODE LIST

| | | | | |
|---|---|---|---|---|
| CONF | Conference Call Costs | | MISC | Miscellaneous Costs |
| COPYO | Outside Copies | | OPRO | Other Professionals |
| COUR | Courier Costs | | PARK | Parking & Tolls |
| DEPO | Deposition & Transcripts | | PI | Private Investigator |
| EXP | Expert Fees | | REC | Record Retrieval Costs |
| FF | Filing Fee | | SERV | Service |
| LC | Local Counsel | | SHIP | Shipping Costs |
| MAPS | Mediation & Arbitration Services | | SUBP | Subpoena Fees |
| MEAL | Meals | | TRAVL | Travel Local |
| MEDR | Medical Records | | TRAVO | Travel Out-Of-Town |
| MILEL | Local Mileage Costs | | TREX | Trial Exhibits |
| MILEO | Out-of-Town Mileage Costs | | TRTR | Trial Transcripts |
| | | | WIT | Witness |



OLS-9934

**FULL CIRCLE** COURIER SERVICES L.L.C.

1200 Highland Avenue
Metairie, Louisiana 70001
504.390.3459

WORK ORDER № 1901

Today's Date _____   Must be Completed by: _____

Same day return (extra charge)  Yes ___ No ___

Firm Name _____   Return work to: _____

Your reference / file no. _____

### Court Filing

Place X in box

| Courts | |
|---|---|
| CDC | ORLEANS PARISH RECORDING |
| CIVIC-A ORLEANS | 19th JDC |
| 21st JDC | 22nd JDC |
| 24th JDC | 29th JDC |
| 32nd JDC | 36th JDC |
| LA. APP 4th | LA. APP 5th |
| LA. SUP. CT. | Deposit Copies |

Other Court _____  Court File no. _____
Document Name _____

### Filing Instructions

File, return stamped copy
Need rule/trial date
Need judge signature
Certified Copies _____  No. _____
Sheriff service

Special instructions _____

### HAND DELIVERIES

| TO: | RECEIVED BY: |
|---|---|
| | |

---

| Subpoenas | FEES DUE | |
|---|---|---|
| Special Instructions | Standard job rate | |
| | Costs advanced | |
| | Same day return / Rush fee | |
| **TOTAL DUE** | | |

PAYMENT
DUE DATE:



S

# COST ACCOUNT CHECK REQUEST FORM

## DATE: September 10, 2009

MAKE CHECK PAYABLE TO:       Full Circle Courier Services, L.L.C.

IN THE AMOUNT OF:            $11.00

CHARGE TO:                   Hillard/GSCI

OUR FILE NUMBER:             06-GSCI-100

ENTRY SHOULD BE DATED:       9/10/09

CODE:                        COUR

DESCRIPTION:                 Delivery to Courtroom Graphics in
                             preparation of upcoming trial

REQUESTED BY/BILL ATTY:      ADW/Kim C.

### EXPENSE CODE LIST

| | | | | |
|---|---|---|---|---|
| CONF | Conference Call Costs | | MISC | Miscellaneous Costs |
| COPYO | Outside Copies | | OPRO | Other Professionals |
| COUR | Courier Costs | | PARK | Parking & Tolls |
| DEPO | Deposition & Transcripts | | PI | Private Investigator |
| EXP | Expert Fees | | REC | Record Retrieval Costs |
| FF | Filing Fee | | SERV | Service |
| LC | Local Counsel | | SHIP | Shipping Costs |
| MAPS | Mediation & Arbitration Services | | SUBP | Subpoena Fees |
| MEAL | Meals | | TRAVL | Travel Local |
| MEDR | Medical Records | | TRAVO | Travel Out-Of-Town |
| MILEL | Local Mileage Costs | | TREX | Trial Exhibits |
| MILEO | Out-of-Town Mileage Costs | | TRTR | Trial Transcripts |
| | | | WIT | Witness |



OLS-9933

**FULL CIRCLE**
COURIER SERVICES LLC

1200 Highland Avenue
Metairie, Louisiana 70001
504.390.3459

**WORK ORDER    Nº  1900**

| | |
|---|---|
| **Today's Date** | **Must be Completed by:** |
| 09 - 04 - 09 | _____ : _____ m |

Same day return (extra charge):   Yes   No

Firm Name _____   Return work to:

Your reference / file no. _____

### Court Filing

Place X in box

| Courts | | Other Court _____ Court File no. |
|---|---|---|
| CDC | ORLEANS PARISH CIVIL DISTRICT | Document Name _____ |
| CIVIL CA ORLEANS | 19th JDC | |
| 21st JDC | 22nd JDC | |
| 24th JDC | 29th JDC | |
| 32nd JDC | 34th JDC | |
| L.A. APP 4th | L.A. APP 5th | |
| L.A. SUPR CT | Federal Courts | |

**Filing Instructions**

Fille, return stamped copy

Need rule/trial date

Need judge signature

Certified Copies ____

Sheriff service

Special instructions _____

### HAND DELIVERIES

| TO: | RECEIVED BY: |
|---|---|
| Nancy | |
| McCarter | |
| Coniron morris | |
| Oysdine | |
| 184  th St. | |
| Full St by | |

| **Subpoenas** | **FEES DUE** | |
|---|---|---|
| Special Instructions | Standard job rate ___ $11.00 | **PAYMENT DUE DATE:** |
| | Costs advanced _____ | 09/25/09 |
| | Same day return / rush fee _____ | |
| | **TOTAL DUE** _____ | |

SEP 2009
PAID

S

√ome



# Invoice



**QUALITY LITIGATION SUPPORT, INC.**
214 3RD STREET, SUITE A
BATON ROUGE, LA 70801-1304
(225) 334-9327

| DATE | INVOICE # |
|------|-----------|
| 9/3/2009 | 97268 |

**BILL TO:**

DUPLASS, ZWAIN BOURGEOIS & MORTON
3838 N. CAUSEWAY BLVD.
SUITE 2900
METAIRIE, LA 70002

**SHIP TO:**

MR. ANDREW D WEINSTOCK

R&D STRATEGIC SOLUTIONS
DOC FROM JONES WALKER

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 15 | | 9/3/2009 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 3 DVD Copy | Copy DVD | | 35.00 | 105.00T |
| 1 UPS | UPS CHARGES | | 10.00 | 10.00T |
| | | 9% state and city combined | 9.00% | 10.35 |



Our File Number: _DC - 6951 - 100_  Today's Date _9/10/05_

File Name: _Hilliard Gasci_

Description: _DVDs of Jury Foces group_

Requested by/Bill Attorney: _PMM/Rob_ Expense Code: _MISC_

Client Approved by: _____

OLS-9751

Questions concerning invoice call Stewart or Paxton 225-334-9327  TAX ID 72-1440333

**TOTAL**                                    $125.35

774994 (1/99)

5

# INVOICE

**Docucopy Office Solutions, Inc.**
24 Platt St
Kenner, LA 70065

Invoice #          8217
Invoice Date
                   9/1/2009

Bill To:

Duplass
3838 N Causeway Blvd
Suite 2900
Metairie, LA 70002

Pick-up/Delivery 504 487-0658
Office 504 586-0120
Fax 504 465-4936
EIN 72-1438100

| Requested By | Quantity | Description | File # | Unit Price | Amount |
|---|---|---|---|---|---|
| Crystle | 1,783 | Scans | gsci-06100 | $0.10 | $178.30 |
|  |  | Our File Number: DL-6561-12    Today's Date: 9/5/09 |  |  |  |
|  |  | Re Name: Hillard / 6311 |  |  |  |
|  |  | Description: Copies of arts |  |  |  |
|  |  | Requested by/Bill Attorney: approval  Expense C: 19248 |  |  |  |
|  |  | Final Approved by: |  |  |  |

| | | | | SUBTOTAL | $178.30 |
|---|---|---|---|---|---|
| **Please make checks payable to:** | | | | TAX | $16.05 |
| **Docucopy Office Solutions, Inc.** | | | | TOTAL | $194.35 |
| | | | PAYMENT | RECEIVED | $0.00 |
| | TERMS Net Due 30 Days | | | TOTAL DUE | $194.35 |



OLS-9952

S

# INVOICE

Docucopy Office Solutions, Inc.
24 Platt St
Kenner, LA 70065

| | |
|---|---|
| Invoice # | 8220 |
| Invoice Date | 9/1/2009 |

**Bill To:**

Duplass
3838 N Causeway Blvd
Suite 2900
Metairie, LA 70002

Pick-up/Delivery 504 487-0658
Office 504 586-0120
Fax 504 465-4936
EIN 72-1438100

| Requested By | Quantity | Description | File # | Unit Price | Amount |
|---|---|---|---|---|---|
| Crystle | 41 | Color Copies | | $0.89 | $36.49 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CK 106256
SEP 2009
PAID

| | | |
|---|---|---|
| Please make checks payable to: | SUBTOTAL | $36.49 |
| Docucopy Office Solutions,Inc. | TAX | $3.28 |
| | TOTAL | $39.77 |
| | PAYMENT RECEIVED | $0.00 |
| TERMS Net Due 30 Days | TOTAL DUE | $39.77 |



OLS-9955

File Number: _OC - CnStl - 1bc_  Today's Date: _9/3/09_

Name: _Color copies_

Action: _Hillard / Ersei_

Requested by/Bill Attorney: _PBM/CEB_  Expense Code: _Copy_

Client Approved by:

S

# INVOICE

Docucopy Office Solutions, Inc.
24 Piatt St
Kenner, LA 70065

Pick-up/Delivery 504 487-0658
Office 504 586-0120
Fax 504 465-4936
EIN 72-1438100

| Invoice # | 8222 |
| Invoice Date | |
| | 9/1/2009 |

Bill To:

Duplass
3838 N Causeway Blvd
Suite 2900
Metairie, LA 70002

| Requested By | Quantity | Description | File # | Unit Price | Amount |
|---|---|---|---|---|---|
| Crystle ✓ | 179 | Color Copies | gsci-06100 | $0.89 | $159.31 |
| | | | | | |
| | | | | | |



| Please make checks payable to: | | | | SUBTOTAL | $159.31 |
|---|---|---|---|---|---|
| Docucopy Office Solutions, Inc. | | | | TAX | $14.34 |
| | | | | TOTAL | $173.65 |
| | | | PAYMENT | RECEIVED | $0.00 |
| TERMS Net Due 30 Days | | | | TOTAL DUE | $173.65 |

OLS-9957

Our File Number: _DK · 06LF · 102_   Today's Date: _9/6/09_

File Name: _Hilliard/Enzel_

Description: _Color Copies_

Requested by/Bill Attorney _Duplass_ ... _Copy_



# INVOICE

Docucopy Office Solutions, Inc.
24 Platt St
Kenner, LA 70065

| | |
|---|---|
| Invoice # | 8187 |
| Invoice Date | 8/1/2009 |

Bill To:

Duplass
3838 N Causeway Blvd
Suite 2900
Metairie, LA 70002

Pick-up/Delivery 504 487-0658
Office 504 586-0120
Fax 504 465-4936
EIN 72-1438100

| Requested By | Quantity | Description | File # | Unit Price | Amount |
|---|---|---|---|---|---|
| Carmen | 5,135 | Color Copies Scanoe | gsci-06100 | $0.10 | $513.50 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| Please make checks payable to: | SUBTOTAL | $513.50 |
| Docucopy Office Solutions, Inc. | TAX | $46.22 |
| | TOTAL | $559.72 |
| | PAYMENT RECEIVED | $0.00 |
| TERMS Net Due 30 Days | TOTAL DUE | $559.72 |

C - Mote



OLS-9305

# CHOICE ☑

Professional Overnight Copy Service, Inc.

**INVOICE**

50107041

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/03/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/03/09 | | Net 30 | FEMA QUICK |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 7/23/09<br>CD Duplication | 10.00 | 10.00 |

Our File Number: 06-@5c1-190 Today's Date: 7/5/09
File Name: Duke Hillard/0561
Description: CD dup of Duke File
Requested by/Bill Attorney: RBM/KMP  Expense Code: Copy o
Client Approved by:

PAID

OLS-9200

| | | |
|---|---|---|
| | Subtotal | 10.00 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | | |
|---|---|---|
| Sales Tax | 0.90 |
| TOTAL | $10.90 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

entered 08·21·09
DG

## CHOICE ☑

Professional Overnight Copy Service, Inc.

√OP INVOICE
50107348

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/12/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA **** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | kaltofen 6/10/09 disc 2 | | |
| 52665 | OCR | 0.03 | 1,579.95 |
| 52665 | PDF Conversion | 0.03 | 1,579.95 |
| | add to external hard drive | | |

Our File Number: *OL-L801-100*   Today's Date: *8/15/09*

File Name: *Hillard/ad/*

Description: *C6 17 06 KAltofen dodE*

Requested by/Bill Attorney: *ADA/cab*   Expense Code: *Cpmo*

Client Approved by: _____

||| ||| ||| |||
OLS-9426

| | Subtotal | 3,159.90 |
|---|---|---|

Received by: _____  Date: _____

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | Sales Tax | 284.39 |
|---|---|---|
| | TOTAL | $ 3,444.29 |

Thank You

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

D6

# CHOICE ☑
Professional Overnight Copy Service, Inc.

**INVOICE**

50107332

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/12/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA 8-7-09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CHARLES DAVID MOORE REL. FILE<br>CD Duplication | 10.00 | 10.00 |

Our File Number: 06-6911-100   Today's Date: 8/18/09

File Name: Howard/Gsel

Description: CD dup of Moore Rel. File

Requested by/Bill Attorney: Medlers   Expense Code: Copy 0

Client Approved by:

PAID
AUG 2009

OLS-9408

| | Subtotal | 10.00 |
|---|---|---|
| | Sales Tax | 0.90 |
| | TOTAL | $ 10.90 |

Received by:                    Date:

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

— Thank You —

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

✓ DG

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50107333

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/12/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA 8/7/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **FLOUR JUMP DRIVE** <br> **DVD Duplication** | 30.00 | 30.00 |

Our File Number: 06 - 6665-700   Today's Date: 8/05/09

File Name: Hillard/Gasel

Description: Due dup of flour jump drive

Requested by/Bill Attorney: PBM/CMD   Expense Code: 69.40

Client Approved by: _____

ORIGINAL INVOICE

OLS-9409

| | Subtotal | 30.00 |
|---|---|---|

Received by: _____ Date: _____

Please Send Payment to:  CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | Sales Tax | 2.70 |
|---|---|---|
| | TOTAL | $ 32.70 |

— *Thank You* —

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

### Professional Overnight Copy Service, Inc.

| | INVOICE | |
|---|---|---|
| | | **50107334** |
| SALESPERSON | INVOICE DATE | |
| Kevin S. | 08/12/09 | |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA SCOTT |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | DVD Duplication | 30.00 | 30.00 |

Our File Number: *01-6921-160*  Today's Date: *8/05/09*

File Name: *Hilliard/6921*

Description: *DVD dup of Scott DVDs*

Requested by/Bill Attorney: *504/496*  Expense Code: *CY090*

Client Approved by: _____

*(stamp)* PAID

OLS-9410

| | Subtotal | 30.00 |
|---|---|---|
| | Sales Tax | 2.70 |
| | TOTAL | $ 32.70 |

Received by: _____   Date: _____

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62168, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

$\sqrt{\ }=D^6$

# CHOICE ☑
## Professional Overnight Copy Service, Inc.

**INVOICE** 50107336

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/12/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838  N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA 8/4/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | SUPP EXP. REPORT M. LINDELL<br>CD Duplication | 10.00 | 10.00 |

Our File Number: _06-GSU-102_ Today's Date _8/16/09_

File Name: _Hillard/GSU_

Description: _CD dup of Supp rpt of Lindell_

Requested by/Bill Attorney: _man/jude_ Expense Code: _Copyo_

Client Approved by: _____

PAID
106070
AUG 2009

OLS-9412

| | Subtotal | 10.00 |
|---|---|---|

Received by: _____ Date: _____

Please Send Payment to:  CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| Sales Tax | 0.90 |
|---|---|
| TOTAL | $ 10.90 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

### Professional Overnight Copy Service, Inc.

**INVOICE** 50107337

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/12/09 |

TO

Duplass, Zwain - Carmen Motes
**Carmen Motes**
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA FARBER |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication | 10.00 | 10.00 |

Our File Number: 06-651-100  Today's Date: 8/6/09

File Name: Millard Gsel

Description: CD dup of Farber does

Requested by/Bill Attorney: Amy Cree  Expense Code: Copy

Client Approved by:

OLS-9413

| | | |
|---|---|---|
| | Subtotal | 10.00 |

Please Send Payment to:  **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | | |
|---|---|---|
| Sales Tax | 0.90 |
| TOTAL | $ 10.90 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

✓. D°

# CHOICE ☑

### Professional Overnight Copy Service, Inc.

| | |
|---|---|
| **INVOICE** | 50107338 |

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/12/09 |

TO

Duplass, Zwain - Carmen Motes
**Carmen Motes**
3838  N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA WRIGHT |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication | 10.00 | 10.00 |

Our File Number: _06-GSCF-102_ Today's Date: _8/15/09_

File Name: _Aylard GSH_

Description: _CD dup of Wright docs_

Requested by/Bill Attorney: _ABW/ASH_ Expense Code: _E8/40_

Client Approved by: _____

CE.
10G070
AUG 2009
PAID

OLS-9414

| | | Subtotal | 10.00 |
|---|---|---|---|

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| Sales Tax | 0.90 |
|---|---|
| TOTAL | $ 10.90 |

—— *Thank You* ——

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

√·D6

# CHOICE ☑
### Professional Overnight Copy Service, Inc.

**INVOICE** 50107339

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/12/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA SHWERY |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication | 10.00 | 10.00 |

Our File Number: _____ Today's Date: _____
File Name: _____
Description: _____
Requested by/Bill Attorney: _____ Expense Code: _____
Client Approved by: _____

PAID AUG 2009

OLS-9415

| | | |
|---|---|---|
| Subtotal | | 10.00 |
| Sales Tax | | 0.90 |
| TOTAL | | $ 10.90 |

Received by: _____ Date: _____
Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881
—— *Thank You* ——

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50107340

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/12/09 |

**TO**

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA GIVERAN |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 209 | Blow Backs | 0.10 | 20.90 |
| 30 | Color 8.5X11" - Color Copies | 1.50 | 45.00 |

Our File Number: 06 - GSU - 100 Today's Date: 8/15/09
File Name: Hillard/ GSCI
Description: Copies of GIN EVAN docs
Requested by/Bill Attorney: APN/BMS Expense Code: Copy0
Client Approved by:

PAID

OLS-9416

| | | |
|---|---|---|
| Subtotal | | 65.90 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | |
|---|---|
| Sales Tax | 5.93 |
| TOTAL | $ 71.83 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

✓ :D6

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE**   50107341

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/12/09 |

TO

Duplass, Zwain - Carmen Motes
**Carmen Motes**
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/12/09 | | Net 30 | FEMA 8/4FLOUR |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication | 10.00 | 10.00 |

Our File Number: *DL - GSE1-100* Today's Date: *8/18/09*

File Name: *Hillard/GSE1*

Description: *CD dup of floor class*

Requested by/Bill Attorney: *PANIKAP* Expense Code: *Copy*

Client Approved by: _____

OLS-9417

| | Subtotal | 10.00 |
|---|---|---|

Received by: _____  Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62185, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| Sales Tax | 0.90 |
|---|---|
| TOTAL | $ 10.90 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50107040

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/03/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/03/09 | | Net 30 | FEMA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **ALX MARSH** | | |
| 14 | CD Duplication | 10.00 | 140.00 |
| 485 | Scanned Documents - per page | 0.16 | 77.60 |
| 485 | Digital Labels | 0.01 | 4.85 |
| 485 | Blow Backs | 0.10 | 48.50 |

Our File Number: 06-16,581-100   Today's Date: 8/6/09
File Name: Hillard/Cases
Description: Copying of MARSH file
Requested by/Bill Attorney: BDW/CMC   Expense Code: NOPCP
Client Approved by:

ORIGINAL INVOICE

OLS-9199

| | |
|---|---|
| Subtotal | 270.95 |
| Sales Tax | 24.39 |
| TOTAL | $295.34 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE**,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240681

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

INVOICE  50107030

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/03/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/03/09 | | Net 30 | FEMA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | FLOUR RESP. 2ND 3RD 7 27/09 DVD Duplication | 30.00 | 30.00 |

Our File Number: *OG- G501-100* Today's Date: *8/5/09*

File Name: *Hillard/ Gigi*

Description: *DVD dup of floor Resp.*

Requested by/Bill Attorney: *Blu/ead* Expense Code: *Copy O*

Client Approved by: _____

Ck.  17h
106047
AUG 2009
PAID

OLS-9196

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

| | |
|---|---|
| Subtotal | 30.00 |
| Sales Tax | 2.70 |
| TOTAL | $32.70 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE**
50107032

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/03/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/03/09 | | Net 30 | FEMA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | JOE LITTLE 7/28/09<br>CD Duplication | 10.00 | 10.00 |

Our File Number: _OL-GSU-160_ Today's Date: _8/31/09_

File Name: _Hillard/ GSU_

Description: _CD dup of Joe Little_

Requested by/Bill Attorney: _PM Smith_ Expense Code: _CYP10_

Client Approved by: _____

CK-106047
AUG 2009
PAID

OLS-9195

| | |
|---|---|
| Subtotal | 10.00 |
| Sales Tax | 0.90 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| TOTAL | $10.90 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# Torres Reporting & Associates, Inc.

Invoice

visit our web site at www.torresreporting.com

16851 Jefferson Highway, Suite 6A

| Invoice Date | Invoice # |
|---|---|
| Monday, November 24, 2008 | 1737TRA-2 |

Baton Rouge, La 70817

Phone: (225) 751-0732        Fax: (225) 752-7308

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstoc
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, LA 70002



| | |
|---|---|
| Phone: | Fax: |
| **Witness:** | Patricia Williams, Ph.D. |
| **Case:** | Beverly Akers/Lindsay Jo Akers vs. Ciba-Geigy Corporation |
| **Venue:** | Office of Workers' Compensation |
| **Case #:** | 94-07647 |
| **Date:** | 8/12/2003 |
| **Start Time:** | 10:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Rachel Torres |
| **Claim #:** | |
| **File #:** | 151TRA-2 |

| Description | |
|---|---|
| Copy of Expert Testimony with Index | |
| Condensed Transcript | |
| Ascii | |
| Delivery/Administrative | |

| | |
|---|---|
| Sub Total | $453.75 |
| Payments | $0.00 |
| Balance Due | $453.75 |

Our File Number: _01 - GSC/ - 100_ Today's Date _4/24/09_

File Name: _Hillara/GSC/_

Description: _Depo of P. Williams in Akers case_

Requested by/Bill Attorney: _ADW/BRG_ Expense Code: _MESC_

Client Approved by: _____

OLS-6852

Fed. I.D. # 721266441

Please remit payment to: 16851 Jefferson Highway, Suite 6A, Baton Rouge, La.
70817. Thank you for your business.

# CHOICE ☑

### Professional Overnight Copy Service, Inc.

**INVOICE** 50104019

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 05/06/09 |

TO

**Duplass, Zwain - Carmen Motes**
**Carmen Motes**
**3838 N Causeway Suite 2900**
**Metairie, La. 70002**

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 05/06/09 | | Net 30 | fema photos " |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **FEMA PHOTOS 5/4/09**<br>**CD Duplication** | 10.00 | 10.00 |

Our File Number: Ole - Goel - 100   Today's Date: 5/7/09

File Name: Hillard / GSU

Description: C D duplication

Requested by/Bill Attorney: ANN/CRC   Expense Code: ____

Client Approved by: ____

CB 104958

OLS-7350

| | | Subtotal | 10.00 |
|---|---|---|---|

Received by: _____   Date: _____   Sales Tax   0.90

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| | TOTAL | $ 10.90 |
|---|---|---|

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

### Professional Overnight Copy Service, Inc.

**INVOICE** 50104454

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 05/19/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 05/19/09 | | Net 30 | FEMA 5/12/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | FINERAN EMAILS & ATTACHMENTS  PRINTED OUT AND SCANNED | | |
| 2058 | Blow Backs | 0.10 | 205.80 |
| 29 | Color 8.5X11" - Color Copies | 0.95 | 27.55 |
| 1 | CD Duplication | 10.00 | 10.00 |

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

OLS-7808

Our File Number: _O6 - GSCI - 100_ Today's Date: _5/19/09_

File Name: _Hilland / GSCI_

Description: _Copies of Fineran docs_

Requested by/Bill Attorney: _ADW / JMB_ Expense Code: _COP70_

Client Approved by: _____

| | Subtotal | 243.35 |
|---|---|---|

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

| | Sales Tax | 21.90 |
|---|---|---|
| | TOTAL | $ 265.25 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.