# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

| | |
|---|---|
| **INVOICE** 50104879 | |

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/01/09 |

**TO**
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/01/09 | | Net 30 | FEMA MALLET |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | PHOTOS FROM AL MALLET 5/22/09 DVD Duplication | 30.00 | 60.00 |

Order: OU 65 CL 100   Today's Date: 6/1/09

Re: Haste: Hilliard

Description: projects for 65 CL

Requested by/Ref. Attorney: ADW IKIM   Expense Code: COPY 0

Client Approved by:

OLS-7823

| | | |
|---|---|---|
| | Subtotal | 60.00 |
| Received by: _____ Date: _____ | Sales Tax | 5.40 |
| Please Send Payment to: **CHOICE COPY SERVICE**, P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789 Fed. Tax ID # 72-1240881 | | |
| | **TOTAL** | $ 65.40 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

Professional Overnight Copy Service, Inc.

**INVOICE** 50104768

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 05/28/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 05/28/09 | | Net 30 | FEMA **** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | ******* ALX-EXP4 000005 THRU 173 5/27/09<br>CD Duplication | 10.00 | 20.00 |

OLS-7821

ORIGINAL INVOICE
forward to ACCOUNTING DEPT

Our File Number: DU-6511100  Today's Date: 6/1/09

File Name: Hzllcard /6SC1

Description: Deojeid for trial

Requested by/Bill Attorney: Paul / Kim  Expense Code: COPY

| | | Subtotal | 20.00 |
|---|---|---|---|

Received by: _____  Date: _____  Sales Tax  1.80

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| | TOTAL | $ 21.80 |
|---|---|---|

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

S

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50104877

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/01/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/01/09 | | Net 30 | FEMA WATTS |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | MIKAL WATTS CV,COMP RATES, SUPP. 5/27/09 CD Duplication | 10.00 | 20.00 |

Our File Number: _06-4511-100_ Today's Date: _6/1/09_

File Name: _06-4511-100_

Description: _Hillard 4511_

Requested by/Bill Attorney: _Duplass/Kim_ Expense Code: _ETCOPYO_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
For processing.

ck 105304
JUN 2009
PAID

OLS-7820

| | |
|---|---|
| Subtotal | 20.00 |
| Sales Tax | 1.80 |
| TOTAL | $ 21.80 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50104585

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 05/21/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 05/21/09 | | Net 30 | fema ***** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | *******pltfs expert report 5/20/09<br>CD Duplication | 10.00 | 10.00 |

Our File Number: 04-6651-106  Today's Date: 5/28/09

File Name: Hilliard/6461

Description: Copies

Requested by/Bill Attorney: Doug ___  Expense Code: PPTSC
COPY O

Client Approved by:

ORIGINAL INVOICE
___ forward to ACCOUNTING DEP
_____ Thank You!

CR 105304

OLS-7819

| | Subtotal | 10.00 |
|---|---|---|

Received by: _____  Date: _____  Sales Tax   0.90

Please Send Payment to:  CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

TOTAL   $ 10.90

— *Thank You* —

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# INVOICE

| | |
|---|---|
| Invoice # | 8142 |
| Invoice Date | 7/1/2009 |

Docucopy Office Solutions, Inc.
24 Platt St
Kenner, LA 70065

Bill To:

Duplass
3838 N Causeway Blvd
Suite 2900
Metairie, LA 70002

Pick-up/Delivery 504 487-0658
Office 504 586-0120
Fax 504 465-4936
EIN 72-1438100

| Requested By | Quantity | Description | File # | Unit Price | Amount |
|---|---|---|---|---|---|
| Crystle | 90 | Color Copies | gsci-06100 | $0.89 | $80.10 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Please make checks payable to:
Docucopy Office Solutions,Inc.

TERMS Net Due 30 Days

| | |
|---|---|
| SUBTOTAL | $80.10 |
| TAX | $7.21 |
| TOTAL | $87.31 |
| PAYMENT RECEIVED | $0.00 |
| TOTAL DUE | $87.31 |

Our File Number: _06-GSCI-100_   Today's Date: _7/4/09_

File Name: _Hillard/GSCI_

Description: _Color copies_

Requested by/Bill Attorney _PON/LA??_  Expense Code: _Copy_ 0

Client Approved by:_____



OLS-8153

# INVOICE

Docucopy Office Solutions, Inc.
24 Platt St
Kenner, LA 70065

| Invoice # | 8153 |
|---|---|
| Invoice Date | 7/1/2009 |

Bill To:

Pick-up/Delivery 504 487-0658
Office 504 586-0120
Fax 504 465-4936
EIN 72-1438100

Duplass
3838 N Causeway Blvd
Suite 2900
Metairie, LA 70002

| Requested By | Quantity | Description | File # | Unit Price | Amount |
|---|---|---|---|---|---|
| Carmen | 2,310 | Scans | gsci-06100 | $0.10 | $231.00 |

| | | |
|---|---|---|
| Please make checks payable to: | SUBTOTAL | $231.00 |
| Docucopy Office Solutions,Inc. | TAX | $20.79 |
| | TOTAL | $251.79 |
| | PAYMENT RECEIVED | $0.00 |
| TERMS Net Due 30 Days | TOTAL DUE | $251.79 |


OLS-8146

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50105869

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/30/09 |

TO
Duplass, Zwain – Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/30/09 | | Net 30 | FEMA GULFSTRE |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | GULF STREAM- BATES # AS GULF0005688------- | | |
| 983 | Scanned Documents - per page | 0.11 | 108.13 |
| 983 | Digital Labels | 0.01 | 9.83 |
| 983 | Blow Backs | 0.10 | 98.30 |
| 4 | CD Duplication | 10.00 | 40.00 |

Our File Number: _80 - 6951 - 100_ Today's Date: _7/4/09_

File Name: _Hillard / GSU_

Description: _Copies of GSU docs_

Requested by/Bill Attorney: _RON/KKB_ Expense Code: _Copy_

Client Approved by:_____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT.

105462-75
JUL 2009
PAID

OLS-8121

Received by:_____ Date:_____

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

— *Thank You* —

| | |
|---|---|
| Subtotal | 256.26 |
| Sales Tax | 23.06 |
| TOTAL | $ 279.32 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED



# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50105868

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/30/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/30/09 | | Net 30 | FEMA LAGRANGE |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication | 10.00 | 10.00 |

Our File Number: DL - GSAI - 108  Today's Date: 7/6/09

File Name: Hillard / GSL/

Description: CD duplication

Requested by/Bill Attorney: AON/COB  Expense Code: Copy 0

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment! Thank You!

PAID

OLS-8120

| | Subtotal | 10.00 |
|---|---|---|

Received by: _____  Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62186, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| | Sales Tax | 0.90 |
|---|---|---|
| | TOTAL | $ 10.90 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



# CHOICE ☑
## Professional Overnight Copy Service, Inc.

**INVOICE** 50105867

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/30/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/30/09 | | Net 30 | FEMA RITTER |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ERVIN RITTER<br>CD Duplication | 10.00 | 10.00 |

Our File Number: 04 - 6561 - 100  Today's Date: 7/6/09

File Name: Hilliard/ 6561

Description: CD duplication (Ritter)

Requested by/Bill Attorney: BDr/eMB  Expense Code: 68790

Client Approved by:

ORIGINAL INVOICE

OLS-8119

| | |
|---|---|
| Subtotal | 10.00 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| | |
|---|---|
| Sales Tax | 0.90 |
| TOTAL | $ 10.90 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50105865

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/30/09 |

**TO**
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/30/09 | | Net 30 | FEMA BUNZER |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 6/16/09<br>DVD Duplication | 30.00 | 30.00 |

Our File Number: 06-60501-100  Today's Date: 7/6/09

File Name: Hillard / 6501

Description: DVD duplication

Requested by/Bill Attorney: RON/ORB  Expense Code: CYPYO

Client Approved by:

ORIGINAL INVOICE
please forward to ACCOUNTING DEPT
for payment. Thank You!

105442
JUL 2009
PAID

OLS-8117

| | | |
|---|---|---|
| | Subtotal | 30.00 |

Received by: _____  Date: _____

Please Send Payment to:  **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| | | |
|---|---|---|
| | Sales Tax | 2.70 |
| | **TOTAL** | $ 32.70 |

— *Thank You* —

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



# CHOICE ☑
### Professional Overnight Copy Service, Inc.

**INVOICE** 50105864

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/30/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/30/09 | | Net 30 | FEMA MOORE |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 6/23/09 CD Duplication | 10.00 | 10.00 |

Our File Number: _OC-GSM-100_ Today's Date: _7/6/09_
File Name: _Hillard/GSM_
Description: _CD duplication_
Requested by/Bill Attorney: _APM/pn2_ Expense Code: _CGPAYO_
Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT

OLS-8116

| | |
|---|---|
| Subtotal | 10.00 |
| Sales Tax | 0.90 |
| TOTAL | $ 10.90 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



# CHOICE ☑

### Professional Overnight Copy Service, Inc.

| | |
|---|---|
| **INVOICE** | 50105933 |

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/01/09 |

**TO**
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/01/09 | | Net 30 | Fema Williams |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2319 | Blow Backs | 0.10 | 231.90 |
| 2 | CD Duplication | 10.00 | 20.00 |

Our File Number: _06 - 6501 - 100_ Today's Date: _7/6/09_

File Name: _Hillard / Cast_

Description: _CD Duplication_

Requested by/Bill Attorney _MDN / prB_ Expense Code: _Copy_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT.
_Your payment. Thank You_

OLS-8115

| | | |
|---|---|---|
| | Subtotal | 251.90 |
| | Sales Tax | 22.67 |
| | **TOTAL** | $ 274.57 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

— *Thank You* —

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50106161

| | |
|---|---|
| SALESPERSON | INVOICE DATE |
| Kevin S. | 07/09/09 |

TO

Duplass, Zwain – Carmen Motes
Carmen Motes
3838  N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/09/09 | | Net 30 | FEMA KORNBERG |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication | 10.00 | 10.00 |
| 1 | DVD Duplication | 30.00 | 30.00 |
| 2846 | Blow Backs | 0.10 | 284.60 |
| 573 | Color Blow Backs | 0.95 | 544.35 |
| | FIRST AND SUPPLEMENT | | |

ORIGINAL INVOICE

ck 105542
JUL 2009
PAID

Our File Number: 06-6561-100   Today's Date: 7/13/09

File Name: Hillard/6561

Description: Copies of Kornberg Reliance File

Requested by/Bill Attorney: AD w/ my E Expense Code: Copy O

Client Approved by:

OLS-8572

| | | |
|---|---|---|
| | Subtotal | 868.95 |
| Received by: _____ Date: _____ | Sales Tax | 78.21 |
| Please Send Payment to: CHOICE COPY SERVICE, P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789 Fed. Tax ID # 72-1240881 | TOTAL | $ 947.16 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

JE 07.20.09

# CHOICE ☑
## Professional Overnight Copy Service, Inc.

**INVOICE** 50106169

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/09/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER |
|---|---|---|---|---|
| | 07/09/09 | | Net 30 | FEMA SERA DOC |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 5003 | Scanned Documents - per page | 0.16 | 800.48 |
| 8 | Color Scans | 0.95 | 7.60 |
| 5003 | Blow Backs | 0.10 | 500.30 |
| 8 | Color 8.5X11" - Color Copies | 0.95 | 7.60 |
| 10 | CD Duplication | 10.00 | 100.00 |

Our File Number: 06 - 6561 - 100   Today's Date: 7/13/09

File Name: Hilliard/Case/

Description: Copies of SIERRA docs

Requested by/Bill Attorney: AQW/CMB Expense Code: CQ090

Client Approved by: _____

ORIGINAL INVOICE
FORWARD TO ACCOUNTING DEPT
Thank You

OLS-8613

| | Subtotal | 1,415.98 |
|---|---|---|

Received by: _____   Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | Sales Tax | 127.44 |
|---|---|---|
| | TOTAL | $1,543.42 |

── *Thank You* ──

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



Professional Overnight Copy Service, Inc.

**INVOICE**  50106168

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/09/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/09/09 | | Net 30 | FEMA COLL |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 185 | Blow Backs | 0.10 | 18.50 |
| 12 | CD Duplication | 10.00 | 120.00 |
| 185 | Digital Labels | 0.01 | 1.85 |

Our File Number: 06-6951-100  Todays Date: 7/8/09

File Name: Hillard/6951

Description: Copies of Cole RELIANCE File

Requested by/Bill Attorney: ADW/CMC Expense Code: C9040

Client Approved by:

ORIGINAL INVOICE

OLS-8579

Received by: _____  Date: _____

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62186, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

| | |
|---|---|
| Subtotal | 140.35 |
| Sales Tax | 12.63 |
| TOTAL | $152.98 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50106236

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/10/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/10/09 | | Net 30 | PACHECO |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 436 | Blow Backs | 0.10 | 43.60 |
| 1 | CD Duplication | 10.00 | 10.00 |

Our File Number: *80-CASE1-100* Today's Date: *7/18/09*

File Name: *Hilliard/Casel*

Description: *Copies of Pacheco Reliance Tote*

Requested by/Bill Attorney: *APW/CMG* Expense Code: *Copy0*

Client Approved by: _____

ORIGINAL INVOICE

CK·105582
JUL 2009
PAID

OLS-8578

| | Subtotal | 53.60 |
|---|---|---|
| Received by: _____ Date: _____ | Sales Tax | 4.82 |
| Please Send Payment to: CHOICE COPY SERVICE, P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789 Fed. Tax ID # 72-1240881 | | |
| *Thank You* | TOTAL | $ 58.42 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50105476

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA 6/09/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | EMAIL REQUEST DISC NEEDED | | |
| 12 | DVD Duplication | 30.00 | 360.00 |
| 10 | CD Duplication | 10.00 | 100.00 |

Our File Number: _OG-1052I - 100_  Today's Date: _6/17/09_

File Name: _Hillard / GSCI_

Description: _DVD & DO duplication_

Requested by/Bill Attorney: _APW/CAB_ Expense Code: _Copy_

Client Approved by: ___

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

PAID

OLS-8505

| | Subtotal | 460.00 |
|---|---|---|

Received by: ___ Date: ___

Please Send Payment to:  CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| Sales Tax | 41.40 |
|---|---|
| **TOTAL** | S 501.40 |

— *Thank You* —

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

Professional Overnight Copy Service, Inc.

INVOICE 50105469

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA 5/22/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | WATTS 4/20, PHOTOS BY A. ALEXANDER 4/17, EXP. RELIANCE FILE L.LAUX 5/22 | | |
| 4 | CD Duplication | 10.00 | 40.00 |
| 2 | DVD Duplication | 30.00 | 60.00 |
| 4380 | OCR | 0.03 | 131.40 |

Our File Number: _06 - 690J - 100_  Today's Date _6/23/09_

File Name: _Hillard/Gsu_

Description: _CO & DVD duplication_

Requested by/Bill Attorney: _AQW/EMB_  Expense Code: _CQ090_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

C2 , 105687
JUL 2009
PAID

OLS-8866

| | Subtotal | 231.40 |
|---|---|---|

Received by: _____  Date: _____  Sales Tax  20.83

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | TOTAL | $ 252.23 |
|---|---|---|

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

5

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50105467

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA**SCHWERY |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | CD Duplication | 10.00 | 20.00 |

Our File Number: *DL-GAH-100* Today's Date: *6/23/09*

File Name: *Hillard/Gray*

Description: *CD duplication*

Requested by/Bill Attorney: *ADW/CPB* Expense Code: *C9790*

Client Approved by:

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

OR
CP.105660

OLS-8820

| | | |
|---|---|---|
| | Subtotal | 20.00 |
| | Sales Tax | 1.80 |
| | TOTAL | $21.80 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

— *Thank You* —

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 90 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

5

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE**  50105466

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838  N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA 6/09/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | FLOUR DOC. PROD #3 CD Duplication | 10.00 | 10.00 |

Our File Number: _06-61611-100_  Today's Date: _6/03/09_

File Name: _Hilliard/Gaus_

Description: _CD duplication_

Requested by/Bill Attorney: _Bonjead_  Expense Code: _Copys_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

CB.105666

OLS-8819

| | Subtotal | 10.00 |
|---|---|---|
| Received by: _____ Date: _____ | Sales Tax | 0.90 |
| | **TOTAL** | $ 10.90 |

Please Send Payment to:  CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

5

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50105464

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

TO
Duplass, Zwain – Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA***6/8/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | FEMA DISCOV.<br>CD Duplication | 10.00 | 10.00 |

Our File Number: _06-6501-100_ Today's Date: _6/28/09_

File Name: _Hillard/ 6501_

Description: _CD duplication_

Requested by/Bill Attorney: _ADM/EAB_ Expense Code: _Copy_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

OLS-8817

| | | |
|---|---|---|
| | Subtotal | 10.00 |
| Received by: _____ Date: _____ | Sales Tax | 0.90 |
| Please Send Payment to: CHOICE COPY SERVICE, P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789 Fed. Tax ID # 72-1240881 | TOTAL | $ 10.90 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑
### Professional Overnight Copy Service, Inc.

**INVOICE** 50105463

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/17/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/17/09 | | Net 30 | FEMA******** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | ********DR. STEPHEN SMULSKI EXP. REPORT | | |
| 1 | CD Duplication | 10.00 | 10.00 |
| 315 | Blow Backs | 0.10 | 31.50 |
| 60 | Color 8.5X11" - Color Copies | 0.95 | 57.00 |

Our File Number: 06-G904-100  Today's Date: 6/08/09
File Name: Hillard Gesll
Description: CD duplication
Requested by/Bill Attorney: ADJ/cob  Expense Code: Copy0
Client Approved by:

ORIGINAL INVOICE
Please forward to ACCOUNTING DEP
for payment. Thank You

C.P. 105660

OLS-8816

| | |
|---|---|
| Subtotal | 98.50 |
| Sales Tax | 8.87 |
| TOTAL | $107.37 |

Received by:                     Date:
Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881
— Thank You —

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

S

# CHOICE ☑

Professional Overnight Copy Service, Inc.

**INVOICE** 50104941

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/02/09 |

TO
Duplass, Zwain – Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO
PICK UP AND PRINT CDS  ✓
FROM DR. CIOTA AND RETURN
PRINT OUT AND CDS BACK
BILL DUPLASS

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/02/09 | | Net 30 | FEMA DR.CIOTA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 546 | Blow Backs | 0.10 | 54.60 |
| 1 | 3" Binders | 10.90 | 10.90 |

Our File Number: *06-GSM-100* Today's Date: *6/4/09*
File Name: *Hillard / GSM*
Description: *Copies*
Requested by/Bill Attorney: *BON/info* Expense Code: *MISC*
Client Approved by:

ORIGINAL INVOICE

OLS-8815

ck.105660
JUL 2009

| | |
|---|---|
| Subtotal | 65.50 |
| Sales Tax | 5.89 |
| TOTAL | $ 71.39 |

Received by: ___ Date: ___
Please Send Payment to:  CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881
—— *Thank You* ——

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

S



# CHOICE ☑

### Professional Overnight Copy Service, Inc.

**INVOICE** 50106597

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/22/09 |

**TO**

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/22/09 | | Net 30 | FEMA HEWETT |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 211 | Blow Backs | 0.10 | 21.10 |
| 39 | Color 8.5X11" - Color Copies | 0.95 | 37.05 |
| 250 | Digital Labels | 0.01 | 2.50 |
| 1 | CD Duplication | 10.00 | 10.00 |

Our File Number: *06-0961-100* Today's Date: *7/24/09*

File Name: *Hilland/ CSC1*

Description: *Hewett copies & cp dup*

Requested by/Bill Attorney: *Ana/pad* Expense Code: *CP90*

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

OLS-8696

| | | Subtotal | 70.65 |
|---|---|---|---|

Received by: _____ Date: _____

**Please Send Payment to: CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| | Sales Tax | 6.36 |
|---|---|---|
| | TOTAL | $ 77.01 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE**
50106596

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/22/09 |

TO

Duplass, Zwain – Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/22/09 | | Net 30 | FEMA WEDNER |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 692 | Scanned Documents - per page | 0.13 | 89.96 |
| 12 | CD Duplication | 10.00 | 120.00 |
| 692 | Digital Labels | 0.01 | 6.92 |
| | WEDNER SUPP. | | |
| 50 | Digital Labels | 0.01 | 0.50 |
| 50 | Scanned Documents - per page | 0.13 | 6.50 |
| 743 | Blow Backs | 0.10 | 74.30 |
| 7 | CD Duplication | 10.00 | 70.00 |

Our File Number: 06-0501-160 Today's Date: 7/29/09

File Name: HMard/GSCI

Description: WEdNER Copies & odup

Requested by/Bill Attorney: ABA/CB Expense Code: CdG96

Client Approved by: _____

CP.
105794
AUG 2009

PAID

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

OLS-8695

| | Subtotal | 368.18 |
|---|---|---|

Received by: _____  Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | Sales Tax | 33.14 |
|---|---|---|
| | TOTAL | $ 401.32 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE**

50106584

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/21/09 |

**TO**

Duplass, Zwain - Carmen Motes
Carmen Motes
3838  N Causeway Suite 2900
Metairie, La. 70002

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/21/09 | | Net 30 | FEMA DYSON |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 10 | CD Duplication | 10.00 | 100.00 |
| 619 | Scanned Documents - per page | 0.16 | 99.04 |
| 619 | Blow Backs | 0.10 | 61.90 |

Our File Number: *06-6991-100* Today's Date: *7/22/09*

File Name: *Hillard/6991*

Description: *Paper copies & CD dup*

Requested by/Bill Attorney: _____ Expense Code: _____

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

CB. 105794
AUG 2009
PAID

OLS-8694

| | Subtotal | 260.94 |
|---|---|---|

Received by: _____ Date: _____

**Please Send Payment to:  CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| Sales Tax | 23.48 |
|---|---|
| **TOTAL** | $284.42 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 90 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50106585

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/21/09 |

TO

Duplass, Zwain – Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/21/09 | | Net 30 | FEMA ALLAN |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 12 | CD Duplication | 10.00 | 120.00 |
| 70 | Scanned Documents - per page | 0.16 | 11.20 |
| 70 | Blow Backs | 0.10 | 7.00 |

Our File Number: _OG-GSA-100_ Today's Date: _7/24/09_

File Name: _Hissad / GSA_

Description: _Allan Lopes et al dup_

Requested by/Bill Attorney: _Am N/CW_ Expense Code: _Copy_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

OLS-8693

| | Subtotal | 138.20 |
|---|---|---|

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| | Sales Tax | 12.44 |
|---|---|---|
| | TOTAL | $ 150.64 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



# CHOICE ☑

Professional Overnight Copy Service, Inc.

**INVOICE** 50106587

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/21/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/21/09 | | Net 30 | FEMA SMITH |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 464 | Scanned Documents - per page | 0.16 | 74.24 |
| 12 | CD Duplication | 10.00 | 120.00 |
| 464 | Blow Backs | 0.10 | 46.40 |

Our File Number: 06 -CSCI - 100   Today's Date: 7/20/09

File Name: Hilliard / CSCI

Description: Smith copies & CD dup

Requested by/Bill Attorney: AB nycce  Expense Code: Copy 0

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

OLS-8692

| | Subtotal | 240.64 |
|---|---|---|
| | Sales Tax | 21.66 |
| | TOTAL | $262.30 |

Received by: _____ Date: _____

Please Send Payment to:  CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

— *Thank You* —

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



# CHOICE ☑
Professional Overnight Copy Service, Inc.

**INVOICE**  50106577

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/21/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/21/09 | | Net 30 | FEMA GINEVAN |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 12 | CD Duplication | 10.00 | 120.00 |
| | 1 FED X , 1 TO LAMBERT | | |
| 239 | Digital Labels | 0.01 | 2.39 |
| 205 | Blow Backs | 0.10 | 20.50 |
| 34 | Color 8.5X11" - Color Copies | 0.95 | 32.30 |

Our File Number: _OC-16751-106_ Today's Date: _7/20/09_

File Name: _Hillard/ GES_

Description: _GINEVAN COPIES & CD DUP_

Requested by/Bill Attorney: _Apwlovs_ Expense Code: _CLD790_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEP
for payment. Thank You!

CK.
105794
AUG 2009
PAID

OLS-8691

| | |
|---|---|
| Subtotal | 175.19 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | |
|---|---|
| Sales Tax | 15.77 |
| TOTAL | $190.96 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50106669

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/23/09 |

SHIP TO

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/23/09 | | Net 30 | FEMA MONSON |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication | 10.00 | 10.00 |

Our File Number: 06-FEMA-100  Today's Date: 7/24/09

File Name: Richard/GSC1

Description: Manson/CD dup

Requested by/Bill Attorney: PARM/CARL  Expense Code: Copy

Client Approved by:

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

OLS-8688

| | |
|---|---|
| Subtotal | 10.00 |

Received by:                    Date:

**Please Send Payment to:  CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240981

| | |
|---|---|
| Sales Tax | 0.90 |
| TOTAL | $10.90 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

### Professional Overnight Copy Service, Inc.

**INVOICE** 50106668

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/23/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/23/09 | | Net 30 | FEMA ***** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | SUPP. HERZSTEIN<br>CD Duplication | 15.00 | 15.00 |

Our File Number: _DG-GGR1-100_ Today's Date: _7/24/09_

File Name: _Hilliard/GGCI_

Description: _Herzstein CD dup (supp)_

Requested by/Bill Attorney: _Anaya/Carp_ Expense Code: _Copy0_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT

OLS-8689

| | Subtotal | 15.00 |
|---|---|---|

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | Sales Tax | 1.35 |
|---|---|---|
| | TOTAL | $ 16.35 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE**

50106599

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/22/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/22/09 | | Net 30 | FEMA DEVANY |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 8310 | 7/13/09<br>Blow Backs | 0.10 | 831.00 |
| 369 | Color 8.5X11" - Color Copies | 0.95 | 350.55 |

Our File Number: 06-GSE1-100   Today's Date: 7/24/09

File Name: Hilliard/GSE1

Description: DEVANY blowbacks & color copies

Requested by/Bill Attorney: Bradcole   Expense Code: CPYO

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

OLS-9036

| | Subtotal | 1,181.55 |
|---|---|---|

Received by: _____   Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

| | Sales Tax | 106.34 |
|---|---|---|
| | TOTAL | $ 1,287.89 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

INVOICE

**50106581**

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/21/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/21/09 | | Net 30 | FEMA POLK |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 7/7/09 <br> CD Duplication | 10.00 | 10.00 |

Our File Number: _06-6801-100_ Today's Date: _7/24/09_

File Name: _Hillard /6801_

Description: _Polk AD duplication_

Requested by/Bill Attorney: _RMujeres_ Expense Code: _copys_

Client Approved by: _____

CP. 105794
AUG 31 10
PAID

OLS-9034

Original invoice

Received by: _Chrie DNJarmy_ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

| | |
|---|---|
| Subtotal | 10.00 |
| Sales Tax | 0.90 |
| TOTAL | $ 10.90 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50106583

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/21/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/21/09 | | Net 30 | FEMA DEVANY |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | DVD Duplication | 30.00 | 30.00 |

Our File Number: _OG - GOGT -100_ Today's Date: _2/8/09_

File Name: _Original GOSC1_

Description: _DEVANY DVD duplication_

Requested by/Bill Attorney: _ADW/JJB_ Expense Code: _Copy0_

Client Approved by: _____

OLS-9035

Original
Choice did not stamp

Received by: _____ Date: _____

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

— Thank You —

| | |
|---|---|
| Subtotal | 30.00 |
| Sales Tax | 2.70 |
| TOTAL | $32.70 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

INVOICE  50106580

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/21/09 |

TO
Duplass, Zwain – Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|
| 07/21/09 | | Net 30 | FEMA LINDELL |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 7/15/09<br>CD Duplication | 10.00 | 10.00 |

Our File Number: 06 – GSCI-100  Today's Date: 7/24/09

File Name: Hilard / GSCI

Description: Lindell Co dup

Requested by/Bill Attorney: _____ Expense Code: CPUD

Client Approved by: _____

OLS-9033

PAID  AUG 2009

(Original Invoice Choice Did Not Stamp

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

| | |
|---|---|
| Subtotal | 10.00 |
| Sales Tax | 0.90 |
| TOTAL | $10.90 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

| | INVOICE | |
|---|---|---|
| | | 50106579 |
| SALESPERSON | INVOICE DATE | |
| Kevin S. | 67/21/09 | |

TO

Duplass, Zwain - Carmen Motes
**Carmen Motes**
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/21/09 | | Net 30 | FEMA JAMES |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 7/20/09 **DVD Duplication** | 30.00 | 30.00 |

Our File Number: *DG - C9E1-100*  Today's Date: *7/2909*

File Name: *N. 7/ard/ G5E5*

Description: *JAMES DVD dup*

Requested by/Bill Attorney: *ADW/CAD* Expense Code: *COPY0*

Client Approved by:

Ck. 105774

OLS-9032

*Original Invoice charge (Did not stamp)*

| | | |
|---|---|---|
| | Subtotal | 30.00 |
| Received by: _____ Date: _____ | Sales Tax | 2.70 |
| Please Send Payment to: **CHOICE COPY SERVICE,** | | |
| P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789 | | |
| Fed. Tax ID # 72-1240881 | TOTAL | $ 32.70 |

── *Thank You* ──

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

Professional Overnight Copy Service, Inc.

**INVOICE**

50106578

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/21/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/21/09 | | Net 30 | FEMA ***** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | HERZSTEIN 7/14/09 CD Duplication | 10.00 | 10.00 |

Our File Number: 06-6901-160  Today's Date: 7/24/09

File Name: Hillman / GBSU

Description: Herzstein CD dup

Requested by/Bill Attorney: RDG/AMG  Expense Code: CGPO

Client Approved by:

OLS-9031

Received by:                      Date:

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

| | |
|---|---|
| Subtotal | 10.00 |
| Sales Tax | 0.90 |
| TOTAL | $10.90 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

# CHOICE ☑

Professional Overnight Copy Service, Inc.

**INVOICE**
50106555

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/21/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/21/09 | | Net 30 | FEMA ***** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication<br>SUPPL. POLK CD 7/16/09 | 10.00 | 10.00 |

Our File Number: _O6-G8C1-100_ Today's Date _7/24/09_

File Name: _Hillard/ GSEI_

Description: _Polk CD dup_

Requested by/Bill Attorney: _AMa/CMB_ Expense Code: _Copy_

Client Approved by:_____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEP
for payment. Thank You!

OLS-9030

| | Subtotal | 10.00 |
|---|---|---|
| | Sales Tax | 0.90 |
| | TOTAL | $ 10.90 |

Received by:_____ Date:_____

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

─── *Thank You* ───

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50106602

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/22/09 |

**TO**

Duplass, Zwain – Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/22/09 | | Net 30 | FEMA ROBBINS |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | DVD Duplication | 30.00 | 30.00 |

Our File Number: _OG-6951-100_ Today's Date: _7/24/09_

File Name: _Hillard / GSCI_

Description: _Robbins DVD dup_

Requested by/Bill Attorney: _Andujar_ Expense Code: _Cyngo_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You"

PAID

OLS-9029

|  | Subtotal | 30.00 |
|---|---|---|

Received by: _____ Date: _____

| | Sales Tax | 2.70 |
|---|---|---|

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| | TOTAL | $32.70 |
|---|---|---|

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE**

50106601

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/22/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/22/09 | | Net 30 | FEMA CIOTA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 19 | CD Duplication | 10.00 | 190.00 |
| 949 | Scanned Documents - per page | 0.13 | 123.37 |
| 949 | Digital Labels | 0.01 | 9.49 |
| 949 | Blow Backs | 0.10 | 94.90 |

Our File Number: _OG · GSCI- 100_ Today's Date _7/04/09_

File Name: _Hilliard/ GSCI_

Description: _Ciota CD aug_

Requested by/Bill Attorney: _AD N/ erB_ Expense Code: _Copyo_

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

OLS-9028

| | | | |
|---|---|---|---|
| | | Subtotal | 417.76 |
| Received by: _____ | Date: _____ | Sales Tax | 37.60 |
| Please Send Payment to: **CHOICE COPY SERVICE,** | | | |
| **P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789** | | | |
| Fed. Tax ID # 72-1240881 | | TOTAL | $ 455.36 |

*Thank You*

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑
### Professional Overnight Copy Service, Inc.

**INVOICE** 50106600

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/22/09 |

TO
Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/22/09 | | Net 30 | FEMA DORRIS |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 96 | Scanned Documents - per page | 0.16 | 15.36 |
| 14685 | Digital Labels | 0.01 | 146.85 |
| 96 | Blow Backs | 0.10 | 9.60 |
| 12 | CD Duplication | 10.00 | 120.00 |
| 7 | DVD Duplication | 30.00 | 210.00 |

Our File Number: 06-C901-100  Today's Date: 7/22/09
File Name: Hillard/G9LI
Description: Dorris CD/DVC dup
Requested by/Bill Attorney: ADN/CAP  Expense Code: C9P90
Client Approved by:

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

CR.
1057109
A06
PAID

OLS-9027

| | |
|---|---|
| Subtotal | 501.81 |

Received by: ___ Date: ___
Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| Sales Tax | 45.16 |
|---|---|
| TOTAL | $ 546.97 |

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE**
50106598

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/22/09 |

TO

Duplass, Zwain - Carmen Motes
Carmen Motes
3838 N Causeway Suite 2900
Metairie, La. 70002

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/22/09 | | Net 30 | FEMA MALLET |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 427 | Blow Backs | 0.10 | 42.70 |
| 148 | Color 8.5X11" - Color Copies | 0.95 | 140.60 |

Our File Number: 06-GSI-100 Today's Date: 7/22/09

File Name: Hilland / GSCI

Description: Mallet blowbacks & color copies

Requested by/Bill Attorney: APW/MB Expense Code: Copyo

Client Approved by: _____

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You

OLS-9026

| | | |
|---|---|---|
| Subtotal | | 183.30 |
| Sales Tax | | 16.50 |
| TOTAL | | $199.80 |

Received by: _____      Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*— Thank You —*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.