AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20090037

**MAKE CHECKS PAYABLE TO:**

Andrew D. Weinstock
Duplass Zwain
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002
Phone: (504) 832-3700

JODI SIMCOX, RMR, FCRR
United States Court Reporter
500 Poydras Street
Room HB-406
New Orleans, LA 70130
Phone: (504) 589-7780

jodi_simcox@laed.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 09-14-2009
DATE DELIVERED: 09-29-2009

**Case Style:** MDL-1873, IN RE: FEMA Trailer Formaldehye Products Liability Litigation
AFTERNOON SESSION, DAYS 1-7 9/14 - 9/22 & DAY 9 - 9/23 (1,357 PAGES);
COST OF ORIGINAL TRANSCRIPT & REALTIME FEED SPLIT BETWEEN THE PARTIES.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 452 | 7.25 | 3,277.00 | 905 | 1.20 | 1,086.00 | | | | 4,363.00 |
| Realtime | 452 | 3.05 | 1,378.60 | 905 | 1.20 | 1,086.00 | | | | 2,464.60 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 6,827.60 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | Date Paid: | | | Amt: | | TOTAL DUE: | | | $6,827.60 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                                  DATE

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20090083

**MAKE CHECKS PAYABLE TO:**

ANDREW D. WEINSTOCK, ESQUIRE
DUPLASS ZWAIN BOURGEOIS MORTON...
THREE LAKEWAY CENTER
3838 N. CAUSEWAY BLVD, SUITE 2900
METAIRIE, LA 70002

Phone: (504) 832-3700
FAX: (504) 837-3119

andreww@duplass.com

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B406
New Orleans, LA 70130

Phone: (504) 589-7779
FAX (504) 589-7726

cathy_pepper@laed.uscourts.gov

☐ CRIMINAL  [X] CIVIL

DATE ORDERED: 09-09-2009
DATE DELIVERED: 09-25-2009

**Case Style:** MDL-1873, IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION (#09-2892) REALTIME AND DAILY TRANSCRIPTS OF PROCEEDINGS HELD BEFORE THE HONORABLE KURT D. ENGELHARDT TAKEN SEPTEMBER 14-25, 2009

BILL SPLIT EVENLY BETWEEN PARTIES. JODI SIMCOX WILL BILL SEPARATELY.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | --- | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 412 | 7.25 | 2,987.00 | 824 | 1.20 | 988.80 | | 0.90 | | 3,975.80 |
| Realtime | 412 | 3.05 | 1,256.60 | 824 | 1.20 | 988.80 | | | | 2,245.40 |

Misc. Desc.

MISC. CHARGES:

Our File Number: _DL-6501-100_ Today's Date: _10/22/09_

File Name: _Hilliard/6156/_

Description: _Court rptr for trial (Cathy Pepper)_

Requested by/Bill Attorney: _ADW/cd_ Deposit Date: _09-11-2009 m5c_

Client Approved by:_____

| | |
|---|---|
| TOTAL: | 6,221.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | 4,000.00 |
| TOTAL REFUND: | |
| Date Paid:    Amt:    TOTAL DUE: | $2,221.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                        DATE: 10-13-2009

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com