UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892* | * | |
| | * | |
| **This Pleading Pertains Only to**: Severed Claims of Alana | * | MAG: CHASEZ |
| Alexander individually and on behalf of the minor child | * | |
| Christopher Cooper | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNIFORM DISTRICT RULES**
**LOCAL RULE 54.3 CERTIFICATE**

I, the undersigned attorney of records for Gulf Stream Coach, Inc., do hereby attest that the costs, expenses and fees set forth in Gulf Stream Coach, Inc.'s Motion to Assess Taxable Costs, Memorandum in Support and Bill of Costs are correct and were necessarily incurred and obtained for use in the above case.

    Respectfully submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER, & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana 70002
    Telephone: (504) 832-3700
    Fax: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com
    **Counsel for Defendant, Gulf Stream Coach, Inc.**

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that on the 3rd day of November, 2009, a copy of the foregoing Gulf Stream Coach, Inc.'s Local Rule 54.3 Certificate was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com