AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT **RETURN**
for the
Eastern District of Louisiana

CLARIKA LASHEA WINDING, together with all
individuals and entities whose names appear on
the attached "Exhibit A"
　　　　　　　　　Plaintiff
　　　　　　　　　v.
LIBERTY HOMES, INC.,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency
　　　　　　　　　Defendant

Civil Action No. **09-3735**

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Liberty Homes, Inc.
Through its Agent for Service of Process
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

A lawsuit has been filed against you.

　　　　Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
　　　　　　　　**Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
　　　　　　　　**8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: **JUN - 3 2009**

　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Liberty Homes thru agent for service of process**
by:

    (1) personally delivering a copy of each to the individual at this place, ✓ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) **See US mail, certified card**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **11/2/09**

Server's signature

Printed name and title

Law Offices of
Sidney D. Torres, III
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Liberty Homes Inc
Through its Agent for Service of Process
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Nick Cram_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Nick Cram
C. Date of Delivery: 6-15-0_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PO Box 35

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7001 2510 0001 8538 2254

PS Form 3811, February 2004  Domestic Return Receipt