UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Lyndon Wright v. Forest River, Inc., et al.*<br>No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DESIGNATION OF EXPERT WITNESSES
### ON BEHALF OF SHAW ENVIRONMENTAL, INC.

Pursuant to the Court's Trial Scheduling Order [Doc. No. 2716] and Federal Rule of Civil Procedure 26(a)(2)(B), defendant, Shaw Environmental, Inc. ("Shaw"), hereby submits this Designation of Expert Witnesses.

Shaw hereby presently designates the following expert witness:

1.  **John D. Osteraas, Ph.D., P.E.**

    Exponent
    149 Commonwealth Drive
    Menlo Park, CA  94025
    650-326-9400
    Area of Testimony:  Engineering and failure analysis
    Depo Dates:  January 12-15, 2010

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz

2