```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)




                           ORDER ON MOTION
                           NOVEMBER 2, 2009


APPEARANCES:

MOTION:

(1)  Plaintiffs' Unopposed Motion for Leave to File Supplemental
     Memorandum in Support of Motion to Compel (Rec. doc. 6000).

  _____  :    Continued to

  _____  :    No Opposition

  _____  :    Opposition

  _____  :    Local Rules 37.1E, 33.2, 36.1, 7.6E
```

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

__1__ : Granted. The hearing on the PSC's motion to compel disaster and/or individual assistance files (rec. doc. 2254) will be reconvened telephonically on November 10, 2009 at 3:30 p.m. CST. The Court will initiate the call.

_____ : Denied.

_____ : Other.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE