**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * | **MDL NO. 1873** |
| | * * * | **SECTION N (5)** |
| **THIS DOCUMENT RELATES TO** ***Joseph et al v. Alliance Homes Inc. et al*** ***Case No. 09-6881*** | * * * | **JUDGE ENGELHARDT** |

************************************************************************

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and based upon the attached Affidavit executed by Tom Stinnett on July 10, 2008, hereby give notice of Plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against Defendant Tom Stinnett Holiday RV Center, Inc. in the operative complaint filed in this proceeding. This voluntary dismissal does not affect the remaining defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC.

BY */s/ Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.

600 Carondelet Street LA Bar #3962
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.

STATE OF INDIANA
COUNTY OF CLARK

AFFIDAVIT OF TOM STINNETT

Before me, the undersigned notary in and for the state and county mentioned above, personally came and appeared Tom Stinnett, who after being duly sworn did appear and state:

1. My name is Tom Stinnett. I am over 18 years of age and competent to testify in a court of law. My business address is 520 Marriott Drive, Clarksville, Indiana 47129. I have personal knowledge of the facts set forth in this Affidavit.

2. I am chief executive officer of Tom Stinnett Holiday RV Center, Inc.

3. Tom Stinnett Holiday RV Center, Inc. is a recreational vehicle dealership located in Clarksville, Indiana.

4. On September 16, 2005, Tom Stinnett Holiday RV Center, Inc. entered into a solicitation/contract/order for commercial items issued by the Department of Homeland Security/FEMA to provide travel trailers to FEMA.

5. Tom Stinnett Holiday RV Center, Inc. provided travel trailers to FEMA through industry contacts with dealers and manufacturers.

6. Tom Stinnett Holiday RV Center, Inc. did not, however, design, manufacture, install, or inspect any of the travel trailers, which were provided to FEMA through the solicitation/contract/order for commercial items.

7. Of the travel trailers provided to FEMA, Tom Stinnett Holiday RV Center, Inc. did not brand or "private label" any travel trailer, mobile home, manufactured home, or recreational vehicle, which was manufactured by another, nor did Tom Stinnett Holiday RV Center, Inc. hold itself out to be a manufacturer of travel trailers, mobile homes, manufactured homes, or recreational vehicles.

Signed, this 10 day of July, 2008.

Tom Stinnett pres.
Tom Stinnett

DONNA J. COLEMAN MY COMMISSION EXPIRES April 18, 2015 NOTARY SEAL CLARK COUNTY NOTARY PUBLIC, STATE OF INDIANA

Donna Coleman
Notary Public 4-18-15

ST248:00ST2:689543:1:LOUISVILLE