

| Ronnie G. Penton<br>Trial Attorney<br>rgp@rgplaw.com<br>Licensed in LA, TX | MaryAnna Penton<br>Associate Trial Attorney<br>mpenton@rgplaw.com<br>Licensed in MS |
|---|---|

Gair Oldenburg
Associate Trial Attorney
gmo@rgplaw.com
Licensed in LA

REPRESENTING PEOPLE WORLDWIDE SINCE 1981

November 4, 2009

Office of the Clerk
United State District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:   Jay Boudreaux, et al. v. Coachmen Industries, Inc., et al.,
      Case No. 09-6911 Eastern District of Louisiana
      Transferred from Southern District of Mississippi Case No. 09-534

Dear Sir:

Please issue the following summons on the above-referenced complaint:

Coachmen Industries, Inc., c/o
Corporation Service
251 East Ohio St., Ste. 500
Indianapolis, IN 46204

U.S. Attorney's Office
Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Coachmen Recreational Vehicle
Company, Inc.
c/o Corporation Service
251 East Ohio St., South, Suite 300
Indianapolis, IN 46204

FEMA
through General Counsel
500 C Street, SW
Washington, DC 20472

Bechtel National, Inc.
through its Agent for Service of Process
Corporation Trust Company of NV
6100 Neil Road, Suite 500
Reno, NV 89511

FEMA, through U.S. Attorney's Office
Eastern District of Louisiana
500 Poydras St., Ste. B-210
New Orleans, LA 70130

Sincerely yours,

s/Ronnie G. Penton
Ronnie G. Penton

*This lawsuit involves a multi-district litigation pending in the U.S. District Court for the Eastern District of Louisiana captioned, "In Re: FEMA Trailer Formaldehyde Litigation, Bearing MDL No. 07-1873."

209 HOPPEN PLACE | BOGALUSA, LA 70427 | TEL: 985.732.5651 | TOLL FREE: 800.419.3445 | FAX: 985.735.5579

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Jay Boudreaux, et al.    )
                         )
*Plaintiff*              )
                         )
v.                       )   Civil Action No. 09-6911 (Master 07-1873)
                         )
Coachmen Industries, Inc., et al.  )
                         )
*Defendant*              )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coachmen Industries, Inc.
Through its Agent for Process of Service
Corporation Service Company
251 East Ohio Street, Ste. 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Jay Boudreaux, et al. )<br>)<br>*Plaintiff* )<br>v. )<br>Coachmen Industries, Inc., et al. )<br>)<br>*Defendant* ) | Civil Action No. 09-6911 (Master 07-1873) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coachmen Recreational Vehicle Company, Inc.
Through its Agent for Process of Service
Corporation Service Company
251 East Ohio Street, Ste. 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Jay Boudreaux, et al.  )
*Plaintiff*  )
v.  )  Civil Action No. 09-6911 (Master 07-1873)
Coachmen Industries, Inc., et al.  )
*Defendant*  )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bechtel National, Inc.
through its Agent for Service of Process
Corporation Trust Company of NV
6100 Neil Road, Suite 500
Reno, NV 89511

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Jay Boudreaux, et al. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 09-6911 (Master 07-1873 LED) |
| Coachmen Industries, Inc., et al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FEMA, through General Counsel
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Jay Boudreaux, et al. )
)
*Plaintiff* )
)
v. ) Civil Action No. 09-6911 (Master 07-1873)
)
Coachmen Industries, Inc., et al. )
)
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. through USAO c/o U.S. Attorney
188 East Capitol Street
One Jackson Place, Suite 500
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*