

Ronnie G. Penton
Trial Attorney
rgp@rgplaw.com
Licensed in LA, TX

MaryAnna Penton
Associate Trial Attorney
mpenton@rgplaw.com
Licensed in MS

Gair Oldenburg
Associate Trial Attorney
gmo@rgplaw.com
Licensed in LA

LAW OFFICES OF RONNIE G. PENTON
Trial Lawyers
Since 1981

REPRESENTING PEOPLE WORLDWIDE SINCE 1981

November 4, 2009

Office of the Clerk
United State District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:    Lillian Tiplett, et al. v Forest River, Inc., et al., Case No. 09-6914

Dear Sir or Madam:

Please issue the following the *Summons* for the above-referenced complaint:

Forest River, Inc.
Through Agent for Service of Process
J. Richard Ransel,
228 West 17th Street, Ste. 101
Austin, TX 78701

Bechtel National, Inc.
through its Agent for Service of Process
Corporation Trust Company of NV
6100 Neil Road, Suite 500
Reno, NV 89511

U.S. Attorney's Office
through the Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

FEMA, through General Counsel
500 C Street, SW
Washington, DC 20472

U.S. through USAO c/o U.S. Attorney
188 East Capitol Street, One Jackson
Place, Suite 500, Jackson, Mississippi
39201

Sincerely yours,


s/Ronnie G. Penton
Ronnie G. Penton

*This lawsuit involves a multi-district litigation pending in the U.S. District Court for the Eastern District of Louisiana captioned, "In Re: FEMA Trailer Formaldehyde Litigation, Bearing MDL No. 07-1873."

209 HOPPEN PLACE   |   BOGALUSA, LA 70427   |   TEL: 985.732.5651   |   TOLL FREE: 800.419.3445   |   FAX: 985.735.5579

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Lillian Triplett, et al. <br> *Plaintiff* <br> v. <br> Forest River, Inc., et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 09-6914 (Master 07-1873 LED) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Forest River, Inc.
through J. Richard Ransel
228 West 17th Street, Suite 101
Austin, TX 78701

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Lillian Triplett, et al. <br> *Plaintiff* <br> v. <br> Forest River, Inc., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 09-6914 (Master 07-1873 LED) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bechtel National, Inc.
through Agent for Process of Service
Corporation Trust Company of NV
6100 Neil Road, Suite 500
Reno, NV 89511

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Lillian Triplett, et al. <br> *Plaintiff* <br> v. <br> Forest River, Inc., et al. <br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No.  09-6914 (Master 07-1873 LED) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Attorney's Office
through the Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____         _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Lillian Triplett, et al().

*Plaintiff*

v.                                                    Civil Action No. 09-6914 (Master 07-1873 LED)

Forest River, Inc., et al.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FEMA, through General Counsel
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                             _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Lillian Triplett, et al.  )
　　　　　　　　　　　　　)
*Plaintiff*　　　　　　　　)
　　　　　　　　　　　　　)
v.　　　　　　　　　　　　) Civil Action No. 09-6914 (Master 07-1873 LED)
　　　　　　　　　　　　　)
Forest River, Inc., et al.　)
　　　　　　　　　　　　　)
*Defendant*　　　　　　　)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. through USAO c/o U.S. Attorney
188 East Capitol Street
One Jackson Place, Suite 500
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie G. Penton
Attorney for Plaintiff
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*