# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| ALLSEE TOBIAS, ET AL | ) |
|---|---|
| Plaintiff | ) |
| v. | ) |
| ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES, ET AL | ) |
| Defendant | ) |

Civil Action No. 09-3872

## Summons in a Civil Action

To: *(Defendant's name and address)*

Alliance Homes, Inc. d/b/a Adrian Homes
Through its Registered Agent for Service:
Glinn H. Spann
734 East Main St.
Adrian, GA  31002

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 04 2009

*B. Gregory*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with
    _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                        Server's signature

                                        Printed name and title

                                        Server's address