# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

RICHARD PECOT, ET AL.
Plaintiff
v.
FLUOR ENTERPRISES, INC., ET AL
Defendant

Civil Action No. 2:09-cv-3985

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Crum and Forster Specialty Insurance Company
Through its registered agent for service:
J. Michael Low
Low and Childers PC
29999 N. 44th Street, #250
Phoenix, AZ 85018

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: Sep 25 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Crum & Forster Specialty Insurance Co.</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

<u>[signature]</u>
Server's signature

Printed name and title  <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address  <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) J. Dagnau H   C. Date of Delivery 10/2/09 |
| 1. Article Addressed to:<br><br>**Crum & Forster Specialty Insurance Company** - Through its Registered Agent for Service: J. Michael Low<br>Low and Childers PC<br>29999 N. 44th Street, #250<br>Phoenix AZ 85018 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7008 3230 0001 4497 2127 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To: Crum & Forster Specialty Insurance Company
Through its Registered Agent for Service: J. Michael Low
Low and Childers PC
29999 N. 44th Street, #250  Phoenix, AZ 85018

PS Form 3800, August 2006   See Reverse for Instructions

September 23, 2009

**<u>CERTIFIED MAIL: 7008 3230 0001 4497 2127</u>**

J. Michael Low, of Low & Childers PC
29999 N. 44th St. # 250
Phoenix, AZ 85018

Re:  *Richard Pecot, et al. v Fluor Enterprises, Inc., et al.*
     EDLA, Case No: 09-3985

Dear Sir/Madam

Please accept service on behalf of Crum and Forster Specialty Insurance Company

Very truly yours,

Lawrence J. Centola Jr.

LC:jdc
See Enclosures