# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

KEITH GABRIEL, ET AL. )
Plaintiff )
v. )   Civil Action No. 2:09-cv-3893
GULF STREAM COACH, INC., ET AL. )
Defendant )

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Lexington Insurance Company
Through its registered agent for service:
Secretary of State
Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804-9125

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Oct 02 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Lexington Insurance Company</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail_____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: **7 October, 2009**

Server's signature

Printed name and title  **Lawrence J. Centola, Jr. Attorney**

Server's address  **600 Carondelet St., Suite 602, New Orleans, LA 70130**

September 30, 2009

**CERTIFIED MAIL: 7009 2250 0001 3449 7476**

Secretary of State -- Legal Services Section
P.O. Box 94125
Baton Rouge, LA 70804-9125

    Re:    *Keith Gabriel, et al. v Gulf Stream Coach, Inc., et al.*
            EDLA, Case No: 09-3893

Dear Sir/Madam

    Please accept service on behalf of Lexington Insurance Company.

                                                    Very truly yours,

                                                    Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lexington Insurance
Secretary of State - LA
PO Box 94125
Baton, Rouge, LA 70804

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Antoinette Pierre
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Antoinette Pierre

C. Date of Delivery
OCT 06 2009

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0001 3449 7476

PS Form 3811, February 2004    Domestic Return Receipt    Case 3893    102595-02-M-1540

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

BATON ROUGE LA 70804    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.41 | 0046 |
| Certified Fee | $2.80 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.51 | 10/05/2009 |

Lexington Insurance Company
Through the Secretary of the State of Louisiana
Legal Services Section
Post Office Box 94125
Baton Rouge, Louisiana 70804-9125

PS Form 3800, August 2006    See Reverse for Instructions