# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

| | |
|---|---|
| CHRISTINA SCHILLAGE PINEIRO, ET AL | )|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09-cv-4063 |
| TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING, ET AL | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Timberland RV Company d/b/a Adventure Manufacturing
**Timberland RV Company d/b/a Adventure Manufacturing**
Through its Agent for Service of Process: James Brotherson
202 S. Michigan St. Suite 1440
South Bend, IN 46601-2020

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Sep 25 2009

Deputy clerk's signature

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __October 13, 2009__, by:

    (1) personally delivering a copy of each to the individual at this place, __202 S. Michigan street South Bend, Indiana  46601_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      __Ms. Myrna Scott   Legal secretary TO James Brotherson__

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __October 13, 2009__

*Cherie A. Collier*
*Notary Public*
*State of Indiana*
*My Commission*
*Expires 4-6-16*

__Robert W. Collier__
Server's signature

__Robert W. Collier Action Process__
Printed name and title

55160 Butternut  Rd
South Bend, Indiana 46628

Server's address

October 8, 2009

**VIA PROCESS SERVER**

James Brotherson
202 S. Michigan St. Suite 1400
South Bend, IN  46601-2020

Re:       *Christina Schillage Pineiro, et al. v Timberland RV Company d/b/a Adventure Manufacturing, et al.*
          EDLA, Case No: 09-4063

Dear Sir/Madam

Please accept service on behalf of Timberland RV Company d/b/a Adventure Manufacturing.

                                   Very truly yours,

                                   Lawrence J. Centola Jr.

LC: jdc
See Enclosures