# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATHANIAL PITTMAN ) | |
| Plaintiff ) | |
| v. ) | **RETURN** |
| TIMBERLAND RV COMPANY D/B/A ADVENTURE ) | Civil Action No. 2:09-cv-4062 |
| MANUFACTURING ) | |
| Defendant ) | |
| ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Timberland RV Company d/b/a Adventure Manufacturing

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process: James Brotherson
202 S. Michigan St. Suite 1440
South Bend, IN 46601-2020

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

_____
Name of clerk of court

Sep 25 2009

_____
Deputy clerk's signature

Date: _____

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __October 13, 2009__
by:

(1) personally delivering a copy of each to the individual at this place, __202 S. Michigan Street__
__SouthBend, Indiana   46601__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
__Ms. Myrna Scott  Legal secretary James Brotherson__ or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __October 13, 2009__

Server's signature

__Robert W. Collier  Action Process SRV__
Printed name and title
55160 Butternut   Rd
South Bend, Indiana   46628

Server's address

October 8, 2009

**VIA PROCESS SERVER**

James Brotherson
202 S. Michigan St. Suite 1400
South Bend, IN 46601-2020

      Re:    *Nathaniel Pittman v Timberland RV Company d/b/a Adventure*
                *Manufacturing, et al.*
                EDLA, Case No: 09-4062

Dear Sir/Madam

      Please accept service on behalf of Timberland RV Company d/b/a Adventure
Manufacturing.

                Very truly yours,

                Lawrence J. Centola Jr.

LC:jdc
See Enclosures