# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

HELEN TONTH, ET AL. )
Plaintiff )
v. )  Civil Action No. 2:09-cv-3989
TL INDUSTRIES, INC. )
Defendant )
)
)

## Summons in a Civil Action

To: *(Defendant's name and address)*

TL Industries, Inc.
Through its registered agent for service:
Rebecca Butler Power
221 W. Lexington Ave
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 25 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **October 13, 2009**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **Ms. Sandy Wysong Legal secretary to Rebecca Power**; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **October 13, 2009**

*Server's signature*

**Robert W. Collier Action Process Srv**
Printed name and title

55160 Butternut Rd

South Bend, Indiana 46628

Server's address

Cheree A. Collier
Notary Public
State of Indiana
My Commission
Expires 4-6-16

# HURRICANE LEGAL CENTER, LLC

600 Carondelet Street Suite 602
New Orleans, Louisiana 70130
Office: (504) 525-1944 Fax: (504) 525-1279

Attorney, Lawrence J. Centola, Jr.
Admitted in Louisiana

Attorney, Suzan N. Richardson
Admitted in Louisiana

Attorney, Chrissie L. Herrera
Admitted in Louisiana

Attorney, Sassoon Sales
Admitted in California

Attorney, Paul Lee
Admitted in California

October 8, 2009

## *VIA PROCESS SERVER*

Rebecca Butler Power
221 W. Lexington Ave.
Elkhart, IN 46516

      Re: *Helen Tonth, et al. v TL Industries, Inc.*
           EDLA, Case No: 09-3989

Dear Sir/Madam

Please accept service on behalf of TL Industries, Inc.

Very truly yours,

Lawrence J. Centola Jr.

LC: jdc
See Enclosures

October 8, 2009

**<u>VIA PROCESS SERVER</u>**

Rebecca Butler Power
221 W. Lexington Ave.
Elkhart, IN  46516

   Re: *Helen Tonth, et al. v TL Industries, Inc.*
      EDLA, Case No: 09-3989

Dear Sir/Madam

Please accept service on behalf of TL Industries, Inc.

            Very truly yours,

            Lawrence J. Centola Jr.

LC: jdc
See Enclosures