UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                             MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the telephone status conference, currently set for Friday, November 6, 2009, at 1:00 p.m. with the members of the summary trial committee is **CONTINUED** to **Tuesday, November 10, 2009 at 3:15 p.m.** Jerry Meunier shall initiate the conference call by either (1) getting all participating counsel on the telephone and then calling the Court, or (2) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

New Orleans, Louisiana, this 4th day of November, 2009.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**