# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

KENDRICK WILLIAMS, ET AL. )
Plaintiff )
v. )
VANGUARD INDUSTRIES OF MICHIGAN, INC. A/K/A PALOMINO )
RV, ET AL )
Defendant )
)
)

Civil Action No. 2:09-cv-4064

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Vanguard Industries of Michigan, Inc. a/k/a Palomino RV
Through its registered agent for service:
Scott A. Day
31450 M-86
West Colon, MI 49040

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory

Deputy clerk's signature

Date: **Sep 28 2009**

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Vanguard Industries of Michigan, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>7 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

Case 4064

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2250 0001 3450 4914**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 2:23 PM on October 5, 2009 in COLON, MI 49040.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

Detailed Results:
- **Delivered, October 05, 2009, 2:23 pm, COLON, MI 49040**
- **Arrival at Unit, October 05, 2009, 8:24 am, COLON, MI 49040**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

September 23, 2009

**CERTIFIED MAIL: 7009 2250 0001 3450 4914**

Scott A. Day
31450 M-86 West
Colon, MI 49040

      Re:    *Kendrick Williams, et al. v Vanguard Industries of Michigan, Inc. a/k/a Palomino RV.*  EDLA, Case No: 09-4064

Dear Sir/Madam

Please accept service on behalf of Vanguard Industries of Michigan Inc.

                        Very truly yours,

                        Lawrence J. Centola Jr.

LC: jld
See Enclosures