**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO:   07-9288 | * | JUDGE ENGELHARDT |
| **Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.** | * | |
| *(Elisha Dubuclet obo Timia Dubuclet)* | * | MAGISTRATE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO EXTEND DEADLINES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs' Steering

Committee (PSC), and Fleetwood Enterprises, Inc. ("Fleetwood"), who respectfully move

this Honorable Court to extend certain pre-trial deadlines in the *Dubuclet* bellwether trial

as follows:

1.

The parties have agreed to extend the deadline for the Plaintiffs' and Defendants'

Witness and Exhibit Lists, which is presently set for Friday, November 6, 2009.  The parties

respectfully request that this deadline be extended until Friday, November 13, 2009.

WHEREFORE, PSC and Fleetwood, respectfully request that this Court issue an

Order extending the Plaintiffs' and Defendants' Witness and Exhibit Lists deadline until

Friday, November 13, 2009.

Counsel for Fluor Enterprises, Inc. has been contacted and has no opposition to this

Motion.

This extension shall not affect any other dates or deadlines, including the trial date.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:     */s/Gerald E. Meunier*
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com


        */s/Justin I. Woods*
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        DENNIS REICH, Texas # 16739600
        ROBERT BECNEL, #14072

        *-AND-*

*/s/ Jerry L. Saporito*
Jerry L. Saporito (LA Bar #11717)
Amanda W. Vonderhaar (LA Bar #31350)
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Richard K. Hines, V (GA Bar #356300)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
Counsel for Fleetwood Enterprises, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, I electronically filed the foregoing

pleading using the Court's CM/ECF system, which sends notice of electronic filing to all

counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

*/s/ Justin I. Woods*
JUSTIN I. WOODS (LA Bar #24713)