# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>        PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO:  07-9288 | * | JUDGE ENGELHARDT |
| Aldridge, et al. vs. Gulf Stream Coach, Inc., et al. | * | |
| *(Elisha Dubuclet obo Timia Dubuclet)* | * | MAGISTRATE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs' Steering Committee and Fleetwood Enterprises, Inc.'s, Unopposed Motion to Extend Deadlines,

**IT IS HEREBY ORDERED** that the Unopposed Motion is granted and the Friday, November 6, 2009, deadline for submitting the Plaintiffs' and Defendants' Witness and Exhibit Lists be and hereby is extended until Friday, November 13, 2009.

This extension shall not affect any dates or deadlines, including the trial date.

DONE AND SIGNED this _____ day of _____, 2009.

_____
HONORABLE JUDGE KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE