*RETURN*

(3/08) Waiver of the Service of Summons

*Answer due 8-11-09*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| HELEN ALBARADO, et als. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-3829 "N"(5) |
| MORGAN BUILDING & SPAS, INC., et als. ) | |
| Defendant ) | |

## Waiver of the Service of Summons

To: Roberta L. Burns, Esq., Law Offices of Sidney D. Torres, III,
Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive,
Chalmette, LA 70043

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __**June 12, 2009**__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date 6-22-09

Signature of the attorney or unrepresented party

Karen K. Whitfield, Atty for SHAW ENVIRONMENTAL, INC.
Printed name

BAKER DONELSON
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Address

kwhitfield@bakerdonelson.com
E-mail address

(504) 566-5200
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



RETURN

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

HELEN ALBARADO, together with all
individuals and entities whose names appear on
the attached "Exhibit A"
           Plaintiff
        v.
MORGAN BUILDINGS AND SPAS, INC.,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency
           Defendant

Civil Action No. **09-3829**

SECT. N MAG.

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Shaw Environmental, Inc.,
thru its Counsel of Record:
Ms. Karen Whitfield
Baker Donelson Bearman Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
        **Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
        **8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: __JUN 1 1 2009__

*(signature)*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Shaw Environmental thru Counsel of Record** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **See US mail, certified card**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **11/2/09**

Server's signature

Printed name and title
Law Offices of
**SIDNEY D. TORRES, III**
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shaw Environmental, Inc.,
through its Counsel of Record:
Ms. Karen Whitfield
Baker Donelson Bearman Caldwell
 & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent   ☐ Addressee

B. Received by (Printed Name): S. BJ Tur
C. Date of Delivery: 6/15/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
**7001 2510 0001 8538 2889**