


AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**HELEN ALBARADO, together with all individuals and entities whose names appear on the attached "Exhibit A"**

Plaintiff

v.

**MORGAN BUILDINGS AND SPAS, INC., SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., CH2M HILL CONSTRUCTORS, INC. and UNITED STATES OF AMERICA, through the Federal Emergency Management Agency**

Defendant

Civil Action No. 09-3829

SECT. N MAG. 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**Fluor Enterprises, Inc., thru its Counsel of Record:**
**Mr. Charles Penot**
**Middleberg Riddle and Gianna**
**KPMG Centre, Suite 2400**
**717 Harwood**
**Dallas, TX 75201**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
**8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: JUN 1 1 2009

Charles A. [signature]

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Fluor Enterprises thru Counsel of Record by:

(1) personally delivering a copy of each to the individual at this place, ______________________ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________ ; or

(4) returning the summons unexecuted to the court clerk on ______________ ; or

(5) other *(specify)* See US mail, certified

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

Date: 11/2/09

Server's signature

Printed name and title

Law Offices of
SIDNEY D. TORRES, III
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fluor Enterprises, Inc., through its Counsel of Record: Mr. Charles Penot
Middleberg Riddle and Gianna
KPMG Centre, Suite 2400
717 Harwood
Dallas, TX 75201

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) Kris Stewart C. Date of Delivery 6/16/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7001 2510 0001 8538 2865