AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana



| | |
|---|---|
| JUDY DOUGLAS, together with all individuals and entities whose names appear on the attached "Exhibit A"<br>Plaintiff<br>v.<br>OAK CREEK HOMES, LP,<br>OAK CREEK HOMES, INC.,<br>SHAW ENVIRONMENTAL, INC.,<br>FLUOR ENTERPRISES, INC.<br>and<br>UNITED STATES OF AMERICA, through the Federal Emergency Management Agency<br>Defendant | Civil Action No.<br>**09-3740**<br>**SECT. N MAG. 5** |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
The United States of America,
thru the United States Attorney General:
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Sidney D. Torres, III, Esq.
8301 W Judge Perez Dr., Suite 303
Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: JUN 4 – 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **USA THROUGH US ATTORNEY General** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **11/2/09**

Server's signature

Printed name and title
**Law Offices of**
**SIDNEY D. TORRES, III**
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America,
thru the United States Attorney General:
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: JUN 16 2009
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0001 8538 2377

Domestic Return Receipt   102595-02-M-1540