*answer due 8/11/09*

AO 399 (____) Waiver of the Service of Summons

RETURN

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| JUDY DOUGLAS, et als. | )
| Plaintiff | )
| | )
| v. | )
| | )
| OAK CREEK HOMES, LP, et als. | )
| Defendant | )

Civil Action No. 09-3740 "N"(5) c/w 07-1873
In Re: FEMA Trailer Formaldehyde
Products Liability Litigation

## Waiver of the Service of Summons

To: Roberta L. Burns, Esq., Law Offices of Sidney D. Torres, III,
Torres Park Plaza, Suite 303, 8301 West Judge Perez Drive,
Chalmette, LA 70043

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____**June 8, 2009**_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date _6-22-09_

_Karen K. Whitfield_
Signature of the attorney or unrepresented party

Karen K. Whitfield, Atty for SHAW ENVIRONMENTAL, INC.
Printed name
BAKER DONELSON
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Address

kwhitfield@bakerdonelson.com
E-mail address

(504) 566-5200
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

**RETURN**

**JUDY DOUGLAS, together with all individuals
and entities whose names appear on the attached
"Exhibit A"**

_____
Plaintiff

v.                                                      )        Civil Action No.

**OAK CREEK HOMES, LP,**                  )
**OAK CREEK HOMES, INC.,**                )        **09-3740**
**SHAW ENVIRONMENTAL, INC.,**        )
**FLUOR ENTERPRISES, INC.**              )
**and**
**UNITED STATES OF AMERICA, through the**
**Federal Emergency Management Agency**
_____
Defendant

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   **Shaw Environmental, Inc.,**
   **thru its Counsel of Record:**
   **Ms. Karen Whitfield**
   **Baker Donelson Bearman Caldwell & Berkowitz PC**
   **201 St. Charles Avenue, Suite 3600**
   **New Orleans, LA 70170**

A lawsuit has been filed against you.

        Within   20   days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
                     **Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
                     **8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

**LORETTA G. WHYTE**

Name of clerk of court

**JUN 4 - 2009**

Date:  _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Shaw Environmental thru Counsel of Record
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) See US mail, certified card
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 11/2/09 _____

_____
Server's signature

Printed name and title Law Offices of
SIDNEY D. TORRES, III
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

_____
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shaw Environmental, Inc.
Through its Counsel of Record
Karen Whitfield
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
L DAVIS   6/10/9

D. Is delivery address different from item 1?   ☐ Yes
enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 2510 0001 8538 2315

PS Form 3811, February 2004