UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO:   07-9288<br>**Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.**<br>*(Elisha Dubuclet obo Timia Dubuclet)* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Steering Committee and Fleetwood Enterprises, Inc.'s, Unopposed Motion to Extend Deadlines,

**IT IS HEREBY ORDERED** that the Unopposed Motion is granted and the Friday, November 6, 2009, deadline for submitting the Plaintiffs' and Defendants' Witness and Exhibit Lists be and hereby is extended until Friday, November 13, 2009.

This extension shall not affect any dates or deadlines, including the trial date.

DONE AND SIGNED this  5th  day of  November , 2009.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE