UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: N(5) |
| | LITIGATION | * | |
| | | *` | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper

## FLUOR ENTERPRISES, INC.'S MOTION TO ASSESS TAXABLE COSTS

Defendant, Fluor Enterprises, Inc. (**FEI**), moves the Court to grant its Motion to Assess Taxable Costs pursuant to Local Rule 54.3 and 28 U.S.C. §1920. For the reasons more fully set forth in the accompanying memorandum in support of this Motion and Bill of Costs, FEI requests that this Court Order that Plaintiff Alana Alexander, Individually, and on behalf of Christopher Cooper, reimburse FEI for all allowable taxable costs.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:       s/ Charles R. Penot

Charles R. Penot, Jr., La. Bar No. 1530 &
Texas Bar No. 24062455
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807
cpenot@midrid.com

*-and-*

>Dominic J. Gianna, La. Bar No. 6063
>Sarah A. Lowman, La. Bar No. 18311
>201 St. Charles Avenue, Suite 3100
>New Orleáns, Louisiana 70170
>Telephone: (504) 525-7200
>Facsímile:  (504) 581-5983
>dgianna@midrid.com
>slowman@midrid.com
>
>        -and-
>
>Richard A. Sherburne, Jr., La. Bar No. 2106
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>Telephone: (225) 381-7700
>Facsimile:  (225) 381-7730
>rsherburne@midrid.com
>smallett@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2009 I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

>    s/ Charles R. Penot
>    Charles R. Penot

ND: 4816-9636-5573, v.  1