UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: N(5) |
| | LITIGATION | * | |
| | | *` | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper

## FLUOR ENTERPRISES, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO ASSESS TAXABLE COSTS

Defendant, Fluor Enterprises, Inc. (**FEI**), submits this Memorandum in Support of its Motion to Assess Taxable Costs pursuant to Local Rule 54.3 and 28 U.S.C. §1920. FEI adopts and joins in all of arguments, reasoning, and support applicable to FEI as set forth in Defendant Gulf Stream Coach, Inc.'s Memorandum in Support Its Motion to Assess Taxable Costs. Further, FEI would show:

### I.   Applicable Law

Pursuant to Local Rule 54.3 "Memorandum of Costs"

> Within 30 days after receiving notice of entry of judgment, unless otherwise ordered by the court, the party in whose favor judgment is rendered and who claims and is allowed costs, shall serve on the attorney for the adverse party and file with the clerk a notice of application to have the costs taxed, together with a memorandum signed by the attorney of record stating that the items are correct and that the costs have been necessarily incurred.

The costs that may be awarded are defined in 28 U.S.C. §1920:

A judge or clerk of any court of the United States may tax costs as follows:

    **(1)** Fees of the clerk and marshal;
    **(2)** Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;
    **(3)** Fees and disbursements for printing and witnesses;
    **(4)** Fees for exemplification and copies of papers necessarily obtained for use in the case;
    **(5)** Docket fees under section 1923 of this title;
    **(6)** Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

Moreover, 28 U.S.C. §1920 requires that "a bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

## II.     Judgment

Fluor received notice of entry of Judgment in this case on October 6, 2009. *See,* Exhibit "A" attached hereto and incorporated herein. Fluor seeks to recover allowable costs within the 30 days limitation set for in Local Rule 54.3   Judgment in this case was in favor of Defendants, including FEI and against Plaintiffs. *See* Exhibit "A." As such, FEI seeks to recover the allowable costs in this case as detailed below.

## III.     Bill of Costs

Pursuant to 28 U.S.C. §1920 (1)-(4), the total amount of costs incurred by undersigned counsel is $132,535.20, as reflected in FEI's Bill of Costs with supporting invoices, attached hereto and incorporated herein as Exhibit **"B."** Each cost item bears a description of the charge and undersigned counsel hereby certifies that each item are correct and the cost was necessary in the prosecution of the action.

Fluor requests that the Court, Order Plaintiff reimburse FEI for its costs expended in defending this action, in the amount of $132,535.20.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     s/ Charles R. Penot

Charles R. Penot, Jr., La. Bar No. 1530 &
Texas Bar No. 24062455
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807
cpenot@midrid.com

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleáns, Louisiana 70170
Telephone: (504) 525-7200
Facsímile:  (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile:  (225) 381-7730
rsherburne@midrid.com
smallett@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2009 I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                                                                                      s/ Charles R. Penot
                                                                                    Charles R. Penot, Jr.

ND: 4840-6031-4629, v. 1