AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| IN RE:FEMA TRAILER FORMALDEHYDE LIT.<br><br>v.<br><br>Relates to 09-2892, Alana Alexander | )<br>)<br>)   Case No.: 07-MDL-1873-N<br>)<br>) |

## Bill of Costs

Judgment having been entered in the above entitled action ____10/06/2009____ against __Plaintiff Alana Alexander__ ,
                                                                              Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 913.50 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | 94,613.86 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | | 32,370.30 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,637.54 |
| | TOTAL $ | 132,535.20 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: ___Charles R. Penot, Jr.___

Name of Attorney: ___Chareles R. Penot, Jr.___

For:  __Fluor Enterprises, Inc.__                            Date:  __11-5-2009__

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____            By: _____            _____
Clerk of Court                              Deputy Clerk                                              Date

EXHIBIT
"B"

✎AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# Midwest Reporting, Inc.

## Court Reporters

**Number: 90813-1**

**Date:**   July 14, 2009

**Bill To:**

Mr. Charles R. Penot, Jr.
Middleberg Ruddle & Gianna
717 North Harwood, Suite 2400
Dallas, TX 75201

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| July 10, 2009 | July 14, 2009 | | Angela |

| Description | Amount |
|---|---|
| In Re: The FEMA Trailer Formaldehye Products Liability Litigation Charlie Age, et al -vs- Gulf Stream Coach, Inc., et al | |
| Deposition of Eddie Abbott | |
| 133 pages one miniscript copy w/E-transcript and rough draft copy e-mailed 7/12/09 | 372.40 |
| Shipping & Handling | 12.00 |
| 25 exhibit copies | 6.25 |
| *PAYMENT DUE UPON RECEIPT!* | |
| *THANK YOU* | |
| **Total** | **$390.65** |

*OK to Pay*
*1881-0280*
*CRPP*
*7-16-09*

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121      (574) 288-4242*
*Fax (574) 288-5441*

1881-0280
Dept. 65

# Midwest Reporting, Inc.

## Video Productions

**Number: 90813-1V**

**Date:**  July 23, 2009

**Bill To:**

Mr. Charles R. Penot, Jr.
Middleberg Ruddle & Gianna
717 North Harwood, Suite 2400
Dallas, TX 75201

APPROVED BY: _____ EHooker
DATE: _____ 7·24·09
_____ 045(65

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|:---:|:---:|:---:|:---:|
| 7/17/09 | 7/23/09 | | Video/Laura |

| Description | Amount |
|---|---:|
| FEMA Trailer Formaldehyde Products Liability Litigation | |
| Video deposition of Eddie Abbott | |
| DVD - Video Text Synchronization | 125.00 |
| | |
| ***PAYMENT DUE UPON RECEIPT!*** | |
| ***THANK YOU*** | |
| **Total** | **$125.00** |

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121 (574) 288-4242*
*Fax (574) 288-5441*

*18840280*
*Dept. 65*



# Midwest Reporting, Inc.

## Video Productions

**Number: 90813-1V**

**Date:**   July 23, 2009

**Bill To:**

Mr. Charles R. Penot, Jr.
Middleberg Ruddle & Gianna
717 North Harwood, Suite 2400
Dallas, TX 75201

APPROVED BY:
Elbooks
7-24-09
045165

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|------------|----------------|--------------------|----------|
| 7/17/09 | 7/23/09 | | Video/Laura |

| Description | Amount |
|-------------|--------|
| FEMA Trailer Formaldehyde Products Liability Litigation | |
| Video deposition of Eddie Abbott | |
| DVD - Video Text Synchronization | 125.00 |
| | |
| ***PAYMENT DUE UPON RECEIPT!*** | |
| ***THANK YOU*** | |
| **Total** | **$125.00** |

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121 (574) 288-4242*
*Fax (574) 288-5441*



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136772 | 9/14/2009 | 60907 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

---

Creation of DVT for the deposition of:                                          100.00

  Alana Alexander

                                                          **TOTAL DUE  >>>**         **$100.00**

DVT shipped to Linda Rushton in Dallas, TX.

*OK to pay CR Penot (1881-0280)*

*951 64*

**Tax ID:** 72-1177884                              Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

---

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :   136772
Invoice Date   :   9/14/2009
**Total Due**    :   **$ 100.00**

Remit To:  **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.      :   60907
BU ID        :   3-VIDEO
Case No.     :   1873
Case Name    :   In Re: FEMA Trailer Formaldehyde products
                 Liability Litigation



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136773 | 9/14/2009 | 60506 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT and 2 additional copies of:
    Alana Alexander 6/29/09                                         560.00
Creation of DVT and 2 additional copies of:
    Christopher Cooper                                              150.00

                                          **TOTAL DUE  >>>          $710.00**

DVT shipped to Linda Rushton in Dallas, TX and 2 additional copies shipped to delivered to office in New Orleans.

**Tax ID:** 72-1177884                                    Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.   :  136773
Invoice Date  :  9/14/2009
**Total Due**     :  **$ 710.00**

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    :  60506
BU ID      :  3-VIDEO
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products
              Liability Litigation



# **PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# **I N V O I C E**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136777 | 9/14/2009 | 60364 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

---

Creation of DVT and 2 additional copies of:

Erika Alexander                                                                                              150.00

**TOTAL DUE  >>>**                   **$150.00**

DVT shipped to Linda Rushton in Dallas, TX and 2 additional copies shipped to delivered to office in New Orleans.

**Tax ID:** 72-1177884                                     Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment*

---

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :  136777
Invoice Date  :  9/14/2009
**Total Due**    :  **$ 150.00**

Remit To:  **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

Job No.      :  60364
BU ID        :  3-VIDEO
Case No.     :  1873
Case Name    :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



# PROFESSIONAL SHORTHAND REPORTERS, INC.

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136022 | 8/12/2009 | 60906 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
Alana Alexander (Volume 2)

1 COPY OF TRANSCRIPT OF:                                             218.60
Andrew Thomas Cristina

                                                                    186.55

                                          **TOTAL DUE >>>**          $405.15

Transcript was previously shipped

Tax ID: 72-1177884                        Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 136022 |
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 405.15** |

08-17-09A09:46 RCVD

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60906 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



# PROFESSIONAL SHORTHAND
## REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135442 | 7/15/2009 | 60641 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

ORIGINAL TRANSCRIPT OF:
Shirley J. Alexander

Condensed transcript sent to deponent for reading & signing

Transcript was previously shipped

446.50

TOTAL DUE >>> **$446.50**

*OK to Pay CRP/dhibbs 1881 0280*

**Tax ID:** 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 135442 |
| Invoice Date | : | 7/15/2009 |
| **Total Due** | : | **$ 446.50** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60641 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135362 | 7/10/2009 | 60062 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:

   Christopher Cooper

                                        270.15

        **TOTAL DUE >>>**      **$270.15**

Transcript previously shipped

**Tax ID:** 72-1177884

           Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 135362 |
| Invoice Date | : | 7/10/2009 |
| **Total Due** | : | **$ 270.15** |

Remit To: **Professional Shorthand Reporters, Inc.**
        **601  Poydras Street**
        **Suite 1615**
        **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60062 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135535 | 7/20/2009 | 60062 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/29/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| Net 30 |

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:

Alana Alexander                                                          766.70

**TOTAL DUE  >>>**                **$766.70**

Transcript previously shipped

APPROVED BY:
DATE:  7.27.09
G. L. CODES

**Tax ID:** 72-1177884                                    Phone: 504-525-7200    Fax:504-581-5983

*Please detach bottom portion and return with payment.*

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 135535 |
| Invoice Date | : | 7/20/2009 |
| **Total Due** | : | **$ 766.70** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60062 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



# PROFESSIONAL SHORTHAND
# REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135531 | 7/20/2009 | 60362 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |
| **CASE CAPTION** | | |

In Re: FEMA Trailer Formaldehyde products Liability Litigation

| **TERMS** |
|---|
| Net 30 |

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

---

1 COPY OF TRANSCRIPT OF:

**Erika Alexander**                                                        225.35

                                                    **TOTAL DUE >>>**        **$225.35**

APPROVED BY:
DATE: 7.27.09
G.L CODES: 095165

Tax ID: 72-1177884                                    Phone: 504-525-7200    Fax:504-581-5983

*Please detach bottom portion and return with payment.*

---

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

Invoice No.    :  135531
Invoice Date   :  7/20/2009
**Total Due**      :  $ 225.35

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.    :  60362
BU ID      :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products
              Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136007 | 8/12/2009 | 60904 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/5/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Video Services and Creation of DVT for the Deposition of:
Travis Allen

Video Services and Creation of DVT for the Deposition of:          370.00
Heath Allen

397.50

**TOTAL DUE >>>**          **$767.50**

951 uy

OK to Pay
1881-0080
CRRB

08-14-09P02:39 RCVD

4-18

Tax ID: 72-1177884

Phone: 214-220-6334   Fax: 214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| Invoice No. | : 136007 |
|---|---|
| Invoice Date | : 8/12/2009 |
| **Total Due** | : **$ 767.50** |

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| Job No. | : 60904 |
|---|---|
| BU ID | : 3-VIDEO |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136034 | 8/12/2009 | 609 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/5/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

ORIGINAL TRANSCRIPT OF:
  Travis Allen
ORIGINAL TRANSCRIPT OF:
  Heath Allen                                                                          572.12

                                                                                        539.89
Transcript was previously shipped                              **TOTAL DUE  >>>**      **$1,112.01**

Tax ID: 72-1177884

*Please detach bottom portion and return with payment.*

Phone: 214-220-6334   Fax:214-220-6807

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.  :  136034
Invoice Date  :  8/12/2009
**Total Due**  :  **$ 1,112.01**

To:  **Professional Shorthand Reporters, Inc.
601  Poydras Street
Suite 1615
New Orleans, LA 70130**

Job No.  :  60900
BU ID  :  1-REP
Case No.  :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products Liability Litigation

# NAEGELI REPORTING CORPORATION



**Portland, OR**
(503) 227-1544

**Spokane, WA**
(509) 838-6000

**Seattle, WA**
(206) 622-3376

**Coeur d'Alene, ID**
(208) 667-1163

www.naegelireporting.com

**Remit to the Corporate Office:**
**US Bancorp Tower**
**111 S.W. Fifth Avenue, Suite 2020**
**Portland, OR 97204**

*RICHARD A. SHERBURNE JR, ESQUIRE*
MIDDLEBERG RIDDLE AND GIANNA
450 LAUREL STREET, SUITE 1101
CHASE TOWERS, NORTH TOWER
BATON ROUGE,LA 70801-1819

**Tax Number: 93-1079908**

| | | | |
|---|---|---|---|
| **Asg. Date:** | 07/20/2009 | | |
| **Case\Assg No.** | 11303-1 | **Invoice #** | 37346 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 07/31/2009 |

*COPY / INDEX / CONDENSED / VIDEO DEPOSITION OF  G. GRAHAM  ALLAN*

**Remarks**
TRANSCRIPT $1,034.40, EXHIBITS $135.00, DELIVERY $95.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | **$1,264.40** |
| **Interest** | **$.00** |
| **Total Tax** | **$.00** |
| **Less Paid To Date** | **$.00** |
| **Balance Due** | **$1,264.40** |

**Phone: (800) 528-3335**

**Net Terms: 30 Days**

**Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
   Please Make Checks Payable to:

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

**NAEGELI REPORTING CORPORATION**

Print Name (as it appears on your credit card)

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card #                                    Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136192 | 8/19/2009 | 60966 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/7/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

---

Video services for the deposition of:
   Angela Baksh

647.50

**TOTAL DUE  >>>**          **$647.50**

OK to Pay $80
1881-0380
8-25-09
CRP

95164

**Tax ID: 72-1177884**                    Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 136192 |
| Invoice Date | : | 8/19/2009 |
| **Total Due** | : | **$ 647.50** |

| | | |
|---|---|---|
| Job No. | : | 60966 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **PSR Video Services**
            **601 Poydras Street**
            **Suite 1615**
            **New Orleans, LA 70130**



**PROFESSIONAL SHORTHAND REPORTERS, INC.**

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

*Sept. 65*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135798 | 7/31/2009 | 60873 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/29/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| Net 30 | | |

COPY

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

ORIGINAL TRANSCRIPT OF:

Anglea Baksh

Transcript previously shipped.

241.49

TOTAL DUE >>>  $241.49

APPROVED BY
DATE  8-11-09
G/L CODES:
095165

Tax ID: 72-1177884

Phone: 504-525-7200    Fax:504-581-5983

*Please detach bottom portion and return with payment.*

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

Invoice No.    : 135798
Invoice Date  : 7/31/2009
**Total Due**    : $ 241.49

Remit To: **Professional Shorthand Reporters, Inc.**
          **601  Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.   : 60873
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



# INVOICE

## PROFESSIONAL SHORTHAND REPORTERS, INC.

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135848 | 8/4/2009 | 60874 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/29/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| Net 30 |

COPY

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

*QC-1881.0280*
*Dept. 65*

Video services on the deposition of:

Anglea Baksh (Depo started, but was stopped after a few minutes)     100.00

**TOTAL DUE >>>**     **$100.00**

APPROVED BY:
DATE: 8-18-09
G. L. CODES: 043165

Tax ID: 72-1177884

Phone: 504-525-7200    Fax:504-581-5983

*Please detach bottom portion and return with payment.*

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

Invoice No.   : 135848
Invoice Date  : 8/4/2009
**Total Due**    : **$ 100.00**

Remit To: **PSR Video Services**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

Job No.     : 60874
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135966 | 8/12/2009 | 60965 |

| JOB DATE | CASE NUMBER | |
|---|---|---|
| 8/7/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

ORIGINAL TRANSCRIPT OF:
  Angela Baksh

589.15

Condensed transcript sent to deponent for reading & signing       TOTAL DUE >>>       **$589.15**

Transcript previously shipped.

*8.17.09*
*OK to pay*
*1881-0280*
*CRP*

*95164*

**Tax ID: 72-1177884**

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.   : 135966
Invoice Date  : 8/12/2009
**Total Due**    : **$ 589.15**

Remit To: **Professional Shorthand Reporters, Inc.**
   **601  Poydras Street**
   **Suite 1615**
   **New Orleans, LA 70130**

Job No.    : 60965
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products
                 Liability Litigation

# Stratos Legal

### Raising the bar.
### Nationwide.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45328 | 8/4/2009 | 23721 |

| Job Date | Case No. | |
|---|---|---|
| 6/4/2009 | 1873 | |

| Case Name | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Charles R. Penot
Middleburg Riddle & Gianna
KPMG Centre
717 N. Harwood Street
Suite 2400
Dallas, TX

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Janet D. Barnes

765.14

TOTAL DUE >>>    $765.14

OK to Pay
1881-0380
CRP

9-14

Tax ID: 20-3092682

*Please detach bottom portion and return with payment.*

Charles R. Penot
Middleburg Riddle & Gianna
KPMG Centre
717 N. Harwood Street
Suite 2400
Dallas, TX

Job No.    : 23721        BU ID        :1-MAIN
Case No.   : 1873
Case Name  : IN RE: FEMA TRAILER FORMALDEHYDE
             PRODUCTS LIABILITY LITIGATION

Invoice No.  : 45328         Invoice Date  :8/4/2009
Total Due  : $ 765.14

**PAYMENT WITH CREDIT CARD**          MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Sign:

Remit To: **Stratos Legal Services, LP**
          **1001 West Loop South**
          **Suite 809**
          **Houston, TX 77027**

# INVOICE

# Stratos Legal

### Raising the bar.
### Nationwide.

*Dept. 64*
*#1881-0250*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46337 | 9/4/2009 | 23722 |
| **Job Date** | **Case No.** | |
| 6/4/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Video Deposition
   Janet D. Barnes

1,297.50

TOTAL DUE  >>>                              $1,297.50

APPROVED BY: *EHoore*
DATE: *9-22-09*
G. L. CODES: *645764*

Tax ID: 20-3092682

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| | | | |
|---|---|---|---|
| Job No. | : 23722 | BU ID | : VID HOU SL |
| Case No. | : 1873 | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. | : 46337 | Invoice Date | : 9/4/2009 |
| **Total Due** | : $ 1,297.50 | | |

## PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135973 | 8/12/2009 | 60902 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |

**CASE CAPTION**

In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**

30 days

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

---

Video Services and Creation of DVT for the Deposition of:
Gerald Paul Blanchard

| | |
|---|---|
| | 761.25 |
| **TOTAL DUE >>>** | **$761.25** |

08-14-09P0

Tax ID: 72-1177884

Phone: 214-220-6334    Fax: 214-220-6807

*Please detach bottom portion and return with payment.*

---

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 135973 |
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 761.25** |

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60902 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



# PROFESSIONAL SHORTHAND
## REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136025 | 8/12/2009 | 60901 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

**ORIGINAL TRANSCRIPT OF:**
Gerald Paul Blanchard, II

Transcript was previously shipped

793.26

**TOTAL DUE  >>>**          $793.26

Tax ID: 72-1177884

Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| Invoice No. | 136025 |
|---|---|
| Invoice Date | 8/12/2009 |
| **Total Due** | **$ 793.26** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| Job No. | : 60901 |
|---|---|
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE

## UNITED REPORTING, INC.
*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54819 | 8/24/2009 | 83205 |

| Job Date | Case No. |
|---|---|
| 8/21/2009 | |

| Case Name |
|---|
| In Re: FEMA Railer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Lezly Petrovich, Esq.
Middleberg, Ripple & Gianna
201 St. CHarles Avenue
Suite 3100
New Orleans, LA 70170

---

Deposition Of:

| | | | | |
|---|---|---|---|---|
| Guy Bonomo | | 56.00 | Pages | 179.20 |
| Mini Transcript | | | | 15.00 |
| Exhibits | | 10.00 | Pages | 5.00 |
| Shipping & Handling ( Fed Ex ) | | | | 34.00 |

TOTAL DUE  >>> **$233.20**

One Certified Copy and Word Index
NR|West

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

APPROVED BY:
DATE:
G. L. CODES:

---

Tax ID: 55-0793657

Phone: 504-525-7200    Fax:

*Please detach bottom portion and return with payment.*

Lezly Petrovich, Esq.
Middleberg, Ripple & Gianna
201 St. CHarles Avenue
Suite 3100
New Orleans, LA 70170

Job No.      : 83205        BU ID       : United
Case No.     :
Case Name    : In Re: FEMA Railer Formaldehyde Products
               Liability Litigation

Invoice No.  : 54819        Invoice Date : 8/24/2009
**Total Due  : $ 233.20**

Remit To:  **United Reporting, Inc.**
           **1218 Southeast 3rd Avenue**
           **Fort Lauderdale, FL 33316**

### PAYMENT WITH CREDIT CARD      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

United Video and Teleconference Center
1218 S.E. 3rd Avenue
Fort Lauderdale, FL  33316
Phone:954-525-0911   Fax:954-463-3743

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 55327 | 9/2/2009 | 83206 |

| Job Date | Case No. | |
|---|---|---|
| 8/21/2009 | | |

| Case Name |
|---|
| In Re: FEMA Railer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Lezly Petrovich, Esq.
Middleberg, Ripple & Gianna
201 St. CHarles Avenue
Suite 3100
New Orleans, LA 70170

Guy Bonomo
  DVD COPIES                                                      25.00
  Video Synchronization                                         100.00
  Shipping & Handling ( Fed Ex )                                 25.00

                                  **TOTAL DUE  >>>            $150.00**

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 20-0317627                                    Phone: 504-525-7200   Fax:

*Please detach bottom portion and return with payment.*

Lezly Petrovich, Esq.
Middleberg, Ripple & Gianna
201 St. CHarles Avenue
Suite 3100
New Orleans, LA 70170

Job No.      : 83206        BU ID        : Video
Case No.    :
Case Name : In Re: FEMA Railer Formaldehyde Products
                    Liability Litigation
Invoice No.  : 55327        Invoice Date : 9/2/2009
**Total Due  : $ 150.00**

Remit To: **United Video and Teleconference Center, Inc.**
              **1218 S.E. 3rd Avenue**
              **Fort Lauderdale, FL 33316**

**PAYMENT WITH CREDIT CARD**      AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:



Esquire - Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
*an Alexander Gallo Company*

Telephone (214) 257-14
Toll Free (800) 852-97
Fax (866) 590-32

www.esquiresolutions.co

## Invoice # EQ67391

| Invoice Date | Terms |
|---|---|
| 07/21/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CHARLES PENOT ,JR.
MIDDLEBERG RIDDLE & GIANNA
SUITE 2400, 717 NORTH HARWOOD
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/23/2009 | IN RE: PRODUCT LIABILITY LITIGATION FE | 63678 | 07/21/2009 | F-S-O |
| **Description** | | | | |

Original Transcript of GARY BUNZER

*OK to Pay*
*1881-0280*
*CRP by Shilla Bower*

**We appreciate your business**
**Attorney is responsible for payment of all charges incurred**
**Payment due in 30 days**
**THANK YOU**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 4,767.32 |
| Paid: | $ 0.00 |

| Balance Due : | **$ 4,767.32** |
|---|---|
| Payment Due : | **08/20/2009** |

Tax Number:  22-3779684

After 09/04/2009 Pay This Amount:     $ 5,244.05

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Dallas
Invoice Number: EQ67391
Invoice Date: 07.21.2009
Balance: $ 4,767.32
Due Date: 08.20.2009
Late Date: 09.04.2009
Late Amount: $ 5,244.05

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire   PO Box 934157,   Atlanta GA 31193-4157**

042  0000067391  07212009  9  000476732  2  08202009  09042009  5  000524405  10



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135629 | 7/22/2009 | 60689 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/16/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:

Megan A. Ciota, Ph.D. ............................................................... 312.75

**TOTAL DUE >>>** $312.75

Transcript previously shipped

*OK to Pay*
*CRP/Shelto*
*1881-0280*

**Tax ID:** 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    : 135629
Invoice Date   : 7/22/2009
**Total Due**   : **$ 312.75**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.     : 60689
BU ID       : 1-REP
Case No.    : 1873
Case Name   : In Re: FEMA Trailer Formaldehyde products
              Liability Litigation



## PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136784 | 9/14/2009 | 60690 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/16/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT for the deposition of:

Megan Ciota, Ph.D.

133.75

**TOTAL DUE >>>**     **$133.75**

DVT shipped to Linda Rushton in Dallas, TX.

OK to Pay
1881/0080
CR Parote

95164

**Tax ID: 72-1177884**

Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.  :  136784
Invoice Date :  9/14/2009
**Total Due**   :  **$ 133.75**

Remit To:  **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.   :  60690
BU ID     :  3-VIDEO
Case No.  :  1873
Case Name :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



"Debbie Eaves"
<deaves@tylereaton.com>

09/10/2009 09:57 AM

Please respond to
<deaves@tylereaton.com>

To  <LRushton@midrid.com>

cc

bcc

Subject  FW: Invoice from Tyler, Eaton, Morgan, Nichols & Pritchett

-----Original Message-----
From: deaves@tylereaton.com [mailto:deaves@tylereaton.com]
Sent: Thursday, September 10, 2009 9:50 AM
To: lrushton@midrid.com
Cc: deaves@tylereaton.com
Subject: Invoice from Tyler, Eaton, Morgan, Nichols & Pritchett

eMail Invoice(s) sent: September 10, 2009

From: Tyler, Eaton, Morgan, Nichols & Pritchett
      1819 5TH AVENUE NORTH
      SUITE 1020, ONE FEDERAL PLACE
      BIRMINGHAM, ALABAMA  35203-2104
      205/252-9152
      FED ID 20-2042132

          "PAYMENT IS DUE UPON RECEIPT"
***********MAJOR CREDIT CARDS ACCEPTED**********

To:   RICHARD A. SHERBURNE
      MIDDLEBERG, RIDDLE & GIANNA
      450 LAUREL STREET
      SUITE 1101
      BATON ROUGE, LA  70801

********************************************************

RE:   Invoice# 09-2669F    Billed: 07/28/09   Balance:    $548.05
      Taken:  07/14/09 - FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGTION

I n v o i c i n g   I n f o r m a t i o n
DEPONENT:  PHILIP COLE, MD, DrPH
           ***CORRECTED INVOICE***
237   COPY                          @ 2.05/PAGE         485.85
1     ETRAN
      POSTAGE                        @ 20.00/EACH         20.00
09/10/09 EXHIBITS EMAILED                                11.00
      104 EXHIBITS                   @ .30/PAGE           31.20

P l e a s e   R e m i t   - - - >    $548.05

 **TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

**INVOICE**

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

RICHARD A. SHERBURNE
MIDDLEBERG, RIDDLE & GIANNA
450 LAUREL STREET
SUITE 1101
BATON ROUGE, LA  70801

July 28, 2009

Invoice# 09-2669F

Balance:    $516.85

Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGTION
    *on 07/14/09  Billed 07/28/09*
    *by SUZANNE LEE / BRAD CAMPBELL*

| Charge Description | | | Amount |
|---|---|---|---|
| DEPONENT:  PHILIP COLE, MD, DrPH | | | |
| | | | |
| 237 | COPY | @  2.05/PAGE | 485.85 |
| 1 | ETRAN | @ 20.00/EACH | 20.00 |
| | POSTAGE | | 11.00 |



EIN 20-2042132

**P l e a s e   R e m i t   - - - >   Total Due:    $516.85**
*Please Detach and Return Stub With Payment*

*"PAYMENT IS DUE UPON RECEIPT"*
************MAJOR CREDIT CARDS ACCEPTED**********

Remit to:

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

Invoice# 09-2669F

Balance$      516.85

EIN 20-2042132

# TLE TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

HENRY T. MILLER                                August  4, 2009
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION                                 **Invoice#** 09-2698
1331 PENNSYLVANIA AVENUE, NORTHWEST
ROOM 8004-S                                    **Balance:**    $668.33
WASHINGTON, D.C.  20004

**Re**: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGTION
    on 07/14/09  *Billed* 08/04/09
    *by* SUZANNE LEE / BRAD CAMPBELL

| Charge Description | Amount |
|---|---|
| VIDEO DEPOSITION:  PHILLIP COLE | |

| | | | |
|---|---|---|---|
| 4 | DVT MPEG FORMAT W/ SYNCHING       @ 160.00/EACH | | 640.00 |
| | MPEG VIDEO FILE SYNCHED W/TRANSCRIPT = | | |
| | 1mpeg video file @80.00 + 1mpeg video file | | |
| | synched w/transcript @80.00   TOTAL @160.00/EA | | |
| | POSTAGE FEDERAL EXPRESS | | 28.33 |

EIN 20-2042132

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**P l e a s e   R e m i t   - - - >   Total Due:   $668.33**

*Please Detach and Return Stub With Payment*

*"PAYMENT IS DUE UPON RECEIPT"*
* * * * * * * * * * * *MAJOR CREDIT CARDS ACCEPTED* * * * * * * * * * *

Remit to:

# TLE TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

Invoice# 09-2698

Balance$    668.33

EIN 20-2042132

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696  Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51271 | 7/20/2009 | 28284 |

| Job Date | Case No. | |
|---|---|---|
| 7/6/2009 | | |

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

| Case Name |
|---|
| In Re: FEMA Trailer |

| Payment Terms |
|---|
| |

COPY

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>Christopher DeRosa, Ph.D. | 966.00 |

TOTAL DUE  >>>          **$966.00**
AFTER 8/19/2009 PAY        $1,062.60

Thank you for your business!

APPROVED BY: _EKoehn_
DATE. _8.18.09_
G.L CODES: _095164_

---

Tax ID: 58-1952135                                              Phone: 504-207-7319   Fax:

*Please detach bottom portion and return with payment.*

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

Job No.     : 28284          BU ID      :1-TA&A
Case No.    :
Case Name   : In Re: FEMA Trailer

Invoice No. : 51271          Invoice Date : 7/20/2009
**Total Due** :  $ 966.00
AFTER 8/19/2009 PAY  $1,062.60

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Tiffany Alley & Associates**
**400 Perimeter Center Terrace, Suite 900**
**Atlanta, GA 30346**

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

#1881-0280
Dept. 64

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52135 | 9/2/2009 | 28284 |

| Job Date | Case No. | |
|---|---|---|
| 7/6/2009 | | |

| Case Name | |
|---|---|
| In Re: FEMA Trailer | |

| Payment Terms | |
|---|---|
| | |

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

Christopher DeRosa - Video                                                                416.25

TOTAL DUE  >>>            $416.25
AFTER 10/2/2009  PAY        $457.88

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

Ethoone
9.15.09
09576   APPROVED BY   DA E   G.L. CODES:

**Tax ID:** 58-1952135                                                    Phone: 504-207-7319   Fax:

*Please detach bottom portion and return with payment.*

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

Invoice No.    :  52135
Invoice Date   :  9/2/2009
**Total Due**      :  **$ 416.25**
AFTER 10/2/2009  PAY  $457.88

Remit To: **Tiffany Alley & Associates**
          **400 Perimeter Center Terrace, Suite 900**
          **Atlanta, GA 30346**

Job No.      :  28284
BU ID        :  1-TA&A
Case No.     :
Case Name    :  In Re: FEMA Trailer

# tratos Legal

### Raising the bar.
### Nationwide.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45384 | 8/13/2009 | 24835 |

| Job Date | Case No. | |
|---|---|---|
| 7/31/2009 | 1873 | |

| Case Name | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

CERTIFIED COPY OF TRANSCRIPT OF:
Mary C. DeVany                                                          1,037.35

**TOTAL DUE  >>>**                    **$1,037.35**

APPROVED BY:
DATE: 8-31-09
CODES: 045764

20-3092682

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Job No.     : 24835            BU ID      : 1-MAIN
Case No.    : 1873
Case Name   : IN RE: FEMA TRAILER FORMALDEHYDE
              PRODUCTS LIABILITY LITIGATION

Invoice No. : 45384            Invoice Date : 8/13/2009
**Total Due** : **$ 1,037.35**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:

To: **Stratos Legal Services, LP**
   **1001 West Loop South**
   **Suite 809**
   **Houston, TX 77027**



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136783 | 9/14/2009 | 56742 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/7/2008 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT for the deposition of:
Mary DeVany, MS, CSP, CHMM 10/07/08

201.25

**TOTAL DUE  >>>**          **$201.25**

DVT shipped to Linda Rushton in Dallas, TX.

*OK to Pay
1881-0089
OK Devany*

*95164*

**Tax ID:** 72-1177884                          Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 136783 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 201.25** |

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 56742 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE

#1801 0/xx
Dept.64

COPY

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51599 | 8/6/2009 | 28427 |

| Job Date | Case No. |
|---|---|
| 7/23/2009 | |

| Case Name |
|---|
| Re: FEMA Trailer |

| Payment Terms |
|---|
| |

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | 1,006.75 |
|---|---|
| Nathan Dorris, PhD. | |

TOTAL DUE >>>   $1,006.75
AFTER 9/5/2009  PAY   $1,107.43

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

APPROVED BY:
DATE:  8-18-09
G. L. CODES:  605-164

Phone: 504-207-7319   Fax:

Tax ID: 58-1952135

*Please detach bottom portion and return with payment.*

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

| Invoice No. | : | 51599 |
|---|---|---|
| Invoice Date | : | 8/6/2009 |
| **Total Due** | : | **$ 1,006.75** |
| AFTER 9/5/2009 | PAY | $1,107.43 |

| Job No. | : | 28427 |
|---|---|---|
| BU ID | : | 1-TA&A |
| Case No. | : | |
| Case Name | : | In Re: FEMA Trailer |

Remit To: **Tiffany Alley & Associates**
**400 Perimeter Center Terrace, Suite 900**
**Atlanta, GA 30346**

# INVOICE

**hg**

The best partner a law firm could have.

www.hglitigation.com
1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 286109 | 9/1/2009 | 109863 |
| **Job Date** | **Case No.** | |
| 7/16/2009 | MDL NO. 1873  SECTION "N-5" | |
| **Case Name** | | |
| In Re: FEMA Trailer Formaldehyde Product Liability Litigation | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

Charles Penot
Middleberg, Riddle & Gianna
717 N. Harwood, Suite 2400
Dallas, TX 75201

EMAILED TRANSCRIPT OF:
Dwight Durham

257.20

**TOTAL DUE  >>>**                    **$257.20**

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

**Tax ID:** 75-2912774

Phone: 214-220-6300   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Charles Penot
Middleberg, Riddle & Gianna
717 N. Harwood, Suite 2400
Dallas, TX 75201

Job No.       : 109863          BU ID       :1-DAL
Case No.     : MDL NO. 1873  SECTION "N-5"
Case Name  : In Re: FEMA Trailer Formaldehyde Product
                      Liability Litigation
Invoice No.  : 286109            Invoice Date : 9/1/2009
**Total Due**  : $ 257.20

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

Remit To:  **Henjum Goucher Reporting Services LP**
              **2501 Oak Lawn Avenue**
              **Suite #600**
              **Dallas, TX 75219**



The best partner a law firm could have.

www.hglitigation.com
1-888-656-DEPO (3376)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 286751 | 9/4/2009 | 109868 |

| Job Date | Case No. | |
|---|---|---|
| 7/16/2009 | MDL NO. 1873  SECTION "N-5" | |

| Case Name | | |
|---|---|---|
| In Re: FEMA Trailer Formaldehyde Product Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| DUE UPON RECEIPT | | |

Shelba Bownds
Middleberg, Riddle & Gianna
717 N. Harwood, Suite 2400
Dallas, TX 75201

9-14

COPY OF VIDEO
Dwight Durham

340.00

**TOTAL DUE  >>>**                **$340.00**

Go Green with HG! Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

OK to Pay
CR Peust
1481-0086
1481-

951164

**Tax ID:** 75-2912774

Phone: 214-220-6300   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Shelba Bownds
Middleberg, Riddle & Gianna
717 N. Harwood, Suite 2400
Dallas, TX 75201

Job No.     : 109868          BU ID        : DALVIDEO
Case No.    : MDL NO. 1873  SECTION "N-5"
Case Name  : In Re: FEMA Trailer Formaldehyde Product
              Liability Litigation

Invoice No.  : 286751          Invoice Date : 9/4/2009
**Total Due**  : **$ 340.00**

Remit To:  **Henjum Goucher Reporting Services LP**
           **2501 Oak Lawn Avenue**
           **Suite #600**
           **Dallas, TX 75219**

**PAYMENT WITH CREDIT CARD**          AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

1881.0280
Dept 64

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52269 | 9/13/2009 | 28426 |
| **Job Date** | **Case No.** | |
| 7/22/2009 | | |
| | **Case Name** | |
| In Re: FEMA Trailer | | |
| | **Payment Terms** | |
| | | |

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

| | |
|---|---|
| William L. Dyson PhD - Video | 225.00 |

TOTAL DUE >>>                     **$225.00**
AFTER 10/13/2009 PAY            $247.50

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

Pbpay-
1881.0280 -
11p

Tax ID: 58-1952135                                    Phone: 504-207-7319   Fax:

*Please detach bottom portion and return with payment.*

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

Invoice No.    :  52269
Invoice Date  :  9/13/2009
**Total Due    :  $ 225.00**
AFTER 10/13/2009 PAY  $247.50

Remit To: **Tiffany Alley & Associates**
**400 Perimeter Center Terrace, Suite 900**
**Atlanta, GA 30346**

Job No.       :  28426
BU ID         :  1-TA&A
Case No.      :
Case Name     :  In Re: FEMA Trailer

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

*#1881-0280*
*Dept. 64*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51463 | 7/30/2009 | 28426 |

| Job Date | Case No. | |
|---|---|---|
| 7/22/2009 | | |

| Case Name | | |
|---|---|---|
| In Re: FEMA Trailer | | |

| Payment Terms | | |
|---|---|---|
| | | |

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

1 CERTIFIED COPY OF TRANSCRIPT OF:
   William L. Dyson PhD

COPY

624.80

TOTAL DUE  >>>           $624.80
AFTER 8/29/2009 PAY       $687.28

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

APPROVED BY:
DATE:   8.18.04
G. L CODES:   045164

Phone: 504-207-7319   Fax:

*Please detach bottom portion and return with payment.*

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

Invoice No.   :  51463
Invoice Date  :  7/30/2009
**Total Due**   :  **$ 624.80**
AFTER 8/29/2009  PAY  $687.28

Remit To: **Tiffany Alley & Associates**
          **400 Perimeter Center Terrace, Suite 900**
          **Atlanta, GA 30346**

Job No.      :  28426
BU ID        :  1-TA&A
Case No.     :
Case Name    :  In Re: FEMA Trailer



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136014 | 8/12/2009 | 60975 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/6/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
   Dr. George Farber

                                                                343.50

Transcript was previously shipped                    **TOTAL DUE >>>      $343.50**

Tax ID: 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| Invoice No. | : | 136014 |
|---|---|---|
| Invoice Date | : | 8/12/2009 |
| **Total Due** | : | **$ 343.50** |

08-17-09

Remit To: **Professional Shorthand Reporters, Inc.**
              **601 Poydras Street**
              **Suite 1615**
              **New Orleans, LA 70130**

| Job No. | : | 60975 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



ESQUIRE

Esquire - Riverside
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
an Alexander Gallo Company

Telephone (951) 784-1525
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # PL165071

| Invoice Date | Terms |
|---|---|
| 07/09/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CHARLES PENOT ,ESQ.
MIDDLEBERG, RIDDLE & GIANNA
SUITE 2400
717 NORTH HARWOOD
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/25/2009 | FEMA TRAILER FORMALDEHYDE PRODUC | 230925 | 07/02/2009 | F-P-O |

| Description | | Amount |
|---|---|---|
| Copy Transcript of FLEETWOOD | | |
| ONE COPY OF TRANSCRIPT | | |
| EXHIBITS | | $ 979.05 |
| VIDEO | | $ 137.45 |
| E-DEPO MULTI MEDIA CD | | $ 400.00 |
| COPY HANDLING FEE | | $ 30.00 |
| CONDENSED TRANSCRIPT | | $ 25.00 |
| | | $ 0.00 |
| DEL-STANDARD | | $ 1,571.50 |
| | | $ 33.00 |
| | | $ 33.00 |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A VIDEO COPY.We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A VIDEO COPY.

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,604.50 |
| Paid: | $ 0.00 |

| Balance Due : | $ 1,604.50 |
|---|---|
| Payment Due : | 08/08/2009 |

After 08/23/2009 Pay This Amount:   $ 1,764.95

Tax Number:  20-4667049

## Method of Payment

Company: Esquire - Riverside
Invoice Number: PL165071
Invoice Date : 07/09/2009
Balance: $ 1,604.50
Due Date: 08/08/2009
Late Date: 08/23/2009
Late Amount: $ 1,764.95

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

010  0000165071  07092009  6  000160450  8  08082009  08232009  5  000176495  28

# Midwest Reporting, Inc. *Dpt. 65*

*881-0280*



## Court Reporters

Number: 90840-1

Date:   July 21, 2009

**Bill To:**

Ms. Lezly L. Petrovich
Middleberg Riddle & Gianna
31st Floor
201 St. Charles Avenue
New Orleans, LA 70170-3100

APPROVED BY:
DATE:   *7-24-09*
G. L. CODES:   *095165*

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| 7/16/09 & 7/17/09 | 7/21/09 | | Angela |

| Descriptions | Amount |
|---|---|
| In Re: The FEMA Trailer Formaldehye Products Liability Litigation Charlie Age, et al -vs- Gulf Stream Coach, Inc., et al | |
| Depositions of Susan Linda Esparza, Joseph Cleland, Terry L. Slone, Jr. Todd Lentych, Kyle R. Timmins, James R. Brown, Jeffrey Zumbrun, Jeremy Williams, William Dudek | |
| 517 pages one miniscript and E-transcript. Rough copy on 7/18/09 | 1,467.60 |
| Shipping & Handling | 15.00 |
| 54 exhibit copies | 8.10 |
| *PAYMENT DUE UPON RECEIPT!* *THANK YOU* | |
| **Total** | **$1,490.70** |

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121*      *(574) 288-4242*
*Fax (574) 288-5441*

1881-0280
Dept. 65

# Midwest Reporting, Inc.

## *Video Productions*

**Number: 90840-2V**

**Date:   July 23, 2009**

**Bill To:**

Ms. Lezly L. Petrovich
Middleberg Riddle & Gianna
31st Floor
201 St. Charles Avenue
New Orleans, LA 70170-3100

APPROVED BY: *Choose*
DATE: 7.24.09
ODES:
095605

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| 7/17/09 | 7/23/09 | | Video/Laura |

| Description | Amount |
|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | |
| Video depositions of Kyle Timmins, James Brown, Joseph Cleland, Jeremy Williams, Jeffrey Zumbrun, William Dudek, Susan Linda Esparza, Todd Lentych and Terry Slone, Jr. | |
| DVD - Video Text Synchronization | |
| 9 total video depositions - approx. 9 hrs. | 925.00 |
| Shipping & Handling | 10.00 |
| *PAYMENT DUE UPON RECEIPT!* | |
| *THANK YOU* | |
| **Total** | **$935.00** |

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121 (574) 288-4242*
*Fax (574) 288-5441*

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23499 | 7/28/2009 | 15307 |

| Job Date | Case No. | |
|---|---|---|
| 7/7/2009 | MDL NO. 1873 | |

| Case Name |
|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Net 30 |

Charles R. Penot Jr.
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:
   David Garratt

   Exhibit

   Draft Transcript (ASCII)

   Synchronized video on DVD

   Processing Fee

| | | | |
|---|---|---|---|
| 245.00 Pages | @ | 2.55 | 624.75 |
| 51.00 Pages | @ | 0.35 | 17.85 |
| 245.00 Pages | @ | 1.50 | 367.50 |
| 4.75 Hours | @ | 45.00 | 213.75 |
| | | 55.00 | 55.00 |

**TOTAL DUE  >>>**  **$1,278.85**

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   **$1,278.85**

OK to pay
CRP

08-15-09

**Tax ID:** 53-0257990

*Please detach bottom portion and return with payment.*

Phone: 214-220-6334   Fax:

Charles R. Penot Jr.
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

Invoice No.    :   23499
Invoice Date  :   7/28/2009
**Total Due**    :   $ 1,278.85

To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

Job No.       :   15307
BU ID         :   Affiliate
Case No.      :   MDL NO. 1873
Case Name     :   In re: FEMA Trailer Formaldehyde Products Liability Litigation

# INVOICE



Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23845 | 8/13/2009 | 15783 |
| **Job Date** | **Case No.** | |
| 7/28/2009 | MDL NO. 1873 | |

| **Case Name** | |
|---|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | |

| **Payment Terms** |
|---|
| Net 30 |

Richard A. Sherburne
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Michael E. Ginevan, Ph.D. | 180.00 Pages | @ | 2.55 | 459.00 |
| Exhibit | 160.00 Pages | @ | 0.35 | 56.00 |
| Color Exhibits | 102.00 Pages | @ | 1.50 | 153.00 |
| Draft Transcript (ASCII) | 180.00 Pages | @ | 1.50 | 270.00 |
| Processing Fee | | | 55.00 | 55.00 |

|  | |
|---|---|
| **TOTAL DUE  >>>** | **$993.00** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$993.00** |



Tax ID: 53-0257990                                           Phone: 214-220-6334    Fax:

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

| Invoice No. | : | 23845 |
|---|---|---|
| Invoice Date | : | 8/13/2009 |
| **Total Due** | : | **$ 993.00** |

Remit To: **Alderson Reporting Company, Inc.**
          **1155 Connecticut Ave., NW**
          **Suite 200**
          **Washington, DC 20036**

| Job No. | : | 15783 |
|---|---|---|
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260  Fax:202-289-2221

*#1881-0280*
*Dept. 64*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24321 | 8/13/2009 | 15784 |

| Job Date | Case No. |
|---|---|
| 7/28/2009 | MDL NO. 1873 |

| Case Name |
|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Net 30 |

Richard A. Sherburne
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

Michael Genevan, Phd
   Synchronized video on DVD

| | | | | |
|---|---|---|---|---|
| 3.50 Hours | @ | 45.00 | | 157.50 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$157.50** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$157.50** |

*ξ Kooter*
*8·25·09*
*095164*

APPROVED BY
DATE
CO CODES

**Tax ID:** 53-0257990

Phone: 214-220-6334   Fax:

*Please detach bottom portion and return with payment.*

Richard A. Sherburne
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 24321 |
| Invoice Date | : | 8/13/2009 |
| **Total Due** | : | **$ 157.50** |

Remit To: **Alderson Reporting Company, Inc.**
        **1155 Connecticut Ave., NW**
        **Suite 200**
        **Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 15784 |
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282  Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 287922 | 07/30/2009 | 01-159808 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/20/2009 | BURSLE | 1873 |

| CASE CAPTION | | |
|---|---|---|
| FEMA Formaldehyde Products, In Re: | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Sonia Mallett, Esquire
Middleberg, Riddle & Gianna
Chase Towers, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801-1819

COPY

| 1 COPY & INDEX OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Jessica Herzstein, M.D. | 290 Pages | | 725.00 |
| Rough Draft | 244.00 Pages | | 305.00 |
| Shipping & Handling | | | 20.00 |
| | | TOTAL DUE >>>> | 1,050.00 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

**PLEASE MAKE CHECKS PAYABLE TO:**
~
**LegaLink. Inc. - A Merrill Company**
**P.O. Box 630484**
**Baltimore, MD 21263**
~
**Tax ID No.: 20-2665382**

APPROVED BY:
DATE:
C.E. CODES:

(225) 381-7700

TAX ID NO. : 20-2665382

*Please detach bottom portion and return with payment.*

Sonia Mallett, Esquire
Middleberg, Riddle & Gianna
Chase Towers, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801-1819

Invoice No.:  287922
Date       :  07/30/2009
TOTAL DUE  :   1,050.00

Job No.  :  01-159808
Case No. :  1873
FEMA Formaldehyde Products, In Re:

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263

# Stratos Legal

### Raising the bar.
### Nationwide.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44722 | 7/27/2009 | 24422 |

| Job Date | Case No. | |
|---|---|---|
| 7/10/2009 | 1873 | |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Paul Hewett Ph.D

|  | 733.87 |
|---|---|
| **TOTAL DUE  >>>** | **$733.87** |

1881 - 0280



**Tax ID:** 20-3092682

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| | | | |
|---|---|---|---|
| Job No. | : 24422 | BU ID | :1-MAIN |
| Case No. | : 1873 | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. | : 44722 | Invoice Date | :7/27/2009 |
| **Total Due** | **: $ 733.87** | | |

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge: