# INVOICE

# Stratos Legal

## Raising the bar.
## Nationwide.



#1881-0280/
Dept. 64

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46346 | 9/4/2009 | 24423 |
| Job Date | Case No. | |
| 7/10/2009 | 1873 | |
| Case Name | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Payment Terms | | |
| Due upon receipt | | |

Video Deposition
  Paul Hewett Ph.D

1,095.00

TOTAL DUE  >>>     **$1,095.00**

APPROVED BY: _____ EKoonie
DATE: _____ 9-22-09
G. L. CODES: _____
_____ 095764

Tax ID: 20-3092682

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| | | | |
|---|---|---|---|
| Job No. | : 24423 | BU ID | : VID HOU SL |
| Case No. | : 1873 | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. | : 46346 | Invoice Date | : 9/4/2009 |
| **Total Due** | **: $ 1,095.00** | | |



**EXHIBIT**
"B" CONT. 1

Remit To: **Stratos Legal Services, LP**
   **1001 West Loop South**
   **Suite 809**
   **Houston, TX 77027**

## PAYMENT WITH CREDIT CARD    AMEX    MasterCard    VISA

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136787 | 9/14/2009 | 56740 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/3/2008 | 1873 | |
| **CASE CAPTION** | | |

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

| **TERMS** |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT for the deposition of:
   Paul Hewett PHD

167.50

**TOTAL DUE  >>>**          **$167.50**

**Tax ID: 72-1177884**                                    Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| Invoice No. | : | 136787 |
|---|---|---|
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 167.50** |

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| Job No. | : | 56740 |
|---|---|---|
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

*handwritten:* #1881-0280
Dept. 64
Richard Sherburne

# For the Record Reporting, Inc.
1500 Mahan Drive, Suite 140
Post Office Box 12042
Tallahassee, FL 32317-2042
(850) 222-5491 Phone   (850) 224-5316 Fax
Tax ID: 59-3616998

August 7, 2009

COPY

*stamp:* APPROVED BY: Stoance
DATE: 8-18-09
G.L CODES: 045164

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
450 Laurel St.,
Suite 1101
Baton Rouge, LA 70801
(225) 381-7700

**Invoice Number**
**C 7422**

**Re:** In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILTI vs.
Case No. MDL NO. 1873
Depo. Robert C. James, Ph.D.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Transcript copy | Inv. No. 7422, Taken on 08/05/09 | 94.00 | 2.25 | 211.50 |
| ASCII disk - n/c | | 1.00 | 0.00 | n/c |
| Mini-transcript and index - n/c | | 1.00 | 0.00 | n/c |
| Exhibit copy | | 107.00 | 0.52 | 55.64 |
| Shipping | | 1.00 | 40.00 | 40.00 |

| | |
|---|---|
| **Invoice total:** | **$307.14** |
| After 09/06/09: | $313.20 |
| After 10/06/09: | $319.26 |

Please call for balance after 11/05/09.

Payment due upon receipt.  Thank you

 



# Unique Video Creations

2450 Tim Gamble Pl
Tallahassee, Fl 32308
850-877-9010

**Invoice No.**        20090805

# ═ INVOICE ═

| Customer | |
|---|---|
| Name | **MIDDLEBERG, RIDDLE, GIANNA** |
| Address | 717 N Hardwood St. Suite 2400 |
| City | Dallas          State TX      ZIP 75201 |
| Phone | 214-220-6329 |

| | |
|---|---|
| Date | 9/9/2009 |
| Order No. | |
| Rep | Linda Rushton |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | 08-05-09 DVD copy- no charge | $0.00 | $0.00 |
| | Video Deposition of Dr. Robert C. James | | |
| 1 | *DVD Text Sy c Video* | $70.00 | $70.00 |
| | *Charlie Age, et al* | | |
| | *v* | | |
| | *Gulf Stream Coach Inc., et al,* | | |
| | Docket No. 09-2862; | | |
| | Alana Alexander, individually and on behalf of | | |
| | Christopher Cooper | | |
| | USPS Tracking #EO 964 890 600 US | | |
| 1 | | $35.00 | $35.00 |

95164

1881-0280

| Payment Details | | SubTotal | $105.00 |
|---|---|---|---|
| ○ Cash | | S & H | |
| ◉ Check | | State Taxes | |
| | | **TOTAL** | **$105.00** |
| Tax ID # 51-04440002 | | | |

Office Use Only

*Visit www.uniquevideocreations.com for all your video needs*

*Thank you for the oppurtunity to serve you!*



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE



| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136781 | 9/14/2009 | 56965 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/8/2008 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT and 2 additional copies of:
Marco Kaltofen, P.E.

150.00

**TOTAL DUE  >>>**        **$150.00**

DVT shipped to Linda Rushton in Dallas, TX and 2 additional copies shipped to delivered to office in New Orleans.

*OK to Pay
7881-0280
CR Penot Jp*

**Tax ID:** 72-1177884                                                                      Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :  136781
Invoice Date  :  9/14/2009
**Total Due**     :  **$ 150.00**

Remit To:  **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

Job No.      :  56965
BU ID        :  3-VIDEO
Case No.     :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136782 | 9/14/2009 | 60287 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/16/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT for the deposition of:
Marco Kaltofen, P.E. taken 6/16/09

DVT shipped to Linda Rushton in Dallas, TX

280.00

**TOTAL DUE  >>>** **$280.00**

OK to Pay
1881-0280
OK Penot

95144

Tax ID: 72-1177884

Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| Invoice No. | : | 136782 |
|---|---|---|
| Invoice Date | : | 9/14/2009 |
| **Total Due** | **:** | **$ 280.00** |

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| Job No. | : | 60287 |
|---|---|---|
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135369 | 7/10/2009 | 60241 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/16/2009 | 1873 | |
| | **CASE CAPTION** | |

In Re: FEMA Trailer Formaldehyde products Liability Litigation

| **TERMS** |
|---|
| 30 days |

*#1881-0280*
*Richard Sherburne*
*Dept. 67*

Sherburne, Jr., Richard A.
Middleberg, Riddle & Gianna
450 Laurel Street
Suite 1101
Baton Rouge, LA 70801

1 COPY OF TRANSCRIPT OF:
    Marco Kaltofen, P.E.                                                                544.15

Transcript previously shipped

**TOTAL DUE  >>>**                    **$544.15**

APPROVED BY *Libby Smith*
DATE: *1-31-09*
G. L. CODES: *09516-1*

**Tax ID:** 72-1177884                                          Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sherburne, Jr., Richard A.
Middleberg, Riddle & Gianna
450 Laurel Street
Suite 1101
Baton Rouge, LA 70801

Invoice No.    :  135369
Invoice Date  :  7/10/2009
**Total Due**     :  **$ 544.15**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601  Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.      :  60241
BU ID        :  1-REP
Case No.     :  1873
Case Name    :  In Re: FEMA Trailer Formaldehyde products
                Liability Litigation

# INVOICE



**Richardson**
DEPOSITION SERVICES

*Uniting the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108763 | 6/8/2009 | 47381 |
| **Job Date** | **Case No.** | |
| 6/2/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Scott Pullin

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Burl B. Keel, III

568.84

401.04

**TOTAL DUE >>>**      **$969.88**
AFTER 6/28/2009  PAY     $1,018.37

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

*OK to Pay*
*1881 - 280*
*580 for CRP*

*95/64*

**Tax ID: 35-1581218**

---

*Please detach bottom portion and return with payment.*

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Job No. | : 47381 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 108763 | Invoice Date | : 6/8/2009 |

**Total Due** :  **$ 969.88**
AFTER 6/28/2009  PAY  $1,018.37

**PAYMENT WITH CREDIT CARD**    AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:       Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stewart Richardson & Associates, Inc.**
       **One Indiana Square, Suite 2425**
       **211 N. Pennsylvania**
       **Indianapolis, IN 46204**

# Stratos Legal

*Raising the bar.*
*Nationwide.*

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46342 | 9/4/2009 | 24311 |
| **Job Date** | **Case No.** | |
| 7/9/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Video Deposition
James P. Kornberg

1,095.00

**TOTAL DUE  >>>**          **$1,095.00**

APPROVED BY
DATE:
G. L CODES:

**Tax ID:** 20-3092682

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Job No.      : 24311          BU ID        : VID HOU SL
Case No.    : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE
                    PRODUCTS LIABILITY LITIGATION

Invoice No. : 46342          Invoice Date : 9/4/2009
**Total Due  : $ 1,095.00**

Remit To: **Stratos Legal Services, LP**
                **1001 West Loop South**
                **Suite 809**
                **Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:

# Stratos Legal

### Raising the bar.
### Nationwide.

*COPY*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44848 | 8/3/2009 | 24286 |

| Job Date | Case No. | |
|---|---|---|
| 7/9/2009 | 1873 | |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

1 CERTIFIED COPY OF TRANSCRIPT OF:

James P. Kornberg

| | 908.05 |
|---|---|
| **TOTAL DUE  >>>** | **$908.05** |

APPROVED BY: _EKoonce_
DATE: 8.18.09
G. L. CODES: _____
095164

**Tax ID:** 20-3092682

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| Job No. | : 24286 | BU ID | : 1-MAIN |
|---|---|---|---|
| Case No. | : 1873 | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. | : 44848 | Invoice Date | : 8/3/2009 |
| **Total Due** | **: $ 908.05** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date: _____  Phone#:

Billing Address:

Zip: _____  Card Security Code:

Amount to Charge:

Remit To: **Stratos Legal Services, LP**
**1001 West Loop South**
**Suite 809**
**Houston, TX 77027**



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135277 | 7/7/2009 | 60298 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/1/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

---

1 COPY OF TRANSCRIPT OF:
  Paul J. LaGrange

                                                                    433.55

                                            **TOTAL DUE >>>**      **$433.55**

**Previously shipped**

*OK to Pay
1881-0082
CR Report @
7-16-09*

---

**Tax ID:** 72-1177884                    Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 135277 |
| Invoice Date | : | 7/7/2009 |
| **Total Due** | : | **$ 433.55** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60298 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23715 | 8/12/2009 | 15493 |

| Job Date | Case No. |
|---|---|
| 7/24/2009 | MDL NO. 1873 |

| Case Name |
|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Net 30 |

Lezly Petrovich
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Michael J. Lapinski | 195.00 Pages | @ | 2.55 | 497.25 |
| Exhibit | 147.00 Pages | @ | 0.35 | 51.45 |
| Draft Transcript (ASCII) | 195.00 Pages | @ | 1.50 | 292.50 |
| Processing Fee | | | 55.00 | 55.00 |

**TOTAL DUE >>>** **$896.20**

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: **$896.20**

**Tax ID:** 53-0257990                                      Phone: 214-220-6334   Fax:

*Please detach bottom portion and return with payment.*

Lezly Petrovich
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

Invoice No.   :  23715
Invoice Date  :  8/12/2009
**Total Due**    :  **$ 896.20**

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

Job No.    :  15493
BU ID      :  Affiliate
Case No.   :  MDL NO. 1873
Case Name  :  In re: FEMA Trailer Formaldehyde Products
Liability Litigation



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136550 | 9/3/2009 | 61419 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2009 | 1873 | |

| CASE CAPTION | | |
|---|---|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |

| TERMS | | |
|---|---|---|
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
  Stanley Larson                                                                 85.80
1 COPY OF TRANSCRIPT OF:
  Michael Harder                                                               150.90

                                                    **TOTAL DUE >>>    $236.70**

Previously shipped

Richared Sherburne attended

**Tax ID: 72-1177884**                                    Phone: 214-220-6334   Fax: 214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :  136550
Invoice Date  :  9/3/2009
**Total Due**     :  **$ 236.70**

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.     :  61419
BU ID       :  1-REP
Case No.    :  1873
Case Name   :  In Re: FEMA Trailer Formaldehyde products
               Liability Litigation

COMPLETE LITIGATION SUPPORT



# Invoice

490 Park, Suite 205
Beaumont, TX 77701
Office: 409-839-8800
Fax: 409-839-8828

| DATE | INVOICE NO. |
|------|-------------|
| 8/21/2009 | 18082 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Middleberg Riddle & Gianna<br>450 Laurel Street, Suite 1101<br>Baton Rouge, LA  70801 | Mr. Richard Sherburne, Jr. |

PAYMENT FOR THIS WORK PRODUCT IS NOT CONTINGENT UPON YOUR CLIENT'S ABILITY TO PAY NOR THE ABILITY OF ANY THIRD PARTY TO PAY.

| Rep | Job Code | Tax ID 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 |
|-----|----------|--------------------|
| HPR | D | |

| Description | Amount |
|-------------|--------|
| Copy, Video Depo: Stanley Larson and Michael Harder    8/20/09 | 210.00 |
| MPEG Encoding: | 150.00 |
| Shipping & Handling: FedEx | 30.00 |
| | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation    MDL NO. 1873    Section "N" (5) | |

OK to
Pay .0280
1881
6-25-09
CRC

95164

Thank You. We Appreciate Your Business!

| Total | $390.00 |
|-------|---------|
| **Balance Due** | $390.00 |

**A. William Roberts, Jr., & Associates**
Registered Professional Reporters
1200 Woodruff Road, A-3
Greenville, SC 29607
Phone (864) 234-7030 • Fax (866) 390-3376
Toll Free (800) 743-3376
www.scheduledepo.com

Job #: 090826KSM
Job Date: 08/26/2009
Order Date: 08/26/2009

**Rebill**

Rebill Date: 10/30/200
Invoice #: 14511
Inv.Date: 09/10/200
Balance: $1,613.8

Date of Loss: / /
Your File #:
Your Client: Flour ENterprises, Inc.

**Bill To:**
Mr. Charles R. Penot, Jr.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Action: **FEMA Trailer Formaldehyde Products**
vs
**Liability Litigation**
Action #: **1873**
Rep: **KSM**
Cert:

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Hugo Linares | Copy of Transcript | $0.00 | $360.36 |
| 2 | Hugo Linares | Rough Draft ASCII | $0.00 | $162.00 |
| 3 | Hugo Linares | PDF Scanned Exhibits | $0.00 | $89.25 |
| 4 | Hugo Linares | ASCII-Minuscript PDF-ETran-Cond. | $0.00 | $0.00 |
| 5 | Hugo Linares | Video on DVD | $0.00 | $225.00 |
| 6 | Hugo Linares | Video/Text Synchronized DVD | $0.00 | $0.00 |
| 7 | Richard Sober | Copy of Transcript | $0.00 | $348.04 |
| 8 | Richard Sober | Rough Draft ASCII | $0.00 | $156.00 |
| 9 | Richard Sober | PDF Scanned Exhibits | $0.00 | $90.30 |
| 10 | Richard Sober | ASCII-Minuscript PDF-ETran-Cond. | $0.00 | $0.00 |
| 11 | Richard Sober | Video on DVD | $0.00 | $150.00 |
| 12 | Richard Sober | Video/Text Synchronized DVD | $0.00 | $0.00 |
| 13 | | Shipping & Handling | $0.00 | $9.00 |

*(handwritten: Rec'd 11/2/09 — check status (rebill))*

**Comments:**

This invoice is past due. Please pay immediately.

| | |
|---|---|
| Sub Total | $1,589.95 |
| Tax | N/A |
| Total Invoice | $1,589.95 |
| Finance Charge | $23.85 |
| Payment | $0.00 |
| Balance Due | $1,613.80 |

Federal Tax I.D.: 57-0762990    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Charles R. Penot, Jr.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

**Deliver To:**
Mr. Charles R. Penot, Jr.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

**Rebill**

Invoice #: 145112
Inv.Date: 09/10/2009
Balance: $1,613.80
Job #: 090826KSM
Job Date: 08/26/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Flour ENterprises, Inc.

**REMIT TO:**

**A. William Roberts, Jr. & Associates, Inc.**
46-A State Street
Charleston, SC 29401

# NAEGELI REPORTING CORPORATION

**Portland, OR**
(503) 227-1544

**Spokane, WA**
(509) 838-6000



**Seattle, WA**
(206) 622-3376

**Coeur d'Alene, ID**
(208) 667-1163

www.naegelireporting.com

**SONIA MALLETT ATTORNEY AT LAW**
MIDDLEBERG RIDDLE AND GIANNA
450 LAUREL STREET, SUITE 1101
CHASE TOWERS, NORTH TOWER
BATON ROUGE, LA 70801-1819

Remit to the Corporate Office:
**US Bancorp Tower**
**111 S.W. Fifth Avenue, Suite 2020**
**Portland, OR 97204**

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 07/21/2009 | | |
| **Case\Assg No.** | 11303-2 | **Invoice #** | 37334 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 07/31/2009 |

**COPY / INDEX / CONDENSED / VIDEO DEPOSITION OF MICHAEL K. LINDELL**

**Remarks**
TRANSCRIPT $1,297.20, EXHIBITS $440.00, ROUGH DRAFT $437.50.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | **$2,174.70** |
| **Interest** | **$.00** |
| **Total Tax** | **$.00** |
| **Less Paid To Date** | **$.00** |
| **Balance Due** | **$2,174.70** |

**Phone: (800) 528-3335**

Net Terms: 30 Days

**Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:

**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

*#1881- 0280*
*Dept. 65*
*Richard*
*Sherburne, Jr.*

| Invoice No. | Invoice Date | Job No. |
|-------------|--------------|---------|
| 51032 | 7/7/2009 | 28130 |
| Job Date | Case No. | |
| 6/23/2009 | | |
| | Case Name | |
| In Re: FEMA Trailer | | |
| | Payment Terms | |

Richerd Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

1 CERTIFIED COPY OF TRANSCRIPT OF:

Joseph Little

|  |  | 704.55 |
|---|---|---|
| **TOTAL DUE  >>>** | | **$704.55** |
| AFTER 8/6/2009  PAY | | $775.01 |

Thank you for your business!

APPROVED BY *Ashley Smith*
DATE *7-21-09*
G.L. CODES: *045 16 4*

**Tax ID:** 58-1952135

Phone: 504-207-7319   Fax:

*Please detach bottom portion and return with payment.*

# INVOICE

Tiffany Alley & Associates
00 Perimeter Center Terrace, Suite 900
.tlanta, GA 30346
hone:770-343-9696   Fax:770-343-8430

#1881.0280
Dept. 64

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52136 | 9/2/2009 | 28130 |
| **Job Date** | **Case No.** | |
| 6/23/2009 | | |
| | **Case Name** | |
| In Re: FEMA Trailer | | |
| | **Payment Terms** | |
| | | |

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

---

Joseph Little - Video                                                                 270.00

TOTAL DUE  >>>          $270.00
AFTER 10/2/2009  PAY

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

APPROVED BY:  & Koone
DATE.
G. L. CODES:  4·22·09
             095104

---

ʃax ID: 58-1952135                                               Phone: 504-207-7319   Fax:

*Please detach bottom portion and return with payment.*

Richard Sherburne Jr.
MIDDLEBERG RIDDLE & GIANNA
201 ST CHARLES AVENUE
31ST FLOOR
NEW ORLEANS, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 52136 |
| Invoice Date | : | 9/2/2009 |
| **Total Due** | : | **$ 270.00** |
| AFTER 10/2/2009  PAY  $297.00 | | |

Remit To: **Tiffany Alley & Associates**
          **400 Perimeter Center Terrace, Suite 900**
          **Atlanta, GA 30346**

| | | |
|---|---|---|
| Job No. | : | 28130 |
| BU ID | : | 1-TA&A |
| Case No. | : | |
| Case Name | : | In Re: FEMA Trailer |



## PROFESSIONAL SHORTHAND
## REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135601 | 7/22/2009 | 60384 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/17/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

---

1 COPY OF TRANSCRIPT OF:
   Alexis Mallet, Jr.

   967.30

Previously shipped

**TOTAL DUE >>>   $967.30**

OK to Pay
1881-0280
CRP|dkkr

Tax ID: 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

---

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 135601 |
| Invoice Date | : | 7/22/2009 |
| **Total Due** | : | **$ 967.30** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60384 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

**AKF**
Court Reporting & Trial Technologies

436 Boulevard of the Allies
Pittsburgh, PA 15219
P: 412-261-2323
F: 412-261-2637
www.akf.com

*INVOICE*

*COPY*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225882 | 8/10/2009 | 113928 |
| **Job Date** | | **Case No.** |
| 7/30/2009 | | |

| **Case Name** |
|---|
| INRE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| **Payment Terms** |
|---|
| Due upon receipt |

Sherburne, Jr., Esq., Richard A.
MIDDLEBERG RIDDLE & GIANNA
450 LAUREL STREET
SUITE 1101
Baton Rouge, LA 70801

| | | | |
|---|---|---|---|
| CERTIFIED TRANSCRIPT OF: | | 145.00 Pages | 333.50 |
| DR GARY MARSH | | 65.00 Pages | 16.25 |
| Exhibit | | | 40.25 |
| Next Day Delivery | | | -0.00 |
| HOLD | | 111.00 | 111.00 |
| Rough ASCII (A) | | **TOTAL DUE >>>** | **$501.00** |

THANK YOU FOR HAVING ORDERED THIS TRANSCRIPT.   UPON RECEIPT OF PAYMENT OF THIS INVOICE AND PREVIOUSLY UNPAID BALANCES ARE  PAID, IT WILL BE PROMPTLY DELIVERED TO YOU. NOTE:  YOU ARE OBLIGATED AND RESPONSIBLE FOR PAYMENT EVEN IF YOU CANCEL THIS ORDER OR THE CASE SETTLES.

APPROVED BY:
DATE:
G/L CODES:

Phone: 225-381-7700   Fax:225-381-7730

Tax ID: 25-1368597

*Please detach bottom portion and return with payment.*

Sherburne, Jr., Esq., Richard A.
MIDDLEBERG RIDDLE & GIANNA
450 LAUREL STREET
SUITE 1101
Baton Rouge, LA 70801

| | | |
|---|---|---|
| Invoice No. | : | 225882 |
| Invoice Date | : | 8/10/2009 |
| **Total Due** | : | **$ 501.00** |

| | | |
|---|---|---|
| Job No. | : | 113928 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | INRE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

Remit To: **AKF Reporters, Inc.**
**436 Boulevard of the Allies**
**Pittsburgh, PA 15219**



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE





| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136779 | 9/14/2009 | 56757 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/24/2008 | 1873 | |
| **CASE CAPTION** | | |

In Re: FEMA Trailer Formaldehyde products Liability Litigation

| **TERMS** |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT for the deposition of:
Gerald McGwin, Jr
                                                                              201.25

**TOTAL DUE >>>**            **$201.25**

DVT shipped to Linda Rushton in Dallas, TX.

*OK to Pay*
*CR Penot*
*1081-0380*

*951164*

**Tax ID:** 72-1177884                    Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :  136779
Invoice Date  :  9/14/2009
**Total Due**     :  **$ 201.25**

Remit To:  **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.     :  56757
BU ID       :  3-VIDEO
Case No.    :  1873
Case Name   :  In Re: FEMA Trailer Formaldehyde products Liability Litigation

# INVOICE

# Stratos Legal

*Raising the bar.*
*Nationwide.*

*#788+020*
*Dept. 64*

COPY

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45182 | 8/10/2009 | 24915 |
| **Job Date** | **Case No.** | |
| 7/27/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Gerald McGwin, Jr. | 1,268.80 |
| | **TOTAL DUE >>>   $1,268.80** |

APPROVED BY: *~Kootin~*
DATE: *8-18-09*
G. L. CODES:
*095169*

**Tax ID:** 20-3092682

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Job No.     : 24915         BU ID     : 1-MAIN
Case No.    : 1873
Case Name  : IN RE: FEMA TRAILER FORMALDEHYDE
              PRODUCTS LIABILITY LITIGATION

Invoice No. : 45182         Invoice Date : 8/10/2009
**Total Due  : $ 1,268.80**

| **PAYMENT WITH CREDIT CARD** | AMEX | MASTERCARD | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:

Remit To: **Stratos Legal Services, LP**
          **1001 West Loop South**
          **Suite 809**
          **Houston, TX 77027**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23587 | 7/28/2009 | 15422 |
| Job Date | Case No. | |
| 7/14/2009 | MDL NO. 1873 | |
| Case Name | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Payment Terms | | |
| Net 30 | | |

Charles R. Penot Jr.
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Martin McNeese

| | | | | |
|---|---|---|---|---|
| Exhibit | 133.00 | Pages | @ | 2.55 | 339.15 |
| Draft Transcript (ASCII) | 26.00 | Pages | @ | 0.35 | 9.10 |
| Synchronized video on DVD | 133.00 | Pages | @ | 1.50 | 199.50 |
| Processing Fee | 2.75 | Hours | @ | 45.00 | 123.75 |
| | | | | 55.00 | 55.00 |

TOTAL DUE   >>>      **$726.50**

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      **$726.50**

OK to Pay
CRPI Jr
-8-3-09
1881-00380

08-03-09A10:30

Tax ID: 53-0257990

Phone: 214-220-6334   Fax:

*Please detach bottom portion and return with payment.*

Charles R. Penot Jr.
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

Invoice No.    :  23587
Invoice Date  :  7/28/2009
**Total Due**    :  **$ 726.50**

Remit To: **Alderson Reporting Company, Inc.**
         **1155 Connecticut Ave., NW**
         **Suite 200**
         **Washington, DC 20036**

Job No.     :  15422
BU ID      :  Affiliate
Case No.   :  MDL NO. 1873
Case Name :  In re: FEMA Trailer Formaldehyde Products Liability Litigation

**A. William Roberts, Jr., & Associates**
Registered Professional Reporters
1200 Woodruff Road, A-3
Greenville, SC 29607
Phone (864) 234-7030 • Fax (866) 390-3376
Toll Free (800) 743-3376
www.scheduledepo.com

Job #: 090825KSM
Job Date: 08/25/2009
Order Date: 08/25/2009
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client: FLUOR Enterprises

# Rebill

Rebill Date: 10/30/200
Invoice #: 14508
Inv.Date: 09/10/200
Balance: $1,412.2

**Bill To:**
Mr.  Charles R. Penot, Jr.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Action: **FEMA Trailer Formaldehyde Products**
*vs*
**Liability Litigation**
Action #: **1873**
Rep: **KSM**
Cert:

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Dave Michael Methot | Copy of Transcript | $0.00 | $616.00 |
| 2 | Dave Michael Methot | Rough Draft ASCII | $0.00 | $286.50 |
| 3 | Dave Michael Methot | PDF Scanned Exhibits | $0.00 | $136.85 |
| 4 | Dave Michael Methot | ASCII-Minuscript PDF-ETran-Cond. | $0.00 | $0.00 |
| 5 | Dave Michael Methot | Video on DVD | $0.00 | $300.00 |
| 6 | Dave Michael Methot | Video/Text Synchronized DVD | $0.00 | $0.00 |
| 7 |  | Shipping & Handling | $0.00 | $52.00 |

*Rec'd 11/2/09 CRG — Check Status (see bill")*

**Comments:**

This invoice is past due.  Please pay immediately.

| | |
|---|---|
| Sub Total | $1,391.35 |
| Tax | N/A |
| Total Invoice | $1,391.35 |
| Finance Charge | $20.87 |
| Payment | $0.00 |
| Balance Due | $1,412.22 |

Federal Tax I.D.: 57-0762990      Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr.  Charles R. Penot, Jr.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

**Deliver To:**
Mr.  Charles R. Penot, Jr.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

# Rebill

**REMIT TO:**

**A. William Roberts, Jr. & Associates, Inc.**
46-A State Street
Charleston, SC 29401

Invoice #: 145084
Inv.Date: 09/10/2009
Balance: $1,412.22
Job #: 090825KSM
Job Date: 08/25/2009
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client: FLUOR Enterprises



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**





# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137029 | 9/25/2009 | 61552 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/22/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
   Lawrence G. Miller, M.D. (Re: Dubuclet)

                                                     571.00

Previously shipped
                         **TOTAL DUE >>>**     **$571.00**

*OK to Pay*
*CRP 1e*
*1881-0386*

*95164*

Tax ID: 72-1177884

                                       Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 137029 |
| Invoice Date | : | 9/25/2009 |
| **Total Due** | : | **$ 571.00** |

Remit To: **Professional Shorthand Reporters, Inc.**
        **601  Poydras Street**
        **Suite 1615**
        **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 61552 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260  Fax:202-289-2221

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23547 | 7/28/2009 | 15309 |

| Job Date | Case No. | |
|---|---|---|
| 7/9/2009 | MDL NO. 1873 | |

| Case Name |
|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Net 30 |

Charles R. Penot Jr.
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:

Stephen Miller

    Exhibit

    Draft Transcript (ASCII)

    Synchronized video on DVD

    Processing Fee

| | | | | |
|---|---|---|---|---|
| 214.00 | Pages | @ | 2.55 | 545.70 |
| 69.00 | Pages | @ | 0.35 | 24.15 |
| 214.00 | Pages | @ | 1.50 | 321.00 |
| 4.50 | Hours | @ | 45.00 | 202.50 |
| | | | | 55.00 |

**TOTAL DUE  >>>**   **$1,148.35**

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   **$1,148.35**

OK to Pay
CRP

08-05-09

**Tax ID:** 53-0257990

*Please detach bottom portion and return with payment.*

Phone: 214-220-6334   Fax:

Charles R. Penot Jr.
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

| | | | |
|---|---|---|---|
| Invoice No. | : | 23547 | |
| Invoice Date | : | 7/28/2009 | |
| **Total Due** | : | **$ 1,148.35** | |

**To:** **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 15309 |
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |

*1881.0280*
*Dept 64* (handwritten)

# INVOICE



**O'BRIEN & LEVINE**
Court Reporting Services
*Making Your Case*
www.court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37391 | 9/11/2009 | 34975 |

| Job Date | Case No. | |
|---|---|---|
| 7/27/2009 | 09-2892 | |

| Case Name |
|---|
| Charle Age, et al v. Gulf Stream Coach, Inc. et al |

| Payment Terms |
|---|
| Net 30, after 30 int. @ 1.5% per month |

Lezly Petrovich
Middleberg, Riddle & Gianna
717 N. Harwood St.
Suite 2400
Dallas, TX 75201

Video Production Services of:
   Richard R. Monson

| | | | | |
|---|---|---|---|---|
| Video Synch | 2.50 Hours | @ | 65.00 | 162.50 |
| Next Day Shipping | | | 36.00 | 36.00 |

**TOTAL DUE >>>**     **$198.50**

Thank you for choosing O'Brien & Levine. We appreciate your business.

*p/sp #5 —* (handwritten)
*1681.0280* (handwritten)
*WP* (handwritten)

APPROVED BY: *EKorne* (handwritten)
DATE: *9.22-09* (handwritten)
G L CODES: *095764* (handwritten)

**Tax ID:** 04-3106514          Phone:    Fax:

---

*Please detach bottom portion and return with payment.*

Lezly Petrovich
Middleberg, Riddle & Gianna
717 N. Harwood St.
Suite 2400
Dallas, TX 75201

Job No.     : 34975        BU ID       :51-VIDEO
Case No.    : 09-2892
Case Name : Charle Age, et al v. Gulf Stream Coach, Inc. et al
Invoice No. : 37391       Invoice Date : 9/11/2009
**Total Due** : **$ 198.50**

**PAYMENT WITH CREDIT CARD**    AMEX   MASTERCARD   VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:

Remit To: **O'Brien & Levine**     **888-825-3376**
          **195 State Street**
          **Floor 5**
          **Boston, MA 02109**

# INVOICE

**O'BRIEN & LEVINE**
Court Reporting Services
*Making Your Case*
www.court-reporting.com

Dept. 64

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37008 | 8/5/2009 | 34974 |
| **Job Date** | **Case No.** | |
| 7/27/2009 | 09-2892 | |
| **Case Name** | | |
| Charle Age, et al v. Gulf Stream Coach, Inc. et al | | |
| **Payment Terms** | | |
| Net 30, after 30 int. @ 1.5% per month | | |

Lezly L. Petrovich
Middleberg, Riddle & Gianna
201 St. Charles Avenue, Suite 3100
New Orleans, LA 70170

Medical/Technical Videotaped & Telephonic Transcript of:

| | | | |
|---|---|---|---|
| Richard R. Monson | 109.00 Pages @ | 3.50 | 381.50 |
| Rough ASCII - Minimum | | 125.00 | 125.00 |
| Transcript Archiving | | 15.00 | 15.00 |
| Condensed Transcript | | 30.00 | 30.00 |
| Next Day Shipping | | 36.00 | 36.00 |
| | **TOTAL DUE >>>** | | **$587.50** |

Thank you for choosing O'Brien & Levine. We appreciate your business.

pls pay -
1881.0280

APPROVED BY    E Koonce
DATE    8.25.09
BILL CODES:    095164

**Tax ID:** 04-3106514                                          Phone:      Fax:

*Please detach bottom portion and return with payment.*

Lezly L. Petrovich
Middleberg, Riddle & Gianna
201 St. Charles Avenue, Suite 3100
New Orleans, LA 70170

Job No.      : 34974          BU ID      : 1-MAIN
Case No.     : 09-2892
Case Name : Charle Age, et al v. Gulf Stream Coach, Inc. et al

Invoice No.  : 37008          Invoice Date : 8/5/2009
**Total Due**  : **$ 587.50**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **O'Brien & Levine**          **888-825-3376**
**195 State Street**
**Floor 5**
**Boston, MA 02109**

# INVOICE

## PROFESSIONAL SHORTHAND REPORTERS, INC.

**P S R**

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135216 | 7/6/2009 | 60419 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Video services on the deposition of:

David Moore

746.25

**TOTAL DUE >>>**     **$746.25**

*OK to Pay*
*1881-0280*
*Apr for CRP*

*95164*

**Tax ID: 72-1177884**    Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.     :  135216
Invoice Date   :  7/6/2009
**Total Due**      :  **$ 746.25**

Remit To:  **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.      :  60419
BU ID        :  3-VIDEO
Case No.     :  1873
Case Name    :  In Re: FEMA Trailer Formaldehyde products
                 Liability Litigation



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**





| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136774 | 9/14/2009 | 60419 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

---

Creation of DVT for the deposition of:
   Charles David Moore                                        280.00

**TOTAL DUE  >>>**                    **$280.00**

DVT shipped to Linda Rushton in Dallas, TX.

**Tax ID:** 72-1177884                    Phone: 214-220-6334   Fax:214-220-6807

---

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.   :  136774
Invoice Date  :  9/14/2009
**Total Due**     :  **$ 280.00**

Remit To:  **PSR Video Services**
        **601 Poydras Street**
        **Suite 1615**
        **New Orleans, LA 70130**

Job No.    :  60419
BU ID      :  3-VIDEO
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135216 | 7/6/2009 | 60419 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/30/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Video services on the deposition of:
David Moore

746.25

TOTAL DUE  >>>          **$746.25**

*OK to Pay
1881-0280
pff for CRP*

*95164*

**Tax ID:** 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :  135216
Invoice Date  :  7/6/2009
**Total Due**   :  **$ 746.25**

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

Job No.     :  60419
BU ID       :  3-VIDEO
Case No.    :  1873
Case Name   :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136098 | 8/14/2009 | 60974 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/11/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
   Charles David Moore, PE, PLS

Transcript previously shipped

415.95

**TOTAL DUE  >>>**          **$415.95**

1861-0380
OK to Pay
CEC

95164

Tax ID: 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.   :   136098
Invoice Date  :   8/14/2009
**Total Due**    :   **$ 415.95**

08-17-09A09:45 RCVD

Remit To: **Professional Shorthand Reporters, Inc.**
            **601 Poydras Street**
            **Suite 1615**
            **New Orleans, LA 70130**

Job No.      :   60974
BU ID        :   1-REP
Case No.     :   1873
Case Name    :   In Re: FEMA Trailer Formaldehyde products
                 Liability Litigation

# INVOICE

# Stratos Legal

### Raising the bar.
### Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44961 | 8/3/2009 | 24543 |

| Job Date | Case No. |
|---|---|
| 7/15/2009 | 1873 |

| Case Name |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| Payment Terms |
|---|
| Due upon receipt |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

*COPY*

*VOL. I*

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dr. Karin Pacheco

389.65

**TOTAL DUE >>>   $389.65**

APPROVED BY:
DATE:
G. L. CODES:

**Tax ID:** 20-3092682

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Job No.     : 24543          BU ID       : 1-MAIN
Case No.    : 1873
Case Name   : IN RE: FEMA TRAILER FORMALDEHYDE
              PRODUCTS LIABILITY LITIGATION

Invoice No. : 44961          Invoice Date : 8/3/2009
**Total Due** : $ 389.65

Remit To:  **Stratos Legal Services, LP**
           **1001 West Loop South**
           **Suite 809**
           **Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:

# INVOICE

# Stratos Legal ✓

### Raising the bar.
### Nationwide.



Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46343 | 9/4/2009 | 24544 |

| Job Date | Case No. | |
|---|---|---|
| 7/15/2009 | 1873 | |

| Case Name | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Video Deposition
   Dr. Karin Pacheco

                                   400.00

*Video*

              **TOTAL DUE >>>**    **$400.00**

APPROVED BY:
DATE: 9-22-09
G. L. CODES:
095164

Tax ID: 20-3092682

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Job No.   : 24544         BU ID    : VID HOU SL
Case No.   : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

Invoice No. : 46343      Invoice Date : 9/4/2009
**Total Due : $ 400.00**

## PAYMENT WITH CREDIT CARD   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:

Remit To:  **Stratos Legal Services, LP**
          **1001 West Loop South**
          **Suite 809**
          **Houston, TX 77027**

# Stratos Legal

### Raising the bar.
### Nationwide.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44952 | 8/3/2009 | 24562 |

| Job Date | Case No. | |
|---|---|---|
| 7/16/2009 | 1873 | |

| Case Name | | |
|---|---|---|

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

| Payment Terms |
|---|
| Due upon receipt |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dr. Karin Pacheco

                                                        484.85

TOTAL DUE >>>    $484.85

APPROVED BY:
DATE: 8.18.09
G. L. CODES: 095164

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| | | | | |
|---|---|---|---|---|
| Job No. | : 24562 | | BU ID | : 1-MAIN |
| Case No. | : 1873 | | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | | |
| Invoice No. | : 44952 | | Invoice Date | : 8/3/2009 |
| Total Due | : $ 484.85 | | | |

Remit To: **Stratos Legal Services, LP**
         **1001 West Loop South**
         **Suite 809**
         **Houston, TX 77027**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:

# INVOICE

# Stratos Legal

### Raising the bar.
### Nationwide.

#1881-0280
Dept. 64

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46344 | 9/4/2009 | 24563 |
| **Job Date** | **Case No.** | |
| 7/16/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Video Deposition
   Dr. Karin Pacheco

447.50

**TOTAL DUE  >>>**     **$447.50**

APPROVED BY: Elliott
DATE: 9-15-09
G L CODES: 09544

Tax ID: 20-3092682

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Job No.       : 24563          BU ID        : VID HOU SL
Case No.     : 1873
Case Name  : IN RE: FEMA TRAILER FORMALDEHYDE
                      PRODUCTS LIABILITY LITIGATION

Invoice No.  : 46344          Invoice Date  : 9/4/2009
**Total Due  : $ 447.50**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                              Phone#:

Billing Address:

Zip:                        Card Security Code:

Amount to Charge:

Remit To: **Stratos Legal Services, LP**
                **1001 West Loop South**
                **Suite 809**
                **Houston, TX 77027**



**Knight & Associates**

Post Office Box 841
Beulaville, NC 28518

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2009 | 320 |

(910)323-2048 (919)552-7816 (910)290-5134

**COPY**

**Bill To**

Middleberg Riddle & Gianna
Richard A. Sherburne, Jr.
Suite 1101
450 Laurel Street
Baton Rouge, Louisiana 70801

APPROVED BY:
DATE: 8-18-09
G. L. CODES:
045164

| Case Name | Tax ID 26-1845163 |
|-----------|-------------------|
| FEMA | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 7/13/09 Deposition of Mark Polk | | | |
| Transcript copy | 264 | 2.25 | 594.00 |
| Exhibits | 37 | 0.25 | 9.25 |
| Postage/handling | 1 | 15.00 | 15.00 |

| | Total | $618.25 |
|---|-------|---------|
| Unpaid invoices will incur a finance charge of 1.5% per month (18% APR) after 30 days. | **Balance Due** | $618.25 |

# INVOICE

**Alderson Reporting Company, Inc.**
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23534 | 7/28/2009 | 15308 |
| **Job Date** | **Case No.** | |
| 7/8/2009 | MDL NO. 1873 | |

| **Case Name** |
|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation |

| **Payment Terms** |
|---|
| Net 30 |

Charles R. Penot Jr.
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:
David Porter
   Exhibit
   Draft Transcript (ASCII)
   Synchronized video on DVD
   Processing Fee

| | | | | |
|---|---|---|---|---|
| 44.00 | Pages | @ | 0.35 | 448.80 |
| | | | | 15.40 |
| 176.00 | Pages | @ | 1.50 | 264.00 |
| 3.25 | Hours | @ | 45.00 | 146.25 |
| | | | 55.00 | 55.00 |

**TOTAL DUE >>>**     **$929.45**

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$929.45**

*OK to Pay*
*CR Penot Jr*
*1881-0380*
*95164*
*J.A.*

08-03-09A10:30

**Tax ID:** 53-0257990

Phone: 214-220-6334   Fax:

*Please detach bottom portion and return with payment.*

Charles R. Penot Jr.
Middleberg Riddle & Gianna
717 N. Harwood
Dallas, TX 75201

Invoice No.    :   23534
Invoice Date    :   7/28/2009
**Total Due**    :   **$ 929.45**

emit To: **Alderson Reporting Company, Inc.**
   **1155 Connecticut Ave., NW**
   **Suite 200**
   **Washington, DC 20036**

Job No.    :   15308
BU ID    :   Affiliate
Case No.    :   MDL NO. 1873
Case Name    :   In re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE




| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136780 | 9/14/2009 | 60855 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/29/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT for the deposition of:
Leonard Quick

DVT shipped to Linda Rushton in Dallas, TX.

|  | 325.00 |
|---|---|
| **TOTAL DUE >>>** | **$325.00** |

OK to Pay
1881-2280
CR Penot/ga

**Tax ID:** 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| Invoice No. | : | 136780 |
|---|---|---|
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 325.00** |

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| Job No. | : | 60855 |
|---|---|---|
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135859 | 8/4/2009 | 60852 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/29/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
Leonard C. Quick, P.E.

Transcript previously shipped

659.05

TOTAL DUE >>>    **$659.05**

OK to Pay
1881-0286
CRP

951/64

Tax ID: 72-1177884

Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :  135859
Invoice Date  :  8/4/2009
**Total Due**   : **$ 659.05**

Remit To:  **Professional Shorthand Reporters, Inc.**
          **601  Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    :  60852
BU ID      :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products
              Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE



| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136778 | 9/14/2009 | 60302 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/2/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT on the deposition of:

Ervin  Ritter

268.75

**TOTAL DUE  >>>**               **$268.75**

DVT shipped to Linda Rushton in Dallas, TX



**Tax ID:** 72-1177884

Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :  136778
Invoice Date  :  9/14/2009
**Total Due**    :  **$ 268.75**

Remit To:  **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

Job No.      :  60302
BU ID        :  3-VIDEO
Case No.     :  1873
Case Name    :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



## PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135344 | 7/10/2009 | 60301 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/2/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

*#1881-0280*
*Richard A. Sherburne*
*Dept. 67*

Sherburne, Jr., Richard A.
Middleberg, Riddle & Gianna
450 Laurel Street
Suite 1101
Baton Rouge, LA 70801

---

1 COPY OF TRANSCRIPT OF:

    Ervin L. Ritter, Jr.                              371.35

                            **TOTAL DUE >>>**    **$371.35**

Transcript previously shipped

APPROVED BY:
DATE:
G. L. CODES:

**Tax ID:** 72-1177884                           Phone:   Fax:

*Please detach bottom portion and return with payment.*

---

Sherburne, Jr., Richard A.
Middleberg, Riddle & Gianna
450 Laurel Street
Suite 1101
Baton Rouge, LA 70801

| | | |
|---|---|---|
| Invoice No. | : | 135344 |
| Invoice Date | : | 7/10/2009 |
| **Total Due** | : | **$ 371.35** |

Remit To: **Professional Shorthand Reporters, Inc.**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60301 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# NAEGELI REPORTING CORPORATION



**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000

**Coeur d'Alene, ID**
(208) 667-1163

*www.naegelireporting.com*

**SONIA MALLETT ATTORNEY AT LAW**
MIDDLEBERG RIDDLE AND GIANNA

450 LAUREL STREET, SUITE 1101
CHASE TOWERS, NORTH TOWER
BATON ROUGE, LA 70801-1819

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 07/22/2009 | | |
| **Case\Assg No.** | 11303-3 | **Invoice #** | 37360 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 07/31/2009 |

*COPY / INDEX / CONDENSED / VIDEO DEPOSITION OF COREEN A. ROBBINS MHS, PhD*

**Remarks**
TRANSCRIPT $1,220.50, EXHIBITS $232.50, ROUGH DRAFT $427.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $1,880.00 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,880.00 |

**Phone:** (800) 528-3335

**Net Terms:** 30 Days

**Fax:** (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**

☐ Check Enclosed
  Please Make Checks Payable to:
  NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card # ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   Exp. Date ☐☐☐☐

Address (AS IT APPEARS ON BILLING STATEMENT)

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES
*Uniting the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108641 | 6/2/2009 | 47199 |
| **Job Date** | **Case No.** | |
| 5/28/2009 | MDL No. 1873 | |

| **Case Name** |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| **Payment Terms** |
|---|
| Due upon receipt |

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:
    James F. Shea

1 CERTIFIED COPY OF TRANSCRIPT OF:                                        1,009.69
    Philip S. Sarvari

193.03

**TOTAL DUE >>>**              **$1,202.72**
AFTER 6/22/2009 PAY              $1,262.86

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

*OK to Pay*
*1881-0280*
*5B for CRP*

*95164*

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

Job No.    : 47199          BU ID        : SRA
Case No.   : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
             Litigation

Invoice No.  : 108641          Invoice Date  : 6/2/2009
**Total Due  : $ 1,202.72**
AFTER 6/22/2009 PAY  $1,262.86

| **PAYMENT WITH CREDIT CARD** | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Stewart Richardson & Associates, Inc.**
           **One Indiana Square, Suite 2425**
           **211 N. Pennsylvania**
           **Indianapolis, IN 46204**



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE



| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137045 | 9/28/2009 | 61553 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/22/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

---

DVT for the deposition of:
Dr. Larry Miller

270.00

**TOTAL DUE >>>**          **$270.00**

*9-29-09
OK to Pay
Charles R Penot Jr*
*188-0280*

*95164*

**Tax ID:** 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 137045 |
| Invoice Date | : | 9/28/2009 |
| **Total Due** | : | **$ 270.00** |

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 61553 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110491 | 9/9/2009 | 43369 |

| Job Date | Case No. |
|---|---|
| 7/24/2008 | MDL No. 1873 |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

*from Shelba 9-9*

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

VIDEOGRAPHER FEES:

Philip Sarvari and James Shea                                           198.00

                                          **TOTAL DUE  >>>**          **$198.00**
                                          AFTER 9/29/2009 PAY          $207.90

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

*1981-0380*          *95164*

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

Job No.      : 43369          BU ID        : SRA
Case No.     : MDL No. 1873
Case Name    : FEMA Trailer Formaldehyde Products Liability
               Litigation

Invoice No.  : 110491          Invoice Date : 9/9/2009

**Total Due  :  $ 198.00**
AFTER 9/29/2009 PAY  $207.90

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Stewart Richardson & Associates, Inc.**
           **One Indiana Square, Suite 2425**
           **211 N. Pennsylvania**
           **Indianapolis, IN 46204**

# INVOICE



**Richardson**

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No |
|---|---|---|
| 109974 | 8/14/2009 | 4738. |
| **Job Date** | **Case No.** | |
| 6/2/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

VIDEOGRAPHER FEES:
    Multiple Witnesses

        1,065.00

**TOTAL DUE >>>**      **$1,065.00**
AFTER 9/13/2009 PAY      $1,118.25

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

*DAN SHEA, BRIAN SHEA, JAMES SHEA,*
*BURT KEEL, SCOTT PULLEN*

*OK to Pay*
*CRP*

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment*

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | | |
|---|---|---|---|
| Job No. | : 47382 | BU ID | : REFERRAL |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 109974 | Invoice Date | : 8/14/2009 |

**Total Due** : **$ 1,065.00**
AFTER 9/13/2009 PAY $1,118.25

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:          Phone #:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

ut To: **Stewart Richardson & Associates, Inc.**
      **One Indiana Square, Suite 2425**
      **211 N. Pennsylvania**
      **Indianapolis, IN 46204**

# STATEMENT



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Account No. | Date |
|---|---|
| C17556 | 8/7/200⁰ |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $3,677.7: |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$3,677.71** |

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 6/2/2009 | 108641 | 1,262.86 | 5/28/2009 | James F. Shea | FEMA Trailer Formaldehyde Products Liability Litigation |
| 6/8/2009 | 108750 | 1,396.48 | 6/1/2009 | Brian Shea | FEMA Trailer Formaldehyde Products Liability Litigation |
| 6/8/2009 | 108763 | 1,018.37 | 6/2/2009 | Burl B. Keel, III | FEMA Trailer Formaldehyde Products Liability Litigation |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

Account No.  :  C17556
Date            :  8/7/2009

**Total Due**   :  **$ 3,677.71**

emit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

*Uniting the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108750 | 6/8/2009 | 47379 |
| **Job Date** | **Case No.** | |
| 6/1/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:
Brian Shea

1 CERTIFIED COPY OF TRANSCRIPT OF:                                245.76
Daniel Shea

1 CERTIFIED COPY OF TRANSCRIPT OF:                                998.31
Elizabeth Ganiere (Gulf Stream Coast 30(b)(6))

                                                                  85.91

                                   **TOTAL DUE  >>>**      **$1,329.98**
                                   AFTER 6/28/2009  PAY       $1,396.48

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

*OK to Pay*
*1881-0290  CRP*
*SB for CRP*

*45164*

Tax ID: 35-1381218

---

*Please detach bottom portion and return with payment.*

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

Job No.      :  47379            BU ID        : SRA
Case No.     :  MDL No. 1873
Case Name :  FEMA Trailer Formaldehyde Products Liability
                Litigation

Invoice No.  :  108750          Invoice Date  : 6/8/2009
**Total Due  :  $ 1,329.98**
AFTER 6/28/2009  PAY  $1,396.48

Remit To:  **Stewart Richardson & Associates, Inc.**
            **One Indiana Square, Suite 2425**
            **211 N. Pennsylvania**
            **Indianapolis, IN 46204**

**PAYMENT WITH CREDIT CARD**        AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature: