# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110491 | 9/9/2009 | 43369 |

| Job Date | Case No. |
|---|---|
| 7/24/2008 | MDL No. 1873 |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

VIDEOGRAPHER FEES:

Philip Sarvari and James Shea
198.00

**TOTAL DUE  >>>**          **$198.00**
AFTER 9/29/2009  PAY          $207.90

Thank you.  Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Charles R. Penot, Jr.
MIDDLEBERG RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX 75201

Job No.      : 43369          BU ID      : SRA
Case No.    : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
               Litigation

Invoice No. : 110491          Invoice Date : 9/9/2009
**Total Due   : $ 198.00**
AFTER 9/29/2009  PAY  $207.90

**EXHIBIT**
B" CONT 2

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136613 | 9/9/2009 | 61450 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/5/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

One copy of the DVT of the deposition of:
Jeremiah Scott

168.25

**TOTAL DUE >>>**          **$168.25**

**Tax ID: 72-1177884**                     Phone: 214-220-6334    Fax: 214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 136613 |
| Invoice Date | : | 9/9/2009 |
| **Total Due** | : | **$ 168.25** |

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 61450 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



# I N V O I C E

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136586 | 9/8/2009 | 61414 |
| **JOB DATE** | **CASE NUMBER** | |
| 9/5/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |



Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
Jeremiah Scott

450.70

**TOTAL DUE  >>>**                     **$450.70**

Previously shipped

Tax ID: 72-1177884                                Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 136586 |
| Invoice Date | : | 9/8/2009 |
| **Total Due** | : | **$ 450.70** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 61414 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE

# Stratos Legal

### Raising the bar.
### Nationwide.

*#1881-0280*
*Dept. 64*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46350 | 9/4/2009 | 23724 |
| **Job Date** | **Case No.** | |
| 6/11/2009 | 1873 | |
| **Case Name** | | |
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Video Deposition
William D. Scott

1,105.00

**TOTAL DUE  >>>**                 **$1,105.00**

APPROVED BY:
DATE:                                     9.22.09
G. L. CODES:
045764

Tax ID: 20-3092682

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Job No.      : 23724          BU ID        : VID HOU SL
Case No.    : 1873
Case Name  : IN RE: FEMA TRAILER FORMALDEHYDE
                    PRODUCTS LIABILITY LITIGATION

Invoice No.  : 46350          Invoice Date : 9/4/2009
**Total Due**  : **$ 1,105.00**

Remit To: **Stratos Legal Services, LP**
                **1001 West Loop South**
                **Suite 809**
                **Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:

# Stratos Legal

### Raising the bar.
### Nationwide.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43718 | 6/22/2009 | 23723 |
| **Job Date** | **Case No.** | |
| 6/11/2009 | 1873 | |

| **Case Name** |
|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

| **Payment Terms** |
|---|
| Due upon receipt |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

1 CERTIFIED COPY OF TRANSCRIPT OF:
    William D. Scott

    542.29

**TOTAL DUE  >>>**    **$542.29**

**Tax ID:** 20-3092682

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

| | | | |
|---|---|---|---|
| Job No. | : 23723 | BU ID | : 1-MAIN |
| Case No. | : 1873 | | |
| Case Name | : IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |
| Invoice No. | : 43718 | Invoice Date | : 6/22/2009 |
| **Total Due** | **: $ 542.29** | | |

Remit To: **Stratos Legal Services, LP**
        **1001 West Loop South**
        **Suite 809**
        **Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:        Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136775 | 9/14/2009 | 60670 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/15/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT and 2 additional copies of:
    Damien W. Serauskas                            380.00

                                    **TOTAL DUE  >>>**     **$380.00**

DVT shipped to Linda Rushton in Dallas, TX and 2 additional copies shipped to delivered to office in New Orleans.

*OK to Pay*
*CRPenot*
*1881 0380*

**Tax ID:** 72-1177884                                             Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :   136775
Invoice Date   :   9/14/2009
**Total Due**     :   **$ 380.00**

Remit To: **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.      :   60670
BU ID        :   3-VIDEO
Case No.     :   1873
Case Name   :   In Re: FEMA Trailer Formaldehyde products Liability Litigation



# PROFESSIONAL SHORTHAND REPORTERS, INC.

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135732 | 7/29/2009 | 60669 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/15/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
Damien W. Serauskas

Previously shipped

432.55

TOTAL DUE >>> **$432.55**

08-03-09A10:30 RCVD

**Tax ID:** 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.   : 135732
Invoice Date : 7/29/2009
**Total Due**   : **$ 432.55**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601  Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.     : 60669
BU ID       : 1-REP
Case No.    : 1873
Case Name   : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135321 | 7/9/2009 | 60293 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/18/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

*#1881-0280*
*Richard Sherburne*
*Dept. 65*
*67*

Sherburne, Jr., Richard A.
Middleberg, Riddle & Gianna
450 Laurel Street
Suite 1101
Baton Rouge, LA 70801

1 COPY OF TRANSCRIPT OF:
   Dr. Edward Shwery

531.90

TOTAL DUE  >>>                                    **$531.90**

Transcript previously delivered

APPROVED BY:
DATE:
BILL CODES:

**Tax ID:** 72-1177884

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sherburne, Jr., Richard A.
Middleberg, Riddle & Gianna
450 Laurel Street
Suite 1101
Baton Rouge, LA 70801

| Invoice No. | : | 135321 |
|---|---|---|
| Invoice Date | : | 7/9/2009 |
| **Total Due** | : | **$ 531.90** |

Remit To:  **Professional Shorthand Reporters, Inc.
            601  Poydras Street
            Suite 1615
            New Orleans, LA 70130**

| Job No. | : | 60293 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136103 | 8/14/2009 | 60973 |
| JOB DATE | CASE NUMBER | |
| 8/10/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
  Dr. Edward H. Shwery

TOTAL DUE  >>>                402.30

Transcript previously shipped                         **$402.30**

*OK to Pay*
*1681 0388*
*CRP*

*951464*

Tax ID: 72-1177884

Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.   :  136103
Invoice Date  :  8/14/2009
**Total Due**     :  **$ 402.30**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601  Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    :  60973
BU ID      :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



## PROFESSIONAL SHORTHAND REPORTERS, INC.

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136776 | 9/14/2009 | 60333 |
| **JOB DATE** | **CASE NUMBER** | |
| 6/18/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

---

Creation of DVT and 2 additional copies of:
Edward H. Shwery, Ph.D.

402.50

**TOTAL DUE >>>**  **$402.50**

DVT shipped to Linda Rushton in Dallas, TX and 2 additional copies shipped to delivered to office in New Orleans.

**Tax ID:** 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

---

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Invoice No.    :  136776
Invoice Date  :  9/14/2009
**Total Due**    :  **$ 402.50**

Remit To:  **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.      :  60333
BU ID        :  3-VIDEO
Case No.     :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135566 | 7/20/2009 | 60656 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
   Dr. Kenneth B. Smith

497.50

Transcript previously shipped

**TOTAL DUE >>>** **$497.50**

APPROVED BY
DATE
G. L. CODES

**Tax ID:** 72-1177884

Phone: 504-525-7200   Fax:504-581-5983

*Please detach bottom portion and return with payment.*

Petrovich, Lezle
Middleberg, Riddle & Gianna
201 St. Charles Ave.
Suite 3100
New Orleans, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 135566 |
| Invoice Date | : | 7/20/2009 |
| **Total Due** | : | **$ 497.50** |

Remit To: **Professional Shorthand Reporters, Inc.**
      **601 Poydras Street**
      **Suite 1615**
      **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60656 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE

# Stratos Legal
### Raising the bar.
### Nationwide.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46338 | 9/4/2009 | 23720 |

| Job Date | Case No. | |
|---|---|---|
| 6/10/2009 | 1873 | |

| Case Name | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Video Deposition
— Stephen J. Smulski                                    1,495.00

TOTAL DUE  >>>          **$1,495.00**

APPROVED BY:
DATE:
G. L. CODES:

Tax ID: 20-3092682

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Job No.     : 23720          BU ID        : VID HOU SL
Case No.    : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE
                    PRODUCTS LIABILITY LITIGATION

Invoice No. : 46338          Invoice Date : 9/4/2009
**Total Due  : $ 1,495.00**

Remit To: **Stratos Legal Services, LP
1001 West Loop South
Suite 809
Houston, TX 77027**

### PAYMENT WITH CREDIT CARD          AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:

# Stratos Legal

### Raising the bar.
### Nationwide.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43670 | 7/6/2009 | 23719 |

| Job Date | Case No. | |
|---|---|---|
| 6/10/2009 | 1873 | |

| Case Name | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Stephen J. Smulski

1,174.31

**TOTAL DUE >>>**        **$1,174.31**

APPROVED BY:
DATE:    7.15.09
CODES:

**Tax ID:** 20-3092682

---

*Please detach bottom portion and return with payment.*

Richard A. Sherburne, Jr.
Middleberg, Riddle & Gianna
Bank One Centre, North Tower
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801

Job No.      : 23719          BU ID        : 1-MAIN
Case No.     : 1873
Case Name : IN RE: FEMA TRAILER FORMALDEHYDE
               PRODUCTS LIABILITY LITIGATION
Invoice No. : 43670          Invoice Date : 7/6/2009
**Total Due : $ 1,174.31**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:

Remit To: **Stratos Legal Services, LP**
          **1001 West Loop South**
          **Suite 809**
          **Houston, TX 77027**

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 287877 | 07/30/2009 | 01-159429 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/15/2009 | LONAMI | 1873 |

**COPY**

Lezly L. Petrovich, Esquire
Middleberg, Riddle & Gianna
201 St. Charles Street
Suite 3100
New Orleans, LA 70170-3100

| CASE CAPTION |
|---|
| FEMA Formaldehyde Products, In Re: |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

---

```
1 COPY & INDEX OF TRANSCRIPT OF:
   Kevin Souza                      178 Pages              445.00
            Rough Draft          135.00 Pages              168.75
            Shipping & Handling                             20.00
                                                          ─────────
                               TOTAL   DUE  >>>>           633.75
```

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

**PLEASE MAKE CHECKS PAYABLE TO:**
~
**LegaLink, Inc. - A Merrill Company**
**P.O. Box 630484**
**Baltimore, MD 21263**
~
Tax ID No.: 20-2665382

APPROVED BY:
DATE: 8-18-09
G. L. CODES: 045165

TAX ID NO.: 20-2665382                          (504) 525-7200   Fax (504) 581-5983

*Please detach bottom portion and return with payment.*

---

Lezly L. Petrovich, Esquire
Middleberg, Riddle & Gianna
201 St. Charles Street
Suite 3100
New Orleans, LA 70170-3100

```
Invoice No. :  287877
Date        :  07/30/2009
TOTAL DUE   :     633.75


Job No.   :  01-159429
Case No.  :  1873
FEMA Formaldehyde Products, In Re:
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**



1881-0280
Dept. 64

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15285 | 9/4/2009 | 9770 |
| **Job Date** | **Case No.** | |
| 7/13/2009 | | |

| **Case Name** |
|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

| **Payment Terms** |
|---|
| Due upon receipt |

Petrovich, Lesley
Middleberg Riddle & Gianna
717 N. Harwood
suite 2400
Dallas, TX 75201

<u>Videotaped Deposition of</u>
Dr. H. James Wedner
Video: MPEG-1 on CD/DVD
Text to Video synchronization
Fed Ex NDA

| | | | | |
|---|---|---|---|---|
| 3.00 | Tapes | @ | 65.00 | 195.00 |
| 3.25 | Hours | @ | 35.00 | 113.75 |
| | | | 35.00 | 35.00 |

**TOTAL DUE >>>**     **$343.75**

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

PrPay - 1881.0280 - IP

APPROVED BY: EKoones
DATE: 9-22-09
G. L. CODES: 095104

**Tax ID:** 43-1371211

---

*Please detach bottom portion and return with payment.*

Petrovich, Lesley
Middleberg Riddle & Gianna
717 N. Harwood
suite 2400
Dallas, TX 75201

Job No.      : 9770      BU ID     : GorePerry
Case No.     :
Case Name : In Re: FEMA Trailer Formaldehyde Products Liability Litigation
Invoice No. : 15285      Invoice Date : 9/4/2009
**Total Due : $ 343.75**

emit To: **GorePerry Reporting & Video**
**515 Olive St., Suite 700**
**Saint Louis, MO 63101**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:        Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



## GorePerry
REPORTING & VIDEO
(314) 241-6750  800-878-6750
Fax (314) 241-5070

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 13184 | 7/16/2009 | 9769 |
| **Job Date** | **Case No.** | |
| 7/13/2009 | | |

| **Case Name** |
|---|
| In Re:  FEMA Trailer Formaldehyde Products Liability Litigation *1881-0280* |

| **Payment Terms** *Dept 260* |
|---|
| Due upon receipt |

*Pls sbmt fr paynett*

Petrovich, Lezly
Middleberg Riddle & Gianna
201 St. Charles Ave
Suite 3100
New Orleans, LA 70170

| Deposition of | | | | |
|---|---|---|---|---|
| Dr. H. James Wedner | 128.00 Pages | @ | 2.00 | 256.00 |
|     ASCII | | | 0.00 | 0.00 |
|     E-Transcript | | | 0.00 | 0.00 |
|     Condensed Transcript (4 per page) w/word index | | | 0.00 | 0.00 |
|     Fed Ex NDA | | | 35.00 | 35.00 |
|     Transcript/exhibit archive | | | 7.50 | 7.50 |
|     Exhibits (scanned PDF) | 71.00 Pages | @ | 0.35 | 24.85 |
| (TAXABLE  $323.35) | | | | |

**TOTAL DUE  >>>**  $323.35

Thank you for choosing GorePerry Reporting & Video.  Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

APPROVED BY: *S. Smith*
DATE: *7-23-09*
G. L CODES: *095165*

**Tax ID:** 43-1371211

---

*Please detach bottom portion and return with payment.*

Petrovich, Lezly
Middleberg Riddle & Gianna
201 St. Charles Ave
Suite 3100
New Orleans, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 13184 |
| Invoice Date | : | 7/16/2009 |
| **Total Due** | : | **$ 323.35** |

Remit To: **GorePerry Reporting & Video**
    **515 Olive St., Suite 700**
    **Saint Louis, MO 63101**

| | | |
|---|---|---|
| Job No. | : | 9769 |
| BU ID | : | GorePerry |
| Case No. | : | |
| Case Name | : | In Re:  FEMA Trailer Formaldehyde Products Liability Litigation |

IRS NUMBER 57-0985038



**JUDY COMP AND ASSOCIATES**

JUDY COMP AND ASSOCIATES, INC.
301 NORTH MAIN STREET, SUITE 1703
GREENVILLE, SC 29601
(864) 271-0810

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/18/2009 | **17765** |

BILL TO

Charles R. Penot, Jr., Esquire
Middleberg, Riddle & Gianna
Suite 2400
717 N. Harwood
Dallas, TX 75201

| TERMS |
|-------|
| 30 days |

| DESCRIPTION | QTY | AMOUNT |
|-------------|-----|--------|
| E- TRANS - Whitaker (expedited) | 378 | 1,134.00 |
| Exhibits/Tabs | 476 | 142.80 |
| E- TRANS - Duckworth (expedited) | 82 | 246.00 |
| Exhibits/Tabs | 3 | 0.90 |
| Shipping & Handling - overnight | 1 | 12.50 |
| | | |
| Age et al vs. Gulf Stream Coach et al taken 8/5/09 | | |
| | | |
| Finance Charge applied to all accounts unpaid after 30 days. | | |

| | **Total** | $1,536.20 |
|--|-----------|-----------|

**PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE**
**THANK YOU FOR YOUR BUSINESS**



**Legal Videography Services**

PLEASE MAIL PAYMENT TO:
P. O. Box 3813
Greenville, SC 29608-3813
DELIVERIES: 103-B Shaw Street
Greenville, SC 29609
864/271-3348  Toll Free: 888/520-3702
FAX: 864/232-4462
www.huntridge.com

| Date | Invoice # |
|------|-----------|
| 8/14/2009 | 09-08-8961 |

1881-0280

Middleberg Riddle & Gianna
Attn:  Mr. Charles R. Penot, Jr.
Suite 2400
717 North Harwood
Dallas, Texas  75201

| P.O. No. | Terms | PROJECT | REFERENCE NO. |
|----------|-------|---------|---------------|
| W/O | Due on receipt | 09-2892 | D090805M |

| QTY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|-----|----------|-------------|------|--------|
| 3 | 8/14/2009 | Synchronized DVD, per 2 hours of tape: Video Deposition of Charles Albert Whitaker, taken 8-5 (JMH) | 125.00 | 375.00T |
| 1 | 8/14/2009 | Synchronized DVD, per 2 hours of tape: Robert E. Duckworth, taken 8-5 (JMH) | 125.00 | 125.00T |
| 1 | 8/14/2009 | FedEx 2-Day & Handling | 15.00 | 15.00 |

3901
95164

| | |
|---|---|
| Sales Tax  (6.0%) | $30.00 |
| **TOTAL** | $545.00 |

Huntridge Video Productions, Inc.
FEDERAL ID #57-0733243
A charge of 1.5% per month added
to past due accounts



# PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**





# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136786 | 9/14/2009 | 57080 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/16/2008 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT and 2 additional copies of:
  Patricia Williams, Ph.D. 10/16/08

407.50

**TOTAL DUE  >>>**                    **$407.50**

DVT shipped to Linda Rushton in Dallas, TX and 2 additional copies shipped to delivered to office in New Orleans.

*OK to Pay*
*1881-0280*
*CR Penot*

*95164*

**Tax ID:** 72-1177884

Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 136786 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 407.50** |

Remit To: **Professional Shorthand Reporters, Inc.**
              **601  Poydras Street**
              **Suite 1615**
              **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 57080 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136785 | 9/14/2009 | 60304 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/7/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Creation of DVT for the deposition of:
Patricia Williams 7/07/09

392.50

**TOTAL DUE  >>>**          **$392.50**

DVT shipped to Linda Rushton in Dallas, TX.

**Tax ID:** 72-1177884                                    Phone: 214-220-6334   Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 136785 |
| Invoice Date | : | 9/14/2009 |
| **Total Due** | : | **$ 392.50** |

Remit To:  **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60304 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



## PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135450 | 7/15/2009 | 60303 |

| JOB DATE | CASE NUMBER | |
|---|---|---|
| 7/7/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| 30 days |

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

1 COPY OF TRANSCRIPT OF:
Patricia M. Williams

526.30

**TOTAL DUE >>>** **$526.30**

Transcript previously shipped

OK to Pay
CRP/attebr
1881-0280

**Tax ID:** 72-1177884

Phone: 214-220-6334    Fax:214-220-6807

*Please detach bottom portion and return with payment.*

Penot, Jr., Charles R.
Middleberg, Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 135450 |
| Invoice Date | : | 7/15/2009 |
| **Total Due** | : | **$ 526.30** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 60303 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO:   20090090

**MAKE CHECKS PAYABLE TO:**

CHARLES R. PENOT, JR., ESQUIRE
MIDDLEBERG RIDDLE & GIANNA
717 N. HARWOOD
DALLAS, TX 75201

Phone:   (214) 220-6334
FAX:     (214) 220-6807

*cpenot@midrid.com*

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B406
New Orleans, LA 70130

Phone:   (504) 589-7779
FAX      (504) 589-7726

*cathy_pepper@laed.uscourts.gov*

| | | | |
|---|---|---|---|
| ☐ CRIMINAL     ☒ CIVIL | DATE ORDERED: 09-14-2009 | DATE DELIVERED: 09-25-2009 |

**Case Style:** MDL-1873, IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION (#09-2892)
REALTIME AND DAILY TRANSCRIPTS OF PROCEEDINGS HELD BEFORE THE HONORABLE
KURT D. ENGELHARDT TAKEN SEPTEMBER 14-25, 2009

BILL SPLIT EVELY BETWEEN PARTIES.   JODI SIMCOX WILL BILL SEPARATELY.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 412 | 7.25 | 2,987.00 | 824 | 1.20 | 988.80 | | 0.90 | | 3,975.80 |
| Realtime | 412 | 3.05 | 1,256.60 | 824 | 1.20 | 988.80 | | | | 2,245.40 |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 6,221.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Deposit Date: 09-11-2009** | LESS AMOUNT OF DEPOSIT: | 4,000.00 |
| | TOTAL REFUND: | |
| **Date Paid:**      **Amt:** | TOTAL DUE: | $2,221.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 10-13-2009 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/02)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20090038

Charles R. Penot
Middleberg Riddle & Gianna
717 North Harwood
Suite 2400
Dallas, TX 75201

Phone:   (214) 220-6300

**MAKE CHECKS PAYABLE TO:**

JODI SIMCOX, RMR, FCRR
United States Court Reporter
500 Poydras Street
Room HB-406
New Orleans, LA 70130

Phone:   (504) 589-7780

jodi_simcox@laed.uscourts.gov

|  | CRIMINAL | X | CIVIL | DATE ORDERED: 09-14-2009 | DATE DELIVERED: 09-29-2009 |
|---|---|---|---|---|---|

**Case Style:** MDL-1873, IN RE: FEMA Trailer Formaldehyde Products Liability Litigation
AFTERNOON SESSION, DAYS 1-7 (9/14 - 9/22) & DAY 9 (9/23) (1,357 PAGES);
COST OF ORIGINAL TRANSCRIPT & REALTIME FEED SPLIT BETWEEN THE PARTIES.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 452 | 7.25 | 3,277.00 | 904 | 1.20 | 1,084.80 | | | | 4,361.80 |
| Realtime | 452 | 3.05 | 1,378.60 | 904 | 1.20 | 1,084.80 | | | | 2,463.40 |
| Misc. Desc. | | | | | | | | | | |

| | | |
|---|---|---|
| MISC. CHARGES: | | |
| TOTAL: | 6,825.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $6,825.20 |

**Date Paid:**                    **Amt:**

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                                                          DATE

(All previous editions of this form are
cancelled and should be destroyed)



**XACT DATA DISCOVERY**
*Because you need to know*

# INVOICE

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Invoice Number: 01-12375

Invoice Date: 06/17/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 06/11/09 |
| Due Date | 07/02/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | SHELBA BOWNDS |
| P.O. Number | |
| Case Number | 1881-0280 |
| Job No. | DA9006095 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| COPY5100 | Copy Heavy Litigation | Each Item | 767 | 118.89 |
| IMAGE3050 | Imaging - DVD Production | Each Item | 1 | 50.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 13.93 |

*OK to Pay*
*CR Penot 188*
*1881-0280*

*SMU*
*95164*

Fed. Tax ID #:  43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 182.82 | Subtotal: | 182.82 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 182.82 |

Your signature below is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____      Date:_____

*NOT PREV. READ*



XACT DATA DISCOVERY

**INVOICE**

Invoice Number: 01-13096

Invoice Date: 08 26 09

Customer ID: 01CNA-MIDDLEB

Page: 1

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

| Bill To: | MIDDLEBERG RIDDLE & GIANNA<br>717 NORTH HARWOOD<br>SUITE 2400<br>DALLAS, TX 75201 | Ship To: | MIDDLEBERG RIDDLE & GIANNA<br>717 NORTH HARWOOD<br>SUITE 2400<br>DALLAS, TX 75201 |
|---|---|---|---|

| Ship Via | Delivery | | |
|---|---|---|---|
| Ship Agent | Delivered by Xact | Contact | SHELBA BOWNDS |
| Ship Date | 08/24/09 | P.O. Number | 05124260 |
| Due Date | 09/10/09 | Case Number | 1881-2880 |
| Terms | Net 15 Days | Job No. | DA9008148 |
| | | SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 6,248 | 531.08 |
| IMAGE6000 | Imaging - Branding | Each Item | 4,296 | 150.36 |
| IMAGE3000 | Imaging - CD Production (DESTROYED) | Each Item | 12 | 150.00 |
| IMAGE3999 | Imaging - CD Production | Each Item | 13 | 325.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 95.41 |

ed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 1,251.85 | Subtotal: | 1,251.85 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 1,251.85 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:                                    Date:



XACT DATA DISCOVERY

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 01-12752

Invoice Date: 07/28/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill   MIDDLEBERG RIDDLE & GIANNA
To:    717 NORTH HARWOOD
       SUITE 2400
       DALLAS, TX 75201

Ship   MIDDLEBERG RIDDLE & GIANNA
To:    717 NORTH HARWOOD
       SUITE 2400
       DALLAS, TX 75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 07/24/09 |
| Due Date | 08/12/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | CHARMAINE DRINNON |
| P.O. Number | 1881-0280 |
| Case Number | 0514260 |
| Job No. | DA9007140 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE6000 | Imaging - Branding | Each Item | 25,984 | 909.44 |
| IMAGE9200 | Imaging - PDF Conversion | Each Item | 12,992 | 454.72 |
| IMAGE3050 | Imaging - DVD Production | Each Item | 8 | 320.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 138.94 |

ed. Tax ID #:  43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 1,823.10 | | |

| | |
|---|---|
| Subtotal: | 1,823.10 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 0.00 |
| Total: | 1,823.10 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:                                        Date:



**Executive Document Services**

# Remit To: **Executive Document Services**

# Invoice

*222 S. CHURCH STREET SUITE 203*
*CHARLOTTE, NC 28202*
*Ph. 704-334-2800*
*Fax 704-334-0306*

| DATE | INVOICE # |
|------|-----------|
| 6/29/2009 | 43940 |
| FEDERAL ID # 56-2023227 | |

| BILL TO | SHIP TO |
|---------|---------|
| Middleburg, Riddle & Gianna<br>Charles Penot, Jr.<br>KPMG Centre Suite 2400<br>717 N. Harwood Street<br>Dallas, TX 75201 | Middleburg, Riddle & Gianna<br>Charles Penot, Jr.<br>KPMG Centre Suite 2400<br>717 N. Harwood Street<br>Dallas, TX 75201 |

| JOB NUMBER | TERMS | PMNT DUE | REP | SHIP VIA | ORDERED BY | CLIENT MATTER# |
|------------|-------|----------|-----|----------|------------|----------------|
| 6463 | Net 30 | 7/29/2009 | CL | FED EX | C. Penot | 1881-0280 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| PICK & CHOOSE SCANNING | 22,971 | 0.12 | 2,756.52T |
| OPTICAL CHARACTER RECOGNITION | 22,971 | 0.02 | 459.42T |
| LOGICAL DOCUMENT DETERMINATION | 22,971 | 0.05 | 1,148.55T |
| CD BURNING | 13 | 12.00 | 156.00T |
| DVD DUPLICATION | 5 | 16.00 | 80.00T |
| Freight - FEDEX PRIORITY OVERNIGHT - | 1 | 94.38 | 94.38 |
| TRACKING#797718807801 | | | |
| 7.25% Sales Tax 12-01-06 | | 7.25% | 333.53 |

*could you look into this invoice? No payment received. Thanks !*

*OK to pay*

*orion.pullian @*

YOUR BUSINESS IS VALUABLE TO US!

**Total** $5,028.40

SIGNATURE:

**Payment of this invoice is due Net 30 Days from the date printed above**

**An Interest Charge of 1.5% per Month will be applied if the invoice is not paid on time**



**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

# INVOICE

Invoice Number:  01-13290

Invoice Date.  09/16/09

Customer ID:  01CNA-MIDDLEB

Page:  1

Bill To
MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

Ship To
MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 09/10/09 |
| Due Date | 10/01/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | TANYA FIELDS |
| P.O. Number | |
| Case Number | 05124260/1881-2880 |
| Job No. | DA9009044 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 1,196 | 101.66 |
| IMAGE2500 | Imaging Color Blow Backs | Each Item | 10 | 8.55 |
| SUPP3100 | Supplies Index Tabs | Each Item | 18 | 4.86 |
| IMAGE3050 | Imaging - DVD Production | Each Item | 138 | 5,520.00 |
| IMAGE3000 | Imaging - CD Production | Each Item | 6 | 150.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 477.27 |

ed. Tax ID #:  43-1685216

| | | |
|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | |
| 0.00 | 6,262.34 | |

| | |
|---|---|
| Subtotal: | 6,262.34 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 0.00 |
| Total: | 6,262.34 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____  _____

Date: _____



**XACT DATA DISCOVERY**
Because you need to know

**INVOICE**

Invoice Number: 01-12303

Invoice Date: 06/11/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

| Bill To: | MIDDLEBERG RIDDLE & GIANNA<br>717 NORTH HARWOOD<br>SUITE 2400<br>DALLAS, TX 75201 | Ship To: | MIDDLEBERG RIDDLE & GIANNA<br>717 NORTH HARWOOD<br>SUITE 2400<br>DALLAS, TX 75201 |
|---|---|---|---|

| Ship Via | Delivery |
|---|---|
| Ship Agent | Delivered by Xact |
| Ship Date | 06/09/09 |
| Due Date | 06/26/09 |
| Terms | Net 15 Days |

| Contact | SHELBA BOWNDS |
|---|---|
| P.O. Number | cl#05124260 |
| Case Number | 1881-0281 |
| Job No. | DA9006069 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 4,610 | 391.85 |
| IMAGE3000 | Imaging - CD Production | Each Item | 2 | 50.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 36.45 |

*OK to Pay*
*1881-0280*
*gjt for CRP*

*DOX FOR DEPOS*
*CR PENOT*

Fed. Tax ID #:  43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 478.30 | Subtotal: | 478.30 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | **Total:** | 478.30 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____     Date:_____



**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

# INVOICE

Invoice Number: 01-12302

Invoice Date: 06/11/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 06/09/09 |
| Due Date | 06/26/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | SHELBA BOWNDS |
| P.O. Number | CI#05124260 |
| Case Number | 1881-02801 |
| Job No. | DA9006072 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE6000 | Imaging - Branding | Each Item | 2,317 | 81.10 |
| IMAGE9200 | Imaging - PDF Conversion | Each Item | 2,317 | 81.10 |
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 4,634 | 393.89 |
| SERV3000 | Services Labor Costs | Per Hour | 1.5 | 97.50 |
| IMAGE3000 | Imaging - CD Production | Each Item | 8 | 200.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 70.42 |

*OK to Pay*
*1881-0280*
*DOX FOR DEPOS*

*Fed. Tax ID #: 43-1685216*

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 924.01 | Subtotal: | 924.01 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 924.01 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____   Date:_____



**Executive Document Services**

# Remit To: Executive Document Services

### 222 S. CHURCH STREET SUITE 203
### CHARLOTTE, NC 28202
### Ph. 704-334-2800
### Fax 704-334-0306

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/5/2009 | 44192 |
| FEDERAL ID # 56-2023227 | |

**BILL TO**

Middleberg, Riddle & Gianna
Charles Penot, Jr.
KPMG Centre Suite 2400
717 N. Harwood Street
Dallas, TX 75201

**SHIP TO**

Middleberg, Riddle & Gianna
Charles Penot, Jr.
KPMG Centre Suite 2400
717 N. Harwood Street
Dallas, TX 75201

| JOB NUMBER | TERMS | PMNT DUE | REP | SHIP VIA | ORDERED BY | CLIENT MATTER# |
|------------|-------|----------|-----|----------|------------|----------------|
| | Net 30 | 9/4/2009 | CL | | Charles Penot | 1881-0280 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Electronic Data Discovery - Measured in megabytes | 50.4 | 1.50 | 75.60T |
| BLOWBACKS - TIFF and Paper Production x2 of 1342 images | 2,684 | 0.08 | 214.72T |
| Slipsheets - 158 x 2 | 216 | 0.02 | 4.32T |
| DVD Masters | 10 | 15.00 | 150.00T |
| 7.25% Sales Tax 12-01-06 | | 7.25% | 32.24 |

*95164*

*OK to Pay
1881-0280
CKP@ ...
Scor Depo...
in ...*

**IT'S BEEN A PLEASURE WORKING WITH YOU!**

| **Total** | |
|-----------|--|
| | $476.88 |

**SIGNATURE:**

**Payment of this invoice is due Net 30 Days from the date printed above**

**An Interest Charge of 1.5% per Month will be applied if the invoice is not paid on time**



**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

# INVOICE

Invoice Number:  01-12664

Invoice Date:  07/19/09

Customer ID:  01CNA-MIDDLEB

Page:  1

Bill To:  MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

Ship To:  MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 07/17/09 |
| Due Date | 08/03/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | CHARMAINE DRINNON |
| P.O. Number | 1881-0280 |
| Case Number | 0514260 |
| Job No. | DA9007098 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| MAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 250 | 21.25 |
| MAGE2500 | Imaging Color Blow Backs | Each Item | 600 | 513.00 |
| MAGE3000 | Imaging - CD Production | Each Item | 8 | 160.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 57.28 |

ed. Tax ID #:   43-1685216

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 751.53 |
| 0.00 | 751.53 | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 751.53 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____

Date:_____

*Enter Pacu Charges* E106

CUSTOMER NUMBER: MR0322
DATE RANGE:        04/01/2009 - 06/30/2009                        PAGE:        1

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|----------------------|---------|----------|----------------------|--------|

SUBTOTAL FOR CLIENT CODE: 0000-0000 DCD                              2.48
SUBTOTAL FOR CLIENT CODE: 0000-0000 RAS                              3.76
SUBTOTAL FOR CLIENT CODE: 1111-1111 MAH                              0.96
SUBTOTAL FOR CLIENT CODE: 1561-0495 BHG                              2.56
SUBTOTAL FOR CLIENT CODE: 1881-0273 RAS                              1.84
SUBTOTAL FOR CLIENT CODE: 1881-0280 BCB                              0.08
SUBTOTAL FOR CLIENT CODE: 1881-0280 CRP                            451.44
SUBTOTAL FOR CLIENT CODE: 1881-0280 MLL                             10.32
SUBTOTAL FOR CLIENT CODE: 1881-0280 RAS                             11.04
SUBTOTAL FOR CLIENT CODE: 1881-0280 RSJ                              8.48
SUBTOTAL FOR CLIENT CODE: 1881-0280 SAL                             32.80

*$514.16*

```
CUSTOMER NUMBER: MR0322
DATE RANGE:       01/01/2009 - 03/31/2009                    PAGE:        1

DATE         COURT                      TIME IN    TIME OUT TIME/PAGES    AMOUNT
             SEARCH CRITERIA                                DESCRIPTION
----------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE: 0000-0000 MAH                                    0.40
SUBTOTAL FOR CLIENT CODE: 0000-0000 MFH                                    8.56
SUBTOTAL FOR CLIENT CODE: 1393-0020 CRB                                    0.32
SUBTOTAL FOR CLIENT CODE: 1393-0237 ADW                                    1.04
SUBTOTAL FOR CLIENT CODE: 1393-0237 BCB                                    0.32
SUBTOTAL FOR CLIENT CODE: 1393-0237 CRB                                    2.08
SUBTOTAL FOR CLIENT CODE: 1881-0099 CRB                                    3.04
SUBTOTAL FOR CLIENT CODE: 1881-0232 RAS                                    0.56
SUBTOTAL FOR CLIENT CODE: 1881-0280 CRP                                  332.24
SUBTOTAL FOR CLIENT CODE: 1881-0280 JWL                                   63.84
SUBTOTAL FOR CLIENT CODE: 2758-0077 MAH                                   24.96
SUBTOTAL FOR CLIENT CODE: 2758-0077 MAN                                    0.40
SUBTOTAL FOR CLIENT CODE: 2758-0243 BHG                                    1.84
SUBTOTAL FOR CLIENT CODE: 2898-0090 ADW                                    1.44
SUBTOTAL FOR CLIENT CODE: 2898-0099 ADW                                    0.08
SUBTOTAL FOR CLIENT CODE: 2898-0099 CRB                                   10.48
SUBTOTAL FOR CLIENT CODE: 2898-0104 CRB                                    1.84
SUBTOTAL FOR CLIENT CODE: 2898-0105 CRB                                   10.56
SUBTOTAL FOR CLIENT CODE: 2898-0105 MLL                                    0.40
SUBTOTAL FOR CLIENT CODE: 2898-0107 CRB                                    0.80
SUBTOTAL FOR CLIENT CODE: 2898-0108 CRB                                    0.40
SUBTOTAL FOR CLIENT CODE: 3422-0029 MAH                                    6.96
SUBTOTAL FOR CLIENT CODE: 3422-0059 MFH                                    0.16
SUBTOTAL FOR CLIENT CODE: 4000-0080 MRF                                    2.88
SUBTOTAL FOR CLIENT CODE: 4000-0081 JMH                                    0.96
SUBTOTAL FOR CLIENT CODE: 4419-0000 RAS                                   11.20
SUBTOTAL FOR CLIENT CODE: 4861-0151 BHG                                    0.56
SUBTOTAL FOR CLIENT CODE: 4861-0153 BHG                                    0.72
SUBTOTAL FOR CLIENT CODE: 4861-0177 BHG                                    0.08
SUBTOTAL FOR CLIENT CODE: 4861-0197 BHG                                    0.08
SUBTOTAL FOR CLIENT CODE: 4861-0207 BHG                                    0.48
SUBTOTAL FOR CLIENT CODE: 4861-0216 BHG                                    1.04
SUBTOTAL FOR CLIENT CODE: 4861-0218 BHG                                    0.24
SUBTOTAL FOR CLIENT CODE: 4861-0222 BHG                                    5.04
SUBTOTAL FOR CLIENT CODE: 4868-0048 BHG                                    1.28
SUBTOTAL FOR CLIENT CODE: 4868-0048 MAH                                    2.72
SUBTOTAL FOR CLIENT CODE: 4868-0118 BHG                                    0.08
SUBTOTAL FOR CLIENT CODE: 4938-0003 CRB                                    2.80
SUBTOTAL FOR CLIENT CODE: 4938-0003 JDP                                   17.44
SUBTOTAL FOR CLIENT CODE: 4938-0003 JMH                                    5.36
SUBTOTAL FOR CLIENT CODE: 4938-0009 CRB                                    0.08
SUBTOTAL FOR CLIENT CODE: 5135-0001 LFT                                    0.32
SUBTOTAL FOR CLIENT CODE: 5135-0002 MAH                                    0.80
SUBTOTAL FOR CLIENT CODE: 5135-0008 BHG                                    0.16
SUBTOTAL FOR CLIENT CODE: 5135-0008 MAH                                    0.96
SUBTOTAL FOR CLIENT CODE: 5179-0028 JMB                                    3.60
SUBTOTAL FOR CLIENT CODE: 5246-0008 MFH                                    2.40
SUBTOTAL FOR CLIENT CODE: 5298-0026 JRW                                    3.60
SUBTOTAL FOR CLIENT CODE: 5353-0001 JMH                                    2.48
SUBTOTAL FOR CLIENT CODE: 5413-0008 BHG                                    0.64
SUBTOTAL FOR CLIENT CODE: 5415-0003 ADW                                    3.28
SUBTOTAL FOR CLIENT CODE: 5415-0003 BCB                                  157.28
SUBTOTAL FOR CLIENT CODE: 5415-0003 DCD                                   84.96
SUBTOTAL FOR CLIENT CODE: 5415-0003 ECH                                    5.76
SUBTOTAL FOR CLIENT CODE: 5415-0003 MAG                                    3.92
SUBTOTAL FOR CLIENT CODE: 5415-0003 MLL                                    0.16
SUBTOTAL FOR CLIENT CODE: 5471-0002 BHG                                    2.88
SUBTOTAL FOR CLIENT CODE: 5490-0001 MAH                                    0.40
```

#396.08





# INVOICE

Invoice Number: 01-12188

Invoice Date: 05/27/09

Customer ID: 01CNA-MIDDLEB

Page: 1

**XACT DATA DISCOVERY**
Because you need to know

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

| Bill To: | MIDDLEBERG RIDDLE & GIANNA<br>717 NORTH HARWOOD<br>SUITE 2400<br>DALLAS, TX 75201 | Ship To: | MIDDLEBERG RIDDLE & GIANNA<br>717 NORTH HARWOOD<br>SUITE 2400<br>DALLAS, TX 75201 |
|---|---|---|---|

| Ship Via | Delivery |
|---|---|
| Ship Agent | Delivered by Xact |
| Ship Date | 05/27/09 |
| Due Date | 06/11/09 |
| Terms | Net 15 Days |

| Contact | SHELBA BOWNDS |
|---|---|
| P.O. Number | 1881-0280 |
| Case Number | 05-12460 |
| Job No. | DA9005198 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 11,215 | 897.20 |
| SALES TAX | SALES TAX (*8.25%)  | Each Item | 1 | 74.02 |

Fed. Tax ID #:  43-1685216

| Amount Subject to<br>Sales Tax<br>0.00 | Amount Exempt<br>from Sales Tax<br>971.22 | Subtotal:<br>Invoice Discount:<br>Sales Tax: | 971.22<br>0.00<br>0.00 |
|---|---|---|---|
| | | Total: | 971.22 |

Your signature below is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____          Date:_____



## XACT DATA DISCOVERY
### Because you need to know

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 01-12476

Invoice Date: 06/26/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| Ship Via | Delivery |
|---|---|
| Ship Agent | Delivered by Xact |
| Ship Date | 06/25/09 |
| Due Date | 07/11/09 |
| Terms | Net 15 Days |

| Contact | SHELBA BOWNDS |
|---|---|
| P.O. Number | 1881-2880 |
| Case Number | 05124260 |
| Job No. | DA9006186 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs Slipsheets | Each Item | 3,010 | 255.85 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 21.11 |

*(handwritten)* 6/21 OK to Pay 1881-0280 3r for CRP

Fed. Tax ID #:  43-1685216

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 276.96 |
| 0.00 | 276.96 | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 276.96 |

Your signature below is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____          Date:_____

# MIDDLEBERG, RIDDLE & GIANNA

15.50

## EXPENSE ITEM

155 Copies (Number)

_____ Postage          $ _____

_____ Other: _____

Description: _____

_____

_____

_____

_____

Client Name: Fluor

Matter: FEMA (Multi Task)

Client No. 1881          File No. 0280

Date: 8.04.09          Time: 5.50

Attorney: LP/mf

# MIDDLEBERG, RIDDLE & GIANNA

## EXPENSE ITEM

30.20

302 _____ Copies (Number)

_____ Postage          $ _____

_____ Other:

Description _____

_____

_____

_____

_____

_____

Client Name _Fluor_

Matter _Fema_

Client No. _1881_     File No. _0280_

Date: _7.13.09_     Time: _328_

Attorney: _LLP (mf_

## MIDDLEBERG, RIDDLE & GIANNA

**EXPENSE ITEM**

139 / B90

139 _____ Copies (Number)

_____ Postage                    $ _____

_____ Other: _____

Description: _____

_____

_____

_____

_____

Client Name: _Flury_

Matter: _FEMA - Dupolee8_

Client No. _1881_          File No. _0280_

Date: _7.6.09_          Time: _12⁰⁴ p_

Attorney: _LhP / mf_

# MIDDLEBERG, RIDDLE & GIANNA

*28.50*

## EXPENSE ITEM

*285* Copies (Number)

_____ Postage          $

_____ Other: _____

Description _____

_____

_____

_____

_____

Client Name *Fluor*

Matter *FEMA*

Client No. *1881*          File No. *2280*

Date: *8.13.09*   Time: *3 p*

Attorney: *LLO / mff*

**MIDDLEBERG, RIDDLE & GIANNA**

286  28.60  **EXPENSE ITEM**

286 _____ Copies (Number)

_____ Postage

_____ Other:

Description _____

_____

_____

_____

_____

Client Name: Fluor

Matter: FEMA

Client No. 1881          File No. 0280

Date: 8.17.09          Time: 10⁰⁷ A

Attorney: LLP/mf

**MIDDLEBERG, RIDDLE & GIANNA**

10. 80 **EXPENSE ITEM**

108 ____ Copies (Number)

_____ Postage: $ _____

_____ Other: _____

Description _____

_____

_____

_____

_____

Client Name Flise

Matter FEMA

Client No. 1881 ____ File No. 0280

Date: 8.19.09 ____ Time: 330

Attorney: LLP/mg

## MIDDLEBERG, RIDDLE & GIANNA

### EXPENSE ITEM

_____ Copies (Number)

_____ Postage                    $ _____

_____ Other: _____

Description _____

_____

_____

_____

_____

Client Name _____

Matter _____

Client No. _____   File No. _____

Date _____   Time: _____

Attorney: _____

1881.0280
Dept. 64



# DOCUSOURCE
## litigation support solutions

INVOICE

1881.0280

DATE 8/31/09

INVOICE NO 112597

Bill To Customer # 80        QP:  MIDD        Originals From

Firm/Co: MIDDLEBERG RIDDLE & GIANNA
    Name: PETROVICH
 Address: 201 ST. CHARLES AVE.
          31ST FLOOR
    City: NEW ORLEANS  St:LA Zip: 70170
   Phone: 5045257200    AM : JACK

Name:
Address:

Phone:

APPROVED BY: 
DATE: 9.8.09
G. L. CODES: 045164

SR: SR

Reference Number: 1881.0280                       55160

━━━━━━━━━━━━━━━━━━━━━ Special Instructions ━━━━━━━━━━━━━━━━━

PLEASE MAKE 5 COLOR COPIES

| ORIG | COPIES | Description | Unit Price | Total |
|------|--------|-------------|-----------|-------|
| 1 | 5 | COLOR COPIES | $1.0000 | 5.00 |

|  |  |
|--|--|
| Sub-Total: | 5.00 |
| Freight: | |
| Tax: | 0.45 |
| Total: | 5.45 |

NET 15 DAYS. PLEASE PAY FROM THIS
INVOICE.  NO STATEMENT WILL BE SENT.
A FINANCE CHARGE OF 1.5% PER MONTH
WILL BE ASSESSED AFTER 30 DAYS.

**REMIT PAYMENT TO:**
201 ST. CHARLES AVE. • SUITE 1401 • NEW ORLEANS, LOUISIANA 70170-1401 • (504) 588-2679 • FAX (504) 588-2689



# DOCUSOURCE
## litigation support solutions

### INVOICE

DATE 9/12/09

INVOICE NO 112776

Bill To Customer # 80        QP: MIDD        Originals From

Firm/Co: MIDDLEBERG RIDDLE & GIANNA
   Name: MARGARET
Address: 201 ST. CHARLES AVE.
         31ST FLOOR
   City: NEW ORLEANS St:LA Zip: 70170
Phone: 5045257200      AM : JACK

Name:
Address:

Phone:

SR: SR

Reference Number: 1881-0280                              55365

=========================== Special Instructions ===========================
PLEASE MAKE 3 COPIES IN COLOR.

| ORIG | COPIES | Description | Unit Price | Total |
|------|--------|-------------|------------|-------|
| 17 | 2 | COLOR COPIES | $1.0000 | 34.00 |

Sub Total:  34.00
Freight:
Tax:        3.06
Total:      37.06

NET 15 DAYS. PLEASE PAY FROM THIS
INVOICE.  NO STATEMENT WILL BE SENT.
A FINANCE CHARGE OF 1.5% PER MONTH
WILL BE ASSESSED AFTER 30 DAYS.

**REMIT PAYMENT TO:**
201 ST. CHARLES AVE. • SUITE 1401 • NEW ORLEANS, LOUISIANA 70170-1401 • (504) 588-2679 • FAX (504) 588-2689



# DOCUSOURCE
## litigation support solutions
### INVOICE

DATE 9/12/09

INVOICE NO 112770

Bill To Customer # 80       QP:  MIDD        Originals From

Firm/Co: MIDDLEBERG RIDDLE & GIANNA
    Name: 1881-0280
Address: 201 ST. CHARLES AVE.
         31ST FLOOR
    City: NEW ORLEANS  St:LA  Zip: 70170
Phone: 5045257200     AM : JACK

| Name: |
| Address: |
| Phone: |

SR: SR

Reference Number: 1881-0280                              55359

—————————— Special Instructions ——————————
PLEASE MAKE 4 COLOR COPIES

| ORIG | COPIES | Description | Unit Price | Total |
|------|--------|-------------|------------|-------|
| 1 | 4 | COLOR COPIES | $1.0000 | 4.00 |

APPROVED BY: 9Koonce
DATE: 9.28.09
G. L. CODES: 04864

Sub-Total:     4.00
Freight:
Tax:     0.36
Total:     4.36

NET 15 DAYS. PLEASE PAY FROM THIS
INVOICE.  NO STATEMENT WILL BE SENT.
A FINANCE CHARGE OF 1.5% PER MONTH
WILL BE ASSESSED AFTER 30 DAYS.

# MIDDLEBERG, RIDDLE & GIANNA

**EXPENSE ITEM**

_____ Copies (Number)

_____ Postage            $ _____

_____ Other: _____

Description _____

_____

_____

_____

_____

_____

Client Name _____

Matter _FEMA_____

Client No. _1881___   File No. _0280_____

Date: _9/29/09___   Time: _____

Attorney: _LP_____

# CHOICE ☑

essional Overnight Copy Service, Inc.

**INVOICE** 50104603

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 05/21/09 |

SHIP TO

Middleberg - Charles Penot, Jr.
717 N. Harwood
Suite 2400
Dallas, TX 75201

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 05/21/09 | | Net 30 | FEMA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | USA CD & GOVT. DVD  5/18/09 | | |
| 1 | DVD Duplication | 30.00 | 30.00 |
| 1 | CD Duplication | 10.00 | 10.00 |

| | | |
|---|---|---|
| Subtotal | | 40.00 |
| Sales Tax | | 3.60 |
| **TOTAL** | | **$ 43.60** |

Received by: _____  Date: _____

Please Send Payment to:  **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

## *Thank You*

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE  IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

# CHOICE ✓
## Professional Overnight Copy Service, Inc.

**INVOICE** 50104494

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 05/19/09 |

TO

Middleberg - Charles Penot, Jr.
717 N. Harwood
Suite 2400
Dallas, TX 75201

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 05/19/09 | | Net 30 | FEMA ***** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | FINERAN DOC & SCANS | | |
| | GOVT. DOCS | | |
| 3 | CD Duplication | 10.00 | 30.00 |
| 2058 | Scanned Documents - per page | 0.05 | 102.90 |
| 29 | Color Scans | 0.95 | 27.55 |
| 2087 | OCR | 0.03 | 62.61 |

95164

ORIGINAL INVOICE
Please forward to ACCOUNTING DEPT
for payment. Thank You!

OK to Pay
1881-280

| | |
|---|---|
| Subtotal | 223.06 |
| Sales Tax | 20.08 |
| **TOTAL** | **$ 243.14** |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



## XACT DATA DISCOVERY
Because you need to know

# INVOICE

Invoice Number: 01-12329

Invoice Date: 06/11/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Bill MIDDLEBERG RIDDLE & GIANNA
To: 717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship MIDDLEBERG RIDDLE & GIANNA
To: 717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 06/11/09 |
| Due Date | 06/26/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | SHELBA BOWNDS |
| P.O. Number | |
| Case Number | 05124260 |
| Job No. | 95912 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE3000 | Imaging - CD Production | Each Item | 68 | 816.00 |
| IMAGE3050 | Imaging - DVD Production | Each Item | 1 | 37.50 |
| GL.SHIPPING | Fed Ex Charges | Each Item | 1 | 40.00 |
| SALES TAX | SALES TAX (*9.0%) | Each Item | 1 | 80.42 |

*OK to Pay*
*1881-0280 CRP*
*sgt for CRP*

Fed. Tax ID #: 43-1685216

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | Subtotal: | 973.92 |
| Amount Exempt from Sales Tax | 973.92 | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 973.92 |

*DOXS TO BE SHIPPED TO PENOT FOR DEPO*

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____        Date:_____