# CHOICE ☑

### Professional Overnight Copy Service, Inc.

**INVOICE** 50105380

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 06/12/09 |

TO
Middleberg - Charles Penot, Jr.
717 N. Harwood
Suite 2400
Dallas, TX 75201

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/12/09 | | Net 30 | FEMA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | MATCHES , AMEND RESP. | 10.00 | 20.00 |
| 1 | CD Duplication | | |
| | Postage | 1.22 | 1.22 |

*OK to Pay*
*1881-0280*
*PxxCRP*

*06-16-09 03:02 RCVD*

**EXHIBIT**
*BCONT 3*

| | |
|---|---|
| Subtotal | 21.22 |
| Sales Tax | 1.80 |
| **TOTAL** | **$ 23.02** |

Received by: _____ Date: _____

Please Send Payment to:  **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

### *Thank You*

TERMS:  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

 

## XACT DATA DISCOVERY
Because you need to know

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 01-12374

Invoice Date: 06/17/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 06/15/09 |
| Due Date | 07/02/09 |
| Terms | Net 15 Days |

| Contact | SHELBA BOWNDS |
| P.O. Number | |
| Case Number | 1881-0280 |
| Job No. | DA9006102 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE3050 | Imaging - DVD Production | Each Item | 1 | 50.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 4.13 |



1881-0280
per Shelba

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 54.13 | Subtotal: | 54.13 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 54.13 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____

# CHOICE ☑

*Dept. 67*

**INVOICE** 50105787

**Professional Overnight Copy Service, Inc.**

| SALESPERSON | INVOICE DATE |
|---|---|
| | 06/25/09 |

| SHIP TO |
|---|

TO
Middleberg,Riddle-Mary Ann
201 St. Charles, Suite 3100
New Orleans, LA 70170

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/25/09 | | | FEMA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 4 | LAGRANGE, 5/27/09 CDS<br>CD Duplication | 10.00 | 40.00 |

APPROVED BY: *9Koonce*
DATE: *6·30·09*
G. L. CODES:
*095167*

**ORIGINAL INVOICE**
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

| | Subtotal | 40.00 |
|---|---|---|

Received by: _____  Date: *6/30/09*

Please Send Payment to:  **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

*Thank You*

| TOTAL | $ 40.00 |
|---|---|

**TERMS:** 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50103799

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 04/29/09 |

TO

Middleberg - Charles Penot, Jr.
717 N. Harwood
Suite 2400
Dallas, TX 75201

SHIP TO

ADDT. INFO & ADF 4/13/09,
FRRATTS CLIENT LIST

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 04/29/09 | | Net 30 | FEMA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 4 | CD Duplication | 10.00 | 40.00 |
| 1 | Shipping - Shipping per item | 19.74 | 19.74 |

95164

OK to Pay
1881-280
Charlie CRP/pt
please approve
for payment
thanks
Phiny

| | |
|---|---|
| Subtotal | 59.74 |
| Sales Tax | 3.60 |
| **TOTAL** | **$ 63.34** |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

## *Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE** 50104494

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 05/19/09 |

TO
Middleberg - Charles Penot, Jr.
717 N. Harwood
Suite 2400
Dallas, TX 75201

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 05/19/09 | | Net 30 | FEMA ***** |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | FINERAN DOC & SCANS | | |
| | GOVT. DOCS | | |
| 3 | CD Duplication | 10.00 | 30.00 |
| 2058 | Scanned Documents - per page | 0.05 | 102.90 |
| 29 | Color Scans | 0.95 | 27.55 |
| 2087 | OCR | 0.03 | 62.61 |

*OK to Pay
1881 0289
Charlie CRP
Please approve
for payt.
Thanks
Penny —*

| | |
|---|---|
| Subtotal | 223.06 |
| Sales Tax | 20.08 |

Received by: _____   Date: _____

Please Send Payment to:  **CHOICE COPY SERVICE,**
P.O. BOX 62138, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

| TOTAL | $ 243.14 |
|---|---|

## *Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

*Dept. 67*

**INVOICE** 50105955

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/02/09 |

SHIP TO

TO
**Middleberg - Charles Penot, Jr.**
**717 N. Harwood**
**Suite 2400**
**Dallas, TX 75201**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/02/09 | | Net 30 | 3498.39075 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication<br>P.WILLIAMS | 10.00 | 10.00 |

*Ellooang*
*7-7.09*
*095767*

ORIGINAL INVOICE

Received by: _____   Date: 7/2/09

| | |
|---|---|
| Subtotal | 10.00 |
| Sales Tax | 0.90 |
| **TOTAL** | **$ 10.90** |

**Please Send Payment to:  CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

## *Thank You*

**TERMS:**  1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

# CHOICE ☑

**Professional Overnight Copy Service, Inc.**

**INVOICE** 50106018

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/06/09 |

TO
Middleberg - Charles Penot, Jr.
717 N. Harwood
Suite 2400
Dallas, TX 75201

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/06/09 | | Net 30 | FEMA SIERRA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1489 | Scanned Documents - per page | 0.13 | 193.57 |
| 1489 | OCR | 0.03 | 44.67 |
| 1 | CD Duplication | 10.00 | 10.00 |

|  | Subtotal | 248.24 |
|---|---|---|
| | Sales Tax | 22.34 |
| | **TOTAL** | $ 270.58 |

Received by _____ Date _____

**Please Send Payment to: CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

# CHOICE ✔

## Professional Overnight Copy Service, Inc.

## INVOICE
50106055

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 07/07/09 |

TO
Middleberg,Riddle-Chris B.
201 St. Charles, Suite 3100
New Orleans, LA. 70170

SHIP TO

Dept 65
1881-0280

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 07/07/09 | | Net 30 | FEMA |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | HEWETT,KORNBERG | | |
| 1 | CD Duplication | 10.00 | 10.00 |
| 1 | DVD Duplication | 30.00 | 30.00 |

APPROVED BY    Ellorra
DATE    7.7.09
G L CODES    095465

**ORIGINAL INVOICE**
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

| | Subtotal | 40.00 |
|---|---|---|

Received by: _____    Date: _____

Please Send Payment to:  CHOICE COPY SERVICE.
P.O. BOX 62188, NEW ORLEANS. LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

## *Thank You*

| | TOTAL | $ 40.00 |
|---|---|---|

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEYS FEES FOR COLLECTION MAY BE CHARGED.



## XACT DATA DISCOVERY
Because you need to know

# INVOICE

Invoice Number: 01-12582

Invoice Date: 07/10/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 07/10/09 |
| Due Date | 07/25/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | SHELBA BOWNDS |
| P.O. Number | |
| Case Number | 05124260 |
| Job No. | DA9007034 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE3000 | Imaging - CD Production | Each Item | 2 | 50.00 |
| IMAGE3050 | Imaging - DVD Production | Each Item | 2 | 100.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 12.38 |

*OK to pay CRP at for 7-16-09*

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | |
|---|---|---|
| 0.00 | 162.38 | |

| | |
|---|---|
| Subtotal: | 162.38 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 0.00 |
| Total: | 162.38 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____   Date:_____

**Digital Legal Services**

1010 Common St.
Suite 910
New Orleans, LA 70112

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/21/2009 | 73366 |
| Rep | Project ID# |
| H | 0018 |

| Bill To |
|---------|
| Middleberg |
| 201 St. Charles Ave. |
| 31 st Floor |
| New Orleans, LA 70130 |

| Reference 1 | Refrence 2 and 3 | Due Date | Order By |
|-------------|------------------|----------|----------|
| Flour Hard Docs | 05124260 | 7/21/2009 | Leslie Petrov |

| Quantity | Project Detail | DESCRIPTION | Price Per Unit | Amount |
|----------|----------------|-------------|----------------|--------|
| 2,513 | Scanning | Heavy | 0.165 | 414.65T |
| 2,699 | Electronic Bates Numbering | | 0.075 | 202.43T |
| 2,699 | OCR | | 0.035 | 94.47T |
| 10 | Misc. Services | Folder Capture | 0.25 | 2.50T |
| 186 | Scanning | 11x17 | 0.18 | 33.48T |
| 1 | Master CD | | 25.00 | 25.00T |

APPROVED BY
DATE:
G. L. CODES:

Thank You for your business. Tax-ID # 72-1505151.
Call Nicole 504-522-1621 for any questions.

Please pay from this copy. Party Name on bill is held responsible for this payment. NET 30

Recieved By: _____

| Sales Tax (9.0%) | $69.53 |
|------------------|--------|
| **Total** | $842.06 |
| **Balance Due** | $842.06 |




**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 01-12669

Invoice Date: 07/22/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| | | | |
|---|---|---|---|
| Ship Via | Delivery | Contact | CHARMAINE DRINNON |
| Ship Agent | Delivered by Xact | P.O. Number | 1881-0280 |
| Ship Date | 07/22/09 | Case Number | 0514260 |
| Due Date | 08/06/09 | Job No. | DA9007118 |
| Terms | Net 15 Days | SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE6000 | Imaging - Branding | Each Item | 1,072 | 37.52 |
| IMAGE3000 | Imaging - CD Production | Each Item | 16 | 400.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 36.10 |

*OK to Pay CRP 1881-0280 [signature] CRP*

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 473.62 | Subtotal: | 473.62 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 473.62 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____     Date:_____

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE**

50107329

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 08/11/09 |

**TO**

Middleberg,Riddle-Lezly Petrovich
201 St. Charles Ave Suite 3100
New Orleans, LA 70170

**SHIP TO**

Pls pay –
Dept. 64 +841.0280

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 08/11/09 | | Net 30 | FEMA SCOTT |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | DVD Duplication | 30.00 | 30.00 |

APPROVED BY:
DATE: 8.18.09
G.L CODES: 095169

ORIGINAL INVOICE

| | Subtotal | 30.00 |
|---|---|---|
| Received by:                    Date: | Sales Tax | 2.70 |
| Please Send Payment to: **CHOICE COPY SERVICE,** | | |
| **P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789** | | |
| Fed. Tax ID # 72-1240881 | | |
| *Thank You* | **TOTAL** | $ 32.70 |

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



# XACT DATA DISCOVERY
Because you need to know

**INVOICE**

Invoice Number: 01-12815

Invoice Date: 07/31/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Bill MIDDLEBERG RIDDLE & GIANNA
To: 717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship MIDDLEBERG RIDDLE & GIANNA
To: 717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship Via: Delivery
Ship Agent: Delivered by Xact
Ship Date: 08/03/09
Due Date: 08/15/09
Terms: Net 15 Days

Contact: CHARMAINE DRINNON
P.O. Number:
Case Number: 0514260/1881-0280
Job No.: DA9007192
SalesPerson: 01CORP CNA NATIONAL ACC

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE6000 | Imaging - Branding | Each Item | 7,760 | 271.60 |
| IMAGE9200 | Imaging - PDF Conversion | Each Item | 4,539 | 158.87 |
| SERV3000 | Tech Time | Per Hour | 1.5 | 97.50 |
| IMAGE3000 | Imaging - CD Production | Each Item | 11 | 275.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 66.25 |

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 869.22 | Subtotal: | 869.22 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 869.22 |

*NOT PREV. Rec'd.*

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____ Date:_____

*1881-0280*



**QUALITY LITIGATION SUPPORT, INC.**
214 3RD STREET, SUITE A
BATON ROUGE, LA 70801-1304
(225) 334-9327

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/3/2009 | 97272 |

| BILL TO: | SHIP TO: |
|----------|----------|
| MIDDLEBERG, RIDDLE & GIANNA N.O.<br>201 ST. CHARLES AVE<br>SUITE 3100<br>NEW ORLEANS, LA 70170-3100 | DOMINIC J. GIANNA<br><br>R&D STRATEGIC SOLUTIONS<br>DOC FROM JONES WALKER |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 15 | | 9/3/2009 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 3 | DVD Copy | Copy DVD | 35.00 | 105.00 |
| 1 | UPS | UPS CHARGES | 10.00 | 10.00 |
| | | 9% state and city combined | 9.00% | 10.35 |

APPROVED BY: 4 Hoodie
DATE: 9.15.09
G.L. CODES: 09564

Copy services for jury
focus group

Questions concerning invoice call Stewart or Paxton 225-334-9327  TAX ID 72-1440333

**TOTAL**                                                            $125.35



**QUALITY LITIGATION SUPPORT, INC.**
214 3RD STREET, SUITE A
BATON ROUGE, LA 70801-1304
(225) 334-9327



# Invoice



| DATE | INVOICE # |
|---|---|
| 9/3/2009 | 97273 |

**BILL TO:**

MIDDLEBERG, RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

**SHIP TO:**

CHARLES R PENOT, JR

R&D STRATEGIC SOLUTIONS
DOC FROM JONES WALKER

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Due on receipt | | 9/3/2009 | FED EX | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 3 | DVD Copy | Copy DVD | 35.00 | 105.00T |
| 1 | FED-EX | FEDERAL EXPRESS CHARGES | 1.00 | 1.00T |
| | | 9% state and city combined | 9.00% | 9.54 |

*Handwritten: OK to Pay C R Penot 1181-0380 1841—*

Questions concerning invoice call Stewart or Paxton 225-334-9327  TAX ID 72-1440333

**TOTAL** $115.54

94 (1.09)

# CHOICE ☑

## Professional Overnight Copy Service, Inc.

**INVOICE**

50108296

| SALESPERSON | INVOICE DATE |
|---|---|
| Kevin S. | 09/09/09 |

TO
Middleberg Riddle & Gianna -Linda R.
Linda Rushton
717 N. Harwood, Ste. 2400
Dallas Tx 75201

SHIP TO

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 09/09/09 | | Net 30 | FEMA 9/8/09 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | CD Duplication | 10.00 | 10.00 |
| | | Subtotal | 10.00 |
| | | Sales Tax | 0.90 |
| | | TOTAL | $ 10.90 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

### Thank You

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 01-12841

Invoice Date: 07/31/09

Customer ID: 01CNA-MIDDLEB

Page: 1

| Bill To | | Ship To | |
|---|---|---|---|
| MIDDLEBERG RIDDLE & GIANNA | | MIDDLEBERG RIDDLE & GIANNA | |
| 717 NORTH HARWOOD | | 717 NORTH HARWOOD | |
| SUITE 2400 | | SUITE 2400 | |
| DALLAS, TX 75201 | | DALLAS, TX 75201 | |

| Ship Via | Delivery | Contact | CHARMAINE DRINNON |
|---|---|---|---|
| Ship Agent | Delivered by Xact | P.O. Number | |
| Ship Date | 07/30/09 | Case Number | 0514260/1881-0280 |
| Due Date | 08/15/09 | Job No. | DA9007167 |
| Terms | Net 15 Days | SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 4,608 | 391.68 |
| SUPP1100 | Supplies Binder 3-ring 1" | Each Item | 2 | 30.00 |
| SUPP1300 | Supplies Binder 3-ring 5" | Each Item | 5 | 225.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 53.35 |

*OK to pay CRP @ 1881-0280 8-25-09*

*95164*

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 700.03 | Subtotal: | 700.03 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 700.03 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____     Date:_____



### XACT DATA DISCOVERY
*Because you need to know*

# INVOICE

**Invoice Number:** 01-12849

**Invoice Date:** 07/31/09

**Customer ID:** 01CNA-MIDDLEB

**Page:** 1

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

| Bill To | | Ship To | |
|---|---|---|---|
| MIDDLEBERG RIDDLE & GIANNA | | MIDDLEBERG RIDDLE & GIANNA | |
| 717 NORTH HARWOOD | | 717 NORTH HARWOOD | |
| SUITE 2400 | | SUITE 2400 | |
| DALLAS, TX 75201 | | DALLAS, TX 75201 | |

| Ship Via | Delivery |
|---|---|
| Ship Agent | Delivered by Xact |
| Ship Date | 08/03/09 |
| Due Date | 08/15/09 |
| Terms | Net 15 Days |

| Contact | CHARMAINE DRINNON |
|---|---|
| P.O. Number | 1880-0280 |
| Case Number | 0514260 |
| Job No. | DA9007186 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 1,395 | 118.58 |
| SUPP1300 | Supplies Binder 3-ring 3" | Each Item | 3 | 75.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 15.97 |

*OK to Pay
1881-0280
8-25-09*

*95164*

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 209.55 | Subtotal: | 209.55 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 209.55 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____   Date:_____



**XACT DATA DISCOVERY**
*Because you need to know*

*(handwritten: OK to Pay 1881-0280 CRP 10/7-21-09)*

# INVOICE

Invoice Number: 01-12626

Invoice Date: 07/16/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 07/15/09 |
| Due Date | 07/31/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | CHARMAINE DRINNON |
| P.O. Number | 1881-0280 |
| Case Number | 0514260 |
| Job No. | DA9007071 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 5,794 | 492.49 |
| SUPP3100 | Supplies Index Tabs | Each Item | 57 | 15.39 |
| SUPP1100 | Supplies Binder 3-ring .5" | Each Item | 1 | 10.00 |
| SUPP1300 | Supplies Binder 3-ring 5" | Each Item | 6 | 270.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 65.00 |

Fed. Tax ID #:  43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 852.88 | Subtotal: | 852.88 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 852.88 |

Your signature below is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____          Date:_____



**XACT DATA DISCOVERY**
*because you need to know*

# INVOICE

*(handwritten: OK to Pay 1881-0280 7-21-09 CRP/SA)*

Invoice Number:  01-12625

Invoice Date:  07/16/09

Customer ID:  01CNA-MIDDLEB

Page:  1

Xact Data Discovery - Corporate Office
Phone:  913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

Bill To:  MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

Ship To:  MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

| | | |
|---|---|---|
| Ship Via | Delivery | |
| Ship Agent | Delivered by Xact | |
| Ship Date | 07/15/09 | |
| Due Date | 07/31/09 | |
| Terms | Net 15 Days | |

| | |
|---|---|
| Contact | CHARMAINE DRINNON |
| P.O. Number | 1881-0280 |
| Case Number | 0514260 |
| Job No. | DA9007071A |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| COLOR1000 | Color 8 1/2x11 | Each Item | 166 | 141.93 |
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 1,615 | 137.28 |
| SUPP1300 | Supplies Binder 3-ring 4" | Each Item | 1 | 35.00 |
| IMAGE3050 | Imaging - DVD Production | Each Item | 1 | 45.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 29.75 |

Fed. Tax ID #:  43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 388.96 | Subtotal: | 388.96 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 388.96 |

Your signature below is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____          Date:_____





# INVOICE

Invoice Number: 01-12492

Invoice Date: 06/26/09

Customer ID: 01CNA-MIDDLEB

Page: 1

**XACT DATA DISCOVERY**
Because you need to know

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Bill   MIDDLEBERG RIDDLE & GIANNA
To:    717 NORTH HARWOOD
       SUITE 2400
       DALLAS, TX 75201

Ship MIDDLEBERG RIDDLE & GIANNA
To:  717 NORTH HARWOOD
     SUITE 2400
     DALLAS, TX 75201

| | | | |
|---|---|---|---|
| Ship Via | Delivery | Contact | SHELBA BOWNDS |
| Ship Agent | Delivered by Xact | P.O. Number | 1881-280 |
| Ship Date | 06/23/09 | Case Number | 05-123260 |
| Due Date | 07/11/09 | Job No. | DA9006168 |
| Terms | Net 15 Days | SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| COPY5100 | Copy Heavy Litigation | Each Item | 578 | 89.59 |
| COLOR1000 | Color 8 1/2x11 | Each Item | 582 | 497.61 |
| SUPP3000 | Supplies Tabs Custom | Each Item | 21 | 11.13 |
| SUPP1100 | Supplies Binder 3-ring .5" | Each Item | 1 | 10.00 |
| SUPP1300 | Supplies Binder 3-ring 5" | Each Item | 1 | 60.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 55.14 |

*6/29 OK to Pay
1881-0280
8x for CRP*

Fed. Tax ID #:   43-1685216

| | | |
|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: 723.47 |
| 0.00 | 723.47 | Invoice Discount: 0.00 |
| | | Sales Tax: 0.00 |
| | | Total: 723.47 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____          Date:_____



XACT DATA DISCOVERY

Xact Data Discovery - Corporate Office
Phone:  913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

# INVOICE

Invoice Number:  01-12585

Invoice Date:  07/10/09

Customer ID:  01CNA-MIDDLEB

Page:  1

Bill To:  MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

Ship To:  MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 07/07/09 |
| Due Date | 07/25/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | SHELBA BOWNDS |
| P.O. Number | 1881-0280 |
| Case Number | 05124260 |
| Job No. | DA9007021 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| COPY1000 | Copy Autofeed | Each Item | 25,252 | 2,146.42 |
| IMAGE3000 | Imaging - CD Production | Each Item | 12 | 300.00 |
| SUPP1100 | Supplies Binder 3-ring .5" | Each Item | 1 | 10.00 |
| SUPP1200 | Supplies Binder 3-ring 2" | Each Item | 5 | 100.00 |
| SUPP1300 | Supplies Binder 3-ring 3" | Each Item | 3 | 75.00 |
| SUPP1300 | Supplies Binder 3-ring 4" | Each Item | 5 | 175.00 |
| SUPP1300 | Supplies Binder 3-ring 5" | Each Item | 18 | 810.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 298.35 |

Fed. Tax ID #:  43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax |
|---|---|
| 0.00 | 3,914.77 |

| | |
|---|---|
| Subtotal: | 3,914.77 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 0.00 |
| Total: | 3,914.77 |

Your signature below is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:                                                          Date:



XACT DATA DISCOVERY
because you need to know

Xact Data Discovery - Corporate Office
Phone: 913-362-8662
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 01-12816

Invoice Date: 07/31/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 08/03/09 |
| Due Date | 08/15/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | CHARMAINE DRINNON |
| P.O. Number | 1881-0280 |
| Case Number | 0514260 |
| Job No. | DA9007176 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 29,922 | 2,543.37 |
| IMAGE2500 | Imaging Color Blow Backs | Each Item | 125 | 200.00 |
| S     1100 | Supplies Binder 3-ring .5" | Each Item | 3 | 30.00 |
| SUPP1100 | Supplies Binder 3-ring 1" | Each Item | 2 | 30.00 |
| SUPP1200 | Supplies Binder 3-ring 2" | Each Item | 2 | 40.00 |
| SUPP1300 | Supplies Binder 3-ring 3" | Each Item | 17 | 425.00 |
| SUPP1300 | Supplies Binder 3-ring 4" | Each Item | 7 | 245.00 |
| SUPP1300 | Supplies Binder 3-ring 5" | Each Item | 11 | 495.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 330.69 |

| | Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|---|
| Fed. Tax ID #: 43-1685216 | 0.00 | 4,339.06 | Subtotal: | 4,339.06 |
| | | | Invoice Discount: | 0.00 |
| | | | Sales Tax: | 0.00 |
| | | | Total: | 4,339.06 |

Your signature below is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within `0 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____   _____   Date: _____



XACT DATA DISCOVERY

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 01-13229

Invoice Date: 09/11/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 09/09/09 |
| Due Date | 09/26/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | TANYA FIELDS |
| P.O. Number | |
| Case Number | 0512460/1881-2880 |
| Job No. | DA9009012 |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE9200 | Imaging - PDF Conversion | Each Item | 5,263 | 184.21 |
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 8,703 | 739.76 |
| IMAGE2500 | Imaging Color Blow Backs | Each Item | 4 | 3.42 |
| SUPP3100 | Supplies Index Tabs | Each Item | 406 | 109.62 |
| SUPP1100 | Supplies Binder 3-ring .5" | Each Item | 15 | 150.00 |
| SUPP1100 | Supplies Binder 3-ring 1" | Each Item | 35 | 525.00 |
| SUPP1100 | Supplies Binder 3-ring 1.5" | Each Item | 7 | 126.00 |
| SUPP1200 | Supplies Binder 3-ring 2" | Each Item | 4 | 80.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 158.24 |

ed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 2,076.25 | Subtotal: | 2,076.25 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 2,076.25 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:                                    Date:



**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

# INVOICE

Invoice Number:  01-13305

Invoice Date:  09/17/09

Customer ID:  01CNA-MIDDLEB

Page:  1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 07/30/09 |
| Due Date | 10/02/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | CHARMAINE DRINNON |
| P.O. Number | |
| Case Number | 0514260/1881-0280 |
| Job No. | DA9007176B |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 5,984.4 | 508.67 |
| IMAGE2500 | Imaging Color Blow Backs | Each Item | 125 | 200.00 |
| SUPP1300 | Supplies Binder 3-ring 3" | Each Item | 2 | 50.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 62.59 |

ed. Tax ID #:  43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 821.26 | Subtotal: | 821.26 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 821.26 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____      Date:_____



## XACT DATA DISCOVERY
### Because you need to know

**INVOICE**

Invoice Number: 01-13304

Invoice Date: 09/17/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 07/30/09 |
| Due Date | 10/02/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | CHARMAINE DRINNON |
| P.O. Number | |
| Case Number | 0514260/1880-0280 |
| Job No. | DA9007176C |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 5,984.4 | 508.67 |
| SUPP1100 | Supplies Binder 3-ring 1" | Each Item | 2 | 30.00 |
| SUPP1200 | Supplies Binder 3-ring 2" | Each Item | 2 | 40.00 |
| SUPP1300 | Supplies Binder 3-ring 3" | Each Item | 7 | 245.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 67.95 |

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 891.62 | Subtotal: | 891.62 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 891.62 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____         Date:_____



**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 01-13306

Invoice Date: 09/17/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| Ship Via | Delivery |
|---|---|
| Ship Agent | Delivered by Xact |
| Ship Date | 09/17/09 |
| Due Date | 10/02/09 |
| Terms | Net 15 Days |

| Contact | CHARMAINE DRINNON |
|---|---|
| P.O. Number | |
| Case Number | 0514260/1881-0280 |
| Job No. | DA9007176A |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 5,984.4 | 508.67 |
| SUPP1100 | Supplies Binder 3-ring .5" | Each Item | 3 | 30.00 |
| SUPP1300 | Supplies Binder 3-ring 3" | Each Item | 15 | 375.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 75.38 |

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 989.05 | Subtotal: | 989.05 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 989.05 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____

Date:_____



**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

# INVOICE

Invoice Number:  01-13307

Invoice Date:  09/17/09

Customer ID:  01CNA-MIDDLEB

Page:  1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX  75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 07/30/09 |
| Due Date | 10/02/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | CHARMAINE DRINNON |
| P.O. Number | |
| Case Number | 0514260/1881-0280 |
| Job No. | DA9007176D |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| IMAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 5,984.4 | 508.67 |
| SUPP1300 | Supplies Binder 3-ring 5" | Each Item | 6 | 270.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 64.24 |

Fed. Tax ID #:  43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 842.91 | Subtotal: | 842.91 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 842.91 |

*Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.*

Received and Approved By:_____     Date:_____



## XACT DATA DISCOVERY
### Because you need to know

Xact Data Discovery - Corporate Office
Phone: 913-362-8662 ext. 5112
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

# INVOICE

Invoice Number: 01-13308

Invoice Date: 09/17/09

Customer ID: 01CNA-MIDDLEB

Page: 1

Bill To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

Ship To: MIDDLEBERG RIDDLE & GIANNA
717 NORTH HARWOOD
SUITE 2400
DALLAS, TX 75201

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 09/17/09 |
| Due Date | 10/02/09 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | CHARMAINE DRINNON |
| P.O. Number | |
| Case Number | 0514260/1881-0280 |
| Job No. | DA9007176E |
| SalesPerson | 01CORP CNA NATIONAL ACC |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| MAGE1500 | 8 1/2X11 B/W Blow Backs | Each Item | 5,984.4 | 508.67 |
| SUPP1300 | Supplies Binder 3-ring 5" | Each Item | 5 | 225.00 |
| SALES TAX | SALES TAX (*8.25%) | Each Item | 1 | 60.53 |

1841-0280

3874
951164

d. Tax ID #: 43-1685216

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 794.20 |
| 0.00 | 794.20 | Invoice Discount: | 0.00 |
| | | Sales Tax: | 0.00 |
| | | Total: | 794.20 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:_____     Date:_____

# CHOICE ✓

## Professional Overnight Copy Service, Inc.

*Dept. 64*
*1881 0280*

## INVOICE

50108169

| SALESPERSON | INVOICE DATE |
|---|---|
| John H. | 09/04/09 |

**TO**

Middleberg,Riddle - Margaret
201 St. Charles Ave
Suite 3100
New Orleans, LA  70170

**SHIP TO**

APPROVED BY: *Ekoote*
DATE: *9.8.09*
G L CODES:
*095164*

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
|  | 09/04/09 |  | Net 30 | 1881-02-8 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 746 | C copies - Small Sections | 0.14 | 104.44 |
| 12 | Color 8.5X11" – Color Copies | 1.50 | 18.00 |
| 30 | Tabs - Index Tabs | 0.35 | 10.50 |
| 1 | 2" Binders | 10.90 | 10.90 |

ORIGINAL INVOICE
...se forward to ACCOUNTING DEP
...payment. Thank You!

*Pls. Pay*
*1881.*
*0280*

| | |
|---|---|
| Subtotal | 143.84 |
| Sales Tax | 12.95 |
| TOTAL | $156.79 |

Received by: _____    Date: _____

Please Send Payment to:  **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

## *Thank You*

**TERMS:** 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS
OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



**QUALITY LITIGATION SUPPORT, INC.**
214 3RD STREET, SUITE A
BATON ROUGE, LA 70801-1304
(225) 334-9327



*#1881-0280*
*Dept. 64*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/10/2009 | 97382 |

| BILL TO: | SHIP TO: |
|----------|----------|
| MIDDLEBERG, RIDDLE & GIANNA<br>450 LAUREL STREET<br>SUITE 1101<br>BATON ROUGE, LA 70801 | DANIELLE<br><br>FEMA TRAILER FORMALDAHYDE LITIGATION |

APPROVED BY: _2 Koonce_
DATE: _9.15.09_
G. L. CODES: _____
_095164_

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 30 | | 9/10/2009 | HAND DELL... | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 1,359 | BLOWBACKS | PRINTS OFF OF CD | 0.10 | 135.90 |
| 26 | Color BlowBacks | Color Prints off CD or DVD | 0.89 | 23.14 |
| 58 | CUSTOM TABS | CUSTOM TABS | 0.50 | 29.00 |
| 1 | BINDERS 1 inch | 1 INCH BINDERS | 4.00 | 4.00 |
| 2 | BINDERS 4 INCH | 4 INCH BINDERS | 12.50 | 25.00 |
| | | 9% state and city combined | 9.00% | 19.53 |

Questions concerning invoice call Stewart or Paxton 225-334-9327  TAX ID 72-1440333

**TOTAL**     $236.57



**QUALITY LITIGATION SUPPORT, INC.**
214 3RD STREET, SUITE A
BATON ROUGE, LA 70801-1304
(225) 334-9327



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/8/2009 | 97342 |

**BILL TO:**

MIDDLEBERG, RIDDLE & GIANNA
450 LAUREL STREET
SUITE 1101
BATON ROUGE, LA 70801

**SHIP TO:**

DANIELLE

FEMA TRAILER FORMALDAHYDE LITIGATION

| O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-----------|-------|-----|------|-----|--------|---------|
| | Net 30 | | 9/8/2009 | HAND DELI... | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 7,578 | BLOWBACKS | PRINTS OFF OF CD | 0.10 | 757.80T |
| 86 | Color BlowBacks | Prints off CD or DVD | 0.89 | 76.54T |
| 134 | TABS | ALPHA-NUMERIC TABS | 0.25 | 33.50T |
| 3 | BINDERS 1 inch | 1 INCH BINDERS | 4.00 | 12.00T |
| 5 | BINDERS 2 inch | 2 INCH BINDERS | 6.00 | 30.00T |
| 2 | BINDERS 3 inch | 3 INCH BINDERS | 10.50 | 21.00T |
| 3 | BINDERS 4 INCH | 4 INCH BINDERS | 12.50 | 37.50T |
| 4 | Binders 5 Inch | 5 Inch View Binder | 22.50 | 90.00T |
| | | 9% state and city combined | 9.00% | 95.25 |

APPROVED BY     EKoork
DATE     9.22.09
G. L. CODES
095764

Questions concerning invoice call Stewart or Paxton 225-334-9327  TAX ID 72-1440333

**TOTAL**     $1,153.59

Frazier & Associates Investigative Services  LLC
P.O. Box 29391
New Orleans, Louisiana 70189
Phone: (985)-863-6010 Fax: (985) 863-6078
Fed ID# 20-0480907



# Invoice

**Number**
MRG09107

**DATE**
9/8/2009

Lezly L. Petrovich, Esq.
Middleberg, Riddle & Gianna
201 St. Charles Ave. Suite 3100
New Orleans, LA 70170

RE:

FEMA Trailer Formaldehyde Products Litigation
Charlie Age v. Gulf Stream Coach
Your File No. 1881-0280

| CHARGE | Date | HRS/MILES | RATE | AMOUNT |
|---|---|---|---|---|
| FILE REACTIVATION | 09/01/2009 LF | 0.5 | 60.00 | 30.00 |
| SUBPOENA SERVICE | 09/02/2009 RF | 2.5 | 55.00 | 137.50 |
| MILEAGE | 09/02/2009 RF | 80 | 0.50 | 40.00 |
| SUBPOENA SERVICE | 09/03/2009 RF | 3.5 | 55.00 | 192.50 |
| MILEAGE | 09/03/2009 RF | 112 | 0.50 | 56.00 |
| SUBPOENA SERVICE | 09/05/2009 RF | 4 | 55.00 | 220.00 |
| MILEAGE | 09/05/2009 RF | 112 | 0.50 | 56.00 |
| WRITTEN REPORT | 09/08/2009 RF | 0.5 | 60.00 | 30.00 |

APPROVED BY
DATE
G. L. CODES

**WE APPRECIATE YOUR PROMPT PAYMENT**

# Total

762.00

**Bombet, Cashio & Associates**
11220 N. Harrell's Ferry Rd.
Baton Rouge, LA 70816

*Serving Louisiana since 1967*

Phone: 225-275-0796  Fax: 225-272-3631

# Invoice

**Invoice Number:**
403373

**Invoice Date:**
Aug 7, 2009

*Pls pay*
*1881.0280*
*Dept. 6564*

COPY

Middleberg, Riddle & Gianna
201 St. Charles Avenue
31st Floor
New Orleans, LA  70170-3100

| Case Name | Payment Terms | Our Tax ID # | Our File # |
|-----------|--------------|--------------|------------|
| FEMA Trailer | Net 30 Days | 72-1060272 | 40925 |

| Quantity | Description | Unit Price | Extension |
|----------|-------------|-----------|-----------|
| 5.50 | Process Service Hours - One Hour Minimum - includes up to 22 miles | 75.00 | 412.50 |
| | Service on Gerald Blanchard, Heath Allen, and Travis Allen | | |
| | Retainer received | | -225.00 |

*Service?*

APPROVED BY:
DATE: 8-18-09
G. L. CODES: 09564

**Billing is done bi-monthly and does not
necessarily indicate our investigation is complete.**

All files are maintained for 7 years unless we are notified by
certified mail that you would like us to keep them longer.

**TOTAL**        187.50

Minimum process service fee is one hour per paper & .45 per mile.
.5 hour charge for each additional paper to same person at same address.
Necessary weekend services billed at time and a half.
Minimum 2 hour charge on investigative assignments.

**1 1/2% Finance Charge Per Month on Unpaid Balance**