**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER FORMALDEHYDE** | § | **MDL No. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | § | |
| | § | **SECTION N(5)** |
| | § | |
| **THIS DOCUMENT IS RELATED TO:** | § | |
| *Charlie Age, et al. v. Gulfstream Coach* | § | **JUDGE ENGELHARDT** |
| *Inc. et al.,* **No. 09-2892;** | § | |
| | § | **MAG. CHASEZ** |

This document is related to:
> *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
> *Alana Alexander Individually, and on behalf of Christopher Cooper*

_____

**UNIFORM DISTRICT RULES**
**LOCAL RULE 54.3 CERTIFICATE**

I, the undersigned attorney of records for Fluor Enterprises, Inc., do hereby attest

that the costs, expenses and fees set forth in Fluor Enterprises, Inc.'s Motion to Assess

Taxable Costs, Memorandum in Support and Bill of Costs are correct and were

necessarily incurred and obtained for use in the above case.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**


BY:      s/ Charles R. Penot
          Charles R. Penot, Jr. (La. Bar No. 1530 &
          Tx. Bar No. 24062455)
          717 North Harwood, Suite 2400
          Dallas, Texas 75201
          Tel: (214) 220-6334; Fax: (214) 220-6807
          cpenot@midrid.com

*- and -*

- 2 -

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

-and-

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

    /s/ Charles R. Penot    `
    CHARLES R. PENOT, JR.

ND: 4845-8264-2437, v. 1

- 2 -