UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: N(5) |
| | LITIGATION | * | |
| | | *` | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
Alana Alexander, Individually and on behalf of Christopher Cooper

## NOTICE OF HEARING ON FLUOR ENTERPRISES, INC.'S MOTION TO HAVE COSTS TAXED

PLEASE TAKE NOTICE that defendant, Fluor Enterprises, Inc., will bring on for hearing its Motion to Assess Taxable Costs on the **24th day** of **November, 2009, at 10:00 a.m.** before Clerk of the Court, Loretta G. Whyte. This hearing requires your attendance as oral arguments will be conducted. You may participate by telephone.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     s/ Charles R. Penot

Charles R. Penot, Jr., La. Bar No. 1530 &
Texas Bar No. 24062455
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile: (214) 220-6807
cpenot@midrid.com

*-and-*

        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleáns, Louisiana 70170
        Telephone: (504) 525-7200
        Facsímile:  (504) 581-5983
        dgianna@midrid.com
        slowman@midrid.com

*-and-*

        Richard A. Sherburne, Jr., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        Telephone: (225) 381-7700
        Facsimile:  (225) 381-7730
        rsherburne@midrid.com
        smallett@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2009 I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                                  s/ Charles R. Penot
                                                  Charles R. Penot, Jr.

ND: 4830-2924-2629, v.  1