UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                                 SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the Recreation by Design bellwether trial

## ORDER

     In Pretrial Order No. 48 (Rec. Doc. 6204), this Court allowed Ms. Carrie Smith to withdraw as a bellwether plaintiff for the May 17, 2010 bellwether trial against Defendant Recreation by Design.  Accordingly,

     **IT IS ORDERED** that Ms. Earline Castanel shall replace Ms. Carrie Smith as the bellwether plaintiff for the May 17, 2010 bellwether trial against Defendant Recreation by Design.

     New Orleans, Louisiana, this 5th day of November, 2009.

                                                                **KURT D. ENGELHARDT**
                                                                **UNITED STATES DISTRICT JUDGE**