# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana



IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

Pertains to: 09-3851
Curtis Coleman, Sr., et al v. American International
Specialty Lines Insurance Company, et al

Civil Action No.    07md1873

### Summons in a Civil Action

To: *(Defendant's name and address)*
CH2M HILL Constructors, Inc.
*Through its Registered Agent for Service*
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached FIRST AMENDED complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine St.
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: August 5, 2009

B. *[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**LAMBERT & NELSON**
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE ST.
NEW ORLEANS, LA. 70130
(504) 581-1750

FEMA - Curtis Coleman, Sr. v. AISLIC - MAE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) CT Corporation System 5615 Corporate Blvd  C. Date of Delivery |
| 1. Article Addressed to:<br>CH2M HILL Constructors, Inc.<br>through<br>CT Corporation System<br>5615 Corporate Blvd., Ste 400B<br>Baton Rouge, LA 70808 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7008 1830 0001 1683 5467 | |

PS Form 3811, February 2004    Domestic Return Receipt    SEP 01 REC'D  102595-02-M-1540