# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION )
)
) Civil Action No. 07md1873
Pertains to: 09-3851 )
Curtis Coleman, Sr., et al v. American International )
Specialty Lines Insurance Company, et al )

### Summons in a Civil Action

To: *(Defendant's name and address)*
American International Specialty Lines Insurance Co.
*Through the Secretary of State*
State of Louisiana
8585 Archives Ave
Baton Rouge, Louisiana 70809

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached FIRST AMENDED complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine St.
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date:  August 5, 2009

*B. Gregory*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

Date: _____

                                                             Server's signature

                                                             Printed name and title

                                                             Server's address

UNITED STATES POSTAL SERVICE
BATON ROUGE
LA 708
28 AUG 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAMBERT & NELSON
PROFESSIONAL LAW CORPORATION
701 MAGAZINE ST.
NEW ORLEANS, LA. 70130
(504) 581-1750

FEMA - Curtis Coleman, Sr. v. AISLIC (Amending) MAE

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American International Specialty
Lines Insurance Company
through Louisiana Secretary
of State
8585 Archives Ave.
Baton Rouge, LA 70809

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  W Hebert
☐ Agent
☐ Addressee

B. Received by (Printed Name)  Wendi Hebert
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7008 1830 0001 1683 5481

PS Form 3811, February 2004   Domestic Return Receipt   AUG 3 1 REC'D   102595-02-M-1540