# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

| Kenneth Nickelson, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-4709** |
| Dutch Housing, Inc. d/b/a Champion Homes | ) | |
| Defendant | ) | |

Summons in a Civil Action

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

Dutch Housing, Inc. d/b/a Champion Homes
The Corporation Company
30600 Telegraph Road Ste. 2345
Bingham Farms, MI 48025

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   Aug 06 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Dutch Housing, Inc. d/b/a Champion Homes
The Corporation Company
30600 Telegraph Road Ste. 2345
Bingham Farms, MI 48025

RE:   Service for Kenneth Nickelson, et al. v. Dutch Housing, Inc. d/b/a Champion Homes, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4709, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Dutch Housing, Inc. d/b/a Champion Homes. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





RECEIVED
SEP 0 1 2009
WATTS GUERRA CRAFT - MT

WATTS GUERRA CRAFT LLP
2506 NORTH PORT AVE.
CORPUS CHRISTI, TEXAS 78401



Home | Help | Sign In

Track & Confirm         FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1680 0002 4967 1525**

There is no record of this item.

**Why Are You Receiving This Message?**

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Dutch Housing, Inc. d/b/a Champion Homes</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70091680000249671525, Sent 8/21/2009, Received . Registered Agent: The Corporation Company 30600 Telegraph Road Ste. 2345 Bingham Farms, MI 48025</u>


My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>10/30/2009</u>

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address