# UNITED STATES DISTRICT COURT
for the

## USDC Southern District of Mississippi

| | |
|---|---|
| Jamie Lee, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09cv569HSO-JMR |
| Dutch Housing, Inc. d/b/a Champion Homes | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Dutch Housing, Inc. d/b/a Champion Homes
The Corporation Company
30600 Telegraph Road Ste. 2345
Bingham Farms, MI 48025

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN, CLERK

Porfi Stokes
Name of clerk of court

P. Stokes
Deputy clerk's signature

Date: 8/6/09

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free     2506 N. Port Avenue     Mikal C. Watts, P.C.
info@fematrailerlitigation.com     Corpus Christi, TX 78401     Robert Hilliard, L.L.P.

August 20, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Dutch Housing, Inc. d/b/a Champion Homes
The Corporation Company
30600 Telegraph Road Ste. 2345
Bingham Farms, MI 48025

RE:     Service for Jamie Lee, et al. v. Dutch Housing, Inc. d/b/a Champion Homes, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 1:09-cv-569 HSO JMR, in the USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Dutch Housing, Inc. d/b/a Champion Homes. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures







RECEIVED
SEP 01 2009
WATTS GUERRA CRAFT - MI

WATTS GUERRA CRAFT LLP
2506 NORTH PORT AVE.
CORPUS CHRISTI, TEXAS 78401

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

Sender: Please print your name, address, and ZIP+4 in this box



Home | Help | Sign In

Track & Confirm  FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1680 0002 4967 1563**

There is no record of this item.

**Why Are You Receiving This Message?**

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

**Track & Confirm**
Enter Label/Receipt Number.



Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Dutch Housing, Inc. d/b/a Champion Homes</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70091680000249671563, Sent 8/21/2009, Received . Registered Agent:  The Corporation Company 30600 Telegraph Road Ste. 2345 Bingham Farms, MI 48025</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>10/30/2009</u>

                                                                     *Wynter Lee* (signature)
                                                                     Server's signature

                                                    Wynter Lee - Mass Tort Coordinator
                                                                     Printed name and title

                                              2506 N. Port Ave. Corpus Christi, TX 78401
                                                                     Server's address