# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| | |
|---|---|
| Amanda Williams, et al. | ) |
| Plaintiff | ) |
| v. | )  Civil Action No. **09-4710** |
| Dutchmen Manufacturing, Inc. | )  **SECT. N MAG. 5** |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Dutchmen Manufacturing, Inc.
C T Corporation System
251 E. Ohio Street Suite 1100
Indianapolis, IN 46204


A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Aug 06 2009__          _____
                                Deputy clerk's signature


(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 28, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Dutchmen Manufacturing, Inc.
CT Corporation System
251 E. Ohio Street Ste 1100
Indianapolis, IN 46204

RE:   Service for Amanda Williams, et al. v. Dutchmen Manufacturing, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4710, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Dutchmen Manufacturing, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures

```
                    CORPUS CHRISTI, Texas
                         784690703
                       4879830409-0098
          08/28/2009  (888)275-8777   02:16:08 PM
          ================================================
          ================ Sales Receipt ================
          Product            Sale Unit        Final
          Description         Qty  Price      Price

          INDIANAPOLIS IN                     $2.07
          46204 Zone-6
          First-Class Large
          Env
          8.00 oz.
          Return Rcpt (Green                  $2.30
          Card)
          Certified                           $2.80
          Label #:       70081830000114997501
          Customer Postage                   -$7.34
           Subtotal:                           $0.00
                                          ==========
          Total:                              $0.00

          Paid by:

          Order stamps at USPS.com/shop or
          call 1-800-Stamp24.  Go to
          USPS.com/clicknship to print
          shipping labels with postage.  For
          other information call
          1-800-ASK-USPS.
```



U.S. Postal Service
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.07 | 0409 |
| Certified Fee | $2.80 | 05  Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total | | |

Sent To: Dutchmen Manufacturing, Inc.
CT Corporation System
251 E. Ohio Street Ste 1100
Indianapolis, IN 46204
ID#857

7008 1830 0001 1499 7501

PS Form 3800, August 2006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dutchmen Manufacturing, Inc.
   CT Corporation System
   251 E. Ohio Street Ste 1100
   Indianapolis, IN 46204
   ID#857   239992

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name): Terry L. Wood    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   FEMA Service   AUG 3 1 2009

3. Service Type USPS
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7008 1830 0001 1499 7501

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Dutchmen Manufacturing, Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70081830000114997501, Sent 8/28/2009, Received 8/31/2009. Registered Agent: CT Corporation System 251 E. Ohio Street Ste 1100 Indianapolis, IN 46204</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>10/29/2009</u>

                                        */s/ Wynter Lee*
                                        Server's signature

                              Wynter Lee - Mass Tort Coordinator
                                        Printed name and title

                            2506 N. Port Ave. Corpus Christi, TX 78401
                                        Server's address