MINUTE ENTRY
ENGELHARDT, J.
November 5, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                 SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

   A telephone status conference was conducted on Thursday, November 5, 2009, at 10:00 a.m. Participating were Justin I. Woods, Linda J. Nelson, M. David Kurtz, Randall C. Mulcahy, Henry T. Miller and Tara Todd.

JS10(00:30)