# UNITED STATES DISTRICT COURT
for the

## USDC Southern District of Mississippi

| Lisa Burrows, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09cv571 HSO-JMR |
| Fleetwood Enterprises, Inc. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Fleetwood Homes of North Carolina, Inc.
C T Corporation System
225 Hillsborough Street
Raleigh, NC 27603


A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN, CLERK

Porfi Stokes
Name of clerk of court

P. Stokes
Deputy clerk's signature

Date: 8/6/09


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free      2506 N. Port Avenue     Mikal C. Watts, P.C.
info@fematrailerlitigation.com     Corpus Christi, TX 78401     Robert Hilliard, L.L.P.

August 20, 2009

**<u>Via Certified Mail - Return Receipt Requested & Regular Mail</u>**
Fleetwood Homes of North Carolina, Inc.
C T Corporation System
225 Hillsborough Street
Raleigh, NC 27603

RE:    Service for Lisa Burrows, et al. v. Fleetwood Enterprises, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 1:09-cv-571 HSO JMR, in the USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Fleetwood Homes of North Carolina, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Fleetwood Homes of North Carolina, Inc.</u> by:

 (1) personally delivering a copy of each to the individual at this place, _____

_____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other (specify) <u>Certified mail return receipt requested #70091680000249671327, Sent 8/21/2009, Received 8/25/2009.  Registered Agent:  C T Corporation System 225 Hillsborough Street  Raleigh, NC 27603</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>10/29/2009</u>

                 *Wynter Lee*
                 Server's signature

              Wynter Lee - Mass Tort Coordinator
                Printed name and title

             2506 N. Port Ave. Corpus Christi, TX 78401
                Server's address