AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

**CORNELIUS O'NEIL GOULD, et als.**

Plaintiff

v.

**LIBERTY HOMES, INC.,**
**SHAW ENVIRONMENTAL, INC.,**
**FLUOR ENTERPRISES, INC.,**
**CH2M HILL CONSTRUCTORS, INC.**
**and**
**UNITED STATES OF AMERICA through**
**the Federal Emergency Management Agency**

Defendant

Civil Action No.  09-508-JVP-SCR

**Summons in a Civil Action**

To: *(Defendant's name and address)*
  **Federal Emergency Management Agency**
  **Through the Office of the Director**
  **Administrator of FEMA**
  **500 C Street S.W.**
  **Washington, D.C.  20472**

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
  **Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
  **8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio

Name of clerk of court

Beth Perry

Date:  **July 29, 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **USA through FEMA**
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **See US mail, certified card** _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: **11/5/09** _____

_____
Server's signature

_____
Printed name and title

Law Offices of
**SIDNEY D. TORRES, III**
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

_____
Server's address

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Federal Emergency Management Agency
Through the Office of the Director
Administrator of FEMA
500 C Street S.W.
Washington, D.C. 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature **CRDS RECEIVING**
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  8-12-09

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:         ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service la...    7006 2760 0002 3205 4712

102595-02-M-1540