UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873**<br>**SECTION N MAG. 5** |
| | **JUDGE ENGELHARDT**<br>**MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:**<br>*Bauer, et al v. Liberty Homes, Inc., et al.*<br>*No. 08-5031* | |
| | **JURY DEMANDED** |

**ORDER ON PLAINTIFF RODNEY DUBOSE'S NOTICE OF**
**VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff RODNEY DUBOSE's Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT