**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE PRODUCTS                        SECTION N MAG. 5
LIABILITY LITIGATION


                                            **JUDGE ENGELHARDT**
                                            **MAGISTRATE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Bauer, et al v. Liberty Homes, Inc., et al.*
*No. 08-5031*

                                            **JURY DEMANDED**

**PLAINTIFF CAROLINE BAILEY'S NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come the following Plaintiff

herein, CAROLINE BAILEY, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without

prejudice, of her claims asserted against the Defendant Gulf Stream Coach, Inc. in the

Complaint previously filed in this matter.

                              Respectfully submitted,

                               /s/ Robert C. Hilliard
                              _____
                              **ROBERT C. HILLIARD**
                              **Trial Attorney in Charge for Plaintiffs**
                              Texas State Bar No. 09677700
                              Southern District of TX Federal ID No.  5912
                              Kevin W. Grillo, Of Counsel
                              Texas State Bar No. 08493500
                              Southern District of TX Federal ID No. 4647
                              ROBERT C. HILLIARD, L.L.P.
                              719 S. Shoreline Boulevard, Suite 500
                              Corpus Christi, Texas 78401
                              Telephone:  (361) 882-1612
                              Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.


/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**