**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

*IN RE: FEMA TRAILER*                    **MDL NO. 1873**
*FORMALDEHYDE PRODUCTS*                  **SECTION N MAG. 5**
*LIABILITY LITIGATION*


                                         **JUDGE ENGELHARDT**
                                         **MAGISTRATE CHASEZ**

*THIS DOCUMENT IS RELATED TO:*
*Bauer, et al v. Liberty Homes, Inc., et*
*al.*
*No. 08-5031*
                                         **JURY DEMANDED**

<u>**ORDER ON PLAINTIFFS', TRACY BENNETT, AS NEXT FRIEND OF HARLEIGH**
**BENNETT, A MINOR AND TRACY BENNETT, AS NEXT FRIEND OF TYLER**
**BENNETT, A MINOR, NOTICE OF VOLUNTARY DISMISSAL WITHOUT**
**PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**</u>

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Tracy Bennett, Tracy Bennett, as Next

Friend of Harleigh Bennett, a Minor, and Tracy Bennett, as Next Friend of Tyler Bennett,

a Minor, Notice of Voluntary Dismissal Without Prejudice is hereby, and in all things

GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.


                              _____
                              HONORABLE KURT ENGELHARDT