OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV -4  PM 3: 46

LORETTA G. WHYTE
CLERK

Date: November 3, 2009

George Basile, Jr., et al

vs.

Fluor Enterprises, Inc., et al

Case No. 09-6276  Section "N"(5)

Dear Sir:

Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc., through its registered agent
   (address) Corporation Service Company, 320 Somerulos Street
              Baton Rouge, LA 70802-6129

2. (name) American International Specialty Lines
   (address) Through LA Secretary of State, 8585 Archives Ave.
              Baton Rouge, LA 70809

3. (name) Starr Excess Liability Insurance Company, Ltc.
   (address) Through its CEO, 175 Water Street, 19th Floor
              New York, NY 10038

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 610 Baronne Street
        New Orleans, LA 70113

Fee ____
✓ Process ____
X Dktd ____
__ CtRmDep ____
__ Doc. No. ____