OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV -4  PM 3: 46

LORETTA G. WHYTE
CLERK

Date: November 3, 2009

Yvonne Weaver

vs.

Fluor Enterprises, Inc., et al

Case No. 09-6275   Section "N"(5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc., through its registered agent
   (address) Corporation Service Company, 320 Somerulos Street
   Baton Rouge, LA 70802-6129

2. (name) American International Specialty Lines
   (address) Through LA Secretary of State, 8585 Archives Ave.
   Baton Rouge, LA 70809

3. (name) Lexington Insurance Company
   (address) Through LA Secretary of State, 8585 Archives Ave.
   Baton Rouge, LA 70809

4. (name) Insurance Company of the State of Pennsylvania
   (address) Through LA Secretary of State, 8585 Archives Ave.
   Baton Rouge, LA 70809

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 610 Baronne Street
New Orleans, LA 70113

___ Fee
_X_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.