OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV -4  PM 3: 45

LORETTA G. WHYTE
CLERK

Date:  November 3, 2009

Kay Perera
vs.

Stewart Park Homes, Inc., et al

Case No.  09-6282  Section "N" (5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc., through its registered agent
   (address) Corporation Service Company, 320 Somerulos Street
   Baton Rouge, LA 70802-6129

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 610 Baronne Street
New Orleans, LA 70113

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____