**Johnson, Ryan**

| | |
|---|---|
| **From:** | Justin Woods [jwoods@gainsben.com] |
| **Sent:** | Thursday, November 05, 2009 12:59 PM |
| **To:** | Johnson, Ryan |
| **Cc:** | Gerald E. Meunier; Percy, James; Barrios, Gerardo; Bass, Wade; Dinnell, Adam (CIV); Miller, Henry (CIV); Fischer, Madeleine |
| **Subject:** | Re: Formaldehyde Litigation--Bellwether selection for July 2010 trial |

Ryan

I do not recall that as being the Court's instruction. Furthermore, the reality is that we will never reach a consensus.

Justin I. Woods

On Nov 5, 2009, at 12:55 PM, "Johnson, Ryan" <rjohnson@joneswalker.com> wrote:

> Justin:
>
> As to the issue of objections, that's not what the Court envisioned for this process. The Court expected us to discuss the candidates--their positives and negatives--and to try to reach a concensus. If plaintiffs simply say to defendants, we object to your nominees but won't discuss why, its difficult to see how we will ever be able to reach a concensus. We've provided you with explanation of our objections to your candidate. We simply ask that you do the same in advance of tomorrow's deadline so we have an opportunity to consider your position.

11/5/2009

**EXHIBIT 1**