UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                                              JUDGE ENGELHARDT
                                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
Member Case No. 09 - 3891
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATION

I, **David L. McGraw**, residing at 5212 Dauphine Street, New Orleans, Louisiana 70117, have been advised by attorneys associated with the Plaintiff's Steering Committee that my trial against defendants Keystone RV Company, CH2MHILL Constructors, Inc. and the United States Government through the Federal Emergency Management Agency (FEMA) will commence **July 19, 2010**. I have been advised that the trial may last **two weeks**, and that my pretrial attendance at one or more medical evaluations and my deposition **will be required**. I certify that I am **ready, willing and able to be a bellwether trial plaintiff**. Furthermore, I understand I may be required by the Court **to dismiss my claims** in the event I later decide to not go forward after being selected as trial plaintiff.

Dated: 11/04/09

Name: David McGraw    (print legibly or type out name)

Signature: David McGraw

**EXHIBIT 2**