UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CH2M HILL CONSTRUCTORS, INC.'S
### NOMINATION AND OBJECTIONS
### REGARDING BELLWETHER TRIAL CANDIDATES

**NOW INTO COURT,** through undersigned counsel, comes defendant CH2M HILL Constructors, Inc. ("CH2M HILL"), which, pursuant to Pretrial Order No. 46 (Rec. Doc. 5744), hereby submits its nomination and objections regarding the parties' bellwether trial plaintiff candidates for the July 19, 2010 trial involving Keystone RV Company ("Keystone"), CH2M HILL, and the United States of America.

CH2M HILL has nominated **David L. McGraw**. As required by this Court, Mr. McGraw has submitted a signed Certification that he is ready, willing, and able to participate in the July 2010 bellwether trial.[1] Keystone has also suggested Mr. McGraw among its proposed bellwether candidates in its Report Concerning Bellwether Trial Candidates filed today. The United States does not object to Mr. McGraw.

---

[1] A copy of Mr. McGraw's Certification that he his available for trial is attached hereto as Exhibit "1." Because of personal identifying information contained therein and associated privacy issues, Mr. McGraw's Plaintiff Fact Sheet is not attached to this pleading, but will be separately submitted to Judge Engelhardt's chambers.

1

For the reasons set forth below, CH2M HILL respectfully submits that (1) this Court should select Mr. McGraw as the bellwether trial plaintiff and (2) plaintiffs' proposed candidate, John Edinburgh, would not be an appropriate bellwether plaintiff. Alternatively, in the event this Court is not inclined to select Mr. McGraw as the bellwether trial plaintiff, CH2M HILL does not object to the additional candidates proposed by Keystone, namely, **Kenneth Risch**, **Paul Lastrapes**, and **Jonah Stevenson**.

A. **David L. McGraw Would Be an Excellent Bellwether Plaintiff.**

**David L. McGraw** is a 46-year old who is employed as a restaurant cook. Among the reasons why this Court should select Mr. McGraw as the bellwether trial plaintiff are the following:

(1) In stark contrast to plaintiffs' proposed candidate, Mr. McGraw is a current smoker.[2] This Court has clearly expressed its preference that the Keystone bellwether trial should include a smoker bellwether plaintiff given that a high percentage of claimants in the plaintiff pool were smokers. Indeed, this Court deliberately selected smokers (Diana Bell and Raymond Bell, III) as the original and substitute Keystone bellwether plaintiffs before their claims were dismissed with prejudice. CH2M HILL agrees with the Court that it is critically important for purposes of the bellwether trial process to have a smoker as a bellwether plaintiff. None of the other currently scheduled bellwether trials include a smoker bellwether plaintiff. Mr. McGraw's circumstances would thus be appropriately representative of a large number of existing plaintiffs.

(2) The symptoms, illnesses and diseases Mr. McGraw identified on his Plaintiff Fact Sheet (sinus problems, headaches, nausea, abdominal pain, diarrhea, shortness of breath,

---

[2]  *See* Plaintiff Fact Sheet of David L. McGraw, at 12.

coughing, allergies, and fear of cancer)[3] are reasonably typical of the claimants in the plaintiff pool. As such, Mr. McGraw would be appropriately representative of the plaintiff pool.

(3) Mr. McGraw claims in his Plaintiff Fact Sheet that (a) he never suffered the identified illnesses or diseases prior to living in the FEMA trailer; (b) his use of the FEMA trailer did not worsen a condition that he previously had; and (c) he had no family history of similar or related diseases.[4] As a result, Mr. McGraw's medical condition will lead to a more reliable causation analysis.

(4) Mr. McGraw has signed the Certification required by this Court affirming that he is ready, willing, and able to serve as the bellwether plaintiff for the July 2010 trial.[5]

(5) Because Mr. McGraw lived alone in his FEMA trailer, there will be no other claimants whose trials would involve the same trailer.

(6) Mr. McGraw is now being proposed by both CH2M HILL and Keystone (as one the proposed candidates in its Report Concerning Bellwether Trial Candidates), and is not objected to by the United States.

Plaintiffs objected to Mr. McGraw without explanation. Despite repeated requests, plaintiffs steadfastly refused to provide any reasons – general, specific or otherwise – for their objections to Mr. McGraw so as allow meaningful discussions and, indeed, declined to engage in substantive negotiations regarding Mr. McGraw.

---

[3] *See id.* at 3-4.

[4] *See id.* at 4, 8.

[5] *See* Certification of David L. McGraw (Nov. 4, 2009) (Exh. "1").

**B.     Plaintiffs' Proposed Candidate, John Edinburgh, Would Not Be an Appropriate Bellwether Plaintiff.**

Plaintiffs' proposed candidate, John Edinburgh, is a 59-year old retiree. Among the reasons why Mr. Edinburgh would <u>not</u> be an appropriate bellwether plaintiff are the following:

(1)     Mr. Edinburg is not a smoker. As noted above, this Court has repeatedly expressed its preference that the Keystone bellwether trial should include a smoker bellwether plaintiff inasmuch as smokers represent a significant segment of the total plaintiff population. No other currently scheduled bellwether trial includes a smoker bellwether plaintiff. Mr. Edinburgh's circumstances would thus not be appropriately representative of the large percentage of existing plaintiffs who are smokers.

(2)     Mr. Edinburgh's Plaintiff Fact Sheet is deficient on its face inasmuch as it does not list the FEMA trailer manufacturer, the VIN number, the FEMA Identification number, or the Bar Code / FEMA housing unit number. Although plaintiffs' counsel have represented that Mr. Edinburg is an eligible plaintiff and have provided his unit's VIN number by email, they have not provided an updated Plaintiff Fact Sheet.

(3)     Mr. Edinburgh has significant medical problems that existed before he moved into his FEMA trailer. Mr. Edinburgh's prescription drug history, a copy of which is attached to his Plaintiff Fact Sheet, indicates that he has high blood pressure, diabetes, and emotional problems, all of which predate living in the FEMA trailer. These medical problems are unusual and not representative of the claimants' conditions in the plaintiff pool. In addition, these medical problems will likely confound the causation analysis and confuse the jury.

(4)     Many of Mr. Edinburgh's medications can produce symptoms similar to those he associates with living in the FEMA trailer. For example, the records show he took Prinivil before and during the time he lived in his FEMA trailer. This drug can cause side effects like

diarrhea, dizziness, headaches, and skin rashes. Similarly, Metaformin, a medication Edinburgh takes for diabetes, can cause diarrhea, indigestion, abdominal discomfort, and headaches. In addition, Hydroxyzine PAM, a drug used to treat anxiety and nervousness, can cause drowsiness, blurred vision, and headaches. Mr. Edinburgh complains of all these symptoms in his Plaintiff Fact Sheet.

(5) According to plaintiffs' counsel, Mr. Edinburgh's FEMA trailer was tested at least three times. The first test purportedly resulted in a formaldehyde concentration level of 2400 ppb or 2.4 ppm. Simply put, such a test result is highly suspect. Because this result is so much higher than other tests taken in the FEMA trailers, it suggests a problem with the test procedure itself. Furthermore, the three different test results will confuse the jury as they will likely find it impossible to determine the precise formaldehyde level to which Mr. Edinburgh was allegedly exposed. Accordingly, Mr. Edinburgh is not representative and would not be an appropriate bellwether trial plaintiff.

C. **Alternatively, CH2M HILL Does Not Object to the Additional Candidates Proposed by Keystone: Kenneth Risch, Paul Lastrapes, and Jonah Stevenson.**

Keystone nominated **Kenneth Risch**, **Paul Lastrapes,** and **Jonah Stevenson**. Mr. Risch has submitted a signed Certification that he is ready, willing and able to participate in the trial, but plaintiffs' counsel have not obtained a Certification from Mr. Stevenson, stating that "Jonah Stevenson will not sign a certification because he does not live in Louisiana at this time." Plaintiffs' counsel refused to contact Mr. Lastrapes to request the Certification required by this Court. The United States does not object to Messrs. Risch, Lastrapes or Stevenson.

In the event this Court is not inclined to select Mr. McGraw, CH2M HILL does not object to the additional candidates proposed by Keystone. In support of Messrs. Risch, Lastrapes

5

or Stevenson as bellwether plaintiff candidates, CH2M HILL hereby adopts the reasons set forth in Keystone's Report Concerning Bellwether Trial Candidates filed today.

## CONCLUSION

For the foregoing reasons, CH2M HILL respectfully urges this Court to select **David L. McGraw** as the bellwether trial plaintiff for the Keystone / CH2M HILL / FEMA trial scheduled for July 19, 2010, and to reject plaintiffs' candidate, John Edinburgh. Alternatively, in the event this Court does not select Mr. McGraw, CH2M HILL does not object to the additional candidates proposed by Keystone, namely, **Kenneth Risch**, **Paul Lastrapes**, and **Jonah Stevenson**.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


 /s/  Gerardo R. Barrios
Danny G. Shaw (Bar No. 11977)
Gerardo R. Barrios (Bar No. 21223)
Wade M. Bass (Bar No. 29081)
Sandra Varnado (Bar No. 30775)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
dshaw@bakerdonelson.com
gbarrios@bakerdonelson.com
wbass@bakerdonelson.com
svarnado@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of November, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

        /s/ Gerardo R. Barrios
     GERARDO R. BARRIOS