UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
Member Case No. 09-2955

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATION

I, **John L. Edinburgh**, residing at 1920 Congress Street, New Orleans, Louisiana 70117, have been advised by attorneys associated with the Plaintiffs' Steering Committee that my trial against defendants Keystone RV Company, CH2MHILL Constructors, Inc. and the United States Government through the Federal Emergency Management Agency (FEMA) will commence **July 19, 2010**. I have been advised that the trial may last **two weeks**, and that my pretrial attendance at one or more medical evaluations and my deposition **will be required**. I certify that I am **ready, willing and able to be a bellwether trial plaintiff**. Furthermore, I understand I may be required by the Court **to dismiss my claims** in the event I later decide to not go forward after being selected as trial plaintiff.

Dated: 11-4-2009
Name: John L. Edinburgh (print legibly or type out name)
Signature: John L. Edinburgh

PLAINTIFF'S EXHIBIT
A IN GLOBO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
Member Case No. 09-5389

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATION

I, **Kenneth G. Risch**, residing at 11244 Soap Road, Hammond, Louisiana 70403, have been advised by attorneys associated with the Plaintiffs' Steering Committee that my trial against defendants Keystone RV Company, CH2MHILL Constructors, Inc. and the United States Government through the Federal Emergency Management Agency (FEMA) will commence **July 19, 2010**. I have been advised that the trial may last **two weeks**, and that my pretrial attendance at one or more medical evaluations and my deposition **will be required**. I certify that I am **ready, willing and able to be a bellwether trial plaintiff**. Furthermore, I understand I may be required by the Court **to dismiss my claims** in the event I later decide to not go forward after being selected as trial plaintiff.

Dated: 11-5-09

Name: Kenny Risch  (print legibly or type out name)

Signature: Kenny Risch

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　SECTION "N-5"

　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
Member Case No. 09 - 3871
*****************************************************

## CERTIFICATION

I, **David L. McGraw**, residing at 5212 Dauphine Street, New Orleans, Louisiana 70117, have been advised by attorneys associated with the Plaintiffs Steering Committee that my trial against defendants Keystone RV Company, CH2MHILL Constructors, Inc. and the United States Government through the Federal Emergency Management Agency (FEMA) will commence **July 19, 2010**. I have been advised that the trial may last **two weeks**, and that my pretrial attendance at one or more medical evaluations and my deposition **will be required**. I certify that I am **ready, willing and able to be a bellwether trial plaintiff**. Furthermore, I understand I may be required by the Court **to dismiss my claims** in the event I later decide to not go forward after being selected as trial plaintiff.

Dated: 11/04/09

Name: David McGraw　　(print legibly or type out name)

Signature: David McGraw