**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Thursday, November 05, 2009 1:02 PM |
| **To:** | 'jwoods@gainsben.com'; 'jpercy@joneswalker.com'; 'rjohnson@joneswalker.com'; 'gmeunier@gainsben.com' |
| **Cc:** | 'gbarrios@bakerdonelson.com'; 'wbass@bakerdonelson.com'; Dinnell, Adam (CIV); 'mfischer@joneswalker.com'; 'tgilbreath@gainsben.com'; 'Linda@lambertandnelson.com' |
| **Subject:** | Re: Formaldehyde Litigation--Bellwether selection for July 2010 trial |

Justin,

I am not suggesting that when you talk to persons you are culling, but by only agreeing to talk to one of two additional persons you are narrowing potential person defendants can offer as bellwether plaintiff.

Henry T Miller
Senior Trial Coinsel
US Dept of Justice
1331 Penn. Ave., NW
Rm. 8220-N
Washington, D.C. 20004
(202) 616-4223
Henry.Miller@USDOJ.Gov

---

**From:** Justin Woods <jwoods@gainsben.com>
**To:** Miller, Henry (CIV); jpercy@joneswalker.com <jpercy@joneswalker.com>; rjohnson@joneswalker.com <rjohnson@joneswalker.com>; Gerald E. Meunier <gmeunier@gainsben.com>
**Cc:** gbarrios@bakerdonelson.com <gbarrios@bakerdonelson.com>; wbass@bakerdonelson.com <wbass@bakerdonelson.com>; Dinnell, Adam (CIV); mfischer@joneswalker.com <mfischer@joneswalker.com>; Tara Gilbreath <tgilbreath@gainsben.com>; Linda Nelson <Linda@lambertandnelson.com>
**Sent:** Thu Nov 05 12:50:33 2009
**Subject:** RE: Formaldehyde Litigation--Bellwether selection for July 2010 trial

Henry,

If that is your position, please contact the Court and let me know when a conference call is scheduled. It is not a culling procedure – we contacted and talked with defense pick Mr. McGraw. If we were to be culling, we would have dissuaded Mr. McGraw from certifying because we object to his selection.

Justin.

**DEFENDANT'S EXHIBIT 1**

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Thursday, November 05, 2009 11:49 AM
**To:** Justin Woods; jpercy@joneswalker.com; rjohnson@joneswalker.com; Gerald E. Meunier
**Cc:** gbarrios@bakerdonelson.com; wbass@bakerdonelson.com; Dinnell, Adam (CIV); mfischer@joneswalker.com
**Subject:** Re: Formaldehyde Litigation--Bellwether selection for July 2010 trial

Justin,

PSC requested and proposed the certification process. To now assert or complain that you are unable to conduct necessary meet and confer with clients defendants propose as bellwether plaintiffs is unacceptable to US. If need be we can ask court for extension of deadline, but use of certification process to allow PSC to cull defendants potential selections is simply unfair. Again I would ask that you contact both persons offered up as a result of assertion you cannot contact one of Defendants selection.

1

Henry T Miller
Senior Trial Coinsel
US Dept of Justice
1331 Penn. Ave., NW
Rm. 8220-N
Washington, D.C. 20004
(202) 616-4223
Henry.Miller@USDOJ.Gov

---

**From:** Justin Woods <jwoods@gainsben.com>
**To:** Percy, James <jpercy@joneswalker.com>; Miller, Henry (CIV); Johnson, Ryan <rjohnson@joneswalker.com>; Gerald E. Meunier <gmeunier@gainsben.com>
**Cc:** gbarrios@bakerdonelson.com <gbarrios@bakerdonelson.com>; wbass@bakerdonelson.com <wbass@bakerdonelson.com>; Dinnell, Adam (CIV); Fischer, Madeleine <mfischer@joneswalker.com>
**Sent:** Thu Nov 05 12:31:38 2009
**Subject:** RE: Formaldehyde Litigation--Bellwether selection for July 2010 trial

I appreciate that but I do not want to get into hot water with the Judge if the candidate later says "I was at work and I wasn't really paying attention to what my lawyers were saying." It really requires a face to face meeting.

---

**From:** Percy, James [mailto:jpercy@joneswalker.com]
**Sent:** Thursday, November 05, 2009 11:27 AM
**To:** Justin Woods; Miller, Henry (CIV); Johnson, Ryan; Gerald E. Meunier
**Cc:** gbarrios@bakerdonelson.com; wbass@bakerdonelson.com; Dinnell, Adam (CIV); Fischer, Madeleine
**Subject:** RE: Formaldehyde Litigation--Bellwether selection for July 2010 trial

We will accept a verbal certification. I completely trust you and Jerry to fully explain everything.

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Thursday, November 05, 2009 11:24 AM
**To:** Miller, Henry (CIV); Percy, James; Johnson, Ryan; Gerald E. Meunier
**Cc:** gbarrios@bakerdonelson.com; wbass@bakerdonelson.com; Dinnell, Adam (CIV); Fischer, Madeleine
**Subject:** RE: Formaldehyde Litigation--Bellwether selection for July 2010 trial

Henry,

It is almost impossible to get that done by this evening. We will not contact both. In order to make sure that the individual understands what they are signing up for, I call them in for a face to face meeting so that we are clear about their responsibilities and then get them to sign a certification. It all depends upon their schedule and most times the individuals work day jobs.

Justin.

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Thursday, November 05, 2009 11:18 AM
**To:** Justin Woods; jpercy@joneswalker.com; rjohnson@joneswalker.com; Gerald E. Meunier
**Cc:** gbarrios@bakerdonelson.com; wbass@bakerdonelson.com; Dinnell, Adam (CIV); mfischer@joneswalker.com
**Subject:** Re: Formaldehyde Litigation--Bellwether selection for July 2010 trial

Justin,

Please contact both. We cannot contact and I think it is reasonable for PSC contact both given that certification is matter solely within control of PSC.

2

Thanks,

Henry
Henry T Miller
Senior Trial Coinsel
US Dept of Justice
1331 Penn. Ave., NW
Rm. 8220-N
Washington, D.C. 20004
(202) 616-4223
Henry.Miller@USDOJ.Gov

---

**From:** Justin Woods <jwoods@gainsben.com>
**To:** Percy, James <jpercy@joneswalker.com>; Johnson, Ryan <rjohnson@joneswalker.com>; Gerald E. Meunier <gmeunier@gainsben.com>
**Cc:** Barrios, Gerardo <gbarrios@bakerdonelson.com>; Bass, Wade <wbass@bakerdonelson.com>; Dinnell, Adam (CIV); Miller, Henry (CIV); Fischer, Madeleine <mfischer@joneswalker.com>
**Sent:** Thu Nov 05 12:07:45 2009
**Subject:** RE: Formaldehyde Litigation--Bellwether selection for July 2010 trial

Jimmy. Jonah Stevenson will not sign a certification because he does not live in Louisiana at this time. If I am to accept your argument that the parties should be allowed to substitute, I would be willing only to contact one additional candidate as substitution for Stevenson. Which one will it be?

---

**From:** Percy, James [mailto:jpercy@joneswalker.com]
**Sent:** Thursday, November 05, 2009 11:04 AM
**To:** Justin Woods; Johnson, Ryan; Gerald E. Meunier
**Cc:** Barrios, Gerardo; Bass, Wade; Dinnell, Adam (CIV); Miller, Henry (CIV); Fischer, Madeleine
**Subject:** RE: Formaldehyde Litigation--Bellwether selection for July 2010 trial

Justin. Let's be clear. Under the court's order (and the discussion in court), the parties were to have a continuing discussion and, if you were unable to get a certification from our selection, we were to offer additional candidates. That is what we have done, as the court instructed. We have been waiting for you to let us know if Jonah Stevenson would certify and you have yet to tell us. He was Keystone's candidate, and, assuming you cannot obtain a certification, we have now offered substitutes. Please do what the court instructed and contact the two new candidates and let us know. Thanks.

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Thursday, November 05, 2009 10:58 AM
**To:** Johnson, Ryan; Gerald E. Meunier
**Cc:** Percy, James; Barrios, Gerardo; Bass, Wade; Dinnell, Adam (CIV); Miller, Henry (CIV); Fischer, Madeleine
**Subject:** RE: Formaldehyde Litigation--Bellwether selection for July 2010 trial

Ryan,

It is too late for us to contact Mr. Lastrapes and Mr. Risch to discuss with them the requirements for being a bellwether plaintiff. Today is Thursday. I am sure that both Mr. Lastrapes and Mr. Risch have busy schedules that cannot be interrupted at the drop of a hat.

Regarding our objections, we will proceed under the Court's order and provide our objections to your picks by tomorrow.

Justin.

3

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Thursday, November 05, 2009 10:20 AM
**To:** Justin Woods; Gerald E. Meunier
**Cc:** Percy, James; Barrios, Gerardo; Bass, Wade; Dinnell, Adam (CIV); Miller, Henry (CIV); Fischer, Madeleine
**Subject:** Formaldehyde Litigation--Bellwether selection for July 2010 trial


Justin and Jerry:
We take from the email exchanges in the last few day that plaintiffs object to both of the defendants' proposed bellwether candidates, Jonah Stevenson and David McGraw. You haven't provided us with any explanation as to why they aren't acceptable, however.

We object to Mr. Edinburgh as a bellwether candidate for at least five reasons: he's not a current smoker and didn't smoke in his unit; his fact sheet is deficient; he has a number preexisting and confounding medical problems such as diabetes, glaucoma, and high blood pressure; he is taking a number of medications (including before he moved in the trailer) with side effects that mirror the symptoms listed on his PFS; and his test result (at least one of them) is an anomaly.

We continue to believe that both Stevenson and McGraw are appropriate bellwethers, and urge you to reconsider your "objections" to both. However, because of the Court's Nov. 6 deadline and the instruction that we submit one candidate, or, our respective nominees if we can't agree, we would suggest two additional names for your consideration--Paul Lastrapes and Kenneth Risch.

Given the current situation, we ask the following:
1)   Please advise whether Mr. Stevenson has/will sign a certification form.
2)   Please provide us with the specific reasons why plaintiffs object to Stevenson and McGraw.
3)   Please let us know the specific reasons why plaintiffs believe Mr. Edinburgh is a good candidate.
4)   Please let us know whether Lastrapes and/or Risch are acceptable to plaintiffs and whether they       will sign certification forms.

Thank you and please respond as soon as possible.


RYAN E. JOHNSON
Jones Walker
Baton Rouge, Louisiana
Direct:  225-248-2080
Fax:  225-248-3080
Email:  rjohnson@joneswalker.com
Website:  http://www.joneswalker.com
Bio:  http://www.joneswalker.com/professionals-88.html
Assistant:  Janice Inness (jinness@joneswalker.com), Direct Dial:  225-248-3497

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*