AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

ROBERTDEVLIN, ET AL )
_____ )
*Plaintiff* )
v. ) Civil Action No. 08-7018
FLEETWOOD ENTERPRISES,INC.,ET AL ) 07-7018
_____ )
*Defendant* )

**RETURN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Office of US Attorney Eastern District of Louisiana
through Jim Letten, US Attorney
Hale Boggs Federal Building
500 Poydras St., Ste. B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: L. Eric Williams,Jr.
Williams Law Office, LLC
3000 W. Esplanade Ave., Ste. 200
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Oct 29 2009

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 08-7018

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Office of US ATTY EDLA, through Jim Letten US Atty
was received by me on *(date)* 11/5/09 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
See US MAIL CERTIFIED CARD

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/09/09

Server's signature

L. Eric Williams, Jr., Williams Law Office, LLC
Printed name and title

3000 W. Esplanade Ave. Ste. 200, METAIRIE LA 70002
Server's address

Additional information regarding attempted service, etc:

