AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

HENRY GAUTREAUX, ET AL )
                       )
Plaintiff              )
                       )
v.                     )  Civil Action No. 08-1094
                       )
GULF STREAM COACH, INC., ET AL )
                       )
Defendant              )

**RETURN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Office of US Attorney Eastern District of Louisiana
through Jim Letten, US Attorney
Hale Boggs Federal Building
500 Poydras St., Ste. B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    L. Eric Williams, Jr.
Williams Law Office, LLC
3000 W. Esplanade Ave., Ste. 200
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Oct 29 2009

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 08-1094

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Office of US Atty EDLA, through Jim Letten, US Atty
was received by me on *(date)* 11/05/09 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

US MAIL CERTIFIED CARD

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/09/09

_____
Server's signature

L. Eric Williams, Jr.    Williams Law Office, LLC
Printed name and title

3000 W. Esplanade Ave., Ste. 200, Metairie, LA 70002
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW ORLEANS LA 70130

| | | |
|---|---|---|
| Postage | $ | $0.61 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.71 |

0005 06
Postmark Here
11/03/2009

Sent To: Office of US Atty EDLA, through Jim Letten
Street, Apt. No.; or PO Box No. US Atty, Hale Boggs Fed Bldg, 500 Poydras
City, State, ZIP+4 St. B-210, NO, LA 70130  G

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0001 2206 1689

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of US Atty EDLA
Through Jim Letten, US Atty
Hale Boggs Federal Bldg
500 Poydras St. Ste. B-210
N.O., LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ABernier
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
11/5/09

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0001 2206 1689

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540