AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana



| | |
|---|---|
| QUINNAN JOHNSON, ET AL | ) |
| | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 08-1327 |
| R-VISION,INC.,ET AL | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Arch Specialty Insurance Company
> Through the Louisiana Secretary of State
> 8585 Archives Ave.
> Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: L. Eric Williams,Jr.
Williams Law Office, LLC
3000 W. Esplanade Ave., Ste. 200
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

_B. Gregory_
Deputy clerk's signature

Date: ____Oct 29 2009____

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  08-1327

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Arch Specialty Insurance Co.

was received by me on *(date)*  11/06/09  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   See US MAIL Certified CARD


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  11/09/09

_____
Server's signature

L. Eric Williams, Jr., Williams Law Office, LLC
Printed name and title

3000 W. Esplanade AvE. Ste. 200 METAIRIE LA
Server's address
                                                                70002

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BATON ROUGE LA 70809

| | | | |
|---|---|---|---|
| Postage | $ | $0.61 | 0005 |
| Certified Fee | | $2.80 | 06 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.71 | 11/03/2009 |

Sent To
Arch Specialty Ins. Co., LA Soc. of State
Street, Apt. No.;
or PO Box No. 8585 Archives Ave., BR, LA 70809
City, State, ZIP+4

7005 1820 0001 2206 1726

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Arch Specialty Ins. Co.
Louisia Socraty of State
8585 Archives Ave.
BR, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  W Hebert
☐ Agent
☐ Addressee

B. Received by (Printed Name)  Wendī Hebert
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0001 2206 1726

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540