OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



Date: November 3, 2009

Charlene Bertacci, et al
vs.

Fluor Enterprises, Inc., et al

Case No. 09-6274  Section "N" (5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc., through its registered agent
   (address) Corporation Service Company, 320 Somerulos Street
   Baton Rouge, LA 70802-6129

2. (name) Crum & Forster Specialty Insurance Co.
   (address) Through LA Secretary of State, 8585 Archives Ave.
   Baton Rouge, LA 70809

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 610 Baronne Street
New Orleans, LA 70113