OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV -4  PM 3: 45

LORETTA G. WHYTE
CLERK

Date: November 3, 2009

Kay Perera
vs.

Alliance Homes, Inc., et al

Case No. 09-6281   Section "N"(5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (     amended complaint) (third party complaint) (other :                              ) to the following:

1. (name) Fluor Enterprises, Inc., through its registered agent
   (address) Corporation Service Company, 320 Somerulos Street
             Baton Rouge, LA 70802-6129

2. (name) Alliance Homes, Inc., d/b/a Adrian Homes, through its
           Registered Agent, G. Hiller Spann, CEO,
           P.O. Box 266, Adrian, GA 31002

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 610 Baronne Street
         New Orleans, LA 70113

Fee ____
✓ Process ____
X Dktd ____
___ CtRmDep ____
___ Doc. No. ____