OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV -4  PM 3: 45

LORETTA G. WHYTE
CLERK

Date: November 3, 2009

Lori Billiot, et al
vs.
Gulf Stream Coach, Inc., et al

Case No. 09-6278   Section "N"(5)

Dear Sir:

Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc., through its registered agent
   (address) Corporation Service Company, 320 Somerulos Street
             Baton Rouge, LA 70802-6129

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 610 Baronne Street
        New Orleans, LA 70113

___ Fee
_✓_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.