OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 NOV -4 PM 3:45
LORETTA G. WHYTE
CLERK

Date: __November 3, 2009__

_____Josie Bourgeois, et al_____
vs.

_____KZRV, LP, et al_____

Case No. __09-6277__ Section __"N"(5)__

Dear Sir:

Please (__issue__) (re-issue) summons on the (complaint) (__amended complaint__) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Fluor Enterprises, Inc., through its registered agent__
   (address) __Corporation Service Company, 320 Somerulos Street__
   _____Baton Rouge, LA 70802-6129_____

Very truly yours,

_____
"Signature"

Attorney for __Plaintiff__

Address__610 Baronne Street__
_____New Orleans, LA 70113_____

____Fee _____
____Process__BGDSms__
__X_Dktd _____
____CtRmDep_____
____Doc. No._____