UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | | SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * | |
| | . | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | | * * | |
| | | * | MAG: CHASEZ |

***********************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE EXPRESS WARRANTY CLAIM**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves for partial summary judgment, under Federal Rule of Civil Procedure 56, on Plaintiff's express warranty claim under the Louisiana Products Liability Act ("LPLA"). Plaintiff cannot show that she relied on any express warranty from Fleetwood, and cannot carry her burden of proving that Fleetwood breached any express warranty. In support of this motion, Fleetwood relies on its memorandum of law and the following:

| Exhibit | Item |
|---|---|
| A | Timia Dubuclet Plaintiff Fact Sheet, excerpts (pages 1, 9, 19 redacted to remove personal data identifiers) |
| B | Elisha Dubuclet Deposition, taken Oct. 7, 2009, excerpts (pages 27, 98-99) |
| C | Trailer Lease Check-in List (FEI 000049-51) |
| D | Timia Dubuclet Deposition, taken Nov. 2, 2009, excerpts from draft transcript (pages 31-32, 46-48) |

Fleetwood requests that the Court enter summary judgment in its favor on Plaintiff's express warranty claim.

This 9th day of November 2009.

        Respectfully submitted:


        */s/ Richard K. Hines, V*
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

     I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                      ( )    Prepaid U.S. Mail

( )    Facsimile                             ( )    Federal Express

(X)    CM/ECF

     New Orleans, Louisiana, this 9th day of November 2009.

                             /s/ Richard K. Hines, V
                             Richard K. Hines, V
                             Georgia Bar No. 356300
                             E-mail:  richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)