UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION:  N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.*<br><br>*Case No. 07-9228* | | * * * * * * | <br><br>JUDGE: ENGELHARDT<br><br><br>MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH THERE ARE NO GENUINE ISSUE TO BE TRIED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE EXPRESS WARRANTY CLAIM**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") has moved for partial summary judgment on Plaintiff's express warranty claim under the Louisiana Products Liability Act ("LPLA"), and files this statement of material facts as to which there are no genuine issues to be tried in accordance with Local Rule 56.1:

1. Plaintiff has not identified any express warranty offered by Fleetwood for the Emergency Housing Unit ("EHU") in which she resided.

2. Plaintiff has no evidence or testimony concerning any reliance on any express warranty from Fleetwood.

3. Plaintiff's mother, Elisha Dubuclet, has testified that she has not seen a copy of Fleetwood's owner's manual, and that she has never read anything in the owner's manual.

4. Plaintiff's mother does not recall seeing any stickers or labels in the EHU.

5. Timia Dubuclet does not recall seeing any stickers in the EHU or the owner's manual.

This 9th day of November 2009.

Respectfully submitted:

/s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                              ( )     Prepaid U.S. Mail

( )     Facsimile                                  ( )     Federal Express

(X)     CM/ECF

New Orleans, Louisiana, this 9th day of November 2009.

                                 /s/ Richard K. Hines, V
                                 Richard K. Hines, V
                                 Georgia Bar No. 356300
                                 richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)