Exhibit B

# Transcript of the Testimony of
# Videotaped Deposition of Elisha Dubuclet

## Date taken: October 7, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:     504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 27

1          This is all we have.
2       MR. SAPORITO:
3          That is probably from the yellow
4    sheet Ms. Dubuclet was talking about.  If we
5    could keep going here.
6       MR. D'AMICO:
7          Sure.
8    EXAMINATION BY MR. SAPORITO:
9       Q.   My question was, do you have any
10   correspondence or writing or any documents
11   at all directly with or from the
12   manufacturer, Fleetwood?
13      A.   No.
14      Q.   Any writing or correspondence or
15   any documents from the Sierra Club?
16      A.   No.
17      Q.   Did you have a copy of the owner's
18   manual from the travel trailer?
19      A.   No.
20      Q.   Do you have any videotapes or any
21   radio recordings of any television or radio
22   announcement or information about travel
23   trailers or formaldehyde?
24      A.   No.
25      Q.   And what about photographs of the

```
                                              Page 98
 1       Q.   Was it Harris, Steven Harris, John
 2   Reeves?
 3       A.   This was his name right here.
 4       Q.   Which is what?
 5       A.   Wilbert Hogan.
 6       Q.   Wilbert Hogan.  And do you know
 7   what company he was with?
 8       A.   No.  As I said, I thought he was
 9   with FEMA.  FEMA.
10       Q.   And he showed you how the various
11   appliances worked, but he did not leave with
12   you any instruction booklets on any of the
13   appliances?
14       A.   No, sir.
15       Q.   Did he leave with you a copy of
16   the owner's manual for the travel trailer?
17       A.   No, sir.
18       Q.   Have you ever seen a copy of the
19   owner's manual in that travel trailer?
20       A.   No.
21       Q.   So you have never read anything
22   that is in that owner's manual?
23       A.   No.
24       Q.   Did he point out to you or did you
25   see on your own any stickers or labels that
```

Page 99

```
 1   were put in the kitchen, on any kitchen
 2   cabinet or on the kitchen countertop?
 3        A.   No, sir.
 4        Q.   Did you see any sticker or label
 5   that was stuck on the front of the mirror in
 6   the bathroom?
 7        A.   I don't recall.
 8        Q.   Did you see any sticker or label
 9   that would have been inside the door of the
10   medicine cabinet in the bathroom?
11        A.   I don't recall a label.
12        Q.   All right.  Look at page 49 in
13   that same stack of documents that we have
14   been looking at.
15             This is a Fluor production, but it
16   is a FEMA document, No. 049.  It says,
17   "Trailer Lease Check-in List," and that's
18   your initials down there at the bottom,
19   "PAD"; is that right?
20        A.   Yes.
21        Q.   You signed those initials right
22   there?
23        A.   Yes.
24        Q.   Number 10 on that form says, "Show
25   the paperwork on all the appliances, stress
```