Exhibit C

s/c # 03-076826




FEDERAL EMERGENCY MANAGEMENT AGENCY
Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA

## TRAILER LEASE CHECK – IN LIST

Page 1

DATE __5-11__, 20__06__

NAME OF APPLICANT __Elisha A. Dubuclet__

REGISTRATION # __94-0760507A__

__✓__ 1. Walk through the entire Travel Trailer room-to-room. Show where the closets are located, how to operate the blinds, locate all light switches; allow the applicant(s) time to check out whatever they want in each room.

__✓__ 2. Conduct the move-in inspection at the same time you are conducting the walk-through.

__✓__ 3. Show the location of the water heater, and how to open the cover. Also, explain that if they have any problems with the unit or if they need to adjust the temperature, they are to contact/call Maintenance.

__✓__ 4. Show the location of the smoke detector(s), and impress on the applicant(s) that it/they is not to be disconnected for any reason.

__✓__ 5. Locate the fire extinguisher, and make certain that they know how to use it.

__✓__ 6. Explain how to use the stove and the oven.

__✓__ 7. Explain how to set the thermostat for the refrigerator.

__✓__ 8. Locate the thermostat for the air conditioner/heater, and explain how to set it.

__✓__ 9. Explain how to change out the air filter(s) for the air conditioner/heater, which should be done once a month.

__✓__ 10. Show the paperwork on all the appliances, and stress the necessity of keeping these documents in a place where they can be easily located.

__✓__ 11. Allow the applicant(s) to walk around the outside of the trailer. Show him/her where the hose bib is, and discuss the operation of the valves of the holding tank.

__N/A__ 12. Make sure that the applicant(s) signs the Move-in Inspection form.

QA Inspector Initials __W.HJ__
Applicant Initials __EAD__
__5-11-06__

S/C # 05-016066




**FEDERAL EMERGENCY MANAGEMENT AGENCY**
Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA

## TRAILER LEASE CHECK – IN LIST

Page 2

Registration # 94-0760507A

✓ 13. Sit down with the applicant(s):

- ___ a. Read and explain the Lease Agreement
- N/A b. Read and explain the Park Rules (if applicable)
- ✓ c. Make certain the applicant(s) understands all the "do's" and "don'ts".
- ✓ d. Point out the Maintenance telephone number.
- ✓ e. Explain how to:
    - (1.) Change light bulbs
    - (2.) Tighten screws
    - (3.) Light the stove burners and the oven pilot light
    - (4.) Other procedures as may be identified for the applicant(s) to perform.

N/A 14. Have the applicant(s) sign two (2) copies of the Park Rules form (if applicable). One (1) copy is left with the applicant(s), and the other copy is returned to the DFO for the file.

✓ 15. Have the applicant(s) sign the Lease Agreement, and explain that a copy of the Lease will be mailed to them after the FEMA signature is affixed.

N/A 16. Explain the Duplication of Funds:

- a. If the applicant(s) received Rent Money (ERO or ERFI only), then the money not spent on Rent or Lodging costs must be returned to FEMA the payment would be considered a duplication of assistance.

- b. The applicant(s) must return all or whatever funds have not been spent by way of a FEMA Check (all money), Money Order, Cashier's Check, or Personal Check. The check needs to be given to the leasing representative (PPI interviewer explained this requirement when the telephone interview).

- c. If money was spent for rent (either apartment, hotel, etc.), then collect the receipts for verification by the DFO.

✓ 17. Give the applicant(s) the keys (2). Advise the applicant(s) that one (1) should be kept outside the trailer in a SAFE place (in case he/she gets locked out.

✓ 18. Make certain that the applicant has the Helpline Telephone Number, and that he/she needs to call is there is a change in basic information, such as a new mailing address or telephone number. Helpline: **1 – 800 – 621 – 3362**

QA Inspector Initials WHJ
Applicant Initials CRD
Date 5/11/06

s/c # ~~03-0760507~~ #
03-076826



# FEDERAL EMERGENCY MANAGEMENT AGENCY
Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA



## TRAILER LEASE CHECK – IN LIST          Page 3

Registration # 94-0760507A

✓ 19. Explain the Carbon Monoxide detector.

✓ 20. The Warranty and Instructional Package(s) MUST remain with trailer; the warranty information is for FEMA.

N/A 21. Use "Recoup" form to collect rent money; have applicant sign; Return the Form and the Check Immediately to the DFO Leasing Coordinator.

N/A 22. Copies to applicant(s):

    a. Move-In Inspection Report
    b. Park Rules (if applicable)
    c. Lease Agreement _____ (Date Mailed)
    d. Addendum to Lease-In Documents
    e. Receipt for Rent money returned to FEMA (if applicable) (Recoup Form)
    f. Any other document:

QA Inspector Initials W.HJ
Applicant Initials @AD
Date 5-11-06