Exhibit D

```
                  Rough Draft Timia Dubuclet.txt
 5   FORMALDEHYDE PRODUCTS      SECTION N(4)

 6   LIABILITY LITIGATION       JUDGE ENGELHARDT

 7   (This document is related to
     "DUBUCLET V. FLEETWOOD
 8    ENTERPRISES, INC.,"
      Case No. 07-9228)
 9

10                 *   *   *

11

12             DEPOSITION OF TIMIA DUBUCLET, 6046

13   DOROTHEA STREET, NEW ORLEANS, LOUISIANA

14   70126, TAKEN AT THE OFFICES OF FRANK

15   D'AMICO, ATTORNEY AT LAW, 622 BARONNE

16   STREET, NEW ORLEANS, LOUISIANA 70112, ON THE

17   2ND DAY OF NOVEMBER, 2009.

18

19

20   REPORTED BY:

21       CATHY RENEE´ POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255

23   ALSO PRESENT:

24       ELISHA DUBUCLET
         TIMOTHY DUBUCLET
25
                         ROUGH DRAFT              3


 1   APPEARANCES:

 2       BENCOMO & ASSOCIATES
         (BY:  RAUL R. BENCOMO, ESQUIRE)
 3       639 LOYOLA AVENUE, SUITE 2110
         NEW ORLEANS, LOUISIANA  70113
 4
            (ATTORNEYS FOR THE PSC)
 5
         LAW OFFICES OF FRANK D'AMICO
 6       (BY:  FRANK D'AMICO, ESQUIRE)
         622 BARONNE STREET
 7       NEW ORLEANS, LOUISIANA  70112

 8          (ATTORNEYS FOR THE DUBUCLETS AND THE
              PSC)
 9
         FEMA FORMALDEHYDE CLAIMS OFFICE
10       (BY: CYNTHIA WALLACE, ESQUIRE)
                         Page 2
```

Rough Draft Timia Dubuclet.txt

2  MUSTY sock and a new car smell combined
3  together?
4      A.   No, sir.
5      Q.   That's it?
6  MR. BENCOMO:
7           Object to the form of the
8  question.
9  THE WITNESS:
10          Repeat.
11 EXAMINATION BY MR. SAPORITO:
12     Q.   Well, I'm trying to find out what
13 you saw, Timia.  And you didn't see
14 anything, you said.
15          Now I'm asking you did you notice
16 anything else about the travel trailer when
17 you went in it the first time other than the
18 musty sock smell and the new car smell?
19 MR. BENCOMO:
20          Object to the form of the
21 question.  Mischaracterizes the witness's
22 testimony.
23 EXAMINATION BY MR. SAPORITO:
24     Q.   Do you remember anything else
25 about the travel trailer when you went in it

                    ROUGH DRAFT              31

1  the first time?
2      A.   Yes, sir.
3      Q.   Other than the musty sock and the
4  new car smell?
5      A.   Yes, sir.
6      Q.   What else do you remember?

Rough Draft Timia Dubuclet.txt
```
 7    A.    There was, like, a sofa right
 8 there, and on this side, it was a room, and
 9 back in the back was the bathroom and then
10 right there was, like, the kitchen part.
11    Q.    Do you remember any pieces of
12 paper being inside the trailer at all?
13    A.    No, sir.
14    Q.    Do you remember any booklets being
15 inside the trailer at all?
16    A.    No, sir.
17    Q.    The name of the trailer is pier
18 pie near.  Do you know that name, pioneer?
19    A.    No, sir.
20    Q.    Have you ever seen it before?
21    A.    No, sir.
22    Q.    Did you ever see anything like
23 this document that was inside the trailer?
24    MR. BENCOMO:
25        Object to the form of the
                ROUGH DRAFT          32

 1 question.
 2    THE WITNESS:
 3        No, sir.
 4 EXAMINATION BY MR. SAPORITO:
 5    Q.    No?
 6    A.    I don't remember.
 7    MR. SAPORITO:
 8        I just handed the witness a copy
 9 of the Fleetwood owner's manual.
10 EXAMINATION BY MR. SAPORITO:
11    Q.    You don't remember seeing this at
12 all?
```

```
                    Rough Draft Timia Dubuclet.txt
21      Q.   And that is Exhibit 8.
22           Then one more, which is another
23 photograph of that sticker inside of the
24 medicine cabinet. Do you remember that?
25      A.   This right here?
                ROUGH DRAFT                46

 1      Q.   Huh?
 2      A.   No.
 3      Q.   Yeah. Do you remember that
 4 sticker being on the door of the medicine
 5 cabinet while you were living in the
 6 trailer?
 7      A.   No, sir.
 8      Q.   Okay. That is Exhibit 9.
 9      Q.   Did you brush your teeth in the
10 morning before going to school?
11      A.   Yes, sir.
12      Q.   Did you used to brush your teeth
13 at night before going to bed?
14      A.   No, sir.
15      Q.   Did you go into your medicine
16 cabinet on other times other than to just
17 get toothpaste?
18      A.   No, sir.
19      Q.   So you think you went in the
20 medicine cabinet just one time a day?
21      A.   Yes, sir.
22      Q.   But you went in every day to get
23 your toothpaste?
24      A.   Yes, sir.
25      Q.   Now, do you ever remember coming
                ROUGH DRAFT                47
```

Rough Draft Timia Dubuclet.txt

1  home and seeing on the door of the trailer
2  any kind of sticker on the front of door?
3       A.   No, sir.
4       Q.   When is the first time you heard
5  the word "formaldehyde"?
6       MR. BENCOMO:
7            Object to the form of the
8  question.
9       THE WITNESS:
10           I don't remember, sir.
11 EXAMINATION BY MR. SAPORITO:
12      Q.   Did you hear the word formaldehyde
13 anytime while you were living in the
14 trailer?
15      A.   No, sir.
16      Q.   Was there a maintenance company or
17 a man that came around and took care of
18 problems in the trailer?
19      A.   No, sir.
20      Q.   You do remember, those, when the
21 air conditioner didn't work, somehow it did
22 start working again, though, don't you?
23      MR. BENCOMO:
24           Object to the form of the
25 question.
                    ROUGH DRAFT              48

1  EXAMINATION BY MR. SAPORITO:
2       Q.   Do you remember when the air
3  conditioner didn't work, that somehow,
4  again, it did start to work?
5       MR. BENCOMO: