OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV -4 PM 3:45

LORETTA G. WHYTE
CLERK

Date: November 3, 2009

Bobby Crane, et al
vs.
Jayco, Inc., et al

Case No. 09-6280  Section "N"(5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc., through its registered agent
   (address) Corporation Service Company, 320 Somerulos Street
   Baton Rouge, LA 70802-6129

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 610 Baronne Street
        New Orleans, LA 70113

___ Fee
_X_ Process BG(5)ms
_X_ Dktd
___ CtRmDep
___ Doc. No.