OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV -4  PM 3: 44

LORETTA G. WHYTE
CLERK

Date: __November 3, 2009__

__Joseph Gilmore, Sr., et al__

vs.

__Cavalier Home Builders, LLC, et al__

Case No. __09-6586__  Section "N"(5)

Dear Sir:

Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Cavalier Home Builders, LLC, d/b/a Cavalier Homes,__
   __Inc., through its registered agent__
   (address) __The Corporation Company, 2000 Interstate Park Dr.__
   __Suite 204, Montgomery, AL 36109__

Very truly yours,

__"Signature"__

Attorney for Plaintiff

Address __610 Baronne Street__
__New Orleans, LA 70113__

___ Fee
_✓_ Process BG(09)mS
_X_ Dktd
___ CtRmDep
___ Doc. No.