OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV -4  PM 3: 44

LORETTA G. WHYTE
CLERK

Date:   November 3, 2009

_____ Joseph Gilmore, Sr., et al _____

vs.

__ Gulf Stream Coach, Inc., et al __

Case No.   09-6587   Section  "N" (5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc., through its registered agent
   (address) Corporation Service Company, 320 Somerulos Street
   _____ Baton Rouge, LA 70802-6129 _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 610 Baronne Street _____
_____ New Orleans, LA 70113 _____

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____