Ronnie G. Penton  MaryAnna Penton
Trial Attorney  Associate Trial Attorney
rgp@rgplaw.com  mpenton@rgplaw.com
Licensed in LA, TX  Licensed in MS



LAW OFFICES OF RONNIE G. PENTON



Trial Lawyers
Since 1981

Gair Oldenburg
Associate Trial Attorney
gmo@rgplaw.com
Licensed in LA

November 2, 2009   REPRESENTING PEOPLE WORLDWIDE SINCE 1981

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV - 5 2009
LORETTA G. WHYTE
CLERK

Office of the Clerk
United State District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:   Maxine Ellis, et al. v American International Specialty Lines Company, et al.,
      Case No. 3:09-cv-0753-RET-CN* Middle District of Louisiana
      Eastern District of Louisiana CTO# 09-6703

Dear Sir:

Please issue the following summons on the above-referenced complaint:

American International Specialty Lines
Co.
Through its Agent for Service of Process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Gibraltar Insurance Company
Through its Agent for Service of Process
FB Perry Bldg., 40 Church Street
Hamilton, HM 11 **BERMUDA**

Fluor Enterprises, Inc., c/o Corporation
Service Co., 320 Somerulos Street
Baton Rouge, LA 70802-6129

Shaw Environmental, Inc., c/o CT
Corporation, Inc., 5615 Corporate Blvd.,
Ste. 400-B, Baton Rouge, LA 70808
Sincerely yours,

s/Ronnie G. Penton
Ronnie G. Penton

CH2M Hill Constructors, Inc.
c/o CT Corporation, 5615 Corporate
Blvd., Ste. 400-B, Baton Rouge, LA
70808

U.S. Attorney's Office, Attorney
General, 950 Pennsylvania Ave., NW
Washington, DC 20530-0001

FEMA
through General Counsel, Craig Fugate
500 C Street, SW
Washington, DC 20472

FEMA, through U.S. Attorney's Office
Eastern District of Louisiana
500 Poydras St., Ste. B-210
New Orleans, LA 70130

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

*This lawsuit involves a multi-district litigation pending in the U.S. District Court for the Eastern District of Louisiana captioned, "In Re: FEMA Trailer Formaldehyde Litigation, Bearing MDL No. 07-1873."

209 HOPPEN PLACE | BOGALUSA, LA 70427 | TEL: 985.732.5651 | TOLL FREE: 800.419.3445 | FAX: 985.735.5579