AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

USDC Southern District of Mississippi

Nicole Williams, et al.
Plaintiff
v.
Fleetwood Enterprises, Inc.
Defendant

Civil Action No. 1:09cv587HSO-JMR

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Fleetwood Homes of North Carolina, Inc.
C T Corporation System
225 Hillsborough Street
Raleigh, NC 27603

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date: 8/6/09

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free
info@fematrailerlitigation.com

2506 N. Port Avenue
Corpus Christi, TX 78401

Mikal C. Watts, P.C.
Robert Hilliard, L.L.P.

August 20, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Fleetwood Homes of North Carolina, Inc.
C T Corporation System
225 Hillsborough Street
Raleigh, NC 27603

RE: Service for Nicole Williams, et al. v. Fleetwood Enterprises, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 1:09-cv-587 HSO JMR, in the USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Fleetwood Homes of North Carolina, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures


U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total
Postmark Here
AUG 21 2009
Sent To
Fleetwood Homes of North Carolina, Inc
C T Corporation System
225 Hillsborough Street
Raleigh, NC 27603
ID#862
7009 1680 0002 4967 1785


SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Fleetwood Homes of North Carolina, Inc
C T Corporation System
225 Hillsborough Street
Raleigh, NC 27603
ID#862

COMPLETE THIS SECTION ON DELIVERY
A. Signature ☐ Agent ☒ Addressee
B. Received by (Printed Name) C. Date of Delivery 8-25-09
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
FEMA Service
3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
2. Article Number (Transfer from service label) 7009 1680 0002 4967 1785
PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Fleetwood Homes of North Carolina, Inc. by:

(1) personally delivering a copy of each to the individual at this place, ________________________________ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ________________________________ ; or

(4) returning the summons unexecuted to the court clerk on ________________ ; or

(5) other (specify) Certified mail return receipt requested #70091680000249671785, Sent 8/21/2009, Received 8/25/2009. Registered Agent: C T Corporation System 225 Hillsborough Street Raleigh, NC 27603

My fees are $______________ for travel and $ ______________ for services, for a total of $______________.

Date: 10/29/2009

Wynter Lee

Server's signature

Wynter Lee - Mass Tort Coordinator

Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401

Server's address