UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                               MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                          SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## SHOW CAUSE ORDER

      In Pretrial Order No. 46, this Court ordered that:

> **On or before Friday, November 6, 2009**, the parties participating in the Fleetwood bellwether trial shall confer and submit to the Court a jointly-agreed upon trial plan, which shall specifically set forth allotted time limits regarding witness questioning, etc. that will allow for completion of this bellwether trial within 10 work days.

(Rec. Doc. 5744, p. 2)**.**  Despite this instruction, on Friday November 6, 2009, the Court received separate trial proposals from Plaintiffs and Defendant Fleetwood Enterprises, Inc. ("Fleetwood").  In the transmittal emails, Plaintiffs and Fleetwood admitted that they had not yet met and conferred, as ordered.  Notably, the Court received nothing from contractor defendant Fluor Enterprises, Inc. ("Fluor").  Accordingly,

      **IT IS ORDERED** that **on or before Friday, November 13, 2009**, trial counsel shall **SHOW CAUSE** in writing why monetary sanctions should not be imposed on all

counsel for disregarding the Court's instruction in Pretrial Order No. 46.  If, prior to then, the parties are able to meet, confer, and submit a Joint Trial Plan, as ordered, the undersigned will factor that in to determining whether and to what extent monetary sanctions will be issued.

    New Orleans, Louisiana, this 9th day of November, 2009.

                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**