**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

*IN RE: FEMA TRAILER*
*FORMALDEHYDE PRODUCTS*
*LIABILITY LITIGATION*

**MDL NO. 1873**
**SECTION N MAG. 5**


**JUDGE ENGELHARDT**
**MAGISTRATE CHASEZ**

*THIS DOCUMENT IS RELATED TO:*
*Bauer, et al v. Liberty Homes, Inc., et al.*
*No. 08-5031*

**JURY DEMANDED**

<u>**ORDER ON PLAINTIFFS', TRACY BENNETT, AS NEXT FRIEND OF HARLEIGH BENNETT, A MINOR AND TRACY BENNETT, AS NEXT FRIEND OF TYLER BENNETT, A MINOR, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**</u>

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Tracy Bennett, Tracy Bennett, as Next

Friend of Harleigh Bennett, a Minor, and Tracy Bennett, as Next Friend of Tyler Bennett,

a Minor, Notice of Voluntary Dismissal Without Prejudice is hereby, and in all things

GRANTED.

New Orleans, Louisiana, this  9th  day of     November        , 2009.

_____
HONORABLE KURT ENGELHARDT