UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* . *Case No. 07-9228* | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MEDICAL MONITORING, <u>PUNITIVE DAMAGES AND LOSS OF CONSORTIUM CLAIMS</u>

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves for partial summary judgment, under Federal Rule of Civil Procedure 56, based on Plaintiff's failure to show that there is any genuine issue of material fact as to certain damages claimed by Plaintiff, specifically: 1) damages for medical monitoring, 2) punitive damages, and 3) loss of consortium. In support of this motion, Fleetwood relies on its memorandum of law in support of this motion, and the following:

| Exhibit | Item |
|---|---|
| A | Lawrence G. Miller Deposition, taken Sept. 22, 2009, excerpts (pages 73-74) |
| B | George A. Farber Deposition, taken August 6, 2009, excerpts (page 33) |
| C | George A. Farber Affidavit, dated July 17, 2009 |
| D | Patricia M. Williams Affidavit, dated July 9, 2009 |
| E | Edward H. Shwery Affidavit, dated July 17, 2009 (redacted to remove personal data identifiers) |

| Exhibit | Item |
|---|---|
| F | Elisha Dubuclet Deposition, taken Oct. 7, 2009, excerpts (pages 73-74) |

Fleetwood requests summary judgment in its favor on each of these elements of damages.

This 9th day of November 2009.

       Respectfully submitted:

       */s/ Richard K. Hines, V*
       Richard K. Hines, V
       GA Bar No. 356300
       NELSON MULLINS RILEY & SCARBOROUGH, LLP
       Atlantic Station
       201 17th Street, NW, Suite 1700
       Atlanta, GA  30363
       (404) 322-6000 (phone)
       (404) 322-6050 (fax)

       Jerry L. Saporito
       LA Bar No. 11717
       LEAKE & ANDERSSON, L.L.P.
       1700 Energy Centre
       1100 Poydras St.
       New Orleans, LA 70163-1701
       (504) 585-7500 (phone)
       (504) 585- 7775 (fax)

       Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery           ( )   Prepaid U.S. Mail

( )   Facsimile               ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana, this 9th day of November 2009.

                            /s/ Richard K. Hines, V
                            Richard K. Hines, V
                            Georgia Bar No. 356300
                            richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)