UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * * | | JUDGE: ENGELHARDT MAG: CHASEZ |

*********************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH THERE ARE NO GENUINE ISSUE TO BE TRIED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON MEDICAL MONITORING, PUNITIVE DAMAGES, AND LOSS OF CONSORTIUM**

Defendant Fleetwood Enterprises, Inc. has moved for partial summary judgment on based on Plaintiff's failure to show that there is any genuine issue of material fact as to certain damages claimed by Plaintiff, specifically: 1) damages for medical monitoring, 2) punitive damages, and 3) loss of consortium. Fleetwood files this statement of material facts as to which there are no genuine issues to be tried in accordance with Local Rule 56.1:

1. Plaintiff has not identified a latent disease that needs to be monitored.

2. No expert for Plaintiff has set forth any monitoring plan or procedure, much less a plan or procedure that would make early detection of any (unidentified) latent disease possible.

3. Punitive damages, as a matter of law, are not permitted under the Louisiana Products Liability Act.

4. As a matter of law, the only person with whom Plaintiff has the requisite relationship to recover loss of consortium damages (upon the proper showing) is Plaintiff's mother, Elisha Dubuclet.

5. Plaintiff has no expert medical testimony to support a jury verdict that her mother, Elisha Dubuclet, has been injured by Fleetwood.

This 9th day of November 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

       I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                  ( )    Prepaid U.S. Mail

( )    Facsimile                       ( )    Federal Express

(X)    CM/ECF

       New Orleans, Louisiana, this 9th day of November 2009.

                                      /s/ Richard K. Hines, V
                                      Richard K. Hines, V
                                      Georgia Bar No. 356300
                                      richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)