*Exhibit A*

**From:** ANDREW WEINSTOCK
**Sent:** Monday, March 23, 2009 5:01 PM
**To:** 'Amanda_Ballay@laed.uscourts.gov'
**Cc:** 'Miller, Henry (CIV)'; Justin Woods; Dinnell, Adam (CIV); gmeunier@gainsben.com; 'Tom Thagard'
**Subject:** BELLWETHER TRIAL PLAINTIFFS FOR 2009
**Importance:** High

Amanda,

Attached are two lists. The large list is merged from the PSC and the manufacturing defendants' lists. The second is the Government's list. There is a dispute between the PSC and the plaintiffs over that list, but I will let them sort it out.

F.Y.I. There was a match between the PSC's list and the Manufacturing Defendants list on a plaintiff who lived in a Gulf Stream unit.

Andy.

# Transcript of the Testimony of
# Videotaped Deposition of Lawrence G. Miller, M.D.

**Date taken: September 22, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:    504-529-5257
Email:   reporters@psrdocs.com
Internet:    www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 6613-3   Filed 11/09/09   Page 4 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Lawrence G. Miller, M.D.

Page 73

1  trailer and she is presenting with eczema,
2  what is triggering the manifestation of that
3  eczema once she moves out of the trailer?
4      A    That's a harder question to
5  answer, because she had eczema prior to
6  moving into the trailer, so she had some
7  predisposition, if you will, to developing
8  eczema and exacerbation by formaldehyde.
9           Now, the issue here, again, as you
10 know, is that the allergic reaction
11 triggered by formaldehyde can continue on
12 its own even after the exposure has ceased.
13 So even after she has moved out, we know
14 that her predisposition to eczema is part of
15 it and the exposure to formaldehyde, which
16 sets in train the immune reaction, may well
17 be a part of it, also.
18     Q    Well, she doesn't have a
19 predisposition from eczema.  She has been
20 suffering from eczema for her entire life,
21 correct?
22     A    That's correct.
23     Q    And Dr. Farber has testified in
24 this case that eczema is for life, it's a
25 life-long disease.  Did you see that in his

Case 2:07-md-01873-KDE-MBN Document 6613-3 Filed 11/09/09 Page 5 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Lawrence G. Miller, M.D.

Page 74

1  deposition?
2      A    I have not seen his deposition.
3      Q    Would you disagree with that
4  statement?
5      A    I would not.
6      Q    All right.  So she's suffering
7  from it.  It's not that she's got a
8  predisposition for it.  She's, in fact,
9  suffering from eczema from the time she's
10 two months old, correct?
11     A    I agree.
12     Q    And she continues to suffer from
13 eczema today, correct?
14     A    That's correct.
15     Q    And it's your opinion that during
16 the period of time that she was living in
17 the trailer, that some of her manifestations
18 or the excitement of the underlying asthma
19 was exacerbated by formaldehyde, correct?
20     A    You said "asthma."  I believe you
21 meant "eczema."
22     Q    Excuse me.  Eczema.  We will
23 rewrite the question to say "eczema."
24     A    That's correct.
25     Q    All right.  And once she moves