Exhibit B

# Transcript of the Testimony of
# Dr. George Farber

**Date taken: August 6, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1   allergen or allergic condition that they
2   have to live with on a day-to-day basis,
3   they just get worse, not necessarily severe
4   but just worse.
5              So it's hard with the average
6   patient and with children that have this
7   disorder to get a good history from the
8   child.  So we have to rely on the parents.
9   And sometimes that's an auntie or somebody
10  else that comes with the patient and it's
11  difficult to get a good history.  So
12  basically we have pretty much a protocol for
13  treating these patients.  If it's dry, we
14  wet it.  If it's wet, we dry it, and that
15  could be done with topical medicines.
16             If they have a lot of systemic
17  symptoms, such as coughing or a touch of
18  asthma or severe asthma, we use asthma
19  medicines or sometimes we can lump it all
20  into one good reliable medicine like a
21  systemic steroid to get them over that acute
22  phase of extreme discomfort.  So we will
23  give them short term some systemic steroids.
24             As I already testified to today,
25  typically bacteria are a secondary