Exhibit C



# GULF SOUTH
## MEDICAL & SURGICAL INSTITUTE, INC.
3705 Florida Ave.
Kenner, LA 70065



Fellow
AAD
Physicians Dedicated to Excellence In Dermatology

## AFFIDAVIT
### of
### George A. Farber, M.D.

STATE OF LOUISIANA
PARISH OF JEFFERSON

RE:   Trial of Timia Dubuclet
      In a FEMA Trailer Formaldehyde Product Liability Litigation

Before me, the undersigned Notary on this day personally appeared George A. Farber, M.D., a person whose identity is known to me. After I administered the oath to him, upon his oath he stated the following:

All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

*Qualifications for Expert Witness:*

   Louisiana State University, B.S. Degree, 1955.

   Louisiana State University School of Medicine, New Orleans, Louisiana, M.D. Degree, 1959.

   School of Aero Space Medicine, USAF, 1960.

   Flight Surgeon, USAF (M.C.), Flight Surgeon, Luke Air Force Base, Arizona, 1960-1963.

   Residency, USAF Sponsored, Charity Hospital of New Orleans, LSU School of Medicine, 1963-1966.
         Graduate Training, one year each, in Medical Mycology, Allergy and Immunology, Dermatopathology. Completed multi-fasic graduate training, with residency completion 1966.

   Flight Surgeon Dermatologist, USAF (M.C.), Viet Nam 1966-1967.

1

**DUB001138**

Chief, Dermatology, Flight Surgeon, Kessler Air Force Base Mississippi 1967-1970.

Clinical Assistant Professor, Tulane University School of Medicine, New Orleans, Louisiana, and Associate Clinical Professor, Tulane, 1970-1984.

Professor, Dermatology, Gulf South Medical and Surgical Institute, Inc., New Orleans, Louisiana, 1985 to date.

Medical Director, Director of Training Programs, Gulf South Medical and Surgical Institute, Inc., 1985-to date.

Medical Director, President, CEO, Kenner Outpatient Surgical Center, 2003-to date.

Board Certification, Dermatology, including Allergy, Dermatopathology, Medical Mycology, 1969.

Also, see Curriculum Vitae attached.

*Expert Witness Experience:*

Approximately 100 cases, in state and federal courts, multiple states, in regard to the Specialty of Dermatology, Allergy, and Industrial Medicine/Chemical Exposures.

*Instant Issue:*

Ms. Timia Dubuclet, presently a ten year old female, African American, was first seen in our clinics on May 27, 2008 after being referred by her pediatrician, Dr. Linda Doughty White. At that time, she presented with atopic dermatitis severe, lichen planus, and chronic sinusitis. She was treated with Triamcinolone cream, Nasonex and Aurene Moisturizer. She was subsequently seen in our clinics on October 11, 2008 and presented with allergic rhinitis, sinusitis, atopic dermatitis and lichen planus. Ms. Dubuclet was again seen by our clinics on March 6, 2009 and presented with Atopic Dermatitis, Eczema, Allergic Rhinitis and Cheilitis. She was prescribed Elocon Cream, Hydroxyzine, Locoid Lipo Cream and Xyzal Solution. Ms. Dubuclet returned on March 20, 2009 presenting with Atopic Dermatitis and Lichen Planus. She was again seen in our clinics on May 26, 2009 for Atopic Dermatitis and Lichen Planus and was prescribed Triamcinolone Cream and Doryx. She was again seen in our clinics on June 9, 2009 and presented with Atopic Dermatitis and Asteototic Eczema. On certain visits, photographs were taken to document the extent of the dermatitis and atopic condition. Ms. Dubuclet also received photo therapy for her skin condition.

When it was subsequently learned that Ms. Dubuclet resided in a FEMA issued travel trailer for over twelve months, she was evaluated regarding her medical health and status since exposure to formaldehyde and related products.

2

**DUB001139**

On July 03, 2009, the T.R.U.E. Tests patch system was applied to the back of Ms. Dubuclet to determine whether Ms. Dubuclet is allergic to environmental chemical agents or products.

The tests were interpreted as positive for:
13 = p-tert Butylphenol Formaldehyde Resin 1+
14 = Epoxy Resin 3+
26 = Imidazolidinyl Urea (Germal 115) 1+

The first interpretation of this test was on July 06, 2009. A follow-up evaluation on July 08, 2009 revealed a higher reading for allergic reaction, Test #14 Epoxy Resin, with this second reading evaluated as 4+.

T.R.U.E. Tests Report, on the second reading, #13 and #26 remained at 1+.

These positive test results indicate that Ms. Dubuclet had been sensitized to formaldehyde and is now allergic to formaldehyde. Those chemicals are available in many products, and a synopsis of known problems is attached, including a list of related products.

Formaldehyde is present in many products and is found worldwide. Unfortunately, in the short-term following Hurricane Katrina, there was mass production of trailers and ultra rapid assembly of trailers, for emergency living quarters, which were mostly distributed by FEMA.

Ms. Dubuclet's trailer had an intense odor. Formaldehyde was used in the particle board and other wood products used in the construction of the trailer. There was confined space, and inadequate ventilation compared to a home with higher ceilings and larger rooms, to diffuse the density of the formaldehyde fumes.

Formaldehyde can be an irritant or an allergen or both. As an irritant, formaldehyde is first recognized for causing symptoms such as itching, tearing, runny nose, and various sensations of the skin and mucous membranes. Some individuals exposed, have difficulty breathing, and if they are asthmatic, can trigger an asthmatic episode.

If the process is strictly an irritation, the immediate treatment is removal of the person from the area affected by the formaldehyde. There are also treatments, for injuries or irritations or the signs or symptoms of formaldehyde exposure that are usually effective. However, if the person is exposed for a more extended period of time, they may develop an allergy to formaldehyde, which worsens the condition. If a person is allergic to formaldehyde, then small amounts can trigger all of the symptoms, as the intense exposure would do, as indicated above.
If a person becomes sensitized, and therefore allergic to formaldehyde, then it is likely to be a lifelong condition. This is significant, because the presence of formaldehyde is basically ubiquitous, with formaldehyde being found in many products, worldwide.

3

DUB001140

The issue is formaldehyde's sensitivity and exacerbation of any possible underlying skin condition or upper respiratory condition, due to chronic exposure. Ms. Dubuclet's exposure was over one year, living in the FEMA issued travel trailer.

An evaluation of the specific trailer in which Ms. Dubuclet lived, for over one year, has been provided and reviewed.

Timia Dubuclet experienced all of the usual and customary signs and symptoms of exposure to formaldehyde.

Ms. Dubuclet has experienced itching, tearing, runny nose, and dermatitis, which conditions have become chronic.

It is my opinion, that Ms. Dubuclet has been sensitized and irritated by exposure to the tested chemicals, and present and continued medical problems are likely to persist for life.

It is my opinion, that more likely than not, and with reasonable medical certainty and probability that Ms. Dubuclet will continue to have problems with her skin, consequent to the sensitization and long-term exposure to the products tested.

A certified copy of the medical records for Ms. Timia Dubuclet are included with this report.

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

_____          07/17/09
George A. Farber, M.D.                   Date
Medical Director
Professor of Dermatology

Sworn to and subscribed to before me, Notary, this 17th day of July, 2009.

_Cynthia M Wallace_
Notary Public  Cynthia M Wallace  ID # 32840
My commission expires
at my death.

4

**DUB001141**

## Schedule of Fees

Deposition Testimony .................................... $650 first hour, $500 per hour thereafter

Travel time .................................................. $500 per hour

Court Room Testimony ................................. $1000 per hour

Review of records ........................................ $500 flat fee

Preparation of Report ................................... $175 flat fee

DUB001142

# ALLERGEN PATCH TEST — T.R.U.E. TEST
## STANDARD DATA COLLECTION FORM

Thin-Layer Rapid Use Epicutaneous Test

**Patient's Name:** Ualea Deluclet
**Chart No.** 92512  **Age** 41  **Sex** (M/F)  **Race** B/pop
**Physician's Name:** Dr. Dr. Bien
**Address:** 375 Elizabeth Ave
**City:** Clanner  **State:** LA  **Phone:** (504) 477-5700

**Lot No.** _____
**Date Applied:** 7/6/09
**Date 1st Reading:** 7/6/09
**Date 2nd Reading:** _____

### PANEL 1

- 1 = Nickel Sulfate — 1st ___ 2nd ___
- 2 = Wool Alcohols — 1st ___ 2nd ___
- 3 = Neomycin Sulfate — 1st ___ 2nd ___
- 4 = Potassium Dichromate — 1st ___ 2nd ___
- 5 = Caine Mix — 1st ___ 2nd ___
- 6 = Fragrance Mix — 1st ___ 2nd ___
- 7 = Colophony — 1st ___ 2nd ___
- 8 = Paraben Mix — 1st ___ 2nd ___
- 9 = Negative Control — 1st ___ 2nd ___
- 10 = Balsam of Peru — 1st ___ 2nd ___
- 11 = Ethylenediamine Dihydrochloride — 1st ___ 2nd ___
- 12 = Cobalt Dichloride — 1st ___ 2nd ___

### PANEL 2

- 13 = p-tert Butylphenol Formaldehyde Resin — 1st ++ 2nd ___
- 14 = Epoxy Resin — 1st ++ 2nd ++
- 15 = Carba Mix — 1st ___ 2nd ___
- 16 = Black Rubber Mix — 1st ___ 2nd ___
- 17 = Cl+ Me- Isothiazolinone — 1st ___ 2nd ___
- 18 = Quaternium -15 — 1st ___ 2nd ___
- 19 = Mercaptobenzothiazole — 1st ___ 2nd ___
- 20 = p-Phenylenediamine — 1st ___ 2nd ___
- 21 = Formaldehyde — 1st ___ 2nd ___
- 22 = Mercapto Mix — 1st ___ 2nd ___
- 23 = Thimerosal — 1st ___ 2nd ___
- 24 = Thiuram Mix — 1st ___ 2nd ___

### PANEL 3

- 25 = Diazolidinyl Urea (Germall II) — 1st ___ 2nd ___
- 26 = Imidazolidinyl Urea (Germall® 115) — 1st ___ 2nd ___
- 27 = Budesonide — 1st ___ 2nd ___
- 28 = Tixocortol-21-Pivalate — 1st ++ 2nd ___
- 29 = Quinoline Mix — 1st ___ 2nd ___

### POSITIVE REACTIONS

| Allergen No. | Present | CLINICAL RELEVANCE Past | Unknown |
|---|---|---|---|
| 13 | ✓ | | |
| 14 | ✓ | | |
| 28 | ✓ | | |

### Comments
_____

**Description Codes for Patch Test Results:**
Extreme Positive Reaction (+++): spreading, bullous, ulcerative
Strong Positive Reaction (++): erythema, edema, papules and vesicles
Weak Positive Reaction (+): nonvesicular, erythema, infiltration, possibly papules
Doubtful Reaction(?): macular erythema only
Irritant Reaction (IR)
Negative Reaction (-)

# ALLERGEN PATCH TEST



*Thin-layer Rapid Use epicutaneous Test

## 13  P-TERT-BUTYLPHENOL FORMALDEHYDE RESIN

### IMPORTANT PATIENT INFORMATION

T.R.U.E. TEST indicates that you have a contact allergy to *p-tert*-Butylphenol formaldehyde, a resin used in glues for bonding leather in shoes and layers of wood in the building industry.

Contact of this substance with your skin may result in dermatitis. Other factors may or may not be related to your condition. Your physician will counsel you on appropriate management of your dermatitis.

### Where *p-tert*-Butylphenol Formaldehyde Resin Is Found:
*p-tert*-Butylphenol formaldehyde resin is principally found in shoes, other glued leather goods (handbags, watchbands, belts, and hats), and in the automotive industry as a sealant. The most common exposure is to the glue in shoes that is used to bond new leather parts together. In addition, almost all cobblers repair shoes with glues containing this allergen. When shoes get wet, the allergen in these glues is dissolved and comes in contact with the skin.

*p-tert*-Butylphenol formaldehyde resin is also used in the manufacture of plywood, insulation, and fiberglass. Other less frequent sources of exposure include furniture, disinfectants, deodorants, insecticides, inks, film developers, and dental bonding materials. If you are severely allergic, you may react to glued fabrics and duplicating papers.

### How to Avoid *p-tert*-Butylphenol Formaldehyde Resin:
Avoid waterproof glues for leather. You may have to replace your shoes that have been soaked by water if your feet develop a rash. Do not have components of shoes reglued by a cobbler. Also change your socks often to avoid dampening the shoes with sweat.

Avoid direct skin contact with glued wood and sawdust from fiberglass and hardboard. Wear Allerderm [(800) 365-6868] gloves when working with glues or avoid "do-it-yourself" glues. Woodworking and ceramics hobbyists may change to an adhesive to which they are not allergic.

It may also be necessary to avoid duplicating paper and glued fabric materials. Because *p-tert*-Butylphenol formaldehyde resin is found in some industrial skin care products and, (rarely) in household products, it is important to use only ingredient-labeled products that do not list *p-tert*-Butylphenol formaldehyde resin or any of its synonyms on the label. If you suspect that you are being exposed to this allergen at work, consult your employer regarding Material Safety Data Sheets.

*Note: These are general guidelines for avoiding this particular allergen in your daily activities. Please consult your physician regarding specific additional instructions for you.*

### Synonyms/Components of *p-tert*-Butylphenol Formaldehyde Resin:
Paratertiary Butylphenol formaldehyde resin
PTBP formaldehyde
Butylphen
4(1,1-dimethylethyl)phenol

### Other Substances to Which You May React:
Neoprene adhesives
Degaplast™ glue

### How to Read Product Labels:
Now that you know the substances to which you are allergic, make a list, perhaps on a small card, of the names of all the chemicals to which you are allergic, along with all the synonyms for those chemicals, to take with you when shopping.

Before purchasing a product that may come in contact with your skin, look for its list of ingredients. The list of ingredients may be anywhere on the package. Read the list carefully to see if any of the names or synonyms are on the list. If so, ask your pharmacist or physician for a suitable alternative. Then check that product against your list.

When a product is not packaged, does not have a list of ingredients, or lists only the active ingredients, you have several choices: (1) find an alternative that does list all ingredients, (2) contact the manufacturer for a full list of ingredients, or (3) ask your pharmacist or physician for a suitable alternative.

### Material Safety Data Sheets:
Material Safety Data Sheets (MSDS) are required for all chemicals and substances that workers contact in the workplace. These sheets list chemicals that are known to be hazardous or poisonous. Read these sheets carefully to see whether the lists contain the name of the chemical to which you are allergic or any of its synonyms. Please note, however, that MSDS sheets do not list specific chemicals to which only a few people may be allergic. There is often little detailed information regarding exact chemicals, and only those substances in concentrations greater than 1% must be listed. If the chemical to which you are allergic is not listed, and for some reason you suspect it could be in a particular product, contact the supplier to find out whether the chemical is in the

ALLERGEN PATCH TEST



*Thin-layer Rapid Use epicutaneous Test

## 14  EPOXY RESIN

## IMPORTANT PATIENT INFORMATION

T.R.U.E. TEST indicates that you have a contact allergy to epoxy resin, a synthetic plastic material widely used in adhesives and in some vinyl and plastic products because of its adhesion and toughness.

Contact of this substance with your skin may result in dermatitis. Other factors may or may not be related to your condition. Your physician will counsel you on appropriate management of your dermatitis.

### Where Epoxy Resin Is Found:
Epoxy resin is found in adhesives, adhesive tapes, inks, and some vinyl, plastic, and polyvinylchloride products, for example, eyeglass frames, vinyl gloves, handbags, and plastic necklaces. It may be found in coverings for electrical parts and in some dental bonding agents. Epoxy resin is also found in product finishing, for example in bridge coatings, appliance finishes, automotive primers, flame retardants, floorings, and wall panel coatings. Reactions may occur through exposure to varnishes, laminates, paints, toolings, die castings, and model making, as well as through materials used by artists and sculptors.

### How to Avoid Epoxy Resin:
When using epoxy glues at home, strictly avoid breathing fumes and avoid touching the glue. Note that resin and hardener, the two components of epoxy glue, are generally allergenic only in their unmixed states. When these two components are combined and harden, they are seldom a problem.

If you suspect that you are being exposed to this allergen at work, consult your employer regarding Material Safety Data Sheets. Strictly follow the instructions for use of epoxy resins. Since epoxy resin can penetrate rubber gloves, use Allerderm® Heavy-Duty Vinyl Gloves [(800) 365-6868]. If you are severely allergic, avoid all work with any epoxy; replace it with a less sensitizing plastic material if possible. Epoxy-free bonding agents are available.

Notify your physician and your dentist of your allergy.

*Note: These are general guidelines for avoiding this particular allergen in your daily activities. Please consult your physician regarding specific additional instructions for you.*

### Synonyms/Components of Epoxy Resin:
4,4'-Isopropylidenediphenol-epichlorohydrin
Diglycidyl ether
Bisphenol A [2,2-bis(4-hydroxyphenyl)propane]
(diphenylpropane)
Epichlorohydrin (1-chloro-2,3-epoxypropane)
(8-chloropropylene oxide)

### Other Substances to Which You May React:
Some individuals are allergic to the epoxy resin itself, which is one component of two-part epoxy glue. Others may be allergic to the other part, the hardening agent. The hardening agent usually contains amines. Therefore, an allergic reaction to para-phenylenediamine (*p*-Phenylenediamine) or ethylenediamine may indicate a reaction to the hardening agent.

### How to Read Product Labels:
Now that you know the substances to which you are allergic, make a list, perhaps on a small card, of the names of all the chemicals to which you are allergic, along with all the synonyms for those chemicals, to take with you when shopping.

Before purchasing a product that may come in contact with your skin, look for its list of ingredients. The list of ingredients may be anywhere on the package. Read the list carefully to see if any of the names or synonyms are on the list. If so, ask your pharmacist or physician for a suitable alternative. Then check that product against your list.

When a product is not packaged, does not have a list of ingredients, or lists only the active ingredients, you have several choices: (1) find an alternative that does list all ingredients, (2) contact the manufacturer for a full list of ingredients, or (3) ask your pharmacist or physician for a suitable alternative.


**DUB001145**

## 26 - IMIDAZOLIDINYL UREA (GERMALL® 115)

Concentration: 0.60mg/cm$^2$                                          Vehicle: Polyvidone

**Allergen component per patch:** Imidazolidinyl urea, 0.49 mg

**Synonyms or components:**
*Imidazolidinyl urea (Germall® 115):*
- Imidazolidinyl urea
- Imidurea
- Urea, N,N"-methylenebis(N'-(3-(hydroxymethyl)-2,5-dioxo-4-imidazolidin-yl urea
- N,N"-Methylenebis(N'-(1-(hydroxymethyl)-2,5-dioxo-4-imidazolidin-yl)-

Chemical Identification:   CAS Registry Nos. 39236-46-9, EINECS Nos. 254-372-6,
                            Other Registry Nos. 82852-50-4

**Other substances to which the patient may react:**
- Diazolidinyl urea
- Formaldehyde
- Bronopol
- Quaternium 15
- Dimethyl dimethyl hydantion

**Potential Allergen Sources:**
- Products for personal care, hygiene, and hair care;
- Cosmetics
- Cleaning agents
- Liquid soaps
- Moisturizers

DUB001146