Exhibit F

Transcript of the Testimony of
# Videotaped Deposition of Elisha Dubuclet

## Date taken: October 7, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

## *\*\*Note\*\**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 73

1    And it expires 3-14-2010.

2              Thank you.

3         A.   You're welcome.

4         Q.   Now, where did you live before the

5    hurricane?

6         A.   At 6046 Dorothea Street.

7         Q.   And how long had you lived there?

8    When did you start living there, if you

9    recall?

10        A.   I bought the house, had to be in

11   May '94.

12        Q.   And did you buy the house by

13   yourself or with somebody else?

14        A.   By myself.

15        Q.   And who lived in the house prior

16   to -- before the hurricane?

17        A.   Myself and my two children.

18        Q.   Timia and Timothy?

19        A.   Yes.

20        Q.   Does he go by Timothy?

21        A.   Does he go by Timothy?  Yes.

22        Q.   And you have been married one

23   time?

24        A.   Yes.

25        Q.   And his name was Timothy also?

Page 74

```
 1        A.    Yes.

 2        Q.    When were you divorced?

 3        A.    I don't recall the exact date.

 4        Q.    But it was right around the time

 5   Timia was being born, correct?

 6        A.    Exactly.

 7        Q.    And she was born in what year?

 8        A.    September 23.

 9        Q.    Of?

10        A.    '98.

11        Q.    Thank you.

12              When I asked you before about

13   receiving a check for contents, I didn't

14   mean to limit it to a check from FEMA, but

15   that might have been the way it sounded.

16              Did you get reimbursed for your

17   contents loss, for your furniture, say, from

18   an insurance company?

19        A.    Yes.

20        Q.    And how much did you get?

21        A.    $11,000.

22        Q.    I'm still looking.

23              And you went to -- well, I guess

24   I'm looking at receipts from Long Point

25   Discount Furniture in Houston; Spring Branch
```

# Transcript of the Testimony of
# **Videotaped Deposition of Elisha Dubuclet**

## Date taken: October 7, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

## *\*\*Note\*\**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 73

1    And it expires 3-14-2010.

2              Thank you.

3         A.   You're welcome.

4         Q.   Now, where did you live before the

5    hurricane?

6         A.   At 6046 Dorothea Street.

7         Q.   And how long had you lived there?

8    When did you start living there, if you

9    recall?

10        A.   I bought the house, had to be in

11   May '94.

12        Q.   And did you buy the house by

13   yourself or with somebody else?

14        A.   By myself.

15        Q.   And who lived in the house prior

16   to -- before the hurricane?

17        A.   Myself and my two children.

18        Q.   Timia and Timothy?

19        A.   Yes.

20        Q.   Does he go by Timothy?

21        A.   Does he go by Timothy?  Yes.

22        Q.   And you have been married one

23   time?

24        A.   Yes.

25        Q.   And his name was Timothy also?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Elisha Dubuclet

Page 74

```
 1        A.    Yes.

 2        Q.    When were you divorced?

 3        A.    I don't recall the exact date.

 4        Q.    But it was right around the time

 5   Timia was being born, correct?

 6        A.    Exactly.

 7        Q.    And she was born in what year?

 8        A.    September 23.

 9        Q.    Of?

10        A.    '98.

11        Q.    Thank you.

12              When I asked you before about

13   receiving a check for contents, I didn't

14   mean to limit it to a check from FEMA, but

15   that might have been the way it sounded.

16              Did you get reimbursed for your

17   contents loss, for your furniture, say, from

18   an insurance company?

19        A.    Yes.

20        Q.    And how much did you get?

21        A.    $11,000.

22        Q.    I'm still looking.

23              And you went to -- well, I guess

24   I'm looking at receipts from Long Point

25   Discount Furniture in Houston; Spring Branch
```