AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

ROBERT DEVLIN, ET AL )
)
_Plaintiff_ )
v. ) Civil Action No. ~~08-7018~~
FLEETWOOD ENTERPRISES, INC., ET AL ) 07-7018
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Gulf Stream Coach, Inc.
Through Kenneth Brinker
503 S. Oakland
Nappannee, IN 46550

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: L. Eric Williams, Jr.
Williams Law Office, LLC
3000 W. Esplanade Ave., Ste. 200
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Oct 29 2009

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 08-7018

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Gulf Stream Coach, Inc.**
was received by me on *(date)* **11/06/09**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **SEE US MAIL CERTIFIED CARD**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/09/09**

*Server's signature*

**L. Eric Williams, Jr., Williams Law Office, LLC**
*Printed name and title*

**3000 W. Esplanade Ave., Ste. 200, Metairie, LA. 70002**
*Server's address*

Additional information regarding attempted service, etc:

**USPS Certified Mail Receipt**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Number: 7006 2150 0001 4321 3610

NAPPANEE IN 46550

| | |
|---|---|
| Postage | $0.61 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.71 |

Postmark: NOV -3 2009, 11/03/2009

Sent To: Gulf Stream Coach, Inc.; through Kenneth C. Brinker
503 S. Oakland,
Nappanee, IN 46550

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gulf Stream Coach, Inc.
Through Kenneth C. Brinker
503 S. Oakland
Nappanee, IN 46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Chester Myrick — ☒ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: NOV -6 2009
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0001 4321 3610

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540