UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.*, et al. | | * * | | |
| | | * | JUDGE: ENGELHARDT | |
| Case No. 07-9228 | | * * | | |
| | | * | MAG: CHASEZ | |

*****************************************************************************

### DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO THE GOVERNMENT CONTRACTOR DEFENSE

NOW INTO COURT, through undersigned counsel, comes Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood"), who respectfully submits this Motion for Summary Judgment. Fleetwood asserts that it is entitled to immunity from state law tort immunity because of its status as a government contractor. In support of this motion, Fleetwood refers the Court to its memorandum of law filed contemporaneously herewith and the following exhibits:

1. Deposition of David Garratt, taken on July 7, 2009, pp. 32, 179, 203, 207-08, Exhibit A;

2. FEMA procurement specifications, FLE-00006914-6917, Exhibit B;

3. Specification addendum to the August 2004 procurement specifications, FLE FLE-00006492, Exhibit C;

4. Deposition of Jim Schilligo, taken on October 22, 2009, pp. 34, 56, 78, 90 attached as Exhibit D;

5. Affidavit of Alby Snyder, Exhibit E;

6. Federal Emergency Management Agency Unit Inspection Report, dated March 28, 2006, FEMA166-000011, Exhibit F;

7. Deposition Transcript of Martin McNeese, taken on July 14, 2009, pp. 35, 100-01, 106-08, Exhibit G;

8. Deposition Transcript of Fleetwood Enterprises, Inc. (through Craig Biazo), taken on August 18, 2009, pp. 275-76, Exhibit H;

9. Deposition of Elden Smith, taken on October 7, 2009, p. 65–66, Exhibit I;

10. Deposition of Stephen Miller, taken on July 9, 2009, pp. 184-85, Exhibit J;

11. Deposition of Alexis Mallet, taken on October 28, 209, p. 126, Exhibit K.

This 9th day of November 2009.

        Respectfully submitted:

        /s/ Richard K. Hines, V
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

**C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | | |

  New Orleans, Louisiana, this 9th day of November 2009.

             /s/ Richard K. Hines, V
             Richard K. Hines, V
             Georgia Bar No. 356300
             E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)