UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | | SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc., et al.* | | * * * | |
| | | | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * * * | |
| | | | MAG: CHASEZ |

*****************************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO THE GOVERNMENT CONTRACTOR DEFENSE**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood"), who in support of its Motion for Summary Judgment relating to the government contractor defense, states the following uncontested material facts solely for the purpose of this motion:

1. This Multi-District Litigation is the consolidation of several state and federal toxic tort suits in which an estimated thirty thousand named plaintiffs claimed to have inhabited emergency housing units that were provided to them by the Federal Emergency Management Agency as a result of the alleged uninhabitability of their residences due to Hurricanes Katrina and Rita.

2. The Plaintiff, Elisha Dubuclet on behalf of her minor daughter, Timia Dubuclet, resided in a travel trailer, VIN 4CJ1F322764015272, after Hurricane Katrina.

3. That unit, VIN 4CJ1F322764015272, was built in 2006.

4. In 2005, prior to the construction of that unit, FEMA provided procurement specifications that detailed how the units were to be constructed.

5. Fleetwood received those specifications and built its travel trailer units in accordance with the specifications.

6. FEMA inspected and accepted Fleetwood unit, VIN 4CJ1F322764015272.

7. After taking control, FEMA utilized Fleetwood's travel trailer units as part of FEMA's disaster relief operations throughout the United States.

This 9th day of November 2009.

Respectfully submitted:

/s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                      ( )    Prepaid U.S. Mail

( )    Facsimile                             ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 9th day of November 2009.

                                                */s/ Richard K. Hines, V*
                                                Richard K. Hines, V
                                                Georgia Bar No. 356300
                                                richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)