Exhibit A

```
1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF LOUISIANA

3                    NEW ORLEANS DIVISION

4     In Re:  FEMA Trailer     )

5     Formaldehyde Products   ) MDL No. 1873

6     Liability Litigation    )

7

8                                  Washington, D.C.

9                                  Tuesday, July 7, 2009

10    Videotape Deposition of DAVID EDWARD GARRATT, called

11    for examination by counsel for Plaintiffs in the

12    above-entitled matter, the witness being duly sworn

13    by CHERYL A. LORD, a Notary Public in and for the

14    District of Columbia, taken at the offices of NELSON

15    MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16    Avenue N.W., Suite 900, Washington, D.C., at 9:07

17    a.m., and the proceedings being taken down by

18    Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22
```

```
1       Q.    With that being said, I want to direct you
2    to page 2 of 6, and particularly section 3 of your
3    declaration.  And this is where you're talking about
4    temporary emergency housing assistance to disaster
5    victims.  And I want to direct you to the sentence
6    that begins -- the second sentence of 3.
7             It begins:  From September 2005 to May 1,
8    2009, FEMA has provided a significant number of
9    Hurricane Katrina and Rita disaster victims with at
10   no cost travel trailers, park model trailers, and
11   manufactured housing, also commonly referred to as
12   mobile homes, hereinafter collectively referred to as
13   emergency housing, or EHUs.
14            Did I read that statement correctly, that
15   sentence?
16       A.    Yes.
17       Q.    Mr. Garratt, I want to ask a question:
18   What is the purpose of this sentence in this
19   statement in your declaration?
20       A.    Other than to convey the information that
21   it conveys?
22            (Mr. Fried and Ms. Williams-Jones entered
```

Case 2:07-md-01873-KDE-MBN   Document 6626-3   Filed 11/09/09   Page 4 of 7
7/7/2009  Garratt, David E.

1    problem was on March 16, 2006.  This issue has been

2    around a long time, and as I recall, surfaced in

3    previous disasters.  Has anyone researched this.

4            Now, did you know what Gil Jamieson was

5    referring to there?

6        A.   No.

7        Q.   Did you research it or have anyone else

8    research it?

9        A.   Yes.

10       Q.   And what was the result of the research?

11       A.   Inconclusive, anecdotal, no one was able

12   to provide any written documentation that there were

13   prior formaldehyde issues.

14       Q.   From prior disaster responses --

15       A.   Correct.

16       Q.   -- in particular.

17       A.   Gil was one individual who raised this

18   issue in this email.  I'm also aware and I don't

19   remember who the individual was, but somebody from

20   our logistics organization, had also suggested that

21   they had recalled dealing with formaldehyde problems

22   or a formaldehyde issue in a previous disaster, and I

1            MR. MEUNIER:  Let me mark that as Garratt

2     16.

3            I will tender the witness and reserve the

4     remaining 8 minutes for redirect.

5                    (Garratt Exhibit No. 16

6                     was marked for

7                     identification.)

8            MR. MEUNIER:  Let me -- Garratt 16, by the

9     way, has Bates number at the bottom right-hand corner

10    DHS and T, 4060 through 62.

11

12    EXAMINATION BY COUNSEL FOR GULF STREAM COACH INC.

13            BY MR. SCANDURRO:

14       Q.   Mr. Garratt, my name is Tim Scandurro, and

15    I represent Gulf Stream Coach, one of the commercial

16    manufacturers of these travel trailers.

17            (Discussion off the record.)

18            BY MR. SCANDURRO:

19       Q.   Mr. Garratt, can you confirm that FEMA

20    supplied thousands of travel trailers for natural

21    disasters prior to Hurricane Katrina?

22       A.   Yes.

1       Q.    From a formaldehyde standpoint.

2       A.    None whatsoever.

3       Q.    Can you talk a little bit about why FEMA

4   used travel trailers by the thousands both prior to

5   Hurricane Katrina and during the Hurricane Katrina

6   response?

7       A.    They were the preferred direct temporary

8   housing product because of their -- because of their

9   size, because we could move them in and set them up

10  quickly.  I think 80 percent of the units that we

11  provided in response to hurricanes Katrina and Rita

12  were on individuals' private property.  And typically

13  we put travel trailers on private property or often

14  because we can't fit anything else on their private

15  property.  They simply can't accommodate a mobile

16  home on their driveway.

17            So they were used because, number 1, they

18  filled a need that could not be met any other way.

19  2, they were inexpensive compared to a mobile home.

20  3, they allowed people to stay at their property and

21  rebuild their home as opposed to relocating them to a

22  community site that might be miles away and might be

1       far more expensive to build.

2                  So a number of reasons I think contributed

3       to the use of travel trailers and their popularity at

4       least within a certain segment of the disaster

5       population on those small properties and wanted to

6       stay on their property and rebuild their home.

7           Q.    Am I also correct that during the prior

8       natural disaster events that we talked about prior to

9       Hurricane Katrina, can we assume that there were

10      young children and elderly people and stay-at-home

11      moms living in those travel trailers as well?

12          A.    I think that's safe to assume.

13          Q.    And again you're not aware of any

14      formaldehyde claims by any of those people in those

15      prior disasters?

16          A.    I'm not personally aware of any.

17          Q.    When you were working with the CDC after

18      Hurricane Katrina, did you become aware of the

19      results of a study that they did in Hancock County,

20      Mississippi, of children's pre-Katrina and

21      post-Katrina doctor visits?

22          A.    Not by -- not by that reference.