Exhibit C

November 17, 2005

# Fema Unit Specifications
## 32FSH / 32DFSH

**Standard Construction**

- Overall height – 9' – 11" (10' – 8" with AC)
- Overall width – 8'-1"
- Overall length – 32' – 3"
- Slide-out room = 3'-2" x 11'-10 ¼"
- Approx. Total Sq. Ft – 258
- Wheel track – 83 ½"
- GVWR - 7400
- GAWR - 8600
- Floor construction:
    - 1 ½ x 2 ½ lumber frame (2 ½ thick)
    - 5/8 OSB decking
    - plastic underbelly
    - 3 1/8 o.a. thickness
- Sidewall construction:
    - 1 1/8 x 1 ½ lumber framing (1 ½" thick)
    - 3.6mm linen panel interior
    - Sidewall is mounted on top of the floor
    - 1 11/16" o.a. thickness
- Front and rear section construction – same as sidewalls
    - F & r sections "cap" the ends of the floor and sidewalls
- Ceiling construction:
    - 4 ½ rafters @ center, tapering down to 1 ½ @ sides.
    - 3.6mm ceiling panel.
    - 5/32 luan roof substrate.
    - Rubber roof
    - 4 7/8" o.a. thickness (@ center)
    - Ceiling is mounted on top of sidewalls, front, & rear sections
- Exterior siding – sheetmetal - .024 white aluminum; mesa pattern
- 120V 30" Baseboard heaters – 3 ea.
- 120V all electric water heater
- 120V Cook top

**Handicap Features:**

- Handicap Assist Grab Bar located in the shower
- Free standing shower stool
- Raised toilet seat with arms
- Microwave located under cook top in galley cabinet
- Free standing dinette table and chairs
- 36" entry door

CONFIDENTIAL