Exhibit D

# Transcript of the Testimony of
# Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

### Date taken: October 22, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN Document 6626-6 Filed 11/09/09 Page 3 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 34

1  you, would you be able to review those and
2  see if you could locate those online
3  specifications, 1 through 151.
4  　　　A.　I don't see any in here.
5  　　　Q.　Suffice it to say that when Morgan
6  turned around and asked Monaco, Fleetwood
7  and Recreation by Design for travel trailers
8  to meet the FEMA specifications, would they
9  pass along the specifications they received
10 via email from FEMA?
11 　　　A.　Correct.
12 　　　Q.　And when Morgan would pass along
13 those specifications, they did not make any
14 alterations or additions or changes to those
15 FEMA specifications, did they?
16 　　　A.　No, sir.
17 　　　Q.　And to the extent that FEMA had
18 specifications published online, did Morgan,
19 in fulfilling the order for these travel
20 trailers, 15,000 travel trailers, did they
21 also refer Fleetwood, Recreation by Design
22 and Monaco to the online specifications
23 published by FEMA?
24 　　　A.　Yes, sir.
25 　　　Q.　When you are in this process as

Case 2:07-md-01873-KDE-MBN Document 6626-6 Filed 11/09/09 Page 4 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)    Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 56

1        And it has a back side to it, but
2   let's just talk about the first side.  It
3   also bears a Morgan Bates number of 001051.
4        A.   Yes, sir.
5        Q.   Could you please identify what
6   that document is?
7        A.   It is Morgan's invoice to the
8   Federal Government for a series of travel
9   trailers.
10       Q.   And the third unit there, does
11  that appear to be the same unit, based upon
12  the VIN number, 4CJ1F322764015272 as we have
13  marked in the certificate of title in
14  Exhibit 9?
15       A.   Yes, sir.
16       Q.   Does this confirm for you this is
17  the invoice or bill that went to the United
18  States Government for this particular unit,
19  this particular FEMA unit?
20       A.   Yes, sir.
21       Q.   And identifies the model number is
22  Morgan travel trailers 32FSH; is that right?
23       A.   Yes, sir.
24       Q.   So that all these units here would
25  be handicap units?

Case 2:07-md-01873-KDE-MBN   Document 6626-6   Filed 11/09/09   Page 5 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 78

1    A.   Yes, I know they did.
2    Q.   How do you know they did?
3    A.   I personally inspected Fleetwood
4  units at the FEMA staging area in Baton
5  Rouge myself.
6    Q.   Now, you have indicated that
7  Morgan ended up purchasing over 10,000
8  travel trailers from Fleetwood for the
9  Katrina response, correct?
10    A.   Yes, ma'am.
11    Q.   And did you reject -- did Morgan,
12  that is, reject any of the Fleetwood units?
13    A.   Not one.
14    Q.   Did FEMA, as far as you know,
15  reject any of the Fleetwood units?
16    A.   Not to my --
17    MR. MILLER:
18         Object to the form; foundation.
19    THE WITNESS:
20         Not to my knowledge.
21  EXAMINATION BY MS. DALY:
22    Q.   Did Fleetwood provide the units
23  timely?
24    A.   Yes, ma'am.
25    Q.   Did Morgan personnel ever -- let

Case 2:07-md-01873-KDE-MBN   Document 6626-6   Filed 11/09/09   Page 6 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 90

1   the staging sites as the Fleetwood units
2   came in?
3        A.   Yes, we were issued FEMA passes.
4        Q.   And clarify this for me.  Who was
5   looking at the Fleetwood units first when
6   they hit the ground?  Was it Morgan, was it
7   FEMA or was it somebody else?
8        A.   FEMA.
9        Q.   In your -- to your knowledge, were
10  FEMA personnel looking at every Fleetwood
11  unit?
12       A.   They looked at every unit that was
13  received at the staging area no matter who
14  the manufacturer was.
15       Q.   Based on your understanding of
16  Morgan's contract with the U.S. Government,
17  did the U.S. Government/FEMA have the right
18  to reject any unit it felt was rejectable?
19       A.   Yes, ma'am.
20       Q.   Did you ever get one rejected, a
21  Fleetwood unit?
22       A.   No, ma'am.
23       MS. DALY:
24            That's all I have.  I will pass
25  the witness for now.