Exhibit E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE  PRODUCTS LIABILITY  LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to:<br>*Dubuclet v. Fleetwood Enterprises, Inc., et al.*<br><br>Case No. 07-9228 | * * * * * * | JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>AFFIDAVIT OF ALBERT SNYDER</u>**

STATE OF INDIANA         )
                                          )
COUNTY OF _Elkhart_ )

Before me, an officer duly authorized to administer oaths, came Albert Snyder, who, having first been duly sworn, deposes and makes this affidavit in connection with, but not limited to, Defendant Fleetwood Enterprises, Inc.'s Motion for Summary Judgment in the captioned matter and for all other purposes recognized by law and says:

1.

My name is Albert Snyder. I am over the age of eighteen, competent to give this affidavit, give this affidavit based on my own personal knowledge, and state that the information provided is true and correct to the best of my knowledge.

2.

In 2005 and 2006 I was an employee of Defendant Fleetwood Enterprises, Inc. and held the position of Director of Manufacturing for the Travel Trailer Group.

3.

FEMA developed specifications in 2004 for the production of travel trailers for use by the government as a part of FEMA's response to national disasters. It was 2004 specification created by FEMA, and provided to Fleetwood through Morgan Buildings & Spas, Inc. ("Morgan"), that was the specification to which Fleetwood built its travel trailers which were sold to Morgan in 2005 and 2006 for use in FEMA's response to Hurricane Katrina. Exhibit "1", attached hereto, is a true and correct copy of the August 12, 2004 FEMA specification referred to in this paragraph. In addition, FEMA issued a specification which was a modification of the August 12, 2004 specification, which specification was for use in producing handicapped accessible travel trailers. Exhibit "2", attached hereto, is a true and correct copy of the modified specification. Fleetwood built it handicapped accessible travel trailers, which it sold to Morgan in 2005 and 2006 for use in FEMA's response to Hurricane Katrina, to the August 12, 2004 specification as modified by FEMA through the specification identified as Exhibit "2".

FURTHER AFFIANT SAYETH NOT this 6 day of November, 2009.

_____
Albert Snyder

Sworn to and subscribed before
me this 6th day of November, 2009.

_____
Notary Public
My commission expires: 6/13/2012

Jeannie M Colthorp
Notary Public Seal State of Indiana
Elkhart County
My Commission Expires 06/13/2012

2