# FEDERAL EMERGENCY MANAGEMENT AGENCY
## UNIT INSPECTION REPORT

BARCODE NO. 13/3963
ARRIVAL TIME: 9:38 AM
DATE: 3-29-06

1. MH SERIAL NO. / TT VIN NO.: 4C51F32276401527L
ORIGIN: 20

### 2. TYPE OF INSPECTION
|  | Dispatch | Receipt |
|---|---|---|
| Vendor | ☐ | ☐ |
| Staging | ☐ | ☐ |
| Site | ☐ | ☐ |
| RFO | ☐ | ☐ |
| Move In | ☐ | ☐ |
| Move Out | ☐ | ☐ |

### 3. TYPE OF UNIT
Check as many as apply
- ☐ Mobile Home
- ☑ Travel Trailer
- ☐ Park Model
- ☐ FEMA Owned
- ☐ FEMA Leased
- ☐ Slide Out
- ☐ ADA Compliant
- ☐ ADA Compatible

### 4. APPLIANCES
| Type | Manufacturer | Model |
|---|---|---|
| Furnace | | |
| Water Heater | | |
| Washer / Dryer | NA | |
| Range | | |
| Refrigerator | | |
| Microwave | | |
| TV / DVD | NA | |
| Stereo | NA | |

### 5. UNIT INFORMATION
a. Manufacturer: Flextwood
b. Vendor:
c. Model:
d. Year: 2006
e. Size: 32
f. Sleeping Capacity: 2

### 6. INSPECTING
☐ Staging Area   ☐ Site

### 7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New   G = Good   P = Poor   D = Damaged   M = Missing

| FURNISHINGS Kitchen & Dining | DIS | REC | FURNISHINGS First Bedroom | DIS | REC | FURNISHINGS Bathroom | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs (6 for 3 BR) | | | Mirror | | | Tub / Shower | | |
| Range | | | Cabinet Storage | | | Toilet | | |
| Range Hood & Vent Fan | | | Curtains & Rods | | | Medicine Cabinet | | |
| Refrigerator | | | Light Fixture | | | Mirror | | |
| Curtains & Rods | | | Second Bedroom | | | Curtains & Rods | | |
| Cabinets | | | Double Bed, Complete | | | Light Fixture | | |
| Sink | | | Mirror | | | Exterior Condition | | |
| Light Fixture | | | Cabinet Storage | | | Water Heater | | |
| Fire Extinguisher | | | Curtains & Rods | | | Doors | | |
| Living Room | | | Light Fixture | | | 2 Keys per Door | | SET |
| Couch | | NA | Third Bedroom | | | Windows | | |
| Arm Chair | | | Double Bed, Complete | | | Screens | | |
| End Table | | | Mirror | | | Front / Rear Panels | | |
| Coffee Table | | | Cabinet Storage | | | Left / Right Side Panels | | |
| Curtains & Rods | | N | Curtains & Rods | | | Battery (For Slide Out Unit Only) | | NA |
| Light Fixture | | | Light Fixture | | | Propane Tanks | | NA |
| Surround Sound Speaker | | NA | Interior Condition | | | Awning | | |
| Hall | | | Floor Covering | | N | Roof & Vents | | |
| Furnace | | N | Wall Panels | | | Towing Hitch | | |
| Smoke Detectors | | | Ceiling Panels | | | Axles & Springs | | |
| Light Fixture | | | | | | Wheels & Tires | | |

### 8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW:
RIGHT SIDE: OK   LEFT SIDE: OK   FRONT: OK   REAR: OK

### 9. COMMENTS (If more space is needed, see attached sheet)

10. DRIVER DAMAGE: ☐ Yes ☐ No
INSPECTOR INITIAL: GB
DRIVER INITIAL:

11. READY FOR OCCUPANCY CERTIFICATION
Contract W.O. No:
Inspector Signature:
Date:

12. OCCUPANT NAME:
ADDRESS:
THA No.:

### 13. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:
| NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep.) |
|---|---|---|
| Receipt To / From (Print): BATON ROUGE | | GLORIA BAKER 3-28-06 |
| Dispatch To / From (Print): | | |
| Receipt To / From Site (Print): | | |

OCCUPANT SIGNATURE (Move In or Move Out)   DATE   FEMA REP. SIGNATURE   DATE
DR1539 FORM 90-13 (TEST) JANUARY 05

FEMA166-000011