Exhibit H

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO. 1873
PRODUCTS LIABILITY LITIGATION
                                          SECTION "N" (5)

                                          JUDGE ENGELHARDT
                                          MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

Elisha Dubuclet on behalf of
Timia Dubuclet vs. Fleetwood

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

FLEETWOOD ENTERPRISES, INC.

VOLUME II, PAGES 257 THROUGH 390

August 18, 2009

9:21 a.m.

3649 Mission Inn Avenue

Riverside, California

Reported by Gail Nesson, CSR No. 7010

275

1              But with respect to Dubuclet, I think you can
2     ask him about Dubuclet when you get there.
3     BY MR. BENCOMO:
4         Q    Right.
5              I'm going to tell you, Mr. Biazo, and you're
6     welcome to look through all of these documents that you
7     all produced, all of the complaint documents, but I
8     looked at every single one that was produced, and there
9     is not any mention whatsoever of the word "formaldehyde"
10    or anything pertaining to smells or anything like that.
11             Are you here to tell us today that Fleetwood
12    never ever received a single complaint about formaldehyde
13    or some foul smelling odors in anyone's trailers?
14             MS. DALY:  What do you mean by "anyone's
15    trailer"?  Do you mean FEMA trailers?
16             MR. BENCOMO:  FEMA trailers, that's correct.
17    That's all we're here for.
18             MS. DALY:  Let me be very specific because
19    Fleetwood trailers provided to Morgan for FEMA is what
20    he's talking about.  Okay.
21             MR. SHERBURNE:  I'm going to object to the
22    compound question.
23             MS. DALY:  Do you follow what he asked you?
24             THE WITNESS:  Can you reread the question.
25             MR. BENCOMO:  Sure.

276

1            (Record read)
2   BY MR. BENCOMO:
3       Q    To that question we add FEMA trailers, of
4   course.
5       A    No, we did not.
6       Q    Look at the second to last call in on that
7   particular Document 14088.
8            Would you please read the third box that begins
9   with "Potential customer."  Just read that.
10      A    Do you want me to read it aloud?
11      Q    Please, for the record.
12      A    "Potential customer called in asking for
13  information on this trailer.  She wants to take the unit
14  and live in it during the winter months in the northwest
15  as they travel.  They wanted to know if this would be
16  possible.  I advised them the insulation on this trailer
17  is an R7 and this unit is not designed to be used in the
18  winter unless extra precautions are taken to accommodate
19  the weather.  Customer thanked me.  Linda Chalcraft," and
20  then a phone number.
21      Q    Linda Chalcraft would have been the customer or
22  that would have been someone working for Fleetwood?
23      A    I believe that would be the potential customer
24  calling in.
25      Q    Who would have been the person or how do we