CERTIFIED COPY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER )
FORMALDEHYDE PRODUCTS LIABILITY )
LITIGATION ) MDL No. 07-1873
_____)

DEPOSITION OF ELDEN SMITH, a witness herein, noticed by Bencomo & Associates, at 3403 10th Street, Riverside, California, at 8:07 a.m., on Wednesday, October 7, 2009, before Jana Ruiz, CSR 12837.

Hutchings Number 233422



**HUTCHINGS** ℠
**COURT REPORTERS**
**GLOBAL LEGAL SERVICES**

HEADQUARTERS:
6055 E. WASHINGTON BLVD., 8TH FLOOR
LOS ANGELES, CA 90040-2429

800.697.3210  323.888.6300
FAX: 323.888.6333 • www.hutchings.com

| | | |
|---|---|---|
| 09:35 | 1 | responding, are you of any contacts Fleetwood may have |
| | 2 | had with FEMA relating to the FEMA units provided to |
| | 3 | Morgan Building & Spa? |
| | 4 | A.  No. |
| 09:36 | 5 | Q.  Finally, I want to address another issue, and |
| | 6 | that relates to Fleetwood's past history providing |
| | 7 | travel trailers in response to disasters. |
| | 8 | Prior to Hurricane Katrina and Rita, are you aware |
| | 9 | of Fleetwood providing any travel trailers to an |
| 09:36 | 10 | intermediary, such as Morgan Building & Spa, for |
| | 11 | purposes of disaster response or perhaps even providing |
| | 12 | travel trailers directly to FEMA for purposes of |
| | 13 | disaster response? |
| | 14 | A.  It seems there was some provided in virtually |
| 09:36 | 15 | every disaster that required some emergency housing. |
| | 16 | In many cases, it was provided through our normal |
| | 17 | dealer network.  In others, it was provided through |
| | 18 | intermediary such as Morgan. |
| | 19 | But we're going way back to the early 1980s, maybe |
| 09:37 | 20 | 1970s, the Johnstown flood.  Emergency units were |
| | 21 | provided for that and virtually every disaster since. |
| | 22 | Q.  And in fact, Fleetwood has been, as you |
| | 23 | indicated, a leader in the field, but they're also one |
| | 24 | of the biggest manufacturers of travel trailers in the |
| 09:37 | 25 | United States? |

65

HUTCHINGS COURT REPORTERS, LLC - GLOBAL LEGAL SERVICES
800.697.3210

| | | |
|---|---|---|
| 09:37 | 1 | A. That's correct. |
| | 2 | MR. BENCOMO: Objection. |
| | 3 | THE WITNESS: We had greater capacity than most |
| | 4 | manufacturers in the industry, but also had an excellent |
| 09:37 | 5 | reputation for meeting our commitments, providing good |
| | 6 | quality units. |
| | 7 | MR. MILLER: |
| | 8 | Q. Prior to the lawsuit, the first lawsuit in this |
| | 9 | litigation or that commenced this litigation which I |
| 09:37 | 10 | believe was about in May 2006, are you aware of |
| | 11 | Fleetwood ever being sued by any other disaster victims |
| | 12 | due to alleged exposure to formaldehyde in a unit that |
| | 13 | FEMA had -- or that Fleetwood had provided in response |
| | 14 | to a disaster? |
| 09:38 | 15 | A. I am not. |
| | 16 | Q. Are you aware of any disaster victims |
| | 17 | complaining to Fleetwood about formaldehyde in a trailer |
| | 18 | that had been issued to them in response to a disaster? |
| | 19 | A. No, I'm not. |
| 09:38 | 20 | MR. BENCOMO: Objection to the question of |
| | 21 | foundation. |
| | 22 | MR. MILLER: |
| | 23 | Q. That's something that, in your position over |
| | 24 | the course of your tenure with Fleetwood, would have |
| 09:38 | 25 | been important to know, wouldn't it? |