Exhibit K

# Transcript of the Testimony of
# Alexis Mallet, Jr.

**Date taken: October 28, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 6626-13   Filed 11/09/09   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)                     Alexis Mallet, Jr.

Page 126

1  deterioration, it is going to cause mold
2  issues.  It is not the proper method of
3  construction of a housing unit.
4       Q.   So it is your opinion that if two
5  identical travel trailers come out of a
6  manufacturer's assembly plant, and one of
7  them goes to a family, like yours, to use
8  for recreational purposes and one of them
9  goes to FEMA to be used by FEMA as it sees
10 fit, the one that goes to the family for
11 recreational purposes is not defectively
12 designed with the air conditioner, the
13 insulation, or the vinyl wall covering.
14 That wouldn't be defectively designed for
15 that family for recreational purposes?
16      A.   For that use, that is correct.
17           However, the intended purpose of
18 the FEMA units, it is absolutely the wrong
19 design to use for that in the hot, humid
20 climates.
21      Q.   But the duplicate unit, not
22 Dubuclet but duplicate, the exact same
23 duplicate unit that I was talking about that
24 comes out of that assembly plant that goes
25 to FEMA for FEMA to use as it sees fit, for