UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION
FOR PARTIAL SUMMARY JUDGMENT ON MENTAL ANGUISH CLAIMS**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves for partial summary judgment, pursuant to Federal Rule of Civil Procedure 56, because there is no genuine issue of material fact regarding Plaintiff's mental anguish claims, including her fear of cancer claim. Plaintiff's anxiety claim fails because the proposed expert, Dr. Edward H. Shwery, has no reliable scientific basis for his opinion on anxiety: he relies on Dr. George A. Farber's testimony for causation, and Dr. Farber's testimony is unreliable. Plaintiff's fear of cancer claim fails because Plaintiff has not articulated any specific fear of cancer related to formaldehyde or living in the Emergency Housing Unit ("EHU"). Even if she had, she has not shown with expert medical testimony that such a fear is reasonable.

In support of this motion, Fleetwood relies on its memorandum of law and the following documents:

| Exhibit | Item |
|---|---|
| A | Edward H. Shwery Affidavit, dated July 17, 2009 (redacted to remove personal data identifiers) |

| B | Edward H. Shwery Deposition, taken Aug. 10, 2009, excerpts (pages 104-05, 109-12) |
|---|---|
| C | George A. Farber Deposition, taken Aug. 6, 2009, excerpts (pages 33, 50-51, 93-94) |
| D | Timia Dubuclet Deposition, taken Nov. 2, 2009 (rough draft) (excerpts pages 74-76) |
| E | Patricia M. Williams Deposition, taken July 7, 2009, excerpts (pages 97-99, 127-34) |
| F | Mary DeVany Affidavit, dated July 17, 2009 |
| G | George A. Farber Affidavit, dated July 17, 2009 |
| H | Lawrence G. Miller Deposition, taken Sept. 22, 2009, excerpts (page 160) |
| I | Christopher DeRosa Deposition, taken July 6, 2009, excerpts (pages 256-58) |
| J | Michael Hauptmann et al., *Mortality from Solid Cancers among Workers in Formaldehyde Industries*, 159 Am. J. Epid. 1117 (2004) |
| K | Plaintiff's Designation of Expert Witnesses, dated July 17, 2009 |
| L | Paul Hewett, Ph.D., Curriculum Vitae, dated May 14, 2009 |
| M | Paul Hewett, Ph.D., Affidavit, dated Oct. 26, 2009 |
| N | Report of Gary Marsh, Ph.D., dated Aug. 19, 2009 |
| O | Mary DeVany Deposition, taken July 31, 2009 (pages 116-117). |

For these reasons, Fleetwood requests that this Court grant summary judgment in its favor on all mental anguish claims.

This 9th day of November 2009.

    Respectfully submitted:

    /s/ Richard K. Hines, V
    Richard K. Hines, V
    GA Bar No. 356300
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    Atlantic Station
    201 17th Street, NW, Suite 1700
    Atlanta, GA  30363
    (404) 322-6000 (phone)
    (404) 322-6050 (fax)

    Jerry L. Saporito
    LA Bar No. 11717
    LEAKE & ANDERSSON, L.L.P.
    1700 Energy Centre
    1100 Poydras St.
    New Orleans, LA 70163-1701
    (504) 585-7500 (phone)
    (504) 585- 7775 (fax)

    Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( ) Hand Delivery        ( ) Prepaid U.S. Mail

( ) Facsimile          ( ) Federal Express

(X) CM/ECF

  New Orleans, Louisiana, this 9th day of November, 2009.

             /s/ Richard K. Hines, V
             Richard K. Hines, V
             Georgia Bar No. 356300
             richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)