UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | | SECTION:  N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * * | |
| Case No. 07-9228 | | * * * | JUDGE: ENGELHARDT |
| | | * | MAG: CHASEZ |

*************************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH THERE ARE NO GENUINE ISSUE TO BE TRIED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON <u>MENTAL ANGUISH CLAIMS</u>**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") has moved for partial summary judgment on Plaintiff's mental anguish claims, including fear of cancer, and files this statement of material facts as to which there are no genuine issues to be tried in accordance with Local Rule 56.1:

1. Dr. Edward H. Shwery opines that Timia Dubuclet suffers from stress, worry, and anxiety regarding her medical conditions, primarily her eczema.

2. Dr. Shwery also testified that he believes living in the EHU worsened Timia Dubuclet's skin condition and led to her anxiety.

3. Dr. Shwery relies on Dr. Farber's conclusion that Timia is allergic to formaldehyde.

4. But Dr. Farber's deposition testimony indicates that he actually does not know whether Timia is sensitized to formaldehyde.

5. Timia has testified that she has a fear of cancer because her "Auntie Rita" passed away due to cancer, and she did not state that she had a fear of cancer because she lived in the EHU.

6. Dr. Patricia M. Williams has not provided an opinion on any formaldehyde exposure level that is sufficient to trigger a cancerous process.

7. Mary DeVany is not a medical doctor.

8. DeVany does not provide an opinion on any formaldehyde exposure level that is sufficient to cause cancer.

9. No medical expert or physician has testified that it is even possible for Timia to contract cancer or any other disease in connection with the alleged formaldehyde exposure that Timia experienced.

This 9th day of November 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery               ( )    Prepaid U.S. Mail

( )    Facsimile                     ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 9th day of November 2009.

                              /s/ Richard K. Hines, V
                              Richard K. Hines, V
                              Georgia Bar No. 356300
                              richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)