Exhibit B

# Transcript of the Testimony of
# Dr. Edward H. Shwery

**Date taken: August 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1   mind about why she wanted to go back.  I
2   know that she did well.
3        Q.   You didn't ask her why she wanted
4   to go back?
5        A.   I did, but she didn't lay it out
6   like you are describing.
7        Q.   But she wanted to leave New
8   Orleans and go back to Texas?
9        A.   Yes, she didn't want to leave
10  Texas.  Both she and her mother described
11  that, after a few weeks, things settled down
12  and some of that went down.
13            She did not like living in the
14  trailer, however.  She didn't think that was
15  very cool at all.  We talked about some of
16  the problems, and as you know from my
17  report, the issues in the trailer started to
18  have an adverse effect on her health, which
19  caused an increase in psychological issues.
20       Q.   Let me make sure I understand
21  that.
22            It is your belief that living in
23  the trailer had an adverse effect on her
24  skin condition, her eczema, and that led to
25  greater anxiety?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Dr. Edward H. Shwery

Page 105

1    A.    That's correct.  I guess I would
2  call it an exacerbation of the prior eczema.
3    Q.    Didn't cause it, but from what you
4  have read, and in your view, it might have
5  exacerbated it?
6    A.    That is my conclusion, it did
7  exacerbate it.
8    Q.    The eczema?
9    A.    The eczema and probably allergies.
10   Q.    Living in the trailer specifically
11 or just living back in New Orleans with all
12 of this going on in New Orleans?
13   A.    My understanding is the
14 formaldehyde in the trailer in a more
15 confined environment caused an exacerbation
16 of prior allergies and eczema.
17   Q.    I wrote that down earlier to ask
18 you about it.  You are not a medical doctor,
19 correct?
20   A.    Correct.
21   Q.    Not a dermatologist?
22   A.    I am not.
23   Q.    Not an allergist?
24   A.    No.
25   Q.    So you cannot formulate any

```
 1       A.   That is absolutely correct.
 2       Q.   Normally, in general, when there
 3  is a psychological issue that somebody has,
 4  and whether it's caused by some specific
 5  outside event or whether it is caused by
 6  tension that leads to the dreams, et cetera,
 7  that we have been talking about, does a
 8  person tend to get better, psychologically
 9  better, when they are removed from that
10  event or from those factors that are causing
11  the anxiety?
12       A.   If the external situation or event
13  would be classified as a stressor, removal
14  from that, you would expect, if that were
15  the primary cause of their psychological
16  reaction or psychological problem, removal
17  from that often shows that problems do go
18  down, unless they become ingrained or there
19  are some other issues that are continuing.
20  But, usually, you would expect it to go
21  down, unless something is perpetuating it.
22       Q.   Do you see anything in Timia's
23  case that is perpetuating these issues?
24       A.   Yes, of course.
25       Q.   What is that?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Dr. Edward H. Shwery

Page 110

1     A.    Dr. Farber indicated, when I
2  consulted with him, that she is going to
3  have rashes that will recur intermittently
4  the rest of her life.  The eczema will never
5  be cured is the way he put it.
6           He also said that she is going to
7  be having allergies the rest of her life
8  that are, in his opinion, related to the
9  formaldehyde.  He said that she is allergic
10 to formaldehyde, and he described for me the
11 process by which that will medically result
12 in a recurrence of skin conditions and
13 allergic reactions.
14    Q.    Do you remember what he said so
15 you can relate it to us, what he might have
16 said about that?
17    A.    I thought I just did.
18    Q.    I thought you said "medically
19 explained how it will happen"?
20    A.    Well, I don't know that I could
21 reproduce it.  I understood what he said.
22 I'm not a physician.
23    Q.    Since she had eczema from the time
24 she was two years old, and she was six or
25 seven when the hurricane occurred, would she

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Dr. Edward H. Shwery

Page 111

1    not have been expected to have eczema the
2    rest of her life anyway?
3         A.   I suppose.  I think the primary
4    issue is, according to Dr. Farber, as he
5    explained it to me, that exposure to the
6    formaldehyde led to an allergic reaction to
7    formaldehyde and that increases and
8    exacerbates the skin illness or the skin
9    condition.
10            According to him, this is going to
11   be an ongoing, continuing problem on an
12   intermittent basis.  He said his treatment
13   has reduced the intensity of the disease
14   expression, but he said she has to be
15   followed for the rest of her life, she is
16   probably going to have to use medical
17   services more than she would have.  He
18   attributed it to the formaldehyde.
19            He did explain also that, with an
20   allergic -- a reaction to formaldehyde, that
21   is going to interact with all kinds of
22   environmental situations in her life.  For
23   example, if she goes to a college dormitory
24   and there are formaldehyde issues present,
25   being a small, more confined environment is