Exhibit C

# Transcript of the Testimony of
# Dr. George Farber

**Date taken: August 6, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 6639-5   Filed 11/09/09   Page 3 of 7
In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Dr. George Farber

Page 33

1   allergen or allergic condition that they

2   have to live with on a day-to-day basis,

3   they just get worse, not necessarily severe

4   but just worse.

5          So it's hard with the average

6   patient and with children that have this

7   disorder to get a good history from the

8   child. So we have to rely on the parents.

9   And sometimes that's an auntie or somebody

10  else that comes with the patient and it's

11  difficult to get a good history. So

12  basically we have pretty much a protocol for

13  treating these patients. If it's dry, we

14  wet it. If it's wet, we dry it, and that

15  could be done with topical medicines.

16         If they have a lot of systemic

17  symptoms, such as coughing or a touch of

18  asthma or severe asthma, we use asthma

19  medicines or sometimes we can lump it all

20  into one good reliable medicine like a

21  systemic steroid to get them over that acute

22  phase of extreme discomfort. So we will

23  give them short term some systemic steroids.

24         As I already testified to today,

25  typically bacteria are a secondary

Page 50

1   anything that strokes or injures the skin
2   will cause a red flaring or a hive to
3   develop. But in the terminology that you
4   used, I don't recognize that.
5        Q.   We go on to your report. We have
6   what your report says that, in your opinion,
7   13, 14 and 26 contain formaldehyde. Of
8   course, 21 would be nothing but
9   formaldehyde. And you say the positive test
10  results indicate that Ms. Dubuclet had been
11  sensitized to formaldehyde and is now
12  allergic to formaldehyde.
13            Let me just ask a specific
14  question and let's just pick 13 for an
15  example. That's the chemical known as
16  p-tert Butylphenol Formaldehyde. Do you
17  know what the constituent elements in that
18  particular chemical or sensitizing agent
19  would, in fact, be the sensitizing agent?
20       A.   I don't think I can separate that
21  just by the patch test.
22       Q.   Same with respect to epoxy. Do
23  you know the constituent elements of the
24  epoxy resin?
25       A.   I have them listed, but I don't

Page 51

1    recall.  My answer would be the same.
2         Q.   And you don't know what
3    constituent part of the epoxy resin could
4    have been the sensitizing agent?
5         A.   That is correct.
6         Q.   And the same insofar as
7    Imidazolidinyl Urea, you don't know what
8    constituent element of that chemical
9    compound would have been the sensitizing or
10   could have been the sensitizing agent?
11        A.   No.  As I understand your
12   question, can I be specific as to those
13   three tests, as to whether or not it was
14   formaldehyde or something else?
15        Q.   Or something else, exactly.
16        A.   I cannot tell you that.
17        Q.   So really, if we look at your next
18   sentence under the paragraph, it simply
19   reads:  T.R.U.E. Test report on the second
20   reading, No. 13, No. 26 remained at one
21   plus.  Your next paragraph reads:  These
22   positive test results indicate that
23   Ms. Dubuclet had been sensitized to
24   formaldehyde and now is allergic to
25   formaldehyde.

Page 93

1  appropriate for what she presented with on
2  that occasion?
3       A.   Yes, sir.
4       Q.   Then the next time she sees
5  somebody is on July 10 and there she goes
6  back to see her pediatrician, Dr. White, and
7  this is on Page 80.  On the right-hand
8  column under July 10, and again, that's a
9  checkup, and again, she is diagnosed with
10 eczema.  And again, down at the bottom of
11 the page Dr. White again prescribes
12 triamcinone cream, right?
13      A.   Yes.
14      Q.   And then I believe the rest of the
15 records are the ones that we have already
16 talked about, because that's when she really
17 comes to see you.
18      A.   Yes.
19      Q.   The only other record is a visit
20 to the ER at Children's Hospital on
21 February 18 of 2009, where she fainted at
22 school and that's just in the records.
23           (Whereupon, an off-the-record
24            discussion was held.)
25 EXAMINATION BY MR. HINES:

Page 94

1    Q.   We are back on.  Dr. Farber, we
2  have spent quite a bit of time going through
3  all the various medical records here, indeed
4  pulverizing those medical records.  You
5  would agree with me, would you not, that the
6  objective clinical findings that she
7  presented with over the course of her life
8  are the same as the objective clinical
9  findings seen by you and those after October
10 of 2007?
11   A.   Yes.
12   Q.   And all you've got to go on at
13 this point that formaldehyde had anything to
14 do with any part of her disease process is
15 the subjective complaints that she made to
16 you that during a period of time she
17 suffered from intensity of the itching and
18 rashes; is that correct?
19   A.   That, plus her positive test of
20 formaldehyde-containing product.
21   Q.   And as we say, we don't know what
22 in that formaldehyde-containing product
23 might have been the sensitizer to that
24 T.R.U.E. Test, correct?
25   A.   We don't know specifically, but it