Exhibit D

```
                     Rough Draft Timia Dubuclet.txt
 5  FORMALDEHYDE PRODUCTS         SECTION N(4)

 6  LIABILITY LITIGATION           JUDGE ENGELHARDT

 7  (This document is related to
    "DUBUCLET V. FLEETWOOD
 8   ENTERPRISES, INC.,"
     Case No. 07-9228)
 9

10                      *   *   *

11

12             DEPOSITION OF TIMIA DUBUCLET, 6046

13  DOROTHEA STREET, NEW ORLEANS, LOUISIANA

14  70126, TAKEN AT THE OFFICES OF FRANK

15  D'AMICO, ATTORNEY AT LAW, 622 BARONNE

16  STREET, NEW ORLEANS, LOUISIANA 70112, ON THE

17  2ND DAY OF NOVEMBER, 2009.

18

19


20  REPORTED BY:

21     CATHY RENEE´ POWELL, CCR
       PROFESSIONAL SHORTHAND REPORTERS
22     (504)529-5255

23  ALSO PRESENT:

24     ELISHA DUBUCLET
       TIMOTHY DUBUCLET
25
                              ROUGH DRAFT            3


 1  APPEARANCES:

 2      BENCOMO & ASSOCIATES
        (BY:  RAUL R. BENCOMO, ESQUIRE)
 3      639 LOYOLA AVENUE, SUITE 2110
        NEW ORLEANS, LOUISIANA  70113
 4
          (ATTORNEYS FOR THE PSC)
 5
        LAW OFFICES OF FRANK D'AMICO
 6      (BY:  FRANK D'AMICO, ESQUIRE)
        622 BARONNE STREET
 7      NEW ORLEANS, LOUISIANA  70112

 8        (ATTORNEYS FOR THE DUBUCLETS AND THE
             PSC)
 9
        FEMA FORMALDEHYDE CLAIMS OFFICE
10      (BY: CYNTHIA WALLACE, ESQUIRE)
                              Page 2
```

Rough Draft Timia Dubuclet.txt

18      A.   No, sir.

19      Q.   And you trust your doctors when

20 you go see one of your doctors?

21      MR. BENCOMO:

22           Object to the form of the

23 question.

24      THE WITNESS:

25           Uh-huh.
                         ROUGH DRAFT          74

1 EXAMINATION BY MR. SAPORITO:

2      Q.   Do you?

3      A.   Yes, sir.

4      Q.   No doctor ever told you that have

5 you any kind of cancer, have they?

6      A.   No, sir.

7      Q.   And no doctor has ever told you

8 that they have a concern that you might get

9 cancer, have they?

10      MR. BENCOMO:

11           Object to the form of the

12 question.

13      THE WITNESS:

14           No, sir sap.

15      Q.   And you don't have a.

16 EXAMINATION BY MR. SAPORITO:

17      Q.   And you don't have a fear that you

18 are going to get any kind of cancer, do you?

19      A.   Yes, sir.  Because my auntie died

20 from it.  My Auntie died from it.

21      Q.   Who is your auntie?

22      A.   Rita.

```
                      Rough Draft Timia Dubuclet.txt
23      Q.   Rita?

24      A.   Yes, sir.

25      Q.   When did Aunt Rita die?
                     ROUGH DRAFT              75

 1      A.   I don't remember.

 2      Q.   Did you ever know Aunt Rita?

 3      A.   Yes, sir.

 4      Q.   Just so I can understand you,

 5 Timia, no doctor ever said you have a

 6 possibility of getting cancer that you are

 7 aware of.

 8      MR. BENCOMO:

 9           Object to the form of the

10 question.

11 EXAMINATION BY MR. SAPORITO:

12      Q.   Is that right?

13      A.   Wait.

14      Q.   No doctor ever said to you that

15 they are concerned that you will get cancer?

16      MR. BENCOMO:

17           Object to the form of the

18 question.

19      THE WITNESS:

20           No, sir.

21 EXAMINATION BY MR. SAPORITO:

22      Q.   But you have a fear that you might

23 get cancer?

24      A.   Yes, sir.

25      Q.   When did you first get that fear?
                     ROUGH DRAFT              76

 1      A.   Like, when she passed away.

 2      Q.   When was that?
```

Rough Draft Timia Dubuclet.txt

3    A.    I don't remember.

4    Q.    You didn't tell that to Dr.

5 Shwery, did you?  That you were worried

6 about getting cancer?

7    A.    No, sir.

8    Q.    You didn't tell that to

9 Dr. Farber, did you?

10    A.    No, sir.

11    Q.    Do you do anything with your dad,

12 your father?

13    A.    No, sir.

14    Q.    When is the last time you have

15 seen him?

16    A.    I don't remember.

17    Q.    Have you seen him at all since

18 coming back after the hurricane?

19    A.    No, sir.

20    Q.    Did your father ever do anything

21 to hurt you or hit you?

22    A.    No, sir.

23    Q.    Did any other man do anything to

24 hit you or hurt you?

25    A.    No, sir.

                    ROUGH DRAFT              77

1    Q.    When it is last time you saw

2 Dr. Farber?

3    A.    I don't remember.

4    Q.    Did you see Dr. Farber last month,

5 like you saw Dr. Shwery?

6    A.    No, sir.

7    Q.    Are you seeing any other doctors