Exhibit E

# Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams

**Date taken: July 7, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1   cavity and pharynx.  You have several
2   studies with the nasal cavity and pharynx.
3   They have sufficient epi evidence for that.
4   They generally -- it's rare, but in their
5   overall evaluation they usually are calling
6   it a Group 1.
7           IARC knows there is more to come
8   with literature, so it's very rare that in
9   that overall evaluation it's going to limit
10  that overall evaluation.
11      Q.  As we sit here today, in your
12  review of the literature on formaldehyde
13  exposure and nasopharyngeal cancer, is there
14  a level of exposure required to say there is
15  a sufficient strength of association to say
16  that cancer is caused by exposure to
17  formaldehyde?
18      MR. PINEDO:
19          Objection; form.
20      THE WITNESS:
21          Say it again.
22  EXAMINATION BY MR. WEINSTOCK:
23      Q.  I will say it more simply.  Is
24  there a threshold level of formaldehyde that
25  one needs to be exposed to for you to opine

Page 98

1  that that cancer was caused by exposure to
2  formaldehyde, that nasopharyngeal cancer?
3      A.   I'm not doing specific causation.
4      Q.   Is there a level in general that
5  you would feel needs to be -- that someone
6  would need to be exposed to to say, yes,
7  that nasopharyngeal cancer can be caused by
8  exposure to that formaldehyde?
9      A.   I'm not doing specific causation.
10     Q.   Does that mean that any level of
11 formaldehyde can cause nasopharyngeal
12 cancer?
13     MR. PINEDO:
14          Objection; form.
15     THE WITNESS:
16          What I did say was the scientific
17 evidence shows that the DNA damage that is
18 the mechanistic requirement for the mutation
19 into a malignant transformation of a cell is
20 documented in scientific literature with
21 odds, ratios and other -- and more than one.
22 It is documented in the scientific
23 literature with studies of individuals
24 exposed as low as 40 parts per billion and
25 65 parts per billion. That tells you that

Case 2:07-md-01873-KDE-MBN   Document 6639-7   Filed 11/09/09   Page 5 of 13
In Re: FEMA Trailer Formaldehyde Products Liability Litigation         Videotaped Deposition of Patricia M. Williams

Page 99

1   in those ranges you are going to see DNA
2   damage.  And that is certainly in general
3   causation sufficient, according to the
4   literature, to cause the DNA damage that can
5   cause the malignant transformation of a cell
6   into a -- mutation into cancer.
7        Q.   What paper can you cite me to that
8   shows a higher -- strike that.
9             What paper can you cite me to that
10  shows a relative risk or a standard
11  mortality ratio greater than 1.0 for
12  exposure to formaldehyde of 40 parts per
13  billion?
14       A.   The Shaham article.  Do you need
15  protein crosslinks?  Shaham, I may not be
16  saying it right.  S-H-A-H-A-M, Bomstein,
17  Gurvich, Rashkovsky and Kaufman:
18  DNA-protein crosslinks and p53 protein
19  expression in relation to occupational
20  exposure to formaldehyde shows that you have
21  the OR, an odds ratio, of 2.5, 95 percent
22  confidence interval, 1.2 to 5.4.  And you
23  have the concentration ranges started at 40
24  parts per billion.  And he is showing you
25  having the DNA-protein crosslinks and the

Case 2:07-md-01873-KDE-MBN   Document 6639-7   Filed 11/09/09   Page 6 of 13
In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Patricia M. Williams

Page 127

1   formaldehyde can cause respiratory tract
2   cancers so it's not just nasopharyngeal.
3   It's lumped all of them together.
4              Yes, there are multiple studies,
5   each looking at different measures of
6   exposure that come up with the same answer
7   that, yes, it is a cause and effect
8   relationship between formaldehyde and upper
9   respiratory tract cancers.
10  EXAMINATION BY MR. WEINSTOCK:
11       Q.   Between formaldehyde at an
12  exposure level of 40 parts per billion?
13       A.   There are studies at -- there is a
14  study at 40 parts per billion.  There are
15  other studies at other points, but as low as
16  40 parts per billion based on this study,
17  yes.
18       Q.   I'm not asking you to go with one
19  study or not.  I'm asking as the person that
20  reviewed this study, these studies, what
21  level are you comfortable opining
22  nasopharyngeal cancer can be caused by what
23  level of formaldehyde?
24       A.   Well, I don't think I limited
25  myself to a specific level.  I think that

Case 2:07-md-01873-KDE-MBN   Document 6639-7   Filed 11/09/09   Page 7 of 13
In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Patricia M. Williams

Page 128

1   the evidence in the literature from
2   epidemiological studies puts it as low as 40
3   parts per billion. But that's not the only
4   studies that we have that give a numerical
5   measure of exposure.
6           So I'm not going to limit it to
7   just the particular parts per billion, but
8   that is a level that is documented to have
9   an increased risk of upper respiratory tract
10  cancer.
11      Q.  I just want to make sure I'm clear
12  here. Are you saying you will not
13  articulate a specific level at which the
14  epidemiological evidence is sufficient to
15  say that level of formaldehyde exposure
16  causes nasopharyngeal cancer?
17      MR. PINEDO:
18          Objection; form.
19      THE WITNESS:
20          No. I'm saying that we have
21  evidence as low as 40 parts per billion that
22  you can have either the increased
23  observation of increased upper respiratory
24  tract cancers or the DNA-protein complex
25  breaks. That is my opinion.

Case 2:07-md-01873-KDE-MBN   Document 6639-7   Filed 11/09/09   Page 8 of 13
In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams

Page 129

1  Q. And I want to focus on, not on the
2  DNA mechanism studies, on the pure
3  epidemiology cohort or case control studies.
4  On the basis of any of those studies, would
5  40 parts per billion exposure to
6  formaldehyde be sufficient to cause
7  nasopharyngeal cancer, in your opinion?
8  A. In my opinion -- well, my opinion
9  is based on all of the studies as well as
10 the mechanistic studies. So my opinion, if
11 you want my causal opinion, you have to look
12 not just at epi studies, you have to look at
13 the mechanistic studies, the consistency,
14 the strength of association of both of those
15 as well as all the other parameters, the
16 biological gradient, the dose response.
17 When you ask me for my opinion, I'm not
18 going to base an opinion just on an
19 epidemiological study.
20 Q. That's a fair response. You are
21 correct. Based on everything you have
22 reviewed, at what level of exposure to
23 formaldehyde is it more likely than not that
24 nasopharyngeal cancer can develop?
25 A. Well, I haven't given that in my

Case 2:07-md-01873-KDE-MBN   Document 6639-7   Filed 11/09/09   Page 9 of 13
In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Patricia M. Williams

Page 130

1  opinion.  What I have given in my opinion
2  that it can cause upper respiratory tract
3  cancers.  I will say that based upon the
4  review of the literature we see as low as 40
5  parts per billion, we see associations with
6  the formation of the cancer or of the
7  damage, the DNA-protein complexes or the
8  micronuclei which -- all of the components
9  that can cause the mutation -- do cause the
10 mutation in the cell.  That is my opinion.
11 I'm not giving a specific opinion.
12      Q.  You are not giving a specific
13 level in your opinion?
14      A.  I'm not giving -- in specific
15 causation the person who's going to make
16 specific causation will have to go back to
17 literature and use some of these parameters
18 with what he knows that particular claimant
19 is exposed to.  I am not into the business
20 of specific causation for this.  I'm into
21 the business of can this cause upper
22 respiratory tract cancer.  Yes, I want to
23 know the concentrations because I want to
24 know, and -- but I made -- my opinion is
25 general causation.

Case 2:07-md-01873-KDE-MBN   Document 6639-7   Filed 11/09/09   Page 10 of 13
In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams

Page 131

1    Q.   If you were exposed to 40 parts
2  per billion of formaldehyde, is it more
3  likely than not that you will develop any of
4  these cancers?
5    MR. D'AMICO:
6         Object to the form.
7    THE WITNESS:
8         Yeah, that's risk assessment. And
9  I'm not here to testify on probabilities and
10 risk assessment. This is hard science.
11 Risk assessment is based on assumptions and
12 that's what you are asking and I don't do
13 risk assessment, for that reason. It's not
14 hard science.
15 EXAMINATION BY MR. WEINSTOCK:
16   Q.   Doctor, saying I don't have an
17 opinion on that is fine by me.
18   A.   I will not give an opinion on risk
19 assessment. That is not acceptable.
20   Q.   Or that. That's a fine answer
21 too. So as we sit here today, if I
22 understand correctly, you have not
23 formulated an opinion in your mind as to
24 what level is necessary to cause any of
25 these cancers, what level of formaldehyde

Case 2:07-md-01873-KDE-MBN   Document 6639-7   Filed 11/09/09   Page 11 of 13
In Re: FEMA Trailer Formaldehyde Products Liability Litigation   Videotaped Deposition of Patricia M. Williams

Page 132

1  exposure; is that correct?

2  A.  I have scientific evidence as to
3  what levels individuals were exposed to
4  where there was an increased risk of cancer.
5  I'm with general causation which says, given
6  the scientific data, given the scientific
7  evidence, can formaldehyde cause upper
8  respiratory tract cancers.  Yes, based on
9  everything, not just epi, mechanistic,
10 everything, all of the information that I
11 have studied, all of the different
12 components, considerations that are required
13 to look at, the answer is my opinion is
14 formaldehyde can cause upper respiratory
15 tract cancers.

16 Q.  Can formaldehyde at one molecule
17 cause upper respiratory cancer?

18 A.  Well, you are talking about
19 theoretically.  You always as a
20 toxicologist, you want to know molecularly
21 what is the ultimate toxicant and that is --
22 when you are talking about molecular cause
23 of cancer you must consider the molecular
24 basis, which is what is the ultimate
25 toxicant and how does the ultimate toxicant

Case 2:07-md-01873-KDE-MBN   Document 6639-7   Filed 11/09/09   Page 12 of 13
In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Patricia M. Williams

Page 133

1   at the molecular level cause the damage that
2   can result in a mutant DNA cell that can be
3   proliferated and go into daughter
4   generations.  So that is, one molecule is
5   going to cause the damage.  One molecule at
6   the theoretical level can cause the damage.
7   It can also be repaired.  And it also is not
8   just is one hit.  When is the hit going to
9   occur in the cell cycle?  Is the hit going
10  to occur in the cell cycle just before the
11  mitotic phase?  Because if it is, one hit is
12  sufficient to produce the mutation that will
13  go into the proliferation of daughter cells
14  and then it will be recognized itself and it
15  will not be cleared.
16              So theoretically, when we talk
17  about as toxicologists what is the mechanism
18  of action and what does this do, we are
19  talking at the molecular level.  So
20  theoretically, molecular level one hit could
21  theoretically cause the mutation that will
22  be transferred.
23              However, one has to realize, when
24  did that hit occur in the cell cycle?  Did
25  it occur in the G1 phase where there would

Case 2:07-md-01873-KDE-MBN   Document 6639-7   Filed 11/09/09   Page 13 of 13
In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Patricia M. Williams

Page 134

1   be more time to repair? Did it occur a

2   millisecond before the division of the

3   mitosis? Were the repair mechanisms that

4   are inherent to every cell able to fix the

5   hit, fix the damage? You have a lot of

6   considerations.

7           But when you say you have a DNA

8   reactive carcinogen, the theoretical

9   potential is there, if the repair mechanisms

10  fail, if the cell cycle timing of the hit is

11  just that it isn't repaired. And so when

12  you have a DNA-reactive carcinogen you

13  always say -- that's why many statements

14  come from many different -- there is no safe

15  level of the DNA-reactive carcinogen.

16       Q.   And you have cited me for

17  nasopharyngeal cancer the Blair, Hauptmann

18  and two Vaughan papers, correct?

19       A.   I have to go back and look. The

20  Vaughan II, Roman numeral II. There are two

21  Vaughan papers in there Roman numeral II,

22  residential exposures. The Vaughan 2009 --

23  you said nasopharyngeal, correct?

24       Q.   Correct.

25       A.   The Vaughan 2009. The Michael