Exhibit H

# Transcript of the Testimony of
# Videotaped Deposition of Lawrence G. Miller, M.D.

**Date taken: September 22, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN Document 6639-10 Filed 11/09/09 Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation  Videotaped Deposition of Lawrence G. Miller, M.D.

Page 160

1  Q  All right.
2  A  And most illnesses that physicians
3  deal with are not.
4  Q  Is it your use of MRL's in this
5  case and your reference to it to indicate or
6  suggest that exposure above an MRL exposes
7  one to a risk of disease?
8  A  I think that the ATSDR division is
9  kind of the flip side of that definition --
10 excuse me -- is kind the flip side of that
11 coin. It suggests that -- And these are
12 non-cancer, because ATSDR does non-cancer.
13 It suggests that below that level you're
14 unlikely to have significant non-cancer
15 effects. It doesn't say above that level,
16 you will.
17 Q  Let's take out non-malignant
18 disease and let's just talk about -- I mean,
19 let's take out malignant and talk about
20 non-malignant disease. You are familiar
21 with literature dealing with in general the
22 term "threshold limit value"?
23 A  Its general use in an occupational
24 setting, yes.
25 Q  Right. You're familiar with that