Exhibit N

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: | * | |
| *Aldridge, et al. v. Fleetwood Enterprises, Inc., et al.* | * | |
| | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | * | |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Report of

# Gary M. Marsh, Ph.D., F.A.C.E.

205 Maid Marion Lane
McMurray, PA  15317

Qualifications

1.)     My name is Gary Marsh. I received my undergraduate degree in mathematics with honors from the University of Pittsburgh, Pittsburgh, Pennsylvania in 1973. I received my M.S. (Hyg.) and Ph.D. degrees from the University of Pittsburgh, Graduate School of Public Health, in 1974 and 1977, respectively.  I have held the positions of Assistant Professor of Biostatistics (1978-84), Associate Professor of Biostatistics (1984-1991), Professor of Biostatistics (1991-date) and Interim Chairman (2007 and again effective April 1, 2009) at the University of Pittsburgh, Graduate School of Public Health, Department of Biostatistics.  From 1988 to 1992, I served as Assistant Director of the U.S. Environmental Protection Agency-funded Center for Environmental Epidemiology at the University of Pittsburgh, Graduate School of Public Health.  In 2007, I formed and became Director of the Center for Occupational Biostatistics and Epidemiology within the Department of Biostatistics at the University of Pittsburgh, Graduate School of Public Health.

2.)     During my 35 years in the field of Public Health, I have designed and conducted or supervised more than 40 epidemiological investigations into workplace or environmental exposures, to determine whether those exposures were associated with elevated risks of disease or injury.  Many of these investigations focused on the human cancer risks associated with formaldehyde exposure, the subject of this report.  Based on that work and other investigations, I have published more than 200 peer-reviewed articles, book chapters and other technical reports in the scientific literature concerning the distribution and causes of disease in the workplace, on biostatistics, or on other public health evaluations.  I am a frequent presenter at conferences around the world on various community and workplace exposure issues.  I am also the author of the chapter *Epidemiology of Occupational Diseases* in William Rom's authoritative text Environmental and Occupational Medicine, 4th Edition, published by Little Brown & Company in Boston, MA and used by hundreds of colleges and graduate programs around the country.

3.) I regularly serve as peer-reviewer for occupational and public health related articles for several leading national and international journals, including *Annals of Epidemiology, Lancet, Epidemiology, American Journal of Epidemiology, Journal of Occupational and Environmental Medicine, Occupational and Environmental Medicine (U.K.), Risk Analysis, Regulatory Toxicology and Pharmacology, Journal of the National Cancer Institute, American Industrial Hygiene Association Journal, Cancer Causes and Control, American Journal of Public Health, Journal of Exposure Analysis and Environmental Epidemiology, Archives of Environmental Health, Critical Reviews in Toxicology* and *Chemico-Biological Interactions.* I am also a member of the editorial boards of the *Journal of Environmental and Public Health* and *Cancer Informatics.*

4.) I am a Fellow of the American College of Epidemiology, and an active member of the American Statistical Association, the Biometric Society, the Society for Occupational and Environmental Health, the International Society for Environmental Epidemiology, the Society for Epidemiologic Research, the International Commission on Occupational Health and the British Occupational Health Society. I have served as a charter member of the National Institute for Occupational Safety and Health (NIOSH) Safety and Occupational Health Study Section, the National Academy of Sciences (NAS)/Institute of Medicine (IOM) Committee to Evaluate the Health Consequences of the Persian Gulf War, the International Agency for Research on Cancer (IARC) Working Group to evaluate the carcinogenicity of man-made vitreous fibers and the U.S. Environmental Protection Agency (EPA), Scientific Advisory Board, Asbestos Panel. I also hold prominent positions on several governmental, academic and corporate scientific advisory boards and committees. More detailed information regarding my training, qualifications and experience is identified in my curriculum vitae appended to this report.

<ins>Purpose of this Report</ins>

5.) On behalf of the defendants, I have been asked to review and comment on the National Cancer Institute's (NCI) cohort study of formaldehyde-exposed workers. I have also been asked to present support for my opinion that questionable, non-robust results from the NCI study were used by the International Agency for Research on

Cancer (IARC) to make inappropriate and misleading decisions regarding human cancer risk from formaldehyde exposure. Specifically, my opinion relates to the 2004 IARC reclassification of formaldehyde as a Group 1 (known human carcinogen), which was based heavily on findings from the 1994 follow-up of the NCI cohort study (IARC, 2006). This update of the NCI study suggested causal associations with formaldehyde and both myeloid leukemia and nasopharyngeal cancer (NPC). However, several reanalyses of the NCI cohort data and an independent cohort study of one of the 10 NCI plants conducted by my research group at the University of Pittsburgh have cast considerable doubt on the validity of NCI's findings and IARC's reclassification. The following paragraphs of this report provide background information on the NCI study and details on our reanalyses and independent study that provide the basis of support for my opinion.

The NCI Cohort Study and The University of Pittsburgh Reanalyses

6.)    The NCI cohort mortality study comprises 26,651 industrial workers employed before 1966 in one or more of 10 formaldehyde-producing or -using facilities in the United States. In 1986, NCI published the results of the original 1984 follow-up (Blair et al., 1986; 1987; 1990; Stewart et al., 1987). This original report revealed some evidence of elevated mortality risks for NPC that were concentrated in one study plant located in Wallingford, CT (NCI Plant No. 1), but no evidence of elevated risks from leukemia or other lymphohematopoietic malignancies. Recently, NCI published two papers on a 1994 follow-up of the cohort, one focused on mortality from lymphohematopoietic malignancies (Hauptmann et al., 2003) and one focused on NPC (Hauptmann et al., 2004). The following paragraphs provide key findings from the NCI study, the NCI authors' conclusions and results of our corresponding reanalyses of the NCI cohort data.

7.)    Key findings in the 2003 NCI report (Hauptmann et al., 2003) included an unexpected suggestion of a causal association between formaldehyde exposure and mortality from leukemia, particularly myeloid leukemia. The suspected associations for leukemia and myeloid leukemia were based exclusively on internal mortality rate

comparisons (via relative risks (RR)) and were observed for only two of four formaldehyde exposure metrics considered, namely, highest peak formaldehyde exposure and to a lesser extent, average intensity of formaldehyde exposure (AIE). NCI's internal analyses showed no relationship of the risk of leukemia or of myeloid leukemia with cumulative formaldehyde exposure or with duration of formaldehyde exposure. The authors of the NCI report concluded, *"The exposure-response gradient observed and the consistency with other epidemiological studies in occupations with formaldehyde exposure and some experimental studies suggest a causal association between formaldehyde exposure and leukemia." (Hauptmann et al., 2003, page 1622).*

   8.)  In 2004, we performed an extensive reanalysis of the NCI cohort data file to determine whether the NCI's suggestion of causal associations between formaldehyde exposure and mortality from leukemia and myeloid leukemia were robust with respect to alternative characterizations and categorizations of formaldehyde exposure and to alternative methods of data analysis (Marsh and Youk, 2004). Using the detailed cohort data provided to us by NCI, we computed U.S. and local county rate-based standardized mortality ratios (SMRs) and internal cohort rate-based relative risks (RR) by categories of four formaldehyde exposure metrics (highest peak, average intensity (AIE), cumulative and duration), using both NCI categories and an alternative categorization based on tertiles of deaths from all leukemia among exposed subjects.

For highest peak exposure, we computed RRs by the duration of time worked in the highest peak category and the time since highest peak exposure. For AIE, we computed RRs by the duration of exposure and the time since first exposure. Our external comparisons revealed that the elevated leukemia and myeloid leukemia RRs and associated trends reported by NCI for highest peak and AIE occurred because null (or slight) to moderate mortality excesses were compared with statistically significant baseline category deficits in deaths. Our alternative categorization of AIE yielded leukemia and myeloid leukemia SMRs close to 1.00 in the highest exposure category, and revealed weaker evidence of a trend in RRs for leukemia and myeloid leukemia.

We corroborated NCI's finding of no association for cumulative and duration of formaldehyde exposure. We found no consistent evidence that leukemia or myeloid leukemia risks increased with increasing duration of time spent in a given highest peak exposure (or for AIE, duration of exposure in a given AIE category). We also found no consistent evidence that leukemia or myeloid leukemia risks were greater in the more relevant shorter (less than 20 years) versus longer (20 + years) periods of time from the first highest peak exposure (or for AIE, first exposure).

We concluded that our reanalysis of the NCI cohort data provided little evidence to support NCI's suggestion of causal associations between formaldehyde exposure and mortality from leukemia and myeloid leukemia. NCI's key findings for highest peak exposure and AIE did not adequately account for the inordinately large deficits in deaths in the categories used as the baselines for internal rate-based RRs. The NCI findings also did not adequately account for the duration of time subjects spent in the highest peak category (or for AIE, duration of exposure) or the time since their first peak exposure (or for AIE, time since first exposure). Our finding that NCI's suggestion of a causal association was not robust with respect to alternative categorizations of formaldehyde exposure and methods of data analysis cast considerable additional uncertainty regarding the validity of this suggested association (Marsh and Youk, 2004).

   9.)  In the 2004 NCI cohort study report (Hauptmann et al., 2004), the authors suggested a possible causal association between formaldehyde exposure and NPC. As for leukemia, NCI based these conclusions exclusively on internal mortality rate comparisons and were observed for only two of four formaldehyde exposure metrics considered, in this case, highest peak formaldehyde exposure and cumulative formaldehyde exposure. NCI's internal analyses showed no statistically significant exposure-response relationship of the risk of NPC with average intensity of formaldehyde exposure or with duration of formaldehyde exposure. The authors of the NCI report concluded, *"In summary, analysis of this cohort of workers in the formaldehyde industry, which included additional years of follow-up, supports a possible causal association with mortality from cancer of the nasopharynx and possibly other upper respiratory tract sites."* (Hauptmann et al., 2004, page 1129).

5

10.) In 2005, we performed an extensive reanalysis of the detailed NCI cohort data file to determine whether the NCI's suggestion of a causal association between formaldehyde exposure and mortality from NPC was robust with respect to alternative characterizations and categorizations of formaldehyde exposure and to alternative methods of data analysis (Marsh and Youk, 2005). Using the original cohort data provided by NCI, we computed U.S. and local county (regional) rate-based standardized mortality ratios (SMRs) and internal cohort rate-based relative risks (RR) by categories of four formaldehyde exposure metrics (highest peak, average intensity, cumulative, and duration of exposure), using both NCI categories and an alternative categorization based on tertiles of all NPC deaths among exposed subjects. We computed SMRs and RRs for each of 10 study plants and by plant group (Plant 1, n=4261 vs. Plants 2–10 n=21,358).

We found that six of 10 NPC deaths observed in the NCI study occurred in only one plant (Plant 1) and the remaining four cases occurred randomly and individually in four of the other nine plants studied. A large, statistically significant, regional rate-based NPC SMR of 10.32 (95% CI=3.79–22.47) among formaldehyde-exposed workers in Plant 1 contrasted sharply with a 35% deficit in NPC deaths (SMR=0.65, 95% CI=.08–2.33) among exposed workers in Plants 2–10 combined.

We also found that the statistically significant exposure–response relationship with formaldehyde and NPC reported in the NCI study for highest peak exposure was driven entirely by a large, statistically significant excess NPC risk in Plant 1 for the highest peak exposure category (4+ ppm). For the remaining nine plants, RRs for all non-baseline highest peak exposure categories were less than 1.0, and we observed no evidence of an exposure–response relationship. Most of the observed NPC excesses for the non-baseline categories of the other exposure metrics (average intensity, cumulative, and duration of formaldehyde exposure) were concentrated in Plant 1, and by contrast to the NCI findings, none of the corresponding exposure–response relationships was statistically significant. This distinct contrast in the findings for NPC in Plant 1 compared with the remaining nine plants was not recognized in the NCI report (Hauptmann, et al., 2004).

We found that our reanalysis of the NCI cohort data provided little evidence to support NCI's suggestion of a causal association between formaldehyde exposure and mortality from NPC. We concluded that our findings cast considerable additional uncertainty regarding the validity of NCI's suggested causal association with formaldehyde and NPC (Marsh and Youk, 2005).

      11.)     In 2007, in collaboration with our German colleague, Dr. Peter Morfeld (from the Institute for Occupational and Social Medicine, Cologne University Medical School, and the German Institute for Occupational Sciences of RAG Aktiengesellschaft in Dortmund, Germany), we performed two additional types of re-analyses of the NCI cohort data with focus on the NCI metric, "highest peak exposure" and NPC mortality (Marsh et al., 2007a). These rigorous statistical analyses were aimed at: (1) investigating whether the model specification chosen by Hauptmann et al. (2004) was appropriate (interaction assessment) and (2) exploring the degree of instability of the risk estimates for NPC in relation to highest peak exposure (sensitivity analysis).

We found that Hauptmann et al. (2004) failed to account for an important interaction structure between plant group and the exposure variable that prohibited a generalization of formaldehyde effects within the NCI cohort and, in particular, beyond the NCI cohort. In addition, our sensitivity analysis demonstrated considerable uncertainties in the risk estimates due to the small numbers of observed NPC deaths and pointed convincingly to instability problems particularly related to Plant 1. We found that even a simple sensitivity model taking only one additional death into account produced a variation of the risk estimates beyond the instability conveyed by standard confidence intervals.

We concluded that the results of our modeling-based reanalysis of the NCI study did not support NCI's suggestion of a causal association with formaldehyde exposure and NPC. Based on these findings we also concluded that the decision by the IARC working group to reclassify formaldehyde as a Group 1 substance in 2004 was clearly premature considering: (1) the missing evidence of an NPC excess from the large British (Coggan et al., 2003) and NIOSH (Pinkerton et al., 2004) cohort studies; (2) the absence of an association with formaldehyde and NPC, and the identification of an external exposure

that may explain the NPC excess in the independent and expanded University of Pittsburgh study of Plant 1 (described below); and (3) the mis-specified and non-robust internal analysis of the NCI cohort study that failed to recognize the anomalous Plant 1 findings for NPC, brought to light in our reanalyses of the NCI cohort study data (Marsh and Youk, 2005, Marsh et al., 2007a).

### The University of Pittsburgh's Independent Study of NCI's Plant 1

12.)   Plant 1 in the NCI study has been studied independently at the University of Pittsburgh by Marsh et al. (Marsh et al.; 1994; 1996; 2002; 2007b) to investigate further the possibility that the large, anomalous nasopharyngeal cancer (NPC) mortality excess in the NCI cohort study of formaldehyde-exposed workers may be related to occupational factors external to the study plant.  We expanded the original NCI cohort definition to include 7345 workers employed at a plastics-producing plant between 1941 and 1984 (the NCI study was limited to workers hired before 1966). We determined vital status for 98% of the cohort and cause of death for 95% of 2872 identified deaths. Independently reconstructed worker exposures to formaldehyde were used to compute unlagged and lagged exposure measures, including duration or exposure, average intensity of exposure and cumulative exposure.

We computed standardized mortality ratios (SMRs) based on US and local county rates. In a nested case–control study that collected information on subjects' lifetime smoking histories and prior employment histories, we evaluated mortality risks from NPC and from all other pharyngeal cancers combined (AOPC) in relation to formaldehyde exposure while accounting for potential confounding or effect modification by smoking or external (non-Wallingford) employment.  Job applications, Connecticut commercial city directories and a previous survey were also used to assign subjects to three external job groups.

Our study found no new deaths from NPC and one additional AOPC death (pharynx unspecified) yielding, respectively, SMRs of 4.43 (7 deaths, 95% CI = 1.78–9.13) and 1.71 (16 deaths, 95% CI = 1.01–2.72). Five of seven NPC cases had worked before or

after employment in Plant 1 in silver smithing (including brass plating and other jobs related to silver or brass) or other metal work (including steel working and welding), and this type of work was relatively rare in the remaining study population (OR = 14.41, 95% CI = .08–82.1). For AOPC, we found a moderate increase in risk for other metal work (OR = 1.40, 95% CI = .31–5.1). Interaction models suggested that NPC and AOPC risks were not elevated in subjects exposed only to formaldehyde.

We concluded that the results of our independent nested case–control study suggested that the large NPC mortality excess in Plant 1 cohort may not be due to formaldehyde exposure, but rather reflects the influence of external employment in the ferrous and nonferrous metal industries of the local area that entailed possible exposures to several suspected risk factors for upper respiratory system cancer (e.g., sulfuric acid mists, mineral acid, metal dusts and heat). Our findings may also help to explain why the associations with formaldehyde and nasopharyngeal cancer reported in the 1994 update of the 10-plant NCI formaldehyde cohort study were unique to Plant 1 (Marsh et al., 2007b).

## IARC's 2004 Reclassification of Formaldehyde

13.)   In 2004, IARC relied heavily upon the 2003 and 2004 NCI reports when making their decision to reclassify formaldehyde as a Group 1 (known human carcinogen) (IARC, 2006). IARC made their decision based on "sufficient" evidence for a causal association between NPC and exposure to formaldehyde, and "strong but not sufficient" evidence for a causal association between leukemia and exposure to formaldehyde. Unfortunately, at the time of their 2004 decision to reclassify formaldehyde as a known human carcinogen, IARC did not have available the 2007 results of our latest update of Plant 1 that included six of 10 observed NPC deaths in the NCI study. As noted above, our independent and expanded cohort study of NCI's Plant 1 found little evidence that that the anomalous finding for NPC in Plant 1 was associated with formaldehyde exposure, but is more likely related to previous work in the extensive, local metal industry (Marsh et al., 2007b).  In 2004, IARC also did not have available the results of our later reanalyses of the NCI cohort that cast considerable doubt on regarding

9

the validity of the suggested associations with formaldehyde and leukemia and NPC (Marsh and Youk, 2004; 2005; Marsh et al., 2007a).

### The 2004 Follow-up of the NCI Cohort Study

14.)    In 2009, NCI published a 2004 follow-up of the formaldehyde worker cohort that focused again on lymphohematopoietic malignancies (Beane Freeman, 2009). This update added 5465 deaths to the NCI cohort including 178 deaths from lymphohematopoietic malignancies. The epidemiological and statistical methods used by NCI in the 2004 update were, for the most part, identical to those reported in NCI's previous mortality (through 1994) update (Hauptmann et al., 2003). Thus, many of the criticisms concerning NCI's methodology and interpretation of findings that we noted in our 2004 reanalysis (Marsh and Youk, 2003) also apply to the current update, in particular, reliance on internal mortality comparisons and incomplete or inappropriate analyses of highest peak formaldehyde exposure.

New methods used by NCI in the 2004 follow-up included the use of a fifth formaldehyde exposure metric, "total number of peak exposures above 4.0 ppm", although no biological or other justification is given by the authors for the use of this metric. Another new method was a detailed analysis of mortality risks by annual follow-up increments and a sensitivity analysis to assess the effect of assuming zero formaldehyde exposure after 1980 (as in the 1994 follow-up, NCI did not develop estimates of worker exposure to formaldehyde after 1980). As in the 1994 NCI update (Hauptmann et al., 2003), the methodology section of the current report neither adequately describes nor justifies the use of the highest peak formaldehyde exposure metric (or the new "total number of peaks above 4.0 ppm" metric) on biological and/or statistical grounds. This is a major methodological shortcoming, as the conclusions of the previous and current NCI updates were driven heavily by the findings for the highest peak formaldehyde exposure metric.

Compared with the 1994 follow-up, the 2004 follow-up revealed less evidence of an association between formaldehyde exposure and mortality from lymphohematopoietic

malignancies, especially for the subcategories of *a priori* interest, all leukemia and myeloid leukemia. This evidence for weakened associations included substantially attenuated exposure-response relationships for all lymphohematopoietic malignancies, all leukemias and myeloid leukemia, the disappearance of the statistically significant exposure-response relationship for all lymphohematopoietic malignancies based on average intensity of formaldehyde exposure and for myeloid leukemia based on the highest peak metric (reported in 1994 update), the absence of an association for any of the categories examined for the new total number of peaks above 4.0 ppm metric and the reduction in risks for all leukemia and myeloid leukemia following extended observation time.

Despite the weakened associations for lymphohematopoietic malignancies clearly evident in the data presented in the 2009 report, the NCI investigators again suggest a possible causal association with formaldehyde exposure. In particular, the NCI authors concluded for myeloid leukemia, *"In the current follow-up, the overall risk of myeloid leukemia has declined from our previous report, but remains somewhat elevated. Although that time trend may suggest that the previous excess risk estimates were due to chance, the pattern is consistent with a possible causal association, with the largest risks occurring closer in time to relevant exposures."(Beane Freeman, et al., 2009, page 760).*

## Summary and Opinions

15.) The Marsh and Youk (2004) reanalysis of the 1994 follow-up of the NCI cohort study of formaldehyde-exposed workers (Hauptmann et al., 2003) provided little evidence to support NCI's suggestion of a causal association between formaldehyde exposure and mortality from leukemia (all types combined) and myeloid leukemia.

16.) The Marsh and Youk (2005) and Marsh et al. (2007a) reanalyses of the 1994 follow-up of the NCI cohort study of formaldehyde-exposed workers (Hauptmann et al., 2004) provided little evidence to support NCI's suggestion of a causal association between formaldehyde exposure and nasopharyngeal cancer (NPC). NCI's suggestion of a possible causal association for NPC was driven heavily by anomalous findings in one study plant (Plant 1) that were not recognized by the NCI investigators.

11

17.) The results of the independent University of Pittsburgh cohort and nested case–control studies of workers in NCI's study Plant 1 suggested that the large NPC mortality excess in Plant 1 may not be due to formaldehyde exposure, but rather reflects the influence of external employment in the ferrous and nonferrous metal industries of the local area that entailed possible exposures to several suspected risk factors for upper respiratory system cancer (e.g., sulfuric acid mists, mineral acid, metal dusts and heat) (Marsh et al., 2007b).

18.) The 1994 follow-up of the NCI cohort study of formaldehyde-exposed workers (Hauptmann et al., 2003; 2004) yielded non-robust and questionable results for lymphohematopoietic malignancies and NPC that were used by the International Agency for Research on Cancer (IARC) to make inappropriate and misleading decisions regarding human cancer risk from formaldehyde (IARC 2006).

19.) The 2004 decision by IARC to reclassify formaldehyde as a Group 1 substance was clearly premature considering: (1) the missing evidence of an NPC excess from the large British (Coggan et al., 2003) and NIOSH (Pinkerton et al., 2004) cohort studies; (2) the failure of the NCI to recognize that their suggestion of a possible causal association with NPC and formaldehyde was driven heavily by anomalous findings from one study plant (Plant 1) (Marsh and Youk, 2005, Marsh et al., 2007a) and (3) the absence of an association with formaldehyde and NPC in the independent and expanded University of Pittsburgh study and the new evidence from this study that the large NPC excess in Plant 1 may reflect the influence of external employment in the ferrous and nonferrous metal industries of the local area that entailed possible exposures to several suspected risk factors for upper respiratory system cancer (Marsh et al., 2007b).

Glossary of Key Technical Terms Used in Report

**SMR**- The standardized mortality ratio or SMR is an epidemiologic measure that compares the mortality rate of in a study group of interest (for example, workers exposed to formaldehyde) to what would normally be expected in a general population having the same age, race and gender composition. For example, an SMR of 1.00 means that the study and general population had the same mortality experience. An SMR of 1.50 means that the study population had 50% more deaths than the general population.

**RR-** The relative risk or RR is an epidemiologic measure similar to the SMR described above, but with the RR, the groups being compared are all subgroups of the study group of interest (for example, workers with high levels of formaldehyde exposure compared to workers with no exposure to formaldehyde).

**OR-** The odds ratio or OR is an epidemiologic measure similar to the RR, but the OR is derived from a case-control study and not a cohort study as in the case of the SMR and RR.

**CI-** the confidence interval or CI is a statistical measure used to describe the variability or precision of an epidemiologic measure such as the SMR, RR and OR. A wide CI indicates low precision and a narrow CI indicates high precision.

References Cited

Beane Freeman L, Blair A, Lubin J, Stewart P, Hayes R, Hoover R, Hauptmann M, 2009. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries : the National Cancer Institute report. J. Natl. Cancer Institute 101:751-761.

Blair, A., Stewart, P., O'Berg, M., et al., 1986. Mortality among industrial workers exposed to formaldehyde. J. Natl. Cancer Institute 76, 195-215.

Blair, A., Stewart, P.A., Hoover, R.N., Fraumeni Jr., J.F., 1987. Cancers of the nasopharynx and oropharynx and formaldehyde exposure [letter]. J. Natl. Cancer Institute 78, 191.

Blair A, Saracci R, Stewart PA, et al., 1990. Epidemiological evidence on the relationship between formaldehyde exposure and cancer. Scandinavian Journal of Work Environment and Health 16:381-393.

Coggon, D., Harris, E.C., Poole, J., Palmer, K.T., 2003. Extended follow-up of a cohort of british chemical workers exposed to formaldehyde. J.Natl. Cancer Inst. 95, 1608–1615.

13

Hauptmann, M., Lubin, J.H., Stewart, P.A., Hayes, R.B., Blair, A., 2003. Mortality from lymphohematopoietic malignancies among workers employed in formaldehyde industries. J. Natl. Cancer Inst. 95, 1615–1623.

Hauptmann, M., Lubin, J. H., Stewart, P. A., Hayes, R. B., and Blair, A., 2004. Mortality from solid cancers among workers in formaldehyde industries. Am. J. Epidemiol. 159, 1117-1130.

IARC, 2006. IARC monographs on the evaluation of the carcinogenic risk to humans. Vol. 86: Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol. Lyon: IARC Press.

Marsh, G.M., Stone, R.A., Esmen, N.A., et al., 1994. Mortality patterns among chemical plant workers exposed to formaldehyde and other substances. J. Natl. Cancer Institute 86, 384-385.

Marsh, G.M., Stone, R.A., Esmen, N.A., et al., 1996. Mortality patterns among chemical workers in a factory where formaldehyde was used. Occup. and Environ. Med. 53, 613-617.

Marsh, G.M., Youk, A.O., Buchanich, J.M., Cassidy, L.D., Lucas, L.J., Esmen, N.A., and Gathuru, I.M., 2002. Pharyngeal cancer mortality among chemical plant workers exposed to formaldehyde. Toxicol. Ind. Health 18, 257-268.

Marsh, G.M., Youk, A.O., 2004. Reevaluation of mortality risks from leukemia in the formaldehyde cohort study of the National Cancer Institute. Regulatory Toxicology and Pharmacology 40, 113–124.

Marsh, G.M., Youk, A.O., 2005. Reevaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the National Cancer Institute. Regul. Toxicol. Pharmacol. 42, 275-283.

Marsh, G.M., Youk, A.O., Morfeld, P., 2007a. Mis-specified and non-robust mortality risk models for nasopharyngeal cancer in the National Cancer Institute Formaldehyde Worker Cohort Study. Regulatory Toxicology and Pharmacology 47, 59-67.

Marsh GM, Youk AO, Buchanich JM, Erdal S, Esmen NA., 2007b. Work in the Metal Industry and Nasopharyngeal Cancer Mortality among Formaldehyde-Exposed Workers. Regulatory Toxicology and Pharmacology 48:308-319.

Pinkerton, L.E., Hein, M.J., Stayner, L.T., 2004. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup. Environ. Med. 61, 193–200.

Stewart PA, Cubit DA, Blair A, 1987. Formaldehyde exposure levels in seven industries. Applied Industrial Hygiene 2:231-236.

Respectively submitted,

Gary M. Marsh, Ph.D., F.A.C.E.

August 19, 2009