Exhibit O

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| Charlie Age, et al. v. | * | MAG: CHASEZ |
| Gulf Stream Coach Inc., | * | |
| et al., Docket No. 09-2892 | * | |

VIDEOTAPED DEPOSITION OF MARY C. DeVANY, MS, CSP, CHMM

Taken on behalf of Defendants

Portland, Oregon

July 31, 2009

--oOo--

Mary DeVany
July 31, 2009

Page 116

1  Q.  Is it fair that Roman numeral II -- the section of
2      your report comprising what's in Roman numeral II,
3      is it fair that that section is the section that
4      responds to the task that you were given as you've
5      outlined in B1(a) on page 1 of your report?
6  A.  Roman numeral II addresses that question, as does
7      the appendix that has a summary chart.
8  Q.  Okay.
9  A.  Okay.
10 Q.  All right.  Now, let's go ahead and -- we're going
11     to take them a little bit at a time, but I'm just
12     trying to find out -- I want to match up the
13     sections as these tasks are outlined on page 1.  So
14     let's look at task number two.
15 A.  Okay.
16 Q.  It says, "Survey and review the adverse health
17     effects from formaldehyde exposure and explain these
18     effects."
19         Is that what you've done in Roman numeral III
20     of your report?
21 A.  It sure looks like it.
22 Q.  Okay.  And does Roman numeral III contain
23     information the substance of which comes from
24     sources other than yourself?
25 A.  Yes.

Page 117

1  Q.  Is there anything --
2  A.  In my own words.
3  Q.  Other than putting it in your own words, the
4      substance of what's in Roman numeral III comes from
5      sources other than yourself?
6  A.  Yes, sir.
7  Q.  Because you haven't done any research or study on
8      the adverse health effects from formaldehyde
9      exposure, have you?
10 A.  No, sir.
11 Q.  You rely on research or information that you've
12     gathered from other sources; would that be fair?
13 A.  Yes, it would.
14 Q.  Okay.  Now let's go to number B1(c) on page 1.
15 A.  Yes.
16 Q.  And it says, "Develop the sampling methodology and
17     measurement strategy for determining formaldehyde
18     contamination in the trailer FEMA issued to the
19     Alexander family."
20         All right.  Would that be what's contained in
21     Roman numeral IV?
22 A.  I think IV -- I think (c) and (d) may be under Roman
23     numeral IV, because --
24 Q.  My report does not have a D.
25 A.  "Review the collected sampling data" --