UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-05600: *Abercrombie,  
et al. v. Forest River, Inc., et al.*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Verna Benson

2. Verna Benson, guardian of Michael Smith

3. Robert Brewer

4. Elizabeth Ramona Brown

5. Francis Eugene Dailey, Jr.

6. Jessie M. Dixon

1

7. Willete S. Dixon

8. Lora Foreman, mother of Madison B. Foreman

9. Jannita Marietta Franks

10. Dessere Franks

11. Rebecca A. Graham

12. Teresa D. Harrison

13. Roland C. Harrison, Jr.

14. Felix A. Hernandez, Jr.

15. Celestine Houston

16. Lenora G. Jackson

17. Alberta James

18. Jennifer Lynn Kelly

19. Jennifer Lynn Kelly, mother of Andrew Mora

20. Jennifer Lynn Kelly, mother of Jacqueline Mora

21. Jennifer Lynn Kelly, mother of Jaron Mora

22. Jennifer Lynn Kelly, mother of Kaylee Kelly

23. Patricia Ann Ladnier-Peyregne

24. Patricia Ann Ladnier-Peyregne, mother of Tonya LeAnn Ladnier

25. Wayne A. Lewis

26. Sonja Ann Lynch

27. Myra Manasco

28. Aaron Wayne Mora

29.  Dennis R. Nash

30. Dennis R. Nash, father of Jacob Nash

31. Albert Odom

32. Joyce A. Phillips

33. Perentis Prior, Jr.

34. Arlicia Y. Robbins

35. Demonich Latrice Rogers

36. Anya T. Sanders

37. Anya T. Sanders, mother of Daephnae Sanders

38. Anya T. Sanders, mother of Darnell Sanders, Jr.

39. Jaquaila D. Spurr, mother of Jaden Falgoust

40. Jaquaila D. Spurr, mother of Kiersyn Spurr

41. Barbara Tansil

42. Ronnie D. Wilson

No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 9th day of November, 2009.

By: /s/ James M. Priest, Jr.
James M. Priest, Jr.,
Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar  #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ James M. Priest, Jr.
James M. Priest, Jr.