UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)


THIS DOCUMENT RELATES TO
Member Case No. 09-05597: *Ables,
et al. v. Gulf Stream Coach, Inc., et al.*


### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Brenda F. Alexander

2. Mandy Carleen Allen

3. Mandy Carleen Allen, mother of Richard M. Van Nocken, Jr.

4. Michael D. Ambrose

5. Robin Ambrose

6. LaShirley V. Anderson

7. Gabriel Ball

8. Rose Bangs

9. Ulic Barnes

2

10. Melvin Barnes

11. Melvin Barnes, father of Melvin Barnes, Jr.

12. Annie Barrow

13. Ashley Barrow

14. Ashley Barrow, mother of Tori Cabell

15. Dionne Black

16. James Black

17. Ruth Black

18. James Bourque

19. James Bourque, father of James Bourque II

20. James Bourque, father of Tyler C. Bourque

21. David Brown

22. Frank Brown

23. Shawnneil Brown

24. Tina Renee Brown

25. Vivian Edwina Brown

26. Beverly Brown, grandmother of Travis Ducksworth

27. Tina Renee Brown, mother of Aailiayah Brown

28. Tina Renee Brown, mother of Jaden Brown

29. Keandra Bulcher

30. Mary Bulcher

31. Al D. Carlock

32. Ann E. Carlock

33. Craig Carter

34. Curtis Carter

35. Francis Carter

36. Francis Carter, father of Malyk Harreston

37. Xavier Earl Corley

38. Tajuana Lynea Cox

39. Justin M. Cuevas

40. Karen J. Cuevas

41. Pansy Cuevas

42. Milton Cuevas, Jr.

43. Myrtle Cummings

44. Marcus Curtis

45. Hannah Marie Daghita

46. Ngu Van Dang

47. Patricia L. Decker

48. Robert Anthony Dossett

49. Dominic D. Edwards

50. Glen Edwards

51. Ronnie Evans

52. Debra Ezell

53. Lorraine Gabel

54. Lorranie Gabel, legal guardian of Chayton Braddock

55. Lee Alexander Gilbert

56. Paul David Graves, Jr.

57. Frederick Eugene Green

58. Delana M. Gurley

59. Delana M. Gurley, mother of Cobey Ray

60. Marla Denee Handshaw

61. Derrel Harrion

62. James Thomas Harris

63. Larry L. Harris

64. Robert Harrison

65. Sadie C. Haynes

66. Sadie C. Haynes, mother of Shekinah Williams

67. Antonio D. Henderson

68. Hattie L Henderson

69. Eddie Herrington

70. James Michael Hewitt

71. Billy Warren Hewitt, Sr.

72. Imogene Hocutt

73. Lemuel Andre Holloway, Jr.

74. Kenya Hudson

75. Maurice Hudson

76. Pamela Ann Hudson

77. Kenya Hudson, mother of James Hudson

78. Kenya Hudson, mother of Joshua Hudson

79. Alice Denise Huey

80. Nhihang Thi Huynh

81. Nhihang Thi Huynh, parent of Huynh Nguyen

82. John R. Jackson

83. Linda Jefferson

84. Rodney T. Jefferson

85. Ronald T. Jefferson

86. Bobby Johnson

87. LaShaundra Johnson

88. LaShaundra Johnson, mother of Rayyon Boykin

89. Dorothy Jones

90. TaShondra S. Kelly

91. TaShondra S. Kelly, mother of Juliondra Lee

92. TaShondra S. Kelly, mother of Zyshonne Kelly

93. Darly Kelly

94. Aundrea M. Kenan

95. Aundrea M. Kenan, mother of Jade McCall

96. Aundrea M. Kenan, mother of Treshawn Kenan

97. Serena Kerns

98. Lisa Keyes

99. Lisa Keyes, mother of Ashley Keyes

100.    Lisa Keyes, mother of Brittany Keyes

101.    Lisa Keyes, mother of Paul Martin, Jr.

102.    Hiep Khau

103.    Mary Lassabe

104.    Helen J. Lee

105.    Carolyn Lee, guardian of Nyree Lee

106.    Carolyn Lee, mother of Aubrey Cohea

107.    Carolyn Lee, mother of Cierra Lee

108.    Theopholius G. Lennon

109.    Bronwynne Lesso

110.    Bronwynne Lesso, mother of Caleb Anthony Bassier

111.    April Nicole Lett

No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 9th day of November, 2009.

By: /s/ James M. Priest, Jr.
James M. Priest, Jr.,
Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ James M. Priest, Jr.
James M. Priest, Jr.