**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | § § | **MDL No. 1873** |
| | § § | **SECTION N(5)** |
| **THIS DOCUMENT IS RELATED TO:** *Civil Action No. 07-9228* | § § | **JUDGE ENGELHARDT** |
| *Aldridge, et al v. Gulf Stream Coach, Inc., et al (Elisha Dubuclet o/b/o Timia Dubuclet)* | § § | **MAGISTRATE CHASEZ** |

---

**FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT BASED ON THE GOVERNMENT CONTRACTOR DEFENSE**

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully moves this Honorable Court for summary judgment in accordance with Rule 56(a) of the Federal Rules of Civil Procedure, based on the government contractor defense, dismissing all claims asserted against FEI. The factual and legal bases for this motion are set forth in the attached memorandum, statement of uncontested material facts and exhibits.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY: *\/s/ Sarah A. Lowman .*
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

*-and-*

Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

*/s/Sarah A. Lowman*
SARAH A. LOWMAN

ND: 4850-2742-9381, v. 1