UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Civil Action No. 07-9228* | § | |
| *Aldridge, et al v. Gulf Stream Coach, Inc., et al* | § | MAGISTRATE CHASEZ |
| *(Elisha Dubuclet o/b/o Timia Dubuclet)* | § | |

<u>FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT
BASED ON THE GOVERNMENT CONTRACTOR DEFENSE</u>

# FLUOR EXHIBIT 1

| AWARD/CONTRACT | 1. THIS CONTRACT IS RATED ORDER UNDER DPAS (15 CFR 350) | | RATING N/A | PAGE 1 | OF | PAGES |
|---|---|---|---|---|---|---|

| 2. CONTRACT NO. (Proc. Inst. Ident.) HSFEHQ-05-D-0471 | 3. EFFECTIVE DATE 7/12/2005 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|

| 5. ISSUED BY                          CODE | 6. ADMINISTERED BY  (If other than item 5)   CODE |
|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Flood, Fire & Mitigation Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | Nancy A. Costello |

| 7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code) | 8. DELIVERY |
|---|---|
| Fluor Enterprises, Inc.<br>1101 Wilson Blvd., Suite 1900<br><br>Arlington VA 22269 | ☐ FOB ORIGIN   ☒ OTHER  (See below) |
| | **9. DISCOUNT FOR PROMPT PAYMENT**<br>Net 30 |
| | **10. SUBMIT INVOICES** ITEM<br>(4 copies unless otherwise specified)   12<br>TO THE ADDRESS SHOWN IN |

| 11. SHIP TO/MARK FOR      CODE | 12. PAYMENT WILL BE MADE BY            CODE |
|---|---|
| CODE       FACILITY CODE | Federal Emergency Management Agency<br>Office of Financial Management<br>Disaster Finance Center<br>PO Box 800<br>Berryville VA 22611 |

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| ☐ 10 U.S.C. 2304(c)( )    ☒ 41 U.S.C. 253(c)( 2 ) | |

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | The contractor shall provide the necessary personnel, materials, services, equipment, and facilities, and otherwise do all things necessary to provide temporary shelters and related services as described in the Scope of Work, Attachment A.<br><br>The guaranteed minimum of $50,000 is obligated under task order HSFEHQ-05-J-0001 simultaneous with contract award. | | | | |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT | (ZERO) |

### 16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| x | A | SOLICITATION/CONTRACT FORM | | x | I | CONTRACT CLAUSES | |
| x | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH.** | |
| x | C | DESCRIPTION/SPECS./WORK STATEMENT | | x | J | LIST OF ATTACHMENTS | |
| x | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| x | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| x | F | DELIVERIES OR PERFORMANCE | | | L | INSTRS., CONDS., AND NOTICES TO OFFER | |
| x | G | CONTRACT ADMINISTRATION DATA | | | M | EVALUATION FACTORS FOR AWARD | |
| x | H | SPECIAL CONTRACT REQUIREMENTS | | | | | |

### CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT  (Contractor is required to sign this document and return 3 copies to issuing office.)  Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein.  (Attachments are listed herein.) | 18. ☒ AWARD  (Contractor is not required to sign this document.)  Your offer on solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. HSFEHQ-05-R-0031 |
|---|---|
| 19A. NAME AND TITLE OF SIGNER  (Type or print)<br>Gregory E. Meyer    Vice President | 20A. NAME OF CONTRACTING OFFICER<br>Nancy A. Costello<br>Contracting Officer |
| 19B. NAME OF CONTRACTOR<br>BY _Gregory E. Meyer_____<br>(Signature of person authorized to sign) | 19C. DATE SIGNED<br>7/12/05 | 20B. UNITED STATES OF AMERICA<br>BY _Nancy A. Costello_____<br>(Signature of Contracting Officer) | 20C. DATE SIGNED<br>9/3/05 |

STANDARD FORM 26    REV. (4-85)


EXHIBIT 1

FL-FCA-000001

| AWARD/CONTRACT | | 1. THIS CONTRACT IS RATED ORDER UNDER DPAS (15 CFR 350) | RATING N/A | PAGE | OF | PAGES 1 |
|---|---|---|---|---|---|---|

| 2. CONTRACT NO. (Proc. Inst. Ident.) HSFEHQ-05-D-0471 | 3. EFFECTIVE DATE 7/12/2005 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO |
|---|---|---|

| 5. ISSUED BY                                       CODE | 6. ADMINISTERED BY (if other than item 5)      CODE |
|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Flood, Fire & Mitigation Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | Nancy A. Costello |

| 7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code) | 8. DELIVERY |
|---|---|
| Fluor Enterprises, Inc.<br>1101 Wilson Blvd., Suite 1900<br><br>Arlington VA 22209 | ☐ FOB ORIGIN    ☒ OTHER (See below) |
| | 9. DISCOUNT FOR PROMPT PAYMENT<br>Net 30 |
| | 10. SUBMIT INVOICES   ITEM<br>(4 copies unless otherwise   12<br>specified)<br>TO THE ADDRESS SHOWN IN: |

| CODE | FACILITY CODE |
|---|---|

| 11. SHIP TO/MARK FOR                              CODE | 12. PAYMENT WILL BE MADE BY                    CODE |
|---|---|
| | Federal Emergency Management Agency<br>Office of Financial Management<br>Disaster Finance Center<br>PO Box 800<br>Berryville VA 22611 |

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| ☐ 10 U.S.C. 2304(c)( )    ☒ 41 U.S.C. 253(c)( 2 ) | |

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | The contractor shall provide the necessary personnel, materials, services, equipment, and facilities, and otherwise do all things necessary to provide temporary shelters and related services as described in the Scope of Work, Attachment A.<br><br>The guaranteed minimum of $50,000 is obligated under task order HSFEHQ-05-J-0001 simultaneous with contract award. | | | | (ZERO) |

| | | | 15G. TOTAL AMOUNT OF CONTRACT | |
|---|---|---|---|---|

### 16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS /WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | | | REPRESENTATIONS, CERTIFICATIONS AND | |
| X | F | DELIVERIES OR PERFORMANCE | | | K | OTHER STATEMENTS OF OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFER | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

### CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT    (Contractor is required to sign this document and return      3      copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents. (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein.      (Attachments are listed herein.) | 18. ☒ AWARD   (Contractor is not required to sign this document.)   Your offer on Solicitation Number _____ HSFEHQ-05-R-0033 _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|

| 18A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER Nancy A. Costello Contracting Officer |
|---|---|

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY _____<br>(Signature of person authorized to sign) | | BY _____<br>(Signature of Contracting Officer) | |

FL-FCA-000002

## Table of Contents

PART I - THE SCHEDULE ................................................................................................ A-1

SECTION A - SOLICITATION/CONTRACT FORM ................................................... A-1

    SF 26   AWARD/CONTRACT ..................................................................................... A-1

PART I - THE SCHEDULE ................................................................................................ B-1

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS ............................... B-1

    B.1 ITEMS TO BE ACQUIRED ................................................................................. B-1
    B.2 MAXIMUM AND MINIMUM FUNDING LIMITATION ................................. B-1
    B.3 CONSIDERATION AND PAYMENT-FIXED PRICE/COST REIMBURSABLE/TIME-AND-MATERIAL
        OR LABOR-HOUR ............................................................................................... B-1
    B.4 TASK ORDER FUNDING .................................................................................... B-1
    B.5 MANAGEMENT AND ADMINISTRATION COSTS ...................................... B-2
    B.6 NEGOTIATED INDIRECT COST RATES ........................................................ B-2

SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK .......... C-1

SECTION D - PACKAGING AND MARKING ............................................................. D-1

    D.1 PRESERVATION, PACKING AND PACKAGING -- COMMERCIAL ............ D-1

SECTION E - INSPECTION AND ACCEPTANCE ...................................................... E-1

    E.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE .................... E-1
    E.2 INSPECTION AND ACCEPTANCE .................................................................. E-1

SECTION F - DELIVERIES OR PERFORMANCE ..................................................... F-1

    F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE .................... F-1
    F.2 TERM OF CONTRACT ....................................................................................... F-1
    F.3 PRINCIPAL PLACE OF PERFORMANCE ...................................................... F-1
    F.4 NOTICE OF DELAY ........................................................................................... F-1
    F.5 DELIVERY SCHEDULE ..................................................................................... F-1
    F.6 REPORTS OF WORK .......................................................................................... F-2

SECTION G - CONTRACT ADMINISTRATION DATA ............................................. G-1

    G.1 TRAVEL COSTS ................................................................................................. G-1
    G.2 FIXED RATES FOR SERVICES ........................................................................ G-1
    G.3 INVOICES ........................................................................................................... G-1
    G.4 SUBMISSION OF INVOICES OR VOUCHERS FOR PAYMENT ................. G-3
    G.5 DESIGNATION OF CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE ........... G-3
    G.6 PROJECT MONITOR ......................................................................................... G-3
    G.7 TECHNICAL DIRECTION AND SURVEILLANCE ....................................... G-4
    G.8 TASK ORDER PROCEDURES .......................................................................... G-5

SECTION H - SPECIAL CONTRACT REQUIREMENTS ........................................ H-1

    H.1 ACCESSIBILITY OF MEETINGS, CONFERENCES, AND SEMINARS TO PERSONS WITH
        DISABILITIES ..................................................................................................... H-1
    H.2 REPRODUCTION OF REPORTS ...................................................................... H-3
    H.3 COORDINATION OF FEDERAL REPORTING SERVICES ........................... H-3
    H.4 PUBLICATION (APR 1984) ............................................................................... H-3
    H.5 CONFIDENTIALITY OF INFORMATION ....................................................... H-5
    H.6 ELECTRONIC AND INFORMATION TECHNOLOGY (EIT) .......................... H-5

H.7  SERVICES OF CONSULTANTS ..............................................................H-6
H.8  NONPERSONAL SERVICES ..................................................................H-6
H.9  AWARD PRIOR TO AUDIT .................................................................H-6
H.10 WAGE DETERMINATION ....................................................................H-7
H.11 ANNUAL REPORTING OF INVENTORY VALUES OF CAPITAL PROPERTY ..................H-9
H.12 GOVERNMENT-FURNISHED PROPERTY ...............................................H-9

**PART II - CONTRACT CLAUSES** ............................................................I-1

**SECTION I - CONTRACT CLAUSES** .........................................................I-1

I.1  NOTICE OF HYBRID CONTRACT ...........................................................I-1
I.2  NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE ...............I-1
I.3  52.245-5  GOVERNMENT PROPERTY (COST-REIMBURSEMENT,
     TIME-AND-MATERIAL, OR LABOR-HOUR CONTRACTS)  (MAY 2004) ...............I-3
I.4  52.215-19  NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997) ....................I-10
I.5  52.216-18  ORDERING  (OCT 1995) .....................................................I-11
I.6  52.216-19  ORDER LIMITATIONS  (OCT 1995) ........................................I-11
I.7  52.216-22  INDEFINITE QUANTITY  (OCT 1995) ......................................I-11
I.8  52.217-8  OPTION TO EXTEND SERVICES  (NOV 1999) ...............................I-12
I.9  52.222-21  PROHIBITION OF SEGREGATED FACILITIES (FEB 1999) .................I-12
I.10 52.222-41  SERVICE CONTRACT ACT OF 1965, AS AMENDED
     (JUL 2005) .................................................................................I-12
I.11 52.222-42  STATEMENT OF EQUIVALENT RATES FOR FEDERAL
     HIRES  (MAY 1989) .......................................................................I-18
I.12 52.222-49  SERVICE CONTRACT ACT - PLACE OF PERFORMANCE
     UNKNOWN  (MAY 1989) ..................................................................I-18
I.13 52.225-9  BUY AMERICAN ACT--CONSTRUCTION MATERIALS
     (JAN 2005) .................................................................................I-18
I.14 52.225-10  NOTICE OF BUY AMERICAN ACT REQUIREMENT
     --CONSTRUCTION MATERIALS (MAY 2002) ...........................................I-21
I.15 52.232-25  PROMPT PAYMENT (FEB 2002)
     ALTERNATE I (FEB 2002) ...............................................................I-22
I.16 52.232-35 DESIGNATION OF OFFICE FOR GOVERNMENT RECEIPT OF
     ELECTRONIC FUNDS TRANSFER INFORMATION  (MAY 1999) ......................I-25
I.17 52.244-2 SUBCONTRACTS (AUG 1998) ..............................................I-26
I.18 52.252-2 CLAUSES INCORPORATED BY REFERENCE  (FEB 1998) ..................I-28
I.19 HSAR 3052.204-70 SECURITY REQUIREMENTS FOR UNCLASSIFIED
     INFORMATION -- TECHNOLOGY RESOURCES (DEC 2003) ............................I-28
I.20 HSAR 3052.209-70 PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES
     (DEC 2003) .................................................................................I-29
I.21 HSAR 3052.215-70 KEY PERSONNEL OR FACILITIES (DEC 2003) ................I-31
I.22 HSAR 3052.237-71 INFORMATION TECHNOLOGY SYSTEMS ACCESS FOR
     CONTRACTORS (DEC 2003) ..............................................................I-31
I.23 HSAR 3052.237-72 CONTRACTOR PERSONNEL SCREENING FOR UNCLASSIFIED
     INFORMATION TECHNOLOGY ACCESS (DEC 2003) ..................................I-32
I.24 HSAR 3052.242-72 CONTRACTING OFFICER'S TECHNICAL
     REPRESENTATIVE (DEC 2003) ..........................................................I-32

**PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** ...............J-1

**SECTION J - LIST OF ATTACHMENTS** .....................................................J-1

HSFEHQ-05-D-0471                        SECTION B


## PART I - THE SCHEDULE

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS


### B.1  ITEMS TO BE ACQUIRED

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set forth in this contract as furnished by the Government) and otherwise do all things necessary to, or incident to, performing and providing the following items of work:

> STATEMENT OF WORK IS ATTACHED AND LISTED IN
> PART III, SECTION J, ATTACHMENT A

### B.2  MAXIMUM AND MINIMUM FUNDING LIMITATION

The maximum funding limitation for this contract (inclusive of the aggregate price of all task orders issued) shall not exceed $100,000,000. The guaranteed minimum under this contract is $50,000.


### B.3  CONSIDERATION AND PAYMENT-FIXED PRICE/COST REIMBURSABLE/TIME-AND-MATERIAL OR LABOR-HOUR

(a)  FIXED PRICE.  Fixed price will be negotiated on a task order basis.  Total payments shall be made in installments based on the percentage of completion of work.

(b)  COST REIMBURSABLE.  Estimated cost and fixed fee will be negotiated on a task order basis.  The contractor shall be reimbursed for actual, incurred costs and fixed fee under each cost type task order.

(c)  TIME-AND-MATERIAL OR LABOR-HOUR.  The government shall reimburse the contractor based on the following price schedule for this contract:

> SEE SECTION J, ATTACHMENT C, PRICING SHEETS.

Rates are established for full-time, bonafide company employees as well as employees of corporate affiliates and/or subsidiaries, temporary help, subcontractors and consultants, and include all applicable indirect rates, including G&A and overhead, as well as profit.  Only the skills listed are to be used in the performance of this contract.

(d)  Services may be ordered at any time during the effective period of performance.  Task orders shall be issued in accordance with the Section G clause entitled "Task Order Procedures."  The aggregate dollar amount of all task order funding obligations shall not exceed the ceiling price of this contract as specified in the Section B clause entitled "Maximum and Minimum Funding Limitation".


### B.4  TASK ORDER FUNDING

Fixed price/Cost Reimbursable/Time and Material or Labor Hour type Task Orders may be issued under this contract within the established contract ceiling limitation.  Task order payments shall be made in installments based on the percentage of completion of work, as determined by the Contracting Officer.


B-1

HSFEHQ-05-D-0471                    SECTION **B**

## B.5 MANAGEMENT AND ADMINISTRATION COSTS

The Contractor shall provide Management and Administration (M&A) of the overall contract.  Responsibilities include but are not limited to:  Readiness, Project Management, Training, Reports, and Project Briefings.

Management and Administration that is directly related to specific projects should be charged to individual task orders.

Management and Administration (M&A)will be awarded by Time and Material or Labor Hour Task Order. Any applicable M&A tasks (e.g., reporting, briefing, and quality control) that the Government requires past the contract expiration date will be directly charged to specific task orders that remain open after formal contract expiration.

## B.6 NEGOTIATED INDIRECT COST RATES

Notwithstanding the provisions of Clause 52.216-7 of this contract entitled, "Allowable Cost and Payment," the allowable indirect costs under this contract shall be obtained by applying negotiated indirect rates to bases agreed upon by the parties.  The period(s) for which such rates will be established shall correspond to the contractor's fiscal year(s).

Negotiation of final indirect rates shall be in accordance with FAR 52.216-7 and Subpart 42.700 of the Federal Acquisition Regulation.

The results of each negotiation shall be set forth in a modification to this contract which shall specify (1) the agreed final rates, (2) the bases to which the rates apply, and (3) the periods for which the rates apply.

Pending establishment of final overhead rates for any period, the Contractor shall be reimbursed for allowable indirect costs, not claimed elsewhere, at the following billing rate(s).  Such billing rate(s) may, at the request of either party, be revised by mutual consent to apply either retroactively or prospectively to prevent substantial over and under payment.

| Indirect Cost | Base of Application | Billing Rate | Contractor's Fiscal Year |
|---|---|---|---|
| Direct Labor Overhead-Home Office | Direct Labor-Home Office | Redacted | Life of Contract |
| Direct Labor Overhead-Field Office | Direct Labor-Field Office | Redacted | or Until Amended |
| G&A | Total Cost before Fee | Redacted | |
| Cost of Money | Total Cost before G&A and Fee | Redacted | |

**B-2**

FL-FCA-000006

HSFEHQ-05-D-0471                    SECTION C

## SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

See Part III, Section J, Attachment A, Scope of Work.

C-1

FL-FCA-000007

HSFEHQ-05-D-0471                      SECTION D

## SECTION D - PACKAGING AND MARKING

### D.1  PRESERVATION, PACKING AND PACKAGING -- COMMERCIAL

Preservation, packing, and packaging for shipment of all items ordered hereunder shall be in accordance with commercial practice and adequate to insure both acceptance by common carrier and safe transportation at the most economical rate(s).

D-1

FL-FCA-000008

HSFEHQ-05-D-0471                    SECTION E

## SECTION E - INSPECTION AND ACCEPTANCE

## E.1  NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract.  See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| | NUMBER | TITLE | DATE |
|---|---|---|---|
| | 52.246-4 | INSPECTION OF SERVICES--FIXED-PRICE | AUG 1996 |
| @ | 52.246-5 | INSPECTION OF SERVICES--COST-REIMBURSEMENT | APR 1984 |
| | 52.246-6 | INSPECTION--TIME-AND-MATERIALS AND LABOR-HOUR | MAY 2001 |

## E.2  INSPECTION AND ACCEPTANCE

Final inspection and acceptance shall be by the Contracting Officer or his/her duly authorized representative at the FEMA JFO to be specified in individual task orders.

For the purpose of this clause, the COTR named in the Designation of Contracting Officer's Technical Representative clause in this contract is the representative of the Contracting Officer.  The Contracting Officer reserves the right to unilaterally designate other Government agents as authorized representatives. Should such occur, the Contractor will be notified by a written notice.

E-1

FL-FCA-000009

HSFEHQ-05-D-0471                    SECTION F

## SECTION F - DELIVERIES OR PERFORMANCE

### F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

|   | NUMBER | TITLE | DATE |
|---|--------|-------|------|
|   | 52.242-15 | STOP-WORK ORDER | AUG 1989 |
|   | 52.242-17 | GOVERNMENT DELAY OF WORK | APR 1984 |
| @ | 52.242-15 | STOP-WORK ORDER | AUG 1989 |
|   |           | ALTERNATE I (APR 1984) | |
|   | 52.247-34 | F.O.B. DESTINATION | NOV 1991 |

### F.2 TERM OF CONTRACT

The contract shall be effective through January 15, 2006 except that delivery orders placed prior to the expiration date shall remain in full force and effect until deliveries have been completed and payments, therefore, have been made.

### F.3 PRINCIPAL PLACE OF PERFORMANCE

The effort required under this contract shall be performed at:

Various disaster sites to be determined
under individual task orders.

### F.4 NOTICE OF DELAY

If the Contractor becomes unable to complete the contract work at the time specified because of technical difficulties, notwithstanding the exercise of good faith and diligent efforts in the performance of the work called for hereunder, the Contractor shall give the Contracting Officer written notice of the anticipated delay and the reasons therefore. Such notice and reasons shall be delivered promptly after the condition creating the anticipated delay becomes known to the Contractor but in no event less than forty-five (45) days before the completion date specified in this contract, unless otherwise directed by the Contracting Officer. When notice is so required, the Contracting Officer may extend the time specified in the Schedule for such period as deemed advisable.

### F.5 DELIVERY SCHEDULE

F-1

HSFEHQ-05-D-0471                    SECTION F

Delivery of items specified below shall be shipped F.O.B. destination in accordance with the following schedule:

> To be determine on an individual task order basis.


## F.6  REPORTS OF WORK

The Contractor shall have the capability to develop and provide various databases, spreadsheets and reports. The Contractor shall have the capability and flexibility to tailor the reports to fit the needs of the declared disaster and FEMA requirements.

Reports not otherwise stated shall be provided in both soft and hard copies.

MONTHLY CONTRACT STATUS REPORT

The Contractor shall submit a Monthly Contract Status Report to the COTR and Contracting Officer by the 15th day after each month. This report shall reflect a summary of the overall contract status, including the current and cumulative hours worked by skill type. For each open Task Order Assignment, the report shall list the Task Order Assignment number, work location, a brief description of work and the number of personnel onsite. The report shall also provide the total number of personnel working on all Task Order Assignments; the start date(s) for the periods when personnel are deployed; the contract totals for dollars obligated and status; and estimated hours expended for the current month and overall contract to date by skill/skill levels usage. The Contractor will provide a summary of deliverables submitted, planned activities for the next month and problems and proposed corrective actions. The Contractor shall attach two graphs that depict: Personnel in Field vs. Time and Contract Totals vs. Time. The Contractor will include a summary of pending actions and actions expected in the next 30/60/90 days. Additionally, the Contractor will post a digital version of the report on the real-time Web reporting site.

FINAL REPORT

The Contractor shall submit a final report that documents and summarizes the results of the entire contractual effort, including recommendations and conclusions. The final report shall include tables, graphs, and other visual aids, as necessary to comprehensively explain the results achieved under the contract. The final report shall be submitted to the Government five (5) days prior to expiration of this contract. The Contractor shall submit copies of the report as follows: One copy to the COTR and one copy to the Contracting Officer.

SUBMISSION

One final copy of the report specified above shall be submitted to the COTR. In addition, one copy shall be submitted to the Contracting Officer at:

> Federal Emergency Management Agency Financial and Acquisitions Management Div Flood, Fire and Mitigation Branch 500 C Street, S.W., Room 350 Washington DC 20472

**F-2**

HSFEHQ-05-D-0471                    SECTION G

## G.4  SUBMISSION OF INVOICES OR VOUCHERS FOR PAYMENT

(a)  Payments of invoices or vouchers submitted under this contract shall be made in accordance with FAR clause 52.232-10 "Payments Under Fixed Price" (AUG 1987) for Firm Fixed Price Task Orders, or 52.232-7 "Payments Under Time-and-Materials and Labor-Hour Contracts" (DEC 2002) for Time and Materials Task Orders, and in accordance with provisions of other clauses in this contract. The Contractor shall submit vouchers once each month (or more frequent intervals, if approved by the Contracting Officer), to the offices designated below. The contractor shall substantiate vouchers by evidence of actual payment and by individual daily job timecards, or other substantiation approved by the Contracting Officer.

(b)  Invoices or vouchers, and any required supporting documentation, must be properly identifiable with the Name of contractor, date of the invoice/voucher, contract number, task order number, name and address or EFT information that payment is to be sent to, and the name, title and phone number of the point of contact at the contractor's facility in case of a defective invoice/voucher. Invoices/vouchers shall be submitted as follows:

| | |
|---|---|
| Original and 2 Copies: | Federal Emergency Management Agency<br>Disaster Finance Center<br>Mt Weather EAC/Accounts Payable/Bldg 708<br>PO Box 800<br>Berryville, VA  22611 |
| One Copy: | Contract Specialist<br>Federal Emergency Management Agency<br>Financial & Acquisition Management Division<br>Flood, Fire & Mitigation Branch<br>500 C Street SW, Room 350<br>Washington, D.C. 20472 |
| One Copy: | Contracting Officer's Technical Representative<br>Federal Emergency Management Agency<br>Recovery Division<br>500 C Street SW, Room 600<br>Washington, D.C. 20472 |

(c)  Payments of invoices or vouchers shall be subject to the withholding provisions of FAR clause 52.232-10 "Payments Under Fixed Price" (AUG 1987) or 52.232-7 "Payments Under Time-and-Materials and Labor-Hour Contracts" (DEC 2002). In the event that the amounts are withheld from payment in accordance with provisions of this contract, a separate invoice for the amount withheld will be required before payment for that amount may be made.

R 72 L 5

## G.5  DESIGNATION OF CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE

For the purpose of this contract the Contracting Officer's technical representative shall be:  David Porter

## G.6  PROJECT MONITOR

FL-FCA-000014

HSFEHQ-05-D-0471                         SECTION G

A Project Monitor (PM) will be designated under each task order. The PM is responsible for individual project management and task assignment administration in the field. This may involve daily oversight to ensure work is performed in accordance with the Task Order terms and conditions and the Statement of Objectives. The PM may provide any necessary technical guidance to the contractor. A PM does not have authority to authorize work to be performed outside the scope of the Task Order. The PM may also be a COTR or works in conjunction with the COTR, however, if any discrepancies exist between the direction given to a contractor by a COTR and a PM, the COTR's direction shall take precedance. If the contractor is unclear as to the direction provided by a PM or believes the direction to be out of scope, the contractor shall contract either the COTR or the Contracting Officer, as appropriate.

## G.7 TECHNICAL DIRECTION AND SURVEILLANCE

(a)  Performance of the work under this contract shall be subject to the Quality Assurance Surveillance Plan and the Technical Work Plan as submitted by the Contractor and the Contracting Officer's Technical  Representative (COTR)who shall be specifically appointed by the Contracting Officer in writing. Technical direction is defined as a directive to the Contractor which approves approaches, solutions, designs, or refinements; fills in details or otherwise completes the general description of work of documentation items; shifts emphasis among work areas or tasks; or otherwise furnishes guidance to the Contractor. Technical direction includes the process of conducting inquiries, requesting studies, or transmitting information or advice by the COTR, regarding matters within the Task Orders and the requirements of the Statement of Objectives which will be incorporated into each Task Order.

(b)  The COTR does not have the authority to, and shall not, issue any technical direction which:

(1)  Constitutes an assignment of additional work outside the Statement of Objectives or the Technical Work Plan;

(2)  Constitutes a change as defined in the contract clause entitled "Changes";

(3)  In any manner causes an increase or decrease in the total estimated contract cost, the fixed fee (if any), or the time required for contract performance;

(4)  Changes any of the expressed terms, conditions, or specifications of the contractor the Task Orders; or

(5)  Interferes with the Contractor's right to perform the specifications of the contract.

(c)  All technical directions shall be issued in writing by the COTR.

(d)  The Contractor shall proceed promptly with the performance of technical directions duly issued by the COTR in the manner prescribed by this clause and within his/her authority under the provisions of this clause. Any instruction or direction by the COTR which falls within one, or more, of the categories defined in (b)(1) through (5) above, shall cause the Contractor to notify the Contracting Officer in writing within five (5) working days after receipt of any such instruction or direction and shall request the Contracting Officer to modify the contract accordingly. Upon receiving the notification from the Contractor, the Contracting Officer shall either issue an appropriate contract modification or Task Order modification within a reasonable time or advise the Contractor in writing within thirty (30) days after receipt of the Contractor's Letter that:

(1)  the technical direction is rescinded in its entirety

(2)  the technical direction is within the scope of the contract, does not constitute a change under the "Changes" clause of the contract and that the Contractor should continue with the performance of the technical direction.

G-4

HSFEHQ-05-D-0471                    SECTION G

(e) A failure of the Contractor and Contracting Officer to agree that the technical direction is within scope of the contract or Task Order, or a failure to agree upon the contract action to be taken with respect thereto shall be subject to the provisions of the "Disputes" clause of this contract.

(f) Any action(s) taken by the Contractor in response to any direction given by any person other than the Contracting Officer or the COTR that the Contracting Officer appoints shall be at the Contractor's risk.

## G.8 TASK ORDER PROCEDURES

A. Issuing of Pre-Authorization Notice/Request for Task Proposal

A written or electronic Pre-authorization Notice may be issued by the Government prior to issuance of a formal written Task Order. The pre-authorization notice will specify the Government's requirement, authorize the Contractor to perform a preliminary assessment of the Government's requirement, and request a proposal for the required effort. The pre-authorization notice authorizes the Contractor to begin work based on urgency.

The pre-authorization notice will be limited to a specified timeframe and ceiling amount. The pre-authorization notice will authorized the contractor to incur costs (not-to-exceed the specified ceiling) within an expressly stated time period, prior to issuance of the formal Task Order. The Contractor will not be authorized to incur costs in excess of the ceiling amount specified or to perform work after expiration of the specified timeframe.

When a pre-authorization notice is issued, the Contractor and the Government will develop a definitive Statement of Work based on the Contractor's preliminary assessment and recommendations provided by the Government. Based on the definitive Statement of Work, the Contractor shall submit a Draft Work Plan (which reflects the definitive Statement of Work) with its Technical and Cost Proposals. The technical proposal shall specify the Contractor's approach to performing the specific task required within the time frame specified, and identify the names of key personnel who will be performing the work. The business proposal shall identify the labor categories and hours per category estimated necessary to perform the task, as well as the materials and other direct costs estimated to be required for successful task completion. A Technical and Cost Proposal and the Draft Work Plan shall be submitted electronically within fifteen (15) days of issuance of a pre-authorization notice.

In the event that it is determined to be impracticable to utilize electronic mail, the contractor may submit proposals on a 3.5" floppy disk, in MicroSoft Office format. Utilization of a floppy disk for proposal submission will be considered acceptable only with the prior consent of the Contracting Officer.

B. Issuing Task Orders

A Task Order may be issued without negotiations based on acceptability of the Task Order Proposal. If negotiations are required, the Contract Specialist will arrange a meeting or a conference call among the appropriate Government and Contractor personnel. The Government may request submission of a Revised Proposal and/or Final Work Plan, if required. If an agreement cannot be reached on any aspect of the task, the Government has the right to unilaterally issue the Task Order, and the Contractor is required to perform; however, while performance is taking place, the Contractor has the right to pursue appropriate remedies under the Contract.

Upon signature by the Contracting Officer, each Task Order is considered fully executed, binding and ready for implementation. Each Task Order will be forwarded promptly to the Contractor and shall conform to all terms and conditions of the contract. Orders may be issued orally, electronically, or by facsimile methods. If issued orally, a hardcopy will follow. At a minimum, each Task Order shall include the following: contractor's name, contract number, task order number, contract task number and description of task, performance period, disaster number and location, maximum number of labor hours, cost of the Task Order and applicable accounting and appropriations data.

C. Completion of Task Orders.

G-5

FL-FCA-000016

HSFEHQ-05-D-0471                    SECTION G

Within ninety (90) days of physical completion of work under each Task Order, the Contractor shall submit a Final Voucher. The final voucher shall include a payment history, cumulative itemized costs, and government property and classified materials certification. If additional time is needed, the Contractor shall submit a written request for a time extension that explains the extenuating circumstances.

D. Payment for Task Orders

If the Contractor is performing more than one Task Order simultaneously, separate invoices are required for each Task Order.

E. Closeout of Task Orders

All task orders issued under this contract shall be closed out in accordance with FAR Subpart 4.805 and established FEMA policy. Upon completion of each Task Order and the receipt of the final voucher, the Government will begin closeout procedures.

G-6

HSFEHQ-05-D-0471                    SECTION J

# PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

## SECTION J - LIST OF ATTACHMENTS

| ATTACHMENT NUMBER | TITLE |
|---|---|
| A | Scope of Work |
| B | Small Business Subcontracting Plan |
| C | Pricing Sheets-Time and Material Labor Hour Rates |
| D | U.S. Department of Labor Wage Determination |
| E | Small Business Subcontracting Plan |

J-1

FL-FCA-000060

PERFORMANCE WORK STATEMENT

Individual Assistance-Technical Assistance Contract

1    BACKGROUND

*1.1    FEMA is authorized pursuant to the Disaster Relief and Emergency Assistance Act to provide assistance to disaster victims under a Presidential declaration of a disaster and emergency. This contract will facilitate the implementation of the Individual Assistance (IA) program by providing project management resources, expertise and technical assistance.*

*1.2    When the President of the United States declares a disaster, a Joint Field Office (JFO) is established by FEMA near or within the disaster-impacted area. This office has representatives from Federal, State, and voluntary Agencies that are responsible for the coordination and monitoring of applicable disaster assistance programs. The JFO is established for management purposes only and has no direct interaction with disaster applicants.*

2    SCOPE OF WORK

*2.1    General*

2.1.1    The contractor shall provide support to the Federal Emergency Management Agency (FEMA) Recovery Division and its ten (10) Regional Counterparts. This contract is designed to provide technical assistance in the management of Individual Assistance (IA) and related portions of the Disaster Relief Act of 1974, and Robert T. Stafford Relief and Emergency Assistance Act ("Stafford Act"), as amended by Public Law.

2.1.2    The contractor shall assist in administering the IA program related aspects of the statutory authority of the Stafford Act.

2.1.3    The contractor shall be capable of maintaining at least one adequately staffed office near each Joint Field Office (JFO). An adequate staffed office is defined as one that is capable of satisfactorily performing the necessary operational and administrative tasks to sustain the TAC's field representatives as required by the disaster.

Attachment A

2.1.4   The contractor has the overall responsibility of ensuring all Tasks are performed satisfactory as dictated by individual Task Orders.  For tasks not performed in a satisfactory manner, the contractor will be required to correct deficiencies at no additional costs to the Government.

2.1.5   The contractor shall be available for pre-planning operations briefings.

2.1.6   This is a high visibility program, which includes coordination with Federal, State and local governments as well as in the public media.  This effort requires knowledge of FEMA's mission and applicable Federal, State and local regulations.

2.1.7   The contractor shall have the ability to support and perform all tasks.  This includes but is not limited to: supporting staging area for units, installation of units, maintenance and upkeep, site inspections, site preparations, site restorations, group site design, group site construction, site assessments, property and facility management, and unit deactivation and removal.

2.2   *MANAGEMENT AND ADMINISTRATION*

2.2.1   Program Management

2.2.1.1   The program management responsibilities include, but are not limited to the following:

2.2.1.2   Monitor and coordinate all Task Order Assignments to ensure achievement of the technical and financial project objectives and adherence to the statutory authorities.

2.2.1.3   Monitor and coordinate all Task Order Assignment activities and information with federal, state, and local governments; certain private non-profit organizations; and individuals as directed by FEMA.

2.2.1.4   Coordinate with designated individual at FEMA Headquarters, FEMA Regions, FEMA Joint Field Offices or other offices designated to provide a full understanding of all tasks, in coordination with the Contracting Officer Technical Representative (COTR).

Attachment A

FL-FCA-000062

2.2.2  Project Management.

2.2.2.1  Contractor shall support FEMA on a project-by-project basis with sound project management and resources to achieve the best value for the work being performed.  Contractor must have an understanding of the FEMA recovery division's mission, principles, and procedures. The contractor shall act in the best interest of FEMA.

2.2.3  SERVICES.

2.2.3.1  The Contractor shall provide and coordinate comprehensive project management services to include: all phases of design, project planning, identification and adherence to project time constraints, budget adherence and cost control, scheduling construction, implementation, operation, destruction, restoration, and removal from project beginning through project completion and closeout.

2.2.3.2  The Contractor shall monitor and coordinate all project work activities and information with FEMA, and other designated organizations that have a mutual or legal interest in the project.

2.2.4  Staffing. Contractor shall provide qualified professional, technical (subject matter experts), administrative, clerical, and/or linguistic personnel needed to perform requirements in an expeditious and efficient manner consistent with the best interest of the government.  The contractor-provided staff shall meet FEMA's established security background checks requirements.  Contractor and its staff shall adhere to federal privacy laws, including the privacy act.

2.2.5  Working Environment. Contractor's personnel shall be capable of performing requirements over long hours and in physically demanding environments and under critical constraints.

2.2.6  Requirements. The contractor personnel shall perform professional, technical, clerical, and field work as assigned by the task order.

2.2.7  Equipment. Contractor shall be responsible for providing appropriate equipment for the respective work environment and requirements.

Attachment A

2.2.8  Training.

2.2.8.1  Contractor shall be responsible for providing training to its staff.  All training shall meet FEMA specified requirements.  Contractor's trainers shall be required to attend yearly training session conducted at location designated by FEMA.  Additional training session(s) or updates may be required; the contractor's trainers shall attend these session(s).

2.2.8.2  Training shall entail guidance on policies and procedures related to FEMA's programs.  The trained Contractor staff members shall provide subsequent training to Contractor personnel based on a Training Plan for its staff, including temporary and subcontract employees, that will ensure that all deployed contractor personnel are adequately trained in their field of expertise and relevant FEMA programs, policies, and procedures.   The contractor shall use the most cost effective methods of delivering training (e.g. computer-based training methods).

2.2.9  Contractor "Draft" Plans. The draft plans will be incorporated into the contract upon its approval.  The plans are considered to be a living document and shall be subject to annual updates and submitted for COTR approval.  These plans include: operations plan; task order performance plan; and quality control plan.

2.3  *Phase-IN (Not Applicable To Hurricane Katrina) The government will evaluate the offeror's draft phase-in plan.  The successful offeror will have 90 days from date of contract award to complete phase-in requirements and achieve readiness for task order activation. Upon completion of phase-in the contractor shall be capable of meeting all readiness requirements.*

2.4  *READINESS (Exhibit 1).  The contractor shall maintain a constant state of readiness to meet the demands created by presidential declarations.  This is to include all tasks and subtasks listed in the performance work statement. Readiness includes the establishment of organizational, management and technical capability.*

2.5  *Pre-Deployment Meetings – Work plans (Exhibit 2)*

2.5.1  The contractor shall meet with FEMA representatives to plan and coordinate disaster specific response, deployment, and implementation activities.  These meetings will allow the contractor to become familiar and adjusted to FEMA requirements, methods, policies and procedures.

Attachment A

2.5.2   The contractor shall develop a work plan specific to temporary disaster housing that will identify the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available.  This plan shall be completed within 7 days from identification of mission or as soon as mission priorities require.

2.6   *Site Assessment & Feasibility ANALYSIS (Exhibit 3 – Preliminary Land or Property Identification and Usage Assessment). The contractor shall be responsible for site identification and performing site feasibility analysis of commercial, public, and private properties in areas designated by FEMA.  The analysis shall be based upon criteria furnished by FEMA. Contractor shall also identify any local or state code requirements and applicable laws or ordinances pertaining to the property sites and expected uses.  The contractor shall incorporate identified code requirements and laws or ordinances into the site feasibility analysis.*

2.7   *SITE INSPECTION (Exhibit 4). The contractor shall inspect individual lots, areas, or locations (private and commercial) identified by FEMA for properly and safely installing temporary housing units on that location.  Site inspections will be performed within the mission requirement and priorities.  The site inspection includes the identification of the flood zone, sources of and appropriate operational utilities (water, electric, sewer/sanitation), accessibility and directions to the site, site placement, special needs (as identified by FEMA), and if necessary site preparation required prior to installation.*

2.8   *STAGING (EXHIBIT 5) The contractor shall, when requested, operate and manage staging area.  The staging area shall be used to receive units from FEMA Logistics and coordinate the dispatching of the IA assets to their intended destination.*

2.8.1   SUPPLY CHAIN OPERATION & MANAGEMENT. The Contractor shall design, build and operate a supply chain management system.  The system shall track government property upon receipt from logistics until their return to logistics.  The system shall provide information in or near "real time".   The system will integrate the following components into the system, which will allow decision makers to control the supply chain: order service management, demand management, fulfillment, redirect shipments reroute, shipping and supplier management.  The components shall be further specified in each Task Order.

Attachment A

2.9   *INSTALLATION  TEMPORARY OE MOBILE STRUCTURES  (exhibits 6, 7, 8, & 9)*

2.9.1   The Contractor shall transport and install mobile/temporary structures to be ready to occupy in a safe and sanitary condition.  A Task order may require the contractor to transport and install mobile or temporary structure(s) at designated locations.  The Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities as specified in the Task Orders.  NOTE: The Exhibits that are provided are an example of installation requirements, manufacture recommendations should be followed when ever possible.  Additional Exhibits may be provided in accordance with disaster specific requirements.

2.9.2   Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws.  Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in task orders.  The contractor shall be responsible for meeting manufacture recommended installation specifications.

2.9.3   Special Needs.  The contractor is responsible for accommodating individuals with special needs; this includes as a minimum the Americans with Disabilities act and any other federal, state and local codes.

2.9.4   Miscellaneous. Contractor shall, upon the request of FEMA, provide additional rigging and secure temporary/mobile structures to FEMA requirements.

2.10  *MAINTENANCE (exhibit 10).  The contractor shall resolve maintenance issues and needs relating to the structures.  The contractor shall have the technical capability to make necessary repairs to the mobile/temporary structure as specified in each task order.  If multiple sites are clustered together, and with FEMA approval, the contractor may share specialized maintenance personnel among clustered facilities.*

2.10.1 Cleaning, Sanitation, & Reconditioning. The contractor shall provide adequate personnel to clean and sanitize structures as required by FEMA to re-occupy the unit. Contractor shall provide structural or other refurbishment as required by FEMA. "refurbishment" means restoration of structure to "like new" condition (reasonable wear and tear excepted) and shall include but not be limited to replacement of broken or faulty equipment, systems contained within or on the structure (i.e., carpet, trim, etc.).

Attachment A

2.10.2 Maintenance Contact Number 24/7. The contractors shall set-up and operate a toll free maintenance telephone number for occupants of structures to call and report maintenance problems. Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days). Contractor shall establish and maintain maintenance records for every structure identified in the task order. The contractor shall provide to FEMA, monthly or earlier upon request with a copy of their maintenance log. The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

2.10.3 Miscellaneous. Contractor shall, upon the request provide additional rigging and secure temporary mobile structures.

*2.11 DEACTIVATION, Removal and transport (exhibit 11). The contractor shall deactivate and provide transportation services of mobile structures from facilities designated by FEMA to other locations as designated by FEMA.*

*2.12 GROUP SITE design (exhibit 12)*

2.12.1 Design Services. The contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards. Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies. Delivery of a design product may not result in follow-on construction service.

2.12.2 Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

2.12.3 Special Needs. The contractor is responsible for accommodating individuals with special needs; this includes but is not limited to compliance with the Americans With Disabilities Act, other Federal, State and local codes or regulations.

2.12.4 Construction Services. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary). Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.

Attachment A

2.12.4.1   Construction Materials. Contractor shall be responsible for obtaining all required construction materials.

2.12.4.2   Lighting & Facility Illumination. Contractor, when directed by FEMA, shall construct/install necessary lighting and illumination devices.  These devices shall be connected to the existing electrical system, and provide adequate illumination when desired.  Contractor shall design, construct, and install these devices in accordance with specifications or standards established by FEMA.

2.12.4.3   Fences and Barriers. Contractor shall construct fences and barriers at the site specified in the task order.  Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and regulations, as well as any applicable FEMA security requirements will be provided by the Joint Field Office.  All fences or barriers shall comply with any requirements imposed by the Americans With Disabilities Act or similar statutes.

2.12.4.4   Signs and identification. The contractor shall provide and install signs at sites specified in task orders.  Signs and signposts shall comply with local, state, and/or Federal Sign standards, laws, and building codes.  Signs shall utilize current reflection standards for use at night.

2.12.5 SAFETY & SECURITY MANAGEMENT.  Contractor shall assess safety and security risks provide as part of Group Site Design.  Implement recommended mitigation measures approved by FEMA.  Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA.  Security measures may include cameras, alarms, locks/gates, card access systems, and guards.  Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

2.12.5.1   Civil/Sanitary services. Contractor shall provide, clean, maintain, and remove the following as specified per task order.

2.12.5.2   Restrooms.  Contractor shall provide temporary toilets and washroom facilities.  The facilities shall be segmented for the two sexes and have HVAC to provide temperature control.  Portable wash-stations shall also be provided when latrines are provided.

Attachment A

FL-FCA-000068

2.12.5.3   Showers. Contractor shall provide individual private shower stalls to include a private changing area.  Contractor shall have HVAC to provide temperature and venting of the shower facilities.

2.12.5.4   Refuse/Waste Disposal & Debris. Contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste.  Collections shall be once a week unless otherwise specified.  In those instances where the amount of refuse requires additional services, the Contractor shall provide an additional collection.  Contractor shall be responsible for collection, removal and the appropriate disposal of debris from sites specified under the Task Order.

2.13   *GENERAL CONSTRUCTION SERVICES. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary).  Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.*

2.13.1 Design Services. The Contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards.  Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies.

2.13.2 Contruction Materials. Contractor shall be responsible for obtaining all required construction materials.

2.13.3 Lighting & Facility Illumination.  Contractor, shall design, construct and install necessary lighting and illumination devices in accordance with specifications or standards established by FEMA.  These devices shall be connected to the existing electrical system, and provide adequate illumination.

2.13.4 Fences and Barriers.  Contractor shall construct fences and barriers at the site specified in the task order.  Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and regulations, as well as any applicable FEMA security requirements as defined by the Joint Field Office.  All fences or barriers shall comply as a minimum with requirements imposed by the Americans With Disabilities Act or other Federal, State and local requirements.
Signs and Identification.  Contractor shall provide and install signs at sites specified in the task order.  Signs and signposts shall comply with local, state, and Federal Sign standards, laws, and building codes.  Signs shall utilize current reflection standards for use at night.

Attachment A

2.13.5 Safety & Security Management.  Contractor shall assess safety and security risks as part of the Design process.  Implement recommended mitigation measures approved by FEMA.  Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards.  Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

2.13.6 Code Adherence.  The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws.  Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

2.13.7 Special Needs.  Contractor is responsible for accommodating individuals with special needs; this includes as a minimum compliance with the Americans With  Disabilities Act and any other Federal, State and local codes.

2.13.8 CIVIL/SANITARY SERVICES.  Contractor shall provide, clean, maintain, and remove the following as specified per task order.

2.13.8.1   Restrooms.  The Contractor shall provide temporary toilets and washroom facilities.  The facilities shall be segmented for the two sexes and have HVAC to provide temperature control.

2.13.8.2   Showers. The contractor shall provide individual private showers stalls too include a private changing area.  Contractor shall have HVAC to provide temperature and venting of the shower facilities.

*2.14   FACILITY MANAGEMENT (EXHIBIT 13).  Contractor shall manage facilities specified by the task order.  The contractor shall be responsible for coordinating all activities related to facility management with FEMA, GSA, and/or the property owner or management.*

2.14.1 Cleaning.  The contractor shall provide personnel to ensure the operation of clean facility.  This includes regular cleaning of areas designated by the task order.

Attachment A

2.14.2 Maintenance.

2.14.2.1   The contractor shall set-up and operate a maintenance phone number (preferably toll free telephone number) for occupants of facility(s) to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every facility identified in the task order.  The Contractor shall provide to FEMA monthly or earlier upon request, with a maintenance log. The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

2.14.2.2   The contractor shall resolve maintenance issues relating to the facility, as specified in the task order.  The team shall have the technical capability to make all necessary repairs to the individual units.  If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

2.14.3 Building Access. The contractor shall provide access to the facility as specified in the Task Order.

2.14.4 Safety & Security Management.  Contractor shall assess safety and security risks provided as part of the Design.  Implement recommended mitigation measures approved by FEMA.  Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards.  The contractor shall coordinate and conform with all FEMA safety, security and site access restriction requirements.

2.14.5 Refuse/Waste Disposal & Debris.  The contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste.  Collections shall be not less frequently than once a week unless otherwise specified.  In those instances where the amount of refuse requires additional services, the contractor shall provide an additional collection.  The contractor shall be responsible for collection and removal of debris and appropriate disposal from sites specified by FEMA.

2.15   *DISASTER RECOVERY (DR) CENTER (exhibit 14)*

2.15.1 Telecommunication.  Task orders may include the need to provide telecommunication infrastructure and service to specified facilities.  This may require the contractor to install a point-to-point or point-to-multipoint terrestrial

Attachment A

wireless networks, satellite network, or other technology that enables telecommunication at remote sites. Telecommunication implies but is not limited to Internet, telephone, and fax service. FEMA may require the contractor to link the facility connection to a specified location. In addition contractor shall have the capability to:

2.15.2 Install and administer local "TCP/IP" wired network; provide, install, and administer computers that meet task order specifications; provide, install and administer copier and other office equipment; provide install and administer computer and information systems; install and administer telephones and fax lines. All installations (networks) shall be coordination with and conform to FEMA's Information Technology standards.

2.15.3 Cleaning & Maintaining. The contractor shall provide personnel to ensure operation of a clean facility. The contractor shall also perform all landscaping requirements. This service includes regular cleaning of areas designated by the Task Order.

2.15.4 Temporary Utilities. The contractor shall provide as necessary, install, maintain, and remove temporary utilities as required for facilities. Contractor shall maintain and service these temporary utilities. Temporary utility services include but are not limited to potable and waste water bladders, pumps, and generators. Contractor shall be responsible for ensuring these temporary services are in constant readiness as specified by FEMA.

2.15.5 Permanent Utilities. The contractor shall be responsible for all permanent utility hookups, as may be specified by FEMA

2.15.6 Facility/Structure Access. The contractor shall provide secure for access to the facility/structure as specified in the Task Order. The contractor shall erect a gate (with access control, see security) to limit access to authorized individuals/companies (as authorized by FEMA).

2.15.7 Safety & Security Management. The contractor shall assess safety and security risks as part of the Design process and implement recommended mitigation measures approved by FEMA. The contractor shall provide adequate security to ensure the safety and security of persons at DR centers. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

Attachment A

2.15.8 Fixed Disaster Recovery (DR) Center

2.15.8.1   Facility Management. Contractor shall provide a facility management team during time periods specified by the task order.  Contactor shall appoint a site project manager (SPM).  The SPM shall be the main point of contact for the facility.

2.15.8.2   Cleaning  & Maintaining. Contractor shall provide personnel to ensure operation of a clean facility.  The contractor shall also perform all landscaping requirements.  This service includes regular cleaning of areas designated by the Task Order.   The SPM shall be the main point of contact for this function.

2.15.8.3   Maintenance.  Contractor shall resolve maintenance issues relating to the facility.  The team shall have the technical capability to make all necessary repairs to systems specified in the task order.  If multiple sites are clustered together, with FEMA approval, Contractor may share specialized maintenance personnel among clustered facilities.  Maintenance shall include but not be limited to plumbing, electrical, and infrastructure items in or associated with the facility, as specified in the Task Order.

2.15.9 Mobile  Disaster Recovery (DR) Center

2.15.9.1   Maintenance.  Contractor shall establish and operate a maintenance contact number (preferably toll free telephone number) for occupants of structures to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every structure identified in the task order. The Contractor shall provide to FEMA, upon request, with a maintenance log (specifying issues identified & time, issue remedy, cost, time and disposition).

2.15.9.2   Mobile structures.  A Task order may require the contractor to transport and install mobile and/or temporary structure(s) at designated locations. Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities.  Contractor will transport and install structures to meet FEMA requirements as specified in the Task Order.

Attachment A

2.16   *Miscellaneous Support Staff (Exhibit 15) The contractor shall provide staffing in support not previously addressed in other tasks listed herein. Staffing to be provided will be in support of the recovery division mission. Contractor shall provide personnel to assist in the fulfillment of the recovery mission and will be further defined upon issuance of task order.*

2.17   *Housing Strategy Support Services. Contractor shall provide housing strategy support services. This includes, but is not limited to, identify and assess commercial sites, research and assess housing alternatives, research and identify available resources. The area of consideration should include any surrounding major metropolitan areas.*

2.18   *Support Services. The contractor shall provide technical assistance on an as needed basis. Technical assistance shall be performed in support of disaster activities and the Recovery Division mission, and shall include, but is not limited to, Pre-Placement Interviews, Preliminary Damage Assessments, information analysis, and collection, analysis and reporting of data.*

3   Applicable Federal Laws & Regulations

3.1   *Contractor shall comply with the following laws, regulations, program policies, and/or subsequent material developed unless otherwise specified in Task Order Assignments:*

3.1.1   Title 36, Code of Federal Regulations (CFR)—Parks, Forests, and Public Property

3.1.2   CFR, Parts 1500-1508 — Protection of Environment

3.1.3   CFR, Part 301 — Public Contracts and Property Management

3.1.4   CFR, Parts 8, 9, 10, 13, 14, 206--Emergency Management and Assistance

3.1.5   Public Law 93-288, Disaster Relief and Emergency Assistance Act

3.1.6   48 CFR — Federal Acquisition Regulations System

3.1.7   50 CFR, Part 402, Wildlife and Fisheries

3.1.8   Public Law 101-336, Americans with Disabilities Act

3.2   *The above documents are available through: http://www.fema.gov/ or http://www.gpo.gov/*

Attachment A

FL-FCA-000074

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

# 1. GENERAL

All work performed shall be in accordance with all applicable federal, state and local codes and regulations.  The provisions herein and typical details shall not be construed as lowering standards established by local laws, ordinances or regulations

The contractor must be, or have employed, registered/licensed technicians (Plumbers, electricians' etc.) to conform to State and local requirements for installing and/or hooking up systems or repairing defects involving their particular trade.  It is the contractor's responsibility to obtain all proper licenses and permits to set-up the units. Locally required permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.

All trenches shall be back filled, tamped, or rolled to the maximum practical density to avoid settlement damage to sewer, water, or gas lines.  All construction debris, waste and excess material shall be cleaned and removed from all waste sites.  Contractor shall be available for move-in inspection.

The following installation items represent minimum requirements.  Requests for exceptions or substitutions must be approved by FEMA in writing prior to performing the work.  Approval will be on an individual basis based on availability of materials or conditions peculiar to the intent of installation or work.

The contractor shall position the travel trailer on the lot as staked.  In the absence of staking, the contractor shall position the travel trailer in a manner to utilize the most practical direct path from the utility connections. (Sewer line, electric, water, etc.)

# 2. BASIC TRAVEL TRAILER SET-UP

## 2.1.1  Delivery of Travel Trailer:

Towing shall be from the staging area to designated sites as identified.  The travel trailer shall be properly placed, position, and aligned on the site.  The towing operator shall be properly licensed and insured to protect the Government's interest.

## 2.1.2  Blocking and Leveling

The Contractor shall clean away all grass roots, loose dirt, rocks or debris where at the base of the piers.  Travel trailers shall be set-up on concrete piers and after the weigh of the travel trailer is transferred to the piers, if the unit is not leveled properly the contractor will reinstall the unit at no additional cost to the government.  The travel trailer set-up will also include a minimum of six piers (three on each side) evenly spaced. The end piers should not be directly on the end of the unit, but approximately six inches off the edge of the unit.  The Contractor shall provide a base for each pier.  The base will be ¾"x 24" x 24" exterior grade plywood.  The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers.

Exhibit 7– Page 1

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with blocking timber and wedges laid perpendicular to the travel trailer steel I-beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer is transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.

## 2.1.3   Anchoring and Straps

The contractor shall install two (2) anchors per side (total 4). All anchors must be placed, driven, or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit. Each strap shall extend from one turnbuckle on the anchor head, and wrap one time around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035" cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping. The anchor straps shall be snug and in a near vertical position.

## 2.1.4   Sewer Line Installation to Travel Trailer above Ground

Sewer line installation from the sewer riser and connection to the travel trailer is to be provided by use of 3" hard ABC or PVC, Schedule 40.

The line shall be of the shortest practical. At sites with a sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser, up to 50 feet. If a sewer riser is not in place, a clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The nominal inside diameter of the unit sewer connection shall not be less than three inches (3"). The slope shall be continuous and at least one-quarter inch (1/4") per foot and no more than one-half inch (1/2") per foot. Overhead (hanging) sewer straps shall be placed at four-foot (4') intervals (maximum) to prevent any deflections.

Exhibit 7– Page 2

FL-FCA-000114

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The fitting between the travel trailer sewer line and sewer riser (placed above ground) will be one of the following:

(1) An approved 4" x 3" adapter, or (2) the lower end of the travel trailer sewer line shall extend at least four inches (4") below the rim of the riser with an air tight connection provided by the use of a rubber ring. Pipe shall be rigid PVC sewer pipe ASTM D-2727; or Schedule 40 ASTM D-2261. The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection. Sewer piping shall be installed in accordance with local codes and the Uniform Plumbing Code. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no addition cost. The above ground line shall be properly sealed where it connects to sewer riser. The above ground sewer line shall be strapped and secured properly every 4 feet. This Line Item includes up to 50 linear feet of above ground 3" sewer.

## 2.1.5   Water Line Installation to Travel Trailer above Ground

Water line installation from the existing service connection to the travel trailer service pipe is to be provided by use of approved RV water hose, up to 50 feet. For sites with water service riser already installed; the Contractor will make the connection between the travel trailer connecting point and the riser. A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection). The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection. Water piping shall be installed in accordance with local codes and the Uniform Plumbing Code. All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. RV hose shall be capable of withstanding constant exposure to weather elements (i.e. heat and sunlight). A pressure regulator valve is required on the supply inlet. This Line Item includes up to 50 feet of potable water hose, anti-siphon valve, and any required pressure reducing device.

Exhibit 7– Page 3

FL-FCA-000115

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.6   Direct Wiring of Travel Trailer

The Contractor shall provide connection of service from the electrical assembly to the travel trailer weatherproof electrical disconnect pedestal (box) up to 50 feet. The Power supply cable shall be furnished with the travel trailer. Whenever possible the contractor shall provide above ground electrical service from the applicant's panel box to RV disconnect. The weatherproof disconnect box or RV receptacle box will be provided and installed, by the contractor, at a point near the travel trailer to permit connection of existing power cord. The weatherproof disconnect box will be equipped with the appropriate breaker to provide an approved 30 Amp service and mounted on a treated 4"X4" post or the equivalent. The bottom of weatherproof disconnect box will be a minimum of 10" above ground level. Installation of electrical service will meet all federal, state, and local codes and requirements. This Line Item includes up to 50 feet of above ground direct wiring.

Note: Travel trailers that are all electric models will require a 50 AMP service and circuit breaker. The requirements are as above, amended to 50 AMP service and circuit breaker. The increased cost of the 50 AMP service and circuit breaker shall be offset by the lack of a LP gas requirement for the unit.

## 2.1.7   Fill Propane Tanks.

Fill both tanks and inspect connections.

## 2.1.8   Steps

If required, the Contractor shall install steps at each travel trailer entrance. All wooden steps shall be made of exterior grade framing lumber. The Contractor shall prepare the grade and construct a level step, such that the step is centered on the door and safely beneath with the doorsill in a manner that does not represent a trip or safety hazard. The step must not impede the opening or closing of the door or restrict occupant entrance or exit. The steps will be constructed of wood thirty-six inches (36") wide. Handrails constructed with 2" x 4" safety edge lumber shall be provided on all steps and installed on both sides of the steps. If steps are needed a handrail will be installed in a manner to assist the occupant exiting or entering the platform.  The platform and steps shall have a stable and secure foundation, be level in both directions and anchored. All handrails shall be sanded and painted with one coat of white paint. The contractor shall provide all supplies and materials.

## 2.1.9   Make Travel Trailer Ready For Occupancy (RFO).

i)   **Assemble Accessories and Arrange for Use:**
      (a) Arrange all furniture for occupancy;
      (b) Clean and mount storm window panels;
      (c) Install drawers;
      (d) Remove window clips; travel blocking and protective taping;
      (e) Hang fire extinguisher (report low charge to FEMA inspector);
      (f) Mount exterior light fixtures, and install bulbs;
      (g) Install interior light globes and covers;

Exhibit 7– Page 4

FL-FCA-000116

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

      (h) Install screens;
      (i) Re-install any fallen curtains;
      (j) Install cabinet door panels and other knockout panels;
      (k) Install commode tank lid; and
      (l) Repair, if necessary, cabinet/door/drawer hardware.

**ii) Activate Utility Systems and Make Minor Repairs: (All parts changed must be of same quality.)**
      (a) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
      (b) Verify hot/cold water lines, reverse if required;
      (c) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
      (d) Replace commode wax ring and tank gaskets, as needed;
      (e) Tighten loose connections in electrical system; and
      (f) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.

**iii) Test Appliances and Appurtenances:**
      (a) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations.  Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
      (b) Test smoke detector and replace if faulty. Defective smoke detectors provided by FEMA or manufacturer upon receipt of damaged one; and
      (c) Test exhaust fans for proper operation, repair as needed.

**iv) Final Clean-Up and Readiness:**
      (a) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;
      (b) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);
      (c) Remove unit packing debris and excess set-up material from premises; and
      (d) Report major discrepancies or missing items to FEMA inspector.

## 2.1.10 Sewer Line, Buried

The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the travel trailer.  At sites with sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.

A clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line.  The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

Exhibit 7– Page 5

FL-FCA-000117

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

All sewer piping and installation shall be installed in accordance and compliance with State and local codes and the Uniform Plumbing Code. This also includes placement in a trench separate from the water line and at a distance from the water line, burial below the surface of ground, and securing the installation to reduce deflections. *Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line.* If the travel trailer has multiple sewer drop points, they will be interconnected to a single unit drop point.

## 2.1.11 Municipal Sewer Tap- Install sewer tap

If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the travel trailer and backfill, according to local requirements. The sewer tap shall be made in accordance with local regulations regarding sewer tap installations. The sewer tap shall utilize a device such as a saddle. A connection of one pipe into another and projecting beyond inner wall is prohibited due to the resulting restriction to free flow. All piping shall be connected to assure free flow. If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority. In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.12 Water Line, Buried

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the travel trailer pad. At sites with water service riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection

Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line, or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line. The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes.

A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).

Exhibit 7– Page 6

FL-FCA-000118

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.  A back flow preventer valve will be properly installed. Backfill materials shall be free of rocks and other debris and shall include a bed of compacted sand six inches (6") above and below the water line

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

All water piping and installation, which includes the water line and any required pressure reducing device, shall be installed in accordance with local codes and the Uniform Plumbing Code. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.13 Municipal Water Tap (Install Water Tap)

If a municipal water tap is required, the Contractor shall excavate, install the tap, and connect to the water line from the travel trailer and backfill, according to local requirements.  The installation of the water tap (if required) will be accomplished in conjunction with, and according to the regulations of the local Water Company.  If required by local regulations, the trench shall not be backfilled until the water tap has been inspected and approved by the water department.  In the event the governing entity has a predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed at actual expense (receipt required).  In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item.

## 2.1.14 TT Power Pole w/ Meter.  Furnish and install 50 AMP travel trailer electric power pole and meter loop)

The Contractor shall install an overhead electric assembly.  The assembly shall be at least 50 AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing a 50 AMP circuit breaker.  All components shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections on the meter pole must be watertight.  Pole shall meet all code requirements.

## 2.1.15 Water Line Winterization

When specified, the Contractor shall install freeze protection heating tapes and insulation to water supply piping and shut-off valves to prevent freeze-up of the system (piping exterior of the travel trailer).  Minimum requirements include:

Exhibit 7– Page 7

FL-FCA-000119

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The heat cable shall be UL listed, Commercial Pipe Heating Cable and rated at a minimum of 3 watts per foot at 120 volts and have provisions for grounding. The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

The heat cable shall be installed in compliance with the cable manufacturer's instructions and the following additional details:

The sealed end of the heat cable will be securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser. The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape. Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser.

Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape. The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered, if possible. Riser shall be filled with the appropriate insulation and top of riser shall be sealed with an appropriate cover.

## 2.1.16 Handicap Ramp

The Contractor shall prepare the grade and construct a wooden ramp with level platform such that the platform is centered on the door of principal entry into the travel trailer and flush with the doorsill. Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform and runway surface, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall length of the ramp and platform shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The ramp pitch shall be one-inch (1") slope for each twelve inches (12") in length (maximum).The ramp shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The ramp and the platform shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

## 2.1.17 Direct Wiring To Well Pump Switch

The Contractor shall provide and install a 30 Amp well pump switch. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections must be watertight and meet all code requirements.

Exhibit 7– Page 8

FL-FCA-000120

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.18  Aboveground Electrical Excess

The Contractor shall provide and install aboveground electrical connection in excess of the basic set-up.  All components shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements.

## 2.1.19 Obtain State and Local Permits

The contractor shall be responsible for obtaining necessary permits associated with placing and installing the unit and utility installation. Permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.  FEMA will reimburse the contractor the actual permit fees. Receipt required.

## 2.1.20 Provide additional 25' Potable Water Hose

## 2.1.21 Provide and Install 5KW Generator

## 2.1.22 Direct Burial of 50 Amp Service

At sites with electrical service drop (meter box or other service connection point) already installed, the Contractor shall provide underground service (in compliance with all codes and regulations) from the electrical assembly to the unit. All cable shall be appropriately buried and shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements. The conduit shall be securely attached to the electrical boxes in accordance with accepted methods and standards.  Sweeps shall be used at the unit and meter loop assembly.  If an electrical service drop is not in place, the Contractor shall install an electrical assembly for utility company connection.

## 2.1.23 Refill Both Propane Tanks

Refill both tanks and inspect connections.

## 2.1.24  Miscellaneous for TT Installation

The contractor shall complete miscellaneous tasks assigned by the FEMA COTR or designee, which are not addressed by the above descriptions and line items.

The contractor will be compensated for time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If the task was performed by others, a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

## 2.1.25 Handicap Platform Steps

The Contractor shall prepare the grade and construct a wooden series of level platforms such that the level platform is centered on the door of principal entry into the travel trailer

Exhibit 7– Page 9

FL-FCA-000121

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

and flush with the doorsill. Contractor shall coordinate platform design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform surfaces, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall number of platforms shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The platform heights shall be between seven and one half-inch (7 1/2") and eight inches (8") maximum. The platforms shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The platforms shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

Exhibit 7-- Page 10

FL-FCA-000122

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

# 1. General

This specification establishes the minimum requirements for disaster area maintenance of temporary housing units.

This contractor at a minimum will:

a) Provide maintenance services of units assigned by FEMA. This maintenance services contract includes performing monthly preventative maintenance inspections, responding to routine and emergency maintenance calls and making repairs as required for units assigned to the contractor and/or identified by FEMA.

b) Maintain records pertaining to tasks assigned to include monthly preventative maintenance inspection, routine and emergency maintenance and will make those records available for review upon request by FEMA. The records shall be saved and provided to FEMA when the units are deactivated, and/or upon request by FEMA. All records will be saved and provided on a CD-ROM in Microsoft Word or Excel and provided to FEMA. The contractor will maintain a back-up copy for three years after the contract is terminated.

c) Perform other tasks as required by the COTR and / or the COTR's designee, and as described in the Additional Cost Line Items portion of this document. FEMA will notify the contractor of the requirement for these tasks.

d) Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.

e) The Contractor at no time will leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.

f) Contact the manufacturer, dealer or temporary housing unit source for warranty maintenance issues as approved by FEMA. FEMA will not pay any co-payment or deductions if they are required. If the contractor is paid by the manufacturer, dealer, or temporary housing unit source to perform warranty maintenance, the contractor shall reimburse FEMA of the amount received.

g) Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.

h) Make repairs identified by FEMA. Generally the Contractor will be expected to correct problems that the occupants are not expected to correct. These problems are not limited to tasks that require the professional services of an experienced electrician, carpenter, plumber, or appliance repairman.

i) Obtain approval from the COTR prior to performing any miscellaneous or unusual requirements. Written documentation must be submitted for reimbursement.

j) Inform FEMA of any trends associated with the upkeep and maintenance of the unit such as excessive service calls.

Exhibit 10 – Page 1

FL-FCA-000135

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

k) Respect applicant privacy and protect their information. The applicant information must not be used for any reasons other than the intended purpose. No applicant information will be provided to other entities without FEMA and the applicant's approval.

## 2. Maintenance Areas of Responsibility

The Contractor's area of responsibility is for all interior and exterior components of the unit which includes the:

### 2.1 Plumbing System

Plumbing includes all water and sewer lines and tanks inside the temporary housing unit and all external lines from the temporary housing unit to the utility main or the park owner's connection.

### 2.2 Electrical System

Electrical includes all wiring and associated parts from the Power Company's connection on the meter loop pole or pedestal, to and throughout the manufactured unit, including underground entrance cable. When connecting to an approved power source the responsibility shall include all installed components up to the approved power source.

### 2.3 Heating and Cooling System

This includes all major components to include wiring and associated parts

### 2.4 Replacement of Components

Unless it is associated with the repair and/or replacement of a related component the Contractor is not responsible for replacing such items as light bulbs, stoppers, drain baskets, extra door keys, light covers, etc.

### 2.5 Entrance/Exit components

This includes all panels, sidings, windows, screens and doors.

## 3. Function (tasks) Descriptions.

### 3.1 Maintenance – Emergency

Repairs that are authorized under Emergency Maintenance may be requested by the temporary housing unit occupant (the contractor needs to report this to FEMA immediately) and are defined as those necessary to eliminate a serious health, safety, or security hazard. All emergency work orders received after hours, weekends, or holidays from the occupant shall be reported to the COTR by 10:00 a.m. on the following normal workday.

The Contractor shall initiate repairs to eliminate these healths, safety, or security hazards within six (6) hours of receipt (7 days per week) of an emergency request and complete the work as soon as possible. This may include temporary repairs, in which

Exhibit 10 – Page 2

FL-FCA-000136

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

case the Contractor shall notify the COTR or designee. Permanent repairs must be completed within the routine repair time frame.

Emergency maintenance is typically required in response to, but not limited to, one of the following problems:
a) Gas leak
b) Major water leak, where a shut off valve cannot be located
c) Actual sewage leak (Health concern)
d) No heat (when outside temperature is, or is expected to go below 50 degrees Fahrenheit)
e) No A/C (when outside temperature is, or is expected to go above 85 degrees Fahrenheit)
f) No electricity (excluding local power company failure), or major electrical malfunction.

## 3.2  Maintenance – Routine

Maintenance not defined as emergency maintenance is defined as routine maintenance, unless identified by FEMA.  All routine repairs shall be completed within 48 hours after receipt of the requirement.  When such 48-hour completion time would expire on Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following Monday or Tuesday, as appropriate.

The Contractor shall complete routine maintenance items requested by the occupant that were not listed on the work order when performing a service call or preventive maintenance visit, as long as the total cost of material does not exceed $250.  **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work**.  It is the contractor's responsibility to obtain the name of the person and the time of the decision.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

Priority shall be given during routine maintenance to:
a) Heating (winter) and cooling (summer) problems not corrected under the emergency maintenance definition
b) Problems that could be a health concern, such as stopped-up sewer or water lines
c) Permanent correction of temporary repairs that were performed under emergency maintenance; and
d) Other such tasks where earlier correction could lessen the extent of the problem.

## 3.3  Maintenance – Staging

This is related to the units located at the staging areas or other designated areas identified by FEMA.  This function includes performing maintenance of units identified by FEMA. Maintenance tasks on these units will by identified and assigned by the COTR or his designee.

Exhibit 10 – Page 3

FL-FCA-000137

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

### 3.4 *Major Material Item Replacement*

The Contractor shall provide all necessary replacement parts and materials to repair manufactured units under this Contract, except those identified as Major Material Items.

Major Material Items are identified as, but not limited to, refrigerators, water heaters, ranges, axles, exterior doors, temporary housing unit tires, complete furnace, complete A/C, or any other component valued at over $250. The Contractor may replace these items only after prior inspection and approval by the COTR or CO.

If the Contractor determines, after an inspection by a certified mechanic, that repair of a Major Material Item(s) is impractical, the Contractor shall promptly provide the COTR with a written report. This written report needs to address identifying the item(s) by make, model number, part number, identification number and location, condition of the item, and itemized material cost to replace the item(s).

*Note: This is for the actual item costs. Labor costs are covered under the monthly maintenance fee. Any additional labor cost must be itemized and approved by the COTR prior to performing the work. The COTR shall investigate and determine the practicality of repair versus replacement, and then shall instruct the Contractor to proceed with repairs, provide the Contractor with the Major Material Item for replacement, or authorize the Contractor to purchase and replace the item*

Any parts valued at over $250 each that are replaced by the Contractor shall be returned with the completed work order to the COTR, if requested. Replaced parts shall be individually identified with a wire-on tag that contains the work order number, unit number, replacement date, and description of defect. Unit components replaced as defective and later determined by the COTR to have been repairable at a reasonable cost shall result in a back-charge to the Contractor for any associated material costs

The Contractor shall, at all times, make a reasonable effort to acquire all parts at prices favorable to the Government. If the COTR determines that the Contractor could have reasonably obtained the materials at significantly lower prices, the COTR may authorize payment based on the lower prices. Purchase receipts shall be provided to the COTR with the completed work order for all (each) parts costing over $250. The Contractor will be compensated for the actual purchase costs of materials used, as documented on the receipt.

When the Contractor must backorder repair parts for the furnace, A/C, refrigerator, or range, or is otherwise unable to repair these appliances within 48 hours of receiving the work request (within 6 hours for the furnace (winter) and A/C (summer)), the Contractor shall provide a temporary appliance for the occupant. The temporary heating appliance shall be equipped with an automatic shut-off that activates if the heater is accidentally tipped over. Such temporary appliances shall be provided, at no additional cost to the Government or the occupant, until such time as the permanent appliances are fully operational

Exhibit 10 – Page 4

FL-FCA-000138

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

All parts replaced shall be new and shall be of a quality equal to or better than the part being replaced.

# 4. Issuance of Work.

FEMA reserves the right to issue work to staff and other resources to perform the mission. The contractor will be assigned units after the units have been installed.  The contractor will perform monthly maintenance service visits for each unit assigned.  These visits must be at least 14 days apart.

The contractor may also be tasked to perform service calls for routine, emergency, staging maintenance and other tasks during normal duty hours. All service calls will have a follow-up visit scheduled.

The follow-up to a service call may serve as a monthly maintenance service visit if it is performed in the next month and the 14-day spread is met.  The purpose of the maintenance service visit is to see if there were any maintenance issues related to the unit that need to be addressed and to make repairs as needed.

The contractor must provide the COTR a monthly schedule of planned visits on the first duty day of the month and a summary of findings for the units assigned at the end of the month.

The contractor will contact the applicant at least 24 hours prior to the scheduled maintenance visit.  The contractor will also leave the occupant a summary of the findings and work performed for all visits and service calls.

The summary will include the unit information, date of the visit, the summary of findings and work performed, and the tentative date for the next scheduled maintenance service visit.  A copy of the summary of each unit assigned shall be forwarded to FEMA on a monthly basis.

Routine, emergency, and staging work may be issued to the contractor via maintenance work orders.  Maintenance work orders will be used for documenting all maintenance calls regardless of the nature.  Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation.   At the completion of the work the contractor shall:
  a) Complete the work order prior to requesting the occupant's signature (excluding cost).
  b) Attach a signed statement explaining the omission of occupant's signature when the occupant is unavailable to sign the completed work order.

When the unit is identified by FEMA as currently vacant the maintenance service visit will include inspecting the unit for safety hazards, damages and reporting the condition of the unit.

The contractor will perform a unit cleaning to prepare the unit for occupancy as assigned by FEMA.  The LP tank of the mobile home or the travel trailer's LP bottles shall be filled for re-occupancy. The contractor will not replace appliances, furnishing, furnace, A/C, or water heater prior to COTR approval.  If it is determined that these items need to be replaced for the

Exhibit 10 – Page 5

FL-FCA-000139

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

unit to be ready to occupy the contractor will submit in writing the items that need to be replaced and the estimated amount of replacement cost. The COTR must concur prior to items being replaced.

For billing purposes the contractor must submit the actual receipts for items replaced with the Work Order. Based on the concurrence or approval of the COTR, FEMA will reimburse the contractor the actual cost of the replacement items not to exceed the fair market value of the item.

# 5. Contractor Responsibilities

## 5.1 Work Hours

Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays. Emergency after-hours calls are considered as emergencies that occur anytime outside the above-mentioned hours and days. The completion time of service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the following duty day, as appropriate

## 5.2 Phone Service

The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to the Contracting Officer and FEMA COTR within 48 hours of contract award. The telephone number(s) will be provided to the unit occupants.

## 5.3 Facilities

The Contractor shall maintain an office and adequate storage and shop facilities to efficiently provide for the Government's maintenance obligation and requirements. Identification
The contractor personnel must wear an identification badge. The badge must include a contractor identification number, name, company name, and phone number. This badge must be visible when the contractor is working. The contractor is responsible for obtaining badges for all the employees working the tasks associated with this contract. This includes temporary, sub-contractors, etc.. The contractor is responsible for monitoring their staff.

## 5.4 Resources

The Contractor shall furnish all necessary labor, tools, equipment, and materials to perform temporary housing unit maintenance services. The contractor must obtain all appropriate permits and licenses needed to fulfill the tasks of this contract. The contractor must use certified and licensed personnel to perform the work needed (i.e. plumber, electrician, heating and air).

## 5.5 Contractor Expectations

All contractor staff is expected to carry themselves in a professional manner. It is the contractor's responsibility to monitor and supervise their staff work, professionalism,

Exhibit 10 – Page 6

FL-FCA-000140

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

and behavior. The contractor must be able to provide a background check of employees as requested.

### 5.6 *Qualification of Personnel*

Work performed under this task shall be completed by professionally certified mechanics with expertise in heating and air conditioning (HVAC), refrigeration, range, electrical, and/or plumbing repairs.

   a) The Contractor must be able to provide documentation of each mechanic's professional certification (such as certificates of training course completion, letters from previous employers certifying experience, resumes, membership affiliations to professional organizations, or other such documentation), if requested by FEMA, which, in the COTR's opinion, attests to the mechanic's qualifications.

   b) For unusually complex maintenance problems, the Contractor must have access to licensed/certified technicians in the areas of electrical, plumbing, furnace, air condition, and appliance repair. Utilization of licensed/certified personnel shall be at no additional cost to FEMA. Availability of licensed technicians shall be (a) on a 24-hour basis, if needed, (b) maintained throughout the period of this contract, and (c) the contractor may be required to provide documentation to the COTR that substantiates that licensed/certified technicians are being used.

   c) The contractor will identify a primary and alternate point-of-contact within 48 hours of contract award.

### 5.7 *Warranty*

All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form

### 5.8 *Problem Reporting*

Any maintenance problems, which in the Contractor's opinion were manufacturer warranty issues, or caused by the installation Contractor (particularly towing damage which will affect removal) and/or negligence or abuse by the occupant shall be reported to the COTR (in writing) with the completed work order.

## 6. Tasks

### 6.1 *MH / TT Maintenance Specifications*

| | |
|---|---|
| **Task** | THM-01 |
| **Task Title** | MH / TT Maintenance Specifications |
| **Task Description** | The contractor will do maintenance necessary to maintain the temporary housing units in a safe, working, and livable, condition. The contractor shall perform only those corrective actions that |

Exhibit 10 – Page 7

FL-FCA-000141

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

require the effort of skilled technicians or labors. FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA.

**Response Time**   The contractor will provide maintenance services of units assigned and identified by FEMA. Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor.

**Compensation**   Monthly Maintenance – For each FEMA temporary housing unit still assigned (RFO) as of close of business (COB) of the last day of the month the contractor will be compensated a flat fee that covers: any repairs, labor, parts and emergency service, re-leveling, and monthly preventive maintenance inspections.

This includes the move-out inspection and clean and make ready of the unit when the unit is vacant.

If there are excessive emergency service calls the contractor shall inform the COTR of the trend and provide a log of events during the billing cycle.

**Unit of Issue**   Per Assigned Unit Per Month

## 6.2 *Staging Maintenance*

**Task**   THM-02

**Task Title**   Staging Maintenance

**Task Description**   This is for maintaining units in staging locations, as identified by the COTR or designee.

**Response Time**   48 hours after the issuance of the work order.

**Compensation**   A work order will be issued for the unit needing the maintenance work. Compensation is by time and materials

**Unit of Issue**   Per unit

## 6.3 *Miscellaneous for TT Maintenance*

**Task**   TTM-05

**Task Title**   Miscellaneous for TT Maintenance

Exhibit 10 – Page 8

FL-FCA-000142

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

**Task Description**    Miscellaneous tasks associated with the on-site unit maintenance of installed travel trailer units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy.

Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys.

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

**Response Time**    As appropriate

**Compensation**    Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

**Unit of Issue**    Each

Exhibit 10 – Page 9

FL-FCA-000143

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.4 *Install power pole and meter loop 30 AMP service*

| | |
|---|---|
| **Task** | TTM- 07A |
| **Task Title** | Install power pole and meter loop 30 AMP service |
| **Task Description** | Furnish and install temporary power pole and 30AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.5 *Install power pole and meter loop 50 AMP service*

| | |
|---|---|
| **Task** | TTM- 07B |
| **Task Title** | Install power pole and meter loop 50 AMP service |
| **Task Description** | Furnish and install temporary power pole and 50AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 10

FL-FCA-000144

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.6  Manufactured Homes Tasks

### 6.6.1      Miscellaneous for MH Maintenance

| | |
|---|---|
| **Task** | MHM-05A |
| **Task Title** | Miscellaneous for MH Maintenance |
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |
| | This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities. |
| **Response Time** | As appropriate |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| **Unit of Issue** | Each |

### 6.6.2      Miscellaneous for MH Maintenance

| | |
|---|---|
| **Task** | MHM-05B |
| **Task Title** | Miscellaneous for MH Maintenance |
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |

Exhibit 10 – Page 11

FL-FCA-000145

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

**Response Time**      As appropriate

**Compensation**      Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

**Unit of Issue**      Each

## 6.6.3    Install power pole and meter loop 100 AMP service

**Task**      MHM- 07A

**Task Title**      Install power pole and meter loop 100 AMP service

**Task Description**      Furnish and install temporary power pole and 100AMP meter-base. Contractor will meet all local and State codes.

The contractor must have all appropriate permits and licenses.

**Response Time**      As appropriate

**Compensation**      Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required.

**Unit of Issue**      Each

## 6.6.4    Install power pole and meter loop 200 AMP service

**Task**      MHM- 07B

**Task Title**      Install power pole and meter loop 200 AMP service

**Task Description**      Furnish and install temporary power pole and 200AMP meter-base. Contractor will meet all local and State codes.

The contractor must have all appropriate permits and licenses.

Exhibit 10 – Page 12

FL-FCA-000146

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

| | |
|---|---|
| Compensation | Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| Unit of Issue | Each |

## 6.6.5   Refurbish MH

| | |
|---|---|
| Task | RMHR-01A |
| Task Title | Refurbish MH |
| Task Description | Refurbishment tasks associated with the repair and refurbishment manufactured home or park model (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| Response Time | As defined by the COTR or designee |
| Compensation | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| Unit of Issue | Each |

## 6.6.6   Refurbish TT

| | |
|---|---|
| Task | RTTR-01B |
| Task Title | Refurbish TT |
| Task Description | Refurbishment tasks associated with the repair and refurbishment travel trailer (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| Response Time | As defined by the COTR or designee |
| Compensation | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| Unit of Issue | Each |

Exhibit 10 – Page 13

FL-FCA-000147

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

# 7. Septic Bladder

## 7.1 Pump Septic Bladder up to 210 gallon

(Line Item PU-1)

Pump septic waste from two-hundred-ten (210) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local, state, and federal regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

## 7.2 Pump Septic Bladder up to 260 gallon

(Line Item PU-2)

Pump septic waste from two-hundred-sixty (260) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local and state regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

## 7.3 Transport and Dispose of Pumped Septic Waste up to 210 gallon

(Line Item PU-3)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-ten (210) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

## 7.4 Transport and Dispose of Pumped Septic Waste up to 260 gallon

(Line Item PU-4)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-sixty (260) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

Exhibit 10 – Page 14

FL-FCA-000148

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 7.5 Dump Station Fees

(Line Item PU-5)

The contractor shall be compensated for dump station fees. The contractor must submit the date performed, site addresses pumped, capacity of the pump truck in gallons, and dated receipt for dump station fees. In instances where the capacity of the pump truck is greater than the combined capacity of the pumped septic bladders serviced by the pump truck the receipt must be document.

Exhibit 10 – Page 15

FL-FCA-000149

10/13/2005 10:06 FAX 2026482730          RR-HS                    R  OCT 1 ? ...          @002

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1PA NO. | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAG 3 |
|---|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | | 3. EFFECTIVE DATE 10/12/2005 | 4. REQUISITION/PURCHASE REQ. NO. AN01744Y2005T | | 5. PROJECT NO. (if applicable) | | |

6. ISSUED BY                                    CODE
FEDERAL EMERGENCY MGMT AGENCY REGION IX
ATTN: FRED SANCHEZ (510) 627-7130
1111 BROADWAY
SUITE 1200
OAKLAND CA 94607-4052

7. ADMINISTERED BY (if other than item 6)              CODE
Same as block 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Fluor Enterprises, Inc.
1101 Wilson Blvd., Suite 1900

Arlington VA 22209

| CODE | | FACILITY CODE | |
|---|---|---|---|

(X)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0471

X   10B. DATED (SEE ITEM 13)
09-03-2005

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)        N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X)   A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES    (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X   D. OTHER (Specify type of modification and authority)   Bi-lateral Mutual Agreement between the Parties

E. IMPORTANT:   Contractor [ ] is not, [X] is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to make the following changes which can be found on pages 2 and 3 of 3.
(1) Increase in the Maximum Funding Limitations.
(2) Change language to paragraph B.6 Negotiated Indirect Cost Rates.
(3) Revision to invoice submissions
(4) Restatement of Subcontracting Approval thereshold.
(5) Addition of Approved Time and Material Rates
(6) Davis Bacon Exemption.
(7) States - Tax Exemption.
(8) Government Property Reporting
(9) Buy American Act Clause Changes

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| JAMES CARTNEL   VP OPERATIONS | | MARCUS TZKOTSKY CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED OCT 13 2005 | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED 13 OCT 05 |

STANDARD FORM 30 (REV. 10-83)

COPY

FL-FCA-000175

(1) Contract Section B, subparagraph B.2 - Maximum and Minimum Funding
Limitations, first sentence is changed to read in part, "The maximum funding…shall
not exceed Redacted." The original amount was Redacted.

(2) Contract Section B, subparagraph B.6 – Negotiated Indirect Cost Rates. The first
paragraph is deleted in its entirety and replaced with the following:

Per the provisions of Clause 52.216-7 Allowable Cost and Payment, the allowable
indirect costs under this contract shall be per the current ACO audited and approved
Provisional Billing Rates for Fluor Enterprises, Inc. The period(s) for which such
rates will be established shall correspond to the contractor's ACO approved rates for
one fiscal year.

(3) Contract Section G, subparagraph G.4 Submission of Invoices or Vouchers for
Payment, under the first paragraph, the second sentence is revised to read as follows:

"The Contractor shall submit vouchers every two weeks to the offices designated
below."

(4) Contract Section I, Clause 52.244-2 Subcontracts, subparagraph (e), the following
fill-in is provided:

(e) If the Contractor has an approved purchasing system, the Contractor nevertheless
shall obtain the Contracting Officer's written consent before placing the following
subcontracts (fill-in): "For Cost Reimbursement, Time and Material/Labor Hour
subcontracts greater than Redacted. Fixed Priced subcontracts do not require
consent."

(5) Contract Section G.2 Fixed Rates for Services, Attachment C - Hourly Rate Schedule
– Time and Material Labor Hour Rates, the following rates are incorporated under the
current Schedule. Attachment 1 to this modification provides the complete Schedule
of Labor and Hourly Rates.

| Personnel Classifications | FIXED HOURLY RATES BY LEVEL | | |
|---|---|---|---|
| | FIRST | MID | SENIOR |
| 59   Finance | | | |
| 60   Contract Administration | | | |
| 61   Principle | Redacted | | |
| 62   Project Executive | | | |
| 62   Project Manager | | | |

(6) The following is provided in response to the Presidential Declaration and
    Applicability of Davis-Bacon and Related Act Regulations.

    Pursuant to applicability of Davis Bacon as found under Presidential Declaration
    http://www.whitehouse.gov/news/releases/2005/09/20050908-5.html unless and until
    the suspension is lifted, the following clauses are impacted. These clauses are listed
    in addition to the language provided in the proclamation ..." which provisions are
    dependent upon determinations by the Secretary of Labor under section 3142 of title
    40, United States Code; "

    The Davis Bacon Act requirements are not applicable to the task orders associated
    with Hurrican Katrina, which includes the application of the following clauses unless
    and until the suspension as described above is lifted and affects the following: (I.2
    52.222-6 Davis Bacon Act; I.2  52.222-7 Withholding of Funds; I.2  52.222-8
    Payrolls and Basic Records; I.2  52.222-9 Apprentices and Trainees; I.2  52.222-10
    Compliance with Copeland Act Requirements; I.2  52.222-11Subcontracts (Labor
    Standards); I.2  52.222-12 Contract Termination - Debarment; I.2  52.222-13
    Compliance with Davis-Bacon and Related Act Regulations; I.2  52.222-14 Disputes
    Concerning Labor Standards; I.2  52.222-15 Certification of Eligibility; I.2  52.222-
    16 Approval of Wage Rates;  and I.2  52.222.17 Labor Standards for Construction
    Work - Facilities Contracts).

(7) The Contractor has requested Tax Exemption for the states of Florida, Louisiana,
    Mississippi, Alabama and Texas. Attachment 2, Certificate of Government
    Exemption from Payment of State and Local Taxes is provided per this request.

(8) The annual Government Property Report normally due October 15th, has been
    extended by 60 days to December 15, 2005.

(9) Contract Section I, the following clause changes are made.

    Delete the current two clauses:

    I.12    FAR 52.225-9 Buy American Act Requirement -- Construction Materials.
    I.13    FAR 52.225-10 Notice of Buy American Act Requirement -- Construction
            Materials.

    Replaced with the following clauses:

    I.12    52.225-11 Buy American Act--Construction Materials under Trade
            Agreements.
    I.13    52.225-12 Notice of Buy American Act Requirement--Construction Materials
            under Trade Agreements.

FL-FCA-000177

### Section 1.1.1 FEMA Individual Assistance ID/IQ Contract
### Revised Hourly Rate Schedule

| | Personnel Classifications | FIXED HOURLY RATES BY LEVEL | | |
|---|---|---|---|---|
| | | FIRST | MID | SENIOR |
| 1 | **Administrative Specialist** | | | |
| 2 | Architect | | | |
| 3 | **Chief Estimator** | | | |
| 4 | Certified Public Accountant | | | |
| 5 | Chemical Engineer | | | |
| 6 | Civil Engineer | | | |
| 7 | **Code Enforcement Specialist** | | | |
| 8 | Computer Specialist | | | |
| 9 | Construction Inspector | | | |
| 10 | **Construction Manager** | | | |
| 11 | **Consultant - IBM** | | | |
| 12 | ***Community Relations Specialist*** | | | |
| 13 | **Engineering Manager** | | | |
| 14 | Engineering Technician | | | |
| 15 | Environmental Engineer | | | |
| 16 | Environmental Planner | Redacted | | |
| 17 | Estimator | | | |
| 18 | **Facilities Engineer** | | | |
| 19 | Financial Analyst | | | |
| 20 | Geologist | | | |
| 21 | GIS Specialist | | | |
| 22 | **Government Contract Administrator** | | | |
| 23 | **Government Property Manager** | | | |
| 24 | **Government Compliance Specialist** | | | |
| 25 | Graphic Artist | | | |
| 26 | **Health Safety & Environmental Manager** | | | |
| 27 | Health Specialist | | | |
| 28 | **Housing Planner** | | | |
| 29 | **Human Resource Specialist** | | | |

**Bolded = Newly Developed Rates**
(Rates that are not bolded are negotiated Year 2 rates from Fluor's FEMA TAC
Contract #HSFEHQ-04-D-0126)

Attachment I

1

FL-FCA-000178

| Personnel Classifications | | FIXED HOURLY RATES BY LEVEL | | |
|---|---|---|---|---|
| | | FIRST | MID | SENIOR |
| 30 | Hydraulic Engineer | | | |
| 31 | Hydrologist | | | |
| 32 | Insurance Specialist | | | |
| 33 | Landscape Architect | | | |
| 34 | Logistics Planner | | | |
| 35 | Mechanical Engineer | | | |
| 36 | Mobile Home Construction Specialist | | | |
| 37 | Planner, General | | | |
| 38 | Program Manager/ Project Director | | | |
| 39 | Deputy Project Director | | | |
| 40 | Project Controls Engineer | | | |
| 41 | Project Controls Manager | | | |
| 42 | Procurement Specialist | | | |
| 43 | Quality Assurance Specialist | | Redacted | | |
| 44 | Regulatory/Permits Manager | | | |
| 45 | Sanitary Engineer | | | |
| 46 | Site Assessment Specialist | | | |
| 47 | Soils/Geotechnical Engineer | | | |
| 48 | Statistician | | | |
| 49 | Structural Engineer | | | |
| 50 | Supply Chain Specialist | | | |
| 51 | Technical Writer | | | |
| 52 | Telecommunications Specialist | | | |
| 53 | Training Specialist | | | |
| 54 | Word Processor/ Clerk | | | |
| 55 | Information Technology Specialist | | | |
| 56 | Research & Development Specialist | | | |
| 57 | Transportation Planner | | | |
| 58 | Electrical Engineer | | | |

**FLUOR.**

Use or disclosure of this information is subject to the restrictions on the title page of this proposal.

FL-FCA-000179

FEMA Individual Assistance ID/IQ Contract
Solicitation HSFEHQ-05-R-003

Revised Hourly Rate Schedule
September 10, 2005

| Personnel Classifications | | FIXED HOURLY RATES BY LEVEL | | | |
|---|---|---|---|---|---|
| | | FIRST | MID | SENIOR | |
| 59 | Finance | | | | |
| 60 | Contract Administration | | | | |
| 61 | Principle | | Redacted | | |
| 62 | Project Executive | | | | |
| 62 | Project Manager | | | | |

**Bolded = Newly Developed Rates**
(Rates that are not bolded are negotiated Year 2 rates from Fluor's FEMA TAC
Contract #HSFEHQ-04-D-0126)

3

**FLUOR.**

Use or disclosure of this information is subject to the restrictions on the title page of this proposal.

U.S. Department of Homeland Security
Washington, DC 20472



## Certificate of Government Exemption from Payment of State and Local Taxes

For use by departments and instrumentalities of the Federal Government for Alabama, Florida, Louisiana, Mississippi and/or Texas which have the following disaster relief tracking numbers associated:

DR-1603-LA Louisiana
DR-1604-MS Mississippi
DR-1605-AL Alabama
DR-1606-TX Texas
DR-1607-LA Louisiana

The undersigned hereby certifies that he is a Federal Contracting Officer of the Federal Emergency Management Agency of the Federal Government, and that he is authorized to execute this certificate and that the article or articles specified in the accompanying order, bill of sale or voucher are purchased from the vendor listed below by this department or instrumentality for its exclusive use.

Name of Company:  Fluor Enterprises, Inc. for contract **HSFEQ-05-D-0471**


_____
Signature of Officer

Contracting Officer          13 OCT 2005
Title                        Date


Attachment 2

FL-FCA-000181

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | | BPA NO | 1 CONTRACT ID CODE | | PAGE 1 | OF PAGES 7 |
|---|---|---|---|---|---|---|---|---|

| 2 AMENDMENT/MODIFICATION NO. P00002 | | 3 EFFECTIVE DATE 02/21/06 | 4 REQUISITION PURCHASE REQ. NO. AB01754Y20052 | | 5 PROJECT NO. (If applicable) |
|---|---|---|---|---|---|

6 ISSUED BY                                    CODE

FEDERAL EMERGENCY MGMT AGENCY
Financial & Acquisition Management Div
500 C. ST. S.W. Room 350
Washington
DC 20472

7 ADMINISTERED BY (If other than Item 6)          CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Fluor Enterprises, Inc.
1101 Wilson Blvd. Suite 1900

Arlington VA 22209

CODE                    FACILITY CODE

(X)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0471

X   10B DATED (SEE ITEM 13)
09-03-2005

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12 ACCOUNTING AND APPROPRIATION DATA (If required)          N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   43.103(a) Bilateral Modification - Mutual Agreement between both Parties. |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   [ ] is not,   [X] is required to sign this document and return _____ 2 _____ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is make the following changes which can be found on page 2 of 2.
(1) Add/Modify FAR clauses.
(2) Provide approval under Section G.4 for contractor electronic reporting system.
(3) Applicability of Davis Bacon Act and requirements.
(4) Addition of sub labor category to T&M rates. Item number 11. See attachment 1.
(5) Provide changes to the Contract Performance Work Statement

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Marcus Tikotsky Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 2/16/06 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 21 Feb 06 |

STANDARD FORM 30 (REV. 10-83)

Contract Number HSFEHQ-05-D-0471          2 of 7
Continuation Page -- Modification P00002

b. The following changes are hereby incorporated into the contract.

   (1) Section G, paragraph G.4, subparagraph (a), the last sentence states in part, "The contractor shall substantiate vouchers by evidence of ... or other substantiation approved by the Contracting Officer." Fluor is approved to use its standard business practice for electronic reporting by "electronic collection of time and expenses for billings and cost reporting".

   (2) Modification P00001 inappropriately revoked the requirements of Davis-Bacon and related Act Regulations. The Presidential Proclamation No. 7924 only exempted "contracts for which bids where opened or negotiations concluded on or after September 8, 2005. This contract was awarded on September 3, 2005 and therefore is not exempt under the Proclamation. Task Orders issued on or after September 8 are subject to Davis Bacon and related regulations IAW with applicable regulations that mandate inclusion of the clauses and terms.

The Davis Bacon Act and following related Act regulations are applicable under this contract.

| | |
|---|---|
| 52.222-6 | Davis Bacon Act; |
| 52.222-7 | Withholding of Funds; |
| 52.222-8 | Payrolls and Basic Records; Note: Due to the magnitude of the multiple disasters the Contractor shall collect and maintain all necessary Payroll Records/Statements of Compliance for itself and its subcontractors and shall provide or make records available for inspection, copying, or transcription at the discretion of the Contracting Officer and/or authorized Representative(s) or the Department of Labor. |
| 52.222-9 | Apprentices and Trainees; |
| 52.222-10 | Compliance with Copeland Act Requirements; |
| 52.222-11 | Subcontracts (Labor Standards) Note: The contractor shall be allowed to submit the completed SF 1413 thirty days after formal issuance of Modification P00002. |
| 52.222-12 | Contract Termination - Debarment; |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations; |
| 52.222-14 | Disputes Concerning Labor Standards; |
| 52.222-15 | Certification of Eligibility; |
| 52.222-16 | Approval of Wage Rates; |
| 52.222.17 | Labor Standards for Construction Work - Facilities Contracts). |

(3) Attachment C to the contract -- "Hourly Rate Schedule -- Time and Material
Labor Hour Rates", herein identified as Attachment 1 under this
modification provides an additional rate under item number 11 for an entry
level IBM Consultant -- the associated fully loaded/burdened hourly rate is
$137.00 an hour.

(4) Section G, paragraph G.5, the sentence is changed to read as follows:

The Contracting Officer's Technical Representative will be appointed by
letter, and a copy of the letter will be provided to the Contractor.

(5) The following paragraph is hereby added as Section H.

(6) Section H, paragraph H.13 is added as follows:

H.13 ELECTRONIC DIRECTION BY THE CONTRACTING OFFICER
AND CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE
(COTR):

The Contracting Officer or COTR may provide direction that is issued
via email.  This shall be considered formal written direction for the
purposes of this contract.

(7) Section I, paragraph I.2, the following clauses are hereby added to the
contract:

| | |
|---|---|
| 52.203-11 | Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (Sept 2005) |
| 52.204-5 | Women-Owned Business (Other Than Small Business) (May 1999) |
| 52.215-10 | Price Reduction for Defective Cost or Pricing Data (Oct 1997) |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data— Modifications (Oct 1997) |
| 52.215-12 | Subcontractor Cost or Pricing Data (Oct 1997) |
| 52.215-13 | Subcontractor Cost or Pricing Data—Modifications (Oct 1997) |
| 52.215-14 | Integrity of Unit Prices *Alternate I (Oct 1997)* |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data—Modifications (Oct 1997) |
| 52.219-25 | Small Disadvantaged Business Participation Program— Disadvantaged Status and Reporting (Oct 1999) |
| 52.222-1 | Notice to the Government of Labor Disputes (Feb 1997) |
| 52.222-2 | Payment for Overtime Premiums (July 1990) |
| 52.222-44 | Fair Labor Standards Act and Service Contract Act—Price Adjustment (Feb 2002) |
| 52.224-1 | Privacy Act Notification (Apr 1984) |

Contract Number HSFEHQ-05-D-0471                                        4 of 7
Continuation Page – Modification P00002

     52.224-2   Privacy Act (Apr 1984)
     52.226-1   Utilization of Indian Organizations and Indian-Owned
                Economic Enterprises (June 2000)
     52.229-3   Federal, State, and Local Taxes (Apr 2003)
     52.232-1   Payments (Apr 1984)
     52.232-8   Discounts for Prompt Payment (Feb 2002)
     52.233-1   Disputes *Alternate I (Dec 1991)*
     52.242-3   Penalties for Unallowable Costs (MAR 2001)
     52.249-2   Termination for Convenience of the Government (Fixed-Price)
                (May 2004)
     52.249-8   Default *(Fixed-Price Supply and Service)* (Apr 1984)

  (8) The following clauses are hereby deleted from the contract:

     52.222-17  Labor Standards for Construction Work—Facilities Contracts
                (Feb 1988)
     52.232-7   Payments under Time-and-Materials and Labor-Hour
                Contracts *(DEC 2002)*

     3052.242.70 Dissemination of information–educational institutions
                 *(Dec 2003)*

  (9) Section I, paragraph I.6, 52.216-19(a), the following figures are hereby inserted:

    (a)  50,000, (b)(1) $500,000,000
    (b)(2)  $500,000,000
    (d)  5 days

  (10) Section I, paragraph I.7 - 52.216.22(d), the following phrase is added to
       the end of the last sentence, "... *periods of performance set forth in task
       orders.*

  (11) Section I, paragraph I.8, 52.217-8, the following phrase is added to the
       end of the last sentence, "...the term of the contract."

c. The following changes are made to the basic contract Performance Work
Statement (PWS).

  (1) Paragraph 2.5.2, first sentence is changed to read as follows:

    The contractor shall develop a work plan specific to each <u>task order</u> that
    will identify temporary disaster housing and the various factors which
    could impact the temporary disaster housing mission and what it would
    take to perform each task in the most effective, efficient and expeditious
    manner available.

FL-FCA-000185

(2) Paragraph 2.9 is corrected to read as follows:

"INSTALLATION OF TEMPORARY MOBILE STRUCTURES."

(3) Paragraph 2.12.1 is changed in its' entirety to read as follows:

Design Services. The contractor shall when required by FEMA, present detailed design drawings which are certified and approved by qualified professionals and local governing boards. Delivery of a design product may or may not result in follow-on construction service.

(4) Paragraph 2.12.2, the following is added as the last sentence to this paragraph.

"The Contractor's requests for technical variances from any regulation or law as specified herein shall be submitted in writing to the COTR and CO for review and approval."

(5) Paragraph 2.13.9.2 the first sentence is corrected to read as follows:

"The contractor shall provide individual private shower stalls to include a private changing area."

(6) Paragraph 2.14.4, the second sentence is changed to read as follows:

Contractor shall provide adequate security to ensure the safety and security of persons at facilities during construction activities as designated by FEMA.

(7) Paragraph 2.15.6, the word "for" is hereby deleted from the first sentence.

(8) Paragraph 2.15.7, the second sentence is changed to read as follows:

The contractor shall provide adequate security to ensure the safety and security of persons at DR centers during construction activities.

(9) Exhibit 3, paragraph 3.5 is revised to read in its entirety as follows:

Manufactured Homes shall not be installed in Flood Zones. Travel Trailers and Park Models may be installed in SFHAs if written direction is provided by the COTR. Prior to providing such direction, the COTR will work with appropriate FEMA staff in the JFO to ensure that the eight (8) step process, required under Presidential Executive Order 11988 –

Floodplain Management, is followed. The contractor shall provide technical assistance to FEMA during the eight step process. This assistance may include, but it is not limited to hydraulic and hydrologic flood analysis, developing maps and exhibits that illustrate the proposed development I the SFHA.

In accordance with Section 2.12 of the PWS, the contractor is responsible for securing all necessary floodplain management permits that may be required by state and local Floodplain Management officials.

(10) Exhibit 7, paragraph 2.1.4(1), the PVC sewer pipe listed in is hereby changed as follows:

FROM: ASTM D-2727; TO: ASTM D-2729

(11) Exhibit 7, paragraph 2.1.18 the Title is changed to read as follows:

"Above-Ground Electrical Excess"

(12) Exhibit 7, paragraph 2.1.21 is changed to read as follows:

"Provide and Install Appropriate Generator for the Installation."

(13) Exhibit 7, paragraph 2.1.20 is amended by adding a sentence that reads as follows:

If installation requires, an additional 25' potable water hose shall be provided.

(14) Exhibit 10, paragraph 3.4 Major Material Item Replacement. The following is the expected method by with the contractor shall develop and show his cost estimate under Exhibit 10, paragraph 3.4 as is hereby added to the end of the current paragraph 3.4:

The contractor shall in accordance with this exhibit include in its cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in its Work Plan how they arrived at the estimated delta and a rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall for all major material item replacements submit proper documentation in accordance with this exhibit that has been signed and received by the COTR or other designated FEMA representative. The contractor shall follow exhibit requirements and will be allowed to bill against a separate line item titled "Major Item Repairs" under the task order.

Contract Number HSFEHQ-05-D-0471                                    7 of 7
Continuation Page - Modification P00002

The purpose of this requirement is to provide a means by which the
contractor and government may replace or repair major items in the most
expeditious manner causing the least amount of interruption to tenants.

(15) Exhibit 10, any references to Time and Materials (T&M) are considered
not applicable to this exhibits.

(16) Exhibit 10, paragraph 6.1 is changed to read as follows:

Task: THM-01

Task Title: MH / TT Maintenance Specifications

Task Description: The contractor will do maintenance necessary to
maintain the temporary housing units in a safe,
working, and livable condition. The contractor shall
perform only those corrective actions that require the
effort of skilled technicians or labors. FEMA will
identify to the contractor all units that belong to and /
or are maintained by FEMA.

Response Time: The contractor will provide maintenance services of
units assigned and identified by FEMA. Maintenance
service includes performing monthly preventative
maintenance inspections, routine and emergency
maintenance and repairs for units assigned to the
contractor.

Unit of Issue: Per Assigned Unit Per Month

FL-FCA-000188

Contract HSFERQ-05-D-0471
Modification P00002

Revised Hourly Rate Schedule
Revision 2 - November 11, 2005

## FEMA Individual Assistance (IA)

**Hourly Rate Schedule - Time and Material Labor Hour Rates**



| | Personnel Classifications | FIXED HOURLY RATES BY LEVEL |
|---|---|---|
| 1 | Administrative Specialist | |
| 2 | Architect | |
| 3 | Chief Estimator | |
| 4 | Certified Public Accountant | |
| 5 | Chemical Engineer | |
| 6 | Civil Engineer | |
| 7 | Code Enforcement Specialist | |
| 8 | Computer Specialist | |
| 9 | Construction Inspector | |
| 10 | Construction Manager | |
| 11 | **Consultant - IBM** | Redacted |
| 12 | *Community Relations Specialist* | |
| 13 | Engineering Manager | |
| 14 | Engineering Technician | |
| 15 | Environmental Engineer | |
| 16 | Environmental Planner | |
| 17 | Estimator | |
| 18 | Facilities Engineer | |
| 19 | Financial Analyst | |
| 20 | Geologist | |
| 21 | GIS Specialist | |
| 22 | Government Contract Administrator | |
| 23 | Government Property Manager | |
| 24 | Government Compliance Specialist | |
| 25 | Graphic Artist | |
| 26 | Health Safety & Environmental Manager | |
| 27 | Health Specialist | |
| 28 | Housing Planner | |
| 29 | Human Resource Specialist | |

**Bolded = Newly Developed Rate**

Attachment 1

i

FL-FCA-000189

Contract HSFEHQ-05-D-0471
Modification P00002

Revised Hourly Rate Schedule
Revision 2 - November 11, 2005

| Personnel Classifications | FIXED HOURLY RATES BY LEVEL | | |
|---|---|---|---|
| | FIRST | MID | SENIOR |
| 30 Hydraulic Engineer | | | |
| 31 Hydrologist | | | |
| 32 Insurance Specialist | | | |
| 33 Landscape Architect | | | |
| 34 Logistics Planner | | | |
| 35 Mechanical Engineer | | | |
| 36 Mobile Home Construction Specialist | | | |
| 37 Planner, General | | | |
| 38 Program Manager/ Project Director | | | |
| 39 Deputy Project Director | | | |
| 40 Project Controls Engineer | | | |
| 41 Project Controls Manager | | | |
| 42 Procurement Specialist | | | |
| 43 Quality Assurance Specialist | | | |
| 44 Regulatory/Permits Manager | | | |
| 45 Sanitary Engineer | Redacted | | |
| 46 Site Assessment Specialist | | | |
| 47 Soils/Geotechnical Engineer | | | |
| 48 Statistician | | | |
| 49 Structural Engineer | | | |
| 50 Supply Chain Specialist | | | |
| 51 Technical Writer | | | |
| 52 Telecommunications Specialist | | | |
| 53 Training Specialist | | | |
| 54 Word Processor/ Clerk | | | |
| 55 Information Technology Specialist | | | |
| 56 Research & Development Specialist | | | |
| 57 Transportation Planner | | | |
| 58 Electrical Engineer | | | |

FL-FCA-000190

FEMA Individual Assistance HI/IQ Contract
Contract HSFEHQ-05-D-0471 - Modification P00002

Revised Hourly Rate Schedule
Revision 2 - November 11, 2005

| Personnel Classifications | | FIXED HOURLY RATES BY LEVEL | | | |
|---|---|---|---|---|---|
| | | FIRST | MID | SENIOR | |
| 59 | Finance | | | | |
| 60 | Contract Administration | | Redacted | | |
| 61 | Principle | | | | |
| 62 | Project Executive | | | | |
| 62 | Project Manager | | | | |

2

*FLUOR.*

Use or disclosure of this information is subject to the restrictions on the title page of this proposal.

FL-FCA-000191

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGE 2 |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE 11/13/2005 | 4. REQUISITION/PURCHASE REQ. NO. AN01744Y20005T | | 5. PROJECT NO. (if applicable) | |
|---|---|---|---|---|---|

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (if other than item 6) | | CODE | |
|---|---|---|---|---|---|---|
| FEDERAL EMERGENCY MGMT AGENCY REGION IX ATTN: FRED SANCHEZ (510) 627-7130 1111 BROADWAY SUITE 1200 OAKLAND CA 94607-4052 | | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| Fluor Enterprises, Inc. 1101 Wilson Blvd., Suite 1900   Arlington VA 22209 | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 |
| | | X | 10B. DATED (SEE ITEM 13) 09-03-2005 |
| CODE | FACILITY CODE | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (if required)     N/A |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)     FAR 52.217-8 - OPTION TO EXTEND SERVICES (NOV 1999) |

**E. IMPORTANT:**   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to exercise an option as indicated on page 2 of 2.

COPY

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Marcus Tikotsky Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR   (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _Marcus Tikotsky_ (Signature of Contracting Officer) | 16C. DATE SIGNED 01 13 2006 |

STANDARD FORM 30   (REV. 10-83)

FL-FCA-000192

SF 30 - Continuation Page                                    Page 2 of 2
Contract HSFEHQ-05-D-0471
Modification P00003


b. In accordance with Federal Acquisition Regulation Clause 52.217-8, Contract
Section I, subparagraph I.8, the Government hereby exercises its option to extend
the contract by an additional six months.

c. Contract Section F, subparagraph F.2 Term of Contract is changed to reflect
the following date: From: January 15, 2006, To: July 15, 2006.

FL-FCA-000193

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | SPA NO. N/A | 1 CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|
| 2 AMENDMENT/MODIFICATION NO. P00004 | 3 EFFECTIVE DATE 2-11-2006 | 4 REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (If applicable) N/A | |

6 ISSUED BY                                          CODE

Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 550
Washington DC 20472

7. ADMINISTERED BY (If other than Item 6)          CODE

| 8 NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Fluor Enterprises, Inc. 1101 Wilson Blvd., Suite 1900 | | 9B. DATED (SEE ITEM 11) |
| Arlington VA 22209 | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 |
| | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

CODE _____   FACILITY CODE _____

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12 ACCOUNTING AND APPROPRIATION DATA   (If required)
                          N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)   Bi-lateral Mutual Agreement between the Parties |

**E. IMPORTANT:**  Contractor ☐ is not, ☒ is required to sign this document and return ___ Three (3__) copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to make the following changes:
(1) The bi-lateral mutual agreement between parties consists of "additional 20 calendar days of interim funding from effective date of this modification." (see block 3)
Contract B, Section B, subparagraph B.2 - Maximum and Minimum Funding Limitations, first paragraph is changed to read in part, "The maximum funding limitation for this contract (inclusive of the aggregate price of all task order definitzed) shall not exceed $650,000,000.00.
(2) The previous maximum amount under modification P00002 was $500,000,000.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| James S. Carner   Sr. VP. | Chandra G. Lewis Contracting Officer |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 2/23/06 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 2/24/06 |

STANDARD FORM 30  (REV. 10-83)

FL-FCA-000194

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1PA NO | 1 CONTRACT ID CODE | PAGE | OF PAG |
|---|---|---|---|---|

| 2 AMENDMENT/MODIFICATION NO. | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REG. NO | 5 PROJECT NO (If applicable) |
|---|---|---|---|
| P00008 | 3-3-2006 | N/A | N/A |

6 ISSUED BY                      CODE
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

7 ADMINISTERED BY (If other than Item 6)     CODE

8 NAME AND ADDRESS OF CONTRACTOR  (No., street, county, State and ZIP Code)

Fluor Enterprises, Inc.
1101 Wilson Blvd., Suite 1900

Arlington VA 20305

9A AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0471

10B DATED (SEE ITEM 13)
09-30-2005

| CODE | | FACILITY CODE | X |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)        N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] D. OTHER (Specify type of modification and authority)    Contract Limitation Funding Increase

E. IMPORTANT:  Contractor  [ ] is not,  [X] is required to sign this document and return _____ Three _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the basic contract funding ceiling.

(1) Contract B, Section B, subparagraph B.2  Maximum and Minimum Funding Limitations, first paragraph is changed to read in part. "The maximum funding limitation for this contract (inclusive of the aggregate price of all task order definitized) shall not exceed $1,001,678,501.00 billion dollars.

(2) The previous maximum amount under Modification P00004 was $550,000,000.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A NAME AND TITLE OF SIGNER  (Type or print) | 16A NAME AND TITLE OF CONTRACTING OFFICER  (Type or print) |
|---|---|
| James Cartner Sr. Vice President | Tina N. Burnette  Contracting Officer |

| 15B CONTRACTOR/OFFEROR | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA | 16C DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 3/9/06 | BY (Signature of Contracting Officer) | 3/9/06 |

STANDARD FORM 30  (REV. 10-83)

FL-FCA-000195

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 8PA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00006 | 24 March 2006 | AN01744Y2005T | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| FEDERAL EMERGENCY MGMT AGENCY<br>Financial & Acquisition Management Div<br>500 C. ST. S.W. Room 350<br>Washington<br>DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| Fluor Enterprises, Inc.<br>1101 Wilson Blvd., Suite 1900<br><br>Arlington VA 22209 | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0471 |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>09-03-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | N/A |
|---|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACTOR IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to correct a typo under modification P00002 in which it was stated that the following clasue was deleted: 52.232-7 Payments under Time-and-Materials and Labor-Hour Contracts. The original intent under modification P00002 was to delete the alternate II referenced with this clause in the basic contract.

b.FAR Clause 52.232-7 Payments under Time-and-Materials and Labor-Hour Contracts has and is considered to have been in full effect throughout the life of this contract.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Marcus Tikotsky<br>Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _(signature)_<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>03-24-2006 |

STANDARD FORM 30 (REV. 10-83)

FL-FCA-000196

03/10/2008  20:05 FAX 703 805 1187          FEMA KM SUJ                              002

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1 CONTRACT ID CODE | PAGE 1 | OF PAG 4 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00007 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

6. ISSUED BY                                    CODE
FEDERAL EMERGENCY MNGT AGENCY
Financial & Acquisition Management Div
500 C Street S.W., Room 350
Washington D.C. 20472

7 ADMINISTERED BY (If other than Item 6)          CODE

8. NAME AND ADDRESS OF CONTRACTOR   (No., Street, county, State and ZIP Code)

FLUOR ENTERPRISES, INC

1101 WILSON BLVD STE 1900

ARLINGTON VA 222092211

(X)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0471

10B. DATED (SEE ITEM 13)
X  11-10-2005

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (If required)   N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X)

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X   D OTHER (Specify type of modification and authority)
            Pursuant to FAR 42.202 Assignment of Contract Administration

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible )

The purpose of this modification is to delegate Contract Administration Authority to the Defense Contract Management Agency (DCMA), as described in further detail on the following pages.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Michael E. White Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 10 May 06 |

STANDARD FORM 30  (REV 10-83)

FL-FCA-000197

HSFEHQ-05-D-0471                              Page 2 of 4
Modification P00007


The purpose of this modification is to delegate all contract administrative functions for FEMA Contract HSFEHQ-05-D-0471 (Fluor IA-TAC Disaster Recovery Contract) to the Defense Contract Management Agency as agreed to and further delineated in the Interagency Agreement executed between FEMA and DCMA on 26 April 2006.

1) Specific duties and responsibilities are outlined in the Interagency Agreement and will be the basis for the Contract Administration Support along with the additional functions addressed below.  Contract documentation as well as other specific guidance, will be provided under separate cover.

Interested Parties are identified below:

The Contractor's (Fluor) Point of Contact is:

Mark Ashby
Government Contracts Administration
Ph: 864-281-5864
Cell: 864-444-2035
Fax: 864-676-7055
mark.ashby@fluor.com

The Contracting Officer's Technical Representative (COTR) is:

John D. Ward Jr.
Louisiana Project Management
COTR - Fluor FEMA Joint Field Office
Baton Rouge, LA 70802
Cell: (281) 638-4917
John.Wardjr@dhs.gov

The DCMA Office and Point of Contact(s) responsible for the administration of subject contract is as follows:

Wayne S. Murphy
Administrative Contracting Officer
678 503-6210
wayne.murphy@dcma.mil

HSFEHQ-05-D-0471                                         Page 3 of 4
Modification P00007


The DCMA Office and Point of Contact(s) Continued

Paul Fox LT, SC, USN
Contract Administrator
DCMA, Atlanta
678-503-6212(w) 678-503-6030 Fax
Paul.Fox@dcma.mil

DCMA Atlanta GAOA
2300 Lake Park Drive, Suite 300
Smyrna, Ga. 30080

The Procuring Contracting Officer is:

Michael E. White
Contracting Officer
DHS/FEMA Gulf Coast Recovery Office
Crystal City, Suite 600
**Attn: (Mike White/Room 626)**
500 C Street, SW Washington, D.C. 20472
202-646-3523  Michael.White@dhs.gov


2) Pursuant to FAR Part 42.302(a) the following functions are withheld:

(26) Perform property administration (see Part 45)

(28) Perform necessary screening, redistribution, and disposal of contractor inventory.

(29) Issue contract modifications requiring the contractor to provide packing, crating, and handling services on excess Government property. When the ACO determines it to be in the Government's interest, the services may be secured from a contractor other than the contractor in possession of the property.

FL-FCA-000199

FEMA RM 503

HSFEHQ-05-D-0471                                          Page 4 of 4
Modification P00007

3) Pursuant to 42.302(b) the following functions are authorized:

(1) Negotiate and execute supplemental agreements incorporating contractor proposals resulting from change orders issued under the changes Clause. Before completing negotiations, coordinate any delivery schedule change with the contracting officer.

(2) Negotiate prices and execute priced exhibits for unpriced orders issued by the contracting officer under basic ordering agreements.

(3) Negotiate and execute supplemental agreements changing contract delivery schedules.

(4) Negotiate and execute supplemental agreements providing for the deobligation of unexpended dollar balances considered excess to known contract requirements.

(5) Issue amended shipping instructions and, when necessary, negotiate and execute supplemental agreements incorporating contractor proposals resulting from these instructions.

(6) Negotiate changes to interim billing prices.

(7) Negotiate and definitize adjustments to contract prices resulting from exercise of any economic price adjustment clause (see Subpart 16.2).

(9) Execute supplemental agreements on firm-fixed price supply contracts to reduce required contract line items quantities and deobligate excess funds when notified by the contractor of an inconsequential delivery shortage, and it is determined that such action is in the best interest of the Government, notwithstanding the default provisions of the contract. Such action will be taken only upon written request of the contractor and, in no event, shall the total downward contract price adjustment resulting from an inconsequential delivery shortage, exceed $250.00 or 5 percent of the contract price, whichever is less.

(10) Execute supplemental agreements to permit a change in place of inspection at origin specified in firm-fixed price supplemental contracts awarded to manufactures, as deemed necessary to protect the Government's interest.

(11) Prepare evaluations of contractor performance (as applicable) in accordance with Subpart 42.15.


Except as provided herein, all other terms and conditions, of subject contract, remain unchanged and in full force and effect.

FL-FCA-000200

05/22/2006 20:05 FAX 703 605 1187      FEMA RM 303                                    ☑002

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00009 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. (if applicable) |
|---|---|---|---|

| 6. ISSUED BY                                        CODE | 7. ADMINISTERED BY (if other than Item 6)       CODE |
|---|---|

FEDERAL EMERGENCY MNGT AGENCY
Financial & Acquisition Management Div
500 C Street S.W., Room 350
Washington D.C. 20472

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES, INC | | 9B. DATED (SEE ITEM 11) |
| 1101 WILSON BLVD STE 1900 | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| ARLINGTON VA 222092211 | | HSFEHQ-05-D-0471 |
| | X | 10B. DATED (SEE ITEM 13) 11-10-2005 |
| CODE                    FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) | N/A |
|---|---|

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)      Pursuant to Mutual Agreement of Parties |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the basic Contract Funding Ceiling.

(a)    Contract Section B, subparagraph B.2 — Maximum and Minimum Funding Limitation, is changed to read as follow: The maximum funding limitation for this contract (inclusive of the aggregate price of all Task Orders issued) shall not exceed $1,150,000,000.00 billion dollars.

(b)    The previous maximum Contract Funding Ceiling, under Modification P00005 was $1,001,676,501.00.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| James Carter Senior Vice President - Federal Projects | Michael E. White Contracting Officer |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 5-23-06 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 26 may |
|---|---|---|---|

STANDARD FORM 30 (REV 10-83)

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO | 1. CONTRACT ID CODE | PAGE 1 | OF PAGE 2 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00009 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                     CODE | 7. ADMINISTERED BY (If other than Item 6)          CODE |
|---|---|
| FEDERAL EMERGENCY MNGT AGENCY Financial & Acquisition Management Div 500 C Street S.W., Room 350 Washington D.C. 20472 | |

| 8. NAME AND ADDRESS OF CONTRACTOR    (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES, INC 1101 WILSON BLVD STE 1900 ARLINGTON VA 222092211 | | 9B. DATED  (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 |
| CODE                      FACILITY CODE | X | 10B. DATED  (SEE ITEM 13) 11-10-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA    (If required)    N/A |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)    Pursuant to FAR 52.245-2 Government Property Clause |

**E. IMPORTANT:**   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION    (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to appoint Government Property Administrators in support of the Fluor IA-TAC Contract, as described in further detail on the following page.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER    (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER    (Type or print) Michael E. White Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR  (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 26 may 06 |

STANDARD FORM 30 (REV. 10-83)

HSFEHQ-05-D-0471                                          Page 2 of 2
Modification P00009

The purpose of this modification is to appoint Government Property Administrators in support of the Fluor IA-TAC
Contract. Accordingly,

a. Section H.12 GOVERNMENT FURNISHED PROPERTY (GFP), is hereby modified to list the following individuals
as Government Property Administrators for the aforementioned IA-TAC Contract, in accordance with (IAW) Government
Property Clauses 52.245-2 -- Government Property (Fixed-Price Contracts) and 52.245-5 -- Government Property (Cost-
Reimbursement, Time-and-Material, or Labor-Hour Contracts.

Stephen Miller, Baton Rouge, LA; 703-946-2334
Robert Hoban, HQ, DC; 703-254-9757
Clint Hindman, MWEAC DISC; 540-542-2111 (IT Only)
William Sheehan, MS and AL
Andrew Boyce, LA and TX
Jimmy Noplis, FL

b. The above listed individuals will be responsible for arranging all dispositions of equipment and supplies in IAW FEMA
Personal Property Management Program document 6150.1, which can be viewed at http://cio.fema.net/rm/dm/im/6150-
1m-070096.pdf.

All equipment listings shall be consolidated and issued to an inventory team that will conduct 100% inventories at all of
the contractor sites. Arrangements shall be made to provide documentation and hands-on visual inspection and bar-
coding of all GFP. The Government Property Administrators shall provide the necessary accommodations, transportation,
guidance and personnel required to accomplish this mission.

c. The Logistics Closeout Assistance Team shall be responsible for all bar-coding and entry into the Logistics Information
Management System (LIMS) to establish accountability.

d. Flour's Government Property Administrator will work in concert with the aforementioned Government Property
Administrators and provide the necessary documentation, titles, and inventory lists to them and the Contracting Officer, of
all equipment charged to FEMA under this contract.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

FL-FCA-000203

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00010 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (If applicable) | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| FEDERAL EMERGENCY MNGT AGENCY Financial & Acquisition Management Div 500 C Street S.W., Room 350 Washington D.C. 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR     (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES, INC 1101 WILSON BLVD STE 1900 ARLINGTON VA 222092211 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 |
| CODE                    FACILITY CODE | | 10B. DATED (SEE ITEM 13) 11-10-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA     (If required)                    N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES    (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER  (Specify type of modification and authority)      Pursuant to Mutual Agreement of Parties |

E. IMPORTANT:   Contractor   ☐ is not,  ☒ is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION     (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the basic Contract Funding Ceiling.

(a)     Contract Section B, subparagraph B.2  Maximum and Minimum Funding Limitation, is changed to read as follows: The maximum funding limitation for this contract (inclusive of the aggregate price of all Task Orders issued) shall not exceed $1,364,000,000.00 billion dollars.

(b)     The previous maximum Contract Funding Ceiling, under Modification P00008 was $1,150,000,000.00

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER     (Type or print) James Carter Senior Vice President - Federal Projects | 16A. NAME AND TITLE OF CONTRACTING OFFICER     (Type or print) Michael E. White Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR _(Signature of person authorized to sign)_ | 15C. DATE SIGNED 6-19-06 | 16B. UNITED STATES OF AMERICA BY _(Signature of Contracting Officer)_ | 16C. DATE SIGNED 20 June 06 |

STANDARD FORM 30   (REV. 10-83)