UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | §<br>§<br>§<br>§ | MDL No. 1873<br><br>SECTION N(5) |
| THIS DOCUMENT IS RELATED TO:<br>Civil Action No. 07-9228<br>Aldridge, et al v. Gulf Stream Coach, Inc., et al<br>(Elisha Dubuclet o/b/o Timia Dubuclet) | §<br>§<br>§<br>§ | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT
BASED ON THE GOVERNMENT CONTRACTOR DEFENSE**

# FLUOR EXHIBIT 2



"McCarthy, Kevin"
&lt;Kevin.Mccarthy@associates.dhs.gov&gt;
10/17/2005 01:58 PM

To: "'Al.Whitaker@Fluor.com'" &lt;Al.Whitaker@Fluor.com&gt;,
"'Robert.Spaulding@fluor.com'" &lt;Robert.Spaulding@fluor.com&gt;,
"'Mike.Criss@fluor.com'" &lt;Mike.Criss@fluor.com&gt;,
cc: "Wilkinson, Christopher" &lt;Christopher.Wilkinson@associates.dhs.gov&gt;
Subject: Technical Direction for Fluor in LA: Blocking Diagram

Here is a blocking diagram that conforms to the Performance Work Statement on trailer blocking.

Kevin McCarthy
202-367-2834
COTR for Fluor in LA

**From:** Ulrick, James R MVP [mailto:James.R.Ulrick@mvp02.usace.army.mil]
**Sent:** Friday, October 14, 2005 11:51 AM
**To:** Mccarthy, Kevin
**Subject:** Contract Clarification/Mod

Kevin,

I would like to try to work a clarification regarding the blocking details mentioned in the base contract.

[Other info deleted]

Respectfully,

Jim Ulrick
U.S. Army Corps of Engineers
651.769.3436


TT_pier2.jpg



CONFIDENTIAL                                                                                                    FL-FCA 009634

10/11/05

# Typical Travel Trailer Pier Construction

Terry R. Zien - USACE



ADDITIONAL SOLID CAP BLOCKS CAN BE USED AT TOP OF PIER TO MEET MAXIMUM ALLOWABLE WOOD THICKNESS RULES

I-BEAM OF TRAILER IS PERPENDICULAR TO LUMBER

UPPER LAYER OF BLOCK MUST BE USED

SOLID BLOCK

HOLLOW BLOCK

AS NEEDED, HOLLOW BLOCK LAYER

SHIM

2X8 LUMBER

SOLID BLOCK

USE NO MORE THAN 1" OF SHIM, IF NEEDED

[unclear notes] OF SHIM [unclear], BUT NO MORE THAN 3" [unclear] THICKNESS [unclear]

CAN LEAVE OFF 2ND LAYER OF HOLLOW BLOCK, OR SUBSTITUTE SOLID BLOCK

8"

4"  8"  16"  24"

16"  4"  24"

UPPER LAYER OF SOLID BLOCK MUST BE ORIENTED AS SHOWN WITH RESPECT TO THE TRAILER I-BEAM.

BASE PLATE IS 24" x 24" x ¾" EXTERIOR GRADE PLYWOOD. GROUND MUST BE LEVELED PRIOR TO PLACEMENT OF BASE.

TRAVEL TRAILER TIRES MUST REMAIN INFLATED AND IN CONTACT WITH THE GROUND. BLOCKS MAY BE PLACED UNDER THE TIRES TO MAINTAIN GROUND CONTACT. THIS MAY BE NECESSARY WHEN TRAILERS ARE PLACED IN [unclear] TERRAIN.

CONFIDENTIAL

FL-FCA 009521



"Mccarthy, Kevin"
<Kevin.Mccarthy@associates.dhs.gov>
10/18/2005 08:16 AM

To: Al.Whitaker@Fluor.com, Robert.Spaulding@fluor.com, Mike.Criss@fluor.com, Dave.Methot@fluor.com, Jim.Rammell@fluor.com

cc: "Macie, Edward" <Edward.Macie@associates.dhs.gov>, "Goetz, Mike" <Mike.Goetz@dhs.gov>, "Oliver, Clifford" <Clifford.Oliver@dhs.gov>, "Tikotsky, Marcus"

bcc:

Subject: Confirmation of Technical Direction for Fluor in LA: Travel Trailer Blocking Requirement

All Trailers installed by Fluor in LA shall be blocked in accordance with the Performance Work Statement and the diagram previously supplied. Trailers previously installed by but not blocked shall be blocked ASAP.

I do not know why the previous direction was issued, but these trailers NEED blocking to preserve their useful life span and to ensure the safety of the occupants. This issue has been brought to the attention of the IA-TAC Program Management in FEMA HQ and they agree 100%.

Kevin McCarthy
202-367-2834
COTR for Fluor in LA

-----Original Message-----
From: Dave.Methot@fluor.com [mailto:Dave.Methot@fluor.com]
Sent: Monday, October 17, 2005 6:31 PM
To: Mccarthy, Kevin
Subject: Fw: Travel Trailer Blocking Requirement


Here's guidance from the CO on 9/9/05.

Dave Methot
Fluor FEMA
Government Compliance Officer
864-593-9331 Cell
----- Forwarded by Dave Methot/GV/FD/FluorCorp on 10/17/2005 06:29 PM -----


                    Mark Ashby

                            09/20/2005 07:31 AM         To: Dave
Methot/GV/FD/FluorCorp@FluorCorp, Mike

Criss/GV/FD/FluorCorp@FluorCorp, Don

Stokley/HO/FD/FluorCorp@FluorCorp


                                                        cc:



                                                        Subject:   Fw: Travel Trailer
Blocking Requirement

I'm just re-forwarding this again to ensure we haven't forgotten the relief this directive give us. I noted in a telecom last night that we we're still discussing "blocking materials". We do need it for Mobile Homes but not Travel Trailers. Just want to make sure we're all on the same page.

Thanks

Mark Ashby
Government Contracts Administration
Ph.   864-281-5864
Cell  864-414-1387
Fax   864-676-7604
mark.ashby@fluor.com


----- Forwarded by Mark Ashby/NW/FD/FluorCorp on 09/20/2005 08:26 AM -----

"Costello, Nancy"
&lt;Nancy.Costello@dhs.gov&gt;
09/09/2005 07:19 AM

To: "Marcus, Allen" &lt;Allen.Marcus@acquisitionsolutions.com&gt;, Mark.Ashby@Fluor.com, "Boyer, Joe" &lt;joe.boyer@shawgrp.com&gt;, "Kipness, Lewis" &lt;Lewis.Kipness@shawgrp.com&gt;, bboyer@ch2m.com, Karolyn.Gardner@CH2M.com, "'srwilli3@bechtel.com'" &lt;srwilli3@bechtel.com&gt;, "Wessel, Ronald" &lt;rewessel@bechtel.com&gt;, Al.Whitaker@Fluor.com

cc: "Porter, David" &lt;David.Porter@dhs.gov&gt;, "MacKendrick, David" &lt;David.Mackendrick@dhs.gov&gt;, "Clover, Keith" &lt;Keith.Clover@dhs.gov&gt;

Subject: Travel Trailer Blocking Requirement

Until further notice, for all travel trailer installations performed in response to Hurricane Katrina, "blocking" is not required. A mod under the contract is forthcoming.

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material.
If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any computer. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.

---



"Porter, David"
<David.Porter@dhs.gov>
10/18/2005 08:17 AM

To "Mccarthy, Kevin" <Kevin.Mccarthy@associates.dhs.gov>, Al.Whitaker@Fluor.com, Robert.Spaulding@fluor.com, Mike.Criss@fluor.com, Dave.Methot@fluor.com,
cc "Macie, Edward" <Edward.Macie@associates.dhs.gov>, "Goetz, Mike" <Mike.Goetz@dhs.gov>, "Oliver, Clifford" <Clifford.Oliver@dhs.gov>, "Tikotsky, Marcus"
bcc

Subject RE: Confirmation of Technical Direction for Fluor in LA: Travel Trailer Blocking Requirement

At the time this decision was made there was an extreme shortage of
materials.  Since the TT can be used without the blocking the decision by
management was to do so because the all MH require blocking.

If you all change this decision, then I strongly recommend that you also
consider the availability of the resources.

thanks

-----Original Message-----
From: McCarthy, Kevin
Sent: Tuesday, October 18, 2005 8:16 AM
To: 'Al.Whitaker@Fluor.com'; 'Robert.Spaulding@fluor.com';
'Mike.Criss@fluor.com'; 'Dave.Methot@fluor.com'; 'Jim.Rammell@fluor.com'
Cc: Macie, Edward; Goetz, Mike; Oliver, Clifford; Tikotsky, Marcus; Orris,
David; Uthe, Janice; Porter, David; Orris, David; Wilkinson, Christopher;
Ebron, Ronnie; Tatara, Greg
Subject: Confirmation of Technical Direction for Fluor in LA: Travel Trailer
Blocking Requirement
Importance: High

All Trailers installed by Fluor in LA shall be blocked in accordance with
the Performance Work Statement and the diagram previously supplied.
Trailers previously installed by but not blocked shall be blocked ASAP.

I do not know why the previous direction was issued, but these trailers NEED
blocking to preserve their useful life span and to ensure the safety of the
occupants.  This issue has been brought to the attention of the TA-TAC
Program Management in FEMA HQ and they agree 100%.

Kevin McCarthy
202-367-2834
COTR for Fluor in LA

-----Original Message-----
From: Dave.Methot@fluor.com [mailto:Dave.Methot@fluor.com]
Sent: Monday, October 17, 2005 6:31 PM
To: Mccarthy, Kevin
Subject: Fw: Travel Trailer Blocking Requirement


Here's guidance from the CO on 9/9/05.

Dave Methot
Fluor FEMA
Government Compliance Officer
864-593-9331 Cell

----- Forwarded by Dave Methot/GV/FD/FluorCorp on 10/17/2005 06:29 PM -----

                        Mark Ashby

                        09/20/2005 07:31 AM      To: Dave Methot/GV/FD/FluorCorp@FluorCorp, Mike Criss/GV/FD/FluorCorp@FluorCorp, Don Stokley/HO/FD/FluorCorp@FluorCorp

                                                 cc:

                                                 Subject: Fw: Travel Trailer Blocking Requirement


I'm just re-forwarding this again to ensure we haven't forgotten the relief this directive give us. I noted in a telecom last night that we we're still discussing "blocking materials". We do need it for Mobile Homes but not Travel Trailers. Just want to make sure we're all on the same page.

Thanks

Mark Ashby
Government Contracts Administration
Ph.   864-281-5864
Cell  864-414-1387
Fax   864-676-7604
mark.ashby@fluor.com

----- Forwarded by Mark Ashby/NW/FD/FluorCorp on 09/20/2005 08:26 AM -----

                        "Costello, Nancy"

                                <Nancy.Costello@dhs       To: "Marcus, Allen" <Allen.Marcus@acquisitionsolutions.com>,
                                .gov>                         Mark.Ashby@Fluor.com,
                        "Boyer, Joe" <joe.boyer@shawgrp.com>,
                                09/09/2005 07:19 AM           "Kipness, Lewis" <Lewis.Kipness@shawgrp.com>,
                                                              bboyer@ch2m.com,
                        Karolyn.Gardner@CH2M.com,
                                                              "'srwilli3@bechtel.com'"
                        <srwilli3@bechtel.com>, "Wessel,
                                                              Ronald"
                        <rewessel@bechtel.com>, Al.Whitaker@Fluor.com

<David.Porter@dhs.gov>, "MacKendrick,
<David.Mackendrick@dhs.gov>, "Clover, Keith"

cc: "Porter, David"
    David"
    <Keith.Clover@dhs.gov>

Subject: Travel Trailer Blocking Requirement

.

Until further notice, for all travel trailer installations performed in response to Hurricane Katrina, "blocking" is not required. A mod under the contract is forthcoming.

---

The information transmitted is intended only for the person
or entity to which it is addressed and may contain proprietary,
business-confidential and/or privileged material.
If you are not the intended recipient of this message you
are hereby notified that any use, review, retransmission,
dissemination, distribution, reproduction or any action taken
in reliance upon this message is prohibited. If you received
this in error, please contact the sender and delete the
material from any computer. Any views expressed in this message
are those of the individual sender and may not necessarily reflect
the views of the company.

---