UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Civil Action No. 07-9228* | § | |
| *Aldridge, et al v. Gulf Stream Coach, Inc., et al* | § | MAGISTRATE CHASEZ |
| *(Elisha Dubuclet o/b/o Timia Dubuclet)* | § | |

<u>**FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT
BASED ON THE GOVERNMENT CONTRACTOR DEFENSE**</u>

# FLUOR EXHIBIT 3



# FEMA

# TRAVEL TRAILER INSPECTIONS

## ~

## FIELD INSPECTOR'S GUIDE

REVIEWED
By jcohen at 9:41 am, 12/1/05

EXHIBIT

tabbies

3

FL-FCA06913

# BLOCKING AND LEVELING SEC 2.1.2
## (PIER CONSTRUCTION AND PLACEMENT)

PIC 1

FL-FCA06914



**DISTANCE FROM EDGE OF TT TO I-BEAM FRAME (UNLESS FRAME DESIGN IS DIFFERENT)**

**WOOD SHIMS - 1" MAX HEIGHT AT SUPPORT POINT**

**3" MAY BE FILLED WITH WOOD BLOCKS AND WEDGES**

**MUST BE VERTICALLY ALIGNED**

**7" MAX BETWEEN CEMENT CAP BLOCKS AND I-BEAM**

**CAP BLOCKS MAY BE TOP LAYER SUPPORTING I-BEAM**

**TYPICAL PIER CONSTRUCTION**

## BLOCKING AND LEVELING 2.1.2

**PIC 2**

2.1.2 The base will be ¾" X 24" X 24" exterior grade plywood ( an ¾" X18" X 18" vinyl ABS pad is acceptable). The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers. The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with clocking timber and wedges laid perpendicular to the travel trailer steel I-Beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer his transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.



CONCRETE PIERS MUST BE VERTICALLY ALIGNED AND TIGHTLY SHIMMED WITH WOODEN WEDGES WHEN SET UNDER I-BEAM



NOTE: EACH SEPARATE LAYER IS TURNED PERPENDICULAR TO THE ONE BELOW

5 Layer Pier Set up

FL-FCA06915

FL-FCA06917

## BLOCKING AND LEVELING    PIC 4



NOTE: SINGLE CAP BLOCK WITH MINI-SHIMS ON THE OUTSIDE EDGE OF THE I-BEAM



NOTE: SINGLE PIER UNDER I-BEAM

NOTE: DOUBLE PIER UNDER TRAILER TONGUE



NOTE: MINI-SHIMS ON THE OUTSIDE EDGE OF THE I-BEAM

## EXAMPLES OF ACCEPTABLE ALTERNATE PIER BLOCKING FOR GAS LINE WORK-AROUND



BLOCKING AND LEVELING SEC 2.1.2

GAS LINE PROBLEMS TO LOOK FOR

PIC 5

FL-FCA06918



MUST NOT BE ABLE TO REMOVE BY HAND

SEC 2.1.2 BLOCKING AND LEVELING

PIC 6

SHIM MUST BE SNUG

CHECKING PIER CONSTRUCTION

FL-FCA06919



CHECKING PIER CONSTRUCTION

PUSH WOOD WITH FOOT

WOOD MUST NOT MOVE

SEC 2.1.2 BLOCKING AND LEVELING

PIC 7

FL-FCA06920

# ANCHORING AND STRAPS 2.1.3

PIC 8



TURNBUCKLE

GALVANIZED STEEL STRAP

ANCHOR HEAD W/STRAPS ATTACHED

ANCHORS AND STRAPS CORRECTLY PLACED ON TONGUE & REAR BUMPER

Sec. 2.1.3 The contractor shall install two( 2) anchors per side (total 4).   All anchors must be placed, driven or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit. Each strap shall extend from turnbuckle on the anchor head, and wrap one line around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035 cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping.  The anchor straps shall be snug and in a near vertical position

FL-FCA06921

FL-FCA06922

# ANCHORING AND STRAPS 2.1.3

PIC 9

TESTING FOR SNUGGNESS



**TEST 1**
TEST SNUGGNESS BY PUSHING ON THE FRONT OF ONE STRAP – THEY SHOULD NOT TOUCH EACH OTHER

**TEST 2**
TEST SNUGGNESS BY PUSHING ON THE EDGE OF THE TWO STRAPS – THEY SHOULD NOT MOVE ON THE TONGUE

Sec. 2.1.3 The contractor shall install two( 2) anchors per side (total 4).   All anchors must be placed, driven or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit.  Each strap shall extend from turnbuckle on the anchor head, and wrap one ime around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035 cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping.  The anchor straps shall be snug and in a near vertical position



ANCHORING AND STRAPS 2.1.3

PIC 10

POTENTIAL SAFETY ISSUE

WHEN A POTENTIAL SAFETY ISSUE IS IDENTIFIED –
"TAP" it.
(ATTACH CAUTION/RED TAPE AND/ OR PAINT WITH
HIGH-VISIBILITY COLOR PAINT)

TRIPPING HAZARDS

FL-FCA06923



FL-FCA06924

# BLOCKING AND LEVELING

PIC 11



SEWER LINE

## NOTE: SOME TT'S HAVE

SEWER LINES RUNNING *BELOW THE I-BEAM*

WHEN INSPECTING THE PIER, BE SURE THE TT WEIGHT DOES NOT REST ON THE SEWER LINE BECAUSE THE LINE MAY SPLIT OPEN.

THESE TT'S REQUIRE SPECIAL BLOCKING CONFIGURATIONS THAT BYPASS THESE SEWER LINES MAKING SURE THAT EQUAL WEIGHT IS DISTRIBUTED TO WHERE THE PIER IS RELOCATED.

# POTENTIAL BIO-HAZARD SAFETY ISSUE

FL-FCA06925

FL-FCA06926

## BLOCKING AND LEVELING

PIC 12

CHECK BOTH INSIDE AND OUTSIDE OF PIER



ACCEPTABLE PIER CONSTRUCTION FOR SEWER WORK-AROUND



*SEWER LINE*

NOTE SINGLE CAP BLOCK



CHECK SEWER PIPE DRAIN SLOPE MUST BE A MINIMUM OF ¼"TO ½" (OR MORE) PER FOOT OF DRAIN PIPE

SEWER LINE - ABOVE GROUND 2.1.4

PIC 13

FL-FCA06927



CHECK SEWER PIPE
CONNECTIONS FOR LEAKS

SEWER LINE - ABOVE GROUND 2.1.4

PIC 14

FL-FCA06928



SEWER LINE - ABOVE GROUND 2.1.4

PIC 15

CHECK SEWER PIPE HANGING STRAPS ARE PLACED AT 4 FT INTERVALS

FL-FCA06929

FL-FCA06930

## WATER LINE TO TRAILER - ABOVE GROUND 2.1.4

PIC
16

**WATER PRESSURE REGULATORS REQUIRED ON THE WATER TAP ( SUPPLY INLET)**

**BOTH TYPES ACCEPTABLE**

**NOTE:** SOME UNITS HAVE A BUILT-IN WATER PRESSURE REGULATOR. WHEN LOW WATER PRESSURE IS NOTED INSIDE THE TRAILER, REMOVE THE EXTERNAL REGULATOR IF NEEDED.



PLASTIC MATERIAL



METAL MATERIAL



# WATER LINE WINTERIZATION   2.1.15

PIC 17

CITY WATER CONNECTION

## *WINTERIZATION*
INCOMING WATER LINE AND HOSE MUST BE HEAT-TAPED (HEAT-CABLE) AND WRAPPED WITH INSULATION

ELECTRIC HEAT TAPE CONNECTED TO A/C LINE

INSULATION TAPED OVER ELECTRIC HEAT TAPE

FL-FCA06931

FL-FCA06932

# FILL PROPANE TANKS AND INSPECT   2.1.7

PIC 18



**PROPANE TANKS**
CHECK TO SEE IF GAS WILL FEED FROM BOTH TANKS

PROPANE FLOW INDICATOR

1. TURN ON GAS AT BOTH TANKS

3. SEE IF COLOR CHANGES TO FROM GREEN TO RED

2. PUSH LEVER TO RIGHT OR LEFT

COLOR CHANGE INDICATES GAS IS FLOWING FROM SIDE WITH GREEN INDICATOR



BLOCKING AND LEVELING 2.1.2

PIC 19

PLACE LEVEL IN CENTER OF TRAILER FLOOR POINTING TOWARD TRAILER TONGUE

CHECK IF TRAILER IS LEVEL

BUBBLE SHOULD BE BETWEEN THESE LINES

PLACE LEVEL IN CENTER OF TRAILER FLOOR POINTING TOWARD DOOR- CHECK LEVEL BUBBLE

FL-FCA06933



READY FOR OCCUPANCY (RFO) CHECKS 2.1.9

PIC 20

TURN ON HOT AND COLD IN SHOWER

FLUSH TOILET

CHECK ALL TRAILER WATER TAPS FOR HOT/ COLD & ADEQUATE WATER PRESSURE

MAKE SURE WATER DRAINS OUT

TURN ON BOTH FAUCETS

FL-FCA06934

# READY FOR OCCUPANCY (RFO) CHECKS 2.1.9



PROPANE GAS DETECTOR (LOCATED NEAR TRAILER FLOOR)



FURNACE/AC THERMOSTAT



FIRE EXTINGUISHER

## CHECK & TEST ALL APPLIANCES AND DETECTORS

1ST SET

PIC 21



SMOKE DETECTOR



HOT WATER HEATER

FL-FCA06935



READY FOR OCCUPANCY (RFO) CHECKS 2.1.9

CHECK & TEST ALL APPLIANCES AND DETECTORS

CHECK REFRIGERATOR AND FREEZER FOR COOLNESS

LIGHT ALL BURNERS AND OVEN

CHECK AIR FLOW FROM A/C CEILING AND FLOOR HEAT VENT

2ND SET

CHECK ALL LIGHTS

CARBON MONOXIDE ALARM

PIC 22

FL-FCA06936



STEP SUPPORTED BY LATERAL BOARD

STEPS ANCHORED BY RE-BAR

STEPS – CHECK FOR STURDINESS

HANDRAIL STURDY

REAR OF STEPS SUPPORTED BY CROSS MEMBER

STEPS 1.1.8

PIC 23

FL-FCA06937



HANDICAP RAMP 2.1.16

HANDRAIL PAINTED WHITE

THIS IS A SWITCHBACK RAMP W/PLATFORM MIDWAY

RAMP DESIGN MUST BE COORDINATED WITH LOCAL AUTHORITIES AND MEET ADA, LOCAL AND STATE REQUIREMENTS

ALL RAMPS MUST HAVE NON-SKID SURFACE ON RAMP AND PLATFORM

ANOTHER ACCEPTABLE HANDICAP RAMP TYPE

PLATFORM MUST BE CENTERED ON DOOR & FLUSH WITH DOORSILL

PIC 24

FL-FCA06938



# HANDICAP PLATFORM STEPS 2.1.25

HANDRAIL PAINTED WHITE

PLEASE NOTE: THESE PLATFORM STEPS WERE STILL UNDER CONSTRUCTION AND INCOMPLETE AT THE TIME THESE PHOTOS WERE TAKEN BUT WILL GIVE YOU AN IDEA HOW THEY SHOULD APPEAR

PLATFORM DESIGN MUST BE COORDINATED WITH LOCAL AUTHORITIES AND MEET ADA, LOCAL AND STATE REQUIREMENTS

NON-SKID SURFACE ON PLATFORM STEPS

STEP HEIGHT MUST BE 7½" TO 8" ON PLATFORM

PLATFORM MUST BE CENTERED ON DOOR & FLUSH WITH DOORSILL

PIC 25

FL-FCA06939



PIC. 0

FL-FCA06940



# FEMA

# TRAVEL TRAILER INSPECTION

## INSPECTOR'S GUIDEBOOK



This guidebook is designed to provide you with ***a visual assist*** as you inspect FEMA travel trailers for occupancy by evacuees. This guidebook is not a substitute for knowing the specifications contained in the project work statement (PWS) which is located in the back of this guidebook. You should read the PWS and familiarize yourself with its provisions before you begin your inspection.

Hopefully, the pictorial presentations will help you remember the individual items, acceptable methods and procedures you should use during your review of the contractor's work.

This Guidebook was conceived, designed, photographed and printed by
Gray L. Williams, a volunteer from the Internal Revenue Service,
National Office Submission Processing Division, NCFB, Jimmy Smith, Director,
Serving FEMA's Joint Field Office in Montgomery AL as Technical
Monitor for the Human Services, Individual Assistance
Technical Assistance Contracts