UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER FORMALDEHYDE §      MDL No. 1873
PRODUCTS LIABILITY LITIGATION        §
                                     §      SECTION N(5)
                                     §
THIS DOCUMENT IS RELATED TO:         §      JUDGE ENGELHARDT
*Civil Action No. 07-9228*           §
*Aldridge, et al v. Gulf Stream Coach, Inc., et al* §   MAGISTRATE CHASEZ
*(Elisha Dubuclet o/b/o Timia Dubuclet)*   §

FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT
BASED ON THE GOVERNMENT CONTRACTOR DEFENSE

# FLUOR EXHIBIT 4

STATS Record     59863

Site Control #     SC-03-076826
RGSN ID         940760507A

Site Type        Private

Name            Dubuclet, Elisha A

Site Name
Address         6046 Dorothea St
City             New Orleans
Parish/ County    Orleans
State           LA
ZIP             70126
District         3a

Unit Type        TT
Work Order #     1603-001-063188-INP

Bar Code        1373963

VIN             4CJ1F322764015272

RFO Date:       3/31/2006

FEI
000001


EXHIBIT
4



ADA

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

| | | |
|---|---|---|
| Work Order #: 1603-001-063188-INP | Contractor: Fluor | Issue Date: 2/13/2006 |
| Site Type: Private | Unit Type: ☐ T T - Regular    Issued By: DJOLIVET | RFO Date: |

## Applicant Information

Reg. ID: 94-0760507A
Name: DUBUCLET, ELISHA A.
Current Phone: (713)683-6529
Alternate Phone: (504)228-2454
DD Phone: (713)683-6529
DD Alt. Phone: (504)228-2454

P-Code: P-4TTP
Number of Units Needed   MH's 0   TT's 1

**Number Housed** 0

**BR Required**

## Household Composition

| Name | Relationship | Age |
|---|---|---|
| DUBUCLET, ELISHA A | Registrant | 38 |
| DUBUCLET, TIMIA L | Immed Family | 6 |

## Special Needs

NEED RAMPSI:
RECOMMEND PARK MODEL TT

## Site Information

| | | |
|---|---|---|
| Site Control #: SC-03-076826 | Address: 6046 DOROTHEA ST | County: Orleans |
| Site Name: | City, St. Zip: NEW ORLEANS, LA 70126 | Lot #1:          Lot #2: |

Directions to Site: EXPEDITED PPI

NEED RAMPS          L TT.girl 7, boy 11.mother acnnot walk needs ramp.

## Unit Information

| | | |
|---|---|---|
| Unit #1: | Serial #1: | GPS Longitude: |
| Unit #2: | Serial #2: | GPS Latitude: |

## Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic Park Model Setup | Each | 1 | $0.00 | $0.00 |
| | | | | $0.00 |

RECEIVED BY:

DDM DISTRICT 3

## Signature Section

| | Representative | Signature | Date | Driver Name |
|---|---|---|---|---|
| Inspector: | | | | |
| Contractor: | Fluor | | | Driver License Number |
| Monitor: | | | | |

FEI
000002

U.S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
READY FOR OCCUPANCY STATUS

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☑ TT ☐ OTHER | RGSN ID NUMBER 94-0760507A | CONTRACT WO NUMBER 1603-001-063188-1W1 | SITE CONTROL NUMBER Sc-03-076826 |
|---|---|---|---|
| APPLICANT NAME ELISHA A. DUBUCLET | T.H. No. BARCODE 13739638 132b252 | ADDRESS 6046 Dorothea Street New Orleans, LA 70126 | |
| INSPECTOR (Please Print) Stephen Harris | VEHICLE IDENTIFICATION NUMBER Different No -5EZZ00 R 236H 1991D 4CJIF3227b4015272 | Comb't | |

1. INSPECTION (To be completed by Direct UNIT (DHOPS)

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☑ Blocked            ☑ Sewer Connected
☑ Steps/Ramp         ☑ Electric Connected  A D A
☑ Water Connected    ☑ Gas Connected  W H

COMMENTS - INSTALLATION OR SITE CONDITIONS:

| INSPECTOR SIGNATURE Stephen R H | DATE 3/31/06 |
|---|---|

II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/Federal Emergency Management Agency without:

☐ Water Connection   ☐ Electricity Connection   ☐ Sewer Connection   ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO:        DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer   ☐ Electricity   ☐ Permits (ele)   ☐ Water   ☐ Gas   ☐ Permits (meh)   ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

FEMA Form 90-24, JUL 05

FEI
000003

| VIN | Bar Code | Manufacturer | Fluor - Stage Inspector | Fluor - Date Inspected | Fluor - Date Left Staging | Fluor - Haul Contractor | Fluor - Date Recieved On Site |
|-----|----------|--------------|-------------------------|------------------------|---------------------------|-------------------------|-------------------------------|
| 4C1F322764015272 | 373963 | FLEETWOOD | T JONES | 3/28/2006 | 3/30/2006 P2S | | 3/30/2006 |

FE1 0000020

FEI 000021

| Head of Household | Family Member 1 | Family Member 2 | Family Member 3 | Flag | Site Cont Flag | RGSN ID | Inspector Name | Inspector Contractor |
|---|---|---|---|---|---|---|---|---|
| Elisha Dubuclet | Leslie Picot | Timothy Dubuclet Jr | Timia Dubuclet | | SC-03-076826 | 9407604507A | STEPHEN HARRIS | FLUOR |

FEI 000022

| QA Date | RFO Date | Work Order # | FSC - Date Inspected | FEMA Staging - Date Left Staging | FSC - Haul Contractor | Fluor - Date Received At Fluor Staging |
|---------|----------|--------------|----------------------|--------------------------------|----------------------|----------------------------------------|
| 3/31/2006 | 3/31/2006 | 1603-001-053188-INP | 3/28/2006 | | 3/28/2006 PSSF | 3/28/2006 |

| Work Order Received | Unit Occupied | Fluor - Staging Area | Lease Date | Leased In By |
|---|---|---|---|---|
| 3/30/2006 | 5/11/2006 | Six Flags, LA | 5/11/2006 | Wilbert Hogan Jr |

FEI 000023

| WONUM |
|-------|
| 186644 |

LONGDESCRIPTION

JZ\nFEMA #840760507\n\nELISHA DUBUCLET\n6046 DORETHEA ST.\nNEW ORLEANS, LA 70126\n504-228-2454 OR 713-683-6529\n\nNEEDS TO BE LEASED\n\nHANDED OVER TO S. HAMILTON LEASE IN.'

FEI 000024

| WONUM | STATUS | WORKTYPE | LEADCRAFT | DESCRIPTION | REPORTEDBY | REPORTDATE | ACTSTART | ACTFINISH |
|---|---|---|---|---|---|---|---|---|
| 186644 | COMP | INST | TMFLUORMC | 186644-3-LEASED-ELISHA DUBUCLET | JZ54277 | 4/5/2006 1:00:05 PM | 4/6/2006 8:59 | 6/19/2006 13:51 |

FEI 000025

FEI 000026

| SCHEDSTART | SCHEDFINISH | RESPONDBY | FAILURECODE | ORGID |
|---|---|---|---|---|
| 4/6/2006 15:22 | 5/6/2006 15:24 | 4/5/2006 5:00:05 PM | GM | DEL-JEN |

| WONUM | LONGDESCRIPTION |
|---|---|
| 186651 | 'JZ\nFEMA #84076050'\n\nELISHA DUBUCLET\n6046 DORETHEA ST.\n\nNEW ORLEANS, LA.70126\n504-228-2454 OR 713-683-6529\n\nELECTRIC PERMIT.\n Work order already created on 4/17/06 for permit it 'was printed up and assigned that same day today is 5/2/06 it has probly reached the contractors now entergy may have the permit but just hasn't logged it yet, I was talking ot applicant and we got disconnected, inform applicant that i already sent off her information on the 14 and to try to be as patient as she can because it''s not just fluor(who dropped her trailer) we are dealing with , we have subcontractors who we go through to do our electrical 'work 5/2/06 mike adams\n\n5-10-06 cancelled wo 195705 due to duplication. Edited task in quickbase maintenance with this wo requesting permit/release 'mcas' |

FEI 000027

FEI 000028

| WONUM | STATUS | WORKTYPE | LEADCRAFT | DESCRIPTION | REPORTEDBY | REPORTDATE | ACTSTART | ACTFINISH |
|---|---|---|---|---|---|---|---|---|
| 186651 | COMP | INST | TMFLUORMC | 186651-3-PERMIT-ELISHA DUBUCLET | JZ54277 | 4/5/2006 1:04:01 PM | 4/6/2006 8:58 | 7/10/2006 9:24 |

FEI 000029

| SCHEDSTART | SCHEDFINISH | RESPONDBY | FAILURECODE | ORGID | SITEID |
|---|---|---|---|---|---|
| 4/6/2006 13:06 | 5/6/2006 13:06 | 4/5/2006 5:04:01 PM | ELECTRIC | DEL-JEN | TM |

| WONUM | LONGDESCRIPTION |
|---|---|
| 195705 | 'JHnFEMA 940760507nnELISHA DUBUCLETn6046 DORETHEA ST.nNEW ORLEANS, LA 70126n504-228-2454n713-683-6529nnTENANT IS WAITING FOR PERMIT TO BE DELIVERED TO ELECTRICITY COMPANY. ENTERGY.' |

FE1 000030

| WONUM | STATUS | WORKTYPE | LEADCRAFT | DESCRIPTION | REPORTEDBY | REPORTDATE | ACTSTART | ACTFINISH |
|---|---|---|---|---|---|---|---|---|
| 19570S | CANCEL | INST | TMFLUORMC | 19570S-PERMIT-ELISHA DUBUCLET | JHE54276 | 4/12/2006 10:25:06 AM | 4/20/2006 9:09 | 5/10/2006 8:11 |

FEI 000031

FEI 000032

| SCHEDSTART | SCHEDFINISH | RESPONDBY | FAILURECODE | ORGID | SITEID |
|---|---|---|---|---|---|
| 4/1̶2/2006 10:25 | 5/12/2006 10:25 | 4/12/2006 2:25:06 PM | ELECTRIC | DEL-JEN | TM |

WONUM

242817

LONGDESCRIPTION

"SJC\nB/C DO NOT HAVE\n\n\nELISHA DUBUCLET\n6046 NORTH DORTHEA ST\nNEW ORLEANS, LA 70126\n504-228-2454\n\nMANITENACNE GUY, TOBY WILLIAMS, CALLED IN FOR TENANT TO REPORT BROKEN MICROWAVE. HE SAYS THAT OUTLET WORKS, AND MICROWAVE DOES NOT.\n\n05/16/06 TECH NOTES: TECH REPLACE MICROWAVE \nTECH HOOPER/SORINA    C JONES 05/17/06\nSTART TIME:\nFINISH TIME:"

FEI 000033

| WONUM | STATUS | WORKTYPE | LEADCRAFT | DESCRIPTION | REPORTEDBY | REPORTDATE |
|---|---|---|---|---|---|---|
| 242817 | COMP | SC | TMNO | 242817-ELISHA DUBUCLET-APPLIANCE | BALLEN | 5/11/2006 3:17:55 PM |

FEI 000034

| ACTSTART | ACTFINISH | SCHEDSTART | SCHEDFINISH | RESPONDBY | FAILURECODE | ORGID | SITEID |
|---|---|---|---|---|---|---|---|
| 5/17/2006 11:21:50 AM | 5/17/2006 11:21:50 AM | 5/12/2006 3:22:45 PM | 5/15/2006 3:22:48 PM | 5/11/2006 7:17:55 PM | APPLIANC | DEL-JEN | TM |

FEI 000035

SU# 13474606   P5x

DILLARD

75-f 473162

FEI 000036

UOT

# Final Residential/Private RFO Package Requirements:

- FEMA Form 90-24 Ready for Occupancy Status

- FEMA Form 90 – Emergency Shelter- Agreement to Rules of Occupancy

- FEMA Form 90-13 Temporary Housing Unit Inspection Report

- FEMA Form 90-31 Ingress–Egress Agreement

- FEMA Form 90-26 Unit Installation Work Order

- FEMA Form 90-67 Temporary Housing Information Update

- FEMA Form 90-38 Temporary Housing Unit Maintenance Work Order

- STATS Record (Progress and Trailer Mobilization)

- Right of Entry Form

- LP Gas Testing Certificate

- Retrofit Documents

FEI 000037

FEB 08,2006 09:20                    7136836529                              Page 2

Feb 08 2006 7:32        HP LASERJET FAX                                      p.2

SC03-076826

| Federal Emergency Management Agency | 1. REGISTRATION NO. | SITE CONTROL NO. | See Reverse side for | O.M.B. No. 6067-0225 |
|---|---|---|---|---|
| **LANDOWNER'S AUTORIZATION** | 940?6130?4 | SC-03-076826 | instructions and Paperwork Burden Notice | Expires September 30, 2006 |
| **INGRESS-EGRESS AGREEMENT** | | | | |

2. LANDOWNER'S INFORMATION

3. APPLICANT SITE INFORMATION

NAME:
Dubuclet, Elisha A

NAME
Dubuclet, Elisha A

ADDRESS (House No. and Street name)
6046 Dorothea St

SITE ADDRESS (House No. and Street name)
6646 Dorothea St

CITY AND STATE (Include Zip Code)
New Orleans        LA        70126

CITY AND STATE (Include Zip Code)
New Orleans        LA        70126

PHONE NO. (Include Area Code) (504)228-2454

NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY

4. In consideration of the President's Disaster Proclamation of 08/29/2005   DR#1603   and the furnishings of a temporary housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property and authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtness or he/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress to allow for utility connections to existing utility service on the property. No claims will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility on: (Check one)   b. the applicant   c. the owner   ✓ other (specify)
Provide details if responsibility is divided.                                                Femia

7. Landowner intends to charge and applicant agrees to pay                    /month rental for use of the property. (Mark "None" if no rental is to be charged.)

8. SIGNATURES

| | | DATES |
|---|---|---|
| a. OWNER/AGENT | *Elisha A. Dubuclet* | 02/08/06 |
| b. APPLICANT | *Elisha A. Dubuclet* | 02/08/06 |
| c. WITNESS | *Leslie Picot* | 02/08/06 |

FEMA Form 90-31, OCT 02                REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41, May 91)

FEB 08,2006 09:14   5045930003                                              Page 3

FEI 000038

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

| FEMA DR # 1603 LA | Location # 6046 Dorothea Street | LOT: |
| RGSN #: 94-0760507 A | New Orleans, LA 70126 | S.C. # 03-076826  or |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1)   Must keep the unit and the surrounding area clean.

(2)   Must not commit or allow crimes to occur in the unit or in the vicinity.

(3)   Must not allow anyone, other than the individuals listed below, to live in the unit.

(4)   Must accept other housing options, when they become available.

(5)   Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6)   Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
| Elisha Dubuclet | Elisha J. Dubuclet | 05/11/06 |

*(To be Completed by Person Assigning the Shelter Unit)*

Family Composition - Occupant Information

| Name | Age | Sex |
|------|-----|-----|
| Elisha Dubuclet | 39 | Female |
| Leslie Picot | 60 | Female |
| Timothy Dubuclet, Jr. | 12 | Male |
| Timia Dubuclet | 9 | Female |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Site Control # SC-03-076826 | Unit Bar Code # 1373963   1326252 | Unit VIN # 4CJJ F322464015272   5CZ3200R236119910 |
| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
| Wilbert Hogan Jr. | Wilbert Hogan Jr. | 5/11/06 |

FEI 000039

2-8-06

VIN# 5CZ 200R 236 111 9910

## U. S. DEPARTMENT OF HOMELAND SECURITY
### FEDERAL EMERGENCY MANAGEMENT AGENCY
### TEMPORARY HOUSING UNIT INSPECTION REPORT

| 1. Temporary Housing Unit No. | 2. Serial No./Vin |
|---|---|
| 1326252 | |

**3. TYPE OF INSPECTION**

| | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage | ☐ | ☐ | |
| Staging | ☐ | ☐ | |
| Site | ☒ | ☐ | |
| RFO | | ☐ | |
| Move In | | ☐ | |
| Move Out | | ☐ | |

**4. TYPE OF FACILITY**

- ☐ Other
- ☐ Mobile Home
- ☒ Travel Trailer

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | | | |
| Range | | | |
| Microwave | | | |
| Refrigerator | | | |
| A/C | | | |
| Water Heater | | | |

**6. UNIT INFO.**

a. Manufacturer

b. Year

c. Size (Ft. -inc towing hitch)

d. Number of Bedrooms

**7. INSPECTIONS**    ☐ Disaster    ☐ Storage

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**

N = New    G = Good    P = Poor    D = Damaged    M= Missing

Handicap    ☐ Yes    ☐ No

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | Condition | | | **First Bedroom** | Condition | | | **Bathroom** | Condition | | |
| Dinette Table | | | | Double Bed, Complete | | | | Commode | | | |
| Dinette Chairs ( 6 for 3 BR) | | | | Mirror | | | | Tub/Shower | | | |
| Range | | | | Cabinets Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | | | **Second Bedroom** | | | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete | | | | Light Fixtures | | | |
| Sink | | | | Mirror | | | | **Exterior Condition** | | | |
| Light Fixtures | | | | Cabinet Storage | | | | Water Heater | | | |
| Fire Extinguisher | | | | Curtains & Rods | | | | Doors | | | |
| A/C        Living Room | | | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | | | | **Third Bedroom** | | | | Windows | | | |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | |
| End Table | | | | Mirror | | | | Front Panels | | | |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | | | | Curtains & Rods | | | | Right Side Panels | | | |
| Light Fixtures | | | | Light Fixtures | | | | Roof Vents | | | |
| **Hall** | | | | **Interior Condition** | | | | Towing Hitch | | | |
| Furnace | | | | Floor Covering | | | | Axles & Springs | | | |
| Smoke Detectors | | | | Wall Panels | | | | Wheels & Tires | | | |
| Light Fixtures | | | | Ceiling Panels | | | | | | | |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

RIGHT SIDE          LEFT SIDE          FRONT          REAR

NOTE:  Tail light harness furnished by:  ☐  Towing Contractor

**10. COMMENTS (if more space is needed, continue on reverse)**

NO VISIBLE DAMAGE    KEYS IN SINK

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. | INSPECTOR SIGNATURE | DATE |
|---|---|---|---|
| 12. OCCUPANT NAME | | ADDRESS | THA No. |

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |

| Occupant SIGNATURE (Move In or Move Out) | DATE | FEMA REP. SIGNATURE | DATE |
|---|---|---|---|

225 - 228 5638

FEMA Form 90-13, JULY 05

FEI 000040

| U. S. DEPARTMENT OF HOMELAND SECURITY<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>**UNIT INSTALLATION WORK ORDER** | 1. SITE CONTROL NO.<br>SC-03-076826 | 2. WORK ORDER NO. |
|---|---|---|

**3. APPLICANT SITE INFORMATION**

NAME (Last, First, Middle Initial)
Dubuclet, Elisha A

SITE ADDRESS (House No. and Street Name, or Pad No.
6046 Dorothea St

CITY AND STATE        LA        70126

RGSN ID:
940760507A

COUNTY
Orleans

**4. CONTRACT WORK ORDER INFORMATION**

CONTRACTOR    P2S        INSPECTOR

DATE WORK ISSUED  ISSUED by        DATE SCH. COMPL.
3-29-06

| 5. SITE TYPE | ☐ Comm. ☐ Group ☑ Private | 6. UNIT TYPE | ☐ EGS ☐ MH ☑ TT ☐ Other | 7. UNIT NO. |
|---|---|---|---|---|

**8. INSTALLATION**

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| | Basic Setup | Each | 1 | | |
| | 4" Sewer Line, Buried | Foot | | | |
| | 6" Sewer Line Buried | Foot | | | |
| | 8" Sewer Line Buried | Foot | | | |
| | Municipal Sewer | Actual | | | |
| | 3/4" Water Line Extension, Buried | Foot | | | |
| | 2" Water Line Extension, Buried | Foot | | | |
| | Municipa; Water | Actual | | | |
| ☑ | Power Pole and Meter Loop  100  AMP | Each | 1 | | |
| | Additional Towing Outside        Mile Radius | Mile | | | |
| | Heavy Equipment to Spot | Each | | | |
| | Winterize Water Line Installation | Foot | | | |
| ☑ | Direct Wiring of  30  AMP Service, Over 50' | Foot | 1 | | |
| | Direct Wiring of Well Pump | Each | | | |
| | 30 AMP Well Pump Switch | Each | | | |
| | Ramp (Per Entrance) | Each | | | |
| | LP Gas System and 100 Gallon LP | Each | | | |
| | Natural Gas Hookup | Foot | | | |
| | Gas Line Extension, Underground | Each | | | |
| | Skirting | Each | | | |
| | Permits | Actual | | | |
| | Steps (Per Entrance) | Each | 1 | | |
| ☑ | 30 AMP Breaker with Panel | Each | 1 | | |
| | | | | | |

**WORK ORDER TOTAL:**

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

North on Downman Rd. to Dorothea St. Turn right on Dorothea to 6046.

**One Call Notification**

Date        Time
3/28        8:15

**One Call Reference No**
60162281

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

SIGNATURE OF INSPECTOR        DATE        SIGNATURE OF CONTRACTOR        DATE

FEMA Form 90-26, JUL 05

## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### INTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **ACCESSORIES ASSEMBLED AND ARRANGED FOR USE, GENERAL INSPECTION** | | | |
| FIRE EXTINGUISHER HUNG AND CHARGED | ✓ | ✓ | |
| WINDOW CLIPS, TRAVEL BLOCKING, PROTECTIVE TAPE AND PACKING DEBRIS REMOVED | ✓ | ✓ | |
| MOUNTING AND CLEANLINESS OF STORM WINDOW PANELS | ✓ | ✓ | |
| SCREENS INSTALLED ON WINDOWS THAT OPEN | ✓ | ✓ | |
| CURTAINS/MINI-BLINDS INSTALLED AND FUNCTION | ✓ | ✓ | |
| CABINET DOOR PANELS AND KNOCKOUT PANELS INSTALLED | ✓ | ✓ | |
| DRAWERS INSTALLED AND FUNCTION | ✓ | ✓ | |
| CABINETS, DOORS, AND DRAWER HANDLES INSTALLED AND FUNCTION | ✓ | ✓ | |
| FLOORS, COUNTERS, KITCHEN EQUIPMENT, BATH FIXTURES, AND WINDOWS ARE CLEAN | ✓ | ✓ | |
| ALL DOORS FUNCTION PROPERLY | ✓ | ✓ | |
| MOULDING AND/OR PANELS INSTALLED PROPERLY | ✓ | ✓ | |
| **INTERIOR UTILITY SYSTEMS** | | | |
| INTERIOR WATER SYSTEMS CHECKED FOR LEAKS AT SUPPLY LINES, DRAIN LINES, AND PLUMBING CONNECTION POINTS | ✓ | ✓ | |
| FAUCET SETS, BALL COCKS, AND SHOWER DIVERTERS OPERATE | ✓ | ✓ | |
| HOT/COLD LINES CONNECTED CORRECTLY | ✓ | ✓ | |
| TOILET SEAL INTACT | ✓ | ✓ | |
| INTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | ✓ | |
| EXTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | ✓ | |
| ALL ELECTRICAL CIRCUITS, BREAKERS AND SWITCHES FUNCTION PROPERLY | ✓ | ✓ | |
| NO EVIDENCE OF LOOSE OR CORRODED ELECTRICAL CONNECTIONS | ✓ | ✓ | |
| **APPLIANCES AND APPERTENANCES** | | | |
| CHECK THE REFRIGERATOR, RANGE/OVEN, MICROWAVE OVEN, FURNACE, AIR CONDITIONER, AND WATER HEATER OPERATE PROPERLY | ✓ | ✓ | |
| PILOTS AND RANGE BURNERS ADJUSTED PROPERLY | N/A | N/A | |
| SMOKE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | ✓ | |
| CARBON MONOXIDE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | N/A | N/A | |
| LP DETECTORS INSTALLED AND OPERATES PROPERLY | N/A | N/A | |
| KITCHEN AND BATHROOM FANS OPERATE PROPERLY | ✓ | ✓ | |

REMARKS:

ADA (All electric) unit.

Tested electrical system and appliances with generator

CLIENT NAME/ADDRESS/PHONE #: Elisha A. Dubuclet   (713) 683-6529   (504) 228-2454   6046 Dorthea St. New Orleans, LA 70126

UDT/WORK ORDER NUMBER: 1603-001-063188-1NP

SITE CONTROL NUMBER: SC-03-076826

TRAILER VIN: 5CZ200R236TT9910

BAR CODE NUMBER: +326252

CONTRACTOR QC: John Reeves
PRINT NAME

SIGNATURE: A B Reeves   DATE: 3/31/06

QA INSPECTOR: Stephen Harris
PRINT NAME

SIGNATURE: _____   DATE: 3/31/06

FEI 000042

## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### EXTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **BLOCKING AND LEVELING** | | | |
| AREA CLEAN FOR BLOCK PLACEMENT | | | |
| FOOTINGS/PIER PADS | ✓ | ✓ | 2' x 2' plywood |
| SIX CONCRETE PIERS MINIMUM | ✓ | ✓ | |
| PIERS EVENLY SPACED, END PIERS APP. 6" OFF THE EDGE OF THE UNIT | ✓ | ✓ | |
| 4" CAP BLOCK LAYER, TOP AND BOTTOM | ✓ | ✓ | |
| SHIMS, MINIMUM 2 | ✓ | ✓ | |
| BLOCKING TIMBER AND SHIMS PERPENDICULAR TO I-BEAM | ✓ | ✓ | |
| ALL PIERS CORRECT | ✓ | ✓ | |
| **ANCHORS AND STRAPPING** | | | |
| ANCHOR INSTALLED CORRECTLY | ✓ | ✓ | |
| REQUIRED STRAPS | ✓ | ✓ | |
| SPACING OF ANCHORS | ✓ | ✓ | |
| STRAP SECUREMENT | ✓ | ✓ | |
| **SEWER LINE INSTALLATION** | | | |
| CLEAN-OUT FITTINGS INSTALLED | ✓ | ✓ | |
| VERIFY CORRECT P-TRAP AND VENT INSTALLATION | ✓ | ✓ | |
| HEAT TRACE AND INSULATION ON P-TRAP | ✓ | ✓ | |
| INSIDE PIPE DIAMETER MINIMUM OF 3" | ✓ | ✓ | |
| PIPE GRADE (SLOPE) 1% MAXIMUM (1/8" PER FOOT) | ✓ | ✓ | |
| HANGING STRAPS SPACED AT 4' MAXIMUM | ✓ | ✓ | |
| SEALED CONNECTION TO SEWER PIPE | ✓ | ✓ | |
| PVC SCHEDULE 40 PIPE | ✓ | ✓ | |
| SEWER TAP CORRECT WHEN CONNECTING TO MUNICIPAL SYSTEMS | ✓ | ✓ | |
| SEWER LINE TESTED FOR LEAKS | ✓ | ✓ | |
| **WATER LINE** | | | |
| APPROVED WATER HOSE RATED FOR POTABLE WATER | ✓ | ✓ | |
| CUT-OFF VALVE AT POINT OF CONNECTION AND ANTI-SIPHON INSTALLED | ✓ | ✓ | |
| HEAT TRACE AND INSULATION ON WATER HOSE | ✓ | ✓ | |
| PVC WATER SUPPLY LINE BURIED | N/A | N/A | |
| WATER PRESSURE ACCEPTABLE | ✓ | ✓ | |
| WATER PRESS. REDUCING DEVICE USED IF SUPPLY PRESS IS TOO HIGH | ✓ | ✓ | |
| SERVICE LINE TESTED | ✓ | ✓ | |
| **DIRECT WIRING** | | | |
| VERIFY #1 OR 2/0 THW WIRING | ✓ | ✓ | |
| UNDERGROUND RATING 160 OR 200 AMPS | ✓ | ✓ | overhead |
| MAIN BREAKER SIZE | ✓ | ✓ | 30 Amp |
| APPROPRIATE AMP 30 OR 50 | ✓ | ✓ | |
| WEATHERPROOF RECEPTACLE AND BREAKER BOX | ✓ | ✓ | |
| CONDUIT BURIED AT LEAST 18" | ✓ | ✓ | |
| SWEEPS INSTALLED AT JUNCTION BOX AND METER LOOP | ✓ | ✓ | |
| JUNCTION BOX MOUNTED ON 4"x4" TREATED LUMBER POST | ✓ | ✓ | |
| BOTTOM OF JUNCTION BOX MINIMUM 18" FROM GROUND | ✓ | ✓ | |
| **MISCELLANEOUS** | | | |
| BOTH PROPANE TANKS FULL | N/A | N/A | |
| ARE ADDITIONAL STEPS, PLATFORM, OR RAMPS INSTALLED? | ✓ | ✓ | wooden |
| IS THE BATTERY INSTALLED? | N/A | N/A | |

REMARKS: Temp pole installed / needs drop and meter. ADA (All electric)

CONTRACTOR QC: _John Reeves_  
PRINT NAME

SIGNATURE: _JB Reeves_   DATE: 3/31/06

QA INSPECTOR: _Stephen Harris_  
PRINT NAME

SIGNATURE: _____   DATE: 3/31/06

FEI 000043

# SITE DESCRIPTION



| | | |
|---|---|---|
| **SITE CONTROL #** | SC-03-076826 | **THA #:** 940760507A |

**APPLICANT NAME**    Dubuclet, Elisha A

**ADDRESS**    6046 Dorothea St / Deanne St.

New Orleans                        LA                        70126

**APPLICANT PHONE #'S**    (713) 683-6529                    (504) 228-2454

0

**INSPECTOR NAME**    Michael Theodore

**INSPECTOR PHONE #**    (225 )- 226 -0695                    **DATE**    2/6/06

PLEASE COMPLETE AND PRINT ALL INFORMATION

FEI 000044

# FLUOR®

Fluor Government Group
Project Number: FEMA_IA_01
Hurricane's Katrina & Rita Relief Project

Residential RFO Package Completion Form

| Site Control Number | SC# 076826   B/C  1373963 | | | |
|---|---|---|---|---|

| Form No. | Document Name | Instructions | Initial | Date |
|---|---|---|---|---|
| 1 | RFO Completion Form | Assemble the RFO Package by compiling the documents listed on this form. The documents MUST be assembled in the order listed here. The package is not considered complete unless all documents have been assembled. Once a Document has been assembled, The person completing this package initials and dates this form | | |
| 2 | RFO Status Form | This document MUST have the following fields filled in correctly: 1]Applicants Name  2] Site Control Number  3]Trailer Barcode  4] Trailer VIN | Bm | 5/23 |
| 3 | Emergency Shelter – Agreement to Rules of Occupancy | This document MUST have the following fields filled in correctly: FEMA DR #] Applicant FEMA Registration Number, LOT #] Site Control Number. Applicant MUST Print Name, Sign Name and Date the form. | Bm | 5/23 |
| 4 | Temporary Housing Unit Inspection Report | This document MUST have the following fields filled in correctly: Box 1] Site Control Number,  Box 2] Trailer VIN, Box 3] Check As Required, Box 4] Check As Required, Box Handicap] Check As Required, Box 9] Mark As Required, Box 11] Work Order Number, Inspectors Signature & Date, Box 12] Occupant Name & Address, Box 13]Applicant Signature & Date and FEMA Representative Signature & Date. | Bm | 5/23 |
| 5 | DEL-GEN Inspection Report Form  Sections 1 thru 4 | Section 4  MUST have the following fields filled in correctly: 1] Trailer Address, 2] Site Control Number, 3] Trailer VIN, 4] Trailer Bar Code, 5] Work Order Number, Contractor QC Inspector] Printed Name, Signature & Date, QA Inspector] Printed Name, Signature & Date. Check all appropriate boxes. The Appendix is provided for contractor use and is NOT to be included in the package. | Bm | 5/23 |
| 6 | Trailer Lease Check In List | This document MUST have all fields checked off as completed. The Appendix is to be reviewed and left with the resident. | Bm | 5/23 |
| 7 | Assessment Team Tracking Report | The strike teams use this document to perform an initial assessment of the area or lot, include this in the RFO package. | NA | |
| 8 | Unit Delivery Ticket | This document MUST have the following fields filled in correctly: 1] Work order Number, 2] Site Type, 3] Site Control Number, 4] Site Address, 5] Unit Type, 6] Trailer Bar Code, 7] Trailer VIN, 8] Special Instructions – Check for ADA & other key items. | NA | |
| 9 | Landowner's Authorization Ingress-Egress Agreement | This document MUST have the following fields filled in correctly: Box 2]Land Owners Name, Address and Phone Number, Box 3] Applicants Name and Address, Line 4] The Correct Date & DR Number Line 6] Check As Required,  Box 8] Owners Signature & Date, Applicant Signature & Date and Witness Signature & Date. | Bm | 5/23 |
| 10 | Unit Installation Work Order | This document MUST have the following fields filled in correctly: Box 1] Site Control Number, Box 2] Work Order Number, Box 3]Applicant Name & Address, Box 4] Contractor Data, Box 5] Site Type -Check As Required, Box 6] Unit Type -Check As Required, Box 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. | Bm | 5/23 |
| 11 | Fluor Right Of Entry | This document MUST have the following fields filled in correctly: 1] Date, 2] Applicant Name 3] Lease Date, 4] Property Location, Box 5] Site Activities - Check As Required, 6] Lessor Signature & Date. | Bm | 5/23 |
| 12 | Site Description Form | This document MUST have the following fields filled in correctly: 1] Site Control Number, 2] Applicant Name 3] Applicant Address, 4] Applicant Phone Number Contractor Data, Box 5] Site Type -Check As Required, 6] Unit Type -Check As Required, Box 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. Attach Additional Copies as needed. | NA | |
| 13 | Fluor Exhibit A Form | Attach Additional Copies as needed to document additional comments about the site, the location, the applicant or other items. This document MUST have the following fields filled in correctly: 1] Site Address, 2] Applicant Name 3] Site Control Number, 4] Trailer Bar Code, 5] Trailer VIN | Bm | 5/23 |
| 14 | LA DHH/OFC of Public Health/Sewage Treatment Waiver | This form is to accompany the package only when the applicant agrees to the waiver where there is a temporary sewage system in place. | NA | |
| 15 | Lease Agreement | Attach Original Executed Lease Documents. Copies may be substituted as necessary | Bm | 5/2 |

FEI 000045

Work # 242817

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**TEMPORARY HOUSING UNIT INSPECTION REPORT**

| 1. Temporary Housing Unit No. | 2. Serial No./Vin |
|---|---|
| 1373963 | HCJIF322764015 2 |

**3. TYPE OF INSPECTION**

| | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage | ☐ | ☐ | ☐ |
| Staging | ☐ | ☐ | ☑ |
| Site | ☐ | ☐ | ☐ |
| RFO | | | ☐ |
| Move In | | | ☐ |
| Move Out | | | ☐ |

**4. TYPE OF FACILITY**

☐ Other
☐ Mobile Home
☐ Travel Trailer

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | N/A | | |
| Range | Whirlpool | | |
| Microwave | On 450 | KDC-125T-WHI | |
| Refrigerator | Estate | T741DKXRQ060 | |
| A/C | N/A | | |
| Water Heater | N/A | | |

**6. UNIT INFO.**

a. Manufacturer
Fleetwood

b. Year
06

c. Size FT - inc towing hitch
32

d. Number of Bedrooms

**7. INSPECTIONS**  ☐ Disaster  ☐ Storage

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**
N = New   G = Good   P = Poor   D = Damaged   M = Missing

**Handicap**  ☑ Yes  ☐ No

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | | Condition | | **First Bedroom** | | Condition | | **Bathroom** | | Condition | |
| Dinette Table | | | ✓ | Double Bed, Complete | | | ✓ | Commode | | | ✓ |
| Dinette Chairs ( 5 for 3 BR) | | | ✓ | Mirror | | | | Tub/Shower | | | ✓ |
| Range | | | ✓ | Cabinets Storage | | | ✓ | Lavatory | | | ✓ |
| Range Hood & Vent Fan | | | ✓ | Curtains & Rods | | | | Cosmetic Cabinet | | | ✓ |
| Refrigerator | | | ✓ | Light Fixture | | | | Mirror | | | ✓ |
| Curtains & Rods | | | ✓ | **Second Bedroom** | | | | Curtains & Rods | | | ✓ |
| Cabinets | | | ✓ | Double Bed, Complete | | | | Light Fixture | | | ✓ |
| Sink | | | ✓ | Mirror | | | | **Exterior Condition** | | | |
| Light Fixtures | | | ✓ | Cabinet Storage | | | | Water Heater | | | ✓ |
| Fire Extinguisher | | | ✓ | Curtains & Rods | | | | Doors | | | ✓ |
| A/C          **Living Room** | | | | Light Fixture | | | | 2 Keys Per Door | | | ✓ |
| Couch | | | ✓ | **Third Bedroom** | | | | Windows | | | ✓ |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | ✓ |
| End Table | | | | Mirror | | | | Front Panels | | | ✓ |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | ✓ |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | ✓ |
| Light Fixtures | | | | Light Fixture | | | | Right Side Panels | | | ✓ |
| **Hall** | | | | **Interior Condition** | | | ✓ | Roof Vents | | | ✓ |
| Furnace | | | | Floor Covering | | | ✓ | Tow Bar Hitch | | | ✓ |
| Smoke Detector | | | ✓ | Wall Panels | | | ✓ | Axles & Springs | | | ✓ |
| Light Fixtures | | | | Ceiling Panels | | | ✓ | Wheels & Tires | | | ✓ |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

OK  RIGHT SIDE        OK  LEFT SIDE        OK  FRONT        OK  REAR

**NOTE:** Tail light harness furnished by: ☐ Towing Contractor

**10. COMMENTS (if more space is needed, continue on reverse)**

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. | INSPECTOR SIGNATURE | DATE |
|---|---|---|---|
| 12. OCCUPANT NAME | | ADDRESS | THA No. |

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| | NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|---|
| Dispatch To/From Storage | SIX FLAGS | Jessica Fuselier 3-28-06 | |
| Receipt To/From Storage | | | |
| Dispatch To/From Site | | | 3/30/06 |
| Occupant SIGNATURE (Move in or Move Out) | | DATE | FEMA REP. SIGNATURE   DATE |

FEMA Form 90-13, JULY 86

FEI 000047a

Work # 342817

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**TEMPORARY HOUSING UNIT INSPECTION REPORT**

| 1. Temporary Housing Unit No. | 2. Serial No./Vin |
|---|---|
| 1373463 | 4CUIF23N764C5 |

| 3. TYPE OF INSPECTION | | | 4. TYPE OF FACILITY |
|---|---|---|---|
| | | | ☐ Other |
| | Transport | Dispatch | Receipt | ☐ Mobile Home |
| Storage | ☐ | ☐ | ☐ Travel Trailer |
| Staging | ☐ | ☐ | |
| Site | ☐ | ☐ | |
| RFO | | ☐ | |
| Move In | | ☐ | |
| Move Out | | ☐ | |

5. APPLIANCES

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | N/A | | |
| Range | | | |
| Microwave | | K C 925T-41 | |
| Refrigerator | | 7710DKXRW60 | |
| A/C | N/A | | |
| Water Heater | N/A | | |

6. UNIT INFO.

a. Manufacturer

b. Year 06

c. Size (Ft. inc lowing hitch)

d. Number of Bedrooms

| 7. INSPECTIONS | 8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR | Handicap |
|---|---|---|
| ☐ Disaster ☐ Storage | N = New   G = Good   P = Poor   D = Damaged   M= Missing | ☑ Yes ☐ No |

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | | Condition | | **First Bedroom** | | Condition | | **Bathroom** | | Condition | |
| Dinette Table | | | ✓ | Double Bed, Complete | | | ✓ | Commode | | | ✓ |
| Dinette Chairs ( 6 or 3 BR) | | | ✓ | Mirror | | | | Tub/Shower | | | ✓ |
| Range | | | ✓ | Cabinets Storage | | | | Lavatory | | | ✓ |
| Range Hood & Vent Fan | | | ✓ | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | ✓ | Light Fixtures | | | | Mirror | | | ✓ |
| Curtains & Rods | | | ✓ | **Second Bedroom** | | | | Curtains & Rods | | | ✓ |
| Cabinets | | | | Double Bed, Complete | | | | Light Fixtures | | | ✓ |
| Sink | | | | Mirror | | | | **Exterior Condition** | | | |
| Light Fixtures | | | | Cabinet Storage | | | | Water Heater | | | |
| Fire Extinguisher | | | | Curtains & Rods | | | | Doors | | | |
| A/C         **Living Room** | | | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | | | ✓ | **Third Bedroom** | | | | Windows | | | ✓ |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | ✓ |
| End Table | | | | Mirror | | | | Front Panels | | | ✓ |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | ✓ |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | ✓ |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels | | | ✓ |
| **Hall** | | | | **Interior Condition** | | | | Roof Vents | | | ✓ |
| Furnace | | | ✓ | Floor Covering | | | ✓ | Towing Hitch | | | ✓ |
| Smoke Detectors | | | ✓ | Wall Panels | | | ✓ | Axles & Springs | | | ✓ |
| Light Fixtures | | | ✓ | Ceiling Panels | | | ✓ | Wheels & Tires | | | ✓ |

9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:

OK — RIGHT SIDE      OK — LEFT SIDE      UK — FRONT      OK — REAR

NOTE: Tail light harness furnished by: ☐ Towing Contractor

10. COMMENTS (If more space is needed, continue on reverse)

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. | INSPECTOR SIGNATURE | | DATE |
|---|---|---|---|---|
| 12. OCCUPANT NAME | | ADDRESS | | THA No. |

13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:

| | NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|---|
| Dispatch To/From Storage | | | |
| Receipt To/From Storage | | | |
| Dispatch To/From Site | | | |
| Occupant SIGNATURE (Move In or Move Out) | | DATE | FEMA REP. SIGNATURE | DATE |

FEMA Form 90-13, JULY 05

FEI 000047

*ADA*

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

| | | |
|---|---|---|
| Work Order #: 1603-001-063188-INP | Contractor: Fluor | Issue Date: 2/13.2006 |
| Site Type: Private | Unit Type: T T · Regular | Issued By: DJOLIVET | RFO Date: |

## Applicant Information | Household Composition

Reg. ID: 94-0760507A
Name: DUBUCLET, ELISHA A.
Current Phone: (713)683-6529
Alternate Phone: (504)228-2454
DD Phone: (713)683-6529
DD Alt. Phone: (504)228-2454

P-Code: P-4TTP

| **Number Housed** | **Name** | **Relationship** | **Age** |
|---|---|---|---|
| 0 | DUBUCLET, ELISHA A | Registrant | 38 |
| | DUBUCLET, TIMIA L | Immed Family | 6 |
| **BR Required** | 1 | | |

Number of Units Needed: MH's 0   TT's 1

## Special Needs

NEED RAMPS :
RECOMMEND PARK MODEL TT

## Site Information

| | | |
|---|---|---|
| Site Control: SC-03-076826 | Address: 6046 DOROTHEA ST | County: Orleans |
| Site Name: | City, St. Zip: NEW ORLEANS, LA 70126 | Lot #1: | Lot #2: |
| Directions to Site: EXPEDITED PPI | | |

NEED RAMPS                    1. TT, girl 7, boy 11. mother acnnot walk needs ramp.

## Unit Information

| | | |
|---|---|---|
| Unit #1: | Serial #1: | |
| Unit #2: | Serial #2: | GPS Longitude: |
| | | GPS Latitude: |

## Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic Park Model Setup | Each | 1 | $0.00 | $0.00 |
| | | | | $0.00 |

RECEIVED BY:

DDM DISTRICT 3

## Signature Section

| | Representative | Signature | Date | |
|---|---|---|---|---|
| Inspector: | | | | Driver Name |
| Contractor: | Fluor | | | |
| Monitor: | | | | Driver License Number |

Monday, February 13, 2006                    DR-1603-LA

FEI 000048

S/C # 03- 07682C



# FEDERAL EMERGENCY MANAGEMENT AGENCY
Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA



## TRAILER LEASE CHECK – IN LIST                    Page 1

DATE  5 - 11 , 20 06

NAME OF APPLICANT  Elisha A. Dubuclet

REGISTRATION #  94- 076 0507A

____1.  Walk through the entire Travel Trailer room-to-room.  Show where the closets are located, how to operate the blinds, locate all light switches; allow the applicant(s) time to check out whatever they want in each room.

____2.  Conduct the move–in inspection at the same time you are conducting the walk-through.

____3.  Show the location of the water heater, and how to open the cover.  Also, explain that if they have any problems with the unit or if they need to adjust the temperature, they are to contact/call Maintenance.

____4.  Show the location of the smoke detector(s), and impress on the applicant(s) that it/they is not to be disconnected for any reason.

____5.  Locate the fire extinguisher, and make certain that they know how to use it.

____6.  Explain how to use the stove and the oven.

____7.  Explain how to set the thermostat for the refrigerator.

____8.  Locate the thermostat for the air conditioner/heater, and explain how to set it.

____9.  Explain how to change out the air filter(s) for the air conditioner/heater, which should be done once a month.

____10.  Show the paperwork on all the appliances, and stress the necessity of keeping these documents in a place where they can be easily located.

____11.  Allow the applicant(s) to walk around the outside of the trailer.  Show him/her where the hose bib is, and discuss the operation of the valves of the holding tank.

N/A 12.  Make sure that the applicant(s) signs the Move-in Inspection form.

QA Inspector Initials   W.H.J
Applicant Initials   EAD
5 -11-06

S/C # __05-016866__



**FEDERAL EMERGENCY MANAGEMENT AGENCY**
Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA



<u>**TRAILER LEASE CHECK – IN LIST**</u>

Page 2

Registration # __94- 0760507A__

—13. **Sit down with the applicant(s):**

    a. **Read and explain the Lease Agreement**
    N/A b. **Read and explain the Park Rules (if applicable)**
    c. **Make certain the applicant(s) understands all the "do's" and "don'ts".**
    d. **Point out the Maintenance telephone number.**
    e. **Explain how to:**
        (1.)  **Change light bulbs**
        (2.)  **Tighten screws**
        (3.)  **Light the stove burners and the oven pilot light**
        (4.)  **Other procedures as may be identified for the applicant(s) to perform.**

N/A 14. **Have the applicant(s) sign two (2) copies of the Park Rules form (if applicable). One (1) copy is left with the applicant(s), and the other copy is returned to the DFO for the file.**

—15. **Have the applicant(s) sign the Lease Agreement, and explain that a copy of the Lease will be mailed to them after the FEMA signature is affixed.**

N/A 16. **Explain the Duplication of Funds:**

    a. **If the applicant(s) received Rent Money (ERO or ERFI only), then the money not spent on Rent or Lodging costs must be returned to FEMA the payment would be considered a duplication of assistance.**

    b. **The applicant(s) must return all or whatever funds have not been spent by way of a FEMA Check (all money), Money Order, Cashier's Check, or Personal Check. The check needs to be given to the leasing representative (PPI interviewer explained this requirement when the telephone interview).**

    c. **If money was spent for rent (either apartment, hotel, etc.), then collect the receipts for verification by the DFO.**

—17. **Give the applicant(s) the keys (2). Advise the applicant(s) that one (1) should be kept outside the trailer in a SAFE place (in case he/she gets locked out.**

—18. **Make certain that the applicant has the Helpline Telephone Number, and that he/she needs to call is there is a change in basic information, such as a new mailing address or telephone number. Helpline: 1 – 800 – 621 – 3362**

QA Inspector Initials _WHS_
Applicant Initials _CM_
Date _5/11/06_

S/C # 03- 0760507 #
03- 076 826



# FEDERAL EMERGENCY MANAGEMENT AGENCY
Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA



# TRAILER LEASE CHECK – IN LIST       Page 3

Registration # 94- 0760507A

**19.** Explain the Carbon Monoxide detector.

**20.** The Warranty and Instructional Package(s) MUST remain with trailer;  the warranty information is for FEMA.

N/A **21.** Use "Recoup" form to collect rent money; have applicant sign; Return the Form and the Check Immediately to the DFO Leasing Coordinator.

N/A **22.** Copies to applicant(s):

a.   Move-In Inspection Report
b.   Park Rules (if applicable)
c.   Lease Agreement _____(Date Mailed)
d.   Addendum to Lease-In Documents
e.   Receipt for Rent money returned to FEMA (if applicable) (Recoup Form)
f,   Any other document:

_____

_____

QA Inspector Initials  W.H.J
Applicant Initials  (ANO)

Date 5-11-06

FEI 000051