UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ | |

***************************************************************************

### DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION TO LIMIT PAUL HEWETT, PH.D.'S TESTIMONY

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves to limit Paul Hewett, Ph.D.'s testimony on the limited grounds that he should not be permitted to testify to the principle that formaldehyde exposures tend to decrease with age. This Court excluded this testimony in the *Alexander* case because Hewett himself stated the jury would not need his expertise on this point. In this case, plaintiffs' counsel has also stated that he would not offer opinions regarding the formaldehyde decay coefficient, but because this opinion is still in his current affidavit, Fleetwood moves to exclude it. In support of this motion, Fleetwood relies on its memorandum of law and the following:

| A | Paul Hewett, Ph.D. Affidavit, dated July 16, 2009 |
|---|---|
| B | Paul Hewett, Ph.D. Affidavit, dated Oct. 10, 2009 |
| C | Paul Hewett, Ph.D. Affidavit, dated Oct. 26, 2009 |
| D | Paul Hewett Deposition, taken Oct. 22, 2009, excerpts (pages 64-65) |
| E | Paul Hewett Deposition, taken July 10, 2009, excerpts (pages 75-77) |

For these reasons, Fleetwood requests that this motion be granted.

This 9th day of November 2009.

        Respectfully submitted:

        */s/ Richard K. Hines, V*
        Richard K. Hines, V
        GA Bar No. 356300
        richard.hines@nelsonmullins.com
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | | |

  New Orleans, Louisiana, this 9th day of November 2009.

            /s/ Richard K. Hines, V
            Richard K. Hines, V
            Georgia Bar No. 356300
            E-mail:  richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)