Exhibit E

# Transcript of the Testimony of
## Paul Hewett, PhD, CIH

**Date taken: October 22, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

```
                                                    Page 64
 1   You know the court reporter cannot take down
 2   two people at the same time.
 3        MS. DALY:
 4             Thank you.
 5        MR. PINEDO:
 6             Please do not interrupt me when
 7   I'm talking.
 8             He prepared his report in July.
 9   We produced the reliance materials for his
10   July report.  This is part of his file.
11             I am not putting him forward, I
12   will tell you right now, on the decay
13   coefficient.  He is not going to be put
14   forward on the decay coefficient.
15        MS. DALY:
16             Does that mean I don't need to go
17   through it?  Are you withdrawing him on 3.5
18   so I don't have to discuss it with the
19   tables that go with it?
20        MR. PINEDO:
21             The plaintiffs are not going to
22   offer him for the analysis in Section 3.5
23   relative to the formaldehyde decay
24   coefficient.
25        MS. DALY:
```

```
                                                    Page 65
 1              Is anybody going to testify to
 2   that?
 3        MR. PINEDO:
 4              I don't know of anybody who is
 5   going to testify about the estimation of
 6   formaldehyde decay coefficient.  I don't.
 7              I don't expect any expert that
 8   plaintiffs have that are going to rely upon
 9   this analysis.
10              I don't know what Kaltofen has
11   done.  I don't know what Smulski has done.
12              He is here to talk about his
13   opinions.  Plaintiffs are not going to offer
14   him on Section 3.5.
15        MS. DALY:
16              That was very helpful.
17        MR. PINEDO:
18              If you wish to examine him at
19   length on that, you are certainly entitled
20   to do so.  This is not analysis that he
21   completed by July 10.
22        MS. DALY:
23              Right.  But he does point out that
24   he had permission to it in August and
25   September from the plaintiffs.
```