UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION   　　　SECTION N-5
　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:  ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * ** * * * * * * * * * * * * * * * * * * *

EX PARTE / UNOPPOSED MOTION TO FILE SUPPLEMENTAL MEMORANDUM
IN RESPONSE TO PLAINTIFFS' "MOTION TO COMPEL UNITED STATES
TO PRODUCE 'DISASTER' AND/OR INDIVIDUAL ASSISTANCE FILES
MAINTAINED BY FEMA" (Rec. Doc. 2554)

　　　Defendant United States of America ("United States") respectfully requests an Order from this Honorable Court granting leave to file its Supplemental Memorandum in Response to Plaintiffs' "Motion to Compel United States To Produces 'Disaster' and/or Individual Assistance Files Maintained By FEMA (Rec. Doc. 2554).

　　　Counsel for PSC has been contacted and does not oppose the filing of the Supplemental Memorandum, which is hereby attached to this Motion, along with its two exhibits.

Dated: November 9, 2009

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

TONY WEST　　　　　　　　　　　　　　HENRY T. MILLER
Assistant Attorney General, Civil Division　ADAM BAIN
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel

J PATRICK GLYNN
Director, Torts Branch, Civil Division　　　ADAM DINNELL
　　　　　　　　　　　　　　　　　　　　MICHELE GREIF
DAVID S. FISHBACK　　　　　　　　　　MICHELE BOYLE
Assistant Director　　　　　　　　　　　　Trial Attorneys

OF COUNSEL:　　　　　　　　　　　　　//S// *Jonathan R. Waldron*
JORDAN FRIED　　　　　　　　　　　　JONATHAN R. WALDRON

| | |
|---|---|
| Associate Chief Counsel | (IL. Bar No. 6292058) |
| | Trial Attorney |
| JANICE WILLIAMS-JONES | United States Department of Justice |
| Senior Trial Attorney | Civil Division – Torts Branch |
| FEMA/DHS | P.O. Box 340, Ben Franklin Station |
| Department of Homeland Security | Washington, D.C. 20004 |
| Washington, D.C. 20472 | Attorney Telephone: (202) 307-2091 |
| | Jonathan.Waldron@USDOJ.Gov |

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 9, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                 //S// *Jonathan R. Waldron*
                                                 JONATHAN R. WALDRON (IL. Bar No. 6292058)