```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
                         NEW ORLEANS DIVISION
```

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                 SECTION N-5
                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:   ALL CASES

ORDER ON MOTION

APPEARANCES:

MOTION:

(1) Defendant United States of America's Ex Parte / Unopposed Motion for Leave to File Supplemental Memorandum in Response to Plaintiffs' "Motion to Compel United States To Produces 'Disaster' and/or Individual Assistance Files Maintained By FEMA (Rec. Doc. 2554)."

_____:   Continued to

_____:   No Opposition

_____:   Opposition

_____:   Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

_____: Dismissed as Moot

_____: Dismissed for failure of counsel to appear

_____: Granted.

_____: Denied.

_____: Other

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE