### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | § | **MDL No. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | § | |
| | § | **SECTION N(5)** |
| | § | |
| **THIS DOCUMENT IS RELATED TO:** | § | **JUDGE ENGELHARDT** |
| *Civil Action No. 07-9228* | § | |
| *Aldridge, et al v. Gulf Stream Coach, Inc., et al* | § | **MAGISTRATE CHASEZ** |
| *(Elisha Dubuclet o/b/o Timia Dubuclet)* | § | |

### FLUOR ENTERPRISES, INC.'S STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT TO DISMISS LOUISIANA PRODUCTS LIABILITY CLAIMS

Defendant, Fluor Enterprises, Inc. (**FEI**), submits the following statement of uncontested material facts in connection with its motion for summary judgment regarding claims against it under the Louisiana Products Liability Act.

1.      Following Hurricane Katrina, plaintiff admits she received emergency housing assistance from FEMA, pursuant to the Stafford Act and applicable federal regulations.[1]

2.      FEMA selected and ordered a travel trailer from the trailer manufacturer, Fleetwood, which FEMA provided to plaintiff as temporary housing.[2]

---

[1]  Rec. Doc. 1, art. IV.
[2]  C.A. No. 07-9228, Rec. Doc. 1, art. II (p. 7), art. IV.

3.      The travel trailer was leased-in to plaintiff on May 11, 2006.[3]

4.      On July 12, 2005, FEMA awarded an individual assistance – technical assistance (IA-TAC) contract no. HSFEHQ-05-D-0471 to FEI to be prepared to mobilize to provide general contractor services for disaster relief anywhere in the United States, pursuant to individual task orders to be issued by FEMA.[4]

5.      The IA-TAC contract provided the general requirements for all of FEI's anticipated work "at [v]arious disaster sites to be determined" by FEMA anywhere in the United States with the condition that FEMA would prepare a specific Statement of Work (SOW) for each individual task order it later issued.[5]

6.      The IA-TAC contract award generally required FEI to "provide the necessary personnel, materials, services, equipment, and facilities, and otherwise do all things necessary to provide temporary shelters and related services as described in the Scope of Work Attachment A."[6]

7.      The IA-TAC contract terms generally provided for FEI to perform contractor services in the event of a disaster on a project by project basis, as assigned by FEMA including, but not limited to: "supporting staging areas for units, installation of units, maintenance and upkeep, site inspections ... restorations, group site designs ... construction, site assessment, property and facility management, and unit deactivation and removal."[7]

8.      The IA-TAC contract generally provided that FEI personnel shall perform professional, technical, clerical and field work as assigned by the task order."[8]

---

[3]  FEMA installation packet, attached as Ex. C to Declaration of Charles A. Whitaker, FEI-000039, 000049-51.
[4]  The Contract, Ex. 1.
[5]  The Contract, Ex. 1.
[6]  The Contract, Ex. 1.
[7]  The Contract, Ex. 1.
[8]  The Contract, Ex. 1.

9.      The IA-TAC contract set forth precise specifications directing the exact manner for FEI to install the travel trailers, including detailed requirements for delivery, blocking and leveling, anchoring and straps, utilities hook-ups (including sewer line, water line, electrical wiring), steps, winterization, handicap ramps/platform steps, and numerous other minor tasks to make the trailer trailers ready for occupancy (RFO).[9]

10.     In Exhibit 7 to the IA-TAC contract, FEMA directed FEI to install the travel trailers on six piers constructed in a precise fashion.[10]

11.     In Exhibit 10 to the IA-TAC Contract are the Maintenance-Temporary Housing Units provisions that relate to the maintenance of the EHUs, including travel trailers.[11]

12.     In response to Hurricane Katrina, FEMA issued Task Order 20 to FEI to provide staging support, haul-install, and installation construction activities, maintenance and deactivation to further FEMA's operational objective of providing temporary housing solutions for people displaced because of Hurricane Katrina.[12]

13.     FEI was assigned the task of delivering, installing and making ready for use the EHU assigned to Elisha Dubuclet.[13]

14.     FEI maintains a FEMA installation packet in regards to the EHU assigned to Elisha Dubuclet.[14]

15.     The EHU installation packet indicates that Elisha Dubuclet's EHU was to be located at 6046 Dorothea Street, New Orleans, Louisiana and designated Site Control number

---

[9]  The Contract, Ex. 1.
[10] Declaration of Charles Al Whitaker, Ex. 2.
[11] Declaration of Charles Al Whitaker, Ex. 2.
[12] The Contract, Ex. 1.
[13] Declaration of Charles Al Whitaker at par. 11.
[14] Declaration of Charles Al Whitaker at par. 12.

SC-03-076826 and assigned Private Site Installation Work Order number 1603-001-063188-INP.[15]

16.     The EHU assigned to Elisha Dubuclet was a travel trailer owned by FEMA and manufactured by Fleetwood bearing VIN No. 4CJ1F322764015272.[16]

17.     The travel trailer Unit Inspection Report is dated March 30, 2006 and indicates that the condition of the travel trailer and its contents were new. The travel trailer included a water heater, range, refrigerator and microwave.[17]

18.     The travel trailer was picked up at FEI's Six Flags staging area on March 30, 2006 and installed at 6046 Dorothea Street, New Orleans, Louisiana on March 31, 2006.[18]

19.     The Ready For Occupancy (RFO) QC/QA Acceptance Checklist indicates that the travel trailer assigned to Elisha Dubuclet was blocked on at least 6 concrete piers, anchored with the required straps, and utilities installed (ie. sewer, water, and electricity) as well as propane tanks and battery.[19]

20.     Elisha Dubuclet was leased-in the EHU at 6046 Dorothea Street, New Orleans, LA on May 11, 2006.[20]

21.     The Maximo Work Order tracking system is a data system that maintains information and data related to maintenance performed by FEI on the EHUs once the EHU is installed and occupied.[21]

---

[15]  Declaration of Charles Al Whitaker at par. 13.
[16]  Declaration of Charles Al Whitaker at par. 14.
[17]  Declaration of Charles Al Whitaker at par. 15.
[18]  Declaration of Charles Al Whitaker at par. 16.
[19]  Declaration of Charles Al Whitaker at par. 17.
[20]  Declaration of Charles Al Whitaker at par. 18.
[21]  Declaration of Charles Al Whitaker at par. 19.

22.     The Maximo Work Order tracking system indicates that the only maintenance performed by FEI on the EHU assigned to Elisha Dubuclet after it was installed was replacement of the microwave on May 17, 2006.[22]

23.     The Maximo Work Order tracking system would have indicated if FEI had performed any routine maintenance or any major material item replacement on an EHU that exceeded $250.00.[23]

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:          *s/Sarah A. Lowman.*
              Dominic J. Gianna, La. Bar No. 6063
              Sarah A. Lowman, La. Bar No. 18311
              201 St. Charles Avenue, Suite 3100
              New Orleans, Louisiana 70170
              Telephone: (504) 525-7200
              Facsimile: (504) 581-5983
              dgianna@midrid.com
              slowman@midrid.com

              Charles R. Penot, Jr. (La. Bar No. 1530 &
              Tx. Bar No. 24062455)
              717 North Harwood, Suite 2400
              Dallas, Texas 75201
              Tel: (214) 220-6334; Fax: (214) 220-6807
              cpenot@midrid.com

                   *-and-*

              Richard A. Sherburne, Jr., La. Bar No. 2106
              450 Laurel Street, Suite 1101
              Baton Rouge, Louisiana 70801
              Telephone: (225) 381-7700
              Facsimile: (225) 381-7730
              rsherburne@midrid.com

              **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

---

[22]  Declaration of Charles Al Whitaker at par. 20.
[23]  Declaration of Charles Al Whitaker at par. 21.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

_s/Sarah A. Lowman_

ND: 4812-3622-0164, v. 1