## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Civil Action No. 07-9228* | § | |
| *Aldridge, et al v. Gulf Stream Coach, Inc., et al* | § | MAGISTRATE CHASEZ |
| *(Elisha Dubuclet o/b/o Timia Dubuclet)* | § | |

## DECLARATION OF CHARLES A. WHITAKER, P.E.

I, CHARLES A. WHITAKER, P.E. state and declare as follows:

1. I am above the age of majority, and I make this Declaration based on facts that are within my own personal knowledge. I am not under any disability. I am competent to testify concerning the subject matter set forth in this Declaration, and would do so in open court, under oath, if called upon to do so.

2. I am a licensed professional engineer and am currently employed as the Program Manager with respect to Fluor Enterprises, Inc.'s ("FEI") Individual Assistance—Technical Assistance Contract, HSFEHQ-05-D-0471, ("IA-TAC Contract"), with FEMA. I have held that position continuously from approximately July 12, 2005, when FEMA awarded the IA-TAC Contract to FEI, until the present date. I was personally in

EXHIBIT
2

the field during most of FEI's Hurricanes Katrina and Rita response efforts, with offices in FEI's Gonzalez Operations Center and in the Baton Rouge Joint Field Office, a facility that housed FEMA personnel, FEMA contractors including FEI, state and local officials, and other responders.

3.   FEI entered into the IA-TAC Contract with FEMA in July, 2005.  The IA-TAC Contract required FEI to assist in the delivery and installation of FEMA travel trailers for the purposes of providing emergency housing units (EHUs) to citizens displaced by natural disasters.

4.   Exhibit 7 to the FEMA IA-TAC Contract with FEI is the Travel Trailer Installation provisions, which are attached to this Declaration as Exhibit A and are labeled FL-FCA-000113-122.

5.   The Travel Trailer Installation provisions, in conjunction with the IA-TAC Contract, include a description of the services that FEI performed for FEMA relating to the hauling, installing, and making travel trailer EHUs ready for use.

6.   Exhibit 10 to the FEMA IA-TAC Contract with FEI is the Maintenance-Temporary Housing Units provisions, which are attached to this Declaration as Exhibit B and are labeled FL-FCA-000135-147.

7.   The Maintenance-Temporary Housing Units provisions, in conjunction with the IA-TAC Contract, include a description of the maintenance services that FEI performed for FEMA with respect to travel trailer EHUs.

8.   Task Order number HSFEJQ-06-J-0011 (05-J-0020 Original), commonly referred to as Task Order 20, includes the Scope of the Work and Task Order Modifications that

relate to the hauling, installing and maintaining travel trailer EHUs by the people displaced because of Hurricanes Katrina and Rita.

9.    I assisted with the management and implementation of FEI's services to FEMA under the IA-TAC Contract and Task Order 20.

10.    In my capacity as the Program Manager, I have access to the records that FEI kept as a part of its normal business operations with respect to the hauling, installing and making ready for use services that FEI performed for FEMA following Hurricanes Katrina and Rita.

11.    FEI was assigned the task of delivering, installing and making ready for use the EHU assigned to Elisa Dubuclet.

12.    FEI's records include installation and maintenance records for the EHU assigned to Elisha Dubuclet; the pertinent documents included among the documents attached to this Declaration as Exhibit C.

13.    Those records indicate that the EHU was delivered to 6046 Dorothea Street, New Orleans, Louisiana, designated as Site Control number SC-03-076826 and assigned Private Site Installation Work Order number 1603-001-063188-INP. (See Exhibit C hereto, pages labeled FEI-00001-2).

14.    The EHU assigned to Elisha Dubuclet was a travel trailer owned by FEMA and manufactured by Fleetwood bearing VIN No. 4CJ1F322764015272. (See Exhibit C, page labeled FEI-000020).

15.    The travel trailer Unit Inspection Report contained in the Dubuclet installation packet is dated March 30, 2006 and indicates that the condition of the travel trailer and its

contents were new.  The travel trailer included a water heater, range, refrigerator and microwave.  (See Exhibit C, pages labeled FEI-000047a).

16.  The Dubuclet travel trailer was picked up at FEI's Six Flags staging area on March 30, 2006 and installed by FEI's subcontractor at 6046 Dorothea Street, New Orleans, Louisiana on March 31, 2006.  (See Exhibit C, pages labeled FEI-000020, 42-43.)

17.  The Ready for Occupancy (RFO) QC/QA Acceptance Checklist indicates that the travel trailer assigned to Elisha Dubuclet was blocked on 6 concrete piers, anchored with the required straps, and utilities installed (i.e., sewer, water, and electricity) as well as a battery.  (See Exhibit C, pages labeled FEI-000042-43.)  These are the only tasks that FEI performed with respect to delivering and making the travel trailer ready for use by Elisha Dubuclet.

18.  Elisha Dubuclet was leased-in to the EHU at 6046 Dorothea Street, New Orleans, Louisiana on May 11, 2006.  (See Exhibit C, page labeled FEI-000039, 49-51).

19.  I reviewed FEI's maintenance records, including the Maximo Work Order tracking system, which is a data system that maintains information related to maintenance performed by FEI on the EHUs once the EHUs are installed and occupied.

**[REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]**

20.   Those records indicate that the only maintenance performed by FEI on the EHU assigned to Elisha Dubuclet after it was installed was the replacement of the microwave on May 17, 2006.  (See Ex. C, FEI 33-34).


**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed this ___9___ day of November, 2009.

CHARLES A. WHITAKER, P.E.
Senior Director, Fluor Government Group
FEMA IA-TAC Program Manager

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

# 1. GENERAL

All work performed shall be in accordance with all applicable federal, state and local codes and regulations. The provisions herein and typical details shall not be construed as lowering standards established by local laws, ordinances or regulations

The contractor must be, or have employed, registered/licensed technicians (Plumbers, electricians' etc.) to conform to State and local requirements for installing and/or hooking up systems or repairing defects involving their particular trade. It is the contractor's responsibility to obtain all proper licenses and permits to set-up the units. Locally required permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.

All trenches shall be back filled, tamped, or rolled to the maximum practical density to avoid settlement damage to sewer, water, or gas lines. All construction debris, waste and excess material shall be cleaned and removed from all waste sites. Contractor shall be available for move-in inspection.

The following installation items represent minimum requirements. Requests for exceptions or substitutions must be approved by FEMA in writing prior to performing the work. Approval will be on an individual basis based on availability of materials or conditions peculiar to the intent of installation or work.

The contractor shall position the travel trailer on the lot as staked. In the absence of staking, the contractor shall position the travel trailer in a manner to utilize the most practical direct path from the utility connections. (Sewer line, electric, water, etc.)

# 2. BASIC TRAVEL TRAILER SET-UP

## 2.1.1  Delivery of Travel Trailer:

Towing shall be from the staging area to designated sites as identified. The travel trailer shall be properly placed, position, and aligned on the site. The towing operator shall be properly licensed and insured to protect the Government's interest.

## 2.1.2  Blocking and Leveling

The Contractor shall clean away all grass roots, loose dirt, rocks or debris where at the base of the piers. Travel trailers shall be set-up on concrete piers and after the weigh of the travel trailer is transferred to the piers, if the unit is not leveled properly the contractor will reinstall the unit at no additional cost to the government. The travel trailer set-up will also include a minimum of six piers (three on each side) evenly spaced. The end piers should not be directly on the end of the unit, but approximately six inches off the edge of the unit. The Contractor shall provide a base for each pier. The base will be ¾"x 24" x 24" exterior grade plywood. The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers.

Exhibit 7– Page 1



EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with blocking timber and wedges laid perpendicular to the travel trailer steel I-beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer is transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.

## 2.1.3   Anchoring and Straps

The contractor shall install two (2) anchors per side (total 4). All anchors must be placed, driven, or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit. Each strap shall extend from one turnbuckle on the anchor head, and wrap one time around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035" cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping. The anchor straps shall be snug and in a near vertical position.

## 2.1.4   Sewer Line Installation to Travel Trailer above Ground

Sewer line installation from the sewer riser and connection to the travel trailer is to be provided by use of 3" hard ABC or PVC, Schedule 40.

The line shall be of the shortest practical. At sites with a sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser, up to 50 feet. If a sewer riser is not in place, a clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The nominal inside diameter of the unit sewer connection shall not be less than three inches (3"). The slope shall be continuous and at least one-quarter inch (1/4") per foot and no more than one-half inch (1/2") per foot. Overhead (hanging) sewer straps shall be placed at four-foot (4') intervals (maximum) to prevent any deflections.

Exhibit 7– Page 2

FL-FCA-000114

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The fitting between the travel trailer sewer line and sewer riser (placed above ground) will be one of the following:

(1) An approved 4" x 3" adapter, or (2) the lower end of the travel trailer sewer line shall extend at least four inches (4") below the rim of the riser with an air tight connection provided by the use of a rubber ring. Pipe shall be rigid PVC sewer pipe ASTM D-2727; or Schedule 40 ASTM D-2261. The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection. Sewer piping shall be installed in accordance with local codes and the Uniform Plumbing Code. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no addition cost. The above ground line shall be properly sealed where it connects to sewer riser. The above ground sewer line shall be strapped and secured properly every 4 feet. This Line Item includes up to 50 linear feet of above ground 3" sewer.

## 2.1.5  Water Line Installation to Travel Trailer above Ground

Water line installation from the existing service connection to the travel trailer service pipe is to be provided by use of approved RV water hose, up to 50 feet. For sites with water service riser already installed; the Contractor will make the connection between the travel trailer connecting point and the riser. A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection). The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection. Water piping shall be installed in accordance with local codes and the Uniform Plumbing Code. All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. RV hose shall be capable of withstanding constant exposure to weather elements (i.e. heat and sunlight). A pressure regulator valve is required on the supply inlet. This Line Item includes up to 50 feet of potable water hose, anti-siphon valve, and any required pressure reducing device.

Exhibit 7– Page 3

FL-FCA-000115

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.6  Direct Wiring of Travel Trailer

The Contractor shall provide connection of service from the electrical assembly to the travel trailer weatherproof electrical disconnect pedestal (box) up to 50 feet. The Power supply cable shall be furnished with the travel trailer. Whenever possible the contractor shall provide above ground electrical service from the applicant's panel box to RV disconnect. The weatherproof disconnect box or RV receptacle box will be provided and installed, by the contractor, at a point near the travel trailer to permit connection of existing power cord. The weatherproof disconnect box will be equipped with the appropriate breaker to provide an approved 30 Amp service and mounted on a treated 4"X4" post or the equivalent. The bottom of weatherproof disconnect box will be a minimum of 10" above ground level. Installation of electrical service will meet all federal, state, and local codes and requirements. This Line Item includes up to 50 feet of above ground direct wiring.

Note: Travel trailers that are all electric models will require a 50 AMP service and circuit breaker. The requirements are as above, amended to 50 AMP service and circuit breaker. The increased cost of the 50 AMP service and circuit breaker shall be offset by the lack of a LP gas requirement for the unit.

## 2.1.7  Fill Propane Tanks.

Fill both tanks and inspect connections.

## 2.1.8  Steps

If required, the Contractor shall install steps at each travel trailer entrance. All wooden steps shall be made of exterior grade framing lumber. The Contractor shall prepare the grade and construct a level step, such that the step is centered on the door and safely beneath with the doorsill in a manner that does not represent a trip or safety hazard. The step must not impede the opening or closing of the door or restrict occupant entrance or exit. The steps will be constructed of wood thirty-six inches (36") wide. Handrails constructed with 2" x 4" safety edge lumber shall be provided on all steps and installed on both sides of the steps. If steps are needed a handrail will be installed in a manner to assist the occupant exiting or entering the platform. The platform and steps shall have a stable and secure foundation, be level in both directions and anchored. All handrails shall be sanded and painted with one coat of white paint. The contractor shall provide all supplies and materials.

## 2.1.9  Make Travel Trailer Ready For Occupancy (RFO).

i)   Assemble Accessories and Arrange for Use:
     (a) Arrange all furniture for occupancy;
     (b) Clean and mount storm window panels;
     (c) Install drawers;
     (d) Remove window clips; travel blocking and protective taping;
     (e) Hang fire extinguisher (report low charge to FEMA inspector);
     (f) Mount exterior light fixtures, and install bulbs;
     (g) Install interior light globes and covers;

Exhibit 7– Page 4

FL-FCA-000116

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

(h) Install screens;
(i) Re-install any fallen curtains;
(j) Install cabinet door panels and other knockout panels;
(k) Install commode tank lid; and
(l) Repair, if necessary, cabinet/door/drawer hardware.

ii) **Activate Utility Systems and Make Minor Repairs: (All parts changed must be of same quality.)**
   (a) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
   (b) Verify hot/cold water lines, reverse if required;
   (c) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
   (d) Replace commode wax ring and tank gaskets, as needed;
   (e) Tighten loose connections in electrical system; and
   (f) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.

iii) **Test Appliances and Appurtenances:**
   (a) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations. Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
   (b) Test smoke detector and replace if faulty. Defective smoke detectors provided by FEMA or manufacturer upon receipt of damaged one; and
   (c) Test exhaust fans for proper operation, repair as needed.

iv) **Final Clean-Up and Readiness:**
   (a) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;
   (b) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);
   (c) Remove unit packing debris and excess set-up material from premises; and
   (d) Report major discrepancies or missing items to FEMA inspector.

## 2.1.10 Sewer Line, Buried

The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the travel trailer. At sites with sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.

A clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

Exhibit 7– Page 5

FL-FCA-000117

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

All sewer piping and installation shall be installed in accordance and compliance with State and local codes and the Uniform Plumbing Code. This also includes placement in a trench separate from the water line and at a distance from the water line, burial below the surface of ground, and securing the installation to reduce deflections. *Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line.* If the travel trailer has multiple sewer drop points, they will be interconnected to a single unit drop point.

## 2.1.11 Municipal Sewer Tap- Install sewer tap

If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the travel trailer and backfill, according to local requirements. The sewer tap shall be made in accordance with local regulations regarding sewer tap installations. The sewer tap shall utilize a device such as a saddle. A connection of one pipe into another and projecting beyond inner wall is prohibited due to the resulting restriction to free flow. All piping shall be connected to assure free flow. If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority. In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.12 Water Line, Buried

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the travel trailer pad. At sites with water service riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection

Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line, or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line. The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes.

A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).

Exhibit 7– Page 6

FL-FCA-000118

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no
additional cost. A back flow preventer valve will be properly installed. Backfill materials
shall be free of rocks and other debris and shall include a bed of compacted sand six inches
(6") above and below the water line

Where local water pressure is in excess of the manufacturer's recommended maximum psi
the contractor shall install an approved water pressure-reducing device to safeguard the
unit's plumbing system.

All service line beneath the travel trailer shall be installed clear of the ground, made with
the minimum number of joints, be of the shortest practical length, and be supported by
metal straps at four foot (4') intervals (maximum).

All water piping and installation, which includes the water line and any required pressure
reducing device, shall be installed in accordance with local codes and the Uniform
Plumbing Code. Where pavement must be removed and replaced, the Contractor shall
contact the FEMA COTR for instructions.

## 2.1.13 Municipal Water Tap (Install Water Tap)

If a municipal water tap is required, the Contractor shall excavate, install the tap, and
connect to the water line from the travel trailer and backfill, according to local
requirements. The installation of the water tap (if required) will be accomplished in
conjunction with, and according to the regulations of the local Water Company. If
required by local regulations, the trench shall not be backfilled until the water tap has been
inspected and approved by the water department. In the event the governing entity has a
predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed
at actual expense (receipt required). In the event the governing entity makes the tap at no
cost; the Contractor shall not be paid for this line item.

## 2.1.14 TT Power Pole w/ Meter. Furnish and install 50 AMP travel trailer electric power pole and meter loop)

The Contractor shall install an overhead electric assembly. The assembly shall be at least
50 AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing a 50
AMP circuit breaker. All components shall be installed in accordance with the National
Electric Code (NEC) and local codes. All conduit connections on the meter pole must be
watertight. Pole shall meet all code requirements.

## 2.1.15 Water Line Winterization

When specified, the Contractor shall install freeze protection heating tapes and insulation
to water supply piping and shut-off valves to prevent freeze-up of the system (piping
exterior of the travel trailer). Minimum requirements include:

Exhibit 7– Page 7

FL-FCA-000119

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The heat cable shall be UL listed, Commercial Pipe Heating Cable and rated at a minimum of 3 watts per foot at 120 volts and have provisions for grounding. The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

The heat cable shall be installed in compliance with the cable manufacturer's instructions and the following additional details:

The sealed end of the heat cable will be securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser. The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape. Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser.

Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape. The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered, if possible. Riser shall be filled with the appropriate insulation and top of riser shall be sealed with an appropriate cover.

## 2.1.16 Handicap Ramp

The Contractor shall prepare the grade and construct a wooden ramp with level platform such that the platform is centered on the door of principal entry into the travel trailer and flush with the doorsill. Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform and runway surface, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall length of the ramp and platform shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The ramp pitch shall be one-inch (1") slope for each twelve inches (12") in length (maximum).The ramp shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The ramp and the platform shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

## 2.1.17 Direct Wiring To Well Pump Switch

The Contractor shall provide and install a 30 Amp well pump switch. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections must be watertight and meet all code requirements.

Exhibit 7– Page 8

FL-FCA-000120

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.18  Aboveground Electrical Excess

The Contractor shall provide and install aboveground electrical connection in excess of the
basic set-up.  All components shall be installed in accordance with the National Electric
Code (NEC) and local codes.  All conduit connections must be watertight and meet all
code requirements.

## 2.1.19 Obtain State and Local Permits

The contractor shall be responsible for obtaining necessary permits associated with placing
and installing the unit and utility installation. Permits shall be applied for within 3 working
days of work order issuance. Unit shall be ready to occupy within 3 days of permit
issuance.  FEMA will reimburse the contractor the actual permit fees. Receipt required.

## 2.1.20 Provide additional 25' Potable Water Hose

## 2.1.21 Provide and Install 5KW Generator

## 2.1.22 Direct Burial of 50 Amp Service

At sites with electrical service drop (meter box or other service connection point) already
installed, the Contractor shall provide underground service (in compliance with all codes
and regulations) from the electrical assembly to the unit. All cable shall be appropriately
buried and shall be installed in accordance with the National Electric Code (NEC) and
local codes.  All conduit connections must be watertight and meet all code requirements.
The conduit shall be securely attached to the electrical boxes in accordance with accepted
methods and standards.  Sweeps shall be used at the unit and meter loop assembly.  If an
electrical service drop is not in place, the Contractor shall install an electrical assembly for
utility company connection.

## 2.1.23 Refill Both Propane Tanks

Refill both tanks and inspect connections.

## 2.1.24  Miscellaneous for TT Installation

The contractor shall complete miscellaneous tasks assigned by the FEMA COTR or
designee, which are not addressed by the above descriptions and line items.

The contractor will be compensated for time and materials or actual cost. A receipt for
materials must be submitted along with the time the task required. If the task was
performed by others, a receipt for the actual cost of the task will be submitted to FEMA for
reimbursement.

## 2.1.25 Handicap Platform Steps

The Contractor shall prepare the grade and construct a wooden series of level platforms
such that the level platform is centered on the door of principal entry into the travel trailer

Exhibit 7– Page 9

FL-FCA-000121

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

and flush with the doorsill.  Contractor shall coordinate platform design with local
authorities to ensure compliance with the current American Disability Act, and State, and
local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout,
except for the platform surfaces, which shall be exterior plywood.  The handrail shall be 2"
x 4" safety-edge lumber, sanded and painted with one coat of white paint.  Nails shall be
coated and sized consistent with industry standards.

The overall number of platforms shall be fixed by the height above the grade of the travel
trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface,
approach to the ramp.  The platform heights shall be between seven and one half-inch (7
1/2") and eight inches (8") maximum. The platforms shall be firmly supported on grade,
with mud seals added where necessary because of soil conditions.  The platforms shall
have a non-skid surface using materials that are FEMA/Industrial approved (sand added to
paint is unacceptable).

Exhibit 7-- Page 10

FL-FCA-000122

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

# 1. General

This specification establishes the minimum requirements for disaster area maintenance of temporary housing units.

This contractor at a minimum will:

a) Provide maintenance services of units assigned by FEMA. This maintenance services contract includes performing monthly preventative maintenance inspections, responding to routine and emergency maintenance calls and making repairs as required for units assigned to the contractor and/or identified by FEMA.

b) Maintain records pertaining to tasks assigned to include monthly preventative maintenance inspection, routine and emergency maintenance and will make those records available for review upon request by FEMA. The records shall be saved and provided to FEMA when the units are deactivated, and/or upon request by FEMA. All records will be saved and provided on a CD-ROM in Microsoft Word or Excel and provided to FEMA. The contractor will maintain a back-up copy for three years after the contract is terminated.

c) Perform other tasks as required by the COTR and / or the COTR's designee, and as described in the Additional Cost Line Items portion of this document. FEMA will notify the contractor of the requirement for these tasks.

d) Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.

e) The Contractor at no time will leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.

f) Contact the manufacturer, dealer or temporary housing unit source for warranty maintenance issues as approved by FEMA. FEMA will not pay any co-payment or deductions if they are required. If the contractor is paid by the manufacturer, dealer, or temporary housing unit source to perform warranty maintenance, the contractor shall reimburse FEMA of the amount received.

g) Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.

h) Make repairs identified by FEMA. Generally the Contractor will be expected to correct problems that the occupants are not expected to correct. These problems are not limited to tasks that require the professional services of an experienced electrician, carpenter, plumber, or appliance repairman.

i) Obtain approval from the COTR prior to performing any miscellaneous or unusual requirements. Written documentation must be submitted for reimbursement.

j) Inform FEMA of any trends associated with the upkeep and maintenance of the unit such as excessive service calls.

Exhibit 10 – Page 1



FL-FCA-000135

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

k) Respect applicant privacy and protect their information. The applicant information must not be used for any reasons other than the intended purpose. No applicant information will be provided to other entities without FEMA and the applicant's approval.

## 2. Maintenance Areas of Responsibility

The Contractor's area of responsibility is for all interior and exterior components of the unit which includes the:

### 2.1 Plumbing System

Plumbing includes all water and sewer lines and tanks inside the temporary housing unit and all external lines from the temporary housing unit to the utility main or the park owner's connection.

### 2.2 Electrical System

Electrical includes all wiring and associated parts from the Power Company's connection on the meter loop pole or pedestal, to and throughout the manufactured unit, including underground entrance cable. When connecting to an approved power source the responsibility shall include all installed components up to the approved power source.

### 2.3 Heating and Cooling System

This includes all major components to include wiring and associated parts

### 2.4 Replacement of Components

Unless it is associated with the repair and/or replacement of a related component the Contractor is not responsible for replacing such items as light bulbs, stoppers, drain baskets, extra door keys, light covers, etc.

### 2.5 Entrance/Exit components

This includes all panels, sidings, windows, screens and doors.

## 3. Function (tasks) Descriptions.

### 3.1 Maintenance – Emergency

Repairs that are authorized under Emergency Maintenance may be requested by the temporary housing unit occupant (the contractor needs to report this to FEMA immediately) and are defined as those necessary to eliminate a serious health, safety, or security hazard. All emergency work orders received after hours, weekends, or holidays from the occupant shall be reported to the COTR by 10:00 a.m. on the following normal workday.

The Contractor shall initiate repairs to eliminate these healths, safety, or security hazards within six (6) hours of receipt (7 days per week) of an emergency request and complete the work as soon as possible. This may include temporary repairs, in which

Exhibit 10 – Page 2

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

case the Contractor shall notify the COTR or designee. Permanent repairs must be completed within the routine repair time frame.

Emergency maintenance is typically required in response to, but not limited to, one of the following problems:
a) Gas leak
b) Major water leak, where a shut off valve cannot be located
c) Actual sewage leak (Health concern)
d) No heat (when outside temperature is, or is expected to go below 50 degrees Fahrenheit)
e) No A/C (when outside temperature is, or is expected to go above 85 degrees Fahrenheit)
f) No electricity (excluding local power company failure), or major electrical malfunction.

## 3.2 Maintenance – Routine

Maintenance not defined as emergency maintenance is defined as routine maintenance, unless identified by FEMA. All routine repairs shall be completed within 48 hours after receipt of the requirement. When such 48-hour completion time would expire on Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following Monday or Tuesday, as appropriate.

The Contractor shall complete routine maintenance items requested by the occupant that were not listed on the work order when performing a service call or preventive maintenance visit, as long as the total cost of material does not exceed $250. **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.** It is the contractor's responsibility to obtain the name of the person and the time of the decision.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

Priority shall be given during routine maintenance to:
a) Heating (winter) and cooling (summer) problems not corrected under the emergency maintenance definition
b) Problems that could be a health concern, such as stopped-up sewer or water lines
c) Permanent correction of temporary repairs that were performed under emergency maintenance; and
d) Other such tasks where earlier correction could lessen the extent of the problem.

## 3.3 Maintenance – Staging

This is related to the units located at the staging areas or other designated areas identified by FEMA. This function includes performing maintenance of units identified by FEMA. Maintenance tasks on these units will by identified and assigned by the COTR or his designee.

Exhibit 10 – Page 3

FL-FCA-000137

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 3.4 *Major Material Item Replacement*

The Contractor shall provide all necessary replacement parts and materials to repair manufactured units under this Contract, except those identified as Major Material Items.

Major Material Items are identified as, but not limited to, refrigerators, water heaters, ranges, axles, exterior doors, temporary housing unit tires, complete furnace, complete A/C, or any other component valued at over $250. The Contractor may replace these items only after prior inspection and approval by the COTR or CO.

If the Contractor determines, after an inspection by a certified mechanic, that repair of a Major Material Item(s) is impractical, the Contractor shall promptly provide the COTR with a written report. This written report needs to address identifying the item(s) by make, model number, part number, identification number and location, condition of the item, and itemized material cost to replace the item(s).

*Note: This is for the actual item costs. Labor costs are covered under the monthly maintenance fee. Any additional labor cost must be itemized and approved by the COTR prior to performing the work. The COTR shall investigate and determine the practicality of repair versus replacement, and then shall instruct the Contractor to proceed with repairs, provide the Contractor with the Major Material Item for replacement, or authorize the Contractor to purchase and replace the item*

Any parts valued at over $250 each that are replaced by the Contractor shall be returned with the completed work order to the COTR, if requested. Replaced parts shall be individually identified with a wire-on tag that contains the work order number, unit number, replacement date, and description of defect. Unit components replaced as defective and later determined by the COTR to have been repairable at a reasonable cost shall result in a back-charge to the Contractor for any associated material costs

The Contractor shall, at all times, make a reasonable effort to acquire all parts at prices favorable to the Government. If the COTR determines that the Contractor could have reasonably obtained the materials at significantly lower prices, the COTR may authorize payment based on the lower prices. Purchase receipts shall be provided to the COTR with the completed work order for all (each) parts costing over $250. The Contractor will be compensated for the actual purchase costs of materials used, as documented on the receipt.

When the Contractor must backorder repair parts for the furnace, A/C, refrigerator, or range, or is otherwise unable to repair these appliances within 48 hours of receiving the work request (within 6 hours for the furnace (winter) and A/C (summer)), the Contractor shall provide a temporary appliance for the occupant. The temporary heating appliance shall be equipped with an automatic shut-off that activates if the heater is accidentally tipped over. Such temporary appliances shall be provided, at no additional cost to the Government or the occupant, until such time as the permanent appliances are fully operational

Exhibit 10 – Page 4

FL-FCA-000138

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

All parts replaced shall be new and shall be of a quality equal to or better than the part being replaced.

# 4. Issuance of Work.

FEMA reserves the right to issue work to staff and other resources to perform the mission. The contractor will be assigned units after the units have been installed. The contractor will perform monthly maintenance service visits for each unit assigned. These visits must be at least 14 days apart.

The contractor may also be tasked to perform service calls for routine, emergency, staging maintenance and other tasks during normal duty hours. All service calls will have a follow-up visit scheduled.

The follow-up to a service call may serve as a monthly maintenance service visit if it is performed in the next month and the 14-day spread is met. The purpose of the maintenance service visit is to see if there were any maintenance issues related to the unit that need to be addressed and to make repairs as needed.

The contractor must provide the COTR a monthly schedule of planned visits on the first duty day of the month and a summary of findings for the units assigned at the end of the month.

The contractor will contact the applicant at least 24 hours prior to the scheduled maintenance visit. The contractor will also leave the occupant a summary of the findings and work performed for all visits and service calls.

The summary will include the unit information, date of the visit, the summary of findings and work performed, and the tentative date for the next scheduled maintenance service visit. A copy of the summary of each unit assigned shall be forwarded to FEMA on a monthly basis.

Routine, emergency, and staging work may be issued to the contractor via maintenance work orders. Maintenance work orders will be used for documenting all maintenance calls regardless of the nature. Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation. At the completion of the work the contractor shall:

  a) Complete the work order prior to requesting the occupant's signature (excluding cost).
  b) Attach a signed statement explaining the omission of occupant's signature when the occupant is unavailable to sign the completed work order.

When the unit is identified by FEMA as currently vacant the maintenance service visit will include inspecting the unit for safety hazards, damages and reporting the condition of the unit.

The contractor will perform a unit cleaning to prepare the unit for occupancy as assigned by FEMA. The LP tank of the mobile home or the travel trailer's LP bottles shall be filled for re-occupancy. The contractor will not replace appliances, furnishing, furnace, A/C, or water heater prior to COTR approval. If it is determined that these items need to be replaced for the

Exhibit 10 – Page 5

FL-FCA-000139

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

unit to be ready to occupy the contractor will submit in writing the items that need to be replaced and the estimated amount of replacement cost. The COTR must concur prior to items being replaced.

For billing purposes the contractor must submit the actual receipts for items replaced with the Work Order. Based on the concurrence or approval of the COTR, FEMA will reimburse the contractor the actual cost of the replacement items not to exceed the fair market value of the item.

# 5. Contractor Responsibilities

## 5.1 Work Hours

Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays. Emergency after-hours calls are considered as emergencies that occur anytime outside the above-mentioned hours and days. The completion time of service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the following duty day, as appropriate

## 5.2 Phone Service

The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to the Contracting Officer and FEMA COTR within 48 hours of contract award. The telephone number(s) will be provided to the unit occupants.

## 5.3 Facilities

The Contractor shall maintain an office and adequate storage and shop facilities to efficiently provide for the Government's maintenance obligation and requirements. Identification
The contractor personnel must wear an identification badge. The badge must include a contractor identification number, name, company name, and phone number. This badge must be visible when the contractor is working. The contractor is responsible for obtaining badges for all the employees working the tasks associated with this contract. This includes temporary, sub-contractors, etc.. The contractor is responsible for monitoring their staff.

## 5.4 Resources

The Contractor shall furnish all necessary labor, tools, equipment, and materials to perform temporary housing unit maintenance services. The contractor must obtain all appropriate permits and licenses needed to fulfill the tasks of this contract. The contractor must use certified and licensed personnel to perform the work needed (i.e. plumber, electrician, heating and air).

## 5.5 Contractor Expectations

All contractor staff is expected to carry themselves in a professional manner. It is the contractor's responsibility to monitor and supervise their staff work, professionalism,

Exhibit 10 – Page 6

FL-FCA-000140

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

and behavior. The contractor must be able to provide a background check of employees as requested.

## 5.6 *Qualification of Personnel*

Work performed under this task shall be completed by professionally certified mechanics with expertise in heating and air conditioning (HVAC), refrigeration, range, electrical, and/or plumbing repairs.

a) The Contractor must be able to provide documentation of each mechanic's professional certification (such as certificates of training course completion, letters from previous employers certifying experience, resumes, membership affiliations to professional organizations, or other such documentation), if requested by FEMA, which, in the COTR's opinion, attests to the mechanic's qualifications.

b) For unusually complex maintenance problems, the Contractor must have access to licensed/certified technicians in the areas of electrical, plumbing, furnace, air condition, and appliance repair. Utilization of licensed/certified personnel shall be at no additional cost to FEMA. Availability of licensed technicians shall be (a) on a 24-hour basis, if needed, (b) maintained throughout the period of this contract, and (c) the contractor may be required to provide documentation to the COTR that substantiates that licensed/certified technicians are being used.

c) The contractor will identify a primary and alternate point-of-contact within 48 hours of contract award.

## 5.7 *Warranty*

All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form

## 5.8 *Problem Reporting*

Any maintenance problems, which in the Contractor's opinion were manufacturer warranty issues, or caused by the installation Contractor (particularly towing damage which will affect removal) and/or negligence or abuse by the occupant shall be reported to the COTR (in writing) with the completed work order.

# 6. Tasks

## 6.1 *MH / TT Maintenance Specifications*

Task                THM-01

Task Title          MH / TT Maintenance Specifications

Task Description     The contractor will do maintenance necessary to maintain the temporary housing units in a safe, working, and livable, condition. The contractor shall perform only those corrective actions that

Exhibit 10 – Page 7

FL-FCA-000141

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

require the effort of skilled technicians or labors. FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA.

| | |
|---|---|
| Response Time | The contractor will provide maintenance services of units assigned and identified by FEMA. Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor. |
| Compensation | Monthly Maintenance – For each FEMA temporary housing unit still assigned (RFO) as of close of business (COB) of the last day of the month the contractor will be compensated a flat fee that covers: any repairs, labor, parts and emergency service, re-leveling, and monthly preventive maintenance inspections. |
| | This includes the move-out inspection and clean and make ready of the unit when the unit is vacant. |
| | If there are excessive emergency service calls the contractor shall inform the COTR of the trend and provide a log of events during the billing cycle. |
| Unit of Issue | Per Assigned Unit Per Month |

## 6.2 Staging Maintenance

| | |
|---|---|
| Task | THM-02 |
| Task Title | Staging Maintenance |
| Task Description | This is for maintaining units in staging locations, as identified by the COTR or designee. |
| Response Time | 48 hours after the issuance of the work order. |
| Compensation | A work order will be issued for the unit needing the maintenance work. Compensation is by time and materials |
| Unit of Issue | Per unit |

## 6.3 Miscellaneous for TT Maintenance

| | |
|---|---|
| Task | TTM-05 |
| Task Title | Miscellaneous for TT Maintenance |

Exhibit 10 – Page 8

FL-FCA-000142

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

| | |
|---|---|
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed travel trailer units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |
| | This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities. |
| **Response Time** | As appropriate |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| **Unit of Issue** | Each |

Exhibit 10 -- Page 9

FL-FCA-000143

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.4  *Install power pole and meter loop 30 AMP service*

| | |
|---|---|
| **Task** | TTM- 07A |
| **Task Title** | Install power pole and meter loop 30 AMP service |
| **Task Description** | Furnish and install temporary power pole and 30AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.5  *Install power pole and meter loop 50 AMP service*

| | |
|---|---|
| **Task** | TTM- 07B |
| **Task Title** | Install power pole and meter loop 50 AMP service |
| **Task Description** | Furnish and install temporary power pole and 50AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 10

FL-FCA-000144

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.6 Manufactured Homes Tasks

### 6.6.1 Miscellaneous for MH Maintenance

| | |
|---|---|
| Task | MHM-05A |
| Task Title | Miscellaneous for MH Maintenance |
| Task Description | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |
| | This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities. |
| Response Time | As appropriate |
| Compensation | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| Unit of Issue | Each |

### 6.6.2 Miscellaneous for MH Maintenance

| | |
|---|---|
| Task | MHM-05B |
| Task Title | Miscellaneous for MH Maintenance |
| Task Description | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |

Exhibit 10 – Page 11

FL-FCA-000145

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

**Response Time**   As appropriate

**Compensation**    Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

**Unit of Issue**    Each

### 6.6.3   Install power pole and meter loop 100 AMP service

**Task**            MHM- 07A

**Task Title**      Install power pole and meter loop 100 AMP service

**Task Description**  Furnish and install temporary power pole and 100AMP meter-base. Contractor will meet all local and State codes.

The contractor must have all appropriate permits and licenses.

**Response Time**   As appropriate

**Compensation**    Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required.

**Unit of Issue**    Each

### 6.6.4   Install power pole and meter loop 200 AMP service

**Task**            MHM- 07B

**Task Title**      Install power pole and meter loop 200 AMP service

**Task Description**  Furnish and install temporary power pole and 200AMP meter-base. Contractor will meet all local and State codes.

The contractor must have all appropriate permits and licenses.

Exhibit 10 – Page 12

FL-FCA-000146

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

| | |
|---|---|
| Compensation | Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| Unit of Issue | Each |

### 6.6.5    Refurbish MH

| | |
|---|---|
| Task | RMHR-01A |
| Task Title | Refurbish MH |
| Task Description | Refurbishment tasks associated with the repair and refurbishment manufactured home or park model (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| Response Time | As defined by the COTR or designee |
| Compensation | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| Unit of Issue | Each |

### 6.6.6    Refurbish TT

| | |
|---|---|
| Task | RTTR-01B |
| Task Title | Refurbish TT |
| Task Description | Refurbishment tasks associated with the repair and refurbishment travel trailer (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| Response Time | As defined by the COTR or designee |
| Compensation | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| Unit of Issue | Each |

Exhibit 10 – Page 13

FL-FCA-000147

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

# 7. Septic Bladder

## 7.1 Pump Septic Bladder up to 210 gallon

(Line Item PU-1)

Pump septic waste from two-hundred-ten (210) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local, state, and federal regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

## 7.2 Pump Septic Bladder up to 260 gallon

(Line Item PU-2)

Pump septic waste from two-hundred-sixty (260) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local and state regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

## 7.3 Transport and Dispose of Pumped Septic Waste up to 210 gallon

(Line Item PU-3)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-ten (210) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

## 7.4 Transport and Dispose of Pumped Septic Waste up to 260 gallon

(Line Item PU-4)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-sixty (260) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

Exhibit 10 – Page 14

FL-FCA-000148

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

### 7.5  *Dump Station Fees*

(Line Item PU-5)

The contractor shall be compensated for dump station fees. The contractor must submit the date performed, site addresses pumped, capacity of the pump truck in gallons, and dated receipt for dump station fees. In instances where the capacity of the pump truck is greater than the combined capacity of the pumped septic bladders serviced by the pump truck the receipt must be document.

Exhibit 10 – Page 15

FL-FCA-000149

STATS Record        59863

Site Control #      SC-03-076826
RGSN ID             940760507A

Site Type           Private

Name                Dubuclet, Elisha A

Site Name
Address             6046 Dorothea St
City                New Orleans
Parish/ County      Orleans
State               LA
ZIP                 70126
District             3a

Unit Type           TT
Work Order #        1603-001-063188-INP

Bar Code            1373963

VIN                 4CJ1F322764015272

RFO Date:           3/31/2006

EXHIBIT

C

tabbies®

FEI
000001



ADA

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

| | | |
|---|---|---|
| Work Order #: 1603-001-063188-INP | Contractor: Fluor | Issue Date: 2/13/2006 |
| Site Type: Private | Unit Type: T T - Regular  Issued By: DJOLIVET | RFO Date: |

## Applicant Information

| | |
|---|---|
| Reg. ID: 94-0760507A | |
| Name: DUBUCLET, ELISHA A. | |
| Current Phone: (713)683-6529 | |
| Alternate Phone: (504)228-2454 | |
| DD Phone: (713)683-6529 | |
| DD Alt. Phone: (504)228-2454 | |

| P-Code | Number of Units Needed |
|---|---|
| P-4TTP | MH's 0   TT's 1 |

**Number Housed** 0

**BR Required**

## Household Composition

| Name | Relationship | Age |
|---|---|---|
| DUBUCLET, ELISHA A | Registrant | 38 |
| DUBUCLET, TIMIA L | Immed Family | 6 |

## Special Needs

NEED RAMPSI :
RECOMMEND PARK MODEL TT

## Site Information

| | | |
|---|---|---|
| Site Control#: SC-03-076826 | Address: 6046 DOROTHEA ST | County: Orleans |
| Site Name: | City, St. Zip: NEW ORLEANS, LA 70126 | Lot #1:  Lot #2: |

Directions to Site: EXPEDITED PPI

NEED RAMPS                L TT.girl 7, boy 11.mother acnnot walk needs ramp.

## Unit Information

| | | |
|---|---|---|
| Unit #1: | Serial #1: | GPS Longitude: |
| Unit #2: | Serial #2: | GPS Latitude: |

## Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic Park Model Setup | Each | 1 | $0.00 | $0.00 |
| | | | | $0.00 |

RECEIVED BY:

DDM DISTRICT 3

## Signature Section

| | Representative | Signature | Date | Driver Name |
|---|---|---|---|---|
| Inspector: | | | | |
| Contractor: | Fluor | | | Driver License Number |
| Monitor: | | | | |

FEI
000002

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**READY FOR OCCUPANCY STATUS**

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program)<br>☐ MH  ☑ TT  ☐ OTHER | RGSN ID NUMBER<br>94-0760507A | CONTRACT WO NUMBER<br>1603-001-<br>063188-IH1 | SITE CONTROL NUMBER<br>Sc-03-076826 |
|---|---|---|---|
| APPLICANT NAME<br>ELISHA A. DUBUCLET | T.H. No. BARCODE ☒<br>1373963<br>1376252 | ADDRESS<br>6046 Dorothea Street<br>New Orleans LA 70126 | |
| INSPECTOR (Please Print)<br>Stephen Harris | VEHICLE IDENTIFICATION NUMBER<br>Different No<br>-5E2200R 23611 1991D | Condit<br>4CJIF3227640I5272 | |

**1. INSPECTION (To be completed by Direct UNIT (DHOPS)**

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☑ Blocked                    ☑ Sewer Connected

☑ Steps/Ramp                 ☑ Electric Connected  ADA

☑ Water Connected            ☑ Gas Connected  WH

COMMENTS - INSTALLATION OR SITE CONDITIONS:

| INSPECTOR SIGNATURE  *(signature)* | DATE<br>3/31/06 |
|---|---|

**II. TEMPORARY WAIVER OF UTILITY INSTALLATION**

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/Federal Emergency Management Agency without:

☐ Water Connection     ☐ Electricity Connection     ☐ Sewer Connection     ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO:     DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer     ☐ Electricity     ☐ Permits (ele)     ☐ Water     ☐ Gas     ☐ Permits (meh)     ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

FEMA Form 90-24, JUL 05

FEI
000003

FEI 000020

| VIN | Bar Code | Manufacture | Fluor: Stage Inspector | Fluor: Date Inspected | Fluor: Date Left Staging | Fluor: Haul Contractor | Fluor: Date Received On Site |
|---|---|---|---|---|---|---|---|
| 1F3227640152272 | 1373963 | FLEETWOOD | T.JONES | 3/28/2006 | 3/30/2006 P2S | | 3/30/2006 |

FEI 000021

| Head of Household | Family Member 1 | Family Member 2 | Family Member 3 | Family Member 4 | Flag | Site Cont Flag | RGSN ID | Inspector Name | Inspector Contractor |
|---|---|---|---|---|---|---|---|---|---|
| Elisha Dubuclet | Leslie Picot | Timothy Dubuclet Jr | Timia Dubuclet | | | SC-03-076826 | 9407505074 A | STEPHEN HARRIS | FLUOR |

FEI 000022

| QA Date | PEO Date | Work Order # | ESC - Date Inspected | FEMA Staging | Date On Staging | ESC - Haul Contractor | Fluor - Date Received At Fluor Staging |
|---------|----------|--------------|----------------------|--------------|-----------------|----------------------|----------------------------------------|
| 3/31/2006 | 3/31/2006 | 1603-001-063188-INP | 3/28/2006 | 3/28/2006 | PSSF | | 3/28/2006 |

| Work Order Received | Unit Occupied | Fluor Staging Area | Lease Date | Leased In By |
|---|---|---|---|---|
| 3/30/2006 | 5/11/2006 | Six Flags, LA | 5/11/2006 | Wilbert Hogan Jr |

FEI 000023

| WONUM | LONGDESCRIPTION |
|---|---|
| 186644 | \1Z\nFEMA #840760507\n\nELISHA DUBUCLET\n6046 DORETHEA ST.\nNEW ORLEANS, LA 70126\n504-228-2454 OR 713-683-6529\n\nNEEDS TO BE LEASED\n\nHANDED OVER TO S. HAMILTON LEASE IN.' |

FEI 000024

FEI 000025

| WONUM | STATUS | WORKTYPE | LEADCRAFT | DESCRIPTION | REPORTEDBY | REPORTDATE | ACTSTART | ACTFINISH |
|---|---|---|---|---|---|---|---|---|
| 186644 | COMP | INST | TMFLUORMC | 186644-3-LEASED-ELISHA DUBUCLET | JZ54277 | 4/5/2006 1:00:05 PM | 4/6/2006 8:59 | 6/19/2006 13:51 |

FEI 000026

| SCHEDSTART | SCHEDFINISH | RESPONDBY | FAILURECODE | ORGID |
|---|---|---|---|---|
| 4/6/2006 15:22 | 5/6/2006 15:24 | 4/5/2006 5:00:05 PM | GM | DEL-JEN |

| WONUM | LONGDESCRIPTION |
| --- | --- |
| 186651 | 'JZ\nFEMA #84076050\n\nELISHA DUBUCLET\n6046 DORETHEA ST.\nNEW ORLEANS, LA 70126\n504-228-2454 OR 713-683-6529\n\nELECTRIC PERMIT.\n Work order already created on 4/17/06 for permit it was printed up and assigned that same day today is 5/2/06 it has probly reached the contractors now entergy may have the permit but just havn't logged it yet, I was talking ot applicant and we got disconnected, inform applicant that i already sent off her information on the 14 and to try to be as patient as she can becasue it's not just fluor(who dropped her trailer) we are dealing with, we have subcontractors who we go through to do our electrical work 5/2/06 mike adams\n\n5-10-06 cancelled wo 195705 due to duplication. Edited task in quickbase maintenance with this wo requesting permit/release.\ncas' |

FEI 000027

| WONUM | STATUS | WORKTYPE | LEADCRAFT | DESCRIPTION | REPORTEDBY | REPORTDATE | ACTSTART | ACTFINISH |
|-------|--------|----------|-----------|-------------|------------|-----------|----------|-----------|
| 188651 | COMP | INST | TMFLUORMC | 188651-3-PERMIT-ELISHA DUBUCLET | JZ54277 | 4/5/2006 1:04:01 PM | 4/6/2006 8:59 | 7/10/2006 9:24 |

FEI 000028

FEI 000029

| SCHEDSTART | SCHEDFINISH | RESPONDBY | FAILURECODE | ORGID | SITEID |
|---|---|---|---|---|---|
| 4/6/2006 13:06 | 5/6/2006 13:06 | 4/5/2006 5:04:01 PM | ELECTRIC | DEL-JEN | TM |

| WONUM |
|---|
| 195705 |

| LONGDESCRIPTION |
|---|
| JH\nFEMA 940760507\n\nELISHA DUBUCLET\n6046 DORETHEA ST.\nNEW ORLEANS, LA 70126\n504-228-2454\n713-683-6529\n\nTENANT IS WAITING FOR PERMIT TO BE DELIVERED TO ELECTRICITY COMPANY.  ENTERGY.' |

FEI 000030

FEI 000031

| WONUM | STATUS | WORKTYPE | LEADCRAFT | DESCRIPTION | REPORTEDBY | REPORTDATE | ACTSTART | ACTFINISH |
|---|---|---|---|---|---|---|---|---|
| 195705 | CANCEL | INST | TMFLUORMC | 195705-PERMIT-ELISHA DUBUCLET | JHE54276 | 4/12/2006 10:25:06 AM | 4/20/2006 9:09 | 5/10/2006 8:11 |

FEI 000032

| SCHEDSTART | SCHEDFINISH | RESPONDBY | FAILURECODE | ORGID | SITED |
|---|---|---|---|---|---|
| 4/12/2006 10:25 | 5/12/2006 10:25 | 4/12/2006 2:25:06 PM | ELECTRIC | DEL-JEN | TM |

| WONUM | LONG DESCRIPTION |
|---|---|
| 242817 | 'SJCnB/C DO NOT HAVE\n\n\nELISHA DUBUCLET\n6046 NORTH DORTHEA ST\nNEW ORLEANS, LA 70126\n604-228-2454\n\nMANITENACNE GUY, TOBY WILLIAMS, CALLED IN FOR TENANT TO REPORT BROKEN MICROWAVE. HE SAYS THAT OUTLET WORKS, AND MICROWAVE DOES NOT.\n\n05/16/06 TECH NOTES: TECH REPLACE MICROWAVE \nTECH HOOPER/SORINA    C JONES 05/17/06\nSTART TIME:\nFINISH TIME:' |

FEI 000033

| WONUM | STATUS | WORKTYPE | LEADCRAFT | DESCRIPTION | REPORTEDBY | REPORTDATE |
|-------|--------|----------|-----------|-------------|------------|------------|
| 242817 | COMP | SC | TMNO | 242817-ELISHA DUBUCLET-APPLIANCE | BALLEN | 5/11/2006 3:17:55 PM |

FEI 000034

FEI 000035

| DOTSTART | AQTFINISH | SCHEDSTART | SCHEDFINISH | RESPONDBY | FAILURECODE | ORGID | SITEID |
|---|---|---|---|---|---|---|---|
| 5/17/2006 11:21:50 AM | 5/17/2006 11:21:50 AM | 5/12/2006 3:22:45 PM | 5/15/2006 3:22:48 PM | 5/11/2006 7:17:55 PM | APPLIANC | DEL-JEN | TM |

SCt# 13576806    P5x

DIWART

Bot 473162

FEI 000036

*UDT*

# Final Residential/Private RFO Package Requirements:

- FEMA Form 90-24 Ready for Occupancy Status

- FEMA Form 90 – Emergency Shelter- Agreement to Rules of Occupancy

- FEMA Form 90-13 Temporary Housing Unit Inspection Report

- FEMA Form 90-31 Ingress–Egress Agreement

- FEMA Form 90-26 Unit Installation Work Order

- FEMA Form 90-67 Temporary Housing Information Update

- FEMA Form 90-38 Temporary Housing Unit Maintenance Work Order

- STATS Record (Progress and Trailer Mobilization)

- Right of Entry Form

- LP Gas Testing Certificate

- Retrofit Documents

FEI 000037

Feb 08 2006 7:32     HP LASERJET FAX                                    P.2

SC03-076826

| Federal Emergency Management Agency | 1. REGISTRATION NO. | SITE CONTROL NO. | See Reverse side for | O.M.B. No. 3067-0275 |
|---|---|---|---|---|
| **LANDOWNER'S AUTORIZATION INGRESS-EGRESS AGREEMENT** | 94DHUS7YA | SC-03-076826 | Instructions and Paperwork Burden Notice | Expires September 30, 2005 |

2. LANDOWNER'S INFORMATION                          3. APPLICANT SITE INFORMATION

NAME:  Dubuclet, Elisha  A.

NAME  Dubuclet, Elisha a

ADDRESS (House No. and Street name)  6046 Dorothea St

SITE ADDRESS (House No. and Street name)  6046 Dorothea St

CITY AND STATE (Include Zip Code)  New Orleans        LA        70126

CITY AND STATE (Include Zip Code)  New Orleans        LA        70126

PHONE No. (Include Area Code) (504)228-3454

NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY

4. In consideration of the President's Disaster Proclamation of 08/29/2005   DR-1603  and the furnishings of a temporary housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and inasmuch to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property and authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street.  This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property.  No claims will be filed by Landowner for these actions.  (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.).  Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one)  ☐ the applicant   ☐ the owner   ☑ other (specify)  FEMA
Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay _____ /month rental for use of the property. (Mark "None" if no rental is to be charged.)

8. SIGNATURES                                                                    DATES

a. OWNER/AGENT   *Elisha A. Dubuclet*                                            02/08/06

b. APPLICANT     *Elisha A. Dubuclet*                                            02/08/06

c. WITNESS       *Leslie Picot*                                                  02/08/06

FEMA Form 90-31, OCT 02          REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41, May 91)

FEB 08,2006 09:44   5045930012                                          Page 3

FEI 000038

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
**EMERGENCY SHELTER – AGREEMENT TO RULES OF OCCUPANCY**

| FEMA DR # 1603 LA | Location # 6046 Dorothea Street | LOT: |
|---|---|---|
| RGSN #: 94-0760587 A | New Orleans, LA 70126 | S.C. # 03-076826   OR |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1)  Must keep the unit and the surrounding area clean.

(2)  Must not commit or allow crimes to occur in the unit or in the vicinity.

(3)  Must not allow anyone, other than the individuals listed below, to live in the unit.

(4)  Must accept other housing options, when they become available.

(5)  Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6)  Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| Elisha Dubuclet | Elisha J. Dubuclet | 05/11/06 |

*(To be Completed by Person Assigning the Shelter Unit)*

Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| Elisha Dubuclet | 39 | Female |
| Leslie Picot | 60 | Female |
| Timothy Dubuclet, Jr. | 12 | Male |
| Timia Dubuclet | 9 | Female |

| Site Control # SC-03-076826 | Unit Bar Code # 1373963   1326252 | Unit VIN # 4CJTF3229640 (5272   SCZ3200R236H19910 |
|---|---|---|
| Name of Person Assigning Shelter Unit (Please Print) Wilbert Hogan Jr. | Signature of Person Assigning Shelter Unit Wilbert Hogan Jr. | Date 5/11/06 |

FEI 000039

2-8-06

VIN# 5EZ 200R 236 H199?0

## U. S. DEPARTMENT OF HOMELAND SECURITY
### FEDERAL EMERGENCY MANAGEMENT AGENCY
### TEMPORARY HOUSING UNIT INSPECTION REPORT

| 1. Temporary Housing Unit No. | 2. Serial No./Vin |
|---|---|
| 1326252 | |

**3. TYPE OF INSPECTION**

| | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage | ☐ | ☐ | ☐ |
| Staging | ☐ | ☐ | ☐ |
| Site | ☑ | ☐ | ☐ |
| RFO | | ☐ | ☐ |
| Move In | | ☐ | |
| Move Out | | ☐ | |

**4. TYPE OF FACILITY**

- ☐ Other
- ☐ Mobile Home
- ☑ Travel Trailer

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | | | |
| Range | | | |
| Microwave | | | |
| Refrigerator | | | |
| A/C | | | |
| Water Heater | | | |

**6. UNIT INFO.**

a. Manufacturer

b. Year

c. Size (Ft. -inc towing hitch)

d. Number of Bedrooms

**7. INSPECTIONS**

☐ Disaster   ☐ Storage

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**

N = New   G = Good   P = Poor   D = Damaged   M = Missing

Handicap   ☐ Yes   ☐ No

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kitchen & Dining | | Condition | | First Bedroom | | Condition | | Bathroom | | Condition | |
| Dinette Table | | | | Double Bed, Complete | | | | Commode | | | |
| Dinette Chairs ( 6 for 3 BR) | | | | Mirror | | | | Tub/Shower | | | |
| Range | | | | Cabinets Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | | | Second Bedroom | | | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete | | | | Light Fixtures | | | |
| Sink | | | | Mirror | | | | Exterior Condition | | | |
| Light Fixtures | | | | Cabinet Storage | | | | Water Heater | | | |
| Fire Extinguisher | | | | Curtains & Rods | | | | Doors | | | |
| A/C    Living Room | | | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | | | | Third Bedroom | | | | Windows | | | |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | |
| End Table | | | | Mirror | | | | Front Panels | | | |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels | | | |
| Hall | | | | Interior Condition | | | | Roof Vents | | | |
| Furnace | | | | Floor Covering | | | | Towing Hitch | | | |
| Smoke Detectors | | | | Wall Panels | | | | Axles & Springs | | | |
| Light Fixtures | | | | Ceiling Panels | | | | Wheels & Tires | | | |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**



RIGHT SIDE          LEFT SIDE          FRONT          REAR

NOTE: Tail light harness furnished by: ☐ Towing Contractor

**10. COMMENTS (if more space is needed, continue on reverse)**

NO VISIBLE DAMAGE   KEYS IN SINK

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. | INSPECTOR SIGNATURE | DATE |
|---|---|---|---|
| 12. OCCUPANT NAME | | ADDRESS | THA No. |

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| | NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|---|
| Dispatch To/From Storage | | | |
| Receipt To/From Storage | | | |
| Dispatch To/From Site | | | |

| Occupant SIGNATURE (Move In or Move Out) | | DATE | FEMA REP. SIGNATURE | | DATE |
|---|---|---|---|---|---|

FEMA Form 90-13, JULY 05

225-228 338

FEI 000040

| U. S. DEPARTMENT OF HOMELAND SECURITY<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>**UNIT INSTALLATION WORK ORDER** | 1. SITE CONTROL NO.<br>SC-03-076826 | 2. WORK ORDER NO. |
|---|---|---|

| 3. APPLICANT SITE INFORMATION | | 4. CONTRACT WORK ORDER INFORMATION |
|---|---|---|

NAME (Last, First, Middle Initial)
Dubuclet, Elisha A

SITE ADDRESS (House No. and Street Name, or Pad No.
6046 Dorothea St

| CITY AND STATE | | | COUNTY |
|---|---|---|---|
| New Orleans | LA | 70126 | Orleans |

RGSN ID:
940760507A

DATE WORK ISSUED  ISSUED
3-29-06

| 5. SITE | Comm. | Group | 6. UNIT TYPE | 7. UNIT NO. |
| TYPE ☑ | Private | EGS | MH ☑ TT Other | |

8. INSTALLATION

CONTRACTOR  *P2S*
INSPECTOR  *AP*

DATE SCH. COMPL.

| ITEM NO | ITEMS TO FURNISH AND INSTALL | | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|---|
| | Basic Setup | | Each | 1 | | |
| | 4" Sewer Line, Buried | | Foot | | | |
| | 6" Sewer Line Buried | | Foot | | | |
| | 8" Sewer Line Buried | | Foot | | | |
| | Municipal Sewer | | Actual | | | |
| | 3/4" Water Line Extension, Buried | | Foot | | | |
| | 2" Water Line Extension, Buried | | Foot | | | |
| | Municipal Water | | Actual | | | |
| | Power Pole and Meter Loop  100 | AMP | Each | 1 | | |
| | Additional Towing Outside | Mile Radius | Mile | | | |
| | Heavy Equipment to Spot | | Each | | | |
| | Winterize Water Line Installation | | Foot | | | |
| | Direct Wiring of  30 | AMP Service, Over 50' | Each | 1 | | |
| | Direct Wiring of Well Pump | | Each | | | |
| | 30 AMP Well Pump Switch | | Each | | | |
| | Ramp (Per Entrance) | | Each | | | |
| | LP Gas System and 100 Gallon LP | | Each | | | |
| | Natural Gas Hookup | | Foot | | | |
| | Gas Line Extension, Underground | | Each | | | |
| | Skirting | | Each | | | |
| | Permits | | Actual | | | |
| | Steps (Per Entrance) | | Each | | | |
| | 30 AMP Breaker with Panel | | Each | 1 | | |

**WORK ORDER TOTAL:**

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

North on Downman Rd. to Dorothea St. Turn right on Dorothea to 6046.

One Call Notification

Date    Time
3/28    8:15

One Call Reference No
60162281

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|

FEMA Form 90-26, JUL 05

FEI 000041

## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### INTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **ACCESSORIES ASSEMBLED AND ARRANGED FOR USE, GENERAL INSPECTION** | | | |
| FIRE EXTINGUISHER HUNG AND CHARGED | ✓ | ✓ | |
| WINDOW CLIPS, TRAVEL BLOCKING, PROTECTIVE TAPE AND PACKING DEBRIS REMOVED | ✓ | ✓ | |
| MOUNTING AND CLEANLINESS OF STORM WINDOW PANELS | ✓ | ✓ | |
| SCREENS INSTALLED ON WINDOWS THAT OPEN | ✓ | ✓ | |
| CURTAINS/MINI-BLINDS INSTALLED AND FUNCTION | ✓ | ✓ | |
| CABINET DOOR PANELS AND KNOCKOUT PANELS INSTALLED | ✓ | ✓ | |
| DRAWERS INSTALLED AND FUNCTION | ✓ | ✓ | |
| CABINETS, DOORS, AND DRAWER HANDLES INSTALLED AND FUNCTION | ✓ | ✓ | |
| FLOORS, COUNTERS, KITCHEN EQUIPMENT, BATH FIXTURES, AND WINDOWS ARE CLEAN | ✓ | ✓ | |
| ALL DOORS FUNCTION PROPERLY | ✓ | ✓ | |
| MOULDING AND/OR PANELS INSTALLED PROPERLY | ✓ | ✓ | |
| **INTERIOR UTILITY SYSTEMS** | | | |
| INTERIOR WATER SYSTEMS CHECKED FOR LEAKS AT SUPPLY LINES, DRAIN LINES, AND PLUMBING CONNECTION POINTS | ✓ | ✓ | |
| FAUCET SETS, BALL COCKS, AND SHOWER DIVERTERS OPERATE | ✓ | ✓ | |
| HOT/COLD LINES CONNECTED CORRECTLY | ✓ | ✓ | |
| TOILET SEAL INTACT | ✓ | ✓ | |
| INTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | ✓ | |
| EXTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | ✓ | |
| ALL ELECTRICAL CIRCUITS, BREAKERS AND SWITCHES FUNCTION PROPERLY | ✓ | ✓ | |
| NO EVIDENCE OF LOOSE OR CORRODED ELECTRICAL CONNECTIONS | ✓ | ✓ | |
| **APPLIANCES AND APPERTENANCES** | | | |
| CHECK THE REFRIGERATOR, RANGE/OVEN, MICROWAVE OVEN, FURNACE, AIR CONDITIONER, AND WATER HEATER OPERATE PROPERLY | ✓ | ✓ | |
| PILOTS AND RANGE BURNERS ADJUSTED PROPERLY | N/A | N/A | |
| SMOKE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | ✓ | |
| CARBON MONOXIDE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | N/A | N/A | |
| LP DETECTORS INSTALLED AND OPERATES PROPERLY | N/A | N/A | |
| KITCHEN AND BATHROOM FANS OPERATE PROPERLY | | | |

REMARKS: ADA (All electric) unit.

Tested electrical system and appliances with generator

CLIENT NAME/ADDRESS/PHONE #: Elisha A. Dubuclet   (713) 683-6529   (504) 228-2454   6046 Dorthea St. New Orleans, LA 70126

UDT/WORK ORDER NUMBER: 1603-001-063188-1NP

SITE CONTROL NUMBER: SC-03-076826

TRAILER VIN: SCZ200R2361179910

BAR CODE NUMBER: +326252

CONTRACTOR QC: John Reeves
PRINT NAME

SIGNATURE: JBReeves   DATE: 3/31/06

QA INSPECTOR: Stephen Harris
PRINT NAME

SIGNATURE: _____   DATE: 3/31/06

FEI 000042

## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### EXTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **BLOCKING AND LEVELING** | | | |
| AREA CLEAN FOR BLOCK PLACEMENT | ✓ | ✓ | |
| FOOTINGS/PIER PADS | ✓ | ✓ | 2'×2' plywood |
| SIX CONCRETE PIERS MINIMUM | ✓ | | |
| PIERS EVENLY SPACED, END PIERS APP. 6" OFF THE EDGE OF THE UNIT | ✓ | | |
| 4" CAP BLOCK LAYER, TOP AND BOTTOM | ✓ | | |
| SHIMS, MINIMUM 2 | ✓ | | |
| BLOCKING TIMBER AND SHIMS PERPENDICULAR TO I-BEAM | ✓ | | |
| ALL PIERS CORRECT | ✓ | | |
| **ANCHORS AND STRAPPING** | | | |
| ANCHOR INSTALLED CORRECTLY | ✓ | | |
| REQUIRED STRAPS | ✓ | | |
| SPACING OF ANCHORS | ✓ | | |
| STRAP SECUREMENT | ✓ | | |
| **SEWER LINE INSTALLATION** | | | |
| CLEAN-OUT FITTINGS INSTALLED | ✓ | | |
| VERIFY CORRECT P-TRAP AND VENT INSTALLATION | ✓ | | |
| HEAT TRACE AND INSULATION ON P-TRAP | ✓ | | |
| INSIDE PIPE DIAMETER MINIMUM OF 3" | ✓ | | |
| PIPE GRADE (SLOPE) 1% MAXIMUM (1/4" PER FOOT) | ✓ | | |
| HANGING STRAPS SPACED AT 4' MAXIMUM | ✓ | | |
| SEALED CONNECTION TO SEWER PIPE | ✓ | | |
| PVC SCHEDULE 40 PIPE | ✓ | | |
| SEWER TAP CORRECT WHEN CONNECTING TO MUNICIPAL  SYSTEMS | ✓ | | |
| SEWER LINE TESTED FOR LEAKS | ✓ | | |
| **WATER LINE** | | | |
| APPROVED WATER HOSE RATED FOR POTABLE WATER | ✓ | | |
| CUT-OFF VALVE AT POINT OF CONNECTION AND ANTI-SIPHON INSTALLED | ✓ | | |
| HEAT TRACE AND INSULATION ON WATER HOSE | ✓ | | |
| PVC WATER SUPPLY LINE BURIED | N/A | N/A | |
| WATER PRESSURE ACCEPTABLE | ✓ | | |
| WATER PRESS. REDUCING DEVICE USED IF SUPPLY PRESS IS TOO HIGH | ✓ | | |
| SERVICE LINE TESTED | ✓ | | |
| **DIRECT WIRING** | | | |
| VERIFY #2 OR 2/0 THW WIRING | ✓ | | |
| UNDERGROUND RATING 100 OR 200 AMPS | ✓ | | overhead |
| MAIN BREAKER SIZE | ✓ | | 30 Amp |
| APPROPRIATE AMP 30 OR 50 | ✓ | | |
| WEATHERPROOF RECEPTACLE AND BREAKER BOX | ✓ | | |
| CONDUIT BURIED AT LEAST 18" | ✓ | | |
| SWEEPS INSTALLED AT JUNCTION BOX AND METER LOOP | ✓ | | |
| JUNCTION BOX MOUNTED ON 4"×4" TREATED LUMBER POST | ✓ | | |
| BOTTOM OF JUNCTION BOX MINIMUM 18" FROM GROUND | ✓ | | |
| **MISCELLANEOUS** | | | |
| BOTH PROPANE TANKS FULL | N/A | N/A | |
| ARE ADDITIONAL STEPS, PLATFORM, OR RAMPS INSTALLED? | ✓ | | wooden |
| IS THE BATTERY INSTALLED? | N/A | N/A | |

REMARKS:  Temp pole installed / needs drop and meter.  ADA  (All electric)

CONTRACTOR QC: _John Reeves_
PRINT NAME

SIGNATURE _JB Reeves_     DATE _3/3/04_

QA INSPECTOR: _Stephen Harris_
PRINT NAME

SIGNATURE _Stephen Harris_     DATE _3/31/06_

FEI 000043

# SITE DESCRIPTION



| SITE CONTROL # | SC-03-076826 | | THA #: | 940760507A |
|---|---|---|---|---|
| APPLICANT NAME | Dubuclet, Elisha A | | | |
| ADDRESS | 6046 Dorothea St / Deanne St. | | | |
| | New Orleans | | LA | 70126 |
| APPLICANT PHONE #'S | (713) 683-6529 | | (504) 228-2454 | |
| | 0 | | | |
| INSPECTOR NAME | Michael Theodore | | | |
| INSPECTOR PHONE # | (225 ) - 226 - 0695 | | DATE | 2/6/06 |

**PLEASE COMPLETE AND PRINT ALL INFORMATION**

FEI 000044

# FLUOR®

Fluor Government Group
Project Number: FEMA_IA_01
Hurricane's Katrina & Rita Relief Project

## Residential RFO Package Completion Form

| Site Control Number | | SC# 076826    B/C 1373963 | | |
|---|---|---|---|---|

| Form No. | Document Name | Instructions | Initial | Date |
|---|---|---|---|---|
| 1 | RFO Completion Form | Assemble the RFO Package by compiling the documents listed on this form. The documents MUST be assembled in the order listed here. The package is not considered complete unless all documents have been assembled. Once a Document has been assembled, The person completing this package initials and dates this form. | | |
| 2 | RFO Status Form | This document MUST have the following fields filled in correctly: 1)Applicants Name 2) Site Control Number 3)Trailer Barcode 4) Trailer VIN | BM | 5/23 |
| 3 | Emergency Shelter – Agreement to Rules of Occupancy | This document MUST have the following fields filled in correctly: FEMA DR #] Applicants FEMA Registration Number, LOT #] Site Control Number, Applicant MUST Print Name, Sign Name and Date the form. | BM | 5/23 |
| 4 | Temporary Housing Unit Inspection Report | This document MUST have the following fields filled in correctly: Box 1] Site Control Number, Box 2] Trailer VIN, Box 3] Check As Required, Box 4] Check As Required, Box Handicap] Check As Required, Box 9] Mark As Required, Box 11] Work Order Number, Inspectors Signature & Date, Box 12] Occupant Name & Address, Box 13]Applicant Signature & Date and FEMA Representative Signature & Date. | BM | 5/23 |
| 5 | DEL-GEN Inspection Report Form Sections 1 thru 4 | Check all appropriate boxes. Section 4 MUST have the following fields filled in correctly: 1) Trailer Address, 2) Site Control Number, 3] Trailer VIN, 4] Trailer Bar Code, 5] Work Order Number, Contractor QC Inspector] Printed Name, Signature & Date, QA Inspector] Printed Name, Signature & Date The Appendix is provided for contractor use and is NOT to be included in the package. | BM | 5/23 |
| 6 | Trailer Lease Check In List | This document MUST have all fields checked off as completed. The Appendix is to be reviewed and left with the resident. | BM | 5/23 |
| 7 | Assessment Team Tracking Report | The strike teams use this document to perform an initial assessment of the area or lot, include this in this RFO package. | NA | |
| 8 | Unit Delivery Ticket | This document MUST have the following fields filled in correctly: 1] Work order Number, 2] Site Type, 3] Site Control Number, 4] Site Address, 5] Unit Type, 6] Trailer Bar Code, 7] Trailer VIN, 8] Special Instructions – Check for ADA & other key items. | NA | |
| 9 | Landowner's Authorization Ingress-Egress Agreement | This document MUST have the following fields filled in correctly: Box 2]Land Owners Name, Address and Phone Number, Box 3] Applicants Name and Address, Line 4] The Correct Date & DR Number Line 6) Check As Required, Box 8] Owners Signature & Date, Applicant Signature & Date and Witness Signature & Date. | BM | 5/23 |
| 10 | Unit Installation Work Order | This document MUST have the following fields filled in correctly: Box 1] Site Control Number, Box 2] Work Order Number, Box 3] Applicant Name & Address, Box 4] Contractor Data, Box 5] Site Type -Check As Required, 6] Unit Type -Check As Required, Box 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. | BM | 5/23 |
| 11 | Fluor Right Of Entry | This document MUST have the following fields filled in correctly: 1) Date, 2] Applicant Name 3] Lease Date, 4] Property Location, Box 5] Site Activities - Check As Required, 6] Lessor Signature & Date. | NA | |
| 12 | Site Description Form | This document MUST have the following fields filled in correctly: 1] Site Control Number, 2] Applicant Name 3] Applicant Address, 4] Applicant Phone Number Contractor Data, Box 5] Site Type -Check As Required, 6] Unit Type -Check As Required, Box 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. Attach Additional Copies as needed. | BM | 5/23 |
| 13 | Fluor Exhibit A Form | Attach Additional Copies as needed to document additional comments about the site, the location, the applicant or other items. This document MUST have the following fields filled in correctly: 1] Site Address, 2] Applicant Name 3] Site Control Number, 4] Trailer Bar Code, 5] Trailer VIN | BM | 5/23 |
| 14 | LA DHH/OFC of Public Health/Sewage Treatment Waiver | This form is to accompany the package only when the applicant agrees to the waiver where there is a temporary sewage system in place. | NA | |
| 15 | Lease Agreement | Attach Original Executed Lease Documents. Copies may be substituted as necessary | BM | 5/2 |

FEI 000045

Document Name : RFO Completion Form.doc

Work # 292817

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**TEMPORARY HOUSING UNIT INSPECTION REPORT**

| | |
|---|---|
| 1. Temporary Housing Unit No. | 1373963 |
| 2. Serial No./Vin | HOJIF322764015 2 |

| 3. TYPE OF INSPECTION | | | | 4. TYPE OF FACILITY | 5. APPLIANCES | | | | 6. UNIT INFO. |
|---|---|---|---|---|---|---|---|---|---|

**3. TYPE OF INSPECTION**

| | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage | | ☐ | ☐ |
| Staging | | ☐ | ☐ |
| Site | | ☐ | ☐ |
| RFO | | | ☐ |
| Move In | | | ☐ |
| Move Out | | | |

**4. TYPE OF FACILITY**

☐ Other
☐ Mobile Home
☐ Travel Trailer

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | N/A | | |
| Range | Whirlpool | | |
| Microwave | ON W JDD | KUC-125E-WHI | |
| Refrigerator | Estate | TTHIDKXRQ60 | |
| A/C | N/A | | |
| Water Heater | N/A | | |

**6. UNIT INFO.**

a. Manufacturer: Fleetwood
b. Year: 06
c. Size (FL. - incl towing hitch): 32
d. Number of Bedrooms: 1

**7. INSPECTIONS**   ☐ Disaster   ☐ Storage

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**
N = New   G = Good   P = Poor   D = Damaged   M = Missing

**Handicap**  ☑ Yes  ☐ No

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | | Condition | | **First Bedroom** | | Condition | | **Bathroom** | | Condition | |
| Dinette Table | | | | Double Bed, Complete | | | ✓ | Commode | | | ✓ |
| Dinette Chairs ( 6 for 3 BR) | | | ✓ | Mirror | | | ✓ | Tub/Shower | | | ✓ |
| Range | | | ✓ | Cabinets Storage | | | | Lavatory | | | ✓ |
| Range Hood & Vent Fan | | | ✓ | Curtains & Rods | | | | Cosmetic Cabinet | | | ✓ |
| Refrigerator | | | ✓ | Light Fixtures | | | | Mirror | | | ✓ |
| Curtains & Rods | | | ✓ | **Second Bedroom** | | | | Curtains & Rods | | | ✓ |
| Cabinets | | | | Double Bed, Complete | | | | Light Fixtures | | | ✓ |
| Sink | | | ✓ | Mirror | | | | **Exterior Condition** | | | |
| Light Fixtures | | | ✓ | Cabinet Storage | | | | Water Heater | | | ✓ |
| Fire Extinguisher | | | ✓ | Curtains & Rods | | | | Doors | | | ✓ |
| A/C          **Living Room** | | | ✓ | Light Fixtures | | | | 2 Keys Per Door | | | ✓ |
| Couch | | | ✓ | **Third Bedroom** | | | | Windows | | | ✓ |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | ✓ |
| End Table | | | | Mirror | | | | Front Panels | | | ✓ |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | ✓ |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | ✓ |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels | | | ✓ |
| **Hall** | | | | **Interior Condition** | | | ✓ | Roof Vents | | | ✓ |
| Furnace | | | | Floor Covering | | | ✓ | Tongue Hitch | | | ✓ |
| Smoke Detectors | | | | Wall Panels | | | ✓ | Axles & Springs | | | ✓ |
| Light Fixtures | | | | Ceiling Panels | | | ✓ | Wheels & Tires | | | ✓ |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

OK — RIGHT SIDE       OK — LEFT SIDE       OK — FRONT       OK — REAR

NOTE:  Tail light harness furnished by:  ☐  Towing Contractor

**10. COMMENTS** (If more space is needed, continue on reverse)

| 11. READY FOR OCCUPANCY | CONTRACT W.O. No. | INSPECTOR SIGNATURE | DATE |
|---|---|---|---|
| 12. OCCUPANT NAME | | ADDRESS | THA No. |

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| | NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|---|
| Dispatch To/From Storage | SIX FLAGS | Jessica Wheeler 3-28-06 | |
| Receipt To/From Storage | | | |
| Dispatch To/From Site | | | 3/30/06 |
| Occupant SIGNATURE (Move In or Move Out) | | DATE | FEMA REP. SIGNATURE | DATE |

FEMA Form 90-13, JULY 95

FEI 000047a

Work # 292817

| U. S. DEPARTMENT OF HOMELAND SECURITY FEDERAL EMERGENCY MANAGEMENT AGENCY TEMPORARY HOUSING UNIT INSPECTION REPORT | 1. Temporary Housing Unit No. 1373963 | 2. Serial No./Vin 4C0IF33276Y015 |
|---|---|---|

**3. TYPE OF INSPECTION**

| | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage | | ☐ | ☐ |
| Staging | | ☐ | ☐ |
| Site | | ☐ | ☐ |
| RFO | | | |
| Move In | | | ☐ |
| Move Out | | | ☐ |

**4. TYPE OF FACILITY**

| | |
|---|---|
| ☐ Other | |
| ☐ Mobile Home | |
| ☐ Travel Trailer | |

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | N/A | | |
| Range | United | | |
| Microwave | United | K-C 925T-6.11 | |
| Refrigerator | Intaire | 770DCXRW(a) | |
| A/C | N/A | | |
| Water Heater | N/A | | |

**6. UNIT INFO.**

| | |
|---|---|
| a. Manufacturer | Intaire |
| b. Year | 06 |
| c. Size (Ft. inc towing hitch) | |
| d. Number of Bedrooms | |

**7. INSPECTIONS**
☐ Disaster   ☐ Storage

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**
N = New   G = Good   P = Poor   D = Damaged   M= Missing

**Handicap**  ☑ Yes  ☐ No

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | | Condition | | **First Bedroom** | | Condition | | **Bathroom** | | Condition | |
| Dinette Table | | | ✓ | Double Bed, Complete | | | ✓ | Commode | | | ✓ |
| Dinette Chairs ( 6 for 3 BR) | | | ✓ | Mirror | | | ✓ | Tub/Shower | | | ✓ |
| Range | | | ✓ | Cabinets Storage | | | ✓ | Lavatory | | | ✓ |
| Range Hood & Vent Fan | | | ✓ | Curtains & Rods | | | ✓ | Cosmetic Cabinet | | | ✓ |
| Refrigerator | | | ✓ | Light Fixtures | | | ✓ | Mirror | | | ✓ |
| Curtains & Rods | | | ✓ | **Second Bedroom** | | | | Curtains & Rods | | | ✓ |
| Cabinets | | | ✓ | Double Bed, Complete | | | | Light Fixtures | | | ✓ |
| Sink | | | ✓ | Mirror | | | | **Exterior Condition** | | | |
| Light Fixtures | | | ✓ | Cabinet Storage | | | | Water Heater | | | ✓ |
| Fire Extinguisher | | | ✓ | Curtains & Rods | | | | Doors | | | ✓ |
| A/C        Living Room | | | ✓ | Light Fixtures | | | | 2 Keys Per Door | | | ✓ |
| Couch | | | ✓ | **Third Bedroom** | | | | Windows | | | ✓ |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | ✓ |
| End Table | | | | Mirror | | | | Front Panels | | | ✓ |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | ✓ |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | ✓ |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels | | | ✓ |
| **Hall** | | | ✓ | **Interior Condition** | | | | Roof Vents | | | ✓ |
| Furnace | | | ✓ | Floor Covering | | | ✓ | Towing Hitch | | | ✓ |
| Smoke Detectors | | | ✓ | Wall Panels | | | ✓ | Axles & Springs | | | ✓ |
| Light Fixtures | | | ✓ | Ceiling Panels | | | ✓ | Wheels & Tires | | | ✓ |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

OK   RIGHT SIDE      OK   LEFT SIDE      OK   FRONT      OK   REAR

NOTE: Tail light harness furnished by: ☐ Towing Contractor

**10. COMMENTS** (If more space is needed, continue on reverse)

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. | INSPECTOR SIGNATURE | DATE |
|---|---|---|---|
| 12. OCCUPANT NAME | | ADDRESS | THA No. |

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| | NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|---|
| Dispatch To/From Storage | | | |
| Receipt To/From Storage | | | |
| Dispatch To/From Site | | | |
| Occupant SIGNATURE (Move In or Move Out) | DATE | FEMA REP. SIGNATURE | DATE |

FEMA Form 90-13, JULY 05

FEI 000047

*ADA*

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

Work Order #: **1603-001-063188-INP**     Contractor: Fluor

Site Type: Private     Unit Type: T T - Regular     Issued By: DJOLIVET     Issue Date: 2/13.2006     RFO Date:

## Applicant Information / Household Composition

Reg. ID: 94-0760507A

Name: DUBUCLET, ELISHA A.

Current Phone: (713)683-6529

Alternate Phone: (504)228-2454

DD Phone: (713)683-6529

DD Alt. Phone: (504)228-2454

**Number Housed** 0

**BR Required** I

| Name | Relationship | Age |
|------|-------------|-----|
| DUBUCLET, ELISHA A | Registrant | 38 |
| DUBUCLET, TIMIA L | Immed Family | 6 |

P-Code: P-4TTP    Number of Units Needed    MH's 0    TT's 1

## Special Needs

NEED RAMPS :
RECOMMEND PARK MODEL TT

## Site Information

Site Control#: SC-03-076826     Address: 6046 DOROTHEA ST     County: Orleans

Site Name:     City, St. Zip: NEW ORLEANS, LA 70126     Lot #1:     Lot #2:

Directions to Site: EXPEDITED PPI

NEED RAMPS

L TT, girl 7, boy 11.mother acnnot walk needs ramp.

## Unit Information

Unit #1:     Serial #1:     GPS Longitude:

Unit #2:     Serial #2:     GPS Latitude:

## Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|----------------------|------|----------|-----------|----------------|
| Basic Park Model Setup | Each | 1 | $0.00 | $0.00 |
|  |  |  |  | $0.00 |

RECEIVED BY:

DDM DISTRICT 3

## Signature Section

| | Representative | Signature | Date | Driver Name |
|--|--------------|-----------|------|-------------|
| Inspector: | | | | |
| Contractor: | Fluor | | | Driver License Number |
| Monitor: | | | | |

Monday, February 13, 2006       DR-1603-LA

FEI 000048

S/C # 03- 07682C



## FEDERAL EMERGENCY MANAGEMENT AGENCY
Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA



## TRAILER LEASE CHECK – IN LIST                    Page 1

DATE _S - 11_, 20_06_

NAME OF APPLICANT _Elisha A. Dubuclet_

REGISTRATION # _94- 076 0507A_

____1. Walk through the entire Travel Trailer room-to-room. Show where the closets are located, how to operate the blinds, locate all light switches; allow the applicant(s) time to check out whatever they want in each room.

____2. Conduct the move-in inspection at the same time you are conducting the walk-through.

____3. Show the location of the water heater, and how to open the cover. Also, explain that if they have any problems with the unit or if they need to adjust the temperature, they are to contact/call Maintenance.

____4. Show the location of the smoke detector(s), and impress on the applicant(s) that it/they is not to be disconnected for any reason.

____5. Locate the fire extinguisher, and make certain that they know how to use it.

____6. Explain how to use the stove and the oven.

____7. Explain how to set the thermostat for the refrigerator.

____8. Locate the thermostat for the air conditioner/heater, and explain how to set it.

____9. Explain how to change out the air filter(s) for the air conditioner/heater, which should be done once a month.

____10. Show the paperwork on all the appliances, and stress the necessity of keeping these documents in a place where they can be easily located.

____11. Allow the applicant(s) to walk around the outside of the trailer. Show him/her where the hose bib is, and discuss the operation of the valves of the holding tank.

N/A 12. Make sure that the applicant(s) signs the Move-In Inspection form.

QA Inspector Initials     W. H J
Applicant Initials        EAD
                          5 - 11-06

FEI 000049

S/C# _05- 016 866_



# FEDERAL EMERGENCY MANAGEMENT AGENCY
### Disaster Field Office
### 7401 Florida Blvd.
### Baton Rouge, LA 70806
### FEMA-1435-DR-LA
### FEMA-1437-DR-LA



## TRAILER LEASE CHECK – IN LIST

**Page 2**

Registration # _94- 0760507A_

____13. Sit down with the applicant(s):

        ____ a. Read and explain the Lease Agreement

        N/A b. Read and explain the Park Rules (if applicable)

        ____ c. Make certain the applicant(s) understands all the "do's" and "don'ts".

        ____ d. Point out the Maintenance telephone number.

        ____ e. Explain how to:

            (1.) Change light bulbs

            (2.) Tighten screws

            (3.) Light the stove burners and the oven pilot light

            (4.) Other procedures as may be identified for the applicant(s) to perform.

N/A 14. Have the applicant(s) sign two (2) copies of the Park Rules form (if applicable). One (1) copy is left with the applicant(s), and the other copy is returned to the DFO for the file.

____15. Have the applicant(s) sign the Lease Agreement, and explain that a copy of the Lease will be mailed to them after the FEMA signature is affixed.

N/A 16. Explain the Duplication of Funds:

    a. If the applicant(s) received Rent Money (ERO or ERFI only), then the money not spent on Rent or Lodging costs must be returned to FEMA the payment would be considered a duplication of assistance.

    b. The applicant(s) must return all or whatever funds have not been spent by way of a FEMA Check (all money), Money Order, Cashier's Check, or Personal Check. The check needs to be given to the leasing representative (PPI interviewer explained this requirement when the telephone interview).

    c. If money was spent for rent (either apartment, hotel, etc.), then collect the receipts for verification by the DFO.

____17. Give the applicant(s) the keys (2). Advise the applicant(s) that one (1) should be kept outside the trailer in a SAFE place (in case he/she gets locked out.

____18. Make certain that the applicant has the Helpline Telephone Number, and that he/she needs to call is there is a change in basic information, such as a new mailing address or telephone number. Helpline: **1 – 800 – 621 – 3362**

QA Inspector Initials _WHS_

Applicant Initials _CAD_

Date _5/11/06_

S/C # 03-0760507-#
03-076826



# FEDERAL EMERGENCY MANAGEMENT AGENCY
### Disaster Field Office
### 7401 Florida Blvd.
### Baton Rouge, LA 70806
### FEMA-1435-DR-LA
### FEMA-1437-DR-LA



## TRAILER LEASE CHECK – IN LIST          Page 3

Registration # 94- 0760507A

19. **Explain the Carbon Monoxide detector.**

20. **The Warranty and Instructional Package(s) MUST remain with trailer; the warranty information is for FEMA.**

N/A 21. **Use "Recoup" form to collect rent money; have applicant sign; Return the Form and the Check Immediately to the DFO Leasing Coordinator.**

N/A 22. **Copies to applicant(s):**

    a. **Move-In Inspection Report**
    b. **Park Rules (if applicable)**
    c. **Lease Agreement _____ (Date Mailed)**
    d. **Addendum to Lease-In Documents**
    e. **Receipt for Rent money returned to FEMA (if applicable) (Recoup Form)**
    f. **Any other document:**

      _____

      _____

QA Inspector Initials  WHJ
Applicant Initials  (AD)

Date  5-11-06

FEI 000051