UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 | |
| | FORMALDEHYDE | * | | |
| | PRODUCTS LIABILITY | * | | |
| | LITIGATION | * | SECTION: N(5) | |
| | | * | | |
| This Document Relates to: | | * | | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | | |
| | | * | JUDGE: ENGELHARDT | |
| Case No. 07-9228 | | * | | |
| | | * | | |
| | | * | MAG: CHASEZ | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT, MARY DEVANY**

NOW INTO COURT, through undersigned counsel, comes Defendant, Fleetwood Enterprises, Inc. (hereinafter "Fleetwood"), which respectfully moves this Court to exclude the testimony of Mary DeVany. Fleetwood moves to exclude all of DeVany's opinions because she is wholly unqualified, and her opinions find no support in the scientific literature, are not based upon a reliable, demonstrated methodology, are not reasonably based upon facts, and would not be of assistance to the trier of fact. Therefore, Ms. DeVany's testimony should be excluded under Federal Rule of Evidence 702. In support of this motion, Fleetwood refers the Court to its memorandum of law filed contemporaneously herewith and the following exhibits:

| A | Affidavit of Mary C. DeVany, submitted May 18, 2009 |
|---|---|
| B | Affidavit of Mary C. DeVany, submitted July 17, 2009 |
| C | Deposition of Mary DeVany, taken July 31, 2009, pp. 30-31, 51-54, 56, 66-67, 72-73, 116-17, 127, 131, 288-93, 317-19 |
| D | Deposition of Marco Kaltofen, taken on June 16, 2009, pp. 117-18 |
| E | Deposition of Elisha Dubuclet, taken on October 7, 2009 p. 143 |
| F | Report of Paul Hewett, dated October 26, 2009 |

This 9th day of November 2009.

        Respectfully submitted:

        */s/ Richard K. Hines, V*
        Richard K. Hines, V
        GA Bar No. 356300
        E-mail:  richard.hines@nelsonmullins.com
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

       I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                    ( )    Prepaid U.S. Mail

( )    Facsimile                           ( )    Federal Express

(X)    CM/ECF

       New Orleans, Louisiana, this 9th day of November 2009.

                                     /s/ Richard K. Hines, V
                                     Richard K. Hines, V
                                     Georgia Bar No. 356300
                                     E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)