Exhibit D

```
     0001

1                   UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4        IN RE:  FEMA TRAILER        MDL NO. 1873

5        FORMALDEHYDE PRODUCTS       SECTION N(4)

6        LIABILITY LITIGATION        JUDGE ENGELHARDT

7

8                            *   *   *

9

10                   VIDEOTAPED DEPOSITION OF MARCO

11       KALTOFEN, 2 SUMMER STREET, SUITE 14, NATICK,

12       MASSACHUSETTS 01760,  TAKEN AT THE OFFICES

13       OF LAMBERT & NELSON, 701 MAGAZINE STREET,

14       NEW ORLEANS, LOUISIANA 70130, ON THE 16TH

15       DAY OF JUNE, 2009.

16

17

18       REPORTED BY:

19           CATHY RENEE´ POWELL, CCR
             PROFESSIONAL SHORTHAND REPORTERS
20           (504)529-5255

21       VIDEOGRAPHER:

22           BRIAN SOILEAU
             PROFESSIONAL SHORTHAND REPORTERS
23           (504)529-5255

24

25
```

1      generally weren't hooked up.

2           Q.   You cite on page 8 of your report, the

3      Lawrence Berkeley -- in fact, there's a lengthy

4      quote from the Lawrence Berkeley report, correct?

5           A.   Correct.

6           Q.   And I'm just curious, based upon your

7      analysis of statistical sampling and appropriate

8      sample sizes previously in your report, but the

9      Lawrence Berkeley quote that you give here talks

10     about four unoccupied FEMA THUs were studied.

11               Just based upon what you've already

12     expressed as a statistically appropriate sample,

13     is four a statistically appropriate sample?

14          A.   Actually, you're mixing a few things, I

15     think, based on your question.

16               I didn't talk in my report about many of

17     the exact statistical significance levels for this

18     data.  So just so that's clear.

19          Q.   All I --

20          A.   Also --

21          Q.   -- meant to imply, and I don't mean to

22     interrupt, was just where you discuss selection of

23     an appropriate sample size.  That's all I'm

24     talking about.

25          A.   We actually talked about that in our

1      deposition this morning, and we've talked about
2      what kind of samples sizes give better probability
3      of having an answer fall within a certain range
4      for an on-sample trailer.  That's what we actually
5      spoke about.
6                For this, I am not reporting this in
7      terms of what's the statistically significant
8      sample size for any of the things we've discussed
9      this morning in terms of predicting
10     representativeness for a particular trailer.
11               Actually, something different is going
12     on here.  This is more of a measure of the rate of
13     emission for different materials, and we're not
14     looking at just four trailers now.  We're looking
15     at a much larger number of different material
16     samples from an individual trailer.
17               So in the Lawrence Berkeley study, what
18     we're really looking at is what are emission rates
19     from materials as opposed to the entire final
20     integrated concentration in one particular
21     trailer.  So I wouldn't think they're comparable
22     studies.
23          Q.   And you're not expressing any opinion on
24     whether that's a statistically appropriate or
25     valid sample size for what they are attempting to