Exhibit E

Transcript of the Testimony of
# Videotaped Deposition of Elisha Dubuclet

## Date taken: October 7, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

*\*\*Note\*\**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 143

1        Q.    Two.  One in, like, the main

2    living area and the other near the bathroom,

3    right?

4        A.    That's correct.

5        Q.    Okay.  You left both of those

6    vents open also?

7        A.    Yes.

8        Q.    All day, every day?

9        A.    I left them open.

10        Q.    Okay.  Did you also flip the

11    switch and put on the little power vent and

12    let that run?

13        A.    Occasionally I did that because

14    when I would call and make complaints about

15    different things, they would tell me to open

16    the -- or put that on or whatever.

17        Q.    So, in general, when you-all were

18    living in the unit, you would run the air

19    conditioner all day, every day except when

20    you would open the windows, which might be

21    every other day; is that correct?

22        A.    That's correct.

23        Q.    And if you didn't open the windows

24    and just opened the door a little bit and

25    had the screen door closed, you would run