UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ | |

**************************************************************************

### DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT KENNETH R. LAUGHERY, PH.D.

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court *in limine* to limit the expert testimony of Kenneth R. Laughery, Ph.D. As detailed in the memorandum of law supporting this motion, Dr. Laughery's sole remaining opinion following this Court's ruling on October 6, 2009 is mooted by an uncontroverted fact -- that Fleetwood placed a formaldehyde warning in the Dubuclet travel unit which is still present today. Therefore, because his only remaining opinion that would otherwise be admissible would not assist the trier of fact, Dr. Laughery's testimony as a whole should be excluded. In addition to its memorandum of law filed contemporaneously herewith, Fleetwood also relies on the following exhibits to support its motion:

| A | Expert Report of Kenneth R. Laughery, Ph.D., dated July 15, 2009 |
|---|---|
| B | Photograph of the formaldehyde warning posted by Fleetwood in the Dubuclet unit, taken by Plaintiff's expert, Alexis Mallet |

This 9th day of November 2009.

        Respectfully submitted:

        */s/ Richard K. Hines, V*
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

       I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | | |

       New Orleans, Louisiana, this 9th day of November 2009.

                                    /s/ Richard K. Hines, V
                                    Richard K. Hines, V
                                    Georgia Bar No. 356300
                                    E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)