Exhibit B



DUB001014