SmartPractice    9/22/2008 9:10:10 AM    PAGE 002/002    Fax Server



**ALLERGEN PATCH TEST**

## T.R.U.E. TEST

*Thin-layer Rapid Use epicutaneous Test

**13** | P-TERT-BUTYLPHENOL FORMALDEHYDE RESIN

### IMPORTANT PATIENT INFORMATION

T.R.U.E. TEST indicates that you have a contact allergy to *p-tert*-Butylphenol formaldehyde, a resin used in glues for bonding leather in shoes and layers of wood in the building industry.

Contact of this substance with your skin may result in dermatitis. Other factors may or may not be related to your condition. Your physician will counsel you on appropriate management of your dermatitis.

### Where *p-tert*-Butylphenol Formaldehyde Resin Is Found:

*p-tert*-Butylphenol formaldehyde resin is principally found in shoes, other glued leather goods (handbags, watchbands, belts, and hats), and in the automotive industry as a sealant. The most common exposure is to the glue in shoes that is used to bond new leather parts together. In addition, almost all cobblers repair shoes with glues containing this allergen. When shoes get wet, the allergen in these glues is dissolved and comes in contact with the skin.

*p-tert*-Butylphenol formaldehyde resin is also used in the manufacture of plywood, insulation, and fiberglass. Other less frequent sources of exposure include furniture, disinfectants, deodorants, insecticides, inks, film developers, and dental bonding materials. If you are severely allergic, you may react to glued fabrics and duplicating papers.

### How to Avoid *p-tert*-Butylphenol Formaldehyde Resin:

Avoid waterproof glues for leather. You may have to replace your shoes that have been soaked by water if your feet develop a rash. Do not have components of shoes reglued by a cobbler. Also change your socks often to avoid dampening the shoes with sweat.

Avoid direct skin contact with glued wood and sawdust from fiberglass and hardboard. Wear Allerderm [(800) 365-6868] gloves when working with glues or avoid "do-it-yourself" glues. Woodworking and ceramics hobbyists may change to an adhesive to which they are not allergic.

It may also be necessary to avoid duplicating paper and glued fabric materials. Because *p-tert*-Butylphenol formaldehyde resin is found in some industrial skin care products and, (rarely) in household products, it is important to use only ingredient-labeled products that do not list *p-tert*-Butylphenol formaldehyde resin or any of its synonyms on the label. If you suspect that you are being exposed to this allergen at work, consult your employer regarding Material Safety Data Sheets.

*Note: These are general guidelines for avoiding this particular allergen in your daily activities. Please consult your physician regarding specific additional instructions for you.*

### Synonyms/Components of *p-tert*-Butylphenol Formaldehyde Resin:

Paratertiary Butylphenol formaldehyde resin
PTBP formaldehyde
Butylphen
4(1,1-dimethylethyl)phenol

### Other Substances to Which You May React:

Neoprene adhesives
Degaplast™ glue

### How to Read Product Labels:

Now that you know the substances to which you are allergic, make a list, perhaps on a small card, of the names of all the chemicals to which you are allergic, along with all the synonyms for those chemicals, to take with you when shopping.

Before purchasing a product that may come in contact with your skin, look for its list of ingredients. The list of ingredients may be anywhere on the package. Read the list carefully to see if any of the names or synonyms are on the list. If so, ask your pharmacist or physician for a suitable alternative. Then check that product against your list.

When a product is not packaged, does not have a list of ingredients, or lists only the active ingredients, you have several choices: (1) find an alternative that does list all ingredients, (2) contact the manufacturer for a full list of ingredients, or (3) ask your pharmacist or physician for a suitable alternative.

### Material Safety Data Sheets:

Material Safety Data Sheets (MSDS) are required for all chemicals and substances that workers contact in the workplace. These sheets list chemicals that are known to be hazardous or poisonous. Read these sheets carefully to see whether the lists contain the name of the chemical to which you are allergic or any of its synonyms. Please note, however, that MSDS sheets do not list specific chemicals to which only a few people may be allergic. There is often little detailed information regarding exact chemicals, and only those substances in concentrations greater than 1% must be listed. If the chemical to which you are allergic is not listed, and for some reason you suspect it could be in a particular product, contact the supplier to find out whether the chemical is in the

## ALLERGEN PATCH TEST

# T.R.U.E. TEST

*Thin-layer Rapid Use epicutaneous Test

## 14  EPOXY RESIN

## IMPORTANT PATIENT INFORMATION

T.R.U.E. TEST indicates that you have a contact allergy to epoxy resin, a synthetic plastic material widely used in adhesives and in some vinyl and plastic products because of its adhesion and toughness.

Contact of this substance with your skin may result in dermatitis. Other factors may or may not be related to your condition. Your physician will counsel you on appropriate management of your dermatitis.

### Where Epoxy Resin Is Found:

Epoxy resin is found in adhesives, adhesive tapes, inks, and some vinyl, plastic, and polyvinylchloride products, for example, eyeglass frames, vinyl gloves, handbags, and plastic necklaces. It may be found in coverings for electrical parts and in some dental bonding agents. Epoxy resin is also found in product finishing, for example in bridge coatings, appliance finishes, automotive primers, flame retardants, floorings, and wall panel coatings. Reactions may occur through exposure to varnishes, laminates, paints, toolings, die castings, and model making, as well as through materials used by artists and sculptors.

### How to Avoid Epoxy Resin:

When using epoxy glues at home, strictly avoid breathing fumes and avoid touching the glue. Note that resin and hardener, the two components of epoxy glue, are generally allergenic only in their unmixed states. When these two components are combined and harden, they are seldom a problem.

If you suspect that you are being exposed to this allergen at work, consult your employer regarding Material Safety Data Sheets. Strictly follow the instructions for use of epoxy resins. Since epoxy resin can penetrate rubber gloves, use Allerderm® Heavy-Duty Vinyl Gloves [(800) 365-6868]. If you are severely allergic, avoid all work with any epoxy; replace it with a less sensitizing plastic material if possible. Epoxy-free bonding agents are available.

Notify your physician and your dentist of your allergy.

*Note: These are general guidelines for avoiding this particular allergen in your daily activities. Please consult your physician regarding specific additional instructions for you.*

### Synonyms/Components of Epoxy Resin:

4,4'-Isopropylidenediphenol-epichlorohydrin
Diglycidyl ether
Bisphenol A [2,2-bis(4-hydroxyphenyl)propane] (diphenylpropane)
Epichlorohydrin (1-chloro-2,3-epoxypropane) (8-chloropropylene oxide)

### Other Substances to Which You May React:

Some individuals are allergic to the epoxy resin itself, which is one component of two-part epoxy glue. Others may be allergic to the other part, the hardening agent. The hardening agent usually contains amines. Therefore, an allergic reaction to para-phenylenediamine (*p*-Phenylenediamine) or ethylenediamine may indicate a reaction to the hardening agent.

### How to Read Product Labels:

Now that you know the substances to which you are allergic, make a list, perhaps on a small card, of the names of all the chemicals to which you are allergic, along with all the synonyms for those chemicals, to take with you when shopping.

Before purchasing a product that may come in contact with your skin, look for its list of ingredients. The list of ingredients may be anywhere on the package. Read the list carefully to see if any of the names or synonyms are on the list. If so, ask your pharmacist or physician for a suitable alternative. Then check that product against your list.

When a product is not packaged, does not have a list of ingredients, or lists only the active ingredients, you have several choices: (1) find an alternative that does list all ingredients, (2) contact the manufacturer for a full list of ingredients, or (3) ask your pharmacist or physician for a suitable alternative.