# EXHIBIT "B"

# Deposition Transcript Excerpt of Howard I. Maibach, M.D. October 20, 2009

# Transcript of the Testimony of
# Videotaped Deposition of Howard I. Maibach, M.D.

**Date taken: October 20, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 6650-3   Filed 11/09/09   Page 3 of 14

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Howard I. Maibach, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - - - -

IN RE:                              ) MDL NUMBER 1873

FEMA TRAILER FORMALDEHYDE           ) SECTION "N" (4)

PRODUCTS LIABILITY LITIGATION       ) JUDGE ENGELHARDT

- - - - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF HOWARD I. MAIBACH, M.D.

TUESDAY, OCTOBER 20, 2009

BEHMKE REPORTING & VIDEO SERVICES

BY:  MELINDA M. IBANEZ, CSR NO. 10686, CCRR

160 SPEAR STREET, SUITE 300

SAN FRANCISCO, CALIFORNIA 94105

(415) 597-5600

Case 2:07-md-01873-KDE-MBN   Document 6650-3   Filed 11/09/09   Page 4 of 14

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Howard I. Maibach, M.D.

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFF'S STEERING COMMITTEE:
 3       LAW OFFICE OF CHRIS PINEDO
 4       BY:  CHRIS PINEDO, ATTORNEY AT LAW
 5       4550 Jericho Road
 6       Corpus Christi, Texas 78413
 7       Telephone:  (361) 946-1474
 8       Email:  cpinedo@cpinedolaw.com
 9
10   FOR PLAINTIFF'S STEERING COMMITTEE (TELEPHONICALLY):
11       BENCOMO & ASSOCIATES
12       BY:  RAUL R. BENCOMO, ATTORNEY AT LAW
13       639 Loyola Avenue, Suite 2110
14       New Orleans, Louisiana 70113
15       Telephone:  (504) 529-2929
16       Email:  ben_law@bellsouth.net
17
18   FOR FLEETWOOD ENTERPRISES, et al.:
19       NELSON MULLINS
20       BY:  RICHARD K. HINES, V, ATTORNEY AT LAW
21       201 17th Street N.W., Suite 1700
22       Atlanta, Georgia 30363
23       Telephone:  (404) 322-6154
24       Email:  richard.hines@nelsonmullins.com
25
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Howard I. Maibach, M.D.

```
                                                              Page 4
 1   APPEARANCES OF COUNSEL - CONTINUED:
 2   FOR DEFENDANT FOREST RIVER (TELEPHONICALLY):
 3       GIEGER, LABORDE & LAPERHOUSE, LLC
 4       BY:  CARSON STRICKLAND, ATTORNEY AT LAW
 5       One Shell Square, 48th Floor
 6       701 Poydras Street
 7       New Orleans, Lousiana 70139-4800
 8       Telephone:  (504) 561-0400
 9       Email:  cstrickland@glllaw.com
10
11   FOR DEFENDANTS PILGRIM INTERNATIONAL; DUTCHMEN
12   MANUFACTURING; KZ RV, LP; KEYSTONE RV COMPANY; THOR
13   INDUSTRIES; THOR CALIFORNIA; DS CORPORATION D/B/A
14   CROSS ROADS RV (TELEPHONICALLY):
15       JONES, WALKER, WAECHTER, POITEVENT, CARRERE &
16       DENEGRE, LLP
17       BY:  AMY B. HANEGAN, ATTORNEY AT LAW
18       8555 United Plaza Boulevard
19       Baton Rouge, Louisiana 70809-7000
20       Telephone:  (225) 248-2058
21       Email:  ahanegan@joneswalker.com
22
23
24
25
```

Page 5

1   APPEARANCES OF COUNSEL - CONTINUED:

2   FOR DEFENDANTS RECREATION BY DESIGN, LLC, TL

3   INDUSTRIES, INC., FRONTIER RV, INC. (TELEPHONICALLY):

4        GARRISON, YOUNT, LORMAND, FORTE & MULCAHY, L.L.C.

5        BY:  RANDALL C. MULCAHY, ATTORNEY AT LAW

6        909 Poydras Street, Suite 1800

7        New Orleans, Louisiana 70112

8        Telephone:  (504) 527-0680

9        Email:  rmulcahy@garrisonyount.com

10

11  FOR DEFENDANTS JAYCO, INC. and STARCRAFT RV, INC.

12  (TELEPHONICALLY):

13       WILLINGHAM, FULTZ & COUGILL, LLP

14       BY:  R. MARK WILLINGHAM, ATTORNEY AT LAW

15       Niels Eperson Building

16       808 Travis, Suite 1608

17       Houston, Texas 77002

18       Telephone:  (713) 333-7600

19       Email:  markw@willingham-law.com

20

21

22

23

24

25

Case 2:07-md-01873-KDE-MBN   Document 6650-3   Filed 11/09/09   Page 7 of 14

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Howard I. Maibach, M.D.

Page 6

```
 1   APPEARANCES OF COUNSEL - CONTINUED:
 2   FOR DEFENDANTS HEARTLAND RECREATIONAL VEHICLES
 3   (TELEPHONICALLY):
 4       ALLEN & GOOCH
 5       BY:  BRENT M. MAGGIO, ATTORNEY AT LAW
 6       One Lakeway
 7       3900 North Causeway Boulevard, Suite 1450
 8       Metairie, Louisiana 70002
 9       Telephone:  (504) 836-5260
10       Email:  brentmaggio@allengooch.com
11
12   FOR DEFENDANTS SHAW ENVIRONMENTAL, INC. and CH2M HILL
13   CONSTRUCTORS, INC. (TELEPHONICALLY):
14       BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
15       BY:  GERARDO R. BARRIOS, ATTORNEY AT LAW
16       3 Sanctuary Boulevard, Suite 201
17       Mandeville, Louisiana 70471
18       Telephone:  (985) 819-8416
19       Email:  gbarrios@bakerdonelson.com
20
21
22
23
24
25
```

Page 7

1  APPEARANCES OF COUNSEL - CONTINUED:

2  FOR DEFENDANT GULF STREAM COACH, INC.

3  (TELEPHONICALLY):

4      DUPLASS, SWAIN, BOURGEOIS, PFISTER & WEINSTOCK

5      BY:  PHILIP G. WATSON, ATTORNEY AT LAW

6      3838 North Causeway Boulevard, Suite 2900

7      Metairie, Louisiana 70002

8      Telephone:  (504) 832-3700

9      Email:  pwatson@duplass.com

10

11  ALSO PRESENT:

12      BRIAN MONROE, VIDEOGRAPHER

Case 2:07-md-01873-KDE-MBN   Document 6650-3   Filed 11/09/09   Page 9 of 14

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Howard I. Maibach, M.D.

Page 13

1    MR. WATSON:  Yeah.  This is Philip Watson for
2    (inaudible).
3    MR. BENCOMO:  And Raul Bencomo for the
4    Plaintiffs' Steering Committee.
5    THE VIDEOGRAPHER:  And --
6    MR. BARRIOS:  Gerry Barrios for Shaw
7    Environmental and CH2M Hill.
8    THE VIDEOGRAPHER:  Is that it?
9    THE REPORTER:  I guess.
10   THE VIDEOGRAPHER:  And the court reporter today
11   is Melinda Ibanez, certified shorthand reporter
12   contracted by Behmke Reporting & Video Services.
13        Would the court reporter please swear in the
14   witness.
15        (The witness was duly sworn.)
16   THE VIDEOGRAPHER:  Please begin.
17
18              HOWARD I. MAIBACH, M.D.,
19   having been first duly sworn, testified as follows:
20
21                    EXAMINATION
22   BY MR. PINEDO:
23   Q.   Name.
24   A.   Howard I. Maibach.
25   Q.   And you're a medical doctor?

Case 2:07-md-01873-KDE-MBN   Document 6650-3   Filed 11/09/09   Page 10 of 14

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Howard I. Maibach, M.D.

Page 151

 1
 2
 3
 4
 5      Q.    And what is the concordance rate that you're
 6   aware of between the Finn Test and the TRUE Test with
 7   regard to formaldehyde?
 8      A.    I would have to review every one of those
 9   papers.  I would have to then try to understand how
10   it was done and then make the best quantitative
11   analysis that I could, something that our group
12   specializes in, but I haven't done it for
13   formaldehyde.
14      Q.    So as you sit here right now, you don't know
15   the error rate for the TRUE Test with regard to a
16   false negative for formaldehyde, do you?
17      A.    I do not.
18
19
20
21
22
23
24
25

Page 153

1    Q.   But you agree with me that there are false
2  negatives with the TRUE Test compared to the Finn
3  Test with regard to formaldehyde?
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 2:07-md-01873-KDE-MBN   Document 6650-3   Filed 11/09/09   Page 12 of 14

In Re: FEMA Trailer Formaldehyde Products Liability Litigation	Videotaped Deposition of Howard I. Maibach, M.D.

Page 153

20  Q.  Now, Timia Dubuclet had a positive response
21  to two different elements that contain formaldehyde,
22  didn't she?
23  A.  Yes.
24  Q.  And one of them was -- what were those
25  elements?

Case 2:07-md-01873-KDE-MBN   Document 6650-3   Filed 11/09/09   Page 13 of 14

In Re: FEMA Trailer Formaldehyde Products Liability Litigation		Videotaped Deposition of Howard I. Maibach, M.D.

Page 154

1   A.   One of them was para-tertiary butylphenol
2   formaldehyde resin, and the other one was the
3   preservative.
4   Q.   What preservative was that?
5   A.   That was imidazolidinyl urea.
6        Got that spelling?
7   THE REPORTER: Mm-hmm.
8   BY MR. PINEDO:
9   Q.   Both of those contain formaldehyde?
10  A.   Both of them release formaldehyde.
11  Q.   Both of those elements release formaldehyde.
12       And she had a positive reaction to that?
13  A.   Correct.
14  Q.   Is --
15  A.   As reported in the document from Dr. -- the
16  medical record from Dr. Farber.
17  Q.   Isn't it possible that since she had a
18  positive reaction to those two elements, which
19  contain formaldehyde, that is, which release
20  formaldehyde, isn't it possible that she had a false
21  negative with regard to item number 21, which
22  contained formaldehyde?
23  A.   Always possible.
24
25

Page 159

1
2
3  cannot agree with it.  I need to get a careful review
4  of all of the data and try to do what is called a
5  meta analysis.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25