UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Aldridge, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 07-9228; | * | |
| Elisha Dubuclet, individually and on behalf | * | |
| of Timia Dubuclet | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF ROBERT C. JAMES, PH. D.

NOW INTO COURT, through undersigned counsel, come Plaintiff, Elisha Dubuclet, individually and on behalf of Timia Dubuclet, whom hereby respectfully submit to this Court to limit the testimony of Robert C. James, Ph.D. under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In support of this motion, Plaintiff refers the Court to its attached memorandum in support.

                                                    Respectfully submits:

                                                    **FEMA TRAILER FORMALDEHYDE**
                                                    **PRODUCT LIABILITY LITIGATION**

                                      BY:    <u>s/Gerald E. Meunier</u>
                                                         GERALD E. MEUNIER, #9471
                                                        **PLAINTIFFS' CO-LIAISON COUNSEL**

Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas #16739600
ROBERT M. BECNEL, #14072

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on November 9, 2009.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471