# Exhibit "A"

# Deposition Transcript Excerpt of Robert C. James

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            ) MDL NO. 1873
        FORMALDEHYDE PRODUCTS   )
        LIABILITY LITIGATION    ) SECTION "N" (5)
                                )
                                )
THIS DOCUMENT IS RELATED TO:    ) JUDGE ENGELHARDT
07-9228                         ) MAGISTRATE CHASEZ
Adridge, et al. vs. Gulf        )
Stream Coach, Inc., et al.      )
Elisha Dubuclet obo Timia       )
Dubuclet                        )

- - -

The videotaped deposition of ROBERT C. JAMES, Ph.D., taken on behalf of plaintiff, Elisha Dubuclet, on behalf of her minor child, Timia Dubuclet, pursuant to the stipulations agreed to herein, taken for the purposes of cross-examination and discovery and any other purpose authorized by the Federal Rules of Civil

Procedure; the reading and signing of the deposition

being reserved; taken before Patricia M. Lesch,

Certified Court Reporter, commencing at 9:28 a.m., on

the 5th day of November, 2009, at 201 17th Street,

N.W., Atlanta, Georgia.

Page 2

```
 1   APPEARANCES OF COUNSEL:

 2   On behalf of the Plaintiffs:

 3           CHRIS PINEDO, Esq.
             Lambert & Nelson
 4           701 Magazine Street
             New Orleans, Louisiana 70130
 5           (800) 521-1750
             cpinedo@cpinedolaw.com
 6
     On behalf of United States of America:
 7
             MICHELE S. GREIF, Esq.
 8           U.S. Department of Justice
             1331 Pennsylvania Avenue, N.W.
 9           Room 8022S, National Place
             Washington, D.C. 20004
10           (202) 353-2492
             michele.greif@usdoj.gov
11
     On behalf of Fleetwood Enterprises, Inc., and
12   Susidiary Companies:

13           RICHARD K. HINES, V, Esq.
             Nelson, Mullins, Riley & Scarborough, LLP
14           Atlantic Station, Suite 1700
             201 17th Street, N.W.
15           Atlanta, Georgia 30363
             (404) 322-6154
16           richard.hines@nelsonmullins.com

17   TELEPHONIC APPEARANCES:

18   On behalf of Dutchmen Manufacturing; KZRV, LP;
     Keystone RV Company; Thor California; DS Corporation
19   d/b/a CrossRoads RV:

20           MADELEINE FISCHER, Esq.
             Jones, Walker, Waechter, Poitevent, Carrere
21           & Denegre, LLP
             201 St. Charles Avenue
22           New Orleans, Louisiana 70170
             (504) 582-8208
23           mfischer@joneswalker.com

24

25
```

```
 1   TELEPHONIC APPEARANCES (Continued):

 2   On behalf of Gulf Stream Coach, Inc.:

 3          ANDREW WEINSTOCK, Esq.
            Duplass, Zwain, Bourgeois, Pfister &
 4          Weinstock
            3838 North Causeway Boulevard, Suite 2900
 5          Metairie, Louisiana 70002
            andreww@duplass.com
 6
     On behalf of Jayco, Inc.; and Starcraft RV, Inc.:
 7
            THOMAS L. COUGILL, Esq.
 8          Willingham, Fultz & Cougill, LLP
            Niels Esperson Building
 9          808 Travis, Suite 1608
            Houston, Texas 77002
10          tomc@willingham-law.com

11   On behalf of Recreation by Design, LLC; TL Industries,
     Inc.; Frontier RV, Inc.; Play'Mor Trailers, Inc.; and
12   Cruiser RV, LLC:

13          RANDALL C. MULCAHY, Esq.
            Garrison, Yount, Forte & Mulcahy, LLC
14          909 Poydras Street, Suite 1800
            New Orleans, Lousisiana 70112
15          (504) 527-0680
            rmulcahy@garrisonyount.com
16
     On behalf of Fluor Enterprises, Inc.:
17
            RICHARD A. SHERBURNE, JR., Esq.
18          Middleberg, Riddle & Gianna
            450 Laurel Street, Suite 1101
19          Baton Rouge, Louisiana 70801
            (225) 381-7700
20          rsherburne@midrid.com

21   Also Present:

22          TRAVIS JACQUES, Videographer
            Video One
23

24

25
```

1   Alexander, he now has a different report in the
2   Dubuclet case.
3           There appear to be substantial similarities,
4   but as to the relevance of those opinions in the
5   Dubuclet case, they're going to be different than
6   whatever relevance they may have in the Alexander
7   case. But like you say, I don't think we'll be
8   able to resolve anything.
9              MR. HINES: Inter se, as it were. We
10  may have to go to the Court.
11  (Whereupon,
12              ROBERT C. JAMES, Ph.D.,
13  was called as a witness and having been first
14  duly sworn, was examined and testified as
15  follows:)
16                CROSS-EXAMINATION
17  BY MR. PINEDO:
18      Q.   Are you ready to proceed, sir?
19      A.   Yes.
20      Q.   What is before you is marked as Exhibit No.
21  1. That is your deposition notice; is that right?
22      A.   Yes.
23      Q.   Could you please give us your full name,
24  sir.
25      A.   I'm Dr. Robert C. James.

1
2
3
4
5
6
7
8
9
10    Q.   And Sauder et al., 1987, did not include
11 children in it, did it?
12    A.   It did not.
13    Q.   The next chamber study that you examined in
14
15
16
17
18
19
20
21
22
23
24
25

Page 47

```
 1
 2
 3
 4     A.   No.
 5     Q.   And it did not include children, did it?
 6     A.   No.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 63

19      A.    So that I thought that would be a much less
20  surprise than saying, okay, now I have an amended
21  report.
22      Q.    Suffice it to say, the report you are
23
24
25

1          C E R T I F I C A T E

2    STATE OF GEORGIA  )

3    COUNTY OF COBB    )

4

5       I hereby certify that the foregoing transcript

6    was taken down, as stated in the caption, and the

7    proceedings were reduced to typewriting under my

8    direction and control.

9       I further certify that the transcript is a true

10   and correct record of the evidence given at the said

11   proceedings.

12      I further certify that I am neither a relative or

13   employee or attorney or counsel to any of the parties,

14   nor financially interested or otherwise interested in

15   this matter.

16      This the 7th day of November, 2009.

17

18

19

20                          _____
                            PATRICIA M. LESCH, CCR B-2435

21

22

23

24

25

American Court Reporting Company
1-800-445-2842