UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Aldridge, et al. v. Fleetwood Enterprises, Inc., et al.* | * | |
| | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | * | |
| | * | |
| | * | MAG: CHASEZ |

**********************************************************************

Report of   H. James Wedner, MD, FAAAI
Professor of Medicine, Washington University School of Medicine


This report is based upon my review of the medical records and documents of Timia Dubuclet that I have been provided as are outlines below. It is my understanding that additional medical records and/or deposition testimony may become available and I will add to or amend this report, if necessary, once I have had the opportunity to review these documents.

I.   I am a physician licensed to practice medicine in the state of Missouri. I am currently Professor of Medicine in the Department of Medicine at Washington University School of Medicine and Chief of the Division of Allergy and Clinical Immunology in the Department of Medicine. I also serve as the Director of the Training Program in Allergy and Immunology of the Washington University School of Medicine/Barnes-Jewish Hospital/Children's Hospital of St. Louis GME Consortium, which is supported by both the Department of Medicine and the Department of Pediatrics of Washington University Medical School. I also serve as the Medical Director of The Asthma Center of Washington University School of Medicine. The Asthma Center is a clinical setting located in suburban St. Louis County which specializes in the diagnosis and treatment of allergic and immunologic diseases including allergic reactions to airborne contamination. A copy of my current curriculum vitae is appended to this document.

II.   My duties as Professor of Medicine include: patient care; teaching of Fellows in allergy and immunology, medicine and pediatric residents and interns and medical students; and clinical research dealing with the exposure of individuals with asthma, allergic rhinitis and allergic skin disease to indoor and outdoor allergens with a concentration on allergenic fungi. As part of my clinical practice I am frequently called upon to evaluate and treat individuals who present with complaints of possible exposure to formaldehyde and/or



formaldehyde containing products.  Although allergists are often thought of as being concerned with diseases of the upper and lower airways and the gastrointestinal tract, the skin is also a prominent target organ for allergic and other "atopic" diseases.  Thus, in my practice we see many children and adults who have atopic dermatitis (eczema) either as their primary disease or in combination with asthma and/or allergic rhinitis.

III. Formaldehyde and the Human Immune System Formaldehyde (HCHO) is a highly reactive single carbon moiety that has become one of the most widely used reagents in the United States and throughout the world.  The ability of this chemical to rapidly and irreversibly crosslink a wide variety of organic and non-organic macromolecules has contributed to its wide usage.  Because of the wide use of HCHO and the resultant exposure of humans to this chemical there is a large body of investigative work examining the effects of HCHO on humans, .as well as a number of animal model systems.  In general, these studies have demonstrated that HCHO is a remarkably safe compound in the concentrations to which we are usually exposed in our daily activities.  However, as the 15th century physician Paracelsus pointed out "all things are poisons, there is none that is not; it is dose that separates a poison from a cure" **(Paracelsus and the science of nutrition in the renaissance. On occasion of the 500th anniversary of his birth. Guggenheim KY.Journal of Nutrition. 123(7):1189-94, 1993. )**

When humans are exposed to increasing concentrations of HCHO they go through a series of stages that are dependant upon the ambient concentration.  These are detection, irritation and finally, at very high ambient concentrations, toxicity.  Formaldehyde has a very characteristic odor which can be detected by most individuals well be fore any irritation occurs.  The concentrations at which the odor is detected varies from individual to individual and some, with a keen sense of smell, may be able to detect HCHO at concentrations as low as 50 to 100 ppb (parts per billion) and the average individual can detect HCHO at about 500-1000 ppb.  It is important to remember that these concentrations trigger the olfactory apparatus in the nose and do not result in an irritative effect.  However, it is also important to note that the olfactory sensation is the only one of our senses that is not "filtered" in the brain before reaching its target area. In addition, the olfactory area sits in an area of the brain call the rhinencephalon (old brain) that also contains the areas that control our emotions.  Indeed, the amygdale, thought to be the seat of the emotions sits right next to the olfactory area and receives connections from it.  Thus, odors trigger emotions more than any other sense and we can remember odors longer than any other sense, such as sight or touch. **(Using olfaction to study memory. Eichenbaum H. Annals of the New York Academy of Sciences. 855:657-69, 1998))**

Our ability to detect low concentrations of chemicals like HCHO, have them lead to the so-called "fright, fight or flight" response is an adaptation of vertebrates to both allow us to find food and avoid enemies.  However, this would lead to chaos in our brains were it not for an equally important phenomena called adaptation.  Adaptation allows us to, in essence, file away a remembered scent and not respond to the odor if it no longer requires action.

Thus, an individual may enter a room with a low level of HCHO and detect its characteristic odor; if the person remains in the room the odor will disappear. This does not mean that it has actually gone away, rather the individual has "gated it out" as it no longer requires action. Thus, the olfactory system is now ready for further odor detection physiologically unhampered by the conflicting odor of HCHO.

At concentrations that exceed the detection level, from 100 ppb and above, HCHO can become a primary irritant. A primary irritant is a compound that interacts with the small unmyelinated "c" nerve fibers in the skin and mucous membranes. These fibers are also capable of carrying pain and itch sensations and there is some controversy as to whether these a single population of "c" fibers or several populations each of which carries a singe type of sense, i.e. irritation, itch and pain. This controversy is beyond the scope of this report by the reader is referred to (4) for further reading. Nonetheless, the primary nature of the interaction of HCHO with the skin and mucous membranes is that removing the HCHO removes the irritation and there are no long lasing effects of the interaction. Thus, an individual who enters a room where there may be sufficient HCHO to cause irritation of the nasal mucosa for example, will get relief simply by leaving the environment and there is no worry that there will be addition adverse effects from this exposure *(vide infra)*.

Another aspect of the irritant properties of aerosolized HCHO is that they are only related to the mucosa of the upper airways and the eyes. This is because the reactivity of HCHO is so great that 100% of the HCHO is instantaneously bound to the upper layer of the mucosa and never have a chance to penetrate any further, such as into the lower airway. Indeed, studies using rats exposed to radioactive HCHO have demonstrated that at very high ambient concentrations (3000 ppb or greater) there was no penetration of the HCHO into the internal organs. Indeed, in humans the only demonstration of the penetration of HCHO into the lungs, for example, has been workers exposed to concentration of ambient HCHO in excess of 100ppm (100,000ppb) at very high temperatures.

The irritation caused by HCHO, like the odor detection of HCHO is also subject to adaptation. That is individuals who enter an environment that has concentrations of HCHO above the irritant level, and who remain in that environment, will note that the irritant effects will lessen and ultimately go away. They will not return as long as the individual remains in the area. More interesting, with repeated exposures to that environment or an environment with a similar HCHO concentration the individual will adapt and will not only detect no odor but will not have any irritant effects. This has been demonstrated in several situations such as mortuary workers and medical students, both of whom are exposed to high HCHO concentrations, in some cases 10 fold greater than the highest levels reported in the Katrina trailers.

The physiologic mechanism, which underlies the adaptation to the irritant effects of HCHO and other primary irritants, is not well understood. In the short term, depletion of mediators from the nerve terminal endings may be one explanation. Longer-term irritant adaptation remains a mystery.

The human immune systems has evolved to protect us from foreign invasion both external and internal, while being able to recognize "self" as well as "good" microbes such as the commensul bacteria of the gut and avoid their destruction. This is an arduous task and despite the superb nature of the immune system occasionally it fails. In the pre-antibiotic era, many infections simply overwhelmed the immune system. Now when infection results in serious illness or death, it is often due to an incorrect diagnosis, because of failure of the immune system to recognize the pathogen or concomitant illness that results in immunodeficiency. On the other hand, there are times when the immune system recognizes our own tissues as foreign and disease ensues because the immune system inappropriately destroys self. This is referred to as hypersensitivity or "auto-immunity".

The Gel and Coombs classification divides the types of hypersensitivity diseases by the immune mechanism that is operative. According to this classification there are four types of autoimmune diseases: Type I or immediate hypersensitivity (allergy), Type II or cytotoxic antibodies (many drug reactions), Type III or antigen-antibody complex disease (Lupus Erythematosis for example) and Type IV or delayed type hypersensitivity (Poison Ivy).

Another major concept of immunoreactivity is that the immune system has evolved to recognized large molecules or pieces of large molecules. For example, then MHC class I Antigen presenting system (which presents intracellular antigen) generally presents antigens that are 8 to 10 amino acids in length, while the MHC class II presenting system (which present extracellular antigens) is responsible for antigens in the 12 to 14 amino acid ranges. For this reason, low molecular molecules, such as HCHO cannot be seen by the immune system unless they are bound covalently to a larger macromolecule usually a protein or glyco-protein. In this case the small molecule is referred to as a hapten and the larger molecule as the carrier. This type of immune response is further complicated as the actual immune response may be to the hapten itself, to the hapten only in the bound form or to the hapten-carrier complex sometimes referred to as a neo-antigen. This concept is particularly important for HCHO as will be discussed below.

Because of the extreme reactivity of HCHO with tissue macro-molecules, the ability of this reagent to generate immune responses and to result in one or more of the hypersensitivity states that are noted above has been examined in great detail. Interestingly, in only one of the 4 types of hypersensitivity has HCHO been demonstrated to generate an immune response in a significant number of humans. This is a type IV or delayed type hypersensitivity.

Type IV hypersensitivity is mediated by sensitized T-cells. This type of immune response is generated when a hapten binds to proteins in the upper layers of the skin. The derivatized proteins are then recognized by specialized antigen presenting cells in the skin called Langerhan's Cells and presented to helper T-cells along with appropriate signals to generate cytotoxic T-cells. Upon a second contact with the chemical compound the cytotoxic T-cells migrate into the area of contact and begin the process that results in the characteristic maculo-papular eruption. In the case of HCHO it has been demonstrated that

4

contact sensitivity requires direct contact with the skin and that gaseous HCHO is not capable of inducing either the sensitization of the induction of the response. The most common cause of HCHO hypersensitivity appears to be its use in cosmetics as several studied have demonstrated that HCHO sensitivity is higher in women than in men. Most importantly, a longitudinal study that has been ongoing in Europe for many years has demonstrated that the percentage of individuals that are reactive to HCHO has remained the same despite the increased use of this reagent in many products. This strongly suggests that off gassing of HCHO does not contribute to Type IV hypersensitivity. And with respect to the Katrina trailers would not be expected to be of any health concern either now or in the future.

With respect to Type II and Type III hypersensitivity, both of which require the production of IgG type antibodies, there is no evidence to suggest that either of these immune mechanisms are of concern. In experimental animals it is possible to generate antibodies which are directed against the HCHO-protein adduct; however, in the majority of cases thee are generated by the direct immunization of the animals with the conjugate, often in the presence of an adjuvant, a situation which would never occur in the human situation. Nonetheless, in these experimental animals the antibodies are not toxic to the animal. That is, they do not result in any disease. This is because the antibody is largely directed against the formyl group (the actual group HCHO turns into when it is bound to a protein) or because a neo-antigen has been generated and antibodies to that antigen are not of concern to the animal. It is important to remember that the vast majority of the antibodies that we produce are not bad. In the human situation IgG antibodies to formyl-protein have been noted in the setting of direct contact of HCHO with human blood or blood product as noted below. Even in this rare situation there has been no evidence or even suggestion that the generated IgG results in an adverse health outcome. And, with respect to the residents of the Katrina trailers there would be no immediate or long lasting adverse health effect from the production of a Type II or Type III immune response.

Type IV hypersensitivity is better know as an allergy. It results from the production of a specific class of antibody called IgE. Unlike other types of hypersensitivity, type IV originally evolved as a highly beneficial protective response against protozoan parasites and it is only in the past 100 or so years that the adverse effects of this type of immune response have become evident. Indeed, our need to protect ourselves against parasites is so great that we evolved a system that is capable of incredibly rapid and profound response to minute amount of antigen.

As we have been able to rid ourselves of protozoan parasites, this part of our immune system has been left with little or no function. Instead, the system has begun to misread antigens that would otherwise be benign as harmful and target them with the result that the host rather than the invader is affected. In addition, other changes which we have made in our environment such as cleaner water and food, less contact with farm animals, early immunization and a greater and earlier use of antibiotics has changed our entire immune systems. Thus, we have moved from an immune system that is poised to fight bacterial and viral infection to a system that is poised to fight an infection that is no longer present.

5

This is often referred to as the "hygiene hypothesis".

The ability to make an IgE response is called "atopy", and is a function of our genetic makeup and our environment. Once IgE is made to a specific antigen this can result in a variety of disease states including: allergic rhinitis, allergic conjunctivitis, asthma, food allergy, eczema and in extreme cases an overwhelming response called anaphylaxis. Why one individual develops asthma and another develops allergic rhinitis and a third develops food allergy is not well established, but is believed to be genetic in nature.

The development of an allergy requires the production of IgE type antibodies to a specific allergen (the term for an antigen that induces IgE). Not respective of the type of material to which an individual may be exposed, it is implicit that that material must induce IgE production to become allergenic. Why one protein, such as Fel d 1 from the sebaceous gland of a cat is highly allergenic and another protein such as cat defensin, also secreted in the sebum of the cat, is not allergenic at all, is not known, but is currently the subject of intense investigation. Thus, one cannot simply look at a protein or its structure and state that that protein will or will not be an allergen. In addition, IgE antibodies may also be directed against low molecular weight molecules that have bound covalently to a large protein. These haptens (as noted above) then serve as the focus for the IgE production either alone or in combination with the protein. This is the situation with allergic reaction to drugs. And, like other allergen, low molecular weight allergens coupled to protein do not follow a specific set of rules. Thus to determine of a hapten –protein conjugate is an allergen must be done by experimental analysis.

The subject of the role of HCHO in either inducing or augmenting allergic diseases, particularly asthma and allergic rhinoconjunctivitis, has been the subject of speculation and investigation for over 30 years. These studies have divided themselves into two groups. First, we can ask the can HCHO by binding covalently to tissue protein and result in the production of IgE antibodies either to HCHO as a hapten, to the HCHO-protein aduct or to a protein whose structure has been altered by HCHO sufficiently to be recognized as foreign in sufficient quantity to result in an allergic disease. And second, we can ask if HCHO without the induction of a true immune response can augment or worsen an ongoing allergic response.

Many groups have looked at the ability of HCHO as a hapten to generate IgE antibodies. These studies can be summarized by stating that exposure of man (an experimental animals) to gaseous HCHO even at relatively high ambient concentrations is not capable of generating anti-formyl IgE at concentrations that might be related to a human disease state. Most of the studies have failed to demonstrate any anti-HCHO-protein IgE at all, while some, such as the recent study of Doi and colleagues have demonstrated IgE at very low concentrations that did not correlate with the patient's disease; asthma in this case. (**The prevalence of IgE sensitization to formaldehyde in asthmatic children. Doi S. Suzuki S. Morishita M. Yamada M. Kanda Y. Torii S. Sakamoto T. Allergy. 58(7):668-71, 2003**) The reason for this failure of HCHO to induce IgE is undoubtedly related to its

extreme reactivity. As will be noted below, the HCHO must bind to a protein component with can be "seen" by the immune system. Gaseous HCHO binds entirely to the mucosa of the upper airway. No HCHO even penetrates to the lower part of the pharynx, let alone the upper lung. The bound HCHO is then sloughed off of the mucosa and is either swallowed and destroyed or brought to the tip of the nose by ciliary action and excreted. None of this material is ever in a position to be picked up by antigen presenting cell and sent to the immune system in such a way that it can be recognized as foreign. Thus, it is not at all surprising that ambient HCHO is neither an antigen nor an allergen.

There is one case which ahs been reported in which HCHO can result in the production of IgE type antibodies and that is when the HCHO come into direct contact with the protein of the bloodstream. Patterson and co-workers have described this situation. This study involved nurses who cleaned kidney dialyzers with 35% aqueous formaldehyde. In this case the actual antibodies wee directed against the formyl-protein conjugate and neither free HCHO not circulation human albumin the major protein in the serum. Even in this unique situation, it was not clear that there was a correlation between the production of anti-formyl-protein IgE and a human disease state.

IV. Independent Medical Evaluation of Timia Dubuclet

H. James Wedner, MD, FAAAAI
Independent Medical Examination

Name: Timia Dubuclet

DOB: 9/23/1998

Age: 10                Sex:  F                      Occupation: Student

This is an Independent Medical Evaluation of Timia Dubuclet conducted at the offices of Jefferson Pulmonary Associates, 4200 Houma Boulevard, Metairie, LA on August 3, 2009 at 10:00AM. Her grandmother, Leslie Picot, who helped with the history, accompanied the examinee. The child was also accompanied by her attorney who had a medical chronology (not available to me as "work product"). Neither the Grandmother or the attorney was helpful nor the history was mostly that of the child's recollection. It should be noted that I did have an opportunity to talk with Timia's mother via telephone at a later date and this conversation will be noted at the end of the history.

**History of the Present Illness:** As noted by the Grandmother (and later confirmed by her mother) this child was the produce of a normal full term pregnancy. She was delivered by scheduled caesarian section. Grandmother states that she was a normal healthy baby. Grandmother states that she had the "normal little things as a child", but that "she never had a rash before she was in the trailer". In addition, Timia says that she never had a rash before

7

Katrina. Her attorney who indicated that Timia had had a rash prior to her coming to the trailer contradicted this statement. However, neither the grandmother or the attorney or Timia had any idea of the medications that Timia had been taking either prior to or during her stay in the trailer. Timia does remember that she had some creams prior to the trailer but does not know the names or when they were used.

Timia said that after Katrina/Rita she and her brother along with her mother and grandmother moved to Houston, TX. She like Houston very much and was quite sad to have to leave that and to come home to New Orleans. She noted that she liked school in Houston and did very well there.

After they returned to New Orleans and moved into the trailer that was on the front lawn of the house that was being repaired, Timia's main complaint was that she itched. She noted that her arms itched particularly in the antecubital fosse (she pointed to this area) and around her eyes. Subsequently, she had some area on her lips that became dark and also "broke out". When asked if this had ever happened before she did not remember. She also says that her eyes themselves itched.

Timia was very vague as to the exact treatment that she was given during the time she was staying in the trailer. She stated that she did not take pills for the itching and the mostly she just used hydrocortisone cream or ointment. She herself felt that the ointment was the best. The itching was worse in her arms and them on her face and particularly her eyes and around her lips. Neither Timia or Grandmother know how many times Timia had been to the doctor while they were in the trailer, the attorney thought it was 3 or 4.

Timia thought that she did get better when they moved out of the trailer, but was very vague about how much. She did note that she continued to have itching of the arms and the face, particularly around the eyes and the lips. She did think that these area had gotten better with time after they mover out of the trailer. Neither Timia nor Grandmother could give me any sense of how long after they moved out of the trailer that these improvements took place.

Timia said that she did not like the trailer. It was small and she and her brother and mother had to sleep in the same single bedroom. When they moved in the trailer had a, "new " smell that was not particularly bad, but was not particularly good either. Her mother sprayed some air freshener around several time, but this really did not change the smell much at all. Timia and Grandmother could not describe the smell anymore than that. There were no other words that she could use to describe the smell other than what she would expect from a new vehicle. The major problems that Timia described with the trailer were the mold that she said was all over and as hard as her mother tried to get rid of the mod it just kept coming back. The mold constantly smelled must and was bad looking. The other problem with the trailer that Timia mentioned was the, "bugs". She said that they were, " big and black" and they either scurried away or they stepped on them and squashed them. Grandmother was of the opinion that they were roaches, but Timia was not sure whether they were roaches or not. When asked about rodents, Timia did not remember there being any mice or rats in or near the trailer.

1. **Current Medical Problems:** Skin itching, Itchy nose spring, itchy eyes spring, no SOB or asthma.

**Medications Related to PI:** Timia says that she has no creams, only hydrocortisone ointment 1%, which she takes PRN. However, according to grandmother currently if she doesn't use it she gets real itchy. She also takes Zyrtec, again the frequency is not really clear. In addition, according to Grandmother she has many other medications and her mother decides which one she is going to use each night.

**Allergy History:**

> **Medication allergy:** none

> **Food allergy:** None, but she doesn't like broccoli or carrots

> **Hymenoptera allergy:** None

**Environmental History:** Current home

> **Abode:** Totally rehabilitated following Katrina

> **Heating:** Central

> **A/C:** Central

> **Basement:** None

> **Damp/Dank:**

> **Carpets:** None

> **Fireplace/WBS:** None

> **Pets:** One dog, a cocker spaniel-outside

> **Plants:** All outside

> **Specific Mold Problems:** None

**Past Medical History:** Timia has had a problem with severe headaches for some time and this continues to be a major health problem for her. She noted that the headaches come on both sides and in the back of her head. They very rarely come on at night and do not wake her up. They are not present when she awakens in the morning, but come on after she brushes her teeth. On some days she gets Motrin, which helps a little bit, but not much. Some days she just goes to sleep. Timia has seen the ophthalmologist and has been told that she is "far sighted" and has been prescribed glasses, which she does not think helps her headaches. She

sometimes wears glasses, not did not bring them with her today.  She cannot remember when she started having her headaches.  Grandmother says she has been having them off and on for a few years.  "They come and go and they come and go –it worries me I tell you".  She has never had a CAT scan of the sinus, or n MRI based upon my description of the tests..

**Past Surgical History:** None

**Medications:**  None

**Family History:**
    **Mother:**  Grandmother doesn't know if she has allergies.  No other illness

    **Father:** Seems to be healthy

    **Siblings:**  One brother "he really has a lot of allergies".  He also has eczema and acne. No asthma.  Very congested.

    **Children:** None

        Allergies:

        Asthma:

        Eczema:

        Other:

**Social and Occupational History:**  Going into 6th grade.  She wants to be a forensic scientist. She gets good grades in school.  Her favorite channel is the Discovery Channel.  When asked about her rash and nose problems she said with a smile "I don't like it"   She voiced the feeling that she knows that it will not miraculously go away, her physicians have never given her information about her diseases (particularly the allergies and the dermatitis) and she would like to read about them to see if it will get away or get better.

    **Current Occupation:**  Student

    **Occupational Exposures:** no change in rash at school

    **Smoking:** No, in addition no one at home smokes

        **Now:**

Ever:          When started:        When stopped:        PKY:

**ETOH:**   None

**Recreational drugs:** None

Now:                If Yes-what kind:

Ever:

**Review of Systems:**

HEENT:   See  HPI

Neck:  No

Chest:  No

Heart:  No

Abdomen: No

GU: No

Bone/Joint: No

Extremities:  No

Neurological: See HPI

**PHYSICAL EXAMINATION:**

**General:** Timia present as a WD/WN AA female in no acute distress.

**Vital Signs:**

**Pulse:**  72/min
**Blood Pressure:** 92/56 right arm sitting
**Respirations:** 14/min.

Skin: There is significant eczematoid rash seen on the face particularly around the lips and on the left upper eyelid.  There is sandpaper like feel over the right cheek and there is some darkening of the skin over the back of the neck extending up to just above the hairline. There is an eczematoid rash over in the antecubital fossae right much greater than the left with

significant skin darkening.  There is an eczematoid type rash in the left popliteal fossa.  These were documented photographically

**HEENT**:
  Head: Normocephalic atraumatic
  Eyes There was 3 + conjunctival injection bilaterally without evidence of infection
  Ears: These were clear bilaterally with a bit of cerumin, the drums were visualized and were normal
  Nose:  The mucosa was quite boggy and a bit erythematous and the inferior and middle turbinates were swollen 3+ bilaterally.  There was no evidence of infection.  There was no sinus tenderness noted.
  Throat: The posterior pharynx was very red and there was a modest amount of PND noted. The secretions on the posterior pharyngeal wall were not purulent.

**Neck**:  Supple without adenopathy

**Chest**:  Normal expansion.  The lungs were clear to percussion and auscultation.  There was no wheezing heard on quite or forced expiration

**Heart**:  Normal size; the rate and rhythm were normal; there were no murmurs rubs or gallops heard.

**Abdomen**: Benign; the liver was palpable at the RCM with a normal span; the spleen was not palpable and the bowel sounds were normal.

**Bone and Joint**:  Normal, with no evidence of swelling

**Extremities**: No cyanosis, clubbing or edema.

**Neurological**: Timia was dressed appropriately.  She looked directly at me as I talked to her.  She answered all of the questions in a normal manner and did not seem at all upset with the exam.  She smiled at the appropriate times and was quite attentive. The functional neurological exam was non-focal


Spirometry: Entirely WNL – see appended PFT report from Jefferson Pulmonary Associates.

Chest x-ray was normal – see appended report from East Jefferson Outpatient – Dr. Puneet Singha

V. Additional history from Elisha Dubuclet, Timia Dubuclet's mother obtained via telephone interview.

  Ms. Dubuclet reported that Timia was the product of a normal full term pregnancy and was

delivered by a scheduled caesarian section. She was healthy at birth and had the usual childhood diseases. Ms. Dubuclet reported that she does not remember the first time that she took Timia to Dr. Sterne for any problem other that routine check-ups, but thinks it was within the first year of life. This was for an upper respiratory infection. She does remember that Timia had what she thought of was "dry skin" and that Dr. Sterne gave her some triamcinalone cream or ointment or hydrocortisone 1% ointment top put on the "dry patches:. She also used a baby lotion pretty much every day. The Dry patches were small and came randomly and were not related to the seasons of the year. Although Ms. Dubuclet did not think that they were particularly bad she does feel that she was, "very quick to brink Timia to the doctor", for them. When Timia had a problem that was after hours or on the weekend she took her to the emergency room rather than wait for a time to take her to the clinic.

Ms. Dubuclet noted that there was no relation of Timia's dry patches to any food consumption that she can remember. The only food problem that she noted was that Timia had a problem with Similac and she switched to Infmil with Iron and this fixed the problem.

Ms. Dubuclet told me that Dr. Sterne told her that many African American children has dry patches like Timia's and that this was not, "real eczema", he described as a condition most common to those African-American children with darker skin. He never told her that the treatment that eh was prescribing was for true eczema.

Between the ages of 1 and 4 Ms. Dubuclet noted that Timia did not cough, wheeze or have shortness of breath. She was treated for an occasional ear infection. Ms. Dubuclet was not told that Timia had allergic rhinitis or asthma at age 4 Timia began taking either Zyrtec or Claritin; which Ms. Dubuclet says was for "colds" and not for itching. She also began taking Benadryl for itching because this works for itching and when Timia said, " Mama I'm itching", that's what she gave her. She also gave her Benadryl for fevers because she felt that this works better for fever that Motrin or Tylenol.

Ms. Dubuclet told me that she does not remember ever using Elidel before Katrina. She thinks that Dr. Solis first gave it to her after Katrina, maybe over the telephone. In addition, she did not like Elidel, as she did not think that is worked as well as the triamcinalone or the hydrocortisone. In addition, Ms. Dubuclet noted that before Katrina the dry patches were not frequent, Timia had no itchy eyes and that her lip problem only began after they came home from Houston, TX

Ms. Dubuclet told me that Timia, "loved Houston", that she became almost fluent in Spanish, was doing very well in school and placed first in the spelling bee. Most importantly she didn't want to come back to New Orleans.

When they came home they moved into the travel trailer on the front lawn of the house that was being remediated. "Timia didn't take to the trailer too well." She was disappointed, her eyes were watering, she began having headaches (still has them), skin was awful, big

lumps on her arms, black around lips and eyes, she was coughing and sneezing. Timia was constantly complaining so she called Dr. Solis; he told her to use the same things as Dr. Sterne. She did not like this so she switched to Dr. White. Dr. White called it atopic dermatitis and said it needed a specialist and referred her to Dr. Ferber. She does not remember the dates, but thinks that she did not see Dr. Ferber until after they moved out of the trailer because it took a long time to get the appointment arranged. She did see Dr. White several times. Dr. White told her to give Timia Benadryl at night for itching and another medication that she did not remember.

After they moved out of the trailer Ms. Dubuclet says that Timia was mentally better but still having the headaches-just as bad or worse, her skin was still a problem, but getting better especially after the light treatments, her eyes were better and there was no more throwing up.

Ms. Dubuclet described the trailer as follows: There were 4 people living there her two children slept with her in the bedroom and her mother slept on a day bed in the front room. When they moved in the trailer had a "new smell" which she could not describe any other way, this ultimately went away. She also told me, "mold- Oh my god- mold everywhere" she had to calk the trailer sometimes she had to throw away her clothes because of the mold smell. When she asked about this she was told to crack open the vent and the windows. In addition, "bugs- Oh Lord, roaches were bad". She sprayed all the time. Rodents were all over the front of the trailer and she also saw spiders and gnats.

The family history and social history for Timia were consistent with that given above.

VI.   Laboratory evaluation. At my request an in vitro test of allergen specific IgE (RAST or ImmunoCAP) was well as total IgE levels were performed on Timia. Interestingly, the total IgE was 22 IU (International Units, 1 IU = 2.42 nanograms) and all of the RAST tests were <0.35 IU/ml, which is negative.

In addition Timia had a TRUE Test performed by Dr. Ferber which tests type IV or delayed type hypersensitivity to 24 known dermal sensitizers including formaldehyde. Timia was positive strongly to p-tert-Butylphenol Formaldehyde Resin (4+ at 72 hours) but was negative to formaldehyde.

VII.   Discussion: Timia present with a classic picture of childhood eczema. She has an atopic background as evidenced by her older brother who has both upper and lower respiratory allergies and who mother described as, "going through a box of Kleenex in a day". Her disease presented very early in life as do many of these children. In Timia's case the first report of her having the diagnosis of eczema was at the age of two months and this is not unusual based upon both the literature and my own experience. She continued to have significant dermatitis throughout her childhood and by the age of 4 had been prescribed topical steroids (triamcinalone and hydrocortisone cream and ointment) as well as the topical calcineurin inhibitor Elidel. She also received both prescription and over the counter antihistamines for itching. These symptoms were not related to known incitants

14

such as foods or seasons of the year. No were they related to any other exposures that could be elicited by history from the mother the grandmother or from Timia herself. Interestingly, although the onset of the disease at an early age often portends a more severe type of atopic dermatitis, Timia's was relatively benign as indicated by the weak potency of the topical medication and the lack of need for oral steroid therapy.

In addition to her eczema, Timia also developed herpes labialis due to type I herpes simplex. This was a problem for her prior to her being forced to leave the New Orleans area and relocate to Houston, TX. The recrudescence of herpes type I is often due to stress and this clearly was present on Timia's return from Texas.

When Timia returned from Texas and began to live in the travel trailer, she developed a multi-symptom complex of which her mother noted that itchy eyes and headaches (which continue to the present) were the most troublesome. There was a continuation of her dermatitis, but this was not accompanied by the need for physician visits or ER visits to an extent that was any greater than before the Katrina episode. Indeed, Timia did not see the dermatologist, Dr. Farber until well after she had left the travel trailer. In addition the overall environment was quite stressful due to crowding, having to sleep with ones brother and mother in the same room and being forced to leave a place which she had come to like very much. This stress is more than sufficient to account for the increase in the multiple symptoms that Timia experienced, only one of which was her atopic dermatitis.

The vast majority of patient with atopic dermatitis have high levels of IgE (this is one of the diseases with the highest levels measured) and multiple allergic sensitivities. How can we then account for the lack of multiple sensitivities and a very low total IgE in Timia. A number of groups have examined patients who appear to have atopic diseases (asthma, allergic rhinitis and atopic eczema) and have noted that there is a broad spread among children (and adults) with atopic diseases in respect to the levels of IgE and the number of positive allergens. For patients with dermatitis in general the milder the disease the lower the total IgE and the fewer the number of specific allergens. In one study of children with atopic dermatitis, of 2096 children 44.5% were not sensitive to any of the allergens tested (mainly foods but also aeroallergens) and 47 % had a total IgE less that 30 kU/L. (**Whan, U., et al., IgE antibody responses in young children with atopic dermatitis., Pediatric Allergy and Immunology, 2008, 19:332-336**) Timia would clearly fall into this mild disease low IgE no allergen group.

Several groups have now begun to differentiate atopic diseases into two broad groups. The larger of the two groups behaves like the classical atopic individual. They are RAST or skin prick test positive and have average IgE levels that tend to be higher. The smaller group has the same symptomatology but has low (normal) IgE levels and is skin test and RAST test negative. Although the nomenclature leaves something to be desired, these groups are often referred to as "extrinsic atopics" and "Intrinsic atopics" respectively. These two groups have recently been review by Novak and Bieber (**Novak, N and Beiber, MD., Allergic and nonallergic forms of atopic diseases., J Allergy and Clin Immunol. 2003, 112:252-262**) who pointed out that the nonallergic atopic group tend to have a female

predominance and are 16 to 45% of the total atopic dermatitis group of children. Their clinical presentation is similar if not identical to those with allergic dermatitis. There are some other subtle differences which are beyond the scope of this discussion. In addition, Illi et al. demonstrated differences in the progression of disease in some of the two groups (J Allergy Clin Immunol., **The natural course of atopic dermatitis from birth to 7 years and the association with asthma, 2004 113:925-931**).

Given the natural history of her disease and the lack of allergic sensitization coupled with the low total IgE Timia Dubuclet clearly is an "intrinsic atopic" with classic childhood eczema.

VIII. What is the role of formaldehyde, if any, to Timia Dubuclet's disease? As noted above in section III HCHO does have the capacity to induce a type IV or delayed hypersensitivity type reaction in the skin. These reactions are quite common and are the result of HCHO containing products such as cosmetics. This type of sensitivity appears to be more common in women than men, but men are not immune. The most important test for type IV sensitivity is the patch test and the TRUE Test is the most commonly use test in the United States. This test has 24 different know skin sensitizers of which HCHO is one. Timia was tested by Dr. Farber and was negative to HCHO that effectively rules out type IV sensitivity to HCHO. She was sensitive to para-tertiary-butylphenolformaldehyde resin (this is a resin glus commonly used to glue rubber in shoes) and it might be suggested that this suggests the possibility the small amount of HCHO that leak from the resin might have indicated sensitivity to HCHO. However, a study by Geldorf and co-workers demonstrated that this reagent demonstrated sensitivity only to itself and not to other possibly contaminating sensitizers. (**Clinical aspects of para-tertiary-butylphenolformaldehyde resin (PTBP-FR) allergy. Geldof BA. Roesyanto ID. van Joost T. Contact Dermatitis. 21(5):312-5, 1989**)

A number of groups have investigated the interplay between HCHO and atopic dermatitis. This has been particularly important for the cosmetic industry where the question of the use of HCHO containing products by patient with atopic dermatitis has been evaluated. These studies have demonstrated that there is no correlation between atopic dermatitis and type IV sensitivity to HCHO. This may not be surprising due to the work of Akdis et al. who have demonstrated (largely in the mouse) that due to the phenomenon of antigenic competition patients with atopic eczema are less likely to be sensitized to T-cell antigens that those with normal skin. (**Akdis, M., Verhagen, J., Blaser, K., Akdis, C.A. Role of T Cells in Atopic Eczema in Handbook of Atopic Eczema 2ed., Eds J Ring, B. Przybilla and T. Ruzicka, Berlin, Springer-Verlag, 2006 pp323-329**)

Finally, the role of gaseous HCHO in patients with atopic dermatitis should be mentioned as this relates to the present potential situation. J. Ring and colleagues have done the only direct exposure measurements. They exposed patients with atopic dermatitis and controls to HCHO in an environmental chamber. They noted that the only effect of HCHO was an increase in transdermal water loss. There was no change in skin roughness. This was in contrast to nitrogen dioxide, which increased both water loss and roughness. HCHO did not increase eosinophil cationic protein or serum IL-2 receptor suggesting that HCHO had no

immune effect in the gaseous form. This group suggested that these effect were due to the irritant properties of HCHO. (**Eberlein-Konig, B., Huss-Marp, j., Behrebdt, H., Ring, J., Environmental Pollution and Atopic Eczema, Ibid pp381-388**)

In summary, experimental, clinical and epidemiological evidence demonstrates that HCHO has no adverse health effects on patients with atopic dermatitis. Formaldehyde neither causes atopic dermatitis nor does it affect this condition in any way. Patients such as Timia Dubuclet who may have been exposed to log level of ambient gaseous HCHO cannot attribute any changes in their disease to HCHO exposure.

IX.  Final Conclusions.

1. Timia Dubuclet is a 10-Year-old African-American female with intrinsic atopic dermatitis and type I herpes labialis.
2. Her dermatitis is consistent with this diagnosis; it has been and continues to be mild
3. Any exacerbation that Timia may have suffered in either of these diagnoses upon her return from Houston, TX to New Orleans was not the result of HCHO exposure in her travel trailer.
4. Any allergy rhinitis and related symptomatology from which she may have suffered or now sufferes was no the result of or exacerbated by HCHO exposure in her travel trailer.
5. Timia is a healthy well-adjusted young woman who is appropriate and cognizant of her disease and interested about it. She does not suffer any significant psychological disease.

X.  All of the opinions expressed in this report are to a reasonable degree of medical and scientific certainty.

H. James Wedner, MD, FAAAAI

August 28, 2009