# EXHIBIT B

# H. JAMES WEDNER, M.D.

# Transcript of the Testimony of Videotaped Deposition

# Case: FEMA Trailer Formaldehyde Products Liability Litigation

Volume No.

## Transcript of the Testimony of H. James Wedman

**Date:** October 12, 2009



REPORTING & VIDEO

515 Olive Street, Suite 700
St. Louis, MO 63101
Phone:314.241.6750
1-800-878-6750
Fax:314.241.5070
Email:schedule@goreperry.com
Internet: www.goreperry.com

```
                                                              Page 2
  1              UNITED STATES DISTRICT COURT
  2              EASTERN DISTRICT OF LOUISIANA
  3                   NEW ORLEANS DIVISION
  4
  5   IN RE:   FEMA TRAILER           MDL NO. 1873
  6            FORMALDEHYDE PRODUCTS
  7            LIABILITY LITIGATION   SECTION "N" (5)
  8                                   JUDGE: ENGELHARDT
  9                                   MAG: CHASEZ
 10   THIS DOCUMENT IS RELATED TO: 07-9228
 11   Aldridge, et al. vs. Gulf Streat Coach, Inc., et
 12   al.
 13   (Elisha Dubuclet obo Timia Dubuclet)
 14
 15             Video Deposition of H. JAMES WEDNER,
 16   M.D., taken on behalf of the Plaintiffs, at the
 17   offices of Dr. H. James Wedner, One Barnes
 18   Hospital Plaza, Northwest Tower, 15th Floor, St.
 19   Louis, Missouri, on the 12th of October, 2009,
 20   before Nicki J. Madison, a Certified Court
 21   Reporter #959(G), a Registered Professional
 22   Reporter and Certified Shorthand Reporter and
 23   Notary Public.
 24
 25
```

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 3

```
 1     APPEARANCES OF COUNSEL:
 2     FOR THE PLAINTIFFS DUBUCLET::
 3            Mr. Chris Pinedo
 4            Attorney at Law
 5            4550 Jericho Road
 6            Corpus Christi, Texas   78413
 7            (361) 946-1474
 8            cpinedo@cpinedolaw.com
 9
10     FOR THE DEFENDANT FLEETWOOD:
11            Mr. Richard K. Hines, V
12            Nelson, Mullins, Riley & Scarborough
13            201 17th Street NW, Suite 1700
14            Atlanta, Georgia   30363
15            (404) 322-6154
16            richard.hines@nelsonmullins.com
17
18     VIA TELEPHONE FOR THE PLAINTIFF'S STEERING
19     COMMITTEE:
20            Mr. Raul R. Bencomo
21            Bencomo & Associates
22            639 Loyola Avenue, Suite 2110
23            New Orleans, Louisiana   70119
24            (504) 529-2929
25            Ben_Law@bellsouth.net
```

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 4

1            APPEARANCES (continued)

2   **VIA TELEPHONE FOR THE DEFENDANT FLUOR ENTERPRISES:**

3            Ms. Lezly L. Petrovich

4            Middleberg, Riggle & Gianna

5            201 St. Charles Avenue, Suite 3100

6            New Orleans, Louisiana   70170

7            (504) 207-7350

8            lpetrovich@midrid.com

9

10  **VIA TELEPHONE FOR THE DEFENDANT GULF STREAM:**

11           Mr. Ryan M. Malone

12           Duplass, Zwain, Bourgeois, Pfister &

13              Weinstock

14           3838 North Causeway Boulevard, Suite 2900

15           Metarie, Louisiana   70002

16           (504) 832-3700

17           malone@duplass.com

18

19  VIA TELEPHONE FOR THE DEFENDANTS JAYCO & STARCRAFT:

20           Mr. Thomas L. Cougill

21           Willingham, Fultz & Cougill, LLP

22           808 Travis, Suite 1608

23           Houston, Texas   77002

24           (713) 333-7600

25           TomC@willingham-law.com

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 5

```
 1   VIA TELEPHONE FOR THE DEFENDANTS SHAW ENVIRONMENTAL
 2   AND CH2M HILL CONSTRUCTORS:
 3           Mr. Gerardo R. Barrios
 4           Baker, Donelson, Bearman, Caldwell &
 5              Berkowitz
 6           3 Sanctuary Boulevard, Suite 201
 7           Mandeville, Louisiana  70471
 8           (985) 819-8416
 9           gbarrios@bakerdonelson.com
10
11   **VIA TELEPHONE FOR THE DEFENDANT LIBERTY MUTUAL:**
12           Mr. Kristopher M. Redmann
13           Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
14           601 Poydras Street, Suite 2775
15           New Orleans, Louisiana  70130
16           (504) 568-1990
17           kredmann@lawla.com
18
19   **VIA TELEPHONE FOR THE DEFENDANT COACHMEN ENTITIES:**
20           Mr. John Stewart Tharp
21           Taylor Porter
22           451 Florida Street, 8th Floor
23           Baton Rouge, Louisiana  70801
24           (225) 381-0237
25           stewart.tharp@taylorporter.com
```

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 6

1              APPEARANCES (continued)
2     VIA TELEPHONE FOR THE DEFENDANTS KEYSTONE, THOR
3     CALIFORNIA, THOR INDUSTRIES, DUTCHMEN
4     MANUFACTURING, DS CORP, KZ RV:
5              Mr. Ryan E. Johnson
6              Jones Walker
7              Four United Plaza
8              855 United Plaza Boulevard
9              Baton Rouge, Louisiana  70809
10             (225) 248-2080
11             rjohnson@joneswalker.com
12
13    **ALSO PRESENT:**
14             Mr. Steve Johnston, Videographer
15             Gore Perry Reporting & Video
16             515 Olive Street, Suite 700
17             St. Louis, Missouri  63101
18             (314) 241-6750
19
20
21
22
23
24
25

FEMA Trailer Formaldehyde Products Liability Litigation                    H. James Wedman
                                                                           10/12/2009

Page 10

1              H. JAMES WEDNER, M.D.,
2     of lawful age, having been first duly sworn to
3     testify the truth, the whole truth, and nothing but
4     the truth in the case aforesaid, deposes and says
5     in reply to oral interrogatories propounded as
6     follows, to-wit:
7              (Plaintiff's Exhibits No. 1, 2 and 3 were
8     marked, dated, NJM.)
9              **VIDEOGRAPHER:** We are on the record at
10    10:38. Today's date is October 12, 2009, and we
11    are at Children's Hospital, St. Louis, Missouri.
12    My name is Steve Johnston, Legal Videographer,
13    along with Nicki Madison, Certified Court Reporter
14    here today for the deposition of Dr. James Wedner
15    to be taken In Re: FEMA Trailer Formaldehyde
16    Products Liability Litigation. At this time,
17    would counsel identify themselves for the record,
18    please?
19             **MR. PINEDO:** Chris Pinedo for the
20    Plaintiffs.
21             **MR. HINES:** And Richard Hines for the
22    defendant Fleetwood. And just for the record, we
23    are actually not at Children's, but rather we are
24    at Barnes Hospital.
25             **THE COURT:** Thank you. Would the court

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 11

1    reporter, please, swear in the witness?
2             (Witness sworn.)
3                   ----------
4                    EXAMINATION
5    **QUESTIONS BY MR. PINEDO:**
6        Q    Sir, could you, please, state your full
7    name?
8        A    My name is H. James Wedner, W-E-D-N-E-R.
9        Q    And you are licensed medical doctor?
10       A    I am.
11       Q    In the State of Missouri?
12       A    Correct.
13       Q    Do you hold any medical licenses in any
14   states other than Missouri?
15       A    No.  I have -- I had a license in New
16   York, which is -- it's not in effect.  I can
17   reactivate it if I paid my dues.
18       Q    But currently, you are not entitled to
19   practice medicine in the State of New York, are
20   you?
21       A    No.
22       Q    Sir, have you ever given a deposition
23   before?
24       A    Yes.
25       Q    On how many occasions have you given a

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 98

15    A    Sure. Medical literature says something
16 causes -- A causes B, pneumococci causes
17 pneumococcal pneumonia, I mean, absolute, no
18 questions asked.

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 186

10   Q   You see panel 1.1. Does that mean she
11   was tested for all of these and was not allergic
12   to any of the items identified in panel 1.1?
13   A   Based upon the picture that I have and
14   the fact that there is nothing written there, I'm
15   assuming the answer is she is not allergic to any,
16   or sensitive would be better word.
17   Q   And we look at panel 2.1, there are
18   various items identified there, and she registered
19   as positive for p-tert butylphenol formaldehyde
20   resin and epoxy resin; is that right?
21   A   That's correct.
22   Q   And both epoxy resin and p-tert
23   butylphenol formaldehyde resin contain
24   formaldehyde; is that right?
25        MR. HINES:   Object to form, foundation.

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 187

1  A     Well, they are made from formaldehyde.
2  They do not necessarily contain formaldehyde.
3  Q     (By Mr. Pinedo)  All right.  And then we
4  see, see you had some type of positive reactivity
5  with item number 26, and that's imidazolidiny
6  urea; is that right?
7  A     Yes.
8  Q     If we turn to the second page of this
9  collection of documents that we have before us in
10 Exhibit No. 25, there is a section is where p-tert
11 butylphenol formaldehyde resin is found; is that
12 right?
13 A     Yes.
14 Q     In the second paragraph, it states there,
15 p-tert butylphenol formaldehyde resin is also used
16 in the manufacture of plywood, insulation, and
17 fiberglass; is that right?
18 A     That's the third, four paragraph, yes.
19 Q     And you don't have -- you agree with
20 that, don't you, sir?
21 A     I have no reason to disagree with it.  We
22 usually tell people that are allergic to that that
23 it's mostly found in glue -- in shoes and leather.
24 Q     At least according to this particular
25 statement from the T.R.U.E. Test is that it is

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 188

1    found in plywood; is that right?
2        A    It says so, yes.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

218

8   and I'm saying, no, I disagree with you.

9   Q   Here is my question.  I'm going to ask
10  you a different question.  Are you generally aware
11  of any literature to the effect that the irritant
12  levels for formaldehyde on children and the
13  elderly is lower than for adults?

14      MR. HINES:  Object to form and
15  foundation.

16  A   Define literature.

17  Q   (By Mr. Pinedo)  Medical literature,
18  scientific articles.

19  A   Not review articles, an article where
20  they actually studied the irritant effects on
21  children and adults?

22  Q   Let's put them all together.

23  A   No, no, you have to define it.  If that's
24  what you are talking about, I disagree with you.
25  I don't know that there is that article in the

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 219

```
 1    literature where they actually study children and
 2    adults and show that they were more sensitive.
 3    It's been written about, but it's not based on
 4    well-founded scientific literature.
 5        Q    Okay.  What articles --
 6        A    I'm not going to give you the articles.
 7    We've been through that before.  If you want to
 8    show me articles, I would be delighted to discuss
 9    them with you.
10        Q    Let me finish my question, sir.  Can you
11    name an article that states or refers to that
12    children and the elderly experience the irritant
13    effects of formaldehyde at lower levels than
14    adults that you disagree with?
15        A    No.
16        Q    But you are aware that certain articles
17    have been written, whether they are review
18    articles, peer review literature, scientific
19    literature, medical literature that include that
20    statement or that proposition that children and
21    the elderly are more susceptible to the irritant
22    of effects of formaldehyde?
23        A    That particular statement?  No.
24        Q    Why did you look over at Mr. Hines?
25        A    Just because I like looking at Mr. Hines.
```

1   I mean, there is no reason I can't look at
2   Mr. Hines. It's a question, I gave you the
3   answer, let's move on.
4       Q   Now, you said that particular statement.
5   I'm not talking about that particular statement.
6   I'm talking about a proposition or a reference to
7   that type of finding or that type of --
8       A   I am sure that somewhere in the East
9   African Journal of Epidemiology there may be a
10  statement that says that, but there is no
11  well-founded scientific literature that documents
12  it. And if you've got one, I would be delighted
13  to go over it with you.
14      Q   Suffice it to say, if any paper says
15  that, you disagree with that; is that right?
16      A   No, I did not say that. I said, if
17  you've got one, let's go over it. If you don't,
18  let's move on.
19
20
21
22
23
24
25

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 220

24    Q    You would agree with me that chronic
25    exposure to formaldehyde has been shown to cause

FEMA Trailer Formaldehyde Products Liability Litigation                    H. James Wedman
                                                                            10/12/2009

Page 221

1   changes in the nasal epithelial?

2       A    It has been shown to cause changes in the
3   nasal epithelial which may be a stratification or
4   changes in the stratified corneum, yes.  We talked
5   about that before.

6       Q    Have you read the Franklin paper?

7       A    Yes, I have.

8       Q    And Franklin found that school children
9   exposed to formaldehyde had headaches, nose
10  bleeds, and rhinitis; is that right?

11      A    Again, I don't recall the exact data in
12  the paper.  If you have it, let's go over it.

13      Q    Do you disagree with that statement?

14      A    I didn't agree or disagree.  I don't
15  remember the study.  If you've got it, let's talk
16  about it.  If not, let's move on.  I'm not going
17  to agree on something based on the memory of a
18  paper I read sometime ago.  If you want to discuss
19  papers, I would be delighted to do so, but not
20  based on my memory.  If you've got the paper,
21  let's talk about it.

22      Q    You can't talk about the Franklin paper
23  from memory, can you, Doctor?

24      A    No.  Can you?

25      Q    I can, but I'm here to ask you questions

FEMA Trailer Formaldehyde Products Liability Litigation

H. James Wedman
10/12/2009

Page 222

1  and find out what your knowledge is in this case
2  and what your opinions are. Do you understand
3  that, Doctor?
4    A    I do.
5    Q    I had questions about that based upon
6  your last statement.
7    A    Well, let's get it out and talk about it.
8    Q    What level of formaldehyde is necessary
9  to cause a nose bleed?
10   A    Are we back to nose bleeds? To my
11 knowledge, there is no level of formaldehyde that
12 has ever been shown to cause a nose bleed.
13   Q    Now, you testified in the Alexander case
14 that statistically speaking, the cause of nose
15 bleeds is picking the nose; is that right?
16   A    Absolutely.
17   Q    What studies do you have to show
18 statistically speaking the cause of nose bleeds is
19 picking the nose?
20   A    I have no studies whatsoever.
21
22
23
24
25