# Exhibit "C"

# Deposition Transcript Excerpt of Patricia Farris, M.D. October 14, 2009

## Page 55, line 10-25; Page 56, line 1-25; Page 57, line 1-4.

# Transcript of the Testimony of
# Videotaped Deposition of Patricia Farris, M.D.

**Date taken: October 14, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 6652-4   Filed 11/09/09   Page 3 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Patricia Farris, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE PRODUCTS           SECTION N(4)
LIABILITY LITIGATION            JUDGE ENGELHARDT

(THIS DOCUMENT RELATES TO
 "DUBUCLET V. FLEETWOOD
  ENTERPRISES, INC.,"
  CASE NO. 07-9228)


* * *


VIDEOTAPED DEPOSITION OF PATRICIA FARRIS, M.D., 701 METAIRIE ROAD, METAIRIE, LOUISIANA 70005, TAKEN AT THE OFFICES OF LEAKE & ANDERSSON, 1100 POYDRAS STREET, SUITE 1700, NEW ORLEANS, LOUISIANA 70163, ON THE 14TH DAY OF OCTOBER, 2009.

REPORTED BY:

 CATHY RENEE´ POWELL, CCR
 PROFESSIONAL SHORTHAND REPORTERS
 (504)529-5255

VIDEOGRAPHER:

 JACK VERWOERT
 PROFESSIONAL SHORTHAND REPORTERS
 (504)529-525

Case 2:07-md-01873-KDE-MBN   Document 6652-4   Filed 11/09/09   Page 4 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia Farris, M.D.

Page 6

```
 1              S T I P U L A T I O N
 2
 3         It is stipulated and agreed by and
 4    between counsel for the parties hereto that
 5    the deposition of the aforementioned witness
 6    is hereby being taken for all purposes
 7    allowed under the Federal Rules of Civil
 8    Procedure, in accordance with law, pursuant
 9    to notice;
10         That the formalities of reading and
11    signing are specifically not waived;
12         That the formalities of filing,
13    sealing, and certification are specifically
14    waived;
15         That all objections, save those as to
16    the form of the question and the
17    responsiveness of the answer, are hereby
18    reserved until such time as this deposition,
19    or any part thereof, may be used or sought
20    to be used in evidence.
21                   *   *   *
22         CATHY RENEE' POWELL, CCR, Certified
23    Court Reporter, officiated in administering
24    the oath to the witness.
25
```

Case 2:07-md-01873-KDE-MBN   Document 6652-4   Filed 11/09/09   Page 5 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 8

```
 1          I'm Jason Bone.  I'm here on
 2   behalf of Forest River, Inc.
 3          MS. PETROVICH:
 4              Lezly Petrovich, I'm here on
 5   behalf of Fluor Enterprises, Inc.
 6          MR. SAPORITO:
 7              Jerry Saporito here on behalf of
 8   Fleetwood.
 9   EXAMINATION BY MR. BENCOMO:
10       Q.   Would you please state your full
11   name for the record.
12       A.   Patricia K. Farris, MD.
13       Q.   What is your business address,
14   Dr. Farris?
15       A.   701 Metairie Road, Metairie,
16   Louisiana.
17       Q.   And what about your home address?
18       A.   223 West William David Parkway,
19   Metairie, Louisiana.
20       Q.   What is your date of birth?
21       A.   11-22-53.
22       Q.   And your marital status?
23       A.   Single.
24       Q.   Have you ever been married before?
25       A.   Yes.
```

Case 2:07-md-01873-KDE-MBN Document 6652-4 Filed 11/09/09 Page 6 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 55

1
2
3
4
5
6
7
8
9         atopic derm...
10        A.   Children with atopic dermatitis
11   have lower levels of ceramides, or lipids,
12   so they have less mortar.  They also have
13   dysfunctional bricks.  They lack a protein
14   called filaggrin that causes the bricks to
15   mature in a normal way.
16             So, in other words, their
17   epidermal barrier is compromised.
18        Q.   And that, in turn, allows for
19   increased water loss resulting in a skin
20   that becomes dry and cracked.  Correct?
21        A.   Correct.
22        Q.   And do you not agree then that,
23   additionally, when barrier function is
24   compromised, such as someone with atopic
25   dermatitis, that this allows for easier

Case 2:07-md-01873-KDE-MBN   Document 6652-4   Filed 11/09/09   Page 7 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Patricia Farris, M.D.

Page 56

1  penetration of microorganisms, irritants and
2  potential allergens into the skin?
3       A.   Correct.
4       Q.   Now, is formaldehyde a
5  microorganism, irritant or a potential
6  allergen?
7       A.   Formaldehyde, topically, would be
8  both a potential allergen and an irritant.
9       Q.   And would you not agree that a
10 child whose epidermal barrier is compromised
11 is at greater risk of easier penetration of
12 microorganisms, irritants and potential
13 allergens into the skin, correct?
14      A.   Correct.
15      Q.   I'm sorry?
16      A.   Correct.
17      Q.   And what happens when the barrier
18 function is compromised?
19      A.   Well, like I said previously, the
20 skin barrier is to hold water in, so water
21 escapes the skin when the barrier is
22 compromised; and it is also to keep
23 potential allergens and microorganisms out,
24 so those may more easily penetrate the skin.
25      Q.   And does it not trigger an immune

Page 57

1  response then that causes skin inflammation
2  and eczema?
3       A.   The allergens can cause skin
4  inflammation and eczema.  Correct.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25