# Exhibit "A"

# Deposition Transcript Excerpt of Patricia Farris, M.D.

Transcript of the Testimony of
# Videotaped Deposition of Patricia Farris, M.D.

## Date taken: October 14, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION N(4)

LIABILITY LITIGATION          JUDGE ENGELHARDT

(THIS DOCUMENT RELATES TO
"DUBUCLET V. FLEETWOOD
ENTERPRISES, INC.,"
CASE NO. 07-9228)


                    *   *   *


                 VIDEOTAPED DEPOSITION OF PATRICIA

FARRIS, M.D., 701 METAIRIE ROAD, METAIRIE,

LOUISIANA 70005, TAKEN AT THE OFFICES OF

LEAKE & ANDERSSON, 1100 POYDRAS STREET,

SUITE 1700, NEW ORLEANS, LOUISIANA 70163, ON

THE 14TH DAY OF OCTOBER, 2009.

REPORTED BY:

     CATHY RENEE´ POWELL, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255

VIDEOGRAPHER:

     JACK VERWOERT
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-525

Page 2

```
 1   APPEARANCES:

 2

          CHRIS PINEDO, ESQUIRE
 3        4550 JERICHO ROAD
          CORPUS CHRISTI, TEXAS  78413
 4
              (ATTORNEYS FOR PLAINTIFFS)
 5

 6        BENCOMO & ASSOCIATES
          (BY:  RAUL R. BENCOMO, ESQUIRE)
 7        639 LOYOLA AVENUE, SUITE 2110
          NEW ORLEANS, LOUISIANA  70113
 8
              (ATTORNEYS FOR THE PSC)
 9

10        LAW OFFICES OF FRANK D'AMICO
          (BY:  FRANK D'AMICO, JR., ESQUIRE)
11        622 BARONNE STREET
          NEW ORLEANS, LOUISIANA  70112
12
              (ATTORNEYS FOR THE PSC AND ELISHA
13               AND TIMIA DUBUCLET)

14
          BAKER, DONELSON, BEARMAN, CALDWELL &
15         BERKOWITZ
          (BY:  KAREN WHITFIELD, ESQUIRE)
16        3 SANCTUARY BLVD., SUITE 201
          MANDEVILLE, LOUISIANA  70471
17             (Attended via telephone)

18        (ATTORNEYS FOR CH2M HILL CONSTRUCTORS,
               INC. and SHAW ENVIRONMENTAL, INC.)
19

20        GIEGER, LABORDE & LAPEROUSE
          (BY: JASON BONE, ESQUIRE)
21        701 POYDRAS STREET
          SUITE 4800
22        NEW ORLEANS, LOUISIANA  70139

23         (ATTORNEYS FOR DEFENDANTS FOREST
               RIVER)
24

25
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 3

```
 1    APPEARANCES CONTINUED:

 2

           JONES, WALKER, WAECHTER, POITEVENT,
 3           CARRERE & DENEGRE
           (BY: CHRIS MARTIN, ESQUIRE)
 4         8555 UNITED PLAZA BOULEVARD
           BATON ROUGE, LOUISIANA  70809
 5             (Attended via telephone)

 6         (ATTORNEYS FOR DEFENDANTS PILGRIM,
               KEYSTONE, MONACO, R-VISION, THOR
 7             CALIFORNIA, KZRV, DS/
               CROSSROADS AND DUTCHMEN)
 8

 9         LEAKE & ANDERSSON
           (BY:  JERRY L. SAPORITO, ESQUIRE)
10         1700 ENERGY CENTRE
           1100 POYDRAS STREET
11         NEW ORLEANS, LOUISIANA  70163

12         (ATTORNEYS FOR DEFENDANTS
               FLEETWOOD ENTERPRISES, INC.,
13             ET AL.)

14
           LOBMAN CARNAHAN
15         (BY:  HEATHER CHEESBRO, ESQUIRE)
           400 POYDRAS STREET
16         TEXACO CENTER - SUITE 2300
           NEW ORLEANS, LOUISIANA  70130
17             (NOT PRESENT)

18         (ATTORNEYS FOR CRUM & FORSTER)

19
           MIDDLEBURG, RIDDLE
20         (BY:  LEZLY PETROVICH, ESQUIRE)
           CHASE TOWERS, NORTH TOWER
21         450 LAUREL STREET, SUITE 1101
           BATON ROUGE, LOUISIANA 70801-1819
22
           (ATTORNEYS FOR FLUOR ENTERPRISES,
23             INC.)

24

25
```

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 6

```
 1              S T I P U L A T I O N

 2

 3          It is stipulated and agreed by and

 4     between counsel for the parties hereto that

 5     the deposition of the aforementioned witness

 6     is hereby being taken for all purposes

 7     allowed under the Federal Rules of Civil

 8     Procedure, in accordance with law, pursuant

 9     to notice;

10          That the formalities of reading and

11     signing are specifically not waived;

12          That the formalities of filing,

13     sealing, and certification are specifically

14     waived;

15          That all objections, save those as to

16     the form of the question and the

17     responsiveness of the answer, are hereby

18     reserved until such time as this deposition,

19     or any part thereof, may be used or sought

20     to be used in evidence.

21                     *   *   *

22          CATHY RENEE' POWELL, CCR, Certified

23     Court Reporter, officiated in administering

24     the oath to the witness.

25
```

Page 7

```
 1          THE VIDEOGRAPHER:
 2               This is the videotaped deposition
 3   of Dr. Patricia Farris taken in regard to
 4   the "FEMA Trailer Formaldehyde Products
 5   Liability Litigation."
 6               It's October 14, 2009; it's 1:25
 7   p.m., and we're on the record.
 8               Swear the witness.
 9                    *    *    *
10               PATRICIA FARRIS, M.D.,
11   having been first duly sworn as a witness,
12   was examined and testified as follows:
13          MR. BENCOMO:
14               Before we begin, we should have
15   some appearances on the record as to who is
16   actually here.
17               My name is Raul Bencomo, and I
18   represent the plaintiffs in connection with
19   this matter.
20          MR. PINEDO:
21               Chris Pinedo for the plaintiffs.
22          MR. D'AMICO:
23               Frank D'Amico, Junior, on behalf
24   of the PSC and the Dubuclets.
25          MR. BONE:
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 8

1            I'm Jason Bone.  I'm here on

2    behalf of Forest River, Inc.

3        MS. PETROVICH:

4            Lezly Petrovich, I'm here on

5    behalf of Fluor Enterprises, Inc.

6        MR. SAPORITO:

7            Jerry Saporito here on behalf of

8    Fleetwood.

9    EXAMINATION BY MR. BENCOMO:

10       Q.   Would you please state your full

11   name for the record.

12       A.   Patricia K. Farris, MD.

13       Q.   What is your business address,

14   Dr. Farris?

15       A.   701 Metairie Road, Metairie,

16   Louisiana.

17       Q.   And what about your home address?

18       A.   223 West William David Parkway,

19   Metairie, Louisiana.

20       Q.   What is your date of birth?

21       A.   11-22-53.

22       Q.   And your marital status?

23       A.   Single.

24       Q.   Have you ever been married before?

25       A.   Yes.

1

2

3

4

5

6

7

8

9

10

11

12

13

14    status:   Headaches, vomiting at night, itchy

15    eyes, burning eyes, itchy lips, burning

16    lips, runny nose, terrible rash that she was

17    itching until she was raw.

18           And the mother explained that

19    there were a number of things in the FEMA

20    trailer that she did not like, including

21    bugs and fungus and whatever else, you know,

22    that she said it was dirty, basically.

23           She told me that she did notice a

24    smell in the trailer, particularly right

25    when she moved in, which she described to me

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 60

1   as a moldy, musty smell, or a new trailer

2   smell.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  71

1

2

3

4

5

6

7

8

9

10

11

12

13

14    I'm unfamiliar with gaseous formaldehyde

15    irritancy.

16

17

18

19

20

21

22

23

24

25

Page  72

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15           Is Timia the first patient that

16   you have evaluated who was exposed to

17   formaldehyde?

18        A.   Yes, she is.

19

20

21

22

23

24

25

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 74

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16        Q.    You mentioned in your report that
17   Timia liked school and her friends in
18   Houston and she didn't want to come back,
19   but she is apparently doing better now.  Do
20   you remember that?
21        A.    Yes, I do.
22        Q.    Do you have any information from
23   Timia regarding her mental state before
24   moving to Houston?
25        A.    No.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 75

1          Q.    Do you have any information from

2     Timia or her mom regarding her mental state

3     while in Houston?

4          A.    No.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 78

```
 1
 2
 3
 4
 5
 6        Q.   Do you have any idea as to what
 7   the level of formaldehyde that was being
 8   off-gassed was in Timia's trailer from the
 9   time they moved in, which would have been in
10   June of 2006, until they moved out, which
11   would have been in September of 2007?
12        MR. SAPORITO:
13             Object to the form of the
14   question.
15        THE WITNESS:
16             No, I do not.
17
18
19
20
21
22
23
24
25
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 80

1

2

3

4

5

6

7          A.     The only discussion that I had

8     with anybody about the level of formaldehyde

9     gas, again, because it is out of my area of

10    expertise to even evaluate it, was with

11    Richard Hines who told me that the level of

12    formaldehyde gas, as was measured in the

13    trailer, by whom, I don't know, was an

14    acceptable safety level according to HUD

15    standards.

16

17

18

19

20

21

22

23

24

25

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

```
                                                       Page 89
 1
 2
 3
 4
 5
 6
 7
 8
 9          Q.    But you don't have any expertise
10    when it comes to gaseous exposure, correct?
11          A.    Again, to my knowledge, gaseous
12    exposure doesn't cause or exacerbate atopic
13    dermatitis.
14          Q.    And what about formaldehyde?
15          A.    Topical formaldehyde, yes.
16          Q.    And you are not saying to this
17    jury that she did not suffer from some type
18    of formaldehyde-related issues.  Is that
19    correct?
20
21
22
23
24
25
```

Page 93

1

2

3

4

5

6

7

8

9

10

11     A.    I did do, obviously, a literature

12   research.

13     Q.    I said "thorough."

14     A.    Well, I guess that would depend on

15   your definition of thorough.

16     Q.    Well, why don't you tell me how

17   you arrived at that conclusion, since you

18   have told us that you are not an expert in

19   formaldehyde, and if you have any specifics,

20   please share those with us.

21     A.    Okay.  Well, I guess let's work

22   back from contact sensitization.  Contact

23   sensitization occurs with contact to the

24   skin.  And in the case of formaldehyde, as

25   you know, we do testing for contact

Page 94

1    sensitization.   We use 1 percent liquid

2    formaldehyde on a patch test in a FEN

3    chamber.

4             So working back from that,

5    reviewing the literature, and obviously that

6    can be done on PubMed, I didn't see any

7    references to contact sensitization coming

8    from gaseous formaldehyde.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                  Videotaped Deposition of Patricia Farris, M.D.

Page 95

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20              Have you ever read anything by

21   Eberlin-Konig in the "Journal of Allergy and

22   Clinical Immunology"?

23        A.    You have to give me a little more

24   information than that.  I don't know the

25   authors' names.

Page 96

 1          Q.   About a study that they conducted

 2     in 1998 pertaining to gaseous formaldehyde

 3     and changes in the epidermal barrier after

 4     exposure to same.

 5          A.   I did see that study.

 6          Q.   Were you familiar with that study

 7     before you got involved in this case?

 8          A.   No.

 9          Q.   And when you say you saw it, how

10     is it that you saw that study?

11          A.   I think I found it on PubMed.

12          Q.   And is that part of your reliance

13     materials or part of your file?

14          A.   I'm sorry?

15          Q.   Is that part -- that study part of

16     your reliance materials or part of your

17     file?

18          A.   No.

19          Q.   Are you aware that that study

20     showed changes in the epidermal barrier

21     after exposure to gaseous formaldehyde in

22     individuals with atopic eczema?

23          A.   An increase in TEWL, if I

24     believe -- if I'm correct.  Correct?

25          Q.   I'm just asking you.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 97

```
 1         A.    To my recollection, it was an

 2    increase in transepidermal water loss.

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 97

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          A.    I don't know exactly what the

24     findings were, but as I recall, they were

25     looking at patients or medical students who

Page 98

1   had been in an anatomy lab, correct?  And I

2   believe the exposure level that someone

3   would get in an anatomy lab would be fairly

4   significant exposure to liquid formaldehyde,

5   or embalmed bodies.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia Farris, M.D.

Page 98

1

2

3

4

5

6          Q.    Do you know how that exposure

7    would have been determined?

8          A.    No.

9          Q.    How would you think that such

10   exposure would be determined?

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 101

1

2

3

4

5

6

7

8

9      Q.    We have already established that

10   you don't have expertise when it comes to

11   formaldehyde, correct?

12      A.    Gaseous formaldehyde.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 106

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18          A.    Well, I think at this point in my

19    report, we are discussing the psychological

20    status or -- I guess, status of the patient.

21

22

23

24

25

Page 107

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    dermatology; you're certainly not a

22    psychiatrist or psychologist?

23         A.   No.

24

25

Page 111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17          -

18          Q.    Okay.   And insofar as the trailer

19    itself, what was in the trailer or might

20    have been off-gassed in the trailer the

21    entire time Timia and her mom were living in

22    the trailer, you cannot and are not in any

23    position to be able to testify to that,

24    correct?

25          A.    In terms of the gaseous exposure,

1    no.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia Farris, M.D.

Page 146

```
 1
 2
 3                REPORTER'S CERTIFICATE
 4
 5         I, Cathy Renee' Powell, Certified
 6    Court Reporter, do hereby certify that the
 7    above-named witness, after having been first
 8    duly sworn by me to testify to the truth,
 9    did testify as hereinabove set forth;
10         That the testimony was reported by me
11    in shorthand and transcribed under my
12    personal direction and supervision, and is a
13    true and correct transcript, to the best of
14    my ability and understanding;
15         That I am not of counsel, not related
16    to counsel or parties hereto, and not in any
17    way interested in the outcome of this
18    matter.
19
20
21
22
23              _____
                CATHY RENEE' POWELL, CCR
24              Certified Court Reporter
25
```