Report of Patricia K Farris, M.D., F.A.A.D

This report is based on my examination of Timia Dubuclet on September 23, 2009, and a review of medical records and documents including expert opinions by Dr James Wedner, Dr Lawrence G. Miller, Dr George Farber and Dr Howard Maibach. I have also received a copy of Dr George Farber's deposition.

1. I am a board certified dermatologists and have been in private practice for 23 years. I have served on the clinical teaching faculty at Tulane University Medical School in the department of Dermatology since 1986. I am licensed to practice medicine in the states of Louisiana, California and New York. In my private practice I see patients with problems related to skin allergies, atopic dermatitis and contact dermatitis including pediatric patients. I served as an investigator in the phase III clinical trial for topical tacrolimus ointment (Protopic™ ointment). This product was approved for the treatment of atopic eczema in December 2000. During my graduate studies and while attending medical school, I conducted research in the field of physiology and immunology under the direction of Nicholas Di Luzio, PhD, who was chairman of the department of Physiology at Tulane Medical School and John Salvaggio, M.D, who was chairman of the Department of Allergy and Immunology at Tulane.

2. I have served as a consultant to cosmetic and pharmaceutical companies and have considerable expertise on the subject of topical skin care products, medications and their formulations. I have published and lectured extensively on topical skin care products and cosmeceuticals.

3. My curriculum vitae is attached.

BACKGROUND INFORMATION ON ATOPIC DERMATITIS

Atopic Dermatitis affects approximately 20% of the childhood population.[1] Although the term "eczema" is often used by primary care physicians as a synonym for atopic dermatitis, to a dermatologist, eczema is a much broader term. Eczematous eruptions are inflammatory rashes that have similar clinical characteristics including papules, plaques, serous discharge and exudate and are associated with intense itching. The characterization of eczema is determined by the history, clinical course and distribution of the rash.[2] The differential diagnosis of eczematous eruptions includes conditions such as atopic dermatitis, seborrheic dermatitis, allergic contact dermatitis, nummular dermatitis and irritant dermatitis. Thus eczema sometimes presents a diagnostic dilemma for even the most astute clinician.

Atopic dermatitis is a unique eczematous eruption that typically starts in childhood. Atopic dermatitis is often the first presenting sign of the atopic triad which includes atopic dermatitis, allergic rhinitis and asthma. In these children, atopic dermatitis starts what is called the "atopic march" where patients go on to develop allergic rhinitis and asthma.[3] Although not all children with atopic dermatitis develop the

triad, 50-80% of those with atopic dermatitis do develop allergic rhinitis and 50% will eventually have asthma.[2] In general children with more severe atopic dermatitis and high serum IgE levels have a higher risk for developing asthma and food allergies.[4,5]

Atopic dermatitis has infantile, childhood and adult phases.[2] In the infantile phase, birth to six months, the rash usually begins on the cheeks, forehead and scalp and may extend onto the trunk and extremities where it is found in symmetric patches. At this stage it is often difficult to differentiate atopic dermatitis from other inflammatory skin diseases such as seborrheic dermatitis (cradle cap) and sebopsoriasis that are also found in this distribution. Infantile atopic dermatitis is scaling, weeping and itching can be intense. Oral antihistamines may be required in addition to topical therapy at this stage. Mild to mid-potency topical corticosteroids are the mainstay of treatment for infantile eczema.

The childhood phase follows the infantile phase and lasts until puberty. At this stage the eczematous eruption is more dry and papular. There is a greater tendency towards chronic changes such as lichenification that occurs as a result of chronic scratching and rubbing. Facial and scalp involvement is replaced by perioral involvement.[2] The lips appear dry and chapped at this stage and there may be redness around the mouth. In African American children, atopic dermatitis is more likely to be papular, follicular and lichenoid. There is typically involvement of the popliteal and antecubital areas in children and adolescents and this distribution is widely recognized by dermatologists as typical of this disorder. Post-inflammatory hyperpigmentation (darkening of the skin) is also common in African American atopic patients. Increased palmar marking and Dennie-Morgan lines (folds under the eyes) are also seen in the childhood phase. Treatment at this stage consists of mild to mid potency topical corticosteroids or topical calcineurin inhibitors such as Elidel™ and Protopic™. Antihistamines are used to control itching. In severe cases, systemic medications such as prednisone and other immunosuppressive agents may be required.

The adult phase begins at puberty and the eczema is primarily in the flexural folds of the neck, arms and legs. I will not discuss this stage in detail as it is not relevant to this case.

The pathophysiology of atopic dermatitis is complicated by the fact that there are genetic, immunologic and environmental components. In the past several years, we have gained a greater understanding of how these factors are interrelated and how they are expressed in atopic patients. The outer layer of the skin, the stratum corneum, plays an important role in barrier function. Its structure is commonly described as "bricks and mortar" since the flattened skin cells in this outer layer are embedded in lipids. This bricks and mortar configuration functions to keep water in the skin and keep unwanted substances out.[6] It is now known that children with atopic dermatitis have an inadequate amount of ceramides and the protein filaggrin in their skin. Ceramides are an important component of the lipids that make up the mortar between the epidermal cells. Filaggrin is a protein found in the epidermal cells that is essential for normal epidermal maturation.[7] It is this breakdown in the bricks and mortar structure of the stratum corneum that leaves the epidermal barrier compromised allowing for increased water loss resulting in skin that is dry and cracked. Additionally, when barrier function is compromised this allows for easier penetration of microorganisms, irritants and potential allergens into the skin. These

substances then trigger an immune response that is mediated by T-lymphocytes resulting in the production of a variety of immune mediators causing skin inflammation and eczema. [8]

TIMIA DUBUBCLETS HISTORY

During my examination of Timia, Elisha Dubuclet related the history of her daughter's illness. According to Ms Dubuclet, Timia was first diagnosed with eczema when she was just a few months old. She was seen and treated by her pediatrician Dr George Stern who prescribed 1% Hydrocortisone cream which seemed to control the problem. According to Ms Dubuclet the eczema was "no big deal" and was easily controlled with either 1% hydrocortisone cream or triamcinolone 0.1% cream that Dr Stern prescribed. She was never sent to a dermatologist and had no other medical problems except occasional allergies, runny nose type. There was no history of asthma.

According to her mother, the trouble began when Timia came back to New Orleans and moved into a FEMA trailer with her family. Her mother said that shortly after moving into the trailer in June 2006 Timia began experiencing headaches, runny nose, runny eyes, nose bleeds, itching and had four or five episodes of vomiting in her sleep. She said she was concerned that Timia might choke in her sleep due to the vomiting. Timia also had complained of burning eyes and lips at that time. She also said that Timia was scratching until her skin was raw. She had rash around lips and on the arms and legs in the fold which according to her mother was "much worse" after she returned from Houston and moved into the trailer. Ms Dubuclet noticed a funny smell in the trailer that she describes as "moldy, musty or a new trailer smell." She also said that there were spiders and roaches in the trailer. She stated that she was constantly cleaning the trailer since there was mold in the shower, on the windows and baseboards. She used Mean Green cleaner to try to control the mold. She also calked around the openings to try to seal the trailer. According to Ms Dubuclet, she had to put their clothes in plastic bags to keep them from getting moldy.

Timia saw Dr Solis once or twice after returning from Houston but switched to pediatrician Dr Doughty-White who was "more convenient". They did not see a dermatologist while Timia was in living in the trailer. In May 2008 they were seen at Kenner Dermatology Clinic for evaluation and treatment. Dr Doughty-White referred them to Dr Farber. Dr Farber treated Timia using light treatments and several creams and also did some skin testing on her. According her mother, Dr Farber's treatments have made Timia's rash much better. She is currently using Locoid Lipocream and an antihistamine (probably Atarax) at bedtime as need for itching. When asked the only exacerbating factor that they could identify for Timia's eczema was that when she gets over heated or sweats that seems to make it worse. Otherwise Timia had no specific allergies that Ms Dubuclet was aware of. Her mother uses sensitive skin Tide to wash her clothing and she has no intolerance to any kind of fabrics, clothing or problems with shoe allergy.

Timia contributed little to our discussion that day except when I specifically asked her about her move back to New Orleans after Katrina. She said she liked school and her friends in Houston and that she didn't want to come back. Her mother added that while she was doing very well in school in Houston,

she had some comprehension problems when she returned to New Orleans. She is apparently doing better now. Timia wants to be a forensic scientist when she grows up.

PHYSICAL EXAMINATION

EXAMINATION: The patient was scratching intermittently during the exam primarily around her lips, face and on her arms. She was happy and co-operative during the exam.

Head and Neck: There are Dennie-Morgan folds under both eyes and dry patchy eczematoid dermatitis on the left eyelid and the right eyelid. The eczema was more severe on the left eyelid than the right. The lips were dry and there was superficial desquamation around the lips that was more prominent at the corners. There was some hyperpigmentation of the skin on the posterior neck just below the hairline.

Trunk, arms and legs: There was a follicular prominence that had a lichenoid appearance.

Arms: There were a few hyperpigmented streaking lesions on her left arm, compatible with postinflammatory hyperpigmentation from scratching. In the antecubital fossa, there was some hyperpigmentation and eczematoid changes, which were more severe on the left than the right.

The hands were not involved. There was no increased palmar markings.

Legs: The left popliteal fossae showed hyperpigmentation with very mild eczematoid dermatitis. The feet were not involved.

DISCUSSION

Timia presents a very typical history and clinical course of an atopic patient. She has had mild to moderate atopic dermatitis since infancy which has easily controlled with antihistamines and topical medications including corticosteroids and Elidel™. She has never required oral antibiotics for secondary skin infection and she has she has not been given systemic medications like prednisone according to her medical records. A review of her medical records shows intermittent visits to the pediatrician or emergency room for treatment of her atopic dermatitis at a rate of 2 visits per year on average. RAST testing performed by Dr H. James Wedner was negative and total serum IGE levels within normal limits. Accordingly, Timia would be categorized as having intrinsic atopic dermatitis which is seen in children with mild eczema, normal IGE levels and no detectable allergen specific IGE. [9] Intrinsic atopic dermatitis is seen in 30% of atopic patients and indicates a favorable prognosis long term in that she is less likely to suffer from asthma. [2]

Timias medical records indicate she now suffers from sinus congestion and allergic rhinitis. This is in keeping the natural history of her atopic disease and the atopic march which starts with eczema followed by allergic rhinitis. The first mention of sinusitis was in 2002 and her records note "sinus problems" intermittently from that point on. She was prescribed Nasonex spray by Napoleon Pediatrics in November 2007. This nasal spray contains the steroid mometasone furoate and is useful for treating allergic rhinitis. There are several mentions of allergic rhinitis in her records between 2007 and 2009.

She continues to be treated for this problem by Dr Farber who prescribed Nasofed Suspension and Nasonex spray. During my discussion with her mother she indicated that allergies/runny nose were an ongoing problem although she did not mention that she was currently on the above prescribed medications.

The final question is why would Timia have developed a severe exacerbation of her atopic dermatitis and allergic symptoms during the time she resided in the FEMA trailer and could this be related to formaldehyde gas exposure? In my experience, I have never seen any patient with atopic dermatitis or any other type of skin allergy that has been caused by or exacerbated by exposure to formaldehyde gas. I was in practice after Katrina and I did not have patients with atopic dermatitis coming in with increasing frequency or with exacerbations of their conditions during the time following the storm. I also had many patient living in FEMA trailers and did not have any complaints of skin rash that developed as a result of living in these trailers. I did see several patients who were gutting houses with irritant dermatitis from sheet rock dust and debris. It is certainly possible that since the Dubuclets' FEMA trailer was sitting in front of their house during its construction that this child might have been exposed to such debris.

In attempt to determine if Timia was sensitized to formaldehyde Dr Farber conducted patch testing using the T.R.U.E test. The T.R.U.E test is the standard of care in the dermatology community for determining contact sensitivity to common allergens. According to Dr Farber's deposition Timia was patch test negative to formaldehyde indicating that she did not develop allergic sensitization to formaldehyde. This is not surprising since there is no evidence to suggest that gaseous formaldehyde can cause allergic contact sensitization to my knowledge. Most patients who become sensitized to formaldehyde do so by exposure to durable press fabrics or skin care products where it is used as a preservative. I will attach a copy of the standard information used by dermatologists and provided by Allerderm who markets the T.R.U.E test that advises patients on what to avoid should they test positive to Formaldehyde. Note that there is no reference to gaseous formaldehyde exposure.

Timia did have three positive reactions including imidazolidinyl urea, para-tertiary-butylphenol formaldehyde resin and epoxy resin. Imidazolidinyl urea is a preservative that is found in a number of skin care products. This positive reaction may be relevant in Timia since atopic patients tend to use lots of creams and lotions to hydrate their skin. P-tert-butylphenol formaldehyde resin which Timia also reacted to is found primarily in leather shoes and other glued leather goods. [10] I specifically asked Ms Dubuclet about shoe allergy and Timia has no problem with loafer type shoes or tennis shoes. And finally epoxy resin which is found in paints and adhesives and is irrelevant to this case. It is worth mentioning that patients with atopic dermatitis have a higher incidence of false positive patch tests compared to the normal population. [11,12] This phenomenon is called "angry back syndrome" and it is attributed to the fact that patients with allergic or irritant skin disorders, like atopic dermatitis, have a lower irritancy level. For this reason many practicing dermatologists shy away from patch testing these patients since the results are somewhat unreliable and false positive reactions may occur.

In conclusion, I think there is no direct evidence to support that Timia was sensitized to formaldehyde while living in the FEMA trailer. I think a far more plausible explanation for Timia's allergic flare at that

time is that she was under a tremendous amount of stress after leaving Houston and returning to live in a crowded FEMA trailer in the middle of a construction site. Stress is well documented to trigger and exacerbate allergic symptoms and atopic dermatitis.[13,14]  Emotional stress actually deregulates the immune system in a way that favors allergic symptoms and eczema.[14]  We know many of the children who returned to the city to see the devastation and destruction of their homes and community suffered from severe post-traumatic stress syndrome as well as anxiety and depression.[15,16] This remains an ongoing problem in our community.

Signed _____

Date 9-30-09

1. Laughter D, Istvan JA, Tofte SJ, et al. The prevalence of atopic dermatitis in Oregon schoolchildren. J Am Acad Dermatol 2000;43(3):649-655
2. Pallor AS and Mancini AJ. Hurwitz Clinical Pediatric Dermatology, 3rd Edition
3. Wuthrich B. Clinical aspects, epidemiology, and prognosis of atopic dermatitis. Ann Allergy Asthma Immunol 1999;83(5):860-876
4. Wolkerstorfer A, Wahn U, Kjellman NI, et al. Natural course of sensitization to cow's milk and hen's egg in childhood atopic dermatitis.
5. Hill DJ, Sporik R, Thorburn J, et al. The association of atopic dermatitis in infancy with immunoglobulin E food sensitization. J Pediatr 2000;137(4):475-479
6. Elias PM. Epidermal lipids, barrier function and desquamation. J Invest Dermatol. 1983;80(suppl):44s-49s
7. Palmer CN, Irvine AD, Terron-Kwiatkowski A, et al. Loss of function variants of the epidermal barrier protein filaggrin are a major predisposing factor for atopic dermatitis. Nat Genet 2006;38:441-446
8. Leung DYM, Boguniewicz M, Howell MD et al. New insights into atopic dermatitis J Clin Invest. 2004;113:651-657
9. Novak N and Beiber MD. Allergic and nonallergic forms of atopic diseases. J Allergy and Clin Immunol. 2003;112:252-262
10. Oztas P, Polat M, Cinar L, et al. Shoe dermatitis from para-tertiary butylphenol formaldehyde. Contact Dermatitis 2007;56(5):294-295.
11. Bruynzeel DP and Maibach HI. Excited skin syndrome (angry back). Arch Dermaol 1986;122(3):323-328
12. Pasche-Koo F, Hauser C. How to better understand the angry back syndrome. Dermatology 1992;184(4):237-240
13. Arndt J, Smith N, Tausk F. Stress and atopic dermatitis. Curr Allergy Asthma Rep. 2008;8(4):312-317
14. Hashizume J, Takigawa M. Anxiety in allergy and atopic dermatitis. Curr Opin Allergy Clin Immununol 2006;6(5):335-339.
15. Osofsky HJ, Osofsky JD, Kronenberg M, et al. Posttraumatic stress symptoms in children after Hurricane Katriina: predicting the need for mental health services. Am J Orthopsychiatry. 2009;79(2)212-220
16. Drury SS, Scheeringa MS, Zeanah CH. The traumatic impact of Hurrican Katrina on children in New Orleans. Child Adolesc Psychiatr Clin N Am. 2008 17(3):685-702