**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE PRODUCTS | * | | |
| LIABILITY LITIGATION | * | SECTION "N" (5) | |
| | * | | |
| | * | JUDGE ENGELHARDT | |
| | * | MAGISTRATE CHASEZ | |
| | * | | |
| THIS DOCUMENT IS RELATED TO | * | | |
| | * | | |
| *Aldridge, et al v. Gulf Stream Coach* | * | | |
| *Inc., et al*, Docket No. 07-9228; | * | | |
| Elisha Dubuclet, individually and on behalf | * | | |
| of Timia Dubuclet | * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

IT IS HEREBY ORDERED that Plaintiff's *Daubert* Motion to Exclude the

Testimony of Patricia K. Farris, M.D., F.A.A.D. is hereby set for the hearing on the 18th

day of November, 2009 at 9:30 a.m. (per Court Coordinator's instructions).

This 9th day of November 2009.


Respectfully submits:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas #16739600
ROBERT M. BECNEL, #14072

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on November 9, 2009.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471