# Exhibit "A"

# Deposition Transcript Excerpt of Thomas W. Fribley

# Transcript of the Testimony of
# Videotaped Deposition of Thomas W. Fribley

### Date taken: October 21, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER         MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION N(4)

LIABILITY LITIGATION          JUDGE ENGELHARDT

(This document is related to
 "DUBUCLET V. FLEETWOOD
  ENTERPRISES, INC.,"
  Case No. 07-9228)

\* \* \*

VIDEOTAPED DEPOSITION OF THOMAS W. FRIBLEY, 58194 ANDREW DRIVE, GOSHEN, INDIANA 46528, TAKEN AT THE OFFICES OF LEAKE & ANDERSSON, SUITE 1700, 1100 POYDRAS STREET, NEW ORLEANS, LOUISIANA 70163, ON THE 21ST DAY OF OCTOBER, 2009.

REPORTED BY:

   CATHY RENEE´ POWELL, CCR
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255

VIDEOGRAPHER:

   BRIAN SOILEAU
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                                   (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 2

```
 1   APPEARANCES:
 2        CHRIS PINEDO, ESQUIRE
          4550 JERICHO ROAD
 3        CORPUS CHRISTI, TEXAS   78413
 4           (ATTORNEYS FOR PLAINTIFFS)
 5
          BENCOMO & ASSOCIATES
 6        (BY:  RAUL R. BENCOMO, ESQUIRE)
          639 LOYOLA AVENUE, SUITE 2110
 7        NEW ORLEANS, LOUISIANA   70113
             (Attended via telephone)
 8
             (ATTORNEYS FOR THE PSC)
 9
10        DUPLASS, ZWAIN, BOURGEOIS,
            PFISTER & WEINSTOCK
11        3838 NORTH CAUSEWAY BOULEVARD
          SUITE 2900
12        METAIRIE, LOUISIANA   70002
             (Not Present)
13
             (ATTORNEYS FOR DEFENDANTS
14              GULF STREAM COACH, INC.)
15
          GIEGER, LABORDE & LAPEROUSE
16        (BY: JASON BONE, ESQUIRE)
          701 POYDRAS STREET
17        SUITE 4800
          NEW ORLEANS, LOUISIANA   70139
18
             (ATTORNEYS FOR DEFENDANTS FOREST
19              RIVER)
20
          JONES, WALKER, WAECHTER, POITEVENT,
21           CARRERE & DENEGRE
          (BY: WILLIAM LAMPTON, ESQUIRE)
22        8555 UNITED PLAZA BOULEVARD
          BATON ROUGE, LOUISIANA   70809
23           (Attended via telephone)
24           (ATTORNEYS FOR DEFENDANTS PILGRIM,
                KEYSTONE, MONACO, R-VISION, THOR
25              CALIFORNIA, KZRV, DS/
```

```
 1   APPEARANCES CONTINUED:
 2
         NELSON MULLINS RILEY & SCARBOROUGH
 3         (BY:  TAYLOR TAPLEY DALY, ESQUIRE)
         201 17TH STREET NW, SUITE 1700
 4       ATLANTA, GEORGIA 30363
 5          (ATTORNEYS FOR DEFENDANTS
               FLEETWOOD ENTERPRISES, INC.,
 6             ET AL.)
 7
         MIDDLEBERG, RIDDLE & GIANNA
 8         (BY:  CHARLES PENOT, ESQUIRE)
         450 LAUREL STREET
 9       SUITE 1101
         BATON ROUGE, LOUISIANA 70801
10
            (ATTORNEYS FOR FLUOR ENTERPRISES,
11             INC.)
12
         GARRISON, YOUNT, LORMAND, FORTE &
13         MULCAHY
           (BY: KELLY MORTON, ESQUIRE)
14       909 POYDRAS STREET
         SUITE  1800
15       NEW ORLEANS, LOUISIANA  70112
             (Attended via telephone)
16
            (ATTORNEYS FOR DEFENDANTS
17             RECREATION BY DESIGN, LLC, TL
               INDUSTRIES, INC., AND FRONTIER
18             HOMES, INC.)
19
         TAYLOR, PORTER, BROOKS & PHILLIPS
20         (BY:  JOHN STEWART THARP, ESQUIRE)
         8TH FLOOR - CHASE TOWER SOUTH
21       451 FLORIDA STREET
         BATON ROUGE, LOUISIANA  70801
22           (Not Present)
23          (ATTORNEYS FOR DEFENDANTS
               COACHMEN INDUSTRIES)
24
25
```

```
 1    APPEARANCES CONTINUED:
 2
         VOORHIES & LABBE'
 3       (BY:  LAMONT P. DOMINGUE, ESQUIRE)
         700 ST. JOHN STREET
 4       LAFAYETTE, LOUISIANA   70502
            (NOT PRESENT)
 5
           (ATTORNEYS FOR DEFENDANTS CAVALIER
 6            HOME, WAVERLEE HOMES, REDMAN HOMES,
              DUTCH HOUSING, PATRIOT HOMES AND
 7            RIVER BIRCH)
 8       WILLINGHAM, FULTZ & COUGILL
         (BY: HAL ROACH, ESQUIRE)
 9       NIELS ESPERSON BUILDING
         808 TRAVIS, SUITE 1608
10       HOUSTON, TEXAS   77002
            (Attended via telephone)
11
           (ATTORNEYS FOR DEFENDANTS
12            JAYCO AND STARCRAFT)
13       McGLINCHEY STAFFORD
         643 MAGAZINE STREET
14       NEW ORLEANS, LOUISIANA   70130
            (Not present)
15
           (ATTORNEYS FOR MORGAN BUILDINGS AND
16            SPAS, INC., AND MORGAN BUILDING
              SYSTEMS, INC.)
17
         LUGENBUHL, WHEATON, PECK, RANKIN &
18         HUBBARD
         (BY: KRISTOPHER REDMANN, ESQUIRE)
19       601 POYDRAS STREET   - 27TH FLOOR
         NEW ORLEANS, LOUISIANA   70130
20          (Attended via telephone)
21         (ATTORNEYS FOR LIBERTY MUTUAL
              INSURANCE COMPANY)
22
23
24
25
```

1          S T I P U L A T I O N

2

3       It is stipulated and agreed by and
4    between counsel for the parties hereto that
5    the deposition of the aforementioned witness
6    is hereby being taken for all purposes
7    allowed under the Federal Rules of Civil
8    Procedure, in accordance with law, pursuant
9    to notice;
10       That the formalities of reading and
11   signing are specifically not waived;
12       That the formalities of filing,
13   sealing, and certification are specifically
14   waived;
15       That all objections, save those as to
16   the form of the question and the
17   responsiveness of the answer, are hereby
18   reserved until such time as this deposition,
19   or any part thereof, may be used or sought
20   to be used in evidence.
21                * * *
22       CATHY RENEE' POWELL, CCR, Certified
23   Court Reporter, officiated in administering
24   the oath to the witness.
25

1    THE VIDEOGRAPHER:
2         Today is the 21st day of October,
3    2009; the time is approximately 1:25.
4         This is the videotaped deposition
5    of Thomas W. Fribley, taken at the offices
6    of Leake & Andersson, located at 1100
7    Poydras Street, New Orleans, Louisiana, for
8    the case entitled "FEMA Trailer Formaldehyde
9    Products Liability Litigation."
10        Would counsel please identify
11   themselves and which parties they represent.
12        MR. PINEDO:
13             Chris Pinedo for the plaintiffs.
14        MR. PENOT:
15             Charles Penot for Fluor
16   Enterprises, Inc., and with me at the
17   deposition is Mr. Al Whitaker of Fluor.
18        MS. DALY:
19             Taylor Daly for Fleetwood.
20                  *  *  *
21             THOMAS W. FRIBLEY,
22   having been first duly sworn as a witness,
23   was examined and testified as follows:
24   EXAMINATION BY MR. PINEDO:
25        Q.   Sir, could you please state your

```
 4    Q.   What industry standards existed
 5  for emergency living units in March of 2006?
 6    A.   The requirements were that it be
 7  built to travel trailer standards, and it
 8  did meet all travel trailer standards
 9  regarding fire/life safety issues, fire
10  extinguishers, wire securement, LP line
11  securement, tire sizes, axles, all of those
12  things.
13    Q.   And when you say "the
14  requirements," what requirements are you
15  talking about?
16    A.   Industry requirements.
17    Q.   What industry requirements?
18    A.   The NFPA 1192 standard.
19    Q.   National Fire Protection Act?
20    A.   Yes, sir.  Fire/life safety codes.
```

Page 148

21   Q.   You've never written any owner's
22   manual that contained any type of warning
23   about formaldehyde, have you?
24   A.   Yes, sir, in the latest owner's
25   manuals that Coachmen put out just before I

Page 149

1  left, we had information regarding it then,
2  regarding formaldehyde.
3     Q.   And you said just before you left,
4  you left in 2004?
5     A.   Yes, sir.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14          I'm not an air quality guy, so at
15     that point, you're asking the wrong man.  I
16     don't know what constitutes a low versus
17     high.  I can't recall what the standards
18     say, but I'm not an air quality guy.
19     EXAMINATION BY MR. PINEDO:
20
21
22
23
24
25

```
 1      Q.   If it's something you can live
 2   with, is there any reason to put people on
 3   notice of it?
 4      A.   Yes.
 5      Q.   Why is that?
 6      A.   You guys.  Attorneys.
 7      Q.   No, I'm being --
 8      A.   I'm being honest.  That's why many
 9   warnings are put in vehicles on a multitude
10   of different things.
11      Q.   Is just because of attorneys?
12      A.   And potential litigation, yes,
13   sir.
14      Q.   And don't you think that that has
15   something to do with safety?
16      A.   I have never had an issue with it
17   before in my 30 years.
18      Q.   You never had an issue with
19   formaldehyde --
20      A.   No, sir.  Other than walking into
21   a brand-new coach and having some burning of
22   the eyes.  As soon as I would ventilate that
23   coach, I had no problems.  My family has
24   never had any problems.
25
```

1
2
3
4
5
6
7
8
9
10      A.    I can fix anything anybody can
11   build.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 186

1
2    Q.   Okay.  I can attest, and I think
3 most of the lawyers and the other experts
4 can attest, that these are some of the most
5 photographed trailers ever in the history of
6 the RV industry.  I suspect.
7         But photographs 18 and 19, those
8 are photographs you took, sir, of the
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

25    Q.    Well, would you even say that it's

Page 195

1   very likely that a ramp of that size and
2   weight and magnitude would be attached to
3   the trailer with two screws of the size that
4   would make the holes in -- pictured in
5   photographs 18, 19, and 20?
6        A.   No, sir, I cannot say that.

Page 195

13    When you say, "showed a lack of
14 maintenance and care by the company which
15 set the trailer," again, you didn't view the
16 trailer until some two years after it was
17 deactivated. Is that correct, sir?
18    A.   That is correct.
19    Q.   And you really have no basis to
20 know what sort of maintenance and care the
21 company who set the trailer exercised in
22 connection with the trailer at the time the
23 Dubuclets lived in it.
24         Is that a fair statement, sir?
25    A.   That's a fair statement.

REPORTER'S CERTIFICATE

I, Cathy Renee' Powell, Certified Court Reporter, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or parties hereto, and not in any way interested in the outcome of this matter.

_____
CATHY RENEE' POWELL, CCR
Certified Court Reporter