UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION:  N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc., et al.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

*******************************************************************************

**FLEETWOOD ENTERPRISES, INC.'S MOTION TO EXCLUDE
THE TESTIMONY OF PLAINTIFF'S EXPERT, ALEXIS MALLET, JR.**

NOW INTO COURT, through undersigned counsel, comes Defendant, Fleetwood

Enterprises, Inc. (hereinafter "Fleetwood"), which respectfully moves this Court to exclude the

testimony of Alexis Mallet pursuant to Rules 702, 703, *Daubert v. Merrell Dow*

*Pharmaceuticals, Inc.* and its progeny.  In support of this motion, Fleetwood refers the Court to

its memorandum of law filed contemporaneously herewith and the following exhibits:

| | |
|---|---|
| A | Affidavit of Alexis Mallet, dated July 17, 2009; |
| B | Deposition of Alexis Mallet, taken on July 17, 2009, excerpts pp. 22, 25, 27, 29, 30, 33-40, 44-47, 49-50, 59-64, 108, 125-126, 131, 148, 152, 154, 158-59, 163-168, 171-73, 183-85, 188-90, 195, 198-200, 213-18; |
| C | Deposition of Alexis Mallet, taken October 28, 2009, excerpts pp. 89, 96, 105-06, 111, 113, 126, 141-42, 145, 152-54, 158-60, 265-66; |
| D | Report of Ervin Ritter, dated July 16, 2009; |
| E | Deposition of Ervin Ritter, taken on October 13, 2009, excerpts pp. 127, 162-163, 172-175, 177-79, 187-88, 202-03, 207-08, 227-28; |
| F | Report of Charles David Moore, dated July 16, 2009; and |
| G | Deposition of David Garrett, taken on July 7, 2009, excerpts pp. 157-58, 183-84, 192. |

This 9th day of November 2009.

Respectfully submitted:


*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                  ( )    Prepaid U.S. Mail

( )    Facsimile                        ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana, this 9th day of November 2009.

*/s/ Richard K. Hines, V*
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)