Exhibit B

0001

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4

5

6         IN RE:  FEMA TRAILER         MDL NO. 1873

7         FORMALDEHYDE PRODUCTS        SECTION "N"(5)

8         LIABILITY LITIGATION         JUDGE ENGELHARDT

9

10                       *   *   *

11

12            Videotaped Deposition of ALEXIS MALLET,

13       JR., P.O. Box 80857, Lafayette, Louisiana

14       70598, taken at the offices of Lambert &

15       Nelson, 701 Magazine Street, New Orleans,

16       Louisiana 70130, on Friday, the 17th day of

17       July, 2009.

18

19       REPORTED BY:

20            JAMES T. BRADLE, CCR

              PROFESSIONAL SHORTHAND REPORTERS

21            (504)529-5255

22       VIDEOGRAPHER:

23            KYM HAWKINS

              PROFESSIONAL SHORTHAND REPORTERS

24            (504)529-5255

25

7/17/2009  Mallet Jr., Alexis

```
 1          long break where we go through the file.
 2              MR. DERHAM:
 3                  I don't want to walk out of here
 4          with four boxes of stuff, I can tell you
 5          that.
 6          EXAMINATION BY MR. DERHAM:
 7              Q    All right.  Let's go to your CV
 8          first, if you don't mind.  Do you have that
 9          there in front of you?
10              A    Yes, sir.
11              Q    Okay.  It looks like you have New
12          Iberia Senior High School, and you got a
13          Bachelor of Arts from USL, and your degree
14          is in -- Is it political science?
15              A    Yes, sir.
16              Q    Okay.  I thought I saw somewhere
17          in one of your papers, it was prelaw,
18          political science.  Is that actually what it
19          was called?
20              A    The sub-category was prelaw.
21              Q    Okay.  So there are different
22          branches of political science?
23              A    I guess it was a specific branch
24          of political science --
25              Q    Okay.
```

7/17/2009  Mallet Jr., Alexis

1          Q     What type of construction does it

2      do?

3          A     Now, it doesn't do very much.  We

4      have distinction between two companies.

5      Royal does commercial construction, and our

6      First General company deals mostly with

7      insurance companies and defective

8      construction type construction work.  We

9      focus more on that now than any type of new

10     construction.

11         Q     And is that -- What was the name

12     of that company?

13         A     First General Services.

14         Q     First General Services.  Did you

15     start that business?

16         A     Yes, sir.

17         Q     When did you start that business?

18         A     1985.

19         Q     And you said that company is more

20     involved in handling basically repairs,

21     claims, estimates, appraisals, rebuilding

22     for insurance claims?

23         A     Yes, sir.

24         Q     Okay.  Is there a particular

25     insurance company that it's affiliated with

7/17/2009  Mallet Jr., Alexis

1          Q     How many employees does First

2     General Services have?

3          A     Only three or four.

4          Q     So when it does work -- Does First

5     General Services actually do construction

6     and rebuild?

7          A     Yes, sir.  Right.  We have a set

8     of subcontractors that we use --

9          Q     That's what I was going to ask.

10         A     -- exclusively.

11         Q     Okay.

12         A     Some of them only work for us.

13         Q     So it operates more in the

14    capacity of a general contractor?

15         A     Yes, sir.

16         Q     On rebuild and repair type jobs?

17         A     Yes, sir.

18         Q     And what about Royal Construction,

19    how many employees does that have?

20         A     The same.  The same.  We act as

21    generals.

22         Q     I'm sorry.  But how many

23    employees?  Is it the same three or four?

24         A     Yes.

25         Q     Is it same three or four that are

**7/17/2009  Mallet Jr., Alexis**

1        Porter?

2              A     She's an assistant.

3              Q     To your sister?

4              A     To both of us.

5              Q     So she's administrative?

6              A     Yes, administrative.  And then

7        myself.

8              Q     Okay.  And the group of

9        subcontractors that you said you use

10       exclusively, is it the same set of

11       subcontractors used by First General

12       Services as Royal Construction?

13             A     For the most part.

14             Q     Okay.

15             A     We interchange with another set of

16       subs that we use on larger projects, only

17       because of their capacity to perform the

18       work.

19             Q     Okay.  And do you sub out for

20       either of those companies all phases of the

21       work that's going to be done for any

22       particular project?

23             A     Most of the time, except for the

24       restoration work, we will hire cleaning

25       people directly.

7/17/2009  Mallet Jr., Alexis

1        Q     Okay.

2        A     Like on the fire projects or mold

3    remediation work.

4        Q     Okay.  I see in, I guess, Page 7

5    of your CV, you're a licensed state general

6    contractor in Louisiana?

7        A     Yes, sir.

8        Q     As well as a licensed residential

9    building contractor in Louisiana?

10       A     Yes, sir.

11       Q     You're a licensed real estate

12   agent?

13       A     Yes, sir.  Dormant.

14       Q     Dormant?

15       A     Dormant.

16       Q     Okay.  You're a licensed state

17   mold remediation contractor?

18       A     Yes, sir.

19       Q     And a licensed Manufactured

20   Housing Commission/manufactured housing

21   installer --

22       A     Yes, sir.

23       Q     -- for the State of Louisiana?

24   Have any of those licenses ever been subject

25   to suspension or revocation or any kind of

7/17/2009  Mallet Jr., Alexis

1      and answer, if that's possible.

2           THE WITNESS:

3                Other than a general contractor, a

4      construction consultant.

5      EXAMINATION BY MR. DERHAM:

6           Q    Okay.  You are not -- You don't

7      have any training or expertise as a medical

8      doctor?

9           A    No, sir.

10          Q    Or as a chemist?

11          A    No, sir.

12          Q    Or a toxicologist?

13          A    No, sir.

14          Q    Or an architect?

15          A    No, sir.

16          Q    An engineer?

17          A    No, sir.

18          Q    Industrial hygiene, industrial

19     hygienist?

20          A    No, sir.

21          Q    Indoor air quality?

22          A    I have training in that.

23          Q    Okay.  Are you certified as an

24     indoor air quality specialist?

25          A    Indoor air quality remediator,

7/17/2009  Mallet Jr., Alexis

```
1        supervisor.
2             Q    Is there a certification that you
3        can have as an indoor air quality
4        specialist?
5             A    Yes, sir.
6             Q    Do you have that?
7             A    No, sir.
8             Q    And you are -- When I said
9        engineering earlier, that covers everything.
10       You're not an industrial engineer, correct?
11            A    Correct.
12            Q    Any kind of engineer, mechanical
13       engineer, civil engineer?
14            A    Correct.
15            Q    Okay.  You don't have any
16       expertise in psychology, correct?
17            A    No, sir.
18            Q    Okay.  You don't have any
19       expertise in -- Okay.  I asked you that.  Do
20       you know what field or fields of expertise
21       you are being offered for in this case?
22            A    I have not been asked --
23            Q    Okay.
24            A    -- or told.
25            Q    Okay.  What field or fields do you
```

7/17/2009  Mallet Jr., Alexis

```
1        consider yourself to be an expert in?
2             MR. PINEDO:
3                  Objection.  Asked and answered.
4             MR. DERHAM:
5                  I didn't ask him that.
6             THE WITNESS:
7                  General construction, estimating,
8        various types of construction defects and
9        failures, and remediation.
10       EXAMINATION BY MR. DERHAM:
11            Q    Is that mold remediation or any
12       kind?
13            A    Excluding toxic materials or
14       hazardous materials.  Building science,
15       thermography.
16            Q    Thermography?
17            A    Yes, sir.
18            MR. LAMBERT:
19                 Al, you need to speak up just a
20       little bit.
21       EXAMINATION BY MR. DERHAM:
22            Q    I know you have been told that
23       before.
24            A    Never mind him.
25            Q    Thermography.  Anything else?
```

1          A     I think that's the main fields.

2          Q     Okay.  What is building science?

3          A     That's the study of the

4     relationship between buildings and air,

5     moisture and temperature.

6          Q     The study of the relationships --

7          A     Between buildings and air,

8     moisture and temperature.

9          Q     Between buildings, air, moisture

10    and temperature?

11         A     Yes, sir.

12         Q     Okay.  Is there a body that gives

13    us this definition or is this sort of, you

14    know, what would commonly be accepted as a

15    definition of what a building scientist

16    does?

17         A     I don't know that answer.

18         Q     Okay.  Is there any kind of -- Is

19    there any kind of national board of

20    licensure to be a building scientist?

21         A     Not that I'm aware of.

22         Q     Or any kind of national

23    accreditation or national certification

24    program for a building scientist?

25         A     Not that I'm aware of.

**7/17/2009  Mallet Jr., Alexis**

1           Q    Is there any kind of Louisiana
2      state accreditation or licensure or
3      certification you can get as a building
4      scientist?
5           A    No.
6           Q    So you can't be a licensed
7      building scientist or a certified building
8      scientist?
9           A    Not that I'm aware of.
10          Q    Okay.  Is there anything you have
11     to do to maintain your status as an expert
12     in building science?  Is there any kind
13     of -- Do you understand that?
14          A    Yes.
15          Q    Okay.
16          A    Actually, it's just the ongoing
17     study of the relationship or the effects of
18     temperature, moisture and air as it relates
19     to buildings, whether it's identifying
20     moisture-related problems with a building,
21     if it deals with air infiltration, if it
22     deals with actual bulk water, if it's a
23     temperature issue.  It's just the whole body
24     of those relationships.  So dealing with
25     water, dealing with air, dealing with

7/17/2009  Mallet Jr., Alexis

 1    temperature or moisture vapor.

 2         Q    Is there any kind of continuing

 3    education requirements or anything like that

 4    to maintain your status as a building

 5    scientist?

 6         A    No, other than just general

 7    courses or conferences, seminars that you

 8    can attend to expand on the knowledge of

 9    those relationships.

10         Q    Do you have to be licensed or

11    certified to design an HVAC system in the

12    State of Louisiana for use, you know, in a

13    residence or a building or anything?

14         A    Not a residence.

15         Q    What about a commercial building?

16         A    A commercial building.

17         Q    Okay.

18         A    I think it's over $50,000, you

19    have to have a license to do that.

20         Q    To design and install an HVAC

21    system?

22         A    Yes, sir.

23         Q    Okay.  There's no requirement, so

24    if I wanted to go build a house myself, a

25    2,000 square foot house, or let's just say a

1        small house, an 800 square foot one-bedroom

2        condo and I wanted to put an HVAC system in,

3        if it didn't exceed $50,000, I could design

4        and install that myself?

5             A    Well, for yourself, it wouldn't

6        matter what the cost was.

7             Q    Okay.  So I could design and

8        install that myself?

9             A    Yes.

10            Q    Would I have to get a permit for

11       that?

12            A    Depending on your geographical

13       area, more than likely, yes.

14            Q    Okay.  And I wouldn't have to have

15       any kind of licensure or certification in

16       HVAC design or installation or engineering

17       to do that?

18            A    Not for yourself, no, sir.

19            Q    I was looking through the list

20       of -- You don't have any specialization or

21       certification in the design or installation

22       of HVAC systems, do you?

23            A    No, sir.

24            Q    Do you have any specialization or

25       expertise in the design of travel trailers?

```
1           A     In the design?  No, sir.

2           Q     You never designed one?

3           A     Not designed, no.

4           Q     You never built one?

5           A     Not from scratch.

6           Q     You built part of a travel

7     trailer?

8           A     We have handled numerous insurance

9     claims over the years dealing with travel

10    trailers.

11          Q     Okay.

12          A     I was involved with an RV

13    dealership some years back as a consultant

14    and assisted in all phases of that

15    operation.

16          Q     And describe that more in detail

17    for me.  When was that?

18          A     Probably about 12 or 14 years ago.

19          Q     Just describe it for me.

20          A     I consulted with a friend who owns

21    it, an RV dealership and a Ford dealership,

22    and just worked with her on all the facets

23    of the company.

24          Q     Okay.  And what specifically did

25    you do with regard to the design or
```

**7/17/2009  Mallet Jr., Alexis**

```
1        EXAMINATION BY MR. DERHAM:
2            Q    Okay.  And what percentage of your
3        income would you say is derived from your
4        work as an expert or as a consultant in
5        matters in litigation?
6            A    I would say it's probably about
7        10 percent of First General's or less.  It
8        just varies from year to year.
9            Q    But it would average about
10       10 percent?
11           A    It would probably average less
12       than.
13           Q    Okay.  This list of cases that you
14       have here, do any of those cases involve a
15       travel trailer?
16           A    No, sir.
17           Q    You have never designed or
18       installed an HVAC system for a travel
19       trailer, correct?
20           A    No, sir.  Well, in some of our
21       repairs, we have.  Not as a new travel
22       trailer.
23           Q    You have repaired existing?
24           A    Yes, sir.
25           Q    Would that be for some of the ones
```

7/17/2009  Mallet Jr., Alexis

```
1         that were damaged in these accidents, these

2         casualties?

3              A    Or fires, yes, sir, tree limbs.

4              Q    I'm sorry.  And that -- I'm sorry.

5         I didn't mean to interrupt.

6              A    I'm sorry.  Just tree limbs

7         falling on the top of a camper and damaging

8         the HVAC system that would have to be

9         repaired or replaced.

10             Q    Okay.  In the fashion that they

11        were originally designed and installed?

12             A    Yes, sir.

13             Q    You were just doing repairs on

14        them?

15             A    Yes, sir.

16             Q    Okay.  And I take it -- And I

17        apologize if this was covered.  I take it

18        that none of the cases you have provided

19        here under your list of testimony and

20        depositions involves any kind of

21        formaldehyde issues?

22             A    No, sir.

23             Q    Okay.  In how many cases that you

24        have listed on this list of testimony -- Of

25        which I think you said maybe about half of
```

**7/17/2009  Mallet Jr., Alexis**

1        were people who resided in the trailer who

2        were plaintiffs in a lawsuit?

3            A    Yes.

4            Q    Did he tell you what they were

5        alleging?

6            A    Not that I recall.

7            Q    You came to learn that at some

8        point?

9            A    At some point, I did.  I don't

10       know that we got into any of the issues.  It

11       was more of a general conversation back

12       then.

13           Q    Okay.  And what was it that you

14       were ultimately asked to do in this case?

15           A    To assist them with the litigation

16       and helping to identify the issues with the

17       travel trailer that would, I guess, be in

18       conjunction with the formaldehyde issues

19       that were being posed or that were raised.

20           Q    And since you didn't have any

21       expertise in formaldehyde, how did you feel

22       you were qualified to help them out in that

23       regard?

24           MR. LAMBERT:

25               Objection.

7/17/2009  Mallet Jr., Alexis

1      MR. DERHAM:

2            Too late.

3      MR. LAMBERT:

4            No, it's not.  Here's his

5      original, which you should give him back,

6      and I have two copies.

7      EXAMINATION BY MR. DERHAM:

8      Q    I will just mark as Exhibit 6 the

9      copy of your statements and I guess time

10     logs and invoices.

11     A    Yes, sir.

12     Q    We will get to that in just a

13     second.  If you could, finish the question

14     that I asked.

15     A    My involvement is not necessarily

16     in the formaldehyde issue itself, but taking

17     from the assumption that formaldehyde

18     existed, what were the factors with the

19     travel trailer that would have compounded

20     issues regarding the presence of

21     formaldehyde.

22     Q    And what experience did you have

23     in addressing factors that could compound

24     issues if you assumed the presence of

25     formaldehyde in a structure?

1          A     Well, the other experts identified

2     the presence of formaldehyde and what

3     elements would affect the activity of

4     off-gasses, off-gassing of formaldehyde.

5               My job was to see what elements

6     regarding the construction or function of

7     the travel trailer that would contribute to

8     the activation of formaldehyde based on what

9     they said activates it and how did that work

10    in conjunction with the building and how the

11    various components with the building come

12    into play with that, of what they said was

13    occurring.

14         Q     Well, what experience do you have

15    in evaluating or determining what could

16    contribute to the activation of

17    formaldehyde?

18         A     Well, again, the other experts

19    identified what could activate the

20    formaldehyde.  What I did was to identify

21    how those elements could come in contact

22    with or interact with those products with

23    formaldehyde and how that interacted with

24    the travel trailer itself.

25         Q     So you don't personally have or

1        profess any expertise in the factors that

2        actually activate or off-gas formaldehyde?

3            A    No, sir.

4            Q    Okay.

5            A    I was asked to take the assessment

6        of others and go forward with that.  For

7        instance, they state that temperature and

8        humidity activate formaldehyde, and from

9        that point, I took it forward of the

10       components of the trailer and the function

11       of the trailer.

12           Q    You don't actually know in which

13       way temperature or humidity correlates with

14       formaldehyde activation or off-gassing, if

15       at all?

16          MR. LAMBERT:

17               Objection.

18          MR. PINEDO:

19               Objection, form.

20          THE WITNESS:

21               Well, the two factors --

22       EXAMINATION BY MR. DERHAM:

23           Q    Let me clear that up.  Other than

24       what you read from the other experts?

25           A    And from the research that I have

**7/17/2009  Mallet Jr., Alexis**

1       had.

2               Q      For this case?

3               A      No, we have had some other

4       information on formaldehyde, because we deal

5       with a number of mobile home cases.

6               Q      Okay.

7               A      So dealing with the HUD

8       regulations and so forth, I'm quite aware of

9       what needs to be -- what the components have

10      to be to produce a manufactured house.  And

11      the information that they provided and that

12      I was aware of was temperature and humidity

13      interact with or activate the gases.

14              Q      Is it your belief that increased

15      humidity increases the off-gassing of

16      formaldehyde?

17              A      That's my understanding.

18              Q      And that understanding is based on

19      what?

20              A      Well, on data that I have and the

21      data provided by the experts in that field.

22              Q      And I take it you would defer to

23      them in terms of the actual mechanisms that

24      make that occur?

25              A      That's correct.  My knowledge is

1          that temperature and humidity are causes for

2          activation or assist in the activation of

3          formaldehyde.  Beyond that, I have no

4          involvement in that end of this litigation.

5                Q    Okay.  So you don't know, for

6          example, how increased humidity would

7          increase off-gassing of formaldehyde?

8                MR. PINEDO:

9                     Objection, form.

10         EXAMINATION BY MR. DERHAM:

11               Q    Go ahead.

12               A    Well, I do to some extent, but I

13         wouldn't profess to state that that's what I

14         would testify to.  I know that interaction

15         with moisture releases the formaldehyde gas,

16         but that's just a general understanding.  I

17         have no knowledge of how that interworking

18         occurs.

19               Q    That's what I was going to ask.

20         The actual mechanism or why increased

21         humidity, if at all, increases off-gassing

22         takes place?

23               A    No, sir.  And that was not my

24         involvement.

25               Q    Okay.  Back to your invoice that

7/17/2009  Mallet Jr., Alexis

```
 1              Q     Would you expect it to be fairly

 2        typical of south Louisiana?

 3              A     Yes, probably typical as when

 4        Ms. Alexander lived in it.  It's pretty

 5        constant.

 6              Q     What about in the wall panel in

 7        the bathroom, did you notice anything out of

 8        the ordinary?

 9              A     That one was closed and couldn't

10        really be opened for observation.

11              Q     Okay.  Under "Purpose and Scope"

12        on Page 8, you start off with a sentence, it

13        says, "It is not the purpose of our

14        investigation, inspection or observations to

15        render opinions regarding the presence or

16        the quantity of formaldehyde in the

17        Alexander temporary housing unit."

18                    Did I read that correctly?

19              A     Yes, sir.

20              Q     Okay.  And there are numerous

21        areas of your report that you mentioned

22        "excessive formaldehyde," "elevated

23        formaldehyde."  Those are not determinations

24        that you made, that they were excessive or

25        elevated, correct?
```

7/17/2009  Mallet Jr., Alexis

```
1              your opinion starts with "the unsafe levels

2              of formaldehyde are partially a consequence

3              of the design of the travel trailer"?

4                   A    Yes, sir.

5                   Q    Do you know what materials inside

6              the Alexanders' unit contained formaldehyde?

7                   A    I think based on Dr. Smulski's

8              report, I think he identified them.  I don't

9              recall off the top of my head.  I believe

10             the wall panels did, but I would have to

11             refer to his report.

12                  Q    Do you know the quantity of

13             formaldehyde in any of the materials that

14             may have contained it?

15                  A    No, sir.  Again, the statement

16             here, I'm not stating it's an unsafe level.

17             I'm taking from that point forward and

18             stating that here's how the interaction

19             occurred between the air, water -- air,

20             moisture and temperature and how it got to

21             that, how it got to that material.

22                  Q    Okay.  And when you say "the

23             unsafe levels of formaldehyde," again,

24             that's not you making that determination?

25             That's just reciting what you saw or was
```

7/17/2009  Mallet Jr., Alexis

1       told by another expert?

2               A       Correct.

3               Q       Okay.

4               A       And the reports that are in the

5       enclosure along with other data that I

6       reviewed, just repeating their or taking

7       their position in how the building affected

8       it.

9               Q       No. 2, "The vapor barrier on the

10      temporary housing unit was designed and

11      placed on the cold side of the exterior

12      wall."  And then you talk about studies

13      which have looked at this kind of

14      application.

15                      What are the typical signs of

16      condensation in a wall cavity resulting from

17      this application of vinyl wall covering?

18              A       Actually, the problem with vinyl

19      wall covering being on the cold side is that

20      you can't tell the condensation occurring in

21      the system.

22                      The wood and other cellulose-based

23      products can actually be decaying before you

24      would actually find the damage or the panels

25      would be deteriorating on the wall.

1       material, I believe it was.

2           Q    Are there any studies regarding

3       the application of vinyl wall covering in

4       travel trailers?

5           A    No, but there are numerous of

6       those with structures and mobile homes.  I'm

7       not aware of any with a travel trailer, but

8       the principles are the same.

9               Regardless of what the exterior

10      construction is, if it's constructed in this

11      fashion with a vapor barrier on the interior

12      of the wall, the results are the same,

13      whether I have brick, whether I have stucco,

14      vinyl siding, aluminum siding, wood.  The

15      results are the same.

16          Q    Is it your opinion that in the

17      negative pressure state or in a negative

18      pressure state, that this unit would draw

19      air in through the vinyl wall covering?

20          A    No, sir.

21          Q    Especially if it's a low perm

22      rating?

23          A    That's correct.  What would -- I'm

24      sorry.

25          Q    Well, I was going to say if it's a

**7/17/2009  Mallet Jr., Alexis**

```
 1              A    -- for it to be effective.

 2              Q    I got you.  I thought that might

 3         be a possibility, but with the word "below,"

 4         I was thinking below versus on the interior

 5         side of the skin or the exterior side of the

 6         skin.

 7              A    Yes, sir.

 8              Q    You're still dealing in the

 9         vertical plane?

10              A    Only in the vertical.

11              Q    Okay.  That's fine.  What would be

12         an effectively designed vapor barrier to be

13         placed on the exterior side of the wall

14         framing just below the exterior skin of the

15         housing unit on this type of travel trailer?

16              A    Something like a Tyvek air

17         barrier, moisture barrier.

18              Q    Did you see a Tyvek barrier out

19         there?

20              A    No, sir, I did not.

21              Q    Did you read Mr. Ritter's report?

22              A    Yes, I did.

23              Q    Okay.  You don't recall him saying

24         in his report that there was an opening

25         through the Tyvek barrier?
```

7/17/2009  Mallet Jr., Alexis

1        Q    Do you know if a Tyvek barrier is

2        mandated or required in this type of travel

3        trailer construction in the area where

4        you're saying it should be?

5        A    I have not seen the specifications

6        for this trailer.  However, in all buildings

7        utilized in this temperature zone or climate

8        zone, a vapor barrier should be on the

9        exterior side of the exterior walls.

10        Q    What about the climate zone in

11        Indiana?

12        A    Different.  Totally different.

13        Q    Let's go to No. 4.

14        A    In fact, most of the --

15        Q    I'm sorry.

16        A    I'm sorry.  Most of the problems

17        that I see with some of the travel trailers

18        we have dealt with and mobile homes

19        especially is they're built for the wrong

20        type of climate zone, and they send them

21        down here and expect them to operate the

22        same way that they do in frigid or cold

23        climates, and they don't.  Science doesn't

24        allow it to.

25             The physics remains the same.  The

**7/17/2009  Mallet Jr., Alexis**

1        by the devastation that would last more than

2        just a few weeks or months, is that

3        something that a building scientist would

4        typically contemplate?

5           A    It would be something that someone

6        who's not blind or deaf could contemplate,

7        but especially someone who's in the

8        construction industry could contemplate, as

9        dealing with major catastrophes since --

10       really since Hurricane Audrey.  My daddy

11       stuck me on the roof when I was seven years

12       old.

13              The amount of devastation that was

14       evident after Hurricanes Katrina and Rita,

15       the number of houses, there were over

16       600,000 homes that were damaged or destroyed

17       after Hurricanes Katrina -- Katrina

18       especially.

19              There's no way, there is no

20       physical way, short of a miracle, that

21       people could get back into housing in this

22       area within a few months.  That is in

23       response to, I think, a statement by

24       Mr. Shea, who states that the units are not

25       made for long-term, but anyone who just