7/17/2009  Mallet Jr., Alexis

1    realistic, and one only needed to watch the

2    news to know that.  They didn't need to be a

3    contractor.  Especially someone who's in the

4    temporary housing business.  But certainly

5    from my standpoint, it doesn't take an

6    expert to know that it wasn't going to

7    happen in a week or months.

8         Q    Okay.  But again, you don't have

9    any evidence or documents that indicate that

10   for some reason in the construction of this

11   travel trailer unit in December of 2004

12   these substitute materials, for lack of a

13   better word, were used as opposed to ones

14   that otherwise would have been specified?

15        MR. PINEDO:

16             Objection.

17   EXAMINATION BY MR. DERHAM:

18        Q    That's just the question right

19   there.

20        MR. PINEDO:

21             Objection to the form.

22        THE WITNESS:

23             The answer is "no," and it's

24   really a moot point, because it's not the

25   reason for that item being included.

**7/17/2009  Mallet Jr., Alexis**

1        EXAMINATION BY MR. DERHAM:

2            Q    Okay.  Well, I understand that,

3        but I'm not asking if it's a moot point.

4        I'm just asking if you have any evidence

5        that says that happened with this trailer?

6            A    No, sir.

7            Q    Okay.  Let's go to -- Well, I

8        guess while we're on that topic, what

9        experience or expertise do you have in

10       determining a manufacturer's intended use of

11       a product?

12           A    I didn't have to go very far,

13       other than Mr. Shea's own statement to

14       Congress, I think, where he stated those

15       houses weren't meant for long-term usage.

16           Q    Have you ever manufactured

17       anything?

18           A    Well, every time we build a

19       building, we manufacture it.

20           Q    Have you ever manufactured tens of

21       thousands of something at once?

22           A    No, sir.

23           Q    Or designed a product to be

24       manufactured tens of thousands at once?

25           A    No, sir.

1        articles, any studies, any authorities?

2            A    No, there's no written standard

3        specifically stated regarding travel

4        trailers, but I think the procurement

5        document states that the manufacturer should

6        be producing products that are

7        environmentally -- Let's see.  How does it

8        say it?  Yes, regarding the environmental

9        living conditions necessary to provide

10       emergency housing.

11           Q    Do those specifications mention

12       anything about low formaldehyde-emitting

13       materials?

14           A    It says here "environmental."

15       "Environmental" takes care of everything

16       dealing with the indoor air quality.

17           Q    Aren't formaldehyde or low

18       formaldehyde-emitting materials permitted to

19       be used in the construction of all types of

20       buildings and structures?

21           A    That's correct.  However, in the

22       case of the travel trailers, we have a

23       disproportionate amount of material, that my

24       understanding from the experts increases

25       the -- the confines of the air space are

1       smaller, therefore, the effects are

2       different.

3            Q    I think you said earlier you're

4       not qualified to say what levels of

5       formaldehyde would cause problems --

6            A    No, sir.

7            Q    -- in persons?

8            A    No, sir.  And I prefaced that just

9       now, that the experts say.

10           Q    Okay.  And just so we're clear,

11      the answer to my question is nothing in

12      those specifications you just read mentions

13      anything at all about formaldehyde?

14           A    No.  It didn't mention mold, it

15      didn't mention any other toxins, any other

16      kind of contaminants either.  It said

17      "environmental."

18           Q    The last sentence of that

19      conclusion says, "Even low amounts of

20      formaldehyde emissions from each of the

21      building products will create a higher

22      concentration of emissions in such a small

23      unit," correct?

24           A    I'm sorry.  Where are you?

25           Q    The last sentence of No. 5.  "Even

**7/17/2009  Mallet Jr., Alexis**

1        low amounts," do you see that?

2            A    Yes, sir.  Again, that's based on

3        the opinions of the experts.

4            Q    Okay.  That's fine.  I can move

5        on.

6                 So you didn't do any kind of

7        testing or conduct any formulas or anything

8        to make any of those kinds of calculations?

9            A    No, sir.  I merely took their

10       information --

11           Q    Okay.  You're -- I'm sorry.

12           A    -- as it related to the confines

13       of this trailer space and did calculations

14       based on average size homes, and the

15       quantity of materials of average size homes

16       to the quantity of materials in travel

17       trailers, you have disproportionate amount

18       of materials in the travel trailer based on

19       square footage.

20           Q    And you're reciting here what was

21       told to you or reported by the other

22       experts, Smulski and those guys?

23           A    Well, them and a number of

24       other -- I think even Lawrence Berkeley

25       reported that, Lawrence Berkeley Labs, when

7/17/2009  Mallet Jr., Alexis

1   they did the testing.  That was part of

2   their conclusions.

3       Q    No. 6 conclusion says, "All of the

4   wall panels, ceiling panels, cabinets,

5   built-in furniture, floor sheeting and roof

6   sheeting are constructed with materials that

7   emitted formaldehyde," correct?

8       A    Yes, sir.

9       Q    Okay.  What is that based on?

10      A    I think Dr. Smulski's inspection

11  and report.

12      Q    Okay.  Do you know what in the

13  materials contains formaldehyde?

14      MR. PINEDO:

15          Objection, form.

16      THE WITNESS:

17          From my understanding, it's

18  typically the glue.

19  EXAMINATION BY MR. DERHAM:

20      Q    Okay.

21      A    But, you know, I don't know if

22  that's the only.

23      Q    Do you know what makes something a

24  low formaldehyde-emitting product versus one

25  that would not be?

7/17/2009  Mallet Jr., Alexis

1    A    Well, the types of adhesive for

2    one.  You could use a phenol formaldehyde or

3    you can use a soy-based adhesive that

4    doesn't emit formaldehyde gases or it's

5    very, very low in the emissions or is absent

6    totally.

7    Q    And I guess is it the nature of

8    your opinion that because these all emit

9    formaldehyde, that somehow this formaldehyde

10   was put into the living space, or are you

11   just making the observation that simply all

12   these materials contain formaldehyde?

13        MR. PINEDO:

14            Objection, form.

15        THE WITNESS:

16            In the first paragraph, it's just

17   that the experts reported that those

18   materials were formaldehyde-emitting

19   materials.

20   EXAMINATION BY MR. DERHAM:

21   Q    Okay.  So you're not drawing a

22   further conclusion that this formaldehyde

23   that may have been in those materials is

24   going someplace or doing something in this

25   paragraph?  You're just making the

**7/17/2009  Mallet Jr., Alexis**

1          observation that these materials were

2          manufactured with formaldehyde-containing

3          components?

4              A    Yes, sir.

5              Q    Okay.  Moving on to No. 7, "The

6          construction means, methods and materials

7          utilized in the unit contributed to the

8          elevated formaldehyde levels."

9                  Do you see that?

10             A    Yes, sir.

11             Q    And that's based on what you got

12         from the other experts?

13             A    Well, that and my knowledge and

14         experience and background in how various

15         components of the buildings function.

16             Q    Well, I thought you -- I'm sorry.

17             A    Go ahead.

18             Q    Were you finished?

19             A    Yes, sir.  Ask the question.  I

20         will just continue.

21             Q    I thought you told us that you

22         weren't -- that you didn't have expertise in

23         determining the off-gassing, the activation

24         and off-gassing of formaldehyde in these

25         scenarios?

1        they're saying is accurate, that there's

2        off-gassing, then how does that gas get into

3        that trailer.

4                It's the same building science,

5        the same forensics analysis no matter what

6        type of structure it is.  The science is the

7        same.  The physics is the same.

8        EXAMINATION BY MR. DERHAM:

9            Q    Have you ever done any kind of

10       testing to determine how formaldehyde is

11       activated and off-gassed from building

12       products?

13           A    Have I done that?

14           Q    Yes.

15           A    No, sir.

16           Q    Have you done any testing to

17       determine or evaluate how formaldehyde that

18       may be off-gassed moves through the air or

19       through building materials?

20           A    Have I done what?

21           Q    Any kind of testing to determine

22       how formaldehyde that may be off-gassed

23       moves through the air or through building

24       materials?

25           A    I have not done -- And that would

1          be a perm test, and I don't do perm tests.

2          However, I have had testing performed on

3          buildings, analyzed buildings and done

4          pressure and moisture surveys, thermographic

5          infrared surveys and analysis that tell me

6          how that gas, that moisture, whether it's

7          water in the vapor state, whether it's

8          formaldehyde, whether it's xylene, whether

9          it's some other type of gas or gaseous

10         material, can enter into the envelope of a

11         building.  That I have done repeatedly, time

12         and time and time again on numerous cases

13         and numerous files that are not involved in

14         litigation.

15              Q    But you have never done that

16         specifically for formaldehyde?

17              A    Well, the answer, again, is "no,"

18         because it's an ASTM that's done in a lab,

19         so that lab has to be qualified to do that.

20         I think it's a C94 test to test for the

21         permeability of a material.

22              Q    Why does increased humidity, in

23         your opinion, result in an increase in

24         off-gassing of formaldehyde, or do you feel

25         qualified to give that opinion?

1          A    Well, I can tell you what I know.

2          Q    Well, do you feel that you're

3      qualified as an expert to give that opinion?

4          MR. LAMBERT:

5               What was the question again?

6          MR. PINEDO:

7               Objection to form.

8      EXAMINATION BY MR. DERHAM:

9          Q    It was what is it about increased

10     humidity levels that causes an increase in

11     the off-gassing of formaldehyde?

12              Do you feel you're qualified to

13     give that opinion?

14         MR. LAMBERT:

15              Based on experience?

16     EXAMINATION BY MR. DERHAM:

17         Q    Whatever would make you feel

18     qualified.  Or would you rely on other

19     specialists?

20         A    Well, I would rely on the other

21     specialists and the data that has been

22     provided, the other research information

23     that has been provided.

24         Q    Let me ask you this.  The second

25     part of that says that "the wall-to-floor

7/17/2009  Mallet Jr., Alexis

1        A     Correct.

2        Q     What I'm saying is what tells you

3     that they weren't properly sealed aside from

4     the manufacturer's installations, in your

5     opinion, saying they should be airtight?

6     Are there any other --

7        MR. PINEDO:

8             Objection.

9     EXAMINATION BY MR. DERHAM:

10       Q     Well, let me finish.  Are there

11    any other codes or standards or what have

12    you that govern the air conditioning

13    ductwork systems in this travel trailer?

14       MR. PINEDO:

15            Objection, form.

16       THE WITNESS:

17            Not in this travel trailer, but

18    just govern air conditioning ductwork.  I

19    mean, there's no specific separate set of

20    standards for travel trailer ductwork.  Just

21    like there's no separate set of standards

22    for the electrical used in there.  It's the

23    National Electrical Code.

24            But if you have a set of standards

25    for this travel trailer, I would be more

7/17/2009  Mallet Jr., Alexis

1     than happy to accept them and review them.

2     But to date, we haven't seen much of any

3     kind of standards or specifications or how

4     this trailer was built and what it was

5     supposed to meet.

6     EXAMINATION BY MR. DERHAM:

7          Q     What air conditioning ductwork

8     standards would be applicable in the design

9     and construction of this trailer?

10         A     Well, ASHRAE and SMACNA has

11    standards governing the construction of

12    ductwork.

13                Outside of that, it is the various

14    studies performed over the years stating

15    that the air leakage in ducts creates

16    negative pressures in the buildings that

17    they operate within, and that in hot, humid

18    climates, the pressurization in the building

19    should be positive and not negative.

20         Q     What --

21         A     So it's --

22         Q     I'm sorry.

23         A     It's the contribution or the cause

24    of the negative pressure is the duct

25    leakage.

7/17/2009  Mallet Jr., Alexis

1        Q    What ASHRAE standard applies to

2    ductwork construction?

3        A    I don't remember the number.

4        Q    What SMACNA standard applies to

5    the ductwork construction?

6        A    I don't recall the number.

7        Q    Do you know what the shape of the

8    ducts was?

9        A    I believe they were rectangular

10   based on what we could see.

11       Q    Do you know what the surface area

12   of the ducts was?

13       A    No, we do not.  Again, we couldn't

14   open anything to observe anything.  We were

15   severely hampered from being able to make

16   observations that would have been quite

17   beneficial to us in formulating our

18   opinions.

19       Q    Further on in Paragraph 8 on the

20   next page, on Page 97 -- Are you ready?

21       A    Yes.  Where?

22       Q    The fourth -- fifth line, it says,

23   "This contributed to the additional release

24   of formaldehyde."

25       A    Under which number, please?

7/17/2009  Mallet Jr., Alexis

```
 1              A    No, but my experience is that I

 2       have repeatedly designed systems to jack up

 3       structures of all different sorts.

 4              Q    Have you done any work in research

 5       or development of jacking systems for travel

 6       trailers?

 7              A    No, sir, and I'm not aware that

 8       there are jacking systems specific to travel

 9       trailers.  If you show me those, I would be

10       glad to review those.

11              Q    You mentioned increasing the

12       rigidity of the metal frame?

13              A    Yes, sir.

14              Q    Do you know what type of steel was

15       used in this metal frame?

16              A    I think it was a mild steel.

17       Maybe A36.  Maybe.

18              Q    Do you know the tensile strength

19       of it?

20              A    A36?  No, not -- No, I don't

21       remember the specific.

22              Q    You didn't do any testing on the

23       metal?

24              A    We weren't allowed to.

25              Q    You're assuming it was A36?
```

**7/17/2009 Mallet Jr., Alexis**

```
 1              A     Well, yes, I'm assuming, because

 2         it appeared to be just standard steel.

 3                    Again, if the manufacturer has the

 4         data, we would be more than happy to review

 5         it, but we were given really almost nothing

 6         on this travel trailer.

 7              Q     And are you aware of the special

 8         needs that have to be taken into

 9         consideration for a travel trailer so that

10         it can be transported in terms of the metals

11         used?

12              A     Well, yes.  I mean, it has to have

13         some flexing to be able to travel down the

14         road and absorb the shock.  It's the same as

15         with a mobile home, except on a much smaller

16         basis.

17              Q     Okay.

18              A     But --

19         MR. PINEDO:

20                    Kevin, if you want to take a break

21         any time you're ready.

22         MR. DERHAM:

23                    Let me finish this, and we can do

24         that.

25         MR. PINEDO:
```

7/17/2009  Mallet Jr., Alexis

```
1                    Were you finished with your

2        answer?

3               THE WITNESS:

4                    No.  It's the same principle as a

5        mobile home.  Mobile homes are designed and

6        constructed for multiple movements, multiple

7        conditions, road conditions; therefore,

8        there is -- The rigidity of a travel trailer

9        and a mobile home is less than the rigidity

10       of a conventionally built structure.

11       EXAMINATION BY MR. DERHAM:

12          Q    Did you do any research as to what

13       effects increasing the rigidity of the metal

14       frame may have on the weight of the unit or

15       the axles of the unit or the ability of the

16       unit to flex in transport?  Did you

17       undertake any of that kind of work?

18          A    No, we didn't.

19          Q    Okay.

20          A    But the simple answer, the bottom

21       line is if they would have jacked it up

22       properly, we wouldn't need to have that

23       discussion.  If they would have had a

24       unified jacking system of some sort, there

25       would be no disproportional movement in the
```

7/17/2009  Mallet Jr., Alexis

```
1              A    No, but my experience is that I
2         have repeatedly designed systems to jack up
3         structures of all different sorts.
4              Q    Have you done any work in research
5         or development of jacking systems for travel
6         trailers?
7              A    No, sir, and I'm not aware that
8         there are jacking systems specific to travel
9         trailers.  If you show me those, I would be
10        glad to review those.
11             Q    You mentioned increasing the
12        rigidity of the metal frame?
13             A    Yes, sir.
14             Q    Do you know what type of steel was
15        used in this metal frame?
16             A    I think it was a mild steel.
17        Maybe A36.  Maybe.
18             Q    Do you know the tensile strength
19        of it?
20             A    A36?  No, not -- No, I don't
21        remember the specific.
22             Q    You didn't do any testing on the
23        metal?
24             A    We weren't allowed to.
25             Q    You're assuming it was A36?
```

**7/17/2009  Mallet Jr., Alexis**

1           A    Well, yes, I'm assuming, because

2      it appeared to be just standard steel.

3               Again, if the manufacturer has the

4      data, we would be more than happy to review

5      it, but we were given really almost nothing

6      on this travel trailer.

7           Q    And are you aware of the special

8      needs that have to be taken into

9      consideration for a travel trailer so that

10     it can be transported in terms of the metals

11     used?

12          A    Well, yes.  I mean, it has to have

13     some flexing to be able to travel down the

14     road and absorb the shock.  It's the same as

15     with a mobile home, except on a much smaller

16     basis.

17          Q    Okay.

18          A    But --

19          MR. PINEDO:

20               Kevin, if you want to take a break

21     any time you're ready.

22          MR. DERHAM:

23               Let me finish this, and we can do

24     that.

25          MR. PINEDO:

1                    Were you finished with your

2          answer?

3                THE WITNESS:

4                    No.  It's the same principle as a

5          mobile home.  Mobile homes are designed and

6          constructed for multiple movements, multiple

7          conditions, road conditions; therefore,

8          there is -- The rigidity of a travel trailer

9          and a mobile home is less than the rigidity

10         of a conventionally built structure.

11         EXAMINATION BY MR. DERHAM:

12             Q    Did you do any research as to what

13         effects increasing the rigidity of the metal

14         frame may have on the weight of the unit or

15         the axles of the unit or the ability of the

16         unit to flex in transport?  Did you

17         undertake any of that kind of work?

18             A    No, we didn't.

19             Q    Okay.

20             A    But the simple answer, the bottom

21         line is if they would have jacked it up

22         properly, we wouldn't need to have that

23         discussion.  If they would have had a

24         unified jacking system of some sort, there

25         would be no disproportional movement in the

7/17/2009  Mallet Jr., Alexis

1        not break an egg, so whether it's this

2        trailer, an oil rig or whatever, there

3        exists systems out there that you can raise

4        them up at one time.

5                As a matter of fact, this system

6        here didn't even have to be a hydraulic

7        jacking.  There are inexpensive screw jacks

8        that two guys could have used basically to

9        raise this trailer up in a more uniform

10       method than picking it up one end of the

11       trailer at a time.

12               Five-ton jacks for 30, 40, $50

13       could have accomplished this.  You could

14       have used six inexpensive jacks, and two

15       guys could have raised this thing, and that

16       has been my experience.

17               I mean, we own these kind of

18       jacking systems and use them on a regular

19       basis.

20          Q    Okay.  And I know there's an

21       attorney here from Fluor who is going to ask

22       you some more questions about that.

23          A    Oh, okay.

24          Q    So I will defer that part of the

25       opinion to him.

**7/17/2009  Mallet Jr., Alexis**

```
1          of events, what equipment they're going to
2          use, how high they're going to bring it.
3                  There is no data that I have been
4          presented to date that has any kind of
5          protocol that the installers were required
6          to follow.
7              Q    Have you ever designed or authored
8          an owner's manual for any type of product?
9              A    No, sir.  We follow numerous
10         owner's manuals in what we do.  I have never
11         designed one.
12             Q    And again, you're not an engineer
13         and don't have an engineering background,
14         correct?
15             A    I'm not.  I have extensive
16         background in both outside, post-college
17         certifications and education through
18         seminars, conferences, schools, working with
19         my own engineering people, and 35 years of
20         construction and designing and building all
21         kinds of complexes that affords me an
22         incredible amount of knowledge from training
23         in the field.
24             Q    But you're not qualified to give
25         engineering opinions?
```

1          MR. LAMBERT:

2              Look, Counsel, asked and answered,

3      and he just told you.  And I think the judge

4      decides who can give opinions.

5          MR. DERHAM:

6              Well, that's fine.

7          THE WITNESS:

8              Well, actually, I'm able to give

9      those opinions, because that has been

10     brought up to the engineering board in the

11     past, and they found that the opinions that

12     I give dealing with litigation are at the

13     discretion of the courts and not under the

14     auspices of the engineering board.

15     EXAMINATION BY MR. DERHAM:

16         Q    Have you ever been recognized by a

17     court of law as an expert in any field of

18     engineering?

19         A    Not in engineering, but in the

20     implementation.  Again, what I don't do is

21     calculations or I don't do them for

22     presentation purposes, but the opinions that

23     I have rendered in the past, which are

24     parallel and in some cases identical to the

25     information that I have gathered and written

**7/17/2009  Mallet Jr., Alexis**

1       about in my report, are identical to those

2       that I have rendered in courts over and over

3       again on numerous occasions.

4            Q    Have you ever been recognized by a

5       court of law -- Well, have you ever been

6       offered in any court of law as a warnings

7       expert?

8            A    No, sir.

9            Q    Have you ever been recognized by a

10      court of law as a warnings expert?

11           A    I have never been tendered in that

12      field.

13           Q    Some people call it human factors.

14      Are you aware of that phrase?

15           A    No, sir.

16           Q    Okay.  So I take it then you have

17      never -- you don't consider yourself a human

18      factors expert if you're not aware of the

19      phrase?

20           A    No, sir.

21           Q    Okay.  No. 13, you comment on "the

22      manufacturer failed to conform to its

23      express warranty," and then you go on to

24      cite the August 12th, 2004 FEMA Travel

25      Trailer Procurement Specifications?

7/17/2009  Mallet Jr., Alexis

```
 1            Q    And I guess beneath that opinion
 2       15, you do kind of a risk/benefit, I guess,
 3       analysis, correct?
 4            A    Yes.
 5            Q    And is this in connection with
 6       No. 15 or is this something entirely
 7       different?
 8            A    I think it's basically just a
 9       general -- a general statement based on all
10       of the findings of the experts and our
11       findings as to the functioning of the travel
12       trailer.
13            Q    Okay.  What experience do you have
14       in the design or manufacture of products on
15       a mass scale, thousands of units at a time?
16            A    None.
17            Q    Have you done any kind of research
18       or work to determine the amount of research
19       and development that would have been
20       required in this context of mass production
21       in a short time frame to implement the items
22       you suggest could have been implemented?
23            MR. LAMBERT:
24                 Objection.
25            THE WITNESS:
```

**7/17/2009  Mallet Jr., Alexis**

```
1                 I don't think I would have had to

2          do any types of testing.  The information

3          was available when this travel trailer was

4          made, and they were manufacturing mobile

5          homes at the time with some of the products

6          that they're now stating should have been

7          used.

8          EXAMINATION BY MR. DERHAM:

9              Q    If all of these items you suggest

10         should have been done, did you do any

11         determination as to what the per unit cost

12         would be to the units?

13             A    Yes, I did.

14             Q    What was that number?

15             A    I didn't have that.  I can give

16         you a total.  I would have to total it up,

17         get it from my files, but I broke it down by

18         various units.

19             Q    Did you do any research to

20         determine the amount of time it would have

21         taken to implement the ideas you suggested

22         should have been implemented?

23             A    I didn't do any research, but

24         based on my own experience as a contractor

25         building and utilizing these products, I
```

1        incorporated the time necessary to implement

2        those items.  Some of them was no time

3        additions at all, some of them were quite

4        minor in time additions.

5             Q    What were these in connection

6        with, like what kind of products or items or

7        things are you talking about you have done

8        that?

9             A    Well, for this particular trailer,

10       actually.

11            Q    I thought I just asked you if you

12       did, and you said not specifically to this,

13       but in other scenarios you had?

14            A    Okay.  Ask the question again,

15       please.  Maybe I'm not answering it.

16            Q    What did I ask, Jim?

17                 I may have asked unclearly, so let

18       me see what I said.

19                 Did you do any research to

20       determine the amount of time it would have

21       taken to implement the ideas you suggested

22       should have been implemented?

23            A    And my answer is "yes," that -- I

24       didn't actually have to do research, because

25       most of this stuff was already available and

7/17/2009  Mallet Jr., Alexis

1     already, to my knowledge, what needed to be

2     done or what could be done to implement

3     these changes.  Part of dealing with the

4     building science end of what I do, sometimes

5     I will give lectures on some of these

6     subjects.

7              As a matter of fact, this coming

8     November, I have been invited to give a

9     lecture, a three-hour lecture to forensic

10    engineers on building science and the

11    products and the interactions of how all of

12    these components work together with

13    temperature, moisture, air infiltration,

14    water infiltration, what kind of products

15    you can use to avoid when they're making

16    their recommendations to clients, when

17    they're finding these issues with buildings,

18    what type of products they can recommend to

19    their clients to avoid further problems with

20    air, water and temperature infiltration from

21    whatever source, whether it's negative air

22    or just direct intrusion or poor designs,

23    the use of the specific types of panels,

24    insulation systems, ventilation systems.

25              That's all information that I use

```
1        on an ongoing basis that I inspect, test
2        for, testify to, write reports on, and give
3        lectures on.
4            Q    Have you ever seen a travel
5        trailer manufactured?
6            A    No, sir.  I haven't seen them
7        being manufactured, but I know how they're
8        manufactured, and, of course, each
9        manufacturer builds some product differently
10       than the others.
11              But by taking them apart to do any
12       repairs and restorations on them, we
13       certainly see how they were made, how they
14       were manufactured.  I don't need to see the
15       process.  All I need to see is the end
16       product.
17          MR. DERHAM:
18              Before I tender, I was going to
19       attach his notes as Exhibit 7, but this is
20       your original.  I don't want to put a
21       sticker on it.  So we can maybe have someone
22       make a copy of it.  We will attach your May
23       6th and May 7th.  I will just make them as
24       one.
25              And before I pass, I will just
```

**7/17/2009  Mallet Jr., Alexis**

1        enter an objection to any opinions that are

2        not set forth in his report or outside the

3        areas of his expertise.

4                And at this time, Mr. Mallet, I

5        thank you for your time and cooperating with

6        me, and I'm going to pass you on to some

7        other lawyers who are going to ask you some

8        questions.

9            THE WITNESS:

10                Thank you.

11           MR. DERHAM:

12                Thank you.

13           MR. PINEDO:

14                Off the record.

15           THE VIDEOGRAPHER:

16                The time as of right now is 3:09.

17       We're off the record.

18       (Discussion off the record.)

19           THE VIDEOGRAPHER:

20                We're on the record.  The time

21       right now is 3:25.

22       EXAMINATION BY MR. PENOT:

23           Q    Mr. Mallet, my name is Charles

24       Penot.  I represent Fluor Enterprises, Inc.,

25       in this matter.