

**Figure 13: Data Loggers No. 2 and No. 4 attached with duct tape to measure air conditions at the ceiling and air flow from the cavity.**



**Figure 14: Shows the roof with the packaged roof top A/C unit and the TV antenna.**

EXHIBIT RCE 14



**Figure 15: The name plate information on the roof top A/C unit.**



**Figure 16: The moisture sticker on the inside of cabinet door next to entry door.**

EXHIBIT RCE 15


**Figure 17: Shows the A/C grille removed from the inside inspection of the A/C unit.**


**Figure 18: Shows the wiring in the return air plenum section of the A/C unit.  Moisture/condensation was noted on the panel to the side of the opening.**

EXHIBIT RCE 16

DUB001424



**Figure 19: Show the moisture/condensation on the bottom of the A/C unit.**



**Figure 20: Show the condition of the return air grille at the time of this inspection.**

EXHIBIT RCE 17

DUB001425



Indoor Air Conditions

At the time that this reading was taken at 12:41 PM, on July 9, 2009, the inside conditions were 82.4°F-83.3°F D.B.; 69.8°F-70.0°F W.B.; 64.4°F-65.3°F; 53.9%--55.9% RH. The carbon dioxide level had exceeded the 5500ppm limit of the instrument.

EXHIBIT RCE 18



Outdoor Ambient Air Conditions

At the time that this reading was taken at 44:48am on July 9, 2009, the outside conditions were 93-96°F D.B.; 78.8-80.6°F W.B.; 73.4-75.2°F D.P.; 51.2%-53.7% R.N. the outdoor ambient carbon dioxide level 526ppm – 551ppm. Wind velocity = 2-8.5mph.

EXHIBIT RCE 19

DUB001427



Condition of Air from Ceiling Cavity in Bed Room

At the time that this reading was taken at 12:26pm on July 9, 2009, the air from the ceiling cavity due to a leak in the ductwork was 85.1°F-86.9°F D.B. The air recorded by D.L. No. 6 (a/c unit supply air temperature at a/c grille) was 67°F-70°F. Based on this information there is a 16°F-18°F ± temperature rise in the air from the a/c unit leaking into the ceiling cavity.

EXIBIT RCE 20

DUB001428