Exhibit E

# Transcript of the Testimony of
# Ervin Ritter

### Date taken: October 13, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:    www.psrdocs.com

Page 227

```
 1        Q.   You review any of the literature
 2   relative to the HVAC system for the travel
 3   trailer?
 4        A.   Manufacturer's literature?
 5        Q.   The booklet, or the manufacturer's
 6   literature for the air-conditioning unit for
 7   this travel trailer.
 8        A.   Yes, I did.
 9        Q.   Do you remember who manufactured
10   the air-conditioning unit?
11        A.   It's a Coleman unit.
12        Q.   Do you remember the capacity?
13        A.   15,000 BTUs.
14        Q.   In your view, is that the correct
15   capacity air-conditioning unit for an area
16   that is 230 to 250 square feet?
17        MR. LAMBERT:
18             Objection.
19        THE WITNESS:
20             It should be more than adequate
21   for an area 240 square feet that is
22   adequately constructed, insulated and
23   sealed.
24   EXAMINATION BY MR. SAPORITO:
25        Q.   Understanding your views about
```

Page 228

1   insulation and sealing, was using this
2   15,000BTU unit an adequate unit for this
3   Dubuclet travel trailer?
4       MR. LAMBERT:
5           Objection.
6       THE WITNESS:
7           At the peak cooling season, you
8   would probably be pushing it because you
9   don't have an adequate -- your insulation in
10  your walls is only an inch and a half thick,
11  maybe an R7 or 8; the roof, two and a half
12  inch, maybe an R9, possibly a 10.
13          With the unfaced insulation, the
14  metal exterior which is going to radiate
15  heat into that insulation, you're really
16  marginal.
17  EXAMINATION BY MR. SAPORITO:
18      Q.   Did you see anywhere what the R
19  rating was for the wall insulation and the
20  ceiling insulation as per manufacturer's
21  specs?
22      A.   I saw in there the building
23  materials they called out for the
24  thicknesses.
25      Q.   And the R ratings?

Page 126

1     MR. LAMBERT:
2          Objection.
3     THE WITNESS:
4          For these conditions that we
5   discovered in there this date, you will have
6   those sets of condensation forming.
7   EXAMINATION BY MR. SAPORITO:
8     Q.   And when you say, "these
9   conditions that we discovered in there this
10  date," are you talking about the operating
11  conditions of the air conditioner or are you
12  talking about something else?
13    A.   The operating condition.  The air
14  that was inside the trailer with everyone in
15  there, which there was always four people in
16  there, very similar to what a family would
17  be in this trailer, with people going in and
18  out, just as the manufacturer is saying
19  ventilate and open up things.
20         I mean, I find that these
21  conditions could be very similar to what the
22  conditions were that these people had when
23  they were living in it.
24    MR. LAMBERT:
25         Let's mark that diagram.

```
                                                    Page 161
 1        A.   Paul LaGrange is a gentleman that
 2   has a firm called LaGrange Consulting.  He
 3   does investigative work for Al Mallet and
 4   the public, anything from indoor air quality
 5   studies to energy conservation studies.
 6             He's involved with the energy
 7   efficient home that LSU is building.  He is
 8   doing a lot of research there.  He is what I
 9   would call a self-taught building scientist.
10        Q.   He was one of the engineers that
11   was involved in the previous case, the Gulf
12   Stream case, the Alexander case?
13        A.   That is correct.
14        Q.   Do you know that he is not one of
15   the engineers involved in the Dubuclet case?
16        A.   That is correct, he is not.
17        Q.   In the Gulf Stream case, the
18   Alexander case, was he the one that did the
19   different types of testing that was done on
20   the Gulf Stream trailer, the blower door
21   testing, the duct blaster testing?
22        A.   That's correct.
23        Q.   And did you base any of your
24   opinions in the Gulf Stream case based upon
25   the results of the testing that Paul
```

Page 162

1  LaGrange did?
2       A.   For this case?
3       Q.   In the Alexander Gulf Stream case.
4       A.   My opinions?  Yes, I did use some
5  of that information, duct leakage and so on.
6       Q.   He did not perform the blower door
7  testing or the duct blaster testing on the
8  Dubuclet trailer though, did he?
9       A.   No, he did not.
10      Q.   Did you reach an opinion or
11 conclusion in this case, the Dubuclet case,
12 that there was some leakage in the
13 air-conditioning ductwork?
14      A.   Yes, I did.
15      Q.   How did you reach that opinion or
16 that conclusion?
17      A.   Going back to the exhibit where
18 the faceplate was removed from the ceiling
19 in the bedroom.  At that hole in the
20 ceiling, which was approximately two and a
21 half inches in diameter, there was air
22 coming out of that hole, a pretty good
23 velocity of air coming out of it to -- no
24 way of quantifying, since we were not able
25 to do any testing, to determine just how

Page 172

1   spots around the top plate of the unit.
2        Q.   The top plate what?
3        A.   The top plate of the walls.
4             And pretty much if I had had his
5   information that I used, you would have seen
6   a thermographic image in my report that I
7   would have noted about it.
8             So other than the knowledge of
9   what he was doing and what he was finding,
10  no, my report doesn't reflect an opinion
11  based solely on his thermographic imaging.
12       Q.   Did you notice evidence of any
13  leaks inside the unit either on the ceiling
14  or the walls?
15       A.   No.
16       Q.   You told us you have an opinion
17  there was an air duct leakage.  Is it your
18  opinion that the leak was in the ceiling
19  area above the bedroom?
20       A.   That is correct.
21       Q.   And what import is that to you?
22  What is the importance of the fact there was
23  an air duct leak?
24       A.   Well, for the air-conditioning
25  system to work, if we are losing the air

Page 173

1  that should be put into the interior space
2  and we are losing it to the cavity, we are
3  trying to cool down a hot area between the
4  roof and the ceiling.  We are also cooling
5  it down and running into the possibility of
6  creating some dewpoints at times whenever
7  the sun was not on the unit, as it cools
8  down.
9              If we bring that area into a
10 temperature that is below dewpoint, we are
11 going to have a moisture migration to it,
12 and then you are going to lose the
13 insulation value because you have got only
14 two and a half inches of insulation in the
15 roof.  And when it gets wet, you are going
16 to lose its value of insulation completely.
17             And you will have a cycle forming
18 there where you have got moisture that
19 becomes wet, you have moisture that is
20 driven back into a vapor state, back and
21 forth.  Your pressure relationship, your
22 ceiling cavity is now positive with
23 relationship to the interior.
24             And with everything in place, all
25 the outlets and covers, the air that leaks

Page 174

1   into the cavity must find its way back into
2   the interior either through some holes in
3   the ceiling, through some holes in the walls
4   as it comes down where they drilled holes
5   for wiring to go through the top plates to
6   the light fixtures, and some of that air
7   that does work its way down, before it gets
8   out of a wall outlet, is going to go out
9   through the metal wall panels, and then you
10  have got a negative condition that is now
11  going to bring more air back in through
12  those wall panels to try to make up, or come
13  in through the opening such as doors,
14  windows and so on.
15            But an air-conditioning unit has
16  to put out a certain amount of air that
17  comes across the return air grille that goes
18  out through the supply grilles, that is a
19  fixed number. It may change as you load up
20  the filter, but that number is always going
21  to be relatively close. You are going to be
22  leaking air into the -- with construction
23  you are going to end up with dewpoints in
24  places where you don't want them to be,
25  you're going to end up with condensation

Page 175

 1   where you don't want it to be on the
 2   interior of the unit.
 3              As my sketches show, that when you
 4   cool down and reach dewpoint the inside
 5   walls and above the ceiling cavity, moisture
 6   is going to turn into condensation and then
 7   you have opportunities for mold growth and
 8   so on.
 9              This unit, this travel trailer,
10   with its construction -- And how that leak
11   is occurring, I don't know.  I just know
12   there is a leak.  It is not visible to me,
13   but it is visible that air is coming out
14   through that hole.
15        Q.   Did you quantify the amount of air
16   that was coming out of that area?
17        A.   No, I did not.
18        Q.   And did you attempt to quantify
19   the amount of air that was coming out of
20   that area while the faceplate was still on
21   it?
22        A.   No.  We didn't have any means of
23   measuring the air flow.
24        Q.   Would any amount of air, whatever
25   it was, that was coming out of that location

Page 177

1  cavity spaces until it finds its way back to
2  the interior.
3       Q.   And is it that situation that
4  causes the negative air pressure that you
5  are talking about?
6       A.   It is going to cause a negative
7  air pressure with the cavity being positive
8  with respect to the interior.  So the
9  interior is negative with respect to the
10 cavity, negative with respect to the
11 outside.
12      Q.   And that's the real import of the
13 fact that you find in your opinion an air
14 duct leakage?
15      A.   Yes.  When I'm looking at this
16 thing, I'm looking at it as a whole, as to
17 what makes up this system for this
18 air-conditioning system to work properly,
19 and I'm looking at the possible leakage.
20 I'm looking at how this thing is constructed
21 and so on.
22      Q.   I understand.  I understand.
23           But the end game, the end result
24 is, the reason you have an opinion or the
25 importance of your opinion that there is an

Page 178

 1  air duct leakage in the ceiling cavity, is
 2  that it is creating this negative air
 3  pressure inside the unit?
 4       A.   That is correct.
 5       Q.   Isn't it true that there is a
 6  methodology for testing for negative air
 7  pressure, whether it is a building or a
 8  travel trailer, and it is that blower door
 9  test that Mr. LaGrange did in the other
10  case?
11       MR. LAMBERT:
12            Objection.
13       THE WITNESS:
14            That is a method, yes.
15  EXAMINATION BY MR. SAPORITO:
16       Q.   Is there another method for
17  testing and measuring negative air pressure?
18       MR. LAMBERT:
19            Objection.
20       THE WITNESS:
21            You could use just a simple
22  manometer and take the differential pressure
23  from outside to inside.
24            When you are using a blower door
25  test and using a duct blaster test, you are

Page 179

1   using a more sophisticated method, and it is
2   going to give you a quantifiable amount of
3   air leakage through the structure or through
4   the duct system.
5             Whereas with your manometer, you
6   are going to find a pressure differential,
7   but you are not going to be able to know
8   what volume of air.  You just know that you
9   have a differential of pressure.
10  EXAMINATION BY MR. SAPORITO:
11       Q.   There is a methodology and
12  protocol in doing a blower door test to
13  measure for negative air pressure, isn't
14  there?
15       A.   That is correct.  It is an ASTM
16  method.
17       Q.   And there is a manometer method
18  that could have been used to measure
19  differences in air pressure; is that
20  correct?
21       A.   Yes.
22       Q.   And I guess there is a methodology
23  for doing that type of test or a protocol
24  for doing that type of test?
25       A.   I'm sure there is.  I haven't seen

Page 187

```
 1      A.   Yes, it would be.
 2      Q.   You didn't actually examine any of
 3   the interior walls and find any moisture on
 4   the interior walls of this unit, did you,
 5   the cavity walls?
 6      MR. LAMBERT:
 7           Objection.
 8      THE WITNESS:
 9           Are you talking about the interior
10   cavity?
11   EXAMINATION BY MR. SAPORITO:
12      Q.   Yes.  You did not find any
13   moisture inside the cavity, did you?
14      MR. LAMBERT:
15           Objection.
16      THE WITNESS:
17           Couldn't see inside the cavity.
18   EXAMINATION BY MR. SAPORITO:
19      Q.   So the answer is no?
20      A.   No.
21      Q.   You didn't find any moisture in
22   any insulation in this unit, did you?
23      MR. LAMBERT:
24           Objection.
25      THE WITNESS:
```

Page 188

1    No, I did not.  We could not
2    examine it.
3    EXAMINATION BY MR. SAPORITO:
4       Q.  What is the organization that has
5    the initials SMACNA?
6       A.  That is Sheet Metal Contractors of
7    America -- I'll have to look at it.  It is
8    the Sheet Metal something Contractors
9    Association.
10          They have set up initial duct
11   standards, duct destruction standards, duct
12   leakage standards.  Most of their standards
13   are now being incorporated into ASHRAE.  I
14   didn't think I had made reference to them
15   anywhere in my report.
16      Q.  Well, you used the acronym, but I
17   don't know that you gave us what it stood
18   for.
19          You are saying it is the sheet
20   metal -- what does the AC stand for?  It is
21   SMACNA.
22      A.  Let me see that, and I might be
23   able to tell you.
24          Sheet Metal Contractors National
25   Association.  I'm not sure what the "A"

Page 202

1  like to just find this, and I will get it to
2  you.
3  EXAMINATION BY MR. SAPORITO:
4      Q.  Notwithstanding what the SMACNA
5  publication might suggest for a residential
6  home or a site-built home, do you know what
7  the classification was for the ductwork that
8  is in the Dubuclet travel trailer?
9      A.  It doesn't meet any of the
10 classifications of SMACNA.
11     Q.  Because of what?  Why?  I mean,
12 it's smaller, the surface area?  Why doesn't
13 it meet --
14     A.  First off, it is built of a
15 material that is not commonly used.  It is
16 made of quarter-inch foil-faced foam board,
17 and there is no one in the industry, other
18 than that industry, that uses it.  That
19 industry, that board has an R value or
20 insulating value, R value equal to 1.
21          And most standards, all of the
22 standards today, all of the standards for
23 construction today, the minimum is an R5 for
24 ductwork for the insulation quality.
25          You have it in a space which has

Page 203

1   very limited insulation there, so you have a
2   tremendous amount of heat getting on it.
3   You have the possibly of the surface, since
4   it is an R1, meeting a dewpoint, with the
5   possibility of condensation forming on the
6   exterior.
7            That doesn't meet any standards.
8   It is strictly --
9       Q.   A travel trailer?
10      A.   -- a travel trailer for limited
11  use air-conditioning.
12      Q.   And if I am following your
13  opinion, what may be good for the travel
14  trailer industry and the travel trailer
15  standard, once this travel trailer was going
16  to be used by FEMA for temporary housing,
17  the ductwork should have been changed and
18  different ductwork should have been put in
19  the unit?
20      MR. LAMBERT:
21           Objection.
22      THE WITNESS:
23           That is correct.
24  EXAMINATION BY MR. SAPORITO:
25      Q.   And the other acronym, ASHRAE,