UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 | |
| | FORMALDEHYDE | * | | |
| | PRODUCTS LIABILITY | * | | |
| | LITIGATION | * | SECTION: N(5) | |
| | | * | | |
| This Document Relates to: | | * | | |
| *Dubuclet v. Fleetwood Enterprises, Inc., et al.* | | * | | |
| | | * | JUDGE: ENGELHARDT | |
| Case No. 07-9228 | | * | | |
| | | * | | |
| | | * | MAG: CHASEZ | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that Fleetwood Enterprises, Inc.'s Motion to Exclude the Testimony of Plaintiff's expert Alexis Mallet is hereby set for the hearing on the 2nd day of December , 2009 at 9:30 a.m.

This 9th day of November 2009.

                Respectfully submitted:

                */s/ Richard K. Hines, V*
                Richard K. Hines, V
                GA Bar No. 356300
                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                Atlantic Station
                201 17th Street, NW, Suite 1700
                Atlanta, GA  30363
                (404) 322-6000 (phone)
                (404) 322-6050 (fax)

                Jerry L. Saporito
                LA Bar No. 11717
                LEAKE & ANDERSSON, L.L.P.

1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery      ( )  Prepaid U.S. Mail

( )  Facsimile       ( )  Federal Express

(X)  CM/ECF

  New Orleans, Louisiana, this 9th day of November 2009.

             /s/ Richard K. Hines, V
             Richard K. Hines, V
             Georgia Bar No. 356300
             richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)