UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

**************************************************************************

## FLEETWOOD ENTERPRISES, INC.'S MOTION TO LIMIT DR. GEORGE A. FARBER'S TESTIMONY REGARDING CAUSATION

Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court in limine to limit the expert testimony of George A. Farber, M.D., to the extent that Dr. Farber has provided opinions that Ms. Dubuclet's alleged injuries were caused by exposure to formaldehyde. Dr. Farber has also offered statements regarding the use of formaldehyde in wood products and the production of EHUs following Hurricane Katrina. Dr. Farber's opinion are not scientifically based, are outside of his area of, and would not assist the trier of fact. Accordingly, they should be excluded under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals*, and the *Daubert* progeny. In support of this motion, Fleetwood has filed a memorandum of law and also relies on the following documents:

| Exhibit | Item |
|---|---|
| A | George A. Farber Deposition, taken August 6, 2009, excerpts (pages 11-14, 36-42, 45-51, 53-58, 61-62, 93-94) |
| B | George A. Farber Affidavit, dated July 17, 2009 |

| | |
|---|---|
| C | Lawrence G. Miller Affidavit, dated July 13, 2009 |

For the reasons cited in the memorandum, Fleetwood requests that the Court grant this motion.

This 9th day of November 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

   I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery      ( )  Prepaid U.S. Mail

( )  Facsimile        ( )  Federal Express

(X)  CM/ECF

   New Orleans, Louisiana, this 9th day of November 2009.

             _/s/ Richard K. Hines, V_
             Richard K. Hines, V
             Georgia Bar No. 356300
             richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)