Exhibit A

Transcript of the Testimony of
# Dr. George Farber

**Date taken: August 6, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 11

1      Q.   Again, if we are now

2  characterizing things, is eczema a form of

3  atopic dermatitis?

4      A.   It's consequent to.  If it has the

5  features I previously mentioned then it

6  could be called regular eczema, which

7  includes the weeping, fissuring, crusting

8  itching, or it can be asteatotic, which

9  means dry eczema.

10     Q.   Sort of a cracking eczema?

11     A.   Yes, sir.  Just a flaking, drying,

12  itching, microscopic cracking or fissuring

13  and it typically will itch and that's about

14  the only problem you have.

15     Q.   As I understand it, atopic

16  dermatitis is an inherited disease?

17     A.   Yes.

18     Q.   If one is suffering from atopic

19  dermatitis, can the usual allergens

20  aggravate atopic dermatitis in individuals?

21     A.   Yes, the same as with people who

22  don't have it, but more so.  They are more

23  susceptible to secondary problems with the

24  skin.

25     Q.   People who have hay fever --

Page 12

1    chronic rhinitis is another more classic

2    definition, I guess, or medical definition

3    for hay fever.  If one has hay fever or

4    rhinitis, is that person more susceptible to

5    having dermatitis aggravated by allergens?

6         A.   Well, the fact that they have the

7    hay fever means they are.

8         Q.   Would be more likely, perhaps,

9    than others to suffer from outbreaks of

10   dermatitis in the spring or fall or when

11   exposed otherwise to a common allergen?

12        A.   Yes, sir.  It could be either

13   seasonal, as you implied, or it could be

14   perennial, which means year round.  It

15   depends on where they live.

16        Q.   So if you are a hay fever

17   sufferer, exposure to aspergillus or animal

18   dander or cockroach dander, that type of

19   allergen, if you happen to be allergic to

20   that would tend to exacerbate an underlying

21   atopic dermatitis?

22        A.   Yes.

23        Q.   When did you first see Timia

24   Dubuclet?

25        A.   With your permission I will refer

Page 13

1    to my records.

2         Q.   Right.

3         A.   She was first seen on May 27,

4    2008.

5         Q.   I'm going to get to each one of

6    the visits.  When you say first seen on

7    May 27 of 2008, did you see her or did one

8    of your physicians see her on that occasion?

9         A.   She was seen on that occasion by

10   Dr. Price.

11        Q.   Dr. Price.  And in which facility

12   would Dr. Price be operating out of?

13        A.   He was operating here in this

14   building.

15        Q.   And when was she next seen by you

16   or members of your staff?

17        A.   I believe it was November 1, 2008.

18        Q.   And who saw her on November 1,

19   2008?

20        A.   Dr. Mosadegh, M-O-S-A-D-E-G-H.

21        Q.   And at which facility did

22   Dr. Mosadegh see her?

23        A.   This one.

24        Q.   And what was the next occasion

25   that you or your clinic saw Ms. Dubuclet?

Page 14

1      A.   I believe it was March 6, 2009.

2      Q.   And who saw her on that occasion?

3      A.   Dr. Weiss and Dr. Mosadegh.  And I

4  think I was asked questions about her or saw

5  her myself also, but the doctor of record

6  was Dr. Weiss.

7      Q.   As you sit here today, do you have

8  a specific recollection of seeing her on

9  March 6, 2009?

10      A.   No.

11      Q.   When was she next seen by your

12  clinic?

13      A.   May 26, 2009.

14      Q.   And who saw her on that occasion?

15      A.   Dr. Mosadegh.

16           I think I left out a date.

17      Q.   You may have.

18      A.   March 20, 2009.  It was on the

19  flip side of the page.

20      Q.   And who saw her on that occasion?

21      A.   Dr. Mosadegh.

22      Q.   And then she was seen by

23  Dr. Mosadegh on May 26.  When was she next

24  seen by you or a member of your clinic?

25      A.   I think it was July 8, 2009.

Page 36

1    not appear to have been an issue or it would

2    have been noted in the other doctors'

3    records that saw her.  And then we got an

4    inquiry as to whether we could evaluate her

5    for exposure to formaldehyde and that's kind

6    of routine, so we said yes.

7         Q.   Who did that inquiry come from?

8         A.   I'm not sure.  I saw the patient

9    with an appointment and then later on I

10   found that the people that were requesting

11   it were her attorneys.

12        Q.   And do you know who her attorneys

13   were that requested that?

14        A.   If I remember correctly, it was

15   somebody coordinating various cases.  It

16   might have been Ms. Wallace.

17        Q.   Sitting here today?

18        A.   Yes, sir.

19        Q.   Had you known Ms. Wallace before?

20        A.   I didn't know her personally, but

21   apparently -- and I'm not positive, but

22   apparently she was a patient here at one

23   time or another, but I understand some of

24   her children have been treated here.

25        Q.   Had you ever done any work for

Page 37

1    anybody within her law firm; do you know?

2         A.   I'm not sure which her law firm

3    is.  The communication I have had is as a

4    coordinator, formaldehyde coordinator.

5         Q.   And do you know when that contact

6    first took place?

7         A.   It had to have been in July.  To

8    be perfectly clear, July of this year.

9         Q.   Correct.  With respect to the

10   treatment that she has been given while

11   being managed by your clinic, the fact that

12   she may have been exposed to formaldehyde

13   would not alter the treatment that you had

14   prescribed for her or your physicians have

15   prescribed for her during the period of time

16   that she was under your care?

17        A.   Right.  At the severity that she

18   presented with was moderate and she was

19   treated moderately.

20        Q.   And has gotten better?

21        A.   Yes.

22        Q.   Let me ask this question.  Other

23   than formaldehyde in solution, are you aware

24   of any literature that says that

25   formaldehyde vapor causes contact

Page 38

1   dermatitis?

2       A.   Very much so.  I have been dealing

3   with that since I was in the military

4   service for years back and I have been

5   handling it for many years and there are a

6   thousand articles about it.  And one of the

7   ones that actually went to litigation, which

8   I'm sure your research as an attorney

9   probably picked this up, had to do with the

10  development of synthetic fabric.  Do you

11  want me to go on?

12      Q.   Sure.

13      A.   Used to be, and I think everybody

14  here is old enough to realize, that almost

15  everything was cotton or silk or some

16  crop-grown fabric, but in approximately the

17  '50s a new type of synthetic fiber was

18  developed and it caused a lot of problems

19  such as nylon and rayon and those kind of

20  products.  And years ago I was involved in

21  some cases regarding formaldehyde and

22  apparel.  Do you want me to explain this to

23  you?

24      Q.   Sure.

25      A.   Formaldehyde is a chemical that

Page 39

1   has a unique property of causing certain

2   other chemicals to turn into solid form from

3   liquid form.  And so in the original

4   development of synthetic fabrics, a huge vat

5   of the synthetic material in liquid form was

6   pressed out of tiny openings at the bottom

7   or sides of a huge vat and run through a

8   formaldehyde bath.  That bath instantly, in

9   microseconds, changed the liquid that's

10   coming out as a stream into a solid.  And

11   those solid fibers were then picked up and

12   put into rolls or spools.  And as technology

13   improved those spools were immediately

14   attached to machines that wove it into

15   fabrics.  And 20 or 30 years ago when you

16   bought a new shirt, even the top brands,

17   when you took the plastic or whatever off

18   you could smell the new shirt smell, which

19   was formaldehyde.

20          And formaldehyde has a property,

21   also, of separating from the material it was

22   originally in or escaping or leaching out of

23   the material.  So in the '60s I was treating

24   athletes, student athletes and patients who

25   wore the new fabric shirts and they would

Page 40

 1   only get an acne-like eruption on the areas

 2   where the shirt draped.

 3          So at LSU they were doing a study,

 4   where I was going there in the '60s, to show

 5   that the formaldehyde leached out of the

 6   fabric which was commercially prepared and

 7   as a person had insensible fluid loss, which

 8   is when it's sensible, that is, you can tell

 9   you have fluid loss you are, quote,

10   sweating, end quote, but at all times during

11   the day your body is breathing and you are

12   losing micro vapors.  Well, the formaldehyde

13   would leach out of the fabric, blend with

14   this micro moisture and just leach or work

15   its way into the pores, so people got a

16   formaldehyde folliculitis.

17          Now, as time went by the

18   technology improved and the cost of

19   production of vegetable material for fibers

20   versus the chemical got to be where almost

21   everything now is synthetic and they still

22   use formaldehyde, so -- many types of

23   fabrics, not just shirts or underwear, and

24   that was a problem with underwear that was

25   also non-wrinkle --

Page 41

1        Q.    Permanent press?

2        A.    Yeah, permanent press, that's the

3    word I was searching for, became a problem.

4    So people learned they had a problem and

5    they just didn't wear that kind of clothes

6    or sought pure cotton or whatever.  But they

7    began to use it in other types of fabrics,

8    including rugs.  And they found that it also

9    could act as a binding agent with certain

10   other resins to be used in lacquers or

11   furniture or cabinets or paints and other

12   products.  And naturally the people that own

13   the rights to it, such as they were, are

14   going to try to find every possible use they

15   can for it.  And so there is thousands of

16   places where formaldehyde is available.

17           But for practical purposes

18   regarding current concerns, if you put it in

19   carpet, carpet if it's sagged and laid flat,

20   nobody would buy it, so it's kind of like

21   Viagra for the carpet fibers, they stand up.

22   And in this case it's a different approach

23   because if it doesn't last four hours call

24   your carpet man.  So bottom line is, the

25   carpet looks good and lasts a long time.

Page 42

1              Now, formaldehyde has other

2    properties also, antiseptic, so if you are

3    putting it in carpet, it's good.  And if a

4    dog or a cat, pet, has an accident, it's

5    less likely to cause a problem.

6              My point is that it's ubiquitous,

7    it's everywhere.  So when it's in a fabric

8    that is aerated a lot there will be some

9    micro leaching out into the air.  And when

10   it does that, you can inhale it and you can

11   smell it.  If you are sensitive to it or get

12   sensitized to it, it can exacerbate any

13   problem you have.

14        Q.   Let me go back to my question and

15   you answered it.  I'm not fussing with you

16   at all.  Let me see if I can ask a better

17   question.  Other than the world's literature

18   about formaldehyde in solution, which we

19   call formalin, 30 percent, 60 percent,

20   whatever the solution might be, other than

21   the literature in respect to the formalin.

22   Other than the literature in respect of

23   formaldehyde in its solid state, whatever

24   that might take, whether it's in clothing or

25   cosmetics, moisturizers, all of the various

Page 45

1    on this subject?

2         A.    Not specifically.

3         Q.    Let's go to the next page of your

4    report.  Speaking of Dr. Maibach, do you

5    know if he developed the T.R.U.E. Test?

6         A.    He was involved in developing

7    allergy tests, but I really didn't go back

8    and research that and I'm not sure whether

9    you are talking about -- on second thought

10   whether you are talking about senior or

11   junior.

12        Q.    The senior, because there is a

13   junior too.

14        A.    Yes.

15        Q.    Right.  But the senior who would

16   be older than you.

17        A.    I don't know junior, but senior is

18   brilliant.  Anyway, somebody famous like him

19   would have had to have been involved for the

20   drug company to spend the money to buy that,

21   but I don't specifically know of his direct

22   involvement.

23        Q.    Now, let's look at -- I think we

24   have attached the report, and frankly, I

25   don't know if attached to your report that

Page 46

1    we have as an exhibit there is the T.R.U.E.

2    Test results.

3         A.    I have an extra copy.

4         Q.    I think I have a marked-up copy

5    here.  She came in, you saw her on July 3;

6    is that right?

7         A.    Yes.

8         Q.    And you administered on that

9    occasion the T.R.U.E. Test.  And tell us

10   what a T.R.U.E. Test is.  What does it look

11   like?

12        A.    It comes in three cards and they

13   are about six inches tall and about two and

14   a half inches wide.  And it contains numbers

15   for each test.  And probably the best way to

16   describe it would be to show you this

17   printout.  And basically it's like a plastic

18   card and it's got the allergens in the

19   center of each of the holes in it.  And so

20   these are numbered and the results are

21   posted following the numbers on the cards.

22   So you put them all and you identify which

23   panel is going on which part of the back and

24   you count down to which one is positive.

25              We do not throw them away when we

Page 47

1   take them off.  We use that to hold over the

2   specific body site where each panel was

3   placed and make sure we get the correct

4   patch.

5       Q.   You would be testing for the full

6   panel on her that's shown on the T.R.U.E.

7   Test that's attached to your report?

8       A.   Yes, sir.

9       Q.   And as we go through the various

10  items, and I'm not going to go through each

11  one, but there are -- there's at least a

12  negative control in there, but with respect

13  to the other chemicals that are being tested

14  for, do you know which of those chemicals

15  contain formaldehyde?

16      A.   13, 14, and 26.

17      Q.   Obviously 21 would.

18      A.   21 was by itself.  That she had

19  positive to?

20      Q.   No.

21      A.   The ones that contain it also

22  would list 21.

23      Q.   Let me go back and maybe you and I

24  were on two different wavelengths here.

25  With respect to the various substances shown

Page 48

1    in this panel and putting aside the negative

2    control, there are some 28 substances as a

3    part of the T.R.U.E. Test?

4        A.   Yes.

5        Q.   With respect to the constituent

6    chemicals that form each and every one of

7    those 28 save the control, do you know which

8    ones of those contain formaldehyde?

9        A.   13, 14, 21, and a new one, which

10   is 26.

11       Q.   Any others?

12       A.   Well, I don't believe that 23

13   specifically contains formaldehyde, but it

14   crossreacts with it.  That's mercury

15   sometimes.  And then there is a Mercapto

16   mix.  Sometimes they crossreact and the

17   specific chemicals that they crossreact with

18   are listed in the printout that comes with

19   each patch ingredient and I think I provided

20   you copies of that.

21       Q.   Right.  I think we got some of

22   that.  Now, those that you say that you

23   believe contain formaldehyde as a

24   constituent chemical within, and we will

25   take as an example 13.  Do you know how much

Page 49

 1   formaldehyde is in 13?

 2       A.   Not at this moment specifically, I

 3   don't recall.

 4       Q.   Do you know how much is in 14?

 5       A.   No, sir.

 6       Q.   Do you know how much is in 26?

 7       A.   No.

 8       Q.   How much would be in 21?

 9       A.   Should be by itself.

10       Q.   And if it's by itself, do you know

11   how many parts per million would be in that?

12       A.   No.  I don't commit that to

13   memory.  I don't recall.

14       Q.   Just asking.  All right.  Tell me

15   why didn't 21 react.

16       A.   Don't know.

17       Q.   What is angry back; have you ever

18   heard the term angry back or excited skin

19   syndrome?

20       A.   Angry back?  No.

21       Q.   Have you ever heard the term

22   excited skin syndrome?

23       A.   That doesn't ring a bell either.

24   I have seen that listed in the description

25   of what is called red dermatographism, where

Page 50

1    anything that strokes or injures the skin

2    will cause a red flaring or a hive to

3    develop.  But in the terminology that you

4    used, I don't recognize that.

5         Q.   We go on to your report.  We have

6    what your report says that, in your opinion,

7    13, 14 and 26 contain formaldehyde.  Of

8    course, 21 would be nothing but

9    formaldehyde.  And you say the positive test

10   results indicate that Ms. Dubuclet had been

11   sensitized to formaldehyde and is now

12   allergic to formaldehyde.

13           Let me just ask a specific

14   question and let's just pick 13 for an

15   example.  That's the chemical known as

16   p-tert Butylphenol Formaldehyde.  Do you

17   know what the constituent elements in that

18   particular chemical or sensitizing agent

19   would, in fact, be the sensitizing agent?

20        A.   I don't think I can separate that

21   just by the patch test.

22        Q.   Same with respect to epoxy.  Do

23   you know the constituent elements of the

24   epoxy resin?

25        A.   I have them listed, but I don't

Page 51

1    recall.  My answer would be the same.

2         Q.   And you don't know what

3    constituent part of the epoxy resin could

4    have been the sensitizing agent?

5         A.   That is correct.

6         Q.   And the same insofar as

7    Imidazolidinyl Urea, you don't know what

8    constituent element of that chemical

9    compound would have been the sensitizing or

10   could have been the sensitizing agent?

11        A.   No.  As I understand your

12   question, can I be specific as to those

13   three tests, as to whether or not it was

14   formaldehyde or something else?

15        Q.   Or something else, exactly.

16        A.   I cannot tell you that.

17        Q.   So really, if we look at your next

18   sentence under the paragraph, it simply

19   reads:  T.R.U.E. Test report on the second

20   reading, No. 13, No. 26 remained at one

21   plus.  Your next paragraph reads:  These

22   positive test results indicate that

23   Ms. Dubuclet had been sensitized to

24   formaldehyde and now is allergic to

25   formaldehyde.

Page 53

1    was just an irritation caused by that, if

2    you removed them from the irritation, you

3    could remove the problem just as you have

4    testified earlier about removing somebody

5    from an allergen, you will end that problem?

6          A.   Well, that's where one and one

7    doesn't make two, because formaldehyde as a

8    component of another product forms a third

9    product.  And that third product containing

10   formaldehyde may be some they develop an

11   allergy to.

12          By itself, it's something that's

13   hard for me to explain, which is why I

14   answered you before I didn't know why the

15   formaldehyde by itself did not react.  But

16   it forms many different compounds.  And if

17   it's a formaldehyde-containing compound, I'm

18   lumping them, because I can't separate them.

19          And that's the point that I'm

20   making, so when I'm using -- in this

21   affidavit, when I'm using formaldehyde, I'm

22   implying, and maybe it's not clear, that

23   formaldehyde-containing products, which each

24   would be a distinct separate product.

25          Q.   If, in fact -- and as you say, you

Page 54

1    don't know because we can't tell from these

2    tests, but if, in fact, one were allergic to

3    formaldehyde because of the ubiquity of

4    formaldehyde, whether it's in a cosmetic,

5    whether it's in a moisturizer or whether

6    it's in something else, one might be

7    predisposed potentially to an irritation to

8    that particular product, correct?

9          A.   That combination, yes.

10         Q.   But just as it makes both common

11   and medical sense, if you remove the person

12   from the irritant, you won't be irritated by

13   the irritant?

14         A.   Correct.

15         Q.   Let's go to your fourth page of

16   your report.  You say:  The issue is

17   formaldehyde sensitivity and exacerbation of

18   any possible underlying skin condition or

19   upper respiratory condition due to chronic

20   exposure.  I just didn't follow that

21   sentence.  What did you mean by that?

22         A.   That's where she was believed to

23   have been sensitized or aggravated.  And I

24   can't tell you with any degree of certainty

25   that she didn't have an allergy before, but

1    during the time she was exposed she had

2    exacerbation.   Now, whether that was cause

3    and effect or just effect, I can't separate

4    them.

5         Q.   Let's then go on the record, at

6    least insofar as that is concerned.   It's

7    your opinion that while she was living in

8    the trailer that she was aggravated by

9    formaldehyde.   Stop there.   That is your

10   opinion?

11        A.   More likely than not she had some

12   exposure in her lifetime, short as it was,

13   and she may have developed an allergy but

14   didn't manifest it, low level.   Living in

15   high intensity exposure then she would

16   manifest it.

17        Q.   Let me go back to the first part.

18   With respect to cause, you can't sit here

19   and you are not telling us that you can say,

20   more likely than not, that eczema, the

21   contact dermatitis, whatever it is, was

22   caused by the exposure in the trailer; all

23   you can say is that it is your opinion that

24   it was aggravated?

25        A.   More likely than not aggravated.

Page 56

1      Q.   Not caused; you cannot give that

2  opinion?

3      A.   I cannot distinguish separately

4  with certainty.

5      Q.   And again, I believe, and let me

6  go back to a question which I always hate to

7  do, but let me go back to a question that I

8  think you have answered.  Insofar as you sit

9  here today, you cannot cite to us any

10  scientific or medical article that says

11  exposure to gaseous formaldehyde aggravates

12  underlying contact dermatitis?

13      A.   I can say that in generality, but

14  I cannot at this moment give you a specific

15  reference.  Is that what you wanted me to

16  say?

17      Q.   Yes.

18      A.   Okay.

19      (Whereupon, an off-the-record

20          discussion was held.)

21  EXAMINATION BY MR. HINES:

22      Q.   Dr. Farber, let me go back.  I

23  think I asked this, I'm not quite sure, but

24  I want to go back to my question with

25  respect to your knowledge of the world's

Page 57

1    literature and formaldehyde in its gaseous

2    state.  Let me ask it slightly differently,

3    perhaps.

4              As we sit here today you are

5    unaware of any article or cannot name for us

6    today any article in the world's medical

7    literature that says that exposure to

8    gaseous formaldehyde only causes or

9    exacerbates atopic dermatitis?

10        A.    Correct.

11        Q.    The articles that you are familiar

12   with deal with formaldehyde in solution and

13   formaldehyde in a solid form, whether that

14   solid form consists of clothing, cosmetics,

15   moisturizers?

16        A.    Et cetera.

17        Q.    Et cetera, correct?

18        A.    Correct.

19        Q.    A couple of other questions about

20   your report and then I want to go into her

21   medical history with you for just a minute.

22   There are some statements in here, and I

23   just wanted to see what the basis of these

24   statements were in your report.  On Page 3

25   of your report, in about the third or fourth

Page 58

1    paragraph down you say:  Unfortunately, in

2    the short term following Hurricane Katrina,

3    there was mass production of trailers and

4    ultra rapid assembly of trailers for

5    emergency living quarters which were mostly

6    distributed by FEMA.

7             Specifically with respect to the

8    phrase "ultra rapid assembly of trailers,"

9    what is the basis of that statement?

10      A.   I went through the hurricane and I

11   left to go up to New Jersey to some inlaw's

12   and the road was full of trailers that had

13   just been made so they couldn't have been

14   manufactured long before.

15      (Whereupon, an off-the-record

16             discussion was held.)

17   EXAMINATION BY MR. HINES:

18      Q.   I think I had asked for the basis

19   of your statement that there was ultra rapid

20   assembly and you were telling us regrettably

21   about your ticket, trying to pass what

22   obviously were a series of Gulf Stream

23   trailers as opposed to my Fleetwood

24   trailers.

25      A.   I don't know what brand they were.

Page 61

1      Q.   How about when you met with her;

2   did you observe any psychogenic overlay with

3   respect to the young Timia Dubuclet at that

4   point?

5      A.   Actually, she was pretty stoic.

6   She was a little nervous when we would go to

7   put the patches on, look to see if we had

8   any needles in our hand and that kind of

9   stuff.

10      Q.   Did she seem interested in her

11   treatment and so forth when you talked to

12   her?

13      A.   Yes.

14      Q.   Seemed appropriate for her age and

15   so forth?

16      A.   Yes, sir.

17      Q.   In the last sentence of that

18   particular paragraph you indicate that there

19   was confined space and inadequate

20   ventilation compared to a home with higher

21   ceilings and larger rooms to diffuse the

22   density of the formaldehyde fume.  What is

23   the basis for the statement it had

24   inadequate ventilation?

25      A.   I have to state that almost

Page 62

1   everybody has a consensus of opinion that

2   trailers are small compared to a large home,

3   and so that's the basis for confined space.

4   And it's not scientific and hadn't been

5   measured, so it's a supernatorial impact.

6   And then the inadequate ventilation was

7   because I had other patients who were in

8   trailers that are not involved in any type

9   of litigation, that I know of, but some of

10  them were elderly and they couldn't take it

11  and they had to sit on the porch outdoors.

12  And I eventually got them moved to one that

13  was apparently clear of formaldehyde, two or

14  three of them in Chalmette.

15          Again, I didn't go out and inspect

16  the trailer.  I took their word for it.  And

17  somebody from FEMA, and believe it or not

18  they were very nice, they went out and

19  checked these elderly and got them a

20  different trailer.

21      Q.   With respect to the Dubuclet

22  trailer, Ms. Dubuclet never talked to you

23  about how she ventilated the trailer,

24  leaving windows or doors open or anything

25  like that?

Page 93

1   appropriate for what she presented with on

2   that occasion?

3        A.   Yes, sir.

4        Q.   Then the next time she sees

5   somebody is on July 10 and there she goes

6   back to see her pediatrician, Dr. White, and

7   this is on Page 80.  On the right-hand

8   column under July 10, and again, that's a

9   checkup, and again, she is diagnosed with

10  eczema.  And again, down at the bottom of

11  the page Dr. White again prescribes

12  triamcinone cream, right?

13       A.   Yes.

14       Q.   And then I believe the rest of the

15  records are the ones that we have already

16  talked about, because that's when she really

17  comes to see you.

18       A.   Yes.

19       Q.   The only other record is a visit

20  to the ER at Children's Hospital on

21  February 18 of 2009, where she fainted at

22  school and that's just in the records.

23       (Whereupon, an off-the-record

24            discussion was held.)

25  EXAMINATION BY MR. HINES:

Page 94

1        Q.   We are back on.  Dr. Farber, we

2    have spent quite a bit of time going through

3    all the various medical records here, indeed

4    pulverizing those medical records.  You

5    would agree with me, would you not, that the

6    objective clinical findings that she

7    presented with over the course of her life

8    are the same as the objective clinical

9    findings seen by you and those after October

10   of 2007?

11       A.   Yes.

12       Q.   And all you've got to go on at

13   this point that formaldehyde had anything to

14   do with any part of her disease process is

15   the subjective complaints that she made to

16   you that during a period of time she

17   suffered from intensity of the itching and

18   rashes; is that correct?

19       A.   That, plus her positive test of

20   formaldehyde-containing product.

21       Q.   And as we say, we don't know what

22   in that formaldehyde-containing product

23   might have been the sensitizer to that

24   T.R.U.E. Test, correct?

25       A.   We don't know specifically, but it