UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | | SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * * | |
| | | | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * * * | |
| | | | MAG: CHASEZ |

*********************************************************************

### DEFENDANT FLEETWOOD ENTERPRISES, INC'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT CHARLES DAVID MOORE, PE, PLS

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves to exclude the testimony of Charles David Moore, PE, PLS on the grounds that Moore's opinions are purely speculative and are directly contradicted by undisputed facts on record in this case. Therefore, his testimony should be excluded under Federal Rule of Evidence 702. In support of this motion, Fleetwood files its memorandum of law and relies on the following documents:

| A | Moore's July 16, 2009 Structural Condition Assessment |
|---|---|
| B | Deposition of Charles David Moore, taken August 11, 2009, excerpts (pages 59, 101-102, 106-107, 109-110) |

Fleetwood requests that Moore's entire opinion and testimony be excluded.

This 9th day of November 2009.

                        Respectfully submitted:

                        */s/ Richard K. Hines, V*
                        Richard K. Hines, V
                        GA Bar No. 356300
                        NELSON MULLINS RILEY & SCARBOROUGH, LLP
                        Atlantic Station
                        201 17th Street, NW, Suite 1700
                        Atlanta, GA  30363
                        (404) 322-6000 (phone)
                        (404) 322-6050 (fax)

                        Jerry L. Saporito
                        LA Bar No. 11717
                        LEAKE & ANDERSSON, L.L.P.
                        1700 Energy Centre
                        1100 Poydras St.
                        New Orleans, LA 70163-1701
                        (504) 585-7500 (phone)
                        (504) 585- 7775 (fax)

                        Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery      ( )  Prepaid U.S. Mail

( )  Facsimile       ( )  Federal Express

(X)  CM/ECF

  New Orleans, Louisiana, this 9th day of November 2009.

            /s/ Richard K. Hines, V
            Richard K. Hines, V
            Georgia Bar No. 356300
            richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)