Exhibit B

Case 2:07-md-01873-KDE-MBN   Document 6657-3   Filed 11/09/09   Page 1 of 9

# Transcript of the Testimony of
# Charles David Moore, PE, PLS

### Date taken: August 11, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

```
 1   are these all in your handwriting?
 2        A    Yes, sir.
 3        Q    And when were they prepared?
 4        A    The first two documents were
 5   prepared July 9th of '09, and that was the
 6   date that I was on site to look at the
 7   trailer, and so these would be the notes
 8   that I jotted down at the time of my
 9   observations.
10        Q    That was the day there was a bunch
11   of people out there, a bunch of different
12   engineers and lawyers and all sorts of
13   people?
14        A    Yes, sir.
15        Q    And how long were you out there?
16        A    Off the top of my head, I was
17   probably out there three or four or five
18   hours, somewhere in there.
19        Q    How long was the actual
20   inspection?  Because I know there's some
21   down time when you're getting in and out of
22   the yard.
23        A    My actual inspection?
24        Q    Yes.
25        A    I don't really recall.  Maybe an
```

Page 101

```
 1       Q    If you wouldn't use a tent, would
 2   you use a travel trailer?
 3       A    No, I would not.
 4       Q    It is your opinion after doing
 5   your inspection and examination of both the
 6   travel trailer and the documents that the
 7   trailer was indeed constructed in accordance
 8   with accepted practices for travel trailers?
 9       A    Of what I can see, yes.
10       Q    And it's also your statement that
11   none of the standards that you have
12   consulted specifically pertain to travel
13   trailers?
14       A    That's correct.
15       Q    And it is that belief, that
16   opinion of yours that once a trailer is
17   designated as emergency housing for people
18   after a disaster, then it ought to comply
19   with these building codes and residential
20   housing codes that we have been talking
21   about?
22       A    Yes, sir.
23       Q    When you inspected the travel
24   trailer on the outside, the exterior, you
25   didn't find any structural damage?
```

Page 102

```
 1      A    No, sir, I did not.
 2      Q    And when you inspected the
 3   interior of the travel trailer, you didn't
 4   find any structural damage on the interior?
 5      A    That's correct, I did not.
 6      Q    Did you see any visible splitting
 7   of any of the walls from each other or the
 8   walls from the ceiling or the walls from the
 9   floor?
10      A    Not in this unit, no.
11      Q    Not in this unit?
12      A    Not in this unit, that's correct.
13      Q    Did you observe any damage to the
14   exterior or interior of the unit that would
15   indicate that the travel trailer did not
16   perform adequately as it was intended to
17   perform while the Dubuclets were living in
18   it?
19      MR. PINEDO:
20           Objection, form.
21      THE WITNESS:
22           I saw some things there that could
23   have been that.  For instance, seals and
24   sealants that are prevalent around the
25   exterior of the trailer.  There were some
```

Page 106

1  issues with seals and openings like I saw
2  with the seals and sealants and the various
3  members around the trailer there, which
4  would then allow air infiltration and
5  possibly even water infiltration, both in
6  the form of water by itself or in air vapor.
7           So from that standpoint, I don't
8  believe that it performed adequately.  I
9  believe that the structure, while it not
10 only is supporting the loads, it also has to
11 perform to keep out the weather and the
12 other elements there, so I think from that
13 standpoint, it did not perform adequately.
14 EXAMINATION BY MR. SAPORITO:
15      Q   Do you have any proof to support
16 any statement that there was any intrusion
17 of water in this unit while the Dubuclets
18 were using the unit?
19      A   Not water itself.  No, I did not
20 see any water staining or anything like
21 that.
22      Q   No water staining anywhere?
23      A   No.
24      Q   Do you have any proof that there
25 was not a seal to prevent air intrusion in

Page 107

1  this unit while the Dubuclets were using it?
2       A   While the Dubuclets were using it,
3  no, because I wasn't there.  I guess just in
4  general, you know, we were given this
5  trailer, that this is how it came to FEMA,
6  and so from that standpoint, I don't know of
7  anything that would have happened to the
8  seals, particularly the seal around the
9  slide-out that could have caused that to
10 occur after the Dubuclets were living there.
11      Q   Somebody told you that this
12 trailer was in the condition it was in at
13 the time it was provided to FEMA; is that
14 what you just said?
15      A   That's probably more of an
16 assumption on my part.
17      Q   Okay.  You realize that this unit
18 was provided in what year; do you remember?
19 Do you know?
20      A   2005, I believe, 2006 maybe.
21      Q   And you inspected it on July the
22 9th of 2009?
23      A   '09, that's correct, yes.
24      Q   And you inspected it sitting in a
25 field in Lottie, Louisiana?

Page 109

```
 1       Q    Okay.  But is the answer to my
 2   question "no," you don't have any
 3   information or any facts to support an
 4   opinion that this trailer did not properly
 5   perform while it was in use?
 6       MR. PINEDO:
 7            Objection, form.
 8       THE WITNESS:
 9            I don't have any facts or evidence
10   that water was leaking in there as a gross
11   water leak, so that by itself, I would say
12   no.
13            Air is going to be a lot harder to
14   define, whether there was any evidence or
15   not.  I don't know that there would be any
16   specific evidence.  There could be; there
17   could not be.
18            Evidence that I did see was that
19   there are some seals that are broken or
20   cracked and missing or at least some
21   problems with those seals and sealants.
22   EXAMINATION BY MR. SAPORITO:
23       Q    Okay.  I don't mean to make this a
24   hard question.  What I'm asking you is, you
25   saw what you saw in July of 2009?
```

```
                                                      Page 110
 1        A    That's correct.
 2        Q    All right.  In the field, somewhat
 3   level, in this field in Lottie, Louisiana.
 4   You have answered my question, I think,
 5   relative to water intrusion.
 6             My question now is relative to air
 7   intrusion.  Do you have any facts to support
 8   an opinion that from an air standpoint, the
 9   trailer did not perform as adequately and as
10   designed?
11        A    No, I was not there during the
12   Dubuclets' occupation and we don't have
13   testing or anything else from that that
14   would say that there was any of that
15   happening, going on, when they were
16   occupying the building.
17        Q    All right.  And the other parts of
18   your testimony dealing with the structural
19   steel and possible load-bearing
20   capabilities, you don't have any facts to
21   support an opinion that either of those two
22   things prevented the trailer from performing
23   adequately and as it was designed to
24   perform?
25        A    The steel --
```