UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER | * | | MDL NO. 1873 |
| | FORMALDEHYDE | * | | |
| | PRODUCTS LIABILITY | * | | |
| | LITIGATION | * | | SECTION: N(5) |
| | | * | | |
| This Document Relates to: | | * | | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | | |
| | | * | | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | | * | | |
| | | * | | |
| | | * | | MAG: CHASEZ |

*************************************************************************

**FLEETWOOD ENTERPRISES, INC'S
<u>MOTION TO LIMIT ERVIN L. RITTER, P.E.'S TESTIMONY</u>**

Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court in limine to limit the expert testimony of Ervin L. Ritter, P.C. Ritter should not be permitted to testify or present evidence regarding 1) a negative pressure condition draws contaminants into the living space, 2) the ductwork does not meet construction and insulation standards, and 3) opinions on alternative designs and design deficiencies. While Ritter can testify to his inspection, he should not be permitted to offer these conclusions because he does not have a reliable basis for doing so, and has not followed any methodology in reach these opinions. Accordingly, these opinions should be excluded under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals*, and the *Daubert* progeny. In support of this motion, Fleetwood has filed a memorandum of law and also relies on the following documents:

| A | Plaintiff's Designation of Expert Witnesses, dated July 17, 2009 |
|---|---|
| B | Report of Ervin L. Ritter, P.E., dated July 16, 2009 |
| C | Ervin L. Ritter, P.E. Deposition, taken Oct. 13, 2009, excerpts (162-63, 171-75, 177-79, 187-88, 202-03, 212-14, 220, 223, 231, 233-34, 273, 299) |
| D | Thomas W. Fribley Affidavit, dated Aug. 20, 2009 |

1

| E | Thomas W. Fribley Deposition, dated Oct. 21, 2009, excerpts (133-134) |
|---|---|
| F | ANSI A119.2, NFPA 1192, Standard on Recreational Vehicles (2002) |

For these reasons, this testimony from Ritter should be excluded.

This 9th day of November 2009.

Respectfully submitted:

 */s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery      ( )  Prepaid U.S. Mail

( )  Facsimile        ( )  Federal Express

(X)  CM/ECF

  New Orleans, Louisiana, this 9th day of November 2009.

             /s/ Richard K. Hines, V
             Richard K. Hines, V
             Georgia Bar No. 356300
             richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)