Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

Relates to Civil Action No.  07-9228
*Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.*
*(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood, Fluor Enterprises, Inc., and FEMA)*

**PLAINTIFF ELISHA DUBUCLET ON BEHALF OF HER MINOR CHILD,
TIMIA DUBUCLET'S
DESIGNATION OF EXPERT WITNESSES**

Plaintiff, Elisha Dubuclet on behalf of her minor child, Timia Dubuclet, pursuant to this Honorable Court's Trial II Scheduling Order dated April 8, 2009 (Doc. No. 1306) and Fed.R.Civ.P. 26(a)(2)(B), hereby file this Designation of Expert Witnesses.

Plaintiff, Elisha Dubuclet on behalf of her minor child, Timia Dubuclet, hereby designate the following expert witnesses:

(1) **Branscome, Lee, Ph.D., C.C.M.**

| | |
|---|---|
| Name: | Dr. Lee Branscome<br>Climatological Consulting Corporation |
| Address: | 7338 155th Place North<br>Palm Beach Garden, Florida 33418 |
| Phone: | (561) 744-4889 |
| Area of Testimony: | Climatology of Air Temperature, Humidity and Weather Data for the relevant areas and time frames and related issues |
| C.V.: | See: PSC025205 |
| Compensation Rate: | See: PSC025206 |
| List of Testimonies: | See: PSC025207 – PSC025214 |
| Expert Report: | See: DUB000254 – DUB000273 |
| Three Deposition Dates: | August 10, 11, 12, 2009 |

1

(2) **DeVany, Mary, M.S., C.S.P., C.H.M.M.**

    Name:                  Mary DeVany
                             DeVany Industrial Consultants

    Address:            14507 NW 19th Avenue
                             Vancouver, Washington 98685 USA
    Phone:              (360) 546-0999

    Area of Testimony:   Industrial Hygiene; Sampling of Trailers and Air Sampling Test Results; Formaldehyde Exposure Standards; Properties of Formaldehyde including but not limited to physical, chemical, and toxicological effects of formaldehyde exposure. Negligence of FEMA, Fluor Enterprises, Inc., and Fleetwood

    C.V.:                       See: PSC025215 – PSC025218
    Compensation Rate:  See: PSC025219 – PSC025220
    List of Testimonies:  See: PSC025221
    Expert Report:       See: DUB000603 – DUB000644
    Three Deposition Dates:  August 14, 17, 20, 2009

(3) **Farber, George, Ph.D.**

    Name:                  Dr. George Farber
                             Gulf South Medical & Surgical Institute, Inc.
                             Kenner Dermatology Clinic

    Address:            3705 Florida Avenue
                             Kenner, LA 70065
    Phone:              (504) 471-3100

    Area of Testimony:   Dermatology; Conditions of the skin, Testing and Treatment of Timia Dubuclet

    C.V.:                       See: PSC025222 – PSC025264
    Compensation Rate:  See: DUB001142
    List of Testimonies:  See: DUB001139
    Expert Report:       See: DUB001138 – DUB001171
    Three Deposition Dates:  July 20, 22, 2009 and August 4, 2009

    (4)    **Hewett, Paul, Ph.D.**

| | |
|---|---|
| Name: | Dr. Paul Hewett |
| | Exposure Assessment Solutions, Inc. |
| Address: | 1270 Kings Road |
| | Morgantown, West Virginia 26508 |
| Phone: | (304) 685-7050 |
| Area of Testimony: | Statistics; Statistical Analysis of Air Sampling Test Results; Formaldehyde Exposure Survey of Temporary Housing Units (THUs) |
| C.V.: | See: PSC025265 – PSC025268 |
| Compensation Rate: | See: PSC025269 |
| List of Testimonies: | See: PSC025269 |
| Expert Report: | See: DUB000544 – DUB000566 |
| Three Deposition Dates: | July 24, 31, 2009 and August 4, 2009 |

    (5)    **Kaltofen, Marco, P.E. (Civil)**

| | |
|---|---|
| Name: | Marco Kaltofen |
| | Boston Chemical Data Corporation |
| Address: | 2 Summer Street, Suite 14 |
| | Natick, Massachusetts 01760 |
| Phone: | (508) 651-1661 |
| Area of Testimony: | Engineering; Air Sampling Testing Protocol; Environmental Sampling and Testing of Indoor Air Spaces for Formaldehyde; Formaldehyde Concentration Standards Statistical Sampling; Inspection of the Dubuclet/Fleetwood/Fluor Enterprises, Inc./FEMA Unit |
| C.V.: | See: PSC025270 – PSC025278 |
| Compensation Rate: | See: PSC025281 |
| List of Testimonies: | See: PSC025279 – PSC025280 |
| Expert Report: | See: DUB000567 – DUB000587 |
| Three Deposition Dates: | August 11, 12, 13, 2009 |

    Additionally, Plaintiff refer you to the Lab Results from Assay Technologies, Advanced Chemical Sensors, Inc, ALS Environmental, and Galson Laboratories, and any other companies that performed the lab testing on the air samples procured from the FEMA housing units and whose test results were input into the database referred to by Mr. Kaltofen.

3

(6) **Laughery, Kenneth, Ph.D.**

    Name:                    Dr. Kenneth R. Laughery, Emeritus Professor

    Address:              3050 Claire Court
                                 Janesville, WI 53548
    Phone:                    (608) 754-0849

    Area of Testimony:    Science of human factors engineering, ergonomics, human factors methodology, human reliability, and safety and how it applies in this case, warnings, failure to warn, and the adequacy of warnings, lack of warnings, and consequences of failing to adequately warn of formaldehyde and dangers thereof

    CV:                          See: PSC025282 – PSC025310
    Compensation Rate:    See: DUB000589
    List of Testimonies:    See: PSC025311 – PSC025313
    Expert Report:          See: DUB000588 – DUB000595
    Three Deposition Dates:    August 3, 10, 11, 2009

(7) **Mallet, Alexis, Jr.**

    Name:                    Alexis Mallet
                                     First General Services of the South, Inc.

    Address:              103 Bradbury Crossing,
                                 The Village of River Ranch
                                 Lafayette, Louisiana 70508
    Phone:                    (337) 988- 3556

    Area of Testimony:    Design Defects; Construction Issues and jacking issues and frame issues with regard to the Dubuclet/Fleetwood/Fluor Enterprises, Inc./FEMA unit; Inspection of the Dubuclet/Fleetwood/Fluor Enterprises, Inc./FEMA Unit; Failure to Warn of HVAC installation issues and all related issues discussed in his report

    C.V.:                        See: PSC025314 – PSC025321
    Compensation Rate:    See: PSC025322 – PSC025324
    List of Testimonies:    See: PSC025325 – PSC025326
    Expert Report:          See: DUB000683 – DUB001120
    Three Deposition Dates:    August 17, 18, and 19, 2009

(8) **Miller, Lawrence G., M.D., M.P.H.**

    Name:                  Dr. Larry Miller
                              Mediphase Venture Partners

    Address:            3 Newton Executive Park
                              2223 Washington Street, Suite 104
                              Newton, MA 02462
    Phone:              (617) 332-3408

    Area of Testimony:  Physician Board Certified in Internal Medicine, Pulmonary Disease and Clinical Pharmacology with an M.P.H. degree in Environmental Health to discuss health of Timia Dubuclet as it relates to exposure to Formaldehyde and her residence in this unit

    C.V.:                      See: PSC025327 – PSC025342
    Compensation Rate:    See: PSC025343 – PSC025344
    List of Testimonies:     See: PSC025345
    Expert Report:          See: DUB000596 – DUB000602
    Three Deposition Dates:  August 3, 4, 6, 2009

(9) **Moore, Charles David, P.E., P.L.S.**

    Name:                  Charles David Moore
                              Freyou, Moore & Associates, Inc.

    Address:            1833 East Main Street
                              New Iberia, Louisiana 70560
    Phone:              (337) 365-9535

    Area of Testimony:  Civil Engineering; Trailer Frame and Installation Issues; Structural Issues with Dubuclet/Fleetwood/Fluor Enterprises, Inc./FEMA unit; Inspection of the Dubuclet/Fleetwood/Fluor Enterprises, Inc./FEMA Unit

    C.V.:                      See: PSC025346 – PSC025348
    Compensation Rate:     See: PSC025349
    List of Testimonies:     See: PSC025346 – PSC025348
    Expert Report:          See: DUB001121 – DUB001128
    Three Deposition Dates:  August 3, 4, and 6, 2009

(10) **Ritter, Ervin, P.E.**

    Name:                    Ervin Ritter
                                  Ritter Consulting Engineers Ltd.

    Address:              250 Ridgeway Drive, Suite C-3
                                  Lafayette, Louisiana 70503
    Phone:                (337) 984-8498

    Area of Testimony: HVAC/heating system mechanical engineering; Ventilation, air infiltration, role with moisture and mold, and moisture's role in elevating formaldehyde exposures; indoor air quality Related Trailer Construction and Design and Installation Issues; Inspection of the Dubuclet/Fleetwood/Fluor Enterprises, Inc./FEMA Unit

    C.V.:                      See: PSC025350 – PSC025352
    Compensation Rate:    See: PSC025353
    List of Testimonies:     See: PSC025354
    Expert Report:          See: DUB001395 – DUB002133
    Three Deposition Dates: July 30, 31, 2009 and August 3, 2009

(11) **Scott, William D., P.E., C.H.M.M.**

    Name:                    William D. Scott
                                  WD Scott Group, Inc.

    Address:              1117 Wright Avenue
                                  Terrytown, Louisiana 70056
    Phone:                (504) 393-7338

    Area of Testimony: Air Sampling Testing Protocol; Air Sampling and Test Results; Formaldehyde Levels and Standards; Inspection and testing of the Dubuclet/Fleetwood/Fluor Enterprises, Inc./FEMA Unit

    C.V.:                      See: PSC025355 – PSC025359
    Compensation Rate:    See: PSC025360 – PSC025361
    List of Testimonies:     See: PSC025362 – PSC025368
    Expert Report:          See: DUB000645 – DUB000682
    Three Deposition Dates: August 5, 6, 7, 2009

(12) **Shwery, Edward H., Ph.D.**

    Name:                    Dr. Edward H. Shwery

    Address:             315 Metairie Road, Suite 300
                                  Metairie, LA 70005
    Phone:                 (504) 833-6999

    Area of Testimony:    Clinical Psychology; Evaluated Timia Dubuclet

    C.V.:                      See: PSC025369 – PSC025384
    Compensation Rate:   See: PSC025385
    List of Testimonies:    See: PSC025386 – PSC025391
    Expert Report:        See: DUB001129 – DUB001137
    Three Deposition Dates:   July 29, 2009, August 3, 6, 2009

(13) **Smulski, Stephen, Ph.D.**

    Name:                    Dr. Stephen Smulski
                                    Wood Science Specialists, Inc.

    Address:             453 Wendell Road
                                  Shutesbury, Massachusetts, 01072
    Phone:                 (413) 259-1661

    Area of Testimony:    Design Defects in Fleetwood Unit; Material Selection; Component Parts; Formaldehyde Emissions from Component Parts; Inspection of the Dubuclet/Fleetwood/Fluor Enterprises, Inc./FEMA Unit

    C.V.:                      See: PSC025392 – PSC025403
    Compensation Rate:   See: PSC025404
    List of Testimonies:    See: PSC025405 – PSC25406
    Expert Report:        See: DUB000274 – DUB000284
    Three Deposition Dates:   August 3, 4, 5, 2009

(14) **Williams, Patricia M., Ph.D., D.A.B.T.**

    Name:    Dr. Patricia M. Williams
                  Environmental Toxicology Experts, LLC

    Address:    234 West William David Parkway
                  Metairie, Louisiana 70005
    Phone:    (504) 834-0073

    Area of Testimony:    Toxicology; General Causation of Adverse Health Effects from Exposure to Formaldehyde; Mechanism of Injury regarding Exposure to Formaldehyde and Eczema and other related health issues; Formaldehyde Causation of Cancers and other Chronic Health Effects; Toxicokinetics of Formaldehyde

    C.V.:    See: PSC025407 – PSC025437
    Compensation Rate:    See: PSC025438
    List of Testimonies:    See: PSC025439 – PSC025440
    Expert Report:    See: DUB000206 – DUB000253
    Three Deposition Dates:    August 17, 18, and 19, 2009 (tentative; to be confirmed with Dr. Williams)

Plaintiff also states her willingness to enter into an agreement with the defendants to exchange each Experts' file materials in advance of the deposition, provided that such agreement is made reciprocally, and in writing.

Plaintiff also provides herewith a copy of the entire medical record of Timia Dubuclet from her treating physicians and pharmacies as listed below:

1. Dr. Sam Solis, Napoleon Pediatrics
   Bates Nos. DUB001332 – DUB001386

2. Dr. Linda Doughty White, Treating Physicians
   Bates Nos. DUB001387 – DUB001392

3. John Bull Pharmacy
   Bates Nos. DUB001330 – DUB001331

4. Children's Hospital
   Bates Nos. DUB001172 – DUB001329

5. Primary Eye Care
   Bates Nos. DUB 001393 – DUB001394

8

The foregoing reports and related materials have been served upon Liaison Counsel for Manufacturing Defendants, Government Defendants, and Contractor Defendants as well as counsel for Fleetwood and Fluor Enterprises, Inc.

Respectfully submitted,

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas #20981820
ROBERT BECNEL, #14072
DENNIS REICH, Texas #1673960

**CERTIFICATE OF SERVICE**

    I hereby certify that on    July 17   , 2009, I mailed the foregoing document electronically to all counsel of record regarding this matter.

                                          s/Gerald E. Meunier
                                          GERALD E. MEUNIER, #9471