Exhibit D

# Investigation
## of
# FEMA Travel Trailer
# NO. 1373963
# VIN 4CJ1F322764015272
# Located At
# FEMA LOCATION
# 5310 OLD STATE HIGHWAY
# LOTTIE, LOUISIANA 70756

**Prepared by**
**Ervin L. Ritter, P.E.**
**250 Ridgeway Drive, Ste. C-3**
**Lafayette, Louisiana 70503**

**3009 20th Street, Ste. D**
**Metairie, Louisiana 70002**

**July 16, 2009**

DUB001395

Table of Contents

Curriculum Vitae ……………………………………………………4

List of Depositions …………………………………………………...7

Executive Summary…………………………………………………… 8

Inspection of the FEMA Travel Trailer…………………………..…9

Deficiencies in Design ………………………………………………11

Data Logger … .................................................................................13

Codes and Standards ……...…………………………………………14

Attachments are part of this report are as follows:

   EXHIBIT RCE 1 – EXHIIT RCE 20

DUB001396

This report has been prepared by Ervin L. Ritter, P. E. This report is based on inspections, observations, investigations, calculations, and research by Ervin L. Ritter, P. E.

Information and findings by other parties have been used in this report. This report reflects the writer's opinion based on the available information and physical examination of the evidence. This report may be modified and/or revised in total and/or part due to any discovered conditions, research or other related facts. All rights to modify and/or revise this report are reserved.

Ervin L. Ritter, P.E.

7/16/09

STATE OF LOUISIANA
ERVIN L. RITTER
REG. No. 16639
REGISTERED
PROFESSIONAL ENGINEER
IN
MECHANICAL ENGINEERING

DUB001397

**CURRICULUM VITAE**

**ERVIN L. RITTER P. E.**

| | | |
|---|---|---|
| **CONTACT INFORMATION:** | Home: | 201 Bocage Circle |
| | | Lafayette, Louisiana 70503 |
| | | 337-989-9024 |
| | | |
| | Office: | Ritter Consulting Engineers Ltd. |
| | | 250 Ridgeway Drive, Suite C-3 |
| | | Lafayette, Louisiana 70503 |
| | | 337/984-8498 Office |
| | | 337/984-8576  Fax |
| | | 337/298-4281Cell |
| | | ervin@ritterconsultingengineers.com |

| | | |
|---|---|---|
| **EDUCATION:** | College: | University of Louisiana-Lafayette (Formerly the University of Southwestern Louisiana) 1973.  Completed requirements for Bachelor of Science, Degree in Mechanical Engineering. |
| | High School: | New Iberia Senior High School 1969 |

**REGISTRATIONS:**

Professional Engineer/Environmental 1995
Professional Engineer/Control Systems 1994
Professional Engineer/Mechanical 1977
Registered to practice in the following states:
    Louisiana - Reg. No.: 16639
    Alabama – Reg. No.: 14475
    Arkansas - Reg. No.: 6013
    Florida – Reg. No.: 33885
    Georgia - Reg. No.: 13456
    Mississippi - Reg. No.: 8884
    Missouri - Reg. No.: E-29852
    North Carolina - Reg. No.: 9146
    Oklahoma - Reg. No.: 13944
    South Carolina - Reg. No.:  8558
    Texas - Reg. No.: 49343
    Virginia - Reg. No.: 0402033163

**4**

**ACCREDITATIONS:**                LADEQ Accredited for:
Asbestos Inspector
Asbestos Management Planner
Asbestos Abatement Designer
Lead Inspector
Lead Risk Assessor

**PROFESSIONAL EXPERIENCE:**    **Ritter Consulting Engineers Ltd.**
May 22, 1992 to Present - Principal and owner of
consulting engineering firm providing mechanical
engineering for the design of HVAC, plumbing, fire
protection (sprinkler) systems and special mechanical
systems for buildings.  Other services include Indoor
Air Quality Studies/Surveys and Design, Asbestos
Inspections, Management Planning & Asbestos
Abatement Designs, and Lead Based Paint Testing and
Risk Assessments.

**Louisiana State University**
**Continuing Education Department**
**1996 to Present -** Staff Instructor for teaching Asbestos
Inspection and Assessment, Asbestos Management
Planner and Asbestos Project Abatement Design

**Ervin Ritter & Associates**
**February 1, 1981 - May 21,1992** - Principal and owner
of consulting engineering firm providing mechanical
engineering for the design of HVAC, Plumbing, Fire
Protection (Sprinkler) Systems, Swimming Pool Design
and other special mechanical systems for buildings.

**Richard, Gaudet, Poche & Associates**
**August 1973 - January 1981**
Employed with firm for 7 ½ years as mechanical
engineer designing HVAC, plumbing, fire sprinkler and
special mechanical systems.

**PROFESSIONAL**
**ORGANIZATIONS:**              ASHRAE - American Society of Heating,
Refrigeration and Air Conditioning Engineers
AIHA - American Industrial Hygiene Association
LES - Louisiana Engineering Society
NSPE - National Society of Professional Engineers
NFPA - National Fire Protection Association
AIA - American Institute of Architects

5

DUB001399

AEE - Association of Energy Engineers
IBCC - International Building Code Congress

**CONTINUING EDUCATION:**   Vector Graphics Inc. - AutoCAD 2002 Level I
New & Associates - Boiler Basics
FCSI- Commercial Kitchen Ventilation
ASHRAE-Fire Protection & Sprinkler Design for
  Engineers
ASHRAE-Fire & Smoke Dampers Application &
  Building Code Issues
ASHRAE- Engineering Ethics & Design Build
  Contracts
ASHRAE-New State of Louisiana Energy Fund
ASHRAE-Standard 90.1, Where It's Been-Where It's
  Going, and Three R's of Indoor Air Quality: Reason,
  Risk, & Regulation
CaptiveAire-Commercial Kitchen Ventilation
 2003
CaptiveAire-Commercial Kitchen Ventilation
2004
PVI Industries-Domestic Water Heater System Design
NITON, LLC-NITON Spectrum Analyzer
Taco & Gaudin Equipment - System Design-Load
  Match
AEE-Fundamentals of Indoor Air Quality
McQuay Air Conditioning-Centrifugal Chiller
  York International Corp-Optimizing Chiller Plant
  Efficiency
Trane-Split-System Refrigerant Piping
 Broadcast
AIA/CES Learning Units (Health, Safety,
Welfare)
LA Dept. of  Natural Resources-
  Lighting/Mechanical
Owens Corning-Fundamentals of Condensation

**PERSONAL:**   Married, three children and one grandchild
Private Pilot since 1983 with instrument rating.

6

**DUB001400**

**List of Depositions and Trial Testimony for Mr. Ervin L. Ritter, P.E.**

Connie Terrell Bollinger vs Michael's Cooling and Heating LLC
9th Judicial District Court, Parish of Rapides, State of Louisiana
May 4, 2006 - Deposition

The Higbee Company vs Greater Lakeside Corp., Causeway LLC of Delaware, Broadwall
Management Corp., and Jeffrey Feil
United States District Court for Eastern District of Louisiana
September 7, 2007 - Deposition

Kelly G. Aucoin vs Southern Quality Homes, LLC and Dynasty Homes
Judge John Connery, 16th Judicial District Court, Parish of Iberia, State of Louisiana
November 14, 2005 – Trial Testimony

FEMA Trailer MDL No. 1873 Formaldehyde Products Section "N"(4)
Judge Engelhardt, United States District Court for Eastern District of Louisiana
September 7, 2007 – Deposition

7

DUB001401

**Executive Summary**

This travel trailer was manufactured by Fleetwood Travel Trailers of Texas, Inc., in March 2006 for FEMA. The apparent use of the trailer was for housing after Hurricane Katrina. This trailer is one of many trailers purchased by FEMA for emergency housing in the aftermath of a disaster.

This trailer has a roof-mounted air conditioning unit feeding into ducts installed in the ceiling cavity. The heating is a separate system of baseboard style electric heaters installed on the wall near floor level. The air conditioning ducts located in the ceiling were found to leak.  The heating system does not use ductwork.  The cooling ductwork was not tested to determine the exact rate of air leakage.  The ducts were found to be leaking in the ceiling cavity noted by the cool air from the ceiling cavity where a TV cable outlet connection was removed.

The Fleetwood bill of material identifies that the a/c ducts are constructed of ¼" thick aluminum foil faced foam board.  The duct is assembled with tape joints (could not inspect).  The R-value of this duct will be approximately R=1.  This R-value is very low for insulation duct.  This condition will allow for the duct to warm from the hot roof through adding heat (warming the air from the a/c unit).  This greatly diminishes the a/c unit capacity to cool the trailer.

The air leakage in the envelope and the ducts will mean that the interior will be in a negative pressure condition with respect to the envelope cavities. Outside air will infiltrate through the building envelope any time that the air conditioning system is in operation.  Since the duct systems were not tested, the rate of leakage is not known for this report.

In the summer time, the duct leakage will cause condensation to occur in the envelope cavities (wall cavity and ceiling cavity) by lowering the dew point in this space. This negative pressure condition, high summer time humidity levels, and leakage in the envelope will contribute to elevated moisture levels in the trailer envelope cavities and elevated humidity levels in the trailer. The air inside the trailer would feel warm and moist.  This leaking humid air will allow water vapor to move through and into the envelope cavity since there is no vapor barrier in the wall located in the exterior side of the wall.

The fact that there is moisture in the envelope cavity and the interior of the trailer is in a negative pressure state with respect to the exterior, any contaminants in the building materials or in the cavity of the envelope will be drawn into the interior of the trailer.  The manufacturer's literature and owner's manual makes a major issue of moisture in the wall cavity and ceiling cavity.  It is obvious by reading the manufacturer's documents that they expect these conditions to occur when the trailer is occupied under these conditions.

During the inspection of the trailer temperature and humidity levels were recorded using the data loggers to collect this information.  The data loggers were set to take temperature and humidity readings at one minute intervals.  This information is included in the attached exhibits.  The data loggers show that the unit could not bring the interior temperature and humidity levels into a comfort range after operating for at least four hours.  In fact, the interior temperature was rising as the exterior ambient temperature and humidity was rising with the heat of the day.

8

## INSPECTION OF THE FEMA TRAILER

This inspection of the trailer was on Thursday, July 9, 2009.  Although the inspection started on Wednesday, July 8, 2009, this part of the inspection did not begin until Thursday morning. During this inspection only approved persons, procedures and tests were allowed. This limited the fact gathering on the mechanical system.

The trailer inspected is identified as a FEMA 1373963 Trailer as manufactured by Fleetwood Travel Trailer of Texas, Inc.  The trailer is located in a FEMA facility located at 5310 Old State Highway, Lottie, Louisiana, 70756.

The initial start of the inspection was to photo-document the exterior of the trailer. The photo documentation was done while inspections by others were underway.  The photo-documentation continued with the interior of the trailer.

 During the inspection of the trailer, temperature and humidity information on the interior and the exterior was collected using data loggers.  The data loggers were manufactured by Lascar Electronics.  The data logger locations are shown on the attachment labeled Exhibit RCE 1. Graphical information from the data loggers is shown in Exhibits RCE 2 to 7. Also, the data loggers can be seen in the attached photos labeled as Exhibit RCE 11 to 14.

Also, during the inspection the outside air ambient condition and inside air space conditions were recorded with a Fluke 975 Airmeter instrument.  The indoor conditions for carbon dioxide levels in the air were found to exceed the 5500 ppm limit of the instruments with 7 people inside the trailer.  It is recommended in ASHRAE that the limit for carbon dioxide levels in air within a building be 700 ppm to 1000 ppm over the ambient level outdoor air.  On this day the outdoor ambient level was in a range of 528 ppm to 562 ppm.  The recommended maximum would be 1228 ppm to 1562 ppm.  Those charts will indicate over limit in the carbon dioxide column.  The level of carbon dioxide is use as an indicator indoor air quality.  The higher the carbon dioxide level, the poorer the indoor air quality.

With limited access to the construction of the trailer and by studying the bill of materials, it appears the trailer is constructed of 2" x 2" wood studs with 1 ½" thick fiberglass batt insulation, metal exterior with horizontal seams and pre-finished vinyl covered board on the interior. The roof is constructed of 2" x 3" rafters (joists) taped with 2 ½" thick fiberglass batt insulation, single ply membrane roof and pre-finished vinyl covered board on the ceiling. The floor is 2" x 3" joists with 2 ½" thick batt insulation on a metal trailer structure/frame with a floor deck and sheet vinyl type flooring and a Tyvek-type material closing the exterior side.

The air conditioning is provided by a Coleman-Mach 15,000 BTUH unit mounted
on the roof. The air conditioning ducts are located in the cavity space between the ceiling and the roof. The exact size of the ductwork could not be determined due to its concealed
location.  Refer to Exhibit RCE 14 and 17 for photo of air condition unit.

**9**

The heat is provided by electric baseboard type heaters located on the wall near the floor. Although, not commonly used in this area of the country, this type of heater would work well in this application.  No information was obtained on this unit.

The condition of the air conditioning ducts could not be inspected due to their concealment in the ceiling cavities.

The observation of air from the air conditioning duct leaking into the ceiling and flowing out of the hole from the TV cable outlet confirms that there is substantial leakage in the duct system. The statement is strictly an observation since actual air flow and leakage tests were not allowed to be done on the duct systems.

The leakage is into the cavity of the walls and the floor. This leakage is causing the trailer to be in a negative pressure condition. This negative pressure condition will cause air leakage from outside to inside even when the windows and doors are closed.

The pictures taken are be attached as Exhibit RCE 8 to Exhibit RCE 17.

**10**

DUB001404

**Deficiencies in Design**

The construction of the trailer and air conditioning system have deficiencies in installation which tends to maintain a higher than normal moisture content in the walls and the interior living space. This coupled with the typical climatic conditions normally experienced during the late spring to fall seasons will increase the moisture in the walls and infiltration into the trailer. Moisture contained in the wall will condense in the wall and allow the wood materials to increase in moisture content. The condensation will occur as the sun load (daytime heating) decreases to the evening and night. As this cooling occurs the interior wall temperatures drop to, and below, the dew point. When the temperature is below dew point, the moisture in the form of water vapor, will condense to water inside the wall. This is a cycle which will continue for five to six months out of the year. The water vapor will move into the wall and through the wall materials unless stopped by a vapor barrier. The interior wall panels are covered with a vinyl wall covering. This vinyl wall covering acts as a vapor barrier.  This vapor barrier would be located in the wrong place for conditions in hot humid areas of the country.  Water vapor and water from the condensed water vapor cannot go through the interior wall. The moisture in the wall will condense, evaporate and condense again. This is the cycle which will occur every summer season.

This type of wall construction will allow these conditions anytime the indoor temperature is maintained at or below 75 degrees F. and the dew point is at or above 75 degrees F. The following roof and wall sections graphically show how the temperature changes through the wall composition. Since the exterior and interior materials are very thin, the transition through the insulation is close to a straight line (or linear) relationship.



Roofing/Ceiling Section

DUB001405



Wall Section

Considering that the air conditioning ductwork leaks cold conditioned air into the roof cavity, the amount of condensation which can occur would be even greater. As the air moves through the roof to the walls, there would be an increase in the condensation in the walls also, but not to the extent as in the ceiling cavity.

The duct leakage, the air which is leaked into the ceiling and wall cavities, must return to the unit return air inlet.

This air leakage will cause the inside space to be under a negative pressure with respect to the outside air.

During the inspection it was evident and obvious that the trailer manufacturer and/or the air conditioning installer did not take care to install the air conditioning unit and/or ducts to prevent duct leakage.

The ducts for the heating and the air conditioning systems do not meet the ASHRAE or SMACNA published standards for duct construction and insulation.  There are not any known standards for constructing air ducts using foil faced foam board approximately ¼" thick with an R-value=1.

12

DUB001406

## DATA LOGGER

Data Loggers were used to collect dry bulb temperature, relative humidity and dew point temperatures during the inspection. These data loggers were placed in various locations in the trailer.

| Data Logger Nos. | Location | Exhibit RCE No. |
|---|---|---|
| RCE #1 | A/C unit return air grille | 2 |
| RCE #2 | Taped to ceiling in bedroom | 3 |
| RCE #3 | Typed to ceiling A/C grille in living room | 4 |
| RCE #4 | Taped to hole in ceiling at bedroom | 5 |
| RCE #5 | Taped to A/C grille in bedroom | 6 |
| RCE #6 | Taped to A/C grille in bathroom | 7 |

These data loggers were placed to collect data on the performance of the air conditioning unit. The data loggers were taped to the return air grilles, supply air grilles, the ceiling and a location where air was entering the trailer from a hole in the ceiling for the TV outlet. The data loggers were in place for approximately three hours. During this time there was very little change in the interior conditions. The data loggers on the ceiling a/c grilles all showed very similar conditions of the air from the air conditioning unit. The unit appeared to be running at capacity but could not reduce the temperature inside the trailer during the inspection.

The supply air temperature was all in the 68°F to 70°F range during the inspection. As the inspection continued the temperature of the supply air was increasing. This is an indication of possible undersized a/c unit, inadequate insulation in the ceiling and wall cavity spaces, duct leakage and infiltration of outside air due to negative conditions.

The pictures show that condensation occurred only on the bottom of the a/c unit. During the inspection condensation was not found or observed elsewhere due to temperatures inside the trailer being above the dew point of the supply air. The trailer as inspected was not in a typical lived-in condition; therefore it is not easy to obtain results with limited inspection time. However, the trailer manufacturer has stickers in the cabinet in the unit and in the owner's manual warning that condensation can occur and is expected under long term occupancy.

13

## CODES AND STANDARDS

These travel trailers procured by FEMA for use as temporary housing after a disaster are constructed or should have been constructed according to the FEMA Model Travel Trailer Procurement Specifications.  These specifications state that the travel trailers are "for the purpose of providing temporary housing".

FEMA clearly intends to locate these units for the purpose of being used as a dwelling after a disaster.

Under the quality of construction, FEMA states that the specifications establish the minimum standards for travel trailer construction and outfitting.  FEMA also states that the specification does not constitute any expressed or implied deviation or waiver of any of the U.S. regulatory requirements from the governing agency.  The specification further requires that all units shall be designed and constructed within a superior grade quality of workmanship.

It is known that the travel trailer industry does not have a specific code or standard for construction of recreational travel trailers and recreation vehicles.  However, FEMA did not set a specification for recreational vehicles.  FEMA clearly stated that these travel trailers were to be constructed for use as temporary housing.  FEMA does not mention recreational use of the travel trailers in the procurement specifications.

Since the intended use is for temporary housing, national standards and codes should be used as the minimum construction standards.  The standards which are commonly used in the residential housing industry are as follows:

> NFPA 90 B – Standard for the Installation of Warm Air Heating and
>         Air-Conditioning System
> ASHRAE 62.2-2004 – ASHRAE Standard – Ventilation and Acceptable
>         Indoor Air Quality in Low-Rise Residential Buildings
> ASHRAE Applications Hand Book 2003
> NFPA 1192: Standard on Recreational Vehicles 2002 EP
> IRC 2003: International Residential Code

The above listed standards and codes are referenced in this report.  Sections of the ASHRAE Applications Hand Book will be included, but not the entire publication.  The same is true for the International Residential Code.  This code is approximately 625 pages total.  Specific sections will be reference and included.  This is not intended to limit only to those sections since codes and standards are to be used in full text.

There are few codes which apply to the construction of this travel trailer. NFPA 1192 is the primary code which can be applied to this travel trailer. For this report the pertinent part of NFPA 1192 is Chapter 5. This chapter contains the requirements for the air conditioning, cooling, and heating systems. Considering the amount of duct leakage, the duct installation for the air conditioning systems and heating systems do not comply.

**14**



Exhibit RCE 1

DUB001409



**Location 1: A/C Unit Return Air Grille.**

EXHIBIT RCE 2

DUB001410



**Location 2: Ceiling in bedroom next to hole in ceiling for TV outlet.**

EXHIBIT RCE 3

DUB001411



**Location 3: Taped to ceiling A/C grille in living room.**

EXHIBIT RCE 4

DUB001412



**Location 4: Taped to hole in ceiling in bedroom where TV outlet removed for inspection.**

EXHIBIT RCE 5

DUB001413