

**Location 5: Taped to A/C grille in living room.**

EXHIBIT RCE 6



**Location 6: Taped to A/C grille in bathroom.**

EXHIBIT RCE 7


**Figure 1: Exterior view of the trailer. The slide has not been extended.**


**Figure 2: Front corner of the trailer showing the location of the information labels.**

EXHIBIT RCE 8



**Figure 3: Front of the trailer.**



**Figure 4: Side of the trailer with the extra door.**

EXHIBIT RCE 9



**Figure 5: The view of the trailer from the rear.**



**Figure 6: The ceiling air conditioning outlet with the supply grille removed for inspection.**

EXHIBIT RCE 10

DUB001418



**Figure 7: Data Logger No. 5 attached to the grille with duct tape to measure the conditions of the A/C supply air.**



**Figure 8: Data Logger No. 1 attached to the return air grille with duct tape to measure the return air.**

EXHIBIT RCE 11



**Figure 9: Wasp nest found inside duct opening and behind A/C supply grille where Data Logger No. 7 was located.**



**Figure 10: Data Logger No. 3 attached to the A/C grille with duct tape to measure the conditions of the air.**

EXHIBIT RCE 12



**Figure 11: Data Logger No. 6 attached to the grille with duct tape to measure supply air conditions.**



**Figure 12: This picture shows the base board style heater.**

EXHIBIT RCE 13

DUB001421