Exhibit C

Transcript of the Testimony of
# Ervin Ritter

**Date taken: October 13, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 223

1        Q.    You don't feel that the

2    manufacturer met the superior grade quality

3    of workmanship?

4        A.    Not for home construction.

5        Q.    Not for home construction, okay.

6             What else?

7        A.    In here on page 3, under,

8    "Exterior Receptacles," and this is

9    throughout this document.  "Each home will

10   be provided with a heat tape receptacle

11   provided near the water inlet."

12            They are calling it a home; not a

13   trailer, but they are calling it a home,

14   here again, leading me to believe they

15   should be built to residential standards.

16       Q.    I see the word "home," but is

17   there anything that suggests that Fleetwood

18   did not meet that specification by providing

19   a heat tape receptacle near the water inlet?

20       A.    Going back to what I said, this

21   was not built according to residential

22   standards and that's what -- you know,

23   Fleetwood may have believed they met this

24   spec.

25       Q.    Is it fair to say that whatever

Page 231

1    he the only one that took infrared

2    photographs, as far as you know?

3          A.   As I recall, yes.

4          Q.   Did you direct him to take any of

5    those photographs or draw his attention to

6    any objects to photograph?

7          A.   No, I did not.

8          Q.   Did he confer with you about the

9    objects to be photographed?

10         A.   He mentioned to me what he was

11   taking thermographic images of, yes.

12         Q.   Did he seek your opinion or

13   assistance in deciding what to photograph?

14         A.   No.

15         Q.   You testified a little bit earlier

16   today about a manometer and what it

17   measures.  If you could for me, does your

18   firm have manometers available to it?

19         A.   We do own a manometer, yes.

20         Q.   Can you describe that manometer to

21   me?  I have never seen one.

22         A.   Yes, you have.

23         Q.   I have one in my airplane, but it

24   is not labeled manometer.

25         A.   A manometer is very similar to --

Page 233

```
 1        A.   I'm sorry.  It takes -- I have two

 2   inputs, okay.

 3        Q.   Please explain.

 4        A.   Where it takes a pressure reading

 5   inside and a pressure reading outside and it

 6   gives you the difference of those two areas,

 7   but it does not give you inside pressure and

 8   outside pressure for you to do the math and

 9   subtraction.  It does it for you.

10        Q.   Literally, how are those two

11   inputs configured?  A hose, a tube, a metal

12   tube?

13        MR. LAMBERT:

14             Talking about the instrument?

15        MR. SHERBURNE:

16             Yes.

17        THE WITNESS:

18             It would be a rubber hose or a

19   polyethylene hose.

20   EXAMINATION BY MR. SHERBURNE:

21        Q.   So you could have measured the

22   pressure inside the trailer and outside the

23   trailer on July 9, 2009 with this manometer

24   that you had available?

25        MR. LAMBERT:
```

Page 234

```
 1              Objection.

 2         THE WITNESS:

 3              Yes, I could.

 4    BY MR. SHERBURNE

 5         Q.   You mentioned earlier today that

 6    you had seen, and I believe that is the word

 7    you used is the depositions of Ms. Dubuclet

 8    and Ms. Picot.  In what form did you see

 9    those depositions?  Electronic, paper?

10         A.   Paper form.

11         Q.   Do you still have that paper copy?

12         A.   Yes, I do.

13         Q.   Who provided you with that paper

14    copy?  How did you come to have it?

15         A.   Counsel.

16         Q.   Were there any markings on that

17    paper copy when it came to you?

18         A.   No.

19         Q.   Did you make any markings on that

20    paper copy?

21         A.   No.

22         Q.   Is there some reason you did not

23    bring that paper copy with you today in

24    response to the deposition notice?

25         A.   No.
```

Page 273

```
 1    agreed that no manufacturer would probably

 2    deliver it like that, correct?

 3         A.   That's correct.

 4         Q.   With the exception of the slide in

 5    and out, do any of those things have

 6    anything to do with your testimony of the

 7    appropriateness from an engineering

 8    standpoint of the heating and

 9    air-conditioning system?

10         A.   No.

11         Q.   The thermography, though you did

12    not actually direct it or do it yourself,

13    does it support your findings with regard to

14    the negative Pascals and the stuff in the

15    wall sucked out into the living area and

16    leaky ducts and so on?

17         MR. SAPORITO:

18              Object to the form of the

19    question.

20         MR. SHERBURNE:

21              Object to the form of the

22    question.

23         THE WITNESS:

24              Yes, it does.

25    EXAMINATION BY MR. LAMBERT:
```

Page 299

1        Q.   And does this travel trailer

2    air-conditioning situation with the R factor

3    the way it is and what you viewed and so on,

4    does it do that from an engineering

5    standpoint, from a mechanical and

6    environmental engineering standpoint as a

7    residence, as a home?

8        MR. SAPORITO:

9              Object to the form of the

10   question.

11       MR. SHERBURNE:

12             Object to the form of the

13   question.

14   EXAMINATION BY MR. LAMBERT:

15       Q.   Temporary home?

16       MR. SAPORITO:

17             Objection to the form of the

18   question.

19       THE WITNESS:

20             No, it does not.

21       MR. LAMBERT:

22             No other questions.

23      (Which concluded the deposition.)

24

25

Page 162

1    LaGrange did?

2         A.    For this case?

3         Q.    In the Alexander Gulf Stream case.

4         A.    My opinions?  Yes, I did use some

5    of that information, duct leakage and so on.

6         Q.    He did not perform the blower door

7    testing or the duct blaster testing on the

8    Dubuclet trailer though, did he?

9         A.    No, he did not.

10        Q.    Did you reach an opinion or

11   conclusion in this case, the Dubuclet case,

12   that there was some leakage in the

13   air-conditioning ductwork?

14        A.    Yes, I did.

15        Q.    How did you reach that opinion or

16   that conclusion?

17        A.    Going back to the exhibit where

18   the faceplate was removed from the ceiling

19   in the bedroom.  At that hole in the

20   ceiling, which was approximately two and a

21   half inches in diameter, there was air

22   coming out of that hole, a pretty good

23   velocity of air coming out of it to -- no

24   way of quantifying, since we were not able

25   to do any testing, to determine just how

Page 163

1   much CFM or cubic feet per minute was coming

2   out of it.  But the velocity of the air

3   coming out of that hole appeared to be very

4   close to the velocity of the air coming out

5   of the ceiling outlets themselves.

6            So we took all of the air and

7   proportioned it across all the outlets, we

8   might be able to come up with some quick and

9   dirty estimate of how much air is coming out

10  of it.

11           The only way that air could come

12  out of that hole would be to come from the

13  supply ductwork.  There was no other source.

14       Q.   Is there anything else that you

15  have done or that you know about that

16  supports your opinion that there was leaks

17  in the air ductwork other than this

18  faceplate?

19       A.   That is the major thing.  Looking

20  at the outlets, where the outlets were

21  removed, you could look at the -- there is a

22  metal foil tape that was used to seal it,

23  and with the outlet in place, some of the

24  taping was not continuous.  So you could get

25  some leakage from there into the cavity

Page 171

1        Q.   And if you look at page 13 of your

2    report, and maybe you don't have to look at

3    your report, you state that the trailer at

4    the time you saw it and tested it was not in

5    the typical lived-in condition.  Is that

6    correct?

7        A.   That's right.

8        Q.   Did you see any condensation or

9    moisture on the walls of the travel trailer?

10       A.   No, I did not.

11       Q.   Did you do any infrared testing,

12   or did Mr. Mallet do it?

13       A.   Mr. Mallet did all of the

14   thermographic imaging.

15       Q.   Would he be the proper person to

16   ask about the thermographic imaging?

17       A.   If you have a thermographic image,

18   I will be glad to look at one with you, I

19   have been trained in reading them, but he is

20   the one that took it and he would be the one

21   that would probably be more appropriate.

22       Q.   Was there anything in the

23   thermographic imaging or testing that you

24   used to form the opinions in your report?

25       A.   The knowledge that he had hot

Page 172

1    spots around the top plate of the unit.

2         Q.    The top plate what?

3         A.    The top plate of the walls.

4               And pretty much if I had had his

5    information that I used, you would have seen

6    a thermographic image in my report that I

7    would have noted about it.

8               So other than the knowledge of

9    what he was doing and what he was finding,

10   no, my report doesn't reflect an opinion

11   based solely on his thermographic imaging.

12        Q.    Did you notice evidence of any

13   leaks inside the unit either on the ceiling

14   or the walls?

15        A.    No.

16        Q.    You told us you have an opinion

17   there was an air duct leakage.  Is it your

18   opinion that the leak was in the ceiling

19   area above the bedroom?

20        A.    That is correct.

21        Q.    And what import is that to you?

22   What is the importance of the fact there was

23   an air duct leak?

24        A.    Well, for the air-conditioning

25   system to work, if we are losing the air

Page 173

1    that should be put into the interior space

2    and we are losing it to the cavity, we are

3    trying to cool down a hot area between the

4    roof and the ceiling.  We are also cooling

5    it down and running into the possibility of

6    creating some dewpoints at times whenever

7    the sun was not on the unit, as it cools

8    down.

9          If we bring that area into a

10   temperature that is below dewpoint, we are

11   going to have a moisture migration to it,

12   and then you are going to lose the

13   insulation value because you have got only

14   two and a half inches of insulation in the

15   roof.  And when it gets wet, you are going

16   to lose its value of insulation completely.

17          And you will have a cycle forming

18   there where you have got moisture that

19   becomes wet, you have moisture that is

20   driven back into a vapor state, back and

21   forth.  Your pressure relationship, your

22   ceiling cavity is now positive with

23   relationship to the interior.

24          And with everything in place, all

25   the outlets and covers, the air that leaks

Page 174

1   into the cavity must find its way back into

2   the interior either through some holes in

3   the ceiling, through some holes in the walls

4   as it comes down where they drilled holes

5   for wiring to go through the top plates to

6   the light fixtures, and some of that air

7   that does work its way down, before it gets

8   out of a wall outlet, is going to go out

9   through the metal wall panels, and then you

10  have got a negative condition that is now

11  going to bring more air back in through

12  those wall panels to try to make up, or come

13  in through the opening such as doors,

14  windows and so on.

15          But an air-conditioning unit has

16  to put out a certain amount of air that

17  comes across the return air grille that goes

18  out through the supply grilles, that is a

19  fixed number.  It may change as you load up

20  the filter, but that number is always going

21  to be relatively close.  You are going to be

22  leaking air into the -- with construction

23  you are going to end up with dewpoints in

24  places where you don't want them to be,

25  you're going to end up with condensation

Page 175

1   where you don't want it to be on the

2   interior of the unit.

3            As my sketches show, that when you

4   cool down and reach dewpoint the inside

5   walls and above the ceiling cavity, moisture

6   is going to turn into condensation and then

7   you have opportunities for mold growth and

8   so on.

9            This unit, this travel trailer,

10  with its construction -- And how that leak

11  is occurring, I don't know.  I just know

12  there is a leak.  It is not visible to me,

13  but it is visible that air is coming out

14  through that hole.

15       Q.   Did you quantify the amount of air

16  that was coming out of that area?

17       A.   No, I did not.

18       Q.   And did you attempt to quantify

19  the amount of air that was coming out of

20  that area while the faceplate was still on

21  it?

22       A.   No.  We didn't have any means of

23  measuring the air flow.

24       Q.   Would any amount of air, whatever

25  it was, that was coming out of that location

Page 177

1   cavity spaces until it finds its way back to

2   the interior.

3        Q.   And is it that situation that

4   causes the negative air pressure that you

5   are talking about?

6        A.   It is going to cause a negative

7   air pressure with the cavity being positive

8   with respect to the interior.  So the

9   interior is negative with respect to the

10  cavity, negative with respect to the

11  outside.

12       Q.   And that's the real import of the

13  fact that you find in your opinion an air

14  duct leakage?

15       A.   Yes.  When I'm looking at this

16  thing, I'm looking at it as a whole, as to

17  what makes up this system for this

18  air-conditioning system to work properly,

19  and I'm looking at the possible leakage.

20  I'm looking at how this thing is constructed

21  and so on.

22       Q.   I understand.  I understand.

23            But the end game, the end result

24  is, the reason you have an opinion or the

25  importance of your opinion that there is an

Page 178

1   air duct leakage in the ceiling cavity, is

2   that it is creating this negative air

3   pressure inside the unit?

4        A.   That is correct.

5        Q.   Isn't it true that there is a

6   methodology for testing for negative air

7   pressure, whether it is a building or a

8   travel trailer, and it is that blower door

9   test that Mr. LaGrange did in the other

10  case?

11       MR. LAMBERT:

12            Objection.

13       THE WITNESS:

14            That is a method, yes.

15  EXAMINATION BY MR. SAPORITO:

16       Q.   Is there another method for

17  testing and measuring negative air pressure?

18       MR. LAMBERT:

19            Objection.

20       THE WITNESS:

21            You could use just a simple

22  manometer and take the differential pressure

23  from outside to inside.

24            When you are using a blower door

25  test and using a duct blaster test, you are

Page 179

1    using a more sophisticated method, and it is

2    going to give you a quantifiable amount of

3    air leakage through the structure or through

4    the duct system.

5              Whereas with your manometer, you

6    are going to find a pressure differential,

7    but you are not going to be able to know

8    what volume of air.  You just know that you

9    have a differential of pressure.

10   EXAMINATION BY MR. SAPORITO:

11        Q.   There is a methodology and

12   protocol in doing a blower door test to

13   measure for negative air pressure, isn't

14   there?

15        A.   That is correct.  It is an ASTM

16   method.

17        Q.   And there is a manometer method

18   that could have been used to measure

19   differences in air pressure; is that

20   correct?

21        A.   Yes.

22        Q.   And I guess there is a methodology

23   for doing that type of test or a protocol

24   for doing that type of test?

25        A.   I'm sure there is.  I haven't seen

Page 187

1        A.   Yes, it would be.

2        Q.   You didn't actually examine any of

3   the interior walls and find any moisture on

4   the interior walls of this unit, did you,

5   the cavity walls?

6        MR. LAMBERT:

7             Objection.

8        THE WITNESS:

9             Are you talking about the interior

10  cavity?

11  EXAMINATION BY MR. SAPORITO:

12       Q.   Yes.  You did not find any

13  moisture inside the cavity, did you?

14       MR. LAMBERT:

15            Objection.

16       THE WITNESS:

17            Couldn't see inside the cavity.

18  EXAMINATION BY MR. SAPORITO:

19       Q.   So the answer is no?

20       A.   No.

21       Q.   You didn't find any moisture in

22  any insulation in this unit, did you?

23       MR. LAMBERT:

24            Objection.

25       THE WITNESS:

Page 188

```
 1              No, I did not.  We could not
 2   examine it.
 3   EXAMINATION BY MR. SAPORITO:
 4       Q.   What is the organization that has
 5   the initials SMACNA?
 6       A.   That is Sheet Metal Contractors of
 7   America -- I'll have to look at it.  It is
 8   the Sheet Metal something Contractors
 9   Association.
10              They have set up initial duct
11   standards, duct destruction standards, duct
12   leakage standards.  Most of their standards
13   are now being incorporated into ASHRAE.  I
14   didn't think I had made reference to them
15   anywhere in my report.
16       Q.   Well, you used the acronym, but I
17   don't know that you gave us what it stood
18   for.
19              You are saying it is the sheet
20   metal -- what does the AC stand for?  It is
21   SMACNA.
22       A.   Let me see that, and I might be
23   able to tell you.
24              Sheet Metal Contractors National
25   Association.  I'm not sure what the "A"
```

Page 202

1    like to just find this, and I will get it to

2    you.

3    EXAMINATION BY MR. SAPORITO:

4         Q.   Notwithstanding what the SMACNA

5    publication might suggest for a residential

6    home or a site-built home, do you know what

7    the classification was for the ductwork that

8    is in the Dubuclet travel trailer?

9         A.   It doesn't meet any of the

10   classifications of SMACNA.

11        Q.   Because of what?  Why?  I mean,

12   it's smaller, the surface area?  Why doesn't

13   it meet --

14        A.   First off, it is built of a

15   material that is not commonly used.  It is

16   made of quarter-inch foil-faced foam board,

17   and there is no one in the industry, other

18   than that industry, that uses it.  That

19   industry, that board has an R value or

20   insulating value, R value equal to 1.

21             And most standards, all of the

22   standards today, all of the standards for

23   construction today, the minimum is an R5 for

24   ductwork for the insulation quality.

25             You have it in a space which has

Page 203

1    very limited insulation there, so you have a

2    tremendous amount of heat getting on it.

3    You have the possibly of the surface, since

4    it is an R1, meeting a dewpoint, with the

5    possibility of condensation forming on the

6    exterior.

7            That doesn't meet any standards.

8    It is strictly --

9        Q.   A travel trailer?

10       A.   -- a travel trailer for limited

11   use air-conditioning.

12       Q.   And if I am following your

13   opinion, what may be good for the travel

14   trailer industry and the travel trailer

15   standard, once this travel trailer was going

16   to be used by FEMA for temporary housing,

17   the ductwork should have been changed and

18   different ductwork should have been put in

19   the unit?

20       MR. LAMBERT:

21           Objection.

22       THE WITNESS:

23           That is correct.

24   EXAMINATION BY MR. SAPORITO:

25       Q.   And the other acronym, ASHRAE,

Page 212

1    what most people like temperatures in their

2    living space today.

3         Q.   Whatever the temperature was --

4         A.   It is going to be below the

5    dewpoint and you are going to have moisture

6    forming on the opposite side of that.

7         Q.   In the wall cavity?

8         A.   In the wall cavity, and at that

9    dewpoint.  And if you have high moisture

10   content on the interior, you will have

11   moisture forming on that side also, but you

12   have no control of the moisture.

13        Q.   So is that a belief that there is

14   a defect in the material itself or only in

15   the location of the material?

16        A.   It would be a defect in the

17   selection of the product for use in this

18   home.

19        Q.   And where do you think the vapor

20   barrier should have been for this travel

21   trailer?  Or should they have even had one?

22        A.   If you are going to put a vapor

23   barrier in here, it should be on the

24   outside, on the warm side of the wall.

25              In our climate, in the southern

Page 213

 1    United States, the coastal region, that

 2    would be on the exterior.  Behind the metal

 3    exterior, you would put your vapor barrier,

 4    then place your insulation, and you want to

 5    stop the moisture before it --

 6              You have so little insulation, the

 7    R value in that wall -- without me going

 8    beyond what you want -- the vapor barrier

 9    should on the outside of the metal, so it's

10    the exterior side of your insulation, just

11    as you would do in your conventional

12    building construction.

13        Q.    The comments you made about

14    insulation and R value, again, your comment

15    that it has a low R value and not sufficient

16    in the insulation, that is in your view that

17    this travel trailer has become temporary

18    housing and should comply with the building

19    codes?

20        MR. LAMBERT:

21              Objection.

22        THE WITNESS:

23              It is my view as designing air

24    conditioners, you don't have enough

25    insulation in this wall and the roofing;

Page 214

1    therefore, you have some comments made in

2    the owner's manual to park this thing under

3    a shade tree.

4    EXAMINATION BY MR. SAPORITO:

5        Q.   If this travel trailer has an

6    exterior sheet metal wall, okay, in your

7    view, should the vapor barrier be attached

8    to the inside of that sheet metal and prior

9    to the studs?  Is that where, in your view,

10   the vapor barrier should have been put?

11       A.   Yes.

12       Q.   And because the vapor barrier in

13   this travel trailer is on the inside part of

14   the interior wall, inside the living

15   compartment, that in your view is a defect

16   in the unit?

17       A.   It is a defect in the design of

18   the unit, yes.

19       Q.   We talked earlier about negative

20   air pressure.  Is it generally that positive

21   air pressure is good?  Is that a general

22   statement?

23           If negative pressure is so bad --

24   MR. LAMBERT:

25           Objection.

Page 220

1          MR. LAMBERT:

2               This is the document, Counsel,

3     that we copied?  You brought it?

4          MR. SAPORITO:

5               Yes.

6          MR. LAMBERT:

7               Let's just put a marker on it,

8     just so we can refer to it.

9          MR. SAPORITO:

10              All right.  Let's call this FEMA

11    specs for FEMA Accessible Model Travel

12    Trailer Procurement Specifications dated

13    April 21, 2006, Ritter Exhibit 21.

14    EXAMINATION BY MR. SAPORITO:

15         Q.   Now, Mr. Ritter, my question was,

16    I understand your opinion that the travel

17    trailer should have complied with building

18    codes once FEMA called them housing units.

19    But other than that opinion, I'm asking if

20    you have any information or knowledge that

21    the Fleetwood unit did not meet the FEMA

22    specification?

23         A.   Well, this specification calls

24    for -- let me read, "Specification does not

25    constitute any expressed or implied