Exhibit E

# Transcript of the Testimony of
# Videotaped Deposition of Thomas W. Fribley

**Date taken: October 21, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 133

1    Q.   And as we look at photos Nos. 13
2    and 12 where we have the sealant that is
3    cracked, you don't if that crack indeed
4    existed when they moved out in 2007, do you?
5    A.   No, sir.
6    Q.   Now, you also took a moisture
7    meter that's called an Extech and took some
8    measurements of the Dubuclets' travel
9    trailer, didn't you?
10   A.   Yes, sir.
11   Q.   I'm going to show you what has
12   been marked as Exhibit 14.  Let me ask you,
13   is that a photo you took of the interior of
14   the Dubuclet travel trailer when you were
15   there on August 14, 2009?
16   A.   Yes, sir.
17   Q.   Does that reveal the Extech
18   apparatus you used in the travel trailer?
19   A.   Yes, sir.  The Extech MO100.
20   Q.   And that gives you a reading of
21   what, the humidity, the moisture, what does
22   it give you a reading of?
23   A.   The percentage of moisture in the
24   wood product itself.
25   Q.   And what is the percentage of the

Page 134

1  moisture in that wood product itself?
2       A.   In this photo?
3       Q.   Yes.
4       A.   Zero percent.
5       Q.   And you also took some Extech
6  measurements of the area near the entry of
7  the door of the Dubuclet travel trailer; is
8  that right?
9       A.   Yes, sir.
10      Q.   And did you find anything unusual
11 about those readings?
12      A.   Yes, sir.  At the, what I would
13 call as you're standing at the entry door
14 looking into the trailer, toward the front
15 part of the trailer, I found an elevated
16 area of moisture, roughly 97 percent.
17      Q.   And you don't know if that
18 condition of elevated moisture, 97 percent,
19 or whatever other level that you may
20 interpret as elevated, during the time the
21 Dubuclets were living in that travel
22 trailer, do you?
23      A.   No, sir, I do not.
24      Q.   And likewise, you used an
25 instrument to test the underbelly of the