UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ | |

*************************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S
MOTION FOR SUMMARY JUDGMENT ON CAUSATION**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court, pursuant to Federal Rule of Civil Procedure 56, to enter summary judgment in its favor on all claims because there is no genuine issue as to any material fact regarding causation. Expert medical testimony is critical to finding causation in a toxic tort case, and the experts proposed by Plaintiff in this case are not able to supply the missing links that would enable a jury to find that Timia Dubuclet's claimed injuries were caused by exposure to gaseous formaldehyde. The proposed experts are not qualified and do not offer scientifically reliable opinions. Moreover, none of Plaintiff's experts can testify to any harmful level of exposure to formaldehyde. In support of this motion, Fleetwood has filed a memorandum of law and relies on the following items:

| Exhibit | Item |
|---|---|
| A | Timia Dubuclet Medical Records, compilation (redacted to remove personal data identifiers) |
| B | Timia Dubuclet, time line of medical history, Exs. 8 and 9 to Elisha Dubuclet's |

|   | deposition dated Oct. 7, 2009 |
|---|---|
| C | Patricia M. Williams Affidavit, dated July 9, 2009 |
| D | Patricia M. Williams Deposition, taken Sept. 28, 2009, excerpts (pages 94-95) |
| E | George A. Farber Affidavit, dated July 17, 2009 |
| F | George A. Farber Deposition, taken August 6, 2009, excerpts (pages 36-42, 45-46, 48, 50-51, 53-56, 93-94) |
| G | Lawrence G. Miller Affidavit, dated July 13, 2009 |
| H | Lawrence G. Miller Deposition, taken Sept. 22, 2009, excerpts (pages 52-53, 94 124-25, 129, 131-32, 160, 164, 234-35, 241, 243-46) |
| I | ATSDR Minimal Risk Levels & Worksheets, Formaldehyde, Appendix A, available at http://www.atsdr.cdc.gov/toxprofiles/tp111-a.pdf, excerpt (pages A-1, A-2) |
| J | Edward H. Shwery Affidavit, dated July 17, 2009 (redacted to remove personal data identifiers) |
| K | Edward H. Shwery Deposition, taken Aug. 10 , 2009, excerpts (pages 104-05, 109-10, 112, 121-22) |
| L | Mary C. DeVany Affidavit, dated July 17, 2009 |
| M | Mary C. DeVany Deposition, taken July 31, 2009, excerpts (page 54) |
| N | Ichiro Matsunaga, et al., *Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women: Baseline Data From the Osaka Maternal and Child Health Study*, 18 Ann. Epidemiol. 78, 83 (2008) ("Matsunaga study") |

For these reasons, Fleetwood requests that this Court grant summary judgment in its favor.

This 9th day of November 2009.

Respectfully submitted:

*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300

2

NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery       ( )  Prepaid U.S. Mail

( )  Facsimile         ( )  Federal Express

(X)  CM/ECF

  New Orleans, Louisiana, this 9th day of November 2009.

            /s/ Richard K. Hines, V
            Richard K. Hines, V
            Georgia Bar No. 356300
            richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)