UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION:  N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT FLEETWOOD ENTERPRISES, INC.'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON CAUSATION

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") has moved for summary judgment on all of Plaintiff's claims, and files this statement of material facts as to which there are no genuine issues to be tried in accordance with Local Rule 56.1:

1.      Timia Dubuclet has been suffering from atopic dermatitis since the condition was first reported in her medical records at approximately six weeks of age.

2.      Dr. Patricia Williams does not give any opinions on the level of alleged formaldehyde exposure experienced by Timia and whether that particular level is related to her alleged injuries.

3.      Dr. George Farber does not give any opinions on the level of alleged formaldehyde exposure experienced by Timia or whether that particular level is related to her alleged injuries.

4.      Dr. Lawrence Miller does not have any opinion on the level of alleged formaldehyde exposure experienced by Timia or whether that particular level is related to her alleged injuries.

5.      Dr. Edward H. Shwery does not have any opinion on the level of alleged formaldehyde exposure experienced by Timia or whether that particular level is related to her alleged injuries.

6.      Mary C. DeVany does not have any opinion on the level of alleged formaldehyde exposure experienced by Timia or whether that particular level is related to her alleged injuries.

7.      Dr. Williams is only attempting to provide a general causation opinion.

8.      The Matsunaga study, on which Dr. Williams relies, does not establish a cause and effect relationship between formaldehyde exposure and atopic eczema.

9.      Dr. Farber is presenting specific causation testimony, not general causation testimony.

10.     Dr. Farber does not know if Timia is allergic to formaldehyde.

11.     Dr. Farber could not cite any scientific article that has connected formaldehyde vapor to contact dermatitis.

12.     Dr. Farber could not cite any scientific article that has stated that exposure to gaseous formaldehyde causes or exacerbates atopic dermatitis.

13.     Dr. Miller is presenting specific causation testimony, not general causation testimony.

14.     Dr. Miller relied on Dr. Farber to interpret the results of the T.R.U.E. Test.

15.     Dr. Shwery relied on Dr. Farber's indication that Timia is allergic to formaldehyde in forming his opinion on Timia's alleged anxiety.

16.     DeVany is not a medical doctor.

This 9th day of November 2009.

Respectfully submitted:


*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                          ( )     Prepaid U.S. Mail

( )     Facsimile                              ( )        Federal Express

(X)     CM/ECF

New Orleans, Louisiana, this 9th day of November 2009.

 /s/ Richard K. Hines, V
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)