Exhibit A

## Napoleon Pediatrics

2820 Napoleon Avenue
Suite 950
New Orleans, LA 70115
Phone: (504) 897-4242
Fax: (504) 897-4243

4621 W. Napoleon Avenue
Suite 200
Metairie, LA 70001
Phone: (504) 889-0880
Fax: (504) 888-4534

GEORGE G. STERNE. M.D
DAVID A. ESTES, JR., M.D.

KIRK F BELLARD, M D
KEITH PERRIN, M.D.

SAM J SOLIS, M.D
ELLIE F. WETSMAN, M.D.

**Patient's Name** _Timia Leslie Dubuclet_ _1998_

**Age in Years:** _Month Juts_ **Months:** _____

**Date of Birth:** ▮▮▮▮

**Filled Out By:** _Mother_

**Relation to Child:** _Mother_   **Today's Date:** _11/3/98_

This questionnaire is designed to help obtain some idea about the health of your child and all information is confidential. Since this questionnaire is used for children of all ages and sexes, some of the questions are bound to be inappropriate for this child and may be left unanswered.

If you are not sure of a response, please circle the number of that question in the left-hand column. Otherwise, place a check in the appropriate box.

**I. What are the main reasons your child is being seen today?** _Rash/Sore on gum_

**II. PAST MEDICAL HISTORY**

**A. PRENATAL**

| YES | NO | |
|-----|----|----|
| ☐ | ☑ | 1. Is this child adopted? |
| | | 2. Problems with pregnancy: |
| ☐ | ☑ | a. bleeding |
| ☐ | ☑ | b. infections |
| ☐ | ☑ | c. exposure to harmful agents |
| ☑ | ☐ | 3. Was an ultrasound or amniocentises done? |
| ☐ | ☑ | 4. Were any medications taken during pregnancy? |
| ☑ | ☐ | 5. Was delivery by Cesarean section? _Repeat Cesection_ |

If so, give reason: _Repeat Cesection_

**B. NEONATAL**

1. Baby's birth weight: _6 lbs 11 oz_

| YES | NO | |
|-----|----|----|
| ☐ | ☑ | 2. Was the baby born more than 2 weeks early or 2 weeks late? |
| ☐ | ☑ | 3. Was oxygen required for baby? |
| ☐ | ☑ | 4. Did the baby need help breathing? |
| | | 5. Problems with delivery: |
| ☐ | ☑ | a. maternal fever |
| ☐ | ☑ | b. unusual position for baby |
| | | 6. During his hospital stay, did the baby |
| ☐ | ☑ | a. have jaundice |
| ☐ | ☑ | b. have infections |
| ☐ | ☑ | c. have breathing difficulties |
| ☐ | ☑ | d. stay in the hospital after the mother left |
| ☑ | ☐ | 7. Were there feeding problems during the newborn period? |

**DUB-FARBER-000248**

| NAME: | | DOB: ■■■■ | WT: ■■ | | | EDC: 9/23/98 |
|---|---|---|---|---|---|---|
| REMARKS: | | DO D/C: 9/26/98 | WT: | | | APGAR: |
| *(handwritten)* | | First HEP B at D/C-- 9/26/98 | | | | |
| | | G   P   AB   L   TYPE   COOMBS | | | | |

| AGE | 1 - 2 WEEKS | 1 MONTH | 2 MONTHS |
|---|---|---|---|
| DATE | | 11/3/98 | 12/15/98 |
| WT/LT/HC | | 9# 14oz, 21¼, 15¼ | 11# 11oz  23", 15¾ |
| SUBJECTIVE | BREAST | | |
| NUTRITION | FORMULA | *Enfamil* | |
| | FLUORIDE | | |
| DEVELOPMENT | RESPOND TO NOISE | LIFT HEAD | SMILES ✓ |
| | | | FOLLOW TO MIDLINE |
| GUIDANCE | BM'S | TIPP | TYLENOL |
| AND | COLIC | SMOKE DETECTOR | D/C STERI |
| SAFETY | BREATHING | IMM. WRITTEN INFO. | RISK/BENEFIT IMM. |
| | SLEEPING | SLEEPING | |
| SYMPTOMS | | T. 97.4 ✓ rash in face and white spots on gums | c/o going University Hosp last night, having trouble breathing DX: periodic breath, & regurgitation c/o crackly to wheeze |
| OBJECTIVE | | | |
| HEENT | | | *(handwritten)* |
| CHEST | | ✓ | ✓ |
| HEART | | ✓ | ✓ |
| ABD | | ✓ | ✓ |
| GU | | | ✓ |
| SKIN | | | ✓ |
| HIPS | | ✓ | |
| LAB | PKU & T4  9781678 | | PKU & T4 |
| ASSESSMENT | | | |
| PLAN | | | |
| MEDS | | | |
| IMM | | | ☐ ActHIB #1   ☐ OPV #1   ☐ HEP B #2 |
| RETURN | | | |
| SIGNATURE | | | |

A Service of ROSS LABORATORIES

SIMILAC® WITH IRON Infant Formula

DUB-FARBER-000290

MEDICAL RECORDS
EMERGENCY ROOM RECORD

CHILDREN'S HOSPITAL

200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511

| ADMIT DATE/TIME | ACCOUNT NO. | FC | # INS | SEX | DATE OF BIRTH | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| 05/17/1999 19:44 | 4405661572 | A | 1 | F | 1998 | 0210238 |

| LAST NAME | FIRST | M.I. | RACE | AGE | REG. BY |
|---|---|---|---|---|---|
| DUBUCLET, TIMIA | | | B | 7M | SG |

ADDRESS-CSZ NEW ORLEANS, LA 70119

HOME PHONE 504 822073?

SOCIAL SECURITY NUMBER

| PRIMARY CARE PHYSICIAN | REFERRING PHYSICIAN | E.R. PHYSICIAN |
|---|---|---|
| STERNE, GEORGE G MD | NONE | CHILDREN'S HOSPITAL |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER | TYPE COVERAGE |
|---|---|---|---|---|---|---|
| MEDICAID OF LOUISI | 36035798305 | | 1?? | | TIMIA L | 01 |
| ADDRESS: BOX 130 | 02 | CSZ | | | DUBUCLET | |
| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER | TYPE COVERAGE |

MAY 18 1999

HISTORY & PHYSICAL

7 mo BF c̄ _____ spot on forehead c̄ _____

_____ Getting over ____

Amoxicillin last week —

PH: 2 om h. NKDA

PE: 99³ @ 8.36 _____ NAD. Playful

HEENT: Eyes clear. _____

_____ Nose: _____ clear ____

throat: ___ Neck: supple Chest: _____

lungs: clear equal BS. Heart: _____

_____ no _____ Skin: _____

_____ forehead, _____ edge of hair _____

No erythema, edema, _____ border, _____ hair

TREATMENTS / MEDICATIONS / CONSULTATION:

See D/C sheet

DIAGNOSIS:

Left otitis media

_____ alba / eczema (?)

| LAB: | | TIME DONE |
|---|---|---|
| CBC | | |
| SMA-7/SMA-20 | | |
| PLATELETS | | |
| SED RATE | | |
| THEO LEVEL | | |
| PHENOBARB LEVEL | | |
| U/A | | |
| LATEX | | |
| CULTURES | | |
| BLOOD | | |
| URINE | | |
| OTHER | | |
| SPINAL | | |
| GRAM STAIN | | |
| STREP SCREEN | | |
| X-RAY: | | |
| CHEST | | |
| ABDOMEN | | |
| OTHER | | |

| DISP. OF PT. | DATE D/C | CONDITION ON D/C | D/C VIA | PHYSICIAN SIGNATURE |
|---|---|---|---|---|
| ☐ ADMIT. RM. # | 5/17/99 | Good | ☐ CARRIED ☐ WALKED ☐ OTHER ☐ STRETCHER ☐ WHEEL CHAIR | |
| ☒ HOME | TIME D/C 2035 | | | DISCHARGE INSTRUCTIONS SHEET GIVEN   NO ☐ YES ☒ |

Tina DuBuclet

New pt.

11/3/98

2/11/99 4mo T99.3 wt 14#12

Fever 100.8 – 101.1 x 1d white spots in mouth, Tylenol given this a.m.

[illegible]

DTaP#2 HIB#2 IPV#2 [illegible]

[illegible]

7-27-99 DNS

3/28/01 2yr 26# 33" T 96.6 C/o bad cold x 2wks, T 100.4 last night, eczema / [illegible] [illegible]

[illegible]

**Last Name Initial** | **Patient Name** _[handwritten name]_

Date 1/18/02

CC University states pt has enlarged tonsils — _[illegible]_

Age 3y

WT 28½

HPI
ROS
Current MEDS

HT 2F 11½in

BP

Temp 98.9

✓=OK

☐ General    ☐ Alert    ☐ Active    ☐ NAD    ☐ Other _[illegible]_

☐ Head/Eye _[illegible]_

☐ Neuro _[illegible]_

☐ Ears _[illegible]_

☐ Throat "Large" tonsils

☐ Chest _Clear_

☐ Heart _[illegible]_

☐ ABD _[illegible]_

☐ GU

☐ EXT

☐ Skin _[illegible]_

Referrals:

Doctor:                              ☐ Reason

Dx

LAB  ☐ Order  ☐ Results

IMP _[illegible]_

Plan _[illegible]_

IMM Order _[illegible]_

F/U _[illegible]_

Other

CHMPC C4 01: New
PROG NOT—Bond

Patient Name _Irma Di Buclet_

Last Name Initial

Date 4/14/3    CC _fever/blisters to lip, excema, diarrhea x 3 day_
                    (100⁴)                              3 x/gon
Age 4y 7/12                                            1 x /day
                 HPI                    10 con/g
WT 34 1/2        ROS
                 Current MEDS
HT
                 _Claritin, Motrin, Immodium_
BP

Temp 99.4

✓ = OK

☑ General    ☐ Alert    ☐ Active    ☐ NAD    ☐ Other _____

☐ Head/Eye

☐ Neuro

☐ Ears _p r url_

☑ Throat _otic / phar conv mucos ? color → febris/_
                          _(cffeed erupt un) pul purfor_
☐ Chest _Cea_

☐ Heart

☐ ABD              LAB   ☐ Order   ☐ Results

☐ GU               IMP _Herpes labialis_
                       _lesion_
☐ EXT              Plan _Zovirax wt & 1.4 qid_
                       _Provider  cat 01/99_
☐ Skin _Eczema flatans_   IMM Order      _to clindr 4_

Referrals:         Dx         F/U _c/o 3d_

Doctor:            ☐ Reason    Other _p_

CHMPC·04·01: New
PROC·OT—Bond

**DUB-FARBER-000284**



**EMERGENCY DEPARTMENT RECORD**

**CHILDREN'S HOSPITAL**

200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511

| ADMIT DATE/TIME | | ACCOUNT NO. | FC | #INS. | SEX | DATE OF BIRTH | | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|
| 05/15/2003 | 19:25 | 4408010835 | A | | F | 1998 | | 0210238 |

| LAST NAME | FIRST | | MI | RACE | AGE | REG. BY |
|---|---|---|---|---|---|---|
| DUBUCLET, TIMIA | | | | B | 4Y | RP7 |

| HOME ADDRESS-CSZ | | | | HOME PHONE | | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| NEW ORLEANS | | LA | 70119 | 504 | 8220737 | |

| PRIMARY CARE PHYSICIAN | | REFERRING PHYSICIAN | | E.R. PHYSICIAN | |
|---|---|---|---|---|---|
| 001248 | STERNE, GEORGE G MD | 000000 | SELF | 000000 | CHILDREN'S HOSPITAL |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER |
|---|---|---|---|---|---|
| MEDICAID OF LOUISIAN | 36035798305  02 | | T11 | | DUBUCLET TIMIA L |

| ADDRESS | CSZ | | | | |
|---|---|---|---|---|---|
| P.O. BOX 130 | BATON ROUGE, LA 70821 | | | R 03 | C O G 1  V Y |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | CSZ | | |
|---|---|---|---|
| | | R | C O G  V |

**HISTORY:**

*Rash / green mucus from nose / fever since client*

T____ P____ R____ BP____ Wt.____ kg

| | | | |
|---|---|---|---|
| 1. | General | ☑ Alert, NAD ☐ Well hydrated ☐ Oriented ☐ Other |
| 2. | Head | ☑ Normal ☐ Other |
| 3. | Eyes | ☑ Normal ☐ Other |
| 4. | Ears | ☑ Normal ☐ Other |
| 5. | Nose | ☑ Normal ☐ Other |
| 6. | Mouth | ☑ Normal ☐ Other |
| 7. | Neck | ☐ Supple ☑ No adenopathy ☐ Other |
| 8. | Chest | ☑ No retractions ☐ Other |
| 9. | Lungs | ☑ Clear, equal BBS ☐ Other |
| 10. | Heart | ☑ RRR s̄ murmur ☐ Other |
| 11. | Abdomen | ☑ Soft, non tender, BS present ☐ No org or masses ☐ Other |
| 12. | GU | ☑ Normal ☐ Other |
| 13. | Neuro | ☑ No meningeal signs or focal deficits ☐ Other |
| 14. | Skin | ☑ No rash or petechiae ☐ Good turgor ☐ Other |
| 15. | Ext | ☑ s̄ CCE ☐ <2 sec refill ☐ Other |
| 16. | Lymph | ☑ No adenopathy ☐ Other |

**LAB**
☐ H&H
☐• CBC ☐ Retic
☐• CBC c̄ Diff
☐ Blood C&S
☐ Sed Rate
☐ Electrolytes
☐ BMP
☐ CMP
☐• U/A ☐• Dipstick
☐ Urine C&S
☑ Strep Screen
☐ RSV & Viral Panel
☐ Stool Rota/Adeno
☐ Stool Blood
☐ Stool WBC
☐ Stool Culture
**RADIOLOGY**
☐ Chest X-Ray
☐ AP ☐ LAT
☐ Sinus (Waters)
☐ KUB
☐ Flat & Erect ABD
☐ Skull X-Ray
☐ AP ☐ LAT
☐ C-Spine
☐ AP ☐ LAT
☐ Other Tests

**TREATMENTS / MEDICATIONS / CONSULTATION:**

*Strep Screen positive*

**DIAGNOSIS:**

*Strep pharyngitis / tonsillitis*

| DISPOSITION OF PATIENT | DATE/DISCHARGE | CONDITION ON DISCHARGE | DISCHARGE VIA | PHYSICIAN SIGNATURE |
|---|---|---|---|---|
| ☐ ADMIT ROOM # | 5/15/03 | ☑ GOOD, STABLE | ☑ CARRIED ☑ WALKED ☐ OTHER | |
| ☑ HOME | TIME DISCHARGE | ☐ OTHER | ☐ STRETCHER | PHYSICIAN SIGNATURE |
| ☐ | 2148 | | ☐ WHEEL CHAIR | |

* IF WBC COUNT IS < 4 or > 14 OR IF ABNORMAL WBC FLAGS ARE PRESENT, A MANUAL DIFF WILL BE PERFORMED.
♦ CULTURE PERFORMED IF NITRITE OR LEUCESTERASE IS 1 + OR >.
■ U/A MICRO PERFORMED IF LEUCESTERASE, NITRITE, BLOOD OR SSA PROTEIN IS +.

PAC/FORM4072

**DUB-FARBER-000166**

Last Name Initial

Patient Name  _Timia Dubuclet_

Date  6/28/07

CC  "Sinus infection" — _[illegible]_ _[illegible]_
_[illegible]_

Age  3 yr

WT  _[illegible]_ 29 ½ lb

HPI
ROS
Current MEDS  _None_

HT  37 ¼"

BP

Temp  97.8°

✓ = OK

☐ General   ☐ Alert   ☐ Active   ☐ NAD   ☐ Other _____

☐ Head/Eye  _[illegible handwriting]_

☐ Neuro

☐ Ears

☐ Throat

☐ Chest  _[illegible]_

☐ Heart

☐ ABD

☐ GU

☐ EXT.

☐ Skin

Referrals:

Doctor:

Dx

☐ Reason

LAB  ☐ Order   ☐ Results

IMP  _[illegible]_

Plan  _[illegible]_

IMM Order

F/U

Other ~

DUB-FARBER-000285

**EMERGENCY DEPARTMENT RECORD**



**CHILDREN'S HOSPITAL**

200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511



| ADMIT DATE/TIME | ACCOUNT NO. | FC | #INS. | SEX | DATE OF BIRTH | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| 04/14/2004   20:32 | 4408530063 | I | I | F | 998 | 0210238 |

| LAST NAME | FIRST | | MI | RACE | AGE | REG. BY |
|---|---|---|---|---|---|---|
| DUBUCLET, TIMIA | | | | B | 5Y | RP7 |

| HOME ADDRESS-CSZ | | HOME PHONE | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| NEW ORLEANS      LA  70119 | | 504   8220737 | |

| PRIMARY CARE PHYSICIAN | REFERRING PHYSICIAN | E.R. PHYSICIAN |
|---|---|---|
| 000000   CHILDREN'S HOSP,MED.PRA | 000000   SELF | 000000   CHILDREN'S HOSPITAL |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | SUB. D.O.B. | SUBSCRIBER |
|---|---|---|---|---|---|
| MEDICAID OF LOUISIAN | 36035798305   02 | | T11 | | DUBUCLET TIMIA |

| ADDRESS | CSZ | | R 03 | C O 6 1 | V Y |
|---|---|---|---|---|---|
| P.O. BOX 130 | BATON ROUGE, LA 70821 | | | | |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | SUB. D.O.B. | SUBSCRIBER |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | CSZ | | R | C O V | |
|---|---|---|---|---|---|
| | | | | | |

**"Other records may be available, please refer to MII (Master Index Inquiry) in Unity for record listings"**

HISTORY: Hair Spray 3 days ago, stared Hives (skin rash). Mom giving Benadryl. No Wheezy. No cough. No resp. distress.   H/o Eczema

|  |  | T | R | BP | Wt. | kg |
|---|---|---|---|---|---|---|
| 1. | General | ☑ Alert, NAD | ☑ Well hydrated | ☑ Oriented | ☑ Other | |
| 2. | Head | ☑ Normal | ☐ Other | | | |
| 3. | Eyes | ☑ Normal | ☐ Other | | | |
| 4. | Ears | ☑ Normal | ☐ Other | | | |
| 5. | Nose | ☑ Normal | ☐ Other | | | |
| 6. | Mouth | ☑ Normal | ☐ Other | | | |
| 7. | Neck | ☑ Supple | ☐ No adenopathy | ☐ Other | | |
| 8. | Chest | ☑ No retractions | ☐ Other | | | |
| 9. | Lungs | ☑ Clear, equal BBS | ☐ Other | | | |
| 10. | Heart | ☑ RRR s̄ murmur | ☐ Other | | | |
| 11. | Abdomen | ☑ Soft, non tender, BS present | ☐ No org or masses | ☐ Other | | |
| 12. | GU | ☑ Normal | ☐ Other | | | |
| 13. | Neuro | ☑ No meningeal signs or focal deficits | ☐ Other | | | |
| 14. | Skin | ☐ No rash or petechiae | ☐ Good turgor | ☐ Other | | |
| 15. | Ext | ☑ s̄ CCE | ☐ <2 sec refill | ☐ Other | | |
| 16. | Lymph | ☐ No adenopathy | ☐ Other | | | |

On Exam
Chest Clear
No Wheezy

→ No Hives
imp'd Eczema

**LAB**
☐ H&H
• ☐ CBC   ☐ Retic
• ☐ CBC ē Diff
☐ Blood C&S
☐ Sed Rate
☐ Electrolytes
☐ BMP
☐ CMP
•☐ U/A   •☐ Dipstick
☐ Urine C&S
☐ Strep Screen
☐ RSV & Viral Panel
☐ Stool Rota/Adeno
☐ Stool Blood
☐ Stool WBC
☐ Stool Culture

**RADIOLOGY**
☐ Chest X-Ray
   ☐ AP ☐ LAT
☐ Sinus (Waters)
☐ KUB
☐ Flat & Erect ABD
☐ Skull X-Ray
   ☐ AP ☐ LAT
☐ C-Spine
   ☐ AP ☐ LAT
☐ Other Tests

**TREATMENTS / MEDICATIONS / CONSULTATION:**

**DIAGNOSIS:** H/o Skin Allergy — Now Norm'l Eczema.

| DISPOSITION OF PATIENT | DATE DISCHARGE | CONDITION ON DISCHARGE | DISCHARGE VIA ☐ CARRIED | PHYSICIAN SIGNATURE |
|---|---|---|---|---|
| ☐ ADMIT ROOM. # | 4/14/04 | ☑ GOOD, STABLE | ☑ WALKED   ☐ OTHER | |
| ☑ HOME | TIME DISCHARGE | ☐ OTHER | ☐ STRETCHER | PHYSICIAN SIGNATURE |
| ☐ | 2115 | | ☐ WHEEL CHAIR | |

* IF WBC COUNT IS < 4 or > 14 OR IF ABNORMAL WBC FLAGS ARE PRESENT, A MANUAL DIFF WILL BE PERFORMED.
♦ CULTURE PERFORMED IF NITRITE OR LEUCESTERASE IS 1 + OR >.   ☐ U/A MICRO PERFORMED IF LEUCESTERASE, NITRITE, BLOOD OR SSA PROTEIN IS +.

**DUB-FARBER-000158**

4408530063 | E 0210238

**EMERGENCY DEPARTMENT**
**Discharge Instructions**

DUBUCLET, TIMIA
CHILDREN'S HOSPITAL

000000   04/14/2004
20:32

1998   F
EMR

CHILDREN'S HOSPITAL

**Diagnosis** Allergy To Hair Color + Eczema.
**Examined by Dr.** KHAN

**See Instruction Sheet On:** ☐ Vomiting  ☐ Constipation  ☐ Stitches  ☐ Sore Throat  ☐ Minor Head Injury
☐ Diarrhea  ☐ Chickenpox  ☐ Croup  ☐ Common Cold  ☐ Otitis Media  ☐ RSV
☐ Other:

**Special Instructions** — To Cont. Using Benadryl 5ml
as needed every 8 hrs
— Use 1% Hydrocortisone Cream
for Eczema.

If cultures or special lab tests were obtained while diagnosing your child's problem, the emergency staff will notify you of any positive results. If an emergency reading of x-rays was provided by the emergency room doctor, a final reading will be made by the radiologist and you will be called if there are any abnormalities.

## OTHER INSTRUCTIONS

**Medications: (Must be given as directed.)**

Give _____ every _____ hours for _____ days.

Give _____ _____ times a day for _____ days.

Give _____

☐ Give Tylenol _____ every 4 hours for fever or pain.

☐ Give Motrin _____ every 6 hours for fever or pain.

☐ Discontinue _____

☐ Continue medications as directed _____

☑ Return to primary care physician for follow-up in _____ days/weeks.

☐ For appointment with Dr. _____ Stern _____, call _____

to be examined in 2~3 days/weeks.

☑ Return to ER if condition worsens. Or if Wheezing & Difficulty in Breathing

I have received and fully understand the above instructions.

_____ Molikhan KHAN
**Parent/Guardian** **Physician's or Nurse's Signature**

822-0737   4/14/04   2115
**Phone Number** **Date** **Time**

DUB-FARBER-000159

**CHILDREN'S HOSPITAL**

# EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS

```
004756950057 FC: A    0210238
DUBUCLET, TIMIA
SERV DATE: 10/16/2001 17:20
DOB:        1998  FEMALE PT: E
```

*Sterne  / 17:50*

Diagnosis _*Pharyngitis*_

Examined by Dr. _*Miss And*_

See Instruction Sheet on: ❑ vomiting  ❑ diarrhea  ❑ minor head injury  ❑ RSV  ❑ stitches  ❑ otitis media

❑ croup  ❑ constipation  ❑ chickenpox  ❑ sore throat  ❑ common cold  ❑ other: _____

Special Instructions: _____

_*Augmentin 240mg (3ml) q 12 hours X 10 days*_

If cultures or special lab tests were obtained while diagnosing your child's problem, the emergency staff will notify you of any positive results. If an emergency reading of x-rays was provided by the emergency room doctor, a final reading will be made by the radiologist and you will be called if there are any abnormalities.

## OTHER INSTRUCTIONS

**Medications: (Must be given as directed)**

Give _____ every _____ hours for _____ days.

Give _____ times a day for _____ days.

Give _____.

[   ] Give Tylenol _____ every 4 hours for fever or pain.

[ ✓ ] Give Motrin _____ every 6 hours for fever or pain.

[   ] **Discontinue** _____.

[   ] Continue medications as directed _____

[ ✓ ] Return to primary care physician for follow up in _/_ days/(weeks)  *Dr. Sterne*

[   ] For appointment with Dr. _____, call _____

   to be examined in _____ days/weeks.

[ ✓ ] **Return to ER if condition worsens.** ❑ Or if *problem*_____.

I have received and fully understand the above instructions.

_____
Parent/Guardian

_____
Phone Number

_____
Physician or Nurse's Signature

*10/6/01   17.50*
Date     Time

ER/MR205
MR# 205
Revised (08/99)
2NCR/Black ink

*Distribution:*
*White: Medical Records*
*Yellow: Parent/Guardian*

# Children's Hospital
## Medical Practice Corporation
A DEPARTMENT OF CHILDREN'S HOSPITAL

Name _Timia Dubuclet_
Chart No.

*PATIENT DATA*

Date: _4/28/04_   Age: _5 yrs._   Name: _Timia Dubuclet_

Vital Signs: Height: _____ Weight: _40_ Head Circumference: _____ Blood Pressure: _____ Pulse: _____ Respiratory Rate: _____

Current Meds: _elidel, benedryl, NUDA, T 92.7_

_not keep_

**1. HISTORY**   PF, EPF = 1-3   DET>4   COMP>4

Adverse Reaction ☐ Y ☐ N
List

**A. Chief Comp + History & Present Illness** _c/o skin eczema_

Location: _____
Timing: _____
Severity: _____
Duration: _____

Pain Score: _____

_subject to chronic chan_

**B. ROS  PF = 0   EPF = 1   DET= 2-9  COMP>10**

1. Gen _____      5. Chest _____      9. (Skin) _____      13. Hemo/Lym _____
2. Eyes _____     6. GI _____          10. Neuro _____      14. Allergy/Immunol _____
3. ENT _____      7. GU _____          11. Psyc _____
4. CV _____       8. MS _____          12. Endo _____

ROS Handout ☐ Y ☐ N

Other Concerns: _____

**C. Past Family Social History   PF + EPF = 0   DET= 1   COMP 3**
☐ No interval change of ☐ Past Medical History ☐ Family History ☐ Social History since chart note dated _____
Past Medical History

☐ Reviewed problem list at front of chart

☐ Reviewed consultant letter/date

☐ Immunizations current ☑ Yes ☐ No   Comments: _____

Social History:
Family status, Alcohol, Smoking, Pets, Day Care
Other: _____

Family History:
Allergy, Asthma, Lipids, Diabetes, HTN,
Cardiac disease <50
Other: _____

**DUB-FARBER-000281**

CHMPC(12/03)New
PROBLEM (Page 1) of 3 — Green

99215 = Comp = Comprehension   99214 = DET = Detailed   99213 = EPF = Expanded Problem Focused   99212 = PF = Problem Focused

## II. EXAM    (Check (✔) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ☐ Vital signs (see page 1)
- ☐ General appear
- ☐ Alert/active

**Eyes**
- ☐ Conjuctiva
- ☐ Lids

**Ears**
- ☐ Hearing
- ☐ External ear
- ☐ Right ear
- ☐ Left ear

**Nasal**
- ☐ Nasal
- ☐ Throat
- ☐ Mouth
- ☐ Neck

**Respiratory**
- ☐ Effort
- ☐ Rate
- ☐ Sounds

**Heart**
- ☐ Auscultation
- ☐ Rhythm/rate
- ☐ Pulse

**Gastrointestinal**
- ☐ Tenderness
- ☐ Mass
- ☐ Hernia
- ☐ Liver/Spleen
- ☐ Bowel sounds
- ☐ Other

**Genitourinary**
- ☐ Female genitalia
- ☐ Male genitalia

**Chest**
- ☐ Breast
- ☐ Scoliosis

**Lymphatics**
- ☐ Cervical
- ☐ Other

**Muscular Skeletal**
- ☐ Gait
- ☐ Range of Motion
- ☐ Other

**Skin**
- ☐ Rash    *Sparce hyperpigmen*
- ☐ Other   *papule vcol c scve*
          *liver on brown*

**Neuro**
- ☐ Central Nervous
- ☐ Fundi
- ☐ Sensory/motor
- ☐ Deep Tendon Reflex
- ☐ Balance
- ☐ Affect/mood
- ☐ Other

## III. MDM (Medical Decision Making):

Labs: _____

Assessment: _Subacute ce dyon figure_
_Eldl not figu_
_Brisel sebie_

Plan: _promentra crn Q2 Pa_
_Zyptel 3x dus fu Hu_

Counseling time _____

Return in _____ Day _____ Week _____ Month _____ PRN

Physician Signature _____

Date __4/28/09__

DUB-FARBER-000282

# EMERGENCY DEPARTMENT RECORD



## CHILDREN'S HOSPITAL
200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511

**PATIENT**

| ADMIT DATE/TIME | ACCOUNT NO. | FC | #INS. | SEX | DATE OF BIRTH | | | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|
| 08/13/2004   16:30 | 4408698951 | I | | F | 998 | | | 0210238 |

| LAST NAME | FIRST | | MI | RACE | AGE | REG. BY |
|---|---|---|---|---|---|---|
| DUBUCLET, TIMIA | | | | B | 5Y | BAT |

| HOME ADDRESS-CSZ | | | HOME PHONE | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| NEW ORLEANS | LA   70119 | 504   8220737 | | |

| PRIMARY CARE PHYSICIAN | REFERRING PHYSICIAN | E.R. PHYSICIAN |
|---|---|---|
| 910109   CHILDREN'S HOSPITAL MED | 000000   SELF | 000000   CHILDREN'S HOSPITAL |
| Auth#         PH# 504-897-4242 | | |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MEDICAID OF LOUISIAN | 36035798305   02 | | T11 | | DUBUCLET TIMIA L | | R | 01 | C O B | V Y |

| ADDRESS | | | | | |
|---|---|---|---|---|---|
| P.O. BOX 130 | BATON ROUGE, LA 70821 | CSZ | | | |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | R | C O B | V |

| ADDRESS | | |
|---|---|---|
| | CSZ | |

**PHYSICIAN**

"Other records may be available, please refer to MII (Master Index Inquiry) in Unity for record listings"

HISTORY: 5y/o AA ♀ c̄ "eczema on lips".

T 97.8°F   P 73   R 20   BP 116/66   Wt. 19.8 kg

| | | |
|---|---|---|
| 1. | General | ☑Alert, NAD  ☑Well hydrated  ☐Oriented  ☐Other |
| 2. | Head | ☑Normal  ☐Other |
| 3. | Eyes | ☑Normal  ☐Other |
| 4. | Ears | ☑Normal  ☐Other |
| 5. | Nose | ☑Normal  ☐Other |
| 6. | Mouth | ☐Normal  ☑Other |
| 7. | Neck | ☑Supple  ☑No adenopathy  ☐Other |
| 8. | Chest | ☑No retractions  ☐Other |
| 9. | Lungs | ☑Clear, equal BBS  ☐Other |
| 10. | Heart | ☑RRR  s̄ murmur  ☐Other |
| 11. | Abdomen | ☑Soft, non tender, BS present  ☑No org or masses  ☐Other |
| 12. | GU | ☐Normal  ☐Other |
| 13. | Neuro | ☑No meningeal signs or focal deficits  ☐Other |
| 14. | Skin | ☑No rash or petechiae  ☑Good turgor  ☐Other |
| 15. | Ext | ☑ ↓CCE  ☑<2 sec refill  ☐Other |
| 16. | Lymph | ☑No adenopathy  ☐Other |

ⓛ Herpetic lesion on lower lip. (does have hx of "old" sores)

**LAB**

- ☐ H&H
- •☐ CBC  ☐ Retic
- •☐ CBC c̄ Diff
- ☐ Blood C&S
- ☐ Sed Rate
- ☐ Electrolytes
- ☐ BMP
- ☐ CMP
- •☐ U/A  •☐ Dipstick
- ☐ Urine C&S
- ☐ Strep Screen
- ☐ RSV & Viral Panel
- ☐ Stool Rota/Adeno
- ☐ Stool Blood
- ☐ Stool WBC
- ☐ Stool Culture

**RADIOLOGY**

- ☐ Chest X-Ray
- ☐ AP ☐ LAT
- ☐ Sinus (Waters)
- ☐ KUB
- ☐ Flat & Erect ABD
- ☐ Skull X-Ray
- ☐ AP ☐ LAT
- ☐ C-Spine
- ☐ AP ☐ LAT
- ☐ Other Tests

TREATMENTS / MEDICATIONS / CONSULTATION:

DIAGNOSIS: Herpes Type I infection

**D/C**

| DISPOSITION OF PATIENT | DATE DISCHARGE | CONDITION ON DISCHARGE | DISCHARGE VIA | PHYSICIAN SIGNATURE |
|---|---|---|---|---|
| ☐ ADMIT ROOM # | 8-13-04 | ☑ GOOD, STABLE | ☐ CARRIED  ☑ WALKED | |
| ☑ HOME | | ☐ STABLE  ☐ OTHER | ☐ OTHER | PHYSICIAN SIGNATURE |
| | TIME DISCHARGE | ☐ OTHER | ☐ STRETCHER | |
| | 1705 | | ☐ WHEEL CHAIR | |

* IF WBC COUNT IS < 4 or > 14 OR IF ABNORMAL WBC FLAGS ARE PRESENT, A MANUAL DIFF WILL BE PERFORMED.

♦ CULTURE PERFORMED IF NITRITE OR LEUCESTERASE IS 1 + OR >.   • U/A MICRO PERFORMED IF LEUCESTERASE, NITRITE, BLOOD OR SSA PROTEIN IS +.

DUB-FARBER-000139

## CHILDREN'S HOSPITAL

## EMERGENCY DEPARTMENT
### Discharge Instructions

4408698951    I    E    0210238

**DUBUCLET, TIMIA**
CHILDREN'S HOSPITAL    000000   08/13/2004   F
       1998    EMR
16:30

**Diagnosis** _Herpes Type I infection_

**Examined by Dr.** _Krotoscowski_

**See Instruction Sheet On:**
☐ Vomiting ☐ Constipation ☐ Stitches ☐ Sore Throat ☐ Minor Head Injury
☐ Diarrhea ☐ Chickenpox ☐ Croup ☐ Common Cold ☐ Otitis Media ☐ RSV
☐ Other: _____

**Special Instructions** _____

If cultures or special lab tests were obtained while diagnosing your child's problem, the emergency staff will notify you of any positive results. If an emergency reading of x-rays was provided by the emergency room doctor, a final reading will be made by the radiologist and you will be called if there are any abnormalities.

### OTHER INSTRUCTIONS

**Medications: (Must be given as directed.)**

Give _____ every _____ hours for _____ days.

Give _Zovirax 5% ointment to lips_ _____ 3 times a day ___ ___ days.

Give _____

☐ Give Tylenol _____ every 4 hours for fever or pain.

☐ Give Motrin _____ every 6 hours for fever or pain.

☐ **Discontinue** _____

☐ Continue medications as directed _____

☑ Return to primary care physician for follow-up in _____ days/weeks.

☐ For appointment with Dr. _____, call _____
   to be examined in _____ days/weeks.

☑ Return to ER if condition worsens. Or if _____

I have received and fully understand the above instructions.

_____    _____
Parent/Guardian             Physician's or Nurse's Signature

          8-13-04      1705

_____
Phone Number         Date         Time

DUB-FARBER-000140

**Children's Hospital**
**Medical**
**Practice**
**Corporation**
A DEPARTMENT OF CHILDREN'S HOSPITAL

Name *Timia Dubuclet*
Chart No. *12799*

PATIENT DATA

*98.*

Date: *9/30/04*   Age: *6yr*   Height: *98.9*   Weight: *42#*   Head Circumference: _____
Vital Signs: Blood Pressure: _____   Temp: *98.9*   Pulse: _____   Respiratory Rate: _____
Current Meds: *Zovirax*

**HISTORY**   PF, EPF = 1-3   DET>4   COMP>4

A. Chief Comp + History & Present Illness *Went to Childrens ER on 8/13/04*
*due to eczema to lips + now lips are flaring*
*up again / ? lips*

Pain Score (0-5): *Ø*
Location: _____
Timing: _____
Severity: _____
Duration: _____

B. ROS  PF = 0  EPF = 1  DET= 2-9  COMP>10

1. Gen _____
2. Eyes _____
3. ENT *enzm on lips*
4. CV _____
5. Chest _____
6. GI _____
7. GU _____
ROS Handout ☐ Y ☐ N
Other Concerns: _____

8. MS _____
9. Skin _____
10. Neuro _____
11. Psyc _____
12. Endo _____
13. Hemo/Lym _____
14. Allergy/Immunol _____

List any changes to past medical history, social history, or family history below. If no changes, leave blank.

| Past Medical History | Social | Family |
|---|---|---|
| | ☐ alcohol | ☐ allergy |
| | ☐ smoking | ☐ asthma |
| | ☐ pets | ☐ lipids |
| | ☐ day care | ☐ diabetes |
| | ☐ family status | ☐ HTN |
| | ☐ other | ☐ cardiac disease <50 |
| | | ☐ other |

Performed each visit:
☐ Problem list reviewed/updated (in front of chart)
☐ Reviewed consultant letter/date, if applicable
☐ Immunizations current ☐ Yes ☐ No. Comments: _____

**DUB-FARBER-000279**

CHMPC(03/04)Revised
PROBLEM (Page 1 of 3)DS— Green

*(left margin, bottom to top):*
99215 = Comp = Comprehension   99214 = DET = Detailed   99213 = EPF = Expanded Problem Focused   99212 = PF = Problem Focused

## II EXAM   (Check (✔) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ❑ Vital signs **(see page 1)**
- ❑ General appear
- ❑ Alert/active

**Eyes**
- ❑ Conjuctiva
- ❑ Lids

**Ears**
- ❑ Hearing
- ❑ External ear
- ❑ Right ear
- ❑ Left ear

**Nasal**
- ❑ Nasal
- ❑ Throat
- ❑ Mouth *MILD eczema PR*
- ❑ Neck

**Head**
- ❑ Size
- ❑ Fontanel
- ❑ Other

**Respiratory**
- ❑ Effort
- ❑ Rate
- ❑ Sounds

**Heart**
- ❑ Auscultation
- ❑ Rhythm/rate
- ❑ Pulse

**Gastrointestinal**
- ❑ Tenderness
- ❑ Mass
- ❑ Hernia
- ❑ Liver/Spleen
- ❑ Bowel sounds
- ❑ Other

**Genitourinary**
- ❑ Female genitalia
- ❑ Male genitalia

**Chest**
- ❑ Breast
- ❑ Scoliosis

**Lymphatics**
- ❑ Cervical
- ❑ Other

**Muscular Skeletal**
- ❑ Gait
- ❑ Range of Motion
- ❑ Other
- ❑ Extremities

**Skin**
- ❑ Rash
- ❑ Other

**Neuro**
- ❑ Central Nervous
- ❑ Fundi
- ❑ Sensory/motor
- ❑ Deep Tendon Reflex
- ❑ Balance
- ❑ Affect/mood
- ❑ Other

**Other**
- ❑ _____
- ❑ _____

## III MDM (Medical Decision Making)

**Labs/Treatment:** _____

**Diagnosis:** *Mild eczema*

**Assessment/Plan:** *reassure aqt oil / bath*
*Vaseline type cream to skin*

**Anticipatory Guidance:** ❑ Illness ❑ Medication Education ❑ Other

**Counseling time** _____

**Return in** _____ **Day** _____ **Week** _____ **Month** _____ **PRN**

**Physician Signature:** _____  **Date:** *9/3/10*

**DUB-FARBER-000280**

REPORT: RX0920                    11/24/06              LA  WALGREENS PURGED DATA FOR STORE 04451                              PAGE: 171638

PAT LAST NAME                    FIRST                  PAT ADDRESS                                        PAT PHONE# BIRTH DATE

| RX NUMBER | DRUG NAME | | DRUG MFR | CTL | PLAN | IMAGE ID | DEA# | |
| DOC NAME | DOC ADDRESS | | | | | DOC PHONE# | | |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | | | |
| ENTER DATE | CIND | ENT/VER | RX | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | AUTH BY | | FILL QTY | | | | | | | |

DUBUCLET        , TIMIA                                           HOUSTON, TX 77055                                    (713)683-6529 ▮▮▮1998

RX 1706581   ZYRTEC 1MG/ML SYRUP (BANANA GRAPE)          PFIZER                       RX        LAMED        (504)897-4242   A53420370
STERNE, G 2820 NAPOLEON AVENUE NINTH FLOOR, LA 77055
SIG: G "TIMIA" 1 TEA PO D PRN ITCHY RASH.
XFER TO STORE: 4451   RX#: 1801056   RPH INIT: RER   ENT INIT: RER   01/03/2005          XFER FROM STORE DEA: AW3417311   RPH INIT: RRR
04/28/2004            240                          30

04/28/2004    MSS/BAO      240      ORIG                    0.00      60.41      04/28/2004    1197047250000
09/10/2004    XXX/RRR      240      RFL001                  0.00      60.41      09/10/2004    4254703557000
                                                                                RX    LAMED                            LAMED
RX 1763510   TRIAMCINOLONE 0.1% OINT 15GM              ALPHARMA-NMC                                         (504)  -            LAMED
STERNE-RETIRED, G 2820 NAPOLEON AVE. NEW ORLEANS, LA 77055
SIG: APP TO LIPS BID
09/30/2004            15                          10                                                                   A53420370

Name   TIMIA DUPUCLET
Chart No   DOB: ████ 98
12799.2

# Medical Practice Corporation

A DEPARTMENT OF CHILDREN'S HOSPITAL

PATIENT DATA

Date: 7/29/05   Age: 04/18/02   Height: _____   Weight: 47.4   Head Circumference: _____

Vital Signs:   Blood Pressure:   Temp: 97.4   Pulse: _____   RespiratoryRate: _____

Pain Score (0-5): 0

Adverse Reactions: 0

Current Meds: 0

**PF, EPF = 1-3   DET>4   COMP>4**

## I. HISTORY

**A. Chief Comp + History & Present Illness** _Fever/Blisters_

_2 OD Cip son at Chyqua How — Strep throat, fever, chills_

Location: _____
Timing: _____
Severity: _____
Duration: _____

**B. ROS  PF = 0  EPF = 1  DET= 2-9  COMP>10**

1. Gen _____
2. Eyes _____
3. ENT _____
4. CV _____
5. Chest _____
6. GI _____
7. GU _____

8. MS _____
9. Skin _____
10. Neuro _____
11. Psyc _____
12. Endo _____
13. Hemo/Lym _____
14. Allergy/Immunol _____

ROS Handout ☐ Y ☐ N

Other Concerns: _____

List any changes to past medical history, social history, or family history below. If no changes, leave blank.

| Past Medical History | Social | Family |
|---|---|---|
| | ☐ alcohol | ☐ allergy |
| | ☐ smoking | ☐ asthma |
| | ☐ pets | ☐ lipids |
| | ☐ day care | ☐ diabetes |
| | ☐ family status | ☐ HTN |
| | ☐ other | ☐ cardiac disease <50 |
| | | ☐ other |

**Performed each visit:**
☐ Problem list reviewed/updated (in front of chart)
☐ Reviewed consultant letter/date, if applicable
☐ Immunizations current ☐ Yes ☐ No  Comments: _____

**DUB-FARBER-000277**

CHMPC (11/04)Revised
PROBLEM (Page 1 of 3)DS — Green

Vertical left margin: 99215 = Comp = Comprehensive | 99214 = DET = Detailed | 99213 = EPF = Expanded Problem Focused | 99212 = PF = Problem Focused

## II. EXAM   (Check ( ✔ ) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ☐ Vital signs (see page 1)
- ☐ General appear
- ☐ Alert/active

**Eyes**
- ☐ Conjuctiva
- ☐ Lids

**Ears**
- ☐ Hearing
- ☐ External ear
- ☐ Right ear
- ☐ Left ear

**Nasal**
- ☐ Nasal
- ☐ Throat
- ☐ Mouth
- ☐ Neck

**Head**
- ☐ Size
- ☐ Fontanel
- ☐ Other

**Respiratory**
- ☐ Effort
- ☐ Rate
- ☐ Sounds

**Heart**
- ☐ Auscultation
- ☐ Rhythm/rate
- ☐ Pulse

**Gastrointestinal**
- ☐ Tenderness
- ☐ Mass
- ☐ Hernia
- ☐ Liver/Spleen
- ☐ Bowel sounds

- ☐ Other

**Genitourinary**
- ☐ Female genitalia
- ☐ Male genitalia

**Chest**
- ☐ Breast
- ☐ Scoliosis

**Lymphatics**
- ☐ Cervical
- ☐ Other

**Muscular Skeletal**
- ☐ Gait
- ☐ Range of Motion
- ☐ Other
- ☐ Extremities

**Skin**
- ☑ Rash
- ☐ Other

**Neuro**
- ☐ Central Nervous
- ☐ Fundi
- ☐ Sensory/motor
- ☐ Deep Tendon Reflex
- ☐ Balance
- ☐ Affect/mood
- ☐ Other

**Other**
- ☐
- ☐

TIMIA DUBUCLET
DOB: _____98
12799.2

## III. MDM (Medical Decision Making)

Labs/Treatment: _____

Diagnosis: _____

Assessment/Plan: _____

Anticipatory Guidance: ☐ Illness   ☑ Medication Education   ☐ Other _____

Counseling time _____

Return in _____ Day _____ Week _____ Month _____ PRN

Physician Signature: _____ Date: _____

**DUB-FARBER-000278**

CHMPC (03/04)Revised

# Children's Hospital
## Medical
## Practice
## Corporation
A DEPARTMENT OF CHILDREN'S HOSPITAL

**Name**
**Chart N**

TIMIA DUBUCLET
DOB: ░░░░98
12799.2

*PATIENT DATA*

Date: 11/29/06  Age: 8yr 1mo  Height: 49"  Weight: 51 lbs  Head Circumference: _____
Vital Signs: Blood Pressure: Temp: 98.8  Pulse: _____  Respiratory Rate: _____
Pain Score (0-5): _____
Adverse Reactions: NKDA
Current Meds: Benadryl

### PF, EPF = 1-3  DET>4  COMP>4

**1. HISTORY**

A. Chief Comp/+ History & Present Illness  C/O may have pink eye. Sent home from school yesterday. "Eye itchy & runny"

Location: _____
Timing: _____
Severity: _____
Duration: _____

B. ROS  PF = 0  EPF= 1  DET= 2-9  COMP>10
1. Gen
2. Eyes
3. ENT
4. CV
5. Chest
6. GI
7. GU

8. MS
9. Skin
10. Neuro
11. Psyc
12. Endo
13. Hemo/Lym
14. Allergy/Immunol

ROS Handout ☐ Y ☐ N
Other Concerns: _____

List any changes to past medical history, social history, or family history below. If no changes, leave blank.

| Past Medical History | Social | Family |
|---|---|---|
| Allergies | ☐ alcohol | ☐ allergy |
| | ☐ smoking | ☐ asthma |
| | ☐ pets | ☐ lipids |
| | ☐ day care | ☐ diabetes |
| | ☐ family status | ☐ HTN |
| | ☐ other | ☐ cardiac disease <50 |
| | | ☐ other |

**Performed each visit:**
☐ Problem list reviewed/updated (in front of chart)
☐ Reviewed consultant letter/date, if applicable
☐ Immunizations current ☐ Yes ☐ No  Comments: _____

**DUB-FARBER-000275**

CHMPC (11/04)Revised
PROBLEM (Page 1 of 3)DS — Green

*(left margin, vertical)* 99215 = Comp = Comprehensive   99214 = DET = Detailed   99213 = EPF = Expanded Problem Focused   99212 = PF = Problem Focused

## II. EXAM   (Check (✔) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ☐ Vital signs (see page 1)
- ☑ General appear
- ☑ Alert/active

**Eyes**
- ☑ Conjuctiva (B) *handwritten*
- ☐ Lids

**Ears**
- ☐ Hearing
- ☐ External ear
- ☑ Right ear
- ☑ Left ear

**Nasal**
- ☐ Nasal  *Cysts*
- ☑ Throat
- ☑ Mouth
- ☑ Neck

**Head**
- ☐ Size
- ☐ Fontanel
- ☐ Other

**Respiratory**
- ☑ Effort
- ☑ Rate
- ☑ Sounds

**Heart**
- ☑ Auscultation
- ☑ Rhythm/rate
- ☑ Pulse

**Gastrointestinal**
- ☑ Tenderness
- ☐ Mass
- ☐ Hernia
- ☐ Liver/Spleen
- ☐ Bowel sounds

- ☐ Other

**Genitourinary**
- ☐ Female genitalia
- ☐ Male genitalia

**Chest**
- ☐ Breast
- ☐ Scoliosis

**Lymphatics**
- ☐ Cervical
- ☐ Other

**Muscular Skeletal**
- ☐ Gait
- ☐ Range of Motion
- ☐ Other
- ☐ Extremities

**Skin**
- ☐ Rash
- ☐ Other

**Neuro**
- ☐ Central Nervous
- ☐ Fundi
- ☐ Sensory/motor
- ☐ Deep Tendon Reflex
- ☐ Balance
- ☐ Affect/mood
- ☐ Other

**Other**
- ☐ _____
- ☐ _____

TIMIA DUBUCLET
DOB: ███98
12799.2

## III. MDM (Medical Decision Making)

**Labs/Treatment:** _____

**Diagnosis:** _____

**Assessment/Plan:** _____

_____

_____

_____

**Anticipatory Guidance:** ☑ Illness  ☐ Medication Education  ☐ Other _____

**Counseling time** _____

**Return in** _____ Day _____ Week _____ Month _____ PRN

**Physician Signature:** _____  **Date:** 11/29/04

**DUB-FARBER-000276**

CHMPC (03/04)Revised
PROBLEM (Page 2 of 3)DS— Green

## II. EXAM  (Check (✓) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ☐ Vital signs (see page 1)
- ☑ General appear  *not ill*
- ☑ Alert/active

**Eyes**
- ☑ Conjuctiva
- ☐ Lids

**Ears**
- ☐ Hearing
- ☑ External ear
- ☑ Right ear
- ☐ Left ear

**Nasal**
- ☐ Nasal    *allergic shiner*
- ☐ Throat
- ☐ Mouth
- ☐ Neck

**Head**
- ☐ Size
- ☐ Fontanel
- ☐ Other

**Respiratory**
- ☑ Effort
- ☑ Rate
- ☐ Sounds

**Heart**
- ☑ Auscultation
- ☐ Rhythm/rate
- ☐ Pulse

**Gastrointestinal**
- ☐ Tenderness
- ☐ Mass
- ☐ Hernia
- ☐ Liver/Spleen
- ☐ Bowel sounds
- ☐ Other

**Genitourinary**
- ☐ Female genitalia
- ☐ Male genitalia

**Chest**
- ☐ Breast
- ☐ Scoliosis

**Lymphatics**
- ☐ Cervical
- ☐ Other

**Muscular Skeletal**
- ☐ Gait
- ☐ Range of Motion
- ☐ Other
- ☐ Extremities

**Skin**
- ☐ Rash    *eczema patches*
- ☐ Other

**Neuro**
- ☐ Central Nervous
- ☐ Fundi
- ☐ Sensory/motor
- ☐ Deep Tendon Reflex
- ☐ Balance
- ☐ Affect/mood
- ☐ Other

**Other**
- ☐ _____

```
TIMIA DUBUCLET
DOB: ████ 98
12799.2
```

## III. MDM (Medical Decision Making):

**Labs/Treatment:** _____

**Diagnosis:** *allergic rhinitis*  *Rx Claritin Nasal*

**Assessment/Plan:** *eczema Rx Eucerin + Triamcinolone 0.1 % cream prn itch*

**Medication:** _____
**Route:** _____
**Lot No.:** _____
**Exp. Date:** _____
**Instructions:** _____

*Bellard*

**Anticipatory Guidance:** ☐ Illness  ☐ Medication Education  ☐ Other

**Counseling time** _____

**Return in** _____ Day _____ Week _____ Month _____ PRN  *4/10/07*

**Physician Signature:** _____   **Date:** _____

CHMPC (04/06)Revised
PROBLEM (Page 2 of 3)DS— Green
PDF

**DUB-FARBER-000273**

```
REPORT: RX0920          08/13/08        LA  WALGREENS PURGED DATA FOR STORE  05230                    PAGE: 192694

PAT LAST NAME           FIRST           PAT ADDRESS                                          PAT PHONE#  BIRTH DATE

RX NUMBER       DRUG NAME                       DRUG MFR            CYL  PLAN       RX IMAGE ID          DEA#
DOC NAME        DOC ADDRESS                                                        DOC PHONE#
ORIG DATE   QTY  REFILLS  DAYS SUPPLY  RX COMMENTS  CUST AMT  TOT AMT  FILL SOLD DATE  CLAIM #  PARTIAL CODE  PLAN
ENTER DATE  CIND  ENT/VER  FILL QTY  REFILL
AUTH NBR    AUTH BY

DUBUCLET        , TIMIA                          NEW ORLEANS, LA 70126                     (504)228-2454   1998
---------------------------------------------------------------------------------------------------------------
RX 0839186      TRIAMCINOLONE 0.1% CREAM 80GM    ALPHARMA-NMC        RX   LAMED      0523200911762385919199
BELLARD, K CHILDRENS HOSPITAL NEW ORLEANS, LA 70126                                 (504)897-4242   AB6151598
SIG: APP BID TO ECZEMA PRF ITCHING.
04/10/2007   80   6    10                ORIG       0.00     9.52   04/10/2007      7100703649100
04/10/2007   80   6                                                          LAMED  0523101176238585850  AB6151598
                                                                                                       LAMED

RX 0839187      NASONEX 50MCG (120 SPRAYS) 17G   SCHERING           RX   LAMED      7100703649100
BELLARD, K CHILDRENS HOSPITAL NEW ORLEANS, LA 70126                                 (504)897-4242
SIG: USE ONE SPRAY IEN ONE TO TWO TIMES D TO PREVENT ALLERGY.
04/10/2007   17   6    30                ORIG       0.00    83.54   04/10/2007      7100703657200        LAMED
04/10/2007   17       30
---------------------------------------------------------------------------------------------------------------
```

DUB-FARBER-000307

## II. Exam (Check (✓) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution:**
- ❑ Vital signs (see page 1)
- ❑ General appear
- ❑ Alert/active
- ❑ Other

**Eyes:**
- ❑ Conjuctiva
- ❑ Lids
- ❑ Other

**Ears:**
- ❑ Hearing
- ❑ External ear
- ❑ Right ear
- ❑ Left ear
- ❑ Other

**Nasal:**
- ❑ Nasal
- ❑ Throat
- ❑ Mouth
- ❑ Neck
- ❑ Other

**Head:**
- ❑ Size
- ❑ Fontanel
- ❑ Other

**Respiratory:**
- ❑ Effort
- ❑ Rate
- ❑ Sounds
- ❑ Other

**Heart:**
- ❑ Auscultation
- ❑ Rhythm/rate
- ❑ Pulse
- ❑ Other

**Other:**
- ❑
- ❑

**Gastrointestinal:**
- ❑ Tenderness
- ❑ Mass
- ❑ Hernia
- ❑ Liver/Spleen
- ❑ Bowel sounds
- ❑ Other

**Genitourinary:**
- ❑ Female genitalia
- ❑ Male genitalia

**Upper Trunk:**
- ❑ Breast
- ❑ Rib cage
- ❑ Other

**Lymphatics:**
- ❑ Cervical
- ❑ Other

**Muscular Skeletal:**
- ❑ Gait
- ❑ Range of Motion
- ❑ Extremities
- ❑ Spine
- ❑ Other

**Skin:**
- ❑ Rash
- ❑ Other

**Neuro-Psych:**
- ❑ Cranial nerves
- ❑ Fundi
- ❑ Sensory/motor
- ❑ Deep Tendon Reflex
- ❑ Balance
- ❑ Affect/mood
- ❑ Other

## III. MDM (Medical Decision Making)

**Labs/treatment:**

**Diagnosis:**

**Assessment/Plan:**

| Medication | Dose | Frequency | Complete for Sample Medications | | |
|---|---|---|---|---|---|
| | | | Route | Lot No. | Exp. Date |
| | | | | | |
| | | | | | |
| | | | | | |

**Anticipatory Guidance:** ❑ Illness  ❑ Medication Education  ❑ Other

**Counseling time:**

**Return in:**  Day   Week   Month   PRN

**Physician Signature:**                Date:

TIMIA DUBUCLET
DOB: ███████98
12799.2
**DUB-FARBER-000271**

# Children's Hospital
## Medical Practice Corporation
A DEPARTMENT OF CHILDREN'S HOSPITAL

**Name**
**Cha**
TIMIA DUBUCLET
DOB: ████ 98
12799.2
PATIE___

Date: 9/10/07  Age: 8  Height: _____  Weight: _____  Head Circumference: _____
Vital Signs:  Blood Pressure: _____  Temp: _____  Pulse: _____  Respiratory Rate: _____
Pain Score (0-5): 0
Adverse Reactions 0
Current Meds: Cortzone 10

PF, EPF = 1-3  DET>4  COMP>4

## 1. HISTORY

**A. Chief Comp + History & Present Illness**  dry skin
Sinus congestion
Location:
Timing:
Severity:
Duration:

**B. ROS  PF = 0  EPF = 1  DET=2-9  COMP>10**
1. Gen  dry skin
2. Eyes
3. ENT  snuffle + sneeze
4. CV
5. Chest
6. GI
7. GU
8. MS
9. Skin  eczema
10. Neuro
11. Psyc
12. Endo
13. Hemo/Lym
14. Allergy/Immunol

ROS Handout ☐ Y ☐ N
Other Concerns:

List any changes to past medical history, social history, or family history below. If no changes, leave blank.

| Past Medical History | Social | Family |
|---|---|---|
| eczema nasal allergy | ☐ alcohol ☐ smoking no ☐ pets ☐ day care ☐ family status ☐ other | ☐ allergy ☐ asthma ☐ lipids ☐ diabetes ☐ HTN ☐ cardiac disease <50 ☐ other |

**Performed each visit:**
☐ Problem list reviewed/updated (in front of chart)
☐ Reviewed consultant letter/date, if applicable
☐ Immunizations current ☐ Yes ☐ No  Comments:

CHMPC (04/06) Revised
PROBLEM (Page 1 of 3) DS— Green

**DUB-FARBER-000272**

**CESAR PARRA MD**
**MEDICAL CLINIC**
**PROGRESS NOTE**

(TIMA)

DATE: 2.7.06   NAME: _Blism Dabriet_   TIME: _____
AGE: _____ YRS/MOS: _____   ALLERGIES: _NKDA_

IIEF COMPLAINT: _____

ESENT ILLNESS: _Dog bite last week (SA)_

REVIEW OF SYSTEMS...Pertinent Extensive
[ ] HEENT   2. [ ] Pulmonary   3. [ ] Cardio   4. [ ] GI   5. [ ] GU   6. [ ] Neuro/muscular   7. [ ] Other

_Eczema_

CIAL HX: Pertinent   _Neg_

AILY HX: Pertinent   _Neg_

SICAL EXAM   TEMP ___ PULSE ___ RESP ___ B/P ___ HT 3'10 % WT 50 %

| | | |
|---|---|---|
| 1 | GENERAL | Alert NAD |
| 2 | HEENT | |
| 3 | NECK | |
| 4 | CHEST | |
| 5 | HEART | |
| 6 | ABDOMEN | |
| 7 | GENITALIA | |
| 8 | RECTAL | |
| 9 | BACK | |
| 10 | EXTREMITIES | |
| 11 | NEURO | |
| 12 | SKIN | |

ESSMENT: _Eczema_

PHONE/FOLLOW-UP:
DATE/TIME:

SIG: _____

**DUB-FARBER-000070**



**CESAR PARRA MD**
**MEDICAL CLINIC**
**PROGRESS NOTE**

DATE: 6·6·06   NAME: Timia Duaclet   TIME: _____   ALLERGIES: NKDA
AGE: 7   YRS/MOS: _____

CHIEF COMPLAINT: _____

PRESENT ILLNESS: Rash on face on triamcinolone prn

REVIEW OF SYSTEMS...Pertinent Extensive
[ ] HEENT   2. [ ] Pulmonary   3. [ ] Cardio   4. [ ] GI   5. [ ] GU   6. [ ] Neuro/muscular   7. [ ] Other
Eczema

SOCIAL HX: Pertinent
Neg

FAMILY HX: Pertinent
Neg

PHYSICAL EXAM   TEMP 99.2   PULSE _____   RESP _____   B/P _____   HT 3'11" %   WT 54 %

| # | | | |
|---|---|---|---|
| 1 | | GENERAL | |
| 2 | | HEENT | |
| 3 | | NECK | |
| 4 | | CHEST | |
| 5 | | HEART | |
| 6 | | ABDOMEN | |
| 7 | | GENITALIA | |
| 8 | | RECTAL | |
| 9 | | BACK | |
| 10 | | EXTREMITIES | |
| 11 | | NEURO | |
| 12 | ✓ | SKIN | |

alert atraumatic

CTA

clear soft not distended

tiny erythematous rash cheeks & eyebrows

ASSESSMENT: Eczema

Cetaphil for OTC + lot
Triamcinolone 0.1% bid on rash

RX: ____ prn

PHONE/FOLLOW-UP:
DATE/TIME:

SIG: _____

**DUB-FARBER-000068**