Exhibit C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| | ) | MAG: ROBY |
| | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF PATRICIA M. WILLIAMS, PH.D. DABT IN THE TRIAL OF TIMIA DUBUCLET

STATE OF LOUISIANA
PARISH OF ORLEANS

Before me, the undersigned notary on this day personally appeared Patricia M. Williams,

Ph.D. DABT, a person whose identity is known to me. After I administered the oath to

her, upon her oath she stated as follows:

All statements contained herein are true and correct and based upon my personal
knowledge, education, and experience and I am a person of full age of majority,
competent to execute this affidavit.

**Section 1.0 – Expert Witness Qualifications**

**1.1** My qualifications as expert witness include the following:

**Board certification: Diplomate of the American Board of Toxicology**
**Tulane University, School of Medicine, Department of Anatomy, Ph.D., 1983.**
   **Major: Anatomy; Minor: Biochemistry**
**Louisiana State University in Baton Rouge; M.S. in Microbiology, 1975**
**Louisiana State University in Baton Rouge; B.S. in Medical Technology, 1966**
**Clinical Laboratory Scientist-Generalist, Louisiana License Number: G00023**
**Laboratory Director – CLIA Certification 19D0898394 (1993-2005)**

I am board-certified in Toxicology and a Diplomate of the American Board of
Toxicology. I am a tenured Associate Professor and currently serve as Coordinator for

1

DUB000206

Toxicology Research Laboratories of the Pontchartrain Institute for Environmental Sciences, University of New Orleans. In that capacity, I am also responsible for teaching courses in Toxicology to Graduate and Undergraduate students.

I served for ten years as the Director of the Occupational Toxicology Outreach Program of the Department of Medicine of the LSU Medical Center in Shreveport. In that capacity, I surveyed or evaluated over 17,000 workers or community members with occupational or environmental toxic exposures for adverse health effects of such exposures. I was a tenured Associate Professor of Medicine of the Department of Medicine of LSU Medical School in Shreveport. Additionally, I served as the Laboratory Director of an in-house research laboratory for Medical Surveillance for adverse health effects of chemical exposure. In this capacity, I was responsible for identifying the laboratory parameters that are clinical indicators of environmental and occupational toxic exposure and for the interpretation of the laboratory parameters to the attending physicians. I am licensed by the State of Louisiana and certified by the American Society for Clinical Pathologists and meet the requirements of federal law, specifically, the Clinical Laboratory Improvement Act, to serve as the Laboratory Director. I have been certified and have had work experience in the performance and interpretation of clinical laboratory procedures for over thirty-nine years. My work experience includes serving as Department Head of Medical Technology at LSU Medical Center for seven years. In that capacity, I was responsible for the development, organization, administration, review, revision, and direction of the educational program to train students at the baccalaureate and masters levels in the performance and the interpretation of clinical laboratory procedures in the areas of hematology, immunology, immunohematology, microbiology, parasitology, urinalysis, clinical chemistry, toxicology, phlebotomy, and management. In that capacity, I also designed and taught courses in the various areas of clinical pathology to cytotechnology students, pathology residents, and maxillo-facial surgery dental residents, as well as medical students. I also developed an in-house departmental clinical practicum, which was nationally accredited, in the performance and interpretation of laboratory procedures. This clinical practicum substituted for six months of the required hospital training program in the various areas of clinical pathology for the baccalaureate students.

By virtue of my doctoral degree in Anatomy, I have extensive training and teaching in the areas of gross anatomy, medical histology, embryology, neuroscience, and cell biology. I have a minor in biochemistry at the doctoral level with doctoral research in the areas of hematology, specifically megakaryocytopoiesis, thrombopoiesis, and erythropoiesis, and the stem cell compartment. Also, I have graduate credit in epidemiology from Tufts University New England Epidemiology Institute. I have performed health profiles and epidemiologic studies in communities to identify the evolution of disease in association with chemical exposure through the study of clinical symptoms, diagnosed diseases, lifestyle and behavior factors. I have taught in numerous HASMET (hazardous materials) conferences, workshops, and seminars for union workers and industrial corporations. I have assisted numerous physicians in the understanding of the etiology of occupational and environmental diseases and provided Continuing Medical Education for physicians and Continuing Education programs for

2

DUB000207

Industrial Hygienists.  I conducted disease prevention programs for workplace, communities, homes, and schools including prevention of prostate cancer, inhalant abuse, fetal alcohol syndrome, alcohol toxicity, and abuse of drugs and alcohol.

I lectured to second year medical students on the "Environmental Etiology of Disease", which includes: recognizing the adverse health patterns commonly observed in chemically associated diseases, the multifactorial nature of disease, effects of chemical interactions in a mixture, dose-response, and the cellular effects of DNA reactive carcinogens.

I was commissioned to conduct a health assessment and medical surveillance using laboratory procedures of the people of Grand Bois who reside next to a Non-hazardous oilfield waste site that received shipments of Benzene-contaminated wastes that were ordered removed from an out-of- state facility because of the toxic nature of the wastes. The preliminary results of this study resulted in announcement of funding provided from the Department of Health and Hospitals budget by the then Governor of Louisiana, Mike Foster, for an additional medical surveillance research project of which I was designated the Principal Investigator.  Internal Review Board approval from the LSU Medical Center in Shreveport was granted for the conduct of both research studies.  Soon thereafter, the Louisiana Legislature granted an additional funding amount of $100,000 in the 1998 Legislative Session for additional medical surveillance of the adults and children of Grand Bois for the 1998-1999 fiscal year.  This study was not related to litigation and was an independent research project.  The results of this study are located in all of the State Libraries throughout Louisiana.  It consists of two volumes: Volume 1 consists of a "Retrospective Study of Health Effects of the Grand Bois Community" utilizing a health survey for data collection.  Volume 2 consists of a one year medical surveillance project with the performance of clinical laboratory procedures that would serve as indicators of developing disease or indicators of abnormalities of concern with the potential for future disease development.  As laboratory director under Federal Law, specifically the Clinical Laboratory Improvement Amendments Subpart A Section 493, I was responsible for ensuring that my consultation was available to the laboratory clients for the interpretation of the test results reported concerning specific patient conditions.  (pg. 7176, Federal Register, vol 57, No. 40, Friday, February 28, 1992)

I have performed health profiles and epidemiologic studies in communities to identify the evolution of disease in association with chemical exposure through the study of clinical symptoms, diagnosed diseases, lifestyle and behavior factors.  In the Combustion litigation of Livingston Parish in Louisiana, I served as the expert witness for a population of 10,000 who had exposures to benzene and other toxic chemicals. Leukemias and Neuroblastomas were prominent among the adverse consequences of chemical exposure.  Another case of 4,000 individuals, in the Thompson Hayward Case in Orleans Parish of Louisiana, involved pesticide exposure.  I examined the reproductive health outcomes from chemical exposure, which included spontaneous abortions, stillbirths, live births with short survival time, and children with birth defects and mothers with multiple children with birth defects.  In the Lincoln Creosote case in Bossier Parish of Louisiana, I examined a population exposed to Benzene, creosote, Pentachlorophenol,

3

DUB000208

Toluene, Styrene, and other toxic compounds. Leukemias, reproductive cancers, and birth defects were prominent among the adverse consequences of the toxic exposure in the Lincoln Creosote case. Two Worker Compensation cases and one toxic tort suit, each with single person complainants/plaintiffs, in which I served as Expert Witness or Consultant involved benzene-related hematologic malignancies.

I have conducted doctoral research on stem cell precursors for erythrocytic and megakaryocytic cell lineages. My doctoral research included characterization of megakaryocytopoiesis under the hormonal influence of thrombopoietin and the development of an in vitro assay for thrombopoietin. This was a study of stem cell precursors of the megakaryocytic cell line that differentiates into the mature cells that produce blood platelets. Further doctoral research included the immunocytochemical localization of erythropoietin receptors on the cell surface of early erythrocytic precursors at the ultrastructural level. For this research, I received the Arceneaux Memorial ward in Recognition of Outstanding Student Research in Electron Microscopy in May of 1981. I have conducted funded research by the American Heart Association on the development of an assay for thrombopoietin and an additional grant for the characterization of megakaryocytopoiesis. I conducted funded research from the American Cancer Society on an immunocytochemical characterization of skin biopsies in the diagnosis of human acute Graft-versus-Host Disease in Leukemia. The American Heart Association further funded my research for the Isolation and Characterization of 4N and 8N Megakaryocytes. I served as a consultant to Karel A. Dicke, M.D., chief oncologist and Director of the Bone Marrow Transplantation Unit at M.D. Anderson Hospital for electron microscopic evaluation of in vitro chemotherapeutic treatment for autologous bone marrow transplantation therapeutic techniques. I have written, developed, and taught numerous courses and lectures in Hematology and Immunology to students at the associate, baccalaureate, and masters levels, as well as, medical students, pathology residents, and maxillo-facial surgery residents. I am qualified by both State and Federal Law to perform and interpret clinical laboratory procedures in the areas of hematology and immunology. I am further qualified by Federal Law (CLIA-Clinical Laboratory Improvement Act) to serve as a Laboratory Director for all levels of complexity in the interpretation of laboratory procedures, which include hematology and immunology. I served as the Laboratory Director of an in-house medical surveillance laboratory for ten years and have interpreted hematological parameters in a population of residents exposed to benzene and other toxic substances. I have also served as principal investigator in a project to screen for Lupus Erythrematosus, an autoimmune disease of the hematologic/immunologic systems of the body.

In the area of Forensic Drug Testing, I have served as an expert witness and consultant on collection of specimens, chain of custody, and drug-testing in the workplace to numerous clients, including the Department of Education, School Boards, Unions, Medical Care Corporations, municipalities, the State of Louisiana, and private entities, and served as consultant to a collection company for collection of forensic urine and blood specimens and, in that capacity, designed and oversaw the administration of chain of custody and collection procedures. Furthermore, I have served as expert witness in drug-testing litigation in State Court, Workman's Compensation and Unemployment

4

DUB000209

compensation hearings, and arbitration hearings. I have served as expert witness in numerous legislative committees on the subject of drug-testing and minimal guidelines for collection and testing of forensic specimens. I drafted the bill for Louisiana Act 1036 of the 1990 Legislative Session establishing minimal guidelines for collection of forensic specimens and drug-testing in the State of Louisiana. Additionally, I drafted Act 396 of the 1993 Legislative Session for Mandatory Licensure of Clinical Laboratory Personnel and Certification of Phlebotomists in the State of Louisiana. I was the expert witness testifying for both bills at the request of Senators and Representatives, the Commissioner of Administration, the AFL-CIO, and the Louisiana State Society for Medical Technology during the course of passage into Law by the Louisiana Legislature.

By virtue of my educational, research, and work experience, I am qualified to identify and interpret patterns of development of disease in association with toxic exposure and to determine the etiology/causation of environmental and occupational diseases. I am qualified to conduct community health assessments and interpret the etiology/causation of environmental diseases and birth defects. I am qualified to identify and interpret patterns of adverse reproductive outcomes, including fetal birth defects and embryonal tumors, in association with toxic exposure. I am qualified to review the scientific and medical literature, and medical and laboratory data associated with occupational and environmental exposures and to interpret said data as to the etiology/causation. I am qualified to perform and interpret medical surveillance utilizing laboratory procedures as to the development and causation of environmental and occupational diseases. I am qualified to interpret the causation of hematological diseases as related to environmental and occupational exposures.

Additionally, I am qualified to interpret the role of contributing factors in the development of cancer and birth defects. I have qualified as an expert in anatomy, hematology, toxicology, medical surveillance utilizing laboratory procedures, neuroanatomy, and performance and interpretation of health assessments of environmentally exposed communities. Additionally, in the areas of forensic drug testing, I am qualified to review and interpret medical and laboratory data, including the phlebotomy, chain of custody, and accessioning techniques utilized in the collection of medical and forensic drug specimens.

## 1.2  Methodology

Methodology for the formation of an opinion on General Causation of adverse health effects from toxic exposure includes the following scientifically accepted investigative techniques as listed below for evaluation and causation of occupational and environmental diseases. This methodology is published in the **Reference Manual for Scientific Evidence** of the **Federal Judiciary Center**. This affidavit reports on adverse health effects caused from toxic exposure to formaldehyde and the body of evidence documented in the scientific literature on said causation. This General Causation analysis includes review of the following documents:

1. An extensive review of the scientific literature on formaldehyde including but not

5

limited to publications concerning the following: mechanism of action of formaldehyde at the anatomical, histological, and cellular levels; epidemiologic studies; clinical studies; studies of genotoxic damage due to formaldehyde; mechanisms of bronchoconstriction, mechanisms of carcinogenesis, and animal experimentation.

2. United States Government documents concerning formaldehyde exposure levels of the residents in FEMA trailers post-Hurricane Katrina.

3. The potential for a completed exposure pathway consisting of the five elements required by the EPA in investigation of superfund sites as published by Joseph LaDou, 1997: a source of contamination, an environmental medium, a point of exposure, route(s) of exposure, and a receptor person or population.

5. Chemical causation was evaluated using the published Points for Consideration in Causal Reasoning as published by Kenneth Rothman, PhD, based on and including the proposals of Bradford Hill in 1965.

6. Chemical causation was evaluated using the published diagnostic and investigative methods of Janette D. Sherman, M.D which are based on the Bradford Hill Causal Considerations.

7. The causal criterion for temporality (as first proposed by Bradford Hill in 1965)

8. Biologic plausibility as defined by Bradford Hill MD and Kenneth Rothman, PhD, exists for the chemical exposure and the mechanism of development of the adverse health effects.

9. Methods for causal reasoning in determining General and Specific Causation: in accordance with the Reference Manual on Scientific Evidence 2nd edition: Reference Guides on toxicology, epidemiology, and medical testimony: external causation.

10. Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, Centers for Disease Control and Prevention, July 2, 2008

11. Press Release, CDC July 2, 2008; 1 pm EST

12. Fact Sheet: Final Report on formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, Centers for Disease Control and Prevention; FEMA

13. Fact Sheet: Lawrence Berkeley National Laboratories Study of Unoccupied Trailers, Centers for Disease Control and Prevention; FEMA

14. CDC Media Relations: February 14, 2008; CDC and FEMA Discuss Preliminary Test Results from Trailers and Mobile Homes in Louisiana and Mississippi.

15. Interim Findings on formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, Centers for Disease Control and Prevention, February 29, 2008.

16. Interim Report: VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units, Indoor Environment Department Lawrence Berkeley National Laboratory, May 8, 2008

17. Interim Staff Analysis: Formaldehyde and FEMA Trailers, July 2008

18. US House of Representatives, Committee on Science and Technology Subcommittee on Investigations and Oversight: Response to concerns of Formaldehyde in FEMA Travel Trailers, April 1, 2008

19. OSHA Formaldehyde Standard 1910.1048 including Appendix C

20. Medical records of Timia Dubuclet

6

DUB000211

**An opinion of General Causation focuses on the question as to whether the toxic agent is capable of causing disease, cancer, or other health effects.   The following considerations are included in rendering an opinion of General Causation:**

In reviewing the scientific literature, considerations of the following are made to determine whether a cause—effect relationship exists between an agent and disease. *(Reference Manual on Scientific Evidence, Federal Judiciary Center)*

Strength of the Association of disease and exposure
- The higher the relative risk, the stronger the association and the lower the probability that the effect is due to chance.

Consistency- Is there consistency—repeated observation of an association in different populations?

Dose-response or biological gradients–Are there dose-response relationships or evidence of biological gradients (duration of employment; years since last employment, etc.)?  Are there exposure measures that are applicable to the exposures of the individual?

Temporal –Is there a temporal relationship of disease to exposure?

Biologic Plausibility –Is the association biologically plausible?

Coherence-an association does not conflict with the natural history and biology of the disease

Experimental evidence

## Section 2.0  Formaldehyde

Formaldehyde ($CH_2O$) is a flammable, colorless and readily polymerized gas at ambient temperatures.  Formaldehyde is readily soluble in water, alcohols, and other polar solvents, but has a low degree of solubility in non-polar fluids.  Air is the most relevant compartment in the formaldehyde cycle. (WHO, 1989)

There are several indoor environmental sources that can result in human exposure to formaldehyde, including cigarettes and tobacco products and smoke, furniture containing formaldehyde-based resins, building materials containing urea-formaldehyde resins, adhesives containing formaldehyde used for plastic surfaces and parquet, carpets, paints, disinfectants, gas cookers, and open fireplaces. (WHO, 1989)

## Section 3.0  Toxicokinetics of Formaldehyde

Formaldehyde has a pungent odor detected at low concentrations, and its vapor and solutions are known skin and eye irritants in human beings.  Formaldehyde is readily absorbed in the respiratory and gastrointestinal tracts.  Dermal absorption of formaldehyde appears to be very slight.  The common effects of formaldehyde exposure

7

DUB000212

are various symptoms caused by irritation of the mucosa in the eyes and upper airways. In the non-industrial indoor environment, sensory reactions are typical effects, but there are large individual differences in the normal population and between hyperreactive and sensitized people. (WHO, 1989)

Formaldehyde (HCHO) is a carbonyl molecule that is highly reactive with tissues because it is a reactive electrophile. An electrophile is a molecule with a deficiency of electrons and so it reacts with other molecules to gain these electrons. As a result of this molecular bonding, formaldehyde forms protein-protein crosslinks, DNA-protein crosslinks, or incorporates itself into macromolecules and alters the integrity of the molecules with which it bonds.    (Casarett & Doull's, 2001) (IARC, 2004)

In humans, as well as in other animals, formaldehyde is an essential metabolic intermediate in all cells. It is produced endogenously from serine, glycine, methionine, and choline and is generated in the demethylation of nitrogen-, oxygen-, and S-methyl compounds. It is an essential intermediate in the biosynthesis of purines, thymidine and certain amino acids. The endogenous concentration of formaldehyde determined in the blood of human subjects not exposed to formaldehyde was $2.61 \pm 0.14$ µg/g blood. This concentration represents the total concentration of both free and reversibly bound endogenous formaldehyde in the blood. The concentration of formaldehyde measured in the blood of six human volunteers immediately after exposure by inhalation to 1.9 ppm [2.3 mg/m3] for 40 minutes was $2.77 \pm 0.28$ µg/g blood which did not differ from the pre-exposure concentration due to metabolically formed formaldehyde. The absence of an increase is due to the fact that formaldehyde reacts rapidly at the site of contact and is swiftly metabolized by human erythrocytes which contain formaldehyde dehydrogenase and aldehyde dehydrogenase. The half-time of formaldehyde in rat plasma after intravenous administration is reported to be approximately 1 minute. The blood concentrations of formaldehyde immediately after a single exposure of rats to 14.4 ppm were indistinguishable from those before exposure. (IARC, 2004)

The absorption of inhaled gases takes place mainly in the lungs. However, before a gas reaches the lungs, it passes through the nose, with its turbinates, which increase the surface area. Because the mucosa of the nose is covered by a film of fluid, gas molecules can be retained by the nose and not reach the lungs if they are very water soluble or react with cell surface components. In this regard, the nose acts as a "scrubber" for water-soluble gases and highly reactive gases, partially protecting the lungs from potentially injurious insults. (Casarett & Doull's, 2001)  Formaldehyde is water soluble and exerts its initial mechanistic toxicity on the nasal mucosa. The structure of the nose gives rise to complex airflow patterns, which have been correlated with the location of formaldehyde-induced nasal lesions in animal studies. (IARC, 2004)

Formaldehyde is used as a fixative in vitro because of its mechanistic properties of forming DNA-protein cross-links. In the nasal mucosa upon formaldehyde deposition, such DNA-protein cross-links are formed. Contact of formaldehyde with any mucosal or epithelial surface will result in DNA-protein cross-links upon contact. Thus the eyes, nose, and skin are vulnerable to formaldehyde contact with subsequent symptomology of

8

DUB000213

the irritant properties and potential for DNA-protein crosslinks. Toxicity of formaldehyde exposure is most likely to occur at sites that are near the portal of entry. Airborne formaldehyde irritates the eyes, nose, and throat in healthy humans. (IARC, 2004)

Sustained or high concentrations of formaldehyde may reach the pulmonary alveoli and diffuse through cell membranes in the pulmonary absorption of gases. DNA-protein cross-links in blood leukocytes have been used as a marker for exposure to formaldehyde in workers with chronic exposure. Formaldehyde is allergenic in nature and can result in allergic contact dermatitis and provocation of asthma attacks and increased respiratory symptoms in sensitized individuals. (IARC, 2004)

Formaldehyde can interact with water-soluble salts during inhalation and produce irritancy beyond that expected for the gas alone. When it was inhaled simultaneously with submicron sodium chloride aerosol, irritancy was augmented in proportion to the aerosol concentration, but this potentiation cannot be accounted for by a simple "carrier" effect of the aerosol. It appeared that the aerosol reacted with the formaldehyde to produce a product of a chemical transformation –perhaps methylene hydroxide. In addition to interactions with water-soluble particles, formaldehyde has been shown to interact with carbon-based particles to augment bacterial infectivity in a murine model. In this case, the potentiation appears to correlate with the surface carrying capacity of the inhaled particle. (Casarett & Doull's, 2001)

### 3.1 Bronchoconstriction via the Trigeminal Vagal Reflex

Formaldehyde is thought to act via sensory nerve fibers that signal through the trigeminal nerve to reflexsively induce bronchoconstriction through the vagus nerve. In guinea pigs, a 1 hour exposure to about 0.3 ppm of formaldehyde induces an increase in airflow resistance accompanied by a lesser decrease in compliance. Respiratory frequency and minute volume also decreased, but these changes do not become statistically significant until >10 ppm. The introduction of formaldehyde through a tracheal cannula to bypass nasal scrubbing greatly augments the irritant response, indicating that deep lung irritant receptors can also be activated by this vapor. (Casarett & Doull's, 2001)

Acute airway effects of formaldehyde were studied in BALB/c mice. Concentration and time-effect relationships of formaldehyde on the airways were investigated. With concentrations up to 4 ppm, formaldehyde showed mainly sensory irritation effects of the upper airways that decrease the respiratory rate from a trigeminal reflex. The no-effect level (NOEL) was about 0.3 ppm. This value is close to the human NOEL, which is about 0.08 ppm. The upper airway irritant, formaldehyde, showed the same types of respiratory effects in humans and in BALB/c mice. (Nielsen, et al. 1999)

9

DUB000214

**3.2  Bronchoconstriction via deregulation of S-nitrosoglutathione (GSNO) turnover**

Asthma is one of the most common chronic inflammatory disorders of the airways of the lungs, affecting more than 300 million people all over the world.  Nitric oxide (NO) is endogenously produced in mammalian airways by nitric oxide synthase (NOS) and is known to regulate many aspects of human asthma, including the modulation of airway and vascular smooth muscle tone and the inflammation.  Asthmatic patients show an increased expression of inducible nitric oxide synthase (iNOS) in airway epithelial cells and an increased level of NO in exhaled air.  (Brata et al., 2007)

Endogenous nitric oxide is an ubiquitous gaseous molecule that regulates many aspects of human airway biology including the modulation of airway and vascular smooth muscle tone.  It is generated from the three different enzymes (nitric oxide synthases (NOS) -1, -2, and -3) which are all expressed in pulmonary cells.  NOS-1 is localized primarily to neuronal structures, where NO is a mediator of the inhibitory Non-Adrenergic Non-Cholinergic System and NOS-3 is present in endothelial cells. While these enzymes are constitutively expressed, NOS-2 is an inducible enzyme independent of calcium and highly induced in inflammatory diseases such as allergic asthma, where NO may act beneficial or deleterious depending on the site of and amount of generation. (Fischer A, Folkerts G, et al. 2002)  In the autonomic nervous system NO functions as a major non-adrenergic non-cholinergic (NANC) neurotransmitter.  This NANC pathway plays a particularly important role in producing relaxation of smooth muscle in the cerebral circulation, the gastrointestinal, urogenital and respiratory tracts.  (Bredt DS, 1999)

Conventionally, asthma is defined as involving both airway inflammation and airway smooth muscle hyper-responsiveness.  Animal studies demonstrate that mice lacking an S-nitrosothiol reductase  have allergen-induced airway inflammation but do not have airway hyper-responsiveness.  These data are consistent with recent clinical evidence that: (i) S-nitrosothiol signaling is abnormal in human asthma, (ii) nitric oxide in exhaled air might be only a biomarker for the metabolism of more physiologically relevant nitrogen oxides and (iii) the biochemical response to airway inflammation is central to asthma pathophysiology.  (Henderson and Gaston, 2005)

Thompson et al (2008) report that recent evidence on pulmonary biology and the pharmacokinetics and toxicity of formaldehyde support the induction of airway hyperresponsiveness and asthma from formaldehyde inhalation exposure.  Altered thiol biology from accelerated enzymatic reduction of the endogenous bronchodilator S-nitrosoglutathione and pulmonary inflammation from involvement of Th2-mediated immune responses might serve as key events and cooperate in airway pathophysiology. Formaldehyde  induces changes in nitric oxide (NO) disposition because enzymatic reduction of the endogenous bronchodilator S-nitrosoglutathione (GSNO)  is dependent upon GSNO reductase (formally designated as alcohol dehydrogenase-3, ADH3), which also serves as the primary enzyme for cellular detoxification of formaldehyde. Formaldehyde influences ADH3-mediated GSNO catabolism.  Data suggest that

DUB000215

deregulation of GSNO turnover provides a plausible enzymatically based mechanism by which formaldehyde might exacerbate asthma and induce bronchoconstriction. (Thompson and Grafstrom, 2008)

### Section 4.0 Acute Symptoms caused by Formaldehyde Exposure and Associated Exposure Concentrations

The odor threshold for 50% of the people exposed to formaldehyde is between 0.06 mg/m$^3$ (0.049 ppm; 49 ppb) and 1.2 mg/m$^3$ (0.98 ppm). The eye irritation threshold is between 0.01 mg/m$^3$ (0.008 ppm; 8 ppb) and 1.9 mg/m$^3$ (1.55 ppm), and for throat irritation is between 0.1 mg/m$^3$ (0.081 ppm; 81 ppb) and 3.1 mg/m$^3$ 2.52 ppm. (Patty's Toxicology, 2001) The conversion factor: mg/m$^3$ = 1.23 x ppm (IARC 2004)

Formaldehyde exposure provokes pharyngeal irritation in occupational and environmental settings. Laryngitis has also been reported as a reaction of exposure to formaldehyde. Chronic exposure to formaldehyde was related to episodes of aphonia and pharyngeal irritation (laryngeal mucosa and vocal cords were swollen) that disappeared when occupants were away from work. (Patty's Toxicology, 2001)

In acute toxicity studies, human subjects experienced eye irritation at 0.5 ppm in an experimental chamber. Irritating effects in the upper respiratory tract begin at 0.1 ppm and become more common at 0.2 ppm. Symptoms in the lower airways such as cough, chest tightness, and wheeze are observed at higher levels (>0.5 ppm). Exposures to 2-3 ppm cause acute nose, throat, and eye irritation. (Patty's Toxicology, 2001)

Headache, nausea, vomiting, and diarrhea have been reported by people exposed to concentrations that range from 0.02 to 4.15 ppm in residential environments. Neurobehavioral effects, such as headache, dizziness, nausea, memory loss, and sleeping problems were also observed among histology technicians exposed to concentrations from 0.2 to 1.9 ppm. (Patty's Toxicology, 2001)

Prolonged exposure to low concentrations of the vapor can result in irritation of the eyes and inflammation of the eyelids, and sensitive persons might develop an allergic skin rash. At levels of 25-50 ppm, tissue damage may occur, but recovery tends to be rapid and complete after removal from exposure. Levels of 10 ppm cause lacrimation and can be tolerated for only a few minutes. Cases of bronchial asthma have been reported as a result of occupational exposure to formaldehyde. (Patty's Toxicology, 2001)

Values for inhalation levels as published in Sittig (1991) are as follows: Irritation of the nose and throat can occur after an exposure of 0.25 ppm to 0.45 ppm. Levels between 0.4 ppm and 0.8 ppm can give rise to coughing and wheezing, tightness of the chest and shortness of breath. Sudden exposures to concentrations of 4 ppm may lead to irritation of lung and throat severe enough to give rise to bronchitis and laryngitis. Breathing may be impaired at levels above 10 ppm and serious lung damage may occur at 50 ppm.

11

DUB000216

Exposure to airborne levels of formaldehyde of 0.4 ppm have brought on tearing and irritation. (Sittig, 1991)

The World Health Organization reports that the individual odor detection thresholds cover a wide concentration range. For a group of 50 observers, Berglund et al (1987) showed that the 50-percentile detection threshold for formaldehyde odor was 145 ppb, the 10-percentile threshold was 20 ppb, and the 90-percentile threshold was 500 ppb. (WHO, 1989) The difference between odor and irritation concentration may be noticeable, but there is no evidence that there is a threshold at which odor is superseded by irritation. However, for most inhaled odorous compounds, the trigeminal nerve has a higher threshold than the olfactory nerve (Montcrieff, 1955). When the formaldehyde concentration is increased and affects both the eyes and the nostrils, sensory irritation is first experienced in the eyes, then the odor is perceived, and finally nasal irritation occurs. (WHO, 1989)

It has been shown that sensory irritation is the earliest human reaction to formaldehyde, both in exposure studies and from complaints about indoor environments. Since differences in individual reactions to formaldehyde are large in both the normal population and in hyperreactive and sensitized persons, it is difficult to estimate a concentration guaranteed not to produce negative reactions in the general population. (WHO, 1989)

It should be noted that the above mentioned acute exposure symptoms were determined in healthy adults of the general population and not in sensitive populations such as children, the elderly, or those with chronic illness. A number of factors would appear to be involved in differential sensitivities of sensitive populations to xenobiotics. See sections 13.1 and 13.2.

### Section 5.0   Histological Changes in Upper Respiratory Tract Mucosa

Numerous studies demonstrate histological changes in the upper respiratory tract mucosa of both animals and humans.

### 5.1 Animal Studies

Holmstrom et al, 1989, studied histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde and wood dust. A pilot study was performed on four groups of Sprague-Dawley rats: one group was exposed to formaldehyde only at 12.4 ppm. One other group was exposed to wood dust and formaldehyde, the third to only wood dust, and the fourth was a control. After 104 weeks of exposure, the nose and lungs were examined histologically. One well differentiated squamous cell carcinoma was found in the formaldehyde group. Squamous cell metaplasia was found significantly more often among the formaldehyde-exposed rats. On microscopic examination of the lungs, emphysema was more often found in the groups exposed to wood dust compared with the control group. In the formaldehyde only group, two rats had emphysema.

12

DUB000217

Wilmer, 1987, reports on tritiated thymidine labeling of cells in the nasal epithelium of rats exposed to formaldehyde for 3 days to 4 weeks. The tritiated thymidine labeling determined the rate of cell turnover in the respiratory epithelium of the nose in cells lining the nasal and maxillary turbinates, the septum and the lateral wall. The results showed that the interrupted exposure of rats to 10 or 20 ppm formaldehyde induced more pronounced nasal effects than uninterrupted exposure to 5 ppm or 10 ppm formaldehyde. The findings allow the conclusion that the exposure concentration rather than the total dose determine the severity of the cytotoxic effect.

Ionescu J, et al, 1978, describes experimental chronic obstructive lung disease in rabbits with bronchopulmonary changes induced by prolonged exposure to formaldehyde. The prolonged exposure to formaldehyde induces in the rabbit lung reactional and dystrophic changes involving the intrapulmonary bronchi, the bronchioli and the lung tissue. These changes are represented by bronchial cell hyperplasia with hypermucigenesis, extrusion of bronchial cells, bronchiolar hypermucigenesis, parcellary squamous metaplasia or necrobiosis of epithelia, thickening of bronchial and bronchiolar walls by subepithelial cell accumulations, destruction of musculo-elastic structures with stenosis or ectasia. The vascular reactions are hyperhaemic and proliferative with an obstructive and fibrous tendency. The parenchymal lesions are atelectasias, intralobular emphysema, and cellular thickening of alveolar walls and interlobular areas.

Zwart A., Woutersen RA, et al, 1988, reports on the cytotoxic and adaptive effects in rat nasal epithelium after 3-day and 13-week exposure to low concentrations of formaldehyde vapour. Wistar rats were exposed to 0, 0.3, 1, and 3 ppm formaldehyde vapor for 6 hours per day, five days per week during 3 days and 13 weeks, using in vivo [3H]thymidine labeling for cell proliferation studies , and light and electron microscopy for detecting morphological effects. After 3 days of exposure a nearly log-linear relationship was found between cell turnover and exposure concentration reaching a 10-fold increase in the 3 ppm group, and suggesting challenge of the mucociliary and/or regenerative defence systems not only at 3 ppm but also at 0.3 and 1 ppm. The most likely adaptive mechanism at this more posterior level of the nose seemed to be the mucociliary defence apparatus.

## 5.2 Human Studies

Edling et al, 1988 published studies on occupational exposure to formaldehyde and histopathological changes in the nasal mucosa. The authors reported that 2 mm biopsies were performed on 75 men who worked in particle board processing plants or laminae plants. Exposures of the men were in the range of 0.1-1.1 mg/m3 (81-894 ppb). Only three of the 75 men had a normal ciliated pseudostratified columnar epithelium. Fifty-nine men had metaplasia and six had dysplasia. Loss of cilia occurred as changes from the normal epithelium evolved to metaplasia.

Boysen et al., 1990 published a pilot study of nasal mucosa in workers exposed to formaldehyde. Nasal biopsies were performed from the anterior curvature of the middle turbinate of the nasal cavity that was judged to have the best air flow. Of 28 workers

13

DUB000218

with rhinoscopical findings, 9 had hyperplastic nasal mucosa.  Of 37 formaldehyde exposed workers, three had dysplasia.  These workers had been exposed daily to formaldehyde at concentrations ranging from 0.5 to 2 ppm.  Keratinizing stratified squamous epithelium was described in one formaldehyde exposed worker.

Holmstrom and Wilhelmsson, 1988, studied respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde alone and in combination with wood dust.  Discomfort from both the upper and lower airways was more frequent in the exposed group than in the unexposed group.  In the group exposed to formaldehyde alone, and with a history of nasal blocking, there was significant nasal mucosal swelling.  The nasal mucociliary clearance was significantly delayed, and the sense of smell was significantly reduced in the exposed groups when they were compared with the referents.  Spirometry showed a significantly decreased forced vital capacity in the exposed groups.

Ballenger, 1984, reports that if formaldehyde reacts as a hapten and produces toxicity by involvement of the immune mechanism the level of reactivity may be far below 0.05 ppm.  Formaldehyde is considered to be a weak hapten.  It is highly soluble in nasal fluids and so is efficiently removed by nasal inhalation before it reaches the nasopharynx.  If it is absorbed onto a small particle it may be carried deeper into the lower respiratory tract.  The cleansing nasal mucociliary flow rate is slowed in humans, particularly anteriorly, when exposed to concentrations of formaldehyde of 0.25-1.6 ppm.  It is commonly agreed that a decrease in the mucociliary flow rate is consistent with inauguration of nasal disease.

## Section  6.0  ATSDR Minimal Risk Levels

According to the Agency for Toxic Substances and Disease Registry (ATSDR, July1999), the respiratory tract, especially the upper respiratory tract, is a critical target of the toxicity of airborne formaldehyde.   In the 1999 Toxicological Profile on Formaldehyde, ATSDR reports on acute controlled-exposure human studies, studies of humans exposed acutely or repeatedly under occupational or residential conditions, and on studies of animals exposed by inhalation for acute, intermediate, and chronic durations.

The toxicological profiles published by ATSDR include an examination, summary and interpretation of available toxicological information and epidemiologic evaluations of a hazardous substance.  Minimal risk Levels (MRLs) are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration for a given route of exposure.  An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse noncancer health effects over a specified duration of exposure.  MRLs are based on noncancer health effects only and are not based on a consideration of cancer effects.  (ATSDR, 1999)

14

DUB000219

MRLs are derived for acute (1-14 days), intermediate (15-364 days), and chronic (365 days and longer) durations and for the oral and inhalation routes of exposure. MRLs are generally based on the most sensitive chemical-induced end point considered to be of relevance to humans. Serious health effects (such as irreparable damage to the liver or kidneys, or birth defects) are not used as a basis for establishing MRLs. Most MRLs contain a degree of uncertainty because of the lack of precise toxicological information on the people who might be most sensitive to the effects of hazardous substances. These sensitive populations include infants, children, elderly, nutritionally or immunologically compromised individuals. ATSDR uses a conservative or protective approach to address this uncertainty consistent with the public health principle of prevention. Proposed MRLs undergo a rigorous review process: Health Effects/MRL Workgroup reviews within the Division of Toxicology, expert panel peer reviews, and agency wide MRL Workgroup reviews, with participation from other federal agencies and comments from the public. (ATSDR, 1999)

The acute inhalation MRL (1-14 days) for humans is 0.040 ppm (40 ppb). Nasal washings were performed in two groups, an occupationally exposed test group with skin hypersensitivity to formaldehyde and an unexposed control group. (Pazdrak K, et al., 1993)   Both groups were non-smokers.   Both groups were given placebo inhalation periods and both groups were without effects on nasal wash cellular contents or symptom scores. Both groups were then exposed to a two hour exposure of 0.4 ppm formaldehyde with subsequent evaluations conducted at 4 and 18 hours after completion of the 2-hour exposure periods.   In both groups, placebo inhalation periods were without effects on nasal wash cellular contents or symptom score.   During exposure to 0.4 ppm formaldehyde, both groups showed statistically significantly increased symptoms which included sneezing, rhinorrhea, mucosal edema, and itching eyes in both groups. Symptom scores remained elevated for 18 hours after the original two hour exposure. Following formaldehyde exposure in both groups, nasal washings revealed that eosinophil counts were elevated for the duration of the post-exposure evaluation and albumin levels increased briefly (10 minutes).   No change in basophils numbers was noted.   The authors concluded that the symptoms observed were the result of a non-specific, non-allergic process in response to low-level formaldehyde vapor exposure. Eosinophils may have protective properties by neutralizing histamine.   However, no increase in basophil counts were noted. Eosinophils may also have damaging properties by liberating mediators that damage epithelial surfaces. (ATSDR, 1999)

The intermediate inhalation MRL (15-364 days) for humans is 0.03 ppm (30 ppb). Cyanomolgus monkeys were exposed to varying concentrations of formaldehyde from $0.19 \pm 0.02$, $0.98 \pm 0.08$ to $2.95 \pm 0.18$ ppm for 22 hours per day, 7 days per week for 26 weeks. (Rusch G, et al., 1983) Monkeys in the 2.95 ppm group exhibited increasing hoarseness, nasal congestion and nasal discharge, especially during the last 13 weeks of the study. While some nasal symptoms were noted in the lower dose groups, they were observed to be inconsistent and were not substantiated histologically. A statistically significant increased incidence of squamous metaplasia and hyperplasia of the nasal epithelium was clearly observed in the 2.95 ppm group, but no significant increase was found in the lower dose groups. In determining the intermediate MRL, the exposure

15

concentration was not adjusted to a continuous exposure basis based on evidence that concentration is more important than the product of concentration and duration of exposure in determining the severity of formaldehyde-induced epithelial damage in the upper respiratory tract. (ATSDR, 1999)

The chronic inhalation MRL (365 days and longer) for humans is 0.008 ppm (8 ppb). The chosen study (Holmstrom et al, 1989) examined histological changes in nasal tissue specimens from a group of 70 workers in a chemical plant that produced formaldehyde and formaldehyde resins for impregnation of paper, a group of 100 furniture factory workers working with particle board and glue components, and a non-exposed, control group of 36 office workers in the same village as the furniture factories. Estimates of personal breathing zone air concentrations ranged from 0.04 to 0.4 ppm for the chemical workers, from 0.16 to 0.4 ppm for the furniture workers, and from 0.07 to 0.13 ppm in the late summer for the office workers, with a year round medial of 0.07 ppm. The mean histological score for the chemical workers was statistically different from the control score. These histological changes consisted of loss of cilia, goblet cell hyperplasia, cuboidal and squamous cell metaplasia replacing columnar epithelium. The exposure concentration was not adjusted to a continuous exposure basis based on evidence that concentration is more important than the product of concentration and duration of exposure in determining the severity of formaldehyde-induced epithelial damage in the upper respiratory tract. Histological changes of nasal specimens was statistically significant when compared to the non-exposed control group. (ATSDR, 1999)

The Minimal Risk Level for chronic oral ingestion (365 days and longer) of formaldehyde is 0.2 ppm (200 ppb) in humans. The Til et al, 1989 study was chosen by ATSDR for development of the chronic oral MRL. Animals were exposed to formaldehyde in their drinking water for 2 years. In high dose animals (82mg/kg/day), histopathological examination revealed gastric changes including papillary epithelial hyperplasia accompanied by hyperkeratosis and focal ulceration in the forestomach, and focal chronic atrophic gastritis, occasionally accompanied by ulceration and/or glandular hyperplasia in the glandular stomach. Histopathological examinations of the kidneys showed that the incidence and degree of renal papillary necrosis increased in week 105 in high-dose animals. (ATSDR, 1999)

## Section 7.0  Chronic Health Effects caused by Formaldehyde Exposure

### 7.1  Respiratory Tract Sensitization

Formaldehyde is a low-molecular weight compound that is extremely soluble in water and haptenates human proteins easily. Occupational exposure to formaldehyde has been associated with the occurrence of asthma, although it has been difficult to demonstrate antibodies to formaldehyde in the affected individuals. (Casarett & Doull's, 2001)

Gu et al, 2008, reports that long-term exposure to gaseous formaldehyde promotes allergen-specific IgE-mediated immune responses in a murine model. The study

16

DUB000221

illustrated that the threshold limit of formaldehyde, 0.08 ppm (as defined by the World Health Organization), did not cause ovalbumin-specific IgE inflammatory immune responses, but higher than threshold concentrations of formaldehyde gas result in both enhanced allergen-specific IgE responses and NI (Natural Killer)-cell activity in peripheral blood cells in a murine model. Thus, formaldehyde gas may be involved in promoting allergic inflammatory effects in subjects primed with specific allergens by NK-cell activation. These results indicate that even threshold concentrations of formaldehyde gas may play a regulatory role for "systemic" cell-mediated immune responses. It is conceivable that increased time indoors may enhance pre-existing allergic symptoms by concomitant exposure to volatile organic compounds and formaldehyde. The affordable limit for formaldehyde might be much lower than currently established levels in indoor environments. (Gu, 2008)

Nordman, et al., (1985) gave a total of 230 patients, who suffered from "asthma like" respiratory symptoms, a bronchial provocation test with formaldehyde. On the basis of the medical and occupational histories of the patients, the specific bronchial provocation test and other test results, 12 cases were considered to be caused by specific sensitization to formaldehyde. (WHO, 1989)

Burge, et al., (1985) reported tests on 15 formaldehyde-exposed workers with symptoms suggesting occupation-related asthma. Bronchial provocation tests with a mean formaldehyde concentration of 4.8 mg/m$^3$ (3.9 ppm) [no range given] showed 3 subjects with delayed bronchiospasm and 6 with an immediate reduction in forced expiratory volume in one second (FEV1). (WHO, 1989)

Eight cases of occupational asthma (3 smokers, 5 non-smokers) were reported among 28 members of the nursing staff at a haemodialysis unit where formalin was used to sterilize the artificial kidney machine (Hendrick and Lane, 1977). In 2 out of 5 subjects with histories of recurrent attacks of wheezing, inhalation provocation tests led to asthmatic attacks similar to those at work. (WHO, 1989)

Hendrick, et al., (1982) reinvestigated the nurses of the haemodialysis unit. One nurse had not worked with formaldehyde since 1976 and had had no further symptoms. Her 1981 test (15 minute exposure to 7.2 mg/m3 [5.85 ppm] formaldehyde did not provoke any asthmatic response. The other nurse had continued to work with formaldehyde, though under much improved conditions, and had continued to suffer mild intermittent attacks of asthma. Her test (5-minute exposure to 3.6 mg/m3 [2.93 ppm] formaldehyde) provoked a late asthmatic reaction similar to the one observed in 1975. (WHO, 1989)

Rumchev, et al., (2002) examined formaldehyde exposure in relation to asthma among young children (between 6 months and 3 years old) in a population-based control study carried out in Perth, Western Australia, between 1997-1999. An association between exposure to formaldehyde and asthma in young children has been suggested. The study found seasonal differences in formaldehyde levels in the children's bedrooms and living rooms with significantly greater formaldehyde exposure during the summer period for the case and control subjects. The generalized estimating equation model showed that

17

DUB000222

children exposed to formaldehyde levels of ≥ 60 µg/m3 (49 ppb) are at increased risk of having asthma. The results suggest that domestic exposure to formaldehyde increases the risk of childhood asthma.

Krzyzanowski, et al., (1990) studied the relation of chronic respiratory symptoms and pulmonary function to formaldehyde in homes of a sample of 298 children (6-15 years of age) and 613 adults. Significantly greater prevalence rates of asthma and chronic bronchitis were found in children from houses with HCHO levels 60-120 ppb than in those less exposed, especially in children also exposed to environmental tobacco smoke. In children, levels of peak expiratory flow rates (PEFR) decreased linearly with formaldehyde exposure, with the estimated decrease due to 60 ppb of formaldehyde equivalent 22% of PEFR level in nonexposed children. The effects in asthmatic children exposed to formaldehyde below 50 ppb were greater than in healthy ones. The effects in adults were less evident; decrements in PEFR due to formaldehyde over 40 ppb were seen only in the morning, and mainly in smokers.

Casset, et al., 2006, studied domestic exposure to low concentrations of formaldehyde and the effect on respiratory health. Potentiation of the response to allergens has been observed in animals and children. This effect has also been found on respiratory symptoms, with a 39% increase in the risk of asthma for a domiciliary exposure of more than 60 µg/m3 (49 ppb). In a study with asthmatics sensitized to house dust mite, the response to allergen provocation was increased following a 30 minute exposure to 100 µg/m3 (81 ppb) of formaldehyde. The data show that mild exposure to formaldehyde in the home is sufficient to provoke sensitization and also an aggravation of symptoms in patients with allergic asthma.

Wantke, et al., 1996, studied sixty-two eight-year-old children attending three forms at a primary school. Children initially attended school in a frame construction with particleboard used extensively as paneling and later were transferred to a brick building for schooling. Indoor formaldehyde concentrations were measured in classrooms. In the frame construction with paneling, formaldehyde levels were 0.075 ppm and 0.069 ppm. Assessment of specific IgE to formaldehyde was done in all children. Children were transferred to a brick building and 3 months later specific IgE to formaldehyde in pupils showing initially elevated radioallergosorbent test (RAST) values reassessed. In all children symptoms were evaluated by questionnaire before and 3 months after changing school. RAST classes of ≥ 2 were found in three children, two of them attending the classroom with 0.075 ppm formaldehyde. Elevated RAST classes of ≥ 1.3 were found in another 21 pupils. Thirty-eight pupils as well as 19 control children showed RAST classes in the normal range of ≤ 1.2. Headache, nose bleeding, rhinitis, fatigue, cough, dry nasal mucosa and burning eyes were found in the affected children. There was a good correlation between symptoms and the formaldehyde concentrations in the classrooms. However, elevated IgE levels to formaldehyde did not correlate with symptoms. Formaldehyde concentrations in the brick building school were 0.029 ppm , 0.023 ppm, and 0.026 ppm. After transfer to the brick school, specific IgE to formaldehyde decreased significantly (P < 0.002) as did the incidence of symptoms. The authors conclude that gaseous formaldehyde, besides its irritant action, leads to IgE-

18

DUB000223

mediated sensitization. As children are more sensitive to toxic substances than adults, threshold levels for indoor formaldehyde should be reduced for children.

Franklin P, et al, 2000, report that exposure to domestic levels of formaldehyde has been associated with adverse respiratory symptoms in both adults and children. Exhaled nitric oxide was measured in 224 healthy children and formaldehyde levels were monitored in their homes. Exhaled nitric oxide levels were significantly elevated in children living in homes with average formaldehyde levels greater than 50 ppb. The results suggested that exposure to formaldehyde in homes may invoke a subclinical inflammatory response in the airways of healthy children.

Pati and Parida, 2005, report that environmental exposures in early life that affect immune maturation appear to be the key factors for the development of asthma. A population based case-control study was carried out in Orissa India on young children aged between 6 months and 3 years old. Results indicated that age, gender, family history of asthma, atopy and domestic exposure to indoor environmental factors were significant predictors of asthma early in life. The study found that indoor exposure to formaldehyde, volatile organic compounds, and house dust mite significantly increased the risk of having asthma.

Tavernier et al, 2006, studied asthmatic and non-asthmatic children and their indoor environments. The study has shown that there were very few differences in the indoor environments of English asthmatic and nonasthmatic children. However, once asthma has been established, the presence of endotoxin is positively associated with an asthmatic child's living room carpet reservoir dust.

Smedje and Norback, 2001, studied relationships between indoor pollutants and incidence of asthma diagnosis and self-reported allergy. Among children without a history of atopy, a new asthma diagnosis was more common at higher concentrations of formaldehyde and total moulds in the classroom air.

Erdei et al, 2003, examined the relationship between immune biomarkers and indoor air pollution cross-sectionally in school children 9-11 years of age who had immunologically related respiratory diseases and who resided in Hungarian cities. Numerous immune biomarkers were significantly elevated in these sensitive children, compared with normal children and several biomarker alterations in these children were related to high concentrations of air pollutants in the home. Bacterial-specific IgGs were related significantly to formaldehyde concentrations.

In people with asthma and allergic sensitization to the dust mite Dermatophagoides pteronyssinus, inhalation of 100 μ/m3 formaldehyde for 30 minutes caused a significant increase in bronchial responsiveness to the mite. ((Casset A, 2006; Dales, 2008)

Mi et. Al., 2006, studied current asthma and respiratory symptoms among pupils in Shanghai, China. Most urban schools in Asia are naturally ventilated buildings, often situated in areas with heavy ambient air pollution from industry or traffic. The classes

19

DUB000224

are large, and window opening is the only way to remove indoor pollutants, but this results in increased exposure to outdoor pollution. The authors conclude that asthma symptoms among pupils in Shanghai can be influenced by lack of ventilation and outdoor air pollution from traffic. The indoor levels of formaldehyde were low when compared with the air quality guidelines of 100 µg/m3 (SHO, 1987), and not significantly associated with respiratory symptoms. The indoor mean concentration of formaldehyde was 9 µg/m3, similar to the outdoor level in Shanghai of 7-9 µg/m3 measured during winter conditions.

Garrett et al, 1998, measured formaldehyde levels in 80 houses in Victoria, Australia. The median indoor formaldehyde level was 15.8 µg/m3 (12.6 ppb), with a maximum of 139 µg/m3 (111 ppb). There was an association between formaldehyde exposure and atopy with an increase in bedroom formaldehyde levels of 10 µg/m3. More severe allergic sensitization was further demonstrated with increasing formaldehyde exposure. Among children suffering from respiratory symptoms, more frequent symptoms were noted in those exposed to higher formaldehyde levels. The authors conclude that low-level exposure to indoor formaldehyde may increase the risk of allergic sensitization to common aeroallergens in children.

Zhao et al, 2008, studied the associations between pupils' asthmatic symptoms and indoor and outdoor air pollution in schools, as well as selected home exposures, in a coal-burning city in north China. The authors concluded that indoor chemical air pollutants of mainly outdoor origin could be risk factors for pupils' respiratory symptoms at school, and home exposure to ETS and chemical emissions from new furniture could affect pupils' respiratory health.

Smedje, 1997, studied the prevalence of current asthma among secondary pupils and its relationship to the school environment, as well as personal factors and domestic exposures. The authors concluded that the quality of the school environment is of importance and may affect asthmatic symptoms.

Smedje, 2001, studied relationships between indoor pollutants and incidence of asthma diagnosis and self-reported allergy. The incidence of asthma diagnosis was higher in pupils attending schools with more settled dust and more cat allergen in this dust. Among children without a history of atopy, a new asthma diagnosis was more common at higher concentrations of formaldehyde and total moulds in the classroom air.

Olsen and Dossing, 1982, studied seven newly built day care centers in two boroughs to the north of Copenhagen at the end of 1978. Particle board was used for the indoor paneling in all these buildings. A disproportionately large number of sick days among the staff of mobile day care centers together with characteristic irritative symptoms from the mucous membranes attracted attention to the formaldehyde content in the particle board as a possible etiological factor. A significantly higher frequency of irritation of the eyes and upper respiratory tract, unnatural drowsiness, headache, menstrual irregularities and use of analgetics among 70 persons working in mobile day care centers compared to 34 persons in permanent control institutions chosen at random from the same residential

20

areas. In the seven mobile day care centers the median formaldehyde concentration was 0.43 mg/m3 and the natural ventilation below 0.5 changes per hour, while the measurements in two permanent day care centers resembling the control institutions showed formaldehyde concentrations about 0.08 mg/m3 and a natural ventilation rate of 0.6-1.1 changes per hour.

Asthma has been defined as having three phenotypic characteristics: intermittent and reversible airway obstruction; increased airway responsiveness to contractile stimuli; and airway inflammation. Pulmonary inflammation is a hallmark of asthma and is directly related to asthma severity as a function of acute and chronic airflow obstruction. One potential mechanism of action for air toxics is through enhancement of airway inflammation. Inflammation in asthma, however, has diverse pathways, mirroring the complexity of the disease. Three general mechanisms of inflammation in asthma include immunoglobulin E (IgE)-mediated, neurogenic, and irritant induced. (Delfino, 2002)

## 7.2  Eczema

The prevalence of asthma and allergic diseases (rhinitis and eczema) has increased in industrialized countries in the last two decades. In the same countries, there is tendency for the prevalence to be higher in urban than rural areas and to vary according to socio-economic status. Allergic disease results from a complex interaction between host genetics and environmental exposures. Since changes in host genetics occurring over so short a time scale is an unlikely explanation for the temporal trends in allergy prevalence, it is likely that the marked changes in environmental, life style and living conditions are known to have occurred in the last decades and are responsible for these differences. (Barreto, et al., 2006)

Formaldehyde differs in its sensitizing profile from other allergens. A background of combined type I and type IV sensitivity has been proposed. Its protein binding to the skin may influence the test pattern. Formaldehyde is also a difficult allergen to test with, as the optimal test concentration/dose is close to the threshold of irritation. Careful optimization of the allergen dose in relation to the irritant dose is necessary. (Fischer, et al. 1995)

Eberlein-Konig, 1998, reports on experiments in which the effect of short-term exposure to formaldehyde on patients with atopic eczema or control subjects are presented. The influence of formaldehyde on the epidermal barrier function and skin surface, transepidermal water loss (TEWL) and skin roughness were measured. In patients with atopic eczema, TEWL was significantly increased after exposure to formaldehyde. The study showed that short-term exposure to low concentrations of formaldehyde can induce skin surface changes, especially a disturbance of the epidermal barrier function. For formaldehyde exposure experiments, a concentration of 0.08 ± 0.02 ppm was used. (64 ppb to 96 ppb). Formaldehyde exposure induced a significant increase of TEWL in patients with atopic eczema but not in control subjects. The known irritant properties of formaldehyde may be the cause of this worsened epidermal barrier function. The results of this study indicate that exposure to even low concentrations of

21

pollutants for a short period of time can influence skin surface parameters, especially the skin barrier function. It might very well be that exposure to pollutants at higher concentrations, for a longer period of time, or both may lead to clinical deterioration of atopic eczema.

A cross-sectional study examined the relationship between formaldehyde exposure and the prevalence of allergic disorders in Japan. (Matsunaga et al., 2008) Formaldehyde levels of 47 ppb or more were independently associated with an increased prevalence of atopic eczema (adjusted odds ration = 2.25 (95% CI 1.01-5.01). The positive association was more pronounced in women with a negative familial allergic history than in those with a positive familial allergic history.

Held et al., 1999, performed a retrospective study to evaluate the prevalence of positive, doubtfully positive, and irritant patch test reactions to cosmetics in consecutive eczema patients who visited a patch-test clinic in a 2-year period. A comparison of certain characteristics was made between the group of patients with positive reactions (A) and the control eczema population and between the group of patients with the doubtfully positive reactions (B) and the control eczema population (C). The Odds Ratio at the 95% Confidence Level for formaldehyde positive patients was 7.29 (2.65-20.05) for comparison of Group A versus C (control group). The Odds Ratio at the 95% Confidence Level for formaldehyde positive patients was 4.03 (1.6-10.05) for comparison of Group B versus C (control group).

Mirshahpanah and Maibach (2007) used previously generated data from multicenter studies European Environmental and Contact Dermatitis Research Group (EECDRG) and North American Contact Dermatitis Group (NACDG), to compare patch test positivity of random sample and eczema populations, attempting to ascertain how one might extrapolate frequency from an eczema group to a general population. Data analysis provides a ratio of eczema population:random sample population for each allergen and an overall ratio of all allergens 5:1 for actual data and 6:1 for population-based estimates (according to the MONICA and CE-DUR systems). If the positivity rate were the same in each population, the ratio would approximate 1. The individual allergen ratio for formaldehyde was 11.6. Odds ratio calculations (NACDG vs sample) for formaldehyde at the 95% Confidence Level were 13.0305 (8.9213, 19.0324) and the $P$ value was 0.001. The Odds ratio calculations (EECDRG vs sample) for formaldehyde at the 95% Confidence Level were 2.8984 (1.9560, 4.2949) and the $P$ value was 0.0001. The odds ratio is defined, in this case as the relative likelihood that the allergen in question will elicit an allergic reaction in the contrasting groups, i.e. NACDG versus random sample population.

Agner (1999) studied formaldehyde-sensitive patients and the effect of extensive information and exposure assessment of formaldehyde on the prognosis of eczema. There was a trend that severe eczema was found more often in patients still exposed to formaldehyde. Patients who "paid attention to their allergy" had statistically significantly (P value less than 0.05) fewer eruptions than those who did not. Formaldehyde is probably the most ubiquitous of all known contact allergens. For patients who paid and

22

who did not "pay attention" to their allergies a statistically significant difference was found between patients with no/mild eczema and patients with severe eczema. ($P < .05$)

Bruynzeel et al, 1984, reports that most shampoos contain low concentrations of formaldehyde as preservative. The low concentration and short contact with the skin are probable reasons why dermatological problems from shampooing are rare in the ordinary user. Even in hairdressers, with much more frequent contact, formaldehyde contact sensitivity is rare. Patch tests in one women with eruptions attributed to the use of a shampoo showed a 1+ positive reaction to formaldehyde after 72 hours (negative at 24 and 48 hours).

DMDM hydantoin (dimethyloldimethyl hydantoin) is a formaldehyde donor used as a preservative in cosmetic products at concentrations up to 1%. DMDM hydantoin is produced by reacting formaldehyde with DM hydantoin (dimethylol hydantoin). Aqueous solutions of DMDM hydantoin contain up to 2% of the free aldehyde in equilibrium with the hydantoin. The presence of DMDM hydantoin in cosmetics may cause adverse effects in patients pre-sensitized to formaldehyde. (de Groot, et al., 1988)

Discoid or nummular eczema was first described in 1845. It is a clinical entity characterized by circular or oval plaques of eczema with a clearly defined border. It often overlaps with other clinical types of eczema, but has no specific histological features. (Fleming, 1997).

Formaldehyde is a common contact allergen. The prognosis of formaldehyde-sensitive patients is generally considered to be bad because of widespread exposure to formaldehyde. Eleven patients with contact dermatitis exhibiting eczema due to formaldehyde were evaluated for the status of eczema at follow-up. Persistent eczema was noted in four of the eleven patients at follow-up evaluation. (Flyvholm and Menne, 1992)

Hovding (1961) reports on contact eczema due to formaldehyde in resin finished textiles. Free formaldehyde in textiles for consumer use is undesirable because it will produce objectionable odors, and as a consequence of its considerable sensitizing properties, may cause dermatitis in the consumer.

Formaldehyde penetrates human and animal skin. If some amount of the molecule or its metabolites did not penetrate, allergic contact dermatitis could not occur. It is of great practical importance to know whether a given patient will cross-react to related to aldehydes. Sensitization to formaldehyde is reported in Guinea pig experiments. (Maibach, 1980)

Maurice et al, 1986, reports on anaphylactic shock caused by formaldehyde (F) in a patient undergoing long-term hemodialysis. The patient had presented with contact dermatitis caused by formaldehyde before anaphylaxis. Patients undergoing long-term hemodialysis are often exposed to formaldehyde, since it is used to sterilize adhesives, surgical devices, and dialyzers. A case report of Ig-E mediated anaphylaxis to

23

DUB000228

formaldehyde is presented.  Total serum IgE was very high at the time of the allergic reaction and declined rapidly within weeks as observed in some IgE mediated reactions in allergic individuals.  The clinical case presented suggests strongly that the anaphylactic reaction was due to formaldehyde and mediated by an IgE mechanism.  RAST to other products used in hemodialysis was negative.  Prick tests and patch tests were positive with formaldehyde at concentrations that do not elicit a positive reaction in nonallergic individuals or subjects tolerating formaldehyde.  The IgE antibodies detected by RAST appears to be specific for formaldehyde, since no significant nonspecific binding of the IgE to the F-HSA discs (human serum albumin) was noted and since HSA discs were tested against the patient's serum as another control.

Nedorost and Cooper (2001) report on the difficulty of distinguishing irritant from allergic contact dermatitis in patients with atopic dermatitis.  The difficulty  that may be related to the induction of  autoreactive T cells responding to skin proteins following antigen release after skin injury in atopic dermatitis.  Physical trauma or chemical injury to hyperpermeable skin releases intracellular proteins, including inflammatory mediators and autoantigenic proteins.  Cytokines may activate cells present in the immediate milieu and contribute, along with the chemokines, to the attraction of additional immunocytes into the tissue.  Depending on the stage of the lesion, the autoreactive T cells release type II (IL-4 and IL-5) or type I (interferon-$\gamma$) lymphokines and additional chemokines, further recruiting immunocytes capable of autoreactivity and amplifying skin inflammation (mast cells, eosinophils, and macrophages), resulting in a continuous propagation of dermatitis following injury.  The irritant capacity of contact allergens, although of minimal import to normal skin, may be more significant and break threshold for inducing nonspecific inflammation in patients with atopic dermatitis, who have impaired barrier function of the stratum corneum that allows greater penetration of large molecules. Atopic patients are often repeatedly exposed to sensitizers through nonintact, eczematous skin, and this may explain the equality of sensitization of nonatopic and atopic subjects in occupations such as hairdressing.  Delayed (7-day) patch test readings are especially important in atopic patients to distinguish allergy from irritancy and to evaluate for steroid allergy.

Pedersen (1980) reports on a case of occupational hand eczema from formaldehyde in price labels.   The price labels were examined for content of formaldehyde and was positive and measured to be 6 $\mu$g/label.  Although the patient used a machine for labeling, she was in contact with the labels when she loaded the machine.

Rostenberg et al (1952) presents a study of five patients with sensitivity to formaldehyde. The patient with an eczematous formaldehyde sensitivity had a marked specificity with respect to the sensitivity, whereas the person with an urticarial formaldehyde sensitivity did not.

Cronin (1991) reports that formaldehyde is a significant allergen in women with hand eczema.

24

Seheynius et al, 1993,  reports that IgE antibodies in serum specific to formaldehyde were found in only two of the 15 patients with positive patch tests.  These two had no clinical signs of atopy, and their contact sensitivity was relevant and strong, as shown by patch tests.  Of the eight patients with atopic dermatitis, only three were positive on the repeat patch testing, and none of them had specific IgE antibodies.   The authors also detected IgE positive cells in patients with very low serum IgE levels, although in low numbers.  Double immunofluorescence staining experiments showed that IgE occurred on Langerhans' cells.  The proportion of IgE-positive cells correlated to the level of serum IgE, but not to atopy.  This study contrasts with the recent report of Ward et al, (1991) showing that IgE positive cells when found within both epidermis and dermis were indicative of atopy.

Takahashi et al, 2007, reports on a prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas.  The occurrence of both allergic and non-allergic systemic complications and increased levels of immunoglobulin E (IgE)   against formaldehyde in medical students during anatomy dissection courses have been noted in previous studies.  In this study students with an episode of atopic dermatitis and allergic rhinitis were susceptible to formaldehyde exposure and developed mucocutaneous symptoms, probably due to the impaired barrier function and remodeling of the skin and mucosa.

 Wuthrich et al (2007) reports that there are two main subtypes of atopic eczema:  the IgE-associated ("atopic eczema") and the non-IgE-associated type ("nonatopic eczema") with different prognosis concerning the development of respiratory diseases ("atopy march").

Delayed type (Type IV) hypersensitivity is commonly manifested in clinical practice as allergic eczematous contact dermatitis (AECD).  This reaction can be transferred by lymphoid cells but not serum and parallels other T lymphocyte immune responses. (Weston 1976)

Atopic dermatitis is a chronic inflammatory skin disease associated with elevated serum IgE levels and sensitization to a variety of inhalant, food and microbial allergens. (Leung, 1993)

Giwercman et al, 2008, report that hand eczema is a common disease with various risk factors of which atopic dermatitis is known to be one of the most important.  Recently, two mutations in the gene coding for filaggrin, a protein important for the skin barrier, have repeatedly been shown to be associated with atopic dermatitis.

Brown and Irvine (2008) report that the discovery that null mutations in the filaggrin gene are associated with atopic eczema and represents the single most significant breakthrough in understanding the genetic basis of this complex disorder.

Investigations of atopic dermatits  in human patients and animal models suggest that this disease is initiated, maintained and perpetuated by the actions of cytokines,

25

chemokines, T cells, antigen-presenting cells and other inflammatory cells. There is also evidence of skin barrier defect and angiogenesis.

The manifestation of atopic eczema/dermatitis syndrome is believed to result from a complex interrelationship of environmental factors, pharmacological abnormalities, skin barrier defects, and immunological phenomena. (von Bubnoff et al, 2003)

## Section 8.0  Carcinogenesis

Formaldehyde is carcinogenic to humans (Group 1) as classified by the International Agency for Research on Cancer, 2004. There is sufficient evidence in humans for the carcinogenicity of formaldehyde. There is sufficient evidence in experimental animals for the carcinogenicity of formaldehyde. (IARC, 2004)

## 8.1  DNA Damage

Formaldehyde demonstrates positive effects in large number of in-vitro tests for genotoxicity, including bacterial mutation, DNA strand breaks, chromosomal aberrations and sister chromatid exchange. Studies in humans showed inconsistent results with regard to cytogenetic changes (micronuclei, chromosomal aberrations and sister chromatid exchange). The frequency of DNA-protein cross-links was found to be significantly higher in peripheral lymphocytes from exposed workers. (IARC, 2004)

**Formaldehyde also induces genetic damage at concentrations as low as 0.1 mM and inhibits DNA repair in bronchial cells.** Inhalation of formaldehyde has been shown to induce the formation of DNA-protein cross-links in nasal tissue from rats and monkeys, including decreased extractability of DNA from proteins, labeling studies and isolation of DNA by HPLC. The formation of DNA-protein cross-links is a non-linear function of formaldehyde concentration, described by an initial linear component with a shallow slope and a second linear component with a steeper slope that follows a significant decrease in survival of the cells and depletion of GSH. (IARC, 2004)

Formaldehyde inhalation causes formation of DNA-protein cross-links (DPX) in the nasal mucosa of Fischer 344 (F344) rats and rhesus monkeys. DNA- protein cross-links are considered to be part of the mechanism by which cytotoxic and carcinogenic effects of formaldehyde in laboratory animals are exerted. DNA protein cross-links data have been used as a measure of tissue dose in cancer risk assessments for formaldehyde. Anatomically accurate, computational fluid dynamics models of the nasal airways of F344 rats, rhesus monkeys, and humans were used to predict the regional flux of formaldehyde to the respiratory and olfactory mucosa. The relative levels of nasal mucosal DPX in rats, rhesus monkeys, and humans for a given inhaled concentration of formaldehyde were predicted by the model to vary with concentration. (Conolly, 2000)

Casanova (1994) demonstrated DNA-protein cross-links and cell replication at specific sites in the nose of F344 rats exposed subchronically to formaldehyde. Casanova

26

DUB000231

exposed male rats to formaldehyde gas by inhalation 6 hours/day, 5 days/week for 11 weeks 4 days at 0.7, 2, 6, or 15 ppm. On the fifth day of the twelfth week, the rats were exposed for 3 hours to 14C-formaldehyde at the same concentrations and were sacrificed immediately after cessation of exposure. DNA-protein cross-links were determined in the mucosal lining of the nasal lateral meatus (a formerly determined high-tumor sits) and the medial and posterior meatuses (a formerly determined low-tumor site). The high-tumor and low-tumor designations refer to the incidence of formaldehyde-induced tumors found at these sites during a chronic exposure bioassay. (Monticello, 1996) The quantity of cross-links produced in a single exposure to airborne formaldehyde (denoted as the acute DPX yield) has been used by the US Environmental Protection Agency (EPA) (1991) as a measure of internal dose for low-dose risk estimation.

Casanova et al (1991) exposed rhesus monkeys to 0.7, 2, or 6 ppm 14C-formaldehyde gas by inhalation for 6 hours. The monkeys were sacrificed immediately after the end of the exposure, and mucosal samples were taken from the anterior lateral walls and septum, the nasopharynx, and the middle turbinates of the nose. Concentrations of cross-links (pmol/mg DNA) were highest in the mucosa of the middle turbinates; lower concentrations were produced in the anterior lateral wall/septum and nasopharynx. Very low concentrations were found in the larynx/trachea/carina and in the proximal portions of the major bronchi of some monkeys exposed to 6 ppm but not to 0.7 ppm. The pharmacokinetics of cross-link formation in the nose were interpreted using a model in which the rate of formation is proportional to the tissue concentration of formaldehyde. Using this model, the concentration of cross-links formed in corresponding tissues of different species can be predicted by scaling the pharmacokinetic parameter that depends on minute volume and quantity of nasal mucosal DNA. Concentrations of cross-links that may be produced in the nasal mucosa of adult men were predicted based on experimental data in rats and monkeys. The rate of formation of DNA-protein cross-links can be regarded as a surrogate for the delivered concentration of formaldehyde.

Costa (2008) studied thirty pathological anatomy laboratory workers. The workers were tested for a variety of biological endpoints, cytogenetic tests (micronuclei, MN; sister chromatid exchange, SCE) and comet assay. The level of exposure to formaldehyde was evaluated near the breathing zone of workers. **The range of exposure was 0,04-1.58 ppm (mean exposure was 0.36-0.52 ppm).** Genetic damage was studied by means of MN, SCE and comet assay (comet tail length, TL). In addition, the influence of polymorphic genes of xenobiotic metabolizing enzymes and DNA repair enzymes on the biomarkers was also analyzed. Micronuclei frequency was significantly higher (p=0.003) in the exposed subjects when compared with controls. SCE mean value was significantly higher (p<0.05) among the exposed group compared with control group. Comet assay data showed a significant increase (p<0.05) of TL in formaldehyde-exposed workers with respect to the control group. A positive correlation was found between formaldehyde exposure levels and MN frequency and TL. Regarding the effect of the genetic polymorphisms studied the study did not find any effect on the genotoxic endpoints.

27

Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde were studied by Burgaz et al, 2001. The frequency of micronuclei (MN) in cells of the nasal mucosa was evaluated for 23 individuals in pathology and anatomy laboratories exposed to FA. The measured air concentrations of formaldehyde (FA) in the breathing zone of the laboratory workers were between 2 and 4 ppm. This study suggests that low exposure to formaldehyde is associated with cytogenetic changes in epithelial cells of the nasal region and that nasal mucosa cells exposed through respiration is an important target of FA-induced genotoxic effects.

The frequency of micronuclei (MN) and cytology of respiratory nasal mucosa cells were evaluated in 15 non-smokers exposed to formaldehyde in a plywood factory. Mean levels of exposure to formaldehyde ranged from about 0.1 mg/m3 in the sawmill and shearing-press departments to 0.39 mg/m3 in the warehouse area. Nasal respiratory cell samples were collected near the inner turbinate using a brush for endocervical cytology. A higher frequency of micronucleated cells was observed in the exposed group than in the controls. Cytological examination indicated chronic phlogosis in the nasal respiratory mucosa of plywood factory workers, with a high frequency of squamous metaplasia cells. (Ballarin et al, 1992)

Recio (1997) reports on oncogene and tumor suppressor gene alterations in nasal tumors. The development of nasal tumors in humans and rodents is likely mediated through the accumulation of genetic alterations in genes that regulate cell proliferation, cell death, and differentiation (oncogenes and tumor suppressor genes). Molecular genetic studies on nasal squamous cell carcinomas (SCC) in rats thus far have indicated the presence of oncogenes unrelated to the ras oncogene family and that p53 mutation occurs at a high frequency among the nasal SCC examined. The finding of p53 mutations in rat nasal SCC and the high prevalence of p53 mutations among human SCC, indicates that a common molecular alteration is shared between rodent and human SCC.

Shaham (2003) examines DNA protein crosslinks (DPC) and p53, which are generally known to be involved in carcinogenesis, in peripheral blood lymphocytes of workers exposed to formaldehyde. Results suggest that DNA protein cross-links and mutation in p53 may represent steps in formaldehyde carcinogenesis and a possible causal relation between DPC and mutation in p53. These biomarkers can be applied in the assessment of the development of cancer due to formaldehyde exposure.

Hester SD, et al., 2003, studied formaldehyde-induced gene expression in F344 rat nasal respiratory epithelium. Twenty-four of the 1,185 genes queried were significantly up-regulated and 22 genes were significantly downregulated. The identified genes with formaldehyde-induced change in expression belong to the functional gene categories xenobiotic metabolism, cell cycle, apoptosis, and DNA repair. These data suggest that multiple pathways are dysregulated by formaldehyde exposure, including those involved in DNA synthesis/repair and regulation of cell proliferation.

28

DUB000233

### 8.2  Quantitative levels of risks of respiratory tract cancer—data derived from animal studies

The critical health effects of formaldehyde exposure include sensory irritation and the potential to induce tumours in the upper respiratory tract. In the literature, a concentration as low as 0.24 ppm has been reported to be irritating to the respiratory tract in humans. Nasal tumour-inducing levels in experimental animals seem to be 1-2 orders of magnitude larger. With the Bench Mark Dose software, it was estimated that at a level of 1 ppm, only 9.5% of healthy volunteers experience "moderate" (i.e. annoying) eye irritation (95% upper confidence limit. **From the results of the long-term inhalation toxicity studies in experimental animals, a level of 1 ppm formaldehyde has been considered a NOAEL for nasal injury.**   (Arts, et al., 2006)

IARC (2004) concluded that both genotoxicity and cytotoxicity have important roles in the carcinogenesis of formaldehyde in nasal tissues. Therefore, based primarily upon data derived from animal studies, inhalation of formaldehyde under conditions that induce cytotoxicity and sustained regenerative epithelial proliferation within the respiratory tract is considered to represent a carcinogenic hazard to humans. Airborne levels of formaldehyde below 1 ppm, therefore, seem low enough to protect workers against nasal tissue damage, and consequently, also against the potential risk of nasal cancer. **Risks of respiratory tract cancer are considered to be negligibly low below 1 ppm.** (Arts, et al., 2006)

Kamata et al (1997) reports on results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats. Male F-344 rats were exposed by inhalation to gaseous formaldehyde at 0.3, 2, and 15 ppm 6 hours/day, 5 days/week for 28 months. Nasal tumors were macroscopically evident in the 15 ppm group from the 14th month and 8 of 32 rats bore such tumors at the 24th month. Histopathological examination revealed both squamous cell papillomas and carcinomas. No nasal tumors were observed in the lower exposure groups (0.3 and 2 ppm groups). Epithelial cell hyperplasia, hyperkeratosis, and the squamous metaplasia were apparent in all exposure groups. Inflammatory cell infiltration, erosion or edema were evident in all groups, including the control groups. **The benchmark doses for squamous metaplasia and epithelial hyperplasia were 0.25 and 0.24 ppm respectively.**

Monticello et al, 1989, studied the effects of formaldehyde gas on the respiratory tract of rhesus monkeys. Three rhesus monkeys were exposed to room air, or 6 ppm formaldehyde for 5 days per week for 1 or 6 weeks, and the respiratory tract was assessed for nature and extent of histologic responses and changes in epithelial cell proliferation rate. Lesions were characterized by mild degeneration and early squamous metaplasia confined to specific regions of the transitional and respiratory epithelia of the nasal passages and the respiratory epithelium of the trachea and major bronchi.

Formaldehyde-induced lesions were associated with increases in cell proliferation rates up to 18-fold over controls, which remained significantly elevated after 6 weeks of exposure. Histologic lesions and increases in cell proliferation were most extensive in

29

DUB000234

the nasal passages and were minimal in the lower airways, whereas the maxillary sinuses exhibited no evidence of a response to formaldehyde exposure. Based on the extent of lesions and cell proliferation data, it appears that the monkey is more sensitive than the rat to the acute and subacute effects of formaldehyde at 6 ppm. (Monticello, 1989)

## Section 9.0  Studies of Upper Respiratory Cancer

### 9.1  Human studies

The National Cancer Institute Cohort (NCI) was one of the largest of the cohort studies which included over 25,000 workers (88% men) who had first been employed before 1966 in one of 10 industrial facilities in the USA. Blair et al (1986, 1990) at the NCI, USA conducted the first studies. Blair reports a causal role for formaldehyde is the most probable for cancers of the nasopharynx and, to a less extent, the nasal cavities. Evidence of exposure-response relationships, the fact that direct contact with formaldehyde may occur at these upper respiratory sites, and the consistency of these findings with experimental studies make this assumption highly probable. Reports Relative risks for nasopharyngeal cancer by level or duration of exposure to formaldehyde. At lower level/duration the RR = 4.0 and at higher level/duration a RR = 7.5 . Utilizing both Roush et al data (RR = 2.3) and Vaughan et al data (RR = 1.4) for higher level/duration, Blair calculated a total RR of 2.1 which is statistically significant ($p \leq 0.05$). (Blair et al. 1990)

Hauptmann (2003, 2004) updated studies of the National Cancer Institute cohort of over 25,000 workers employed in facilities that manufactured formaldehyde, formaldehyde resins, molding compounds, molding plastic products, photographic films, and plywood. He followed the cohort through to 1994 with a comprehensive evaluation of historical levels of exposure to formaldehyde and of other potentially confounding exposures. (IARC, 2004)

Based on eight cases, a significant excess mortality from nasopharyngeal cancer was observed among formaldehyde-exposed workers in comparison with the national population (SMR, 2.10; 95% CI, 1.05-4.21). A highly statistically significant (*p* trend < 0.001) exposure-response relationship was observed between peak exposure to formaldehyde and risk for nasopharyngeal cancer. (IARC, 2004)    (Hauptmann 2003, 2004)

Other studies document positive findings for increased risk of nasopharyngeal cancer. Overall, the Working Group concluded that the results of the study of industrial workers in the USA, supported by the largely positive findings from other studies provided sufficient epidemiological evidence that formaldehyde (FA) causes nasopharyngeal cancer in humans. (IARC, 2004)

Hansen J, and Olsen JH, 1995, provide evidence that occupational exposure to formaldehyde increases the risk for sino-nasal cancer. Cancer morbidity in Denmark

30

during 1970-1984 was estimated from standardized proportionate incidence ratios (SPIR) among men whose longest employment had been held since 1964, at least 10 years before diagnosis, in 265 companies in which exposure to formaldehyde was identified.  For sino-nasal cancer, a relative risk of 3.0 (95% CI 1.4-5.7) was found among blue-collar workers with no probable exposure to wood dust.

Vaughan, Strader, et al, 1986 (II), investigated the association between residential formaldehyde exposures and the risk of cancers of the pharynx, sinus and nasal cavity.  A population-based case-control study was carried out in 13 counties of Washington.  A strong association was found between a history of having lived in a mobile home and Nasopharyngeal cancer.  The risk increased with the number of years lived in a mobile home:  for those with 1 to 9 years the OR = 2.1 (95% CI  0.7-6.6) and for those with 10 or more years, the OR = 5.5 (95% CI = 1.6-19.4).

Hayes (1986) published a case-control study of nasal and paranasal sinus tumors in males diagnosed between 1978 and 1981 in the Netherlands that was designed to identify environmental risk factors.  Two independent assessments of the association between possible formaldehyde exposure and the risk for nasal cancer were carried out (Assessments A and B).  By Assessment A the age-adjusted relative risk for nasal cancer associated with formaldehyde exposure was 2.5 (90% CI, 1.5-4.3).

Nasopharyngeal carcinoma (NPC) is a very rare tumor which occurs at a yearly rate of < 1 per 100,000 in most countries.  However, in a few geographic regions and among certain ethnic groups, this tumor occurs at relatively high rates.  The highest incidence of NPC is reported from South-east Asia.  In Hong Kong, the incidence of NPC between 1978 and 1982 was 30/100,000 among males and 12.9/100,000 among females.  In Rizal province, The Philippines, the age-standardized incidence of NPC during the period 1978-1982 was 4.7/100,000 among males and 2.6/100,000 among females, rates which are intermediate between those in China and in western countries.    West et al, 1993 studied non-viral risk factors for nasopharyngeal carcinoma in the Philippines in a case-control study of 104 predominantly non-Chinese (less than 10% ethnically Chinese) cases of nasopharyngeal carcinoma and 205 hospital and community controls.  Results of the analysis of the association between estimates of occupational exposure to formaldehyde and NPC were as follows:  Subjects first exposed to formaldehyde before the age of 25 years were at a 2.7 fold excess risk of disease (95% CI = 1.1-6.6) and those first exposed 25 or more years preceding diagnosis or interview were at a 2..9 fold excess risk of developing NPC (95% CI = 1.1-7.6).  Those exposed to formaldehyde less than 15 years had an adjusted Relative Risk of 2.7 (95% CI = 1.1-6.6).

A case-control study of cancer of the nose and paranasal sinuses was conducted in France to determine whether occupational exposure to formaldehyde was associated with an increased risk of sinonasal cancer.  (Luce et al, 1992)  Exposures to 14 other substances or groups of substances were also studied.  Several exposure variables (lifetime average level, duration, cumulative level) were used to describe the risk related to exposure to formaldehyde and adenocarcinoma of the sinonasal cavities.  Among males exposed to medium or high levels of wood dust, the risk of adenocarcinoma

31

associated with formaldehyde was significantly elevated for the highest exposure categories for average level (OR = 5.3, 95% CI = 1.3-22.2), cumulative level (OR = 6.9, 95% CI = 1.7-28.2) and duration of exposure (OR = 6.9, 95% CI = 1.7 = 27.8). Although a residual confounding effect of wood dust could not be excluded, this study suggests that exposure to both formaldehyde and wood dust may increase the risk of nasal adenocarcinoma, by comparison with the risk due to wood dust alone.

Vaughn et al, 2000, report on a multicentered, population based case-control study that was carried out at five cancer registries in the United States participating in the National Cancer Institute's SEER program. Histological type of cancer was abstracted from clinical records of the registries. Potential exposure to formaldehyde and wood dust was assessed on a job by job basis by experienced industrial hygienists who were blinded as to case or control status. For formaldehyde, after adjusting for cigarette use, race, and other risk factors, a trend of increasing risk of squamous and unspecified epithelial carcinomas was found for increasing duration (p=0.014) and cumulative exposure (p=0.033). The odds ratio (OR) for people cumulatively exposed to >1.10 ppm-years was 3.0 (95% CI = 1.3-6.6) compared with those considered unexposed. By contrast, there was no association between potential exposure to formaldehyde and undifferentiated and non-keratinizing carcinomas. There was little evidence that exposure to wood dust increased risk of NPC, as modest crude associations essentially disappeared after control for potential exposure to formaldehyde.

Wood-dust exposure is a serious confounding factor, as it is associated with both sino-nasal cancer and formaldehyde exposure. A study of 839 cases of cancer of the nasal cavities, sinuses and rhinophayrnx and 2,465 cancer controls diagnosed in Denmark during the period 1970-1982 was conducted. Histories of exposure to formaldehyde, wood-dust and 10 other specific compounds or procedures were assessed by industrial hygienists unaware of the case-control status of the cancer patients under study. A statistically significant excess risk (p < 0.05) for carcinoma of the nasal cavity and sinuses among males with a history of exposure to formaldehyde was found. (RR 2.8; 95% CI= 1.8-4.3 ever exposed). For those exposed for greater than 10 years, the Relative Risk was 3.1 (95% CI = 1.8-5.4). For those ever exposed to formaldehyde and also exposed to wood dust, the RR = 3.5 (95% CI = 2.2-5.6). For those with formaldehyde exposure for greater than 10 years and also exposed to wood dust, the Relative Risk was 4.1 (95% CI = 2.3-7.3). (Olsen, 1984)

## 9.2 Animal studies

Numerous studies of cancer were performed in experimental animals via inhalation, oral, and dermal exposure. Inhalation exposures were conducted in the mouse (Kerns et al 1983, Gibson, 1984) and rat (Kerns et al 1983, Gibson 1984, Kerns et al 1983, Morgan et al 1986, Albert et al 1982,, Sellakumar et al 1985, Feron et al 1988, Woutersen et al 1989, Holmstrom et al 1989, Monticello et al 1996, Kamata, 1997). A variety of non-neoplastic lesions (such as squamous-cell hyperplasia, squamous-cell metaplasia, and

DUB000237

dysplasia) were commonly found in the nasal cavities of mice and rats.  Squamous cell carcinomas were consistently found in mouse and rat studies.  (IARC, 2004)

### Section 10.0   International Agency for Research on Cancer Group 1 carcinogen classification (IARC, 2004)

The overall evaluation by the International Agency for Research on Cancer is that formaldehyde is carcinogenic to humans (Group 1).  There is sufficient evidence in humans for the carcinogenicity of formaldehyde.  There is sufficient evidence in experimental animals for the carcinogenicity of formaldehyde.

Examples of the excess risk for cancer in case-control studies of cancers of the nasal cavity, paranasal sinuses, and nasopharynx, and  exposure to formaldehyde as published in IARC, 2004 are as follows:

Hauptmann, 2003, 2004     Nasopharynx   SMR 2.10 (95% CI, 1.05-4.21)    FA

Olsen, et al., 1984  Sinonasal cancer
RR  2.8 (95% CI, 1.8-4.3) ever exposed
RR  3.5 (95% CI, 2.2-5.6) ever exposed; also exposed to wood dust
RR  3.1 (95% CI, 1.8-5.4) exposure for > 10 yrs
RR 4.1 (95% CI, 2.3-7.3) exposure for > 10 yrs; also exposed to wood dust

Hayes, et al., 1986  Nasal cavity and accessory sinuses
RR  2.5 (90% CI,  1.5-4.3)
RR  3.0  (95% CI, 1.2-7.8)  squamous-cell carcinoma only

Vaughn, et al., 1986  Nasal cavity and pharynx  (mobile homes)
RR  2.1 (95% CI,  0.7-6.6)  1-9 years
RR  5.5  (95% CI, 1.6-19.4) ≥ 10 years

Luce, et al., 1993     Nasal cavity and parasinuses
RR  5.33 (95% CI, 1.28-22.20)
RR  6.86 (95% CI, 1.69-27.80)

West, et al., 1993    Nasopharynx
RR 2.7  (95% CI, 1.1-6.6) occupation < 15 years
RR 2.7 (95% CI, 1.1-6.6) age < 25 years at first exposure
RR 2.9 (95% CI, 1.1-7.6) first exposure ≥ 25 years before diagnosis

Vaughn, et al., 2000  Nasopharyngeal carcinoma
RR 3.0 (95% CI, 1.3-6.6) cumulative exposure > 1.10 ppm-years

33

DUB000238

**Section 11.0  Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes—Centers for Disease Control and Prevention, July 2, 2008**

On August 28 and 29, 2005, Hurricane Katrina (Category 4) made landfall between New Orleans, Louisiana and Mobile, Alabama.  Shortly thereafter on September 24, 2008 Hurricane Rita (Category 3) made landfall along the Texas-Louisiana border.  Severe damage resulted to the homes of many families necessitating the provision of temporary housing by the Federal Emergency Management Agency (FEMA) to residents along the Gulf Coast.  (CDC Report, July 2, 2008)

From December 21, 2007 to January 23, 2008, the Centers for Disease Control and Prevention assessed levels of formaldehyde in indoor air of a random sample (519) of occupied FEMA-supplied trailers.  To evaluate levels of formaldehyde, investigators conducted a 1-hour continuous indoor air sample and sample measurements of indoor temperature and relative humidity.  Investigators conducted a walk-through survey to observe the exterior and interior of the trailer, and administered a short questionnaire to adult residents about occupant demographics and trailer characteristics.  (CDC Report, July 2, 2008)

The word **"trailers"** in the CDC report refers collectively to travel trailers, park models, and mobile homes.  Mobile homes are manufactured homes wider than 8 feet or longer than 40 feet for an area greater than 320 square feet.  They are built on permanent chassis, contain plumbing, heating, air-conditioning, and electrical systems.   They are designed for use as permanent dwellings.  Mobile homes are defined and regulated by the US Department of Housing and Urban Development (HUD).  Park models are manufactured homes of 320-400 square feet administrative exempted from HUD formaldehyde standards.  Park models may be regulated by transportation authorities and by manufacturer acceptance of a voluntary American National Standards Institute standard applying to their construction.  Travel trailers are wheel-mounted trailers designed to provide temporary living quarters during periods of recreation, camping, or travel.  Travel trailers generally have size limits, such as 8 feet wide and 40 feet long, for an area less than 320 square feet.  Travel trailers generally are considered vehicles rather than structures and are regulated by state transportation authorities rather than by housing authorities. (CDC Report, July 2, 2008)

Formaldehyde in homes is a longstanding issue.  Formaldehyde is frequently used in plywood, fiberboard, resins, glues, carpets, and several other construction components.  Prior to 1982, urea foam formaldehyde insulation was used in many homes.  In the past, pressed wood products often contained urea-formaldehyde resins.  Today many pressed wood products are constructed with phenol-formaldehyde products, commonly known as exterior-grade products.  (CDC Report, July 2, 2008)

Temperature, relative humidity (RH), ventilation, and age of house also contribute to differences in measured formaldehyde levels.  In longitudinal studies, formaldehyde emission rates were nearly constant over the first 8 months after construction, and then

34

began to decline, suggesting that formaldehyde off-gassing continues for extended periods but decreases with the age of the home. Studies also show that older homes have lower formaldehyde levels than do newer homes. (CDC Report, July 2, 2008)

The geometric mean of formaldehyde level for all trailers sampled was 77 ppb with a range of 3 to 590 ppb. The geometric mean formaldehyde level was 81 ppb for travel trailers, 44 ppb for park models, and 57 ppb for mobile homes. In all three trailer types, some trailers had formaldehyde levels greater than or equal to 100 ppb. Mobile homes and travel trailers each had levels greater than or equal to 300 ppb. The samples were taken during the winter months. Formaldehyde levels during the winter may not represent summer levels. (CDC Report, July 2, 2008)

Survey of occupant activities revealed the use of air conditioning in 71%, heat in 56%, and space heaters in 44% of the trailers. For 34% of trailers, residents reported someone had smoked in the trailer within 2 weeks before the sampling. Eighty-one percent of respondents cooked in their trailers. Pets were present in 25% of trailers, with dogs (20%) most commonly reported. More than 80% of respondents spent greater than eight hours in their trailer each day. (CDC Report, July 2, 2008)

Occupant activities directly preceding the sampling period included the following:
- within 3 hours before testing, 44% of homes had windows, doors, and scuttles open, and smoking had occurred in 19%.
- in the week before testing, 61% used air fresheners, 24% used candles, and 3 % used glue, paint, or furniture finish.
(CDC Report, July 2, 2008)

Respondents reported roof leaks in 17% of trailers, pipe leaks in 15%, and mold in 21%. Propane gas was the most commonly used fuel for cooking (71% of trailers). Six percent of trailers had at least 1 square foot of mold. (CDC Report, July 2, 2008)

Levels measured in this study are likely to underestimate past levels when trailers were hotter and more humid, and future levels of formaldehyde during summer months. Many of these trailers were greater than two years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes. Thus residents were probably exposed to higher levels of formaldehyde when their trailers were newer. (CDC Report, July 2, 2008)

35

DUB000240

**Section 12.0   Completed Exposure Pathways**

Actual exposure is effected only if there is a completed exposure pathway.  A completed exposure pathway consists of the following five elements:  a source of contamination, an environmental medium, a point of exposure, route(s) of exposure, and a receptor population.  (LaDou, 1997)  Some of the exposure pathways that should be considered include the following:

Inhalation of contaminants in air
Inhalation of contaminants in dust and particles
Incidental ingestion of contaminants in air
Incidental ingestion of contaminants in dust and particles
Dermal absorption from contaminated air
Dermal absorption from contaminated dust and particles

**Section 13.0   Sensitive Populations**

**13.1 Children**

There is considerable variability in responses of humans to xenobiotics.  The potential sensitivity of infants and children to chemicals was brought to the public's attention by a National Academy of Sciences report (NAS, 1993).  The ensuing Executive Order 13045, in 1997, directed all federal agencies to make protection of children a high priority and to consider risks to children when making policies and setting standards.  (Casarett & Doull's, 2001)

Animal studies reveal that immature animals are more sensitive to some but not all chemicals.  The younger and more immature the subject, the more different is its response from that of an adult.  Substantial anatomical, physiologic, and biochemical changes occur during infancy, childhood, and puberty.  There may be developmental periods, or "windows of vulnerability" when the endocrine, reproductive, immune, audiovisual, nervous, and other organ systems are particularly sensitive to certain chemicals.  Maturational changes may also substantially affect the kinetics and ensuing toxicity of toxic agents.   (Casarett & Doull's, 2001)

Despite a virtual "data vacuum", logical assumptions can be made about age-dependent changes in the kinetics and toxicity of xenobiotics.  GI absorption of solvents would not be expected to vary with age, since most solvents are rapidly and completely absorbed by passive diffusion.  Systemic absorption if inhaled VOCs may be greater in infants and children than in adults.  Infants' and children's cardiac output and respiratory rates are relatively high, although their alveolar surface area is lower than that of adults.  Reduced plasma protein binding capacity in neonates and infants may be of consequence for solvent metabolites.  Extracellular water, expressed as percentage of body weight, is highest in newborns and gradually diminishes through childhood.  Body fat content is high from about 6 months to 3 years of age, then steadily decreases until adolescence,

36

DUB000241

when it increases again in females.  Lipophilic solvents accumulate in adipose tissue, so more body fat would result in greater body burdens and slower clearance of the chemicals. (Casarett & Doull's, 2001)

Changes in xenobiotic metabolism during maturation may have the greatest impact on susceptibility to solvent toxicity and carcinogenicity.  Poisonings of premature and term newborns exposed to xenobiotics are primarily attributable to initial deficits in metabolic conjugation capacity.  Studies of human liver reveal that P450 isoforms are age-dependent and develop asynchronously, possibly by different mechanisms.  Systemic clearance of many drugs is higher in children than in adults.  It is generally believed that P450 activities are higher in infants and children than in adults.  It should be recognized that increased metabolic activation with production of reactive intermediates does not necessarily mean increased toxicity in children.  More rapid detoxification and elimination of these reactive intermediates may occur with some xenobiotics.  Increased rates of metabolism, urinary excretion of metabolites, and exhalation by children should hasten elimination and reduce body burdens of some solvent xenobiotics.  (Casarett & Doull's, 2001)

The net effect of immaturity on solvent disposition and toxicity is difficult to predict.  An age-related change in one parameter may be offset or augmented by concurrent changes in other parameters.  Susceptibility of immature subjects may be age-, organ-, chemical-, and species-dependent.  (Casarett & Doull's, 2001)

There are large individual differences in responses to formaldehyde exposure in the normal population and between hyperreactive and sensitized people.  (WHO, 1989)  Children differ from adults anatomically and physiologically.  The unique physiology and behavior of children can influence the extent of their exposures and their susceptibility to hazardous chemicals.  Depending on the chemical, children may be more or less susceptible than adults to health effects, and the effects may vary with developmental age.  Vulnerability often depends on developmental stage, with critical periods of structural and functional development during both prenatal and postnatal life.  (ATSDR, 1999)  Critical times for chemical exposure from environmental estrogens exist during puberty with its hormonal influences. (Parmigiani et al, 1998)  Damage may not be evident until a later stage of development. (ATSDR, 1999)

Xenobiotic metabolism may differ in a child from that of an adult.  Absorption may be different in neonates because of the immaturity of their gastrointestinal tract and their larger skin surface area in proportion to body weight.  Distribution of xenobiotics may be different because, for example, infants have proportionally more extracellular water in their bodies, and their brains and livers are proportionately larger.  Infants also have an immature blood-brain barrier, blood-testis barrier, and liver.  Many xenobiotic metabolizing enzymes have distinctive developmental patterns and levels may vary with the stage of growth.  Whether differences in xenobiotic metabolism make the child more or less susceptible also depends on whether the relevant enzymes are involved in activation of the parent compound to its toxic form or in detoxification.  There may also be differences in excretion, particularly in the newborn who has a low glomerular

37

DUB000242

filtration rate and has not developed efficient tubular secretion or resorption capacities. Children and adults may differ in their capacity to repair damage from chemical insults. Children also have a longer lifetime in which to express damage from chemicals, particularly in regards to cancer. Infants breath more air per kilogram of body weight than adults, however, their alveoli are less well developed with a disproportionately smaller surface area for absorption. (ATSDR, 1999)

The same type of effects that occur in adults are expected to occur in children. Damage in portal-of-entry tissues at exposure levels that exceed tissue detoxification mechanisms and symptoms of eye, nose, and throat irritation from airborne exposure to formaldehyde are expected to occur. Studies provide suggestive evidence that children may be more sensitive than adults to the irritant properties of airborne formaldehyde. (Krzyanowski et al, 1990; Wantke et al, 1996)

Children have different behavioral and lifestyle patterns that influence their susceptibility to hazardous exposures. Children drink more fluids, eat more food, and breathe more air per kilogram of body weight, and have a larger skin surface in proportion to their body volume. A child's diet often differs from that of adults. Children crawl on the floor and put things in their mouths. They may also ingest inappropriate things such as soil or paint chips. They may spend more time outdoors. Children are closer to the ground and may not have the judgment of adults to avoid hazards. Young children may spend a significant amount of time indoors (ATSDR, 1999)

Small children have mouthing habits that place products that may contain hazardous chemicals in their mouth, on their skin, or into their respiratory tract from sniffing. Small children may spend increased time on the flooring and carpeting. New carpeting or wood flooring materials with formaldehyde resins or coatings will release formaldehyde. Older carpets have been found to be a sink for formaldehyde if there are other indoor sources. Infants may be exposed to formaldehyde while crawling on carpets or sitting or playing on indoor carpeting. (ATSDR, 1999)

Children that live in mobile homes may be exposed to higher levels of formaldehyde compared to those that live in conventional homes because mobile homes have lower air exchange rates. Children that live in households that have a cigarette, cigar, or pipe smoker will also be exposed to higher levels of formaldehyde due to its presence in side stream smoke. (ATSDR, 1999)

### 13.2    The Elderly

A number of factors would appear to be involved in differential sensitivities of the elderly to xenobiotics. With aging, body fat usually increases substantially at the expense of lean mass and body water. Relatively polar solvents tend to reach higher blood levels during exposures. Relatively lipid-soluble solvents accumulate in adipose tissue and are released slowly to sites of action, metabolism, and elimination. Cardiac output diminishes 30 to 40 percent between the ages of 25 and 65, as do renal and hepatic blood flows. Researchers concluded that reduced clearance of flow- and capacity-limited

38

DUB000243

drugs in the elderly was due primarily to reductions in liver blood flow and liver size. A relationship between aging and P450 activities and content in the human liver has not been found. It has been determined that reduced urinary elimination of benzene metabolites in animal experimentation was due to decreased renal blood flow rather than altered formation of metabolites. (Casarett & Doull's, 2001)

The elderly, like infants and children, may be more or less sensitive to the toxicity of solvents than young adults. Data are lacking on age-dependent susceptibility of humans to solvents and other industrial chemicals. Older people appear to be more sensitive to CNS-depressant effects of ethanol, due in part to lower gastric alcohol dehydrogenase activity. Experiments have shown that aged rodents are more vulnerable to hepatocellular injury by some solvents. Rinkans, et al., 1999, have suggested that the greater liver damage could be due to increased inflammatory damage, due to age-related dysregulation of cytokines. Other major sources of variability and complexity in responses of geriatric populations to solvents include toxicodynamic changes, inadequate nutrition, the prevalence of disease states, and the concurrent use of multiple medications. (Casarett & Doull's, 2001)

Chen and Yu, 1996, performed animal studies that determined aging and dietary restriction reduce Aldehyde Dehydrogenase activities needed for the biotransformation and elimination of aldehydes. Davydov and Fomina, 2006, demonstrated that changes in activities of aldehyde dehydrogenase and aldehyde reductase in the liver after immobilization stress depended on animal age.

Apoptosis in tissues is induced by different kind of signals including endogenous aldehydes. In the cell, aldehydes can be metabolized by various isoforms of aldehyde dehydrogenase, aldehyde reductase, and glutathione-S-transferase. There is evidence suggesting that the catalytic properties of these enzymes change during ontogenesis, and that aging is accompanied by their reduced activities. These functional changes may contribute substantially to the alteration in the organism sensitivity to damaging action of stress factors during aging, to age-related modulation of the action of endogenous aldehydes as a signal for apoptosis, and finally to the origin of disease associated with aging. (Davydov, et al., 2004)

## 14.0   ATSDR MINIMUM RISK LEVELS (MRL)

| | Inhalation MRLs | | CDC FEMA trailer Formaldehyde Concentration |
|---|---|---|---|
| Acute MRL | = | **40 ppb**  (1-14 days) | **3 ppb — 590 ppb** |
| Intermediate MRL | = | **30 ppb**  (15 – 364 days) | **3 ppb — 590 ppb** |
| Chronic MRL | = | **8 ppb**  (365 days or longer) | **3 ppb — 590 ppb** |

DUB000244

## Section 15.0   Opinions

Based upon scientifically documented evidence in the literature, plaintiffs fact sheets, Government documents and reports, and established scientific methodology, the following considerations have been made:

….The scientific literature on formaldehyde documents the causal considerations of sufficient strength of association in epidemiologic studies and consistency of repeated observations of an association in different populations; cause and effect of mechanistic studies and consistency of repeated observations of such in numerous studies; Dose-response and biological gradients in both animal and epidemiologic studies; Temporal relationships are documented for exposures of formaldehyde and its biological effects; The associations of epidemiologic studies and the demonstrated effects of mechanistic studies are biologically plausible and consistent with the natural history and biology of the damage, disease, and cancer caused by formaldehyde; Experimental evidence in animals and *in vitro* studies supplement and confirm human studies in causal determination. Therefore, the following General Causation opinion is rendered:

….A cause—effect relationship exists between formaldehyde and upper respiratory tract damage and cancer.

….A cause—effect relationship exists between formaldehyde and bronchoconstriction/asthma.

…..A cause—effect relationship exists between formaldehyde and eczema.

40

DUB000245

## Section 16.0  References

Agner T, Flyvholm M, Menne T.  Formaldehyde Allergy:  A Follow-up STudy.  Am J Contact DErmatitis  10(1):12-17, 1999.

Arts JHE, Rennen MAJ, de Heer C  Inhaled formaldehyde:  Evaluation of sensory irritation in relation to carcinogenicity.  Regulatory Toxicology and Pharmacology 44:144-160, 2006.

Arts JHE, Setting an indoor air exposure limit for formaldehyde:  Factors of concern. Regulatory Toxicology and Pharmacology 52:189-194, 2008.

Ballarin C, Sarto F, Giacomelli L, et al., Micronucleated cells in nasal mucosa of formaldehyde-exposed workers.  Mutat Res 280:1-7, 1992.

Batra J, Chatterjee R, Ghosh B, Inducible nitric oxide synthase (iNOS): role in asthma pathogenesis. 44(5):303-309, 2007.

Ballenger, JJ.  Some effects of formaldehyde on the upper respiratory tract. Laryngoscope 94:1411-1413, 1984.

Barreto, Cunha, Neves, et al.  Risk factors and immunological pathways for asthma and other allergic diseases in children:  background and methodology of a longitudinal study in a large urban center in Northeastern Brazil (Salvador-SCAALA study).  BMC Pulmonary Medicine.  6:15 2006.  doi: 10.1186/1471-2466-6-15

Berke JH  Cytologic examination of the nasal mucosa in formaldehyde-exposed workers.  J Occup Med  29(8):681-684, 1987.

Bermudez E, Chen Z, Gross E, et al. Characterization of Cell Lines Derived from Formaldehyde-induced Nasal Tumors in Rats.  Molecular Carcinogenesis 9:193-199, 1994

Blair A, Saracci R, et al.  Epidemiologic evidence on the relationship between formaldehyde exposure and cancer. Scand J Work Environ Health. 16:381-393, 1990.

Bolt HM.  Experimental toxicology of formaldehyde.  J Cancer Res Clin Oncol. 113(4):305-309, 1987.

Boysen M, Zadig E, Digernes V, et al., Nasal mucosa in workers exposed to formaldehyde:  a pilot study.  Br J Ind Med 47:116-121, 1990.

Bredt DS.  Endogenous nitric oxide synthesis:  biological functions and pathophysiology.  Free Radical Research  31(6):577-596, 1999

Brown SJ, Irvine AD.  Atopic eczema and the filaggrin story.  Semin Cutan Med Surg 27(2):128-137, 2008.

Bruynzeel DP, et al.  Formaldehyde contact sensitivity and the use of shampoos. Contact dermatitis  10:179-180, 1984.

Burgaz S, CakmakG, et al., Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde.  Neoplasma, 48(2):144-147, 2001

Casanova M, Morgan, Steinhagen WH, et al.  Covalent Binding of Inhaled Formaldehyde to DNA in the Respiratory Tract of Rhesus Monkeys:  Pharmacokinetics, Rat-to-Monkey Interspecies Scaling, and Extrapolation to Man. Fundamental and Applied Toxicology.  17:409-428, 1991.

41

Casanova M, Morgan KT, et al. DNA-Protein Cross-links and Cell Replication at Specific Sites in the Nose of F344 Rats Exposed Subchronically to Formaldehyde. Fundamental and Applied Toxicology 23:525-536, 1994.

Casarett & Doull's Toxicology: The Basic Science of Poisons, 6th edition, ed. Curtis D. Klaassen, McGraw-Hill, New York, 2001.

Casset A, Purohit A, Marchand C, Le Calve S, et al., The bronchial response to inhaled formaldehyde. Rev Mal Respir, 23(1 Suppl):3S25-34, Feb 2006.

Chan LS. Atopic dermatitis in 2008. Curr Dir Autoimmun, 10:76-118, 2008.

Chen JJ, Yu BP, Detoxification of reactive aldehydes in mitchondria: effects of age and dietary restriction, Aging (Milano) 8(5):334-340, Oct 1996.

Conolly RB, Lilly PD, Kimbell JS. Simulation Modeling of the Tissue Disposition of Formaldehyde to Predict Nasal DNA-Protein Cross-Links in Fischer 344 Rats, Rhesus Monkeys, and Humans. Environmental Health Perspectives. 108(supp 5):919-924, 2000.

Conolly RB, Kimbell JS, et al. Human respiratory tract cancer risks of inhaled formaldehyde: dose-response predictions derived from biologically-motivated computational modeling of a combined rodent and human dataset. Toxicol Sci. 82(1):279-296, 2004.

Costa S, Coelho P, et al. Genotoxic damage in pathology anatomy laboratory workers exposed to formaldehyde. Toxicology. 252(1-3):40-48, 2008.

Cronin E. Formaldehyde is a significant allergen in women with hand eczema. Contact Dermatitis. 25:276-282, 1991.

Dales R, et al. Quality of indoor residential air and health. CMAJ 179(2):147-152, 2008

Davydov VV, Fomina EV, Age-related changes in activity of enzymes catalyzing oxidation-reduction of endogenous aldehydes in the liver of rats during immobilization stress. Bull Exp Biol Med, 141(1):17-19, Jan 2006.

Davydov VV, Dobaeva NM, Bozhkiv Ai, Possible role of alteration of aldehyde's scavenger enzymes during aging, Exp Gerontol, 39(1):11-16, Jan 2004.

de Groot AC, et al. Patch test reactivity to DMDM hydantoin: Relationship to formaldehyde allergy. Contact Dermatitis 18:197-201, 1988.

Delfino RJ, Gong H, et al. Asthma Symptoms in Hispanic Children and Daily Ambient Exposures to Toxic and Criteria Air Pollutants. Environ Health Perspectives 111(4):647-656, 2003.

Delfino RJ, Epidemiologic Evidence for Asthma and Exposure to Air Toxics: Linkages between Occupational, Indoor, and Community Air Pollution Research. Env Health Persp 110(suppl 4):573-589, 2002.

Eberlein-Konig, et al. Influence of air borne nitrogen dioxide or formaldehyde on parameters of skin function and cellular activation in patients with atopic eczema and control subjects. J Allergy Clin Immunol 101:141-143, 1998.

Edling C, Hellquist H, Odkvist L., Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa. Br J Ind Med 45:761-765, 1988.

Edling C, Odkvist L, Hellquist H, Formaldehyde and the nasal mucosa, Br J Ind Med 42(8):570-571, Aug 1985.

Edling C, Hellquist H, Odkvist L. Occupational formaldehyde exposure and the nasal mucosa. Rhinology 25(3):181-187, 1987.

DUB000247

Erdei E, Bobvos J, et al.  Indoor Air Pollutants and Immune Biomarkers among Hungarian Asthmatic Children.  Archives of Environmental Health 58(6):337-347, 2003.

d'Errico A, Pasian S., et al  A Case-control Study on Occupational Risk Factors for Sino-nasal Cancer  Occup Environ Med, Jan 19, 2009 [Epub ahead of print]

Fischer A, Folkerts G, Geppetti P, Groneberg DA.  Mediators of asthma:  nitric oxide.  Pulm Pharmacol Ther. 15(2):7381, 2002.

Fischer T, et al.  Clinical Standardization of the TRUE Test™ Formaldehyde Patch. in Exogenous Dermatology, Current Problems in dermatology.  22:24-30, 1995.

Fleming C, Parry E, et al.  Patch testing in discoid eczema.  Contact Dermatitis 36(5):261-264, 1997

Flyvholm and Menne.  Allergic contact dermatitis from formaldehyde.  Contact Dermatitis. 27:27-36, 1992.

Franklin P, Dingle P, Stick S.  Raised Exhaled Nitric Oxide in Health Children is Associated with Domestic Formaldehyde Levels.  Am J Respir Crit Care Med  161:1757-1759, 2000

Garrett MH, Hooper MA, Hooper BM, et al., Increased risk of allergy in children due to formaldehyde exposure in homes. 54(4):330-337, Apr 1999.

Garrett MH, Erratum Allergy 54(12):1327, 1999

Giwercman C, Lerbaek A, et al.  Classification of atopic hand eczema and the filaggrin mutations.  Contact Dermatitis, 59(5):257-260, 2008.

Gu Y, Fujimiya Y, Kunugita N.  Long-term exposure to gaseous formaldehyde promotes allergen-specific IgE-mediated immune responses in a murine model.  Hum Exp Toxicol. 27(1):37-43, 2008.

Hansen J, Olsen JH.  Formaldehyde and cancer morbidity among male employees in Denmark.  Cancer Causes Control. 6(4):354-360, 1995.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A, Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries.  J Natl Cancer Inst, 95, 1615-1623, 2003.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A. Mortality from solid cancers among workers in formaldehyde industries.  Am J epidemiol, 159:1117-1130, 2004.

Hayes RB Raatgever JW, de Bruyn A, et al., Cancer of the nasal cavity and paranasal sinuses, and formaldehyde exposure.  Int J Cancer, 37:487-494, 1986.

Hayes RB, Gerin M, Raatgever JW, et al., Wood-related occupations, wood dust exposure, and sinonasal cancer. Am J Epidemiol 124:569-577, 1986.

Hayes RB, Blair A, Stewart PA, Herrick RF, et al., Mortality of US embalmers and funeral directors. Am J Ind Med 18:641-652, 1990.

Held, Johansen, Agner, et al.  Contact allergy to cosmetics:  testing with patients' own products.  Contact Dermatitis. 40:310-315, 1999.

Henderson EM, Gaston B.  SNOR and wheeze: the asthma enzyme?  Trends Mol Med. 11(11):481-484, 2005.

Hester SD, Benavides GB, et al. Formaldehyde-induced gene expression in F344 rat nasal respiratory epithelium.  Toxicology 187(1):13-24, 2003.

Holmstrom M, Wihelmsson B,  Respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde and wood dust.  Scand J Work Environ Health 14:306-311, 1988.

DUB000248

Holmstrom M, Wilhelmsson B, Hellquist H., Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde alone and wood dust. Acta Otolaryngol (Stockh) 108:274-283, 1989.

Holmstrom M, Wilhelmsson B, Hellquist H, et al., Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and in combination with wood dust. Acta Otolaryngol (Stockh) 107:120-129, 1989.

Hovding G. Contact Eczema Due to Formaldehyde in Resin Finished Textiles. Acta Dermato-Venereologica 41:194-200, 1961.

Ionescu J, Marinescu D, Tapu V, Eskenasy A. Experimental chronic obstructive lung disease. I. Bronchopulmonary changes induced in rabbits by prolonged exposure to formaldehyde. Morphol Embryol (Bucur). 24(3):233-242, 1978.

Jeffery PK. Differences and similarities between chronic obstructive pulmonary disease and asthma. Clin Exp Allergy. 29(Suppl 2):14-26, 1999.

Kamata E, Nakadate M, et al. Results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats. J Toxicol Sci 22(3):239-254, 1997

Kerns WD, Pavkov KL, et al. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. Cancer Res. 43(9):4382-4392, 1983.

Krzyzanowski M, Quackenboss JJ, Lebowitz M, Chronic Respiratory Effects of Indoor Formaldehyde Exposure, Env Res 52:117-125, 1990.

Kimbell JS Nasal dosimetry of inhaled gases and particles: where do inhaled agents go in the nose? 34(3):270-273, 2006.

Kimbell, Gross, et al., Correlation of regional formaldehyde flux predictions with the distribution of formaldehyde-induced squamous metaplasia in F344 rat nasal passages. 380(1-2):143-154, 1997.

Leung DY, Role of IgE in atopic dermatitis. Curr Opin Immunol. 5(6):956-962, 1993.

Linos A, Blair A, Cantor KP, et al., Leukemia and non-Hodgkin's lymphoma among embalmers and funeral directors (Letter to the Editor) J Natl Cancer Inst, 82:66, 1990.

Luce D, Gerin M, et al., Sinonasal cancer and occupational exposure to formaldehyde and other substances. Int J Cancer 53:224-231, 1993.

Maibach H. Formaldehyde: Effects on Animal and Human Skin. in Human Studies: Effects of Formaldehyde on Skin. 1982.

Maronpot RR, Miller RA, et al. Toxicity of formaldehyde vapor in B6C3F1 mice exposed for 13 weeks. Toxicology 41(3):253-266, 1986.

Matsunaga, Miyake, et al. Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women: Baseline Data From the Osaka Maternal and Child Health Study. Ann Epidemiol 18:78-84, 2008.

Maurice F, Rivory J-P, et al. Anaphylactic shock caused by formaldehyde in a patient undergoing long-term hemodialysis. J Allergy Clin Immunol. 77(4): 594-597, 1986.

McGregor D, Bolt H, et al. Formaldehyde and glutaraldehyde and nasal cytotoxicity: case study within the context of the 2006 IPCS Human Framework for the Analysis of a cancer mode of action for humans. Crit Rev Toxicol. 36(10):821-835, 2006.

Mi YH, Norback D, Tao J, et al. Current asthma and respiratory symptoms among pupils in Shanghai, China: influence of building ventilation, nitrogen dioxide, ozone, and formaldehyde in classrooms. Indoor Air 16:454-464, 2006.

Mirshahpanah and Maibach, Relationship of patch test positivity in a general versus an eczema population. Contact Dermatitis 56:125-130, 2007

44

Monticello TM, et al, Effects of formaldehyde gas on the respiratory tract of rhesus monkeys. Pathology and cell proliferation. Am J Pathol 134(3):515-527, 1989.

Monticello TM, Morgan KT Cell proliferation and formaldehyde-induced respiratory carcinogenesis. Risk Anal 14(3):313-319, 1994.

Nederost ST, Cooper KD. The Role of Patch Testing for Chemical and Protein Allergens in Atopic Dermatitis. Current Allergy and Asthma Reports. !:323-328, 2001

Nielsen GD, Hougaard KS, et al., Acute airway effects of formaldehyde and ozone in BALB/c mice. Hum Exp Toxicol 18(6):400-409, 1999.

Olsen JH. Occupational risks of sinonasal cancer in Denmark. British Journal of Industrial Medicine. 45:329-335, 1988.

Olsen JH, Asnaes S. Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities. Br J Ind Med 43(11):769-774, 1986

Olsen JH, Jensen SP, et al. Occupational Formaldehyde Exposure and Increased Nasal Cancer Risk in Man. Int J Cancer 34:639-644, 1984.

Olsen JH, Martin Dossing. Formaldehyde induced symptoms in day care centers. Am Ind Hyg Assoc J, 43:5,366-5,370, 1982.

Ott MF, Teta MJ, & Greenberg HL, Lymphatic and hematopoietic tissue cancer in a chemical manufacturing environment. Am J Ind Med, 16:631-643, 1989.

Parmigiani, Oalanza, Vom Saal, Ethotoxicology: An Evolutionary Approach to the Study of Environmental Endocrine-Disrupting Chemicals, Toxicology and Industrial Health, 14(1/2):1-8, 1998.

Pati S, Parida SN. Indoor Environmental Risk Factors for Asthma and Respiratory Ill Health in Preschool Children of Coastal Orissa, India. Epidemiology. 16(5):S132-S133, 2005.

Patty's Toxicology, Fifth Edition, ed. Bingham, Cohrssen, Powell, John Wiley & sons, Inc, New York, 2001, Vol 5, pp979-989.

Pazdrak K, Gorski P, Krakowiak A, Urszula, R, Changes in Nasal Lavage Fluid due to Formaldehyde Inhalation. Int Arch Occup Environ Health 64:515-519, 1993.

Pedersen N. Occupational hand eczema from formaldehyde in price labels. Contact Dermatitis. 6:57-58, 1980.

Pinkerton LE, Hein MJ, Stayner LT. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup Environ Med. 61(3):193-200, March 2004.

Recio L. Oncogene and tumor suppressor gene alterations in nasal tumors. Mutat Res. 380(1-2):27-31, 1997.

Roitt I, Roth D, Brostoff J, Male D. Immunology seventh edition, Elsevier Health Sciences, 2006,

Rostenberg A, Bairstow B, et al. A Study of Eczematous Sensitivity to Formaldehyde. The Journal of Investigative dermatology. 19(6):459-462, 1952.

Rumchev KB, Spickett JT, Bulsara MK, et al., Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur Respir J 20(2):403-408, 2002.

Rusch G, Clary JJ, Rinehart WE, and Bolte HF, A 26 Week Inhalation Toxicity Study with Formaldehyde in the Monkey, Rat, and Hamster. Toxicol Appl Pharmacol 68(3):329-343, 1983.

DUB000250

Scheynius L, Fischer T, et al.  Absence of specific IgE antibodies in allergic contact sensitivity to formaldehyde.  Allergy 48:525-529, 1993.

Shaham J, Bomstein Y, et al.  DNA-protein crosslinks and p53 protein expression in relation to occupational exposure to formaldehyde.  Occup Environ Med  60(6):403-409, 2003

Sittig M., Handbook of Toxic and Hazardous Chemicals and Carcinogens, Third Edition, Noyes Publications, New Jersey, 1991.

Smedje G, Norback D.  Incidence of asthma diagnosis and self-reported allergy in relation to the school environment—a four year follow-up study in school children.  Int J Tuberc Lung Dis  5(11):1059-1066, 2001.

Smedje G, Norback D, Edling C.  Asthma among secondary schoolchildren in relation to the school environment.  Clinical and Experimental Allergy. 27:1270-1278, 1997.

Stellman SD, Demers PA, Colin D, & Boffetta P, Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II).  Am J Ind Med 34:229-237, 1998.

Stroup NE, Blair A, & Erikson GE, Brain cancer and other causes of death in anatomists.  J Natl Cancer Inst 77:1217-1224, 1986.

Swenberg JA, Kerns WD, et al.  Induction of squamous cell carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor.  Cancer Res 40(9):3398-3402, 1980.

Takahashi S, Kazuhide T, et al.  Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas.  Journal of Dermatology 34:283-289, 2007.

Tavernier, G, Fletcher G, et al.  IPEADAM study: Indoor endotoxin exposure, family status, and some housing characteristics in English children.  J Allergy Clin Immunol. 117(3):656-662, 2006.

Thompson CM, Grafstrom RC, Mechanistic considerations for formaldehyde-induced bronchoconstriction involving S-nitrosoglutathione reductase.  J Toxicol Environ Health A 71(3):244-248, 2008.

Thompson CM, Subramaniam RP, Grafstrom RC.  Mechanistic and dose considerations for supporting adverse pulmonary physiology in response to formaldehyde.  Toxicol Appl Pharmacol 233(3):355-359, 2008.

Til HP, Woutersen RA, Feron VJ, Hollanders VHM, Falke HE, Clary JJ, Two-year drinking-water study of formaldehyde in rats Fd. Chem. Toxic 27(2):77-87, 1989.

Til HP, Woutersen RA, Feron VJ, Clary JJ.  Evaluation of the oral toxicity of acetaldehyde and formaldehyde in a 4-week drinking-water study in rats.  Fd. Chem Toxic 26:447-452, 1988.

U. S. Department of Health and Human Services, Public Health Service, **Agency for Toxic Substances and Disease Registry**, Toxicological Profile for Formaldehyde, July 1999.

United States **Environmental Protection Agency (EPA)**, Formaldehyde Hazard Summary, January 2000 www.epa.gov .

Vaughan TL, Strader C, Davis S, & Daling JR. formaldehyde and cancers of the pharynx, sinus and nasal cavity: I. Occupational exposures. Int J Cancer 38:677-683, 1986.

DUB000251

Vaughn TL, Strader C, Davis S, U Daling JR. Formaldehyde and cancers of the pharynx, sinus and nasal cavity:  II. Residential exposures.  Int J Cancer, 38:685-688, 1986.

Vaughn TL, Stewart PA, Teschke, K, Lynch CF, et al., Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma.  Occup environ Med, 57:376-384, 2000.

von Bubnoff, Koch, Bieber.  Dendritic cells and atopic eczema/dermatitis syndrome.  Curr Opin Allergy Clin Immunol. 3(5):353-358, 2003.

Walrath J and Fraumeni JF, Jr. Mortality patterns among embalmers.  Int J Cancer 31:407-411, 1983.

Ward KA, Todd D, et al.  A comparison of expression of surface-bound immunoglobulin E on antigen-presenting cells in cutaneous tissue between patients with allergic, irritant and atopic dermatitis.  Contact Dermatitis  25:115-120, 1991.

West S, Hildesheim A, and Dosemeci M. Non-viral risk factors for nasopharyngeal carcinoma in the Phillippines:  Results from a case-control study. Int J Cancer, 55:722-727, 1993.

Weston WL, Type IV reactions in the skin.  Ann Allergy 37(5):346-352, 1976.

Wilmer JWG, Woutersen RA, Appelman LM, et al., Subacute (4-week) inhalation toxicity study of formaldehyde in male rats:  8-hour intermittent *versus* 8-hour continuous exposures.  J Appl Toxicol 7:15-16. 1987.

Wilmer JW, Woutersen RA, et al. Subchronic (13-week) inhalation toxicity study of formaldehyde in male rats:  8-hour intermittent versus 8-hour continuous exposures.  Toxicol Lett. 47(3):287-293, 1989.

Wantke F, Demmer CM, Tappler P, Gotz M, Jarisch R, Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children, Clin Exp Allergy 26(3):276-280, Mar 1996.

World Health Organization. Formaldehyde: Environmental health criteria 89, Geneva: World Health Organization, 1989.

World Health Organization, **International Agency for Research on Cancer**:  IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 88, June, 2004.

Woutersen RA, Appelman LM, et al.  Subchronic (12-week) inhalation toxicity study of formaldehyde in rats.  J Appl Toxicol  7(1):43-49, 1987.

Wuthrich B, Cozzio A, et al.  Atopic eczema:  genetics or environment?  Ann Agric Environ Med.  14(2):195-201, 2007.

Zwart A, Woutersen RA., et al, Cytotoxic and adaptive effects in rat nasal epithelium after 3-day and 13-week exposure to low concentrations of formaldehyde vapour.  Toxicology  51(1):87-99, 1988.

Zhao Z, Zhang Z, et al. Asthmatic Symptoms among Pupils in Relation to Winter Indoor and Outdoor Air Pollution in Schools in Taiyuan, China.   Environmental Health Perspectives. 116(1):90-97, 2008.

## Methodology References

Epi Info 2000, Centers for Disease Control and Prevention and the World Health Organization, 2000 www.cdc.gov/epiinfo.

DUB000252

Evans, A. S., Causation and Disease: The Henle-Koch Postulates Revisited, The Yale Journal of Biology and Medicine, 49:175-195, 1976.

LaDou, Joseph, Occupational & Environmental Medicine, 2nd edition, Appleton & Lange, Connecticut, 1997.

MacHahon and Pugh, Epidemiology: Principles and Methods, Little, Brown and Company, Boston, 1970.

Reference Manual on Scientific Evidence 2nd edition:  Reference guides on toxicology, epidemiology, survey research, and medical testimony: external causation. www.fjc.gov/newweb/jnetweb.nsf.

Rothman and Greenland, Modern Epidemiology, 2nd Edition, Lippincott Williams & Wilkins, Phildelphia, 1998.

Sherman, J. Chemical Exposure and Disease: Diagnostic and Investigative Techniques.  Van Nostrand Reinhold, New York. 1988.

Sir Bradford Hill, Proc. Royal Soc. Med., 58(5): May, 1965.

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

_9-9-2009_
**Date**

_Patricia M. William_

**Patricia M. Williams, Ph.D.**
**President, Environmental Toxicology Experts, LLC**

Sworn to and subscribed before me this _9th_ day of _July_, 2009.

**Aaron Ahlquist**
Notary Public
Commission expires at death.
**Bar Roll No.  29063**

DUB000253