Exhibit D

Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

## Date taken: September 28, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 94

1       Q     He simply says that formaldehyde

2    gas and the exposures that we're talking

3    about will not cause dermatitis.   That's

4    where you and he disagree.

5       MR. D'AMICO:

6             Okay.   Let me object to the form.

7    You mean exposure levels meaning dose?

8       MR. HINES:

9             Correct.

10       MR. D'AMICO:

11             Okay.

12       THE WITNESS:

13             I'm not doing specific causation.

14    EXAMINATION BY MR. HINES:

15       Q     I understand that.   But in order

16    to be generally causatively related, you

17    have to show a cause and effect relationship

18    between formaldehyde gas at the exposure

19    levels that might be anticipated to have

20    occurred in the trailers in question, all of

21    the trailers in question; otherwise, we

22    don't establish general causation, correct?

23       MR. D'AMICO:

24             Object to the form of the

25    question.

Page 95

1        THE WITNESS:

2            The general causation is of the

3    literature.  It is independent of the

4    specific causation.

5    EXAMINATION BY MR. HINES:

6        Q    I understand.

7        A    And we do have the Matsunaga

8    article that does a 47 parts per billion.

9    There are others with higher concentrations.

10   But I am not concerned with specific

11   concentrations.

12       Q    All right.  Let me get back to

13   Matsunaga for just a second, because you

14   talk about exposure at 47 parts per billion,

15   correct?

16       A    That's correct.

17       Q    And you're saying that in the

18   Matsunaga study, although the P-trend is not

19   significantly or statistically significant,

20   you can nonetheless look at an isolated

21   number, that is where they collapse all of

22   the other groups and compare all of the

23   other groups to the greater than 47 parts

24   per billion exposure, correct?

25       A    That can be done.