Page 36

```
 1   not appear to have been an issue or it would
 2   have been noted in the other doctors'
 3   records that saw her.  And then we got an
 4   inquiry as to whether we could evaluate her
 5   for exposure to formaldehyde and that's kind
 6   of routine, so we said yes.
 7        Q.   Who did that inquiry come from?
 8        A.   I'm not sure.  I saw the patient
 9   with an appointment and then later on I
10   found that the people that were requesting
11   it were her attorneys.
12        Q.   And do you know who her attorneys
13   were that requested that?
14        A.   If I remember correctly, it was
15   somebody coordinating various cases.  It
16   might have been Ms. Wallace.
17        Q.   Sitting here today?
18        A.   Yes, sir.
19        Q.   Had you known Ms. Wallace before?
20        A.   I didn't know her personally, but
21   apparently -- and I'm not positive, but
22   apparently she was a patient here at one
23   time or another, but I understand some of
24   her children have been treated here.
25        Q.   Had you ever done any work for
```

Page 37

1  anybody within her law firm; do you know?
2       A.   I'm not sure which her law firm
3  is.  The communication I have had is as a
4  coordinator, formaldehyde coordinator.
5       Q.   And do you know when that contact
6  first took place?
7       A.   It had to have been in July.  To
8  be perfectly clear, July of this year.
9       Q.   Correct.  With respect to the
10 treatment that she has been given while
11 being managed by your clinic, the fact that
12 she may have been exposed to formaldehyde
13 would not alter the treatment that you had
14 prescribed for her or your physicians have
15 prescribed for her during the period of time
16 that she was under your care?
17      A.   Right.  At the severity that she
18 presented with was moderate and she was
19 treated moderately.
20      Q.   And has gotten better?
21      A.   Yes.
22      Q.   Let me ask this question.  Other
23 than formaldehyde in solution, are you aware
24 of any literature that says that
25 formaldehyde vapor causes contact

Page 38

1  dermatitis?
2       A.   Very much so.  I have been dealing
3  with that since I was in the military
4  service for years back and I have been
5  handling it for many years and there are a
6  thousand articles about it.  And one of the
7  ones that actually went to litigation, which
8  I'm sure your research as an attorney
9  probably picked this up, had to do with the
10 development of synthetic fabric.  Do you
11 want me to go on?
12      Q.   Sure.
13      A.   Used to be, and I think everybody
14 here is old enough to realize, that almost
15 everything was cotton or silk or some
16 crop-grown fabric, but in approximately the
17 '50s a new type of synthetic fiber was
18 developed and it caused a lot of problems
19 such as nylon and rayon and those kind of
20 products.  And years ago I was involved in
21 some cases regarding formaldehyde and
22 apparel.  Do you want me to explain this to
23 you?
24      Q.   Sure.
25      A.   Formaldehyde is a chemical that

Page 39

```
 1   has a unique property of causing certain
 2   other chemicals to turn into solid form from
 3   liquid form.  And so in the original
 4   development of synthetic fabrics, a huge vat
 5   of the synthetic material in liquid form was
 6   pressed out of tiny openings at the bottom
 7   or sides of a huge vat and run through a
 8   formaldehyde bath.  That bath instantly, in
 9   microseconds, changed the liquid that's
10   coming out as a stream into a solid.  And
11   those solid fibers were then picked up and
12   put into rolls or spools.  And as technology
13   improved those spools were immediately
14   attached to machines that wove it into
15   fabrics.  And 20 or 30 years ago when you
16   bought a new shirt, even the top brands,
17   when you took the plastic or whatever off
18   you could smell the new shirt smell, which
19   was formaldehyde.
20           And formaldehyde has a property,
21   also, of separating from the material it was
22   originally in or escaping or leaching out of
23   the material.  So in the '60s I was treating
24   athletes, student athletes and patients who
25   wore the new fabric shirts and they would
```

```
                                                    Page 40
 1   only get an acne-like eruption on the areas
 2   where the shirt draped.
 3             So at LSU they were doing a study,
 4   where I was going there in the '60s, to show
 5   that the formaldehyde leached out of the
 6   fabric which was commercially prepared and
 7   as a person had insensible fluid loss, which
 8   is when it's sensible, that is, you can tell
 9   you have fluid loss you are, quote,
10   sweating, end quote, but at all times during
11   the day your body is breathing and you are
12   losing micro vapors.  Well, the formaldehyde
13   would leach out of the fabric, blend with
14   this micro moisture and just leach or work
15   its way into the pores, so people got a
16   formaldehyde folliculitis.
17             Now, as time went by the
18   technology improved and the cost of
19   production of vegetable material for fibers
20   versus the chemical got to be where almost
21   everything now is synthetic and they still
22   use formaldehyde, so -- many types of
23   fabrics, not just shirts or underwear, and
24   that was a problem with underwear that was
25   also non-wrinkle --
```

Page 41

1     Q.    Permanent press?
2     A.    Yeah, permanent press, that's the
3   word I was searching for, became a problem.
4   So people learned they had a problem and
5   they just didn't wear that kind of clothes
6   or sought pure cotton or whatever.  But they
7   began to use it in other types of fabrics,
8   including rugs.  And they found that it also
9   could act as a binding agent with certain
10  other resins to be used in lacquers or
11  furniture or cabinets or paints and other
12  products.  And naturally the people that own
13  the rights to it, such as they were, are
14  going to try to find every possible use they
15  can for it.  And so there is thousands of
16  places where formaldehyde is available.
17          But for practical purposes
18  regarding current concerns, if you put it in
19  carpet, carpet if it's sagged and laid flat,
20  nobody would buy it, so it's kind of like
21  Viagra for the carpet fibers, they stand up.
22  And in this case it's a different approach
23  because if it doesn't last four hours call
24  your carpet man.  So bottom line is, the
25  carpet looks good and lasts a long time.

 1              Now, formaldehyde has other
 2     properties also, antiseptic, so if you are
 3     putting it in carpet, it's good.  And if a
 4     dog or a cat, pet, has an accident, it's
 5     less likely to cause a problem.
 6              My point is that it's ubiquitous,
 7     it's everywhere.  So when it's in a fabric
 8     that is aerated a lot there will be some
 9     micro leaching out into the air.  And when
10     it does that, you can inhale it and you can
11     smell it.  If you are sensitive to it or get
12     sensitized to it, it can exacerbate any
13     problem you have.
14         Q.   Let me go back to my question and
15     you answered it.  I'm not fussing with you
16     at all.  Let me see if I can ask a better
17     question.  Other than the world's literature
18     about formaldehyde in solution, which we
19     call formalin, 30 percent, 60 percent,
20     whatever the solution might be, other than
21     the literature in respect to the formalin.
22     Other than the literature in respect of
23     formaldehyde in its solid state, whatever
24     that might take, whether it's in clothing or
25     cosmetics, moisturizers, all of the various

 1   on this subject?
 2        A.   Not specifically.
 3        Q.   Let's go to the next page of your
 4   report.  Speaking of Dr. Maibach, do you
 5   know if he developed the T.R.U.E. Test?
 6        A.   He was involved in developing
 7   allergy tests, but I really didn't go back
 8   and research that and I'm not sure whether
 9   you are talking about -- on second thought
10   whether you are talking about senior or
11   junior.
12        Q.   The senior, because there is a
13   junior too.
14        A.   Yes.
15        Q.   Right.  But the senior who would
16   be older than you.
17        A.   I don't know junior, but senior is
18   brilliant.  Anyway, somebody famous like him
19   would have had to have been involved for the
20   drug company to spend the money to buy that,
21   but I don't specifically know of his direct
22   involvement.
23        Q.   Now, let's look at -- I think we
24   have attached the report, and frankly, I
25   don't know if attached to your report that

 1   we have as an exhibit there is the T.R.U.E.
 2   Test results.
 3        A.   I have an extra copy.
 4        Q.   I think I have a marked-up copy
 5   here.  She came in, you saw her on July 3;
 6   is that right?
 7        A.   Yes.
 8        Q.   And you administered on that
 9   occasion the T.R.U.E. Test.  And tell us
10   what a T.R.U.E. Test is.  What does it look
11   like?
12        A.   It comes in three cards and they
13   are about six inches tall and about two and
14   a half inches wide.  And it contains numbers
15   for each test.  And probably the best way to
16   describe it would be to show you this
17   printout.  And basically it's like a plastic
18   card and it's got the allergens in the
19   center of each of the holes in it.  And so
20   these are numbered and the results are
21   posted following the numbers on the cards.
22   So you put them all and you identify which
23   panel is going on which part of the back and
24   you count down to which one is positive.
25             We do not throw them away when we

Page 48

1  in this panel and putting aside the negative
2  control, there are some 28 substances as a
3  part of the T.R.U.E. Test?
4      A.   Yes.
5      Q.   With respect to the constituent
6  chemicals that form each and every one of
7  those 28 save the control, do you know which
8  ones of those contain formaldehyde?
9      A.   13, 14, 21, and a new one, which
10 is 26.
11     Q.   Any others?
12     A.   Well, I don't believe that 23
13 specifically contains formaldehyde, but it
14 crossreacts with it.  That's mercury
15 sometimes.  And then there is a Mercapto
16 mix.  Sometimes they crossreact and the
17 specific chemicals that they crossreact with
18 are listed in the printout that comes with
19 each patch ingredient and I think I provided
20 you copies of that.
21     Q.   Right.  I think we got some of
22 that.  Now, those that you say that you
23 believe contain formaldehyde as a
24 constituent chemical within, and we will
25 take as an example 13.  Do you know how much

Page 50

1  anything that strokes or injures the skin
2  will cause a red flaring or a hive to
3  develop.  But in the terminology that you
4  used, I don't recognize that.
5       Q.   We go on to your report.  We have
6  what your report says that, in your opinion,
7  13, 14 and 26 contain formaldehyde.  Of
8  course, 21 would be nothing but
9  formaldehyde.  And you say the positive test
10 results indicate that Ms. Dubuclet had been
11 sensitized to formaldehyde and is now
12 allergic to formaldehyde.
13           Let me just ask a specific
14 question and let's just pick 13 for an
15 example.  That's the chemical known as
16 p-tert Butylphenol Formaldehyde.  Do you
17 know what the constituent elements in that
18 particular chemical or sensitizing agent
19 would, in fact, be the sensitizing agent?
20      A.   I don't think I can separate that
21 just by the patch test.
22      Q.   Same with respect to epoxy.  Do
23 you know the constituent elements of the
24 epoxy resin?
25      A.   I have them listed, but I don't

1   recall.  My answer would be the same.
2       Q.   And you don't know what
3   constituent part of the epoxy resin could
4   have been the sensitizing agent?
5       A.   That is correct.
6       Q.   And the same insofar as
7   Imidazolidinyl Urea, you don't know what
8   constituent element of that chemical
9   compound would have been the sensitizing or
10  could have been the sensitizing agent?
11      A.   No.  As I understand your
12  question, can I be specific as to those
13  three tests, as to whether or not it was
14  formaldehyde or something else?
15      Q.   Or something else, exactly.
16      A.   I cannot tell you that.
17      Q.   So really, if we look at your next
18  sentence under the paragraph, it simply
19  reads:  T.R.U.E. Test report on the second
20  reading, No. 13, No. 26 remained at one
21  plus.  Your next paragraph reads:  These
22  positive test results indicate that
23  Ms. Dubuclet had been sensitized to
24  formaldehyde and now is allergic to
25  formaldehyde.

Page 53

1  was just an irritation caused by that, if
2  you removed them from the irritation, you
3  could remove the problem just as you have
4  testified earlier about removing somebody
5  from an allergen, you will end that problem?
6      A.   Well, that's where one and one
7  doesn't make two, because formaldehyde as a
8  component of another product forms a third
9  product.  And that third product containing
10 formaldehyde may be some they develop an
11 allergy to.
12           By itself, it's something that's
13 hard for me to explain, which is why I
14 answered you before I didn't know why the
15 formaldehyde by itself did not react.  But
16 it forms many different compounds.  And if
17 it's a formaldehyde-containing compound, I'm
18 lumping them, because I can't separate them.
19           And that's the point that I'm
20 making, so when I'm using -- in this
21 affidavit, when I'm using formaldehyde, I'm
22 implying, and maybe it's not clear, that
23 formaldehyde-containing products, which each
24 would be a distinct separate product.
25      Q.   If, in fact -- and as you say, you

Page 54

```
 1   don't know because we can't tell from these
 2   tests, but if, in fact, one were allergic to
 3   formaldehyde because of the ubiquity of
 4   formaldehyde, whether it's in a cosmetic,
 5   whether it's in a moisturizer or whether
 6   it's in something else, one might be
 7   predisposed potentially to an irritation to
 8   that particular product, correct?
 9        A.   That combination, yes.
10        Q.   But just as it makes both common
11   and medical sense, if you remove the person
12   from the irritant, you won't be irritated by
13   the irritant?
14        A.   Correct.
15        Q.   Let's go to your fourth page of
16   your report.  You say:  The issue is
17   formaldehyde sensitivity and exacerbation of
18   any possible underlying skin condition or
19   upper respiratory condition due to chronic
20   exposure.  I just didn't follow that
21   sentence.  What did you mean by that?
22        A.   That's where she was believed to
23   have been sensitized or aggravated.  And I
24   can't tell you with any degree of certainty
25   that she didn't have an allergy before, but
```

Page 55

1   during the time she was exposed she had
2   exacerbation.  Now, whether that was cause
3   and effect or just effect, I can't separate
4   them.
5       Q.   Let's then go on the record, at
6   least insofar as that is concerned.  It's
7   your opinion that while she was living in
8   the trailer that she was aggravated by
9   formaldehyde.  Stop there.  That is your
10  opinion?
11      A.   More likely than not she had some
12  exposure in her lifetime, short as it was,
13  and she may have developed an allergy but
14  didn't manifest it, low level.  Living in
15  high intensity exposure then she would
16  manifest it.
17      Q.   Let me go back to the first part.
18  With respect to cause, you can't sit here
19  and you are not telling us that you can say,
20  more likely than not, that eczema, the
21  contact dermatitis, whatever it is, was
22  caused by the exposure in the trailer; all
23  you can say is that it is your opinion that
24  it was aggravated?
25      A.   More likely than not aggravated.

```
                                              Page 56
 1         Q.   Not caused; you cannot give that
 2    opinion?
 3         A.   I cannot distinguish separately
 4    with certainty.
 5         Q.   And again, I believe, and let me
 6    go back to a question which I always hate to
 7    do, but let me go back to a question that I
 8    think you have answered.  Insofar as you sit
 9    here today, you cannot cite to us any
10    scientific or medical article that says
11    exposure to gaseous formaldehyde aggravates
12    underlying contact dermatitis?
13         A.   I can say that in generality, but
14    I cannot at this moment give you a specific
15    reference.  Is that what you wanted me to
16    say?
17         Q.   Yes.
18         A.   Okay.
19         (Whereupon, an off-the-record
20              discussion was held.)
21    EXAMINATION BY MR. HINES:
22         Q.   Dr. Farber, let me go back.  I
23    think I asked this, I'm not quite sure, but
24    I want to go back to my question with
25    respect to your knowledge of the world's
```

```
 1   appropriate for what she presented with on
 2   that occasion?
 3       A.   Yes, sir.
 4       Q.   Then the next time she sees
 5   somebody is on July 10 and there she goes
 6   back to see her pediatrician, Dr. White, and
 7   this is on Page 80.  On the right-hand
 8   column under July 10, and again, that's a
 9   checkup, and again, she is diagnosed with
10   eczema.  And again, down at the bottom of
11   the page Dr. White again prescribes
12   triamcinone cream, right?
13       A.   Yes.
14       Q.   And then I believe the rest of the
15   records are the ones that we have already
16   talked about, because that's when she really
17   comes to see you.
18       A.   Yes.
19       Q.   The only other record is a visit
20   to the ER at Children's Hospital on
21   February 18 of 2009, where she fainted at
22   school and that's just in the records.
23           (Whereupon, an off-the-record
24              discussion was held.)
25   EXAMINATION BY MR. HINES:
```

Page 94

```
 1        Q.   We are back on.  Dr. Farber, we
 2   have spent quite a bit of time going through
 3   all the various medical records here, indeed
 4   pulverizing those medical records.  You
 5   would agree with me, would you not, that the
 6   objective clinical findings that she
 7   presented with over the course of her life
 8   are the same as the objective clinical
 9   findings seen by you and those after October
10   of 2007?
11        A.   Yes.
12        Q.   And all you've got to go on at
13   this point that formaldehyde had anything to
14   do with any part of her disease process is
15   the subjective complaints that she made to
16   you that during a period of time she
17   suffered from intensity of the itching and
18   rashes; is that correct?
19        A.   That, plus her positive test of
20   formaldehyde-containing product.
21        Q.   And as we say, we don't know what
22   in that formaldehyde-containing product
23   might have been the sensitizer to that
24   T.R.U.E. Test, correct?
25        A.   We don't know specifically, but it
```