Case 2:07-md-01873-KDE-MBN   Document 6659-13   Filed 11/09/09   Page 1 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Lawrence G. Miller, M.D.

Page 52

1    Q    All right.  And you relied on
2    Dr. Farber to interpret the results of that
3    TRUE test?
4    A    I did.  I happened to be there and
5    see Ms. Dubuclet with Dr. Farber while he
6    was doing the interpretation.
7    Q    Right.  But you have not
8    interpreted TRUE Tests before?  You were
9    relying on Dr. Farber to analyze the TRUE
10   test and report on its significance, if any;
11   is that correct?
12   A    I have seen skin tests before, but
13   to be clear, Ms. Dubuclet was not my
14   patient.  She was Dr. Farber's patient.
15   Q    Right.  In fact, you reference
16   Dr. Farber's report or his conclusions from
17   that in your report, and we will get to that
18   in a minute, but you were relying on
19   Dr. Farber not only to apply the TRUE test,
20   but also to interpret the TRUE test; is that
21   correct?
22   A    That's correct.
23   Q    And you have relied upon that
24   interpretation in part in your affidavit; is
25   that correct?

Case 2:07-md-01873-KDE-MBN   Document 6659-13   Filed 11/09/09   Page 2 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation         Videotaped Deposition of Lawrence G. Miller, M.D.

Page 53

 1      A    It's certainly mentioned in the
 2   affidavit, yes.
 3      Q    All right.  You reference on
 4   Page 6 of your report the Feinman article,
 5   and that's a chapter at least out of a book
 6   that she wrote.  Did you see the entire
 7   article chapter or -- What was produced to
 8   me was only the abstract.  Did you see
 9   anything more other than the abstract?
10      A    I have seen the entire book, yes.
11      Q    Okay.  And you read that chapter
12   that you referenced with that abstract?
13      A    I have read several of the
14   chapters, but I only reference one here,
15   yes.
16      Q    All right.  And that's what I was
17   trying to get to, because in looking there,
18   I had seen the book and saw that you had
19   only referenced that one abstract, but I did
20   want to make clear.  You have seen the book.
21   Do you have the book?
22      A    I don't have the book.  The
23   library has the book.
24      Q    All right.  Let's kind of go back
25   to what we were discussing a little bit

Case 2:07-md-01873-KDE-MBN   Document 6659-13   Filed 11/09/09   Page 3 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Lawrence G. Miller, M.D.

Page 94

 1   after that is.
 2        Q    All right.  And then look at the
 3   last entry under March 28, '01, and is that
 4   "assessment plan for chronic eczema"?
 5        A    That's what it probably says, yes.
 6        Q    So that on March 28, '01, there's
 7   an assessment plan for chronic eczema?
 8        A    I believe that's what it says.
 9        Q    All right.  And if the
10   accompanying Walgreens records for March 28,
11   '01 shows a prescription for Triamcinolone
12   Cream one percent, that is a topical steroid
13   cream utilized for the treatment of eczema,
14   correct?
15        A    Are you sure it's one percent, not
16   .1 percent?
17        Q    Excuse me.  .1 percent.
18        A    If you look here, it's on the
19   record.  I realize it's hard to read that as
20   Triamcinolone, but that's what I thought it
21   was, and it's .1 percent.
22        Q    .1 percent?
23        A    Right.
24        Q    And the Triamcinolone Cream at
25   .1 percent would be an appropriate treatment

Case 2:07-md-01873-KDE-MBN   Document 6659-13   Filed 11/09/09   Page 4 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 124

 1   the TRUE test.  Have you seen that before?
 2        A    I do believe I have seen this
 3   page, yes, but not the full -- not this
 4   full.
 5        Q    All right.  Have you focused on
 6   test No. 21?
 7        A    Let me find 21.  Right.  21 is
 8   formaldehyde.
 9        Q    Right.  Before today, have you
10   recognized the fact that that formaldehyde
11   test was negative?
12        A    I have, but I have also recognized
13   that No. 13 was positive.
14        Q    And what is 13?
15        A    Which is the p-tert-butylphenol
16   formaldehyde resin.
17        Q    Right.  Now, Dr. Farber did not
18   know the constituent element of
19   p-tert-butylphenol formaldehyde resin that
20   would have been a sensitizing or could have
21   been a sensitizing agent.
22             My question to you is do you know
23   what constituent chemical or substance
24   within p-tert-butylphenol formaldehyde,
25   whether it be a monomer or otherwise, that

Case 2:07-md-01873-KDE-MBN   Document 6659-13   Filed 11/09/09   Page 5 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Lawrence G. Miller, M.D.

Page 125

1  would be the sensitizing agent in
2  p-tert-butylphenol formaldehyde resin?
3      A    I do not know.
4      Q    All right.  You don't know whether
5  it has anything at all to do with
6  formaldehyde, do you?
7      A    I do not know myself, and
8  obviously Dr. Farber makes the statement
9  that we just discussed.
10     Q    Yes.
11     A    The sensitization to formaldehyde.
12     Q    I asked Dr. Farber that in his
13 deposition, and let me just read the
14 following colloquy to you.
15          At Page 50, Line 13, let me just
16 start with the sentence that's, as usual, a
17 little bit wordy on my part, but bear with
18 me.  I'm going to start at Page 50, Line 5.
19          "We go on to your report.  We have
20 what your report says that, in your opinion,
21 13, 14 and 26 contain formaldehyde."
22          Now, look at the TRUE test.
23     A    I will have to get it back from
24 Mr. D'Amico.
25     Q    Absolutely.  Look at the TRUE test

Case 2:07-md-01873-KDE-MBN Document 6659-13 Filed 11/09/09 Page 6 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation  Videotaped Deposition of Lawrence G. Miller, M.D.

Page 129

1  triggered the positive response; is that
2  correct?"
3              Answer:  "Correct."
4              "So that you can't say whether or
5  not it was formaldehyde or one of the
6  constituent elements that triggered the
7  positive result; is that correct?"
8              Answer:  "Correct."
9              So that what Dr. Farber has
10 testified to is that he has a patch test
11 that has 28 chemicals in it, one of which is
12 formaldehyde, and that test was negative for
13 formaldehyde, correct?
14      A    That's correct.
15      Q    And that she tested positive to
16 three other chemicals, but Dr. Farber, the
17 dermatologist, does not know what
18 constituent element of those three chemicals
19 triggered the positive response to those
20 tests, correct?
21      A    That's what he said, yes.
22      Q    And you don't know that either, do
23 you?
24      A    I do not know.
25      Q    All right.  You got a number of

Case 2:07-md-01873-KDE-MBN Document 6659-13 Filed 11/09/09 Page 7 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation       Videotaped Deposition of Lawrence G. Miller, M.D.

Page 131

1  between powers of studies, between case
2  reports, between volunteer studies, between
3  prospective longitudinal epidemiological
4  studies, cross-sectional epidemiological
5  studies, you know all of that literature is
6  out there with respect to a variety of
7  suspected pathogens, correct?
8       A    Correct.
9       Q    All right.  Now, the suspected
10 pathogen I want to direct your attention to
11 is gaseous formaldehyde, and my question is
12 this:  Are you aware of any article in the
13 world's medical literature that draws a
14 causal connection between exposure to
15 gaseous formaldehyde on the one hand and a
16 cause of atopic dermatitis on the other?
17      A    Well, I will have to give you a
18 qualified answer, and the reason being,
19 that's not a question that's -- if the
20 question is not being asked, of course, it's
21 not going to be answered.  Now, if nobody
22 decided that was a question worth chasing,
23 then there's not going to be an article
24 about it.
25           Again, the absence of something

Case 2:07-md-01873-KDE-MBN Document 6659-13 Filed 11/09/09 Page 8 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation  Videotaped Deposition of Lawrence G. Miller, M.D.

Page 132

1  that specific doesn't necessarily mean much.
2  But is there a single article that addresses
3  that as you presented?  No.
4      Q    All right.
5      A    And I think, you know, if you take
6  the ATSDR report, which I think is quite
7  good -- And they specifically addressed this
8  question in several places, and simply say
9  the data doesn't allow distinction between
10 inhaled and dermal exposure in terms of the
11 dermatitis.
12     Q    Now, so you are unaware of any
13 study that specifically addresses that
14 question, and that question being whether
15 exposure to gaseous formaldehyde causes
16 contact dermatitis?
17     A    I said I'm unaware that anybody
18 asked that question.  And it may or may not
19 be the right question to ask.
20     Q    So the answer would be "no, I am
21 not aware of any such study"?
22     A    That's correct.
23     Q    All right.  Now, the same question
24 with respect to exacerbation.  Are you
25 familiar with any article or study in the

Case 2:07-md-01873-KDE-MBN   Document 6659-13   Filed 11/09/09   Page 9 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation      Videotaped Deposition of Lawrence G. Miller, M.D.

Page 160

 1    Q    All right.
 2    A    And most illnesses that physicians
 3  deal with are not.
 4    Q    Is it your use of MRL's in this
 5  case and your reference to it to indicate or
 6  suggest that exposure above an MRL exposes
 7  one to a risk of disease?
 8    A    I think that the ATSDR division is
 9  kind of the flip side of that definition --
10  excuse me -- is kind the flip side of that
11  coin.  It suggests that -- And these are
12  non-cancer, because ATSDR does non-cancer.
13  It suggests that below that level you're
14  unlikely to have significant non-cancer
15  effects.  It doesn't say above that level,
16  you will.
17    Q    Let's take out non-malignant
18  disease and let's just talk about -- I mean,
19  let's take out malignant and talk about
20  non-malignant disease.  You are familiar
21  with literature dealing with in general the
22  term "threshold limit value"?
23    A    Its general use in an occupational
24  setting, yes.
25    Q    Right.  You're familiar with that

Case 2:07-md-01873-KDE-MBN Document 6659-13 Filed 11/09/09 Page 10 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation  Videotaped Deposition of Lawrence G. Miller, M.D.

Page 164

1  A   Well, if they did, it's not stated
2  here.
3  Q   All right.  But it is stated that
4  "they are below levels that might cause
5  adverse health effects in the people most
6  sensitive" -- "most sensitive to such
7  chemical-induced effects," right?
8  A   Right.  Whatever "most sensitive"
9  means.  I guess that's what we're -- what my
10 question is.  Does that mean the groups that
11 I mentioned?  Maybe it does and it's simply
12 not stated.
13 Q   All right.  Do you agree or
14 disagree with the final sentence that says
15 "exposure to a level above the MRL does not
16 mean that adverse health effects will
17 occur"?
18 A   I think I said that several times
19 already.
20 Q   So you agree with that?
21 A   I do.
22 Q   All right.  Is there a difference
23 between rhinitis and the irritant response
24 of formaldehyde causing a runny nose?
25 A   Well, this is primarily a

Case 2:07-md-01873-KDE-MBN   Document 6659-13   Filed 11/09/09   Page 11 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Lawrence G. Miller, M.D.

Page 234

1  is the cause.  You probably couldn't get
2  that study published if you said it.
3      Q    But you would weigh registry data
4  to a lesser extent than, say, full-blown
5  cross-sectional studies or cohort studies,
6  right?
7      A    It depends on -- It depends on the
8  design.  I think it's hard to state that
9  broadly.
10     Q    Some of the studies talk about the
11 effects from cosmetic usage, because
12 cosmetics can contain levels of
13 formaldehyde; is that right?
14     A    That's correct.
15     Q    In dealing with cosmetics, we
16 would be talking about specifically a dermal
17 exposure to formaldehyde, because the
18 cosmetic is actually being placed on the
19 skin, right?
20     A    That's correct.
21     Q    And the formaldehyde would be in a
22 solvent form within the cosmetic?
23     A    Well, if not -- It's entrapped in
24 solid.  It's not a solid, per se.
25     Q    As part of the cosmetic solution?

Case 2:07-md-01873-KDE-MBN Document 6659-13 Filed 11/09/09 Page 12 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Lawrence G. Miller, M.D.

Page 235

1    A    As part of the cosmetic substance,
2  yes.
3    Q    And cosmetics, we would not be
4  talking about gaseous formaldehyde?
5    A    No, we wouldn't.
6    Q    And then at the end of your report
7  on Page 6, you basically state -- Well, not
8  to summarize what you said.  You state, as I
9  believe you have stated on other occasions
10 today, that prior to moving into the
11 trailer, Timia Dubuclet had eczema and
12 dermatitis, correct?
13   A    That's correct.
14   Q    And then she had eczema and
15 dermatitis while residing within the FEMA
16 trailer, right?
17   A    Correct.
18   Q    And to some degree, she still has
19 eczema and contact dermatitis to this day?
20   A    That's correct.
21   Q    And she probably will have eczema
22 and dermatitis to some degree for the
23 remainder of her life, correct?
24   A    Again, I don't know the
25 probabilities there, but it's common for it

Case 2:07-md-01873-KDE-MBN   Document 6659-13   Filed 11/09/09   Page 13 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Lawrence G. Miller, M.D.

Page 241

 1      Explain how you came to that
 2  conclusion, Doctor.
 3      A    Well, in a high level, and perhaps
 4  I wasn't as clear as I might have been
 5  before, it's not a single paper, nor do you
 6  expect any single paper to say X causes Y.
 7  Frankly, it would be hard to get that
 8  published.  The editors usually force you to
 9  be a little more circumspect than that.
10           But you got papers that establish
11  associations, establish correlations, and
12  then you bring the evidence together.  So
13  it's the balance of the evidence that
14  creates the causative inference rather than
15  just a single paper saying X causes Y.  You
16  just don't find many of those.
17           I'm also referring here to the
18  Federal Rules, which specifically look for a
19  risk -- you know, a risk ratio, an odds
20  ratio of greater than 2.0 for
21  epidemiological studies to support a
22  causative inference.
23      Q    And did you consider those
24  epidemiological studies that had an odds
25  ratio greater than 2.0 to be indicative that

Case 2:07-md-01873-KDE-MBN Document 6659-13 Filed 11/09/09 Page 14 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Lawrence G. Miller, M.D.

Page 243

1  all part of putting together the opinion.
2      Q    Okay.  And is that what you did in
3  reaching your conclusions regarding Timia
4  Dubuclet and the exacerbation of dermatitis
5  or eczema while she resided in the travel
6  trailer?
7      A    And rhinitis as well.
8      MR. D'AMICO:
9           And rhinitis as well.  That's all
10  the questions I have.
11     MR. HINES:
12          I'm trying to find, where did you
13  ask him questions about relative risks and
14  odds ratios?  Oh, here it is.
15 EXAMINATION BY MR. HINES:
16     Q    Doctor, let me go back to your
17  sentence on Page 5.  You have cited to a
18  number of papers, and they are annexed to
19  your report, and then you conclude that, "As
20  the prior discussion indicates, exposure to
21  formaldehyde is strongly associated with the
22  development of dermatitis/eczema, with
23  relative risk levels for illness
24  substantially exceeding the 2.0 level."
25          Tell me a single study that

Case 2:07-md-01873-KDE-MBN Document 6659-13 Filed 11/09/09 Page 15 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Lawrence G. Miller, M.D.

Page 244

1  addressed odds ratios, SMR's, relative
2  risks, whatever the term you want to use is,
3  that is addressing anything other than
4  formalin-based or cosmetic-based products?
5      A    Well, I have cited two studies.  I
6  say the health study -- Should I continue
7  your question?
8      Q    Yes.  Go ahead.
9      A    The health study which
10 specifically addresses cosmetics, and then
11 the Mirshahpanah and Maibach study, which is
12 a broader study.  It doesn't specifically
13 address the route of exposure.
14     Q    All right.  You know that Howard
15 Maibach is my expert?
16     A    I do, and I have not read his
17 report, so perhaps he can clarify what is
18 specifically mentioned in that study.
19     Q    Well, if we throw out Held, which
20 is specifically dealing with cosmetics, and
21 if Howard Maibach comes in here and
22 testifies that he had nothing whatever to do
23 with gaseous formaldehyde and everything to
24 do with that particular study, would you
25 retract your statement that you do not have

Case 2:07-md-01873-KDE-MBN Document 6659-13 Filed 11/09/09 Page 16 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Lawrence G. Miller, M.D.

Page 245

1  world literature that shows exposure to
2  gaseous formaldehyde has a relative risk in
3  excess of 2.0?
4      A    My statement doesn't say that.
5      Q    I didn't think it did.
6      A    It doesn't say gaseous
7  formaldehyde, so if you would like to -- if
8  we could quote it accurately, that might
9  help.
10     Q    All right.  Your study and your
11 relative risks do not come from studies
12 dealing with gaseous formaldehyde, do they?
13     A    That's correct.  They come from
14 studies dealing with formaldehyde exposure.
15     Q    Formaldehyde exposure, and
16 formaldehyde either in solid form, in a
17 cosmetic, or in an aqueous form as studied
18 by Maibach and his assistant there at the
19 University of San Francisco?
20     A    Well, again, I can look back at
21 the Maibach paper.  I don't believe it
22 specifically talks about which form it's in,
23 but again, you may have more information
24 than I do about that, and it would be
25 interesting for me to know, but it would not

Case 2:07-md-01873-KDE-MBN   Document 6659-13   Filed 11/09/09   Page 17 of 17

In Re: FEMA Trailer Formaldehyde Products Liability Litigation            Videotaped Deposition of Lawrence G. Miller, M.D.

Page 246

1   change my statement.  My statement relates
2   to exposure -- specifically relates to
3   exposure to formaldehyde.
4        Q    All right.  And then my question
5   is, and let me be sure I understand, there
6   is no study in the world's literature that
7   you are aware of that addresses gaseous
8   formaldehyde and its cause of contact
9   dermatitis, correct?
10       A    I think we discussed this several
11  times earlier.
12       Q    At great length, right.
13       A    So I would stand by what I said
14  earlier.
15       Q    And what you just said doesn't
16  change, that is with respect to the
17  questions Mr. D'Amico asked you, that
18  doesn't change that earlier opinion either,
19  does it?
20       A    It does not.
21       MR. HINES:
22            That's all I've got.
23       THE WITNESS:
24            Okay.
25       THE VIDEOGRAPHER: