Exhibit J

**EDWARD HALIE SHWERY, PH.D.**
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: (504) 833-2040
EMAIL: shwery@gmail.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

STATE OF LOUISIANA
PARISH OF JEFFERSON

RE:   Trial of Timia Dubuclet
      In RE: FEMA Trailer Formaldehyde Product Liability Litigation

Before me, the undersigned Notary on this day personally appeared., **EDWARD HALIE SHWERY, PH.D.** a person whose identity is known to me. After I administered the oath to him, upon his oath he stated the following:
All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

## PSYCHOLOGICAL EXAMINATION

Name:  Timia Dubuclet
Date of Birth:  September 23, 1998
Date of Examination:  July 15, 2009
Date of Report:  July 16, 2009

### Background Information

Timia Dubuclet, a 10-year-old girl was examined on July 15, 2009. Prior to my examination of Timia, I consulted with her mother, Ms. Elisha Dubuclet on July 13, 2009. Ms. Elisha Dubuclet reports that her daughter, Timia, has been a good student in school and is described by others as a mild-mannered child. Ms. Dubuclet reports that her daughter has been improving for the past 12-18months regarding her medical conditions. Ms. Dubuclet further reports that while the family was living in a trailer in New Orleans post-Katrina, her daughter developed severe skin problems and often would cry and scratch her skin until she was bleeding. Timia's skin problems were noted at approximately age 2. Elisha treated her daughter's problems with over-the-counter medication and Aveeno baths as recommended by her physician. Reportedly, this youngster's eczema was managed successfully for many years until she was living in a trailer following Hurricane Katrina. According to the mother and the daughter, Timia's medical problems increased significantly when they began living in the trailer and her treatment then required prescribed medication as over-the-counter and management of the medical condition was no longer successful.

2 Page
Name: Timia Dubuclet
Date of Birth: September 23, 1998
Date of Examination: July 15, 2009
Date of Report: July 16, 2009

Prior to my examination of Timia, I met with her mother, Elisha, and obtained a developmental history of this child. I also reviewed extensive medical records that will be listed below.

Elisha received regular prenatal care during her pregnancy. Timia was born via a C-section and weighed 6 pounds 11 ounces. Elisha reports that Timia's birth, during hurricane season, required her to leave the hospital after 2-3 days because of an impending hurricane. She then recuperated in her mother's home in New Orleans; her recuperation and recovery were uneventful. Elisha recalls that Timia was "an easy baby to care for," and slept through the night several weeks after her birth. Timia babbled at approximately 4 months of age, walked at 1 year of age, and was using expressive language of several words at 18 months of age. Timia was toilet trained at approximately 1 year. Timia was a healthy baby throughout her infancy and early childhood. As an infant she was treated for ear infections and typical childhood diseases, but basically was healthy. Skin problems were noted at approximately 2 years of age. Elisha consulted with her pediatrician and the eczema was treated successfully with over-the-counter medication, oatmeal baths and use of topical creams. Elisha recalls that there were no significant medications prescribed for the child's skin condition until after they began living in the trailer. Further, Elisha recalls that Timia was not noticeably concerned about her skin condition and readily cooperated with the bathing in an Aveeno solution and the use of over-the-counter medications.

Elisha and her children were living in her home on Dorothea Street in New Orleans when their house became flooded in Hurricane Katrina. There were 5-9 feet of water in the house. The family evacuated to Houston, Texas and initially lived in a hotel for approximately 1 month. Elisha coped with the stresses of evacuation and the trauma of damage to their home by focusing on establishing a stable, secure living arrangement for her children. She quickly found an apartment and was able to enroll her children in school. As she recalls, by November 2005 (10-12 weeks post Hurricane Katrina), the family's living arrangements were stable and normal life resumed.

Elisha also was caring for her mother who lived approximately 20 minutes away from Elisha's home in New Orleans. Timia's grandmother joined the family in the evacuation and lived with the family in Houston before returning to New Orleans in June 2006. Elisha waited until the children finished their school year before returning to New Orleans. By this time, her mother had become disabled and was no longer able to work as a housekeeper. Elisha notes that her mother's physical and mental health deteriorated after Hurricane Katrina.

When Elisha was offered a FEMA trailer upon return to New Orleans in June 2006, she asked for a trailer that would accommodate a handicapped individual (her mother). The family settled into a trailer and Elisha began the process of securing repairs for the family home. Her trailer was located on the property in front of her home. Elisha

3 Page
Name:  Timia Dubuclet
Date of Birth:  September 23, 1998
Date of Examination:  July 15, 2009
Date of Report:  July 16, 2009

reports that there were numerous problems with the trailer including air conditioning, plumbing, appliances, roaches and rodents.

I explored with Elisha for more details regarding the stress of coping with Hurricane Katrina, the damage to the family home and their evacuation to Houston, Texas. Elisha noted that after approximately 3 months, the stresses she was experiencing began to decline.  As she stated, "Timia was adjusting well in school.  The school provided psychological counseling for Katrina kids and Timia did well in her new school in Texas. The kids were getting comfortable and Timia won a spelling bee contest.  My son had a 3.5 grade average.  The kids were doing well in Texas after 3 months."

Elisha recalls her determination to cope with her stresses and to overcome her difficulties by focusing on establishing a healthy, stable, and secure routine for her children, her mother, and herself.  Elisha also recalls that she was able to cope with Timia's skin problems by continuing the regimen recommended by her physician including oatmeal baths and over-the-counter medication.

Upon returning to New Orleans, Timia initially was upset and wanted to return to Texas. After 2-3 weeks, the family settled into the trailer and was anticipating repairs to the family home and an eventual return to their home.  Elisha recalls that living in the trailer became increasingly difficult as Timia's eczema became more severe.  She recalls that gradually, the child's itching and skin problems increased.  Timia's eyes became puffy, her eyes watered frequently, and the child's hair began "falling out."  As Timia's skin condition with itching and discomfort increased further, Timia scratched her skin until it bled.  Timia also began to experience nosebleeds and frequent coughing.  Elisha responded to the increased problems with eczema and coughing by an increased use of over-the-counter medications.  Elisha recalls that Dr. Stern was the child's pediatrician before Katrina, but he did not return to New Orleans after he evacuated.  Dr. Solis assumed the care of Timia as her new pediatrician.  Elisha reports that under the care of Dr. Solis, more powerful medications were prescribed for the increased skin condition.  Due to the distance from her home, eventually, Elisha was referred to Dr. White for continued care of Timia's problems.  Dr. White prescribed allergy medications for both day and nighttime.  Regarding the increased skin conditions, Dr. White referred Elisha to a dermatologist, Dr. Farber.

This family lived in a trailer from June 2006 until September 2007.  Under the care of Dr. Farber, several medications were prescribed and gradually the child's skin condition improved.  Elisha recalls the symptoms included a black patchy skin around her lips and mouth, her chin, and the back of her neck and back.  Symptoms also included a thick, dry skin condition and peeling around her eyes, itching, and bleeding from scratching, headaches, and coughing.  Elisha recalls that the headaches began approximately 1 month after living in the trailer and occurred 2 to 3 times weekly.  There was occasional vomiting accompanying the headaches, which lasted approximately 2 hours.  Dr. White

4 Page
Name: Timia Dubuclet
Date of Birth: September 23, 1998
Date of Examination: July 15, 2009
Date of Report: July 16, 2009

also referred the child to an ophthalmologist who prescribed glasses. The child's headaches improved, but did not resolve with the use of prescribed glasses. Elisha reports that she continues to take her child to Dr. Farber once or twice monthly.

At this time, the dry skin patches continue to be present and are improving with the treatment regimen ordered by Dr. Farber. Elisha also reports that Timia's principal called Elisha advising her that the child is having a difficult time with her schoolwork and needs more one-on-one assistance in learning the material. As Elisha described her current conditions, she is concerned that her child has become much more emotional than in past years. Her current concerns include the child improving her work in school, improving the skin condition and resolving her emotional stresses and difficulties. Elisha reports that Timia has become distressed and emotional since her skin condition worsened and lead to taunting and name-calling from peers in school. As Elisha stated, "Now she cries and gets upset easily and other kids upset her like they didn't used to. It seems like she's so easily distressed now."

## Review of Background Information

I reviewed voluminous background information including an affidavit from Dr. Williams, a physician and toxicologist who opined a cause and effect relationship between formaldehyde and upper respiratory tract damage, cancer, bronchial constriction, asthma, and eczema. I also reviewed the deposition of Ms. Elisha Dubuclet taken on September 17, 2008. The records of Drs. White, Solis, and Farber were reviewed regarding their treatment of Timia. The records are consistent with the information provided by the child's mother, Elisha Dubuclet. Emergency room visits at Children's Hospital of New Orleans were also reviewed documenting problems with allergies, coughing, irritated nasal membranes, nosebleeds, puffy eyes, et cetera. A syncopal episode at school in February 2009 was also reported in the records from Children's Hospital. Pharmacy records from the John Bull Pharmacy were reviewed, as well as photographs of the skin condition and Timia's school records.

The school records indicate that this child was performing at an above average to high average level while in second grade in Texas following evacuation from Hurricane Katrina. Her grades in New Orleans upon return from Texas and during the time the family was living in the trailer indicate a significant drop in her grades. Gradually, over the past two years, her grades have slowly increased, but have never reached the level she had while living in Texas.

## Examination Results

Timia Dubuclet, a 10-year 10-month-old little girl, was examined on July 15, 2009. She presented neatly dressed in white shorts and a white blouse. Timia is a pretty child who was cooperative and compliant throughout the entire examination. She appears healthy

5 Page
Name: Timia Dubuclet
Date of Birth: September 23, 1998
Date of Examination: July 15, 2009
Date of Report: July 16, 2009

and well nourished. Her patches of skin on the inside of her elbow, back of her knees, and around her lips appear much improved compared to the medical records. Timia's understanding of normal affect and emotions is within normal limits. Her basic personality appears healthy and reflects positive prior emotional and psychological development. Although this child's basic personality appears healthy, she does struggle with numerous stressors and anxiety problems. She reports migraine headaches that occur bilaterally in the temporal area and at the top of the occipital area of her head. Her headaches often last throughout the day, "until nighttime," and occur twice weekly. She reports that her headaches worsened in the past school year. As I inquired for the development of headaches she notes, "Yea, I had them before, but they were not as bad." I probed for more clarification of the development of headaches and she notes that the onset of headaches began when she was living in the trailer. Timia also reports that her itching and bleeding from scratching started after living in the trailer and, "That's when I started crying a lot, when we were in the trailer." Timia reports continuing anxiety problems of "When I get nervous my hands shake and I tap my foot and my stomach hurts." Timia is wearing false fingernails that are brightly polished. When I commented on how pretty her nails were she stated, "These are false nails, when they come off, then I bite my nails. I try to keep these on so I don't bite my nails." I explored for the development of nail biting and she stated, "It started when I was younger." As I gently probed for more clarification, she notes that the onset of nail biting began when the family was living in the trailer. Timia reports that she privately worries about being a, "good child." As she notes, "If I get a bad grade and I know I'm gonna get in trouble about it, I go in my room and I cry and I shake my head a lot. Sometimes I worry if I don't do what I'm supposed to do."

Timia has strong aspirations to succeed in life and notes that she hopes to become a "forensic doctor that does autopsies." I explored with her for more information regarding her hopes to become a "forensic doctor," and she noted that she often plays a computer game online that allows children to perform surgeries and transplants on the human body. Timia reported an extensive knowledge about anatomy (for a 10-year-old) and further stated that she wants to become a pathologist in order to, "find out about diseases and help people."

This child also has a tendency to withdraw and to avoid contact with peers. As I explored her private tendencies toward withdrawal she noted that she is concerned about her appearance of a black area around her lips and continues to worry that her skin condition will worsen and the prominent areas around her eyes, lips, chin, and the back of her neck will return. As we discussed her fantasies regarding withdrawal and isolation I was struck by her fantasy to become a ladybug. As I explored her childhood fantasy she noted, "Well, ladybugs are pretty and nobody could really see me and I could fly!" Timia also has aspirations for success in her personal life. As she stated, "I want to get married, but not until maybe I'm 27. Not when I'm a teenager, because I want to graduate from college."

DUB001133

6 Page
Name:  Timia Dubuclet
Date of Birth:  September 23, 1998
Date of Examination:  July 15, 2009
Date of Report:  July 16, 2009

Timia reports that she continues to have sleep difficulties, especially when her skin condition worsens and, "It itches and my skin gets hot." Timia also reported intense frightening dreams. I asked her to relate some of her dreams and she stated, "A man was running after me. I couldn't see who the person was and then I woke up! I also dreamed one time that me and my brother were there and there was a criminal behind us. He took us and my friends and he put us in a car and then I woke up." Timia reports that these dreams are recurring and she retains a vivid memory of the dreams that lead to sleep arousal. Normal childhood dreams tend to resolve after age 6-7 as the child attains mastery over anxiety in normal development. Timia's continuing problems with anxiety dreams that lead to sleep arousal (nightmares) indicates continuing anxiety problems.

I also explored with Timia for continuing difficulties in her life. She stated that she continues to have problems with, "my skin. I get it here (pointing to her mouth) and here (pointing to her elbow) and here (popliteal area). I had it (skin problems) a little bit before Katrina, but it got real bad when we were in the trailer."

I explored with Timia for additional difficulties in her life and she stated, "You want to hear about it? It's gross!" I acknowledged that I would like to hear what additional problems with which she is struggling and she stated, "I threw up and it came out of my mouth and my nose at the same time. I used to get it (skin problems) on my chin and the back of my neck and my back when we were living in the trailer and after, but it got better when I was 9." I inquired for the impact upon her of having these difficulties and she stated, "It was horrible! People would talk about me and my skin; they called me names like 'Black Lips' and said I needed a lot of Chapstick. I would go home and try to take the medication, but I would cry when I was alone. Sometimes I had trouble breathing and I would throw up and I couldn't catch my breath. Sometimes I was worried if I had trouble breathing that I might die! I tried to catch my breath, but I kept trying and trying and finally I could catch my breath."

I inquired with this child for her experience of Katrina. She stated, "It (onset of Katrina) was fun. In Houston, I liked it. I won a spelling bee of a hundred and fifty-nine words. I won first place!" Timia reports that upon returning to New Orleans she was struck by, "all the bad stuff that happened (to the city). We lived in a trailer and it stinked. It had a bad smell. My mom had to keep cleaning and spraying. It had a lot of bugs too. I couldn't sleep at night because there were a lot of bugs and it was hot and the smell was like a sewer. Like somebody left garbage in a car. After we got out of the trailer my skin problems kept on."

I explored with this youngster her worries about her general health and she noted that she privately worries about her skin condition as, "It might, well, never go away, my bad skin. I worry that it will stay and not go away. People still will talk about me and I worry

7 Page
Name: Timia Dubuclet
Date of Birth: September 23, 1998
Date of Examination: July 15, 2009
Date of Report: July 16, 2009

that I will not have the same things as other kids. Like, they will still talk about me…but, I will always have my mom.…"

*Psychological Testing*

A battery of psychological tests was administered to this child including Projective Drawings and the Beck Youth Inventories. The Projective Drawings included the task of drawing a human figure, drawing a house and a tree, drawing her dreams, and drawing, "what it was like living in the trailer." Her human figure drawing is basically within normal limits and she notes upon inquiry that, "The drawing is me. I have a bracelet, I'm 12 years old, no, I'm really 10." Her drawing includes the normal features of a child at this age and do not reflect any significant issues of problems.

Her drawing of a house and a tree is of a large house with two stories and only one person lives there. I explored for the significance of only one individual living in a large house and she acknowledged that her fantasy was that she would live there alone.

The drawing of the tree indicates mild anxiety difficulties as she stated in the inquiry, "The tree has a big hole in it and animals are living inside. The tree is alive except that some of the roots are dying."

I also asked Timia to draw her dreams. She chose two separate dreams and notes the first drawing is, "Me at the movies and the man that tried to take us away. He put us in a car and we cried, but no one came and he said 'Who cares what you think?'." Timia notes that she began having this dream while living in the trailer. The dream reflects anxiety and earlier in the examination she noted that this dream leads to sleep arousal.

Her second dream is herself being chased by someone and she is helpless and threatened. Timia also spontaneously drew another picture of "black stuff around my lips; it makes me feel horrible." Timia then drew a picture of what it was like living in the trailer and she notes on her drawing, "It made me want to cry that I was not in my house. It also made me cry because of my bad skin. And, it smelled really bad."

The Beck Youth Inventories was administered. This test assesses anxiety, depression, anger, deviant behaviors, and self-concept. Her self-concept score is within normal limits and her anxiety is at an average to mildly elevated level. Her depression, anger, and deviant behavior scores are within normal limits.

**Diagnoses**

Axis I      Anxiety disorder due to eczema
Axis II     N/A
Axis III    Dermatological and respiratory problems (by history)

DUB001135

8 Page
Name:  Timia Dubuclet
Date of Birth:  September 23, 1998
Date of Examination:  July 15, 2009
Date of Report:  July 16, 2009

| | |
|---|---|
| Axis IV | Worries and distress due to her skin condition |
| Axis V | Current GAF = 60 |

## Prognosis

The prognosis for complete resolution of her difficulties is considered favorable with appropriate psychological treatment and continued medical care.

## Summary and Recommendations

Timia continues to struggle with private stress, worry, and anxiety regarding her medical difficulties; primarily her eczema. Her basic personality is healthy and she has strong, positive aspirations for her long-term future. The anxiety continues to be an impediment to her development and needs to be treated appropriately. The distress and worry about her eczema is affecting her social and psychological development in a negative fashion. This includes her private preference for isolation, withdrawal and worries about her peer relationships. I am also concerned about the development of normal sexuality including body image as she enters adolescence. As normal psychosexual development unfolds in the next several years, the symptoms of eczema around her lips and areas of her face will very likely increase and gain highly significant psychological importance. Physical appearance, grooming, kissing as a form of expression of affection, are all normal aspects of adolescent psychosexual development. For Timia, these issues are likely to be significant problems unless she receives appropriate treatment before she reaches adolescence. It is extremely important for psychological treatment to occur before continuing skin problems affect her psychological and personality development. It is obviously more difficult to resolve problems after they have occurred than to prevent them by engaging in appropriate treatment. I recommend the following:

1. Timia should continue under the care of Drs. White and Farber;
2. Individual psychotherapy is extremely important to help this child ameliorate the current anxiety difficulties, to resolve the underlying worries and distress and to prevent further problems in her anticipated development as an adolescent and a young woman;
3. Once this child has engaged in productive psychotherapy, mother-child sessions are strongly advised;
4. I plan to consult with Drs. White and Farber in order to clarify the long-term prognosis for this child's medical conditions;
5. Parent consultation concurrent with the child's treatment;
6. Psychological re-examination and treatment review.

The future treatment needs are estimated to be the following:

DUB001136

9 Page
Name: Timia Dubuclet
Date of Birth: September 23, 1998
Date of Examination: July 15, 2009
Date of Report: July 16, 2009

    A.    Individual therapy once weekly for one year, followed by once monthly for one year ($15,600.00 / $3,600.00);
    B.    Mother daughter therapy once weekly for six months ($7,800.00);
    C.    Parent consultation once monthly for nine months ($2,700.00);
    D.    Psychological re-examinations are $5000.00 each;
    E.    Consultation with other professionals six times ($1,800.00).

All sessions are calculated at $300.00 each. The total estimated fees are $28,700.00.

Based upon all of the available information, it is my opinion that it is more likely than not that living in the trailer for 15 months with the reported difficulties appears to have had a significant deleterious effect on this child's development. After consultation with Drs. White and Farber and review of any available information, additional reports will be forthcoming.

Very truly yours,

*Edward H. Shwery, Ph.D.*

Edward Halie Shwery, Ph.D.
Clinical and Forensic Psychologist
EHS/dgs

Sworn to and subscribed to before me, Notary, this 17th day of July, 2009.

*Cynthia McWallace*
Notary Public  Cynthia M Wallace ID # 32840
My commission expires
at my death.