Exhibit K

# Transcript of the Testimony of
# Dr. Edward H. Shwery

**Date taken: August 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username**
and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

```
 1   mind about why she wanted to go back.  I
 2   know that she did well.
 3        Q.   You didn't ask her why she wanted
 4   to go back?
 5        A.   I did, but she didn't lay it out
 6   like you are describing.
 7        Q.   But she wanted to leave New
 8   Orleans and go back to Texas?
 9        A.   Yes, she didn't want to leave
10   Texas.  Both she and her mother described
11   that, after a few weeks, things settled down
12   and some of that went down.
13             She did not like living in the
14   trailer, however.  She didn't think that was
15   very cool at all.  We talked about some of
16   the problems, and as you know from my
17   report, the issues in the trailer started to
18   have an adverse effect on her health, which
19   caused an increase in psychological issues.
20        Q.   Let me make sure I understand
21   that.
22             It is your belief that living in
23   the trailer had an adverse effect on her
24   skin condition, her eczema, and that led to
25   greater anxiety?
```

```
 1      A.   That's correct.  I guess I would
 2  call it an exacerbation of the prior eczema.
 3      Q.   Didn't cause it, but from what you
 4  have read, and in your view, it might have
 5  exacerbated it?
 6      A.   That is my conclusion, it did
 7  exacerbate it.
 8      Q.   The eczema?
 9      A.   The eczema and probably allergies.
10      Q.   Living in the trailer specifically
11  or just living back in New Orleans with all
12  of this going on in New Orleans?
13      A.   My understanding is the
14  formaldehyde in the trailer in a more
15  confined environment caused an exacerbation
16  of prior allergies and eczema.
17      Q.   I wrote that down earlier to ask
18  you about it.  You are not a medical doctor,
19  correct?
20      A.   Correct.
21      Q.   Not a dermatologist?
22      A.   I am not.
23      Q.   Not an allergist?
24      A.   No.
25      Q.   So you cannot formulate any
```

1      A.   That is absolutely correct.
2      Q.   Normally, in general, when there
3  is a psychological issue that somebody has,
4  and whether it's caused by some specific
5  outside event or whether it is caused by
6  tension that leads to the dreams, et cetera,
7  that we have been talking about, does a
8  person tend to get better, psychologically
9  better, when they are removed from that
10 event or from those factors that are causing
11 the anxiety?
12     A.   If the external situation or event
13 would be classified as a stressor, removal
14 from that, you would expect, if that were
15 the primary cause of their psychological
16 reaction or psychological problem, removal
17 from that often shows that problems do go
18 down, unless they become ingrained or there
19 are some other issues that are continuing.
20 But, usually, you would expect it to go
21 down, unless something is perpetuating it.
22     Q.   Do you see anything in Timia's
23 case that is perpetuating these issues?
24     A.   Yes, of course.
25     Q.   What is that?

```
 1        A.   Dr. Farber indicated, when I
 2   consulted with him, that she is going to
 3   have rashes that will recur intermittently
 4   the rest of her life.  The eczema will never
 5   be cured is the way he put it.
 6             He also said that she is going to
 7   be having allergies the rest of her life
 8   that are, in his opinion, related to the
 9   formaldehyde.  He said that she is allergic
10   to formaldehyde, and he described for me the
11   process by which that will medically result
12   in a recurrence of skin conditions and
13   allergic reactions.
14        Q.   Do you remember what he said so
15   you can relate it to us, what he might have
16   said about that?
17        A.   I thought I just did.
18        Q.   I thought you said "medically
19   explained how it will happen"?
20        A.   Well, I don't know that I could
21   reproduce it.  I understood what he said.
22   I'm not a physician.
23        Q.   Since she had eczema from the time
24   she was two years old, and she was six or
25   seven when the hurricane occurred, would she
```

1    issues.  I defer that to the toxicologists
2    and the medical doctors.
3              I have been aware of the effect of
4    formaldehyde on asthma and allergies for 25
5    years, since my son was two years old.  He
6    developed allergies and asthma early in
7    life, and his mother and I built a home to
8    which we moved in 1988.  Prior to that, she
9    worked with the architect, contacted the
10   Environmental Protection Agency, paint
11   companies, to avoid formaldehyde in the
12   building products because of the effect on
13   asthma and allergies and went through a
14   lot -- I have been involved in -- aware of
15   it and just reading in that field since
16   then.  But I am not an expert in it.
17   EXAMINATION BY MR. SAPORITO:
18        Q.   And you wouldn't be qualified to
19   give an opinion about whether or not there
20   was a certain level of formaldehyde in a
21   particular travel trailer?
22        A.   That's correct.  I would not.
23        Q.   And you would not be qualified to
24   give any opinion about whether that level of
25   formaldehyde had any impact on Timia

```
 1    Dubuclet or any of the Dubuclets?
 2         A.    That's correct.
 3         Q.    And you wouldn't be able to give
 4    any opinion on whether or not the level of
 5    formaldehyde, if any, had any impact as far
 6    as exacerbating Timia Dubuclet's eczema,
 7    allergies or skin condition?
 8         A.    That's correct.  I would defer all
 9    of that to the medical doctors.
10         Q.    All right.  Now, let me ask you
11    about drawing No. 4.  And I think drawing
12    No. 4, if I remember what you told me, was
13    basically your instruction was "Draw
14    anything you want to draw."
15              Is that right?
16         A.    Yes.
17         Q.    And she made a -- again, this
18    printing on drawing No. 4, is that her
19    printing?
20         A.    It is.
21         Q.    And she prints or draws a bunch of
22    squiggly lines in the middle and she says,
23    "Black stuff on my lips."
24              Is that what it says?
25         A.    Yes.  This half circle is a
```