Exhibit M

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

```
IN RE: FEMA TRAILER        *    MDL NO. 1873
       FORMALDEHYDE         *
       PRODUCTS LIABILITY   *
       LITIGATION           *    SECTION: N(5)
                            *
This Document Relates to:   *    JUDGE: ENGELHARDT
Charlie Age, et al. v.      *    MAG: CHASEZ
Gulf Stream Coach Inc.,     *
et al., Docket No. 09-2892  *
```

VIDEOTAPED DEPOSITION OF MARY C. DeVANY, MS, CSP, CHMM

Taken on behalf of Defendants

Portland, Oregon

July 31, 2009

--oOo--

Mary DeVany
July 31, 2009

Page 54

1  Q.  Where?
2  A.  Union Carbide Corporation in East Chicago, Indiana,
3      is one of the locations.
4  Q.  Okay.  I'm sorry.  I thought you were finished.
5  A.  I also worked for Union Carbide Corporation, two of
6      their facilities in Washougal, Washington, after I
7      spent two years in East Chicago, Indiana.
8  Q.  What were the jobs in the Union Carbide facilities?
9  A.  In the Union Carbide facility in East Chicago, I was
10     responsible for occupational safety, occupational
11     health, industrial hygiene, environmental affairs,
12     employee training, and all engineering operations
13     and training for all aspects of the facility.
14         It was the world's largest industrial specialty
15     gas plant.  We dealt with flammable, corrosive,
16     poisonous, and toxic gases and liquids in huge
17     quantities.  Like I said, it was the world's largest
18     specialty gas plant.  Anything that is a gas, we did
19     it there.
20 Q.  Now, I need to ask you this question.  Do you
21     consider yourself an industrial hygienist?
22 A.  I do.
23 Q.  Are you certified by any organization as an
24     industrial hygienist?
25 A.  No.