UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION:  N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

*******************************************************************************

## FLEETWOOD ENTERPRISES, INC'S MOTION TO LIMIT
## STEPHEN SMULSKI, Ph.D'S TESTIMONY

Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court in limine to limit

the expert testimony of Stephen Smulski, Ph.D. Smulski has ventured well outside his area of

expertise, and those opinions—ranging from design defects to medical causation -- should be

excluded.  He is unqualified to offer any alternative design theory, and he should not be

permitted to testify regarding formaldehyde test levels and medical causation.  Accordingly,

these opinions should be excluded under Federal Rule of Evidence 702, *Daubert v. Merrell Dow*

*Pharmaceuticals*, and the *Daubert* progeny.  In support of this motion, Fleetwood has filed a

memorandum of law and also relies on the following documents:

| | |
|---|---|
| A | Stephen Smulski, Ph.D. Deposition, taken Oct. 20, 2009, excerpts (pages 27-30, 50-51, 61-65, 67-68, 81-83, 99-101) |
| B | Stephen Smulski Report, dated July 10, 2009 |

For these reasons, Smulski's opinions should be excluded.

2

This 9th day of November 2009.

Respectfully submitted:


*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                    ( )    Prepaid U.S. Mail

( )    Facsimile                         ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana, this 9th day of November 2009.

/s/ Richard K. Hines, V
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)