Exhibit A

# Transcript of the Testimony of
# **Stephen Smulski, Ph.D.**

## Date taken: October 20, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# **Professional Shorthand Reporters, Inc.**

**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 27

1    the Jenkins Fleetwood unit?

2         A    No.

3         Q    And the Dubuclet Fleetwood unit,

4    is that the only Fleetwood travel trailer

5    unit you have inspected?

6         A    Yes, it is.

7         Q    Okay.  When was the first time

8    that you got information specific to the

9    Dubuclet unit approximately?

10        A    I don't recall exactly.  I did the

11   inspection on July 9th, 2009.  It would have

12   been sometime prior to that, probably in the

13   month of June.

14        Q    Okay.  What was your understanding

15   of what you were retained to do vis-a-vis

16   the Dubuclet unit in this litigation?

17        A    I was asked to do a visual

18   inspection of the trailer to inventory the

19   various types of wood and wood composite

20   products that were used in the construction

21   of the trailer as well as to bring to the

22   case in general the historic background

23   regarding formaldehyde emission from wood

24   composite products.

25        Q    All right.  Now, I just want to

Page 28

1    run through a few things to be sure that

2    you're not holding yourself out to be an

3    expert in these fields.  Okay?  You are not

4    a civil engineer?

5          A    Correct.

6          Q    You're not a chemist?

7          A    Correct.

8          Q    You're not going to give any

9    opinions on medical issues in the case?

10         A    That's correct.

11         Q    Or industrial hygiene issues in

12   the case?

13         A    That's correct.

14         Q    And you're not a statistician?

15         A    Correct.

16         Q    When you just stated what you were

17   retained to do, you were not asked to

18   determine what specific levels of

19   formaldehyde emissions there may have ever

20   been on any given day when the Dubuclets

21   resided in that unit; is that correct?

22         A    Yes, it is.

23         Q    Okay.  And you also did not say,

24   when you just told me what you were retained

25   to do, that you were asked to make an

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Stephen Smulski, Ph.D.

Page 29

1   analysis of air exchange rates within the

2   Dubuclet unit on any given day when the

3   Dubuclets lived in that unit?

4        A    Correct, I was not asked to do

5   that.

6        Q    All right.  And you did not

7   formulate such opinions?

8        A    Correct.

9        Q    And also, you were not asked to

10  and did not formulate any opinion whether

11  Timia Dubuclet or any of the Dubuclet family

12  have a medical condition that's related to

13  exposure to formaldehyde from the Fleetwood

14  unit?

15       A    That's correct.

16       Q    Now, let's look at your report,

17  and start with paragraph 5.  Paragraph 5 I'm

18  going to summarize, and if I haven't

19  summarized it well, you correct me.  But

20  paragraph 5 basically discusses the

21  propensity for wood-based composite

22  materials to release formaldehyde and states

23  that such exposure "can cause adverse health

24  effects," correct?

25       A    Yes.

Page 30

1        Q     Okay.  You would agree that you're

2    not qualified to testify about what those

3    health effects are?

4        A     In a sense, again, I'm not a

5    medical doctor.  I don't have expertise in

6    the actual effects of formaldehyde in human

7    beings.

8              What I'm referring to here is that

9    I at that time as part of my teaching had

10   gone into the literature and was simply

11   reporting to my students what those in the

12   medical community had identified as adverse

13   health effects on formaldehyde exposure.

14       Q     All right.  And by --

15   MR. LAMBERT:

16             Just one minute.

17   (Discussion off the record.)

18   MS. DALY:

19             We're back on.

20   EXAMINATION BY MS. DALY:

21       Q     So in paragraph 5, that is not an

22   opinion by you that Timia Dubuclet or any of

23   the Dubuclets have health effects as a

24   result of their exposure to formaldehyde in

25   the Fleetwood unit?

Page 50

1        Q     Or maybe more than just the

2   summer?

3        A     Yes.

4        Q     And similarly, did you do any

5   analysis of what the inside temperature was

6   in the Dubuclet unit typically, winter,

7   spring, summer and fall of the period that

8   they lived in it?

9        A     No, I did not.

10       Q     Did you read anything in what

11  Ms. Dubuclet or Ms. Picot testified about

12  that let you have an understanding of the

13  typical temperature they would keep the unit

14  at?

15       A     No, because, again, they were both

16  running the air conditioning and having the

17  doors and windows open.  Obviously, the

18  outdoor temperatures are then going to

19  affect both the indoor temperature and the

20  indoor relative humidity.

21       Q     So you don't know whether

22  typically their unit was at 72, 80, 68; you

23  don't know?

24       A     I don't know specifically, no.

25       Q     Now, paragraph 12, you note that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Stephen Smulski, Ph.D.

Page 51

1    the air inside, the volume of air inside the

2    trailer was small, and you make the comment

3    its air exchange rate was low.

4            Have you done any study to

5    determine exactly what the air exchange rate

6    is in that unit?

7        A    I have not.  The basis for that

8    statement is actually work done by the

9    Lawrence Berkely National Laboratory, where

10   they did make measurements of air exchange

11   rates in trailers.

12       Q    Okay.

13       A    And I will note they did not look

14   at a Fleetwood travel trailer.  They looked

15   at four other trailers.

16       Q    Right.

17       A    But all travel trailers that are

18   at issue here are basically similar in the

19   sense they're all about the same size, they

20   have about the same volume of air inside

21   them, they all use particleboard, hardwood

22   plywood and medium density fiberboard in

23   their construction for essentially the same

24   purposes and in essentially the same amount.

25       Q    Well, let me ask you one thing

Page 61

1    response to Katrina were modified in certain

2    respects by the requests of FEMA?

3         A    Yes.

4         Q    And one of the principal ways, for

5    example, is that they didn't have

6    self-contained holding tanks, they had to be

7    attached to water, city or county water

8    systems, correct?

9         A    Yes.

10        Q    All right.  And in that sense,

11   they were not a self-contained travel

12   trailer of the kind you could just drive to

13   Yellowstone Park and park at a camping site,

14   correct?

15        A    Right.  They may have been

16   referred to as a travel trailer, but they

17   were temporary housing intended and built

18   expressly for the purpose of temporarily

19   housing people displaced by Katrina.

20        Q    Now, let's talk a minute about the

21   mechanical system that you were just

22   speaking of.  In paragraph 29 of your

23   report, you suggest that Fleetwood could

24   have modified the ventilation system in the

25   travel trailer by providing a mechanical

Page 62

1    system similar to what we have in our

2    manufactured housing?

3         A    I didn't say "modified."  I said

4    they could have equipped it with a

5    mechanical ventilation system that would

6    blow stale, contaminated indoor air outside

7    and replace that with fresh outdoor air.

8         Q    And you say that because there

9    existed in the world mechanical systems for

10   manufactured housing that did what you have

11   described, correct?

12        A    They exist for manufactured

13   housing, they exist for single-family

14   dwellings, they exist for office buildings.

15        Q    Do they exist for travel trailers?

16        A    I'm not aware of any that have

17   actually been used in travel trailers, but

18   again, these were travel trailers built

19   expressly for the purposes of temporary

20   housing.

21        Q    And you also understood that FEMA

22   sent us specifications following Katrina in

23   August of 2005, correct?

24        A    Yes.

25        Q    And there was nothing in the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Stephen Smulski, Ph.D.

Page 63

1    specification for travel trailers that

2    dictates a mechanical system, correct?

3         A    There was nothing in the

4    specification at that time other than the

5    reference to "any HUD requirement."

6              Since that time, FEMA has produced

7    another specification in late 2008 and

8    expressly says you must provide mechanical

9    ventilation and actually cites a rate of air

10   exchange.

11        Q    Okay.  Now, do you know how the

12   use of a mechanical ventilation system would

13   have impacted, for example, energy use or

14   utilities cost in the travel trailers that

15   were being produced by Fleetwood in 2005 in

16   response to the Katrina emergency?

17        A    I can't put a dollar value to it,

18   but when you are taking fresh, outdoor air

19   and conditioning it, in this case you would

20   be both cooling it and dehumidifying it, and

21   then putting that inside the trailer, and

22   you're exhausting stale, contaminated indoor

23   air to outside the trailer, it does increase

24   your heating and cooling loads a little bit.

25        Q    And the costs then?

Page 64

1      A     It might increase your electric

2   bill a little bit, yes.

3      Q     And how about how the inclusion of

4   a mechanical system such as you're

5   describing would have impacted the

6   electrical design overall of the Fleetwood

7   travel trailer?  Do you know how it would

8   have impacted that?

9      A     You will have to ask an

10   electrician.

11      Q     Right.  Okay.  You don't know what

12   Fleetwood would have had to do to modify it,

13   the travel trailer, to add the mechanical

14   system?

15      A     No.

16      Q     You don't know what the added cost

17   would have been for the unit if they did

18   that?

19      A     No.

20      Q     Okay.  And you have never tried to

21   design a travel trailer that would meet the

22   transportability, the durability or the

23   price point requirements that Fleetwood was

24   building its travel trailers to in the fall

25   of 2005, have you?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Stephen Smulski, Ph.D.

Page 65

1        A     I have never designed a travel

2    trailer, no.

3        Q     Okay.  And you have never tested

4    any products to determine whether there were

5    alternative products to the wood composite

6    products that Fleetwood was employing that

7    could have been used on a travel trailer

8    that would have also supported the

9    transportability, durability and price point

10   issues that Fleetwood was building them to?

11       A     I have never tested any products

12   specifically for that purpose, no.  Based on

13   my experience, I think there were several

14   options available to them at that time.

15             No. 1, there were available to

16   them hardwood plywood, particleboard and

17   medium density fiberboard that are

18   manufactured without urea-formaldehyde

19   adhesives and, therefore, don't give off any

20   formaldehyde.

21             Hardboard, wet process hardboard

22   is an alternative they could have looked at.

23   Again, it doesn't outgas formaldehyde.

24             Even if they were not able to

25   either acquire alternative materials that

Page 67

```
 1    answered that several times.

 2         MS. DALY:

 3              No, I don't think he has.

 4         MR. LAMBERT:

 5              Well, objection.

 6         MS. DALY:

 7              Okay.  You can have your

 8    objection.

 9         THE WITNESS:

10              Let me say this.

11    EXAMINATION BY MS. DALY:

12         Q    No, no.  Let me ask my question.

13         A    Please.

14         Q    Then you answer that.  My question

15    was this.  You have not done any study or

16    seen any travel trailer that uses the types

17    of products that you have just talked about,

18    correct?

19         MR. LAMBERT:

20              Objection.

21         THE WITNESS:

22              I have not.  However, whether

23    hardwood plywood is made with

24    urea-formaldehyde adhesive or some other

25    adhesive, there's no reason for me to
```

Page 68

1    believe it's going to perform differently in

2    a travel trailer.

3              The same would be true

4    particleboard or medium density fiberboard.

5    The same would be true for a hardwood

6    plywood panel that was overlaid on both face

7    and rear with a vinyl overlay.

8              There's no reason for me, based on

9    my experience and knowledge, to believe that

10   it's going to perform any differently than

11   what was actually used in those units with

12   regard to the criteria you're asking about.

13   It's going to perform differently in terms

14   of emission of formaldehyde.

15   EXAMINATION BY MS. DALY:

16        Q    Okay.  But the fact remains that

17   you have never built one to see how it would

18   do?

19        A    That's correct.

20        Q    All right.  And you have never

21   done any tests with putting the overlayment

22   on the back side of the panel to see what

23   other effects that might have with respect

24   to condensation, cooling, energy use,

25   anything like that?

Page 81

1    penetrations there are on the outside.

2         Q    Okay.

3         A    And then the last one is once the

4    formaldehyde gas has migrated into the

5    living space, this is how it can be

6    circulated throughout the space by, again,

7    what is a recirculating air conditioning

8    system.

9         MS. DALY:

10            Okay.  I'm going to turn you over

11   to anybody else who wants to ask questions.

12        MR. SHERBURNE:

13            I'm going to ask a few.  Can we

14   take a five-minute break?

15        MS. DALY:

16            You may.

17   (Discussion off the record.)

18   EXAMINATION BY MS. DALY:

19        Q    Dr. Smulski, let me go back a

20   minute to what we were talking about with

21   respect to the products that you are

22   suggesting could be substitutes for products

23   that Fleetwood used in the Dubuclet unit.

24   Okay.

25            Would you list off for me the

Page 82

1  products that you think could be used and

2  tell me if you know of a manufacturer of

3  those products from which they are

4  available.

5      A    The products would be, again,

6  hardwood plywood, particleboard, medium

7  density fiberboard that are manufactured

8  without urea-formaldehyde based adhesives.

9      Q    Do they have other adhesives in

10  them?

11      A    For example, in medium density

12  fiberboard would be what's called an

13  isocyanate adhesive.

14      Q    Isocyanate?

15      A    Isocyanate, I-S-O-C-Y-A-N-A-T-E.

16      Q    Is there any other type of

17  adhesive that --

18      A    That's the most typical for what

19  is called, for example, green MDF.

20      Q    Right.

21      A    Hardwood plywood can be

22  manufactured with phenol-formaldehyde

23  adhesives.  That's the same adhesive that's

24  used for softwood plywood and oriented

25  strand board, and even though it does have

Page 83

1    formaldehyde in it, it's of a different

2    chemical nature when cured and it's exempt

3    from the HUD requirements because of that.

4              The same thing is true for

5    particleboard.  Particleboard can be

6    manufactured without urea-formaldehyde

7    adhesives.

8         Q    Do you know what the price

9    difference is?

10        A    I do not, and I cannot tell you

11   specific manufacturers of it.  I'm just

12   simply aware that those products exist.

13        Q    Do you know what differences those

14   products have, what physical property

15   differences, for example, a particleboard

16   without the urea-formaldehyde has versus the

17   particleboard that uses a urea adhesive?

18        A    I don't know specifically, other

19   than the properties with phenol-formaldehyde

20   and isocyanate, you actually get an enhanced

21   product.

22        Q    In what way?

23        A    Typically, harder strength and

24   stiffness.

25              And the major difference is

Page 99

1        Q     Okay.  I would ask you to look at

2    your report then, if you don't mind, because

3    I'm wondering where paragraph 14 in your

4    report fits into those two task

5    descriptions, which begins "I am aware that

6    the trailer was installed."

7        A     14 is a prelude to 15.  15

8    explains how formaldehyde released from the

9    rear, the unfinished rear of panels in the

10   walls and ceiling cavities can then migrate

11   into the living space.

12              14 is a prelude to that,

13   explaining how, because of the way these

14   trailers were converted from travel trailer

15   to temporary housing set on a foundation,

16   hard wired, plumbed, et cetera, that in the

17   process of that, that can contribute to the

18   opening of joints primarily to allow for the

19   escape of that formaldehyde gas from wall

20   and ceiling cavities into the living space.

21       Q     Did you see the Dubuclet trailer

22   installed, in the process of being

23   installed?

24       A     No.

25       Q     Did you ever see it installed

Page 100

1    sitting on piers or Dorothea Street?

2         A    No.

3         Q    I don't know if I'm saying that

4    right.  "Dorothea" Street, but in New

5    Orleans?

6         A    I never saw it there, no.

7         Q    So you would have no knowledge

8    that, in fact, it was bent or twisted?

9         A    That's correct.

10        Q    You would have no knowledge that

11   the frame or the shell could cause sealed

12   joints to open?

13        A    I have no knowledge that that

14   happened, correct.  And that's why it's

15   phrased "it is my understanding that."

16        Q    In other words, it's possible, but

17   you don't know for sure?

18        A    Correct.

19        Q    You don't know more probably than

20   not?

21        A    I wasn't there.

22        Q    When you did examine the trailer

23   in July, did you see any damage that you

24   believe was caused by the installation

25   process?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                          Stephen Smulski, Ph.D.

Page 101

1        A    I did not.

2        Q    Have you ever studied the products

3    that can be generated by the breakdown of

4    isocyanate, MDF?

5        A    I'm not aware of the breakdown of

6    those.  That, again, is a heat proof and

7    waterproof adhesive.

8        Q    Okay.  Fair enough.  Dr. Smulski,

9    I have been present at one of your prior

10   depos.  Do I understand that you testified

11   in deposition during the class action

12   certification process, also?

13       A    I did.

14       Q    Have you had a chance to review

15   the transcript of your testimony at the

16   class action certification proceeding?

17       A    I did.

18       Q    Have you had a chance to review

19   the transcript of your testimony at the

20   deposition in the Fleetwood bellwether?

21       A    Gulf Stream?

22       Q    I'm sorry.  Yes.  Thank you.  The

23   Gulf Stream?

24       A    I did, yes.

25       Q    Is there anything in your