UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC'S MOTION IN
LIMINE TO LIMIT THE TESTIMONY OF MARCO KALTOFEN, P.E.**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court in limine to limit the expert testimony of Marco Kaltofen, P.E. As detailed in the memorandum of law supporting this motion, Kaltofen is not a statistician, and certain of his opinions are not supported by reliable bases and should be excluded. In addition to the memorandum of law, Fleetwood also relies on the following exhibits to support its motion:

| | |
|---|---|
| 1 | Marco Kaltofen Affidavit, dated July 17, 2009 |
| 2 | Marco Kaltofen Affidavit, dated July 17, 2009, annotated |
| 3 | Attachment A to Court's Order dated Aug. 24, 2009, annotated |
| 4 | Order dated August 24, 2009 (Rec. Doc. 2816), annotated |
| 5 | Marco Kaltofen Deposition, taken June 16, 2009, excerpts (pages 32-33, 79, 83-84, 87-89, 105, 107, 113, 145-147, 165, 169, 229-32) |
| 6 | Plaintiff's Designation of Expert Witnesses (July 17, 2009) |
| 7 | Paul Hewett's CV |
| 8 | Paul Hewett Affidavit, dated July 16, 2009 |
| 9 | Paul Hewett Affidavit, dated Oct. 26, 2009 |
| 10 | ASTM E 1333-96 (2002), Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber |
| 11 | A. Berge, Mellegaard, *Formaldehyde Release from Particleboard- Evaluation of a Mathematical Model* 251-55 (Holz als Roh-und Werkstoff, 38, 1980) |

Fleetwood also requests that the Court apply its previous rulings in *Alexander* relating to Kaltofen on Kaltofen's *Dubuclet* opinions.

This 9th day of November 2009.

        Respectfully submitted:

        */s/ Richard K. Hines, V*
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                    ( )     Prepaid U.S. Mail

( )     Facsimile                        ( )     Federal Express

(X)     CM/ECF

New Orleans, Louisiana, this 9th day of November 2009.

                                          */s/ Richard K. Hines, V*
                                          Richard K. Hines, V
                                          Georgia Bar No. 356300
                                          E-mail:  richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

3