Exhibit A

<u>**AFFIDAVIT OF MARCO KALTOFEN, PE (CIVIL, MASS.)**</u>

**COUNTY OF MIDDLESEX**

**COMMONWEALTH OF MASSACHUSETTS**

The undersigned, **MARCO KALTOFEN, P.E., (Civil, Mass.),** does depose and say that:

My name is Marco Kaltofen, PE, and I am a Massachusetts Registered Professional Civil Engineer.  My professional address is 2 Summer Street Suite 14 in Natick, Massachusetts, 01760.  I have a Bachelor of Science degree in General Engineering with an American Chemical Society accredited concentration in Chemistry from Boston University.  I am currently at Worcester Polytechnic Institute's Department of Civil and Environmental Engineering, completing Masters research in facilitated airborne radionuclide transport, and have completed all other required coursework toward the Masters degree, including radionuclide transport, environmental fate and transport, industrial waste treatment, groundwater modeling, and hydraulics.  My continuing education also includes twenty eight credit-hours in water and waste treatment from Northeastern University Graduate School of Civil Engineering and American Chemical Society continuing education in Environmental Chemistry.  I am a member of the American Society of Civil Engineers and the American Chemical Society (25 plus years), and I served on the Committee on National Accreditation of Environmental Laboratories.

I am the President and owner of the Boston Chemical Data Corporation (BCD) which provides technical support for environmentally-related organizations, performs environmental investigations onsite and via computerized chemical and engineering information systems, and develops large scale site remediation and laboratory investigation plans, including laboratory audits.  I am the past director of the Citizens Environmental Laboratory of Boston, Massachusetts, a full service environmental testing laboratory.  I have also been employed as a chemist with additional environmental testing laboratories including Cambridge Analytical Associates of Watertown, Massachusetts where I was the Trace Inorganics Laboratory manager responsible for testing environmental and industrial materials for metals, sulfides, and other inorganic parameters.  I was an environmental chemist at the New England Aquarium in Boston, Massachusetts tracing the environmental fate of petroleum drilling wastes and the fate of pollutants in oceans and was responsible for DC-Plasma Emission Spectroscopy.

In my engineering experience I have been required to be the Engineer in responsible charge of site investigations at eight Massachusetts retail centers involving remediation and assessment of leaking underground storage tanks and

1

DUB000567

buried hazardous chlorinated wastes. I was required to review and select innovative treatment systems and designs for three sites, including contractor selection, oversight, and performance evaluation. Remediation methods selected included biodegradation, phytoremediation, two-phase extraction, and sparging. All of the retail centers remained in operation during remediation activities.

In other professional duties I have: Researched, specified and reviewed design and construction of a permeable reactive barrier installation to prevent migration of, and to destroy, a contaminated groundwater plume containing perchloroethylene and trichloroethylene at a commercial operation adjacent to a public water supply in Massachusetts. This was the first private operational reactive iron wall built in the Commonwealth of Massachusetts. Designed and performed field study of polychlorinated dibenzodioxins and dibenzofurans in a manufacturing facility and its environs, including the oversight and conduction of all sampling, data validation, and laboratory audits. Completed review of POTW wastewater discharges, discharge monitoring performance and pretreatment technologies for high petroleum hydrocarbon-bearing and alkaline industrial waste streams; performed data review and validation for nerve agents and blister agents (including Sarin and Mustard-HD); reviewed detection records and US Army analytical procedures for GC-MS, GC-FPD, and other analytical methods used at the Umatilla Chemical Depot. Sampled, Planned, prepared study design, and sampled radiological and mixed waste contaminants in the Columbia River at the Hanford Nuclear Reservation, particularly developing sampling strategies for foodchain contaminants including Strontium 90, Tritium, Americium, Plutonium, and Uranium isotopes; supervised resulting field work and performance of sampling teams during execution of the sampling and safety plans.

I have reviewed options for observing the proposed sampling and testing of indoor air spaces for formaldehyde.  In my professional opinion there are multiple methods available for the sampling and analysis of formaldehyde in air.  Among these are wet sampling methods coupled with colorimetric analyses, also called impinger methods, sorbent tube methods, including Method TO-11A, which is coupled with laboratory-based HPLC or GC-MS analyses, and electrometric real-time monitoring methods.  Sampling methods may be observed or carried-out under field conditions by individuals trained at the chemical technician level or equivalent.  Sampling in interior spaces where formaldehyde is anticipated to be present may be accompanied by real-time air monitoring in order to optimize sampling times and rates, as well as to provide additional health and safety protections for personnel.

A current Curriculum Vitae for Marco Kaltofen, PE, (Civil, Mass.), is provided at www.labs.pro/cv.pdf and a copy is attached hereto.

2

DUB000568

**Section 1 - Formaldehyde**

A series of samples of formaldehyde in air have been collected, and analyzed, to determine whether formaldehyde concentrations exceed acceptable limits in emergency housing units, (EHUs).  The Federal Emergency Management Agency, (FEMA), an agency of the U.S. Department of Homeland Security, provided EHUs to people displaced by hurricanes Katrina and Rita in the Gulf Coast region, including Texas, Louisiana, Mississippi and Alabama.  These EHUs include travel trailers, mobile homes, and similar manufactured, transportable, housing.

Manufactured wood products used in the construction of these housing units are a source of formaldehyde. Formaldehyde can also come from other household products, cigarettes, or outdoor air pollutants.

Although formaldehyde can come from sources unrelated to EHUs, these units have higher levels of formaldehyde than outdoor air or air in site-built homes. Outdoor air in unpopulated areas can be expected to have 0.2 parts per billion, (ppb), of formaldehyde.  Suburban areas may have 2 to 6 ppb.  Heavily populated or industrial areas may have 10 to 20 ppb.   (Reference: ATSDR 1999)

Note that 1000 parts per billion is equal to 1 part per million, (ppm).  One ppm is equal to 1.23 milligrams per cubic meter, $(1.23 \text{ mg/M}^3)$.

The Centers for Disease Control and Prevention, (CDC), found an average of 81 parts per billion, (as a geometric mean), of formaldehyde in occupied FEMA-supplied travel trailers.  The July 2008 report by the same agency notes that formaldehyde levels in site-built homes are about half to less than a quarter of this 81 ppb level.  (An adapted version of figure 3. from this CDC report is shown on p. 4)  The Fleetwood units had a GM of 39 ppb.

(References: Centers for Disease Control and Prevention, Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, July 2008; and additionally, the Agency for Toxic Substances and Disease Registry, United States Public Health Service, "TOXICOLOGICAL PROFILE FOR FORMALDEHYDE, July 1999, which notes, "Formaldehyde is a colorless, flammable gas at room temperature.  It has a pungent, distinct odor and may cause a burning sensation to the eyes, nose, and lungs at high concentrations", and, "Some people are exposed to higher levels of formaldehyde if they live in a new mobile home, as formaldehyde is given off as a gas from the manufactured wood products used in these homes.")

3

DUB000569

**Association of Indoor Temperature with Natural Log Formaldehyde Levels in Occupied FEMA-supplied Trailers in Louisiana and Mississippi,**

**December 2007 − January 2008**



Peer-reviewed literature gives a basis for how formaldehyde forms in these housing units:

"A completely different indoor contamination source is glue based on urea-formaldehyde (UF) condensates. Such glues are utilized for the production of many kinds of wood-based material (particle boards, medium density fiber boards, high-density fiber boards and various natural fiber composites). The stability of these UF polymers against water is low. Therefore, the presence of the unavoidable amounts of water leads to a hydrolysis of the N–O bond and, as a consequence, to the release of formaldehyde. Since UF glues are commonly used in the manufacture of both building materials and furniture the loading factor of such products can be quite high in housings and offices. Especially the application of water-based flooring adhesives on UF-bonded particleboard may cause high and long-term emissions of formaldehyde." (Reference: E. Uhde, T. Salthammer / Atmospheric Environment 41 (2007) 3111–3128, p.3121)

Indoor formaldehyde concentration is related to temperature and humidity.  As interior temperatures increase within these housing units, the amount of formaldehyde released into indoor air likewise increases.  Researchers found that formaldehyde loss from particle boards increased by a factor of 2.3 times with a 10 degree Celsius rise in temperature.  The increase was a factor of 3.5 times for medium density fiber board.  (Zhang 2007, page 3209, starting at 30 deg. C or 86 deg. F.)

4

DUB000570

Other researchers, (Risholm-Sundman 2007, p. 3200), found that the amount of formaldehyde released by a given amount of wood product increased from 43 micrograms to 74 micrograms each hour, as the temperature rose from 73.4 deg. F to 82.4 deg. F.

Humidity affects formaldehyde measurements in three ways.

> Very dry conditions, with relative humidity below ten percent, can cause passive monitoring badges to under report formaldehyde concentrations in air.  This condition was not encountered in any sampling events as recorded in the database.

> Relative humidity above eighty percent can compete with formaldehyde for active sites on passive badges.  This can have the effect of reducing the tested formaldehyde results.

> Changes in humidity also will change the amount of formaldehyde released by materials.

The CDC's July 2008 report also details the relationship between relative humidity and formaldehyde measurements.  The USEPA Indoor Air Quality online reference for formaldehyde notes that, "When the products [that release formaldehyde] are new, high indoor temperatures or humidity can cause increased release of formaldehyde from these products."  (References:  Uchiyama, 2007 and citations; CDC, 2008; USEPA url: www.epa.gov/iaq/formalde.html, respectively)

Based on standard references, (Mathematical Models for Estimating Occupational Exposure to Chemicals, by the AIHA Exposure Assessment Committee, Charles B. Keil, Wil F. Ten Berge, American Industrial Hygiene Association. Exposure Assessment Strategies Committee. Modeling Subcommittee, American Industrial Hygiene Association, Exposure Assessment Strategies Committee Modeling Subcommittee, AIHA, 2000,  pp. 25 to 30), steady state formaldehyde concentration is proportional to formaldehyde generation divided by volumetric airflow of ventilation. (Cair = G/Q)

For example, using this equation for an emission rate of 50 ug/sec from internal EHU components and a well-mixed ventilation flow of 0.1 cubic meters per second, the formaldehyde concentration is 0.5 mg/cubic meter, about 0.4 PPM.

If you only double the overall average emission factors for all materials in the trailer, the concentration becomes 0.8 PPM.  If instead you cut that generation by half, it becomes 0.2 PPM.  The relationship is independent of trailer volume.  The import is that in addition to ventilation, temperature, and other factors, had the overall formaldehyde emission rate of EHU materials been reduced, the steady state concentration of formaldehyde experienced by residents would have been

5

proportionately reduced as well.  Had alternative designs and specifications required lower emission rates or non UF materials, the steady state formaldehyde concentration would have been lower.


**Section 2 - Testing**

Personnel with the Boston Chemical Data Corp. of Natick, MA, (BCD), performed sampling within EHUs for formaldehyde.  Similar formaldehyde sampling was performed by DeVany Industrial Consultants of Vancouver, WA and the W.D. Scott Group, Inc. of Gretna, LA.  Additional sampling was done by the Center for Disease Control, an agency of the U.S. Public Health Service, Bonner Analytical Testing Company of Hattiesburg, MS, and The Sierra Club. Further testing was performed by individual EHU occupants.

Laboratory testing on EHU air samples was done by passive badge samplers at Assay Technology, AIHA Accreditation number 101728, of 1252 Quarry Lane, Pleasanton, CA  94566.  Additional passive badge and active tube testing was performed by Advanced Chemical Sensors, Inc. of Boca Raton, FL, and by ALS Environmental of Burlington and Waterloo, Ontario, and Edmonton, Alberta.

A formaldehyde sampling protocol was developed primarily by DeVany Industrial Consultants and reviewed by the W.D. Scott Group and Boston Chemical Data.  The protocol is attached to this affidavit.

Passive samplers are an Occupational Safety and Health Administration, (OSHA), approved method for formaldehyde measurement in air.  The method uses a badge containing the chemical 2,4-dinitrophenyl hydrazine, (DNPH).  Formaldehyde combines with DNPH to form the formaldehyde-DNPH derivative.  This derivative is a stable compound which is then analyzed, in the laboratory, by liquid chromatography.  The procedure is codified in OSHA Method 1007.

A limited set of samples were tested by ALS Environmental using air samples collected with 2,4-dinitrophenyl hydrazine and silica gel cartridges according to NIOSH method 2016.  These air samples were collected using a calibrated portable air sampling pump and tubes designed for active sample collection.  The tubes were analyzed and found to give results similar to results from passive sampling badges.

A web-based database was created to incorporate the results of formaldehyde testing and the particulars of the housing units tested.  The database includes data from BCD, DeVany, and the Scott Group, as well as data from the organizations and individuals listed in the first paragraph of Section 2, (above).

As of July 14, 2009, the database contains the results of 17,980 individual housing unit analyses for formaldehyde in indoor air.

6

Of the 17,980 records fully reviewed at the time of this affidavit, 1,518 units were Fleetwood units. The mean result was 0.146 parts per million, (PPM), of formaldehyde in indoor air. (ref. Expert Report of P. Hewitt)

For all units, these data, in PPM, were broken down by originator as follows:

| Originator | Records | Median | Mean | Variance |
|------------|---------|--------|------|----------|
| BCD | 513 | 0.1 | 0.156 | 0.031 |
| Bonner | 30 | 0.1 | 0.191 | 0.202 |
| DeVany | 5031 | 0.4 | 0.560 | 0.248 |
| EPA | 2279 | 0.11 | 0.247 | 0.114 |
| FEMA | 519 | 0.07 | 0.096 | 0.008 |
| Occupants | 516 | 0.11 | 0.203 | 0.068 |
| OSHA | 127 | 0.23 | 0.508 | 0.648 |
| Scott Group | 680 | 0.086 | 0.141 | 0.029 |
| Sierra Club | 75 | 0.17 | 0.181 | 0.006 |
| TES | 675 | 0.071 | 0.097 | 0.013 |
| TX Parks | 20 | 0.120 | 0.162 | 0.014 |

As expected, given the temperature and humidity dependence of formaldehyde concentrations, the FEMA data shows the lowest median and mean, as its samples were collected in the cold winter months of Dec. 21, 2007 to late January 2008. USEPA data, collected in the fall of 2006 is midrange, and the DeVany data, shows the peak median and mean value for samples collected during July and August 2008, when temperatures and humidity are higher.

Following page: Graphs of FEMA, EPA, and DeVany data showing sample formaldehyde results compared to data sampled.

7

DUB000573



DUB000574

Overall, based on the May 15, 2009 state of the BCD electronic database, the 5th percentile data point exceeded the ATSDR MRL of 0.008 PPM.  That is, 95 percent of the data was higher than the MRL, (Minimum risk level, 0.008 PPM). This is despite the fact that the EHUs were often sampled after residencies had ended, with an associated decline in EHU age and formaldehyde concentration.

(Note that as the materials in the EHU age, their formaldehyde emission rate declines, which causes a decline in steady state formaldehyde concentration. Reference: LBNL 2008, "Four unoccupied FEMA THUs were studied to assess their indoor emissions of VOC including formaldehyde. Indoor measurement of whole-THU VOC and aldehyde emission factors ($\mu$g h-1 per m2 of floor area) for each of the four THUs were made at FEMA's Purvis Mississippi staging yard using a mass balance approach. Measurements were made in the morning, and again in the afternoon in each THU. Steady-state indoor formaldehyde concentrations ranged from 378 $\mu$g m-3 (0.31ppm) to 632 $\mu$g m-3 (0.52 ppm) in the morning, and from 433 $\mu$g m-3 (0.35 ppm) to 926 $\mu$g m-3 (0.78 ppm) in the afternoon. THU air exchange rates ranged from 0.15 h-1 to 0.39 h-1. A total of 45 small (approximately 0.025 m2) samples of surface material, 16 types, were collected directly from the four THUs and shipped to Lawrence Berkeley Laboratory. The material samples were analyzed for VOC and aldehyde emissions in small stainless steel chambers using a standard, accurate mass balance method. Quantification methods for the VOCs included high performance liquid chromatography for formaldehyde and acetaldehyde, ion chromatography for the acetic acid, and gas chromatography-mass spectrometry for the remaining VOCs. Material specific emission factors ($\mu$g h-1 per m2 of material) were quantified. Approximately 80 unique VOCs were initially identified in the THU field samples, of which forty-five were quantified either because of their toxicological significance or because their concentrations were high. Whole-trailer and material specific emission factors were calculated for 33 compounds. The THU emission factors and those from their component materials were compared against those measured in other types of housing and the materials used in their construction. Whole THU emission factors for most VOCs were similar to those from comparative housing. The three exceptions were large emissions of formaldehyde, acetic acid, TMPD-DIB (a common plasticizer in vinyl products), and somewhat elevated emission of phenol. Of these compounds, formaldehyde was the only one with toxicological significance at the observed concentrations. Whole THU formaldehyde emissions ranged from 173 to 266 $\mu$g m-2 h-1 in the morning and 257 to 347 $\mu$g m-2 h-1 in the afternoon. Median formaldehyde emissions in previously studied site-built and manufactured homes were 31 and 45 $\mu$g m-2 h-1, respectively. Only one of the composite wood materials that was tested appeared to exceed the US Department of Housing and Urban Development (HUD) formaldehyde emission standard for new material but several of the materials exceeded if the decline in emission with aging is considered. The high loading factor (material surface area divided by THU volume) of composite wood products in the THUs and the low fresh air exchange relative to the material surface area may be responsible for the excessive

DUB000575

concentrations observed for some of the VOCs and formaldehyde.")

On July 2, 2008, the Center for Disease Control, (CDC), released its "Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes." CDC produced a table, (Table 2. Formaldehyde Levels by Brand), in the report which noted that the geometric mean of formaldehyde in all 44 sampled Fleetwood travel trailers was 0.039 parts per million (PPM or 39. PPB), and a range of 0.003 to 0.140 PPM, (3 to 140 PPB). CDC qualified its results saying, "Our study was done in the winter months of December 2007 through January 2008, when people had already lived in the trailers and mobile homes for two years. The formaldehyde level was probably higher in newer trailers and mobile homes and when the weather was warmer."

The 34 highest values for formaldehyde concentrations in the BCD database range from 2.6 to 5.0 PPM. Of these, 27 of the 34 highest formaldehyde values came from samples collected in the hot month of July. Of the 7 remaining highest values, 5 of these were sampled in the closing months of 2005, when the trailers remained quite new. The remaining 2 of the top 34 values were sampled in September of 2006. This is still a hot month in the Gulf, and the trailers were still comparatively new on average.

CDC also employed a geometric mean of 81 ppb, not an arithmetic mean. The geometric mean tends to reduce the contribution from high concentration results. The geometric mean of any varying data is always lower than the arithmetic mean, and is frequently used when finding the central value of products, meaning variables which are multiplied. Arithmetic means give equal weighting to high and low values in a data set.

## 2.b Fleetwood/Dubuclet Trailer Data

On July 8, 2009, I personally inspected a FEMA EHU, with barcode ID 1373963, a Fleetwood Travel Trailers of Texas, Inc. model, VIN 4CJ1F322764015272, stored on a FEMA lot in Lottie, LA. This unit was assigned to Ms. Dubuclet of New Orleans, LA. This unit was manufactured in March 2006. Ms. Dubuclet resided in this unit from June 2006 until September 2007.

Sampling was done, using passive methods, (badge no. GGL1969), by the W.D. Scott Group on July 8 and 9, with the result that 0.34 PPM of formaldehyde was detected, equivalent to 0.43 mg cubic meter. An active tube sample collected on July 8, 2009, while I observed, yielded a result of 0.23 PPM, or 0.29 mg/cubic meter

The structural materials of the trailer shell, which contain wood and other products which are among the sources of interior air formaldehyde, (Reference: Pickrell 1983), generally are at temperatures between the interior and exterior

10

boundary levels, based on their heat transfer profiles.  Thus the outdoor temperature also has an effect on formaldehyde release rates, in addition to its effect on interior temperatures.  Interior temperatures are also affected by HVAC systems.

ASTM method E 1333 – 96 (2002) notes that a 5 deg. F rise in temperature yields a 36 % correction factor for formaldehyde concentration, to correct for standard conditions.  (A 0.05 reading would become 0.068 if the sample was taken at too cold a temperature, or a 0.075 reading becomes 0.055 for a sample taken at a higher temperature compared to standard conditions.  All units are in PPM)

It is important to note that CDC directly states that the formaldehyde results for trailers decline with time.  (Reference: CDC 2008, Pickrell 1983) Thus, as the Dubuclet data came after the end of her occupancy dates, the earlier formaldehyde concentration values were likely higher than the measured value.  Futhermore, a July 2006 FEMA Job Hazard Analysis specifically notes that exposure to formaldehyde off gassing from new trailers is to be controlled by the use of "ventilation" and "PPE-respiratory protection", demonstrating the understanding that newer trailers yield higher formaldehyde levels.

The active badge test performed by the Scott Group on July 8, 2009 was done in the morning, after three trailer door opening cycles, while I was present and observing. This provided some ventilation, prior to the active sampling.  Active sampling was also done in the morning hours, before the hottest part of the day. The internal temperature did not exceed 85 degrees F. during active sampling.

The passive badge result represents a partially overnight-time, (cooler), condition. This passive testing was performed in a trailer which had aged considerably beyond Ms. Dubuclet's time of residence.

The active tube sampling was conducted while the temperature was 84 deg. F., +/- 0.4 deg. F.  Relative Humidity, RH, varied from a starting 63.5 % to a final 85.3 %.  The RH range was affected by the presence of six persons in the trailer during sampling.  Sampling took place for 30 minutes, at 0.60 LPM, and commenced at 8:57 AM.  The tube ID was SKC 226-119, and tube serial number was 2917200296.

Three temperature loggers, labeled 2, 3, and 4 were placed in the trailer by Boston Chemical Data, as noted in the attached field notes, and logged data from about 9 AM to 10:30 AM on July 8, 2009.  These results show time and vertical distance variations in temperature which are, in part, the results of the effects of internal air mixing and temperature gradient-driven convection.  The loggers showed a pattern of low to high temperatures as proximity to the trailer ceiling increased, ranging up to about 5 degrees F. in magnitude.

Fragments of glass, similar in appearance to the cut end of an SKC tube end, were

11

found in the trailer, and collected by the engineer, William Scott.

It is important to note that the active sampling tube, used by W.D. Scott in the July 8, 2009 test, was employed during the cooler portion of the daytime hours, and the tube was deployed shortly after three door opening cycles.  The passive tube remained deployed during the midday hours, when temperatures and insolation are higher.  The two results are sufficiently close, given the temperature variance.  The temperature adjusted active sample is 85 % of the passive sample result.  (ref. Expert Report of W.D. Scott)

Given the time and temperature considerations, the active tube sample, which was the lower of the two tests done at the trailer bedroom nightstand, (0.34 PPM formaldehyde by passive badge, and 0.23 PPM by active tube), is the more conservative value of her actual exposure during the time Ms. Dubuclet resided in this Fleetwood unit. This result was 0.23 PPM, or 230 PPB.


**Section 3 - Formaldehyde Concentration Standards and Limits**

The National Cancer Institute of the U.S National Institutes of Health notes that formaldehyde is classified as a human carcinogen, and is regulated as a probable human carcinogen by the U.S. EPA.

**MRL 0.008 PPM** - Formaldehyde chronic inhalation minimal risk level, (MRL): 0.008 ppm Reference: ATSDR 1999 MRL, from Appendix to ATSDR draft interaction profile # 12, p. 58.)

More than 95 percent of the trailer test results in the appended formaldehyde testing database exceed the 0.008 ppm MRL.  (That is, the 5th percentile exceeds this limit, and is equal to 9.5 PPB.)

**Ceiling 0.1 PPM and  TWA 0.016 PPM** - NIOSH has recommended a 15-minute ceiling limit of 0.1 ppm and an exposure limit for occupational exposure (8-hour TWA) of 0.016 ppm,." (Reference: ATSDR Toxicological Profile, Formaldehyde, Ch. 7)

**TLV 0.4 PPM** - "The American Conference of Governmental and Industrial Hygienists (ACGIH) has established a ceiling limit for occupational exposure (Threshold Limit Value [TLV]) of 0.4 ppm.

**Action Level 0.5 PPM** - From 29 CFR 1910.1048(b), "'Action level' means a concentration of 0.5 part formaldehyde per million parts of air (0.5 PPM) calculated as an eight (8)-hour time-weighted average (TWA) concentration." (Reference: U.S. Dept. of Labor, OSHA, oshaweb doc ID=10075)

**TWA 0.75 PPM** - From 29 CFR 1910.1048(c)(1)  TWA: The employer shall

DUB000578

assure that no employee is exposed to an airborne concentration of formaldehyde which exceeds 0.75 parts formaldehyde per million parts of air (0.75 ppm) as an 8-hour time weighted average, (TWA).

**STEL 2.0 PPM** - From 29 CFR 1910.1048(c)(2)  Short Term Exposure Limit (STEL): The employer shall assure that no employee is exposed to an airborne concentration of formaldehyde which exceeds two parts formaldehyde per million parts of air (2 ppm) as a 15-minute STEL.

## Section 4 - Statistical Sampling

Variations among formaldehyde test results in these temporary housing units are related to ventilation, temperature, humidity, materials used in the units' construction, and, for occupied units, issues related to consumer-related materials and behaviors.  Outside of these variables, formaldehyde concentration in trailer interior air is not related to geography, location, jurisdiction, or other extrinsic factors.  Given these affective variables, a reasonable and anticipated testing and sampling variability will result from proper use of scientifically accepted testing methods.

Formaldehyde concentration in these temporary housing units additionally varies over time, length of occupation, time since manufacture, exposure to water, insolation, and variations in furnishings.  As a result of all of these variables, there can be greater variation between multiple tests of the same individual EHU at different times, as can be found between tests of different emergency housing units at the same time.

The CDC understood this when it chose stratified random sampling in its own formaldehyde study.  Units were divided into strata, (groups), which were selected based upon potential differences in formaldehyde concentration.

The differences between these groups required the CDC to collect fewer samples in each group of housing units.  It was more important for the CDC to test a set of units from each group, rather than simply test a larger set from any one group.

Likewise, the correct methodology for testing the set of housing units requires testing a statistically valid number from each of the groups.   This is superior to purposelessly raising the percentage of units sampled to some arbitrary number, including going all the way up to 100 percent of the units.  Once the statistically valid sample size is reached, additional samples in a given group may not reduce error.  This occurs because the larger errors can continue to come from differences between groups, and from differences in temperature and other conditions.

Stated differently, given that there is an expected variation among tests taken at

13

different times for a single unit, it is not a superior method to test the entire set of over a hundred thousand EHUs compared to testing a statistically significant number of units which covers the important groups of units.

The variation of formaldehyde with temperature gives a good example.  With unlimited resources, one could test 140,000 temporary housing units on a single day in December or January. (This is the period when the CDC did its sampling.) Alternatively, one could test 1000 trailers on multiple days throughout the year. Given the strong temperature dependence of formaldehyde concentrations, the 1000 trailer sample is more likely to give a true picture of overall formaldehyde concentrations, than the whole population sample of 140,000 can.

The 1,000 sample set is superior because it can encompass the increase in formaldehyde release at temperatures rise.  The statistical sampling method is superior to the uncontrolled testing of the entire set of trailers.

As the number of housing units tested increases beyond a certain point, there is no significant increase in confidence in the result.  The CDC, in its final July 2008 report, (page 6), determined that the set of EHUs could be divided into 11 strata, which encompassed the variation among travel trailers, mobile homes, park units, and manufacturers.  It was concluded that 95 % confidence could be achieved with a minimum of 38 housing units, and that this significance could be attained with randomly selected units.  In effect, the CDC concluded that these units would be typical of the full set of EHUs, as they would be impacted by variables, (temperature, age, and so on), in a fashion representative of the full set. The CDC report includes testing on 519 FEMA-supplied trailers.  This affidavit references the CDC data and plaintiffs' data, totaling greater than 3,800 sampled housing units.

14

Below: Formaldehyde in PPM compared to date sampled.
Based on 10,465 records.



## Section 5 – Temperature and Humidity Corrections

A standard method exists for correcting actual temperature and humidity conditions to standard temperatures. The average temperature and humidity during the period Ms. Dubuclet resided in the unit was larger than the range of values used in this formula, which is only 5 deg. F.

The trend data for increasing formaldehyde with increasing humidity and temperature continues, of course.  This is simply the range of the ASTM correction equations.

C[corrected] =  C * e ** R(1/t – 1/t[corrected])

Where t is equal to temperature in degrees Kelvin, and R is the coefficient of temperature 9799.  Degrees Kelvin is equal to degrees Celsius + 273.  (reference: ASTM, 2002)

C[corrected] = C *  1/(1 + A(H-H[corrected]))

Where H is equal to relative humidity in percent, and A is the coefficient of

15

DUB000581

humidity 0.0175.  (reference: ASTM, 2002, and Zieman, (2004) also notes, "HCHO doubles for every 12 degrees F. increase in temperature")


**Section 6 – References and Attachments**

Agency for Toxic Substances and Disease Registry, United States Public Health Service, "TOXICOLOGICAL PROFILE FOR FORMALDEHYDE, July 1999

Centers for Disease Control and Prevention, Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, July 2008

Centers for Disease Control and Prevention, Fact Sheet: Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, July 2008

E. Uhde, T. Salthammer / Atmospheric Environment 41 (2007) 3111–3128 p.3121

Zhang 2007, Atmospheric Environment, page 3209

Uchiyama, Atmospheric Environment, 41 (2007)  8825-8830

Risholm-Sundman 2007, Atmospheric Environment, page 3200

Pickrell, 1983, Formaldehyde Release Rate Coefficients from Selected Consumer Products, Env. Sci. & Tech., 17, 753-757

DeVANY INDUSTRIAL CONSULTANTS, Formaldehyde Sampling:  Active and Passive Sampling Protocols, Procedures for Evaluating Formaldehyde Levels in FEMA Temporary Housing Units, March 2008

OSHA Formaldehyde Sampling Method 1007, diffusive samplers

BCD Database of Formaldehyde test results.  (electronic, actively updated)

Toxic Trailers, Tests Reveal High Formaldehyde Levels in FEMA Trailers, 2007

Committee on Oversight and Government Reform, Majority Staff, Memo Re: FEMA Documents dated July 19, 2007

Centers for Disease Control and Prevention, FEMA Trailer Study fact sheet, http://www.cdc.gov/nceh/ehhe/trailerstudy/

USEPA Indoor Air Quality fact sheet for formaldehyde,

DUB000582

url: www.epa.gov/iaq/formalde.html

ASTM, 2002, Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber, Designation: E 1333 – 96 (Reapproved 2002)

ERNEST ORLANDO LAWRENCE, BERKELEY NATIONAL LABORATORY, ALDEHYDE AND OTHER VOLATILE ORGANIC CHEMICAL EMISSIONS IN FOUR FEMA TEMPORARY HOUSING UNITS – FINAL REPORT, Randy Maddalena, Environmental Energy Technologies Division, November 2008

Lab reports, field notes, and added reference materials attached

Additional file materials attached

Compensation rates attached

M. Zieman, RADCO, to J. D., email, July 9, 2004, PSC003187 attached

Marco Kaltofen, PE, (Civil, Mass.) CV at "www.labs.pro/cv"

Marco Kaltofen, PE, (Civil, Mass.) Testimony history at www.labs.pro/cases.html

Appendix a:  Field notes, July 8, 2009, attached

Appendix b: Warning notice photograph from Dubuclet trailer

Signed and sworn under pain and penalty
of perjury according to federal law this
17th day of July, 2009
by

MARCO KALTOFEN, P.E.,
Massachusetts Registered
Professional Civil Engineer

Patrick Joseph Bleakney
Notary Public
July 17, 2009

PATRICK JOSEPH BLEAKNEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires May 21, 2010

17

DUB000583

Appendix b: Photograph of warning notice from Dubuclet trailer, detailing formaldehyde vapor release from trailer components.  (Not to scale.  Actual warning label vertical distance is approx. 6 inches.)

## IMPORTANT NOTICE

Certain of our forest product suppliers have advised that urea-formaldehyde is used in the production of particle board, hardwood plywood or paneling which they supply us and which we utilize in our finished product. These suppliers have requested that we communicate this to our customers.

For your information, we are reproducing samples of statements which have been provided to us by our suppliers.

**WARNING:** THIS PRODUCT IS MANUFACTURED WITH UREA-FORMALDEHYDE RESIN. FORMALDEHYDE VAPOR MAY IN SOME PEOPLE CAUSE HEADACHES, EYE, NOSE AND THROAT IRRITATION, AND AGGRAVATION OF ALLERGIES AND RESPIRATORY PROBLEMS, SUCH AS ASTHMA. PROPER VENTILATION SHOULD REDUCE THE RISK OF SUCH PROBLEMS.

*Champion International Corporation*

**WARNING: IRRITANT:** THIS PRODUCT CONTAINS A UREA-FORMALDEHYDE RESIN AND MAY RELEASE FORMALDEHYDE VAPORS IN LOW CONCENTRATIONS. FORMALDEHYDE CAN BE IRRITATING TO THE EYES AND UPPER RESPIRATORY SYSTEM OF ESPECIALLY SUSCEPTIBLE PERSONS SUCH AS THOSE WITH ALLERGIES OR RESPIRATORY AILMENTS. USE WITH ADEQUATE VENTILATION. IF SYMPTOMS DEVELOP, CONSULT YOUR PHYSICIAN.

*Georgia-Pacific Corporation*

**WARNING:** THIS PRODUCT IS MANUFACTURED WITH A UREA-FORMALDEHYDE RESIN AND WILL RELEASE SMALL QUANTITIES OF FORMALDEHYDE. FORMALDEHYDE LEVELS IN THE INDOOR AIR CAN CAUSE TEMPORARY EYE AND RESPIRATORY IRRITATION, AND MAY AGGRAVATE RESPIRATORY CONDITIONS OR ALLERGIES. VENTILATION WILL REDUCE INDOOR FORMALDEHYDE LEVELS.

*Weyerhaeuser Company*

Ventilation is important in maintaining a comfortable environment and we direct your attention to the discussion of ventilation contained in your Owner's Manual.

W13-0125   2/84

18

DUB000584