1    A.   We can look that up in that report.
2    That's correct.  Excuse me.  In that material.
3         Q.   So you're telling me that material will
4    tell us whether those labs were certified or
5    accredited?
6         A.   Yes, sir.
7         Q.   All of the labs that were used?
8         A.   With the exception of Dr. Bonner.  I
9    recall telling you that I wasn't certain who they
10   used.
11        Q.   And you're not certain if the lab that
12   Dr. Bonner used is in this bulk of material that
13   you've provided us?
14        A.   I don't know if I was ever given the
15   backup information to Dr. Bonner's data points.
16   We're looking at page 6; is that right?
17        Q.   Yes.
18        A.   Yeah, we had 30 records out of that
19   14,000.  That might be 30 records I don't have the
20   original laboratory backup for in my file.  Not
21   that I didn't provide it, but I never received it.
22   Or else you would have gotten it.
23        Q.   Were there any other opinions of
24   Mr. Scott other than those that we've talked about
25   that you relied upon in preparing your report, in

1  your opinion?

2      A.   I think I've covered all of them.

3      Q.   Now, you also indicated that you did
4  rely on some of the data that he provided,
5  correct?

6      A.   Data and observations.

7      Q.   You also made some observations of your
8  own, correct?

9      A.   Yes, sir.

10     Q.   And we'll get to that.

11          Let's talk about what your charge was in
12 this case.  And I'm specifically talking about
13 your charge that resulted in this report that
14 we're talking about here today.

15          What were you asked to do?

16     A.   I was asked to find a way to test FEMA
17 housing units for formaldehyde in the air; to
18 agree with some of the experts that had already
19 been hired on a protocol that would allow this
20 testing to be done in a reproducible, comparable
21 manner.

22          And I was asked, once an individual and
23 her trailer were identified, to look at the data
24 that applied to that particular trailer, in light
25 of the entire data set that had been put together

1    Q.   Have you been in any Katrina recovery
2    trailers involved in this litigation where the
3    indoor temperature, where people were living with
4    93 degree temperatures?
5    A.   No.
6    Q.   Okay.  The trailers, as far as you know,
7    were actually air-conditioned, were they not?
8    A.   I think most of them had
9    air-conditioning available, yes.  And that's only
10   because I understand that that's how they were
11   supplied.  That's not that I've actually visited
12   all of the ones that were occupied.
13   Q.   Well, would it be a surprise to you if
14   someone who had an air-conditioned trailer was
15   actually living in a trailer with an indoor
16   temperature of 93 degrees?
17   MR. PINEDO:
18        Object to the form.
19   THE WITNESS:
20        I think that is beyond the scope of what
21   I did.
22   EXAMINATION BY MR. PERCY:
23   Q.   Would that be a surprise to you as
24   someone who was out in the field actually going in
25   these trailers?

Page 83

1          Let's reread my question.
2       MR. PINEDO:
3          Which question do you want her to
4    reread?
5       MR. PERCY:
6          My last question, the one we're talking
7    about.
8          (Requested portion of transcript read
9    back, as follows):
10         "Q.  If you tested 11,000 trailers
11            other than the Alexander-Cooper unit, none
12            of those test results would tell you
13            precisely what the level of formaldehyde was
14            in the Alexander-Cooper unit, would it?"
15      MR. PINEDO:
16         I repeat my same objection:  At what
17   time?
18   EXAMINATION BY MR. PERCY:
19      Q.  Now, does that question ask about the
20   propriety of testing or whether the testing was
21   proper or not?
22      A.  I'm trying to get a grip on this.  Did I
23   give you an answer you don't like and you're
24   objecting to it?
25      Q.  I don't think you ever gave me an

1    answer.
2         A.   Actually, I thought I did.  You asked
3    whether the 11,000 trailers can give a precise
4    answer about the Alexander-Cooper trailer, and I
5    answered that they can.
6         Q.   So you can test 11,000 trailers other
7    than the Alexander-Cooper unit, and that can tell
8    you precisely what the level of formaldehyde is in
9    the Alexander-Cooper unit?
10        MR. PINEDO:
11             Object to the form.
12   EXAMINATION BY MR. PERCY:
13        Q.   Is that your testimony?
14        A.   My testimony is that by testing the
15   11,000 other units, you actually get good,
16   precise, high-quality information about what the
17   formaldehyde concentration was in the
18   Alexander-Cooper unit.  In fact, it's testing
19   that's superior to testing that exact unit once
20   under specific conditions because it addresses a
21   range of conditions.
22        Q.   All right.  Testing 11,000 units other
23   than the Alexander-Cooper unit, how does it tell
24   you what the level is in the Alexander-Cooper
25   unit?

Page 87

1  EXAMINATION BY MR. PERCY:
2      Q.   All right.  Let's go back because we
3  need to get to the bottom of this on exactly what
4  you believe.
5           If you test 11,000 trailers and you get
6  this body of knowledge that you've talked about,
7  and then there are 11,000 trailers that you
8  haven't tested, can you tell me what the precise
9  level will be in each of those 11,000 units that
10 you haven't tested?
11     A.   Well, how precise do I have to be?
12     Q.   I want to know what the level of
13 formaldehyde is in each of those 11,000 that you
14 haven't tested.  Can you do that for me?
15     A.   If we're looking at similar conditions,
16 and if we have a sufficient number of samples that
17 it's representative and it's within the confidence
18 interval, yes, one could go and look at those
19 trailers that have not been tested and you would
20 actually have a fairly good probability,
21 95 percent or so, of knowing what was in those
22 trailers over the same period under similar
23 conditions.
24     Q.   Precisely?
25          MR. PINEDO:

1              Object to the form.
2         THE WITNESS:
3              Precisely?  Again, if you want to define
4    it beyond 95 percent confidence or something else,
5    tell me.  But that's the level of precision that I
6    have offered in my opinion.
7    EXAMINATION BY MR. PERCY:
8         Q.   All right.  You've tested 10,500 units
9    and now we're going to test the 10,501st unit.
10             You have all of your database right
11   here.  Tell me what level I'm going to find when I
12   walk in there and test Unit 10,501.
13        A.   Well, given a certain set of conditions,
14   we have a very good probability, probably
15   95 percent or greater, of knowing what the result
16   is for that trailer.
17        Q.   Is the result going to be below the
18   detection limit?
19        A.   There's probably a probability
20   associated with that.  I would bet if someone
21   worked out the statistics, you know, compared to
22   the data set we actually have, that's probably a
23   very low probability.  I would say it is less than
24   5 percent probability.
25        Q.   But it could be?

Page 89

1    A.   And that's just off the top of my head
2    without being able to do the statistics for it.
3         Q.   It could be below all of the MRLs that
4    you've actually talked about, couldn't it?
5         A.   There's a positive probability for
6    almost any number within the range that we have.
7         Q.   So you can't --
8         A.   But --
9         Q.   Go ahead.
10        A.   Sorry.
11             But we have numbers that are more
12   probable and ones that are less.  So a 95 percent
13   confidence interval is one that I'm fairly
14   comfortable with, and I think we have enough data
15   to show what that 95 percent confidence interval
16   is.
17        Q.   Okay.  But you can't know what unit
18   10,501 is actually going to show, can you?
19        A.   Well, if you want to talk --
20        Q.   Isn't that correct?
21        A.   I'm going to have to answer as the
22   engineer that I am.  Of course, not the attorney
23   that I might have dreamed of being as a kid.
24             But, for me, working as an engineer,
25   95 percent probability is a very good workable

```
 1   EXAMINATION BY MR. PERCY:
 2       Q.   Actually, there's one outlier there,
 3   isn't there, that's significantly higher with
 4   regard to a median level than all of the rest on
 5   the list?
 6       A.   Actually, I looked at the Devany data
 7   because it occurred to me that her numbers were --
 8   her median was higher than, for instance, my own
 9   median.
10       Q.   Yeah, that kind of caught you --
11       A.   So I --
12       Q.   -- even by surprise, didn't it, when you
13   saw that?
14       A.   Oh, I'm sorry.  We've got to be better
15   at this.  I was still talking.
16            No.  I don't think it caught me by
17   surprise.  I looked at it and I thought, all
18   right, well, what's different about her data?
19       Q.   Okay.  What's different about her data?
20       A.   Her median is higher than the median
21   from the samples that I collected.
22            So, actually, one of the things I did on
23   the next page was to actually do a histogram of
24   her results against the date it was actually
25   sampled.  And her highest numbers occur in the
```

 1      A.   That's correct.
 2      Q.   Let me ask you if you would agree with
 3   this.
 4           If we find out that the temperature log
 5   for any Devany result -- and this is
 6   hypothetically -- is logged at 85 degrees, for
 7   example, and we found out that that particular
 8   resident normally lived within the unit when the
 9   ambient air temperature within the unit was 72
10   degrees, let's say, with the HVAC system running,
11   you would agree that that result is perhaps higher
12   than we would find at the 72-degree temperature,
13   correct?
14      A.   If you're talking about a particular
15   trailer.
16      Q.   Particular trailer?
17      A.   Individual trailer.  There are a lot of
18   issues to discuss about that.  But we've got all
19   day, right?
20      Q.   We've got all day.
21      A.   The interesting thing about that is, if
22   it was tested when it was unoccupied at one
23   temperature, and it was tested earlier -- excuse
24   me -- but it was actually used earlier, one would
25   have to consider that for a newer trailer, the

1  running and with the windows and doors open?
2      A.   I think that was -- let me just make
3  sure we're doing the right data set.  This is the
4  December 2007-January 2008 data?
5      Q.   I believe that's correct.  I got this
6  from your reliance materials.  Is this what you're
7  talking about?
8      A.   Yeah, that looks like the one.  I don't
9  think I actually printed it.  I was using a PDF.
10 But, yes, that looks like this, looks like the
11 one.
12     Q.   And I'll just ask you, did you use this,
13 did you incorporate what these guys at ATSDR found
14 in your analysis in any way?
15     A.   I did.  Actually, I believe they found a
16 median of -- what was the number? -- 81 parts per
17 billion in travel trailers for the period where
18 they did their testing.  I think that's actually a
19 very reasonable floor value for the average
20 temperature -- excuse me -- average formaldehyde
21 concentration for trailers.
22     Q.   Let me ask you, did you read in the
23 report where they also tested half of those
24 trailers with the HVAC system running and found
25 that the average reading actually dropped by

1  MR. PINEDO:
2       You know what?  For this circumstance,
3  since we have various paragraphs that mention
4  different things, I would prefer that you make a
5  specific objection when you believe the May 2009
6  testing is referenced.
7  THE WITNESS:
8       My few legal skills come into play here.
9  I understand.
10      So your question was is "considerable" a
11 relative measure.  I mean it has been over a year
12 since she actually lived in the trailer.
13 EXAMINATION BY MR. PERCY:
14     Q.   If a trailer ages for more than a year,
15 you would consider that to be considerable aging?
16     A.   It has been a year.  A year has passed
17 since she was living in the trailer, so there has
18 been some significant aging.
19     Q.   Anything over a year would be
20 significant aging?
21     A.   No, a year is significant aging.
22     Q.   Okay.
23     A.   Maybe the actual number is stabilized
24 before that or after that, but nevertheless, just
25 speaking relatively, that is a long period as

1   these things go.
2       Q.   Let's move to page 12, and we are going
3   to get into actually some of the statistical
4   sampling questions.
5            I'm going to just ask you one question
6   on Section 3, which begins on page 11 and ends on
7   page 12.  This just references certain standards
8   that you are aware of, correct?
9       A.   Yes.
10      Q.   You didn't participate in the setting of
11  any of those standards or regulatory levels, for
12  lack of a better term?
13      A.   No.
14      Q.   Now, with regard to Section 4, which
15  begins on page 12, and we talked about this in
16  your previous deposition with regard to class
17  certification issues.
18           There are many variables that go into
19  ultimately what results in a level of formaldehyde
20  in a trailer when it is tested on a particular
21  date.  Correct?
22      A.   Yes.
23      Q.   And you would agree that those
24  variations are the level of off-gassing of any
25  component parts that contain formaldehyde,

```
 1   correct?
 2        A.   That's one.
 3        Q.   Any other sources other than component
 4   parts of the trailer that might actually find
 5   their way into the interior of the trailer,
 6   correct?
 7        A.   Yes.
 8        Q.   What are the rates of ventilation in the
 9   trailer?
10        A.   Yes.
11        Q.   Interior temperature of the trailer?
12        A.   Yes.
13        Q.   Interior humidity levels of the trailer;
14   that would be a factor?
15        A.   Yes.
16        Q.   Behavioral issues of the actual
17   residents of the trailer also play a role in the
18   ultimate level of formaldehyde found in the
19   trailer, correct?
20        A.   Different from what we have already
21   discussed?  How behaviors affect ventilation,
22   other materials and so on?
23        Q.   And let's just use some examples and
24   make sure we're talking about the same thing.
25             Smoking is a behavioral issue that
```

1  units in the database.
2    Q. For any one of those 10,499 units, do
3  you have the actual rate of off-gassing from any
4  of the component parts?
5    A. Not for instantaneous values.
6    Q. So for each of those 10,499 units, you
7  only have one variable and not the other two.
8  Isn't that correct?
9    MR. PINEDO:
10        Objection, form.
11    THE WITNESS:
12        No. Again, we go back to there are a
13  series of basic principles that go into how we
14  arrive at the true concentration within the
15  trailer. The actual formaldehyde concentration is
16  a function of the ventilation rates, doors and
17  windows open, HVAC.
18        For instance, you talked about
19  60 percent reduction from HVAC on; 90 percent from
20  doors and windows open. If you know that your
21  doors and windows are not open, then you don't
22  have the 90 percent reduction. So that's the
23  information that you have.
24        So it is not a specific measure of the
25  instantaneous value; again, it is just a body of

1   sufficiently large -- 11,000 -- you would have a
2   probability range of where you would find the data
3   for the next unit that you tested, presuming it is
4   similar to the ones that are already in the data
5   set.
6            So you would have a particular rule for
7   that next trailer tested, and it would be, say,
8   95 percent likely to fall within a certain range.
9       Q.   Have you actually tested that theory?
10      A.   It is actually the nature of how that
11  statistical measure works, and that is what the
12  95 percent confidence limit is defined as.
13      Q.   But my question is have you actually
14  tested that theory in this case?
15      A.   Have I actually looked at that and taken
16  one data set in -- well, I'm doing it after the
17  fact, so that means, by definition, all of those
18  meet that test.
19      Q.   Have those numbers, mean and median,
20  changed over time, depending on what your data set
21  has looked like, or has looked like as you have
22  compiled it?
23      A.   There are certain things that do make a
24  difference.  For instance, with the later test
25  results, they tend to, over time, get lower, and

```
 1              Oh, wait a minute.  Wait a minute.  Did
 2   you say during the summer of 2008?
 3        Q.    Yes.
 4        A.    Oh, no.  No.
 5              By May 19 of 2009.
 6        Q.    But it included all the tests that were
 7   done during the summer of 2008 on unoccupied
 8   units?
 9        A.    Oh, I misheard you.  I thought you said
10   it was just those.  No.  It's all of them,
11   including that period.
12              Sorry about that.  You know what?  You
13   are chewing something.
14        Q.    I have a little laryngitis going on.
15        A.    I don't blame you.
16        Q.    Go on to Section 5 of your report.
17        THE VIDEOGRAPHER:
18              Off the record; it is 2:19.
19        (Recess.)
20        THE VIDEOGRAPHER:
21              Back on the record; it is 2:29, the
22   beginning of Tape 3.
23   EXAMINATION BY MR. WEINSTOCK:
24        Q.    Mr. Percy was asking you questions about
25   this briefly.  Did I understand correctly that you
```

1  did not truly attempt to correct the results in
2  the Alexander unit and formulate what would be the
3  emission level at another time with a different
4  temperature and a different humidity, you were
5  just using this as an illustration?
6         MR. PINEDO:
7              Object to the form.
8         THE WITNESS:
9              This section just takes the ASTM method
10 for correcting the lab data and it plugs in a
11 number; in this case, the Alexander number.  All
12 the data that I reported is actually just reported
13 as is without change.
14 EXAMINATION BY MR. WEINSTOCK:
15       Q.   Are you giving the opinion that this was
16 the level in the Alexander unit at some other
17 time?
18       A.   This particular level?
19       Q.   Yes.
20       A.   You mean the -- if you take and you do
21 this manipulation on her data for that day, you
22 get a different number.  I'm not actually
23 reporting that either one of these is her number.
24
25       Q.   And this is just an illustration,

Page 231

1  correct, not an opinion?
2       A.   This is an illustration, but it's part
3  of my opinion that we are looking at actual higher
4  formaldehyde values when temperatures increase.
5       Q.   Okay.  And this actual higher value came
6  from -- strike that.
7            You're not -- you're saying that there
8  will be an actual higher value, just not this
9  specific number?
10      A.   Not quite.  I'm saying that while we
11 have statistical data that describes the
12 conditions in trailers for Mrs. Alexander and
13 others, it's not this.  This is just illustrating
14 that principle.
15      Q.   Let me ask you another way, and I think
16 we will be in complete agreement.
17           You're not saying that on January 28 and
18 29 of 2008, that if the temperature in the
19 Alexander unit was 77 degrees and 50 percent
20 humidity, that the level would have read .072?
21      A.   Well, that might be the case.  It's not
22 my specific opinion.
23      Q.   When you say, "the correction factor of
24 .36," that's relying on the Berge test, correct?
25      A.   When I look at this particular value and

Page 232

1  this concentration and manipulation, it's only
2  valid for a specific temperature range, which is
3  outside the one you just mentioned.
4      Q.   And I believe -- excuse me, I'm sorry.
5           In the ASTM paper, which is Exhibit 4,
6  looking at Table A1-1 --
7      A.   A1-1 on page 6.
8      Q.   Correct.  That's where you got the
9  figure of 36 percent, correct?
10     A.   Well, these are just -- they had done up
11 the calculation for arranged temperatures.
12          Yes, mine would be the one at one end.
13     Q.   The one at the top?
14     A.   Yes.
15     Q.   But you recognize the Berge calculation
16 is not an appropriate calculation to do on the
17 test results of these trials to try to find out a
18 specific level?
19     A.   I would not use this calculation.
20     Q.   And again, just for illustrative
21 purposes, the correcting to 50 percent humidity on
22 a 6 percent factor, where does that come from?
23     A.   Again, it comes from the same
24 methodology, and it's again designed to allow for
25 inter-laboratory calibration, and it's not