Case 2:07-md-01873-KDE-MBN   Document 6661-12   Filed 11/09/09   Page 1 of 5

Holz als Roh- und Werkstoff 38 (1980) 251–255

**Holz als Roh- und Werkstoff**

© by Springer-Verlag 1980

# Formaldehyde Release from Particleboard – Evaluation of a Mathematical Model[*]

**A. Berge, B. Mellegaard**

Sintef, Applied Chemistry Division; The University of Trondheim, Norway

**P. Hanetho, E. B. Ormstad**

Dyno Industrier A.S., Lillestrom, Norway

The formaldehyde release from particleboard under changing climatic conditions and with varying amounts of exposed particleboard was studied in a large climate chamber. A mathematical model was developed which describes the influence of the various parameters on the formaldehyde concentration in the atmosphere of a room containing particleboards. After determining the formaldehyde concentration under standard conditions by a laboratory method, the formaldehyde concentration under any other climatic conditions can be calculated. The mathematical relations presented in this paper are of model character; therefore, they cannot be transferred uncritically to every board system.

## Die Formaldehydabgabe aus Spanplatten – Diskussion eines mathematischen Modells

Die Formaldehydabgabe aus Spanplatten unter wechselnden klimatischen Bedingungen und bei unterschiedlicher Plattenmenge wurde in einer großen Klimakammer untersucht. Es wurde ein mathematisches Modell entwickelt, das es ermöglicht, den Einfluß verschiedener Parameter auf die Formaldehydkonzentration der Raumluft eines mit Spanplatten bestückten Raumes zu erfassen. Hat man die Formaldehydkonzentration mit einem bestimmten Prüfverfahren unter Standardbedingungen festgestellt, so kann sie für beliebige andere Klimata durch Rechnung ermittelt werden. Die hier dargestellten mathematischen Beziehungen haben Modellcharakter; sie lassen sich deshalb nicht unkritisch auf jedes beliebige Plattensystem übertragen.

## 1 Introduction

In a previous paper (Berge and Mellegaard 1979) a new laboratory method for the determination of formaldehyde release from particleboard was described. This method may be used to determine equilibrium concentrations of formaldehyde in the air under chosen standard conditions of temperature and relative humidity in a closed system without air changes.

Having characterized the particleboard samples under chosen standard conditions, it is of general interest to predict the formaldehyde releasing properties of particleboards in a room where factors such as area of exposed particleboard, temperature, relative humidity, frequency of ventilation etc. are varied. The results of similar experiments have been described in the literature. Stöger (1965) gave an estimate of the formaldehyde concentration in a room based on the room's volume, quantity of particleboard and conditions of ventilation. Matsumoto (1974) measured the degree of formaldehy-

de release from plywood by a laboratory method (Japanese desiccator method) and examined the relation between the so-called "desiccator value" obtained by this method and the formaldehyde concentration in the air when plywood was used under real conditions. Empirical formulae showing the effect of temperature, relative humidity and ventilation frequency were given. A more complete mathematical model for particleboards was established by Anderson et al. (1974), from which the anticipated equilibrium formaldehyde concentration in the room atmosphere can be calculated at known temperature, humidity of the air (g water/kg air), ventilation frequency and area of particleboard exposed.

The aim of the present work was to develop a simple mathematical model which would describe the influence of climatic factors and board area on the formaldehyde concentration in a room containing urea-formaldehyde-bonded particleboards.

## 2 Experimental

The influence of the various factors was studied in a climate chamber of 24 m³ with a floor area of 8.5 m². The ventilation frequency of the chamber could be varied between 0 and 25 h⁻¹. Inside the chamber the air was circulated at a rate of 0.1 m/s independent of the ventilation frequency.

The test materials were three-layer particleboards, 12 mm thick, manufactured with two different molar ratios urea: formaldehyde. Strength properties, thickness swelling and perforator values of the test boards are given in Table 1.

Two series of experiments were carried out in the climate chamber. The experimental conditions are given in Table 2. In series No. 1 the climatic factors were varied, while the exposed particleboard area calculated on the basis of totally exposed surface, was kept constant at 1.6 m²/m³. This corresponds to the amount of particleboards in a room where floor, walls and ceiling are covered with particleboards. In series No. 2 the influence of exposed particleboard area and ventilation frequency were studied.

The experiments were carried out by placing the particleboards in a frame in the middle of the chamber in such a way that a free flow of air could pass over all exposed surfaces. The formaldehyde concentration in the air of the chamber was determined by drawing samples of air through two impingers in series, each containing 15 cm³ of a 1% bisulphite solution. This was done by means of a pump with a capacity of 40 dm³/ h of air. The standard sampling time was one hour, but could be varied according to the formaldehyde levels expected. The formaldehyde content in the impingers was determined by

---

[*] The authors acknowledge the support from the Royal Norwegian Council for Scientific and Industrial Research

Holz als Roh- und Werkstoff 38 (1980)

**Table 1.** Properties of the particleboards used in the climate chamber tests

| | Resin | |
|---|---|---|
| | Dynorit L-142 | Dynorit L-143 |
| Density, kg/m³ | 698 | 711 |
| Bending strength, N/mm² | 20.3 | 19.1 |
| Internal bond, N/mm² | 0.76 | 0.71 |
| Thickness swelling, 2 h, % | 2.7 | 3.5 |
| Thickness swelling, 24 h, % | 9.8 | 13.1 |
| Perforator value, mg/100 g | 35 | 23 |

**Table 2.** Experimental conditions in the climate chamber tests

| | Exp. No. 1 | Exp. No. 2 |
|---|---|---|
| Resin (Perforator value) | 23 mg/100 g 35 mg/100 mg | 35 mg/100 g |
| Temperature | 22 °C 28 °C | 22 °C |
| Relative humidity of the air | 30% 60% | 60% |
| Ventilation frequency | 0.2 h⁻¹ 0.5 h⁻¹ | 0.2 h⁻¹ 0.5 h⁻¹ 1.0 h⁻¹ |
| Particleboard loading[a] | 1.6 m²/m³ | 0.4 m²/m³ 0.8 m²/m³ 1.6 m²/m³ |

[a] As defined in the text

**Table 3.** Results of experiment No. 1

| Resin and perforator value mg/100 g | Particle-board loading[a] m²/m³ | Ventilation frequency h⁻¹ | Steady state formaldehyde concentration, mg/m³ | | | |
|---|---|---|---|---|---|---|
| | | | 22 °C | | 28 °C | |
| | | | 30% RH | 60% RH | 30% RH | 60% RH |
| Dynorit L-143 | 1.6 | 0.2 | 0.4 | | | 1.7 |
| 23 | 1.6 | 0.5 | | 0.9 | 0.8 | |
| Dynorit L-142 | 1.6 | 0.2 | | 1.5 | 1.0 | |
| 35 | 1.6 | 0.5 | 0.6 | | | 2.3 |

[a] As defined in the text

**Table 4.** Results of experiment No. 2. The experiment is run with particleboard made with Dynorit L-142 (Perforator value 35 mg/100 g) at 22 °C, 60% relative humidity

| Ventilation frequency h⁻¹ | Steady state formaldehyde concentration, mg/m³ | | |
|---|---|---|---|
| | $\alpha^a = 0.4$ | $\alpha = 0.8$ | $\alpha = 1.6$ |
| 0.2 | 0.7 | 0.95 | 1.3 |
| 0.5 | 0.5 | 0.75 | 1.0 |
| 1.0 | 0.4 | 0.60 | 0.95 |

[a] $\alpha$ = Particleboard loading as defined in the text

the chromotropic acid method (Bricker and Johnson 1945). During the first day of the experiment the formaldehyde concentration was determined several times. On the following days only one pair of duplicate samples was taken per day. The duration of each test was about one week.

## 3 Results and Discussion

The formaldehyde concentration in the test chamber showed a rapid increase at the beginning of an experiment, and normally a steady state concentration was reached within 5–20 h. It was observed that the formaldehyde concentration changed immediately with changing climate. Variations in time for reaching a steady state were most likely due to small differences in the climatic adjustment. The results of all experimental runs are expressed in terms of the steady state concentration; they are presented in Tables 3 and 4.

Laboratory experiments (Berge, Mellegaard, Hanetho and Ormstad 1979) indicate that the formaldehyde concentration in the atmosphere of a room depends on the formaldehyde concentration at the particleboard surface. It seems reasonable to assume the existence of a thin surface layer above the board where the partial pressure or concentration of formaldehyde is in equilibrium with the formaldehyde in a layer just below the board surface. The formaldehyde release from particleboard is a dynamic system in which the formaldehyde concentration reaches a steady state when the climatic factors (temperature, relative humidity, ventilation frequency) are kept at constant levels. The rate of formaldehyde transfer from the surface layer to the atmosphere may be described by a mass transfer coefficient which is assumed to be constant for a given particleboard and also independent of or only very slightly dependent on the temperature, relative humidity and speed of the air stream passing the particleboard surface.

To describe the effect of ventilation on the formaldehyde concentration in a room, the continously stirred tank reactor is chosen as a model (Fig. 1). This model has also been used by Hoetjer (1978). In the model the particleboard is imagined to be in a chamber with a constant air stream flowing in and out. The circulation of air inside the chamber is so efficient that the incoming air is always immediately and completely mixed with the air in the chamber. Consequently, the formaldehyde concentration of the chamber air and of the outgoing air are always the same.

The mass balance for the formaldehyde concentration of the chamber air can be expressed by:

$$V \cdot \frac{dc}{dt} = q \cdot (c^i - c) + k_g \cdot A \cdot (c^* - c),$$ (1)

where:
$V$ = volume of the chamber, m³
$A$ = exposed particleboard surface area, m²
$q$ = rate of air flow into the chamber, m³/h
$k_g$ = mass transfer coefficient, m/h
$c^i$ = formaldehyde concentration of the incoming air, mg/m³
$c^*$ = formaldehyde concentration at the particleboard surface, mg/m³
$c$ = formaldehyde concentration of the chamber air, mg/m³

Putting $n = q/V$ (ventilation frequency, h⁻¹) and $\alpha = A/V$ (particleboard loading, i.e. the ratio between exposed particleboard area and the room volume, m²/m³), the integrated form of Eq. (1) becomes:

$$c_t = c_0 \cdot e^{-(n+k_g \cdot \alpha) \cdot t} + \frac{n \cdot c^i + k_g \cdot \alpha}{n + k_g \cdot \alpha} \cdot c^* (1 - e^{-(n+k_g \cdot \alpha) \cdot t}),$$ (2)



**Fig. 1.** Model describing the effect of ventilation on the steady state formaldehyde concentration. $V$ chamber volume, m³; $A$ exposed particleboard surface area, m²; $q$ rate of air flow into the chamber, m³/h; $c$ formaldehyde concentration of the chamber air, mg/m³; $c^d$ formaldehyde concentration of the incoming air, mg/m³; $c^*$ formaldehyde concentration at the particleboard surface, mg/m³

**Bild 1.** Modell zur Beschreibung des Einflusses der Ventilation auf den stationären Zustand der Formaldehydkonzentration. $V$ Kammervolumen, m³; $A$ Exponierte Spanplattenfläche, m²; $q$ Luftmenge am Eingang, m³/h; $c$ Formaldehydkonzentration der Kammerluft, mg/m³; $c^d$ Formaldehydkonzentration der einströmenden Luft, mg/m³; $c^*$ Formaldehydkonzentration an der Spanplattenoberfläche, mg/m³

where:

$c_t$ = formaldehyde concentration of the chamber air at time $t = t$
$c_0$ = formaldehyde concentration of the chamber air at time $t = 0$

If the formaldehyde concentration of the ventilating air is zero ($c^d = 0$) and if the formaldehyde concentration of the chamber air at time $t = 0$ is assumed to be zero ($c_0 = 0$), Eq. (2) is simplified to:

$$c_t = \frac{k_g \cdot \alpha}{n + k_g \cdot \alpha} \cdot c^* (1 - e^{-(n + k_g \cdot \alpha) \cdot t}). \quad (3)$$

The steady state formaldehyde concentration is reached when $t \rightarrow \infty$, i.e.:

$$c_\infty = \frac{k_g \cdot \alpha}{n + k_g \cdot \alpha} \cdot c^*. \quad (4)$$

Equation (4) may be found more directly by putting Eq. (1) equal to zero for the steady state concentration.

With no air changes ($n = 0$) and no concentration gradients in the chamber air, the steady state concentration $c_\infty$ will be equal to the concentration at the particleboard surface $c^*$. The reduction in the steady state concentration as a result of ventilation is given by Eq. (4).

The approach of the chamber concentration towards the steady state value over a period of time is described by:

$$c_t = c_\infty \cdot (1 - e^{-(n + k_g \cdot \alpha) \cdot t}) \quad (5)$$

($c_t = 0.99 \cdot c_\infty$, when $(n + k_g \cdot \alpha) \cdot t = 4.6$).

Temperature and relative humidity may be included in a complete model of release. In this model an Arrhenius temperature dependence is chosen, which is in accord with

previously reported results (Berge and Mellegaard 1979). In addition, the formaldehyde release from particleboard is assumed to increase linearly with increasing relative humidity of the air. In a system without air changes and with no concentration gradients in the chamber air, the influence of temperature and relative humidity on the steady state formaldehyde concentration may be described by:

$$c_\infty = c^* = c_0^* \cdot (1 + A' \cdot (F - F_M)) \cdot e^{-E \cdot (1/T - 1/T_M)} \quad (6)$$

where:

$c_0^*$ = equilibrium concentration in a closed system, determined under chosen standard conditions; in the presented investigation 22 °C and 60% relative air humidity
$T$ = actual temperature in K; $T_M$ under standard conditions
$F$ = actual relative humidity in %; $F_M$ under standard conditons
$E$ = coefficient of temperature
$A'$ = coefficient of humidity

Equations (4) and (6) constitute a mathematical model describing the influence of temperature, relative humidity, ventilation frequency and exposed particleboard area on the steady state formaldehyde concentration in a room. The model has been tested using the experimental results given in Tables 3 and 4. The equilibrium concentration $c_0^*$ for the two types of particleboards was determined by the laboratory method previously described by Berge and Mellegaard (1979) under standard conditions at 22 °C and 60% relative humidity. Optimum values for $k_g$, $A'$ and $E$ were determined by means of a computer programme (Hertzberg 1970). The computed optimum values are given in Table 5. Table 6 presents a comparison between the formaldehyde concentrations determined experimentally in the climate chamber and the formaldehyde concentrations calculated by means of the mathematical model for each experiment. The standard deviation between measured and calculated values is 14% for the whole series. The results given in Table 6 show that the mathematical model as given in Eqs. (4) and (6) describes the influence of various factors on the formaldehyde release with acceptable accuracy. An exponential coefficient of temperature (E) of 9799 indicates a fivefold increase in the steady state concentration as the temperature increases by 15 °C. Laboratory investigations (Berge und Mellegaard 1979) have shown an increase in the amounts of formaldehyde released of about four times on raising the temperature from 20 to 35 °C. The optimum value for the coefficient of humidity (A') of 0.0175 predicts an increase in the steady state formaldehyde concentration of about 17%, when the relative humidity of the air increases by 10%. A humidity effect of the same magnitude has also been found in smallscale laboratory experiments (Berge, Mellegaard, Hanetho and Ormstad 1979).

The mass transfer coefficient $k_g$ is the factor that determines the effect of ventilation in a room. For the two experimental series presented, one optimum value of $k_g$ ($= 0.773$) has been computed. The $k_g$-value is assumed to be almost independent of the temperature, relative humidity and ventilation frequency. Moreover, it may be assumed that the mass transfer coefficient has a characteristic value for each

**Table 5.** Optimum values of the coefficients

| | Optimum value | Standard deviation |
|---|---|---|
| Coefficient of temperature. $E$ | 9799 | 1346 |
| Coefficient of humidity. $A'$ | 0.0175 | 0.0014 |
| Mass transfer coefficient. $k_g$ | 0.773 | 0.0783 |

Holz als Roh- und Werkstoff 38 (1980)

**Table 6.** Comparison between the formaldehyde concentrations measured in the test chamber and values calculated by means of the mathematical model

| Desiccator value, mg/m³ $c_0^*$ | Ventilation frequency. h⁻¹ $n$ | Relative humidity. % $F$ | Temperature. K $T$ | Particleboard loading, m²/m³,ᵃ $\alpha$ | Steady state formaldehyde concentration, mg/m³ | |
|---|---|---|---|---|---|---|
| | | | | | Calculated | Measured |
| 1.00 | 0.2 | 30 | 295 | 1.6 | 0.41 | 0.40 |
| 1.00 | 0.5 | 60 | 295 | 1.6 | 0.71 | 0.90 |
| 1.00 | 0.2 | 60 | 301 | 1.6 | 1.67 | 1.70 |
| 1.00 | 0.5 | 30 | 301 | 1.6 | 0.66 | 0.80 |
| 1.52 | 0.2 | 60 | 295 | 1.6 | 1.31 | 1.50 |
| 1.52 | 0.5 | 30 | 295 | 1.6 | 0.51 | 0.60 |
| 1.52 | 0.2 | 30 | 301 | 1.6 | 1.21 | 1.00 |
| 1.52 | 0.5 | 60 | 301 | 1.6 | 2.10 | 2.30 |
| 1.52 | 0.5 | 60 | 295 | 0.4 | 0.58 | 0.50 |
| 1.52 | 1.0 | 60 | 295 | 0.4 | 0.36 | 0.40 |
| 1.52 | 0.2 | 60 | 295 | 0.8 | 1.15 | 0.95 |
| 1.52 | 0.5 | 60 | 295 | 0.8 | 0.84 | 0.75 |
| 1.52 | 1.0 | 60 | 295 | 0.8 | 0.58 | 0.60 |
| 1.52 | 0.2 | 60 | 295 | 1.6 | 1.31 | 1.30 |
| 1.52 | 0.5 | 60 | 295 | 1.6 | 1.08 | 1.00 |
| 1.52 | 1.0 | 60 | 295 | 1.6 | 0.84 | 0.95 |

ᵃ   As defined in the text



**Fig. 2.** $c_\infty/c^*$ versus $k_g$ at various ratios $n/\alpha$

**Bild 2.** $c_\infty/c^*$ in Abhängigkeit von $k_g$ bei Variierung des Verhältnisses $n/\alpha$

particleboard and depends on the structure of the particleboard surface. However, the results presented in Table 6 show that in this case, it is possible to use the same $k_g$-value for two particleboards with different molar ratios urea: formaldehyde. This may be due to similar structure in the board surface, because both boards were from the same manufacturer.

Apart from the influence of the board structure on the $k_g$-value, it is assumed that surface coating with paint, wallpaper, carpet etc. will greatly influence this factor. A proper use of particleboards in housebuilding, with regard to the amount of formaldehyde release, may largely depend on the effectiveness of the surface treatment. If we apply Eq. (4) this can be illustrated as in Fig. 2 where the ratio between the steady state formaldehyde concentration in a ventilated and a non-ventilated room is plotted against $k_g$ at various values of $n/\alpha$. When $k_g$ for an untreated particleboard is of the order of 1 m/h, a normal ventilation rate will not be sufficiently effective to lower the formaldehyde concentration. However, the effect of ventilation is of great importance when $k_g$ becomes of the order of 10⁻¹ m/h or less. Preliminary results from a recent investigation on surface-treated particleboards indicate that $k_g$-values of 10⁻¹ m/h or even lower may be obtained with several commonly used coatings.

The mass transfer coefficient seems to be a very important factor with regard to the formaldehyde release. It should be pointed out that this coefficient can be determined simply by measuring initial rates of release, using the desiccator or the bell method (Berge, Mellegaard, Hanetho and Ormstad 1979).

## 4 Literature

Andersen, I., Lundquist, G.R., Mölhave, L. 1974: Formaldehyde in the atmosphere in Danish homes. Ugeskr. Laeg. 136: 2133-2139

Andersen, I., Lundquist, G.R., Mölhave, L. 1974: Liberation of formaldehyde from particleboard under controlled conditions in a climate chamber. Ugeskr. Laeg. 136: 2140-2145

Andersen, I., Lundquist, G.R., Mölhave, L. 1974: Liberation of formaldehyde from particleboard. A mathematical model. Ugeskr. Laeg. 136: 2145-2150

Berge, A., Mellegaard, B. 1979: Formaldehyde emission from particleboards – a new method for determination. Forest Prod. J. 29: 21-25

Berge, A., Mellegaard, B., Hanetho, P., Ormstad, E.B. 1979: Formaldehyde emission from particleboards – I. Report for the Royal Norwegian Council for Scientific and Industrial Research, STF 21F 79026

Bricker, C.E., Johnson, H.R. 1945: Spectrophotometric method for determining formaldehyde. Ind. Eng. Chem., Anal. Ed. 17: 400-402

Hertzberg, T. 1970: MODTL – a computer program for the adaption of non linear models to experimental data. University of Trondheim, The Norwegian Institute of Technology

Hoetjer, J.J. 1978: Formaldehyde in der Luft – Wieviel kommt aus der Spanplatte. Holz-Zbl. 120: 1836-1838

Matsumoto, T. 1974: Concentration of formaldehyde released from plywood in an environmental testroom. Ringyo Shikenjo Kenkyu Hokuku (Bull. Gov. For. Exp. Sta.) (262): 41-58

Stöger, G. 1965: Beitrag zur Berechnung und Prüfung der Formaldehydabspaltung aus harnstoffharzgebundenen Spanplatten. Holzforsch. Holzverwert. 17: 93-98

---

— **Zeitschriftenreferate** —

---

**Integrierte Verwertung von Biomasse. Eine Fallstudie mit SRIC-Pappelholz.** Integrated utilization of biomass. A case study of short-rotation intensively cultured Populus raw material. J.G. Isebrands, J.A. Sturos u. J.B. Crist. Tappi Bd. 62 (1979) No. 7, S. 67-70; 1 Abb., 4 Tab.

Mitarbeiter der „North Central Forest Experiment Station" des „U.S. Forest Service" haben den Biomasse-Ertrag einer im Kurzumtrieb intensiv bewirtschafteten Pappel-Versuchspflanzung (P.tristis x P.balsamifera) im Staat Wisconsin analysiert. Die Bäume erreichten zur Erntezeit nach fünf Jahren Wachstum durchschnittlich 6,8 cm Durchmesser (gemessen 30 cm über dem Boden) und 640 cm Gesamthöhe; die durchschnittlich geerntete Biomasse betrug 420 g qm. Die Bäume wurden nach dem Fällen gehackt, wobei der eingesetzte Morbark 12-Hacker zugleich einen Teil der Blattmasse und feinen Zweige separierte. Durch eine Absaug-Sichtung (vacuum airlift segregation) wurde das Hackgut anschließend in Fraktionen aufgeteilt, die unterschiedliche Anteile Holz, Rinde, Blätter und Feinmaterial enthielten. Für die gesamte geerntete Biomasse ergab die manuelle Sortierung von Stichproben des Hackgutes eine Zusammensetzung aus 57% Holz mit Rinde, 20% Holz ohne Rinde, 10% Blättern, 9% Zweigen, 3% Rinde und etwa 1% Feinmaterial, jeweils bezogen auf das Trockengewicht. Für bestimmte Verwendungsalternativen wurde dann untersucht, welche nutzbaren Anteile aus der Biomasse bzw. ihren Fraktionen gewonnen werden können. Nutzungsalternativen waren: Zellstofferzeugung; Energieerzeugung; Zellstoff- in Kombination mit Energieerzeugung; Zellstoff- in Kombination mit Energie- und Viehfuttererzeugung. Die nutzbaren Anteile wurden als g/qm Trockenmasse und kcal/qm Energie errechnet. Die durch solche Analysen gewonnenen Daten sollen die Grundlage bilden für Wirtschaftlichkeitsberechnungen und darauf aufbauende Management-Entscheidungen in bezug auf die Ganzbaum-Nutzung.

M. Becker

**Eigenschaften des Holzes von Bäumen, die verbesserter und intensiver Pflege unterzogen wurden.** Properties of wood from improved and intensively managed trees. B.A. Bendtsen. Forest Prod. J. Bd. 28 (1978) No. 10, S. 61-72; 5 Abb., 4 Tab.

In diesem Sammelreferat werden die Ergebnisse der Untersuchungen zusammengestellt, die sich mit der Verbesserung der Holzqualität durch verschiedene Pflege- und Züchtungsmaßnahmen befassen. Spezielle Fragestellungen wie der Einfluß der Düngung, Bewässerung, Züchtung und des Plantagenbetriebs auf die Holzeigenschaften werden erörtert. Eine ausführliche Besprechung der Ergebnisse über die Bildung von Jugendholz (juvenile wood) in diesen Bäumen von „man-made" Wäldern zeigt die Notwendigkeit auf, dieses

Problem intensiver zu bearbeiten. Die damit zusammenhängenden Änderungen in der Holzqualität werden anhand der vorliegenden Literatur diskutiert. Dabei wird festgestellt, daß sich die Holzindustrie teilweise durch veränderte Prozeßtechnologien dem Aufkommen von abweichender Holzqualität angepaßt hat. Künftige Forschung wird sich intensiv mit den Zusammenhängen zwischen Jugendholz und Gesamtholzqualität befassen müssen, neben Astigkeit und Faserabweichung, die ebenfalls einen Einfluß auf die Verwendbarkeit des Vollholzes ausüben.

N. Parameswaran

**Untersuchung der Wasseraufnahme von Holz und Werkstoffen aus Holz als Forschungs- und Standardisierungsproblem.** B. Gonet. Holztechnologie Bd. 19 (1978) No. 4, S. 231-234; 2 Tab.

Die Kenntnis der Wasseraufnahme ermöglicht es, Holz und Holzwerkstoffe bezüglich ihres Verhaltens bei der Tränkung mit wässrigen Holzschutzmitteln oder bei der Wasserlagerung zu beurteilen. Deshalb ist die Festlegung eines geeigneten Verfahrens zur Bestimmung der Wasseraufnahme von Holz und Holzwerkstoffen nicht nur von theoretischem, sondern von unmittelbarem praktischen Interesse. Die hierfür in den sowjetischen und polnischen Normen vorgesehenen Verfahren sind zeitaufwendig und liefern teilweise nicht übertragbare Ergebnisse. Aufgrund der eigenen Untersuchungen schlägt der Verfasser eine Überarbeitung dieser Normen vor. Im einzelnen empfiehlt er: Die Bestimmung des Verlaufs der Wasseraufnahme bis zur Gewichtskonstanz sollte, weil sehr zeitaufwendig, entfallen. Statt dessen wird die Wasseraufnahme in der Anfangsphase und der maximale Feuchtigkeitsgehalt bestimmt, wodurch die Untersuchungszeit auf 10 Tage verkürzt werden kann. Zur Berechnung des maximalen Feuchtigkeitsgehalts empfiehlt der Verfasser die Verwendung folgender Gleichung:

$$\mu_{max} = \frac{1.5 - q_{dtr}(1 - \beta_v)}{1.5 q_{dtr}(1 - \beta_v)}$$

hierin bedeuten:

$\mu_{max}$ maximaler Feuchtigkeitsgehalt des Holzes in g.g
$q_{dtr}$ Rohdichte des darrtrockenen Holzes in g.cm³
$\beta_v$ Volumenschwindmaß des Holzes in cm³/cm³

die aus den entsprechenden Gleichungen lt. Kollmann und dem Forest Products Laboratory hergeleitet wurde und die exaktere Ergebnisse als die Ausgangsgleichungen erbringt, da sie die artspezifischen Merkmale, die die Wasseraufnahme des Holzes beeinflussen, berücksichtigt. Die experimentelle Überprüfung mit 800 Proben der Holzarten Kiefer, Fichte, Rotbuche und Eiche bestätigt die Berechnungen.

G. Brettel