UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION TO EXCLUDE DR. EDWARD H. SHWERY'S TESTIMONY

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves to exclude the testimony of Dr. Edward H. Shwery. Dr. Shwery has attempted to connect Plaintiff's anxiety to Fleetwood, but because he relies on Dr. Farber's failed causation testimony, there is no causal link, and Dr. Shwery's testimony should be excluded under Federal Rule of Evidence 702. In support of this motion, Fleetwood files its memorandum of law and relies on the following documents:

| A | Edward H. Shwery Affidavit, dated July 17, 2009 (redacted to remove personal data identifiers) |
|---|---|
| B | Edward H. Shwery Deposition, taken Aug. 10 , 2009, excerpts (pages 16, 104-106, 109-110, 112) |
| C | Lawrence G. Miller Deposition, taken Sept. 22, 2009, excerpts (pages 52-53) |
| D | George A. Farber Deposition, taken August 6, 2009, excerpts (pages 49-51) |
| E | Lawrence G. Miller Affidavit, dated July 13, 2009 |

Fleetwood requests that Dr. Shwery's entire opinion and testimony be excluded.

This 9th day of November 2009.

        Respectfully submitted:

        /s/ Richard K. Hines, V
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery               ( )    Prepaid U.S. Mail

( )    Facsimile                    ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 9th day of November 2009.

                                            /s/ Richard K. Hines, V
                                            Richard K. Hines, V
                                            Georgia Bar No. 356300
                                            richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)