Exhibit B

# Transcript of the Testimony of
# Dr. Edward H. Shwery

**Date taken: August 10, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 16

1   records, background documents, anything you
2   can recall.
3        A.   Yes.  Deposition of Ms. Dubuclet.
4        Q.   That would be Elisha Dubuclet?
5        A.   Yes.  I also reviewed Children's
6   Hospital records; the records of Dr. White,
7   Dr. Miller -- report by Dr. Miller --
8   records of Dr. Farber, and there were one or
9   two other brief medical records that are on
10  these disks.
11            I reviewed whatever is on this
12  disk, but in the main, those are the ones
13  that I reviewed.
14       Q.   You said medical records from
15  Dr. Miller, and then I think you just said a
16  report.
17       A.   That's correct.
18       Q.   There are no medical records from
19  Dr. Miller, is there?
20       A.   No.  I think he wrote an opinion
21  report.  He reviewed medical records and
22  prepared a report.
23       Q.   Were there any medical records
24  from a Dr. Solis?
25       A.   No.  If they are on the disk, I

Page 104

1  mind about why she wanted to go back.  I
2  know that she did well.
3       Q.   You didn't ask her why she wanted
4  to go back?
5       A.   I did, but she didn't lay it out
6  like you are describing.
7       Q.   But she wanted to leave New
8  Orleans and go back to Texas?
9       A.   Yes, she didn't want to leave
10 Texas.  Both she and her mother described
11 that, after a few weeks, things settled down
12 and some of that went down.
13           She did not like living in the
14 trailer, however.  She didn't think that was
15 very cool at all.  We talked about some of
16 the problems, and as you know from my
17 report, the issues in the trailer started to
18 have an adverse effect on her health, which
19 caused an increase in psychological issues.
20      Q.   Let me make sure I understand
21 that.
22           It is your belief that living in
23 the trailer had an adverse effect on her
24 skin condition, her eczema, and that led to
25 greater anxiety?

Page 105

1    A.   That's correct.  I guess I would
2    call it an exacerbation of the prior eczema.
3    Q.   Didn't cause it, but from what you
4    have read, and in your view, it might have
5    exacerbated it?
6    A.   That is my conclusion, it did
7    exacerbate it.
8    Q.   The eczema?
9    A.   The eczema and probably allergies.
10   Q.   Living in the trailer specifically
11   or just living back in New Orleans with all
12   of this going on in New Orleans?
13   A.   My understanding is the
14   formaldehyde in the trailer in a more
15   confined environment caused an exacerbation
16   of prior allergies and eczema.
17   Q.   I wrote that down earlier to ask
18   you about it.  You are not a medical doctor,
19   correct?
20   A.   Correct.
21   Q.   Not a dermatologist?
22   A.   I am not.
23   Q.   Not an allergist?
24   A.   No.
25   Q.   So you cannot formulate any

Page 106

1   opinion on your own from a medical
2   standpoint that there was any excessive
3   formaldehyde level in the trailer at all,
4   can you?
5       A.   You are correct, I cannot.
6       Q.   And you are not able to formulate
7   any opinion from a medical standpoint that
8   any level of formaldehyde, whatever it may
9   or may not have been, that any level of
10  formaldehyde had any negative impact on her
11  health condition?
12      A.   That's correct.
13      Q.   You have taken what other experts
14  have said, and using that as a basis, you
15  use that to further explain your
16  psychological findings?
17      A.   That's correct.
18      Q.   And you do admit that living in a
19  trailer, somebody -- a young person -- how
20  old was she, Doctor?
21      A.   I think she was seven.
22      Q.   Six or seven?
23      A.   Yes.
24      Q.   You do admit that somebody coming
25  back to New Orleans after the devastation of

Page 109

1      A.   That is absolutely correct.
2      Q.   Normally, in general, when there
3  is a psychological issue that somebody has,
4  and whether it's caused by some specific
5  outside event or whether it is caused by
6  tension that leads to the dreams, et cetera,
7  that we have been talking about, does a
8  person tend to get better, psychologically
9  better, when they are removed from that
10 event or from those factors that are causing
11 the anxiety?
12     A.   If the external situation or event
13 would be classified as a stressor, removal
14 from that, you would expect, if that were
15 the primary cause of their psychological
16 reaction or psychological problem, removal
17 from that often shows that problems do go
18 down, unless they become ingrained or there
19 are some other issues that are continuing.
20 But, usually, you would expect it to go
21 down, unless something is perpetuating it.
22     Q.   Do you see anything in Timia's
23 case that is perpetuating these issues?
24     A.   Yes, of course.
25     Q.   What is that?

Page 110

1     A.   Dr. Farber indicated, when I
2  consulted with him, that she is going to
3  have rashes that will recur intermittently
4  the rest of her life.  The eczema will never
5  be cured is the way he put it.
6          He also said that she is going to
7  be having allergies the rest of her life
8  that are, in his opinion, related to the
9  formaldehyde.  He said that she is allergic
10 to formaldehyde, and he described for me the
11 process by which that will medically result
12 in a recurrence of skin conditions and
13 allergic reactions.
14    Q.   Do you remember what he said so
15 you can relate it to us, what he might have
16 said about that?
17    A.   I thought I just did.
18    Q.   I thought you said "medically
19 explained how it will happen"?
20    A.   Well, I don't know that I could
21 reproduce it.  I understood what he said.
22 I'm not a physician.
23    Q.   Since she had eczema from the time
24 she was two years old, and she was six or
25 seven when the hurricane occurred, would she

1   likely to exacerbate the continuing illness
2   of rashes and allergies.
3        Q.   To be clear, though, that is what
4   he said, that is his opinion, and you would
5   defer to a dermatologist relative to skin
6   conditions and allergies?
7        A.   Well, yeah, but I thought that is
8   what you asked me.
9        Q.   It was.  And now I'm just asking
10  this follow-up question.  That is not your
11  opinion because you can't make that opinion?
12       A.   That's correct.  Based on what he
13  told me.
14       Q.   I understand.
15       A.   My role was to look at what the
16  psychological effect was.
17       Q.   And to make sure I understand what
18  you said earlier, if she moved out of this
19  travel trailer in September of 2007, and
20  therefore, is removed from whatever was
21  causing the anxiety that was in the travel
22  trailer, removed from whatever level of
23  formaldehyde, if any, that was in the travel
24  trailer, and doesn't see you or any other
25  psychologist until almost two years later,