Exhibit C

Transcript of the Testimony of
# Videotaped Deposition of Lawrence G. Miller, M.D.

**Date taken: September 22, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 52

 1      Q    All right.  And you relied on

 2   Dr. Farber to interpret the results of that

 3   TRUE test?

 4      A    I did.  I happened to be there and

 5   see Ms. Dubuclet with Dr. Farber while he

 6   was doing the interpretation.

 7      Q    Right.  But you have not

 8   interpreted TRUE Tests before?  You were

 9   relying on Dr. Farber to analyze the TRUE

10   test and report on its significance, if any;

11   is that correct?

12      A    I have seen skin tests before, but

13   to be clear, Ms. Dubuclet was not my

14   patient.  She was Dr. Farber's patient.

15      Q    Right.  In fact, you reference

16   Dr. Farber's report or his conclusions from

17   that in your report, and we will get to that

18   in a minute, but you were relying on

19   Dr. Farber not only to apply the TRUE test,

20   but also to interpret the TRUE test; is that

21   correct?

22      A    That's correct.

23      Q    And you have relied upon that

24   interpretation in part in your affidavit; is

25   that correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

                                                        Page 53

1        A    It's certainly mentioned in the

2   affidavit, yes.

3        Q    All right.  You reference on

4   Page 6 of your report the Feinman article,

5   and that's a chapter at least out of a book

6   that she wrote.  Did you see the entire

7   article chapter or -- What was produced to

8   me was only the abstract.  Did you see

9   anything more other than the abstract?

10       A    I have seen the entire book, yes.

11       Q    Okay.  And you read that chapter

12  that you referenced with that abstract?

13       A    I have read several of the

14  chapters, but I only reference one here,

15  yes.

16       Q    All right.  And that's what I was

17  trying to get to, because in looking there,

18  I had seen the book and saw that you had

19  only referenced that one abstract, but I did

20  want to make clear.  You have seen the book.

21  Do you have the book?

22       A    I don't have the book.  The

23  library has the book.

24       Q    All right.  Let's kind of go back

25  to what we were discussing a little bit

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport