Exhibit D

# Transcript of the Testimony of
# Dr. George Farber

## Date taken: August 6, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

```
 1   formaldehyde is in 13?
 2        A.   Not at this moment specifically, I
 3   don't recall.
 4        Q.   Do you know how much is in 14?
 5        A.   No, sir.
 6        Q.   Do you know how much is in 26?
 7        A.   No.
 8        Q.   How much would be in 21?
 9        A.   Should be by itself.
10        Q.   And if it's by itself, do you know
11   how many parts per million would be in that?
12        A.   No.  I don't commit that to
13   memory.  I don't recall.
14        Q.   Just asking.  All right.  Tell me
15   why didn't 21 react.
16        A.   Don't know.
17        Q.   What is angry back; have you ever
18   heard the term angry back or excited skin
19   syndrome?
20        A.   Angry back?  No.
21        Q.   Have you ever heard the term
22   excited skin syndrome?
23        A.   That doesn't ring a bell either.
24   I have seen that listed in the description
25   of what is called red dermatographism, where
```

Page 50

1  anything that strokes or injures the skin
2  will cause a red flaring or a hive to
3  develop.  But in the terminology that you
4  used, I don't recognize that.
5       Q.   We go on to your report.  We have
6  what your report says that, in your opinion,
7  13, 14 and 26 contain formaldehyde.  Of
8  course, 21 would be nothing but
9  formaldehyde.  And you say the positive test
10 results indicate that Ms. Dubuclet had been
11 sensitized to formaldehyde and is now
12 allergic to formaldehyde.
13           Let me just ask a specific
14 question and let's just pick 13 for an
15 example.  That's the chemical known as
16 p-tert Butylphenol Formaldehyde.  Do you
17 know what the constituent elements in that
18 particular chemical or sensitizing agent
19 would, in fact, be the sensitizing agent?
20      A.   I don't think I can separate that
21 just by the patch test.
22      Q.   Same with respect to epoxy.  Do
23 you know the constituent elements of the
24 epoxy resin?
25      A.   I have them listed, but I don't

```
                                              Page 51
 1   recall.  My answer would be the same.
 2        Q.   And you don't know what
 3   constituent part of the epoxy resin could
 4   have been the sensitizing agent?
 5        A.   That is correct.
 6        Q.   And the same insofar as
 7   Imidazolidinyl Urea, you don't know what
 8   constituent element of that chemical
 9   compound would have been the sensitizing or
10   could have been the sensitizing agent?
11        A.   No.  As I understand your
12   question, can I be specific as to those
13   three tests, as to whether or not it was
14   formaldehyde or something else?
15        Q.   Or something else, exactly.
16        A.   I cannot tell you that.
17        Q.   So really, if we look at your next
18   sentence under the paragraph, it simply
19   reads:  T.R.U.E. Test report on the second
20   reading, No. 13, No. 26 remained at one
21   plus.  Your next paragraph reads:  These
22   positive test results indicate that
23   Ms. Dubuclet had been sensitized to
24   formaldehyde and now is allergic to
25   formaldehyde.
```