UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE § | | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION § | | |
| § | | SECTION N(5) |
| § | | |
| THIS DOCUMENT IS RELATED TO: § | | JUDGE ENGELHARDT |
| *Civil Action No. 07-9228* § | | |
| *Aldridge, et al v. Gulf Stream Coach, Inc., et al* § | | MAGISTRATE CHASEZ |
| *(Elisha Dubuclet o/b/o Timia Dubuclet)* § | | |

**FLUOR ENTERPRISES, INC.'S STATEMENT OF
UNCONTESTED MATERIAL FACTS IN SUPPORT
MOTION FOR SUMMARY JUDGMENT
ON NEGLIGENCE CLAIMS**

Defendant, Fluor Enterprises, Inc. (**FEI**), submits the following statement of uncontested material facts in connection with its motion for summary judgment regarding negligence claims of the plaintiff:

1. FEI had a contract with FEMA that required it to haul, install and maintain for a time various types of RVs manufactured by others that FEMA had selected to provide as emergency housing to people displaced as a result of Hurricanes Katrina and Rita.[1]

---

[1] Aldridge, First Supplemental & Amended Complaint, Civil Action No. 07-9228, MDL Rec. Doc. No. 1064, at p. 2 (unnumbered paragraph describing FEI's relationship with FEMA), & ¶¶ 9-31 (outlining haul & install role of FEI); Exhibit "A," Declaration of Al Whitaker, at ¶ 3-8, attached to hereto (this is the same Declaration of Mr. Whitaker submitted with FEI's Motion for Summary Judgment on the LPLA claim)[hereafter, "LPLA Decl. of Al Whitker"]

2. In the course of performing its contractual obligations to FEMA, FEI had a subcontractor haul and install a travel trailer manufactured by Fleetwood and selected by FEMA to serve as emergency housing for plaintiff. [2]

3. There is no evidence that the haul and install process, by which the trailer occupied by Timia Dubuclet was jacked and placed on six concrete block piers, damaged the frame or structure of the trailer in any way so as to permit excess moisture intrusion or enhanced formaldehyde off-gassing. [3]

4. FEI's maintenance obligation in regard to the Dubuclet trailer ceased on or before June 30, 2006.[4]

5. From May 11, 2006 until June 30, 2006 the only maintenance needed or requested for the Dubuclet trailer involved replacement of a faulty microwave oven.[5]

6. The Dubuclet trailer contained a warning concerning the formaldehyde-containing products in the wood components of the trailer.[6]

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:    */s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

---

[2] Exhibit "A," LPLA Decl. of Al Whitaker, at ¶¶ 13-14.
[3] Exhibits "B" to "F," excerpts from depositions of plaintiffs' and co-defendant Fleetwood's own experts, acknowledging this fact.
[4] Exhibit "G," Declaration of Al Whitaker, at ¶ 5, attached to FEI's Statement of Undisputed Material Facts (this is the same Declaration of Mr. Whitaker submitted with FEI's Motion for Summary Judgment on the Government Contractor defense)[hereafter, Govt. Kxor Decl. of Al Whitaker].
[5] See Exhibit "H," excerpt from 10/6/2009 deposition of Elisha Dubuclet, at 46-49, attached to FEI's Statement of Undisputed Material Facts; *see also* Exhibit "A," Declaration of Al Whitaker, at ¶ 20.
[6] Exhibit "I," photographs of the warning and excerpt from deposition of plaintiff expert, Al Mallet, authenticating same.

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

*/s/ Charles R. Penot, Jr.*

**ND: 4839-3999-7701, v. 1**