UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | §<br>§<br>§<br>§ | MDL No. 1873<br><br>SECTION N(5) |
| THIS DOCUMENT IS RELATED TO:<br>*Civil Action No. 07-9228*<br>*Aldridge, et al v. Gulf Stream Coach, Inc., et al*<br>*(Elisha Dubuclet o/b/o Timia Dubuclet)* | §<br>§<br>§<br>§ | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

# LPLA DECLARATION OF
# CHARLES A. WHITAKER

# Exhibit "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> § <br> THIS DOCUMENT IS RELATED TO: § <br> Civil Action No. 07-9228 § <br> Aldridge, et al v. Gulf Stream Coach, Inc., et al § <br> (Elisha Dubuclet o/b/o Timia Dubuclet) § | MDL No. 1873 <br><br> SECTION N(5) <br><br> JUDGE ENGELHARDT <br><br> MAGISTRATE CHASEZ |

## DECLARATION OF CHARLES A. WHITAKER, P.E.

I, CHARLES A. WHITAKER, P.E. state and declare as follows:

1. I am above the age of majority, and I make this Declaration based on facts that are within my own personal knowledge. I am not under any disability. I am competent to testify concerning the subject matter set forth in this Declaration, and would do so in open court, under oath, if called upon to do so.

2. I am a licensed professional engineer and am currently employed as the Program Manager with respect to Fluor Enterprises, Inc.'s ("FEI") Individual Assistance—Technical Assistance Contract, HSFEHQ-05-D-0471, ("IA-TAC Contract"), with FEMA. I have held that position continuously from approximately July 12, 2005, when FEMA awarded the IA-TAC Contract to FEI, until the present date. I was personally in

*Page 1 of 5*
*Declaration of Charles A. Whitaker, P.E.*

the field during most of FEI's Hurricanes Katrina and Rita response efforts, with offices in FEI's Gonzalez Operations Center and in the Baton Rouge Joint Field Office, a facility that housed FEMA personnel, FEMA contractors including FEI, state and local officials, and other responders.

3. FEI entered into the IA-TAC Contract with FEMA in July, 2005. The IA-TAC Contract required FEI to assist in the delivery and installation of FEMA travel trailers for the purposes of providing emergency housing units (EHUs) to citizens displaced by natural disasters.

4. Exhibit 7 to the FEMA IA-TAC Contract with FEI is the Travel Trailer Installation provisions, which are attached to this Declaration as Exhibit A and are labeled FL-FCA-000113-122.

5. The Travel Trailer Installation provisions, in conjunction with the IA-TAC Contract, include a description of the services that FEI performed for FEMA relating to the hauling, installing, and making travel trailer EHUs ready for use.

6. Exhibit 10 to the FEMA IA-TAC Contract with FEI is the Maintenance-Temporary Housing Units provisions, which are attached to this Declaration as Exhibit B and are labeled FL-FCA-000135-147.

7. The Maintenance-Temporary Housing Units provisions, in conjunction with the IA-TAC Contract, include a description of the maintenance services that FEI performed for FEMA with respect to travel trailer EHUs.

8. Task Order number HSFEJQ-06-J-0011 (05-J-0020 Original), commonly referred to as Task Order 20, includes the Scope of the Work and Task Order Modifications that

relate to the hauling, installing and maintaining travel trailer EHUs by the people displaced because of Hurricanes Katrina and Rita.

9. I assisted with the management and implementation of FEI's services to FEMA under the IA-TAC Contract and Task Order 20.

10. In my capacity as the Program Manager, I have access to the records that FEI kept as a part of its normal business operations with respect to the hauling, installing and making ready for use services that FEI performed for FEMA following Hurricanes Katrina and Rita.

11. FEI was assigned the task of delivering, installing and making ready for use the EHU assigned to Elisa Dubuclet.

12. FEI's records include installation and maintenance records for the EHU assigned to Elisha Dubuclet; the pertinent documents included among the documents attached to this Declaration as Exhibit C.

13. Those records indicate that the EHU was delivered to 6046 Dorothea Street, New Orleans, Louisiana, designated as Site Control number SC-03-076826 and assigned Private Site Installation Work Order number 1603-001-063188-INP. (See Exhibit C hereto, pages labeled FEI-00001-2).

14. The EHU assigned to Elisha Dubuclet was a travel trailer owned by FEMA and manufactured by Fleetwood bearing VIN No. 4CJ1F322764015272. (See Exhibit C, page labeled FEI-000020).

15. The travel trailer Unit Inspection Report contained in the Dubuclet installation packet is dated March 30, 2006 and indicates that the condition of the travel trailer and its

contents were new. The travel trailer included a water heater, range, refrigerator and microwave. (See Exhibit C, pages labeled FEI-000047a).

16. The Dubuclet travel trailer was picked up at FEI's Six Flags staging area on March 30, 2006 and installed by FEI's subcontractor at 6046 Dorothea Street, New Orleans, Louisiana on March 31, 2006. (See Exhibit C, pages labeled FEI-000020, 42-43.)

17. The Ready for Occupancy (RFO) QC/QA Acceptance Checklist indicates that the travel trailer assigned to Elisha Dubuclet was blocked on 6 concrete piers, anchored with the required straps, and utilities installed (i.e., sewer, water, and electricity) as well as a battery. (See Exhibit C, pages labeled FEI-000042-43.) These are the only tasks that FEI performed with respect to delivering and making the travel trailer ready for use by Elisha Dubuclet.

18. Elisha Dubuclet was leased-in to the EHU at 6046 Dorothea Street, New Orleans, Louisiana on May 11, 2006. (See Exhibit C, page labeled FEI-000039, 49-51).

19. I reviewed FEI's maintenance records, including the Maximo Work Order tracking system, which is a data system that maintains information related to maintenance performed by FEI on the EHUs once the EHUs are installed and occupied.

**[REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]**

20. Those records indicate that the only maintenance performed by FEI on the EHU assigned to Elisha Dubuclet after it was installed was the replacement of the microwave on May 17, 2006. (See Ex. C, FEI 33-34).

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9 day of November, 2009.

*[signature]*
CHARLES A. WHITAKER, P.E.
Senior Director, Fluor Government Group
FEMA IA-TAC Program Manager