UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO:<br>Civil Action No. 07-9228<br>Aldridge, et al v. Gulf Stream Coach, Inc., et al<br>(Elisha Dubuclet o/b/o Timia Dubuclet) | § § § § | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

# EXCERPTS FROM THE DEPOSITION OF STEPHEN SMULSKI

# Exhibit "B"

```
0001
 1          UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:  FEMA TRAILER        MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 8   LIABILITY LITIGATION        JUDGE ENGELHARDT
                                 MAGISTRATE CHASEZ
 9
10                    *   *   *
11               (RE:  DUBUCLET)
12
13
14        Deposition of STEPHEN SMULSKI, Ph.D.,
15   453 Wendell Road, Shutesbury, Massachusetts
16   01072, taken at the offices of Lambert &
17   Nelson, 701 Magazine Street, New Orleans,
18   Louisiana 70130, on Tuesday, the 20th day of
19   October, 2009.
20
21
22   REPORTED BY:
23        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
24        (504)529-5255
25
0002
 1   APPEARANCES:
 2        LAMBERT & NELSON
          (BY: HUGH P. LAMBERT, ESQUIRE)
 3        701 MAGAZINE STREET
          NEW ORLEANS, LOUISIANA 70130
 4
          BENCOMO & ASSOCIATES
 5        (BY: RAUL R. BENCOMO, ESQUIRE -
            VIA TELEPHONE)
 6        639 LOYOLA AVENUE, SUITE 2110
          NEW ORLEANS, LOUISIANA 70113
 7
               ATTORNEYS FOR THE PLAINTIFFS
 8
          MIDDLEBERG, RIDDLE & GIANNA
 9        (BY: RICHARD A. SHERBURNE, JR., ESQ.)
          450 LAUREL STREET, SUITE 1101
10        BATON ROUGE, LOUISIANA 70801
11             ATTORNEYS FOR FLUOR ENTERPRISES,
                 INC.
12
          NELSON, MULLINS, RILEY & SCARBOROUGH
13        (BY: TAYLOR T. DALY, ESQUIRE)
          201 17TH STREET, NW, SUITE 1700
14        ATLANTIC STATION
```

```
15              ATLANTA, GEORGIA 30363
                    ATTORNEYS FOR DEFENDANT,
16                  FLEETWOOD ENTERPRISES, INC.
17          BAKER DONELSON
            (BY: DAVID KURTZ, ESQUIRE -
18            VIA TELEPHONE)
            201 ST. CHARLES AVENUE, SUITE 3600
19          NEW ORLEANS, LOUISIANA 70170
20              ATTORNEYS FOR DEFENDANTS,
                CH2M HILL CONSTRUCTORS, INC. AND
21              SHAW ENVIRONMENTAL, INC.
22
23
24
25
0003
 1   APPEARANCES CONTINUED:
 2          WILLINGHAM, FULTZ & COUGILL
            (BY: HAL L. ROACH, JR., ESQUIRE -
 3            VIA TELEPHONE)
            NIELS ESPERSON BUILDING
 4          808 TRAVIS, SUITE 1608
            HOUSTON, TEXAS  77002
 5
                    ATTORNEYS FOR DEFENDANTS,
 6                  JAYCO, INC. AND STARCRAFT
                    RV, INC.
 7
            LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
 8          (BY: HEATHER F. CHEESBRO, ESQUIRE -
              VIA TELEPHONE)
 9          400 POYDRAS STREET, SUITE 2300
            NEW ORLEANS, LOUISIANA 70130
10
                    ATTORNEYS FOR DEFENDANT,
11                  CRUM & FORSTER
12          GARRISON, YOUNT, FORTE &
              MULCAHY, L.L.C.
13          (BY: RANDALL C. MULCAHY, ESQUIRE -
              VIA TELEPHONE)
14          909 POYDRAS STREET
            SUITE 1800
15          NEW ORLEANS, LOUISIANA  70112
16              ATTORNEYS FOR DEFENDANTS,
                RECREATION BY DESIGN, LLC, TL
17              INDUSTRIES, INC., FRONTIER RV,
                INC. AND PLAY'MOR TRAILERS, INC.
18
            DUPLASS, ZWAIN, BOURGEOIS,
19            PFISTER & WEINSTOCK
            (BY: ANDREW D. WEINSTOCK, ESQUIRE)
20          3838 NORTH CAUSEWAY BOULEVARD
            SUITE 2900
```

```
21          METAIRIE, LOUISIANA  70002
22               ATTORNEYS FOR
            GULF STREAM COACH, INC.
23
24
25
0004
 1    APPEARANCES CONTINUED:
 2         JONES, WALKER, WAECHTER, POITEVENT,
             CARRERE & DENEGRE, LLP
 3         (BY: RYAN E. JOHNSON, ESQUIRE -
             VIA TELEPHONE)
 4         FOUR UNITED PLAZA
           8555 UNITED PLAZA BOULEVARD
 5         BATON ROUGE, LOUISIANA 70809
 6              ATTORNEYS FOR DEFENDANTS,
                KEYSTONE RV COMPANY, THOR
 7              CALIFORNIA, THOR INDUSTRIES,
                DUTCHMEN MANUFACTURING, DS CORP
 8              (d/b/a CROSSROADS RV) AND KZ RV,
                LP
 9
10                    *   *   *
11                EXAMINATION INDEX
12                                           Page
13    EXAMINATION BY MS. DALY ..............13
      EXAMINATION BY MR. SHERBURNE .........87
14    EXAMINATION BY MR. WEINSTOCK ........103
      EXAMINATION BY MR. LAMBERT ..........110
15    EXAMINATION BY MS. DALY .............137
16
17
18
19
20
21
22
23
24
25
0005
 1                    *   *   *
 2                INDEX OF EXHIBITS
 3                                           Page
 4    Exhibit No. 1   .......................13
 5    Affidavit of Stephen Smulski, Ph.D., dated
 6    July 10, 2009 (DUB000274 through DUB000284)
 7    Exhibit No. 2   .......................13
 8    Exhibit B - List of formaldehyde-emitting
 9    wood products inside Fleetwood trailer
10    (PSC025402 through PSC025403)
11    Exhibit No. 3   .......................13
12    Notice of Deposition of Dr. Stephen Smulski
13    Exhibit No. 4   .......................15
```

```
14   HSFE04-04-Q-8000, FEMA Model Travel Trailer
15   Procurement Specifications dated August 12,
16   2004 (FLE-00006914 through FLE-00006917)
17   Exhibit No. 5   ......................15
18   Memorandum to Steve Smith from Bill Farish
19   dated October 3, 2005 (FLE-00000798)
20   Exhibit No. 6   ......................16
21   Pages printed from the Fleetwood Homes
22   website dated 10-16-2009
23   Exhibit No. 7   ......................16
24   FEMA Accessible Model Travel Trailer
25   Procurement Specifications dated April 21,
0006
 1   2006 (FLE-00007042 through FLE-00007049 and
 2   DUB-RITTER-001312 through DUB-RITTER-001319)
 3   Exhibit No. 8   ......................17
 4   RADCO Fact Finding Report No. RAD-161 dated
 5   April 30, 1979 (FLE-00006692 through
 6   FLE-00006786)
 7   Exhibit No. 9   ......................17
 8   Fleetwood Pioneer 2006 Owner's Manual
 9   (FLE-00006496 and FLE-00006543 through
10   FLE-00006546)
11   Exhibit No. 10  ......................18
12   17 pages relating to an animation that was
13   done for the Gulf Stream unit
14   Exhibit No. 11  .....................120
15   Copy of a photograph of a sticker on a
16   trailer
17   Exhibit No. 12  .....................143
18   Dr. Smulski's records relating to his
19   billing and expenses
20
21
22
23
24
25
0007
 1            S T I P U L A T I O N
 2
 3       It is stipulated and agreed by and
 4   between counsel for the parties hereto that
 5   the deposition of the aforementioned witness
 6   is hereby being taken for all purposes
 7   allowed under the Federal Rules of Civil
 8   Procedure, in accordance with law, pursuant
 9   to notice;
10       That the formalities of reading and
11   signing are specifically not waived;
12       That the formalities of filing,
13   sealing, and certification are specifically
14   waived;
15       That all objections, save those as to
```

```
16   the form of the question and the
17   responsiveness of the answer, are hereby
18   reserved until such time as this deposition,
19   or any part thereof, may be used or sought
20   to be used in evidence.
21
22                   *   *   *
23        JAMES T. BRADLE, CCR, Certified Court
24   Reporter, officiated in administering the
25   oath to the witness.
0008
 1        MR. LAMBERT:
 2             We will go on the record.  It is
 3   currently a couple of minutes after 2:00,
 4   and we are at the deposition of Dr. Smulski
 5   and we will begin in a minute.
 6             Before we start, I want to make a
 7   notation on the record that we have provided
 8   counsel present and we will distribute to
 9   the rest of counsel several documents, the
10   first of which is Fleetwood 00006914,
11   et sequens, which is entitled "FEMA Model
12   Travel Trailer Procurement Specifications,
13   August 12th, 2004."
14             The second one is Fleetwood
15   00000798, and it is a memo from a gentleman
16   named Smith to Mr. Farish.
17             The third document is a Fleetwood
18   Homes, it looks like the website.  It has a
19   date on it at the bottom of 10-16-09, Page 1
20   of 1, and it discusses construction
21   processes.
22             The fourth document is again a
23   Fleetwood numbered document, 00007044,
24   entitled "FEMA Accessible Model Travel
25   Trailer Procurement Specifications,
0009
 1   April 21st, 2006."  I believe that document
 2   was referenced in the last deposition as an
 3   exhibit by Fleetwood.
 4             The next document is Fleetwood
 5   No. 00006692.  It is a RADCO Fact Finding
 6   Report.  It bears the date of April the
 7   30th, 1979.
 8             The next document is the Fleetwood
 9   Owner's Manual, 2006, Fleetwood
10   No. 00006496, et sequens.
11        MS. DALY:
12             It's a Pioneer manual.  That's
13   what it says on the front of it.
14        MR. LAMBERT:
15             Fleetwood Pioneer.
16        MS. DALY:
17             Right.
```

```
0099
 1        Q    Okay.  I would ask you to look at
 2   your report then, if you don't mind, because
 3   I'm wondering where paragraph 14 in your
 4   report fits into those two task
 5   descriptions, which begins "I am aware that
 6   the trailer was installed."
 7        A    14 is a prelude to 15.  15
 8   explains how formaldehyde released from the
 9   rear, the unfinished rear of panels in the
10   walls and ceiling cavities can then migrate
11   into the living space.
12             14 is a prelude to that,
13   explaining how, because of the way these
14   trailers were converted from travel trailer
15   to temporary housing set on a foundation,
16   hard wired, plumbed, et cetera, that in the
17   process of that, that can contribute to the
18   opening of joints primarily to allow for the
19   escape of that formaldehyde gas from wall
20   and ceiling cavities into the living space.
21        Q    Did you see the Dubuclet trailer
22   installed, in the process of being
23   installed?
24        A    No.
25        Q    Did you ever see it installed
0100
 1   sitting on piers or Dorothea Street?
 2        A    No.
 3        Q    I don't know if I'm saying that
 4   right.  "Dorothea" Street, but in New
 5   Orleans?
 6        A    I never saw it there, no.
 7        Q    So you would have no knowledge
 8   that, in fact, it was bent or twisted?
 9        A    That's correct.
10        Q    You would have no knowledge that
11   the frame or the shell could cause sealed
12   joints to open?
13        A    I have no knowledge that that
14   happened, correct.  And that's why it's
15   phrased "it is my understanding that."
16        Q    In other words, it's possible, but
17   you don't know for sure?
18        A    Correct.
19        Q    You don't know more probably than
20   not?
21        A    I wasn't there.
22        Q    When you did examine the trailer
23   in July, did you see any damage that you
24   believe was caused by the installation
25   process?
0101
 1        A    I did not.
```