UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE §<br>PRODUCTS LIABILITY LITIGATION         §<br>                                                              §<br>                                                              §<br>THIS DOCUMENT IS RELATED TO:           §<br>*Civil Action No. 07-9228*                              §<br>*Aldridge, et al v. Gulf Stream Coach, Inc., et al* §<br>*(Elisha Dubuclet o/b/o Timia Dubuclet)*      § | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

# EXCERPTS FROM THE DEPOSITION OF THOMAS FRIBLEY

# Exhibit "F"

```
                                    1
 1      UNITED STATES DISTRICT COURT
 2        EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: FEMA TRAILER      MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS    SECTION N(4)
 6   LIABILITY LITIGATION     JUDGE ENGELHARDT
 7   (This document is related to
     "DUBUCLET V. FLEETWOOD
 8    ENTERPRISES, INC.,"
     Case No. 07-9228)
 9
10            * * *
11
12       VIDEOTAPED DEPOSITION OF THOMAS W.
13   FRIBLEY, 58194 ANDREW DRIVE, GOSHEN, INDIANA
14   46528, TAKEN AT THE OFFICES OF LEAKE &
15   ANDERSSON, SUITE 1700, 1100 POYDRAS STREET,
16   NEW ORLEANS, LOUISIANA 70163, ON THE 21ST
17   DAY OF OCTOBER, 2009.
18
19
20   REPORTED BY:
21     CATHY RENEE' POWELL, CCR
       PROFESSIONAL SHORTHAND REPORTERS
22     (504)529-5255
23   VIDEOGRAPHER:
24     BRIAN SOILEAU
       PROFESSIONAL SHORTHAND REPORTERS
25     (504)529-5255


                                    2
 1   APPEARANCES:
 2     CHRIS PINEDO, ESQUIRE
       4550 JERICHO ROAD
 3     CORPUS CHRISTI, TEXAS  78413
 4       (ATTORNEYS FOR PLAINTIFFS)
 5
       BENCOMO & ASSOCIATES
 6      (BY:  RAUL R. BENCOMO, ESQUIRE)
       639 LOYOLA AVENUE, SUITE 2110
 7      NEW ORLEANS, LOUISIANA  70113
         (Attended via telephone)
 8
         (ATTORNEYS FOR THE PSC)
 9
```

```
10      DUPLASS, ZWAIN, BOURGEOIS,
          PFISTER & WEINSTOCK
11      3838 NORTH CAUSEWAY BOULEVARD
          SUITE 2900
12      METAIRIE, LOUISIANA  70002
          (Not Present)
13
          (ATTORNEYS FOR DEFENDANTS
14         GULF STREAM COACH, INC.)
15
        GIEGER, LABORDE & LAPEROUSE
16       (BY: JASON BONE, ESQUIRE)
        701 POYDRAS STREET
17       SUITE 4800
        NEW ORLEANS, LOUISIANA  70139
18
          (ATTORNEYS FOR DEFENDANTS FOREST
19          RIVER)
20
        JONES, WALKER, WAECHTER, POITEVENT,
21         CARRERE & DENEGRE
        (BY: WILLIAM LAMPTON, ESQUIRE)
22       8555 UNITED PLAZA BOULEVARD
        BATON ROUGE, LOUISIANA  70809
23          (Attended via telephone)
24          (ATTORNEYS FOR DEFENDANTS PILGRIM,
            KEYSTONE, MONACO, R-VISION, THOR
25            CALIFORNIA, KZRV, DS/
```

                                3
```
1  APPEARANCES CONTINUED:
2
     NELSON MULLINS RILEY & SCARBOROUGH
3     (BY:  TAYLOR TAPLEY DALY, ESQUIRE)
     201 17TH STREET NW, SUITE 1700
4      ATLANTA, GEORGIA 30363
5       (ATTORNEYS FOR DEFENDANTS
          FLEETWOOD ENTERPRISES, INC.,
6          ET AL.)
7
     MIDDLEBERG, RIDDLE & GIANNA
8     (BY:  CHARLES PENOT, ESQUIRE)
     450 LAUREL STREET
9      SUITE 1101
     BATON ROUGE, LOUISIANA 70801
10
```

```
            (ATTORNEYS FOR FLUOR ENTERPRISES,
11            INC.)
12
          GARRISON, YOUNT, LORMAND, FORTE &
13          MULCAHY
          (BY: KELLY MORTON, ESQUIRE)
14         909 POYDRAS STREET
          SUITE 1800
15         NEW ORLEANS, LOUISIANA 70112
             (Attended via telephone)
16
            (ATTORNEYS FOR DEFENDANTS
17            RECREATION BY DESIGN, LLC, TL
            INDUSTRIES, INC., AND FRONTIER
18            HOMES, INC.)
19
          TAYLOR, PORTER, BROOKS & PHILLIPS
20          (BY: JOHN STEWART THARP, ESQUIRE)
          8TH FLOOR - CHASE TOWER SOUTH
21         451 FLORIDA STREET
          BATON ROUGE, LOUISIANA 70801
22            (Not Present)
23          (ATTORNEYS FOR DEFENDANTS
            COACHMEN INDUSTRIES)
24
25
```

                                    4
```
 1   APPEARANCES CONTINUED:
 2
          VOORHIES & LABBE´
 3          (BY:  LAMONT P. DOMINGUE, ESQUIRE)
          700 ST. JOHN STREET
 4         LAFAYETTE, LOUISIANA 70502
             (NOT PRESENT)
 5
            (ATTORNEYS FOR DEFENDANTS CAVALIER
 6            HOME, WAVERLEE HOMES, REDMAN HOMES,
            DUTCH HOUSING, PATRIOT HOMES AND
 7            RIVER BIRCH)
 8        WILLINGHAM, FULTZ & COUGILL
          (BY: HAL ROACH, ESQUIRE)
 9         NIELS ESPERSON BUILDING
          808 TRAVIS, SUITE 1608
10         HOUSTON, TEXAS 77002
             (Attended via telephone)
```

```
11
      (ATTORNEYS FOR DEFENDANTS
12       JAYCO AND STARCRAFT)
13    McGLINCHEY STAFFORD
      643 MAGAZINE STREET
14    NEW ORLEANS, LOUISIANA 70130
         (Not present)
15
      (ATTORNEYS FOR MORGAN BUILDINGS AND
16       SPAS, INC., AND MORGAN BUILDING
         SYSTEMS, INC.)
17
      LUGENBUHL, WHEATON, PECK, RANKIN &
18       HUBBARD
      (BY: KRISTOPHER REDMANN, ESQUIRE)
19    601 POYDRAS STREET - 27TH FLOOR
      NEW ORLEANS, LOUISIANA 70130
20       (Attended via telephone)
21       (ATTORNEYS FOR LIBERTY MUTUAL
         INSURANCE COMPANY)
22
23
24
25
```

                                        5
```
1  APPEARANCES CONTINUED:
2
   BAKER DONELSON
3    (BY: KAREN WHITFIELD, ESQUIRE)
   201 ST. CHARLES AVENUE
4    SUITE 3600
   NEW ORLEANS, LOUISIANA 70170
5      (Attended via telephone)
6      ATTORNEYS FOR DEFENDANTS,
       CH2M HILL CONSTRUCTORS, INC. AND
7      SHAW ENVIRONMENTAL, INC.
8  ALSO PRESENT:
9
   MR. AL WHITAKER
10 FLUOR ENTERPRISES
11
12         * * *
13       EXAMINATION INDEX
14 EXAMINATION BY MR. PINEDO: ............9
15 EXAMINATION BY MR. PENOT: ............175
```

16  EXAMINATION BY MR. PINEDO: ............196
17  EXAMINATION BY MR. PENOT: .............201
18  EXAMINATION BY MR. PINEDO: ............201
19              * * *
20          INDEX OF EXHIBITS
21  Exhibit No. 1 ..........................11
22    Notice of Deposition.
23  Exhibit No. 2 ..........................11
24    Affidavit by Thomas W. Fribley.
25  Exhibit No. 3 ..........................11

6

1     Curriculum vitae, Thomas Fribley.
2  Exhibit No. 4 ..........................12
3     List of testimony given by Mr.
4     Fribley.
5  Exhibit No. 5 ..........................70
6     Invoice to Richard Hines, re:
7     "Dubuclet."
8  Exhibit No. 6 ..........................71
9     Second invoice submitted by Mr.
10    Fribley to Richard Hines, re:
11    "Dubuclet."
12 Exhibit No. 7 ..........................80
13    Photograph.
14 Exhibit No. 8 ..........................82
15    Photograph.
16 Exhibit No. 9 ..........................84
17    FEMA Accessible Model Travel
18    Trailer Procurement Specifications,
19    FLE00007042-49 and FLE0006914-
20    6917, dated April 21, 2006 and
21    August 12, 2004, respectively.
22 Exhibit No. 10 .........................89
23    Procurement Specifications for FEMA
24    Model Travel Trailers, dated August
25    12, 2004.

7

1  Exhibit No. 11 ........................124
2     Photograph.
3  Exhibit No. 12 ........................129
4     Photograph.
5  Exhibit No. 13 ........................130
6     Photograph.
7  Exhibit No. 14 ........................132

8   Photograph.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

8

1  Exhibit No. 15 .......................140
2  "Important Notice."
3  Exhibit No. 16 .......................178
4  Part of the Fluor installation
5  manual.
6  Exhibit No. 17 .......................183
7  Photograph.
8  Exhibit No. 18 .......................183
9  Photograph.
10  Exhibit No. 19 .......................183
11  Photograph.
12  Exhibit No. 20 .......................183
13  Photograph.
14  Exhibit No. 21 .......................188
15  In globo exhibit, photographs.
16
17
18
19
20
21
22
23
24
25

```
                                    9
 1        STIPULATION
 2
 3        It is stipulated and agreed by and
 4   between counsel for the parties hereto that
 5   the deposition of the aforementioned witness
 6   is hereby being taken for all purposes
 7   allowed under the Federal Rules of Civil
 8   Procedure, in accordance with law, pursuant
 9   to notice;
10        That the formalities of reading and
11   signing are specifically not waived;
12        That the formalities of filing,
13   sealing, and certification are specifically
14   waived;
15        That all objections, save those as to
16   the form of the question and the
17   responsiveness of the answer, are hereby
18   reserved until such time as this deposition,
19   or any part thereof, may be used or sought
20   to be used in evidence.
21             * * *
22        CATHY RENEE' POWELL, CCR, Certified
23   Court Reporter, officiated in administering
24   the oath to the witness.
25

                                    10
 1        THE VIDEOGRAPHER:
 2             Today is the 21st day of October,
 3   2009; the time is approximately 1:25.
 4             This is the videotaped deposition
 5   of Thomas W. Fribley, taken at the offices
 6   of Leake & Andersson, located at 1100
 7   Poydras Street, New Orleans, Louisiana, for
 8   the case entitled "FEMA Trailer Formaldehyde
 9   Products Liability Litigation."
10             Would counsel please identify
11   themselves and which parties they represent.
12        MR. PINEDO:
13             Chris Pinedo for the plaintiffs.
14        MR. PENOT:
15             Charles Penot for Fluor
16   Enterprises, Inc., and with me at the
17   deposition is Mr. Al Whitaker of Fluor.
18        MS. DALY:
```

19         Taylor Daly for Fleetwood.
20              * * *
21         THOMAS W. FRIBLEY,
22  having been first duly sworn as a witness,
23  was examined and testified as follows:
24  EXAMINATION BY MR. PINEDO:
25     Q.  Sir, could you please state your

                                    11
1  full name.
2     A.  Thomas Wayne Fribley.


                                    202
9  EXAMINATION BY MR. PENOT:
10    Q.  Mr. Fribley, did you observe any
11  damage or distortion of any of the members,
12  structural members of the Dubuclet travel
13  trailer that, in your opinion, might have
14  been the result of improper jacking of the
15  unit?
16    A.  No, sir.
17    MR. PENOT:
18        Thank you.

ND: 4830-4706-9445, v. 1