UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO: Civil Action No. 07-9228 Aldridge, et al v. Gulf Stream Coach, Inc., et al (Elisha Dubuclet o/b/o Timia Dubuclet) | § § § § | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

# EXCERPTS FROM THE DEPOSITION OF ELISHA DUBUCLET

# Exhibit "H"

```
                                    1
 1  UNITED STATES DISTRICT COURT
 2      EASTERN DISTRICT OF LOUISIANA
 3
 4  IN RE: FEMA TRAILER      MDL NO. 1873
 5  FORMALDEHYDE PRODUCTS    SECTION N(4)
 6  LIABILITY LITIGATION     JUDGE ENGELHARDT
 7
 8            * * *
 9
10       VIDEOTAPED DEPOSITION OF ELISHA
11  DUBUCLET, 6046 DOROTHEA STREET, NEW ORLEANS,
12  LOUISIANA 70126, TAKEN AT THE OFFICES OF
13  FRANK D'AMICO, ATTORNEY AT LAW, 622 BARONNE
14  STREET, NEW ORLEANS, LOUISIANA 70112, ON THE
15  7TH DAY OF OCTOBER, 2009.
16
17
18  REPORTED BY:
19     CATHY RENEE' POWELL, CCR
       PROFESSIONAL SHORTHAND REPORTERS
20     (504)529-5255
21  VIDEOGRAPHER:
22     BRIAN SOILEAU
       PROFESSIONAL SHORTHAND REPORTERS
23     (504)529-5255
24
25
```

```
                                    2
 1  APPEARANCES:
 2
      BECNEL LAW FIRM
 3     (BY: ROBERT BECNEL, ESQUIRE)
      425 W. AIRLINE HIGHWAY, SUITE B
 4     LAPLACE, LOUISIANA 70068
 5
      LAW OFFICES OF FRANK D'AMICO
 6     (BY: FRANK D'AMICO, JR., ESQUIRE)
      622 BARONNE STREET
 7     NEW ORLEANS, LOUISIANA 70112
 8
      FEMA FORMALDEHYDE CLAIMS OFFICE
 9     (BY: CYNTHIA WALLACE, ESQUIRE)
      4731 CANAL STREET
10     NEW ORLEANS, LOUISIANA 70068
```

```
11      (ATTORNEYS FOR PLAINTIFFS)
12      JONES, WALKER, WAECHTER, POITEVENT,
         CARRERE & DENEGRE
13       (BY: WILLIAM LAMPTON, ESQUIRE)
        8555 UNITED PLAZA BOULEVARD
14       BATON ROUGE, LOUISIANA  70809
15       (ATTORNEYS FOR DEFENDANTS PILGRIM,
          KEYSTONE, MONACO, R-VISION, THOR
16         CALIFORNIA, KZRV, DS/
          CROSSROADS AND DUTCHMEN)
17
18      LEAKE & ANDERSSON
        (BY:  JERRY L. SAPORITO, ESQUIRE)
19       1700 ENERGY CENTRE
        1100 POYDRAS STREET
20       NEW ORLEANS, LOUISIANA  70163
21       (ATTORNEYS FOR DEFENDANTS
          FLEETWOOD ENTERPRISES, INC.,
22          ET AL.)
23
24
25
```

                                    3
```
1   APPEARANCES CONTINUED:
2
    MIDDLEBERG, RIDDLE & GIANNA
3    (BY:  CHARLES PENOT, ESQUIRE)
    450 LAUREL STREET
4    SUITE 1101
    BATON ROUGE, LOUISIANA 70801
5
    (ATTORNEYS FOR FLUOR ENTERPRISES,
6       INC.)
7
    ALLEN & GOOCH
8    (BY: BRENT MAGGIO, ESQUIRE)
    1015 ST. JOHN STREET
9    LAFAYETTE, LOUISIANA  70502-3768
       (Attended via telephone)
10
    (ATTORNEYS FOR HEARTLAND
11      RECREATIONAL VEHICLES, LLC)
12         * * *
13
14
```

```
15
16
17
18
19
20
21
22
23
24
25
```

                                                4
```
 1         * * *
 2      EXAMINATION INDEX
 3   EXAMINATION BY MR. SAPORITO: ..........10
 4   EXAMINATION BY MR. PENOT: .............227
 5         * * *
 6       INDEX OF EXHIBITS
 7   Exhibit No. 1 ........................30
 8    First Amended Notice of Deposition.
 9   Exhibit No. 2 ........................33
10    Elisha Dubuclet's Form 95.
11   Exhibit No. 3 ........................34
12    Form 95 filed on behalf of Timia
13    Dubuclet.
14   Exhibit No. 4 ........................45
15    Plaintiff Fact Sheet filed by
16    Elisha Dubuclet on behalf of Timia
17    Dubuclet.
18   Exhibit No. 5 ........................85
19    STATS Record 59863, Site Control #
20    SC-03-076826, RGSN ID 940760507A,
21    FEI 000001-51.
22   Exhibit No. 6 ........................91
23    Floor Plan, Dimensioned, Fleetwood
24    32FSH Travel Trailer.
25
```

                                                5
```
1   Exhibit No. 7A ........................95
2    Google map of area around Dorothea
3    Street.
4   Exhibit No. 7B ........................95
5    Close-up Google map of area around
6    Dorothea Street.
```

7  Exhibit No. 6A ......................155
8   Drawing of cracks and holes in
9   floor drawn by Ms. Dubuclet on
10  Floor Plan, Dimensioned, Fleetwood
11  32FSH Travel Trailer.
12 Exhibit No. 8 ......................223
13  Two-page medical timeline for Timia
14  Dubuclet.
15 Exhibit No. 9 ......................224
16  Prescription timeline for Timia
17  Dubuclet.
18 Exhibit No. 10 ......................225
19  Photograph of "Important Notice"
20  taken by Mr. Mallet.
21
22
23
24
25

6

1  Exhibit No. 11 ......................226
2   Photograph of "Important Notice."
3  Exhibit No. 12 ......................226
4   Photograph of "Important Notice."
5  Exhibit No. 13 ......................253
6   Department of Homeland Security,
7   Federal Emergency Management
8   Agency, Temporary Housing Unit
9   Inspection Report, Occupant: Elisha
10  Dubuclet.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                           7
1       S T I P U L A T I O N
2
3       It is stipulated and agreed by and
4  between counsel for the parties hereto that
5  the deposition of the aforementioned witness
6  is hereby being taken for all purposes
7  allowed under the Federal Rules of Civil
8  Procedure, in accordance with law, pursuant
9  to notice;
10      That the formalities of reading and
11 signing are specifically not waived;
12      That the formalities of filing,
13 sealing, and certification are specifically
14 waived;
15      That all objections, save those as to
16 the form of the question and the
17 responsiveness of the answer, are hereby
18 reserved until such time as this deposition,
19 or any part thereof, may be used or sought
20 to be used in evidence.
21           * * *
22      CATHY RENEE' POWELL, CCR, Certified
23 Court Reporter, officiated in administering
24 the oath to the witness.
25

                                           8
1     THE VIDEOGRAPHER:
2          Today is the 7th day of October
3  2009. The time is approximately 12:04.
4  This is the videotaped deposition of Elisha
5  Dubuclet, taken at the offices of Frank
6  D'Amico, Jr., located at 622 Baronne Street,
7  New Orleans, Louisiana, for the case
8  entitled "FEMA Trailer Formaldehyde Products
9  Liability Litigation."
10         Would counsel please identify
11 themselves and which parties they represent.
12    MR. SAPORITO:
13         Jerry Saporito here for Fleetwood
14 Enterprises.
15    MR. PENOT:
16         Charles Penot for Fluor
17 Enterprises, Inc.

18    MR. LAMPTON:
19        Will Lampton for Keystone RV
20  Company.
21    MR. ROBERT BECNEL:
22        Robert Becnel on behalf of the
23  Plaintiffs' Steering Committee.
24    MS. WALLACE:
25        Cynthia Wallace on behalf of the

9

1  PSC.
2    MR. D'AMICO:
3        Frank D'Amico, Jr., on behalf of
4  the PSC and Elisha Dubuclet and Timia
5  Dubuclet.
6        ELISHA DUBUCLET,
7  having been first duly sworn as a witness,
8  was examined and testified as follows:
9  EXAMINATION BY MR. SAPORITO:

51

1    Q.  Okay. All right. The first thing
2  that is on page 11 is the microwave. What
3  was the problem with the microwave?
4    A.  It wasn't working.
5    Q.  Didn't work?
6    A.  No.
7    Q.  Was that from the beginning or did
8  it work for some period of time and then it
9  stopped?
10   A.  From the beginning.
11   Q.  Did they fix or replace the
12  microwave?
13   A.  Replaced.
14   Q.  All right. And who came to
15  replace it, do you remember?
16   A.  It was the same guy who brought me
17  the folder, the original person.
18   Q.  Do you know what company or did he
19  work for FEMA, do you know?
20   A.  I believe he told me it was FEMA
21  that he worked for.
22   Q.  And it was the same guy you said
23  that brought you a folder?
24   A.  Yes.
25   Q.  You mean like when you were leased

```
                                                52
 1   into the unit or when you first got the
 2   unit?
 3       A.  When I received the keys.
 4       Q.  Okay.  The date that's listed on
 5   page 11 for the microwave says "June 2006,"
 6   so that's the month that you-all moved in,
 7   correct?
 8       A.  That's correct.
 9       Q.  And was it right after you moved
10   in, you noticed the microwave did not work?
11       A.  Yes, sir.
12       Q.  Did the man that came have any
13   type of uniform or colored shirt or any kind
14   of patch on his shirt?
15       A.  Yes.  I believe it was blue.
16       Q.  Blue.  You think it was a blue
17   shirt.  And do you remember if it had a
18   patch or -- the shirt was blue or the patch
19   was blue?
20       A.  The shirt.  I believe he had a
21   blue shirt.
22       Q.  Okay.  And do you remember, did it
23   have a company logo or company name or did
24   it say "FEMA" on it?
25       A.  It had a logo.

                                                53
 1       Q.  You don't remember what it said,
 2   though?
 3       A.  No, sir.
 4       Q.  But it was the same man that gave
 5   you the keys and the folder on the trailer?
 6       A.  Yes.
 7       Q.  And how long, like how many days
 8   or how long was it between when he came to
 9   your travel trailer for the microwave, how
10   many days before that was it when he came to
11   give you the folder and the keys?
12       A.  Maybe a week.
13       Q.  And he replaced the microwave that
14   day and then it worked fine after that?
15       A.  Yes, sir.
16       Q.  The next thing you have on the
17   list is the stove, and that's August of
```

18  2006. So that looks like that's a couple of
19  months after you moved in.
20      Had you used the stove for some
21  period of time and then it stopped working?
22      A. Yes.
23      Q. And what turned out to be wrong
24  with the stove, do you know?
25      A. I have no idea. I know it wasn't

                                        54
1  working properly and they came and did
2  whatever maintenance was necessary.
3      Q. Did they fix the stove or replace
4  the stove?
5      A. Fix.
6      Q. And I take it you were there the
7  day the guy came out about the microwave
8  because you told me he had a blue shirt on?
9      A. That's correct.
10      Q. Were you there the day the guys
11  came to see about the stove?
12      A. Probably was.
13      Q. Okay. Was it the same guys, same
14  guy?
15      A. No. No.

ND: 4833-8287-5909, v. 1