UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO: *Civil Action No. 07-9228* *Aldridge, et al v. Gulf Stream Coach, Inc., et al* *(Elisha Dubuclet o/b/o Timia Dubuclet)* | § § § § | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

# PHOTOGRAPHS OF WARNING WITH AUTHENTICATING EXCERPTS FROM THE DEPOSITION OF ALEXIS MALLET

# Exhibit "I"







## IMPORTANT NOTICE

Certain of our [illegible] product suppliers have advised that urea-formaldehyde is used in the production of particle board, hardwood plywood or paneling which they supply us and which we utilize in our finished product. These suppliers have requested that we communicate this to our customers.

For your information, we are reproducing samples of statements which have been provided to us by our suppliers.

WARNING: THIS PRODUCT IS MANUFACTURED WITH UREA-FORMALDEHYDE RESIN. FORMALDEHYDE VAPOR MAY IN SOME PEOPLE CAUSE HEADACHES, EYE, NOSE AND THROAT IRRITATION, AND AGGRAVATION OF ALLERGIES AND RESPIRATORY PROBLEMS, SUCH AS ASTHMA. PROPER VENTILATION SHOULD REDUCE THE RISK OF SUCH PROBLEMS.
*Champion International Corporation*

WARNING: IRRITANT: THIS PRODUCT CONTAINS A UREA-FORMALDEHYDE RESIN AND MAY RELEASE FORMALDEHYDE VAPORS IN LOW CONCENTRATIONS. FORMALDEHYDE CAN BE IRRITATING TO THE EYES AND UPPER RESPIRATORY SYSTEM OF ESPECIALLY SUSCEPTIBLE PERSONS SUCH AS THOSE WITH ALLERGIES OR RESPIRATORY AILMENTS. USE WITH ADEQUATE VENTILATION. IF SYMPTOMS DEVELOP, CONSULT YOUR PHYSICIAN.
*Georgia-Pacific Corporation*

WARNING: THIS PRODUCT IS MANUFACTURED WITH A UREA-FORMALDEHYDE RESIN AND WILL RELEASE SMALL QUANTITIES OF FORMALDEHYDE. FORMALDEHYDE LEVELS IN THE INDOOR AIR CAN CAUSE TEMPORARY EYE AND RESPIRATORY IRRITATION, AND MAY AGGRAVATE RESPIRATORY CONDITIONS OR ALLERGIES. VENTILATION WILL REDUCE INDOOR FORMALDEHYDE LEVELS.
*Weyerhaeuser Company*

Ventilation is important in maintaining a comfortable environment and we direct your attention to the discussion of ventilation contained in your Owner's Manual.

W13-0125  2/84




                                1
1   UNITED STATES DISTRICT COURT
2       EASTERN DISTRICT OF LOUISIANA
3
4   IN RE: FEMA TRAILER     MDL NO. 1873
5   FORMALDEHYDE PRODUCTS    SECTION N(4)
6   LIABILITY LITIGATION    JUDGE ENGELHARDT
7   (This document relates to
    "DUBUCLET V. FLEETWOOD
8    ENTERPRISES, INC.,"
    Case No. 07-9228)
9
10          * * *
11
12       DEPOSITION OF ALEXIS MALLET, JR.,
13   103 BRADBURY CROSSING, LAFAYETTE, LOUISIANA
14   70508, TAKEN AT THE OFFICES OF LAMBERT &
15   NELSON, 701 MAGAZINE STREET, NEW ORLEANS,
16   LOUISIANA 70130, ON THE 28TH DAY OF OCTOBER,
17   2009.
18
19
20   REPORTED BY:
21      CATHY RENEE' POWELL, CCR
        PSR
22      (504)529-5255
23
24
25

                                2
1   APPEARANCES:
2
3      CHRIS PINEDO, ESQUIRE
       4550 JERICHO ROAD
4      CORPUS CHRISTI, TEXAS  78413
5       (ATTORNEYS FOR PLAINTIFFS)
6
       BENCOMO & ASSOCIATES
7       (BY:  RAUL R. BENCOMO, ESQUIRE)
       639 LOYOLA AVENUE, SUITE 2110
8       NEW ORLEANS, LOUISIANA  70113
         (Attended via telephone)
9

```
           (ATTORNEYS FOR THE PSC)
10
11   DUPLASS, ZWAIN, BOURGEOIS,
       PFISTER & WEINSTOCK
12   3838 NORTH CAUSEWAY BOULEVARD
       SUITE 2900
13     METAIRIE, LOUISIANA  70002
       (Not Present)
14
     (ATTORNEYS FOR DEFENDANTS
15      GULF STREAM COACH, INC.)
16
     GIEGER, LABORDE & LAPEROUSE
17    (BY: CARSON W. STRICKLAND, ESQUIRE)
     701 POYDRAS STREET
18    SUITE 4800
     NEW ORLEANS, LOUISIANA  70139
19     (Not Present)
20   (ATTORNEYS FOR DEFENDANTS FOREST
       RIVER)
21
22
23
24
25

                                3
1  APPEARANCES CONTINUED:
2
   JONES, WALKER, WAECHTER, POITEVENT,
3     CARRERE & DENEGRE
    (BY: WILLIAM LAMPTON, ESQUIRE)
4    8555 UNITED PLAZA BOULEVARD
    BATON ROUGE, LOUISIANA  70809
5      (Attended via telephone)
6    (ATTORNEYS FOR DEFENDANTS PILGRIM,
       KEYSTONE, MONACO, R-VISION, THOR
7      CALIFORNIA, KZRV, DS/
       CROSSROADS AND DUTCHMEN)
8
9    LEAKE & ANDERSSON
    (BY: JERRY L. SAPORITO, ESQUIRE)
10    1700 ENERGY CENTRE
    1100 POYDRAS STREET
11    NEW ORLEANS, LOUISIANA  70163
12    (ATTORNEYS FOR DEFENDANTS
```

```
        FLEETWOOD ENTERPRISES, INC.,
13        ET AL.)
14     MIDDLEBERG, RIDDLE & GIANNA
       (BY:  CHARLES PENOT, ESQUIRE)
15      450 LAUREL STREET
       SUITE 1101
16      BATON ROUGE, LOUISIANA 70801
17       (ATTORNEYS FOR FLUOR ENTERPRISES,
         INC.)
18
       GARRISON, YOUNT, LORMAND, FORTE &
19       MULCAHY
       909 POYDRAS STREET
20      SUITE  1800
       NEW ORLEANS, LOUISIANA  70112
21        (Not Present)
22      (ATTORNEYS FOR DEFENDANTS
       RECREATION BY DESIGN, LLC, TL
23         INDUSTRIES, INC., AND FRONTIER
       HOMES, INC.)
24
25


                        4
1  APPEARANCES CONTINUED:
2
   TAYLOR, PORTER, BROOKS & PHILLIPS
3   8TH FLOOR - CHASE TOWER SOUTH
   451 FLORIDA STREET
4   BATON ROUGE, LOUISIANA  70801
      (Not Present)
5
    (ATTORNEYS FOR DEFENDANTS
6      COACHMEN INDUSTRIES)
7   VOORHIES & LABBE´
   (BY:  LAMONT P. DOMINGUE, ESQUIRE)
8   700 ST. JOHN STREET
   LAFAYETTE, LOUISIANA  70502
9      (Not Present)
10   (ATTORNEYS FOR DEFENDANTS CAVALIER
     HOME, WAVERLEE HOMES, REDMAN HOMES,
11      DUTCH HOUSING, PATRIOT HOMES AND
     RIVER BIRCH)
12
   WILLINGHAM, FULTZ & COUGILL
13   (BY: HAL ROACH, ESQUIRE)
```

```
       NIELS ESPERSON BUILDING
14      808 TRAVIS, SUITE 1608
       HOUSTON, TEXAS  77002
15        (Attended via telephone)
16      (ATTORNEYS FOR DEFENDANTS
         JAYCO AND STARCRAFT)
17
       McGLINCHEY STAFFORD
18      643 MAGAZINE STREET
       NEW ORLEANS, LOUISIANA  70130
19        (Not present)
20      (ATTORNEYS FOR MORGAN BUILDINGS AND
         SPAS, INC., AND MORGAN BUILDING
21         SYSTEMS, INC.)
22
23
24
25
```

                                    5
```
1           * * *
2        EXAMINATION INDEX
3  EXAMINATION BY MR. SAPORITO: ...........9
4  EXAMINATION BY MR. PENOT: .............255
5  EXAMINATION BY MR. PINEDO: ............259
6  EXAMINATION BY MR. SAPORITO: ..........266
7  EXAMINATION BY MR. PINEDO: ............272
8  EXAMINATION BY MR. SAPORITO: ..........273
9           * * *
10        INDEX OF EXHIBITS
11 Exhibit No. 1  .........................28
12   Notice of Deposition and
13   Schedule A.
14 Exhibit No. 2  .........................67
15   List of testimony given by Mr.
16   Mallet.
17 Exhibit No. 3  .........................75
18   Mr. Mallet's curriculum vitae.
19 Exhibit No. 4.  ........................78
20   Mr. Mallet's fee schedule.
21 Exhibit No. 5  ........................162
22   Report issued by Al Mallet.
23 Exhibit No. 6  ........................180
24   In globo exhibit, photographs.
25
```

6

1  Exhibit No. 7 .........................193
2    In globo exhibit, photographs.
3  Exhibit No. 8A .......................198
4    Photograph of two stickers, weight
5    information and moisture notice;
6    also marked as Ritter Exhibit 16,
7    Bates RITTER 1788.
8  Exhibit No. 9 .........................199
9    In globo exhibit, photographs.
10 Exhibit No. 10 .......................253
11   Group of thermographic images taken
12   by Mr. Mallet, 1 through 15.


197

22   I'm going to label this next
23 series of photographs as Mallet Exhibit 9.
24 We will start with Mallet Exhibit 9A, and
25 that is the photograph of the photographer,


198
1  Mr. Johnson --
2        Is that his name, Johnson?
3    A.  Yes, Scott.
4    Q.  -- taking a photograph of the
5  mirror on the medicine cabinet, correct?
6    A.  Yes, sir.
7    Q.  Then this is the medicine cabinet
8  in the open position, correct?
9    A.  Yes, sir.
10   Q.  And that is Mallet Exhibit 9B.
11       And there is a label or a sticker
12 that's on the inside of that medicine
13 cabinet door, correct?
14   A.  Yes, I think there is two of them.
15   Q.  And then there is a series of
16 photographs, that is a close-up, and another
17 close-up even more. And then a series of
18 photographs that breaks down the area of
19 this overall sticker. Is that correct?
20   A.  Yes, sir.
21   Q.  And this is the sticker that's on
22 the inside of the medicine cabinet door
23 shown in Mallet 9A and B?
24   A.  That's correct.
25   Q.  So this first one of that sticker,

                                199
1  I will call 9C.
2        And then this other one, which is
3  a little bit closer of that same sticker,
4  correct?
5     A.  Yes, sir.
6     Q.  This is 9D.

ND: 4829-8251-6741, v. 1