UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | | SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * * | |
| | | | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | | * * | |
| | | * | MAG: CHASEZ |

********************************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION
TO EXCLUDE DR. PATRICIA WILLIAMS'S TESTIMONY**

Defendant Fleetwood, Inc. (hereinafter "Fleetwood") moves to exclude the general causation testimony of Dr. Patricia Williams. She is not qualified to offer expertise on formaldehyde or skin conditions. Moreover, the three principal studies that she relies on to show a causal link between gaseous formaldehyde and Ms. Dubuclet's pre-existing skin conditions do not provide any valid scientific support for her opinions. Neither is her general causation opinion on cancer reliable or based on sound science. Therefore, Dr. Williams's testimony should be excluded.

In support of this motion, Fleetwood files its memorandum of law and also relies on the following documents:

| Exhibit | Item |
|---|---|
| A | Timia Dubuclet Medical Records |
| B | Timia Dubuclet, time line of medical history, Exs. 8 and 9 to Elisha Dubuclet's deposition dated Oct. 7, 2009 |
| C | Patricia M. Williams Affidavit, dated July 9, 2009 |

| | |
|---|---|
| D | Patricia M. Williams Deposition, taken Sept. 28, 2009, excerpts (pages 10-11, 15, 18, 33-34, 39, 40-41, 58-59, 64-65, 68-69, 79-80, 136-138) |
| E | Ichiro Matsunaga, et al., *Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women: Baseline Data From the Osaka Maternal and Child Health Study*, 18 Ann. Epidemiol. 78, 83 (2008) |
| F | Sachiko Takahashi, *Prospective Study of Clinical Symptoms and Skin Test Reactions in Medical Students Exposed to Formaldehyde Gas*, 34 J. Dermatology 283, 284 (2007) |
| G | Bernadette Eberlein-König, et al., *Influence of airborne nitrogen dioxide or formaldehyde on parameters of skin function and cellular activation in patients with atopic eczema and control subjects*, J. Allergy Clin. Immunol. 141 (Jan. 1998) |
| H | Patricia M. Williams Class Certification Deposition, taken Oct. 16, 2008, excerpts (page 31, 44-47) |
| I | Patricia M. Williams Deposition, taken July 7, 2009, excerpts (pages 47-50, 56-57, 92-93, 95, 97-99, 110-111, 127-134, 175-176, 201-204, 209, 240-241, 288-289) |
| J | Christopher T. DeRosa Deposition, taken July 6, 2009, excerpts (pages 256-58) |
| K | Hauptmann, M. (et al.), *Mortality from Solid Cancers among Workers in Formaldehyde Industries*, 159 Am. J. Epid. 1117 (2004) |
| L | Class Certification Hearing, transcript dated Dec. 2, 2008, excerpts (pages 78-79) |
| M | World Health Organization – International Agency for Research On Cancer, <u>IARC Monographs on the Evaluation of Carcinogenic Risks To Humans – Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-Ol</u> (Vol. 88, 2006: Lyon, France), p. 17 |

This 9th day of November 2009.

        Respectfully submitted:

        */s/ Richard K. Hines, V*
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station

201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

       I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | | |

       New Orleans, Louisiana, this 9th day of November 2009.

                                        /s/ Richard K. Hines, V  
                                        Richard K. Hines, V  
                                        Georgia Bar No. 356300  
                                        richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP  
Atlantic Station  
201 17th Street, NW  
Suite 1700  
Atlanta, GA 30363  
(404) 322-6000 (phone)  
(404) 322-6050 (fax)