Exhibit A

# Napoleon Pediatrics

2820 Napoleon Avenue
Suite 950
New Orleans, LA 70115
Phone: (504) 897-4242
Fax: (504) 897-4243

4621 W. Napoleon Avenue
Suite 200
Metairie, LA 70001
Phone: (504) 889-0880
Fax: (504) 888-4534

GEORGE G. STERNE, M.D.
DAVID A. ESTES, JR., M.D.
KIRK F BELLARD, M D
KEITH PERRIN, M.D.
SAM J SOLIS, M.D
ELLIE F. WETSMAN, M.D

Patient's Name: Timia Leslie Dubuclet

Age in Years: 1 Month 2wks Months: 2 Date of Birth: [redacted] 1998

Filled Out By: Mother

Relation to Child: Mother Today's Date: 11/3/98

This questionnaire is designed to help obtain some idea about the health of your child and all information is confidential. Since this questionnaire is used for children of all ages and sexes, some of the questions are bound to be inappropriate for this child and may be left unanswered.

If you are not sure of a response, please circle the number of that question in the left-hand column. Otherwise, place a check in the appropriate box.

I. What are the main reasons your child is being seen today? Rash/Sore on gum

## II. PAST MEDICAL HISTORY

### A. PRENATAL

1. Is this child adopted? — NO ☑
2. Problems with pregnancy:
   a. bleeding — NO ☑
   b. infections — NO ☑
   c. exposure to harmful agents — NO ☑
3. Was an ultrasound or amniocentises done? — YES ☑
4. Were any medications taken during pregnancy? — NO ☑
5. Was delivery by Cesarean section? — YES ☑
   If so, give reason: Repeat Cesection

### B. NEONATAL

1. Baby's birth weight: 6 lbs 11 oz
2. Was the baby born more than 2 weeks early or 2 weeks late? — NO ☑
3. Was oxygen required for baby? — NO ☑
4. Did the baby need help breathing? — NO ☑
5. Problems with delivery?
   a. maternal fever — NO ☑
   b. unusual position for baby — NO ☑
6. During his hospital stay, did the baby
   a. have jaundice — NO ☑
   b. have infections — NO ☑
   c. have breathing difficulties — NO ☑
   d. stay in the hospital after the mother left — NO ☑
7. Were there feeding problems during the newborn period? — YES ☑

NAME: [illegible]

| | | | |
|---|---|---|---|
| REMARKS: | DOB: [redacted] 98 | WT: 6# 11 | EDC: 9/[illegible] |
| [illegible] | DO D/C: 9/28/98 | WT: | APGAR: |
| Enf ETC | G P AB L | TYPE | COOMBS |
| | First HEP B at D/C-- 9/28/98 | | |

| AGE | 1 - 2 WEEKS | 1 MONTH | 2 MONTHS |
|---|---|---|---|
| DATE | | 11/3/98 | 12/15/98 |
| WT/LT/HC | | 9# 14oz, 21 1/4, 15 1/4 | 11# 11oz, 23", 15 3/4" |
| SUBJECTIVE | BREAST | | Enf ETC |
| NUTRITION | FORMULA | Enf ETC | |
| | FLUORIDE | | |
| DEVELOPMENT | RESPOND TO NOISE | LIFT HEAD ✓ | SMILES ✓ |
| | | | FOLLOW TO MIDLINE |
| GUIDANCE AND SAFETY | BM'S | TIPP ✓ | TYLENOL |
| | COLIC | SMOKE DETECTOR ✓ | D/C STERI |
| | BREATHING | IMM. WRITTEN INFO. ✓ | RISK/BENEFIT IMM. |
| | SLEEPING | SLEEPING | |
| SYMPTOMS | | T. 97.4 ✓ Rash in face and white spots on gums | c/o going University Hosp last night, having trouble breathing DX: periodic breathing & regurgitation c/o cradle cap to [illegible] |
| OBJECTIVE | | | |
| HEENT | | [illegible] | [illegible] |
| | | ✓ | ✓ |
| CHEST | | ✓ | ✓ |
| HEART | | ✓ | ✓ |
| ABD | | ✓ | ✓ |
| GU | | [illegible] | ✓ |
| SKIN | | ✓ | ✓ |
| HIPS | [illegible] 9/26/98 | ✓ | PKU & T4 |
| LAB | PKU & T 4 978167780 Hep B [illegible] | | |
| ASSESSMENT | | [illegible] | [illegible] |
| PLAN | | [illegible] | [illegible] |
| MEDS | | | DTaP #1 |
| IMM | | Hep B #2 1 mo | ☐ ActHIB #1 ☐ OPV #1 ☐ HEP B #2 Rotavirus #1 H:B #1 |
| RETURN | | | |
| SIGNATURE | | | |

SIMILAC® WITH IRON Infant Formula

DUB-FARBER-000290

A Service of ROSS LABORATORIES

MEDICAL RECORDS
EMERGENCY ROOM RECORD

CHILDREN'S HOSPITAL

200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511

| ADMIT DATE/TIME | ACCOUNT NO. | FC | # INS. | SEX | DATE OF BIRTH | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| 05/17/1999 19:44 | 4405661572 | 6 | 1 | F | [redacted] 1998 | 0210238 |

| LAST NAME | FIRST | M.I. | RACE | AGE | REG. BY |
|---|---|---|---|---|---|
| DUBUCLET, TINIA | | | B | 7M | SG |

| ADDRESS-CSZ | HOME PHONE | SOCIAL SECURITY NUMBER |
|---|---|---|
| [redacted] NEW ORLEANS, LA 70119 | 504 822073 | |

| PRIMARY CARE PHYSICIAN | REFERRING PHYSICIAN | E.R. PHYSICIAN |
|---|---|---|
| STERNE, GEORGE G MD | NONE | CHILDREN'S HOSPITAL |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER | TYPE COVERAGE |
|---|---|---|---|---|---|---|
| MEDICAID OF LOUISI | 36035798305 | | | 1 1 | TINIA L DUBUCLET | 01 |
| ADDRESS P.O. BOX 130 | 02 | | CSZ | | | |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER | TYPE COVERAGE |
|---|---|---|---|---|---|---|
| [handwritten, illegible] | | | | | | |

ADDRESS CSZ

MAY 19 1999

HISTORY & PHYSICAL

7 mo BF c faint spots on forehead s redness or swelling to flakes. Getting new Born, finished Amoxicillin last week –

PMH: 2 om's. NKDA

PE: 99[3] @ 8.3kg Gen: NAD. Playful
HEENT: Eyes clear. (R) ear inflamed c purulent effusion. (L) TM wnl. Nose: some clear mucus
Mouth: ∅ Neck: supple Chest: [illegible]
Lungs: clear equal BS. Heart: s (R) Abd: soft, NT, s [illegible]
Neuro: No meningeal signs! Skin: a few hypopigmented oval lesions on upper forehead, at edge of hair line, no erythema, edema, raised borders, scales, hair loss

LAB: | TIME DONE: | CBC | SMA-7/SMA-20 | PLATELETS | SED RATE | THEO LEVEL | PHENOBARB LEVEL | U/A | LATEX | CULTURES | BLOOD | URINE | OTHER | SPINAL | GRAM STAIN | STREP SCREEN | X-RAY: | CHEST | ABDOMEN | OTHER

TREATMENTS / MEDICATIONS / CONSULTATION:

See D/C sheet

DIAGNOSIS:

Left otitis media
Pityriasis alba / eczema (Double tinea)

| DISP. OF PT. | DATE D/C | CONDITION ON D/C | D/C VIA | PHYSICIAN SIGNATURE |
|---|---|---|---|---|
| ☐ ADMIT. RM. # ☑ HOME ☐ | 5/17/99 | Good | ☐ WALKED ☐ STRETCHER ☐ WHEEL CHAIR ☑ CARRIED ☐ OTHER | [signature] Baumgartner MD |
| | TIME D/C 2035 | | | DISCHARGE INSTRUCTIONS SHEET GIVEN NO ☐ YES ☑ |

Tima DuBuclet

New pt.

11/3/98

2/11/99 4 mo T99.3 wt 14#12

Fever 100.8 – 101.1 x 1d white spots in mouth, Tylenol given this a.m.

[illegible]

[illegible] DTaP#2 HIB#2 IPV#2 [illegible]

[illegible]

7-29-99 DNS

3/28/01 2 yr 26# 33" T96.6

C/o bad cold x 2 wks, T100.4 last night, eczema / 90 lp

[illegible] premar [illegible] 90

[illegible]

[illegible]

D

Last Name Initial

**Patient Name** Timia Dubuclet

Date 1/18/02

Age 3 y

WT 28 1/2

HT 2F 11/2 in

BP

Temp 98.9

CC University States pt has enlarged tonsils — Mom

HPI

ROS

Current MEDS

[illegible]

✓=OK

☐ General ☐ Alert ☐ Active ☐ NAD ☐ Other [illegible]

☐ Head/Eye [illegible]

☐ Neuro

☐ Ears [illegible]

☐ Throat "Large" tonsils

☐ Chest Clear

☐ Heart [illegible]

☐ ABD [illegible]

☐ GU

☐ EXT

☐ Skin Eczema [illegible]

Referrals:

Dx

Doctor:

☐ Reason

LAB ☐ Order ☐ Results

IMP [illegible]

Plan [illegible]

IMM Order [illegible]

F/U [illegible]

Other

CHMPC 104 01: New PROGNOT—Bond

Last Name Initial D

Patient Name [illegible]

Date 4/14/3

Age 4y 7/12

WT 34 1/2

HT

BP

Temp 99.4

CC fever blisters to lip, excema, diarrhea x 3 day (100.4) [illegible] 3x [illegible] 1x [illegible]

HPI

ROS

Current MEDS Claritin, [illegible], [illegible]

✓=OK

☐ General ☐ Alert ☐ Active ☐ NAD ☐ Other

☐ Head/Eye

☐ Neuro

☐ Ears [illegible]

☐ Throat [illegible]

☐ Chest [illegible]

☐ Heart

☐ ABD

☐ GU

☐ EXT

☐ Skin [illegible]

Referrals:

Dx

Doctor:

☐ Reason

LAB ☐ Order ☐ Results

IMP [illegible]

Plan [illegible]

IMM Order

F/U [illegible]

Other

CHMPC ·04 01: New PROGNOT—Bond



# EMERGENCY DEPARTMENT RECORD

CHILDREN'S HOSPITAL

200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511

**PATIENT**

| ADMIT DATE/TIME | ACCOUNT NO. | FC | #INS. | SEX | DATE OF BIRTH | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| 05/15/2003 19:25 | 4408010835 | A | | F | [redacted] 1998 | 0210238 |

| LAST NAME / FIRST | MI | RACE | AGE | REG. BY |
|---|---|---|---|---|
| DUBUCLET, TIMIA | | B | 4Y | RP7 |

| HOME ADDRESS-CSZ | HOME PHONE | SOCIAL SECURITY NUMBER |
|---|---|---|
| [redacted] NEW ORLEANS LA 70119 | 504 8220737 | |

| PRIMARY CARE PHYSICIAN | REFERRING PHYSICIAN | E.R. PHYSICIAN |
|---|---|---|
| 001248 STERNE, GEORGE G MD | 000000 SELF | 000000 CHILDREN'S HOSPITAL |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER |
|---|---|---|---|---|---|
| MEDICAID OF LOUISIAN | 36035798305 02 | | T11 | | DUBUCLET TIMIA L |

ADDRESS P.O. BOX 130 CSZ BATON ROUGE, LA 70821 R 03 COB 1 V Y

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER |
|---|---|---|---|---|---|
| | | | | | |

ADDRESS CSZ R COB V

**PHYSICIAN**

HISTORY:

Rash / green mucus from nose / fever
sore throat

T____ P____ R____ BP____ Wt.____ kg

1. General ☐ Alert, NAD ☐ Well hydrated ☐ Oriented ☐ Other
2. Head ☑ Normal ☐ Other
3. Eyes ☑ Normal ☐ Other
4. Ears ☑ Normal ☐ Other
5. Nose ☒ Normal ☐ Other — rhinorrhea – mucopurul
6. Mouth ☐ Normal ☐ Other — pharynx red / tonsils ↑↑
7. Neck ☐ Supple ⊘ No adenopathy ☐ Other — ? ant. cerv. node
8. Chest ☐ No retractions ☐ Other
9. Lungs ☑ Clear, equal BBS ☐ Other
10. Heart ☑ RRR s̄ murmur ☐ Other
11. Abdomen ☑ Soft, non tender, BS present ☐ No org or masses ☐ Other
12. GU ☑ Normal ☐ Other
13. Neuro ☐ No meningeal signs or focal deficits ☐ Other
14. Skin ☒ No rash or petechiae ☐ Good turgor ☐ Other — fine papular rash on face
15. Ext ☐ s̄ CCE ☐ <2 sec refill ☐ Other
16. Lymph ☐ No adenopathy ☐ Other

LAB
- ☐ H&H
- *☐ CBC ☐ Retic
- *☐ CBC c̄ Diff
- ☐ Blood C&S
- ☐ Sed Rate
- ☐ Electrolytes
- ☐ BMP
- ☐ CMP
- ♦☐ U/A *☐ Dipstick
- ☐ Urine C&S
- ☒ Strep Screen
- ☐ RSV & Viral Panel
- ☐ Stool Rota/Adeno
- ☐ Stool Blood
- ☐ Stool WBC
- ☐ Stool Culture

RADIOLOGY
- ☐ Chest X-Ray ☐ AP ☐ LAT
- ☐ Sinus (Waters)
- ☐ KUB
- ☐ Flat & Erect ABD
- ☐ Skull X-Ray ☐ AP ☐ LAT
- ☐ C-Spine ☐ AP ☐ LAT
- ☐ Other Tests

TREATMENTS / MEDICATIONS / CONSULTATION:

Strep Screen positive

DIAGNOSIS:

Strep pharyngitis / [illegible]

**D/C**

| DISPOSITION OF PATIENT | DATE DISCHARGE | CONDITION ON DISCHARGE | DISCHARGE VIA | PHYSICIAN SIGNATURE |
|---|---|---|---|---|
| ☐ ADMIT ROOM # ___ ☑ HOME ☐ ___ | 5/15/03 TIME DISCHARGE 2148 | ☑ GOOD, STABLE ☐ OTHER ___ | ☐ CARRIED ☑ WALKED ☐ OTHER ☐ STRETCHER ☐ WHEEL CHAIR | [signature] PHYSICIAN SIGNATURE |

- * IF WBC COUNT IS < 4 or > 14 OR IF ABNORMAL WBC FLAGS ARE PRESENT, A MANUAL DIFF WILL BE PERFORMED.
- ♦ CULTURE PERFORMED IF NITRITE OR LEUCESTERASE IS 1 + OR >.
- • U/A MICRO PERFORMED IF LEUCESTERASE, NITRITE, BLOOD OR SSA PROTEIN IS +.

Last Name Initial

Patient Name Timia Dubuclet

Date 6/28/02

CC "Sinus infection" – [illegible] no fever

Age 3 yr

WT 29 1/2

HPI

ROS

HT 37 1/4"

Current MEDS None

BP

Temp 97.3°

✓=OK

~~General~~ ~~Alert~~ Active ~~NAD~~ Other

~~Head/Eye~~

~~Neuro~~ Nasal mucosa [illegible], pale [illegible]

~~Ears~~

Throat

~~Chest~~ Clear

Heart

ABD

GU

EXT.

Skin

Referrals:

Dx

Doctor:

Reason

LAB Order Results

IMP Allergic [illegible]

Plan [illegible]

IMM Order

F/U

Other –

CHUPC 8/4/01 New PROGNOT—Doc



**EMERGENCY DEPARTMENT RECORD**

CHILDREN'S HOSPITAL

200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511

PATIENT

| ADMIT DATE/TIME | ACCOUNT NO. | FC | #INS. | SEX | DATE OF BIRTH | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| 04/14/2004 20:32 | 4408530063 | 1 | | F | [redacted]998 | 0210238 |

| LAST NAME, FIRST | MI | RACE | AGE | REG. BY |
|---|---|---|---|---|
| DUBUCLET, TIMIA | | B | 5Y | RP7 |

| HOME ADDRESS-CSZ | HOME PHONE | SOCIAL SECURITY NUMBER |
|---|---|---|
| [redacted] NEW ORLEANS LA 70119 | 504 8220737 | |

| PRIMARY CARE PHYSICIAN | REFERRING PHYSICIAN | E.R. PHYSICIAN |
|---|---|---|
| 000000 CHILDREN'S HOSP.MED.PRA | 000000 SELF | 000000 CHILDREN'S HOSPITAL |

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | SUB. D.O.B. | SUBSCRIBER |
|---|---|---|---|---|---|
| MEDICAID OF LOUISIAN | 36035798305 02 | | T11 | | DUBUCLET TIMIA L |

ADDRESS P.O. BOX 130 CSZ BATON ROUGE, LA 70821 R 03 COB 1 V Y

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | SUB. D.O.B. | SUBSCRIBER |
|---|---|---|---|---|---|
| | | | | | |

ADDRESS CSZ R COB V

"Other records may be available, please refer to MII (Master Index Inquiry) in Unity for record listings"

HISTORY: Hair Spray 3 days ago, started Hives/Skin Rash. Mom giving Benadryl. No Wheezing. No Coughing No Resp. Distress.

T____ P____ R____ BP____ Wt.____ kg

H/o Eczema

| # | System | Findings |
|---|---|---|
| 1. | General | ☒ Alert, NAD ☐ Well hydrated ☐ Oriented ☐ Other |
| 2. | Head | ☒ Normal ☐ Other |
| 3. | Eyes | ☒ Normal ☐ Other |
| 4. | Ears | ☒ Normal ☐ Other |
| 5. | Nose | ☒ Normal ☐ Other |
| 6. | Mouth | ☒ Normal ☐ Other |
| 7. | Neck | ☒ Supple ☐ No adenopathy ☐ Other |
| 8. | Chest | ☒ No retractions ☐ Other |
| 9. | Lungs | ☒ Clear, equal BBS ☐ Other |
| 10. | Heart | ☒ RRR s̄ murmur ☐ Other |
| 11. | Abdomen | ☒ Soft, non tender, BS present ☐ No org or masses ☐ Other |
| 12. | GU | ☒ Normal ☐ Other |
| 13. | Neuro | ☒ No meningeal signs or focal deficits ☐ Other |
| 14. | Skin | ☒ No rash or petechiae ☐ Good turgor ☐ Other → No Hives Mod Eczema |
| 15. | Ext | ☐ s̄ CCE ☐ <2 sec refill ☐ Other |
| 16. | Lymph | ☐ No adenopathy ☐ Other |

OM Green
Chest Clear
No Wheezing

LAB
- ☐ H&H
- •☐ CBC ☐ Retic
- •☐ CBC c̄ Diff
- ☐ Blood C&S
- ☐ Sed Rate
- ☐ Electrolytes
- ☐ BMP
- ☐ CMP
- ♦☐ U/A •☐ Dipstick
- ☐ Urine C&S
- ☐ Strep Screen
- ☐ RSV & Viral Panel
- ☐ Stool Rota/Adeno
- ☐ Stool Blood
- ☐ Stool WBC
- ☐ Stool Culture

RADIOLOGY
- ☐ Chest X-Ray ☐ AP ☐ LAT
- ☐ Sinus (Waters)
- ☐ KUB
- ☐ Flat & Erect ABD
- ☐ Skull X-Ray ☐ AP ☐ LAT
- ☐ C-Spine ☐ AP ☐ LAT
- ☐ Other Tests

TREATMENTS / MEDICATIONS / CONSULTATION:

PHYSICIAN

DIAGNOSIS: H/o Skin Allergy — Now Normal Eczema.

| DISPOSITION OF PATIENT | DATE DISCHARGE | CONDITION ON DISCHARGE | DISCHARGE VIA | PHYSICIAN SIGNATURE |
|---|---|---|---|---|
| ☐ ADMIT ROOM # ☒ HOME ☐ | 4/14/04 TIME DISCHARGE 2115 | ☒ GOOD, STABLE ☐ OTHER | ☐ CARRIED ☒ WALKED ☐ OTHER ☐ STRETCHER ☐ WHEEL CHAIR | [signature] PHYSICIAN SIGNATURE |

* IF WBC COUNT IS < 4 or > 14 OR IF ABNORMAL WBC FLAGS ARE PRESENT, A MANUAL DIFF WILL BE PERFORMED.
♦ CULTURE PERFORMED IF NITRITE OR LEUCESTERASE IS 1 + OR >. • U/A MICRO PERFORMED IF LEUCESTERASE, NITRITE, BLOOD OR SSA PROTEIN IS +.

CHILDREN'S HOSPITAL

# EMERGENCY DEPARTMENT
## Discharge Instructions

4408530063 I E 0210238
DUBUCLET, TIMIA [redacted]1998 F
CHILDREN'S HOSPITAL 000000 04/14/2004 EMR
20:32

**Diagnosis** Allergy To Hair Color + Eczema.
Examined by Dr. KHAN

**See Instruction Sheet On:** ☐ Vomiting ☐ Constipation ☐ Stitches ☐ Sore Throat ☐ Minor Head Injury ☐ Diarrhea ☐ Chickenpox ☐ Croup ☐ Common Cold ☐ Otitis Media ☐ RSV ☐ Other:

**Special Instructions** — To Cont. Using Benadryl 5mL as needed every 8 hrs
— Use 1% Hydrocortisone Cream For Eczema.

If cultures or special lab tests were obtained while diagnosing your child's problem, the emergency staff will notify you of any positive results. If an emergency reading of x-rays was provided by the emergency room doctor, a final reading will be made by the radiologist and you will be called if there are any abnormalities.

### OTHER INSTRUCTIONS

**Medications:** *(Must be given as directed.)*

Give ______ every ______ hours for ______ days.

Give ______ ______ times a day for ______ days.

Give ______.

☐ Give Tylenol ______ every 4 hours for fever or pain.

☐ Give Motrin ______ every 6 hours for fever or pain.

☐ **Discontinue** ______.

☐ Continue medications as directed ______.

☑ Return to primary care physician for follow-up in ______ days/weeks.

☐ For appointment with Dr. Stern, call ______

to be examined in 2-3 days/~~weeks~~.

☑ **Return to ER if condition worsens. Or if** Wheezing, Difficulty in Breathing.

**I have received and fully understand the above instructions.**

[signature] — Parent/Guardian

822-0737 — Phone Number

[signature] KHAN — Physician's or Nurse's Signature

4/14/04 — Date 2115 — Time

CHILDREN'S HOSPITAL

# EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS

004[redacted]950057 FC: A 0210238
DUBUCLET, TIMIA
SERV DATE: 10/16/2001 17:20
DOB: [redacted]1998 FEMALE PT: E

Sterne / 17:50

Diagnosis Pharyngitis.

Examined by Dr. Bliss And

See Instruction Sheet on: ☐ vomiting ☐ diarrhea ☐ minor head injury ☐ RSV ☐ stitches ☐ otitis media ☐ croup ☐ constipation ☐ chickenpox ☐ sore throat ☐ common cold ☐ other: ________

Special Instructions: ________

Augmentin 240mg (3ml) q 12 hours X 10 days

If cultures or special lab tests were obtained while diagnosing your child's problem, the emergency staff will notify you of any positive results. If an emergency reading of x-rays was provided by the emergency room doctor, a final reading will be made by the radiologist and you will be called if there are any abnormalities.

## OTHER INSTRUCTIONS

**Medications: (Must be given as directed)**

Give ________ every ____ hours for ____ days.

Give ________ times a day for ____ days.

Give ________.

[ ] Give Tylenol ________ every 4 hours for fever or pain.

[✓] Give Motrin ________ every 6 hours for fever or pain.

[ ] **Discontinue** ________.

[ ] Continue medications as directed ________.

[✓] Return to primary care physician for follow up in 1 days/(weeks) Dr. Sterne

[ ] For appointment with Dr. ________, call ________ to be examined in ______ days/weeks.

[✓] **Return to ER if condition worsens.** ☑ Or if problem.

I have received and fully understand the above instructions.

[signature]
Parent/Guardian

________
Phone Number

[signature]
Physician or Nurse's Signature

10/16/01 17:50
Date Time

ER/MR205
MR# 205
Revised (08/99)
2NCR/Black ink

Distribution:
White: Medical Records
Yellow: Parent/Guardian

DUB-FARBER-000202

Children's Hospital Medical Practice Corporation
A DEPARTMENT OF CHILDREN'S HOSPITAL

Name Timia Dubuclet
Chart No.

PATIENT DATA

99215 = Comp = Comprehension 99214 = DET = Detailed 99213 = EPF = Expanded Problem Focused 99212 = PF = Problem Focused

Date: 4/28/04 Age: 5 yrs. Name: Timia Dubuclet
Vital Signs: Height: Weight: 40 Head Circumference: Blood Pressure: Pulse: Respiratory Rate:
Current Meds: elidel, benadryl, NKDA, T 97.7
not helping

## I. HISTORY

PF, EPF = 1-3 DET>4 COMP>4

Adverse Reaction ☐ Y ☐ N
List

A. Chief Comp + History & Present Illness c/o skin eczema

Location:
Timing:
Severity:
Duration:

Pain Score:

B. ROS PF = 0 EPF= 1 DET= 2-9 COMP>10

refer to chronic eczema

| | | | |
|---|---|---|---|
| 1. Gen | 5. Chest | 9. (Skin) | 13. Hemo/Lym |
| 2. Eyes | 6. GI | 10. Neuro | 14. Allergy/Immunol |
| 3. ENT | 7. GU | 11. Psyc | |
| 4. CV | 8. MS | 12. Endo | |

ROS Handout ☐ Y ☐ N
Other Concerns:

C. Past Family Social History PF + EPF= 0 DET= 1 COMP 3
☐ No interval change of ☐ Past Medical History ☐ Family History ☐ Social History since chart note dated
Past Medical History

☐ Reviewed problem list at front of chart

☐ Reviewed consultant letter/date

☑ Immunizations current ☑ Yes ☐ No Comments:

Social History:
Family status, Alcohol, Smoking, Pets, Day Care
Other:

Family History:
Allergy, Asthma, Lipids, Diabetes, HTN,
Cardiac disease <50
Other:

DUB-FARBER-000281

CHMPC(12/03)New
PROBLEM (Page 1) of 3— Green

## II. EXAM (Check (✓) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ☐ Vital signs (see page 1)
- ☐ General appear
- ☐ Alert/active

**Eyes**
- ☐ Conjuctiva
- ☐ Lids

**Ears**
- ☐ Hearing
- ☐ External ear
- ☐ Right ear
- ☐ Left ear

**Nasal**
- ☐ Nasal
- ☐ Throat
- ☐ Mouth
- ☐ Neck

**Respiratory**
- ☐ Effort
- ☐ Rate
- ☐ Sounds

**Heart**
- ☐ Auscultation
- ☐ Rhythm/rate
- ☐ Pulse

**Gastrointestinal**
- ☐ Tenderness
- ☐ Mass
- ☐ Hernia
- ☐ Liver/Spleen
- ☐ Bowel sounds
- ☐ Other

**Genitourinary**
- ☐ Female genitalia
- ☐ Male genitalia

**Chest**
- ☐ Breast
- ☐ Scoliosis

**Lymphatics**
- ☐ Cervical
- ☐ Other

**Muscular Skeletal**
- ☐ Gait
- ☐ Range of Motion
- ☐ Other

**Skin**
- ☐ Rash
- ☐ Other

[illegible handwriting]

**Neuro**
- ☐ Central Nervous
- ☐ Fundi
- ☐ Sensory/motor
- ☐ Deep Tendon Reflex
- ☐ Balance
- ☐ Affect/mood
- ☐ Other

## III. MDM (Medical Decision Making):

Labs:

Assessment: [illegible handwriting]

Plan: [illegible handwriting]

Counseling time

Return in ______ Day ______ Week ______ Month ______ PRN

Physician Signature [signature]

Date 4/28/04

DUB-FARBER-000282



# EMERGENCY DEPARTMENT RECORD

CHILDREN'S HOSPITAL

200 HENRY CLAY AVENUE
NEW ORLEANS, LOUISIANA 70118
(504) 899-9511

PATIENT

| ADMIT DATE/TIME | ACCOUNT NO. | FC | #INS. | SEX | DATE OF BIRTH | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| 08/13/2004 16:30 | 4408698951 | 1 | | F | [redacted]998 | 0210238 |

| LAST NAME | FIRST | MI | RACE | AGE | REG. BY |
|---|---|---|---|---|---|
| DUBUCLET, TIMIA | | | B | 5Y | BAT |

HOME ADDRESS-CSZ [redacted] NEW ORLEANS LA 70119
HOME PHONE 504 8220737
SOCIAL SECURITY NUMBER

PRIMARY CARE PHYSICIAN 910109 CHILDREN'S HOSPITAL MED
Auth# PH# 504-897-4242
REFERRING PHYSICIAN 000000 SELF
E.R. PHYSICIAN 000000 CHILDREN'S HOSPITAL

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER |
|---|---|---|---|---|---|
| MEDICAID OF LOUISIAN | 36035798305 02 | | T11 | | DUBUCLET TIMIA L |

ADDRESS P.O. BOX 130 CSZ BATON ROUGE, LA 70821 R 01 COB V Y

| INSURANCE | SS#/I.D.#/CNTR | GROUP NO. | PLAN | EFFEC. DATE | SUBSCRIBER |
|---|---|---|---|---|---|
| | | | | | |

ADDRESS CSZ R COB V

PHYSICIAN

"Other records may be available, please refer to MII (Master Index Inquiry) in Unity for record listings"

HISTORY: 5y/o AA ♀ c̄ "eczema" on lips.

T 97.8°F P 73 R 20 BP 116/76 Wt. 19.8 kg

1. General ☑ Alert, NAD ☑ Well hydrated ☐ Oriented ☐ Other
2. Head ☑ Normal ☐ Other
3. Eyes ☑ Normal ☐ Other
4. Ears ☑ Normal ☐ Other
5. Nose ☑ Normal ☐ Other
6. Mouth ☐ Normal ☑ Other
7. Neck ☑ Supple ☑ No adenopathy ☐ Other
8. Chest ☑ No retractions ☐ Other
9. Lungs ☑ Clear, equal BBS ☐ Other
10. Heart ☑ RRR s̄ murmur ☐ Other
11. Abdomen ☑ Soft, non tender, BS present ☑ No org or masses ☐ Other
12. GU ☐ Normal ☐ Other
13. Neuro ☑ No meningeal signs or focal deficits ☐ Other
14. Skin ☑ No rash or petechiae ☑ Good turgor ☐ Other
15. Ext ☑ s̄ CCE ☑ <2 sec refill ☐ Other
16. Lymph ☑ No adenopathy ☐ Other

(6) Herpetic lesion on lower lip. (does have hx of "cold" sores)

LAB
- ☐ H&H
- * ☐ CBC ☐ Retic
- * ☐ CBC c̄ Diff
- ☐ Blood C&S
- ☐ Sed Rate
- ☐ Electrolytes
- ☐ BMP
- ☐ CMP
- ♦ ☐ U/A • ☐ Dipstick
- ☐ Urine C&S
- ☐ Strep Screen
- ☐ RSV & Viral Panel
- ☐ Stool Rota/Adeno
- ☐ Stool Blood
- ☐ Stool WBC
- ☐ Stool Culture

RADIOLOGY
- ☐ Chest X-Ray ☐ AP ☐ LAT
- ☐ Sinus (Waters)
- ☐ KUB
- ☐ Flat & Erect ABD
- ☐ Skull X-Ray ☐ AP ☐ LAT
- ☐ C-Spine ☐ AP ☐ LAT
- ☐ Other Tests

TREATMENTS / MEDICATIONS / CONSULTATION:

DIAGNOSIS: Herpes Type I infection

D/C

| DISPOSITION OF PATIENT | DATE DISCHARGE | CONDITION ON DISCHARGE | DISCHARGE VIA | PHYSICIAN SIGNATURE |
|---|---|---|---|---|
| ☐ ADMIT ROOM # ☑ HOME ☐ | 8-13-04 | ☑ GOOD, STABLE ☐ OTHER | ☐ CARRIED ☑ WALKED ☐ OTHER ☐ STRETCHER ☐ WHEEL CHAIR | [signature] |
| | TIME DISCHARGE 1705 | | | PHYSICIAN SIGNATURE |

* IF WBC COUNT IS < 4 or > 14 OR IF ABNORMAL WBC FLAGS ARE PRESENT, A MANUAL DIFF WILL BE PERFORMED.
♦ CULTURE PERFORMED IF NITRITE OR LEUCESTERASE IS 1 + OR >. • U/A MICRO PERFORMED IF LEUCESTERASE, NITRITE, BLOOD OR SSA PROTEIN IS +.

CHILDREN'S HOSPITAL

# EMERGENCY DEPARTMENT
## Discharge Instructions

4408698951 I E 0210238
DUBUCLET, TIMIA [redacted]1998 F
CHILDREN'S HOSPITAL 000000 08/13/2004 EMR
16:30

Diagnosis Herpes Type I infection

Examined by Dr. Kretschmer

*See Instruction Sheet On:* ☐ Vomiting ☐ Constipation ☐ Stitches ☐ Sore Throat ☐ Minor Head Injury ☐ Diarrhea ☐ Chickenpox ☐ Croup ☐ Common Cold ☐ Otitis Media ☐ RSV ☐ Other: ______

**Special Instructions** ______

If cultures or special lab tests were obtained while diagnosing your child's problem, the emergency staff will notify you of any positive results. If an emergency reading of x-rays was provided by the emergency room doctor, a final reading will be made by the radiologist and you will be called if there are any abnormalities.

**OTHER INSTRUCTIONS**

**Medicati ns:** ***(Must be given as directed.)***

Give ______ every ______ hours for ______ days.

Give Zovirax 5% ointment to lips 3 times a day ~~for~~ ______ ~~days.~~

Give ______.

☐ Give Tylenol ______ every 4 hours for fever or pain.

☐ Give Motrin ______ every 6 hours for fever or pain.

☐ **Discontinue** ______.

☐ Continue medications as directed ______.

☑ Return to primary care physician for follow-up in ______ days/weeks.

☐ For appointment with Dr. ______, call ______

to be examined in ______ days/weeks.

☑ **R turn t ER if condition worsens.** Or if ______.

**I have received and fully understand the above instructions.**

[signature]
Parent/Guardian

Phone Number

[signature]
Physician's or Nurse's Signature

8-13-04 1705
Date Time

DUB-FARBER-000140

Children's Hospital Medical Practice Corporation

A DEPARTMENT OF CHILDREN'S HOSPITAL

Name Timia Dubuclet
Chart No. 12799
[redacted] 98.

PATIENT DATA

Date: 9/30/04 Age: 6yr Height: Weight: 42# Head Circumference:
Vital Signs: Blood Pressure: Temp: 98.9 Pulse: Respiratory Rate:
Current Meds: Zovirax

99215 = Comp = Comprehension | 99214 = DET = Detailed | 99213 = EPF = Expanded Problem Focused | 99212 = PF = Problem Focused

## I. HISTORY

PF, EPF = 1-3 DET>4 COMP>4

A. Chief Comp + History & Present Illness: Went to Childrens ER on 8/13/04 due to eczema to lips, now lips are flaring up again / [illegible]

Pain Score (0-5): 0

Location: [illegible] Zovirax [illegible]

Timing:

Severity:

Duration:

B. ROS PF = 0 EPF= 1 DET= 2-9 COMP>10

1. Gen
2. Eyes
3. ENT eczema on lips
4. CV
5. Chest
6. GI
7. GU
8. MS
9. Skin
10. Neuro
11. Psyc
12. Endo
13. Hemo/Lym
14. Allergy/Immunol

ROS Handout ☐ Y ☐ N

Other Concerns:

List any changes to past medical history, social history, or family history below. If no changes, leave blank.

| Past Medical History | Social | Family |
|---|---|---|
| | ☐ alcohol<br>☐ smoking<br>☐ pets<br>☐ day care<br>☐ family status<br>☐ other | ☐ allergy<br>☐ asthma<br>☐ lipids<br>☐ diabetes<br>☐ HTN<br>☐ cardiac disease <50<br>☐ other |

Performed each visit:

☐ Problem list reviewed/updated (in front of chart)
☐ Reviewed constultant letter/date, if applicable
☐ Immunizations current ☐ Yes ☐ No. Comments:

DUB-FARBER-000279

CHMPC(03/04)Revised
PROBLEM (Page 1 of 3)DS— Green

**II. EXAM** (Check (✓) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ☐ Vital signs **(see page 1)**
- ☐ General appear
- ☐ Alert/active

**Eyes**
- ☐ Conjuctiva
- ☐ Lids

**Ears**
- ☐ Hearing
- ☐ External ear
- ☐ Right ear
- ☐ Left ear

**Nasal**
- ☐ Nasal
- ☐ Throat
- ☐ Mouth MILD eczema [illegible]
- ☐ Neck

**Head**
- ☐ Size
- ☐ Fontanel
- ☐ Other

**Respiratory**
- ☐ Effort
- ☐ Rate
- ☐ Sounds

**Heart**
- ☐ Auscultation
- ☐ Rhythm/rate
- ☐ Pulse

**Gastrointestinal**
- ☐ Tenderness
- ☐ Mass
- ☐ Hernia
- ☐ Liver/Spleen
- ☐ Bowel sounds
- ☐ Other

**Genitourinary**
- ☐ Female genitalia
- ☐ Male genitalia

**Chest**
- ☐ Breast
- ☐ Scoliosis

**Lymphatics**
- ☐ Cervical
- ☐ Other

**Muscular Skeletal**
- ☐ Gait
- ☐ Range of Motion
- ☐ Other
- ☐ Extremities

**Skin**
- ☐ Rash
- ☐ Other

**Neuro**
- ☐ Central Nervous
- ☐ Fundi
- ☐ Sensory/motor
- ☐ Deep Tendon Reflex
- ☐ Balance
- ☐ Affect/mood
- ☐ Other

**Other**
- ☐ ______
- ☐ ______

**III. MDM (Medical Decision Making):**

Labs/Treatment: ______

Diagnosis: Mild eczema

Assessment/Plan: [illegible] oil 0.1 [illegible]
Vaseline [illegible] [illegible] [illegible]

Anticipatory Guidance: ☐ Illness ☐ Medication Education ☐ Other ______

Counseling time ______

Return in ______ Day ______ Week ______ Month ______ PRN

Physician Signature: [signature] Date: 9/7/[illegible]

DUB-FARBER-000280

```
REPORT: RX0920        11/24/06            LA  WALGREENS PURGED DATA FOR STORE  04451                    PAGE: 171638
  PAT LAST NAME          FIRST                PAT ADDRESS                                        PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                         DRUG MFR                      CTL     PLAN       IMAGE ID
 DOC NAME          DOC ADDRESS                                                             DOC PHONE#       DEA#
   ORIG DATE     QTY      REFILLS  DAYS SUPPLY   RX COMMENTS
    ENTER DATE CIND  ENT/VER   FILL QTY      REFILL          CUST AMT       TOT AMT     FILL SOLD DATE     CLAIM #       PARTIAL CODE    PLAN
   AUTH NBR        AUTH BY
----------------------------------------------------------------------------------------------------------------------------------------
 DUBUCLET                , TIMIA   [REDACTED]   HOUSTON, TX 77055                                           (713)683-6529 [REDACTED]1998

RX 1706581   ZYRTEC 1MG/ML SYRUP (BANANA GRAPE)      PFIZER                          RX    LAMED
 STERNE, G 2820 NAPOLEON AVENUE NINTH FLOOR, LA 77055                                               (504)897-4242    AS3420370
   SIG: G "TIMIA" 1 TEA PO D PRF ITCHY RASH.
   XFER TO STORE:  4451  RX#: 1801056  RPH INIT: RBR  ENT INIT: RBR  01/03/2005   XFER FROM STORE DEA: AW3417311  RPH INIT: RRR
   04/28/2004     240          2          30

    04/28/2004       MSS/BAO     240          ORIG                0.00        60.41     04/28/2004      119704725000              LAMED
    09/10/2004       XXX/RRR     240          RFL001              0.00        60.41     09/10/2004      4254703557000             LAMED
RX 1763510   TRIAMCINOLONE 0.1% OINT 15GM           ALPHARMA-NMC                    RX    LAMED
 STERNE-RETIRED, G 2820 NAPOLEON AVE. NEW ORLEANS, LA 77055                                         (504)    -        AS3420370
   SIG: APP TO LIPS BID
   09/30/2004      15          1          10
```

DUB-FARBER-000311

Name TIMIA DUPUCLET
DOB: [redacted]98
Chart No 12799.2

Medical Practice Corporation
A DEPARTMENT OF CHILDREN'S HOSPITAL

PATIENT DATA

99212 = PF = Problem Focused 99213 = EPF = Expanded Problem Focused 99214 = DET = Detailed 99215 = Comp = Comprehensive

Date: 7/29/05 Age: 9yr 1/2 Height: ______ Weight: 47# Head Circumference: ______

Vital Signs: Blood Pressure: Temp: 97.9 Pulse: ______ RespiratoryRate: ______

Pain Score (0-5): 0

Adverse Reactions 0

Current Meds: 0

PF, EPF = 1-3 DET>4 COMP>4

## I. HISTORY

A. Chief Comp + History & Present Illness Fever blisters

[illegible]

Location:

Timing:

Severity:

Duration:

B. ROS PF = 0 EPF= 1 DET= 2-9 COMP>10

1. Gen
2. Eyes
3. ENT
4. CV
5. Chest
6. GI
7. GU
8. MS
9. Skin
10. Neuro
11. Psyc
12. Endo
13. Hemo/Lym
14. Allergy/Immunol

ROS Handout ☐ Y ☐ N

Other Concerns:

List any changes to past medical history, social history, or family history below. If no changes, leave blank.

| Past Medical History | Social | Family |
|---|---|---|
| | ☐ alcohol<br>☐ smoking<br>☐ pets<br>☐ day care<br>☐ family status<br>☐ other | ☐ allergy<br>☐ asthma<br>☐ lipids<br>☐ diabetes<br>☐ HTN<br>☐ cardiac disease <50<br>☐ other |

Performed each visit:

☐ Problem list reviewed/updated (in front of chart)

☐ Reviewed constultant letter/date, if applicable

☐ Immunizations current ☐ Yes ☐ No Comments:

DUB-FARBER-000277

CHMPC (11/04)Revised
PROBLEM (Page 1 of 3)DS—Green

**II. EXAM** (Check (✓) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ☐ Vital signs (see page 1)
- ☐ General appear
- ☐ Alert/active

**Eyes**
- ☐ Conjuctiva
- ☐ Lids

**Ears**
- ☐ Hearing
- ☐ External ear
- ☐ Right ear
- ☐ Left ear

**Nasal**
- ☐ Nasal
- ☐ Throat
- ☐ Mouth
- ☐ Neck

**Head**
- ☐ Size
- ☐ Fontanel
- ☐ Other

**Respiratory**
- ☐ Effort
- ☐ Rate
- ☐ Sounds

**Heart**
- ☐ Auscultation
- ☐ Rhythm/rate
- ☐ Pulse

**Gastrointestinal**
- ☐ Tenderness
- ☐ Mass
- ☐ Hernia
- ☐ Liver/Spleen
- ☐ Bowel sounds

- ☐ Other

**Genitourinary**
- ☐ Female genitalia
- ☐ Male genitalia

**Chest**
- ☐ Breast
- ☐ Scoliosis

TIMIA DUBUCLET
DOB: [redacted]98
12799.2

**Lymphatics**
- ☐ Cervical
- ☐ Other

**Muscular Skeletal**
- ☐ Gait
- ☐ Range of Motion
- ☐ Other
- ☐ Extremities

**Skin**
- ☐ Rash
- ☐ Other

**Neuro**
- ☐ Central Nervous
- ☐ Fundi
- ☐ Sensory/motor
- ☐ Deep Tendon Reflex
- ☐ Balance
- ☐ Affect/mood
- ☐ Other

**Other**
- ☐ ____
- ☐ ____

**III. MDM (Medical Decision Making):**

Labs/Treatment: ____

Diagnosis: ____

Assessment/Plan: ____

Anticipatory Guidance: ☐ Illness ☐ Medication Education ☐ Other ____

Counseling time ____

Return in ____ Day ____ Week ____ Month ____ PRN

Physician Signature: ____ Date: ____

DUB-FARBER-000278

CHMPC (03/04)Revised

Children's Hospital Medical Practice Corporation

A DEPARTMENT OF CHILDREN'S HOSPITAL

Name
Chart N

TIMIA DUBUCLET
DOB: [redacted]/98
12799.2

PATIENT DATA

Date: 11/29/06 Age: 8y 1mo Height: 49" Weight: 57 lbs Head Circumference:

Vital Signs: Blood Pressure: Temp: 98.8 Pulse: RespiratoryRate:

Pain Score (0-5):

Adverse Reactions: NKDA

Current Meds: Benadryl

PF, EPF = 1-3 DET>4 COMP>4

99215 = Comp = Comprehensive

99214 = DET = Detailed

99213 = EPF = Expanded Problem Focused

99212 = PF = Problem Focused

## 1. HISTORY

A. Chief Comp/+ History & Present Illness C/O may have pink eye - Sent home from school yesterday - "Eye itchy & runny" [illegible]

Location:

Timing:

Severity:

Duration:

B. ROS PF = 0 EPF= 1 DET= 2-9 COMP>10

1. Gen [illegible]
2. Eyes
3. ENT
4. CV
5. Chest [illegible]
6. GI
7. GU
8. MS
9. Skin (+) Eczema
10. Neuro
11. Psyc
12. Endo
13. Hemo/Lym
14. Allergy/Immunol

ROS Handout ☐ Y ☐ N

Other Concerns:

List any changes to past medical history, social history, or family history below. If no changes, leave blank.

| Past Medical History | Social | Family |
|---|---|---|
| Allergies | ☐ alcohol<br>☐ smoking<br>☐ pets<br>☐ day care<br>☐ family status<br>☐ other | ☐ allergy<br>☐ asthma<br>☐ lipids<br>☐ diabetes<br>☐ HTN<br>☐ cardiac disease <50<br>☐ other |

Performed each visit:

☐ Problem list reviewed/updated (in front of chart)

☐ Reviewed constultant letter/date, if applicable

☐ Immunizations current ☐ Yes ☐ No Comments:

DUB-FARBER-000275

CHMPC (11/04)Revised
PROBLEM (Page 1 of 3)DS— Green

## II. EXAM (Check (✓) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ☐ Vital signs **(see page 1)**
- ☑ General appear
- ☑ Alert/active

**Eyes**
- ☐ Conjuctiva (circled) [handwritten: (B) injected, [illegible]]
- ☑ Lids

**Ears**
- ☐ Hearing
- ☑ External ear
- ☑ Right ear
- ☑ Left ear

**Nasal**
- ☐ Nasal (circled) [handwritten: Congested]
- ☑ Throat
- ☑ Mouth
- ☑ Neck

**Head**
- ☐ Size
- ☐ Fontanel
- ☐ Other

**Respiratory**
- ☑ Effort
- ☑ Rate
- ☑ Sounds

**Heart**
- ☑ Auscultation
- ☑ Rhythm/rate
- ☑ Pulse

**Gastrointestinal**
- ☑ Tenderness
- ☑ Mass
- ☐ Hernia
- ☑ Liver/Spleen
- ☐ Bowel sounds

- ☐ Other

**Genitourinary**
- ☐ Female genitalia
- ☐ Male genitalia

**Chest**
- ☐ Breast
- ☐ Scoliosis

**Lymphatics**
- ☐ Cervical
- ☐ Other

**Muscular Skeletal**
- ☐ Gait
- ☐ Range of Motion
- ☐ Other
- ☐ Extremities

**Skin**
- ☑ Rash
- ☐ Other

**Neuro**
- ☐ Central Nervous
- ☐ Fundi
- ☐ Sensory/motor
- ☐ Deep Tendon Reflex
- ☐ Balance
- ☐ Affect/mood
- ☐ Other

**Other**
- ☐ ______
- ☐ ______

TIMIA DUBUCLET
DOB: [redacted]98
12799.2

## III. MDM (Medical Decision Making):

Labs/Treatment: ______

Diagnosis: [handwritten: AC Congested]

Assessment/Plan: [handwritten: [illegible] [illegible] Patanol [illegible] p—]

Anticipatory Guidance: ☑ Illness ☐ Medication Education ☐ Other ______

Counseling time ______

Return in ______ Day ______ Week ______ Month ______ PRN [checked]

Physician Signature: [signature] Date: 11/29/06

DUB-FARBER-000276

## II. EXAM (Check (✓) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution**
- ☐ Vital signs (see page 1)
- ☑ General appear — not ill
- ☑ Alert/active

**Eyes**
- ☑ Conjuctiva
- ☐ Lids

**Ears**
- ☐ Hearing
- ☑ External ear
- ☑ Right ear
- ☑ Left ear

**Nasal**
- ☐ (Nasal) — allergic rhinitis
- ☑ Throat
- ☐ Mouth
- ☐ Neck

**Head**
- ☐ Size
- ☐ Fontanel
- ☐ Other

**Respiratory**
- ☑ Effort
- ☑ Rate
- ☑ Sounds

**Heart**
- ☑ Auscultation
- ☑ Rhythm/rate
- ☑ Pulse

**Gastrointestinal**
- ☐ Tenderness
- ☐ Mass
- ☐ Hernia
- ☐ Liver/Spleen
- ☐ Bowel sounds
- ☐ Other

**Genitourinary**
- ☐ Female genitalia
- ☐ Male genitalia

**Chest**
- ☐ Breast
- ☐ Scoliosis

**Lymphatics**
- ☐ Cervical
- ☐ Other

**Muscular Skeletal**
- ☐ Gait
- ☐ Range of Motion
- ☐ Other
- ☐ Extremities

**Skin**
- ☐ Rash
- ☐ (Other) — eczema patches

**Neuro**
- ☐ Central Nervous
- ☐ Fundi
- ☐ Sensory/motor
- ☐ Deep Tendon Reflex
- ☐ Balance
- ☐ Affect/mood
- ☐ Other

**Other**
- ☐ ______
- ☐ ______

TIMIA DUBUCLET
DOB: [redacted]98
12799.2

## III. MDM (Medical Decision Making):

Labs/Treatment: ______

Diagnosis: allergic rhinitis
Rx Claritin + Nasonex

Assessment/Plan: eczema Rx Eucerin + Triamcinolone 0.1% cream prn itch

| Medication: | |
|---|---|
| Route: | |
| Lot No.: | |
| Exp. Date: | |
| Instructions: | |

Anticipatory Guidance: ☐ Illness ☐ Medication Education ☐ Other ______

Counseling time ______

Return in ______ Day ______ Week ______ Month ______ PRN

Physician Signature: [signature] Date: 4/10/02

CHMPC (04/06)Revised
PROBLEM (Page 2 of 3)DS— Green
PDF

DUB-FARBER-000273

```
REPORT: RX0920        08/13/08              LA  WALGREENS PURGED DATA FOR STORE  05230                PAGE: 192694
  PAT LAST NAME          FIRST                PAT ADDRESS                                        PAT PHONE# BIRTH DATE

RX NUMBER     DRUG NAME                       DRUG MFR                    CTL    PLAN       RX IMAGE ID
 DOC NAME        DOC ADDRESS                                                             DOC PHONE#       DEA#
  ORIG DATE      QTY      REFILLS  DAYS SUPPLY   RX COMMENTS
   ENTER DATE CIND  ENT/VER    FILL QTY       REFILL         CUST AMT      TOT AMT    FILL SOLD DATE    CLAIM #       PARTIAL CODE    PLAN
  AUTH NBR       AUTH BY
------------------------------------------------------------------------------------------------------------------------------------
 DUBUCLET               , TIMIA      [REDACTED] NEW ORLEANS, LA 70126                                   (504)228-2454 [REDACTED]1998

RX 0839186   TRIAMCINOLONE 0.1% CREAM 80GM          ALPHARMA-NMC                 RX    LAMED        0523009117623859199
 BELLARD, K CHILDRENS HOSPITAL NEW ORLEANS, LA 70126                                             (504)897-4242   AB6151598
  SIG: APP BID TO ECZEMA PRF ITCHING.
  04/10/2007      80         6         10
   04/10/2007        PDW/PDW      80         ORIG               0.00          9.52    04/10/2007    7100703649100              LAMED
RX 0839187   NASONEX 50MCG (120 SPRAYS) 17G          SCHERING                    RX    LAMED        0523010117623859850
 BELLARD, K CHILDRENS HOSPITAL NEW ORLEANS, LA 70126                                             (504)897-4242   AB6151598
  SIG: USE ONE SPRAY IEN ONE TO TWO TIMES D TO PREVENT ALLERGY.
  04/10/2007      17         6         30
   04/10/2007        PDW/PDW      17         ORIG               0.00         83.54    04/10/2007    7100703657200              LAMED
------------------------------------------------------------------------------------------------------------------------------------
```

## II. Exam (Check (✓) if Examined and normal; circle if abnormal; Blank not examined)

**Constitution:** ☐ Vital signs (**see page 1**) ☐ General appear ☐ Alert/active ☐ Other

**Eyes:** ☐ Conjuctiva ☐ Lids ☐ Other

**Ears:** ☐ Hearing ☐ External ear ☐ Right ear ☐ Left ear ☐ Other

**Nasal:** ☐ Nasal ☐ Throat ☐ Mouth ☐ Neck ☐ Other

**Head:** ☐ Size ☐ Fontanel ☐ Other

**Respiratory:** ☐ Effort ☐ Rate ☐ Sounds ☐ Other

**Heart:** ☐ Auscultation ☐ Rhythm/rate ☐ Pulse ☐ Other

**Gastrointestinal:** ☐ Tenderness ☐ Mass ☐ Hernia ☐ Liver/Spleen ☐ Bowel sounds ☐ Other

**Genitourinary:** ☐ Female genitalia ☐ Male genitalia

**Upper Trunk:** ☐ Breast ☐ Rib cage ☐ Other

**Lymphatics:** ☐ Cervical ☐ Other

**Muscular Skeletal:** ☐ Gait ☐ Range of Motion ☐ Extremities ☐ Spine ☐ Other [illegible]

**Skin:** ☐ Rash ☐ Other [illegible]

**Neuro-Psych:** ☐ Cranial nerves ☐ Fundi ☐ Sensory/motor ☐ Deep Tendon Reflex ☐ Balance ☐ Affect/mood ☐ Other

**Other:** ☐ ☐

## III. MDM (Medical Decision Making)

Labs/treatment: [illegible]

Diagnosis: [illegible]

Assessment/Plan: [illegible]

| Medication | Dose | Frequency | Route | Lot No. | Exp. Date |
|---|---|---|---|---|---|
| [illegible] | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Complete for Sample Medications: Route, Lot No., Exp. Date)

Anticipatory Guidance: ☐ Illness ☐ Medication Education ☐ Other

Counseling time:

Return in: ______ Day ______ Week ______ Month ______ PRN

Physician Signature: [illegible] Date: [illegible]

TIMIA DUBUCLET
DOB: [redacted]98
12799.2

# Children's Hospital Medical Practice Corporation

A DEPARTMENT OF CHILDREN'S HOSPITAL

Name
Cha
TIMIA DUBUCLET
DOB: [redacted]98
12799.2
PATIE...

Date: 4/10/07 Age: 8 Height: ______ Weight: ______ Head Circumference: ______

Vital Signs: Blood Pressure: ______ Temp: ______ Pulse: ______ Respiratory Rate: ______

Pain Score (0-5): 0

Adverse Reactions 0

Current Meds: Cortizone 10

PF, EPF = 1-3 DET>4 COMP>4

99212 = PF = Problem Focused 99213 = EPF = Expanded Problem Focused 99214 = DET = Detailed 99215 = Comp = Comprehensive

## I. HISTORY

A. Chief Comp + History & Present Illness dry skin
sinus congestion

Location:

Timing:

Severity:

Duration:

B. ROS PF = 0 EPF = 1 DET = 2-9 COMP>10

1. Gen dry skin
2. Eyes
3. ENT sniffles + sneeze
4. CV
5. Chest
6. GI
7. GU
8. MS
9. Skin eczema
10. Neuro
11. Psyc
12. Endo
13. Hemo/Lym
14. Allergy/Immunol

ROS Handout ❑ Y ❑ N

Other Concerns:

List any changes to past medical history, social history, or family history below. If no changes, leave blank.

| Past Medical History | Social | Family |
|---|---|---|
| eczema<br>nasal allergy | ❑ alcohol<br>❑ smoking no<br>❑ pets<br>❑ day care<br>❑ family status<br>❑ other | ❑ allergy<br>❑ asthma<br>❑ lipids<br>❑ diabetes<br>❑ HTN<br>❑ cardiac disease <50<br>❑ other |

**Performed each visit:**

❑ Problem list reviewed/updated (in front of chart)
❑ Reviewed constultant letter/date, if applicable
❑ Immunizations current ❑ Yes ❑ No Comments:

DUB-FARBER-000272

CHMPC (04/06) Revised
PROBLEM (Page 1 of 3) DS— Green



CESAR PARRA MD
MEDICAL CLINIC
PROGRESS NOTE

DATE: 2.7.06 NAME: (Tima) Blisha Dabriet TIME:
AGE: YRS/MOS: ALLERGIES: NKDA

IIEF COMPLAINT:

ESENT ILLNESS: Dog bite [illegible] (SAT)

REVIEW OF SYSTEMS...Pertinent Extensive
[ ] HEENT 2. [ ] Pulmonary 3. [ ] Cardio 4. [ ] GI 5. [ ] GU 6. [ ] Neuro/musculer 7. [ ] Other

Eczema

CIAL HX: Pertinent Neg

AILY HX: Pertinent Neg

'SICAL EXAM TEMP 98.2 PULSE ____ RESP ____ B/P ____ HT 3'10 % ____ WT 52 % ____

| | | | |
|---|---|---|---|
| 1 | | GENERAL | alert NAD |
| 2 | | HEENT | [illegible] |
| 3 | | NECK | [illegible] |
| 4 | | CHEST | CTA Ø wh[illegible] |
| 5 | | HEART | [illegible] |
| 6 | | ABDOMEN | [illegible] 1.5 x 4 [illegible] |
| 7 | | GENITALIA | |
| 8 | | RECTAL | |
| 9 | | BACK | [illegible] |
| 10 | + | EXTREMITIES | [illegible] |
| 11 | | NEURO | |
| 12 | + | SKIN | Eczema [illegible] elbows, legs |

ESSMENT: Eczema

PHONE/FOLLOW-UP:
DATE/TIME:

Triamcinolone Acetonide Ointment 0.1% to the rest
[illegible] for the mouth
0.05% to [illegible]
V: Patanol eye gtts BID to both eyes
[illegible]
Bactroban [illegible]

SIG: [signature]

DUB-FARBER-000070



CESAR PARRA MD
MEDICAL CLINIC
PROGRES NOTE

DATE: 6·6·06 NAME: Timia Dubuclet TIME: ______
AGE: 7 YRS/MOS: ______ ALLERGIES: NKDA

IIEF COMPLAINT:

ESENT ILLNESS: Rash on face on triamcinolone prn

REVIEW OF SYSTEMS...Pertinent Extensive
( ) HEENT 2. ( ) Pulmonary 3. ( ) Cardio 4. ( ) GI 5. ( ) GU 6. ( ) Neuro/muscular 7. ( ) Other

Eczema

CIAL HX: Pertinent
Neg

AILY HX: Pertinent
Neg

SICAL EXAM TEMP 99.2 PULSE ____ RESP ____ B/P ____ HT 3'1" % ____ WT 54 % ____

| | | |
|---|---|---|
| 1 | GENERAL | alert NAD |
| 2 | HEENT | |
| 3 | NECK | |
| 4 | CHEST | CTA |
| 5 | HEART | RRR |
| 6 | ABDOMEN | soft NT ND |
| 7 | GENITALIA | |
| 8 | RECTAL | |
| 9 | BACK | |
| 10 | EXTREMITIES | |
| 11 | NEURO | |
| 12 ✓ | SKIN | tiny erythematous rash cheeks + eyebrows |

ESSMENT: Eczema

Cortaid 5% OTC → 1m
Triamcinolone 0.1% bid on rash

V:

f/u prn

PHONE/FOLLOW-UP:
DATE/TIME:

SIG: [signature]

DUB-FARBER-000068