

#02a