Case 2:07-md-01873-KDE-MBN Document 6664-8 Filed 11/10/09 Page 1 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 10

1  formaldehyde?
2      A    Formaldehyde, the compound, can
3  cause eczema in all three of those, and my
4  literature does have gaseous as well as in
5  the cosmetics, which you may call that the
6  solid state, although a lot of cosmetics are
7  not solid, they're in an emulsion or sort of
8  a cream state.  So, you know, solid, to make
9  the point there, it's so volatile, that it
10 does volatilize from all of these.
11     Q    Let's for the purpose of our
12 discussion today, when I use the term
13 "formaldehyde," unless I use it otherwise,
14 in the sense of formalin or in a solid state
15 or semi-solid states, I will be talking
16 about formaldehyde in its gaseous state.
17 All right?
18     A    As free formaldehyde, from
19 wherever it is?
20     Q    Free formaldehyde in its gaseous
21 state.
22     A    That's fine.
23     Q    Right.  Now, let me ask this
24 question specifically.  With respect to
25 formaldehyde in its gaseous state, what

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 2 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 11

 1   studies precisely are you relying on that
 2   says with a relative risk of two or greater
 3   and with a statistically significant
 4   finding, what studies are you saying shows
 5   that current disease is caused by gaseous
 6   formaldehyde exposure?
 7        A    Matsunaga -- Let me see if I'm
 8   saying this right.  Matsunaga.  Let me spell
 9   it.  M-A-T-S-U-N-A-G-A, et al.
10        Q    Right.
11        A    There are so many Japanese words.
12   This article (indicating).
13        Q    Right.
14        A    Takahashi, T-A-K-A-H-A-S-H-I, also
15   studied with gaseous.
16             There's the Eberlein-Konig, which
17   is also a study that has gaseous and does
18   show some statistically significant.  And
19   then there are -- Those are the main that
20   show statistically significant.
21             There are other studies that talk
22   about the free formaldehyde, which would be
23   a gaseous emission from either a liquid or a
24   cream or some type of semi-solid form.
25             So that when you say "gaseous,"

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 3 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 15

1   OR, which I used, is at the 95 percent
2   confidence interval level and it excludes
3   unity.
4       Q   All right.  And tell me what
5   precisely in your understanding that OR
6   represents in Table 2.
7       A   Well, the OR represents the --
8   This is atopic eczema at greater than 47
9   parts per billion.
10      Q   Do we know what the exposure was,
11  other than the fact it was greater than 47
12  parts per billion?
13      A   No, equal to or greater than.
14  Equal to or greater than 47 parts per
15  billion, and that there was a statistically
16  significant relationship of the formaldehyde
17  with the eczema.
18      Q   All right.  Now, but the point is,
19  is it not, that it's not a relationship
20  between current exposure of formaldehyde in
21  this study, it's simply a measure of what
22  was reported in one 24-hour period of time
23  by pregnant women in a postnatal state
24  reporting on presentation of eczema at some
25  point over the prior 12 months?

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 4 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 18

1    Q    Why is that not correct?
2    A    Because they took those who -- It
3    did have a relationship.  It showed a
4    representative level of formaldehyde in
5    their personal environment.
6    Q    On one day, correct?
7    A    On one day, that is true.  It is
8    on one day, but it is an absolute
9    quantitative measurement of a representative
10   amount, which is more than some
11   epidemiologic studies would even have.
12   Q    No question about that, but
13   insofar as prevalence of disease is
14   concerned, the prevalence of disease within
15   the studied population was a prevalence that
16   was an historical presentation of the
17   disease as contrasted with the 24-hour
18   period of time that the subjects in this
19   study wore that monitor?
20   A    Well, the odds ratio is knowing
21   the disease.  You have the disease
22   individuals and you have some that are
23   exposed and some that are not exposed, and I
24   think it's a very good positive quantitative
25   study, that it went farther than just a

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 5 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 33

1            Okay.  Well, on 286, I think
2    that's where he was coming from.
3         MR. D'AMICO:
4               I just want the record to be
5    clear, Richard.  That's all.
6    EXAMINATION BY MR. HINES:
7         Q    All right.  The female on this
8    occasion has both some respiratory symptoms
9    and also has some dermal symptoms, correct?
10        A    She has dry scaling skin, xerotic
11   scaling.
12        Q    Right.  And then the symptoms
13   disappeared completely after she terminated
14   the course, correct?
15        A    I believe hers did -- I don't
16   recall an exact sentence.
17        Q    Okay.  Look at the last sentence
18   on the left-hand column on Page 286.
19            "After completion of the course,
20   all of the symptoms disappeared and she no
21   longer complained of clinical symptoms
22   related to chemicals in daily life,"
23   correct?
24        A    Well, that is what it says.  It
25   does not say how far out that was requested,

Case 2:07-md-01873-KDE-MBN Document 6664-8 Filed 11/10/09 Page 6 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 34

1  that information was requested.
2      Q   If anything, this might suggest to
3  you an irritant response as opposed to a
4  sensitization response, correct?
5      A   No, because I personally have had
6  the same thing, and it may be quiescent for
7  many years until you make a mistake and use
8  a product or cosmetic with formaldehyde.
9  So, no, it does not suggest that.  It's
10 exactly what it is.  When she left --
11     Q   Well, let's talk about --
12     MS. PETROVICH:
13         I'm going to object to the
14 responsiveness of the answer.
15 EXAMINATION BY MR. HINES:
16     Q   Let's talk about the second group
17 of students.  The second group of students
18 that are in this cohort had taken the
19 anatomy class two to four years prior to the
20 time that this study was undertaken,
21 correct?
22     A   Correct.
23     Q   And none of those students tested
24 positively to patch tests, correct?
25     A   None.

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 7 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 39

1   examined that.
2        Q    And then they conclude, the
3   authors conclude, "Because no provocation
4   test was performed, there has been no
5   evidence that her symptoms were caused by an
6   allergic reaction to formaldehyde."
7             That's their conclusion, correct?
8        A    No, their conclusion is the last
9   sentence.  "Therefore, formaldehyde induces
10  skin irritation in students with atopic
11  background, which may in turn worsen atopic
12  dermatitis."  That's their conclusion.
13       Q    Well, let's look at that.  Let's
14  look at Table 2.  You see the column that
15  says "Students with history of atopic
16  dermatitis"?
17       A    Yes.
18       Q    There is no statistically
19  significant increase in the symptomatology
20  between those students who already have
21  atopic dermatitis at the beginning and the
22  number of symptoms reported at the end of
23  the two-month anatomy course, correct?
24       A    No, there's no statistically
25  significant difference in those with a

Case 2:07-md-01873-KDE-MBN Document 6664-8 Filed 11/10/09 Page 8 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 40

1    history of atopic dermatitis.
2         Q    Right.  Now, let's talk about
3    Eberlein-Konig.  Eberlein-Konig is a 1998
4    study that's not even peer-reviewed,
5    correct?
6         A    I have no evidence that it has not
7    been peer-reviewed.
8         Q    All right.  We will come to that
9    later on in this case.  That is a two or
10   three-page report that shows as a result of
11   exposure in a chamber, some transepidermal
12   water loss, correct?
13        A    Correct.
14        Q    But it has absolutely no clinical
15   significance, because there are absolutely
16   no changes to skin roughness in that
17   particular study, correct?
18        A    This was a study of patients with
19   atopic eczema, and transepidermal water loss
20   was significantly increased after exposure
21   to formaldehyde.
22        Q    All that increased is the
23   transepidermal water loss, correct?
24        A    Very important, yes.
25        Q    Yes, but there's utterly no

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 9 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 41

1  clinical change insofar as skin roughness,
2  which is the key marker; isn't that correct?
3      A    The barrier defect is the key
4  problem, and that allows the eczema to
5  develop, so this is extremely important.
6      Q    There was no development of any
7  skin roughness in this study; there was with
8  those patients exposed to nitrogen dioxide
9  in this very study, correct?
10     A    This is a study that found
11 statistically significant increased
12 transepidermal water loss.
13     Q    That's all it says?
14     A    That's a lot, yes.
15     Q    But it does not have any clinical
16 significance, because there is no clinical
17 change in the skin roughness of those being
18 studied?
19     A    Incorrect.
20     Q    Correct?
21     A    Incorrect.
22     Q    Says you or says who?
23     A    Says the scientific literature and
24 the knowledge of the mechanism of eczema and
25 the inherent mechanism of formation of

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 10 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 58

1  to get involved in this case, correct?
2      A    As I said, this is the first case
3  that I am dealing with Type IV
4  hypersensitivity.
5      Q    Right.  And you did not address
6  and did not do your research on the world's
7  literature until sometime in June of 2009
8  insofar as formaldehyde gas and eczema is
9  concerned; isn't that correct?
10     A    No, I have looked at the
11 literature before, because of being an
12 anatomist and having some problems myself
13 from being exposed to gaseous formaldehyde
14 in the lab.  So, no, I wouldn't make that
15 statement.
16     Q    When did you look at literature in
17 connection with your own individual problems
18 as distinct from your review of the current
19 day literature for purposes of giving a
20 medical or a toxicological opinion?
21     A    Well, no, for a toxicological
22 opinion in a litigation, in June.
23     Q    In June.  And before that, when
24 was the last time you had reviewed the
25 toxicological literature insofar as

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 11 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 59

1  formaldehyde gas and dermatitis or eczema is
2  concerned?
3       A    I have looked at it certainly a
4  few years ago when I had to make a decision
5  on cosmetic products with my dermatologist.
6       Q    All right.  And other than your
7  own personal choice with respect to
8  cosmetics, when else did you look at it?
9       A    I looked a little bit, but it was
10 in the eighties, so there was not quite a
11 bit --
12      Q    Right.
13      A    -- as much information known.
14      Q    So insofar as the opinions you
15 hold in this case is concerned, you base
16 those opinions on the world's literature
17 review that you have done since June of
18 2009, correct?
19      A    Correct.
20      Q    And during the course of that, you
21 have run across many, many articles authored
22 by the expert who opposes you in this case,
23 Howard Maibach; have you not?
24      A    Yes.
25      Q    And you understand that

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 12 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 64

 1  are in.  I really have no knowledge.  I
 2  don't have his CV.
 3       Q    Have you read his CV?
 4       A    I don't have his CV.
 5       Q    Have you seen it?
 6       A    I believe I just answered the
 7  question.  If I don't have it, I can't see
 8  it.
 9       Q    I didn't ask you whether you have
10  it.  I just asked you if you have ever seen
11  it?
12       A    No, I have not seen it.
13       Q    Do you know how many articles he
14  has authored on the subject of skin disease?
15       A    No, I do not.
16       Q    How many articles have you
17  authored on the subject of skin disease?
18       A    That is not my area.
19       Q    That's not my question.
20       A    None.  None on skin disease.
21       Q    My question is how many articles
22  have you -- How many articles on skin
23  disease have you authored?
24       A    None.
25       Q    Have you done any writing on skin

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 13 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 65

 1   disease?
 2        A    That is not my area, no.
 3        Q    Have you done any writing on
 4   formaldehyde and skin disease?
 5        A    That is not my area.  Skin disease
 6   is not my area.
 7        Q    Have you done any writing on
 8   formaldehyde in general?
 9        A    No.  I have extensive experience
10   with formaldehyde.
11        Q    And as I understand it, prior to
12   your self-education on formaldehyde
13   commencing in June of this year, you do not
14   contend expertise on the relationship of
15   formaldehyde gas exposure on the one hand
16   and skin disease on the other?
17        A    No, I did not say that.  I said I
18   have extensive training in formaldehyde and
19   immunotoxicity.  That's part of my board
20   certification in toxicology.
21        Q    And when did you become board
22   certified in toxicology?
23        A    1996.
24        Q    All right.  And I saw that you
25   became a toxicologist in 2006?

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 14 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 68

 1      Q    If I had asked you questions about
 2   any of these articles prior to your
 3   self-education commencing in June of 2006,
 4   you would have had to have said, "Wait a
 5   minute. Let me go back. I will have to
 6   read the article, because I have never seen
 7   it before," correct?
 8      A    No.  I would probably have said,
 9   "I will have to redo," because there are
10   many articles since I first looked for the
11   information.
12           I certainly have looked at patch
13   testing, because I made a decision not to be
14   patch tested.  So, no, your answer is --
15   Your question is -- No, I would not have had
16   a current recall of some of the articles,
17   but some of the articles are new and things
18   that I did specifically for this case.
19      Q    Prior to your opinion generation
20   in this case, after you were engaged by the
21   lawyers representing Ms. Dubuclet, do you
22   have any memory of reading the Barreto
23   article?
24      A    The Barreto article I have seen
25   before. I mean, I don't -- You know, as I

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 15 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation   Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 69

1   say, I have looked for information a few
2   years ago, but recall from looking for
3   something for my own personal reasons to
4   make any own decisions concerning my own
5   formaldehyde exposure would not have been
6   adequate and certainly would have had to go
7   back and review.
8              I have many more articles.  I have
9   tried to get every article that I could get
10  on the subject for purposes of this report.
11       Q    And you came up with 28?
12       A    I came up with 28 that address the
13  eczema with the type of epidemiological
14  studies that were required.  There are many
15  more.
16       Q    Do you know how many articles in
17  the world's literature address the question
18  of formaldehyde and dermatitis?
19       A    Many, many.  I do not have all of
20  them.
21       Q    A lot more than are here, correct?
22       A    That's correct.  It's impossible
23  to include all, and everything I have looked
24  at is not in the bibliography either.
25       Q    All right.  As we go through these

Case 2:07-md-01873-KDE-MBN Document 6664-8 Filed 11/10/09 Page 16 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 79

1        Those are the distinctions I'm
2    drawing.  And there is a vast distinction
3    between -- in the world's literature between
4    exposure to formaldehyde-containing cosmetic
5    products on the one hand and exposure to
6    gaseous formaldehyde in either a residential
7    or occupational setting on the other; is
8    there not?
9        A    I don't know of a distinction
10   other than that there's literature that
11   deals with cosmetic exposure to
12   formaldehyde, both free and bound, and there
13   are occupational, industrial, as well as
14   residential studies.
15            Formaldehyde is formaldehyde, and
16   the compound that is free when it makes
17   contact with the skin is the same.  So it's
18   a matter of what mechanism and how it is
19   reaching the skin.  Those are distinctions.
20   But that's it, not about the mechanisms of
21   action.  There is no distinction made
22   between formaldehyde mechanisms of action
23   with the two.
24       Q    Precisely.  The route of
25   administration is very different from

Case 2:07-md-01873-KDE-MBN Document 6664-8 Filed 11/10/09 Page 17 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 80

1  cosmetics on the one hand and exposure to
2  formaldehyde in the ambient air in a
3  residential or occupational setting on the
4  other, correct?
5      A    It is a different route of
6  administration.
7      Q    Thank you.  And that's the
8  distinction I'm drawing.  The articles that
9  draw the distinction between
10 formaldehyde-containing products that are
11 cosmetic or clothing is well documented,
12 correct?
13     A    Well, the clothing is well
14 documented that it is a free formaldehyde --
15 I mean, I have to draw this distinction,
16 because I have other -- And you asked.  You
17 know, I have other cases, and I'm even
18 forgetting about that when you asked about
19 the literature.  I do have a lot of other
20 literature that I even forgot about with the
21 free formaldehyde release from textile
22 cases.  And so in textile cases.  And the
23 free formaldehyde release is so great from
24 textiles, so you cannot ignore the fact that
25 you have clothing on that may be releasing

Case 2:07-md-01873-KDE-MBN Document 6664-8 Filed 11/10/09 Page 18 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 136

 1   chosen to place in the report.  I have
 2   looked at many, many more.
 3            So the body of scientific evidence
 4   that I looked at, these are the ones that I
 5   have chosen for various reasons to put into
 6   the report.
 7        Q    Right.  And it is this body of
 8   scientific evidence on which your opinions
 9   in this case hinge, correct?
10        A    No, I think I have said it's the
11   entire body, scientific body of literature
12   that I have reviewed, which are articles
13   that are not put in the report.  I have
14   quite a bit of literature on this particular
15   topic, and these are the ones that I have
16   chosen for this report.  It's impossible to
17   include everything.
18        Q    With respect to cohort studies
19   addressing formaldehyde gas, directly
20   addressing formaldehyde gas in the world's
21   literature, other than Matsunaga, other than
22   Takahashi and other than the Eberlein-Konig
23   paper, are you aware of any other studies
24   that have focused exclusively on
25   formaldehyde gas?

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 19 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation      Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 137

 1      A    I'm not aware of any that are
 2   using gaseous concerning no other medium
 3   that it's out-gassing from.
 4            I do have a whole volume of
 5   literature that talks about the free
 6   formaldehyde off-gassing from textiles that
 7   gives you, you know, gaseous formaldehyde,
 8   but it's a different off-gassing.  It's
 9   coming from material in close contact with
10   the skin, but it is free formaldehyde.
11            But these are the only ones that I
12   found that are not off-gassing from a
13   substance, such as a material or a cosmetic.
14      MR. HINES:
15            Okay.  Let me ask this question,
16   because I don't want to go beyond what I
17   have to go and I don't want to trespass on
18   the prior Court's order that says that --
19   Andy was taking the large approach at
20   examining Dr. Williams, and I don't want to
21   trespass on what he has done, but other than
22   her opinion on contact dermatitis in this
23   case, and as I understand it, you are likely
24   to bring cancer into this case?
25      MR. D'AMICO:

Case 2:07-md-01873-KDE-MBN   Document 6664-8   Filed 11/10/09   Page 20 of 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 138

 1              We are likely to.
 2         MR. HINES:
 3              I mean --
 4         MR. D'AMICO:
 5              It's not concluded yet.
 6         MR. HINES:
 7              Right.  And I'm not here to battle
 8    with Dr. Williams on that.  Is asthma -- I
 9    don't think asthma is in it, because she is
10    clearly not an asthmatic?
11         MR. D'AMICO:
12              (Shakes head negatively).
13         MR. HINES:
14              That is gone.  So insofar as her
15    opinions that will be offered in this case,
16    we are talking contact dermatitis.  We are
17    not talking asthma?
18         MR. D'AMICO:
19              Correct.
20         MR. HINES:
21              We may or may not -- I don't know
22    whether cancer is there or not.
23         MR. D'AMICO:
24              Fear of cancer.
25         MR. HINES: