Exhibit F

doi: 10.1111/j.1346-8138.2007.00274.x

*Journal of Dermatology* 2007; **34**: 283–289

ORIGINAL ARTICLE

# Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas

Sachiko TAKAHASHI,[1] Kazuhide TSUJI,[1] Kazuyasu FUJII,[1] Fusako OKAZAKI,[1] Tomoko TAKIGAWA,[2] Aiji OHTSUKA,[3] Keiji IWATSUKI[1]

[1]*Departments of Dermatology,* [2]*Public Health and* [3]*Human Morphology, Okayama University Graduate School of Medicine, Dentistry and Pharmaceutical Sciences, Okayama, Japan*

**ABSTRACT**

Previous investigators have reported the occurrence of both allergic and non-allergic systemic complications due to exposure to formaldehyde gas. However, little is known about the pathogenic link between formaldehyde-induced clinical symptoms and patch test results, or about the long-term effects of formaldehyde exposure. In the present study, a questionnaire was administered to 143 medical students, and 60 of them were tested by patch test for formaldehyde at the beginning and end of a human anatomy laboratory course. Another group of 76 students who had finished the course 2–4 years previously were administered another questionnaire, and the patch test was carried out on 58 of them. The frequencies of skin irritation, eye soreness, lacrimation, eye fatigue, rhinorrhea, throat irritation, general fatigue and mood swings increased after repeated exposure. Two (3.3%) of 60 students became positive to 1% formaldehyde at the end of the anatomy course (one male with allergic hand dermatitis due to direct contact with formaldehyde, and one female with an atopic background with unbearable physical symptoms) while the remaining 58 showed a negative reaction throughout the study period. The vast majority of students complained of various non-allergic, physical symptoms, and recovered from such symptoms without subsequent complications. No progression to multiple chemical sensitivity was found. Students with an episode of atopic dermatitis and allergic rhinitis were susceptible to formaldehyde exposure, and developed mucocutaneous symptoms, probably due to the impaired barrier function and remodeling of the skin and mucosa.

**Key words:** barrier function, multiple chemical sensitivity, formaldehyde, patch test, prospective and follow-up study.

## INTRODUCTION

Formaldehyde is one of several indoor air chemicals suspected of causing various clinical symptoms, including headache, burning eyes, itching, skin rash and irritation of the mucous membranes. Because formaldehyde is used as a preservative for cadavers, medical students are forced to undergo formaldehyde exposure during anatomy and pathology practice hours. Formaldehyde is known to be a common allergen,[1] and allergic contact dermatitis and contact urticaria from formaldehyde exposure have been documented in occupational settings.[2–5] The occurrence of both allergic and non-allergic systemic complications and increased levels of immunoglobulin (Ig)E against formaldehyde in medical students during anatomy dissection courses have been noted in previous studies.[6–9] However, neither a prospective nor a follow-up study has been performed to clarify the pathogenic link between formaldehyde-induced clinical symptoms and patch test results. We studied formaldehyde-induced clinical symptoms in medical students during and after a human anatomy laboratory course, and performed a follow-up study of

Correspondence: Sachiko Takahashi, M.D., Department of Dermatology, Okayama University Graduate School of Medicine, Dentistry and Pharmaceutical Sciences, 2-5-1 Shikata-cho, Okayama 700-8558, Japan. Email: osigoto-sapi@mail.goo.ne.jp
Received 27 February 2006; accepted 24 October 2006.

symptoms using a questionnaire and a patch test. In addition, because multiple chemical sensitivity (MCS) has been believed to be initiated by acute or chronic exposure to toxic substances,[10,11] we observed the occurrence of MCS in our series after repeated formaldehyde exposure.

## MATERIALS AND METHODS

### Students

Medical students who took a human anatomy laboratory course in 2002 and 2003 were investigated. The nature of the procedure used in the present study was fully explained to all students, and the study was carried out with their informed consent. The students dissected formaldehyde-fixed cadavers 15 h a week for 2 months, and did not usually wear protective masks, although they did wear gloves.

On the first day and at the end of the course, that is, after the first formaldehyde exposure and after repeated exposure, a questionnaire was administered to 143 students who had not previously taken the course, and 60 of them cooperated in taking a patch test (Table 1). Of the 143 students, 22 (15.4%), 31 (21.7%) and eight (5.6%) had an episode of atopic dermatitis, allergic rhinitis and bronchial asthma, respectively. To assess the long-term effects of such formaldehyde exposure, we administered a questionnaire to another group of 76 students who had completed the anatomy course 2–4 years previously, and patch tests were performed in 58 of them. No students had any formaldehyde exposure before the course.

### Formaldehyde sampling and analysis

Indoor formaldehyde levels were measured at eight points in the room when the thoraxes of the cadavers were opened. Windows were open, but there was no ventilation system in operation. Our environmental sampling method followed the standard methods provided by the Japanese Ministry of Health, Labour and Welfare.[12] Active sampling was undertaken for more than 10 min. Formaldehyde was collected from the air onto 2,4-dinitrophenylhydrazine samplers. In addition, formaldehyde gas was collected from the air around the breathing zones in 18 of 143 students by the samplers attached on individual chests. Formaldehyde was eluted with acetonitrile from the samplers, followed by analysis with a high-performance liquid chromatograph equipped with a ultraviolet detector.

### Questionnaire

We asked the group of 143 students to complete a questionnaire soliciting information about clinical symptoms provoked during the practice hours, smoking history and medical histories of atopic dermatitis, allergic rhinitis and bronchial asthma. For another group of 76 students in the follow-up study, we prepared questions about symptoms suggestive of hypersensitivity to formaldehyde and MCS after completion of the anatomy course.

### Patch testing

A closed patch test using 1% aqueous formaldehyde solution was carried out according to the guidelines and judged by International Contact Dermatitis Research

Table 1. Background of students enrolled in the present study

| | | Students who cooperated in the questionnaire | | Students who cooperated in the patch test | | Another group of students who had completed the anatomy course 2–4 years previously | |
|---|---|---|---|---|---|---|---|
| | n | 143 students | | 60 of 143 students | | 76 students | |
| | | n | % | n | % | n | % |
| Sex | Male | 98 | 68.5 | 42 | 68.4 | 52 | 68.4 |
| | Female | 45 | 31.5 | 18 | 31.6 | 24 | 31.6 |
| Age | 20–24 years old | 127 | 88.8 | 55 | 91.7 | 59 | 77.6 |
| | 25–29 years old | 9 | 6.3 | 3 | 5.0 | 15 | 19.7 |
| | ≥30 years old | 7 | 4.9 | 2 | 3.3 | 2 | 2.6 |
| History of | atopic dermatitis | 22 | 15.4 | 10 | 16.7 | 8 | 10.5 |
| | allergic rhinitis | 31 | 21.7 | 15 | 25.0 | 19 | 25.0 |
| | bronchial asthma | 8 | 5.6 | 3 | 5.0 | 1 | 1.3 |
| Smoker | | 17 | 11.9 | 4 | 6.7 | 12 | 15.8 |

© 2007 Japanese Dermatological Association

Formaldehyde-induced symptoms and patch test results

Table 2. The mean number of symptoms complained per student at the beginning and end of the 2-month anatomy course

|  | Students who cooperated in the questionnaire | Students with a history of atopic dermatitis | Students with a history of allergic rhinitis | Students with a history of bronchial asthma |
|---|---|---|---|---|
| $n$ | 143 students | 22 of 143 students | 31 of 143 students | Eight of 143 students |
| At the beginning of the anatomy course | 2.94 | 6.05 | 3.52 | 2.63 |
| At the end of the 2-month anatomy course | 5.31 | 6.95 | 6.26 | 4.88 |
| $P$-value | <0.001 | =0.428 | =0.024 | =0.005 |

Group (ICDRG) evaluation.[13] One drop, approximately 50 μl, of 1% formaldehyde solution was placed in a Finn chamber mounted on Scanpor tape (Taisho Pharmaceutical Co., Ltd. Toshima-ku, Tokyo, Japan) utilizing the method described by ICDRG.[14] Three chambers were applied to the volar aspect of the upper arms. One chamber was removed after 15 min, and we observed the development of contact urticaria during the next 15 min. Another chamber was removed after 48 h, and the skin reaction was evaluated at 48 and 72 h. Water was used in the third chamber as a control. We also observed systemic symptoms due to formaldehyde absorption.

### Statistical analysis

Differences in the appearance of symptoms in students with a history of allergic diseases were analyzed by the Fisher's exact test or $\chi^2$ test. The McNemar exact test was used to assess the differences in symptoms between initial and later formaldehyde exposure using SPSS for Windows version 11.0 (SPSS, Chicago, IL, USA). Differences between groups were considered to be statistically significant at $P < 0.05$.

## RESULTS

### Formaldehyde exposure

The mean concentration of indoor formaldehyde in the dissection room was 2.12 ± 0.23 ppm (2.644 ± 0.283 mg/m$^3$), ranging 1.70–2.44 ppm (2.13–3.05 mg/m$^3$ 23°C, 65%). The mean concentration of formaldehyde measured with a gas sampler on the chest of students was 2.40 ± 0.49 ppm (2.998 ± 0.611 mg/m$^3$), ranging 1.79–3.78 ppm (2.24–4.72 mg/m$^3$).

### Symptoms after the first and the repeated exposure

At the beginning of the anatomy course, 94 (65.7%) of 143 students complained of various non-allergic, physical symptoms, including skin irritation, eye soreness, lacrimation, rhinorrhea and throat irritation (Fig. 1). The mean number of subjective symptoms was 2.94 per student (Table 2). At the end of the 2-month anatomy course, 133 (93.0%) of 143 students complained of some symptoms, and the mean number of symptoms complained of increased up to 5.31 per student. After the repeated exposure, the students complained of the following symptoms with significantly high frequencies: skin irritation, eye soreness, lacrimation, eye fatigue, rhinorrhea, throat irritation, general fatigue and mood swings.

### Symptoms in students with allergic disorders

Students with a history of atopic dermatitis complained of skin irritation ($P < 0.001$), skin redness ($P = 0.008$), general fatigue ($P = 0.009$) and mood swings ($P = 0.025$) more often than did students without a history of atopic dermatitis (Fig. 2). Students with a history of allergic rhinitis complained of rhinorrhea ($P = 0.046$) and sneezing ($P = 0.027$) more often than those without such a history. The mean number of symptoms complained of by students with a history of atopic dermatitis and allergic rhinitis was 6.95 per student and 6.26 per student, respectively (Table 2). These numbers were increased as compared with that of students without allergy (5.31 per student). No correlation was found between bronchial asthma and the incidence of symptoms and complaints. There was no significant difference between students with a history of atopic dermatitis, allergic rhinitis or bronchial asthma.

### Patch test results to formaldehyde

At the beginning of the anatomy course, none of the 60 participating students had a positive patch test. After the 2-month anatomy course, two (3.3%) of them, including a 20-year-old male and a 21-year-old

S. Takahashi *et al.*



**Figure 1.** Alteration of symptoms in 143 medical students who had not previously experienced the human anatomy laboratory course on the first exposure (□) and after the repeated exposure (■) to formaldehyde gas (*$P < 0.05$).

female, became positive to the 1% formaldehyde patch test. Neither contact urticaria nor systemic symptoms were induced by a patch test using 1% formaldehyde.

**Case presentation on two students with a positive patch test to formaldehyde**
A 20-year-old male student without a history of allergy developed formaldehyde-induced allergic dermatitis on the hands because of direct contact with the cadaver. He had no further systemic symptoms related to formaldehyde. A 21-year-old female student with a history of atopic dermatitis suffered from various symptoms, including ill-feeling, pruritus, stuffed nose and diffuse redness of the skin with xerotic scaling. Because of these symptoms, she discontinued the anatomy course several times. After completion of the course, all of the symptoms disappeared, and she no longer complained of clinical symptoms related to chemicals in daily life.

**Follow-up study of the long-term effects of formaldehyde**
Of the 76 students who had completed the anatomy course 2–4 years previously, none except for one student had any clinical symptoms related to chemicals in daily life. None of the 58 students who participated in the patch test were positive to 1% formaldehyde solution, although two students were judged as having a doubtful reaction by ICDRG evaluation.[13]

A 23-year-old female with a history of allergic rhinitis had a transient episode of eye pain and severe tear generation when she was in a new-built home several months after the anatomy course. The student had no severe symptoms during the anatomy course, and a patch test to formaldehyde was

© 2007 Japanese Dermatological Association



**Figure 2.** Symptoms after the repeated exposure of formaldehyde gas in the medical students who had not previously experienced the human anatomy laboratory course with (+) and without (−) histories of atopic dermatitis or allergic rhinitis (*$P < 0.05$). 1, $\chi^2$ test; 2, Fisher's exact test.

negative. The symptoms, therefore, were irrelevant to the delayed-type allergy to formaldehyde.

## DISCUSSION

The Japanese Ministry of Health, Labour and Welfare has promulgated a guideline value for indoor formaldehyde concentrations in the workplaces, which handle materials emitting formaldehyde (0.25 ppm; 0.307 mg/m$^3$),[15] and the Japan Society for Occupational Health has proposed an occupational exposure limit (0.5 ppm; 0.61 mg/m$^3$).[16] In the human anatomy laboratory course in our university, the mean concentrations of formaldehyde were 2.12 ± 0.23 ppm in the room, and 2.40 ± 0.49 ppm on the chests of students standing in front of the cadaver. At the first formaldehyde exposure, eye soreness, general fatigue, headache and increased sensitivity to odors were the four most commonly experienced symptoms. In addition to these symptoms, skin irritation, lacrimation, eye fatigue, rhinorrhea, throat irritation and mood swings significantly increased after the repetitive exposure.

In the group of students who had finished the anatomy course 2–4 years previously, none of the 76 students had sensitivity to formaldehyde or other chemicals suggestive of MCS. One female student had experienced mild symptoms suggestive of so-called "sick-house syndrome" (sick-building syndrome),[17] but the symptoms appear to have been irrelevant to the formaldehyde exposure. As far as we observed in our series, it seems unlikely that repetitive exposure to formaldehyde is a major driving force to develop MCS as previously described.[10,18] We cannot, however, deny the possibility that formaldehyde exposure might be a trigger for the development of MCS in persons with a susceptibility to chemicals.

Because formaldehyde is a common contact allergen, the frequency of sensitization was 9.2% in

S. Takahashi et al.

patients with allergic contact dermatitis.[19] In funeral service workers, who are occupationally exposed to formaldehyde, a positive patch test reaction was found in 4% of workers.[4] In the present study, the patch test results to 1% formaldehyde solution were negative in all 60 students at the beginning, and two (3.3%) of them became positive at the end of the anatomy course. These data confirm that most of the symptoms complained of by the students were due to primary irritation by formaldehyde, without an allergic mechanism. In contrast, the present results suggest that de novo sensitization to formaldehyde occurs in a minority of students due to airborne or direct contact with formaldehyde during the anatomy course. Alternatively, we should consider another possibility that the sensitization was induced by 1% formaldehyde solution used for the first patch test. In order to prevent the sensitization to formaldehyde, it is essential to ventilate a room to decrease formaldehyde levels, and to protect hands from direct contact with formaldehyde during the anatomy course.

Of the two students who became positive to the 1% formaldehyde patch test, a male student had allergic contact dermatitis on the hands because of direct contact with the cadaver. In addition to a delayed-type hypersensitivity response, an immediate-type immune response might be induced by formaldehyde, as previously reported.[2,5] We should, therefore, pay close attention to the occurrence of formaldehyde-induced allergic disorders included in the vast majority of non-allergic symptoms. A female student with atopic background who became positive to formaldehyde discontinued the anatomy course several times because of unbearable physical symptoms, including ill-feeling, pruritus, a stuffed nose and redness of the body surface. The clinical symptoms no longer recurred after the anatomy course, and she no longer has symptoms suggestive of MCS. Because no provocation test was performed, there has been no evidence that her symptoms were caused by an allergic reaction to formaldehyde.

It has been reported that formaldehyde exposure increases the risk of allergy in children with atopic background[20] and enhances an immune response to hapten-induced contact dermatitis.[21] Our group has previously reported that formaldehyde exposure exacerbated dermatitis in a murine atopic model, in which remodeling of the skin was induced by repetitive application of a specific hapten to induce dermatitis mimicking atopic dermatitis.[21] In the present study, the students with atopic dermatitis complained more of skin symptoms such as skin irritation ($P < 0.001$) and skin redness ($P = 0.008$) than did those without atopic dermatitis, and the students with allergic rhinitis complained more about nasal symptoms such as rhinorrhea ($P = 0.046$) and sneezing ($P = 0.027$) than did those without allergic rhinitis. These results clearly indicate that students with atopic dermatitis are susceptible to formaldehyde-induced skin irritation. This condition is distinct from allergic contact dermatitis to formaldehyde, because all the students except for two were negative for the patch test to formaldehyde. Therefore, formaldehyde induces skin irritation in students with atopic background, which may in turn worsen atopic dermatitis.

## ACKNOWLEDGMENTS

We thank Drs Jiro Arata, Shohei Kira, Takashi Oono, and Hironori Matsuura, Ms Mutsumi Inada, and Ms Chieko Kobayashi of Okayama University for their help. This work was partly supported by Health and Labor Sciences Research Grants, Research on Health Services; "Sick House Syndrome (SHS): Studies of patho-physiology, method of diagnosis and treatment (H12-Seikatsu-005)" and the Long-range Research Initiative (LRI) Grants 2004CS04 from the Japan Chemical Industry Association (JCIA).

## REFERENCES

1 Sharma VK, Chalrabarti A. Common contact sensitizers in Chandigarh, India. A study of 200 patients with the European standard series. *Contact Dermatitis* 1998; **38**: 127–131.
2 Lindskov R. Contact urticaria to formaldehyde. *Contact Dermatitis* 1982; **8**: 333–334.
3 Nethercott JR, Holness DL. Contact dermatitis in funeral service workers. *Contact Dermatitis* 1988; **18**: 263–267.
4 Salkie ML. The prevalence of atopy and hypersensitivity to formaldehyde in pathologists. *Arch Pathol Lab Med* 1991; **115**: 614–616.
5 Torresani C, Periti I, Beski L. Contact urticaria syndrome from formaldehyde with multiple physical urticarias. *Contact Dermatitis* 1996; **35**: 174–175.
6 Kim H, Kim YD, Cho SH. Formaldehyde exposure

© 2007 Japanese Dermatological Association

levels and serum antibodies to formaldehyde-human serum albumin of Korean medical students. *Arch Environ Health* 1999; **54**: 115–118.

7 Uba G, Pachorek D, Bernstein J *et al.* Prospective study of respiratory effects of formaldehyde among healthy and asthmatic medical students. *Am J Ind Med* 1989; **15**: 92–101.

8 Wantke F, Focke M, Hemmer W *et al.* Exposure to formaldehyde and phenol during an anatomy dissecting course: sensitizing potency of formaldehyde in medical students. *Allergy* 2000; **55**: 84–87.

9 Wantke F, Focke M, Hemmer W *et al.* Formaldehyde and phenol exposure during an anatomy dissection course: a possible source of IgE-mediated sensitization? *Allergy* 1996; **51**: 837–841.

10 Cullen MR. The worker with multiple chemical sensitivities: an overview. *Occup Med* 1987; **2**: 655–661.

11 Miller C, Ashford N, Doty R *et al.* Empirical approaches for the investigation of toxicant-induced loss of tolerance. *Environ Health Perspect* 1997; **105** (suppl 2): 515–519.

12 Japanese Ministry of Health, Labour, and Welfare. Regarding guideline values of the concentration of chemical substances in indoor air and a standard measuring method for such substances. *Environmental Health Bureau Notice (Seieihatsu)*, No.1093, 2000.

13 No author listed. Practical aspects of patch testing. In: Rietschel RL, Fowler JF (eds). *Fisher's Contact Dermatitis*, 5th edn. Williams & Wilkins, Baltimore, 2001; 9.

14 Adams RM. Patch-testing – a recapitulation. *J Am Acad Dermatol* 1981; **5**: 629–643.

15 Japanese Ministry of Health, Labour, and Welfare. Guidelines for reducing formaldehyde concentrations in indoor air of workplaces. *Labour Standards Bureau Notice (Kihatsu)*, No.0315002, 2002.

16 Japan Society for Occupational Health. Recommendation of occupational exposure limits. *J Occup Health* 2004; **46**: 329–344.

17 Redlich CA, Sparer J, Cullen MR. Sick-building syndrome. *Lancet* 1997; **349**: 1013–1016.

18 Sorg BA, Tschirgi ML, Swindell S, Chen L, Fang J. Repeated formaldehyde effects in an animal model for multiple chemical sensitivity. *Ann N Y Acad Sci* 2001; **933**: 57–67.

19 Marks JG, Belsito DV, DeLeo VA *et al.* North American Contact Dermatitis Group patch test results for the detection of delayed-type hypersensitivity to topical allergens. *J Am Acad Dermatol* 1998; **38**: 911–918.

20 Garrett MH, Hooper MA, Hooper BM, Rayment PR, Abramson MJ. Increased risk of allergy in children due to formaldehyde exposure in homes. *Allergy* 1999; **54**: 330–337.

21 Fujii K, Tsuji K, Matuura H *et al.* The effect of formaldehyde gas exposure in a murine allergic contact hypersensitivity model. *Immunopharmacol Immunotoxicol* 2005; **27**: 163–175.