Exhibit H

```
      0001
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4       IN RE:  FEMA TRAILER        MDL NO. 1873
 5       FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 6       LIABILITY LITIGATION        JUDGE ENGELHARDT
 7
 8                        *  *  *
 9
10          Videotaped Deposition of PATRICIA M.
11       WILLIAMS, Ph.D., DABT, 234 West William
12       David Parkway, Metairie, Louisiana 70005,
13       taken at the Law Offices of Frank J.
14       D'Amico, Jr., 622 Baronne Street, New
15       Orleans, Louisiana 70113, on Thursday, the
16       16th day of October, 2008.
17
18       REPORTED BY:
19           JAMES T. BRADLE, CCR
             PROFESSIONAL SHORTHAND REPORTERS
20           (504)529-5255
21       VIDEOGRAPHER:
22           MICHAEL BERGERON
             PROFESSIONAL SHORTHAND REPORTERS
23           (504)529-5255
24
25
```

1        Q    Have you done any research
2    regarding -- When I say "have you done,"
3    have you performed any research regarding
4    the health effects of formaldehyde before
5    this case?
6        A    No.  I think this is probably the
7    first time that there has been a problem
8    that warranted studying the adverse health
9    effects of formaldehyde that I have been
10   involved in.
11       Q    Okay.  Have you authored any
12   publications regarding the health effects of
13   formaldehyde?
14       A    No.
15       Q    Have you taken any courses
16   specific to the health effects of
17   formaldehyde?
18       A    Well, I'm a toxicologist, yes.
19   Everything -- You know, aldehyde is a
20   formaldehyde, acid-aldehyde.
21            The aldehydes are extremely toxic
22   electrophile metabolites, and, of course,
23   formaldehyde and acid-aldehyde are the
24   original electrophile metabolites, so it
25   doesn't have to be a metabolite.  They're

```
 1          Q    You don't diagnose or treat blood
 2     disorders?
 3          A    Absolutely not.
 4          Q    Okay.
 5          A    But sometimes what I am
 6     interpreting is the diagnosis, but it's
 7     given to the doctor.
 8          Q    Okay.  You're not a medical
 9     doctor?
10          A    No.
11          Q    Are you a certified industrial
12     hygienist?
13          A    No.
14          Q    Are you an epidemiologist?
15          A    I have graduate training in
16     epidemiology and also a lot of continuing
17     education.  I have used the tool of
18     epidemiology.  Basic scientists have used
19     the tool before it was given a name, and I
20     have used the tool of epidemiology and still
21     use the tool of epidemiology.
22          Q    That's part of being a
23     toxicologist would be using work done by
24     epidemiologists?
25          A    No, I didn't say using work.  I
```

1      use the tool itself.
2           Q    Okay.
3           A    Okay.  I did a study of a group of
4      Native American Cajuns in Louisiana that
5      resided within 500 feet of a hazardous waste
6      site which is designated under federal law
7      as a non-hazardous oil field site, which had
8      various heavy metals and radioactivity in
9      it, and I did a cross-sectional analysis,
10     comparison control, which was funded by the
11     State of Louisiana.
12               So when I say use it as a tool,
13     that is what I am saying.  I do not -- In
14     other words, a lot of people call them --
15     They are epidemiologists.  That's all they
16     are.  It's an applied science, and so I
17     don't really like the title.  I'm a true,
18     hard scientist, anatomy, toxicology, so
19     there's a big distinction.
20          Q    You don't hold yourself out as an
21     epidemiologist?
22          A    No, because I think it's not as
23     in-depth.  No.  For instance, I do
24     immunocytochemistry.  I do electron
25     microscopy.  I don't hold myself out in

1    electron microscopy.  Those are tools that
2    someone at a doctoral level of training will
3    use perhaps.  There may be some other tools
4    that they may go into.
5           But, no, I prefer -- My
6    credentials are my boards.  You know, I
7    prefer to be called a toxicologist, but I
8    also like to be called an anatomist with all
9    of my expertises.
10        Q   You're not a pulmonologist, are
11   you?
12        A   No.  That would be a medical
13   doctor.
14        Q   You're not a psychologist?
15        A   No.
16        Q   You're not a dermatologist?
17        A   No.
18        Q   Okay.  Allergist?
19        A   No.  Those are all medical
20   professions, specialties.
21        Q   And you have never practiced
22   medicine?
23        A   No.
24        Q   Okay.
25           MR. D'AMICO:

```
1                Taught a few doctors.
2          EXAMINATION BY MR. SCANDURRO:
3                Q    You're not a statistician, are
4          you?
5                A    No.  That's a very narrow math
6          field.  And, of course, statisticians cross
7          into so many -- you know, they will finish
8          up the work of many different specialties by
9          doing their statistical analysis, and that's
10         a field, too, that, you know, is, again,
11         it's a math field, and I often see
12         individuals trying to sort of, because
13         they're on articles with -- They would not
14         know the biologic plausibility or the
15         coherence or the science under the math.
16         They have to have someone that gives them
17         that, and then they can take it from there.
18               Q    I will summarize.  You don't work
19         in the diagnosis or treatment of any
20         disease, do you?
21               A    No.  I am not a clinical
22         physician.
23               Q    Okay.  And you would defer to
24         medical doctors regarding diagnosis and
25         treatment?
```