Page 47

1    where you said the scientific literature on

2    formaldehyde documents.  Did you read that

3    first line when you started?

4         Q.   I believe I did.

5         A.   If you did, then that's correct.

6         Q.   And trust me, we will attach a

7    copy of this so there will be no question as

8    to what you have said.

9              Based on that, you then say:

10   Therefore, the following general causation

11   opinion is rendered.  First, a cause-effect

12   relationship exists between formaldehyde and

13   upper respiratory tract damage and cancer.

14        A.   Yes.

15        Q.   Second, the cause-effect

16   relationship exhibits between formaldehyde

17   and bronchoconstriction/asthma.

18        A.   Correct.

19        Q.   Those are the opinions you are

20   rendering in this case?

21        A.   Those are my opinions.

22        Q.   Let's talk about cancer first.  Do

23   you still hold the opinion that one molecule

24   of formaldehyde can theoretically cause

25   cancer?

Page 48

```
 1        MR. PINEDO:
 2            Objection; form.
 3        THE WITNESS:
 4            Well, at the molecular level we
 5   know the mechanism whereby it can cause
 6   cancer.  We have DNA and genetic studies,
 7   and so I give you the right concentration,
 8   brings them down to -- brings the molecular
 9   damage of the DNA which given no repair
10   systems or faulty repair or lack of repair
11   depending on the timing of the cycle, the
12   studies that showed elevated odds ratio for
13   the DNA protein complex, the damage, the
14   cross links at 40 parts per billion.  And
15   the group, other study, another study shows
16   it starting the DNA damage, the population
17   started at 65 parts per billion.  So when
18   you say -- another one the study showed the
19   genotoxic damage at 360 parts per billion.
20            So when you say molecularly
21   speaking, they are going into the
22   mechanistic.  We know how the DNA damage is
23   done at the molecular level.  So that's
24   where the theoretical comes from.  However,
25   to say, what do we have to show this and at
```

Page 49

1    what levels do we see this, this occurrence

2    of DNA damage, we have levels that are in

3    the 40 parts per billion and the 65 parts

4    per billion or some studies a little bit

5    higher.

6    EXAMINATION BY MR. WEINSTOCK:

7         Q.   Doctor, I'm not understanding you.

8    Let me start again.  Are you saying, for

9    example, for the first paper that in your

10   opinion it would take 40 parts per billion

11   to show an association and not one molecule?

12        A.   No.

13        Q.   What are you saying?

14        A.   When you are talking about a

15   mechanistic study and how is the damage

16   done, we are at the molecular level.  We are

17   at one molecule.  And we know that

18   formaldehyde is an electrophile, a reactive

19   electrophile.  We know that it is deficient

20   in electrons.

21        Q.   Doctor, what cancers do you

22   associate with exposure to formaldehyde?

23        A.   I'm only speaking about the

24   nasopharyngeal, the sinonasal, the nasal at

25   this time, the upper respiratory tract

Page 50

1    cancers, and that's it.

2         Q.   Well, help me out here.

3    Nasopharyngeal, sinonasal, is there any

4    other cancer of the upper respiratory tract

5    that you associate with exposure to

6    formaldehyde?

7         A.   The nasal cancer.  I said nasal

8    cancer -- cavity, nasopharynx and sinonasal.

9    I think I said those.

10        Q.   I don't think you said nasal

11   cavity just that way, so I appreciate that

12   answer.

13        A.   The nasal cancer -- the nasal area

14   is a cavity.

15        Q.   So it's just those three cancers;

16   yes?

17        A.   Sinonasal, nasal cavity.

18   Accessory sinuses are included in some of

19   the strength of the associations in the

20   nasopharynx, and some have nasal cavity and

21   pharynx, so they are all anatomical terms.

22   And we say nasal cavity just so you don't

23   misunderstand that nasal doesn't mean the

24   outside of your nose.  We are talking about

25   inside.

Page 56

1   parts per million.

2        Q.   And at what level did he find an

3   excess?

4        A.   That's what he studied.   Those are

5   the ranges that are included in the study.

6        MR. PINEDO:

7             Do you have an extra copy of that

8   paper?

9        MR. WEINSTOCK:

10            Absolutely.

11       THE WITNESS:

12            I don't have an extra.

13   EXAMINATION BY MR. WEINSTOCK:

14       Q.   Give me one minute to pull out my

15   annotated copy.

16       A.   Its page number is 1119.  No.  For

17   the exposures it's 1120, for the SMR.

18       Q.   There is a footnote next to that

19   confidence interval, isn't there?

20       A.   The footnote next to that

21   confidence interval, he gives no explanation

22   why he's contradicting what is in there.

23   The exact 95 percent confidence interval is

24   .91 to 4.14, and IARC gave no such notation.

25   So I don't know why he is giving two

Page 57

1    different.  I have no way to know that.

2         Q.   If the exact confidence interval

3    is .91 to 4.14, would that make it lose

4    statistical significance?

5         MR. PINEDO:

6              Object to the form.

7         THE WITNESS:

8              At the 95 percent confidence

9    interval, this is an example of what I was

10   trying to tell you before, when you see that

11   at the 95 percent confidence interval, if

12   you have the raw data, that would be one you

13   would recalculate at the 90 percent

14   confidence interval.  I do not know why this

15   author and IARC made no notation of it when

16   they used and relied on his work.  As to the

17   difference, he gives no explanation.

18   EXAMINATION BY MR. WEINSTOCK:

19        Q.   If you would turn to Page 1122,

20   under the cancer nasopharynx.

21        A.   Uh-huh.  Wait, show me where you

22   are.

23        Q.   (Indicating).

24        A.   Okay.

25        Q.   Here we have the exposure -- peak

Page 92

1    classification for any of these diseases

2    other than nasopharyngeal?

3          A.    They have made statements, so let

4    me pull the exact statement that IARC made.

5          MR. D'AMICO:

6               Please.

7          THE WITNESS:

8               This is the evaluation that IARC

9    has made, quote:  There is sufficient

10   evidence in humans for the carcinogenicity

11   of formaldehyde.  There is sufficient

12   evidence in experimental animals for the

13   carcinogenicity of formaldehyde.  Overall

14   evaluation, formaldehyde is carcinogenic to

15   humans.  That is their official opinion.

16   They have discussions as to what they

17   considered on various cancers, but they have

18   called it as a Group 1 carcinogen.  When one

19   is doing a causal analysis, whatever

20   evidence exists that they may not even have

21   considered, must be considered as well as

22   what has occurred since they met.  So that's

23   where we are.

24               We have some monographs that are

25   20 years old and they have never made

Page 93

1    another reconsideration.  So when you are

2    doing a causal opinion and someone is doing

3    a composite of the literature, that is what

4    they considered, but there may be others

5    that they have not considered.

6    EXAMINATION BY MR. WEINSTOCK:

7        Q.   So in your opinion, has IARC

8    classified formaldehyde as a carcinogen for

9    any cancer other than nasopharyngeal?

10       A.   It has given an overwhelming

11   carcinogenist evaluation.  The evaluation

12   has no limitations.  Their discussions may

13   vary and some of which may be up to date and

14   some of which may not be.

15       Q.   Does IARC, in your mind, consider

16   formaldehyde a cause of lung cancer?

17       A.   It does present -- if you are

18   using the causal considerations, it does

19   present the strength of association on many

20   different cancers, not just the upper

21   respiratory tract cancer.  So that one would

22   have to go into the causal considerations,

23   as I have done with each cancer, to see if

24   it would rise to the level of a causal

25   consideration.  They have basically -- IARC

Page 95

1             As I sit here today, I say that

2     IARC has made a call of formaldehyde being a

3     Group 1 carcinogen.  I have read it verbatim

4     from their monograph.  They have presented

5     many different pieces of evidence of

6     strength of association in many different

7     target organs.  They generally do not go

8     into every target organ and make the call.

9     There are some that they felt stronger at

10    the time than others.

11            But we are in 2009 right now.

12    That was a 2004 publication.  I think a

13    meeting was a little bit earlier than that,

14    so if I were going to make causal

15    considerations and causal opinions on

16    individual cancers, I would have to look at

17    all the data as it is today, at this point

18    in time.  And for this purpose I have only

19    chosen upper respiratory tract cancers.

20    EXAMINATION BY MR. WEINSTOCK:

21        Q.   As you read IARC, is there a

22    sufficient strength of association to find

23    that formaldehyde causes sinonasal cancer?

24        A.   As I have done my own causal

25    analysis, there is.

Page 97

1    cavity and pharynx.  You have several

2    studies with the nasal cavity and pharynx.

3    They have sufficient epi evidence for that.

4    They generally -- it's rare, but in their

5    overall evaluation they usually are calling

6    it a Group 1.

7              IARC knows there is more to come

8    with literature, so it's very rare that in

9    that overall evaluation it's going to limit

10   that overall evaluation.

11        Q.   As we sit here today, in your

12   review of the literature on formaldehyde

13   exposure and nasopharyngeal cancer, is there

14   a level of exposure required to say there is

15   a sufficient strength of association to say

16   that cancer is caused by exposure to

17   formaldehyde?

18        MR. PINEDO:

19              Objection; form.

20        THE WITNESS:

21              Say it again.

22   EXAMINATION BY MR. WEINSTOCK:

23        Q.   I will say it more simply.  Is

24   there a threshold level of formaldehyde that

25   one needs to be exposed to for you to opine

Page 98

1    that that cancer was caused by exposure to

2    formaldehyde, that nasopharyngeal cancer?

3         A.   I'm not doing specific causation.

4         Q.   Is there a level in general that

5    you would feel needs to be -- that someone

6    would need to be exposed to to say, yes,

7    that nasopharyngeal cancer can be caused by

8    exposure to that formaldehyde?

9         A.   I'm not doing specific causation.

10        Q.   Does that mean that any level of

11   formaldehyde can cause nasopharyngeal

12   cancer?

13        MR. PINEDO:

14             Objection; form.

15        THE WITNESS:

16             What I did say was the scientific

17   evidence shows that the DNA damage that is

18   the mechanistic requirement for the mutation

19   into a malignant transformation of a cell is

20   documented in scientific literature with

21   odds, ratios and other -- and more than one.

22   It is documented in the scientific

23   literature with studies of individuals

24   exposed as low as 40 parts per billion and

25   65 parts per billion.  That tells you that

Page 99

1    in those ranges you are going to see DNA

2    damage.  And that is certainly in general

3    causation sufficient, according to the

4    literature, to cause the DNA damage that can

5    cause the malignant transformation of a cell

6    into a -- mutation into cancer.

7         Q.   What paper can you cite me to that

8    shows a higher -- strike that.

9              What paper can you cite me to that

10   shows a relative risk or a standard

11   mortality ratio greater than 1.0 for

12   exposure to formaldehyde of 40 parts per

13   billion?

14        A.   The Shaham article.  Do you need

15   protein crosslinks?  Shaham, I may not be

16   saying it right.  S-H-A-H-A-M, Bomstein,

17   Gurvich, Rashkovsky and Kaufman:

18   DNA-protein crosslinks and p53 protein

19   expression in relation to occupational

20   exposure to formaldehyde shows that you have

21   the OR, an odds ratio, of 2.5, 95 percent

22   confidence interval, 1.2 to 5.4.  And you

23   have the concentration ranges started at 40

24   parts per billion.  And he is showing you

25   having the DNA-protein crosslinks and the

Page 110

1   statistically significant strength of

2   association to nasopharyngeal cancer?

3        A.   Association to nasopharyngeal

4   cancer, I used the more immediate term where

5   the Shaham was at 40 parts per billion and

6   that was the mechanistic transformation of

7   the cell to an abnormal cell.

8        Q.   Maybe we can agree.

9        A.   Then I used the Valeran article

10  with the 65 parts per billion, which is,

11  again, the DNA damage.  My studies with the

12  exact parts per billion go into the

13  molecular epidemiology that shows the damage

14  at the cellular level, which is part epi and

15  part mechanism.  Those that are in pure epi

16  go with a surrogate for the parts per

17  billion by using parts per billion years or

18  parts per million years and duration of

19  exposure, so you use both.

20       Q.   I think we are getting closer.

21  When you referred to the 40 parts per

22  billion and the 65 parts per billion, you

23  were talking about studies that look at the

24  mechanism of injury, the damage to the DNA,

25  or the DNA-protein crosslink?

Page 111

1        A.    I was looking exactly at the

2    damage done to the cell by the formaldehyde

3    with the DNA-protein crosslinks, or it also

4    has micronucleus formation.

5        Q.    And none of those people were

6    followed to see if they ultimately developed

7    nasopharyngeal cancer, to your knowledge?

8        A.    I have not looked to see if they

9    followed them up.  The histological cellular

10   damage is proven there as compared to the

11   very gross observations of an

12   epidemiological study.

13       Q.    If you would indulge me in the

14   gross observations of epidemiological

15   studies.  What is the lowest level of an

16   epidemiological cohort study that you can

17   refer me to where there is a statistically

18   significant strength of association of

19   formaldehyde and nasopharyngeal cancer?

20       A.    I will have to look at each one of

21   them.

22       MR. D'AMICO:

23            Take your time, because he is

24   going to want an answer.  We might need a

25   little break.

Page 127

1  formaldehyde can cause respiratory tract

2  cancers so it's not just nasopharyngeal.

3  It's lumped all of them together.

4          Yes, there are multiple studies,

5  each looking at different measures of

6  exposure that come up with the same answer

7  that, yes, it is a cause and effect

8  relationship between formaldehyde and upper

9  respiratory tract cancers.

10 EXAMINATION BY MR. WEINSTOCK:

11     Q.   Between formaldehyde at an

12 exposure level of 40 parts per billion?

13     A.   There are studies at -- there is a

14 study at 40 parts per billion.  There are

15 other studies at other points, but as low as

16 40 parts per billion based on this study,

17 yes.

18     Q.   I'm not asking you to go with one

19 study or not.  I'm asking as the person that

20 reviewed this study, these studies, what

21 level are you comfortable opining

22 nasopharyngeal cancer can be caused by what

23 level of formaldehyde?

24     A.   Well, I don't think I limited

25 myself to a specific level.  I think that

Page 128

1    the evidence in the literature from

2    epidemiological studies puts it as low as 40

3    parts per billion.  But that's not the only

4    studies that we have that give a numerical

5    measure of exposure.

6              So I'm not going to limit it to

7    just the particular parts per billion, but

8    that is a level that is documented to have

9    an increased risk of upper respiratory tract

10   cancer.

11       Q.   I just want to make sure I'm clear

12   here.  Are you saying you will not

13   articulate a specific level at which the

14   epidemiological evidence is sufficient to

15   say that level of formaldehyde exposure

16   causes nasopharyngeal cancer?

17       MR. PINEDO:

18              Objection; form.

19       THE WITNESS:

20              No.  I'm saying that we have

21   evidence as low as 40 parts per billion that

22   you can have either the increased

23   observation of increased upper respiratory

24   tract cancers or the DNA-protein complex

25   breaks.  That is my opinion.

Page 129

1      Q.   And I want to focus on, not on the

2  DNA mechanism studies, on the pure

3  epidemiology cohort or case control studies.

4  On the basis of any of those studies, would

5  40 parts per billion exposure to

6  formaldehyde be sufficient to cause

7  nasopharyngeal cancer, in your opinion?

8      A.   In my opinion -- well, my opinion

9  is based on all of the studies as well as

10  the mechanistic studies.  So my opinion, if

11  you want my causal opinion, you have to look

12  not just at epi studies, you have to look at

13  the mechanistic studies, the consistency,

14  the strength of association of both of those

15  as well as all the other parameters, the

16  biological gradient, the dose response.

17  When you ask me for my opinion, I'm not

18  going to base an opinion just on an

19  epidemiological study.

20      Q.   That's a fair response.  You are

21  correct.  Based on everything you have

22  reviewed, at what level of exposure to

23  formaldehyde is it more likely than not that

24  nasopharyngeal cancer can develop?

25      A.   Well, I haven't given that in my

Page 130

```
 1   opinion.  What I have given in my opinion
 2   that it can cause upper respiratory tract
 3   cancers.  I will say that based upon the
 4   review of the literature we see as low as 40
 5   parts per billion, we see associations with
 6   the formation of the cancer or of the
 7   damage, the DNA-protein complexes or the
 8   micronuclei which -- all of the components
 9   that can cause the mutation -- do cause the
10   mutation in the cell.  That is my opinion.
11   I'm not giving a specific opinion.
12       Q.   You are not giving a specific
13   level in your opinion?
14       A.   I'm not giving -- in specific
15   causation the person who's going to make
16   specific causation will have to go back to
17   literature and use some of these parameters
18   with what he knows that particular claimant
19   is exposed to.  I am not into the business
20   of specific causation for this.  I'm into
21   the business of can this cause upper
22   respiratory tract cancer.  Yes, I want to
23   know the concentrations because I want to
24   know, and -- but I made -- my opinion is
25   general causation.
```

Page 131

1        Q.   If you were exposed to 40 parts

2    per billion of formaldehyde, is it more

3    likely than not that you will develop any of

4    these cancers?

5        MR. D'AMICO:

6              Object to the form.

7        THE WITNESS:

8              Yeah, that's risk assessment.  And

9    I'm not here to testify on probabilities and

10   risk assessment.  This is hard science.

11   Risk assessment is based on assumptions and

12   that's what you are asking and I don't do

13   risk assessment, for that reason.  It's not

14   hard science.

15   EXAMINATION BY MR. WEINSTOCK:

16       Q.   Doctor, saying I don't have an

17   opinion on that is fine by me.

18       A.   I will not give an opinion on risk

19   assessment.  That is not acceptable.

20       Q.   Or that.  That's a fine answer

21   too.  So as we sit here today, if I

22   understand correctly, you have not

23   formulated an opinion in your mind as to

24   what level is necessary to cause any of

25   these cancers, what level of formaldehyde

Page 132

 1    exposure; is that correct?

 2         A.   I have scientific evidence as to

 3    what levels individuals were exposed to

 4    where there was an increased risk of cancer.

 5    I'm with general causation which says, given

 6    the scientific data, given the scientific

 7    evidence, can formaldehyde cause upper

 8    respiratory tract cancers.  Yes, based on

 9    everything, not just epi, mechanistic,

10    everything, all of the information that I

11    have studied, all of the different

12    components, considerations that are required

13    to look at, the answer is my opinion is

14    formaldehyde can cause upper respiratory

15    tract cancers.

16         Q.   Can formaldehyde at one molecule

17    cause upper respiratory cancer?

18         A.   Well, you are talking about

19    theoretically.  You always as a

20    toxicologist, you want to know molecularly

21    what is the ultimate toxicant and that is --

22    when you are talking about molecular cause

23    of cancer you must consider the molecular

24    basis, which is what is the ultimate

25    toxicant and how does the ultimate toxicant

Page 133

1   at the molecular level cause the damage that

2   can result in a mutant DNA cell that can be

3   proliferated and go into daughter

4   generations.  So that is, one molecule is

5   going to cause the damage.  One molecule at

6   the theoretical level can cause the damage.

7   It can also be repaired.  And it also is not

8   just is one hit.  When is the hit going to

9   occur in the cell cycle?  Is the hit going

10  to occur in the cell cycle just before the

11  mitotic phase?  Because if it is, one hit is

12  sufficient to produce the mutation that will

13  go into the proliferation of daughter cells

14  and then it will be recognized itself and it

15  will not be cleared.

16          So theoretically, when we talk

17  about as toxicologists what is the mechanism

18  of action and what does this do, we are

19  talking at the molecular level.  So

20  theoretically, molecular level one hit could

21  theoretically cause the mutation that will

22  be transferred.

23          However, one has to realize, when

24  did that hit occur in the cell cycle?  Did

25  it occur in the G1 phase where there would

Page 134

1    be more time to repair?  Did it occur a

2    millisecond before the division of the

3    mitosis?  Were the repair mechanisms that

4    are inherent to every cell able to fix the

5    hit, fix the damage?  You have a lot of

6    considerations.

7              But when you say you have a DNA

8    reactive carcinogen, the theoretical

9    potential is there, if the repair mechanisms

10   fail, if the cell cycle timing of the hit is

11   just that it isn't repaired.  And so when

12   you have a DNA-reactive carcinogen you

13   always say -- that's why many statements

14   come from many different -- there is no safe

15   level of the DNA-reactive carcinogen.

16        Q.   And you have cited me for

17   nasopharyngeal cancer the Blair, Hauptmann

18   and two Vaughan papers, correct?

19        A.   I have to go back and look.  The

20   Vaughan II, Roman numeral II.  There are two

21   Vaughan papers in there Roman numeral II,

22   residential exposures.  The Vaughan 2009 --

23   you said nasopharyngeal, correct?

24        Q.   Correct.

25        A.   The Vaughan 2009.  The Michael

Page 175

```
 1   epidemiological studies show little or no

 2   indication of an association between

 3   exposure and cancer, the judgment may be

 4   made that in the aggregate they show

 5   evidence of a lack of carcinogenicity?

 6        A.   I think that's a very dangerous

 7   statement.  We have seen that with

 8   thalidomide.  There were so many studies

 9   with thalidomide and adverse health effects.

10   I think it was somewhere in the '60s.  And

11   abounded studies, many, many studies, and it

12   was put on the market except in the United

13   States, because one person stopped it at the

14   FDA.  And within a five-year period, as she

15   played her games to stop it from getting

16   licensed to be approved, we had thousands of

17   babies born without arms and legs and there

18   was not one positive study that would have

19   predicted that.  So no, I don't agree with

20   it.  History tells us not to fall into that

21   trap.

22        Q.   And the statement I just read is

23   completely wrong; is that accurate?

24        A.   The statement you just read you

25   see many times over in many, you know,
```

Page 176

 1    publications, but it is not -- it is

 2    scientifically not correct.  You cannot use

 3    a negative study to prove the null

 4    hypothesis.

 5         Q.   It's bad science, correct?

 6         A.    It can be tragic science and we

 7    know that, and thalidomide is one of many.

 8         Q.   So tragic is worse than bad?

 9         A.    We know it can be tragic science

10    from the thalidomide experience and there

11    are others.

12         Q.   It's bad science and you wouldn't

13    practice it?

14         MR. PINEDO:

15             Objection to form.

16         THE WITNESS:

17             It's not acceptable, statistical

18    conclusion.

19    EXAMINATION BY MR. WEINSTOCK:

20         Q.   And that's why, for example -- you

21    are familiar with the Marsh studies, are you

22    not, the Marsh papers?

23         A.   I'm not sure.  I know the word

24    Marsh.  I have papers that say Marsh.

25         Q.   Gary Marsh who did a reanalysis of

Page 201

1    if you are going to have a molecular

2    experiment as we can do now and do, it's

3    where in the cell cycle is the hit for the

4    cell.  If it's a DNA reaction with the

5    electrophile, that's what is important.

6    There is where your theoretical molecular

7    basis of damage occurs.  And so there you

8    are looking at the exact damage -- mechanism

9    of damage and they can study that now.

10           But when you are talking about a

11   person, you are looking to see what --

12   generally you don't have a dose.  You have a

13   measure of exposure externally.

14       Q.   And this is sort of a simplified

15   example, but if I have five different

16   formaldehyde molecules from five different

17   sources, any one of those five could be the

18   one that creates the hit that you are

19   talking about?

20       A.   Or all five.

21       Q.   Or all five?

22       A.   Or all five.  And that's the

23   point.  If one hits the cell, if one

24   molecule, it's probably going to be

25   repaired, especially if it's in the gap one

Page 202

1    or one of the earlier phases of the cell

2    cycle.  For a liver cell has 40 hours.  If

3    you are hitting a cell in the early stages

4    of its cell cycle, it's probably going to be

5    repaired unless there is some problem with

6    the repair mechanism.  If you take all five

7    of those hits and you hit the DNA with all

8    five of those, that's probably --

9    toxicologically it's probably not going to

10   be able to be repaired during that cell

11   cycle.  And there again, you are at the

12   molecular level where the dose makes the

13   poison.  More of the hits that you get to

14   the same cell during the period of time of

15   that cell cycle -- cell cycle means you are

16   having a lot of enzymatic preparations and

17   reactions, and then you are getting ready,

18   you are copying the DNA, and then bam, it's

19   finished and you are separating into two

20   daughter cells.  So during that period of

21   time one hit, probably going be to repaired.

22   Two hits, probably also.  But when you get

23   down into multiple hits in the same cell

24   toxicologically it's usually been shown and

25   agreed that that's probably going to

Page 203

1    overwhelm the cells in the repair process.

2         Q.   So it's dosage that really

3    determines --

4         A.   At the cellular -- I'm giving you

5    dosages at the cellular level, yes.

6         Q.   Dosage is what really determines

7    whether or not there will be a toxicological

8    effect?

9         A.   Yes, but if in the last fraction

10   of a millisecond you have that hit and

11   that's, of course -- and the cell goes on to

12   divide and you have done all of the repair,

13   you have done all of the DNO, and it's right

14   before it's dividing or in the process of

15   dividing, that's going into the daughter

16   cell and that won't be repaired and the

17   daughter cell will see that as self and

18   that's not going to be repaired.  That

19   mutation will stay.

20        Q.   So regardless of dosage, if one

21   molecule of formaldehyde hits at the right

22   time, you are saying that you could have

23   these cell damage problems that you are

24   talking about?

25        A.   At the cellular level.  But will

Page 204

1   that cell survive?  Will that cell -- it's

2   theoretically possible.  Is it going to be

3   abundantly probable?  Probably not.  But you

4   cannot rule out the theoretic nature of it

5   because of the nature of the reactivity of

6   the compound and the cell -- toxicokinetics

7   at the cellular level.

8        Q.   Just a few more things.  Do you

9   know, do hair products usually contain

10  formaldehyde?

11       A.   There are hair products with

12  formaldehyde.

13       Q.   What about spray antiperspirants?

14       A.   I'm not personally -- I have not

15  seen formaldehyde in any that I use, so I

16  really -- that's one thing I don't know.

17       Q.   Going back to the concept that you

18  were just talking about, dose makes the

19  poison.  This is just like the old statement

20  that even water can be a poison at a certain

21  dose.  It could cause hyperhydration if a

22  person overingested an amount of water?

23       A.   Sure.  You have an example within

24  the last two years of a woman, a radio

25  contestant who drank, I think, three -- four

Page 209

1        A.    That's the citation.   That's the

2   reference that he is referring to, that

3   Rumchev is making.

4        Q.    Is that your opinion?

5        A.    Well, these aren't my opinions.

6   These are facts that I considered to come up

7   with my causal opinion.   None of these

8   levels are my opinion.   That is what is

9   science, direct science.   This is what is

10  measured.   This is what Rumchev has found

11  greater than 49 parts per billion, there is

12  an increased risk of asthma.   Wieslander has

13  found an association with asthma in 20 parts

14  per billion and 26 parts per billion.   Those

15  are not opinions.   Those are what the

16  authors published in peer-reviewed journals.

17        My opinion on the cause and effect

18  of formaldehyde and asthmas comes from

19  looking at all of the studies and all of the

20  categories, the points for consideration as

21  listed by Sir Bradford Hill and now in the

22  reference manual of scientific evidence.   A

23  causal opinion looks at everything, all of

24  the parameters for consideration.

25        Q.    And you have listed those two

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams

Page 240

1          Do you have a copy of it?  I will

2   make copies.

3      MR. WEINSTOCK:

4          It's electronic.

5      (Whereupon, an off-the-record

6          discussion was held.)

7      MR. WEINSTOCK:

8          I'm going to attach the Wantke

9   study which we discussed earlier as

10  Exhibit 7.

11   (Exhibit No. 7 marked for identification.)

12          The Luce study as Exhibit 8.

13   (Exhibit No. 8 marked for identification.)

14      THE WITNESS:

15          Which one are you sending to him?

16      MR. WEINSTOCK:

17          This is housekeeping I should have

18  done much earlier.  The Hansen and Olsen

19  study as Exhibit 9.

20   (Exhibit No. 9 marked for identification.)

21          I will find a few of the other

22  ones while Chris is doing his questioning.

23  EXAMINATION BY MR. WEINSTOCK:

24      Q.  Would you agree with the statement

25  negative studies are meaningless?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                 Videotaped Deposition of Patricia M. Williams

Page 241

 1        A.    Negative studies do not prove the

 2   null.

 3        Q.    But they are meaningless?

 4        A.    I think you have to be extremely

 5   careful in giving meaning to a negative

 6   study.  To me, they do not offer any

 7   information, if that's a definition of

 8   meaningless.  I certainly think you cannot

 9   draw any conclusions from them, so in that

10   regard, yes, I would say they were

11   meaningless.

12        Q.    That's what you said at the

13   certification hearing?

14        A.    That's correct.

15        Q.    And your methodology -- your

16   opinion of those has not changed?

17        A.    My opinion of negative studies has

18   certainly not changed.

19        Q.    You said something before in

20   response to Mr. Dinell's questions that you

21   were just giving opinions on general

22   causation.  And that is what we have

23   discussed all day today, general causation,

24   instead of specific causation.  Would you

25   agree that by giving an opinion on general

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Patricia M. Williams

Page 288

1    to get rid of.  So you have cell

2    proliferation, tumor initiation and growth

3    of a tumor or a cancer.

4         Q.   You have previously testified at

5    the molecular level formaldehyde is harmful

6    to the human cells; is that right?

7         A.   Correct.  It's an electrophile.

8    It's going to do damage.  It's extremely

9    reactive.

10        Q.   Explain what that means.

11        A.   It's deficient of an electron in

12   its outer orbit.  We are getting molecular

13   here, so it's very reactive.  It's seeking

14   to react with other components.  Those

15   components could be a molecule or an atom in

16   the DNA or it could be a molecule or an atom

17   in the cell membrane.  So when it does it is

18   going to form a coveiling bonding and change

19   that structure of the DNA or change the

20   structure of the cell membrane.

21            When you change the structure of

22   the DNA and DNA during cell division is

23   copied, it will cause an error, and so you

24   will make an erroneous copy of the DNA, the

25   normal DNA, and make a mutant copy of an

Page 289

1    abnormal DNA that can go on and form a tumor

2    or cancer cell, that may go on and form a

3    tumor or cancer cell.

4         Q.   In some cases it goes on to form a

5    tumor or cancer cell, some it doesn't.  Can

6    you explain to us why in some cases the body

7    is able to return to normal or overcome this

8    formaldehyde and in other cases it goes on

9    to cause other problems?  Explain that to

10   us.

11        A.   Well, you have a lot of repair

12   mechanisms within the cell itself.  That's

13   the first sort of protective mechanisms we

14   have.  And so if you have one molecular hit

15   of the formaldehyde in the DNA and if it's

16   at a time in the cell cycle.  Every cell has

17   a certain amount of time before it divides,

18   if it's a dividing cell, and makes daughter

19   cells, so that if it hits early enough in

20   the cell cycle that it can be repaired.  And

21   then when the cell divides, it's been

22   repaired and you have two normal cells in

23   the daughter cells.  However, if it hits in

24   the cell cycle time period just before

25   mitosis division, there may not be time for