Exhibit J

**7/6/2009  De Rosa, Christopher T.**

```
                UNITED STATES DISTRICT COURT

                 EASTERN DISTRICT OF LOUISIANA

                     NEW ORLEANS DIVISION

   IN RE:   FEMA TRAILER

   FORMALDEHYDE PRODUCT

   LIABILITY LITIGATION

                                      MDL NO. 1873

                                      SECTION "N-5"

                                      JUDGE ENGELHARDT

                                      MAG. JUDGE CHASEZ

              ORAL AND VIDEOTAPED DEPOSITION OF

              CHRISTOPHER T. DE ROSA M.S., Ph.D.

                        July 6, 2009

                         9:25 a.m.

                      201 17th Street

                        Suite 1700

                      Atlanta, Georgia

             Maureen S. Kreimer, RPR, CCR-B-1379
```

1    occupational studies, that were conducted.

2         Q.    The NCI occupational study authored

3    primarily in 2003 by Hauptmann; correct?

4         A.    I believe that's correct, yes.

5         Q.    Have you read that paper?

6         A.    I believe I have.

7         Q.    Do you know the threshold where there was

8    an excess of the standard -- or for the standard

9    mortality ratio, an excess of deaths on which the

10   Hauptmann report concludes that it is a human

11   carcinogen?

12        A.    I believe there was a high exposure group

13   versus a low exposure group in the cohorts that were

14   studied.  I do not recall what the exposure ranges

15   were in that study.

16        Q.    Would it surprise you to know that that

17   exposure range was in excess of four parts per

18   million?

19        A.    No.  It's typically the case that because

20   of difficulty in identifying toxic effects in

21   chemicals, that high dose levels are used.  It's a

22   maximum tolerated dose.  It's a longstanding protocol

23   based on the National Toxicology Bioassay Program,

24   and also on the Bioassay Program of the Ramazzini

25   Institute in Italy that you scale back from the

1   maximum tolerated dose on a logarithmic basis so that
2   you have a dose stand that is more likely to
3   illustrate the shape of the dose-response function.
4        Q.   Are you aware of any exposure, chronic
5   exposure, in these FEMA trailers in excess of four
6   parts per million?
7        A.   I would have to go back and check.
8        Q.   As you sit here today, are you aware of
9   any exposure, chronic exposure, of any occupant of
10  any trailer in excess of four parts per million?
11       A.   Again, I would have to go back and check.
12       Q.   Do you remember what the arithmetic mean
13  of exposure within the travel trailers and
14  manufactured houses was in the July 2008 CDC report
15  of the 519 trailers?
16       A.   I believe it was on the order of 150 --
17  well, I'm not going to speculate.  I'm sorry.
18       Q.   If it were 0.078 ppm, would that be far
19  below four parts per million?
20            MR. REICH:  Objection.
21       A.   Yes.
22            MR. REICH:  Assumes facts not in evidence.
23  Incomplete hypothetical.
24       A.   I see values in excess of four parts per
25  million.

**7/6/2009  De Rosa, Christopher T.**

```
1    BY MR. HINES:
2         Q.   I'm sorry?
3         A.   I see values in excess of four parts per
4    million.
5         Q.   I'm asking you whether or not you are
6    aware of any exposure in an occupied trailer, chronic
7    exposure in an occupied trailer of any individual --
8         A.   You asked me in reference to the 2008
9    consultation, and that was done on unoccupied
10   trailers.
11        Q.   Not the July 2008 final report.  That was
12   based on 519 occupied trailers --
13        A.   That report?
14        Q.   -- correct?
15        A.   That report?
16        Q.   That report?
17        A.   That's a different report.
18             MR. REICH:  I thought you said 2007
19   earlier.
20        A.   You did.
21   BY MR. HINES:
22        Q.   The final report, July 2008, the 519
23   occupied trailers, are you aware of any finding in
24   that report?
25        A.   I was not involved in that report.
```