UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | |
| | * | JUDGE: ENGELHARDT | |
| *Case No. 07-9228* | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

*************************************************************************

### DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION TO EXCLUDE DR. LAWRENCE G. MILLER'S TESTIMONY

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves in limine to exclude the testimony of Dr. Lawrence G. Miller. Dr. Miller is Plaintiff's proposed expert to provide specific causation regarding her exacerbation of pre-existing skin condition. Dr. Miller is not qualified under Federal Rule of Evidence 702 to offer causation opinions. Even if he were qualified, he has no reasonable grounds for his opinion. He has not explained how he weighed publications to reach his conclusion and has not accounted for the fact that it is *gaseous* formaldehyde at issue in this case. Neither can Dr. Miller rely on Dr. George A. Farber's faulty conclusion regarding Ms. Dubuclet's purported sensitization to formaldehyde. In support of this motion, Fleetwood relies on its memorandum of law and the following documents:

| Exhibit | Item |
|---|---|
| A | Lawrence G. Miller Deposition, taken Sept. 22, 2009, excerpts (pages 12, 14-16, 18-20, 22-24, 35, 45, 48-49, 51-53, 73-76, 124-25, 129, 131-33, 149, 160, 162-64, 173-74, 181-83, 191-93, 197-99, 234-35, 241, 243-46) |
| B | Lawrence G. Miller Affidavit, dated July 13, 2009 |

| C | Mirshahpanah P, Maibach H, *Relationship of patch test positivity in a general versus an eczema population*. Contact Dermatitis 2007 56:125 |
|---|---|
| D | Toxicological Profile for Formaldehyde, U.S. Dep't of Health & Human Servs., Public Health Service, Agency for Toxic Substances & Disease Registry (July 1999) available at http://www.atsdr.cdc.gov/toxprofiles/tp111.pdf, excerpt (page 69) |
| E | George A. Farber Deposition, taken August 6, 2009, excerpts (pages 33, 45-51, 93-94) |
| F | George A. Farber Affidavit, dated July 17, 2009 |
| G | ATSDR Minimal Risk Levels & Worksheets, Formaldehyde, Appendix A, available at http://www.atsdr.cdc.gov/toxprofiles/tp111-a.pdf, excerpt (page A-1) |
| H | Bernadette Eberlein-König, et al., *Influence of airborne nitrogen dioxide or formaldehyde on parameters of skin function and cellular activation in patients with atopic eczema and control subjects*, J. Allergy Clin. Immunol. 141 (Jan. 1998) |

His testimony that formaldehyde exposure exacerbated Ms. Dubuclet's pre-existing conditions, and all other testimony, should be excluded.

This 9th day of November 2009.

         Respectfully submitted:

         */s/ Richard K. Hines, V*
         Richard K. Hines, V
         GA Bar No. 356300
         NELSON MULLINS RILEY & SCARBOROUGH, LLP
         Atlantic Station
         201 17th Street, NW, Suite 1700
         Atlanta, GA  30363
         (404) 322-6000 (phone)
         (404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                ( )     Prepaid U.S. Mail

( )     Facsimile                      ( )     Federal Express

(X)     CM/ECF

      New Orleans, Louisiana, this 9th day of November 2009.

                                      */s/ Richard K. Hines, V*
                                      Richard K. Hines, V
                                      Georgia Bar No. 356300
                                      richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)