Exhibit A

Page 12

1   notice, a copy of which is going to be

2   annexed to the deposition as Miller

3   Exhibit 1.

4           And, Dr. Miller, as you know, you

5   have the right to read and sign this

6   deposition prior to the time the reporter

7   seals the original.  Would you like to read

8   and sign or will you waive that right?

9       MR. D'AMICO:

10          Why don't we reserve that until

11  after the deposition.

12      MR. HINES:

13          All right, sir.

14  EXAMINATION BY MR. HINES:

15      Q    Would you tell us, please, sir,

16  your full name, where you live, and by whom

17  you are employed?

18      A    My name is Lawrence G. Miller.  I

19  live at 118 Upland Road in Waban,

20  Massachusetts.  I'm employed by Mediphase.

21      Q    Tell us what Mediphase is, please,

22  sir.

23      A    Mediphase is a company that

24  invests in healthcare companies, primarily

25  biotechnology companies.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 14

1    small companies, also in this general area.

2              In 1997, I moved to Hambrecht and

3    Quist Capital Management.  And then in 1999,

4    with a partner, I founded Mediphase, and I

5    have been working for Mediphase since that

6    time.

7         Q    With respect to the point in time

8    that you started consulting with business

9    and got out strictly of what I would call

10   practicing medicine, when did that actually

11   occur?

12        A    Well, you know, I continued --

13   Again, during my time at Tufts, I did

14   clinical work and I continued clinical work,

15   in fact, and continued to see patients until

16   about a little over four years ago.  I still

17   continue teaching at the Massachusetts

18   General Hospital.

19        Q    What percentage of your time while

20   you were at Tufts -- And I'm trying to pick

21   a date here, because I see that in 1990 and

22   '91, you write that you were a senior

23   consultant and director of clinical

24   information at HPR, Inc., in Boston?

25        A    That's correct.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 15

1       Q    And what was HPR?

2       A    That's a company that produced

3  products for healthcare companies.

4       Q    Right.  So I call that not

5  directly practicing medicine, if you will,

6  if you can use that as a term.  You were not

7  clinically seeing patients when you were

8  employed at HPR, as a result of your

9  employment at HPR?  Let me put it that way.

10      A    No, I continued to work at Mass

11  General Hospital part-time, that's correct.

12      Q    And that's what I was trying to

13  get to, the percentage of time you were

14  dividing between your time at Mass General

15  on the one hand and your time at HPR on the

16  other.

17      A    It would vary between 10 and

18  20 percent at Mass General.

19      Q    All right.  So anywhere from 90 to

20  80 percent at HPR?

21      A    That's correct.

22      Q    Incidentally, do you know -- I

23  don't know whether he's still there -- Chief

24  of Surgical Pathology Robin Young by chance?

25      A    Oh, gosh.  It's been years.  I'm

Page 16

1    not sure he's still there.

2         Q    Okay.  How about Gene Mark?  Do

3    you know Gene Mark?

4         A    Oh, I remember Gene very well.

5    Now, Gene is retired, but he still comes in,

6    I think.  I have seen him in the halls, so

7    he must be coming in.

8         Q    If we look at the point in time

9    where you began to do work outside of your

10   employment at Mass General, that would be

11   around 1990 or '91 with HPR?

12        A    Well, again, just to be precise,

13   in the late eighties I was primarily at

14   Tufts --

15        Q    At Tufts.

16        A    -- rather than Mass General, and

17   then moved back to Mass General.

18        Q    All right.  And so is it 1990 or

19   '91 that you got into the business side, if

20   you will, of medicine?

21        A    That's correct.

22        Q    All right.  And then you were with

23   HPR until when?

24        A    1996.

25        Q    All right.  And tell us again what

Page 18

 1        Q     With respect to any type of

 2   discipline or a particular type of

 3   discipline within medicine?

 4        A     No, it was very broad.

 5        Q     All right.  Did it have any sort

 6   of specialty within medicine itself other

 7   than assist in the decision/treat process,

 8   if you will, of making clinical and

 9   pharmacological decisions?

10        A     No, it did not.

11        Q     What happened to HPR in 1996?

12        A     It was sold.

13        Q     And sold to whom?

14        A     A company called McKesson.

15        Q     All right.  And did you become

16   employed by McKesson?

17        A     I did not.

18        Q     All right.  And who did you become

19   employed by at that time?

20        A     A company called Avicenna.

21        Q     And what did Avicenna do?

22        A     Pretty much the same thing.

23        Q     Where was Avicenna located?

24        A     In Cambridge, Massachusetts.

25        Q     And with respect to your work at

Page 19

1    Avicenna and your clinical work that you may

2    have been participating in at that period of

3    time, what percentage of your time was

4    devoted to Avicenna on the one hand and any

5    clinical work on the other?

6         A    It stayed pretty constant.  It

7    varied from week to week and month to month

8    between 10 to 20 percent on the clinical

9    side.

10        Q    On the clinical side or on the

11   Avicenna side?

12        A    On the clinical side, 10 to

13   20 percent.

14        Q    All right.  So 10 to 20 percent on

15   the clinical side, 80 to 90 percent on the

16   Avicenna side?

17        A    That's correct.

18        Q    And the Avicenna side, once again,

19   was in the business of helping physicians

20   determine what type of medication to use for

21   patients, what kind of clinical decisions to

22   make for patients?

23        A    Right.  Decision support it's

24   often called.

25        Q    Decision support.  When you were

Page 20

1   doing your clinical work in the nineties,

2   what type of clinical work were you doing?

3       A    It would vary a bit, but mostly

4   teaching, seeing patients, but in a teaching

5   context, teaching medical students and

6   residents.

7       Q    And what were you teaching medical

8   students and residents?

9       A    Primarily internal medicine.

10      Q    Any particular subject matter or

11  course?

12      A    No, it was just -- It was seeing

13  patients as they come in.

14      Q    And when would you do that?  Would

15  you do that by day or by night or how would

16  that work?

17      A    By day.

18      Q    Was it one course that you would

19  teach a semester or how was that broken

20  down?

21      A    Well, it's not divided up into

22  courses, per se.  You just continue to go in

23  and teach students or teach residents during

24  the students' rotations or the residents'

25  time there.  You don't teach -- It's not set

Page 22

1        A     The latter.

2        Q     Do you recall approximately what

3    your -- not that it matters that much, but

4    approximately what your annual income would

5    have been at Mass General in the nineties?

6        A     I do not.

7        Q     Compared to what you were

8    receiving on what I would call the private

9    sector, on the business sector of your

10   practice, what would the percentage of your

11   income from your clinical/consulting work at

12   Harvard in the nineties be as contrasted

13   with what you were making at HPR or Avicenna

14   on the other hand?

15       A     The clinical side was

16   substantially less.  I don't know the

17   specific numbers or percentage.

18       Q     Would it be less than 10 percent?

19       A     I don't know the answer to that.

20       Q     I was looking at your publications

21   and it appeared that the last time -- Well,

22   in the last 15 years, you have only authored

23   one publication, and that was in 1997; would

24   that be correct?

25       A     It's probably correct.  I can't

Page 23

1  remember the exact numbers, but I have not

2  published regularly since the early

3  nineties.

4      Q    All right.  With respect to the

5  publications that you did author, whether

6  they were books, chapters, brief reviews or

7  medical articles, what was the general

8  subject matter of those publications, if

9  that's possible to quantify like that?

10      A    Broadly speaking, pharmacology.

11      Q    Have you ever published on

12  formaldehyde?

13      A    I have not.

14      Q    Other than your engagement in this

15  case, have you ever been associated with

16  research, review or analysis of a

17  formaldehyde-related disease?

18      A    I have not.

19      Q    You left Avicenna in 1997, and

20  then you became senior vice president of

21  Quist Capital Management -- Hambrecht and

22  Quist Capital Management; is that right?

23      A    That's correct.

24      Q    And did you continue to stay on at

25  Harvard during that period of time or did

Page 24

1    you devote more and more time now to the

2    work at Hambrecht and Quist Capital

3    Management?

4         A    No, I continued my clinical

5    responsibilities pretty much unchanged.

6         Q    That same 10 to 20 percent?

7         A    That's correct.

8         Q    And you don't know --

9    ATTORNEY ON TELEPHONE:

10             Excuse me.  I'm on the phone.  Can

11   y'all speak into the speakerphone?  I'm

12   having a really hard time hearing,

13   especially actually hearing the question.

14   MR. HINES:

15             Sorry.  We're about as close as it

16   can be without somebody talking about us.

17   ATTORNEY ON TELEPHONE:

18             Okay.  Thank you.

19   MR. HINES:

20             Let me try to talk up a little

21   bit, but my voice is a little bit softer

22   today than usual.

23   MR. D'AMICO:

24             Both you and Larry speak softly.

25   That's just their nature.

Page 35

1   atopic dermatitis?

2        A    I don't think I can give you a

3   single number.  That's a large series.  I

4   have seen a few of them, and the numbers are

5   variable, but a significant portion, the

6   cause is unknown, and what exactly that

7   number is, I think it would be difficult to

8   generalize.

9        Q    Would it be greater than

10  50 percent?

11       A    In some series, it is.  In some

12  series, it's not.

13       Q    How about overall in the United

14  States, if you were to poll all the

15  dermatologists in the United States and ask

16  them the percentage overall of known causes

17  of dermatitis in patients that present,

18  would it be greater or lesser than

19  50 percent for those that were known?

20       A    I don't think I can speak for the

21  dermatologists in the U.S., so I don't think

22  I can answer that one for you.

23       Q    Well, you're not a dermatologist?

24       A    I am not a dermatologist.

25       Q    You're not an epidemiologist?

Page 45

1        Q     Any particular drug?

2        A     We worked with a range of drugs.

3   Many involving the central nervous system,

4   but not all.

5        Q     And as I understand it,

6   irrespective of the work that you have done,

7   you have never looked at a

8   formaldehyde-related disease inquiry until

9   you were engaged in this case by Mr. D'Amico

10  and Mr. Reich?

11       A     I don't recall dealing with

12  formaldehyde in the past.

13       Q     All right.  And do you recall when

14  you were first engaged by Mr. D'Amico or

15  Mr. Reich?

16       A     Late spring, early summer of this

17  year.

18       Q     And what matter or matters were

19  you engaged in, and by that, I mean, was it

20  with respect to a particular plaintiff or

21  was it just, "We need somebody with your

22  background.  Can you help us," without any

23  specific reference to a particular

24  plaintiff?

25       A     No, it was specifically related to

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 48

1          THE VIDEOGRAPHER:

2              We're back on the record.  It's

3      9:35.

4          THE WITNESS:

5              Mr. Hines, would you mind if I

6      clarified one thing?

7      EXAMINATION BY MR. HINES:

8          Q     Absolutely.

9          A     I wasn't sure I gave a complete

10     answer.  You asked me whether I had

11     involvement with formaldehyde.

12         Q     Right.

13         A     And not in a legal situation, but

14     obviously when I was running my laboratory,

15     we used formaldehyde.  Back when I was a

16     medical student, of course, every medical

17     student works with formaldehyde.

18         Q     Absolutely.

19         A     I just wanted to be clear that I

20     hadn't, to be a little more precise.

21         Q     And I think my question -- And I

22     think you answered the intent.  Obviously,

23     being a physician, you don't go into anatomy

24     class and work with a cadaver and not be

25     exposed to formalin and otherwise fixed

Page 49

1    tissue and that sort of thing.

2        A    Correct.

3        Q    Just so that we are clear with

4    respect to your history with formaldehyde or

5    your exposure to it, if you will, that was

6    in the context of either your medical

7    training or your research work insofar as

8    using formalin or formaldehyde in aqueous

9    solution as opposed to analytical work being

10   done by you on formaldehyde in its vapor or

11   gaseous state?

12       A    You're correct, we did not work on

13   vaporous formaldehyde.

14       Q    All right.  We have marked as an

15   exhibit to your deposition I believe as

16   Exhibit 3 your --

17       MR. D'AMICO:

18            You mean his affidavit?  You said

19   his deposition.

20       MR. HINES:

21            I'm sorry.  You will find me

22   misspeaking all day today.

23       MR. D'AMICO:

24            I will help you out, Richard.

25       MR. HINES:

Page 51

1    this paper.

2         Q    All right.  You understand that

3    Dr. Maibach is testifying on behalf of

4    Fleetwood in this litigation?

5         A    I have heard the name mentioned,

6    yes.

7         Q    Have you ever read any of his some

8    2,300 articles that he has authored other

9    than that one?

10        A    I believe as I was looking through

11   the literature, his name appeared several

12   times.  I can't tell you on how many of

13   them, but several others as well.

14        Q    All right.  Do you know what his

15   involvement is in the TRUE test?

16        A    I know what the TRUE test is, but

17   I don't know his specific involvement.

18        Q    Let's talk about the TRUE test.

19   Obviously, the TRUE test was applied to

20   Ms. Dubuclet in this case.  Did you engage

21   in the decision to patch test Ms. Dubuclet?

22        A    No, I did not make that decision.

23        Q    All right.  Was that done by

24   Dr. Farber?

25        A    To my knowledge, yes.

Page 52

1        Q     All right.  And you relied on

2    Dr. Farber to interpret the results of that

3    TRUE test?

4        A     I did.  I happened to be there and

5    see Ms. Dubuclet with Dr. Farber while he

6    was doing the interpretation.

7        Q     Right.  But you have not

8    interpreted TRUE Tests before?  You were

9    relying on Dr. Farber to analyze the TRUE

10   test and report on its significance, if any;

11   is that correct?

12       A     I have seen skin tests before, but

13   to be clear, Ms. Dubuclet was not my

14   patient.  She was Dr. Farber's patient.

15       Q     Right.  In fact, you reference

16   Dr. Farber's report or his conclusions from

17   that in your report, and we will get to that

18   in a minute, but you were relying on

19   Dr. Farber not only to apply the TRUE test,

20   but also to interpret the TRUE test; is that

21   correct?

22       A     That's correct.

23       Q     And you have relied upon that

24   interpretation in part in your affidavit; is

25   that correct?

Page 53

1        A     It's certainly mentioned in the

2    affidavit, yes.

3        Q     All right.  You reference on

4    Page 6 of your report the Feinman article,

5    and that's a chapter at least out of a book

6    that she wrote.  Did you see the entire

7    article chapter or -- What was produced to

8    me was only the abstract.  Did you see

9    anything more other than the abstract?

10       A     I have seen the entire book, yes.

11       Q     Okay.  And you read that chapter

12   that you referenced with that abstract?

13       A     I have read several of the

14   chapters, but I only reference one here,

15   yes.

16       Q     All right.  And that's what I was

17   trying to get to, because in looking there,

18   I had seen the book and saw that you had

19   only referenced that one abstract, but I did

20   want to make clear.  You have seen the book.

21   Do you have the book?

22       A     I don't have the book.  The

23   library has the book.

24       Q     All right.  Let's kind of go back

25   to what we were discussing a little bit

Page 73

1    trailer and she is presenting with eczema,

2    what is triggering the manifestation of that

3    eczema once she moves out of the trailer?

4         A    That's a harder question to

5    answer, because she had eczema prior to

6    moving into the trailer, so she had some

7    predisposition, if you will, to developing

8    eczema and exacerbation by formaldehyde.

9              Now, the issue here, again, as you

10   know, is that the allergic reaction

11   triggered by formaldehyde can continue on

12   its own even after the exposure has ceased.

13   So even after she has moved out, we know

14   that her predisposition to eczema is part of

15   it and the exposure to formaldehyde, which

16   sets in train the immune reaction, may well

17   be a part of it, also.

18        Q    Well, she doesn't have a

19   predisposition from eczema.  She has been

20   suffering from eczema for her entire life,

21   correct?

22        A    That's correct.

23        Q    And Dr. Farber has testified in

24   this case that eczema is for life, it's a

25   life-long disease.  Did you see that in his

Page 74

```
 1   deposition?

 2       A    I have not seen his deposition.

 3       Q    Would you disagree with that

 4   statement?

 5       A    I would not.

 6       Q    All right.  So she's suffering

 7   from it.  It's not that she's got a

 8   predisposition for it.  She's, in fact,

 9   suffering from eczema from the time she's

10   two months old, correct?

11       A    I agree.

12       Q    And she continues to suffer from

13   eczema today, correct?

14       A    That's correct.

15       Q    And it's your opinion that during

16   the period of time that she was living in

17   the trailer, that some of her manifestations

18   or the excitement of the underlying asthma

19   was exacerbated by formaldehyde, correct?

20       A    You said "asthma."  I believe you

21   meant "eczema."

22       Q    Excuse me.  Eczema.  We will

23   rewrite the question to say "eczema."

24       A    That's correct.

25       Q    All right.  And once she moves
```

Case 2:07-md-01873-KDE-MBN   Document 6665-2   Filed 11/10/09   Page 21 of 50

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 75

```
 1   out, you don't know whether or not the
 2   excitement of the underlying asthma was
 3   caused by any effect that she may have had
 4   from formaldehyde or whether it's simply
 5   that life-long disease that she had and that
 6   she was born with, correct?
 7        A    You can't separate the two based
 8   on the information we have.
 9        Q    So you would simply be speculating
10   as to whether or not formaldehyde had
11   anything to do with it once she moves out?
12        A    Again, the evidence on the natural
13   history, as we would call it, of eczema
14   associated with formaldehyde is pretty thin
15   over the long-term, so I don't believe
16   there's enough evidence to deliver an
17   opinion one way or the other.
18        Q    So the only opinion you can give
19   is that during the period of time that she
20   was in the unit, during that period of time,
21   it is your professional opinion that the
22   excitement of her underlying asthma was
23   exacerbated by her -- underlying eczema --
24        A    I'm assuming you meant "eczema."
25        Q    -- was exacerbated by the
```

Page 76

1   formaldehyde in that home?

2        A    I believe it's likely that the

3   immune reaction triggered by the

4   formaldehyde has continued, but, again, I

5   can't -- There's limited evidence to support

6   that, and I will be the first to say that.

7        Q    Do you know how many times she was

8   clinically treated for eczema during the

9   period of time she was living in the unit?

10       A    I would have to look back at the

11  records.  I think a couple.  It's not a

12  large number.

13       Q    Twice, correct?

14       A    I believe that's correct, but I

15  would have to look at the records to confirm

16  it.

17       Q    All right.  I think that's

18  correct.  That would be on April 10, '07 and

19  September 4, '07, correct?

20       A    Well, again, I would have to look

21  at the records, but I believe you're

22  probably accurate there.

23       Q    All right.  Now, do you know how

24  many times prior to the time that she moved

25  in the trailer that she presented clinically

Page 124

1   the TRUE test.  Have you seen that before?

2       A    I do believe I have seen this

3   page, yes, but not the full -- not this

4   full.

5       Q    All right.  Have you focused on

6   test No. 21?

7       A    Let me find 21.  Right.  21 is

8   formaldehyde.

9       Q    Right.  Before today, have you

10  recognized the fact that that formaldehyde

11  test was negative?

12      A    I have, but I have also recognized

13  that No. 13 was positive.

14      Q    And what is 13?

15      A    Which is the p-tert-butylphenol

16  formaldehyde resin.

17      Q    Right.  Now, Dr. Farber did not

18  know the constituent element of

19  p-tert-butylphenol formaldehyde resin that

20  would have been a sensitizing or could have

21  been a sensitizing agent.

22           My question to you is do you know

23  what constituent chemical or substance

24  within p-tert-butylphenol formaldehyde,

25  whether it be a monomer or otherwise, that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 125

1    would be the sensitizing agent in

2    p-tert-butylphenol formaldehyde resin?

3         A    I do not know.

4         Q    All right.  You don't know whether

5    it has anything at all to do with

6    formaldehyde, do you?

7         A    I do not know myself, and

8    obviously Dr. Farber makes the statement

9    that we just discussed.

10        Q    Yes.

11        A    The sensitization to formaldehyde.

12        Q    I asked Dr. Farber that in his

13   deposition, and let me just read the

14   following colloquy to you.

15            At Page 50, Line 13, let me just

16   start with the sentence that's, as usual, a

17   little bit wordy on my part, but bear with

18   me.  I'm going to start at Page 50, Line 5.

19            "We go on to your report.  We have

20   what your report says that, in your opinion,

21   13, 14 and 26 contain formaldehyde."

22            Now, look at the TRUE test.

23        A    I will have to get it back from

24   Mr. D'Amico.

25        Q    Absolutely.  Look at the TRUE test

Page 129

 1   triggered the positive response; is that

 2   correct?"

 3           Answer:  "Correct."

 4           "So that you can't say whether or

 5   not it was formaldehyde or one of the

 6   constituent elements that triggered the

 7   positive result; is that correct?"

 8           Answer:  "Correct."

 9           So that what Dr. Farber has

10   testified to is that he has a patch test

11   that has 28 chemicals in it, one of which is

12   formaldehyde, and that test was negative for

13   formaldehyde, correct?

14       A    That's correct.

15       Q    And that she tested positive to

16   three other chemicals, but Dr. Farber, the

17   dermatologist, does not know what

18   constituent element of those three chemicals

19   triggered the positive response to those

20   tests, correct?

21       A    That's what he said, yes.

22       Q    And you don't know that either, do

23   you?

24       A    I do not know.

25       Q    All right.  You got a number of

Page 131

1    between powers of studies, between case

2    reports, between volunteer studies, between

3    prospective longitudinal epidemiological

4    studies, cross-sectional epidemiological

5    studies, you know all of that literature is

6    out there with respect to a variety of

7    suspected pathogens, correct?

8         A    Correct.

9         Q    All right.  Now, the suspected

10   pathogen I want to direct your attention to

11   is gaseous formaldehyde, and my question is

12   this:  Are you aware of any article in the

13   world's medical literature that draws a

14   causal connection between exposure to

15   gaseous formaldehyde on the one hand and a

16   cause of atopic dermatitis on the other?

17        A    Well, I will have to give you a

18   qualified answer, and the reason being,

19   that's not a question that's -- if the

20   question is not being asked, of course, it's

21   not going to be answered.  Now, if nobody

22   decided that was a question worth chasing,

23   then there's not going to be an article

24   about it.

25             Again, the absence of something

Page 132

1    that specific doesn't necessarily mean much.

2    But is there a single article that addresses

3    that as you presented?  No.

4         Q    All right.

5         A    And I think, you know, if you take

6    the ATSDR report, which I think is quite

7    good -- And they specifically addressed this

8    question in several places, and simply say

9    the data doesn't allow distinction between

10   inhaled and dermal exposure in terms of the

11   dermatitis.

12        Q    Now, so you are unaware of any

13   study that specifically addresses that

14   question, and that question being whether

15   exposure to gaseous formaldehyde causes

16   contact dermatitis?

17        A    I said I'm unaware that anybody

18   asked that question.  And it may or may not

19   be the right question to ask.

20        Q    So the answer would be "no, I am

21   not aware of any such study"?

22        A    That's correct.

23        Q    All right.  Now, the same question

24   with respect to exacerbation.  Are you

25   familiar with any article or study in the

Page 149

1    insofar as the isolated study that looks

2    only at formaldehyde, you don't believe that

3    such a study exists?

4        A    I'm sorry.  The second part of

5    your question -- The first part was fine.

6    The second part I lost.

7        Q    Look solely at gaseous

8    formaldehyde as causing contact dermatitis.

9    I think you told us earlier today for a

10   variety of reasons that that study just

11   isn't out there?

12       A    No, there are certainly studies.

13   Let me be clear.  What we were -- The issue

14   we were discussing before our break was more

15   about, was not part of the semantic issue.

16            There are certainly studies that

17   show that people exposed to formaldehyde

18   vapor have an increased -- have an increased

19   problem with dermatitis.  Let's just put it

20   broadly.

21            Now, can I tell you was that due

22   to the gas, inhalation of the gas or the

23   vapor on the skin?  I can't differentiate

24   that.

25       Q    Let's talk about that for just a

Page 160

1      Q    All right.

2      A    And most illnesses that physicians

3  deal with are not.

4      Q    Is it your use of MRL's in this

5  case and your reference to it to indicate or

6  suggest that exposure above an MRL exposes

7  one to a risk of disease?

8      A    I think that the ATSDR division is

9  kind of the flip side of that definition --

10  excuse me -- is kind the flip side of that

11  coin.  It suggests that -- And these are

12  non-cancer, because ATSDR does non-cancer.

13  It suggests that below that level you're

14  unlikely to have significant non-cancer

15  effects.  It doesn't say above that level,

16  you will.

17      Q    Let's take out non-malignant

18  disease and let's just talk about -- I mean,

19  let's take out malignant and talk about

20  non-malignant disease.  You are familiar

21  with literature dealing with in general the

22  term "threshold limit value"?

23      A    Its general use in an occupational

24  setting, yes.

25      Q    Right.  You're familiar with that

Page 162

1       Q    Yes.

2       A    Again, the idea is to establish a

3   level of exposure under which the

4   development of significant disease is

5   unlikely.

6       Q    All right.  And not only that, but

7   development of disease in those most

8   sensitive, correct?

9       A    Well, no, I don't believe the

10  ATSDR takes multiple populations into

11  account.  For example, children, the

12  elderly, people who are immunocompromised,

13  there are a number of subgroups, and I can

14  even see why they don't.  It begins to get

15  fairly complicated to do so.  But there are

16  subgroups for which there is evidence of

17  increased susceptibility that are not

18  necessarily considered here.

19      Q    All right.  Look at Page A-1.

20  It's Appendix A-1.  Somewhere immediately

21  after Page 421.  If you look at the last

22  paragraph, keeping in mind what you just

23  said, "MRL's are derived for hazardous

24  substances using the no-observed-adverse-

25  health-effect-level/uncertainty factor

Page 163

1    approach.  They are below levels that might

2    cause adverse health effects in the people

3    most sensitive to such chemical-induced

4    effects."

5              So, in fact, it does take into

6    consideration those most sensitive?

7         A    I don't believe it does.  I have

8    seen the same sentence before, but I

9    think if -- I don't think you will find a

10   specific consideration, and perhaps this is

11   because it's 10 years old, of groups where

12   susceptibility is known to be even greater,

13   such as children, such as the elderly, such

14   as immunocompromised people.  Maybe it was

15   done and not stated, but there doesn't seem

16   to be specific consideration of such groups.

17        Q    So you think that the ATSDR as

18   represented here is now wrong?

19        A    I didn't say it was wrong, but I

20   did say I don't believe those groups were

21   taken into account.  We may be discussing a

22   semantic point, but that's what you're

23   asking me.

24        Q    Right.  Notwithstanding what it

25   says, you don't believe that they did that?

Page 164

1      A    Well, if they did, it's not stated

2   here.

3      Q    All right.  But it is stated that

4   "they are below levels that might cause

5   adverse health effects in the people most

6   sensitive" -- "most sensitive to such

7   chemical-induced effects," right?

8      A    Right.  Whatever "most sensitive"

9   means.  I guess that's what we're -- what my

10  question is.  Does that mean the groups that

11  I mentioned?  Maybe it does and it's simply

12  not stated.

13     Q    All right.  Do you agree or

14  disagree with the final sentence that says

15  "exposure to a level above the MRL does not

16  mean that adverse health effects will

17  occur"?

18     A    I think I said that several times

19  already.

20     Q    So you agree with that?

21     A    I do.

22     Q    All right.  Is there a difference

23  between rhinitis and the irritant response

24  of formaldehyde causing a runny nose?

25     A    Well, this is primarily a

```
                                                    Page  173
    1            Are you aware of literature that

    2   addresses the issue of exposure to

    3   formaldehyde gas and rhinitis?  Not asthma.

    4       A    Oh, yes.  And again, in fact, if

    5   you can go back to the mid eighties, it's

    6   widely accepted that exposure to

    7   formaldehyde gas causes rhinitis, and

    8   certainly the ATSDR report accepts it as

    9   well.

   10       Q    Now, the same question.  Are you

   11   aware of exposure to formaldehyde gas and

   12   the development of allergic rhinitis?

   13       A    I mean, the issue here is that

   14   there are no tests -- Let me put it another

   15   way.  If I have rhinitis, which I do, in

   16   fact, there are no tests that will tell me

   17   is that allergic rhinitis or not allergic

   18   rhinitis.

   19            It's very, very difficult to

   20   differentiate, and you can make guesses

   21   based on whether it occurs during pollen

   22   season and so forth, but those are guesses.

   23   So in that sense, the differentiation

   24   probably doesn't help you one way or the

   25   other.
```

Page 174

1       Q    Because as we talked about much

2    earlier this morning, the clinical

3    presentation of rhinitis and allergic

4    rhinitis are essentially the same?

5       A    Well, and that's my point.  I

6    can't tell you which one you have when you

7    walk into my office.  I can tell you you

8    have rhinitis and I can guess that it might

9    be allergic.

10      Q    And you can prescribe a

11   medication, and the same medication works

12   for allergic rhinitis that works for

13   rhinitis, correct?

14      A    In general.

15      Q    Let me go back to my question

16   then.  Asthma is generally thought of,

17   although there are some intrinsic aspects,

18   as an IgE mediated response, correct?

19      A    Well, at least a significance part

20   of asthma is.  I think there's controversy

21   over how big that is.

22      Q    Right.  And with respect to the

23   world's literature in children and breathing

24   problems, we've got some cross-sectional

25   studies that address children and asthma,

Videotaped Deposition of Lawrence G. Miller, M.D.

1   not rhinitis, so I don't see the direct

2   relevance here.

3   EXAMINATION BY MR. HINES:

4        Q    You make an interesting

5   distinction.  With respect to formaldehyde

6   and asthma, the problem with having

7   formaldehyde induce asthma is the pathway of

8   getting the formaldehyde vapor below the

9   larynx, right?

10       A    That's a major component.  That's

11  one of the reasons we have problems with

12  rhinitis.  It gets trapped up in the nose.

13       Q    But you would agree with me that

14  it is unlikely except in those very few, and

15  they say rare studies in here, of

16  occupational exposure, where there's

17  exposure to dust and wood chips and wood

18  particles, where you can actually have the

19  asthma bind -- excuse me, have the

20  formaldehyde bind to the dust and get into

21  the lower airways, and in that very rare

22  instance, there may be occupationally

23  induced formaldehyde asthma.  But other than

24  that, there's just no pathway to get

25  vaporous formaldehyde down into the lower

Page 182

1    airways to react and cause an allergic

2    reaction there?

3         A     I can't answer your question.  I

4    think I mentioned this earlier.  I didn't

5    review the asthma literature in detail,

6    because, again, I didn't believe it was

7    relevant to this situation.

8         Q     So you just got no opinion?

9         A     I can't give you an informed

10   opinion.

11        Q     But it makes sense that it will

12   end up in the nose and not get down to the

13   lower airways?

14        A     We certainly know that much of it

15   is trapped in the nose.

16        Q     And at least what they find from

17   these studies here, Franklin as late as

18   2007, and I don't know of any more recent

19   paper, maybe somebody does, but I don't know

20   of any more recent paper --

21        MR. D'AMICO:

22             There's one recent on

23   Dawley-Sprague rats that found it in the

24   lower lung.  A recent paper.  I will send it

25   to you.

Page 183

1       MR. HINES:

2           With rats?

3       MR. D'AMICO:

4           (Nods head affirmatively).

5       MR. HINES:

6           We will have a discussion about

7   that.

8   EXAMINATION BY MR. HINES:

9       Q   Okay.  Sorry.  Then if you look at

10  his concluding remarks, take a look at his

11  remarks on Page 284 and 285.  He concludes,

12  does he not, that "there is insufficient

13  evidence of a causal relationship" --

14      A   I'm sorry.  Where are you now?

15      Q   I'm sorry.  Look under

16  "Conclusion."

17      A   Under "Final Remarks"?

18      Q   Page 284.

19      A   284.  All right.  Let me find out

20  where.

21      Q   I'm still on asthma for a moment.

22      A   Okay.  I'm on 284.

23      Q   Right.

24      A   And starting with which sentence

25  now?

Page 191

1    guess I didn't state that she had atopic

2    dermatitis.  I said simply she had

3    "eczema/dermatitis," so that's the phrase

4    that I would rather use here.

5        MR. HINES:

6            Let's go off for one second.

7        THE VIDEOGRAPHER:

8            We're off the record.  It's 2:02.

9    (Discussion off the record.)

10       THE VIDEOGRAPHER:

11           We're back on record.  It's 2:03.

12   EXAMINATION BY MR. HINES:

13       Q    Dr. Maibach has reviewed all of

14   these records, and in part he renders the

15   opinion that Timia Dubuclet has since she

16   was an infant suffered from "idiopathic

17   intrinsic dermatitis which she tolerates

18   well and which has been managed with minimal

19   treatment by her attending physicians."

20           Would you agree or disagree with

21   that statement?

22       A    Well, again, I use somewhat

23   different terminology, but she certainly has

24   had I would call it "eczema/dermatitis"

25   since she was a very young child.  Whether

Page 192

1   she -- How has it been managed?  It's been

2   managed with topical steroids.  So if you

3   call that -- It depends what you call

4   "minimal."  I would just prefer to describe

5   it managed with topical steroids throughout.

6       Q    And that it is, in fact,

7   idiopathic in causation?

8       A    Well, in general -- I mean, again,

9   in general, we don't know what causes

10  eczema/dermatitis.  Again, obviously, I

11  stated that formaldehyde exposure

12  exacerbated it, but I would have to -- In

13  that sense, I can't come up with a clear

14  cause, so I guess I would agree there.

15      Q    All right.  And with respect to

16  the cause, as you said here earlier today,

17  you're not attributing the cause of her

18  atopic dermatitis to her exposure to

19  formaldehyde in the trailer, correct?

20      MR. D'AMICO:

21          Object to the form.  He didn't say

22  "atopic."  If you take "atopic" out, I have

23  no objection.

24  EXAMINATION BY MR. HINES:

25      Q    Right.

Page 193

1      A     Right, I specifically say

2   exacerbated.

3      Q     Your opinion, subject to the

4   objection, your opinion with respect to the

5   dermatitis from which she suffers is limited

6   to the fact that during the period of time

7   that she was in that trailer, she by history

8   and by her mother's stating of the facts and

9   history has told you that her symptoms

10  became worse during the period of time that

11  she was in the trailer, and based upon that

12  and coupled with your exposure to

13  formaldehyde, it is your opinion that it was

14  a formaldehyde gas in that trailer during

15  the period of time she was there that caused

16  the excitement of her underlying dermatitis?

17     A     You say "cause" or the

18  "excitement."  I would just say exacerbated

19  her underlying dermatitis, yes.

20     Q     Right.  It did not cause it, but

21  rather only exacerbated it?

22     A     That's the terminology I use, yes.

23     Q     Right.  And then once she moved

24  out of the trailer, you cannot assign any

25  cause to the exacerbation of that dermatitis

Page 197

1    Appendix A.

2         A    All right.

3         Q    And you had discussed with

4    Mr. Hines whether or not the MRL's factor in

5    the most sensitive populations; do you

6    remember that?

7         A    Correct.

8         Q    All right.  Now, at the top of

9    A-2, the ATSDR tells us that "MRL's are

10   intended only to serve as a screening tool

11   to help public health professionals decide

12   where to look more closely," correct?

13        A    Correct.

14        Q    And you're not quibbling with how

15   the ATSDR has stated that their own MRL's

16   are to be used, are you?

17        A    I am not.

18        Q    It then goes on to say, "Most

19   MRL's contain" -- and this is the third

20   sentence on Page A-2 in Appendix A -- "most

21   MRL's contain a degree of uncertainty

22   because of the lack of precise toxicological

23   information on the people who might be most

24   sensitive (e.g., infants, elderly,

25   nutritionally or immunologically

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 198

1   compromised) to the effects of hazardous

2   substances."

3              Is that right?

4       A     That's correct.

5       Q     And through that statement,

6   they're basically saying that these numbers

7   are built to account for the most sensitive,

8   including infants, the elderly, et cetera?

9       A     Well, I was trying to say

10  something a little bit differently, but

11  that's certainly one of the reasons they put

12  an uncertainty factor in, but you don't know

13  how big to make that uncertainty factor.

14             My point was because there is --

15  I'm making the same point they do, and maybe

16  I didn't make it as clearly.  Because there

17  is the lack of information on these people,

18  it's hard to know -- hard to know how much

19  uncertainty -- how much you should lower it.

20      Q     And that uncertainty factor is

21  built in, because as they say in the next

22  line, the ATSDR is trying to use a

23  conservative approach when it's coming up

24  with these numbers?

25      A     But the question is, is that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

1    uncertainty factor big enough, and we don't

2    know that and they don't either.  You're

3    dealing with -- we just -- There isn't

4    sufficient data to tell us.  So I don't

5    think we're saying anything dramatically

6    different.

7         Q    Right.  And through their own

8    words, like I said, ATSDR states that it

9    "uses a conservative (i.e. protective)

10   approach."  Do you see that?

11        A    I do.

12        Q    And you would agree with their own

13   characterization?

14        A    I do.  But at the same time, you

15   have to understand that when you don't have

16   data, even a conservative approach may not

17   be sufficiently conservative.

18        Q    And these MRL's that the ATSDR has

19   set forth, they're not what you would

20   consider an action level, correct?

21        A    I don't know what you mean by "an

22   action level."

23        Q    If you look on the page before,

24   A-1, and in the second to last paragraph,

25   last line, whatever "action level" means,

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

Page 234

1    is the cause.  You probably couldn't get

2    that study published if you said it.

3         Q    But you would weigh registry data

4    to a lesser extent than, say, full-blown

5    cross-sectional studies or cohort studies,

6    right?

7         A    It depends on -- It depends on the

8    design.  I think it's hard to state that

9    broadly.

10        Q    Some of the studies talk about the

11   effects from cosmetic usage, because

12   cosmetics can contain levels of

13   formaldehyde; is that right?

14        A    That's correct.

15        Q    In dealing with cosmetics, we

16   would be talking about specifically a dermal

17   exposure to formaldehyde, because the

18   cosmetic is actually being placed on the

19   skin, right?

20        A    That's correct.

21        Q    And the formaldehyde would be in a

22   solvent form within the cosmetic?

23        A    Well, if not -- It's entrapped in

24   solid.  It's not a solid, per se.

25        Q    As part of the cosmetic solution?

Page 235

1       A    As part of the cosmetic substance,

2   yes.

3       Q    And cosmetics, we would not be

4   talking about gaseous formaldehyde?

5       A    No, we wouldn't.

6       Q    And then at the end of your report

7   on Page 6, you basically state -- Well, not

8   to summarize what you said.  You state, as I

9   believe you have stated on other occasions

10  today, that prior to moving into the

11  trailer, Timia Dubuclet had eczema and

12  dermatitis, correct?

13      A    That's correct.

14      Q    And then she had eczema and

15  dermatitis while residing within the FEMA

16  trailer, right?

17      A    Correct.

18      Q    And to some degree, she still has

19  eczema and contact dermatitis to this day?

20      A    That's correct.

21      Q    And she probably will have eczema

22  and dermatitis to some degree for the

23  remainder of her life, correct?

24      A    Again, I don't know the

25  probabilities there, but it's common for it

Page 241

1            Explain how you came to that

2    conclusion, Doctor.

3      A    Well, in a high level, and perhaps

4    I wasn't as clear as I might have been

5    before, it's not a single paper, nor do you

6    expect any single paper to say X causes Y.

7    Frankly, it would be hard to get that

8    published.  The editors usually force you to

9    be a little more circumspect than that.

10            But you got papers that establish

11   associations, establish correlations, and

12   then you bring the evidence together.  So

13   it's the balance of the evidence that

14   creates the causative inference rather than

15   just a single paper saying X causes Y.  You

16   just don't find many of those.

17            I'm also referring here to the

18   Federal Rules, which specifically look for a

19   risk -- you know, a risk ratio, an odds

20   ratio of greater than 2.0 for

21   epidemiological studies to support a

22   causative inference.

23      Q    And did you consider those

24   epidemiological studies that had an odds

25   ratio greater than 2.0 to be indicative that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 243

1    all part of putting together the opinion.

2        Q    Okay.  And is that what you did in

3    reaching your conclusions regarding Timia

4    Dubuclet and the exacerbation of dermatitis

5    or eczema while she resided in the travel

6    trailer?

7        A    And rhinitis as well.

8        MR. D'AMICO:

9             And rhinitis as well.  That's all

10   the questions I have.

11       MR. HINES:

12            I'm trying to find, where did you

13   ask him questions about relative risks and

14   odds ratios?  Oh, here it is.

15   EXAMINATION BY MR. HINES:

16       Q    Doctor, let me go back to your

17   sentence on Page 5.  You have cited to a

18   number of papers, and they are annexed to

19   your report, and then you conclude that, "As

20   the prior discussion indicates, exposure to

21   formaldehyde is strongly associated with the

22   development of dermatitis/eczema, with

23   relative risk levels for illness

24   substantially exceeding the 2.0 level."

25            Tell me a single study that

Page 244

1    addressed odds ratios, SMR's, relative

2    risks, whatever the term you want to use is,

3    that is addressing anything other than

4    formalin-based or cosmetic-based products?

5         A    Well, I have cited two studies.  I

6    say the health study -- Should I continue

7    your question?

8         Q    Yes.  Go ahead.

9         A    The health study which

10   specifically addresses cosmetics, and then

11   the Mirshahpanah and Maibach study, which is

12   a broader study.  It doesn't specifically

13   address the route of exposure.

14        Q    All right.  You know that Howard

15   Maibach is my expert?

16        A    I do, and I have not read his

17   report, so perhaps he can clarify what is

18   specifically mentioned in that study.

19        Q    Well, if we throw out Held, which

20   is specifically dealing with cosmetics, and

21   if Howard Maibach comes in here and

22   testifies that he had nothing whatever to do

23   with gaseous formaldehyde and everything to

24   do with that particular study, would you

25   retract your statement that you do not have

Page 245

1    world literature that shows exposure to

2    gaseous formaldehyde has a relative risk in

3    excess of 2.0?

4         A    My statement doesn't say that.

5         Q    I didn't think it did.

6         A    It doesn't say gaseous

7    formaldehyde, so if you would like to -- if

8    we could quote it accurately, that might

9    help.

10        Q    All right.  Your study and your

11   relative risks do not come from studies

12   dealing with gaseous formaldehyde, do they?

13        A    That's correct.  They come from

14   studies dealing with formaldehyde exposure.

15        Q    Formaldehyde exposure, and

16   formaldehyde either in solid form, in a

17   cosmetic, or in an aqueous form as studied

18   by Maibach and his assistant there at the

19   University of San Francisco?

20        A    Well, again, I can look back at

21   the Maibach paper.  I don't believe it

22   specifically talks about which form it's in,

23   but again, you may have more information

24   than I do about that, and it would be

25   interesting for me to know, but it would not

Page 246

1    change my statement.  My statement relates

2    to exposure -- specifically relates to

3    exposure to formaldehyde.

4        Q    All right.  And then my question

5    is, and let me be sure I understand, there

6    is no study in the world's literature that

7    you are aware of that addresses gaseous

8    formaldehyde and its cause of contact

9    dermatitis, correct?

10       A    I think we discussed this several

11   times earlier.

12       Q    At great length, right.

13       A    So I would stand by what I said

14   earlier.

15       Q    And what you just said doesn't

16   change, that is with respect to the

17   questions Mr. D'Amico asked you, that

18   doesn't change that earlier opinion either,

19   does it?

20       A    It does not.

21       MR. HINES:

22            That's all I've got.

23       THE WITNESS:

24            Okay.

25       THE VIDEOGRAPHER: