Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER ) <br> FORMALDEHYDE ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 1873 <br><br> SECTION: N(4) <br><br> JUDGE: ENGELHARDT <br> MAG: ROBY |

## AFFIDAVIT OF LAWRENCE G. MILLER, M.D., M.P.H. IN THE TRIAL OF TIMIA DUBUCLET

STATE OF MASSACHUSETTS
COUNTY OF MIDDLESEX

Before me, the undersigned notary on this day personally appeared Lawrence G. Miller, M.D.,M.P.H., a person whose identity is known to me. After I administered the oath to him, upon his oath he stated as follows:

All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

I am writing concerning Ms. Timia Dubuclet. I have been asked to provide an opinion concerning her state of health as it relates to exposure to formaldehyde. My opinion is based on my personal knowledge, education and experience. I am a licensed physician and am Board-certified in Internal Medicine, Pulmonary Disease and Clinical Pharmacology. I received the M.P.H. degree in Environmental Health.

I have reviewed medical records provided concerning Ms. Dubuclet, the report of Dr. Patricia M. Williams, the depositions of Ms. Elisha Dubuclet and Dr. Stephen Smulski, air sampling data from the W. D. Scott Group, and also the medical and toxicological

Dubuclet 7/09

1

**DUB000596**

literature. In addition, I have interviewed Ms. Dubuclet and her mother, and examined Ms. Dubuclet in conjunction with Dr. George Farber, her treating dermatologist.

Briefly, Ms. "Timia" Dubuclet is a 10 year old African-American girl. She was delivered by Cesarean section and weighed 6 lbs 11 oz at birth. Her mother reports an uncomplicated pregnancy and delivery. She reports that Timia was healthy as an infant, and recalls only the usual early childhood illnesses. Timia and her mother recall frequent episodes of nasal congestion as a young child, treated with oral medications. Her mother recalls a few episodes of dry skin but no significant skin problems until approximately 4 years ago. At this time, her mother reports that Timia's dry skin became worse and she used several creams to treat it. Timia and her mother report that Timia's skin problems became significantly worse soon after they moved into a FEMA trailer. At this time, Timia developed patchy rashes, primarily on her arms, and also rashes and itching on her face, especially her eyelids (left greater than right). These rashes were intensely pruritic, and Timia recalls that she would scratch them so much her skin became sore. She used several creams with limited success. These rashes persisted, sometimes in circumscribed patches, sometimes diffuse and primarily at the sites noted above. Timia began seeing Dr. Farber in mid-2008, and reports that her skin is significantly better since that time. She continued to have some itching and uses creams which she reports are helpful. Timia's mother reports that Timia has had allergies and frequent episodes of sinus congestion since Timia was a young child; Timia has used both oral medications and inhalers to treat this condition. Timia's mother also reports that she has had nasal congestion since she was a young child. Her symptoms have been primarily coryza and congestion, and have been treated with oral drugs and inhalers. Timia and her mother indicate that her nasal symptoms became more common and more severe in the last 3-4 years, with persistent nasal congestion. Timia and her mother recall no major illnesses and no hospitalizations. Timia's mother reports no family history of allergies, although her mother indicates that she developed allergies while living in the trailer.

Review of medical records indicates no major illnesses. There are mentions of dry skin and eczema as early as 2001, but no further description of physical findings; she was treated with topical steroids and oral antihistamines at that time. The problem appeared to be sporadic at this point, with prolonged asymptomatic intervals. Timia again received topical treatment for this problem in early 2005. There are several gaps in the medical records, with little information available in late 2005 and 2006. Eczema is again described in 2007 and is present in almost all subsequent notations. The diagnosis of atopic dermatitis was made in mid-2008, and has continued to the present. Recent treatment has included topical steroids and light therapy, and has been reported to be successful. Rhinitis is reported in the medical records in 2002, and Timia was treated with antihistamines and inhalers at this time. Allergic rhinitis was first described in 2007, and has continued to the present, with intermittent treatment with antihistamines and inhalers. Recent allergy testing performed by Dr. Farber indicates a positive response to formaldehyde; as Dr. Farber states, "The positive test for formaldehyde indicated that Timia has been sensitized to the formaldehyde, and is now allergic to it."

Dubuclet 7/09

2

DUB000597

At the time of the examination, Timia reports that her skin is "good" and the treatments have been very helpful. She also reports no current nasal congestion, although she recalls nasal congestion recently.

Physical examination of the skin was performed in conjunction with Dr. George Farber. The skin was largely clear, except for results of a recent patch test in the mid-back; I viewed with Dr. Farber the results of the skin testing. Examination of the upper respiratory tract was unremarkable.

Formaldehyde in housing has been an issue of longstanding concern. Formaldehyde is a common component of plywood, composition board, fibreboard, carpeting, glues, resins and other construction materials. Studies summarized in the CDC Report (2008; see below) indicate that formaldehyde emission rates in housing are greater in newer housing compared to older housing, and are relatively constant during the first 8 months post-construction, declining subsequently, although emissions can continue for prolonged periods. Formaldehyde emissions in housing vary with temperature, humidity and ventilation.

As is widely known, in the aftermath of Hurricane Katrina, severe damage to the homes of many families led to the provision of temporary housing by the Federal Emergency Management Agency (FEMA). This temporary housing, collectively referred to as "FEMA trailers", led to the exposure of residents to potentially toxic substances, including formaldehyde. In July 2008, the Federal Centers for Disease Control issued a report describing exposures to formaldehyde in occupied FEMA trailers. This report was based on air sampling of formaldehyde in a random sampling of 519 occupied trailers, involving a 1-hour continuous indoor air sample, and spot measurements of indoor temperature and humidity. These measurements were undertaken during the winter months.

The CDC sampling data indicated a mean (geometric) formaldehyde level of 77 ppb, with a range from 590 ppb, with some variation based on type of trailer. Some trailers of all types had formaldehyde levels greater than 100 ppb. The CDC also surveyed other activities with the potential to alter formaldehyde emissions, including smoking, cooking, use of fragrances, use of construction materials and ventilation.

As the CDC Report discusses, formaldehyde levels measured during this study are likely to underestimate past levels, in part due to higher expected emissions with increased temperature and humidity, in part to higher expected emissions when the trailers were first placed into use.

On July 8-9, 2009, the W.D. Scott Group measured formaldehyde levels inside the trailer and reported levels of 230 ppb by active tube sample method and 340 ppb by passive badge dosimeter method. As noted above, and described in the report of Dr. Stephen Smulski, these levels were measured more than three years after the manufacture of the trailer, and levels closer to the date of manufacture were likely to be higher. As discussed

DUB000598

below, these levels substantially exceed the MRL levels for intermediate and chronic exposure to formaldehyde described by the ATSDR.

These data indicate the presence of a "completed exposure pathway", that is, a source of contamination, a means by which contamination becomes present in the environment, a source of exposure, routes of exposure and an exposed population.

The health effects of formaldehyde have been widely studied for decades. Acute exposure to formaldehyde produces irritation in the eyes and upper respiratory tract. Chronic exposure to low concentrations of vapor produces eye and upper respiratory tract irritation, as well as skin rashes and neurobehavioral effects.

The Agency for Toxic Substances and Disease Registry (ATSDR) has established Minimal Risk Levels (MRL) for inhalation of formaldehyde (1999). An MRL is an estimate of the daily human exposure to a toxic substance that is likely to produce no adverse health effects over a specified period of exposure. It should be noted that MRLs are generally based on studies of healthy adults, and do not take into account exposures to sensitive populations. The MRL derived for intermediate inhalation (15-364 days) is 30 ppb, and for chronic inhalation (greater than 365 days) is 8 ppb.

It should be noted that children are likely to constitute a sensitive population for exposures to formaldehyde and other toxic substances, despite limitations in data concerning exposures to children. Increased sensitivity of children may be due to differences in metabolism of xenobiotics, diet, and daily activities. Several studies suggest that children may be more sensitive than adults to the irritant effects of formaldehyde (Krzyzanowski et al., 1990; Wantke et al., 1996).

In addition to its direct irritant effects, formaldehyde has long been known to produce sensitization in humans by a delayed hypersensitivity mechanism, with subsequent development of dermatitis/eczema in exposed patients. Indeed, results from the major registries of contact dermatitis indicate that formaldehyde is among the most common allergens associated with contact dermatitis, and this has been the case for at least a decade. The North American Contact Dermatitis Group (NACDG) recently reported that allergen testing was positive for formaldehyde in 9% of patients with suspected allergic contact dermatitis in 2005 to 2006; these results were similar to those reported in a prior study covering the preceding 10 years (Zug et al., 2009). Similar results were reported in a small sample of children: 4% of patients with suspected allergic contact dermatitis tested positive for formaldehyde (Hogeling and Pratt, 2008). These results are consistent with data from other registries, and for specific types of contact dermatitis (e.g., dermatitis of the hands) (Warshaw et al., 2007, 2008). There is evidence that individuals with a history of allergy, either atopic dermatitis or allergic rhinitis, are more susceptible to the effects of formaldehyde exposure (Takahashi et al, 2007).

Several studies directly address the relative risk for the development of dermatitis/eczema in individuals exposed to formaldehyde. Held et al. (1999) evaluated 1527 patients with contact dermatitis seen over a 2-year period for both patch test reactions and irritant

reactions to components of cosmetics, including formaldehyde. They compared patients with positive or questionably positive patch test reactions with their own cosmetic products to a control eczema population without such reactions. As the authors report, "The preservative formaldehyde was found to be a causative ingredient in significantly more of the cosmetic-allergic patients (patients with both positive and ?+ reactions to their own products) compared to the control eczema population". The odds ratio for patients with positive reactions was 7.29 compared to controls, and for patients with questionably positive reactions was 4.03 compared to controls.

A recent review by Mirshahpanah and Maibach (2007) reviewed the literature to evaluate the relationship between the allergic patch test reaction frequency to common allergens, including formaldehyde, of a random sample compared to an eczema population. They focused on two surveys of contact dermatitis/eczema, the NACDG discussed above, the European Environmental and Contact Dermatitis Research Group (EECDRG). They calculated odds ratios for the development of dermatitis/eczema in both the NACDG and EECDRG samples; the odds ratios were 13.03 and 2.90 respectively, and both were highly statistically significant.

These data strongly support the causative nature of formaldehyde exposure in the development of dermatitis/eczema, with risk levels for illness substantially exceeding the 2.0 level. In addition, the biological mechanism for the causative role of formaldehyde in dermatitis/eczema is well-described and accepted.

Many of these same data apply to the association of allergic rhinitis and formaldehyde exposure (e.g., Wantke et al., 1996; Takahashi et al., 2007; also Feinman, 1988). The development of rhinitis associated with exposure to formaldehyde has been widely documented in occupational and non-occupational settings. The mechanism appears to be similar to that for eczema/dermatitis, that is, a delayed hypersensitivity mechanism associated with mucosal surfaces.

With regard to Ms. Dubuclet, the primary elements for causation of her dermatitis/eczema and allergic rhinitis by formaldehyde exposure are present. As previously noted a "completed exposure pathway" is present, indicating the likelihood that Ms. Dubuclet was exposed chronically to formaldehyde emissions in her "FEMA trailer" housing. The positive allergy tests performed by Dr. Farber further support the completed exposure pathway for formaldehyde. As the prior discussion indicates, exposure to formaldehyde is strongly associated with the development of dermatitis/eczema, with relative risk levels for illness substantially exceeding the 2.0 level. There is also abundant evidence indicating that formaldehyde exposure is associated with the development of allergic rhinitis, by the same biological mechanism as eczema/dermatitis. Finally, Ms. Dubuclet's skin rashes, including both nummular and diffuse eczema, are characteristic of the dermatitis/eczema associated with formaldehyde exposure, and her allergic rhinitis is characteristic of that associated with formaldehyde exposure

DUB000600

It should be noted that Ms. Dubuclet had a history of dry skin and several mentions of eczema prior to her exposure in the FEMA trailer, as well as episodes of rhinitis that may have been allergic in nature. It is possible that Ms. Dubuclet had a tendency to allergies (or atopy); there is also evidence individuals with an allergic diathesis are more sensitive to the effects of formaldehyde and other chemicals. The causes of Ms. Dubuclet's eczema/dermatitis and allergic rhinitis prior to residing in the FEMA trailer cannot be stated with certainty. Based on her medical history, her symptoms of both eczema/dermatitis and allergic rhinitis became more chronic and more severe after residing in the FEMA trailer.

In summary, it is my professional opinion that, within a reasonable degree of medical probability, the exposure to formaldehyde emissions in the FEMA trailer significantly exacerbated Ms. Timia Dubuclet's eczema/dermatitis and allergic rhinitis.

References

Centers for Disease Control and Prevention. Final Report on formaldehyde levels in FEMA-supplied travel trailers, park models and mobile homes, July 2008.
Feinman SE. Formaldehyde sensitivity and toxicity. CRC Press, Boca Raton, FL, 1988, 135.
Held E, Juhansen JD, Agner T, Menne T.. Contact allergy to cosmetics: testing with patients' own products. Contact Dermatitis 1999 40:310.
Hogeling M, Pratt M. Allergic contact dermatitis in children: the Ottawa hospital patch-testing clinic experience, 1996-2006. Dermatitis 2008 19:86.
Krzyzanowski M, Quackenboss JJ, Lebowitz M. Chronic respiratory effects of indoor formaldehyde exposure. Environ Res 1990 52:117.
Mirshahpanah P, Maibach HI. Relationship of patch test positivity in a general versus and eczema population. Contact Dermatitis 2007 56:125.
Takahashi S, Tsuji K, Fujii K et al. Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas. J Dermatol 2007 34:283.
US Dept. of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry. Toxicological profile for formaldehyde. July 1999.
Wantke F, Demmer CM, Tappler P et al. Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children. Clin Exp Allergy 1996 26:276.
Warshaw EM, Ahmed RL, Belsito DV et al., Contact dermatitis of the hands: cross-sectional analyses of North American Contact Dermatitis Group Data 1994-2004. J Am Acad Dermatol 2007 57:301.
Warshaw EM, Belsito DV, DeLeo VA et al. North American Contact Dermatitis Group patch test results 2003-2004 study period. Dermatitis 2008 19:129
Zug KA, Warshaw EM, Fowler JF Jr. et al. Patch test results of the North American Contact Dermatitis Group 2005-2006. Dermatitis 2009 20:149.

DUB000601

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

7/13/09
Date



Lawrence G. Miller, M.D., M.P.H.

Sworn and subscribed before me this 10th day of July 2009.

Kathy Parker   7/31/09

KATHY L. PARKER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 21, 2015