Exhibit C

Contact Dermatitis 2007: 56: 125–130
Printed in Singapore. All rights reserved

© 2007 The Authors
Journal compilation © 2007 Blackwell Munksgaard
CONTACT DERMATITIS

Review Article

# Relationship of patch test positivity in a general versus an eczema population

Parham Mirshahpanah[1] and Howard I. Maibach[2]

[1]RBA Dermatology Berlex Biosciences, Richmond, CA, and [2]Dermatology, UCSF, San Francisco, CA

Using previously generated data from multicenter studies European Environmental and Contact Dermatitis Research Group (EECDRG) and North American Contact Dermatitis Group (NACDG), we compare patch test positivity of random sample and eczema populations, attempting to ascertain how one might extrapolate frequency from an eczema group to a general population. We included population-based mathematical estimates for patch test reaction in the general population using the Multinational *MONI*toring of trends and determinants in *Ca*rdiovascular disease MON-ICA and Clinical Epidemiology and Drug-Utilization Research (CE-DUR) systems. Data analysis provides a ratio of eczema population:random sample population for each allergen and an overall ratio of all allergens 5:1 for actual data and 6:1 for population-based estimates (according to the MONICA and CE-DUR systems). If the positivity rate were the same in each population, the ratio would approximate 1. The individual allergen ratios ranged from formaldehyde at 11.6 to parabens at 1.0, with respect to the NACDG. Some differences may be explained by exposure (neomycin) being greater in patients than in random population. Materials of ubiquitous exposure – i.e. fragrance mix and nickel – had ratios closer to 1. Taken together, data obtained in eczema patients may be viewed as part of a complex biology and may eventually be of use in aiding validation of predictive dermatotoxilogic assays and in public health assessments.

Key words: contact allergy; epidemiology; patch test. © Blackwell Munksgaard 2007.

Accepted for publication 20 November 2006

Recently, investigations have become more specific in discussing patch test frequency data (1). The term allergic patch test reaction frequency typically refers to patch test positivity numbers – without attempt to correct for clinical relevance – i.e. the clinical disease of allergic contact dermatitis, present or past. The number may include the result of false positives and non-reproducible positives from the excited skin syndrome. Contact allergy implies true delayed hypersensitivity (a true allergic patch test response) but does not imply clinical relevance has been established. We aim to delineate the relationship between the allergic patch test reaction frequency of a random sample versus an eczema population to common allergens in hopes of opening the door to more specific investigations of contact allergy in general populations and, ultimately, using this information for refining the clinical relevance of predictive toxicologic assays.

## Materials and Methods

To identify the sparse literature regarding random sample population patch testing, we searched the following databases: Science Citation Index (1974–2005), Embase (1974–2005), and PubMed (1966–2005). We accessed the same databases for eczema population patch test results.

Search terms included the following: patch test, general population, eczema population, epidemiology of contact allergy, allergy, and contact sensitization. The terms were searched independent from one another to include all relevant literature without excluding publications that may not necessarily contain combinations of terms. These search results were then scoured for relevant studies and data by investigating every abstract and including those studies that independently contained random sample population and eczema patch test data. We reviewed standard contact dermatitis textbooks in English, French, German, and Spanish.

One of the estimates of patch test positivity was reduced from a population-based study platform KORA, which was a fraction of the population-related MONICA sample. This study selectively included individuals to comprise a test population of roughly equal responders and non-responders to allergens in place of actual random sample

population. The information was extrapolated to the MONICA study base to provide a larger sampling of the population-based estimates (2).

The other population-based estimate uses drug utilization research and actual data from the Information Network of Departments and Dermatology (IVDK) to extrapolate contact allergy to the general population. This study calculates the following 3 different models: best, medium, and worst case scenarios for the number of positive patch tests expected in the random sample population – we use the medium case scenario (3).

As the members and locations of the European Environmental and Contact Dermatitis Research Group (EECDRG) and North American Contact Dermatitis Group (NACDG) changed over time, we included only allergens comparable in both groups. The comparative data (Table 2) were prepared by including all data from random sample populations; to preserve the comparability of the random sample population to the eczema population, we did not perform further data subanalysis for age, sex, patient populations, and exposures. We have separate ratio results relative to the NACDG and EECDRG to distinguish geographical differences.

Additionally, we include odds ratio calculations with $P$ values that verify significance of ratios. These data were analysed using logistic regression techniques; no adjustments for multiple testing were performed, all analyses were considered to be exploratory and performed using SAS 9.1.3 (SAS Institute Inc; Cary, NC, service pack 3).

### Results

The average percent positivity in the eczema population ranges from 17.3% (nickel – EECDRG) to 0.7% (mercapto mix – NACDG) (Table 1). This pattern is similar in the random sample population but with lower percentages, with nickel at 13.4% and mercapto mix at 0.2% (Table 3). Population-based estimates place fragrance mix, 6.6%, ahead of nickel, 6.1%, and also list mercapto mix, 0.2%, at the low end (Table 4).

Random sample population reactivity to patch testing (Table 2) spans several regions and various chemicals. Table 2 includes those studies that provide a considerably large number of tested compounds; additionally, our ratio calculations include data from other studies on random sample population patch testing that have been published. The study by Seidenari et al. of 593 Italian cadets presented positive reactions to nickel (0.67%), phenolformaldehyde resin (1.01%), and parabens (1.67%) (6). The investigation by Prystowsky et al. of 1158 individuals presents positive reactions for nickel (9.9%), neomycin (1.95%), and benzocaine (0.29%) (7). Peltonen shows 1.7% potassium dichromate reactivity ($n = 822$) and 4.5% nickel reactivity ($n = 980$) (8, 9). Nielsen reports 6.5% nickel reactivity in 567 tested individuals (10). The investigation by Mortz et al. of 1146 individuals yielded 8.6% nickel reactivity (11). The study by Menezes de Padua et al. showed 2.3% neomycin sulfate reactivity in 14 352 tested individuals (12).

To appreciate the difference in positivity percentages between the random sample and eczema populations, we calculated a ratio of percent positivity of eczema to random sample population for each allergen.

Calculations are as follows:
Ratio:

$$\frac{(\% \text{ positivity})_{\text{eczema}}}{(\% \text{ positivity})_{\text{random sample}}}$$

Percent positivity:

$$\frac{\left[\sum_{i=1}^{n}(\# \text{ positive})_i\right]}{\left[\sum_{i=1}^{n}(\text{total \# tested})_i\right]}$$

The ratio of percent positivity between the eczema and random sample population ranges from thiuram mix, 11.3 – NACDG, and formaldehyde, 11.6 – NACDG, down to parabens at 1.0 – NACDG (Table 3). The overall average ratio averages 4.5 and 2.9 – NACDG and EECDRG, respectively, representing eczema:random sample

*Table 1.* Patch test results of eczema population from the NACDG from 2001 to 2002 (4) and the EECDRG from 2002 to 2003 (5)

|  | NACDG, % positivity ($n \approx 4900$) | EECDRG, % positivity ($n \approx 8800$) |
|---|---|---|
| Nickel | 16.7 | 17.3 |
| Cobalt chloride | 7.4 | 8.0 |
| Fragrance mix | 10.4 | 6.4 |
| Neomycin | 11.6 | 2.7 |
| Potassium dichromate | 4.3 | 5.4 |
| Formaldehyde | 8.4 | 2.0 |
| $p$-Phenylenediamine | 4.8 | 3.1 |
| Thiuram mix | 4.5 | 2.0 |
| Epoxy resin | 2.3 | 1.5 |
| Phenolformaldehyde resin | 1.9 | 1.4 |
| Benzocaine | 1.7 | 0.8 |
| Parabens | 0.6 | 1.2 |
| Mercaptobenzothiazol | 0.9 | 0.9 |
| Mercapto mix | 0.7 | 0.9 |

NACDG, North American Contact Dermatitis Group; EECDRG, European Environmental and Contact Dermatitis Research Group.

Table 2. Random sample population reaction percent positivity to patch test chemicals

|  | Germany (14), % positivity ($n = 1141$) | Thailand (15), % positivity ($n = 2545$) | Denmark (16,17), % positivity ($n = 469$) | Odense study (18), % positivity ($n = 1146$) |
|---|---|---|---|---|
| Nickel | 13.1 | 27.8 | 11.0 | 8.6 |
| Cobalt chloride | 2.4 | — | 0.9 | 1.0 |
| Fragrance mix | 15.9 | 2.9 | 2.3 | 1.8 |
| Neomycin | 1.4 | — | — | 0.2 |
| Potassium dichromate | 1.0 | 2.6 | 0.6 | 0.5 |
| Formaldehyde | 0.6 | 0.7 | 0.6 | — |
| p-Phenylenediamine | 1.5 | 2.3 | 0.2 | 0.2 |
| Thiuram mix | 0.7 | — | — | 0.1 |
| Epoxy resin | 0.6 | — | 0.2 | 0.2 |
| Phenolformaldehyde resin | 0.4 | — | 0.4 | 0.9 |
| Benzocaine | 1.0 | — | — | — |
| Parabens | 0.6 | — | — | 0.1 |
| Mercaptobenzothiazol | 0.3 | — | — | 0.1 |
| Mercapto mix | — | — | 0.2 | — |

population likelihood to present positive reaction to these allergens.

In addition to the ratio analyses of the data, we have included a simple statistical evaluation of the data using the SAS system to produce an odds ratio (13) for each allergen and between each database – NACDG versus random sample, EECDRG versus random sample, and EECDRG versus. NACDG – including a P value and confidence interval; those ratio analyses presenting a P value <0.05 indicate statistically significant results (Table 5). The odds ratio is defined, in this case, as the relative likelihood that the allergen in question will elicit an allergic reaction in the contrasting groups – i.e. NACDG versus random sample population. Furthermore, odds ratio measurements do not require special assumptions and are applicable to follow-up, case–control, or cross-sectional study designs (19).

## Discussion

Currently, patch test frequency data are discussed by the groups collecting them, government regulators, and industry. Reducing lessons from the data to practice – i.e. what do the numbers mean – has been problematic. We hope that the approach used here will stimulate further analyses that will enrich our database of allergen reactivity and, ultimately, lead to improved product safety, with a better understanding of the clinical relevance of especially allergic compounds. With enough

Table 3. Random sample (healthy) population percent positivity average is calculated for each allergen by pooling data from all tested populations and calculating an overall percent positivity. This value is placed in a ratio of eczema population percent positivity to random sample percent positivity with respect to NACDG and EECDRG results. Total average ratio of all allergens as calculated by the average ratio equation for NACDG and EECDRG, respectively, is 4.5:1 and 2.9:1 eczema:random sample population

|  | Total healthy population | Healthy population, average % positivity | NACDG ratio[a] | EECDRG ratio[a] |
|---|---|---|---|---|
| Nickel | 9745 | 13.4 | 1.2 | 1.3 |
| Cobalt chloride | 2756 | 1.6 | 4.6 | 5.0 |
| Fragrance mix | 5301 | 5.4 | 1.9 | 1.2 |
| Neomycin | 17 797 | 2.1 | 5.6 | 1.3 |
| Potassium dichromate | 6123 | 1.6 | 2.6 | 3.3 |
| Formaldehyde | 4155 | 0.7 | 11.6 | 2.8 |
| p-Phenylenediamine | 5301 | 1.5 | 3.2 | 2.1 |
| Thiuram mix | 2287 | 0.4 | 11.3 | 5.0 |
| Epoxy resin | 2756 | 0.4 | 6.3 | 4.1 |
| Phenolformaldehyde resin | 3349 | 0.7 | 2.7 | 2.0 |
| Benzocaine | 2299 | 0.6 | 2.6 | 1.2 |
| Parabens | 2880 | 0.6 | 1.0 | 1.9 |
| Mercaptobenzothiazol | 2287 | 0.2 | 4.5 | 4.5 |
| Mercapto mix | 469 | 0.2 | 3.5 | 4.5 |
|  |  |  | 4.5 | 2.9 |
| **Total average ratio** | n/a | n/a | n/a | n/a |

[a]Ratios calculated as percent positivity of eczema population to random sample population.
NACDG, North American Contact Dermatitis Group; EECDRG, European Environmental and Contact Dermatitis Research Group.

*Table 4.* Population-based estimates of general population reaction to patch test chemicals, with a percent positivity ratio of eczema to estimated general population with respect to NACDG and EECDRG using the ratio equation for specific ratios

|  | MONICA (2) | CE-DUR (3) | Total average | Averages | |
|---|---|---|---|---|---|
|  | % positivity ($n = 4178$) | Computer model, % positivity | Average % positivity | NACDG estimated average ratio | EECDRG estimated average ratio |
| Nickel | 9.9 | 2.3 | 6.1 | 2.7 | 2.8 |
| Cobalt chloride | 1.5 | – | 1.5 | 4.9 | 5.3 |
| Fragrance mix | 11.4 | 1.8 | 6.6 | 1.6 | 1.0 |
| Neomycin | 1.3 | 0.4 | 0.9 | 13.6 | 3.2 |
| Potassium dichromate | 0.8 | 0.6 | 0.7 | 6.1 | 7.7 |
| Formaldehyde | 0.3 | 0.3 | 0.3 | 28.0 | 6.7 |
| *p*-Phenylenediamine | 0.4 | 0.7 | 0.6 | 8.7 | 5.6 |
| Thiuram mix | 0.5 | 0.4 | 0.5 | 10.0 | 4.4 |
| Epoxy resin | 0.5 | 0.2 | 0.4 | 6.6 | 4.3 |
| Phenolformaldehyde resin | 0.2 | 0.2 | 0.2 | 10.9 | 8.0 |
| Benzocaine | 1.0 | 0.2 | 0.6 | 2.8 | 1.3 |
| Parabens | 0.5 | 0.2 | 0.4 | 1.7 | 3.4 |
| Mercaptobenzothiazol | 0.2 | – | 0.2 | 4.5 | 4.5 |
| Mercapto mix | 0.2 | – | 0.2 | 3.5 | 8.5 |
|  |  |  |  | 7.6 | 4.8 |
| **Total average ratio** | n/a | n/a | n/a | n/a | n/a |

MONICA, Multinational MONItoring of trends and determinants in Cardiovascular disease; CE-DUR, Clinical Epidemiology and Drug-Utilization Research.

effort, we may be able to distinguish allergen reactivity among regions, ages, sex, and exposures.

We examined relatively simple chemicals and omitted the following allergens because of their heterogeneity: Balsam of Peru, colophony, lanolin alcohol, and methyldibromoglutaronitrile because of the low number of tested random populations. In addition to the data in the Tables, Johnke et al. show 8.6% allergic reactivity to nickel sulfate in infants (13); however, the data have been omitted because it is the only general infant information available.

We performed simple mathematical treatment of the data, as described in the Results, because of the lack of clear clinical comparability. The choice of the EECDRG and NACDG was arbitrary; the comparison between the eczema patients and general population is only treated statistically as a ratio and odds ratio. The population-based estimates use mathematically modelled high and low estimates of patch test positivity in a random sample population by statistical evaluation of sales data for patch test material in Germany and on patient data from the IVDK; we include the estimates only to supplement the limited data available for random populations; however, the methods the estimate studies employ are not directly relevant to our topic. We interpret the data, including actual and estimated values of healthy population, as an average ratio of 6:1 and 4:1 for NACDG and EECDRG, respectively, eczema:general population in terms of allergic reaction to these patch test chemicals. The odds ratios and *P* values provide additional confidence that the differences we observe are significant, despite the limited amount of data available.

Eczematic skin is presumably more prone to reactivity relative to healthy skin (14). Some patch test chemicals can be marginal irritants and may tend to produce more positive results in eczema patients (15). There may also be discrepancies depending on which area of the back the patch test is applied (16), along with seasonal variability of patch test results (17). Result variation may also be because of the number of patches applied to the test group; fewer patches are usually applied in random sample population test groups, while a relatively higher number is used for eczema patients, which elicits more positive reactions (21, 25). The differences between the eczema and general population might be different if corrected for excited skin syndrome, which may play a role in the increased sensitivity of eczematic skin depending on the time of skin dermatoses evolution (25). These are all parameters that must be accurately accounted for in future studies along with a greater amount of data made available for interpretation.

In essence, an allergic contact dermatitis predictive testing has many variables (occlusions, non-occlusions, dose, species, etc) that have made direct extrapolation for clinical use in man a significant intellectual challenge (26, 27). The numbers presently available to us are simply not enough to arrive at clinically accurate conclusions; however, the method of analysis may prove conclusive given a large enough data set. The ratios presented here do not resolve the interpretational

*Table 5.* Odds ratio calculations as described in Materials and Methods section. Odds ratio provided with a 95% (CI)

| Observation | Substance | Contrast | Odds ratio (95% CI) | P value |
|---|---|---|---|---|
| 1 | Nickel | NACDG vs sample | 1.2945 (1.1771, 1.4236) | <0.0001 |
| 2 | Nickel | EECDRG vs sample | 1.3517 (1.2492, 1.4626) | <0.0001 |
| 3 | Nickel | EECDRG vs NACDG | 1.0442 (0.9525, 1.1448) | 0.3567 |
| 4 | Phenolformaldehyde resin | NACDG vs sample | 2.7908 (1.7644, 4.4144) | <0.0001 |
| 5 | Phenolformaldehyde resin | EECDRG vs sample | 2.0592 (1.3214, 3.2089) | 0.0014 |
| 6 | Phenolformaldehyde resin | EECDRG vs NACDG | 0.7378 (0.5655, 0.9627) | 0.0251 |
| 7 | Parabens | NACDG vs sample | 1.0031 (0.5502, 1.8286) | 0.9920 |
| 8 | Parabens | EECDRG vs sample | 2.0399 (1.2203, 3.4100) | 0.0065 |
| 9 | Parabens | EECDRG vs NACDG | 2.0337 (1.3467, 3.0713) | 0.0007 |
| 10 | Neomycin | NACDG vs sample | 6.1155 (5.3452, 6.9969) | <0.0001 |
| 11 | Neomycin | EECDRG vs sample | 1.2920 (1.1009, 1.5162) | 0.0017 |
| 12 | Neomycin | EECDRG vs NACDG | 0.2113 (0.1817, 0.2457) | <0.0001 |
| 13 | Benzocaine | NACDG vs sample | 2.8076 (1.5902, 4.9569) | 0.0004 |
| 14 | Benzocaine | EECDRG vs sample | 1.3210 (0.7355, 2.3724) | 0.3514 |
| 15 | Benzocaine | EECDRG vs NACDG | 0.4705 (0.3358, 0.6593) | <0.0001 |
| 16 | Fragrance mix | NACDG vs sample | 2.0345 (1.7504, 2.3647) | <0.0001 |
| 17 | Fragrance mix | EECDRG vs sample | 1.1981 (1.0370, 1.3841) | 0.0141 |
| 18 | Fragrance mix | EECDRG vs NACDG | 0.5889 (0.5209, 0.6658) | <0.0001 |
| 19 | Potassium dichromate | NACDG vs sample | 2.7589 (2.1645, 3.5164) | <0.0001 |
| 20 | Potassium dichromate | EECDRG vs sample | 3.5122 (2.8237, 4.3684) | <0.0001 |
| 21 | Potassium dichromate | EECDRG vs NACDG | 1.2730 (1.0808, 1.4994) | 0.0038 |
| 22 | *p*-Phenylenediamine | NACDG vs sample | 3.2850 (2.5411, 4.2465) | <0.0001 |
| 23 | *p*-Phenylenediamine | EECDRG vs sample | 2.0849 (1.6229, 2.6784) | <0.0001 |
| 24 | *p*-Phenylenediamine | EECDRG vs NACDG | 0.6347 (0.5320, 0.7573) | <0.0001 |
| 25 | Formaldehyde | NACDG vs sample | 13.0305 (8.9213, 19.0324) | <0.0001 |
| 26 | Formaldehyde | EECDRG vs sample | 2.8984 (1.9560, 4.2949) | <0.0001 |
| 27 | Formaldehyde | EECDRG vs NACDG | 0.2224 (0.1863, 0.2656) | <0.0001 |
| 28 | Thiuram mix | NACDG vs sample | 11.9371 (6.1183, 23.2900) | <0.0001 |
| 29 | Thiuram mix | EECDRG vs sample | 5.1581 (2.6376, 10.0870) | <0.0001 |
| 30 | Thiuram mix | EECDRG vs NACDG | 0.4321 (0.3542, 0.5271) | <0.0001 |
| 31 | Cobalt chloride | NACDG vs sample | 5.2984 (3.8230, 7.3432) | <0.0001 |
| 32 | Cobalt chloride | EECDRG vs sample | 5.7559 (4.1910, 7.9050) | <0.0001 |
| 33 | Cobalt chloride | EECDRG vs NACDG | 1.0863 (0.9536, 1.2376) | 0.2131 |
| 34 | Epoxy resin | NACDG vs sample | 5.8793 (3.1602, 10.9379) | <0.0001 |
| 35 | Epoxy resin | EECDRG vs sample | 3.7942 (2.0525, 7.0139) | <0.0001 |
| 36 | Epoxy resin | EECDRG vs NACDG | 0.6454 (0.5034, 0.8273) | 0.0005 |
| 37 | Mercaptobenzothiazol | NACDG vs sample | 4.1293 (1.6353, 10.4271) | 0.0027 |
| 38 | Mercaptobenzothiazol | EECDRG vs sample | 4.1476 (1.6821, 10.2270) | 0.0020 |
| 39 | Mercaptobenzothiazol | EECDRG vs NACDG | 1.0044 (0.6978, 1.4458) | 0.9810 |
| 40 | Mercapto mix | NACDG vs sample | 3.2646 (0.4459, 23.9020) | 0.2441 |
| 41 | Mercapto mix | EECDRG vs sample | 4.1590 (0.5581, 30.9944) | 0.1643 |
| 42 | Mercapto mix | EECDRG vs NACDG | 1.2740 (0.7378, 2.1997) | 0.3849 |

CI, confidence interval; vs, versus.

dilemma presented with either system; they do, however, provoke an opportunity for further exploration.

By distinguishing among the chemical nature of different patch test compounds that are more prone to reactivity in eczema patients, we may be able to add to our knowledge of the mechanism of eczema. Why is it that healthy skin is less reactive to the compounds with a ratio > 4 in Table 3 relative to eczema skin? Is there a common chemical feature or mechanism of action of these compounds that makes them especially prone to reactivity in eczematic skin? Answering questions like these may provide further parameters to characterize eczema and brings us a step closer to understanding the disease state and possibly formulating better treatment therapies and increased product safety. For example, looking carefully at the individual allergen ratios, neomycin and formaldehyde may significantly represent medical exposure, as these agents are commonly found in medicated creams and ointments that may be used by eczema patients.

Furthermore, we may be able use the mechanism of action of compounds with low reactivity (ratio < 4 in Table 3) to rule out possible dysfunctional pathways in eczematic skin. Discerning among differences with respect to the NACDG and EECDRG may represent regional differences in chemical exposure and perhaps identify different subtypes of eczema; the ratios that are high in both regions may represent an underlying or common characteristic to eczema.

We suspect that building a greater database of patch test results in both healthy and eczematic skin and applying the ratio calculation established

here, with additional statistical analyses (including P values and confidence intervals), will lead to the opportunity of decreasing sensitization rates and improving product safety – via omission of allergy-inducing compounds – by better understanding chemical events in the skin. Our Tables are presented as a step towards pooling our knowledge and establishing a predictive toxicologic system with practically applicable interpretations.

## Acknowledgements

We would like to thank Dr. Richard Vonk for statistical evaluation of the data.

## References

1. Bruze M, Conde-Salazar L, Goossens A, Kanerva L, White I R. Thoughts on sensitizers in a standard patch test series. The European Society of Contact Dermatitis. *Contact Dermatitis* 1999: 41: 241–250.
2. Schnuch A, Uter W, Geier J, Gefeller O. Epidemiology of contact allergy: an estimation of morbidity employing the clinical epidemiology and drug-utilization research (CE-DUR) approach. *Contact Dermatitis* 2002: 47: 32–39.
3. Uter W, Ludwig A, Balda B R, Schnuch A, Pfahlberg A, Schafer T, Wichmann H E, Ring J. The prevalence of contact allergy differed between population-based and clinic-based data. *J Clin Epidemiol* 2004: 57: 627–632.
4. Pratt M D, Belsito D V, DeLeo V A et al. North American Contact Dermatitis Group patch-test results, 2001–2002 study period. *Dermatitis* 2004: 15: 176–183.
5. Uter W, Hegewald J, Aberer W et al. The European standard series in 9 European countries, 2002/2003 – first results of the European Surveillance System on Contact Allergies. *Contact Dermatitis* 2005: 53: 136–145.
6. Seidenari S, Manzini B M, Danese P, Motolese A. Patch and prick test study of 593 healthy subjects. *Contact Dermatitis* 1990: 23: 162–167.
7. Prystowsky S D, Allen A M, Smith R W, Nonomura J H, Odom R B, Akers W A. Allergic contact hypersensitivity to nickel, neomycin, ethylenediamine, and benzocaine. Relationships between age, sex, history of exposure, and reactivity to standard patch tests and use tests in a general population. *Arch Dermatol* 1979: 115: 959–962.
8. Peltonen L. Nickel sensitivity in the general population. *Contact Dermatitis* 1979: 5: 27–32.
9. Peltonen L, Fraki J. Prevalence of dichromate sensitivity. *Contact Dermatitis* 1983: 9: 190–194.
10. Nielsen N H, Menne T. Nickel sensitization and ear piercing in an unselected Danish population. Glostrup Allergy Study. *Contact Dermatitis* 1993: 29: 16–21.
11. Mortz C G, Lauritsen J M, Bindslev-Jensen C, Andersen K E. Nickel sensitization in adolescents and association with ear piercing, use of dental braces and hand eczema. The odense adolescence cohort study on atopic diseases and dermatitis (TOACS). *Acta Derm Venereol* 2002: 82: 359–364.
12. Menezes de Padua C A, Schnuch A, Lessmann H, Geier J, Pfahlberg A, Uter W. Contact allergy to neomycin sulfate: results of a multifactorial analysis. *Pharmacoepidemiol Drug Saf* 2005: 14: 725–733.
13. Schechtman E. Odds ratio, relative risk, absolute risk reduction, and the number needed to treat – which of these should we use? *Value Health* 2002: 5: 431–436.
14. Schafer T, Bohler E, Ruhdorfer S, Weigl L, Wessner D, Filipiak B, Wichmann H E, Ring J. Epidemiology of contact allergy in adults. *Allergy* 2001: 56: 1192–1196.
15. Basketter D, Duagndeeden I, Gilmour N, Kullavanijaya P, McFadden J. Prevalence of contact allergy in an adult Thai population. *Contact Dermatitis* 2004: 50: 128–129. (Abstracts FS01.7).
16. Nielsen N H, Linneberg A, Menne T, Madsen F, Frolund L, Dirksen A, Jorgensen T. Allergic contact sensitization in an adult Danish population: two cross-sectional surveys eight years apart (the Copenhagen Allergy Study). *Acta Derm Venereol* 2001: 81: 31–34.
17. Fischer T, Maibach H I. Easier patch testing with TRUE Test. *J Am Acad Dermatol* 1989: 20: 447–453.
18. Mortz C G, Lauritsen J M, Bindslev-Jensen C, Andersen K E. Prevalence of atopic dermatitis, asthma, allergic rhinitis, and hand and contact dermatitis in adolescents. The Odense adolescence cohort study on atopic diseases and dermatitis. *Br J Dermatol* 2001: 144: 523–532.
19. Kleinbaum D. *Logistic Regression – A Self-Learning Text*. New York, Springer-Verlag, 1994.
20. Johnke H, Norberg L A, Vach W, Bindslev-Jensen C, Host A, Andersen K E. Reactivity to patch tests with nickel sulfate and fragrance mix in infants. *Contact Dermatitis* 2004: 51: 141–147.
21. Bruynzeel D, Maibach H. Excited skin syndrome and the hyperactive state: current status. In: *Exogenous Dermatoses: Environmental Dermatitis*, Chapter 10, Menne T M, Maibach H I (eds): Boca Raton, FL, CRC Press, 1991: 141–150.
22. Fung M A, Maibach H I. So-called marginal patch test irritation: attempt at a predictive assay. *Contact Dermatitis* 1996: 35: 50–51.
23. Magnusson B, Hersle K. Patch test methods. II. Regional variations of patch test responses. *Acta Derm Venereol* 1965: 45: 257–261.
24. Uter W, Geier J, Land M, Pfahlberg A, Gefeller O, Schnuch A. Another look at seasonal variation in patch test results. A multifactorial analysis of surveillance data of the IVDK. Information Network of Departments of Dermatology. *Contact Dermatitis* 2001: 44: 146–152.
25. Duarte I, Almeida F A, Proenca N G. Excited skin syndrome. *Am J Contact Dermat* 1996: 7: 24–34.
26. Ale S, Maibach H I. Operational definition of allergic contact dermatitis. In: *Toxicology of Skin*, Chapter 23, Maibach H I (ed.): Philadelphia, PA, Taylor & Francis, 2001: 345–355.
27. Lachapelle J M. A proposed relevance scoring system for positive allergic patch test reactions: practical implications and limitations. *Contact Dermatitis* 1997: 36: 39–43.

Address:
Parham Mirshahpanah
RBA Dermatology Berlex BioSciences
2600 Hilltop Drive
Richmond, CA
(510) 219-9059p
e-mail: pmirshahpanah@gmail.com