Exhibit D

# TOXICOLOGICAL PROFILE FOR
# FORMALDEHYDE

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Public Health Service**
**Agency for Toxic Substances and Disease Registry**

July 1999

2. HEALTH EFFECTS

**Endocrine Effects.**    No studies were located regarding endocrine effects in humans exposed to inhaled formaldehyde.  No evidence from histological examinations or organ weight measurements for formaldehyde-induced effects on endocrine organs (e.g., pancreas, pituitary, adrenals, thyroid) has been found in intermediate-duration inhalation studies with rats, mice or Rhesus monkeys (Appelman et al. 1988; Maronpot et al. 1986; Monticello et al. 1989; Woutersen et al. 1987), or in chronic inhalation studies with rats or mice (Kamata et al. 1997; Kerns et al. 1983b).

**Dermal Effects.**    Occupational exposures to formaldehyde have been associated with dermal irritation and the diagnosis of allergic contact dermatitis by patch testing.  Reported historical percentages of subjects with skin problems showing positive responses to formaldehyde in patch tests performed by dermatologists using aqueous solutions with 1 or 2% formaldehyde include 7.8% in North America between 1992 and 1994 (Marks et al. 1995), 1.6% in a 1983–1984 Swedish study (Meding and Swanbeck 1990), 2.6% in a 1988–1989 European study (Menné et al. 1991), and 3.7% in a 1990–1994 Polish study (Kiec-Swierczynska 1996).  Lack of case-specific exposure information for these patients precludes the determination of the degree to which sensitization may have been caused by direct dermal contact to formaldehyde in liquids or by contact with formaldehyde gas in air, but the widespread use of formaldehyde or formaldehyde-releasing chemicals in cosmetics and cleaning agents (Flyvholm 1991; Rastogi 1992) suggest that the dermal route of exposure may be the more important sensitizing route. Dermal effects in humans from exposure to formaldehyde are further discussed in Sections 2.2.3.2 and 2.2.3.3.

Acute controlled exposure studies of volunteers exposed to airborne formaldehyde at concentrations ranging from 0.4 to 3 ppm have not found increased reporting of skin irritation symptoms (Andersen and Molhave 1983; Bender et al. 1983; Day et al. 1984; Gorski et al. 1992; Krakowiak et al. 1998; Kulle et al. 1987; Pazdrak et al. 1993; Weber-Tschopp et al. 1977).  Eberlein-Konig et al. (1998), however, found subtle skin effects in seven subjects described as having formaldehyde atopic eczema compared with seven nonsensitized subjects.  Exposure to 0.08 ppm formaldehyde for 4 hours in an exposure chamber induced increased transepidermal water loss, but not skin roughness, on the uncovered lower arms of subjects with atopic eczema; neither transepidermal water loss nor skin roughness were increased by similar exposure in a group of seven subjects without atopic eczema.  Serum levels of eosinophil cationic protein and soluble interleukin-2 receptor were not increased by exposure in either group.