Exhibit E

1   allergen or allergic condition that they
2   have to live with on a day-to-day basis,
3   they just get worse, not necessarily severe
4   but just worse.
5             So it's hard with the average
6   patient and with children that have this
7   disorder to get a good history from the
8   child.  So we have to rely on the parents.
9   And sometimes that's an auntie or somebody
10  else that comes with the patient and it's
11  difficult to get a good history.  So
12  basically we have pretty much a protocol for
13  treating these patients.  If it's dry, we
14  wet it.  If it's wet, we dry it, and that
15  could be done with topical medicines.
16            If they have a lot of systemic
17  symptoms, such as coughing or a touch of
18  asthma or severe asthma, we use asthma
19  medicines or sometimes we can lump it all
20  into one good reliable medicine like a
21  systemic steroid to get them over that acute
22  phase of extreme discomfort.  So we will
23  give them short term some systemic steroids.
24            As I already testified to today,
25  typically bacteria are a secondary

Page 45

1   on this subject?
2       A.  Not specifically.
3       Q.  Let's go to the next page of your
4   report.  Speaking of Dr. Maibach, do you
5   know if he developed the T.R.U.E. Test?
6       A.  He was involved in developing
7   allergy tests, but I really didn't go back
8   and research that and I'm not sure whether
9   you are talking about -- on second thought
10  whether you are talking about senior or
11  junior.
12      Q.  The senior, because there is a
13  junior too.
14      A.  Yes.
15      Q.  Right.  But the senior who would
16  be older than you.
17      A.  I don't know junior, but senior is
18  brilliant.  Anyway, somebody famous like him
19  would have had to have been involved for the
20  drug company to spend the money to buy that,
21  but I don't specifically know of his direct
22  involvement.
23      Q.  Now, let's look at -- I think we
24  have attached the report, and frankly, I
25  don't know if attached to your report that

 1   we have as an exhibit there is the T.R.U.E.
 2   Test results.
 3        A.   I have an extra copy.
 4        Q.   I think I have a marked-up copy
 5   here.  She came in, you saw her on July 3;
 6   is that right?
 7        A.   Yes.
 8        Q.   And you administered on that
 9   occasion the T.R.U.E. Test.  And tell us
10   what a T.R.U.E. Test is.  What does it look
11   like?
12        A.   It comes in three cards and they
13   are about six inches tall and about two and
14   a half inches wide.  And it contains numbers
15   for each test.  And probably the best way to
16   describe it would be to show you this
17   printout.  And basically it's like a plastic
18   card and it's got the allergens in the
19   center of each of the holes in it.  And so
20   these are numbered and the results are
21   posted following the numbers on the cards.
22   So you put them all and you identify which
23   panel is going on which part of the back and
24   you count down to which one is positive.
25             We do not throw them away when we

Page 47

1  take them off.  We use that to hold over the
2  specific body site where each panel was
3  placed and make sure we get the correct
4  patch.
5      Q.  You would be testing for the full
6  panel on her that's shown on the T.R.U.E.
7  Test that's attached to your report?
8      A.  Yes, sir.
9      Q.  And as we go through the various
10 items, and I'm not going to go through each
11 one, but there are -- there's at least a
12 negative control in there, but with respect
13 to the other chemicals that are being tested
14 for, do you know which of those chemicals
15 contain formaldehyde?
16     A.  13, 14, and 26.
17     Q.  Obviously 21 would.
18     A.  21 was by itself.  That she had
19 positive to?
20     Q.  No.
21     A.  The ones that contain it also
22 would list 21.
23     Q.  Let me go back and maybe you and I
24 were on two different wavelengths here.
25 With respect to the various substances shown

1   in this panel and putting aside the negative
2   control, there are some 28 substances as a
3   part of the T.R.U.E. Test?
4        A.   Yes.
5        Q.   With respect to the constituent
6   chemicals that form each and every one of
7   those 28 save the control, do you know which
8   ones of those contain formaldehyde?
9        A.   13, 14, 21, and a new one, which
10  is 26.
11       Q.   Any others?
12       A.   Well, I don't believe that 23
13  specifically contains formaldehyde, but it
14  crossreacts with it.  That's mercury
15  sometimes.  And then there is a Mercapto
16  mix.  Sometimes they crossreact and the
17  specific chemicals that they crossreact with
18  are listed in the printout that comes with
19  each patch ingredient and I think I provided
20  you copies of that.
21       Q.   Right.  I think we got some of
22  that.  Now, those that you say that you
23  believe contain formaldehyde as a
24  constituent chemical within, and we will
25  take as an example 13.  Do you know how much

```
                                                          Page 49
 1   formaldehyde is in 13?
 2        A.   Not at this moment specifically, I
 3   don't recall.
 4        Q.   Do you know how much is in 14?
 5        A.   No, sir.
 6        Q.   Do you know how much is in 26?
 7        A.   No.
 8        Q.   How much would be in 21?
 9        A.   Should be by itself.
10        Q.   And if it's by itself, do you know
11   how many parts per million would be in that?
12        A.   No.  I don't commit that to
13   memory.  I don't recall.
14        Q.   Just asking.  All right.  Tell me
15   why didn't 21 react.
16        A.   Don't know.
17        Q.   What is angry back; have you ever
18   heard the term angry back or excited skin
19   syndrome?
20        A.   Angry back?  No.
21        Q.   Have you ever heard the term
22   excited skin syndrome?
23        A.   That doesn't ring a bell either.
24   I have seen that listed in the description
25   of what is called red dermatographism, where
```

Page 50

1   anything that strokes or injures the skin
2   will cause a red flaring or a hive to
3   develop.  But in the terminology that you
4   used, I don't recognize that.
5        Q.   We go on to your report.  We have
6   what your report says that, in your opinion,
7   13, 14 and 26 contain formaldehyde.  Of
8   course, 21 would be nothing but
9   formaldehyde.  And you say the positive test
10  results indicate that Ms. Dubuclet had been
11  sensitized to formaldehyde and is now
12  allergic to formaldehyde.
13            Let me just ask a specific
14  question and let's just pick 13 for an
15  example.  That's the chemical known as
16  p-tert Butylphenol Formaldehyde.  Do you
17  know what the constituent elements in that
18  particular chemical or sensitizing agent
19  would, in fact, be the sensitizing agent?
20       A.   I don't think I can separate that
21  just by the patch test.
22       Q.   Same with respect to epoxy.  Do
23  you know the constituent elements of the
24  epoxy resin?
25       A.   I have them listed, but I don't

Page 51

1  recall.  My answer would be the same.
2       Q.   And you don't know what
3  constituent part of the epoxy resin could
4  have been the sensitizing agent?
5       A.   That is correct.
6       Q.   And the same insofar as
7  Imidazolidinyl Urea, you don't know what
8  constituent element of that chemical
9  compound would have been the sensitizing or
10 could have been the sensitizing agent?
11      A.   No.  As I understand your
12 question, can I be specific as to those
13 three tests, as to whether or not it was
14 formaldehyde or something else?
15      Q.   Or something else, exactly.
16      A.   I cannot tell you that.
17      Q.   So really, if we look at your next
18 sentence under the paragraph, it simply
19 reads:  T.R.U.E. Test report on the second
20 reading, No. 13, No. 26 remained at one
21 plus.  Your next paragraph reads:  These
22 positive test results indicate that
23 Ms. Dubuclet had been sensitized to
24 formaldehyde and now is allergic to
25 formaldehyde.

 1   appropriate for what she presented with on
 2   that occasion?
 3        A.   Yes, sir.
 4        Q.   Then the next time she sees
 5   somebody is on July 10 and there she goes
 6   back to see her pediatrician, Dr. White, and
 7   this is on Page 80.  On the right-hand
 8   column under July 10, and again, that's a
 9   checkup, and again, she is diagnosed with
10   eczema.  And again, down at the bottom of
11   the page Dr. White again prescribes
12   triamcinone cream, right?
13        A.   Yes.
14        Q.   And then I believe the rest of the
15   records are the ones that we have already
16   talked about, because that's when she really
17   comes to see you.
18        A.   Yes.
19        Q.   The only other record is a visit
20   to the ER at Children's Hospital on
21   February 18 of 2009, where she fainted at
22   school and that's just in the records.
23        (Whereupon, an off-the-record
24            discussion was held.)
25   EXAMINATION BY MR. HINES:

Page 94

```
 1        Q.   We are back on.  Dr. Farber, we
 2   have spent quite a bit of time going through
 3   all the various medical records here, indeed
 4   pulverizing those medical records.  You
 5   would agree with me, would you not, that the
 6   objective clinical findings that she
 7   presented with over the course of her life
 8   are the same as the objective clinical
 9   findings seen by you and those after October
10   of 2007?
11        A.   Yes.
12        Q.   And all you've got to go on at
13   this point that formaldehyde had anything to
14   do with any part of her disease process is
15   the subjective complaints that she made to
16   you that during a period of time she
17   suffered from intensity of the itching and
18   rashes; is that correct?
19        A.   That, plus her positive test of
20   formaldehyde-containing product.
21        Q.   And as we say, we don't know what
22   in that formaldehyde-containing product
23   might have been the sensitizer to that
24   T.R.U.E. Test, correct?
25        A.   We don't know specifically, but it
```