AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

JOAN P. DECOURCY, together with all individuals
and entities whose names appear on the attached
"Exhibit A"

Plaintiff

v.

R-VISION, INC.,
LIBERTY INSURANCE CORP.,
ARCH SPECIALTY INSURANCE COMPANY,
LEXINGTON INSURANCE COMPANY,
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,
FLUOR ENTERPRISES, INC.,
and
UNITED STATES OF AMERICA, through the Federal
Emergency Management Agency

Defendant

)
)
)
)
)

Civil Action No.   09-504

09-5981

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   The United States of America,
   through the United States Attorney General:
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

A lawsuit has been filed against you.

   Within  60  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC
   8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your
answer or motion with the court.

Nick J. Lorio

Name of clerk of court

Date:   July 30, 2009

Ladrica Miner

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on USA through U.S. Attorney General,
by:

  (1) personally delivering a copy of each to the individual at this place, _____

  _____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

  _____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  (5) other (specify)  See US mail, certified card _____

  _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

Date:  11/10/09 _____

_____
Server's signature

_____
Printed name and title

Law Offices of
SIDNEY D. TORRES, III
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

_____
Server's address

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

The United States of America, through
the United States Attorney General:
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)       C. Date of Delivery
                                     AUG 1 4 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

Article Number
(Transfer from service label)    7005 0390 0005 1274 9958