UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>      FORMALDEHYDE PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-05609: *Adams,
et al. v. Fleetwood Canada, Ltd., et al.*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Marvin M. Ballow

2. Pamela S. Bates

3. Verna L. Benson

4. Verna L. Benson, guardian of M.S.

5. Arthur Brown

6. Sandra M. Brown

1

7.  Sandra M. Brown, mother of J.M.

8.  Reginald Butler

9.  Adam Cardoza

10. Erlinda B. Cardoza

11. Erlinda B. Cardoza, mother of J.E.

12. Erlina B. Cardoza, mother of M.E.

13. Samuel W. Caston

14. Annette M. Coleman

15. Dorothea A. Cook

16. Dorothea A. Cook, mother of J.E.W.

17. Jasmine Crosby

18. Jasmine Crosby, mother of A.C.

19. RicJeana R. Franck

20. David R. Freeman

21. Hubert C. Freeman

22. Stella V. Freeman

23. Leon E. Gillis

24. Alex L. Harris

25. Angelisha A. Harris

26. Teresa D. Harrison

27. Roland C. Harrison, Jr.

28. Daniel B. Hoffman

29. David E. Hoffman

30. Ellen I. Hoffman

31. Kenneth E. Hoffman

32. Larriane G. Hudson

33. Allister A. Jackson

34. Harry Johnson

35. Angela Johnson, mother of D.J.

36. Angela Johnson, mother of J.J.

37. Jason D. Kisey

38. Charles M. Lewis

39. Charles M. Lewis, father of A.L.

40. Charles M. Lewis, father of J.L.

41. Calvin D. McCorvey

42. Latoya Mitchell

43. Roderick Mitchell

44. William S. Moreau

45. Christopher S. Pyron

46. Christopher S. Pyron, father of B.P.

47. Christopher S. Pyron, father of H.P.

48. Shirley Riley, guardian of S.D.C.

49. Shirley Riley, guardian of T.I.C.

50. Clay G. Smith

51. Clay G. Smith, father of C.S.

52. John B. Snow

53. Kassie L. Walburn

54. Rebecca M. Ward

55. Rebecca M. Ward, mother of A.W.

56. Conchita R. Williams

57. Vernell L. Worthen

58. Vernell L. Worthen, mother of A.W.

59. Vernell L. Worthen, mother of A.D.W.

No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 9th day of November, 2009.

By: /s/ James M. Priest, Jr.
James M. Priest, Jr.,
Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ James M. Priest, Jr.
James M. Priest, Jr.