UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-05568: *Adkins*,  
*et al. v. Pilgrim International, Inc., et al.*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Tabitha J. Adkins
2. Teresa M. Adkins
3. Jo C. Barnett
4. Sharon D. Belino
5. Eligar A. Belion
6. David Leroy Blades, Jr.

7. Derrick Bonds, Sr.

8. Delena M. Clark

9. Paulette F. Dabney

10. Dyanne Elizabeth Davis

11. Robert Gerald Davis

12. Willie Gaines

13. Willie Gray

14. Eddie Joe Herrington

15. Helen Gail Jackson

16. Henry G. Jones

17. Christopher E. Knox

18. Emmanuel M. Love

19. Bryan K. Martin

20. Missouri J. McCann

21. Terrick L. Moore

22. Raymond B. Moore, Sr.

23. Dana W. Muller

24. Samantha J. Peterson

25. Dewayne E. Showers

26. David Joseph Walker

27. Michelle LeAnn Walls

28. Michelle LeAnn Walls, on behalf of the wrongful death of M.P.W.

29. Tequila Woodland

30. Tequila Woodland, mother of V.G.

No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 9th day of November, 2009.

By:   /s/ James M. Priest, Jr.
      James M. Priest, Jr.,
      Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                      /s/ James M. Priest, Jr.
                                                      James M. Priest, Jr.