

31620
1006



RECEIVED
AUG 31 2009
MYRNA HINYUB
By

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

Vacant 2 years

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043



EXHIBIT
B