UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-05577: *Attia v. Cavalier
Home Builders, LLC, d/b/a Cavalier Homes, Inc.*

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Gabriel Q. Ball

2. Melvin Barnes

3. Melvin Barnes, father of M.B.

4. Annie E. Barrow

5. Ashley Barrow

6. Ashley Barrow, mother of T.C.

1

7. Adam Cardoza

8. Erlinda B. Cardoza

9. Larry L. Harris

10. Sadie C. Haynes

11. Sadie C. Haynes, mother of S.W.

12. Benjamin Hosey

13. Aundrea M. Kenan

14. Aundrea M. Kenanm, mother of J.M.

15. Aundrea M. Kenan, mother of T.K.

16. Anthony L. Keys

17. Shannon B. Keys

18. Shannon B. Keys, mother of A.K.

19. Shannon B. Keys, mother of A.K.

20. Shannon B. Keys, mother of M.K.

21. Duan L. Lewis

22. Jacqueline A. Lewis

23. Jemiah F. Mitchell

24. Joe F. Mitchell

25. Jonita F. Mitchell

26. Christopher R. Pettis

27. Rickey L. Roberson

28. Lakisha N. Thompson

29. Linwood Tolbert

30. Patricia A. Tolbert

31. Katie L. Trehern

32. Stephen C. Trehern

33. Thomas S. Trehern

34. Katie L. Trehern, mother of A.T.

35. Ron M. Walker

36. David A. Weatherly

37. Leroy T. Williams

38. Anita L. Willingham

39. Robert D. Willingham

No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 9th day of November, 2009.

By: /s/ James M. Priest, Jr.
James M. Priest, Jr.,
Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ James M. Priest, Jr.
James M. Priest, Jr.

4