$EDLA\ 09-5982$

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

KATHY BURAS GONZALES, together with all
individuals and entities whose names appear on
the attached "Exhibit A"

|  |  |
|---|---|
| Plaintiff | ) |
| v. | ) |
| SILVER CREEK HOMES, INC., | ) |
| FLUOR ENTERPRISES, INC., | ) |
| and | ) |
| UNITED STATES OF AMERICA, through the | |
| Federal Emergency Management Agency | |
| Defendant | |

Civil Action No.   09-505-RET-SCR

## Summons in a Civil Action

To: *(Defendant's name and address)*
  **Federal Emergency Management Agency**
  **Through the Office of the Director**
  **Administrator of FEMA**
  **500 C Street S.W.**
  **Washington, D.C.  20472**

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
**Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
**8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
Name of clerk of court

Date:       July 29, 2009

*Janice LeBlanc*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on USA through FEMA
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) See US mail, certified card _____

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 11/5/09 _____

_____
Server's signature

Printed name and title

Law Office of
SIDNEY D. TORRES, III
A Professional Law Corporation
8301 W John Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X CRDS RECEIVING ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Federal Emergency Management Agency<br>Through the Office of the Director<br>Administrator of FEMA<br>500 C Street S.W.<br>Washington, D.C. 20472 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>Jonathan A. Ransom<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7006 2760 0002 3205 4668 | |

PS Form 3811, February 2004    Domestic Return Receipt