AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

KATHY BURAS GONZALES, together with all
individuals and entities whose names appear on
the attached "Exhibit A"
     Plaintiff
      v.
SILVER CREEK HOMES, INC.,
FLUOR ENTERPRISES, INC.,
and
UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency
     Defendant

Civil Action No. 09-505-RET-SCR

**Summons in a Civil Action**

To: *(Defendant's name and address)*
 The United States of America, through
 Office of U.S. Attorney for the MDLA, through:
 David R. Dugas, U.S. Attorney
 Russell B. Long Federal Courthouse
 777 Florida Street, Suite 208
 Baton Rouge, LA 70801

A lawsuit has been filed against you.

  Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
    Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC
    8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
Name of clerk of court

*Janice LeBlanc*
Deputy clerk's signature

Date:   July 29, 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on USA through US Attorney for MDLA by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) See US mail, certified card

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 11/5/09

Server's signature

Printed name and title

Law Offices of
SIDNEY D. TORRES, III
A Professional Law Corporation

8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

COMPLETE THIS SECTION — Items 1, 2, and 3. Also complete if Restricted Delivery is desired. Print your name and address on the reverse so that we can return the card to you. Attach this card to the back of the mailpiece, or on the front if space permits.

Addressed to:
United States of America, through the U.S. Attorney for the MDLA, through [...]ugas, U.S. Attorney
[...] Long Federal Courthouse
[...] Street, Suite 208
[...] LA 70801

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X R. Pourcin
☐ Agent
☐ Addressee

B. Received by (Printed Name): R. Pourciau
C. Date of Delivery: 1-10-09

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7006 2760 0002 3205 4651

PS Form 3811, February 2004   Domestic Return Receipt