Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®
WWW.USPS.COM

Liner: 107 February 2006

*Vacant 8-20-09*

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

*Vacant*
*Vacant*

UNITED STATES
POSTAL SERVICE

1006            31620

U.S. POSTAGE
PAID
CHALMETTE, LA
70043
AUG 18, 09
AMOUNT
**$5.75**
00028100

**EXHIBIT**

_B_