

Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
3301 West Judge Perez Drive
Chalmette, LA 70043

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®
www.usps.com
Label 107, February 2006

U.S. POSTAGE
PAID
CHALMETTE, LA
70043
AUG 20, '09
AMOUNT
$5.75
00093-453-04

EXHIBIT B