

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

U.S. POSTAGE PAID
CHALMETE, LA 70043
AUG 20, 09
AMOUNT
$5.75
00093453-04

EXHIBIT B