

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

Vacant 2 year
over 8/31/09

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

AUG 29 2009
USPS

U.S. POSTAGE
PAID
CHALMETTE, LA
70043
AUG 29, '09
AMOUNT
$5.75
0009345304

PRIORITY MAIL
www.usps.com

RECEIVED
SEP 02 2009

EXHIBIT
B