UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                             SECTION "N" (5)


THIS DOCUMENT RELATES TO
Member Case No. 09-05588: *Cook, et
al. v. Lexington Homes*


**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS**


       The following Plaintiffs hereby dismiss their claims against all Defendants without

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):


       1.  Liliana T. Garcia

       2.  Liliana T. Garcia, mother of L.S.

       3.  Liliana T. Garcia, mother of T.S.

       4.  James T. Hamilton

       5.  Michele K. Hamilton

       6.  James T. Hamilton, father of J.M.H.

7.   Henry L. Kennedy

8.   Luis E. Moreno

9.   Joshua D. Peairs

10. Karen D. Peairs

11. Michael Peairs

12. Quinton K. Peairs

13. Eric J. Pearis

14. Arthur J. Rudolph

15. Cartrick L. Rudolph

No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 9th day of November, 2009.

By:    /s/ James M. Priest, Jr.
       James M. Priest, Jr.,
       Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ James M. Priest, Jr.
James M. Priest, Jr.