

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

Vacant
2 years

EXHIBIT
B

UNITED STATES POSTAL SERVICE
1006
31620

U.S. PA
CHALME
AUG 2
AMC