Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

Vac

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

RECEIVED
AUG 26 2009
SMYRNA HINKY

PRIORITY MAIL
www.usps.com

UNITED STATES POSTAL SERVICE
1006
31620

AUG 21 2009

U.S. POSTAGE PAID
CHALMETTE, LA 70043
AUG 21, '09
AMOUNT $5.75
00093453-04

EXHIBIT
B