Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

RETURN TO SENDER
ATTEMPTED — NOT KNOWN
UNCLAIMED
NO SUCH STREET
INSUFFICIENT ADDRESS
REFUSED

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

31620

U.S. POSTAGE PAID
CHALMETTE, LA
70043
AUG 27, '09
AMOUNT
$5.75
00093453-04

RECEIVED
AUG 31  2009
BY BRMA HNVIP

EXHIBIT
B