UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
  FORMALDEHYDE PRODUCTS  
  LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-05585: *Levy,*  
*et al. v. Gulf Stream Coach, Inc., et al.*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Charles M. Lewis

2. Roger L. Lewis

3. Duan L. Lewis

4. Charles M. Lewis, father of A.L.

5. Charles M. Lewis, father of J.L.

6. Jacqueline Ann Lindsey

1

2

7. Henry Lorr

8. Henry Lott, guardian of X.R.

9. Willa Lusk

10. Paul Martin, Sr.

11. Eric Gurston McDonald

12. Terrance Lee McGreggor

13. Dustin Randolph McLeod

14. Patricia Moore

15. Mary Helen Morgan

16. Robert Don Morton

17. Tara Oliver

18. Ernest A. Pettis

19. Ernest L. Pettis

20. Jessica Pettis

21. Nettie Pettis

22. Christopher R. Pettis

23. Nettie Pettis, guardian of C.S.

24. Nettie Pettis, guardian of H.S.

25. Monique L. Reed

26. Shamika M. Richardson

27. Shamika M. Richardson, mother of A.R.

28. Shamika M. Richardson, mother of C.R.

29. Angela L. Richburg

30. Rickey L. Robertson

31. John F. Robinson

32. Betty J. Rogers

33. Joseph Rogers

34. Sherell D. Rogers

35. Sherell D. Rogers, mother of D.R.

36. Cynthia J. Ryan

37. Theresa M. Ryan

38. Theresa M. Ryan, mother of P.R.

39. Theresa M. Ryan, mother of R.R.

40. Tiffany Lynn Searcy

41. Audrey S. Seymour

42. Audrey S. Seymour, mother of B.S.

43. Audrey S. Seymour, mother of J.C.H.

44. Audrey S. Seymour, mother of M.H.

45. Jennifer Smith

46. Jennifer Smith, mother of D.S.

47. Jennifer Smith, mother of D.S.

48. Jennifer Smith, mother of D.A.

49. Jennifer Smith, mother of D.M.

50. Jennifer Smith, mother of J.A.

51. Jennifer Smith, mother of M.A.

52. Jennifer Smith, mother of T.A.

53. Maxine Speights

54. Maxine Speights, mother of J.T.D.

55. Joseph Stevens

56. Stacey Stevens

57. Ivan Dale Tatum, Jr.

58. Latoya M. Thames

59. Daryle E. Thomas

60. Robert Thorne

61. Cindy D. Tillman

62. Ralph E. Tillman

63. Alica M. Trammel

64. Alice M. Trammel, mother of B.N.W.

65. Alica M. Trammel, mother of J.D.T.

66. James B. Trammel, Sr.

67. Katie L. Trehern

68. Stephen C. Trehern

69. Thomas S. Trehern

70. Katie L. Trehern, mother of A.T.

71. LaMoris A. Underwood

72. Ardell Walker

73. Gwenevere Walker

74. Jeffrey Walker

75. Mary Lue Walker

76. Willie Earl Walker

77. Ron Martinez Walker

78. Gwenevere Walker, mother of G.H.

79. Gwenevere Walker, mother of H.W.

80. Helen Irene Waller

81. Ginger K. Waller-Attia

82. Candice L. Waltman

83. Candice L. Waltman, mother of K.C.

84. Candice L. Waltman, mother of S.M.C.

85. Jessie M. Wells

86. Robert Williams

87. Anita Louise Willingham

88. Robert D. Willingham

89. Sherri Young

No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 9th day of November, 2009.

By: /s/ James M. Priest, Jr.
James M. Priest, Jr.,
Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ James M. Priest, Jr.
James M. Priest, Jr.

7