UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-05599: *Payton, et al.*  
*v. Vanguard Industries of Michigan, Inc., a/k/a*  
*Palomino RV*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

     The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Bobby W. Rasmussen

2. Laura J. Rasmussen

3. Laura J. Rasmussen, mother of A.R.

4. Laura J. Rasmussen, mother of C.R.

5. Laura J. Rasmussen, mother of H.C.

1

      6.   Laura J. Rasmussen, mother of K.C.

No Defendant as of this date has served an answer or motion for summary judgment.

      Respectfully submitted this 9th day of November, 2009.

                                                   By:    /s/ James M. Priest, Jr.
                                                             James M. Priest, Jr.,
                                                              Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                             /s/ James M. Priest, Jr.
                                                             James M. Priest, Jr.