

U.S. POSTAGE PAID
CHALMETTE, LA 70043
AUG 19, 09
AMOUNT
$5.75
0002810002

1006
31620

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.com

EXHIBIT
B

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043