# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Belinda H. Bauer, et al | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Liberty Homes, Inc., et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

## 08-5031

## SECT. N MAG. 5

To: *(Defendant's name and address)*

LAKESIDE PARK HOMES, INC.
by and through its registered agent for service
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:        DEC - 1 2008

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



**EXHIBIT**

C

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **LAKESIDE PARK HOMES,INC**
by: **By Personal Hand-Delivery To : No One because business is closed and building is vacant.**

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **Per information from a former employee of Ben Jarvis, he stated
that the business closed sometime toward the end of 2007, and Jarvis left
Adel, Georgia and went to Henderson, Tennessee. At this time, he has no
idea where Jarvis may be. I received information in Moultrie, Georgia
that Jarvis may be incarcerated in prison, but did not know where.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: __02/04/09__
@ 11:30 p.m.

_(signature)_
Server's signature

__J. Newton Bates, Sr.__
Printed name and title
**Registered Civil Process Server for U.S
District Court, Southern District of Ga.**

**Post Office Box 1066
Waycross, Georgia  31502-1066**
Server's address
**(912) 283-5447 & (912) 286-1212**

**RECEIVED**

FEB 1 3 2009

WATTS LAW FIRM - MT

SCANNED
FEB 1 3 2009

Belinda H. Bauer, et. al., Plaintiff(s)
vs. Case 2:07-md-01873-KDE-ALC   Document 3258-3   Filed 09/14/09   Page 3 of 3
Liberty Homes, Inc., et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 094683-0005

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

WATTS HILLIARD, L.L.C.
M. Wynter Lee
2506 N. Port Avenue
Corpus Christi, TX 78401

Customer File: 228087

Service of Process on:
--Lakeside Park Homes, Inc., c/o Ben C Jarvis, Agent
Court Case No. 08-5031

---

State of: **GEORGIA**      ) ss.
County of: **WARE**         )

Name of Server:    **J. Newton Bates, Sr.**      , undersigned, being duly sworn, deposes and says
that at all times mentioned herein, he was of legal age and was not a party to this action;

Documents Served:    the undersigned attempted to serve the documents described as:
Summons; Letter to Clerk USDC-Eastern District LA dated 12/1/08;
Plaintiff's Original Complaint; Exhibit "A"

Service of Process on:    The undersigned attempted to serve the documents on
Lakeside Park Homes, Inc., c/o Ben C Jarvis, Agent

and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

Attempts:

Dates/Time/Address Attempted:  70 Peachstate Dr, Adel, GA 31620   [Service Attempted 02/04/09 @ 11:50 a.m.]

Reason for Non-Service: **Business is closed, building is vacant and from talking with**
**contacts in Adel, Ga., Ben C. Jarvis is no longer a resident of Ga.,**
Dates/Time/Address Attempted: **and may possibly be incarcerated in a Prison somewhere.**

Reason for Non-Service: _____

Dates/Time/Address Attempted: _____

Reason for Non-Service: _____

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

Signature of Server:    Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
**4th** day of **February**, 20 **09**

Signature of Server **Registered Civil**
**Server for U.S. District Court**
**APS International, Ltd.**

Process

(Commission Expires)
Notary Public, Ware County, Georgia
My Commission Expires Jan. 5, 2013