

Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
301 West Judge Perez Drive
Chalmette, LA 70043

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachtree Drive
Adel, GA 31620

EXHIBIT
B

U.S. POSTAGE PAID
CHALMETTE, LA 70043
AUG 19, 09
AMOUNT $4.95
00028100-02

U.S. POSTAGE PAID
CHALMETTE, LA 70043
AUG 19, 09
AMOUNT $0.80
00028100-02