

Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachtree Drive
Adel, GA 31620

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.com
Label 107R, February 2006

U.S. POSTAGE PAID
CHALMETTE, LA
70043
AUG 19 '09
AMOUNT
$5.75
00093453-04

1006
31620

EXHIBIT
B