UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Stacey L. Braquet, et al. vs. Lakeside Park Homes, Inc., et al.*
*No. 09-3734*
*************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ST. BERNARD**

BEFORE ME, the undersigned authority, personally came and appeared:

**ROBERTA L. BURNS, ESQ.**

who, after being first duly sworn, did depose and state:

That she is counsel for plaintiffs in the above-captioned matter and, on August 13, 2009, she deposited in the United States Mail, postage prepaid, a Waiver of Service of Summons ["Exhibit A"] and First Supplemental and Amended Complaint for Damages in the above matter, properly addressed, to defendant, Lakeside Park Homes, Inc., through its Agent for Service of Process, Ben C. Jarvis, 70 Peachstate Drive, Adel, Georgia 31620, requesting a return receipt.

Affiant has now received the returned original envelope and contents with confirmation from the United States Postal authorities indicating that the certified copy of the Waiver of Service of Summons and Complaint for Damages could not be delivered to addressee, Lakeside Park Homes, Inc., because it was *not deliverable as addressed; unable to forward* ["Exhibit B"].

Furthermore, Affiant has learned through the Corporations Database of the Secretary of the State of Georgia that Defendant Lakeside Park Homes, Inc. was involuntarily or administratively dissolved on May 16, 2008. Other searches performed by undersigned Affiant's office for the offices and agent for Defendant, Lakeside Park Homes, Inc. have produced either no new information or the same property address: 70 Peachstate Drive, Adel, Georgia 31620.

Additionally, Affiant has also learned through [Rec. Doc. 3258-2] filed in this matter by attorney, Hugh P. Lambert, Esq., that an unsuccessful attempt was also made by yet another counsel in a related case in this MDL, Robert C. Hilliard, to serve the agent for Defendant, Lakeside Park Homes, Inc., at the same address. The premises located at 70 Peachstate Drive, Adel, Georgia 31620 is now vacant. Affiant has attached hereto ["Exhibit C"] the Proof of Service and Affidavit of Due and Diligent Attempt by Mr. J. Newton Bates, Sr., who was hired by Mr. Hilliard.

**ROBERTA L. BURNS, ESQ.**

Sworn to and subscribed before me, Notary, this 6th day of November, 2009.

NOTARY PUBLIC
My commission expires with life.