UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

The Court has received the parties' nominations for the bellwether plaintiff in the Keystone bellwether trial.

**IT IS ORDERED** that, **on or before Friday, November 13, 2009, at 1:00 p.m.**, Plaintiffs' counsel shall provide for Paul Lastrapes either (1) a signed certification indicating his willingness to serve as a bellwether plaintiff in this matter; or (2) a written statement from counsel providing an detailed explanation as to why Lastrapes has declined to sign such a certification.

New Orleans, Louisiana, this 10th day of November, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**