UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER

The Court has received several pre-trial motions in this matter. Pursuant to the Court's earlier instructions to counsel, all of these motions will be heard on an expedited basis. Accordingly,

**IT IS ORDERED** that oppositions to the motions at Rec. Docs. 6644, 6647, 6649, 6650, 6651, 6652, 6653, 6654, 6655, 6656, 6657, 6658, 6660, 6661, and 6662 shall be filed **on or before Friday, November 13, 2009.** The Court hereby grants leave to file replies to these motions (leave of Court need not be requested). Such replies shall be filed **on or before Monday, November 16, 2009.**

**IT IS FURTHER ORDERED** that oppositions to the motions at Rec. Docs. 6579, 6613, 6626, 6639, 6643, 6646, 6659, and 6663 shall be filed **on or before Tuesday, November 17, 2009**. The Court hereby grants leave to file replies to these motions (leave of Court need not be requested). Such replies shall be filed **on or before Thursday, November 19, 2009.**

New Orleans, Louisiana, this 10th day of November, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE