UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*****************************************************************

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
                         DOCKET MDL NO. 1873 "N"
                         NEW ORLEANS, LOUISIANA
                         MONDAY, SEPTEMBER 14, 2009, 8:30 A.M.
THIS DOCUMENT IS RELATED TO
CHARLIE AGE, ET AL V
GULF STREAM COACH, INC.,
ET AL, DOCKET NO. 09-2892;
ALANA ALEXANDER,
INDIVIDUALLY AND ON BEHALF
OF CHRISTOPHER COOPER

*****************************************************************

                         MORNING SESSION
              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

                         GAINSBURGH BENJAMIN DAVID MEUNIER AND
                         WARSHAUER
                         BY:  GERALD E. MEUNIER, ESQUIRE
                         2800 ENERGY CENTRE
                         1100 POYDRAS STREET, SUITE 2800
                         NEW ORLEANS LA  70163

                         THE BUZBEE LAW FIRM
                         BY:  ANTHONY G. BUZBEE, ESQUIRE
                         600 TRAVIS, SUITE 7300
                         HOUSTON TX  77002

IN RE:  FEMA TRAILER    MORNING SESSION        CATHY PEPPER, CRR
FORMALDEHYE PRODUCTS LIABILTY LITIGATION

54

```
 1              PROSPECTIVE JUROR 1:  MITZI MARKERSON AUCOIN.  I'M A
 2    PARA-PROFESSIONAL WITH TERREBONNE PARISH SCHOOL BOARD.  MY
 3    HUSBAND IS A FINANCIAL ADVISOR WITH EDWARD JONES INVESTMENTS.  I
 4    HAVE TWO CHILDREN, AGES 17 AND 14.  IS THAT IT?
 5              MR. WATTS:  WHAT DO THEY DO FOR A LIVING?
 6              PROSPECTIVE JUROR 1:  THEY ARE STUDENTS.
 7              THE COURT:  THEY'RE STUDENTS.  ALL RIGHT.  LET'S MOVE ON
 8    THEN TO MS. ROBICHAUX, NUMBER 2.
 9              PROSPECTIVE JUROR 2:  MY NAME IS SAMANTHA ROBICHAUX,
10    SINGLE, NO KIDS.  I'M A REGISTERED NURSE.  I WORK AT TERREBONNE
11    GENERAL MEDICAL CENTER IN HOUMA, LOUISIANA.
12              THE COURT:  MR. WETZEL.
13              PROSPECTIVE JUROR 3:  MICHAEL WETZEL.  I'M THE PRESIDENT
14    OF BIG EASY LIMOS.  MY WIFE IS RETIRED.  I HAVE TWO CHILDREN, 30
15    AND 35.  THE 30-YEAR-OLD WORKS FOR ME AND THE 35 WORKS FOR
16    BLESSEY INDUSTRIES, WHICH IS A TUGBOAT COMPANY OUT ON THE RIVER.
17              MR. HILLIARD:  WHAT DID YOUR WIFE DO BEFORE SHE RETIRED?
18              PROSPECTIVE JUROR 3:  OH, I'M SORRY.  SHE WAS A
19    SECRETARY FOR A REAL ESTATE.
20              PROSPECTIVE JUROR 4:  BERT ST. ROMAIN, III.  I'M SINGLE,
21    AND I'M A SALES REP FOR COMMUNITY COFFEE.
22              PROSPECTIVE JUROR 5:  STEPHEN HYMEL, MARRIED, TWO KIDS,
23    EIGHT AND NINE.  MY WIFE IS AN OCCUPATIONAL THERAPIST.  I'M A
24    REGISTERED NURSE.
25              THE COURT:  THANK YOU, MR. HYMEL.
```

b9302ae2-f41b-40d7-8375-efc25737b187

1          PROSPECTIVE JUROR 7:  CRAIG NAQUIN, AUTO MECHANIC.  MY

2     WIFE WORKS AS A FOOD SERVER.  I HAVE TWO KIDS, 8 AND 18.

3          THE COURT:  8 AND 18.

4          PROSPECTIVE JUROR 8:  MAXINE BOURG, ACCOUNTS MANAGER FOR

5     A NURSING COMPANY.  I'M THE ONLY PERSON IN THAT DEPARTMENT.  I

6     HAVE TWO CHILDREN, AGE 25 AND 10.  AND MY HUSBAND IS A SALESMAN.

7          THE COURT:  ALL RIGHT.

8          PROSPECTIVE JUROR 9:  RACHEL MORRIS.  SINGLE, AND I WORK

9     AS A CASHIER.

10          THE COURT:  IF YOU COULD -- AGAIN, I HATE TO GET ON YOU

11     ALL WITH THE PADDLES, BUT IF YOU HOLD YOUR --

12          PROSPECTIVE JUROR 9:  WORK AT WAL-MART AS A CASHIER.

13          THE COURT:  THAT'S DREW BREES' NUMBER, NUMBER 9.

14          PROSPECTIVE JUROR 10:  GLEN DEMPSEY.  I'M EMPLOYED AS AN

15     AIR TRAFFIC CONTROL SPECIALIST FOR 21 YEARS.  MARRIED FOR

16     22 YEARS.  SIX KIDS, AGES 20 THROUGH THREE.  AND MY WIFE IS A

17     HOMEMAKER.

18          THE COURT:  ANY OF YOUR KIDS EMPLOYED OUTSIDE THE HOME?

19          PROSPECTIVE JUROR 10:  NO, THEY ARE IN COLLEGE.

20          THE COURT:  ALL RIGHT.  THANK YOU.

21          PROSPECTIVE JUROR 11:  RONALD FRANKLIN.  I'M A

22     CARPENTER.  I JUST LOST MY WIFE.  AND I HAVE TWO KIDS, 32 AND 33.

23          THE COURT:  ARE YOUR TWO CHILDREN EMPLOYED?

24          PROSPECTIVE JUROR 11:  YES.

25          THE COURT:  THE 32 AND 33, HOW ARE THEY EMPLOYED?

b9302ae2-f41b-40d7-8375-efc25737b187