Page 136

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER              *    Docket MDL 1873 "N"
FORMALDEHYDE PRODUCTS            *
LIABILITY LITIGATION             *    New Orleans, Louisiana
                                 *
THIS DOCUMENT IS RELATED TO:     *    September 15, 2009
                                 *
CHARLIE AGE, ET AL V             *    12:40 P.M.
GULF STREAM COACH, INC.,         *
ET AL, DOCKET NO. 09-2892;       *
ALANA ALEXANDER, INDIVIDUALLY    *
AND ON BEHALF OF                 *
CHRISTOPHER COOPER               *
* * * * * * * * * * * * * * * *
```

DAY 2
AFTERNOON SESSION
JURY TRIAL PROCEEDINGS BEFORE THE
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Gainsburgh, Benjamin, David,
                               Meunier & Warshauer
                             BY: GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


                             The Buzbee Law Firm
                             BY: ANTHONY G. BUZBEE, ESQ.
                             JP Morgan Chase Tower
                             600 Travis, Suite 7300
                             Houston, Texas  77002

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

| | | | |
|---|---|---|---|
| 16:31 | 1 | A. | Yes, sir. |
| 16:31 | 2 | Q. | And is that accurate based on the test that you did? |
| 16:31 | 3 | A. | It is. |
| 16:31 | 4 | Q. | The next sentence says: "We are willing to share these |
| 16:31 | 5 | | informal test results with you." Right? |
| 16:31 | 6 | A. | That's correct. |
| 16:31 | 7 | Q. | Do you know if FEMA ever asked you for those results? |
| 16:31 | 8 | A. | Not to me, no, personally. |
| 16:31 | 9 | Q. | Do you know whether or not FEMA was already doing its own |
| 16:31 | 10 | | testing at this particular point in time? |
| 16:32 | 11 | A. | I don't know for sure the date that they started. |
| 16:32 | 12 | Q. | But you know they did start? |
| 16:32 | 13 | A. | Yes. |
| 16:32 | 14 | Q. | The last paragraph says: "If FEMA receives any |
| 16:32 | 15 | | complaints, we would appreciate hearing from you as soon as |
| 16:32 | 16 | | possible so we can work with you to address any follow-up that |
| 16:32 | 17 | | FEMA believes may be appropriate. If you desire to provide an |
| 16:32 | 18 | | additional ventilation alternative, which, when installed, |
| 16:32 | 19 | | could provide a flow of outside air into the trailer, there is |
| 16:32 | 20 | | a product called the Fantastic Vent. We can provide further |
| 16:32 | 21 | | information," et cetera. |
| 16:32 | 22 | | Do you see that? |
| 16:32 | 23 | A. | Yes, sir. |
| 16:32 | 24 | Q. | Describe for the ladies and gentlemen of the jury what the |
| 16:32 | 25 | | Fantastic Vent is. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

| | | | |
|---|---|---|---|
| 16:32 | 1 | A. | It's a 14-by-14 powered fan that has a very high velocity |
| 16:32 | 2 | | fan motor in it and blade combination that's able to, I |
| 16:32 | 3 | | believe, exchange 1300 cubic feet of air per minute. |
| 16:32 | 4 | Q. | Is that something that comes on a standard travel trailer, |
| 16:32 | 5 | | or is it an optional accessory? |
| 16:33 | 6 | A. | It would be an option. |
| 16:33 | 7 | Q. | Do you know what the FEMA specs said about optional |
| 16:33 | 8 | | accessories? |
| 16:33 | 9 | A. | No options. |
| 16:33 | 10 | Q. | No optional accessories? |
| 16:33 | 11 | A. | That's right. |
| 16:33 | 12 | Q. | Were you wanting to sell these fans to FEMA, or were you |
| 16:33 | 13 | | wanting -- what was your purpose at the company? |
| 16:33 | 14 | A. | We wanted to take care of any concerns or complaints that |
| 16:33 | 15 | | customers had issued, and we were offering those fans as a |
| 16:33 | 16 | | resolution. |
| 16:33 | 17 | Q. | If I turn to the next page, is that the ventilation |
| 16:33 | 18 | | information that Gulf Stream sent to FEMA a couple of weeks |
| 16:33 | 19 | | before Ms. Alexander moved into her trailer? |
| 16:33 | 20 | A. | It is. |
| 16:33 | 21 | Q. | And I see formaldehyde is mentioned in the second |
| 16:33 | 22 | | paragraph, correct, and in the first one? |
| 16:33 | 23 | A. | Correct. |
| 16:33 | 24 | Q. | And you give ventilation instructions there? |
| 16:33 | 25 | A. | Yes. |