UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION:  N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

*****************************************************************************

**FLEETWOOD ENTERPRISES, INC'S**
**MOTION FOR LEAVE TO FILE MOTIONS OUT OF TIME**

Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court, pursuant to

Federal Rule of Civil Procedure 6(b) for leave to two motions -- which were filed shortly after

midnight, but still missing the Court's *Daubert* motion deadline -- out of time.  Fleetwood

respectfully requests that this Court deem these two motions, both filed less than an hour late,

timely filed.  The two motions are *Daubert* motions regarding Dr. Patricia Williams (Rec. Doc.

6664) and Dr. Lawrence G. Miller (Rec. Doc. 6665).  First, Fleetwood counsel takes full

responsibility for the late filings.  Second, Plaintiff's counsel is not prejudiced by the one-hour

late filing.  Finally, justice calls for these experts to be subject to appropriate and legitimate

scrutiny in this bellwether case.

In support of the motion, Fleetwood relies on the Affidavits of Richard K. Hines, V, and

Maureen L. Dreeman, and its memorandum of law.

**III.    Conclusion**

For these reasons, Fleetwood requests that this Court allow the late filing of the two

*Daubert* motions regarding Dr. Williams and Dr. Miller.

This 10th day of November 2009.

        Respectfully submitted:


        */s/ Richard K. Hines, V*

        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

## <u>C E R T I F I C A T E OF SERVICE</u>

        I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                  ( )     Prepaid U.S. Mail

( )     Facsimile                       ( )     Federal Express

(X)    CM/ECF

        New Orleans, Louisiana, this 10th day of November 2009.

                                  */s/ Richard K. Hines, V*
                                  Richard K. Hines, V
                                  Georgia Bar No. 356300
                                  richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)