UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * * | |
| *Case No. 07-9228* | | * * * | JUDGE: ENGELHARDT |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FLEETWOOD ENTERPRISES, INC'S
MEMORANDUM OF LAW IN SUPPORT OF ITS
<u>MOTION FOR LEAVE TO FILE MOTIONS OUT OF TIME</u>**

Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") has moved this Court for leave to file two motions -- which were filed shortly after midnight, but still missed the Court's *Daubert* motion deadline -- out of time. Fleetwood asks this Court to deem these two motions timely filed. First, Fleetwood counsel takes full responsibility for the late filings. Second, because the filings were made shortly after midnight on November 9, 2009 -- but were available to Plaintiffs' counsel immediately and sent to them at the start of the business day on November 10, 2009 -- Plaintiffs are not prejudiced by Fleetwood's one hour delay. Third, Fleetwood is authorized to state that Plaintiffs do not oppose this motion. Finally, justice calls for these experts to be subject to appropriate and legitimate scrutiny in this bellwether case.

**I.    Argument and Citation of Authority**

This Court has discretion under Federal Rule of Civil Procedure 6(b)(1)(B) to extend the time for a party's action, even if the time has expired if the party failed to act because of excusable neglect. Fleetwood asks the Court to use its discretion in this matter.

Fleetwood counsel states again that it takes full responsibility for the late filing. As noted in the affidavit of Richard K. Hines, V, lead counsel for Fleetwood, Fleetwood had drafted the motions and briefs, and began filing the 17 motions, with the first deemed filed by the Court at 10:51 a.m. CST, November 9, 2009. By midnight on November 9, 2009, Fleetwood had filed 15 of the 17 motions, and filed the final two motions, the Motion to Exclude Testimony of Dr. Patricia Williams's Testimony (Rec. Doc. 6664) at 12:27 a.m. on November 10, 2009, and the Motion to Exclude Dr. Lawrence G. Miller's Testimony (Rec. Doc. 6665) at 12:56 a.m. Fleetwood counsel's staff spent just over 14 hours filing the 17 motions, and Fleetwood counsel takes full responsibility for the final two motions being filed just after midnight.[1] By way of explanation, certain of the individual pleadings, together with their exhibits, took as much as 45 minutes or more to upload and file with the Court. Because Fleetwood's counsel has a duty to protect Fleetwood's interest, make a record for appeal, and provide the basis for its argument, Fleetwood's counsel included a number of exhibits and documents to support the motions. Indeed, with 120 exhibits to the 17 motions and the other related pleadings, there were over 170 individual documents that were uploaded over those 12 hours. *See* Affidavit of Richard K. Hines, V, attached as Exhibit A, and Affidavit of Maureen L. Dreeman, attached as Exhibit B.

Fleetwood also posits that counsel for Plaintiff can not been prejudiced by these technically late filings. The two motions were filed less than an hour late, and were available for Plaintiff's counsel when they went to their office the next morning. While counsel for

---

[1] The 17 motions that were filed are the following documents: Rec. Doc. 6579 (with four exhibits); Rec. Doc. 6613 (with six exhibits); Rec. Doc. 6626 (with 11 exhibits); Rec. Doc. 6639 (with 15 exhibits); Rec. Doc. 6644 (with five exhibits); Rec. Doc. 6647 (with six exhibits); Rec. Doc. 6649 (with two exhibits); Rec. Doc. 6655 (with seven exhibits); Rec. Doc. 6656 (with three exhibits); Rec. Doc. 6657 (with two exhibits); Rec. Doc. 6658 (with six exhibits); Rec. Doc. 6659 (with 14 exhibits); Rec. Doc. 6660 (with two exhibits); Rec. Doc. 6661 (with 11 exhibits); and Rec. Doc. 6662 (with five exhibits). The Williams Daubert motion is found at Rec. Doc. 6664, with 13 exhibits, and the Miller Daubert motion is found at Rec. Doc. 6665, with eight exhibits.

Fleetwood notes that it understands the importance of technicality at times, it suggests that the Court may appropriately use its discretion in this instance to excuse two late filings.

Finally, Fleetwood notes that in this bellwether case, it is important for the experts' testimony to be subject to appropriate scrutiny, and defense, and allowing the briefing of these experts will assist with the Court with any Daubert hearing it may have. Ultimately, this inures to the benefit of the jury so that it can base any verdict on evidence with a proper evidentiary foundation.

## III.   Conclusion

For these reasons, Fleetwood requests that this Court allow the late filing of the two Daubert motions regarding Dr. Williams and Dr. Miller.

This 10th day of November 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                    ( )     Prepaid U.S. Mail

( )     Facsimile                        ( )     Federal Express

(X)    CM/ECF

New Orleans, Louisiana, this 10th day of November 2009.

                                            /s/ Richard K. Hines, V
                                            Richard K. Hines, V
                                            Georgia Bar No. 356300
                                            richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)