UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | * | |
| | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | * | |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT OF RICHARD K. HINES**

1.

I am Richard K. Hines, V., lead counsel for Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") in the above styled matter and give this my affidavit in support of Fleetwood's Motion to Seek Leave of Court to file Motions Out of Time. I am over the age of 18, competent to give this affidavit and make this affidavit on my own personal knowledge and state that the information contained herein is true and correct to the best of my knowledge and belief.

2.

Pursuant to the Pretrial Order No. 46 (Rec. Doc. No. 5744), all *Daubert* and dispositive motions were to be filed by November 9, 2009. At my direction, attorneys and paralegals at Nelson Mullins Riley & Scarborough have for some weeks been preparing 12 *Daubert* motions (seeking to completely exclude various of Plaintiff's experts or seeking to limit the testimony of various of Plaintiff's experts), and five dispositive motions. In

anticipation that the electronic filing would be time consuming, over the weekend of November 7 and 8, 2009, this firm completed preparation of all 15 of these motions with their accompanying pleadings for electronic filing.

3.

On Monday November 9, 2009, my paralegal, Maureen Dreeman, began filing its 17 motions with the first on being filed at 10:51 a.m., CST. She continued filing motions with accompanying pleadings and exhibits throughout the day and into the night. Several pleadings and their exhibits took 45 minutes or more to upload to the system. In addition, some documents were too large to file and would have to be split up and refilled after rejected by the system. By midnight on November 9, 2009, Fleetwood had successfully filed 15 of its 17 motions. We continued filing until the final two motions, Motion to Exclude the Testimony of Patricia Williams and Motion to Exclude the Testimony of Dr. Lawrence Miller were filed. The final two motions were filed at 12:27 a.m. and 12:56 a.m. CST on November 10, 2009.

4.

I personally stayed in the office with my paralegal and assistant to insure that the filing of these motions was completed with all speed and can attest that we worked without taking a break until 2:00 a.m. EST on November 10, 2009 in order to complete these filings.

This 9th day of November, 2009.

_____
Richard K. Hines, V

Sworn to and subscribed before me
this 10th day of November, 2009.

_____
Notary Public
My commission expires: _____