UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

*****************************************************************

**AFFIDAVIT OF MAUREEN L. DREEMAN**

1.

I am Maureen L. Dreeman and I am employed at the firm Nelson Mullins Riley & Scarborough, LLP as a senior paralegal. I give this my affidavit in support of Defendant Fleetwood Enterprises, Inc.'s Motion to Seek Leave of Court to File Motions Out of Time. I am over the age of 18, competent to give this affidavit and make this affidavit on my; own personal knowledge and state that the information contained herein is true and correct to the best of my knowledge and belief.

2.

Pursuant to the Pretrial Order No. 46 (Rec. Doc. No. 5744), all *Daubert* and dispositive motions were to be filed by November 9, 2009. I assisted in the preparation of Defendant Fleetwood Enterprises, , Inc.'s 12 *Daubert* motions (seeking to completely exclude various of Plaintiff's experts or seeking to limit the testimony of various of Plaintiff's experts), and five dispositive motions. I worked preparing for filing the exhibits in support of the motions and

finalizing/filing electronically all of the motions. I worked all day Sunday, November 8, 2009 on the preparation of the exhibits to these motions.

3.

On Monday, November 9, 2009, I filed the first of 17 motions beginning at 10:51 a.m. CST. I continued working on filing the motions with their accompanying pleadings and exhibits throughout the day and into the night. Several pleadings and their exhibits took 45 minutes or more to upload to the system. In addition, due to the size limitations on what can be filed, on several occasions documents would be rejected and I would have to split them up appropriately and start over with the filing of that particular motion. By midnight on November 9, 2009, Fleetwood had successfully filed 15 of its 17 motions. We continued filing until the final two motions, Motion to Exclude the Testimony of Patricia Williams (Rec. Doc. 6664) and Motion to Exclude the Testimony of Dr. Lawrence G. Miller (Rec. Doc. 6665) were filed. These last two motions were successfully filed by 12:56 a.m. CST on November 10, 2009.

_____
Maureen L. Dreeman

Sworn to and subscribed before
me this 10 day of November 2009.

_____
Notary Public

2