UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Aldridge v. Fleetwood Enterprises, Inc. and* | * | |
| *Fluor Enterprises, Inc.* | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | * | |
| | * | |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR EXPEDITED HEARING BY DEFENDANT FLEETWOOD ENTERPRISES, INC. REGARDING ITS MOTION FOR LEAVE TO FILE MOTIONS OUT OF TIME

NOW INTO COURT, through undersigned counsel, comes Defendant Fleetwood Enterprises, Inc., who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances to expedite consideration of Fleetwood's Motion for Leave to File Motions out of Time. Time is of the essence because this Court, by Order of November 10th (Rec. Doc. No. 6787), has shortened the time to respond to these motions to Friday, November 13, 2009. Accordingly, an expedited hearing – which in unopposed by Plaintiff's counsel – is necessary. Therefore Fleetwood requests that this motion be set expeditiously for hearing by this Court. A proposed order is attached.

This 10th day of November, 2009.

        Respectfully submitted:


        _/s/ Richard K. Hines, V_
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery              ( )  Prepaid U.S. Mail

( )  Facsimile                  ( )  Federal Express

(X)  CM/ECF

New Orleans, Louisiana, this 10th day of November, 2009.

 /s/ Richard K. Hines, V
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com


NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)