Case 2:07-md-01873-KDE-MBN Document 6808 Filed 11/11/09 Page 1 of 2
Case 6:09-cv-01290-RFD-CMH Document 5 Filed 08/03/2009 Page 1 of 9

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH BAKER , ET AL. <br> Plaintiff <br> v. <br> MORGAN BUILDINGS SPAS INC , ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. 6:09-CV-01290-RFD-CMH <br> ) <br> ) |

## Summons in a Civil Action

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE. 2200**
**LAFAYETTE, LA 70501-6832**

A lawsuit has been filed against you.

Within the time required by law*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Law Offices of Sidney D Torres III**
**8301 W Judge Perez Dr Ste 303**
**Chalmette, LA 70043**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**TONY R. MOORE**
CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-08-03 10:24:37.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Case 2:07-md-01873-KDE-MBN   Document 6808   Filed 11/11/09   Page 2 of 2
Case 6:09-cv-01290-RFD-CMH   Document 3   Filed 08/03/2009   Page 2 of 9

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on

**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE. 2200**
**LAFAYETTE, LA 70501-6832** ,

by:_____

(1) personally delivering a copy of each to the individual at this place, _____ or;

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) See US mail, certified card

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 11/10/09

Server's signature

Law Offices of
**SIDNEY D. TORRES, III**
*A Professional Law Corporation*
Printed name and title 8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

Server's address

---

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

The United States of America
Through the Office of the US Attorney
Western District of Louisiana
Donald Washington
800 Lafayette Street Suite 2200
Lafayette, Louisiana 71501

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name): J. E. London
C. Date of Delivery: 8-31-09
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label): 7009 0820 0000 5893 3165