AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

CATHERINE TIRCUIT, ET AL.  )
      Plaintiff  )
      v.  )  Civil Action No. 1:09-CV-01285-DDD-JDK
VANGUARD INDUSTRIES OF MICHIGAN INC.,  )  09-6871
ET AL.  )
      Defendant  )

### Summons in a Civil Action

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE. 2200**
**LAFAYETTE, LA 70501-6832**

A lawsuit has been filed against you.

Within the time required by law*, normally 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    **Law Offices of Sidney D Torres III**
    **8301 W Judge Perez Dr Ste 303**
    **Chalmette, LA 70043**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-08-03 08:22:15.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Case 2:07-md-01873-KDE-MBN Document 6813 Filed 11/11/09 Page 2 of 2
Case 1:09-cv-01285-DDD-JDK Document 5 Filed 06/03/2009 Page 2 of 10

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on

**U.S. ATTORNEY
WESTERN DISTRICT OF LOUISIANA
800 LAFAYETTE ST., STE. 2200
LAFAYETTE, LA 70501-6832** ,

by:_____

   (1) personally delivering a copy of each to the individual at this place, _____
_____ or;

   (2) leaving a copy of each at the individual's dewelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ ; or

   (5) other (specify) see US mail, certified card
_____
_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 11/10/09

Server's signature

Printed name and title    Law Offices of
**SIDNEY D. TORRES, III**
A Professional Law Corporation
8301 W. Judge Perez Drive, Suite 303
Server's address   Chalmette, Louisiana 70043

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America
Through the Office of the U.S. Attorney
for the Middle District of Alabama
Through Leura G. Canary, U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Nikesha Jackson
C. Date of Delivery: 5-24-09

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7001 3510 0001 8537 4303