AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

| | |
|---|---|
| ASHLEY BRIDGES, ET AL<br>Plaintiff<br>v.<br>KEYSTONE RV COMPANY AND<br>FLUOR ENTERPRISES, INC.<br>Defendant | )<br>)<br>)  Civil Action No.  09-4773 "N"(5)<br>)<br>)<br>) |

## Summons in a Civil Action

To: Keystone RV Company
Through its Agent for Service of Process
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
_B. Gregory_
Name of clerk of court

Aug 11 2009

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Keystone RV Company**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **Certified Mail sent on October 26, 2009, Art# 7007 1490 0000 5218 4138 Received by Erica Simpson on November 2, 2009.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **November 11, 2009**

Server's signature

**Jonathan B. Andry, Attorney for Plaintiffs**
Printed name and title

**610 Baronne Street, New Orleans, LA 70113**
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Erica Simpson*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Erica Simpson    C. Date of Delivery: 11-2-09 |
| 1. Article Addressed to:<br><br>KEYSTONE RV COMPANY<br>Through its Agent for Service of Process:<br>DAVID G. THOMAS<br>2642 HACKBERRY DRIVE<br>GOSHEN, IN 46526 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 1490 0000 5215 4139 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540