AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

EASTERN  District of  LOUISIANA

RETURN

| | |
|---|---|
| GAYLE SCHMIT, ET AL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.    09-4761 "N"(5) |
| AMERICAN INTERNATIONAL SPECIALTY LINES, GIBRALTAR INSURANCE CO., STARR EXCESS LIABILITY INS. CO. AND FLUOR ENTERPRISES, INC. | ) ) ) |
| Defendant | ) |

### Summons in a Civil Action

To:  Gibraltar Insurance Co., LTD
     Through its Registered Agent for Service of Process
     Quest Management Solutions
     FB Perry Building
     40 Church Street
     Hamilton, HM 11
     Bermuda

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street,  New Orleans, LA  70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Aug 11 2009**

Loretta G. Whyte

_B. Gregory_

Name of clerk of court

Date: _____

_____
Deputy clerk's signature

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on *Gibraltar Insurance*
*by: Co., Ltd., by:*

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) *Through Hague Convention on October 1, 2009 as evidenced by*
*attached documents received from Registrar of Supreme Court,*
*Hamilton Bermuda.*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: *November 11, 2009*

_____
Server's signature

*Jonathan B. Andry, Attorney for Plaintiffs*
Printed name and title

*610 Baronne Street, New Orleans, LA 70113*
Server's address



REGISTRAR'S CHAMBERS
**SUPREME COURT**
**113 FRONT STREET**
HAMILTON HM 12, BERMUDA

A/26

8th October, 2009

The Registrar
Deputy Governor's Office
Government House
Langton Hill
Pembroke

Dear Sir,

### Re: Foreign Service
Case No.: (09SC00063)

**GIBRALTAR INSURANCE CO. LTD**
**C/o QUEST MANAGEMENT SOLUTIONS**
**FB PERRY BUILDING**
**40 CHURCH STREET**
**HAMILTON HM 11**

------------------------------------------

Service has been completed on the above matters in the usual manner. Please find enclosed Affidavit of Service, certificate and a copy of the documents.

Yours faithfully,

REGISTRAR

CAS/Enc.



REGISTRAR'S CHAMBERS
**SUPREME COURT**
**113 FRONT STREET**
HAMILTON HM 12, BERMUDA

A/26

29ᵗʰ September 2009,

Head Bailiff
Magistrates Court
Hamilton

Dear Sir,

<u>**Re: Foreign Service**</u>
**Case No.: (please assign case no.)** 09 SC 000 63

**GIBRALTAR INSURANCE CO. LTD**
**C/o QUEST MANAGEMENT SOLUTIONS**
**FB PERRY BUILDING**
**40 CHURCH STREET**
**HAMILTON HM 11**
----------------------------------------------

The enclosed documents are to be served in the usual manner. Please return Affidavit of Service, Certificate and a copy of the above documents.

Yours faithfully,

REGISTRAR

CAS/

Enc.



# IN THE SUPREME COURT OF BERMUDA

Action No. _09SC00063_

JONATHAN B. ANDRY - THE ANDRY LAW FIRM, _____ Plaintiff

_____ Defendant

### GIBRALTAR INSURANCE CO. LTD, C/o QUEST MANAGEMENT SOLUTIONS

#### AFFIDAVIT OF SERVICE

I, _NICHOLAS LAMONTAGNE_, ,Bailiff of the Supreme Court of Bermuda,
Hamilton, Bermuda,

MAKE OATH and say as follows:-

On the _1st_ day of _OCTOBER_ ,20 _09_ at _3:04_ am/pm

I personally served         _MANDY MIZPBROCKEY (ACCOUNT EXEC)_
(name of person)

with                         _FORFIGN DOCUMENTS_
(list of
documents)

at                           _40 CHURCH STREET, HAMILTON,_
(place of
service)                      _BERMUDA._

in the Islands of Bermuda.

(delete if          .The person served is known to me personally. Or
inappropriate)      .The person served identified himself/herself to be the person so named
                     above.

Sworn at the city of Hamilton in the Islands of Bermuda)
this _2nd_ day of _October_ 2009                     )  _____

Before me:

**A COMMISIONER OF OATHS**

U.S. Department of Justice
United States Marshals Service



## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>Jonathan B. Andry<br>The Andry Law Firm<br>610 Baronne Street<br>New Orleans, LA 70113 | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>The Registrar of the Supreme Court<br>Sessions House<br>21 Parliament St.<br>Hamilton HM 12, Bermuda |
|---|---|

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Cover letter, Summons and Complaint

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons

Complaint

Done at New Orleans, LA, USA , the 09-Sept.-2009
*Fait à*

Signature and/or stamp
*Signature et/ou cachet*

*\*Delete if inappropriate*
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
    -- the (date) -- *le (date)*    1st Oct 2009
    -- at (place, street, number) - *à (localité, rue, numéro)*
                40 CHURCH Street, Hamilton, BERMUDA.

    -- in one of the following methods authorized by article 5:
    *-- dans une des formes suivantes prévues à l'article 5:*

      ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a) selon les formes légales (article 5. alinéa premier, lettre a)*

      ☐ (b) in accordance with the following particular method:
          *b) selon la forme particulière suivante:*

      ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
          *c) par remise simple.*

    The documents referred to in the request have been delivered to:
    *Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(Identité et qualité de la personne)*
       MANDY MIZIBROCKEY
    - relationship to the addressee family, business or other
    - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
       Account EXECUTIVE.

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at 3:04 PM     the 1st Oct 2009
*Fait à*             *, le*

Signature and/or stamp
*Signature et/ou cachet*

NICHOLAS BROUGHTONER

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Jonathan B. Andry, The Andry Law Firm, 610 Baronne Street, New Orleans, LA  70113  USA

**Particulars of the parties:**
*Identité des parties:*

Gayle Schmit, et al, plaintiffs; American International Specialty Lines, et al, defendants.

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Summons and Complaint for Damages

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

FEMA Formaldehyde Litigation - MDL 08-1873, United States District Court for the Eastern District of Louisia

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

November 9, 2009; U.S. District Court for the Eastern Dist of LA; 500 Poydras, New Orleans, LA   70130

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

**Dale of judgment**:**
*Date de la décision:*

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

60 days from service

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*