AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

STEVEN WEYLAND FINCHER, et als )
)
*Plaintiff* )
v. ) Civil Action No. 09-497
ALLIANCE HOMES, INC. d/b/a ADRIAN HOMES, )
et als. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America, through the
Federal Emergency Management Agency
Through the Office of the Director
Administrator of the Federal Emergency Management Agency
500 C Street S.W.
Washington, D.C. 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sidney D. Torres, III, Esq. (LSB #12869)
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**
*CLERK OF COURT*

Date: __August 10, 2009__

*Sandra Rey*
*Signature of Clerk of Deputy Clerk*

USPS return receipt (Certified Mail 7009 0820 0000 5883 5544) addressed to the Office of the Director, FEMA (Federal Emergency Management Agency), Washington, D.C. 20472. Signed by Jonathan Random, received AUG 28 2009, stamped "RDS RECEIVING".