AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
## USDC Southern District of Mississippi

Marvin Lott, et al.

|  |  |
|---|---|
| Plaintiff | ) |
| v. | ) |
| Gulf Stream Coach, Inc. | ) |
| Defendant | ) |

Civil Action No. 1:09cv572 HSo-JMR

### Summons in a Civil Action

To: *(Defendant's name and address)*

Flour Enterprises, Inc
Corporation Service Company
320 Sumerulos St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN, CLERK

Porfi Stokes

Name of clerk of court

Date:  8/6/09

P. Stoke

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 20, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Fluor Enterprises, Inc
Corporation Service Company
320 Sumerulos St.
Baton Rouge, LA 70802

RE:     Service for Marvin Lott, et al. v. Gulf Stream Coach, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause
No. 1:09-cv-572 HSO JMR, in the USDC Southern District of Mississippi.  This case will
become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products
Liability Litigation.

Enclosed is the Court issued summons addressed to Fluor Enterprises, Inc. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Fluor Enterprises, Inc</u> by:

      (1) personally delivering a copy of each to the individual at this place, _____
_____; or

      (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

      (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

      (4) returning the summons unexecuted to the court clerk on _____; or

      (5) other (specify) <u>Certified mail return receipt requested #70091680000249670894, Sent 8/21/2009,</u>
<u>Received 8/24/2009.  Registered Agent:  Corporation Service Company 320 Sumerulos St.  Baton Rouge,</u>
<u>LA 70802</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>10/29/2009</u>                      _____
                                          Server's signature

                              Wynter Lee - Mass Tort Coordinator
                                        Printed name and title

                            2506 N. Port Ave. Corpus Christi, TX 78401
                                          Server's address