# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

BRIAN J. PERERA, et als.           )        **Summons**
                                   )        (Issued pursuant to Rule 4 of
                                   )        the Federal Rules of Civil
                     Plaintiff,    )        Procedure or other appropriate
                                   )        law.)
          v.                       )
                                   )        **CIVIL ACTION CASE NUMBER:**
COACHMEN INDUSTRIES, INC., et als. )
                                   )
                     Defendant.    )        CV-09-HS-1424-S

Summons in a Civil Action

To:   The United States of America, through
      the United States Attorney General:
      Hon. Eric H. Holder, Jr.
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Sidney D. Torres, III, Esq.
> Law Offices of Sidney D. Torres, III
> 8301 W. Judge Perez Drive, Suite 303
> Chalmette, LA 70043
> Telephone: (504) 271-8422

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 7-17-09

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK
By: Joseph [signature]
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

