# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

BRIAN J. PERERA, et als. )  Summons
) (Issued pursuant to Rule 4 of
) the Federal Rules of Civil
Plaintiff, ) Procedure or other appropriate
) law.)
v. )
) CIVIL ACTION CASE NUMBER:
COACHMEN INDUSTRIES, INC., et als. )
)
Defendant. ) CV-09-HS-1424-S

Summons in a Civil Action

To: Federal Emergency Management Agency
Through the Office of the Director
Administrator of FEMA
500 C Street S.W.
Washington, D.C. 20472

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Sidney D. Torres, III, Esq.
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 7-17-09

SHARON N. HARRIS, CLERK

By: Joseph

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) JUL 29 2009   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Federal Emergency Management Agency<br>Through the Office of the Director<br>Administrator of FEMA<br>500 C Street S.W.<br>Washington, D.C. 20472 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Jonathan A. Ransom<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number | 7009 0820 0000 5887 6848 |