# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER H. JACKLER, et als. ) | **Summons** |
| ) | (Issued pursuant to Rule 4 of |
| ) | the Federal Rules of Civil |
| Plaintiff, ) | Procedure or other appropriate |
| ) | law.) |
| v. ) | |
| ) | CIVIL ACTION CASE NUMBER: |
| CAVALIER HOME BUILDERS, LLC, et als. ) | CV-09-HGD-1423-S |
| ) | |
| Defendant. ) | |

Summons in a Civil Action

To: The United States of America, through
the Office of the U.S. Attorney for the NDAL,
through Joyce White Vance, U.S. Attorney
1801 Fourth Avenue North
Birmingham, AL 35203

A lawsuit has been filed against you.

    Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 7/20/09

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: Stephanie Iden

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____

_____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
        Date                                *Authorized or Specially Appointed Process Server*

Costs of Service:  Service fee:                                                           $
                   Expenses: _____ miles @ _____ cents    $_____
                                                     TOTAL $

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America, through the Office of the U.S. Attorney for the NDAL, through Joyce White Vance, U.S. Attorney
1801 Fourth Avenue North
Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  K. M[?]ore          ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   K. M[?]ore                       7/27/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)    7009 0820 0000 5883 8477

PS Form 3811, February 2004