AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
## USDC Eastern District of Louisiana

Lester Davis, et al.

|                                   |     |
| --------------------------------- | --- |
| Plaintiff                         | )   |
| v.                                | )   |
| Gulf Stream Coach, Inc.           | )   |
| Defendant                         | )   |

Civil Action No. **09-4717**

**SECT. N MAG. 5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Gulf Stream Coach, Inc.
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:  **Aug 06 2009**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Gulf Stream Coach, Inc.
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

RE:     Service for Lester Davis, et al. v. Gulf Stream Coach, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4717, in the USDC Eastern District of Louisiana.  This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Gulf Stream Coach, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Gulf Stream Coach, Inc.</u> by:

      (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

      (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

      (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

      (4) returning the summons unexecuted to the court clerk on _____ ; or

      (5) other (specify) <u>Certified mail return receipt requested #70081830000463078623, Sent 8/21/2009,</u> <u>Received 8/24/2009.  Registered Agent:  Kenneth C. Brinker 503 South Oakland  Nappanee, IN 46550</u>


My fees are $_____ for travel and $ _____ for services, for a total of $_____ .


Date: <u>10/29/2009</u>

                    *Wynter Lee*
              _____
                      Server's signature

                Wynter Lee - Mass Tort Coordinator
              _____
                    Printed name and title

                2506 N. Port Ave. Corpus Christi, TX 78401
              _____
                    Server's address