AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

USDC Eastern District of Louisiana

Dawn Esposito, et al.

Plaintiff

v.

Gulf Stream Coach, Inc.

Defendant

Civil Action No. 09-4718 SECT. N MAG.5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CH2M Hill Construction, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: **Aug 06 2009**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free
info@fematrailerlitigation.com

2506 N. Port Avenue
Corpus Christi, TX 78401

Mikal C. Watts, P.C.
Robert Hilliard, L.L.P.

August 20, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***
CH2M Hill Construction, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

RE: Service for Dawn Esposito, et al. v. Gulf Stream Coach, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4718, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to CH2M Hill Construction, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures


U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Po
Postmark Here

Sent To: CH2M Hill Construction, Inc
C T Corporation System
Street, Apt or PO Box: 5615 Corporate Blvd. Ste. 400B
City, State: Baton Rouge, LA 70808
ID#886

7008 1830 0004 6307 8081

PS Form 3800, August 2006 See Reverse for Instructions


SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CH2M Hill Construction, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808
ID#886

24003

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☒ Addressee

B. Received by (Printed Name) C. Date of Delivery

C T Corporation System

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEMA Service

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7008 1830 0004 6307 8081

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540





# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1830 0004 6307 8081**
Status: **Delivered**

Your item was delivered at 12:00 pm on August 26, 2009 in BATON ROUGE, LA 70808. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

*Restore Offline Details >*  *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

Go >



Copyright© 2009 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on CH2M Hill Construction, Inc by:

(1) personally delivering a copy of each to the individual at this place, ______________________ ________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ________________________________________; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other (specify) Certified mail return receipt requested #70081830000463078081, Sent 8/24/2009, Received 8/26/2009. Registered Agent: C T Corporation System 5615 Corporate Blvd. Ste. 400B Baton Rouge, LA 70808

My fees are $____________ for travel and $ ____________ for services, for a total of $____________.

Date: 10/29/2009

Wynter Lee

Server's signature

Wynter Lee - Mass Tort Coordinator

Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401

Server's address