# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARK GLENN JACKLER, et als. | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| GULF STREAM COACH, INC., et als. | ) | |
| | ) | CV-09-HS-1426-S |
| Defendant. | ) | |

Summons in a Civil Action

To:    Federal Emergency Management Agency
       Through the Office of the Director
       Administrator of FEMA
       500 C Street S.W.
       Washington, D.C. 20472

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  Sidney D. Torres, III, Esq.
  Law Offices of Sidney D. Torres, III
  8301 W. Judge Perez Drive, Suite 303
  Chalmette, LA 70043
  Telephone: (504) 271-8422

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 7-17-09

SHARON N. HARRIS, CLERK
By: Joseph [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____      _____
*Date*                     *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                              $_____
                 Expenses: _____ miles @ _____ cents    $_____

                                                                                TOTAL $_____

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Federal Emergency Management Agency
Through the Office of the Director
Administrator of FEMA
500 C Street S.W.
Washington, D.C. 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   CRDS RECEIVING
X     ☐ Agent
      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
    JUL 28 2009

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Jonathan Ransom

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)    7009 0820 0000 5883 6817

Form 3811, February 2004    Domestic Return Receipt