UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**RAYSHELL HITCHENS,**
**PLAINTIFF**

**VERSUS**                                             CIVIL ACTION NO.  09-6999

**KEYSTONE RV COMPANY AND**           SECTION N, MAGISTRATE 5
**CH2M HILL CONSTRUCTORS,**
**INC.,**

 **DEFENDANTS**

CONCURRENCE IN REMOVAL

Defendant Keystone RV Company (Keystone) hereby concurs in the removal of this action.

Keystone further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT,**
**CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809

{B0623530.1}

Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

**Counsel for Defendant Keystone RV Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that a copy of this document was sent to plaintiffs' counsel by U.S. Mail.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0623530.1}