UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES AND SUSAN GILLAM,<br>PLAINTIFFS | |
| VERSUS | CIVIL ACTION NO.  09-6254 |
| KEYSTONE RV COMPANY AND<br>CH2M HILL CONSTRUCTORS,<br>INC.,<br>DEFENDANTS | SECTION N, MAGISTRATE 5 |

## CONCURRENCE IN REMOVAL

Defendant, Keystone RV Company ("Keystone") hereby concurs in the removal of this action.

Keystone further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080

{B0623473.1}

>Facsimile: (225) 248-3080
>
>-and-
>
>Madeleine Fischer (La. Bar No. 5575)
>Jones, Walker, Waechter, Poitevent,
>Carrère & Denègre, L.L.P.
>201 St. Charles Avenue, 49th floor
>New Orleans, LA 70170
>Telephone: (504) 582-8000
>Facsimile: (504) 589-8208
>
>***Counsel for Defendant Keystone RV Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that a copy of this document was sent to plaintiffs' counsel by U.S. Mail.

>*s/Ryan E. Johnson*
>_____
>Ryan E. Johnson

{B0623473.1}