# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**LIONEL SIMMONS**

**VERSUS**

**KEYSTONE RV COMPANY, SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., AND CH2M HILL CONSTRUCTORS, INC.**

**CIVIL ACTION NO. 09-5904**

**SECTION N, MAGISTRATE 5**

## CONCURRENCE IN REMOVAL

Defendant, Keystone RV Company ("Keystone") hereby concurs in the removal of this action.

Keystone further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

{B0623468.1}

>           -and-
>
>   Madeleine Fischer (La. Bar No. 5575)
>   Jones, Walker, Waechter, Poitevent,
>   Carrère & Denègre, L.L.P.
>   201 St. Charles Avenue, 49th floor
>   New Orleans, LA  70170
>   Telephone:  (504) 582-8000
>   Facsimile:  (504) 589-8208
>
>   ***Counsel for Defendant Keystone RV Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that a copy of this document was sent to plaintiffs' counsel by U.S. Mail.

>   *s/Ryan E. Johnson*
>   _____
>   Ryan E. Johnson

{B0623468.1}