# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**NATHANIEL MALONE, ET AL,**

**VERSUS**

**AMERICAN INTERNATIONAL GROUP, INC., ET AL**

**CIVIL ACTION NO.  09-6251**

**SECTION N, MAGISTRATE 5**

## CONCURRENCE IN REMOVAL

Defendants, DS Corp., Keystone RV Company (incorrectly named as Keystone Industries, Inc.), Dutchmen Manufacturing, Inc., Thor Industries, Inc., and Thor California, Inc.  hereby concur in the removal of this action.

The Defendants further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080

{B0623521.1}

        Facsimile:  (225) 248-3080

        -and-

Madeleine Fischer (La. Bar No. 5575)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 11th day of November, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that a copy of this document was sent to plaintiffs' counsel by U.S. Mail.

        *s/Ryan E. Johnson*
        _____
        Ryan E. Johnson