# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**JILL DEMOLLE**

**VERSUS**

                                       **CIVIL ACTION NO.  09-5630**

**DUTCHMEN MANUFACTURING,**
**INC., ET AL**                       **SECTION N, MAGISTRATE 5**

## CONCURRENCE IN REMOVAL

Defendant Dutchmen Manufacturing, Inc. ("Dutchmen") hereby concurs in the removal of this action.

Dutchmen further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT,**
**CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

{B0623576.1}

-and-

Madeleine Fischer (La. Bar No. 5575)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Defendant Dutchmen
Manufacturing, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that a copy of this document was sent to plaintiffs' counsel by U.S. Mail.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0623576.1}