UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


RUBY ROMAN, individually and
on behalf of her minor child,
DEZMOND ROMAN,
PLAINTIFFS

CIVIL ACTION NO.  09-5938

VERSUS

SECTION N, MAGISTRATE 5

CRUM AND FORESTER
SPECIALITY INSURANCE CO.,
SENTRY INSURANCE
COMPANY AND SHAW
ENVIRONMENTAL, INC.


CONCURRENCE IN REMOVAL

Defendant Sentry Insurance ("Sentry") (incorrectly named as Sentry

Insurance Agency), as insurer for Pilgrim International, Inc., hereby concurs in the

removal of this action.

Sentry further suggests that this action is a potential tag-along action in the

*In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently

pending the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, LLP**
Four United Plaza

{B0623583.1}

8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Sentry Insurance***


## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0623583.1}