UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

THERESA BARTHELEMY

VERSUS

CRUM & FORESTER
SPECIALITY INSURANCE CO.,
SENTRY INSURANCE AGENCY,
AND SHAW ENVIRONMENTAL,
INC.

CIVIL ACTION NO.  09-5829

SECTION N, MAGISTRATE 5

## CONCURRENCE IN REMOVAL

Defendant Sentry Insurance ("Sentry") (incorrectly named as Sentry Insurance Agency), as insurer for Pilgrim International, Inc., hereby concurs in the removal of this action.

Sentry further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080

{B0623594.1}

Facsimile: (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8208

***Counsel for Sentry Insurance***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of November, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0623594.1}