# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

SHONDA PETTY

VERSUS

DUTCHMEN MANUFACTURING, INC. And SHAW ENVIRONMENTAL, INC.

CIVIL ACTION NO. 09-7050

SECTION N, MAGISTRATE 5

## CONCURRENCE IN REMOVAL

Dutchmen Manufacturing, Inc. ("Dutchmen") hereby concurs in the removal of this action.

Dutchmen further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

s/Ryan E. Johnson

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

{B0623596.1}

-and-

Madeleine Fischer (La. Bar No. 5575)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Defendant Dutchmen Manufacturing, Inc.***

## CERTIFICATE OF SERVICE

 I hereby certify that on this 12th day of November, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0623596.1}