UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v Gulf Stream Coach Inc., et al*, Docket No. 09-2892* | * | JUDGE: ENGELHARDT |
| | * | |
| **This Pleading Relates Only to**: Severed Claims of Alana Alexander individually and on behalf of the minor child Christopher Cooper | * | MAG: CHASEZ |

*************************************************************************

### GULF STREAM COACH, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR NEW TRIAL, OR ALTERNATIVELY, MOTION FOR RELIEF FROM JUDGMENT IN EXCESS OF PAGE LIMIT

Gulf Stream Coach, Inc., pursuant to Local Rules 7.3 and 7.8.1 submit this Unopposed Motion for Leave to File an Opposition to Plaintiff's Motion for New Trial, or Alternatively, Motion for Relief from Judgment in Excess of Page Limit.  Local Rule 7.8.1 provides in pertinent part that "[e]xcept with prior permission of the judge, no . . . memorandum supporting . . . a motion shall exceed 25 pages in length . . ." Gulf Stream Coach, Inc. hereby requests that the Court grant it permission to file an Opposition to Plaintiff's Motion for New Trial, or Alternatively, Motion for Relief from Judgment in excess of the page limit.  There is no opposition to the filing of this Motion.

Accordingly, Gulf Stream Coach, Inc. requests that the Court grant this Motion and enter the attached proposed Order.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 12th day of November, 2009, a copy of the foregoing Motion for Leave to File Opposition to Plaintiff's Motion for New Trial, or Alternatively, Motion for Relief from Judgment in Excess of Page Limit, was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495