UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER                FORMALDEHYDE       PRODUCTS LIABILITY           LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Charlie Age, et al. v Gulf Stream Coach Inc., et al*, Docket No. 09-2892* | * * * | JUDGE: ENGELHARDT |
| **\*This Pleading Relates Only to**: Severed Claims of Alana Alexander individually and on behalf of the minor child Christopher Cooper | * * | MAG: CHASEZ |

*******************************************************************************

## ORDER

Considering Gulf Stream Coach, Inc.'s Local Rule 7.8.1 Motion for Leave to File an Opposition to Plaintiff's Motion for New Trial, or Alternatively, Motion for Relief from Judgment in Excess of Page Limit,

**IT IS HEREBY ORDERED** that the Motion is granted, and that Gulf Stream Coach, Inc. may file its Opposition to Plaintiff's Motion for New Trial, or Alternatively, Motion for Relief from Judgment in excess of the page limit.

**DONE AND SIGNED** this _____ day of _____, 2009.

_____
 HONORABLE KURT D. ENGELHARDT
 JUDGE, UNITED STATES DISTRICT COURT
 EASTERN DISTRICT OF LOUISIANA