# JUROR QUESTIONNAIRE

Full Name: Rachel marie morris   Male _____   Female ———

Date of Birth: 09-24-1987

Place of Birth: new orlean

Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury.  A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.

This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible.  You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror.  If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff.  Please recognize that there are no right or wrong answers to this questionnaire.  If you feel you

1

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1. What is your current residence address? 238 Historic east st Garyuille La

2. How long have you lived in this area of Louisiana? 21

3. What other cities and states have you lived in during the last ten years? N/A

4. Where did you grow up? Garyuille

5. Do you:

_____ Own your home       _____ Rent your home

_____ Live with homeowners of the residence

6. Is your residence a house, apartment, condominium or mobile home?

7. What is your current marital status?

___ Single   ___ Married   ___ Divorced   ___ Widowed   ___ Life Partner

8.  Do you have children?  ____ Yes  __✓__ No

    If "Yes", please list their ages, highest level of school completed, and

    occupations:

9.  Are you primarily responsible for making financial decisions and taking care

    of financial matters in your family?  ____ Yes  __✓__ No

    If "Yes", please explain:

10. Describe your educational background:

    What was the highest level of school you completed?  12

    If college, what was your major/primary area(s) of study?  N/A

    What degrees or certificates did you attain, if applicable:  N/A

    List any technical courses you have taken:  N/A

11.    What is your current employment status?

_____Full-time    _____Part-time    _____Self-employed    _____ Retired

_____Homemaker    ____ Student    _____Disabled    _____ Unemployed

_____Other: _____

Please list your current or most recent occupation:

Name of employer: *Wal-Mart*

Type of business:

Years employed by this employer: *2 1/2*

Current job duties:

Do/did these duties include the hiring, training, supervision, evaluation,

discipline and firing of individuals, if so please explain:



Number of individuals you supervise, if any:

12.    For the last five years, please list your employers and the job duties you had
       for each.    N/A

13.    If you are or were ever married, have or had a life partner, please state the
       following for your spouse or partner:

       Highest level of education completed and degrees attained, if
       applicable:

       Name of current or last known employer and job duties:

14.    Are you parents living?

       **Mother:** _____ Yes    _____ No    **Father:** _____ Yes    _____ No

5

15.   What are your parents' primary occupations (If retired or deceased, previous

occupations):

Mother: ___N/A_____

Father: ___N/A_____

16.   Do you, your spouse/partner or any member of your immediate family belong

to a Labor Union?  _____ Yes   ___ No

If "Yes", which union: _____

17.   Have you, your spouse/partner or any member of your immediate family ever

served in the military? If so, please state:

Which branch of service?

What was your/their military occupational specialty?

What was your/their current or most recent rank?

Number of years of service?

18.    What social, civic, professional, religious, trade or other organizations are

       you or your spouse/partner affiliated with?



       Describe any offices held:


19.    Voter Registration:

              _____Democrat      ____Republican  _____Independent

              _____Other: _____

20.    Have you ever held or sought political office?      ____ Yes      _____ No

       If "Yes", what office?

21.    Did you vote in the last presidential election?      ____ Yes      _____ No

22.    Did you vote in the last congressional election in your district?

              ____ Yes      _____ No

23.    Did you vote in the last mayoral (or parish president) election where you

       live?

              ____ Yes      _____ No

24.    When you are in a group, how often would you say that you speak out or take

       a leadership position?

              _____ Frequently

_____ Occasionally

_____ Seldom

_____ Never

25.    If selected as a juror, you will be asked to maintain your honest beliefs about what the evidence shows, while at the same time giving full consideration to the views of other jurors without hesitation to re-examine your own opinion and change your mind, if convinced that you are wrong.  Do you believe this will be possible for you? _____ Yes ___ No

If "No", please explain in full your concerns about this.

26.    What are your three principal sources of news? (Circle no more than three)

Newspapers         Magazines

Local TV News      National TV News

Radio              TV Talk Shows

Internet           Other _____

27.    Do you believe that the news media:

___Is always accurate

___Is usually accurate

___Is rarely accurate

___Is never accurate

_✓_Unsure

28.    What television programs do you watch regularly (including news programs)? *one on one*

29.    What do you like to do in your spare time (hobbies, recreations, or pastimes)? *sleep*

30.    Do you own a computer, or have routine access to one?

____ Yes        ____ No

If "Yes", what image do you currently maintain as your screen saver on that computer?

31. What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)? *N/A*

32. Do you access one or more blogs on the Internet at least on a weekly basis?

   _____ Yes   ___✓___ No

   If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33. Do you have any bumper stickers on your car(s)?  If "Yes", what do they say? *No*

34. Within the past five years, have you experienced any of the following events: (Circle all that apply)

   Loss of employment

   Serious financial hardship

   Major hospitalization

   Surgery

   Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35.  Compared to others you know, would you describe yourself as an unusually sympathetic person?

_____ Yes         _____ No  Please explain:

*Do not tell given with other*

36.  Have you/anyone close to you ever received:

_____ Disability Insurance         _____ Unemployment Compensation

_____ Public housing assistance         _____ Worker's Compensation

_____ Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

37.   Have you, your spouse/partner or any member of your immediate family ever worked for a federal, state, or local government agency or held a government office?  If "Yes", please state:

Which government agency? _____ N/A _____

What does the agency do?

What was your/their job title?

What were your/their job duties?

What were your/their dates of employment?

38.   Have you, your spouse/partner or any member of your immediate family ever owned or managed a business?  _____ Yes      _____ No

If "Yes", please explain:

39. Do you, or any family member, have any training, experience and/or knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?    Self ("S") or Family ("F")?

| | |
|---|---|
| Medicine/Healthcare | S   (F) |
| Laboratory   Work | ~~S~~   (F) |
| Construction | S   F |
| Furniture/Carpet/Textiles | S   F |
| Mortuary | S   F |
| Safety Products | S   F |
| Safety Practices | S   F |
| Journalism/TV/Media | S   F |
| Emergency Services | S   F |
| Law/Legal Field | S   F |
| Engineering | S   F |
| Government Work | S   (F) |
| Government/FEMA | S   F |
| Social Work | S   F |
| Workplace Safety | S   F |

| | | |
|---|---|---|
| Environmental Regulations | S | F |
| Recreational Vehicle Industry | S | F |
| Manufactured Housing Ind. | S | F |
| Toxicology | S | F |
| Psychology/Social Work | S | F |
| Woodworking | S | F |
| Quality Assurance | S | F |
| Product Design/Manufacturing | S | F |
| Consumer Product Testing | S | F |
| Chemistry | S | F |
| Biology | S | F |
| Toxic/Hazardous Materials | S | F |
| Insurance/Claims Handling | S | F |
| Investigative Work | S | F |
| Contracts | S | F |
| Contract Negotiation/Enforcement | S | F |
| Volunteer Work | S | F |
| Wood Products | S | F |

If you answered "Yes" to any of the above, please explain the extent of the

experience/training:

40.     Have you or someone close to you ever worked as a builder or contractor?

_____ Yes        _____ No  If "Yes", please explain:

41.     Have you or someone close to you worked as a contractor for the U.S.

Government? _____ Yes        _____ No        If "Yes", please explain:

42.     Have you or someone close to you ever worked for or with any regulatory

agency?     _____ Yes        _____ No        If "Yes", please explain:

43.   Have you or someone close to you ever had the responsibility for insuring compliance with any government standards or regulations?

_____ Yes        _____ No     If "Yes", please explain:


44.   Have you or someone close to you ever had the responsibility of writing, training or enforcing health or safety policies and practices?

_____ Yes        _____ No  If "Yes", please explain:


45.   Have you, any family member or a close friend ever been warned, reprimanded or otherwise disciplined for a health or safety policy/rule violation?

_____ Yes        _____ No  If "Yes", please explain:


46.   Have you, or someone close to you, ever worked with, or around hazardous materials?      _____ Yes        _____ No  If "Yes", please explain:


47.   Do you have a regular, or family, doctor?      _____ Yes        _____ No

16

48.    Please list any medical conditions for which you are currently being treated:

*N/A*

49.    How often do you go to the Doctor?

50.    What type of health care plan do you have?

51.    What type of healthcare facility do you usually use?

*N/A*

52.    How would you rate your basic state of health?

____ Poor, often sick        ____ Average        ____ Good, seldom sick

53.    To what extent do you believe you have control over your health?

____ I feel my health is largely within my control

_X__ I feel my health is somewhat within my control

____ I feel my health is somewhat outside my control

____ I feel my health is largely outside my control

54.    Have you or anyone in your family suffered from asthma, allergies, other respiratory illness, or any autoimmune disorder?

____ Yes     _X__ No

If "YES", what is/was the medical diagnosis of your condition, if any:

If "YES", please list any substances to which you are allergic:

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?

55.    Have you ever smoked?

_____ Yes        _____ No

If "YES", do you still smoke?    _____ Yes        _____ No

If "YES", how long have you been a smoker? _____Months _____Years

If "YES", number of packs per day: _____

If "YES", how many times have you tried to stop? _____

If "Yes", do you smoke inside your home? _____ Yes        _____ No

56.   Which of the following statements about smoking do you think is most
      correct?

      _____People who smoke are addicted and are not personally responsible for
      their continued smoking

      _____Smoking is a bad habit, and people can quit if they really want to

      _____Neither

57.   Have you or anyone close to you ever been unable to work due to a serious
      medical problem, permanent injury or disability?

      ___ Yes, I have        ___ Yes, someone close to me has        ___ No

      If "YES", please explain:

58.   Have you, any family members, or close friends ever had a loved one injured
      or die as a result of wrongdoing or the negligence of another party?

      _____ Yes        _____ No

      IF "YES", please explain who was involved and what happened:

59.   Have you, a family member, or anyone close to you ever been injured by a

       product you thought was defective?

              ___Yes            Who? _____

              ___No

              ___Maybe          Who? _____

       Please explain:


60.   Have you ever served on a jury?

       ____Yes:          ____Civil          _____Criminal

       How many times?

       If "YES", please indicate the type of case(s):



       If "YES", was a verdict reached?

       _____ Yes          _____ No

       If "YES", did you serve as the foreperson?

       _____ Yes          _____ No

61. Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

    _____ Yes        _____ No

    If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case):

62. Have you or someone close to you ever been sued or threatened with a suit by someone else?        _____ Yes        _____ No

    If "Yes", explain:

63. Have you ever felt you had reason to sue but decided not to?

    _____ Yes        _____ No  If "Yes", please explain:

64. Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?        _____ Yes        _____ No

    If "Yes", please describe the dispute, who was involved, and the outcome.

65.   Do you believe too many people too often file frivolous lawsuits to address
      grievances? ____Yes ____No   Explain (optional).

66.   Do you believe there should be a fixed limit on the amount of compensation a
      plaintiff may recover, even if the evidence supported a higher amount of
      compensation?

      ____ Yes      ✓____ No   Please explain:

67.   Do you support legislative reforms to place caps or limits on the amount of
      money juries can award?  ____ Yes  ____No  If "Yes", please explain:

68.    On a scale of 1 to 10, how possible do you think it is to get a fair trial in
      Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5
      being "sometimes able to get a fair trial"; and 10 being "always able to get a
      very fair trial")

      1      2      3      4      (5)      6      7      8      9      10

69.    Do you think corporations have an unfair advantage or disadvantage in the

courtroom?

_____ Yes        _____ No     Please explain:

70.    Do you think our system of lawsuits gives an unfair advantage or

disadvantage to people who file lawsuits?      _____ Yes        _____ No

Please explain:

71.    Do you feel you could fairly decide a lawsuit involving an individual against

a corporation?       _____ Yes      _____ No

72.    Have you or a family member ever had a serious, negative dispute with a

manufacturer over the quality of a product?      _____ Yes        _____ No

IF "Yes", please explain:

73.   How much confidence do you have in major companies in our country?

_____ A great deal of confidence

_____ Only some confidence

_____ Hardly any confidence

74.   To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

____ I am positive they conspire          ____ I suspect they conspire

____ I am doubtful they conspire          ____ I do not believe they conspire

75.   Which statement do you agree with more? (Check one)

_____ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

_____ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.   Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

____ Adequate       ____ Inadequate       ____ Very inadequate

77.   Do you think corporations generally try to make their products safe?

      _____ Yes        _____ No

78.   Do you have any concerns about holding a product manufacturer legally

      responsible if a user or consumer of the product gets sick from exposure to

      hazardous air pollutants emitted from the product?   _____ Yes   _____ No

      If "Yes", please explain your concerns.

79.   Do you think the government should provide "free" health care for all

      citizens?

      _____ Yes        _____ No



80.   Generally, do you believe that it is the government's responsibility, in the

      face of a disaster, to ensure that all displaced individuals are provided with

      some form of housing?   _____ Yes        _____ No

      If "Yes", please explain why you believe this.

81.   Do you have general concerns about how the Federal Government spends money, operates, or treats its citizens, which would influence your ability to be a fair and impartial juror in this case?   ___ Yes   ___ No

If "Yes", please explain why this is so.

82.   Do you agree or disagree with the following statements?

a.   If a person claims injury, or health or safety concerns, based upon actions taken by the government in an emergency, the government should pay for the injury, or health or safety concerns, even when there is no proof that the government did something wrong.

_____ Agree strongly

_____ Agree

_____ Disagree

_____ Disagree strongly

_____ Not sure

b.    Individuals receiving emergency assistance from the government after a natural disaster should have no right to sue the federal government over injuries, or health or safety concerns, that they believe to be related to the government assistance?

_____Agree strongly

____ Agree

____ Disagree

____ Disagree strongly

____ Not Sure

83.    Do you feel you could fairly decide a lawsuit between an individual and the government?        _____ Yes        _____ No

84.    How much confidence do you have in our country's government?

_____ A great deal of confidence

_____ Only some confidence

_____ Hardly any confidence

85.   Do you agree or disagree with the following statement: Overall, the
      government does a good job of protecting the public from toxic substances in
      the environment.

      _____ Agree strongly

      _____ Agree

      _____ Disagree

      _____ Strongly disagree

      _____ Not sure

86.   Have you, or anyone close to you, ever worked in a job where you/they had
      contact or familiarity with OSHA or HUD standards?

            _____ Yes          _____ No

            IF "Yes", who?

87.   Overall, what kind of job would you say government agencies (such as
      Housing and Urban Development ("HUD") and the Occupational Safety and
      Health Administration ("OSHA")) do making manufacturers, employers and
      employees follow safety regulations?

      _____ Good    _____ Okay    _____ Not very good    _____ Bad    _____ No opinion

88.   Do you consider yourself an "environmentalist"?    _____ Yes    _____ No

89.   Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization? _____ Yes _____ No

IF "Yes", which one(s):

90.   Do you have any health or safety concerns about where you live or work?

_____ Yes _____ No   IF "Yes", please explain:

91.   Have you ever experienced any of the following problems in your home,

condo, or apartment?

____ sick building syndrome _____ toxic mold _____ asbestos exposure

____ recurring indoor mold or mildew _____ chemical exposure

92.   How often do you question your personal safety on a day-to-day basis?

_____ Frequently _____ Sometimes _____ Rarely, if ever

93.   How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very _____ Somewhat _____ Not very or not at all

94.     Have you, a member or your family or someone close to you, ever been

        exposed to substances or chemicals which were a potential health hazard?

                ____ Yes          ____ No     IF "Yes", please explain:

95.     Have you, a member of your family or someone close to you, ever been

        injured as a result of exposure to hazardous substances or chemicals?

                ____ Yes          ____ No     IF "Yes", please explain:

        If YES, how seriously were you injured:

                ____ Very     ____ Somewhat     ____ Not very or hardly at all

96.     If a company exposed consumers to any kind of toxic substance responsible

        for a related disease, I would (check one):

        _____Always find the company liable

        _____ Never find the company liable

        _____Depends on the facts of the case

97.    Have you, your spouse/partner or any member of your immediate family ever

owned, used or resided in a travel trailer, park model, manufactured housing

(mobile home) unit or any recreational vehicle? _____Yes _____No

If "Yes", who was the manufacturer and what was the brand name or model?

98.    Have you, any member of your immediate family, or anyone you know ever

had a complaint about the quality of construction in your/their residence?

_____ Yes      _____ No     If "Yes", please explain who was involved and what

happened:

99.    Have you or anyone close to you lived in, worked in, gone to school in,

visited or temporarily occupied a motor home, recreational vehicle (RV),

and/or a manufactured housing (mobile home)unit? _____ Yes _____ No

If "Yes", please explain:

100.    Do you have any safety concerns about travel trailers, park models, or

manufactured housing unit (mobile homes) or other type of camper or

recreational vehicle ?

___Yes            ___No      If "Yes", please explain:

101.    Do you believe that your health or the health of anyone close to you has been

negatively affected by time spent in a travel trailer, park model, manufactured

housing unit (mobile home) or any other type of camper or recreational

vehicle?

___Yes      ___No      Please explain:

102.    Have you, your spouse/partner or any member of your immediate family ever

owned, used or resided in a product manufactured by Gulf Stream Coach,

Inc.?      ___Yes            ___No

103.    Have you, your spouse/partner or any member of your immediate family ever

been employed by Gulf Stream Coach, Inc., or any dealer or other company

associated with Gulf Stream Coach, Inc.?      ___Yes      ___No

104.    Have you, your spouse/partner or any member of your immediate family ever

been employed by Fluor Enterprises, Inc?      ___Yes      ___No

105.   Have you, your spouse/partner or any member of your immediate family ever
       had a relationship or some business connection with Fluor Enterprises, Inc.?

       ___Yes   ___No

106.   Do you have any opinions about companies that manufacture
       travel trailers, park models or manufactured housing that would make you
       favor one side over the other in a lawsuit between an emergency aid recipient
       and the manufacturer of travel trailers, park models or manufactured housing?

       ____Yes   ___No   ___Maybe

       Please explain which side you would favor and why?

107.   In the aftermath of a disaster, who do you believe is <u>most</u> responsible for
       providing housing assistance to those without housing?

              ____Federal Government   ____State Government

              ____Local Government   ____None of the Above

33

108.   Do you believe that FEMA generally:

_____ Does a good job helping people after disasters

_____ Does an "okay" job helping people after disasters

_____ Does a poor job helping people after disasters

_____ Only makes disasters worse

__✓__ Unsure

Please explain why you believe this.

109.   Have you/anyone close ever had personal experience/contact with FEMA?

_____ Yes          __✓__ No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

110.   Have you/anyone close to you ever received:

　　　　____FEMA Rental Assistance　　　　____FEMA Issued Housing Unit

　　　　____FEMA Hotel Assistance　　　　____FEMA Relocation Assistance

　　　　____FEMA Financial Assistance　　　　____Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:




111.   If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

　　　　____I have never sought disaster aid or relief from FEMA

　　　　____I was treated well

　　　　____I was treated satisfactorily

　　　　____I was treated poorly

　　　　____I was mistreated by FEMA

Please explain your answer:

112.   Did you, any family member or close acquaintance experience property

damage or personal injury as a result of Hurricane Katrina or Rita?

If "Yes", explain what property damage or injury you/they experienced.

Did you/they seek aid from FEMA?   _____Yes          ___✓__No

Who was injured?

How seriously were you/they injured?

__ Very     __ Somewhat    ✓ Not very or hardly at all

113.   Were you or any family member or close acquaintance displaced from

your/their residence as a result of Hurricane Katrina or Rita?

_____Yes          ✓___No

If "Yes", explain your relationship with these individuals, and indicate if they

received emergency housing assistance from FEMA.

114.   Do you believe that the damage caused by Hurricane Katrina to this part of

Louisiana was the fault of the Federal Government?   ___Yes  ✓___No

If "Yes", please explain why you believe this.

115.   Have you, any family member or any close acquaintance of yours ever

resided in housing provided by FEMA or any government agency following a

natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes          ✓   No

If "Yes", identify the individual(s) receiving this housing assistance and your

relationship to the individual(s) and the type of housing assistance provided.

116.   Do you have any opinions about companies that FEMA contracted with to

install and maintain travel trailers, park models or manufactured housing

(mobile homes) that would make you favor one side over the other in a

lawsuit between an emergency aid recipient and the company that installed

and maintained the travel trailers, park models or manufactured housing

(mobile homes)?

_____Yes      ✓   No       _____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117. Have you, a family member, or anyone close to you ever suffered from a disease or injury that you believe was caused by living in an emergency housing unit (travel trailer, park model or manufactured housing)?



_____Yes          Who: _____

_____No

_____Maybe       Who: _____

Please explain:

118. Have you heard about or discussed the topic of formaldehyde exposure with anyone?

_____Yes          _____No

If "Yes", please explain:

119.  Do you or anyone close to you work with or around <u>formaldehyde,</u> or

products that contain formaldehyde?

_____Yes          Who: _____

_____No

____Unsure

If "Yes", please explain the circumstances and what it was used for:

120.  Based on your experience and what you have heard/read, have you formed

any opinions about the overall effects, if any, of formaldehyde exposure on a

person?

_____Yes          _____No

If "Yes", what is your opinion?

121.  How dangerous do you think it is for someone to be exposed to

formaldehyde.

____ Very     ____ Somewhat     ____ Not very     ____ Not at all     ___ Unsure

122. Have you, or anyone you know, ever been screened or tested to determine if you might have a formaldehyde-related condition?

_____Yes          Who: _____ When:_____

_____No

123. Do you claim to have, or do you know anyone who claims to have, a disease or injury associated with formaldehyde exposure?

_____Yes          _____No

If "Yes", please explain:

124. Have you attended any meetings about filing lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes          _____No

If "Yes", state where, and what you have seen/heard or read:

125.   Have you seen, heard or read anything about lawsuits brought by some of the

occupants of FEMA emergency housing units in which the occupants claim

injury or disease because of their alleged exposure to formaldehyde?

_____Yes          _____No          _____Unsure

If "Yes" or "Unsure", please explain:

126.   Have you seen/heard or read any advertisements from lawyers about lawsuits

involving alleged formaldehyde exposure to occupants of FEMA provided

trailers and mobile homes?

_____Yes          _____No          _____Unsure

If "Yes" or "Unsure", please explain:

127.   Do you, a family member, or anyone close to you believe you have or they
       have a claim concerning alleged injuries from living in a FEMA-provided
       emergency housing unit (travel trailer, park model or manufactured housing
       (mobile home) unit)?

       _____Yes, me

       _____Yes, family member

       _____Yes, someone close

       _____No

       _____Don't know

128.   Is there anything you can think of that would give you trouble being open-
       minded in a case involving  a person suing the trailer manufacturers,
       installation and maintenance contractors, and FEMA for formaldehyde
       exposure from their FEMA-issued trailers?

129. If chosen as a juror, you should know that the trial of this case <u>may</u> take two
full work weeks (Monday through Friday).  Would this present such a severe
personal or economic hardship for you that you believe you could not serve
as a fair and impartial juror?  If so, please explain why (including specific
information as to the nature of your hardship, or indicate that you would like
to speak to the Court privately about the matter).  NO cause I have
no ride to come out here and I do not
know how to come out here my sister haol to
live work to bring me here. I live in
                                      Garyville

I swear that the answers that I have given are true and correct to the best of
my knowledge.

Print Name: Rachel Morris

Signature: Rachel Morris

Date: July 28, 2009