UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER          *   Docket MDL 1873 "N"
FORMALDEHYDE PRODUCTS         *
LIABILITY LITIGATION          *   New Orleans, Louisiana
                              *
THIS DOCUMENT IS RELATED TO:  *   September 15, 2009
                              *
CHARLIE AGE, ET AL V          *   12:40 P.M.
GULF STREAM COACH, INC.,      *
ET AL, DOCKET NO. 09-2892;    *
ALANA ALEXANDER, INDIVIDUALLY *
AND ON BEHALF OF              *
CHRISTOPHER COOPER            *
* * * * * * * * * * * * * * * *


                        DAY 2
                 AFTERNOON SESSION
          JURY TRIAL PROCEEDINGS BEFORE THE
            HONORABLE KURT D. ENGELHARDT
            UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:          Gainsburgh, Benjamin, David,
                                Meunier & Warshauer
                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


                             The Buzbee Law Firm
                             BY:  ANTHONY G. BUZBEE, ESQ.
                             JP Morgan Chase Tower
                             600 Travis, Suite 7300
                             Houston, Texas  77002

16:31  1  A.   Yes, sir.

16:31  2  Q.   And is that accurate based on the test that you did?

16:31  3  A.   It is.

16:31  4  Q.   The next sentence says:  "We are willing to share these

16:31  5  informal test results with you."  Right?

16:31  6  A.   That's correct.

16:31  7  Q.   Do you know if FEMA ever asked you for those results?

16:31  8  A.   Not to me, no, personally.

16:31  9  Q.   Do you know whether or not FEMA was already doing its own

16:31  10  testing at this particular point in time?

16:32  11  A.   I don't know for sure the date that they started.

16:32  12  Q.   But you know they did start?

16:32  13  A.   Yes.

16:32  14  Q.   The last paragraph says:  "If FEMA receives any

16:32  15  complaints, we would appreciate hearing from you as soon as

16:32  16  possible so we can work with you to address any follow-up that

16:32  17  FEMA believes may be appropriate.  If you desire to provide an

16:32  18  additional ventilation alternative, which, when installed,

16:32  19  could provide a flow of outside air into the trailer, there is

16:32  20  a product called the Fantastic Vent.  We can provide further

16:32  21  information," et cetera.

16:32  22           Do you see that?

16:32  23  A.   Yes, sir.

16:32  24  Q.   Describe for the ladies and gentlemen of the jury what the

16:32  25  Fantastic Vent is.

| | | |
|---|---|---|
| 16:32 | 1 | A.   It's a 14-by-14 powered fan that has a very high velocity |
| 16:32 | 2 | fan motor in it and blade combination that's able to, I |
| 16:32 | 3 | believe, exchange 1300 cubic feet of air per minute. |
| 16:32 | 4 | Q.   Is that something that comes on a standard travel trailer, |
| 16:32 | 5 | or is it an optional accessory? |
| 16:33 | 6 | A.   It would be an option. |
| 16:33 | 7 | Q.   Do you know what the FEMA specs said about optional |
| 16:33 | 8 | accessories? |
| 16:33 | 9 | A.   No options. |
| 16:33 | 10 | Q.   No optional accessories? |
| 16:33 | 11 | A.   That's right. |
| 16:33 | 12 | Q.   Were you wanting to sell these fans to FEMA, or were you |
| 16:33 | 13 | wanting -- what was your purpose at the company? |
| 16:33 | 14 | A.   We wanted to take care of any concerns or complaints that |
| 16:33 | 15 | customers had issued, and we were offering those fans as a |
| 16:33 | 16 | resolution. |
| 16:33 | 17 | Q.   If I turn to the next page, is that the ventilation |
| 16:33 | 18 | information that Gulf Stream sent to FEMA a couple of weeks |
| 16:33 | 19 | before Ms. Alexander moved into her trailer? |
| 16:33 | 20 | A.   It is. |
| 16:33 | 21 | Q.   And I see formaldehyde is mentioned in the second |
| 16:33 | 22 | paragraph, correct, and in the first one? |
| 16:33 | 23 | A.   Correct. |
| 16:33 | 24 | Q.   And you give ventilation instructions there? |
| 16:33 | 25 | A.   Yes. |