# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**JOANAS GREEN, JULIA GREEN,**
**DONALD COLLINS, AND DEMI**
**COLLINS,**
**PLAINTIFFS**                                    CIVIL ACTION NO. 09-6837

**VERSUS**                                        SECTION N, MAGISTRATE 5

**KEYSTONE RV COMPANY, AND**
**SHAW ENVIRONMENTAL, INC.,**
**DEFENDANTS**

## CONCURRENCE IN REMOVAL

Defendant Keystone RV Company hereby concurs in the removal of this action.

Keystone further suggests that this action is a potential tag-along action in the *In re FEMA Formaldehyde Products Liability Litigation*, No. 07-MD-1873, currently pending the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT,**
**CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809

{B0623577.1}

Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Defendants***

### CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of November, 2009, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0623577.1}