UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | | SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * * | |
| | | | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION TO WITHDRAW ITS MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF <u>PLAINTIFF'S EXPERT, MARY DEVANY</u>

NOW INTO COURT, through undersigned counsel, comes Defendant, Fleetwood Enterprises, Inc. (hereinafter "Fleetwood"), and respectfully moves this Honorable Court to withdraw its Motion in Limine to Exclude the Testimony of Plaintiff's Expert, Mary DeVany [Rec. Doc. 6647]. Inasmuch as counsel for Plaintiff have now confirmed to Defendants in writing that they will not call Mary DeVany as a witness in the Dubuclet bellwether trial, Fleetwood's motion to exclude her testimony is now moot. Therefore, Fleetwood respectfully moves to formally withdraw its motion at Rec. Doc. 6647.

This 12th day of November 2009.

                Respectfully submitted:

                */s/ Richard K. Hines, V*
                Richard K. Hines, V
                GA Bar No. 356300
                E-mail:  richard.hines@nelsonmullins.com
                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                Atlantic Station

201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                     ( )    Prepaid U.S. Mail

( )    Facsimile                            ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 12th day of November 2009.

                                        /s/ Richard K. Hines, V
                                        Richard K. Hines, V
                                        Georgia Bar No. 356300
                                        E-mail: richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)