UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 | |
| | FORMALDEHYDE | * | | |
| | PRODUCTS LIABILITY | * | | |
| | LITIGATION | * | SECTION: N(5) | |
| | | * | | |
| This Document Relates to: | | * | | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | | |
| | | * | JUDGE: ENGELHARDT | |
| Case No. 07-9228 | | * | | |
| | | * | | |
| | | * | MAG: CHASEZ | |

*************************************************************************

## **ORDER**

Considering Fleetwood Enterprises, Inc's Motion to Withdraw its Motion in Limine to Exclude the Testimony of Plaintiff's Expert, Mary DeVany,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**DONE AND SIGNED** this _____ day of _____, 2009

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**