UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FLEETWOOD ENTERPRISES, INC.'S MOTION IN LIMINE
TO EXCLUDE EVIDENCE, TESTIMONY, AND
<u>ARGUMENT REGARDING OTHER LAWSUITS OR CLAIMS</u>**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court to exclude all evidence, testimony, and argument regarding other lawsuits or claims by people who, having been displaced by Hurricanes Katrina or Rita, were placed in a FEMA unit on the grounds that such evidence is irrelevant, risks jury confusion, and is unduly prejudicial. In support of this motion, Fleetwood also files it memorandum of law and Exhibit A, Michael Zieman Dep. (Oct. 6, 2009) at 76-77, excerpts attached.

This 12th day of November 2009.

Respectfully submitted:

*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

          Jerry L. Saporito
          LA Bar No. 11717
          LEAKE & ANDERSSON, L.L.P.
          1700 Energy Centre
          1100 Poydras St.
          New Orleans, LA 70163-1701
          (504) 585-7500 (phone)
          (504) 585- 7775 (fax)

          Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                    ( )     Prepaid U.S. Mail

( )     Facsimile                        ( )     Federal Express

(X)     CM/ECF

New Orleans, Louisiana, this 12th day of November 2009.

                                             /s/ Richard K. Hines, V
                                             Richard K. Hines, V
                                             Georgia Bar No. 356300
                                             richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)