Exhibit A

ORIGINAL

UNITED STATES DISTRICT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION


IN RE: FEMA TRAILER            )
FORMALDEHYDE PRODUCTS LIABILITY )
LITIGATION                     )   MDL No. 07-187
                               )
_____)


DEPOSITION OF MICHAEL LEROY ZIEMAN, a witness herein, noticed by Bencomo & Associates, at 3403 10th Street, Riverside, California, at 4:14 p.m., on Tuesday, October 6, 2009, before Jana Ruiz, CSR 12837.


Hutchings Number 233419



**HUTCHINGS**℠
**COURT REPORTERS**
**GLOBAL LEGAL SERVICES**

HEADQUARTERS:
6055 E. WASHINGTON BLVD., 8TH FLOOR
LOS ANGELES, CA 90040-2429

**800.697.3210**   323.888.6300
FAX: 323.888.6333 • www.hutchings.com

```
18:20    1                    -EXAMINATION-
         2
         3        BY MR. BENCOMO:
         4        Q.  Mr. Zieman, I'll be brief, just try to go over
10:20    5   some of the questions that were posed to you by
         6   Ms. Taylor.
         7        She just asked you about the evaluations that you
         8   did for Fleetwood trailers, travel trailers, between
         9   1978 and 1983.
10:20   10        You remember that?
        11        A.  For travel trailers?
        12        Q.  Yes, sir.
        13        A.  I thought she asked about manufactured houses.
        14        Q.  It was not for travel trailers?
10:20   15        None of those documents are for travel trailers at
        16   all; is that correct?
        17        A.  That's correct.
        18        Q.  Okay.
        19        And you understand the Dubuclet unit to be a travel
10:20   20   trailer, not a manufactured home; correct?
        21        A.  That's my understanding, yes.
        22        Q.  Do you know how many complaints by way of
        23   lawsuits or claims Fleetwood obtained between 2005 and
        24   2009, as we sit here today, in connection with
10:21   25   allegations of formaldehyde in their travel trailers?
```

76

| | | |
|---|---|---|
| 18:21 | 1 | A. No, I do not. |
| | 2 | Q. If I told you it was in the thousands, would |
| | 3 | you be in a position to dispute that, sir? |
| | 4 | A. I have no -- no. |
| 18:21 | 5 | I would not be in a position to dispute it. |
| | 6 | Q. As we sit here today, has Fleetwood retained |
| | 7 | RADCO to go out and inspect, not just Ms. Dubuclet's |
| | 8 | trailer, but any of the trailers that contain |
| | 9 | formaldehyde to determine the level of formaldehyde in |
| 18:21 | 10 | those trailers? |
| | 11 | A. No. |
| | 12 | Q. She asked you about the studies that you |
| | 13 | conducted. |
| | 14 | Remember that? |
| 18:22 | 15 | A. Uh-huh. |
| | 16 | Q. And those studies range from 1978 until when? |
| | 17 | A. '91. |
| | 18 | Q. To 1991? |
| | 19 | A. Yeah. |
| 18:22 | 20 | The one on material was not so much a study. It |
| | 21 | was a specific test; that the one I would characterize |
| | 22 | as studies were '78 through something here -- '78 |
| | 23 | through '82, it looks like. |
| | 24 | Q. Now, those studies that you referred to in |
| 18:22 | 25 | connection with her question are part and parcel of the |

77