UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | | SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.*, et al. | | * * * | |
| | | | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * * * | |
| | | | MAG: CHASEZ |

***************************************************************************

### NOTICE OF HEARING

IT IS HEREBY ORDERED that Fleetwood Enterprises, Inc.'s Motion in Limine to Exclude Evidence, Testimony, and Argument regarding Other Lawsuits or Claims is hereby set for the hearing on the 2nd day of December, 2009 at 9:30 a.m.

This 12th day of November 2009.

    Respectfully submitted:

    */s/ Richard K. Hines, V*
    Richard K. Hines, V
    GA Bar No. 356300
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    Atlantic Station
    201 17th Street, NW, Suite 1700
    Atlanta, GA 30363
    (404) 322-6000 (phone)
    (404) 322-6050 (fax)

    Jerry L. Saporito
    LA Bar No. 11717
    LEAKE & ANDERSSON, L.L.P.
    1700 Energy Centre

1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

       I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                       ( )    Prepaid U.S. Mail

( )    Facsimile                              ( )    Federal Express

(X)    CM/ECF

       New Orleans, Louisiana, this 12th day of November 2009.

                                           /s/ Richard K. Hines, V
                                           Richard K. Hines, V
                                           Georgia Bar No. 356300
                                           richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)