UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                             MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On November 10, 2009, the Court held a telephone conference with the following counsel participating: Tom Cougill, Ryan Johnson, Lamont Domingue, Tom Thagard, Michelle Boyle, Adam Dinnell, Mikal Watts, Jerry Meunier, and Richard Sherburne. During the conference, the establishment of a summary jury trial procedure was discussed.

New Orleans, Louisiana, this 10th day of November, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**