# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRITTANY MOLINARY, ET AL. ) | **RETURN** |
| Plaintiff ) | |
| v. ) | |
| CAVALIER HOME BUILDERS, LLC., ET AL. ) | Civil Action No. 2:09-cv-4916 |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Cavalier Home Builders, LLC
Through its registered agent for service:
The Corporation Trust Company
2000 Interstate Park Dr.
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Oct 23 2009

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Cavalier Home Builders, LLC, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date:  28 October, 2009

Server's signature

Printed name and title  Lawrence J. Centola, Jr.  Attorney

Server's address  600 Carondelet St., Suite 602, New Orleans, LA 70130

October 22, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1428 5892</u>**

Through its Agent for Service of Process
The Corporation Trust Company
2000 Interstate Park Dr.
Montgomery, AL 36109

      Re:    *Brittany Molinary, et al. v Cavalier Homes Builders, LLC., et al.* EDLA, Case No: 09-4916

Dear Sir/Madam

    Please accept service on behalf of Cavalier Home Builders, LLC.

                                      Very truly yours,

                                      Lawrence J. Centola Jr.

LC:jld
See Enclosures

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X The Corporation Company ☐ Agent ☐ Addressee

B. Received by ( Printed Name )
The Corporation Company

C. Date of Delivery
10/30/09

1. Article Addressed to:

Cavalier Home Builders, LLC
Through its Agent for Service of Process
The Corporation Trust Company
2000 Interstate Park Drive.
Montgomery, AL 36109

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7009 2250 0004 1428 5892

PS Form 3811, February 2004   Domestic Return Receipt   4916   102595-02-M-154



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here
NEW ORLEANS, LA 70113-9610
OCT 28 2009
SMOW USPS

Cavalier Home Builders, LLC
Through its Agent for Service of Process
The Corporation Trust Company
2000 Interstate Park Drive.
Montgomery, AL 36109

PS Form 3800, August 2006   See Reverse for Instructions