# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| CARL RICHARDSON, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-4903 |
| COACHMEN INDUSTRIES, INC., ET AL. ) | |
| Defendant ) | |
| ) | |
| ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Coachmen Industries, Inc.
Through its registered agent for service:
Corporation Service Company
251 East Ohio St.
Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Oct 23 2009

Date: _____

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Coachmen Industries, Inc</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>28 October, 2009</u>

Server's signature

Printed name and title: <u>Lawrence J. Centola, Jr.</u> Attorney

Server's address: <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

October 22, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1428 6110</u>**

Through its registered agent for service:
Corporation Service Company
251 East Ohio St.
Suite 500
Indianapolis, IN 46204

      Re:    *Carl Richardson, et al. v Coachmen Industries, Inc., et al.* EDLA, Case No: 09-4903

Dear Sir/Madam

    Please accept service on behalf of Coachmen Industries, Inc.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:jld
See Enclosures

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _[signature]_
☑ Agent
☐ Addressee

B. Received by (Printed Name) CHRIS SHIGRU

C. Date of Delivery

1. Article Addressed to:

Coachmen Industries, Inc.
Through its Agent for Service of Process
Corporation Service Company
251 East Ohio St.
Suite 500
Indianapolis, IN 46204

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[postmark: INDPLS CIRCLE CITY STA NOV 2 2009]

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0004 1428 6110

PS Form 3811, February 2004    Domestic Return Receipt    4903    102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

7009 2250 0004 1428 6110

Sent To
Coachmen Industries, Inc.
Through its Agent for Service of Process
Corporation Service Company
251 E. Ohio Street, Suite 500
Indianapolis, IN 46204

PS Form 3800, August 2006    See Reverse for Instructions