# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

RETURN

CAROL JENKINS, ET AL.
Plaintiff
v.
FOUR WINDS INTERNATIONAL CORPORATION, ET AL.
Defendant

Civil Action No. 2:09-cv-4906

## Summons in a Civil Action

To: *(Defendant's name and address)*

Four Winds International Corporation
Through its registered agent for service:
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

Date: Oct 23 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

Case 2:07-md-01873-KDE-MBN Document 6953 Filed 11/12/09 Page 2 of 4

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Four Winds International Corp., by:

(1) personally delivering a copy of each to the individual at this place, ______________________ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________ ; or

(4) returning the summons unexecuted to the court clerk on ______ ; or

(5) other *(specify)* by certified mail

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

Date: 28 October, 2009

Server's signature [signature]

Printed name and title Lawrence J. Centola, Jr. Attorney

Server's address 600 Carondelet St., Suite 602, New Orleans, LA 70130

October 22, 2009

***CERTIFIED MAIL: 7009 2250 0004 1428 6035***

Through its registered agent for service:
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Re: *Carol Jenkins, et al. v Four Winds International Corporation, et al.* EDLA, Case No: 09-4906

Dear Sir/Madam

Please accept service on behalf of Four Winds International Corporation.

Very truly yours,

Lawrence J. Centola Jr.

LC:jld
See Enclosures

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Four Winds International Corporation
Through its Agent for Service of Process
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery NOV 2 2009

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 2250 0004 1428 6035

PS Form 3811, February 2004 Domestic Return Receipt 4906 102595-02-M-154

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7009 2250 0004 1428 6035

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Four Winds International Corporation
Through its Agent for Service of Process
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

PS Form 3800, August 2006 See Reverse for Instructions