# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA


**RETURN**

NANETTE DELHOMME-HERY O/B/O NICOLE HERY, ET AL. )
              Plaintiff )
              v. )
GILES FAMILY HOLDINGS, ET AL. )
              Defendant )
)
)

Civil Action No. 2:09-cv-4917

## Summons in a Civil Action

To: *(Defendant's name and address)*

Giles Industries, Inc.
Through its registered agent for service:
CT Corporation System
800 Gay Street, Suite 2021
Knoxville, TN 37929

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Siegory
Deputy clerk's signature

Oct 23 2009

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Giles Industries, Inc</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>28 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr.</u> Attorney

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

October 22, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1428 5878</u>**

Through its registered agent for service:
CT Corporation System
800 Gay Street, Suite 2021
Knoxville, TN 37929

      Re:   *Nanette Delhomme-Hery O/B/O Nicole Hery, et al. v Giles Family Holdings, et al.* EDLA, Case No: 09-4917

Dear Sir/Madam

    Please accept service on behalf of Giles Industries, Inc.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Giles Industries, Inc.
   Through its Registered Agent for Service for Process
   CT Corporation System
   800 Gay Street, Suite 2021
   Knoxville, TN 37929

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Ericka Fry*    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   OCT 30 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7009 2250 0004 1428 5878

PS Form 3811, February 2004       Domestic Return Receipt    4917      102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NEW ORLEANS 70113-9610, OCT 28 2009, USPS

7009 2250 0004 1428 5878

Giles Industries, Inc.
Through its Registered Agent for Service for Process
CT Corporation System
800 Gay Street, Suite 2021
Knoxville, TN 37929

PS Form 3800, August 2006            See Reverse for Instructions