# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF LOUISIANA

**RETURN**

| | |
|---|---|
| NANETTE DELHOMME-HERY O/B/O NICOLE HERY, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-4917 |
| GILES FAMILY HOLDINGS, ET AL. ) | |
| Defendant ) | |
| ) | |
| ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Giles Family Holdings
Through its registered agent for service:
Alan Neely
405 South Broad St.
New Tazewell, TN 37825

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Oct 23 2009

Date: _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on $\underline{\hspace{1cm}}$ Giles Family Holdings $\underline{\hspace{1cm}}$,
by:

(1) personally delivering a copy of each to the individual at this place, $\underline{\hspace{4cm}}$
$\underline{\hspace{8cm}}$; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
$\underline{\hspace{8cm}}$
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
$\underline{\hspace{7cm}}$; or

(4) returning the summons unexecuted to the court clerk on $\underline{\hspace{2cm}}$; or

(5) other (specify) $\underline{\text{by certified mail}}$
$\underline{\hspace{9cm}}$
$\underline{\hspace{9cm}}$.

My fees are $ $\underline{\hspace{2cm}}$ for travel and $ $\underline{\hspace{2cm}}$ for services, for a total of $ $\underline{\hspace{2cm}}$.

Date: $\underline{\text{28 October, 2009}}$

Server's signature $\underline{\hspace{5cm}}$

Printed name and title $\underline{\text{Lawrence J. Centola, Jr. Attorney}}$

Server's address $\underline{\text{600 Carondelet St., Suite 602, New Orleans, LA 70130}}$

October 22, 2009

**_CERTIFIED MAIL: 7009 2250 0004 1428 5854_**

Through its registered agent for service:
Alan Neely
405 South Broad St.
New Tazewell, TN 37825

        Re:     *Nanette Delhomme-Hery O/B/O Nicole Hery, et al. v Giles Family Holdings, et al.* EDLA, Case No: 09-4917

Dear Sir/Madam

        Please accept service on behalf of Giles Family Holdings.

        Very truly yours,

        Lawrence J. Centola Jr.

LC:jld
See Enclosures

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Pat Daniels_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Pat Daniels   11/2/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Giles Family Holdings
Through its Agent for Service of Process
Alan Neely
405 South Broad St.
New Tazewell, TN 37825

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 2250 0004 1428 5854

PS Form 3811, February 2004   Domestic Return Receipt   4917   102595-02-M-154

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Giles Family Holdings
Through its Agent for Service of Process
Alan Neely
405 South Broad St.
New Tazewell, TN 37825

PS Form 3800, August 2006   See Reverse for Instructions

7009 2250 0004 1428 5854