# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA


RETURN

| | |
|---|---|
| TERRI MCCOY, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-4931 |
| HEARTLAND RECREATIONAL VEHICLES, LLC., ET AL. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

    Heartland Recreational Vehicles, LLC.
    Through its Agent for Service of Process
    Brian R. Brady
    1001 All Pro Dr.
    Elkhart, IN 46514

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Lawrence J. Centola, Jr.
    600 Carondelet St. Ste. 602
    New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court
Loretta G. Whyte

B. Gregory
Deputy clerk's signature

Date:   **Oct 23 2009**

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Heartland Recreational Vehicles, LLC</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>by certified mail</u> _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>  28 October, 2009  </u>

<u>                /s/                </u>
Server's signature

Printed name and title  <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address  <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

October 22, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1429 0506</u>**

Through its Agent for Service of Process
Brian R. Brady
1001 All Pro Dr.
Elkhart, IN 46514

  Re: *Terri Mccoy, et al. v Heartland Recreational Vehicles, LLC., et al.* EDLA, Case No: 09-4931

Dear Sir/Madam

  Please accept service on behalf of Heartland Recreational Vehicles, LLC.

        Very truly yours,

        Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Heartland Recreational Vehicles, LLC
   Through its Agent for Service of Process
   Brian R. Brady
   1001 All Pro Drive.
   Elkhart, IN 46514

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Jan Johnson*                    ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
   Jan Johnson                      11/2/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 2250 0004 1429 0506

PS Form 3811, February 2004    Domestic Return Receipt    Case #: 4931    102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NEW ORLEANS, LA 70113-9861 — OCT 28 2009 — MDWS USPS

7009 2250 0004 1429 0506

Heartland Recreational Vehicles, LLC
Through its Agent for Service of Process
Brian R. Brady
1001 All Pro Drive.
Elkhart, IN 46514

PS Form 3800, August 2006                    See Reverse for Instructions