# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| ANTONIA D. THRONTON, ET AL. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09-cv-4940 |
| HY-LINE ENTERPRISES, INC. | ) |
| Defendant | ) |

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Hy-Line Enterprises, Inc.
Through its registered agent for service:
Margaret Flager
52219 Delta Court
Elkhart, IN 46540

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court
Loretta G. Whyte

_____
Deputy clerk's signature

Date: Oct 23 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Hy-Line Enterprises, Inc**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __28 October, 2009__

Server's signature

Printed name and title  **Lawrence J. Centola, Jr.  Attorney**

Server's address  **600 Carondelet St., Suite 602, New Orleans, LA 70130**

October 23, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1428 6318</u>**

Through its registered agent for service:
Margaret Flager
52219 Delta Court
Elkhart, IN 46540

      Re:    *Antonia D. Thronton, et al. v Hy-Line Enterprises, Inc.*
             EDLA, Case No: 09-4940

Dear Sir/Madam

    Please accept service on behalf of Hy-Line Enterprises, Inc.

                      Very truly yours,

                      Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hy-Line Enterprises, Inc.
   Through its Agent for Service of Process
   Margaret Flager
   52219 Delta Court
   Elkhart, IN 46540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M Flager
C. Date of Delivery: 10-31

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1428 6318

PS Form 3811, February 2004       Domestic Return Receipt       4940       102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: NEW ORLEANS, LA 70113-9610  OCT 28 2009

7009 2250 0004 1428 6318

Hy-Line Enterprises, Inc.
Through its Agent for Service of Process
Margaret Flager
52219 Delta Court
Elkhart, IN 46540

PS Form 3800, August 2006       See Reverse for Instructions