# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



**RETURN**

BERNADETTE JENKINS, ET AL.
Plaintiff
v.
KEYSTONE RV COMPANY, ET AL.
Defendant

Civil Action No. 2:09-cv-4904

## Summons in a Civil Action

To: *(Defendant's name and address)*

Keystone RV Company
Through its registered agent for service:
Davis G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of Clerk of Court

*Deputy clerk's signature*

Date: Oct 23 2009

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Keystone RV Company**,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **by certified mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __28 October, 2009__

Server's signature

Printed name and title **Lawrence J. Centola, Jr.** Attorney

Server's address **600 Carondelet St., Suite 602, New Orleans, LA 70130**

October 22, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1428 6073</u>**

Through its registered agent for service:
Davis G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

    Re:    *Bernadette Jenkins, et al. v Keystone RV Company, et al.* EDLA, Case No: 09-4904

Dear Sir/Madam

    Please accept service on behalf of Keystone RV Company.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Keystone RV Company
   Through its Agent for Service of Process
   David G. Thomas
   2642 Hackberry Drive
   Goshen, IN 46526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Erica S Simpson*   ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Erica L. Simpson              11-2-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 2250 0004 1428 6073

PS Form 3811, February 2004   Domestic Return Receipt   4904   102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — 70113-9610 — OCT 28 2009 — USPS NEW ORLEANS

7009 2250 0004 1428 6073

Sent To:
Keystone RV Company
Through its Agent for Service of Process
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

PS Form 3800, August 2006   See Reverse for Instructions