# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

RICHARD C. COX O/B/O CHLOE COX, ET AL.
Plaintiff
v.
KZRV, LP., ET AL.
Defendant

Civil Action No. 2:09-cv-4918

## Summons in a Civil Action

To: *(Defendant's name and address)*

KZRV, LP
Through its Agent for Service of Process
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court
*Loretta G. Whyte*

*B. Gregory*
Deputy clerk's signature

Date: Oct 23 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  KZRV, LP  ,
by:

(1) personally delivering a copy of each to the individual at this place, _____
   _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
   _____
   who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify)  by certified mail _____
   _____
   _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date:  28 October, 2009

_____
Server's signature

Printed name and title  Lawrence J. Centola, Jr. Attorney

Server's address  600 Carondelet St., Suite 602, New Orleans, LA 70130

October 22, 2009

**_CERTIFIED MAIL: 7009 2250 0004 1428 5847_**

Through its Agent for Service of Process
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

    Re:    *Richard C. Cox O/B/O Chloe Cox, et al. v KZRV, LP., et al.*
             EDLA, Case No: 09-4918

Dear Sir/Madam

    Please accept service on behalf of KZRV, LP.

                            Very truly yours,

                            Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KZRV, LP
   Through its Agent for Service of Process
   Daryl Zook
   9270 W. US 20
   Shipshewana, IN 46565

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Linda Whetstone                ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Linda Whetstone                  11-2-09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7009 2250 0004 1428 5847

PS Form 3811, February 2004    Domestic Return Receipt    4918    102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — LA 70113-9610 OCT 28 2009 USPS NEW ORLEANS MCMS

Sent To:
KZRV, LP
Through its Agent for Service of Process
Daryl Zook
9270 W. US 20
Shipshewana, IN 46565

7009 2250 0004 1428 5847

PS Form 3800, August 2006    See Reverse for Instructions