# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LORI P. BODDEN, ET AL. | ) | **RETURN** |
| Plaintiff | ) | |
| v. | ) | |
| LAYTON HOMES CORP., ET AL. | ) | Civil Action No. 2:09-cv-4900 |
| Defendant | ) | |
| | ) | |
| | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Layton Homes Corp.
Through its Agent for Service of Process
Linda Phillippsen
2520 By-Pass Rd.
Elkhart, IN 46514

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Oct 23 2009

Date: _____

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____Layton Homes Corp._____, by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)*   by certified mail _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____28 October, 2009_____

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

October 23, 2009

**_CERTIFIED MAIL: 7009 2250 0004 1428 6158_**

Through its registered agent for service:
Linda Phillippsen
2520 By-Pass Rd.
Elkhart, IN 46514

      Re:    *Lori P. Bodden, et al. v Layton Homes Corp., et al.*
            EDLA, Case No: 09-4900

Dear Sir/Madam

    Please accept service on behalf of Layton Homes Corp.

         Very truly yours,

         Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

**Layton Homes Corp.**
Through its Agent for Service of Process
Linda Phillippsen
2520 By-Pass Rd.
Elkhart, IN 46514

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7009 2250 0004 1428 6158

PS Form 3811, February 2004    Domestic Return Receipt    # 4900    102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7009 2250 0004 1428 6158

Layton Homes Corp.
Through its Agent for Service of Process
Linda Phillippsen
2520 By-Pass Rd.
Elkhart, IN 46514

PS Form 3800, August 2006