## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Calvin J. Buras, Calvin P. Buras, and | * | Docket No. 09-3629 |
| Jane R. Buras | * | |
| | * | Section: N |
| Versus | * | |
| Mitchell County Industries, LLC and | * | Magistrate: 5 |
| CH2M HILL, Constructors, Inc. | * | |
| | * | |
| This Document Relates to: | * | |
| In re: FEMA Trailer Formaldehyde | * | |
| Products Liability Litigation – | * | |
| MDL No. 1873 | * | |

*********************************************************************

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**ON MOTION OF** Sidney J. Angelle, Pamela K. Richard and the law firm, Lobman, Carnahan, Batt, Angelle, and Nader, and on suggesting to this Honorable Court that said counsel desires to withdraw as counsel of record for Mitchell County Industries, LLC.

Undersigned counsel avers that they have been unable to contact Mitchell County Industries or any of its representatives in connection with above captioned lawsuit. *See* Exhibit "A", Return to Sender Notification that Mitchell County Industries has moved and left no forwarding address. Mitchell County Industries has moved from their last known address ad have provided no forwarding contact information. *See* Exhibit "A", Return to Sender Notification that Mitchell County Industries has moved and left no forwarding address. Alfred J. Powell, the referring attorney from Georgia, has written

undersigned counsel to inform them that Mitchell County Industries has apparently closed. *See* Exhibit "B", Letter from Referring Attorney Alfred J. Powell. He has been unable to contact any of Mitchell County Industries Principals in months. *See* Exhibit "B", Letter from Referring Attorney Alfred J. Powell. Because the location of Mitchell Country Industries and all of its representatives is no longer known, undersigned counsel is unable to serve this motion on the client. *See* Exhibit "C", Affidavit of Sidney Angelle

Pursuant to Local Rule 83.2.11, undersigned counsel provides the following information:

1) The last known address for Mitchell County Industries is 2959 U.S. Highway 19, Pelham, GA 31779.

**WHEREFORE,** Sidney J. Angelle, Pamela K. Richard and the law firm, Lobman, Carnahan, Batt, Angelle, and Nader be permitted to withdraw as counsel of record for Mitchell County Industries, LLC.

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10 day of _____, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

SIDNEY J. ANGELLE, #1002
PAMELA K. RICHARD, #25223
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
POYDRAS TOWER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290