UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Calvin J. Buras, Calvin P. Buras, and | * | Docket No. 09-3629 |
| Jane R. Buras | * | |
| | * | Section: N |
| Versus | * | |
| Mitchell County Industries, LLC and | * | Magistrate: 5 |
| CH2M HILL, Constructors, Inc. | * | |
| | * | |
| This Document Relates to: | * | |
| *In re: FEMA Trailer Formaldehyde* | * | |
| *Products Liability Litigation –* | * | |
| *MDL No. 1873* | * | |

## ORDER

Considering the above and foregoing motion of d Sidney J. Angelle, Pamela K. Richard and the law firm, Lobman, Carnahan, Batt, Angelle, and Nader, requesting to withdraw as counsel of record for Mitchell County Industries, LLC.;

**IT IS ORDERED, ADJUDGED AND DECREED** be and is hereby permitted to withdraw as counsel of record for Mitchell County Industries, LLC..

New Orleans, Louisiana, this_____day of_____, 2009.

_____
**JUDGE**