**LOBMAN, CARNAHAN, BATT, ANGELLE & NADER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3245

Mitchell County Industries, LLC

MTC959    317792999 1A09 10  10/13/09
          RETURN TO SENDER
  MITCHELL COUNTY INDUSTRIES
          MOVED LEFT NO ADDRESS
          UNABLE TO FORWARD
          RETURN TO SENDER

**FIRST CLASS MAIL**



EXHIBIT A

**POWELL & ERWIN, P.C.**
ATTORNEYS AT LAW
55 EAST OAKLAND AVENUE
POST OFFICE BOX 188
CAMILLA, GEORGIA 31730

OFFICE PHONE: 229-336-3962
FACSIMILE NO: 229-336-9163

ALFRED J. POWELL, JR.
jpowell@camillaga.net

WILLIAM A. ERWIN
billerwin@camillaga.net

September 3, 2009

Mr. Sidney J. Angelle
Attorney at Law
400 Poydras Street, Suite 2300
New Orleans, LA 70130-3425

  Re: Calvin J. Buras, et al. v. Mitchell County Industries, LLC, et al.
    U.S. District Court, Eastern District of Louisiana
    Civil Action, File No. 09-3629"N" c/w 07-1873
    FEMA Trailer Formaldehyde Products Liability Litigation

Dear Sidney:

  It is my understanding from the "grapevine" that Mitchell County Industries, LLC has closed. I have not been able to contact any of the principals in about a month. I hate to bail out, but we will not be paid. I have withdrawn from all cases in which I was representing Mitchell County Industries and am no longer its attorney. I suggest you may want to consider doing likewise.

  Please send me your bill for services rendered, and I will remit payment.

  Should you have any questions, please feel free to contact me.

            Sincerely yours,

            Alfred J. Powell, Jr.

AJPjr/blo

cc: Mr. Tom Shanklin
F:\DOCUMENT\LETTERS\s_angelle 09-03.wpd



STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

SIDNEY J. ANGELLE

who, upon being duly sworn, stated:

1. I was contacted by Alfred J. Powell, a Georgia Attorney, to defend Mitchell County Industries, LLC interests in the subject lawsuit.

2. On August 4, 2009, I filed a Motion for Extension of Time to file responsive pleadings on behalf of Mitchell County Industries.

3. On August 12, 2009, I filed a Preservation of Defenses on behalf of Mitchell County Industries, LLC.

4. On September 9, 2009 I sent a Contract of Employment to Mitchell County Industries, LLC regarding my representation of them in the subject lawsuit.

5. The Contract of Employment was returned to my office as being unable to be delivered because Mitchell County Industries moved and left no forwarding address.

6. On September 8, 2009, my office received a letter from Mr. Powell stating that he heard that Mitchell Industries, LLC had closed. He stated that he had not been able to contact any of the principals in about a month. He stated that he had withdrawn from all cases in which he was representing Mitchell County Industries. He suggested I consider doing the same.

_____
SIDNEY J. ANGELLE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _12th_ DAY OF
_November_, 2009.

_____
NOTARY PUBLIC
State Bar #/License # _30685_

EXHIBIT
C