## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 07-1873**<br><br>**SECTION "N" (5)**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES ("Louisiana Plaintiffs")** | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT UNITED STATES' MOTION TO DISMISS THE FTCA NEGLIGENCE CLAIMS OF ALL "LOUISIANA PLAINTIFFS" FOR LACK OF SUBJECT-MATTER JURISDICTION BASED UPON NO ANALOGOUS PRIVATE LIABILITY

Defendant, the United States of America, hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1), or in the alternative, pursuant to Fed. R. Civ. P. 56, to dismiss "Louisiana Plaintiffs'" Federal Tort Claims Act ("FTCA"), 28 U.S.C. §1346(b)(1), 2671-80, negligence claims for lack of subject-matter jurisdiction based upon no analogous private liability. As shown through the Memorandum, Statement of Facts, and Exhibits filed herewith, the Court lacks subject-matter jurisdiction over the FTCA negligence claims of all "Louisiana Plaintiffs" because there would be no analogous private liability as measured by Louisiana Law. *See* La. R.S. 29:733.1. Accordingly, the Court, pursuant to 28 U.S.C. §§ 1346(b) and 2674, should dismiss "Louisiana Plaintiffs'" remaining FTCA negligence claims against the United States.

| | |
|---|---|
| Dated:  November 12, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J PATRICK GLYNN<br>Director, Civil Division, Torts Branch | MICHELLE BOYLE<br>MICHELE GREIF |
| DAVID S. FISHBACK<br>Assistant Director | JONATHAN WALDRON<br>Trial Attorneys |

| | |
|---|---|
| OF COUNSEL: | *s/ Adam M. Dinnell* |
| | ADAM M. DINNELL (TX No. 24055405) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division, Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, D.C. 20004 |
| FEMA/DHS | Telephone:  (202) 616-4211 |
| Department of Homeland Security | Adam.Dinnell@usdoj.gov |
| Washington, D.C. 20472 | |
| | Attorneys for Defendant United States |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 12, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

    *s/ Adam M. Dinnell*
    ADAM M. DINNELL (TX No. 24055405)