

KATHLEEN BABINEAUX BLANCO
GOVERNOR

*State of Louisiana*

MILITARY DEPARTMENT

**OFFICE OF HOMELAND SECURITY
AND
EMERGENCY PREPAREDNESS**

BENNETT C. LANDRENEAU
MAJOR GENERAL
THE ADJUTANT GENERAL
DIRECTOR

MICHAEL L. BROWN
Colonel (LA)
Deputy Director
Emergency Preparedness

JADWIN V. MAYEAUX, JR
Colonel (Ret.)
Deputy Director
Homeland Security

August 28, 2005

The President
The White House
Washington, DC

Through:     Regional Director
             FEMA Region VI
             800 North Loop 288
             Denton, Texas 76209

Dear Mr. President:

Under the provisions of Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42
U.S.C. §§ 5121-5206 (Stafford Act), and implemented by 44 CFR § 206.36, I request that you declare an
expedited major disaster for the State of Louisiana as Hurricane Katrina, a Category V Hurricane approaches our
coast south of New Orleans; beginning on August 28, 2005 and continuing. The affected areas include all the
southeastern parishes including the City of New Orleans directly impacted by the brunt of the storm and the mid
state and northern parishes accepting the thousands of citizens forced to evacuate from the impacted areas
directly affected by Hurricane Katrina.

Parishes expected to receive major damage based on the anticipated track of Hurricane Katrina are:
Ascension, Assumption, Jefferson, Lafourche, Orleans, Plaquemines, St. Bernard, St. Charles, St. James, St.
John, St. Tammany, Tangipahoa, Terrebonne, and Washington.

In addition we are expecting that the following parishes to suffer significant damage as tropical storm force
wind and heavy rainfall occur in the aftermath of Hurricane Katrina's landfall: Acadia, Calcasieu,
Cameron, East Baton Rouge, East Feliciana, Iberia, Iberville, Jefferson Davis, Lafayette, Livingston, Pointe
Coupee, St. Helena, St. Mary, St. Martin, Vermilion, West Baton Rouge, and West Feliciana.

Parishes that are affected by the evacuation of persons from the southeastern parishes of the state as we
implement the Louisiana Shelter Operations Plan are: Allen, Avoyelles, Beauregard, Bienville, Bossier,
Caddo, Caldwell, Catahoula, Claiborne, Concordia, Desoto, East Carroll, Evangeline, Franklin, Grant,
Jackson, LaSalle, Lincoln, Madison, Morehouse, Natchitoches, Ouachita, Rapides, Red River, Richland,
Sabine, St. Landry, Tensas, Union, Vernon, Webster, West Carroll, and Winn

In response to the situation, I have taken appropriate action under State law and directed the execution of the
State Emergency Plan on August 26, 2005, in accordance with Section 401 of the Stafford Act. A State of
Emergency has been issued for the State in order to support the evacuations of the coastal areas and the
remainder of the state to support the State Evacuation and Sheltering Plan.

A Preliminary Damage Assessment will be conducted as soon as possible after the landfall of Hurricane Katrina.
Based on the predictions we have received from the National Weather Service and other sources, I have
determined that this incident will be of such severity and magnitude that effective response will be beyond the
capabilities of the State and the affected local governments and that supplementary Federal assistance will be
necessary.

I am specifically requesting: 7667 INDEPENDENCE BOULEVARD  BATON ROUGE, LA 70806
TELEPHONE (225) 925-7500     FAX (225) 925-7501



**EXHIBIT**

tabbies

**2**

Mr. President
Page two
August 28, 2005

Individual Assistance, including the Individual and Household Program (IHP), Disaster Unemployment
Assistance, Crisis Counseling, Public Assistance (Category A -G funding at 100%), Small Business
Administration (SBA) disaster loans and Direct Federal Assistance (DFA) funding at 100% for the
following parishes: Acadia, Ascension, Assumption, Calcasieu, Cameron, East Baton Rouge, East
Feliciana, Iberia, Iberville, Jefferson, Jefferson Davis, Lafayette, Lafourche, Livingston, Pointe Coupee,
Orleans, Plaquemines, St. Bernard, St. Charles, St. Helena, St. James, St. John, St. Mary, St. Martin, St.
Tammany, Tangipahoa, Terrebonne, Vermilion, Washington, West Baton Rouge, and West Feliciana.

To support the evacuation/sheltering effort, I am also requesting: Individual Assistance, including the
Individual and Household Program (IHP), Crisis Counseling, and Public Assistance (Category B) for the
following parishes: Allen, Avoyelles, Beauregard, Bienville, Bossier, Caddo, Caldwell, Catahoula,
Claiborne, Concordia, Desoto, East Carroll, Evangeline, Franklin, Grant, Jackson, LaSalle, Lincoln,
Madison, Morehouse, Natchitoches, Ouachita, Rapides, Red River, Richland, Sabine, St. Landry, Tensas,
Union, Vernon, Webster, West Carroll, and Winn.

The State Hazard Mitigation Plan (SHMP) was approved by FEMA on April 15, 2005. We are
requesting Hazard Mitigation for eligible applicants that have a FEMA Approved Local Hazard
Mitigation Plan and the parishes that are approved within the application period for this disaster.

The following information is furnished on the nature and amount of State and local resources that have been or
will be used to alleviate the conditions of this disaster:

- o   Ten Special Needs and six General Population shelters have been opened in the affected parishes
     on 8/28/2005.

- o   Ascension and St. James Parishes have instituted precautionary evacuations.

- o   St. Charles, Jefferson (Grand Isle and Lafitte), Lafourche (outside of flood gates), Plaquemines,
     Orleans (portions) and Assumption Parishes have instituted mandatory evacuations.

- o   St. Bernard, Terrebonne (south of the Intracoastal Waterway), Orleans and St. John the Baptist
     Parishes have recommended evacuations.

- o   Louisiana began contra-flowing traffic on I-10, I-55, I-59 and portions of I-20. Contra-flow will
     cease six hours prior to landfall.

- o   Bridges, ferries and airports are expected to close when maximum sustained winds reach 39 mph.

- o   Department of Social Services (DSS) / ARC / Local: Open (48) Special Need Shelters (SNS) and
     establishing (3) on Standby.

- o   Department of Health and Hospitals (DHH)/ (DSS): Opening (8) Special Needs Shelters (SNS)
     Shelters and establishing (3) on Standby.

- o   LANG and the Office of Homeland Security and Emergency Preparedness (OHSEP): Providing
     generators and support staff for SNS and Public Shelters and field personnel and equipment.

- o   Louisiana State Police (LSP): Costs to support evacuations.

Mr. President
Page Three
August 28, 2005

o   Louisiana Department of Wildlife and Fisheries (WLF): Costs to support evacuations.

o   Louisiana Department of Transportation and Development (DOTD): Costs to support evacuations.

Due to the extraordinary nature of this catastrophic hurricane and based on the anticipated damages in the impacted areas including the New Orleans Metropolitan region, I am requesting an increase of the Federal cost share from 75% to 100% for Individual Assistance, Public Assistance (All Categories) and Direct Federal Assistance. I certify that for this major disaster, the State and local governments will assume the applicable non-Federal share of costs required by the Stafford Act.

I request direct Federal assistance for work and services to save lives and protect property.

(a) We do not anticipate State and local government resources to be able to accomplish the volume of debris removal anticipated for this disaster.

(b) We are requesting a direct debris removal mission assignment for Hurricane Katrina.

In accordance with 44 CFR § 206.208, the State of Louisiana agrees that it will, with respect to direct Federal assistance:

1.   Provide without cost to the United States all lands, easements and rights-of-ways necessary to accomplish the approved work;

2.   Hold and save the United States free from damages due to the requested work, and shall indemnify the Federal Government against any claims arising from such work;

3.   Provide reimbursement to FEMA for the non-Federal share of the cost of such work in accordance with the provisions of the FEMA-State Agreement; and

4.   Assist the performing Federal agency in all support and local jurisdictional matters.

In addition, I anticipate the need for debris removal, which poses an immediate threat to lives, public health, and safety.

Pursuant to Sections 403 and 407 of the Stafford Act, 42 U.S.C. §§ 5170b & 5173, the State agrees to indemnify and hold harmless the United States of America for any claims arising from the removal of debris or wreckage for this disaster. The State agrees that debris removal from public and private property will not occur until the landowner signs an unconditional authorization for the removal of debris.

I have designated Mr. Arthur G. Jones as the State Coordinating Officer for this request. He will work with the Federal Emergency Management Agency in damage assessment and may provide further information or justification on my behalf.

Sincerely,

Kathleen Babineaux Blanco
Governor

Enclosure

## ENCLOSURE A TO EXPEDITED REQUEST

**Estimated requirements for other Federal agency programs:**
- Department of Social Services (DSS): Opening (3) Special Need Shelters (SNS) and establishing (3) on Standby. Costs estimated at $500,000 per week for each in operation.
- Department of Health and Hospitals (DHH): Opening (3) Shelters and establishing (3) on Standby. Costs estimated at $500,000 per week for each in operation.
- LANG and the Office of Homeland Security and Emergency Preparedness (OHSEP): Providing generators and support staff for SNS and Public Shelters. Costs estimated to range from $250,000-$500,000 to support (6) Shelter generator operations and personnel/equipment support.
- Louisiana State Police (LSP): Costs to support evacuations - $500,000 for a direct landfall.
- Louisiana Department of Wildlife and Fisheries (WLF): Costs to support evacuations - $500,000 for a direct landfall.
- Louisiana Department of Transportation and Development (DOTD): Costs to support evacuations - $5,000,000 for a direct landfall.

Totals: ___$ 130,000,000___

Estimated Requirements for assistance under the Stafford Act:

|  | AMOUNT |
| --- | --- |
| Coordination |  |
| Technical and advisory assistance |  |
| Debris removal | $30,000,000 (est.*) |
| Emergency protective measures | $25,000,000 (est*) |
| Individuals and Households Program (IHP) | $75,000,000 (est*) |
| Distribution of emergency supplies |  |
| Other (specify) |  |
|  |  |
| Totals: | $130,000,000 |
| Grand Total: | $130,000,000 |

(*) Based on Hurricane Isidore, Lili and Ivan (FEMA 1435, 1437, 1548)

Note: Estimates are to reflect total eligible costs before any cost sharing.