

# State of Louisiana

## EXECUTIVE DEPARTMENT

### PROCLAMATION NO. 50 BJ 2009

---

### *LIMITED EXTENSION OF STATE OF EMERGENCY - HURRICANE KATRINA*

---

**WHEREAS,**   Proclamation No. 48 KBB 2005, issued on August 26, 2005, declared a state of emergency for the State of Louisiana due to Hurricane Katrina's potential to cause severe storms, high winds, and torrential rain that could cause flooding and damage to private property and public facilities, and threaten the safety and security of the citizens of Louisiana;

**WHEREAS,**   on August 29, 2005, Hurricane Katrina struck Louisiana resulting in severe flooding, damage, and the interruption in the delivery of utility services to the southeastern part of the State of Louisiana, which has threatened the safety, health, and security of the citizens of the State of Louisiana, along with private property and public facilities;

**WHEREAS,**   the extreme damage caused by Hurricane Katrina and its aftermath continues to cause disaster and emergency conditions, as indicated above, in the most affected areas, as evidenced for example by the continued remediation of the environmental impacts of the disaster, such as pursuant to Executive Order No. BJ 2008-109, and by the activities for the construction, operation, maintenance, repair, rehabilitation, replacement, survey, planning, engineering or design of any coastal protection, coastal restoration, coastal conservation, hurricane protection, infrastructure, storm damage reduction, or flood control project, including but not limited to projects consistent with the comprehensive master coastal protection plan and under the authority of R.S. 49:213.1 *et seq.*, such as pursuant to Executive Orders Nos. KBB 2006-06, KBB 2006-40, KBB 2007-05, KBB 2007-19, KBB 2007-20, and KBB 2007-21; and

**WHEREAS,**   it is necessary to renew Proclamation No. 48 KBB 2005, as extended by subsequent proclamations, to further extend the state of emergency due to the continuation of emergency/disaster conditions as above indicated;

**NOW THEREFORE I, BOBBY JINDAL,** Governor of the State of Louisiana, by virtue of the authority vested by the Constitution and laws of the State of Louisiana, do hereby order and direct as follows:

**SECTION 1:**   Pursuant to Title 29 of the Louisiana Revised Statutes of 1950 and the Louisiana Homeland Security and Emergency Assistance and Disaster Act, R.S. 29:721, *et seq.*, a state of emergency and disaster is declared to continue to exist in the State of Louisiana due to Hurricane Katrina and its aftermath, which resulted in severe storm damage and extreme flooding to private property and public facilities, and continues to threaten the safety, health, and security of the citizens of the State of Louisiana.

**SECTION 2:**   This state of emergency and disaster shall only extend for the following situations:

   A.   The continued remediation of the environmental impacts of the disaster constituting the need for dredging and debris removal, such as pursuant to Executive Order No. BJ 2008-109; and

   B.   The activities necessary for the construction, operation, maintenance, repair, rehabilitation, replacement, survey, planning, engineering or design of any coastal protection, coastal restoration, coastal conservation, hurricane protection, infrastructure, storm damage reduction, or flood control project, including but not limited to projects consistent with the comprehensive master coastal protection plan and under the authority of R.S. 49:213.1 *et seq.*, such as pursuant to Executive Orders Nos. KBB 2006-06, KBB 2006-40, KBB 2007-05, KBB 2007-19, KBB 2007-20, and KBB 2007-21.

**EXHIBIT**

tabbies®

**5**

**SECTION 3:**     The state of emergency is extended for an additional thirty (30) days through Saturday, September 5, 2009, unless terminated sooner.



**IN WITNESS WHEREOF,** I have set my hand officially and caused to be affixed the Great Seal of the State of Louisiana, at the Capitol, in the City of Baton Rouge, on this 6th day of August, 2009.


/S/ Bobby Jindal
**GOVERNOR OF LOUISIANA**

**ATTEST BY
THE GOVERNOR**


/S/ Jay Dardenne
**SECRETARY OF STATE**