STATE OF LOUISIANA
DEPARTMENT OF ENVIRONMENTAL QUALITY

IN THE MATTER OF                                    AGENCY INTEREST NO. 130534
HURRICANE KATRINA
AND ITS AFTERMATH

EXTENSION OF
ELEVENTH AMENDED DECLARATION OF EMERGENCY
AND ADMINISTRATIVE ORDER

ORDER

### § 1. *Extension*

Pursuant to the authority granted to me by Louisiana Revised Statutes 30:2001 et seq., and particularly La. R.S. 30:2033 and 2011(D)(6), I hereby find that the emergency conditions set forth in the "Eleventh Amended Declaration of Emergency and Administrative Order" regarding Hurricane Katrina and its aftermath continue to exist and hereby extend said declaration of emergency and administrative order through September 30, 2007.

**DONE AND ORDERED** on this _11th_ day of _September_, 2007, in Baton Rouge, Louisiana.

*Mike D. McDaniel*
_____
Mike D. McDaniel, Ph.D.
Secretary


EXHIBIT 7