**FEMA**

# Louisiana Disaster History

- Major Disaster Declarations
- Emergency Declarations
- Fire Management Assistance Declarations

## Major Disaster Declarations

| Year | Date | Disaster Types | Active | Disaster Number |
|------|------|----------------|--------|-----------------|
| 2008 | 09/13 | Hurricane Ike | ☒ | 1792 |
| 2008 | 09/02 | Hurricane Gustav | ☒ | 1786 |
| 2007 | 02/23 | Severe Storms and Tornadoes | ☐ | 1685 |
| 2006 | 11/02 | Severe Storms and Flooding | ☐ | 1668 |
| 2005 | 09/24 | Hurricane Rita | ☒ | 1607 |
| 2005 | 08/29 | Hurricane Katrina | ☒ | 1603 |
| 2005 | 08/23 | Tropical Storm Cindy | ☐ | 1601 |
| 2004 | 09/15 | Hurricane Ivan | ☐ | 1548 |
| 2004 | 06/08 | Severe Storms and Flooding | ☐ | 1521 |
| 2002 | 10/03 | Hurricane Lili | ☐ | 1437 |
| 2002 | 09/27 | Tropical Storm Isidore | ☐ | 1435 |
| 2001 | 06/11 | Tropical Storm Allison | ☐ | 1380 |
| 2001 | 01/12 | Severe Winter Storm | ☐ | 1357 |
| 2000 | 02/15 | Winter Storm | ☐ | 1314 |
| 1999 | 04/09 | Severe Storms, Tornadoes and Flooding | ☐ | 1269 |
| 1999 | 01/21 | Freezing Rain and Ice Storm | ☐ | 1264 |
| 1998 | 09/23 | Tropical Storm Frances and Hurricane Georges | ☐ | 1246 |
| 1997 | 03/18 | Severe Ice Storms | ☐ | 1169 |
| 1995 | 05/10 | Severe Storm, Flooding | ☐ | 1049 |
| 1994 | 02/28 | Ice Storm, Winter Storm, Severe Storm | ☐ | 1012 |
| 1993 | 02/02 | Severe Storm, Flooding | ☐ | 978 |
| 1992 | 08/26 | Hurricane Andrew | ☐ | 956 |
| 1991 | 05/03 | Flooding, Severe Storm, Tornado | ☐ | 904 |
| 1991 | 04/23 | Flooding, Severe Storm | ☐ | 902 |
| 1989 | 11/22 | Heavy Rains, Flooding | ☐ | 849 |

EXHIBIT

tabbies

10