# Transcript of the Testimony of
# Videotaped Deposition of Travis Allen

### Date taken: August 5, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT 14

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS         SECTION N(4)
LIABILITY LITIGATION          JUDGE ENGELHARDT

* * *

VIDEOTAPED DEPOSITION OF TRAVIS ALLEN, 5396 ROSEMOUND LOOP, ST. FRANCISVILLE, LOUISIANA 70757, TAKEN AT THE OFFICES OF MIDDLEBERG, RIDDLE & GIANNA, 450 LAUREL STREET, SUITE 1101, BATON ROUGE, LOUISIANA 70801, ON THE 5TH DAY OF AUGUST, 2009.

REPORTED BY:
   CATHY RENEE' POWELL, CCR
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255
VIDEOGRAPHER:
   MICHAEL BERGERON
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255

## Page 2

APPEARANCES:

HILLIARD MUÑOZ GUERRA
(BY: REYNALDO PEÑA, ESQUIRE)
719 S. SHORELINE BLVD # 500
CORPUS CHRISTI, TEXAS 78401

   (ATTORNEYS FOR THE PLAINTIFFS)

SCANDURRO & LAYRISSON
(BY: TIMOTHY D. SCANDURRO, ESQUIRE)
607 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70130

   (ATTORNEYS FOR DEFENDANTS
   GULF STREAM COACH, INC.)

U.S. DEPARTMENT OF JUSTICE
(BY: ADAM M. DINNELL, ESQUIRE)
500 C STREET, SW
WASHINGTON, D.C. 20472

   (ATTORNEYS FOR DEFENDANTS UNITED
   STATES AND FEMA)

JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE
(BY: WILLIAM LAMPTON, ESQUIRE)
8555 UNITED PLAZA BOULEVARD
BATON ROUGE, LOUISIANA 70809
   (Attended via telephone)

   (ATTORNEYS FOR DEFENDANTS PILGRIM,
   CALIFORNIA, KZRV, DS/
   CROSSROADS AND DUTCHMEN)

## Page 3

APPEARANCES CONTINUED:

LEAKE & ANDERSSON
(BY: JERRY L. SAPORITO, ESQUIRE)
1700 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163
   (Attended via telephone)
   (ATTORNEYS FOR DEFENDANTS
   FLEETWOOD ENTERPRISES, INC.,
   ET AL.)

BAKER DONELSON
(BY: DAVID KURTZ, ESQUIRE)
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
   (Attended via telephone)
   ATTORNEYS FOR DEFENDANTS,
   CH2M HILL CONSTRUCTORS, INC. AND
   SHAW ENVIRONMENTAL, INC.

WILLINGHAM, FULTZ & COUGILL
(BY: MARC B. JOHNSON, ESQUIRE)
NIELS ESPERSON BUILDING
808 TRAVIS, SUITE 1608
HOUSTON, TEXAS 77002
   (Attended via telephone)

   (ATTORNEYS FOR DEFENDANTS
   JAYCO AND STARCRAFT)

MIDDLEBERG, RIDDLE & GIANNA
(BY: SONIA MALLETT, ESQUIRE)
450 LAUREL STREET
SUITE 1101
BATON ROUGE, LOUISIANA 70801

   (ATTORNEYS FOR FLUOR ENTERPRISES,
   INC.)

## Page 4

APPEARANCES CONTINUED:

ALLEN & GOOCH
(BY: BRENT MAGGIO, ESQUIRE)
3900 N. CAUSEWAY BOULEVARD
SUITE 1450
METAIRIE, LOUISIANA 70002
   (ATTORNEYS FOR HEARTLAND
   RECREATIONAL VEHICLES, LLC)

LOBMAN, CARNAHAN
(BY: HEATHER CHEESBRO, ESQUIRE)
400 POYDRAS STREET
TEXACO CENTER - SUITE 2300
NEW ORLEANS, LOUISIANA 70130
   (Attended via telephone)

   (ATTORNEYS FOR CRUM & FORSTER)

DEGAN, BLANCHARD & NASH
(BY: DREW BERNARD, ESQUIRE)
6421 PERKINS ROAD
BUILDING C, SUITE B
BATON ROUGE, LOUISIANA 70808
   (ATTORNEYS FOR TKTMJ, INC.)

## Page 5

1
2          * * *
3       EXAMINATION INDEX
4  EXAMINATION BY MS. MALLETT: .............8
5  EXAMINATION BY MR. DINNELL: ............64
6  EXAMINATION BY MR. SCANDURRO: ..........89
7  EXAMINATION BY MR. MAGGIO: .............111
8  EXAMINATION BY MR. BERNARD: ............114
9  EXAMINATION BY MR. PEÑA: ...............116
10 EXAMINATION BY MS. MALLETT: ............152
11 EXAMINATION BY MR. DINNELL: ............159
12 EXAMINATION BY MR. SCANDURRO: .........163
13 EXAMINATION BY MR. BERNARD: ............166
14 EXAMINATION BY MR. PEÑA: ...............166
15         * * *
16      INDEX OF EXHIBITS
17 Exhibit No. 1 ..........................62
18   Notice of Deposition.
19 Exhibit No. 2 ..........................89
20   Transcript and sworn statement of
21   Travis Allen.

## Page 6

STIPULATION

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.
          * * *
CATHY RENEE' POWELL, CCR, Certified Court Reporter, officiated in administering the oath to the witness.

## Page 7

THE VIDEOGRAPHER:
    We are on the record. The time is approximately 9:14 a.m. Today's date is August 5, 2009.
    This is the videotaped deposition of Mr. Travis Allen, taken at the offices of Middleberg, Riddle and Gianna, located at 450 Laurel Street, Baton Rouge, Louisiana, in the case entitled "FEMA Trailer Formaldehyde Products Liability Litigation."
    Would counsel please identify themselves and which parties they represent.
MR. PEÑA:
    Reynaldo Peña for the plaintiffs.
MS. MALLETT:
    Sonia Mallett on behalf of Fluor Enterprises, Inc.
MR. DINNELL:
    Adam Dinnell for defendant United States.
MR. MAGGIO:
    Brent Maggio for Heartland Recreational Vehicles.
MR. SCANDURRO:
    Tim Scandurro for Gulf Stream

## Page 8

Coach.
MR. BERNARD:
    Drew Bernard on behalf of TKTMJ.
    TRAVIS ALLEN,
having been first duly sworn as a witness, was examined and testified as follows:
EXAMINATION BY MS. MALLETT:
    Q.  Mr. Allen, could you give us your full name and address for the record.
    A.  Travis Anthony Allen, 5396 Rosemound Loop, St. Francisville, Louisiana 70757.
    Q.  And do you live in St. Francisville alone?
    A.  No, ma'am. I live with my mom and dad.
    Q.  And how old are you?
    A.  I'm 23.
    Q.  What is your date of birth?
    A.  August the 20th, 1985.
    Q.  Now, I'm going to go through a line of questioning with you and if at any point you don't understand something that I'm asking you, go ahead and just ask me to repeat it, rephrase it, so that, you know, I

```
 1   believe that you understand the question
 2   that I'm asking you, okay?
 3        A.   Yes, ma'am.
 4        Q.   All right.  And let me ask the
 5   question before you start answering it so
 6   that the court reporter can get everything
 7   on the record, okay?
 8        A.   Yes, ma'am.
 9        Q.   You were sent a subpoena for
10   today's deposition, were you not?
11        A.   Yes, ma'am.
12        Q.   And were you asked to bring some
13   records with you?
14        A.   Yes, ma'am.
15        Q.   And did you bring any records with
16   you?
17        A.   No, ma'am.  Doctor records, I
18   didn't have any doctor records of that time.
19   I -- I had never been to the doctor, like, I
20   had gotten ill when I was down there, but
21   I -- I never went to the doctor because
22   usually -- the first time, I was going to go
23   to the doctor, and one morning, I woke up
24   and it was all gone.
25             And then, I got sick twice, and
                                        Page 9
```

```
 1   the second time, I just -- it pretty much
 2   did the same thing.  In two days, it was
 3   gone, you know.
 4             I didn't have any actual doctor
 5   records though.
 6        Q.   And what about employment records?
 7   Who -- who did you work for?
 8        A.   I worked for -- me and my brother
 9   had a team -- it was Gator, Paul Blanchard.
10   He worked for a subcontractor, Fluor.
11             (Discussion off the record.)
12   EXAMINATION BY MS. MALLETT:
13        Q.   How long did you work hauling
14   trailers?
15        A.   I would say it was between seven
16   and eight months.  I started in January of
17   2006.  And I'm -- it's kind of fuzzy of when
18   I actually quit because I just worked
19   then -- I went back to school in August, and
20   I'm not real -- I'm not very -- I believe it
21   was sometime around the 5th, though.
22   August the 5th.
23        Q.   Of 2006?
24        A.   Yes, ma'am.
25        Q.   Did you graduate from high school?
                                        Page 10
```

```
 1        A.   Yes, ma'am.
 2        Q.   What high school?
 3        A.   Wilkerson County Christian Academy
 4   in Woodland, Mississippi.
 5        Q.   And you were -- did you go to
 6   school after high school?
 7        A.   Yes, ma'am.  I went to Delta State
 8   University in Cleveland, Mississippi.  And
 9   then after two years there, I transferred to
10   Louisiana Tech and I -- I also took a
11   summer -- summer school at Copiah-Lincoln
12   Community College in Natchez, Mississippi.
13        Q.   And what area were you studying at
14   Delta State University?
15        A.   At Delta State, I was doing
16   business.
17        Q.   And what about at Louisiana Tech?
18        A.   I was doing civil engineering.
19        Q.   And you -- what was the third
20   school you named?
21        A.   Copiah-Lincoln Community College.
22   That would have been just -- I was taking
23   a -- I took a computer class and it was a
24   math class.  I believe it was a calculus
25   class.
                                        Page 11
```

```
 1        Q.   And where is that located?
 2        A.   Copiah?
 3        Q.   Yes.
 4        A.   It's in Natchez, Mississippi.
 5   It's a branch of the original campus.
 6        Q.   Have you graduated from any of
 7   these schools?
 8        A.   No, ma'am, not yet.  I'm still in
 9   school.
10        Q.   And what school are you attending
11   now?
12        A.   I'm back at Copiah-Lincoln.
13        Q.   And when do you expect to
14   graduate?
15        A.   Hopefully in a year and a half.
16        Q.   And what do you expect to have a
17   degree in?
18        A.   Instrumentation and electronics.
19        Q.   Who paid you when you were hauling
20   trailers?
21        A.   We -- we received all our checks
22   from Gator.  Gator Paul Blanchard.
23        Q.   And did he have a name for his
24   business?
25        A.   If he did, I don't know it.
                                        Page 12
```

**Page 13**

Q. Do you have any check stubs left from that time period?
A. Not -- not with me. I will have to look. I might have some at my house, I'm not sure.
Q. And were you paid on a weekly basis?
A. Yes, ma'am.
Q. How did you come to having this job?
A. He -- he was just looking for a team to go down there with a few guys he could trust, you know.
Q. And "he" meaning?
A. Oh. Paul Blanchard and my brother, they have been best friends since they was little and they decided to let me come work down there with them.
Q. Prior to January of 2006, had you ever worked on a team that hauled trailers and set them up?
A. I -- yes, ma'am, I did. Not -- not -- it would have been residential trailers, like big, like double wides, like 16 by 80s.

**Page 14**

Q. And who did you work for doing this?
A. McCants Mobile Home in Woodville, Mississippi.
Q. And how long did you work for McCants?
A. It was just a summer job, so three months. I can't remember the -- it will probably be 2002 sometime. Roughly. I'm not real sure about the date.
Q. So you would have been how old in 2002?
A. I would have been 17, I believe.
Q. And what did you do that summer that you worked for McCants?
A. We hauled -- hauled them and basically, all I did was, I would ride shotgun in the vehicle to -- when we hauled the trailer, just to look out the right side and make sure he didn't hit anything or make sure nothing was coming. Or talk on the radio, because we had a lead car in front of us and they'd tell us, you know, what's coming around the curve.
Q. Once the trailer arrived at the

**Page 15**

location it was going to be placed, did you have any role in setting it up?
A. Sometimes if they needed extra help. I wasn't -- that wasn't my job, but I -- I would help out if they needed it.
Q. Did you have any kind of formal training when you were working at McCants?
A. I wouldn't say "formal." I'd say -- helping them -- I would say an example is like going and getting blocks off the trailer, going -- hauling the, you know, the straps, bringing them anchors and laying them out by the trailers. I wouldn't actually block the trailer or nothing like that.
Q. Did you watch them as they were blocking the trailer?
A. Yes, ma'am.
Q. And strapping the trailer, were you there as they were strapping the trailer and watching them as well?
A. Yes, ma'am.
Q. And what were the sizes of these trailers you were saying at McCants that you were working with?

**Page 16**

A. Some of them, it varied. Most of them, like the single wides, most of them would be 16 foot wide, 80 foot long.
And then the double wides, I think -- I'm not real positive but I think they are 32 wide and 80 foot long.
Q. And were all of these brand-new trailers?
A. Yes, ma'am.
Q. And did you ever have to go inside of these trailers as y'all were setting them up?
A. Sometimes. Not -- not every time. Because sometimes I would just arrive there with the trailer and they would put it into place and then I would leave. Sometimes I'd stick around and help out.
I went -- I didn't go in the trailers too much.
Q. So prior to January of 2006, was this your only experience working with mobile homes?
A. Yes, ma'am.
Q. When you started working with your brother and with Mr. Blanchard, were they

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255                                      (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

**Page 25**

1    A.  No, ma'am.
2    Q.  Do you know when Paul stopped
3  hauling trailers?
4    A.  I'm -- I'm not sure on that.  It's
5  unclear.
6    Q.  Can you describe the trailers that
7  y'all would typically haul?
8    A.  There would be bumper pull,
9  sometimes they'd be just a regular trailer,
10 sometimes they'd be a double slide-out,
11 sometimes they'd be a single slide-out, but
12 they would probably be, I would say 30 foot
13 long maybe, 20 foot.  Somewhere in between
14 there.
15   Q.  And where were y'all typically
16 having -- placing these trailers?
17   A.  At residential areas, right next
18 to the peoples' houses.
19   Q.  And did you ever transport any to
20 the -- to group sites?
21   A.  No, ma'am.
22   Q.  Did you ever participate in
23 hauling and setting up a travel trailer?
24   A.  Yes, ma'am.
25   Q.  Do you know if your crew set up a

**Page 26**

1  travel trailer at an address in New Orleans,
2  4415 Dale Street in New Orleans?
3    A.  No, ma'am.  I -- we didn't even
4  know the names of the roads most of the
5  time.  The signs were all knocked down from
6  the flood.
7    Q.  Do you have any paperwork
8  concerning any of the trailers that you
9  participated in hauling and setting up?
10   A.  No, ma'am.
11   Q.  How did you learn of this
12 litigation, this lawsuit?  How did you learn
13 about all of this?
14   A.  Through Paul, Paul Blanchard.
15   Q.  And what did -- what did Paul talk
16 to you about?
17       MR. PEÑA:
18           Object to the form.
19 EXAMINATION BY MS. MALLETT:
20   Q.  You can go ahead and answer.
21   A.  They -- I -- can you repeat the
22 question?
23   Q.  Uh-huh.  What did Paul talk to you
24 about?
25   A.  Just that they had -- something

**Page 27**

1  about formaldehyde in the trailers and that
2  there was -- there could be a lawsuit, and
3  then if I wanted to participate in it.
4    Q.  And are you participating in the
5  lawsuit, or in a lawsuit?
6    A.  Against -- are you talking about
7  me myself?
8    Q.  Yes.
9    A.  No, ma'am.
10   Q.  So you have not filed suit against
11 anyone concerning --
12   A.  No, not me myself.  No.
13   Q.  Do you know if Paul has?
14   A.  No, ma'am.
15   Q.  And do you know if your brother
16 Heath has filed suit?
17   A.  I couldn't answer that.
18   Q.  What was your role when you were
19 setting up the trailers?  Your role?  What
20 did you do when you were setting up the
21 trailers?
22   A.  Block -- block them, anchor them
23 down, make sure they were level.  We had to
24 make sure -- it couldn't be sitting on
25 the -- it couldn't be sitting on the wheels

**Page 28**

1  or the tires, and we had to run plumbing.
2  They had somebody else come and do the
3  electricity and for a little while there, we
4  were building the actual steps, porches that
5  go to them.
6    Q.  Did you ever have to jack up any
7  of the trailers?
8    A.  Yes, ma'am.
9    Q.  And what did you use to jack up
10 the trailers?
11   A.  We generally used the -- they
12 have -- they have jacks on all four corners,
13 but sometimes they wouldn't go high enough.
14 And we had a, like, an air compressor jack
15 that was probably a 10-ton jack.  It
16 probably went up 22 foot.
17   Q.  And you said you believe it was a
18 10-ton jack?
19   A.  Yes, ma'am.
20   Q.  And how many of these 10-ton jacks
21 did you have?
22   A.  Just one.
23   Q.  And was this your jack, or who did
24 it belong to?
25   A.  Well, we had -- we had borrowed it

7 (Pages 25 to 28)

one day when we had actually -- when we had our first trailer that wouldn't -- wasn't being lifted by the jacks that were fixed on to the trailer and we bought it at Home Depot.
Q. Did the type of trailer that you were going to be hauling and setting up vary each day, or did you typically set up a certain type over a period of time and then it was a different type?
A. No. It'd -- they'd be different every time. Some -- probably the most we ever hauled would be -- I want to say a Cavalier. Yeah. I think that's the name of it. That's right.
Q. When you say "the most," you're talking about the number of trailers?
A. Number of trailers. Because that was -- that was kind of like I believe that was made kind of like the basic model and then they had the double slide-outs, the single slide-outs. That one was just a straight, no slide-out trailer.
Q. And was this considered a mobile home or travel trailer?

Page 29

A. Travel trailer. Bumper pull travel trailer. I believe -- I'm not real sure on the length. Those were somewhere around 25 to -- somewhere around there -- feet.
Q. Now, when you were blocking these trailers, tell me the process that you used to do it.
A. When you jack up -- you jack up the rear. Or really, you find the lowest point and you put that block first, because that's the one that's going to take the most blocks. And then, we would usually end up going -- you find the lowest point, then you go to the other side, jack it up, jack the front up.
And usually the front you could use the trailer jack, because it will go up pretty high with that.
Q. And how high would you jack any one side as you were setting the trailer?
A. Well, it had to be -- they told us -- I'm not really sure but it was two or three blocks high, cinder blocks. So if the lowest point had to be -- the lowest point

Page 30

had to be two or three blocks high. So if that made the other side four blocks high, then that's what you had to do.
I believe that was -- it had to be a certain height because of the plumbing, to have the fall.
Q. And did you always participate in the blocking of the trailers?
A. Yes, ma'am.
Q. And what about anchoring the trailers, did you participate in that?
A. Yes, ma'am.
Q. And tell me how you anchored the trailer.
A. You would wrap -- you have a strap, metal strap that's probably 2 inches wide, I don't know how thick. But you would have to wrap it around the actual trailer frame once, hook it into the I-beam of the trailer and then you'd have a -- it was a bolt with a slide in it that you'd run the strap through, and you would crank it down with just two wrenches.
Q. And how many straps would you put on the travel trailers?

Page 31

A. I think -- I think it was either four or six. I believe it was two on each -- yeah. It was six.
Q. And what about the --
A. No, I take that back. It was six blocks, four straps. I'm sorry.
Q. And did this number vary depending upon the type of trailer that you were setting up?
A. The trailers we usually set up were pretty much the same length so we never had to strap down a, like, what you would say, a longer trailer. Like a -- like a residential mobile home.
Q. And did you ever participate in hooking the plumbing up?
A. Yes, ma'am.
Q. And tell me what you would do in that respect.
A. We had to come out -- come out from the trailer, run a -- what they call a P-trap. It would be like a horseshoe trap.
You come down and it had to be -- it wasn't underground. It was all aboveground.

Page 32

8 (Pages 29 to 32)

**Page 33**

         We had to go find -- somebody, I
don't know, a surveyor or somebody would go
mark where the plumbing access was and you
had to block it, make sure it was supported
every 4 feet, but it was on top of the
ground.
    Q.  And how did you learn how to run
the plumbing?
    A.  Paul told us that's what the --
Gator told us that's what the specs was on
it.
    Q.  And did you ever see the specs?
    A.  No, ma'am.
    Q.  And what about building the steps,
were you involved in that part of it too?
    A.  Yes, ma'am.
    Q.  And tell me what you would do
there.
    A.  Well, it first started off, we
just had to have basic steps, no rails. And
I guess a few people were falling and they
were scared of, you know, somebody suing
them. So we had to first have -- put rails
on it at first, and then later on, we had to
paint it with this certain -- it was like a

**Page 34**

grit paint, because I guess when it was
raining, it was getting slick. And they
were scared probably somebody would fall.
         But the steps came as like a --
like a kit. It would already have, like,
the boards precut. All you had to do was
take them out and nail them up.
    Q.  And this would be part of what you
would pick up at the -- what did you call
it?
    A.  McCants? No, I never built steps
at McCants.
    Q.  No. When you would get to the
site in the morning and you would pick up
your supplies, were you also picking up the
steps when you were picking up those
supplies?
    A.  Yes, ma'am. Yes, ma'am.
    Q.  And what would you do -- what was
the order in which you would perform these
tasks as y'all were setting up a trailer?
    A.  We had to block it first and make
sure everything was level before we could
put the steps up. Because you don't know --
because sometimes you might have to cut like

**Page 35**

the bottoms off of them to make sure they
were the right height. Because they came in
a precut of, I believe it was five steps.
Yes. I believe -- it was four or five
steps.
         And then sometimes, you might have
to cut a little off the bottom if the
trailer sat a little bit lower, or if it sat
a little bit higher, maybe you would have to
put blocks up under it.
    Q.  And then what would you do after
you set up the steps?
    A.  You set up the steps and after
that, you would have to run the plumbing.
    Q.  And then what would you do?
    A.  And then we would have to wait on
an inspector to come and make sure that, you
know, the plumbing was right and the trailer
was level and --
    Q.  And who was the inspector employed
by, do you know?
    A.  I'm not sure. I can see his
vehicle, I just can't remember the name on
the side.
    Q.  Do you remember what color it was?

**Page 36**

    A.  It was a white vehicle. Most of
them drove Fords.
    Q.  Did you ever speak to the
inspector?
    A.  Yes, ma'am.
    Q.  And what would be the nature of
the conversation you would have with the
inspector?
    A.  Just -- just casual conversation.
I mean, sometimes you would get one that was
mean, sometimes you would get one that was
real nice, you know.
         Sometimes they will walk up there
and not even talk to you, sometimes they
would carry on an hour-long conversation.
    Q.  And then what would you do once
the inspector arrived? Then what?
    A.  He would check out everything and
if we had something that, like, that wasn't
right, we had to adjust it right then.
    Q.  Now, would you have to wait on the
inspector to come?
    A.  Some -- you could call and say,
you know, we need an inspector at so and so.
And you could call then or you

1  can -- if they said there wasn't going to be
2  one out there for a while, you could
3  actually go pick up another trailer before
4  they even inspect that one.
5      And they would inspect it and then
6  they would give a sheet to -- I believe it
7  was Paul. And they would have to check
8  off -- the inspector would have to sign his
9  name off to make sure everything --
10 everything was up to par.
11     Q. Now, did you ever fill out one
12 those pieces of paperwork?
13     A. No, ma'am.
14     Q. Now, on the times when the
15 inspector didn't come right away and y'all
16 would go and set up another trailer, would
17 anyone stay with the trailer as you were
18 waiting for the inspector to come?
19     A. No, ma'am.
20     Q. So the three of y'all would leave,
21 go pick up another trailer, go set it up and
22 then come back?
23     A. Yes, ma'am.
24     Q. Would y'all lock up the trailer --
25     A. Yes, ma'am.
                                        Page 37

1  sometimes I would do it.
2      Q. And who would typically get the
3  jacks out of the trailer?
4      A. It all varied. We would all play
5  our part.
6      Q. Did you ever hurt yourself while
7  you were putting the trailers up?
8      A. Maybe -- maybe a few scratches
9  every now and then, but nothing -- nothing
10 serious.
11     You know, cinder blocks falling
12 out of your hand and scraping down -- but
13 nothing, like, major.
14     Q. Were all of the travel trailers
15 that y'all set up, were they all brand-new
16 when y'all were setting them up?
17     A. Yes, ma'am.
18     Q. Do you know if any of them had
19 been used before by anyone?
20     A. No, ma'am.
21     Q. You don't know or no, they were
22 not?
23     A. The ones we had were brand-new.
24 They still had, like -- you could -- you
25 could just tell they were brand-new.
                                        Page 39

1      Q. -- when you would leave?
2      A. We had to take the keys with us.
3      Q. Now, what did y'all do on the
4  interior of the trailers, anything?
5      A. Sometimes we had to get -- there
6  is -- up under the -- there would be a bed
7  in the front. You would raise up the bed
8  and that would be the actual jack for the --
9  the four jacks I was talking about that was
10 fixed on there.
11     Q. So you would go into each trailer
12 to get those four jacks out?
13     A. Four jacks, and then we would
14 lay -- lay our level on the ground. If it
15 didn't have a bumper on it. And you know,
16 make sure the floor was level from front to
17 back and from left to right.
18     Q. And what size level were you
19 using?
20     A. It was a 6-foot -- 4-foot or
21 6-foot level.
22     Q. And who would usually put that in
23 place?
24     A. It varied. Sometimes my brother
25 would do it, sometimes Paul would do it,
                                        Page 38

1      Q. And tell me how you could tell
2  they were brand-new.
3      A. Just clean on the inside. I mean,
4  they still had, like, I guess they -- some
5  had like tags on them.
6      Q. Did you ever hook up the water
7  supply to the trailers so that the person
8  would have running water on the inside?
9      A. Yes, ma'am. I forgot to mention
10 that. Yes, ma'am, we did. It was just a --
11 it would be just basically a water hose
12 pipe.
13     Q. Did you check to make sure that
14 the water was running --
15     A. Yes, ma'am.
16     Q. -- within the trailer?
17     A. Yes, ma'am. We had to bleed out
18 the air in the system. Just basically all
19 that is is just cut on the cold water in the
20 actual sink.
21     Q. And did these units have washers
22 and dryers in them?
23     A. No, ma'am.
24     Q. They had bathtubs or showers?
25     A. Showers, stand-up showers.
                                        Page 40

**Page 41**

Q. And you would make sure that the shower was running?
A. Yes, ma'am.
Q. And what about checking the sewer system that you had hooked up to, what -- what would you typically do in regards to that?
A. Just basically check it for leaks, like maybe leave the water running and, you know, wait until it fills up, run outside and make sure it's not leaking.
Q. And you would flush the toilet, I assume?
A. Yes, ma'am.
Q. Now, did you at any point have to put toilets in -- in the trailers or beds in the trailers, you know, any stoves? Did you ever have to do any of that kind of thing?
A. No, ma'am. They were all prefabbed.
Q. Were you the one that would typically open up the trailer when y'all would get to the site?
A. Like everything, it varied of who went in the trailer.

**Page 42**

Q. Was it opened at any point prior to you arriving at the site you were going to set it up at?
A. No, ma'am.
Q. So you would go into the trailer before you would start blocking it?
A. Yes, ma'am. We had to go in there and get the jack tool.
Q. Do you have any specific memory about walking into any of the trailers that y'all were setting up?
A. Yes, ma'am.
Q. Okay. Tell me about that memory.
A. That memory, it was -- when it started getting hot and the trailer was closed up all day, you would walk in and it would be like a, I don't know, almost like a burning sensation in your nose. Almost like -- like a vinegar almost, you know. Kind of like when you first open, like, a jar of pickles or something.
Q. Do you remember what month it would have been that it was starting to get hot?
A. No, ma'am. Just -- some days --

**Page 43**

the weather is so crazy down there. Some days, it would be hot; some days, it would be cold.
Q. Do you know what it was that was producing this vinegar-like smell?
A. No, ma'am. We had one guy told us it might have been the -- I can't remember whether -- what it's called. I think they call it Aqua Blue. Something they put in the septic tank, something like a blue kind of chemical that's supposed to break down. And one guy said it might be that.
Q. Now, did you have the conversation with this guy that said it might have been the Aqua Blue?
A. No, ma'am. I believe -- I believe it was Paul.
Q. Were you present when the guy said it?
A. No, ma'am.
Q. Did you personally have a conversation with anyone about this vinegar-like smell in the travel trailers?
A. (Witness shakes head negatively.)
Q. I need you to answer.

**Page 44**

A. Oh. No, ma'am.
Q. So what would you do when you would walk in and smell this vinegar-like smell?
A. Most of the time we would sit there. Like on some days, you would walk in and you would have to walk right back out, it was that bad.
  We would just leave the door open and, you know, get the trailer set up and let it air out before we go back in.
Q. Would you ever open the windows or just open the door?
A. We'd open the door, we'd open -- sometimes -- what worked best is they had little vents in the roof of them.
Q. So you would open those little vents in the roof?
A. Yes, ma'am.
Q. And did you pretty much do that every time you would walk into the trailers?
A. Yes, ma'am. On hot days, yes, ma'am.
Q. So if it was on a cooler day, you would not necessarily go in and open up

**Page 45**

1  the -- the door and the hatch, or you would
2  still do it?
3      A.  You would still do it.  It would
4  still be pretty hot in there.  But the
5  burning sensation in your nose, it
6  wouldn't -- not on a cold day.
7      Q.  Did you ever talk to Paul about
8  the vinegar-like smell in the trailers?
9      A.  Yes, ma'am.  That is who told me
10 it was probably the stuff in the septic
11 tank.
12     Q.  Did you ever talk to your brother
13 Heath about the vinegar-like smell?
14     A.  Yes.
15     Q.  And can you tell me what y'all
16 talked about?
17     A.  Just like --
18     MR. PEÑA:
19         Object to the form.
20 EXAMINATION BY MS. MALLETT:
21     Q.  You can go ahead and answer it.
22     A.  They -- like, the first time --
23 the only conversation I had with him about
24 it is when I first, my personal self, walked
25 in the trailer when it was hot, the first

**Page 46**

1  time I walked in the trailer.  I was, like,
2  you know, what's that smell?  It's burning
3  my nose.  It was like --
4          That's when he, Paul was standing
5  there, and he said, "Oh, it's something --
6  something about the septic tank."
7      Q.  And did you ever speak to Paul
8  about it again?
9      A.  No.  I mean, if he said that's
10 what it was, then that's what we all
11 thought.
12     MR. SAPORITO:
13         Excuse me.  Can the witness speak
14 a little louder, please, or stay closer to
15 his mic?  It's getting muffled, I'm sorry.
16 EXAMINATION BY MS. MALLETT
17     Q.  How long had you been working
18 hauling these trailers when you first
19 noticed the vinegar-like smell?
20     A.  I would say probably -- let's see,
21 it was February -- probably two months when
22 we first had our hot -- our hot day.
23     Q.  Now, I believe you said earlier
24 that you got sick at some point while you
25 were working --

**Page 47**

1      A.  Yes.
2      Q.  -- with hauling the trailers?
3          Tell me when you got sick the
4  first time.
5      A.  The first time I got sick, we were
6  in Chalmette.  It was down there.  And I
7  don't know, just almost like a real bad,
8  like, sinus, just congestion.  I had fever
9  and my nose was stopped up.  Kind of
10 wheezing when I talked, like, to breathe, I
11 mean.
12     Q.  And did you go to a doctor?
13     A.  No, ma'am.  Because -- I was going
14 to go to the doctor and I took -- I took
15 some NyQuil for it.  The next morning I felt
16 a little bit better.  And then -- so I
17 decided not to go to the doctor.
18         I woke up two days later and it
19 was pretty much -- the whole symptoms were
20 gone.
21     Q.  So you didn't work that day in
22 between?
23     A.  Yes, ma'am.  I didn't work.
24     Q.  So you took off several days in a
25 row?

**Page 48**

1      A.  Yes, ma'am.
2      Q.  And you took NyQuil that whole
3  time?
4      A.  No, just the first night and it
5  started getting better.
6      Q.  And did you go back to work?
7      A.  Yes, ma'am.
8      Q.  And how long did you work before
9  you got sick again?
10     A.  I would say I worked down there
11 probably another two -- two months before I
12 got sick again.
13     Q.  And tell me what symptoms you had
14 the second time.
15     A.  Same thing.
16     Q.  And did you go to a doctor then?
17     A.  No, ma'am.  I figured -- I did the
18 same thing I did the first time and it
19 worked again, so --
20     Q.  And how many days did you miss
21 working at that time?
22     A.  I had missed probably -- probably
23 almost a week that time.  It got -- it was a
24 little bit worse than before.
25     Q.  So did you take any NyQuil the

**Page 65**

```
 1      Q.  Okay.  But it was physical work at
 2  times, right?
 3      A.  Yes.
 4      Q.  Difficult work?
 5      A.  Yes, sir.
 6      Q.  You said each day you would have
 7  to stop by a hardware site to get the
 8  materials for that day's work.  Is that
 9  right?
10      A.  Yes.
11      Q.  Would the hardware site ever be
12  running low on certain materials?
13      A.  Yeah, a good bit of the time.
14  Sometimes like some places we had to use
15  4-inch PVC pipe and some places we had to
16  use 3-inch and sometimes you had to mix and
17  match.
18      Q.  Would say that material shortages
19  were a common problem?
20      A.  Yes, sir.  Well, in the beginning
21  it wasn't, we had a lot; and then towards
22  the latter part, it started getting shorter
23  and shorter all the time.
24      Q.  Do you know why they had those
25  material shortages?
```

**Page 66**

```
 1      A.  No, sir, I don't.
 2      Q.  You also said that a lot of
 3  times -- you were asked about what street
 4  particular units were on and you said a lot
 5  of times that road signs would just be
 6  knocked down from the storm --
 7      A.  Yes.
 8      Q.  -- right?
 9      A.  Yes, sir.
10      Q.  Would there also be debris in the
11  road when you tried to take these -- haul
12  these units to their final destination?
13      A.  Yes, sir.
14      Q.  Tree branches?
15      A.  Cars, refrigerators, you name it.
16      Q.  Would it be difficult to haul
17  units to some locations because of the
18  debris and other stuff in the road?
19      A.  Yes.
20      Q.  Would you have to move debris out
21  of the way sometimes?
22      A.  We did have to remove a
23  refrigerator one time and I think -- I --  I
24  wasn't there, but I think my brother -- I
25  think it was one of the times I was sick,
```

**Page 67**

```
 1  they had to actually move a car.
 2      Q.  With all the debris in the road,
 3  did you ever see, when you were hauling a
 4  trailer, did the trailer ever get scratched
 5  up or anything while you were trying to move
 6  it to the location?
 7      A.  No, sir.
 8      Q.  You mentioned earlier, you said
 9  there is a trailer jack in the front that
10  goes pretty high --
11      A.  Yeah.
12      Q.  -- or something to that effect?
13          I just want to make sure that at
14  least for my purposes, I'm clear what you're
15  talking about.
16          When you said "the trailer jack
17  that goes pretty high," are you talking
18  about the jack that's on the tongue of the
19  trailer?
20      A.  On the tongue of the trailer.
21      Q.  Not the stabilizer jacks --
22      A.  No.
23      Q.  -- that are elsewhere on the
24  trailer?
25      A.  Yes, the tongue -- tongue jack.
```

**Page 68**

```
 1      Q.  You said that the units would have
 2  to be blocked up off the ground to a certain
 3  height to get the required height for the
 4  plumbing system to be set up.
 5      A.  Yes.
 6      Q.  Is that right?
 7      A.  Yes, sir.
 8      Q.  So if the unit had been lower, you
 9  wouldn't have been able to set up the
10  plumbing system properly?
11      A.  Yes, sir.
12      Q.  Now, you talked about calling
13  inspectors when you would finish a job and
14  then the inspectors would come out and look
15  at the unit.  Is that right?
16      A.  Yes, sir.
17      Q.  But you said you don't know what
18  company these inspectors worked for?
19      A.  No, sir.
20      Q.  But they worked for some sort of
21  contractor company?
22      A.  Yes, sir.
23      Q.  In your time hauling and
24  installing these trailers, did you ever have
25  any contact with an actual U.S. Government
```

17 (Pages 65 to 68)

**Page 69**

1 FEMA employee?
2    A.  They were walking around.  I -- I
3 never talked to them.
4    Q.  And it wasn't the U.S. Government
5 FEMA employees that you would call to come
6 out and inspect the trailers?
7    A.  No, sir, I don't believe.  Like I
8 said, I don't know who they worked for,
9 so -- but usually, like, the FEMA people,
10 they would wear the jackets with the FEMA
11 across the back.  That's how you could
12 usually recognize them.
13    Q.  What kind of stuff would they be
14 doing?
15    A.  I don't -- usually, most of the
16 times when we would see them, we would see
17 them at the little lumber site.
18    Q.  Okay.  The hardware site?
19    A.  Yes.
20    Q.  Would you see one of these people
21 wearing a FEMA jacket every day when you
22 were hauling and installing trailers?
23    A.  Yes, I would say so.  And we would
24 see them also at the -- at Jazzland when we
25 would pick up the trailers.

**Page 70**

1    Q.  But you would usually see them at
2 the hardware site or at the Jazzland staging
3 site, right?
4    A.  Yes, sir.
5    Q.  You wouldn't see them out there
6 looking at every single trailer that you
7 were installing, correct?
8    A.  No, sir.
9    Q.  Just so it's clear on the record,
10 you said that you never voiced any complaint
11 about the smell in these units to anybody
12 other than Mr. Blanchard and your brother.
13 Right?
14    A.  Yes.
15    Q.  So you never made any complaint
16 about the smell in the trailers to FEMA or
17 the government, right?
18    A.  No, sir.
19    Q.  And you never called up one of
20 these contractor companies and told them
21 about the smell issue?
22    A.  No, sir.
23    Q.  I believe you said that the
24 trailers that you were hauling and then
25 setting up were brand-new?

**Page 71**

1    A.  Yes.
2    Q.  At least from your experience?
3    A.  Yes.
4    Q.  And you would have to go into
5 these units, right?
6    A.  Yes, sir.
7    Q.  So you'd end up being the first
8 person to set foot in a lot of these travel
9 trailer units, right?
10    A.  Yes, sometimes I would be the
11 first person to set foot in it, unless they
12 were opened pre us getting there.
13    Q.  And in the summer, you said that
14 these units could be pretty hot, right?
15    A.  Yes, sir.
16    Q.  And I'm guessing if they were
17 sitting there sealed up, some of these units
18 could probably be above 100 degrees when you
19 would walk inside, right?
20    A.  Yes, sir.
21    Q.  Did you ever turn on the
22 air-conditioner in one of these units?
23    A.  No, sir, because we -- because
24 there would be no electricity to them,
25 because I'm guessing the electricity, the

**Page 72**

1 guy who put the pole in, it would be a
2 subcontractor to somebody -- somebody else.
3    Q.  If the units -- and you said the
4 units did not have electricity when you were
5 working with them, that that would come
6 later in the process, right?
7    A.  Yes.
8    Q.  If the unit had had electricity,
9 would you have wanted to turn on the
10 air-conditioner inside these units?
11    A.  Well, not -- I -- we probably
12 wouldn't have.
13    Q.  Okay.  Because you weren't going
14 to be in there very long?
15    A.  Yeah, very long.
16    Q.  And especially on the hot summer
17 days, you said you would walk in the unit
18 and it would make your eyes burn?
19    A.  Yes, sir.
20    Q.  Take your breath away, right?
21    A.  Yes, sir.
22    Q.  Is that kind of similar to when
23 you have a car parked somewhere for ten
24 hours on a summer day, and you walk in and
25 it kind of takes your breath away?

```
 1  give this statement?
 2      A.  Yes.
 3      Q.  So your brother tells you about
 4  going to give this statement around May 6,
 5  2009, and I assume you agreed to do that,
 6  correct?
 7      A.  Yes.
 8      Q.  Between that conversation with
 9  your brother and actually showing up to give
10  the statement, did you ever talk with an
11  attorney?
12      A.  No, sir.
13      Q.  All right.  And you gave the
14  statement at the Quality Inn in
15  St. Francisville, correct?
16      A.  Yes, that's correct.
17      Q.  Did you choose that location?
18      A.  No, sir.
19      Q.  Who told you to show up at that
20  spot?
21      A.  I believe -- well, I was getting
22  all the relayed messages from my brother,
23  so...
24      Q.  When you were giving your
25  statement, was your brother in the room with
                                        Page 81
```

```
 1  you?
 2      A.  No, sir.
 3      Q.  He came in after you?
 4      A.  Yes, sir.
 5      Q.  And that meeting on May 13, 2009,
 6  Mr. Peña was asking you questions; is that
 7  right?
 8      A.  Yes, sir.
 9      Q.  And that's the same fellow who's
10  here today, right?
11      A.  Yes, sir.
12      Q.  Between giving that statement in
13  response to Mr. Peña's questions on May 13,
14  2009, and the start of this deposition this
15  morning, had you had an occasion to meet
16  with Mr. Peña?
17      A.  No, sir.
18      Q.  What about any other attorney
19  involving these matters?
20      A.  No, sir.
21      Q.  Did any attorney call you and tell
22  you about today's deposition?
23      A.  No.  Not directly to me.
24      Q.  To who?
25      A.  I'm guessing my brother.  That's
                                        Page 82
```

```
 1  who told me.
 2      Q.  All right.  So the way that you
 3  learned that you should be here this morning
 4  at 9 a.m. was through your brother, right?
 5      A.  Yes, sir.
 6          Well, like, he called me before --
 7  they had issued -- they had sent me this.  A
 8  gentleman -- I was at work.  A gentleman
 9  came to my house, but my brother had called
10  me and told me before.  I guess he got his
11  before mine, so...
12      Q.  And the document you're talking
13  about is that subpoena document --
14      A.  Yes.
15      Q.  -- that was asked about earlier?
16      A.  Yes, sir.  Some gentleman dropped
17  it off at my house.
18      Q.  We talked about clearing out
19  debris on the roads to try to make sure you
20  could haul the trailer back to the actual
21  home site.
22          Do you remember that?
23      A.  Yes.
24      Q.  Would you also have to clear out
25  debris on the actual property where you were
                                        Page 83
```

```
 1  going to place the unit?
 2      A.  What are you talking about, like
 3  the square they painted for the trailer to
 4  be in?
 5      Q.  Right.
 6      A.  No, sir, usually they would clean
 7  that out.
 8      Q.  So by the time you got there,
 9  there was some sort of marking as to exactly
10  where the unit should be placed?
11      A.  Exactly.
12      Q.  Go ahead.
13      A.  They have an orange, almost like a
14  survey marker, orange spray paint, a square
15  where you needed to put -- put the trailer.
16      Q.  But except for that cleared-out
17  square, there could also be all sorts of
18  debris still on that property when you were
19  there setting up the unit, correct?
20      A.  Yes, sir.
21      Q.  Often in a lot of cases there
22  would be a water-damaged home right there?
23      A.  Oh, yes.
24      Q.  And some of them were really badly
25  water-damaged homes?
                                        Page 84
```

21 (Pages 81 to 84)

**Page 85**

A. Yes, sir.
Q. You referenced earlier that you would use six blocks installing the travel trailers, right?
A. Yes. Six -- it will be two in the front, two in the middle and two in the back.
Q. Is that how you installed every trailer that you personally saw installed?
A. Yes, sir.
Q. You'd always use the six blocks?
A. Yes, sir.
Q. And then I said -- I believe you said four straps too, correct?
A. Four straps.
Q. Just so the record is clear, is it true that either for giving the statement earlier or for coming here today, no one has ever paid you for your travel or for any purpose, right?
A. I got some kind of witness fee.
Q. Okay.
A. For -- it was $60, I believe.
Q. Do you remember who sent you that?
A. No, sir, I don't.

**Page 86**

Q. Do you remember -- I'm sorry.
   Do you remember if it came with the subpoena?
A. Yes, it came with the subpoena.
Q. When you were towing these units to their installation site, do you remember there being -- strike that.
   When you were towing these units to their installation site, do you remember any towing problems that stick out in your mind where the unit came undone from the -- from the tow or anything like that?
A. No, sir.
Q. After you blocked the unit up off the ground, would you put anything under the tires of the unit?
A. The tires would be off the ground.
Q. Would you put any wood or anything else underneath the tires?
A. No.
Q. And is it true that once these units were blocked up off the ground and the wheels were no longer touching the ground, you would have to uninstall that unit before you could move it anywhere, right?

**Page 87**

A. Excuse me. I didn't understand the question.
Q. Let me ask you -- you're right, that's not clear.
   Let me ask you this way: Once you installed the unit, it would no longer be movable --
A. No, sir.
Q. -- in that condition, right?
A. Yes, sir.
Q. To make that unit movable again, you would have to undo the installation that you had done?
A. Yes.
Q. So once these units were at their final location, installed, they would no longer be mobile, right?
A. Yes, sir.
Q. Do you remember any time when you were installing these units that you had to tell someone about damage to a unit?
A. No, sir, not that I can recall.
Q. And is it fair to say that while you were doing the haul-and-install job, you personally were not dealing with any of the

**Page 88**

paperwork associated with that job?
A. Yes.
Q. That's correct?
A. Yes, sir.
Q. Did anyone ever tell you how they found your name in connection with the case, in connection with the formaldehyde-in-trailers issue?
MR. PEÑA:
   Object to the form.
THE WITNESS:
   Yes, sir. They kind of -- it was like a stepping-stone kind of thing. They contacted Paul Blanchard and then Paul, being his best friend, contacted my brother and then my brother contacted me.
EXAMINATION BY MR. DINNELL:
Q. So they were able to contact you through your brother and they were able to contact your brother through Paul.
A. Yes.
Q. Do you know how they came to contact Paul?
A. No, sir.
Q. We would have to ask him about

**Page 97**

1  Q. Just one?
2  A. (Witness nods head affirmatively.)
3  Q. And I think you said earlier you
4  were never present when the actual resident
5  or occupant would walk through the trailer
6  with an inspector?
7  A. Yeah. Except that -- except that
8  one time when the inspector -- the inspector
9  was actually going to live in the trailer.
10 But he wasn't inspecting his -- his own
11 trailer, he had just stopped by.
12 Q. When the inspector would go in the
13 trailer for that 30 or 40 minutes behind you
14 guys, would the door or windows typically be
15 open and the vent be open on the trailer?
16 A. When we got to the trailer?
17 Q. No, sir, after -- you testified
18 about what you guys did.
19 A. Yes.
20 Q. I'm now talking about when the
21 inspector showed up when you guys were
22 finished and he did his 30- to 40-minute, on
23 average, walk-through, would the door be
24 open in the trailer?
25 A. Yes.

**Page 98**

1  Q. Would the windows be open?
2  A. Usually not the windows, like I
3  said, the little vents in the roof were more
4  effective than the windows. We would crack
5  a window every now and then, but the vents
6  were more effective because it -- it would
7  go up, out through the roof.
8  Q. The heat would rise up out of the
9  roof?
10 A. Yes.
11 Q. Did you -- and you said you
12 typically, when you arrived on-site, would
13 go into the trailer pretty much right away
14 as soon as it was set up?
15 A. Yes, sir, we had to get the -- the
16 jacks, the jack tool for the four post
17 jacks.
18 Q. And at least during the -- on hot
19 days, you would typically leave the door
20 open and open those roof vents, correct?
21 A. Yes, sir.
22 Q. And how long -- would you then
23 exit the trailer after you did that and
24 start doing your work outside to set it up?
25 A. Yes, sir.

**Page 99**

1  Q. And how long would that typically
2  take on a trailer in terms of the work you
3  did outside the trailer setting it up?
4  A. How long would --
5  Q. Well, the strapping, the blocking,
6  the stairs, how long until you actually went
7  back inside the trailer typically?
8  A. It varied from -- it could be
9  anywhere from -- you can get a trailer in an
10 hour or you can get a trailer within four
11 hours. Depends on, you know, how difficult
12 the setup was, because, like, if it was
13 sitting on -- if it was sitting on grass,
14 not concrete, we had to actually put the big
15 post anchors in that go into the ground.
16        Those took a good while to get
17 into the ground because we -- at first, we
18 didn't have a -- have a machine, like, a
19 drill to put them in the ground. We had to
20 do them all by hand.
21 Q. So it would take about one to four
22 hours on average?
23 A. Yes.
24 Q. And then you would go inside the
25 trailer?

**Page 100**

1  A. Yes.
2  Q. And how long would you be inside
3  the trailer doing your setup work inside the
4  trailer?
5  A. Just long enough to get the, you
6  know, the air out of the water, and we
7  generally flushed the commode once.
8  Q. Are we talking less than an hour?
9  A. Yes.
10 Q. Half hour?
11 A. Probably half hour to 45 minutes.
12 Make it -- and we would put the level on the
13 floor to make sure, you know, nothing that
14 would take a long period of time.
15 Q. So you typically spent 30 to 40
16 minutes inside the trailer after you
17 finished your outside work?
18 A. Yes.
19 Q. And because you had ventilated the
20 trailer and opened the door and everything,
21 you were able to get in there and get your
22 work done?
23 A. Yes.
24 Q. And you didn't have the problem
25 with the burning nose anymore?

25 (Pages 97 to 100)