Transcript of the Testimony of
# Videotaped Deposition of Gerald Paul Blanchard II

**Date taken: August 6, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability
Litigation**

***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**


EXHIBIT
15

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Gerald Paul Blanchard II

```
                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA

     IN RE:  FEMA TRAILER        MDL NO. 1873
     FORMALDEHYDE PRODUCTS       SECTION N(4)
     LIABILITY LITIGATION        JUDGE ENGELHARDT

                    *   *   *

          VIDEOTAPED DEPOSITION OF GERALD
     PAUL BLANCHARD II, 1032 HIGHWAY 952,
     JACKSON, LOUISIANA 70748, TAKEN AT THE
     OFFICES OF MIDDLEBERG, RIDDLE & GIANNA, 450
     LAUREL STREET, SUITE 1101, BATON ROUGE,
     LOUISIANA 70801, ON THE 6TH DAY OF AUGUST,
     2009.


     REPORTED BY:
          CATHY RENEE' POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
          (504)529-5255
     VIDEOGRAPHER:
          MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
          (504)529-5255
```

Page 1

```
 1   APPEARANCES CONTINUED:
 2
     LEAKE & ANDERSSON
 3   (BY:  JERRY L. SAPORITO, ESQUIRE)
     1700 ENERGY CENTRE
 4   1100 POYDRAS STREET
     NEW ORLEANS, LOUISIANA 70163
 5     (Attended via telephone)
 6   (ATTORNEYS FOR DEFENDANTS
        FLEETWOOD ENTERPRISES, INC.,
 7      ET AL.)
 8
     BAKER DONELSON
 9   (BY:  DAVID KURTZ, ESQUIRE)
     201 ST. CHARLES AVENUE
10   SUITE 3600
     NEW ORLEANS, LOUISIANA 70170
11     (Attended via telephone)
12     ATTORNEYS FOR DEFENDANTS,
        CH2M HILL CONSTRUCTORS, INC. AND
13      SHAW ENVIRONMENTAL, INC.
14
15   WILLINGHAM, FULTZ & COUGILL
     (BY:  MARC B. JOHNSON, ESQUIRE)
16   NIELS ESPERSON BUILDING
     808 TRAVIS, SUITE 1608
17   HOUSTON, TEXAS  77002
        (Attended via telephone)
18
     (ATTORNEYS FOR DEFENDANTS
19      JAYCO AND STARCRAFT)
20
     MIDDLEBERG, RIDDLE & GIANNA
21   (BY:  SONIA MALLETT, ESQUIRE)
     450 LAUREL STREET
22   SUITE 1101
     BATON ROUGE, LOUISIANA 70801
23
        (ATTORNEYS FOR FLUOR ENTERPRISES,
24      INC.)
25
```

Page 3

```
 1   APPEARANCES:
 2
 3   HILLIARD MUÑOZ GUERRA
     (BY:  REYNALDO PEÑA, ESQUIRE)
     1100 POYDRAS STREET - 28TH FLOOR
 4   NEW ORLEANS, LOUISIANA  70163
 5     (ATTORNEYS FOR THE PLAINTIFFS)
 6
     DUPLASS, ZWAIN, BOURGEOIS,
     PFISTER & WEINSTOCK
 7   (BY:  KEVIN DERHAM, ESQUIRE
 8   3838 NORTH CAUSEWAY BOULEVARD
     III LAKEWAY CENTER - SUITE 2900
 9   METAIRIE, LOUISIANA  70002
10     (ATTORNEYS FOR DEFENDANTS
        GULF STREAM COACH, INC.)
11
12   U.S. DEPARTMENT OF JUSTICE
     (BY:  ADAM M. DINNELL, ESQUIRE)
13   500 C STREET, SW
     WASHINGTON, D.C.  20472
14
15     (ATTORNEYS FOR DEFENDANTS UNITED
16       STATES AND FEMA)
17   JONES, WALKER, WAECHTER, POITEVENT,
     CARRERE & DENEGRE
18   (BY:  RYAN JOHNSON, ESQUIRE)
     8555 UNITED PLAZA BOULEVARD
19   BATON ROUGE, LOUISIANA  70809
20     (Attended via telephone)

     (ATTORNEYS FOR DEFENDANTS PILGRIM,
21      CALIFORNIA, KZRV, DS/
        CROSSROADS AND DUTCHMEN)
22
23
24
25
```

Page 2

```
 1   APPEARANCES CONTINUED:
 2
     LOBMAN, CARNAHAN
 3   (BY:  HEATHER CHEESBRO, ESQUIRE)
     400 POYDRAS STREET
 4   TEXACO CENTER - SUITE 2300
     NEW ORLEANS, LOUISIANA  70130
 5     (Attended via telephone)
 6     (ATTORNEYS FOR CRUM & FORSTER)
 7
     GARRISON, YOUNT, LORMAND, FORTE &
 8      MULCAHY
     (BY:  SEAN RASTANIS, ESQUIRE)
 9   909 POYDRAS STREET
     SUITE 1800
10   NEW ORLEANS, LOUISIANA  70112
        (Attended via telephone)
11
     (ATTORNEYS FOR DEFENDANTS
12      RECREATION BY DESIGN, LLC, TL
        INDUSTRIES, INC., AND FRONTIER
13      HOMES, INC.)
14   FRILOT, LLC
     (BY:  PETER TAFARO, ESQUIRE)
15   3600 ENERGY CENTRE
     1100 POYDRAS STREET
16   NEW ORLEANS, LOUISIANA  70163
        (Attended via telephone)
17
     (ATTORNEYS FOR BECHTEL NATIONAL, INC.)
18
19
     ALLEN & GOOCH
20   (BY:  BRENT MAGGIO, ESQUIRE)
     1015 ST. JOHN STREET
21   LAFAYETTE, LOUISIANA  70502-3768
22     (ATTORNEYS FOR HEARTLAND
        RECREATIONAL VEHICLES, LLC)
23
24
25
```

Page 4

1  (Pages 1 to 4)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Gerald Paul Blanchard II

| | |
|---|---|
| 1   APPEARANCES CONTINUED: | 1            S T I P U L A T I O N |
| 2       DEGAN, BLANCHARD & NASH | 2 |
|         (BY:  DREW BERNARD, ESQUIRE) | 3       It is stipulated and agreed by and |
| 3       6421 PERKINS ROAD | 4   between counsel for the parties hereto that |
|         BUILDING C, SUITE B | 5   the deposition of the aforementioned witness |
| 4       BATON ROUGE, LOUISIANA  70808 | 6   is hereby being taken for all purposes |
| 5       (ATTORNEYS FOR TKTMJ, INC.) | 7   allowed under the Federal Rules of Civil |
| 6            *  *  * | 8   Procedure, in accordance with law, pursuant |
| 7       EXAMINATION INDEX | 9   to notice; |
| 8   EXAMINATION BY MS. MALLETT: ............9 | 10      That the formalities of reading and |
| 9   EXAMINATION BY MR. DINNELL: ...........106 | 11  signing are specifically waived; |
| 10  EXAMINATION BY MR. MAGGIO: ...........153 | 12      That the formalities of filing, |
| 11  EXAMINATION BY MR. DERHAM: ...........164 | 13  sealing, and certification are specifically |
| 12  EXAMINATION BY MR. BERNARD: ..........199 | 14  waived; |
| 13  EXAMINATION BY MR. PEÑA: ............199 | 15      That all objections, save those as to |
| 14  EXAMINATION BY MS. MALLETT: ..........227 | 16  the form of the question and the |
| 15  EXAMINATION BY MR. DINNELL: ...........237 | 17  responsiveness of the answer, are hereby |
| 16  EXAMINATION BY MR. PEÑA: .............240 | 18  reserved until such time as this deposition, |
| 17 | 19  or any part thereof, may be used or sought |
| 18 | 20  to be used in evidence. |
| 19 | 21            *  *  * |
| 20 | 22      CATHY RENEE' POWELL, CCR, Certified |
| 21 | 23  Court Reporter, officiated in administering |
| 22 | 24  the oath to the witness. |
| 23 | 25 |
| 24 | |
| 25 | |
|                               Page 5 |                               Page 7 |

| | |
|---|---|
| 1            *  *  * | 1   THE VIDEOGRAPHER: |
| 2       INDEX OF EXHIBITS | 2       We're on the record.  The time is |
| 3   Exhibit No. 2 .........................26 | 3   approximately 9:22 a.m.  Today's date is |
| 4   2005 and 2006 1099s issued to | 4   August 6, 2009.  This is the videotaped |
| 5   Gerald Paul Blanchard II by Kedo | 5   deposition of Mr. Gerald Blanchard II, taken |
| 6   Properties, LLC. | 6   at the offices of Middleberg, Riddle & |
| 7   Exhibit No. 1 .........................27 | 7   Gianna, located at 450 Laurel Street, Baton |
| 8   Notice of Deposition with | 8   Rouge, Louisiana, in the case entitled "FEMA |
| 9   attachment Exhibit A. | 9   Trailer Formaldehyde Products Liability |
| 10  Exhibit No. 3 .........................33 | 10  Litigation." |
| 11  Discharge instructions for Gerald | 11      Would counsel please identify |
| 12  Paul Blanchard II from | 12  themselves and which parties they represent. |
| 13  LakeAfterHours dated 12-14-07. | 13  MS. MALLETT: |
| 14  Exhibit No. 4 .........................56 | 14      Sonia Mallett on behalf of Fluor |
| 15  Five pages, printouts re: | 15  Enterprises, Inc. |
| 16  medications prescribed to Paul | 16  MR. DINNELL: |
| 17  Blanchard by Dr. Jon Traxler. | 17      Adam Dinnell for defendant United |
| 18  Exhibit No. 5 .........................56 | 18  States. |
| 19  Copy of prescription orders for | 19  MR. MAGGIO: |
| 20  Paul Blanchard from Dr. J. Scott | 20      Brent Maggio for Heartland |
| 21  Wharton dated 8-28-09. | 21  Recreational Vehicles. |
| 22 | 22  MR. BERNARD: |
| 23 | 23      Drew Bernard on behalf of TKTMJ, |
| 24 | 24  Inc. |
| 25 | 25  MR. DERHAM: |
|                               Page 6 |                               Page 8 |

                                                    2  (Pages 5 to 8)

1        Kevin Durham for Gulf Stream.
2    MR. PEÑA:
3        Reynaldo Peña for the plaintiffs.
4        GERALD PAUL BLANCHARD II,
5    having been first duly sworn as a witness,
6    was examined and testified as follows:
7    EXAMINATION BY MS. MALLETT:
8        Q.  Mr. Blanchard, can you give us
9    your full name and address for the record?
10       A.  Gerald Paul Blanchard II, 1032
11   Highway 952, Jackson, Louisiana 70748.
12       Q.  Just to make the record clear,
13   yesterday the name Gator Blanchard came up a
14   number of times, and I am assuming that your
15   nickname is Gator, correct?
16       A.  Yes, yes.
17       Q.  Now, this morning what we're going
18   to do is I'm basically going to be asking
19   you a lot of questions, okay?  As I ask the
20   question, I need for you to wait to answer
21   the question until I'm finished asking the
22   question.
23       A.  Yes, ma'am.
24       Q.  You need to make sure that you
25   give a verbal response to the question so
                                            Page 9

1    Joseph Blanchard.
2        Q.  Who is your current employer?
3        A.  State of Louisiana.
4        Q.  And do you work for a particular
5    agency?
6        A.  Secretary of State's office.
7        Q.  What do you do for the Secretary
8    of State?
9        A.  In run the elections for the
10   state.
11       Q.  And when you say you "run the
12   elections for the state," what does that
13   mean?
14       A.  We program, we test, we set up the
15   election for individual parishes.  On
16   election night, or election morning, we make
17   sure the polls open correctly.  We officiate
18   everything that happens that day in that
19   parish.
20       We make sure the polls close at an
21   appropriate time.
22       Q.  When you say "that parish," is it
23   one particular parish or are you talking
24   about the parishes statewide?
25       A.  Statewide.
                                          Page 11

1    that the court reporter can get everything
2    down that we're saying.  Okay?
3        A.  Yes, ma'am.
4        Q.  If you don't understand the
5    question, ask me to repeat the question or
6    to rephrase the question, whichever the case
7    may be.  Okay?
8        A.  Yes, ma'am.
9        Q.  How old are you?
10       A.  I will be -- I will be 30 on the
11   28th of this month.
12       Q.  And are you married?
13       A.  Yes, ma'am.
14       Q.  And who are you married to?
15       A.  Julie Kay Bidener-Blanchard.
16       Q.  And do you have any children?
17       A.  Yes, ma'am.
18       Q.  How many?
19       A.  One.
20       Q.  And how old is your child?
21       A.  Two and a half.
22       Q.  A boy or a girl?
23       A.  Boy.
24       Q.  Name?
25       A.  William Blanchard, or William
                                          Page 10

1        Q.  So you work for the elections
2    commissioner Angie -- what's Angie's last
3    name?
4        A.  Laplace?
5        Q.  Laplace.  Is that who you work
6    for?
7        A.  Yes, ma'am.
8        Q.  So tell me what your actual title
9    is.
10       A.  I am an IT Tech Specialist II.  I
11   think it is actually changing now that the
12   state has reallocated, so it's Elections
13   Programs Specialist II, I think.
14       Q.  So it's a civil service position
15   that you have?
16       A.  Yes, ma'am.
17       Q.  And how long have you been working
18   at the Secretary of State's office?
19       A.  Four years.
20       Q.  And when you started there, were
21   you working as an IT Tech Specialist when
22   you started?
23       A.  I think I was an elections
24   specialist, which is right below an IT tech.
25       Q.  So basically performing the same
                                          Page 12

                                    3  (Pages 9 to 12)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Gerald Paul Blanchard II

1  type of job?
2      A.  Same exact job, it is just a
3  different title.
4      Q.  Where did you graduate from high
5  school and when?
6      A.  Centerville Academy in
7  Centerville, Mississippi, 2008.
8          No.  1998, I'm sorry. It's been a
9  while. I'm sorry.
10     Q.  And from Centerville Academy, did
11 you go to any school after that?
12     A.  Yes, ma'am.
13     Q.  And where?
14     A.  Louisiana State University here in
15 Baton Rouge.
16     Q.  Did you graduate from LSU?
17     A.  Yes, ma'am.
18     Q.  In what?
19     A.  General studies.  Did all my
20 pre-med, all my pre-law.  Three minors.
21     Q.  And opted for the general studies
22 to get out?
23     A.  Yes, ma'am.
24     Q.  We need you to speak louder.  They
25 are probably going to have a hard time
                                    Page 13

1  toward the end.
2      Q.  So what were you -- what did you
3  do for that company?
4      A.  Basically just a lot of
5  construction dirt work and groundskeeping
6  work after we finished the whole
7  construction part.  Irrigation plumbing,
8  that kind of thing.
9      Q.  So what did you actually do within
10 this whole process?
11     A.  I was just a -- I was a
12 maintenance man.  General maintenance.
13     Q.  And how did you learn to do the
14 job that you were doing for American golf?
15     A.  Kind of hands-on.
16     Q.  It is my understanding that you
17 worked hauling trailer -- travel trailers
18 after Hurricanes Katrina and Rita; is that
19 correct?
20     A.  No, ma'am.  I didn't haul travel
21 trailers.  We set travel trailers up.  I did
22 pick them up from the travel trailer yard
23 and delivered them to the residents, but it
24 was a max of maybe 10, 15 miles max.
25     Q.  Okay.  So tell me -- but you did
                                    Page 15

1  hearing you on the telephone, okay?
2      A.  Yes, ma'am.
3      Q.  So how many years were you at LSU?
4      A.  2008[sic] to 2004.  Six years.
5      Q.  And were you a full-time student
6  the entire time?
7      A.  Yes, ma'am.
8      Q.  And where did you live while you
9  were going to LSU?
10     A.  An apartment off campus, working
11 full-time.
12     Q.  Who were you working for full-time
13 then?
14     A.  I think it was American Golf
15 Corporation.  We were building and
16 remodeling golf courses.
17     Q.  So what golf courses did you work
18 on when you were working for American?
19     A.  Briarwood Country Club.
20     Q.  And that is on Airline Highway?
21     A.  Airline Highway, yes.  And the LSU
22 golf course.
23     Q.  So you were a part of the building
24 of the new golf course at LSU or what?
25     A.  I came in as we were laying turf
                                    Page 14

1  work in the New Orleans area after Hurricane
2  Katrina?
3      A.  Yes, ma'am.
4      Q.  Okay.  Tell me who you were
5  working for.
6      A.  It was LLC -- Kedo Properties,
7  LLC.
8      Q.  And how did you come to hear about
9  this job with Kedo Properties, LLC?
10     A.  It was a word of mouth through a
11 friend that happened to talk to somebody or
12 one of those type deals.
13     Q.  So who was the person that you
14 were working for with Kedo Properties?
15     A.  To be honest with you, I can't
16 remember his first name, but his last name
17 was Kilcrest.  I didn't really meet him.  I
18 mean it was more of a -- you know, "Go down
19 there and talk to this guy and he will set
20 you up and give you the paperwork."
21     Q.  So you never spoke to
22 Mr. Kilcrest?
23     A.  Not at first.  I mean, I have -- I
24 did meet him while I was there, maybe twice.
25 But as far as that goes, he had another
                                    Page 16

                              4  (Pages 13 to 16)

1  company in Baton Rouge, supposedly, that he
2  had to run that I knew nothing about.  He
3  had the contract --
4      Q.  Who did he have a contract with?
5      A.  I guess it was with Fluor, from my
6  understanding.
7      Q.  And this is something that was
8  told to you or this is just something you
9  have surmised?
10     A.  That was something that was kind
11 of told to me by other crews that were
12 working with us.
13     Q.  So you were just one of the crews
14 that was working for Kedo Properties.  Is
15 that correct?
16     A.  Yes, yes.
17     Q.  You did not have a contract with
18 anyone concerning the services you were
19 performing in New Orleans after Hurricane
20 Katrina?
21     A.  No.
22     Q.  When did you start working for
23 Kedo Properties?
24     A.  I think it was around the middle
25 to the end of November of -- what was that,

Page 17

1  but it was east of the 610 loop.  Or the
2  Chalmette Highway, the one -- the bridge
3  that goes over the canal.
4      Q.  And so you showed up one day in
5  November of 2005 and then what did you do?
6      A.  I met the guy that I was supposed
7  to find, and he kind of sent me out on a job
8  with some other guys to learn what I needed
9  to do.
10     Q.  So do you recall what this man's
11 name is that you met up with?
12     A.  I want to say it was Kilcrest's
13 son.
14     Q.  So you don't recall his first
15 name?
16     A.  No, I really don't.
17     Q.  Do you know that his last name was
18 Kilcrest?
19     A.  I'm not positive on that.
20 Somebody had told me that it was his son but
21 I never was really formally introduced to
22 the man.
23     Q.  And did he put you working with
24 another crew at that time, or did he staff
25 you up with a crew?

Page 19

1  2005, maybe, 2004 or 2005.  Whatever year --
2  right after -- the November after the
3  hurricane.
4      Q.  And how long did you work for Kedo
5  Properties?
6      A.  Until around the -- I would say
7  probably, I think, the 10th of March.
8      Q.  Of 2006?
9      A.  Yes, ma'am.
10     Q.  Did you work for any other company
11 or individual doing this work down in the
12 New Orleans area?
13     A.  No, ma'am.
14     Q.  So in November of 2005, how did
15 you know where to show up?
16     A.  It was word of mouth.  A friend of
17 mine met this guy at a party and he said he
18 needed people to work.  So if you wanted a
19 job, meet such and such guy on this yard and
20 he will give you a job.
21     Q.  And where was the yard that you
22 went to?
23     A.  It was off of -- is it Chef
24 Ventura Highway?  Menteur, in New Orleans?
25 I'm not really sure what the area is called

Page 18

1      A.  No.  He put me with another crew
2  at that time.
3      Q.  So what was your role with this
4  other crew?
5      A.  Basically, tag along and learn how
6  to do this job, so I could go off on my own
7  and do this after I have learned.
8      Q.  What were the names of the -- and
9  I assume they were gentleman, men, in this
10 other crew.  Do you know the names of them?
11     A.  I have no clue.  They -- I know
12 there was one guy from Florida, he was the
13 little head of the crew.  But as far as
14 names go, it was kind of a first-name basis
15 and I don't remember them.  It's been so
16 long.  I wasn't with them but a day and a
17 half, maybe.
18     Q.  How many man crew was it?
19     A.  I think he had three with him.
20     Q.  So you were the fourth member of
21 the crew?
22     A.  Yes, ma'am.
23     Q.  Did you fill out any kind of
24 paperwork when you showed up at the yard
25 that first day?

Page 20

5  (Pages 17 to 20)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Gerald Paul Blanchard II

1    A.  No, ma'am.  It was more of a come-
2  down-and-see-what-you-think type day.
3  Because there was no electricity, no water.
4  I mean, it was -- it was bad.
5    Q.  So you drove in from the St.
6  Francisville area that day?
7    A.  Yes, ma'am.
8    Q.  And did you stay in the New
9  Orleans area, or were you driving back and
10  forth to St. Francisville?
11    A.  Drove back and forth.
12    Q.  Where were you living at the time?
13    A.  Jackson, Louisiana.  Well,
14  actually, I was living at the time in Lake
15  Rosemound, Louisiana, which is just above
16  St. Francisville.
17    Q.  And you were living at your
18  parents' house?
19    A.  Yes, ma'am.
20    Q.  And what is their address?
21    A.  It's slipped my mind right now.
22  10587 Goldilocks Lane, St. Francisville,
23  Louisiana 70775.
24    Q.  So as you were working with this
25  crew, what were you doing?

Page 21

1  you did haul a trailer?
2    A.  It was probably three or four
3  days, four or five days after that.  After I
4  had been with that crew for a few days and
5  saw what was going on and how they were
6  doing things.
7    Q.  Did you hire some guys to work on
8  your crew or did they give you some other
9  guys?
10    A.  No.  I hired two guys -- or I
11  hired one guy, Heath Michael Allen of St.
12  Francisville, and then his little brother
13  was a tagalong for a few, you know, for a
14  few weeks with me.  And I think he came up
15  sick and had to stay home, and then later on
16  he went back down there, but not with me.
17    Q.  Do you know what the other crew
18  was that Travis worked with?
19    A.  I think it was his brother and
20  some guys that he met up with after I left
21  the New Orleans area.  I'm not sure who it
22  was.
23    Q.  Now, how were you paid by
24  Kilcrest's company?
25    A.  Check.  It was -- really didn't

Page 23

1    A.  We were blocking a trailer.  We
2  were setting up a travel trailer as you
3  would a house trailer.  You would block it.
4  You would level it.  You would strap it down
5  like you would a house trailer.  You would
6  tie in the sewer lines and the water lines.
7  Kind of go in and make sure everything ran
8  through the water lines without any leaks.
9  Made sure the commodes worked, the showers
10  worked, stove.
11    Q.  So what was your role in the
12  beginning with this other crew?
13    A.  Just training.  They were showing
14  me how everything was to be done.
15    Q.  Do you have a license as a mobile
16  home hauler in Louisiana?
17    A.  No, ma'am.  Is there a license for
18  a mobile home hauler in Louisiana?
19    Q.  I'm asking if you have one.
20    A.  No, ma'am.
21    Q.  Did you actually haul one of the
22  travel trailers when you started working
23  with this crew?
24    A.  No, ma'am.  Not with that crew.
25    Q.  So when was the first time that

Page 22

1  have a stub on the check.  It was just a
2  check that said Kedo Properties.  Every
3  Friday or every other Friday.
4    Sometimes it was cash, because a
5  lot of the guys that were working were
6  living down there, too, and there were no
7  banks open so he would bring them cash.
8  Just kind of depended on the circumstances
9  for the week, I guess.
10    Q.  So were you paid basically a set,
11  salaried amount or were you paid a --
12  depending upon the amount of work that you
13  did?
14    A.  Depending on the amount of work we
15  did.
16    Q.  And can you tell me how that was
17  -- was decided?
18    A.  The number of trailers you
19  completed and had signed off on in a week.
20    Q.  And how much did you receive per
21  trailer?
22    A.  At first, it was about $500 and
23  then it maybe was $600 toward the end.
24    Q.  And you paid Heath Allen out of
25  the $500 that you received per trailer?

Page 24

6  (Pages 21 to 24)

1  type of job?
2      A.  Same exact job, it is just a
3  different title.
4      Q.  Where did you graduate from high
5  school and when?
6      A.  Centerville Academy in
7  Centerville, Mississippi, 2008.
8          No.  1998, I'm sorry.  It's been a
9  while.  I'm sorry.
10      Q.  And from Centerville Academy, did
11  you go to any school after that?
12      A.  Yes, ma'am.
13      Q.  And where?
14      A.  Louisiana State University here in
15  Baton Rouge.
16      Q.  Did you graduate from LSU?
17      A.  Yes, ma'am.
18      Q.  In what?
19      A.  General studies.  Did all my
20  pre-med, all my pre-law.  Three minors.
21      Q.  And opted for the general studies
22  to get out?
23      A.  Yes, ma'am.
24      Q.  We need you to speak louder.  They
25  are probably going to have a hard time

Page 13

1  toward the end.
2      Q.  So what were you -- what did you
3  do for that company?
4      A.  Basically just a lot of
5  construction dirt work and groundskeeping
6  work after we finished the whole
7  construction part.  Irrigation plumbing,
8  that kind of thing.
9      Q.  So what did you actually do within
10  this whole process?
11      A.  I was just a -- I was a
12  maintenance man.  General maintenance.
13      Q.  And how did you learn to do the
14  job that you were doing for American golf?
15      A.  Kind of hands-on.
16      Q.  It is my understanding that you
17  worked hauling trailer -- travel trailers
18  after Hurricanes Katrina and Rita; is that
19  correct?
20      A.  No, ma'am.  I didn't haul travel
21  trailers.  We set travel trailers up.  I did
22  pick them up from the travel trailer yard
23  and delivered them to the residents, but it
24  was a max of maybe 10, 15 miles max.
25      Q.  Okay.  So tell me -- but you did

Page 15

1  hearing you on the telephone, okay?
2      A.  Yes, ma'am.
3      Q.  So how many years were you at LSU?
4      A.  2008[sic] to 2004.  Six years.
5      Q.  And were you a full-time student
6  the entire time?
7      A.  Yes, ma'am.
8      Q.  And where did you live while you
9  were going to LSU?
10      A.  An apartment off campus, working
11  full-time.
12      Q.  Who were you working for full-time
13  then?
14      A.  I think it was American Golf
15  Corporation.  We were building and
16  remodeling golf courses.
17      Q.  So what golf courses did you work
18  on when you were working for American?
19      A.  Briarwood Country Club.
20      Q.  And that is on Airline Highway?
21      A.  Airline Highway, yes.  And the LSU
22  golf course.
23      Q.  So you were a part of the building
24  of the new golf course at LSU or what?
25      A.  I came in as we were laying turf

Page 14

1  work in the New Orleans area after Hurricane
2  Katrina?
3      A.  Yes, ma'am.
4      Q.  Okay.  Tell me who you were
5  working for.
6      A.  It was LLC -- Kedo Properties,
7  LLC.
8      Q.  And how did you come to hear about
9  this job with Kedo Properties, LLC?
10      A.  It was a word of mouth through a
11  friend that happened to talk to somebody or
12  one of those type deals.
13      Q.  So who was the person that you
14  were working for with Kedo Properties?
15      A.  To be honest with you, I can't
16  remember his first name, but his last name
17  was Kilcrest.  I didn't really meet him.  I
18  mean it was more of a -- you know, "Go down
19  there and talk to this guy and he will set
20  you up and give you the paperwork."
21      Q.  So you never spoke to
22  Mr. Kilcrest?
23      A.  Not at first.  I mean, I have -- I
24  did meet him while I was there, maybe twice.
25  But as far as that goes, he had another

Page 16

4  (Pages 13 to 16)

1    company in Baton Rouge, supposedly, that he
2    had to run that I knew nothing about.  He
3    had the contract --
4        Q.  Who did he have a contract with?
5        A.  I guess it was with Fluor, from my
6    understanding.
7        Q.  And this is something that was
8    told to you or this is just something you
9    have surmised?
10       A.  That was something that was kind
11   of told to me by other crews that were
12   working with us.
13       Q.  So you were just one of the crews
14   that was working for Kedo Properties.  Is
15   that correct?
16       A.  Yes, yes.
17       Q.  You did not have a contract with
18   anyone concerning the services you were
19   performing in New Orleans after Hurricane
20   Katrina?
21       A.  No.
22       Q.  When did you start working for
23   Kedo Properties?
24       A.  I think it was around the middle
25   to the end of November of -- what was that,
                                        Page 17

1    but it was east of the 610 loop.  Or the
2    Chalmette Highway, the one -- the bridge
3    that goes over the canal.
4        Q.  And so you showed up one day in
5    November of 2005 and then what did you do?
6        A.  I met the guy that I was supposed
7    to find, and he kind of sent me out on a job
8    with some other guys to learn what I needed
9    to do.
10       Q.  So do you recall what this man's
11   name is that you met up with?
12       A.  I want to say it was Kilcrest's
13   son.
14       Q.  So you don't recall his first
15   name?
16       A.  No, I really don't.
17       Q.  Do you know that his last name was
18   Kilcrest?
19       A.  I'm not positive on that.
20   Somebody had told me that it was his son but
21   I never was really formally introduced to
22   the man.
23       Q.  And did he put you working with
24   another crew at that time, or did he staff
25   you up with a crew?
                                        Page 19

1    2005, maybe, 2004 or 2005.  Whatever year --
2    right after -- the November after the
3    hurricane.
4        Q.  And how long did you work for Kedo
5    Properties?
6        A.  Until around the -- I would say
7    probably, I think, the 10th of March.
8        Q.  Of 2006?
9        A.  Yes, ma'am.
10       Q.  Did you work for any other company
11   or individual doing this work down in the
12   New Orleans area?
13       A.  No, ma'am.
14       Q.  So in November of 2005, how did
15   you know where to show up?
16       A.  It was word of mouth.  A friend of
17   mine met this guy at a party and he said he
18   needed people to work.  So if you wanted a
19   job, meet such and such guy on this yard and
20   he will give you a job.
21       Q.  And where was the yard that you
22   went to?
23       A.  It was off of -- is it Chef
24   Ventura Highway?  Menteur, in New Orleans?
25   I'm not really sure what the area is called
                                        Page 18

1        A.  No.  He put me with another crew
2    at that time.
3        Q.  So what was your role with this
4    other crew?
5        A.  Basically, tag along and learn how
6    to do this job, so I could go off on my own
7    and do this after I have learned.
8        Q.  What were the names of the -- and
9    I assume they were gentleman, men, in this
10   other crew.  Do you know the names of them?
11       A.  I have no clue.  They -- I know
12   there was one guy from Florida, he was the
13   little head of the crew.  But as far as
14   names go, it was kind of a first-name basis
15   and I don't remember them.  It's been so
16   long.  I wasn't with them but a day and a
17   half, maybe.
18       Q.  How many man crew was it?
19       A.  I think he had three with him.
20       Q.  So you were the fourth member of
21   the crew?
22       A.  Yes, ma'am.
23       Q.  Did you fill out any kind of
24   paperwork when you showed up at the yard
25   that first day?
                                        Page 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Gerald Paul Blanchard II

1      A.   No, ma'am.  It was more of a come-
2   down-and-see-what-you-think type day.
3   Because there was no electricity, no water.
4   I mean, it was -- it was bad.
5      Q.   So you drove in from the St.
6   Francisville area that day?
7      A.   Yes, ma'am.
8      Q.   And did you stay in the New
9   Orleans area, or were you driving back and
10  forth to St. Francisville?
11     A.   Drove back and forth.
12     Q.   Where were you living at the time?
13     A.   Jackson, Louisiana.  Well,
14  actually, I was living at the time in Lake
15  Rosemound, Louisiana, which is just above
16  St. Francisville.
17     Q.   And you were living at your
18  parents' house?
19     A.   Yes, ma'am.
20     Q.   And what is their address?
21     A.   It's slipped my mind right now.
22  10587 Goldilocks Lane, St. Francisville,
23  Louisiana 70775.
24     Q.   So as you were working with this
25  crew, what were you doing?

Page 21

1   you did haul a trailer?
2      A.   It was probably three or four
3   days, four or five days after that.  After I
4   had been with that crew for a few days and
5   saw what was going on and how they were
6   doing things.
7      Q.   Did you hire some guys to work on
8   your crew or did they give you some other
9   guys?
10     A.   No.  I hired two guys -- or I
11  hired one guy, Heath Michael Allen of St.
12  Francisville, and then his little brother
13  was a tagalong for a few, you know, for a
14  few weeks with me.  And I think he came up
15  sick and had to stay home, and then later on
16  he went back down there, but not with me.
17     Q.   Do you know what the other crew
18  was that Travis worked with?
19     A.   I think it was his brother and
20  some guys that he met up with after I left
21  the New Orleans area.  I'm not sure who it
22  was.
23     Q.   Now, how were you paid by
24  Kilcrest's company?
25     A.   Check.  It was -- really didn't

Page 23

1      A.   We were blocking a trailer.  We
2   were setting up a travel trailer as you
3   would a house trailer.  You would block it.
4   You would level it.  You would strap it down
5   like you would a house trailer.  You would
6   tie in the sewer lines and the water lines.
7   Kind of go in and make sure everything ran
8   through the water lines without any leaks.
9   Made sure the commodes worked, the showers
10  worked, stove.
11     Q.   So what was your role in the
12  beginning with this other crew?
13     A.   Just training.  They were showing
14  me how everything was to be done.
15     Q.   Do you have a license as a mobile
16  home hauler in Louisiana?
17     A.   No, ma'am.  Is there a license for
18  a mobile home hauler in Louisiana?
19     Q.   I'm asking if you have one.
20     A.   No, ma'am.
21     Q.   Did you actually haul one of the
22  travel trailers when you started working
23  with this crew?
24     A.   No, ma'am.  Not with that crew.
25     Q.   So when was the first time that

Page 22

1   have a stub on the check.  It was just a
2   check that said Kedo Properties.  Every
3   Friday or every other Friday.
4         Sometimes it was cash, because a
5   lot of the guys that were working were
6   living down there, too, and there were no
7   banks open so he would bring them cash.
8   Just kind of depended on the circumstances
9   for the week, I guess.
10     Q.   So were you paid basically a set,
11  salaried amount or were you paid a --
12  depending upon the amount of work that you
13  did?
14     A.   Depending on the amount of work we
15  did.
16     Q.   And can you tell me how that was
17  -- was decided?
18     A.   The number of trailers you
19  completed and had signed off on in a week.
20     Q.   And how much did you receive per
21  trailer?
22     A.   At first, it was about $500 and
23  then it maybe was $600 toward the end.
24     Q.   And you paid Heath Allen out of
25  the $500 that you received per trailer?

Page 24

6  (Pages 21 to 24)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Gerald Paul Blanchard II

1     Q.   Put in brand-new?
2     A.   Yes, ma'am.
3     Q.   Does the house have a septic
4   system or is it tied into city sewer?
5     A.   City sewer.
6     Q.   Does it have a well or is it tied
7   into city water?
8     A.   City water.
9     Q.   What year was this house built?
10    A.   1835.
11    Q.   Was it a family home?
12    A.   Yes, ma'am.
13    Q.   And whose was it?
14    A.   My grandparents.  The house was
15  bought by them in probably the 1930s,
16  probably.
17    Q.   And you did all the work yourself?
18    A.   Me, and I had another contractor
19  come in and help me out a little bit here
20  and there and friends and family and --
21    Q.   Do your parents own a farm?
22    A.   No, ma'am.
23    Q.   What does your father do?
24    A.   He's retired.
25    Q.   And where was he working?
                                    Page 61

1     A.   He worked for a plant here in
2   Baton Rouge.
3     Q.   What plant?
4     A.   To be honest with you, I think the
5   name -- it was a Reynolds Metals
6   Corporation, then it was an Alcoa
7   Corporation, and then it was a Big Lakes
8   Carbon.  It changed names two or three times
9   before he retired.
10    Q.   Did you ever work with him there?
11    A.   No.
12    Q.   Did you ever set the blocks on the
13  trailers when you were working in the New
14  Orleans area in 2005?
15    A.   Yes, ma'am.
16    Q.   And tell me how you would set the
17  blocks.
18    A.   We would jack the trailer up,
19  level it all off.  You would have to use
20  cinder blocks.  First set of blocks would be
21  perpendicular to the frame or parallel, I
22  can't remember.  Might have been parallel.
23        The final set that actually
24  touched the frame had to be perpendicular to
25  the frame to support the weight.
                                    Page 62

1     First you would level off the
2   ground and put down a plastic -- I don't
3   know what the name of it is.  It's like a
4   plastic pad that they level house trailers
5   with.
6     Q.   Is this like a big black pad?  I
7   think a couple guys --
8     A.   Yeah, plastic.
9     Q.   Okay.
10    A.   Make sure it's level and start
11  blocking.  Your final set of blocks had to
12  be perpendicular to the frame of the
13  trailer.
14        You're looking at three sets per
15  side so six sets of blocks on each trailer.
16    Q.   So, like, six columns?
17    A.   Yes.
18    Q.   And were all of these cinder
19  blocks hollow or were some of them solid
20  blocks?
21    A.   The larger cinder blocks were
22  hollow.  There were what you call cap blocks
23  that you would put on the top.  They were
24  solid but they were -- smaller.  They were
25  only maybe 3 or 4 inches thick, but it was a
                                    Page 63

1   solid block.
2     Q.   Did you actually set the frame of
3   the trailer on these cinder blocks?
4     A.   No, ma'am.  The frame of the
5   trailer sat on top of the cinder blocks on
6   some kind of wood piece.  It was actually
7   just a piece of a board that they would give
8   you to set it on to give it a little
9   cushion.
10        On top of the board, you would put
11  two wedges, wooden wedges, that were kind of
12  aiding in the support and leveling of the
13  trailer.
14    Q.   And how did you jack the trailer?
15    A.   You could either use the jacks
16  that were on the trailer.  They were very --
17  they wasn't very well made, so sometimes
18  when leaving the yard or in transportation
19  somewhere, they would get bent so they
20  wouldn't be usable.
21        If not, you would use a jack that
22  you would have with you, a bottle jack,
23  hydraulic bottle jacks.
24    Q.   Did you have any of the hydraulic
25  bottle jacks?
                                    Page 64

                              16  (Pages 61 to 64)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Gerald Paul Blanchard II

1      A.  Yes, ma'am.
2      Q.  How many did you have?
3      A.  I have got about ten.
4      Q.  And can you tell me what weight
5  these bottle jacks?
6      A.  Anywhere from --
7      Q.  -- would hold?
8      A.  Anywhere from half a ton to --
9  I've got a 30-ton one.
10     Q.  And did you have all of these at
11  the time you were -- were doing this work
12  back in 2005 and 2006?
13     A.  No, ma'am.  I think the ones we
14  were using down there were probably, I don't
15  know, they were medium-sized, so you are
16  looking 2-ton, maybe 3-ton.  I don't know.
17     Q.  Did you buy those 2 to 3-ton jacks
18  specifically for this job or did you already
19  have them?
20     A.  I already had them.
21     Q.  The house that you were telling me
22  that you gutted and redid, did you have to
23  -- is that house on piers?
24     A.  Yes, ma'am.
25     Q.  Did you have to jack that house
                                    Page 65

1      A.  I don't know, maybe 8 inches, or a
2  cinder block or two.
3      Q.  Did you have a set method?  Like,
4  you would start at one particular corner
5  each time or did it vary?
6      A.  It just depended on the lay of the
7  lot.  If one lot was -- if one corner was 4
8  foot off the ground and the other one was 2
9  foot off the ground because of the way the
10  lot was sitting, you know, I might do the
11  one that's higher off the ground first.
12          It was kind of a stability kind of
13  call.  What's the safest way to do it
14  without it having to fall off the blocks
15  while I'm in the middle of working on it.
16     Q.  And were you typically doing the
17  jacking and blocking by yourself?
18     A.  No.  The jacking and the blocking
19  was a two-person job.
20     Q.  And who would typically help you
21  with the jacking and the blocking?
22     A.  Allen, Heath Allen.
23     Q.  And what was Travis Allen doing
24  while you and Heath were jacking and
25  blocking?
                                    Page 67

1  and rebuild the piers?
2      A.  No, ma'am.
3      Q.  Tell me how you would go about
4  jacking the trailers.  What was your
5  process?  What did you do?
6      A.  First thing we would do is we
7  would clear out and level the pad.  Then you
8  would create another a little pad beside
9  that pad for your jack.  Make sure
10  everything was sound before you started
11  jacking it so it wouldn't fall or, you know,
12  fall off the jack.
13          Then jack it up a little at a
14  time.  Build your piers on -- I wouldn't go
15  up too high at first.  You'd just build this
16  one up, and then you'd go to the next one
17  and build it up, and then go to the next
18  one, build it up and then build the other
19  side up.
20          I wouldn't get too out of hand
21  with it because, I mean, if I picked this
22  side up 3 foot and the other side is still
23  on the ground, then it's kind of a hazard.
24     Q.  So how many inches would you go up
25  at each time?
                                    Page 66

1      A.  He was probably unloading blocks
2  out of the truck.
3      Q.  At what point in the transporting
4  of the trailer would you pick up the blocks
5  and anything else that you were going to
6  need for the trailer setup?
7      A.  I would pick that up first.  When
8  I would get my work order, I would make sure
9  I had all the stuff I needed before I left.
10          Either go pick up the trailer if I
11  had all the stuff in the back of my truck,
12  or if I had it on another trailer, I would
13  go drop the trailer off at the residence
14  with Heath or with somebody and then go pick
15  the trailer up.
16     Q.  Did you ever have anyone working
17  with you on your crew besides Heath or
18  Travis Allen?
19     A.  Not that I can recall unless
20  somebody was a tagalong, kind of learning
21  day or something.  If they stuck -- somebody
22  said, "Look, go with them a few days and see
23  if you're interested in doing this kind of
24  work," maybe.  I can only think of one
25  person and I don't even know who he was.  He
                                    Page 68

                              17  (Pages 65 to 68)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Gerald Paul Blanchard II

1  just kind of tagged along.
2      Q.  And did you show this person how
3  to do the particular jobs that you were
4  doing, like the jacking and the making of
5  the blocks?
6      A.  Yes, ma'am.
7      Q.  Not the making of the blocks --
8  the making of the piers?
9      A.  The piers.  I didn't see that
10 person ever again afterwards.  So I figured,
11 you know, he wasn't that interested and he
12 just went on about his business.
13     Q.  Tell me about the anchoring
14 process of the trailer.
15     A.  The anchors were typically a
16 screw-type anchor or an auger-type head used
17 to anchor down house trailers.  It's just a
18 generic anchor.
19         On the top of it, it had like a
20 U-shape with two bolt holes for the strap
21 bolts, and the bolts -- they were
22 self-locking.  So you would push the anchor
23 in the ground or turn the anchor in the
24 ground to a certain point, strap your
25 trailer however they wanted it that week --
                                    Page 69

1  inspector of that lot decided he wanted to
2  write concrete driveway on there, you would
3  know it was concrete.
4          I just kept both with me in case
5  of the situation.
6      Q.  So tell me about the -- I believe
7  you testified that there were two to three
8  pages or three to four pages of paperwork
9  that were given to you each day concerning a
10 particular trailer?
11     A.  Yes.
12     Q.  How many pages was it again?
13     A.  Two to four.
14     Q.  Okay.  Tell me what those -- what
15 was contained on those particular pieces of
16 paper?
17     A.  If I can remember correctly, the
18 first page was maybe the address and some
19 information about where the trailer was
20 going, the residence, or any special needs
21 you might have to find out about.  Maybe it
22 was a handicapped trailer or, you know,
23 maybe it was some special situation on it.
24 I don't know.
25     Q.  Now, was the person's name
                                    Page 71

1  one week, they would want it wrapped once;
2  one week, they would want it wrapped twice;
3  just depended on the inspector you had.
4  Make sure you get your straps real tight
5  with your wrenches.
6          If it was on concrete, we had
7  special concrete bolts.  You had to drill a
8  hole in the concrete and anchor it to the
9  concrete with the bolts.  It was a different
10 kind of head that went on that bolt.
11         Basically the same setup, but it
12 was for that bolt.
13     Q.  So how would you know what you
14 needed for the particular site?
15     A.  If it was on concrete, you needed
16 a concrete head.  If it was in dirt, you
17 needed a dirt -- the auger-type anchor.
18     Q.  Would you know what you needed
19 only upon getting to the site?  Or would
20 someone tell you beforehand or did you visit
21 the site before you picked up the trailer?
22     A.  It just -- it depends.  Sometimes
23 they -- in your paperwork, you would have a
24 drawing of where the trailer was.  If it
25 said "concrete driveway," because maybe that
                                    Page 70

1  included on the paperwork?
2      A.  No, I don't recall the resident's
3  name ever being included.
4      Q.  But the address was included?
5      A.  The address was.  It might have
6  been there, I'm not sure.  I didn't -- I
7  mean, I read it, but it has been, what,
8  three or four years so --
9      Q.  Did you ever deal with any of the
10 residents?
11     A.  No, no.  If they were there, they
12 might come out and be curious of what you
13 were doing in their front yard and you would
14 have interaction with them that way.  But as
15 far as me going in there and telling them,
16 "Look, here I am," no, ma'am.
17     Q.  How did you know where to put the
18 trailer when you got to the residence?
19     A.  In the paperwork, it had one sheet
20 that was a drawing, a rough drawing of
21 "Okay, here's the house, here's the front
22 yard," kind of where they wanted the trailer
23 to go.
24         They would kind of diagram where
25 they thought maybe the sewer tie-in would be
                                    Page 72

18  (Pages 69 to 72)

1   and where the water tie-in would be.
2           When you get to the yard, they
3   would have a -- kind of painted off with
4   turf paint.  Like, "here's the back of the
5   trailer and here's the front of the
6   trailer."
7       Q.   So it was labeled so that you
8   would know where to place the trailer?
9       A.   Yes.
10      Q.   Do you know who it was that
11  painted the ground?
12      A.   Fluor inspectors prior to us
13  getting there.
14      Q.   That's what you were told or you
15  did you see Fluor people actually painting?
16      A.   I talked to Fluor inspectors and
17  they told me that that's who was doing the
18  inspections and drawing the paint.  Or doing
19  the painting.
20      Q.   Now, you were responsible for the
21  paperwork concerning all of the trailers
22  that were hauled by you and your crew?
23      A.   Yes.
24      Q.   That's correct?
25      A.   Yes.

                                    Page 73

1       A.   I would call him when I first got
2   there and tell him, "Look, this is the one
3   I'm working on and your name is on it, if
4   you want to stop by, if you have any special
5   needs you want to address while I'm here,"
6   or I would -- and I would call him when I'm
7   done, you know, "Come over and inspect it so
8   you can sign off on my paperwork."
9       Q.   How long did it typically take you
10  to set up a trailer?
11      A.   Anywhere from an hour and a half
12  to three hours, probably, depending on the
13  situation.
14      Q.   And what would be entailed for the
15  one that would only take you one and a half
16  hours to set up?
17      A.   Concrete driveway.  Level,
18  concrete driveway where it's not very hard
19  to jack and level.  Or, you know, easy
20  tie-in to sewer, easy tie-in to water.
21      Q.   Now, who is it that would tie into
22  the sewer system on the trailer?
23      A.   At first it was us and then --
24      Q.   And when you say "us," who would
25  actually perform the task?

                                    Page 75

1       Q.   Okay.  Tell me what else was
2   included in the paperwork.
3       A.   The final page was, like, a check
4   sheet or an inspection sheet for the Fluor
5   inspector.  After we got done, we had to
6   call him in and he went in and -- we had a
7   contact number for him, or contact name.  So
8   we would call him and it might be one of
9   probably 50 different inspectors they had
10  down there.
11          He would come in and he would make
12  sure everything that we needed to do was
13  done correctly.  And if there were any
14  changes, he would tell me, "Look, I need you
15  to," you know, "restrap this because I don't
16  want it wrapped twice, I want it wrapped
17  once," or something along those lines.
18      Q.   So how did you know which
19  inspector you were going to call?
20      A.   It would be on the final page with
21  a contact name and number.
22      Q.   So would you typically call this
23  contact person while you were still setting
24  the trailer up, or would you call him once
25  you had completely finished setting it up?

                                    Page 74

1       A.   Either me or Heath.
2       Q.   And then at what point did you
3   stop tying into the city sewer?
4       A.   When I was threatened by city
5   officials that they were going to put me in
6   jail if I tied into another one.
7       Q.   And so at that point, who was
8   tying it into the city sewer, or do you
9   know?
10      A.   At that point, for about one or
11  two trailers, I didn't tie -- I didn't tie
12  it in.  And they were -- the Fluor
13  inspectors were signing off on it saying
14  that they had licensed plumbers that they
15  were going to bring in to do that job.
16          I'm not sure if it ever got tied
17  in or not.  My job was done according to
18  them so I didn't worry about it.
19          Then maybe the last few days I was
20  down there, they told us that I needed to
21  hire a licensed plumber to do it.  And it
22  was going to cost me more money than I was
23  making to hire a licensed plumber to do the
24  job, so that's about the time I said I had
25  had enough and I just kind of left.

                                    Page 76

                          19  (Pages 73 to 76)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Gerald Paul Blanchard II

1      Q.   And who was it that told you you
2   needed to hire a licensed plumber?
3      A.   It was either Fluor inspectors or
4   it was MLU -- contractor, I guess.
5      Q.   So did you actually put the pipes
6   there for the sewer and just not tie it in
7   on those last few trailers?
8      A.   Yes.  On the last few.  I would
9   pipe it within 2 foot of the tie-in.  I was
10  not allowed to touch the city sewer at all,
11  but they still wanted us to actually pipe
12  it.
13     Q.   And "they" meaning who?
14     A.   Fluor.
15     Q.   And this came to you from the
16  inspector or from whom?
17     A.   From the inspector.
18     Q.   I believe you said that you put
19  down six piers for each of the trailers,
20  correct?
21     A.   Yes, ma'am.
22     Q.   How many anchors did you put down
23  for each trailer?
24     A.   Four.  Or, no, five.  There was
25  four on the trailer and one anchor on the
                                        Page 77

1      Q.   And the supply yard was the --
2      A.   MLU.
3      Q.   Were you ever shown an example
4   trailer of "this is how you -- the trailer
5   needs to look when you're finished blocking
6   and anchoring it"?
7      A.   There was an example trailer at
8   the Fluor yard, or Fluor office
9   headquarters, or wherever it was.  I can't
10  remember which street it was on.  I could
11  drive to it right now, though.
12        It was basically, "Y'all need" --
13  one morning they said, "You need to ride by
14  here and look at it before you go back out."
15        I went there that morning and
16  walked around and it looked like every one
17  that I had ever set up.  So, okay, you know.
18  I didn't worry too much about studying it.
19        We walked around it for about 20
20  minutes looking at everything, and it was
21  basically what we had always been told.  And
22  we were told that any changes would be made
23  to that trailer in accordance to changes in
24  the plans that they wanted.
25     Q.   And was this -- the changes to the
                                        Page 79

1   set of steps to stabilize those.
2      Q.   And did you have to build steps
3   for the trailers?
4      A.   At one point, yes, ma'am, and at
5   another point, they were having them built.
6   At one point, they were giving us kits to
7   put it together, with, like, wrought iron
8   steps that looked like somebody had made,
9   with little bolts and -- I don't know.
10        And then they had the metal ones
11  that another contractor had already built
12  for FEMA or Fluor, whoever it was.  I'm not
13  sure.
14        And then they -- at one time they
15  would give us a bunch of wood and tell us to
16  build a set of steps.  Kind of give us a
17  little drawing of what they wanted it to
18  look like.
19     Q.   And was that drawing a part of the
20  3 or 4-page paperwork that you would receive
21  on each trailer?
22     A.   No, I think that was a drawing
23  that "here's your wood and here's the
24  drawing of what it's supposed to look like
25  when you're done."  In the supply yard.
                                        Page 78

1   plan, was this included within the packet
2   for each of trailers that you received?
3      A.   No, ma'am.
4      Q.   Did you ever see any -- this set
5   of plans?
6      A.   No, ma'am.
7      Q.   And who told you this?
8      A.   There was a guy standing outside
9   that trailer who had a Fluor badge on and he
10  said, "This is the way we want it."
11        That was late -- mid -- the first
12  part of February to mid-February, so we had
13  been down there a few months already before
14  we were introduced to the sample trailer.
15     Q.   But that sample trailer, like you
16  said, looked pretty much like the ones you
17  had already been setting up?
18     A.   Yes, ma'am.
19     Q.   Did you ever see a trailer that
20  had a bent frame when you were down there?
21     A.   No, ma'am.
22     Q.   When you were setting up some of
23  these trailers on their piers and anchoring
24  them down, did you ever bend a frame?
25     A.   No, ma'am.
                                        Page 80

                                        20  (Pages 77 to 80)

```
 1   or something and he wanted the -- the
 2   inspector wanted me to move the trailer to
 3   the driveway so his father could have better
 4   access to his front yard or something.
 5        So he's not going to sign off on
 6   my paperwork unless I do it, so I did it.
 7        Q.  Okay.  And these are the only two
 8   occasions that you recall having to rebuild
 9   piers?
10        A.  There was one more.  It was off of
11   another area.  It was more toward downtown
12   New Orleans.  I'm trying to think of the --
13   the Elysian Fields area.  We built it in a
14   front yard that was mostly sand.
15        And it was one of those where --
16   it was right around the time where we didn't
17   know if we were supposed to tie into the
18   sewer or not.  And I couldn't get an
19   inspector to inspect it that day until he
20   talked to his supervisor to find out about
21   the sewer.
22        So the next morning, we went back
23   and we had to reblock one because it was off
24   level.  It had settled from the night
25   before.
                                    Page 85
```

```
 1        Q.  And did you put it back in the
 2   same place or did you move the trailer?
 3        A.  I just releveled it in the same
 4   place.  But to relevel it, I had to rejack
 5   it and reset blocks.
 6        Q.  Did you ever have any of the
 7   trailers that you set up fail inspection?
 8        A.  No, ma'am.  Because mainly, I
 9   would -- I didn't leave the trailer until it
10   was signed off on.  So if they had any --
11   any complaints or any, you know, anything to
12   change, we would change it on site.
13        Q.  Did you ever have to go back to a
14   trailer to do anything to it once your
15   paperwork had been signed off on by the
16   inspector?
17        A.  No, ma'am.  Once it was signed off
18   on, I was done with it.
19        Q.  And did you turn the paperwork
20   over to the inspector at that point, or did
21   you have to bring it somewhere else?
22        A.  I brought it back to the guy who
23   would hand it out that morning from -- what
24   are they, ML, MLU, or if it was a Kedo
25   Properties -- I don't know who he worked
                                    Page 86
```

```
 1   for.
 2        Q.  And what did you do with the keys
 3   to the trailer?
 4        A.  If I called the inspector, the
 5   inspector took it over from there.  I never
 6   had to use the keys because when we picked
 7   them up, the trailer was unlocked anyway.
 8        Q.  But you were given the keys to
 9   each trailer?
10        A.  I think they were taped inside the
11   sink or inside the refrigerator or something
12   of the trailer, if I am recalling.
13        Q.  When you would go to leave after
14   the inspector was there, you would leave the
15   keys with him or were the keys just still on
16   the inside?
17        A.  He was there when I would leave,
18   so he would take over full responsibility
19   for it once he signed off.
20        In the instance of the one that I
21   had to go back to the next day, I actually
22   took the keys with me because I was still
23   responsible for that trailer.  And I met him
24   the next morning at that site and when he
25   signed off on my paperwork, I gave him the
                                    Page 87
```

```
 1   keys.
 2        Q.  And tell me what did that mean to
 3   you, you had responsibility of the trailer?
 4        A.  Well, it was still under my
 5   responsibility to have it approved in that
 6   yard or set up in that yard.
 7        And he wasn't going to sign my
 8   paperwork until I got it done.  So I didn't
 9   want anybody going in and doing anything
10   with the job I had already done.
11        Q.  Tell me what else you had to do to
12   the trailers on the outside, other than
13   blocking, anchoring and setting up the --
14        A.  Plumbing.
15        Q.  -- the sewer system.  What else
16   did you do?
17        A.  Water.
18        Q.  What did you do concerning water?
19        A.  It was basically tying into the --
20   it was a water hose pretty much.  Tie it
21   into the house water or the resident's
22   water, if they had water.  If they didn't
23   have water, then that was out of my control
24   and the inspector would see it that way and
25   sign off on my job.
                                    Page 88
```

22  (Pages 85 to 88)

1     And the responsibility of getting
2  water to the house is not mine.  That was a
3  city deal, so --
4     Q.  So -- go ahead.  I'm sorry.
5     A.  Then we had the steps.  We had to
6  build the steps, or put the steps on, or
7  level the steps, however you want to say it.
8     Propane bottles.
9     Q.  What did you do with the propane
10  bottles?
11     A.  At first, we would put them on
12  there.  We would actually go in and light
13  the stove.  And then they had a trailer
14  around -- somewhere in January, I think,
15  explode, so then that changed that whole
16  requirement.
17     Q.  So originally, what would you --
18  would you actually put the propane bottles
19  on the trailer?
20     A.  Yes.
21     Q.  So you didn't pick it up with the
22  propane bottles already on the trailer?
23     A.  No.
24     Q.  So you would pick the propane
25  bottles up at the yard?
Page 89

1     Turn all the water on and let it
2  bleed out the lines that were in the
3  trailer, all the air and whatever was in the
4  lines.
5     Made sure the hot water heater
6  worked.  We would do that with the
7  inspector.  The inspector had a generator.
8  He would plug the trailer in.
9     I wasn't responsible for tying it
10  into electricity or anything.  That was
11  later.  That was a different contractor.
12     Q.  So the only way to test any of the
13  electrical things within the trailer was if
14  a generator was -- was brought to you?
15     A.  Yes.
16     Q.  You did not have a generator?
17     A.  I had a generator, but I was -- it
18  was not my responsibility to hook my
19  generator up to the trailer and I didn't
20  want to be liable, so I didn't.
21     Q.  And on each of the trailers,
22  before it was finished being inspected,
23  would the inspector hook up electricity via
24  generator to each of the trailers?
25     A.  Yes, ma'am.
Page 91

1     A.  At the supply yard.
2     Q.  Supply yard.  Okay.
3     And then you would go inside and
4  check the stove?
5     A.  Make sure it worked, bleed the gas
6  lines of all the air, light the stove, make
7  sure it worked.
8     Then we would unhook the bottles,
9  put them inside the trailer for the
10  residents when they got there.
11     Q.  And what else -- was there
12  anything else you had to do on the exterior
13  of the trailers?
14     A.  I do not recall anything else.
15     Q.  What did you do on the interior of
16  the trailers?
17     A.  Pulled all the wrapping off all
18  the little, I guess, it was garbage cans.
19  They had a little care package that they
20  gave them.  We would pull all that kind of
21  stuff out and set it out for them.
22     Go through the stove and pull all
23  the styrofoam and all the little tape off of
24  it.  Pull all the little tape off of the
25  refrigerator from hauling it.
Page 90

1     Q.  And were you with the inspector
2  the entire time that he was at the unit?
3     A.  No, ma'am.  Once he signed off on
4  my paperwork agreeing that my job was done,
5  then I was done.  I would go on to the next
6  job or --
7     Q.  When he was going through the
8  checklist of the things that you had done,
9  were you with him when he was performing
10  that check?
11     A.  Yes, ma'am.
12     Q.  Was there any other trailer that
13  you ever removed the jacks that were
14  provided on the trailer, or was that the
15  only one that you have talked to us about
16  already?
17     A.  I don't recall removing any more.
18     Q.  And the only reason you removed
19  that was because the inspector told you to?
20     A.  Yes, ma'am.
21     Q.  Do you know when Kedo Properties'
22  jobs started after the hurricanes?
23     A.  I have no clue.
24     Q.  The point when you started opening
25  up the doors and the roof vent and windows,
Page 92

23   (Pages 89 to 92)

1    a U.S. Government FEMA employee?
2        A.  No.
3        Q.   And you didn't see anyone at the
4    MLU yard that had any kind of FEMA uniform
5    or insignia, either on their person or on
6    their vehicle?
7        A.  No.
8        Q.   Now, from the MLU yard, I believe
9    you said that you would then go to one of
10   these two trailer staging areas, right?
11       A.  Yes.
12       Q.   And the only two trailer staging
13   areas that I think you talked about were at
14   Jazzland, the amusement park --
15       A.  Yes.
16       Q.   -- that's east of the city, right?
17       A.  Uh-huh.
18       Q.   And the other one was at the
19   Lakefront Airport?
20       A.  Yes.
21       Q.   And that's also east of the city,
22   northeast, right?
23       A.  Uh-huh.
24       Q.   And were those the only two
25   locations that you remember going to to pick

Page 117

1    up trailer units?
2        A.  Yes.
3        Q.   We will talk about Jazzland first.
4            When you would go to Jazzland, you
5    would pull up in your own truck, right?
6        A.  Yes.
7        Q.   And you would already have picked
8    up the blocks and the other materials that
9    you were going to need for that day's work?
10       A.  Yes.
11       Q.   Once you showed up at Jazzland,
12   that's when you would hook up and grab one
13   of these trailers to take it out to whatever
14   homesite it was to be placed; is that right?
15       A.  Yes.
16       Q.   At Jazzland, I assume you would
17   see other subcontractors and workers like
18   yourself that were actually picking up and
19   then going out to install these trailers,
20   correct?
21       A.  Yes.
22       Q.   Would you see any Fluor employees
23   at the Jazzland staging area?
24       A.  I do not recall.
25       Q.   Would you specifically see any

Page 118

1    U.S. Government FEMA employees at the
2    Jazzland staging area?
3        A.  I was under the assumption that
4    most of the people working there was working
5    for FEMA.
6        Q.   Why did you make that assumption?
7        A.  Because they didn't have Fluor
8    vehicles.  They didn't have Fluor badges.
9    They -- most of the security for -- had
10   badges and I think I remember something to
11   do with FEMA on them.  I'm not sure.
12       Q.   Do you ever remember anybody at
13   the Jazzland staging facility telling you
14   that they were with the U.S. Government or
15   FEMA?
16       A.  No.
17       Q.   Do you ever remember seeing
18   anybody with "FEMA" on their clothing or on
19   their vehicle at that Jazzland facility?
20       A.  Not that I recall.
21       Q.   So you just assumed that FEMA had
22   something to do with the Jazzland facility,
23   right?
24       A.  Well, they were distributing FEMA
25   trailers, so yeah.

Page 119

1        Q.   If I said that Jazzland was a
2    Fluor staging area, would you have any
3    reason to dispute that with what you
4    remember?
5        A.  No.
6        Q.   What about -- was the Lakefront
7    Airport a similar deal to the Jazzland
8    staging facility?
9        A.  Yes. Yes.
10       Q.   Same deal, you would see some
11   contractor personnel picking up their
12   trailers?
13       A.  Yes.
14       Q.   But even at the Lakefront Airport
15   site, do you remember speaking with anyone
16   that identified themselves as a U.S.
17   Government FEMA employee?
18       A.  No.
19       Q.   And you didn't see anybody at that
20   site that had FEMA insignia or FEMA written
21   on their clothing or on their vehicle?
22       A.  Not that I recall.
23       Q.   I think you said that before you'd
24   leave these staging areas, they would throw
25   a care package into the unit?

Page 120

1     A.  Yes.
2     Q.  What was in those packages?
3     A.  It was a garbage can that had
4  maybe like a coffee pot and a few dishes, a
5  pillow, some linens, and maybe a broom and a
6  mop.
7     Q.  Why were they throwing that stuff
8  in there?
9     A.  I guess for the residents to have
10  something.  Beyond that, I don't know.
11     Q.  When you would go out and install
12  these units at the homesites, I believe you
13  said that you would use six piers to block
14  up the unit and raise it, right?
15     A.  Yes.
16     Q.  And the unit would rest on these
17  six piers?
18     A.  Yes.
19     Q.  In your time installing units from
20  December of 2005 until February of 2006, did
21  you ever install a unit by using any number
22  of piers other than six?
23     A.  No.
24     Q.  You would always use the six
25  piers?

Page 121

1  of the stuff you saw when you were
2  installing these units.
3     My understanding from what you
4  said earlier was that when you would arrive
5  at an actual homesite to install the unit,
6  the space that you were to place the unit
7  itself had already been marked out for you,
8  right?
9     A.  Yes.
10     Q.  So you didn't personally have to
11  clear any debris at the actual homesite?
12     A.  Yes, we had to clear debris
13  certain times.
14     Q.  When would that happen?
15     A.  Maybe they had marked it and the
16  people had cleaned out their refrigerator or
17  whatever, brought all that out in the yard.
18  There may be one occasion like that.
19     There was one occasion where there
20  was a car that was parked in the driveway,
21  and they just painted the marks around the
22  car.  So we had to -- we had to move the car
23  out of the driveway before we set the
24  trailer.
25     Q.  Would you ever have to clear

Page 123

1     A.  Yes.
2     Q.  And at least until you said there
3  were issues with the city, so from December
4  of 2005 until February of 2006, when you
5  would install these units, there was also a
6  plumbing component to that installation,
7  right?
8     A.  Yes.
9     Q.  And that would require basically
10  hard-line connecting the trailer unit that
11  you had just installed to the city plumbing
12  system, correct?
13     A.  Yes.
14     Q.  And to properly plumb these units,
15  is it correct that the unit had to be
16  blocked up to a certain height so that you
17  would get the right amount of fall in those
18  plumbing lines?
19     A.  Yes.
20     Q.  And you couldn't get that fall
21  that you needed with the plumbing line
22  unless the unit was raised up to a certain
23  height off the ground.  Is that correct?
24     A.  Yes.
25     Q.  Let's talk for a minute about some

Page 122

1  debris off of city roads to get back to
2  where you needed to install the trailer?
3     A.  No.
4     Q.  That was always cleared out for
5  you?
6     A.  Yes.
7     Q.  Now, when you would go and install
8  the trailer, am I correct in assuming that
9  there would still be debris everywhere
10  around where you were installing the actual
11  trailer at a lot of these house sites?
12     A.  Yeah.
13     Q.  And most of these houses where you
14  were -- or most of these homesites where you
15  were installing the trailers had destroyed
16  houses on them at that point in time, right?
17     A.  Yes.
18     Q.  Would you ever see mold growing
19  everywhere?
20     A.  Yes.
21     Q.  Both on debris and near some of
22  these houses?
23     A.  Yes.
24     Q.  Would you ever see any other kind
25  of debris, like mud, tree branches, other

Page 124

31  (Pages 121 to 124)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Gerald Paul Blanchard II

1    said earlier that you had a shellfish
2    allergy, right?
3        A.  Uh-huh.
4        Q.  Do you remember any other
5    allergies that they told you about?
6        A.  No.
7        Q.  Did they tell you one way or
8    another whether or not you were allergic to
9    mold of some sort?
10       A.  I don't recall.  The focus of the
11   study was shellfish so --
12       Q.  Understood.
13           And you don't remember one way or
14   another whether or not somebody has ever
15   tested you for allergies to different
16   grasses and trees?
17       A.  Not that I recall.
18       Q.  Or different types of molds?
19       A.  No.
20       Q.  That a -- you said there was a
21   pinkish-orange chemical that would be in the
22   water systems of these trailers when you
23   would first turn on the water system; is
24   that right?
25       A.  Yes.

Page 137

1        A.  Yes.
2        Q.  That's right?
3        A.  Yes.
4        Q.  And I believe you said that you
5    didn't start going through that process of
6    opening the doors, windows and the vents
7    until it started to get warmer outside,
8    correct?
9        A.  Yes.
10       Q.  By getting warmer outside, did it
11   ever get up to 90 degrees outside, even
12   during the months when you were installing
13   these trailers?
14       A.  I can remember a few days when it
15   was pretty warm and humid, but I don't know
16   exactly what the temperature was.
17       Q.  Would it be much hotter inside of
18   one of these sealed-up units than it would
19   be just in the air outside?
20       A.  Yes.
21       Q.  The units would get a lot hotter
22   on the inside?
23       A.  Yes.
24       Q.  And that is because, until you
25   opened up the door, that unit had been

Page 139

1        Q.  And would you find that in all the
2    trailers that you worked in?
3        A.  Mainly the -- the FEMA trailers,
4    the Cavaliers, or whatever they call them.
5        Q.  And by "FEMA trailers," am I
6    correct in saying that you mean the
7    bare-bones-on-the-outside units, the white
8    -- the pure white trailer units, rather than
9    units that would have slide-outs or decals
10   on the side?
11       A.  Yes.
12       Q.  So by "FEMA unit," we mean the
13   just all white unit?
14       A.  The white, generic,
15   three-windowed, one-door unit.
16       Q.  All right.  You talked earlier,
17   briefly, about how at some point, you
18   started opening doors, windows and the vents
19   inside of these trailer units when you would
20   go in them?
21       A.  Yes.
22       Q.  And that you would do that before
23   you put the unit up on blocks, and then
24   you'd put the unit up on blocks, and then
25   you would go inside of the unit.  Correct?

Page 138

1    sitting there sealed up?
2        A.  Yes.
3        Q.  And I believe you said you'd never
4    run the AC in any of these units, right?
5        A.  Not that I can recall.
6        Q.  And most -- they would not be
7    installed to the electricity at the point
8    when you were actually working with the
9    unit?
10       A.  No.
11       Q.  And you said that -- well, let me
12   ask you this question.  When you were going
13   out and installing these units, other than
14   the guy throwing in the care package at the
15   staging area, would you often be the first
16   person that would step foot inside a lot of
17   these travel trailer units when you'd get to
18   the home installation site?
19       A.  When we would be at the yard, we
20   would hook up and there would be somebody
21   who would walk through the trailer, either
22   with us or in our presence, and make sure
23   everything was -- like the toilet wasn't off
24   the floor, you know, everything was there.
25           There wasn't, like, an air

Page 140

35   (Pages 137 to 140)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Gerald Paul Blanchard II

1   conditioner or something missing maybe. I
2   don't know. Just make sure everything was
3   nice. Nothing broken.
4       Q.   Make sure it had what it was
5   supposed to have?
6       A.   Yes.
7       Q.   But other than that person, you'd
8   be the first person to go inside one of
9   these units once it was being made ready for
10  installation?
11      A.   As far as I'm aware of.
12      Q.   And you said that you noticed a
13  smell inside some of these units?
14      A.   Yes.
15      Q.   And that the smell would be worse
16  as it got warmer outside?
17      A.   Yes.
18      Q.   Is that why you started the
19  process of opening the doors and the windows
20  and the vents inside the units?
21      A.   Yes.
22      Q.   Because as it became hotter
23  outside, the smell increased and because the
24  smell increased, you wanted to air out and
25  vent the units?

Page 141

1       A.   Yes.
2       Q.   Did anyone have to instruct you to
3   do that or teach you how to do that?
4       A.   No.
5       Q.   Was it just common sense that, if
6   it smells inside of a unit, that you would
7   want to air it out?
8       A.   Yes.
9       Q.   Go ahead.
10      A.   There might be somebody -- I think
11  maybe when I mentioned it to, like, one of
12  the inspectors, they was like, "Well, yeah,
13  just air it out and it will be all right."
14      Q.   Would opening the doors, windows
15  and the vent make the smell go away over
16  time?
17      A.   It would make it tolerable.
18      Q.   And it would make the smell less
19  inside the unit?
20      A.   It would make the fumes less, I
21  guess you would say, where you could
22  tolerate them to go in.
23      Q.   Did the smell bother you?
24      A.   Yes.
25      Q.   Physically?

Page 142

1       A.   Yes.
2       Q.   It would bother your -- what? You
3   tell me.
4       A.   Eyes would burn, nose would burn.
5       Q.   Would your eyes burn and your nose
6   burn when it was cool outside and you were
7   working with these units?
8       A.   Not as bad.
9       Q.   The eyes would burn and the nose
10  would burn when it was hot outside and the
11  units were hot on the inside?
12      A.   Yes.
13      Q.   When you would air out the units
14  by opening the doors and the vents and the
15  windows, would that make the eye burning go
16  away and nose burning go away?
17      A.   No, it would make it more
18  tolerable.
19      Q.   It would make it better?
20      A.   Yes.
21      Q.   Your eyes would burn less and your
22  nose would burn less?
23      A.   Yes.
24      Q.   Did you ever go inside one of
25  these units once it had already been

Page 143

1   occupied by a person?
2       A.   No.
3       Q.   Did you ever go inside one of
4   these travel trailer units once it already
5   had the air-conditioning running and was
6   occupied by a person?
7       A.   No.
8       Q.   Can you recall ever damaging a
9   unit while you were trying to jack it up and
10  put it on blocks?
11      A.   No.
12      Q.   You didn't ever damage a unit
13  while you were jacking it?
14      A.   No.
15      Q.   One of the items that you brought
16  with you here today is a transcript of a
17  statement that was given on May 5, 2009, in
18  Baton Rouge, Louisiana. Is that right?
19      A.   Yes.
20      Q.   And did you have a chance to read
21  that statement prior to today's deposition?
22      A.   Yes.
23      Q.   When you gave this statement,
24  there was a court reporter there and video
25  person there; is that right?

Page 144

36  (Pages 141 to 144)