# Transcript of the Testimony of
# Videotaped Deposition of Paul J. LaGrange

### Date taken: July 1, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 17

## Page 1

```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA


IN RE:   FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE PRODUCTS           SECTION "N"(4)
LIABILITY LITIGATION            JUDGE ENGELHARDT

                        *  *  *


         Videotaped Deposition of PAUL J.
LaGRANGE, 256 Calumet Drive, Madisonville,
Louisiana 70447, taken at the offices of
Lambert & Nelson, 701 Magazine Street, New
Orleans, Louisiana 70130, on Wednesday, the
1st day of July, 2009.

REPORTED BY:
     JAMES T. BRADLE, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
VIDEOGRAPHER:
     MICHAEL BERGERON
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
```

## Page 2

```
 1   APPEARANCES:
 2      T. CHRISTOPHER PINEDO
        ATTORNEY AT LAW
 3      4550 JERICHO ROAD
        CORPUS CHRISTI, TEXAS 78413
 4
        THE LAW OFFICES OF FRANK
 5        J. D'AMICO, JR.
        (BY: FRANK J. D'AMICO, JR., ESQUIRE)
 6      622 BARONNE STREET
        NEW ORLEANS, LOUISIANA 70113
 7
              ATTORNEY FOR THE PLAINTIFFS
 8
        MIDDLEBERG, RIDDLE & GIANNA
 9      (BY: RICHARD A. SHERBURNE, JR., ESQ.)
        450 LAUREL STREET, SUITE 1101
10      BATON ROUGE, LOUISIANA 70801
11         ATTORNEYS FOR FLUOR ENTERPRISES,
           INC.
12
        DUPLASS, ZWAIN, BOURGEOIS,
13        PFISTER & WEINSTOCK
        (BY: KEVIN R. DERHAM, ESQUIRE)
14      3838 NORTH CAUSEWAY BOULEVARD
        SUITE 2900
15      METAIRIE, LOUISIANA 70002
16         ATTORNEYS FOR DEFENDANT,
           GULF STREAM COACH, INC.
17
        U.S. DEPARTMENT OF JUSTICE
18      (BY: ADAM M. DINNELL, ESQUIRE)
        CIVIL DIVISION
19      1331 PENNSYLVANIA AVENUE, N.W.
        ROOM 8210-N
20      WASHINGTON, D.C. 20004
21         ATTORNEYS FOR DEFENDANT, UNITED
           STATES OF AMERICA
22
23
24
25
```

## Page 3

```
 1   APPEARANCES CONTINUED:
 2      NELSON MULLINS
        (BY: AMANDA N. SHELTON, ESQUIRE -
 3         VIA TELEPHONE)
        201 17TH STREET NW, SUITE 1700
 4      ATLANTA, GEORGIA 30363
 5         ATTORNEYS FOR DEFENDANT,
           FLEETWOOD ENTERPRISES, INC.
 6
        ALLEN & GOOCH
 7      (BY: LORI A. DAIGLE, ESQUIRE)
        3900 N. CAUSEWAY BOULEVARD
 8      SUITE 1450
        METAIRIE, LOUISIANA 70002
 9
           ATTORNEYS FOR DEFENDANT,
10         HEARTLAND RECREATIONAL VEHICLES,
           LLC
11
        FRILOT LLC
12      (BY: A.J. KROUSE, ESQUIRE)
        1100 POYDRAS STREET
13      3700 ENERGY CENTRE
        NEW ORLEANS, LOUISIANA 70163
14
           ATTORNEYS FOR DEFENDANT,
15         BECHTEL NATIONAL, INC.
16      BAKER DONELSON
        (BY: GERARDO R. BARRIOS, ESQUIRE)
17      3 SANCTUARY BOULEVARD, SUITE 201
        MANDEVILLE, LOUISIANA 70471
18
           ATTORNEYS FOR DEFENDANTS,
19         CH2M HILL CONSTRUCTORS, INC. AND
           SHAW ENVIRONMENTAL, INC.
20
        WILLINGHAM, FULTZ & COUGILL
21      (BY: THOMAS L. COUGILL, ESQUIRE -
           VIA TELEPHONE)
22      NIELS ESPERSON BUILDING
        808 TRAVIS, SUITE 1608
23      HOUSTON, TEXAS  77002
24         ATTORNEYS FOR DEFENDANTS,
           JAYCO, INC. AND STARCRAFT
25         RV, INC.
```

## Page 4

```
 1   APPEARANCES CONTINUED:
 2      GIEGER, LABORDE & LAPEROUSE, LLC
        (BY: CARSON STRICKLAND, ESQUIRE -
 3         VIA TELEPHONE)
        701 POYDRAS STREET
 4      SUITE 4800
        NEW ORLEANS, LOUISIANA  70139
 5
           ATTORNEYS FOR DEFENDANT, FOREST
 6         RIVER, INC.
 7      GARRISON, YOUNT, FORTE &
          MULCAHY, L.L.C.
 8      (BY: RANDALL C. MULCAHY, ESQUIRE -
           VIA TELEPHONE)
 9      909 POYDRAS STREET
        SUITE 1800
10      NEW ORLEANS, LOUISIANA  70112
11         ATTORNEYS FOR DEFENDANTS,
           RECREATION BY DESIGN, LLC, TL
12         INDUSTRIES, INC., FRONTIER
           RV, INC. AND PLAY'MOR TRAILERS,
13         INC.
14      JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE, LLP
15      (BY: RYAN E. JOHNSON, ESQUIRE -
           VIA TELEPHONE)
16      FOUR UNITED PLAZA
        8555 UNITED PLAZA BOULEVARD
17      BATON ROUGE, LOUISIANA 70809
18         ATTORNEYS FOR DEFENDANTS,
           KEYSTONE RV COMPANY, THOR
19         CALIFORNIA, THOR INDUSTRIES,
           DUTCHMEN MANUFACTURING, DS CORP
20         (d/b/a CROSSROADS RV) AND KZ RV,
           LP
21
22
23
24
25
```

1 (Pages 1 to 4)

\*  \*  \*

EXAMINATION INDEX
                                                        Page
EXAMINATION BY MR. DERHAM .............9
EXAMINATION BY MR. DINNELL ..........174
EXAMINATION BY MR. SHERBURNE ........208
EXAMINATION BY MR. DERHAM ...........227
EXAMINATION BY MR. SHERBURNE ........300
EXAMINATION BY MR. DERHAM ...........301
EXAMINATION BY MR. DINNELL ..........313
EXAMINATION BY MR. PINEDO ...........318

\*  \*  \*

INDEX OF EXHIBITS
                                                        Page
Exhibit No. 1 ........................9
Notice of Video-Taped Deposition of Paul LaGrange
Exhibit No. 2 ........................17
Document provided by Mr. LaGrange at the deposition labeled "Appendix C"
Exhibit No. 3 ........................20
Mr. LaGrange's handwritten time log and invoice
Exhibit No. 4 ........................28
Curriculum Vitae of Paul LaGrange
Exhibit No. 5 ........................28
Mr. LaGrange's History of Depositions & Trials
Exhibit No. 6 ........................29
Inspection Report prepared by LaGrange Consulting, LLC for Al Mallet, Jr.
Exhibit No. 7 ........................125
ASTM E1827, Standard Test Methods for Determining Airtightness of Buildings Using an Orifice Blower Door (ALX-EXP-36-000018 through 000029)
Exhibit No. 8 ........................221
Snapshot of a software program called Rembrandt (ALX-EXP-36-000065)
Exhibit No. 9 ........................224
Copy of web page of Build It Solar, The Renewable Energy site for Do-It-Yourselfers
Exhibit No. 10 .......................290
Copy of photo
Exhibit No. 11 .......................300
Copy of photograph (LAGRANGE-000001 and XPL001-000001)

Page 5

Page 6

STIPULATION

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

\*  \*  \*

JAMES T. BRADLE, CCR, Certified Court Reporter, officiated in administering the oath to the witness.

Page 7

THE VIDEOGRAPHER:
    We're on the record. The time is approximately 9:14. Today is the 1st day of July, 2009. This is the videotaped deposition of Mr. Paul LaGrange taken at the offices of Lambert & Nelson located at 701 Magazine Street, New Orleans, Louisiana, for the case entitled "FEMA Trailer Formaldehyde Products Liability Litigation."
    Would counsel please identify themselves and which party they represent.
    MR. PINEDO:
        Chris Pinedo for the plaintiffs.
    MR. DERHAM:
        Kevin Derham or behalf of Gulf Stream.
    MR. DINNELL:
        Adam Dinnell for defendant, United States.
    MR. SHERBURNE:
        Richard Sherburne for Fluor Enterprises, Inc.
    MR. KROUSE:
        A.J. Krouse on behalf of Bechtel National.

Page 8

2 (Pages 5 to 8)

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255                                    (504) 529-5255
New Orleans \* Baton Rouge \* Covington \* Shreveport

**Page 297**

examination differently than you would in a house built on a foundation?
A   No, sir, the calculations are the same.
Q   And the same question with regard to a U-value examination, have you ever heard somebody say that you ought to do a U-value examination, such as you did, in a different fashion in a travel trailer as you would in a house that's built on a foundation?
A   No, sir. The steps are the same.
Q   Can you think of any scientific basis by which you would do a blower door test differently on a travel trailer as opposed to a house that is built on a foundation?
MR. SHERBURNE:
   Objection.
MR. DINNELL:
   Objection.
MR. DERHAM:
   Objection.
THE WITNESS:
   I cannot, no, sir.

**Page 298**

MR. BARRIOS:
   I join in the objection.
EXAMINATION BY MR. PINEDO:
Q   Let me ask you, as an energy engineering expert, can you think of any rational reason to do a blower door test differently on a travel trailer than a house that's built on a foundation?
MR. DERHAM:
   Object to form.
MR. SHERBURNE:
   Objection.
MR. BARRIOS:
   Objection to form.
THE WITNESS:
   As an energy efficiency consultant, the answer is no, I can't think of any reason why I would do it differently.
EXAMINATION BY MR. PINEDO:
Q   There were some objections. Let me ask you a different question.
   As an energy efficiency consultant and expert, can you think of any reason to do a blower door test differently on a travel trailer than you would on a house

**Page 299**

that was built on a foundation?
MR. DERHAM:
   Object to form.
MR. BARRIOS:
   Object.
THE WITNESS:
   No, sir.
EXAMINATION BY MR. PINEDO:
Q   The site of the travel trailer as we see in LaGrange Exhibit No. 10, is that consistent with the way you recollect it when you observed it on May 7th when you conducted your blower door test?
A   Yes, sir, it is.
MR. PINEDO:
   I pass the witness.
THE WITNESS:
   Can we take a real quick bathroom break?
MR. DERHAM:
   That's what I was just going to say.
THE VIDEOGRAPHER:
   We're off the record. It's 4:19.
(Discussion off the record.)

**Page 300**

THE VIDEOGRAPHER:
   Back on the record. It's 4:26.
EXAMINATION BY MR. SHERBURNE:
Q   Mr. LaGrange, I'm going to show you what I have marked as Exhibit 11, and ask you to look at the object in that picture and tell me if you recognize it?
A   Yes, sir. That's the trailer we tested at the Lottie site.
Q   Would you hold it up where the camera can zoom in on it, please, like you have been doing for Mr. Pinedo?
A   (Indicating).
Q   Is that a building, sir?
A   Sure.
Q   You have been a contractor for 20 years?
A   Yes.
Q   Have you ever built anything like this?
A   I built metal sheds, yes.
Q   Have you ever built a travel trailer?
A   No, sir, I have not.
Q   Other than this travel trailer,

Page 301

1 have you ever tested for duct leakage or
2 overall leakage any other travel trailer of
3 less than 250 square feet?
4     A   No, sir, I have not.
5     MR. SHERBURNE:
6         Thank you.  That's all the
7 questions I have.
8     EXAMINATION BY MR. DERHAM:
9     Q   Mr. LaGrange, just a couple more
10 questions to follow up on your testimony you
11 just gave.
12         You were mentioning a Department
13 of Energy regulation pertaining to allowable
14 leakage of six cubic feet per minute, per
15 100 square feet?
16    A   That's correct.
17    Q   Do you recall answering those
18 questions?
19    A   Duct leakage to the outside.
20    Q   Okay.  What is that regulation?
21    A   That is a regulation, the
22 Department of Energy and EPA through the
23 performance programs such as Energy Star,
24 Builders Challenge, Build America programs,
25 that is a standard they have put in place

Page 302

1 for allowable duct leakage to the outside
2 for the heating/cooling system.
3     Q   That regulation, that reference
4 doesn't show up anywhere in your report,
5 does it?
6     A   No, sir, it does not.
7     Q   Okay.  And you gave an opinion
8 about how the duct leakage -- I mean, the
9 air leakage findings that you determined
10 existed at the Alexanders' trailer unit in
11 May of 2009, you gave an opinion as to how
12 that compared with the Department of Energy
13 standard, didn't you?
14    A   Yes, sir, I did.
15    Q   Okay.  That comparison opinion is
16 nowhere in your report, is it?
17    A   No, sir, it's not.
18    Q   You referenced a standard, an ACH,
19 air changes per hour natural of .35 for
20 long-term occupied structures.  Do you
21 recall giving that testimony?
22    A   For homes, yes.
23    Q   Okay.  For homes?
24    A   Yes.
25    Q   Okay.  What is that standard and

Page 303

1 where is that from?
2     A   Again, it was developed through
3 the building science community and it's been
4 accepted and adopted by the Build America
5 program, Energy Star, Builders Challenge.
6 It's also referenced in the 2003
7 International Energy Conservation Code.
8     Q   That standard and those references
9 don't show up anywhere in your report, do
10 they?
11    A   No, sir, they do not.
12    Q   And you also gave a comparison of
13 the data you measured at the Alexander
14 trailer unit in May of 2009 of 1.658 natural
15 air changes per hour and how that compared
16 to the .35 number; did you not?
17    A   Yes, sir, I did.
18    Q   And that comparison and that
19 opinion shows up nowhere in your report,
20 correct?
21    A   That is correct, it doesn't show
22 up in my report.
23    Q   I believe you were also asked
24 about a Btu gain standard?
25    A   No, sir.

Page 304

1     Q   Okay.  I apologize.  I thought I
2 heard you say that.  You don't have any data
3 in your report reflecting what, if any,
4 total air leakage was determined for the
5 Alexander trailer unit in May of 2009 that
6 is actually measured minus three to minus
7 five pressure state, do you?
8     A   I'm sorry.  Say that again,
9 please.
10    Q   You don't have any data in your
11 report that reflects what the air leakage,
12 if any, was in the Alexander trailer unit in
13 May of 2009 at the time you actually
14 measured the pressure differential to be a
15 negative three to negative five Pascal
16 situation?
17    A   It's not in my report, no, sir.
18    Q   Okay.  It would be less than
19 246 cubic feet per minute, wouldn't it,
20 because that's what it was at minus 50
21 Pascals?
22    A   Yes, sir, it would be less.
23    Q   I think you were asked about the
24 ASTM standard on the blower door test in
25 taking the wind speed and temperature

76 (Pages 301 to 304)