# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore, PE, PLS

**Date taken: June 30, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT 18

## Page 1

```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA


 IN RE:  FEMA TRAILER        MDL NO. 1873
 FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 LIABILITY LITIGATION        JUDGE ENGELHARDT

              *   *   *

     Videotaped Deposition of CHARLES DAVID
 MOORE, PE, PLS, 1833 East Main Street, New
 Iberia, Louisiana 70560, taken at the
 offices of Lambert & Nelson, 701 Magazine
 Street, New Orleans, Louisiana 70130, on
 Tuesday, the 30th day of June, 2009.

 REPORTED BY:
     JAMES T. BRADLE, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
 VIDEOGRAPHER:
     MICHAEL BERGERON
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
```

## Page 2

```
 1  APPEARANCES:
 2  T. CHRISTOPHER PINEDO
    ATTORNEY AT LAW
 3  4550 JERICHO ROAD
    CORPUS CHRISTI, TEXAS 78413
 4
        ATTORNEY FOR THE PLAINTIFFS
 5
    MIDDLEBERG, RIDDLE & GIANNA
 6  (BY: CHARLES R. PENOT, JR., ESQ.)
    717 NORTH HARWOOD, SUITE 2400
 7  DALLAS, TEXAS 75201
 8      ATTORNEYS FOR FLUOR ENTERPRISES,
        INC.
 9
    DUPLASS, ZWAIN, BOURGEOIS,
10  PFISTER & WEINSTOCK
    (BY: KEVIN R. DERHAM, ESQUIRE
11  AND PHILIP G. WATSON, ESQUIRE)
    3838 NORTH CAUSEWAY BOULEVARD
12  SUITE 2900
    METAIRIE, LOUISIANA 70002
13
        ATTORNEYS FOR DEFENDANT,
14      GULF STREAM COACH, INC.
15  U.S. DEPARTMENT OF JUSTICE
    (BY: ADAM M. DINNELL, ESQUIRE)
16  CIVIL DIVISION
    1331 PENNSYLVANIA AVENUE, N.W.
17  ROOM 8210-N
    WASHINGTON, D.C. 20004
18
        ATTORNEYS FOR DEFENDANT, UNITED
19      STATES OF AMERICA
20  NELSON MULLINS
    (BY: AMANDA N. SHELTON, ESQUIRE -
21  VIA TELEPHONE)
    201 17TH STREET NW, SUITE 1700
22  ATLANTA, GEORGIA 30363
23      ATTORNEYS FOR DEFENDANT,
        FLEETWOOD ENTERPRISES, INC.
24
25
```

## Page 3

```
 1  APPEARANCES CONTINUED:
 2  ALLEN & GOOCH
    (BY: BRENT M. MAGGIO, ESQUIRE)
 3  3900 N. CAUSEWAY BOULEVARD
    SUITE 1450
 4  METAIRIE, LOUISIANA 70002
 5      ATTORNEYS FOR DEFENDANT,
        HEARTLAND RECREATIONAL VEHICLES,
 6      LLC
 7  FRILOT LLC
    (BY: PETER R. TAFARO, ESQUIRE)
 8  1100 POYDRAS STREET
    3700 ENERGY CENTRE
 9  NEW ORLEANS, LOUISIANA 70163
10      ATTORNEYS FOR DEFENDANT,
        BECHTEL NATIONAL, INC.
11
    BAKER DONELSON
12  (BY: WADE M. BASS, ESQUIRE)
    3 SANCTUARY BOULEVARD, SUITE 201
13  MANDEVILLE, LOUISIANA 70471
14      ATTORNEYS FOR DEFENDANTS,
        CH2M HILL CONSTRUCTORS, INC. AND
15      SHAW ENVIRONMENTAL, INC.
16  WILLINGHAM, FULTZ & COUGILL
    (BY: THOMAS L. COUGILL, ESQUIRE -
17      VIA TELEPHONE)
    NIELS ESPERSON BUILDING
18  808 TRAVIS, SUITE 1608
    HOUSTON, TEXAS  77002
19
        ATTORNEYS FOR DEFENDANTS,
20      JAYCO, INC. AND STARCRAFT
        RV, INC.
21
22
23
24
25
```

## Page 4

```
 1  APPEARANCES CONTINUED:
 2  GARRISON, YOUNT, FORTE &
        MULCAHY, L.L.C.
 3  (BY: RANDALL C. MULCAHY, ESQUIRE -
        VIA TELEPHONE)
 4  909 POYDRAS STREET
    SUITE 1800
 5  NEW ORLEANS, LOUISIANA  70112
 6      ATTORNEYS FOR DEFENDANTS,
        RECREATION BY DESIGN, LLC, TL
 7      INDUSTRIES, INC., FRONTIER
        RV, INC. AND PLAY'MOR TRAILERS,
 8      INC.
 9  JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE, LLP
10  (BY: JAMES C. PERCY, ESQUIRE -
        VIA TELEPHONE)
11  FOUR UNITED PLAZA
    8555 UNITED PLAZA BOULEVARD
12  BATON ROUGE, LOUISIANA 70809
13      ATTORNEYS FOR DEFENDANTS,
        KEYSTONE RV COMPANY, THOR
14      CALIFORNIA, THOR INDUSTRIES,
        DUTCHMEN MANUFACTURING, DS CORP
15      (d/b/a CROSSROADS RV) AND KZ RV,
        LP
16
17
18  ALSO PRESENT:
19      LEONARD C. QUICK, P.E.
20
21
22
23
24
25
```

**Page 189**

1 this case?
2 　A   Probably, yes.
3 　Q   In Paragraph 3.3, and I think we
4 have been over this, The Manual of Steel
5 Construction, The Timber Construction
6 Manual, and ASCE 7-05, Minimum Design Loads
7 for Buildings and Other Structures, and HUD,
8 Part 3280, you are not saying that any of
9 those are applicable by their own terms to
10 travel trailers, are you?
11 　A   Not directly to travel trailers.
12 The Manual of Steel Construction would go
13 directly to the design of the steel
14 framework and to determine proper loading
15 and those kinds of things.
16 　　　　The Timber Construction Manual,
17 the same kind of thing, is that they don't
18 directly relate to travel trailers
19 specifically, but just to the design of
20 timber members and wood members in general.
21 　　　　ASCE 7-05, again, is the standard
22 that we would normally use for buildings and
23 other structures to determine what kind of
24 loads are applicable to everything from
25 warehouses and commercial buildings down to

**Page 190**

1 residences.
2 　Q   By the way, you used the edition
3 7-05, correct?
4 　A   Yes.
5 　Q   And does that "05" mean that's the
6 2005 edition?
7 　A   That is correct.  Yes.  Right.
8 　Q   And this trailer was built in
9 December of 2004; is that right?
10 　A   That's correct.
11 　Q   So why is this the applicable
12 edition of the ASCE --
13 　A   It's the most current that I
14 have --
15 　Q   Let me finish.
16 　A   Okay.
17 　Q   -- ASCE 7-05?
18 　A   Okay.  ASCE 7 is the general
19 terminology for that.  That was the edition
20 that I have handy on my computer, is the
21 7-05.  I just happen to know that there's
22 not a huge difference in the documents from
23 7-02, I believe it is, which was the
24 previous version of that, so I just used
25 that one because it was the most handy.

**Page 191**

1 　Q   And can you cite me to any
2 building code that says that ASCE 7 is
3 applicable to travel trailers?
4 　A   No.
5 　Q   By the way, what -- Hold on a
6 second.  I'm sorry.  What governing local or
7 municipal building code was in effect when
8 this Alexander travel trailer was first
9 installed in February of '06; do you know?
10 　A   The building code, I don't really
11 know what New Orleans has.  I don't do a lot
12 of work in New Orleans specifically for
13 buildings and for any other thing, for that
14 matter.
15 　　　　New Orleans is known as a quirky
16 place all the way around, because they have
17 their own set of rules for just about
18 everything.
19 　　　　I would suspect that it's the
20 International Building Code 2002 or 2003.  I
21 forget which version was applicable at that
22 time.  But I would suspect it's the
23 International Building Code would be their
24 governing building code.
25 　Q   And do you know if their governing

**Page 192**

1 building code would have applied to the
2 installation of this travel trailer?
3 　A   I think that's probably an item
4 that does not get directly referenced in any
5 building code.  I would think that the
6 building code authorities here would apply,
7 at least some portions of that building code
8 to these travel trailers, knowing that they
9 were being used for a quasi-permanent
10 residential unit.  But that would be, again,
11 that would be a guess on my part.
12 　Q   You didn't know what position they
13 were taking as of February, '06, in the wake
14 of Katrina?
15 　A   I do not know that, no.
16 　Q   I got a question for you on the
17 top of Page 4, Paragraph 4.2.1, but you
18 might need to just look at it in context by
19 reading the whole paragraph.  It's 4.2.1 of
20 Moore 1.
21 　　　　Your report says just some general
22 descriptions, and then you say it's -- When
23 you're looking at the trailer, when you're
24 first seeing the trailer, correct, is that
25 what that paragraph is about?

48 (Pages 189 to 192)