# Transcript of the Testimony of
# Videotaped Deposition of Alexis Mallet, Jr.

**Date taken: July 17, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 19

Case 2:07-md-01873-KDE-MBN   Document 6970-22   Filed 11/12/09   Page 2 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                                      Videotaped Deposition of Alexis Mallet, Jr.

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:  FEMA TRAILER          MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS         SECTION "N"(5)
 8   LIABILITY LITIGATION          JUDGE ENGELHARDT
 9
10                    *   *   *
11
12        Videotaped Deposition of ALEXIS MALLET,
13   JR., P.O. Box 80857, Lafayette, Louisiana
14   70598, taken at the offices of Lambert &
15   Nelson, 701 Magazine Street, New Orleans,
16   Louisiana 70130, on Friday, the 17th day of
17   July, 2009.
18
19   REPORTED BY:
20        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
21        (504)529-5255
22   VIDEOGRAPHER:
23        KYM HAWKINS
          PROFESSIONAL SHORTHAND REPORTERS
24        (504)529-5255
25
```

Case 2:07-md-01873-KDE-MBN   Document 6970-22   Filed 11/12/09   Page 3 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alexis Mallet, Jr.

Page 2

```
 1  APPEARANCES:
 2     T. CHRISTOPHER PINEDO
        ATTORNEY AT LAW
 3     4550 JERICHO ROAD
        CORPUS CHRISTI, TEXAS 78413
 4
        LAMBERT & NELSON
 5     (BY: HUGH P. LAMBERT, ESQUIRE)
        701 MAGAZINE STREET
 6     NEW ORLEANS, LOUISIANA 70130
 7         ATTORNEY FOR THE PLAINTIFFS
 8     MIDDLEBERG, RIDDLE & GIANNA
        (BY: CHARLES R. PENOT, JR., ESQ.)
 9     717 NORTH HARWOOD, SUITE 2400
        DALLAS, TEXAS 75201
10
           ATTORNEYS FOR DEFENDANT,
11         FLUOR ENTERPRISES, INC.
12     DUPLASS, ZWAIN, BOURGEOIS,
         PFISTER & WEINSTOCK
13     (BY: KEVIN R. DERHAM, ESQUIRE)
        3838 NORTH CAUSEWAY BOULEVARD
14     SUITE 2900
        METAIRIE, LOUISIANA 70002
15
           ATTORNEYS FOR DEFENDANT,
16         GULF STREAM COACH, INC.
17     U.S. DEPARTMENT OF JUSTICE
        (BY: ADAM M. DINNELL, ESQUIRE)
18     CIVIL DIVISION
        1331 PENNSYLVANIA AVENUE, N.W.
19     ROOM 8210-N
        WASHINGTON, D.C. 20004
20
           ATTORNEYS FOR DEFENDANT, UNITED
21         STATES OF AMERICA
22
23
24
25
```

Page 3

```
 1  APPEARANCES CONTINUED:
 2     LEAKE & ANDERSSON
        (BY: JERRY L. SAPORITO, ESQUIRE
 3      AND AMANDA VONDERHAAR, ESQUIRE)
        1700 ENERGY CENTRE
 4     1100 POYDRAS STREET
        NEW ORLEANS, LOUISIANA 70163
 5
           ATTORNEYS FOR DEFENDANT,
 6         FLEETWOOD ENTERPRISES, INC.
 7     ALLEN & GOOCH
        (BY: LORI A. DAIGLE, ESQUIRE -
 8      VIA TELEPHONE)
        3900 N. CAUSEWAY BOULEVARD
 9     SUITE 1450
        METAIRIE, LOUISIANA 70002
10
           ATTORNEYS FOR DEFENDANT,
11         HEARTLAND RECREATIONAL VEHICLES,
           LLC
12
        FRILOT LLC
13     (BY: JOHN J. HAINKEL, III, ESQUIRE)
        1100 POYDRAS STREET
14     3700 ENERGY CENTRE
        NEW ORLEANS, LOUISIANA 70163
15
           ATTORNEYS FOR DEFENDANT,
16         BECHTEL NATIONAL, INC.
17     BAKER DONELSON
        (BY: WADE M. BASS, ESQUIRE -
18      VIA TELEPHONE)
        3 SANCTUARY BOULEVARD, SUITE 201
19     MANDEVILLE, LOUISIANA 70471
20         ATTORNEYS FOR DEFENDANTS,
           CH2M HILL CONSTRUCTORS, INC. AND
21         SHAW ENVIRONMENTAL, INC.
22
23
24
25
```

Page 4

```
 1  APPEARANCES CONTINUED:
 2     WILLINGHAM, FULTZ & COUGILL
        (BY: THOMAS L. COUGILL, ESQUIRE -
 3      VIA TELEPHONE)
        NIELS ESPERSON BUILDING
 4     808 TRAVIS, SUITE 1608
        HOUSTON, TEXAS 77002
 5
           ATTORNEYS FOR DEFENDANTS,
 6         JAYCO, INC. AND STARCRAFT
           RV, INC.
 7
        JONES, WALKER, WAECHTER, POITEVENT,
 8       CARRERE & DENEGRE, LLP
        (BY: RYAN E. JOHNSON, ESQUIRE -
 9      VIA TELEPHONE)
        FOUR UNITED PLAZA
10     8555 UNITED PLAZA BOULEVARD
        BATON ROUGE, LOUISIANA 70809
11
           ATTORNEYS FOR DEFENDANTS,
12         KEYSTONE RV COMPANY, THOR
           CALIFORNIA, THOR INDUSTRIES,
13         DUTCHMEN MANUFACTURING, DS CORP
           (d/b/a CROSSROADS RV) AND KZ RV,
14         LP
15     TAYLOR, PORTER, BROOKS & PHILLIPS,
        L.L.P.
16     (BY: JOHN STEWART THARP, ESQUIRE -
        VIA TELEPHONE)
17     CHASE TOWER SOUTH, 8TH FLOOR
        451 FLORIDA STREET
18     BATON ROUGE, LOUISIANA 70801
19         ATTORNEYS FOR DEFENDANTS,
           COACHMEN INDUSTRIES, INC.,
20         COACHMEN RECREATIONAL VEHICLE
           COMPANY, LLC, COACHMEN
21         RECREATIONAL VEHICLE CORPORATION
           OF GEORGIA, LLC AND VIKING
22         RECREATIONAL VEHICLE COMPANY, LLC
23
24
25
```

Page 5

```
 1  APPEARANCES CONTINUED:
 2     GARRISON, YOUNT, FORTE &
        MULCAHY, L.L.C.
 3     (BY: RANDALL C. MULCAHY, ESQUIRE -
        VIA TELEPHONE)
 4     909 POYDRAS STREET
        SUITE 1800
 5     NEW ORLEANS, LOUISIANA 70112
 6         ATTORNEYS FOR DEFENDANTS,
           RECREATION BY DESIGN, LLC, TL
 7         INDUSTRIES, INC., FRONTIER
           RV, INC. AND PLAY'MOR TRAILERS,
 8         INC.
 9
10  ALSO PRESENT:
11     CHARLES "AL" WHITAKER, P.E. - FLUOR
12     CAROLYN SINNOCK - LAW CLERK
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:07-md-01873-KDE-MBN   Document 6970-22   Filed 11/12/09   Page 4 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alexis Mallet, Jr.

Page 6

```
 1              * * *
 2         EXAMINATION INDEX
 3                                  Page
 4   EXAMINATION BY MR. DERHAM ............11
     EXAMINATION BY MR. PENOT ............218
 5   EXAMINATION BY MR. DINNELL ..........350
     EXAMINATION BY MR. PINEDO ...........379
 6              * * *
 7          INDEX OF EXHIBITS
 8                                  Page
 9   Exhibit No. 1 .......................12
10   Notice of Video-Taped Deposition of Al
11   Mallet
12   Exhibit No. 2 .......................13
13   Curriculum Vitae of Alexis Mallet, Jr.
14   Exhibit No. 3 .......................13
15   Alexis Mallet, Jr. List of Trial Testimony
16   and/or Depositions
17   Exhibit No. 4 .......................13
18   Fee Schedule 100101 First General Services
19   of the South, Inc.
20   Exhibit No. 5 .......................13
21   Affidavit of Alexis Mallet, Jr., dated
22   5-19-09 (ALX-EXP-44-000001 through 000102)
23   Exhibit No. 6 .......................57
24   First General Services of the South, Inc.
25   statement, time logs and invoice
```

Page 7

```
 1   Exhibit No. 7 ......................217
 2   Mr. Mallet's handwritten notes dated 5-6-09
 3   and 5-7-09
 4   Exhibit No. 8 ......................281
 5   Two color photographs (ALX-EXP-44-000583 and
 6   582)
 7   Exhibit No. 9 ......................307
 8   "Warning" language regarding jack
 9   (previously marked J. Shea Exhibit 9)
10   Exhibit No. 10 .....................319
11   Document entitled "Tool Box Training, Proper
12   Jacking Techniques" (FL-FCA-007306)
13   Exhibit No. 11 .....................335
14   Fluor Specification, Standard Civil Details,
15   Typical Travel Trailer Pier Construction
16   (FL-FCA-003786 and ALX-EXP-44-000269)
17   Exhibit No. 12 .....................357
18   FEMA Model Travel Trailer Procurement
19   Specifications dated August 12, 2004
20   (FOREST-0002505 through 2508)
21   Exhibit No. 13 .....................358
22   Color photograph of a seal on the Alexander
23   travel trailer
24   Exhibit No. 14 .....................369
25   Page 9 of 17 of Paul LaGrange's report
```

Page 8

```
 1   (ALX-EXP-36-000009)
 2   Exhibit No. 15 .....................414
 3   Color photograph, Image 0142.JPG of the
 4   Alexander trailer dated 5-7-2009
 5   Exhibit No. 16 .....................415
 6   Color photographs, Image 0073.JPG and
 7   0074.JPG of the Alexander trailer dated
 8   5-6-2009
 9   Exhibit No. 17 .....................424
10   Ernest Orlando Lawrence Berkeley National
11   Laboratory, Aldehyde and Other Volatile
12   Organic Chemical Emissions in Four FEMA
13   Temporary Housing Units - Final Report dated
14   November, 2008
15   Exhibit No. 18 .....................433
16   Color photograph of a thermographic image
17   dated 5-7-09 (Infrared #6)
18   Exhibit No. 19 .....................437
19   Color photograph of a thermographic image
20   dated 5-7-09 (Infrared #10)
21   Exhibit No. 20 .....................438
22   Color photograph of a thermographic image
23   dated 5-7-09 (Infrared #2)
24
25
```

Page 9

```
 1           S T I P U L A T I O N
 2
 3        It is stipulated and agreed by and
 4   between counsel for the parties hereto that
 5   the deposition of the aforementioned witness
 6   is hereby being taken for all purposes
 7   allowed under the Federal Rules of Civil
 8   Procedure, in accordance with law, pursuant
 9   to notice;
10        That the formalities of reading and
11   signing are specifically not waived;
12        That the formalities of filing,
13   sealing, and certification are specifically
14   waived;
15        That all objections, save those as to
16   the form of the question and the
17   responsiveness of the answer, are hereby
18   reserved until such time as this deposition,
19   or any part thereof, may be used or sought
20   to be used in evidence.
21
22              * * *
23        JAMES T. BRADLE, CCR, Certified Court
24   Reporter, officiated in administering the
25   oath to the witness.
```

Case 2:07-md-01873-KDE-MBN   Document 6970-22   Filed 11/12/09   Page 5 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alexis Mallet, Jr.

Page 34

1  supervisor.
2  Q   Is there a certification that you
3  can have as an indoor air quality
4  specialist?
5  A   Yes, sir.
6  Q   Do you have that?
7  A   No, sir.
8  Q   And you are -- When I said
9  engineering earlier, that covers everything.
10 You're not an industrial engineer, correct?
11 A   Correct.
12 Q   Any kind of engineer, mechanical
13 engineer, civil engineer?
14 A   Correct.
15 Q   Okay. You don't have any
16 expertise in psychology, correct?
17 A   No, sir.
18 Q   Okay. You don't have any
19 expertise in -- Okay. I asked you that. Do
20 you know what field or fields of expertise
21 you are being offered for in this case?
22 A   I have not been asked --
23 Q   Okay.
24 A   -- or told.
25 Q   Okay. What field or fields do you

Page 35

1  consider yourself to be an expert in?
2      MR. PINEDO:
3          Objection. Asked and answered.
4      MR. DERHAM:
5          I didn't ask him that.
6      THE WITNESS:
7          General construction, estimating,
8  various types of construction defects and
9  failures, and remediation.
10 EXAMINATION BY MR. DERHAM:
11 Q   Is that mold remediation or any
12 kind?
13 A   Excluding toxic materials or
14 hazardous materials. Building science,
15 thermography.
16 Q   Thermography?
17 A   Yes, sir.
18     MR. LAMBERT:
19         Al, you need to speak up just a
20 little bit.
21 EXAMINATION BY MR. DERHAM:
22 Q   I know you have been told that
23 before.
24 A   Never mind him.
25 Q   Thermography. Anything else?

Page 36

1  A   I think that's the main fields.
2  Q   Okay. What is building science?
3  A   That's the study of the
4  relationship between buildings and air,
5  moisture and temperature.
6  Q   The study of the relationships --
7  A   Between buildings and air,
8  moisture and temperature.
9  Q   Between buildings, air, moisture
10 and temperature?
11 A   Yes, sir.
12 Q   Okay. Is there a body that gives
13 us this definition or is this sort of, you
14 know, what would commonly be accepted as a
15 definition of what a building scientist
16 does?
17 A   I don't know that answer.
18 Q   Okay. Is there any kind of -- Is
19 there any kind of national board of
20 licensure to be a building scientist?
21 A   Not that I'm aware of.
22 Q   Or any kind of national
23 accreditation or national certification
24 program for a building scientist?
25 A   Not that I'm aware of.

Page 37

1  Q   Is there any kind of Louisiana
2  state accreditation or licensure or
3  certification you can get as a building
4  scientist?
5  A   No.
6  Q   So you can't be a licensed
7  building scientist or a certified building
8  scientist?
9  A   Not that I'm aware of.
10 Q   Okay. Is there anything you have
11 to do to maintain your status as an expert
12 in building science? Is there any kind
13 of -- Do you understand that?
14 A   Yes.
15 Q   Okay.
16 A   Actually, it's just the ongoing
17 study of the relationship or the effects of
18 temperature, moisture and air as it relates
19 to buildings, whether it's identifying
20 moisture-related problems with a building,
21 if it deals with air infiltration, if it
22 deals with actual bulk water, if it's a
23 temperature issue. It's just the whole body
24 of those relationships. So dealing with
25 water, dealing with air, dealing with

Case 2:07-md-01873-KDE-MBN   Document 6970-22   Filed 11/12/09   Page 6 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation — Videotaped Deposition of Alexis Mallet, Jr.

Page 42

1 experience in the repair of travel trailers?
2   A   No. Through our construction
3 claims, insurance claims, we have done that
4 over the years.
5   Q   Approximately -- Do you understand
6 the difference between a travel trailer and
7 a mobile home or a manufactured home?
8   A   Yes, sir.
9   Q   Okay. And what is your
10 appreciation of what a travel trailer is?
11   A   It's typically used for
12 recreational use. It could be towable on a
13 regular basis versus a mobile home or a
14 manufactured home that's usually only moved
15 once, set up in a permanent state for
16 permanent occupancy.
17   Q   And how many travel trailers have
18 you been involved in any way with repair
19 work?
20   A   I couldn't tell you. I have been
21 doing this since '85, so 20 plus years. I
22 couldn't tell you the number.
23   Q   Would it be more than 100?
24   A   No, I would think less than 100.
25   MR. PINEDO:

Page 43

1       Are you making a distinction
2 between travel trailers and mobile homes?
3   MR. DERHAM:
4       I'm specifically referring to
5 travel trailers.
6   THE WITNESS:
7       Travel trailers?
8 EXAMINATION BY MR. DERHAM:
9   Q   Did you understand that?
10   A   Yes, I did.
11   Q   Okay.
12   A   Mobile homes would be far more
13 than that.
14   Q   Right. And I know from your
15 background and other materials that you got
16 more extensive experience with mobile homes
17 and manufactured housing; is that correct?
18   A   Yes, sir.
19   Q   Okay. As well as other types of
20 structures, buildings, houses, whatever?
21   A   Yes, sir.
22   Q   The types of repairs that you have
23 been involved in travel trailers over these
24 past 20 years, can you give me a description
25 of the general nature of the types of

Page 44

1 repairs you can recall being involved in?
2   A   Yes. The majority of them dealt
3 with some sort of accident.
4   Q   You mean like a towing accident or
5 something?
6   A   A towing accident or vehicle
7 running into a travel trailer and damaging
8 the --
9   Q   Like a casualty scenario?
10   A   A casualty.
11   Q   Okay.
12   A   Fire, doing the repairs as a
13 result of a fire. We have handled a few
14 where trees, limbs have fallen and done
15 extensive damage to it. I think we have
16 handled a few water-related losses.
17   Q   Like water intrusion?
18   A   Yes.
19   Q   Leaks?
20   A   Yes, leaks. Right.
21   Q   Okay. Do you consider yourself an
22 expert in the construction of travel
23 trailers?
24   A   No, sir.
25   Q   Do you consider yourself a

Page 45

1 warnings expert?
2   A   No, sir.
3   Q   Aside from this case, have you
4 ever been involved in any capacity in the
5 evaluation of a travel trailer in regard to
6 formaldehyde being an issue?
7   A   I have been asked previously, but
8 I don't think the attorneys took the case.
9   Q   So this is your first time?
10   A   Yes.
11   Q   What about any other type of
12 structure with regard to formaldehyde, have
13 you had any involvement in any other type of
14 structure aside from travel trailers where
15 formaldehyde was the reason or something you
16 were looking into or an issue involved?
17   A   In strictly litigation?
18   Q   Well, no, in any.
19   A   We have had over the years -- As a
20 matter of fact, we have a mobile home now
21 that there's complaints about formaldehyde
22 that we're getting ready to do some testing
23 on.
24   Q   Is that case in litigation?
25   A   No, it is not. That's why I was

Case 2:07-md-01873-KDE-MBN   Document 6970-22   Filed 11/12/09   Page 7 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alexis Mallet, Jr.

Page 94

1  this -- You inspected the trailer out at the
2  Lottie field, right?
3      A   Yes, sir.
4      Q   Are you aware how long it had been
5  out at the Lottie field before you had the
6  opportunity to go inspect it in May of 2009?
7      A   I think it was maybe a year and
8  two months.
9      Q   And do you know if it was ever
10 activated, meaning was it ever -- was the
11 HVAC system ever turned on and operated
12 while it was out there at the field?
13     A   I do not know.  Other than during
14 our testing.
15     Q   Right.  Correct.
16     A   I'm not aware of it.
17     Q   Okay.  Where was it when you
18 looked at it in the field?
19     A   It seems like it was about
20 six miles from the front gate.
21     Q   It was a long ride back?
22     A   And it was stuck between other
23 trailers in a field of some sort.
24     Q   You had to take a long drive over
25 the open field to go find it?

Page 95

1      A   Yes, sir.
2      Q   You don't consider yourself an
3  expert in any maintenance of travel
4  trailers, do you?
5      A   A travel trailer is just another
6  building, except when they got left out in
7  the rain and shrunk.  It's a building.  And,
8  yes, I mean, maintaining a travel trailer, I
9  owned a travel trailer for probably 12
10 years.  It's no different than maintaining a
11 mobile home or maintaining any other
12 building.
13     Q   I guess just so we're clear,
14 specifically, my question is, do you
15 consider yourself an expert in travel
16 trailer maintenance?
17     A   Specifically travel trailer
18 maintenance?
19     Q   Yes, sir.
20     A   No, but I would say that I'm an
21 expert in the maintenance of all types of
22 buildings and structures, including travel
23 trailers.
24     Q   So you do consider yourself an
25 expert in maintenance of travel trailers?

Page 96

1      A   Yes, I know how to maintain them
2  and we do maintain them.  Or I do work on
3  them.
4      Q   Do you know where the trailer was
5  manufactured?
6      A   Indiana.
7      Q   Do you know when it was
8  manufactured?
9      A   Excuse me?
10     Q   Do you know when it was
11 manufactured?
12     A   When?  December 13th of 2004, I
13 believe.
14     Q   And do you know how the trailer
15 came to be in the Lottie field?  Do you know
16 its history?
17     MR. PINEDO:
18         Objection, form.
19     THE WITNESS:
20         I think I know -- I know what I
21 have reviewed.
22 EXAMINATION BY MR. DERHAM:
23     Q   Okay.  What's your understanding
24 as to how the trailer got from Indiana in
25 December of 2004 to the field in Lottie in

Page 97

1  May of 2009?
2      MR. PINEDO:
3          Let me object.  Are you asking for
4  like a four and a half year history of his
5  understanding?
6  EXAMINATION BY MR. DERHAM:
7      Q   If you know where it has been.
8      A   Just where it has been?
9      Q   Sure.
10     A   Not how it was towed or anything?
11     Q   Yes.
12     A   I think it went from Indiana to
13 Punta Gorda, Florida, I think is how you
14 pronounce it.  Then from there, it was
15 brought to Georgia.  And then from Georgia,
16 it came to Louisiana.  I don't remember if
17 it went to the Baton Rouge location first or
18 if it went to a Dow -- one of the Dow
19 Chemical locations.  And then shortly
20 thereafter moved to another Dow Chemical
21 location.  And then I don't recall if it
22 went to Baton Rouge or it went to New
23 Orleans from there.
24     Q   Okay.  Do you know how it was
25 transported to any of those places?

Case 2:07-md-01873-KDE-MBN   Document 6970-22   Filed 11/12/09   Page 8 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                                 Videotaped Deposition of Alexis Mallet, Jr.

Page 106

1 was stuck to the back of the wall panel.  I
2 noticed some oxidation on the staple or the
3 fastener, the head end of the fastener that
4 held the one and a half inch by one and a
5 half inch wall frame in place.
6      I noticed that the staples were
7 pulled from the wall framing.  I noticed
8 that the trim material at the upper part of
9 the panel -- of the wall was still intact
10 and undamaged, but the panel was pulled away
11 from the wall.  And that's all that I noted.
12      MR. DERHAM:
13      Okay.  We're going to stop,
14 because he's at the end of the tape, so we
15 will stop and do an hour break and come
16 back.  Try to be back by 12:30.
17      THE VIDEOGRAPHER:
18      We're off the record.  The time
19 right now is 11:42.
20      (Discussion off the record.)
21      (Whereupon, a lunch break was taken.)
22      THE VIDEOGRAPHER:
23      We're back on the record.  The
24 time as of right now is 12:38.
25      EXAMINATION BY MR. DERHAM:

Page 107

1   Q   Mr. Mallet, when we had broke, I
2 had asked you about observations you had
3 made behind the wall panel in the bedroom.
4 Do you recall that?
5   A   Yes.
6   Q   Okay.  You didn't notice any mold
7 growing behind the wall panel, did you?
8   A   No, I didn't notice any mold.
9 What I found peculiar was the insulation
10 sticking to the back side of the paneling.
11 That gave indications to me that there was
12 some sort of a moisture issue going on there
13 that was causing the insulation to stick to
14 the panel.
15      I have seen that on a number of
16 occasions with our water infiltration jobs
17 and other analysis that we performed on
18 other buildings, where if you have high
19 relative humidity, the insulation will stick
20 to the back of paneling or Sheetrock.
21   Q   Do you know what the relative
22 humidity was out on that field for the year
23 and two months it sat out there before you
24 had to inspect it?
25   A   No, I don't.

Page 108

1   Q   Would you expect it to be fairly
2 typical of south Louisiana?
3   A   Yes, probably typical as when
4 Ms. Alexander lived in it.  It's pretty
5 constant.
6   Q   What about in the wall panel in
7 the bathroom, did you notice anything out of
8 the ordinary?
9   A   That one was closed and couldn't
10 really be opened for observation.
11   Q   Okay.  Under "Purpose and Scope"
12 on Page 8, you start off with a sentence, it
13 says, "It is not the purpose of our
14 investigation, inspection or observations to
15 render opinions regarding the presence or
16 the quantity of formaldehyde in the
17 Alexander temporary housing unit."
18      Did I read that correctly?
19   A   Yes, sir.
20   Q   Okay.  And there are numerous
21 areas of your report that you mentioned
22 "excessive formaldehyde," "elevated
23 formaldehyde."  Those are not determinations
24 that you made, that they were excessive or
25 elevated, correct?

Page 109

1   A   That is correct.
2   Q   You're reciting what you have read
3 or heard from others, correct?
4   A   From others, from the testing that
5 I reviewed, from other studies.  So my
6 limitation was this was meant to -- what I
7 explained earlier -- not to opine as to
8 those areas, but what happens.
9      My experience, my expertise in
10 forensics analysis is in what's happening
11 with that building and why it's happening,
12 whether it's a 30-story building or a travel
13 trailer.  A building is a building.  The
14 science doesn't change.  So I'm looking at
15 what's going on with that, but not the
16 chemical reaction that's happening.
17   Q   You can go to Page 10.  It's item
18 little -- Well, the items little "a" through
19 little "d," it appears that you're
20 discussing some of the new FEMA procurement
21 specifications?
22   A   Yes, sir.
23   Q   What date are you referring to?
24 What new FEMA procurement specifications are
25 you referring to when you say the ones that