# State of Louisiana

## EXECUTIVE DEPARTMENT

### PROCLAMATION NO. 28 KBB 2006

### *EXTENSION OF STATE OF EMERGENCY - HURRICANE RITA*

| | |
|---|---|
| **WHEREAS,** | Proclamation No. 53 KBB 2005, issued on September 20, 2005, declared a state of emergency for the state of Louisiana due to Hurricane Rita's potential to cause severe storms, high winds, and torrential rain that could cause flooding and damage to private property and public facilities, and threaten the safety and security of the citizens of Louisiana; |
| **WHEREAS,** | On September 23, 2005, Hurricane Rita struck Louisiana resulting in severe flooding and damage to the southwestern part of the state of Louisiana which has threatened the safety, health, and security of the citizens of the state of Louisiana, along with private property and public facilities; |
| **WHEREAS,** | Proclamation No. 60 KBB 2005, issued on October 18, 2005, extended the state of emergency until November 24, 2005; Proclamation No. 67 KBB 2005, issued on November 17, 2005, extended the state of emergency until December 24, 2005; Proclamation No. 74 KBB 2005, issued on December 22, 2005, extended the state of emergency until January 23, 2006; Proclamation No. 9 KBB 2006, issued on January 20, 2006, extended the state of emergency until February 22, 2006; Proclamation No. 15 KBB 2006, issued on February 21, 2006, extended the state of emergency until Friday, March 24, 2006; Proclamation No. 19 KBB 2006, issued on March 24, 2006, extended the state of emergency until April 23, 2006; and Proclamation No. 23 KBB 2006, issued on April 20, 2006, extended the state of emergency until May 23, 2006; |
| **WHEREAS,** | it is necessary to renew Proclamation No. 53 KBB 2005, as amended by Proclamation Nos. 60 KBB 2005, 67 KBB 2005, 74 KBB 2005, 9 KBB 2006, 15 KBB 2006, 19 KBB 2006, and 23 KBB 2006, to extend the state of emergency due to the extreme damage caused by Hurricane Rita and the continuing disaster and emergency conditions in the most affected area; |

**NOW THEREFORE I, KATHLEEN BABINEAUX BLANCO,** Governor of the state of Louisiana, by virtue of the authority vested by the Constitution and laws of the state of Louisiana, do hereby order and direct as follows:

**SECTION 1:** Pursuant to the Louisiana Homeland Security and Emergency Assistance and Disaster Act, R.S. 29:721, *et seq.*, a state of emergency/disaster is declared to continue to exist in state of Louisiana due to Hurricane Rita, which resulted in severe storm damage and extreme flooding to private property and public facilities, and continues to threaten the safety, health, and security of the citizens of the state of Louisiana.

**SECTION 2:** The state of emergency is extended for an additional thirty (30) days through Thursday, June 22, 2006, unless terminated sooner.

**IN WITNESS WHEREOF,** I have set my hand officially and caused to be affixed the Great Seal of Louisiana, at the Capitol, in the city of Baton Rouge, on this 22nd day of May, 2006.



**Kathleen Babineaux Blanco**
**GOVERNOR OF LOUISIANA**

ATTEST BY
THE GOVERNOR

/S/ Al Ater
SECRETARY OF STATE


EXHIBIT 20