## STATE OF LOUISIANA
## DEPARTMENT OF ENVIRONMENTAL QUALITY

IN THE MATTER OF
HURRICANE RITA
AND ITS AFTERMATH

AGENCY INTEREST NO. 131019

### EXTENSION OF
### EIGHTH AMENDED DECLARATION OF EMERGENCY
### AND ADMINISTRATIVE ORDER

### ORDER

**§ 1.  *Extension***

Pursuant to the authority granted to me by Louisiana Revised Statutes 30:2001 et seq., and particularly La. R.S. 30:2033 and 2011(D)(6), I hereby find that the emergency conditions set forth in the "Eighth Amended Declaration of Emergency and Administrative Order" regarding Hurricane Rita and its aftermath continue to exist and hereby extend said declaration of emergency and administrative order through September 30, 2007.

**DONE AND ORDERED** on this __11th__ day of __September__, 2007, in Baton Rouge, Louisiana.

*Mike D. McDaniel*

_____
Mike D. McDaniel, Ph.D.
Secretary



EXHIBIT
22