

**KATHLEEN BABINEAUX BLANCO**
GOVERNOR

**State of Louisiana**
OFFICE OF THE GOVERNOR
**Baton Rouge**
70804-9004

POST OFFICE BOX 94004
(225) 342-7015

September 22, 2005

The President
The White House
Washington, DC

*VIA FACSIMILE: 940/898-5325*

Through:   Regional Director
           FEMA Region VI
           800 North Loop 288
           Denton, Texas 76209

Dear Mr. President:

Under the provisions of Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206 (Stafford Act), and implemented by 44 CFR § 206.36, I request that you declare an expedited major disaster for the state of Louisiana as Hurricane Rita, a Category V Hurricane, approaches our coast south of Lake Charles, beginning on September 22, 2005, and continuing. The affected areas include all the coastal parishes including the cities of Lake Charles, Lafayette and New Orleans and the mid state and northern parishes accepting the thousands of citizens forced to evacuate from the impacted areas directly affected by Hurricane Rita. The affected parishes are: Acadia, Allen, Ascension, Assumption, Avoyelles, Beauregard, Bienville, Bossier, Caddo, Calcasieu, Caldwell, Cameron, Catahoula, Claiborne, Concordia, DeSoto, East Baton Rouge, East Carroll, East Feliciana, Evangeline, Franklin, Grant, Iberia, Iberville, Jackson, Jefferson, Jefferson Davis, Lafayette, Lafourche, LaSalle, Lincoln, Livingston, Madison, Morehouse, Natchitoches, Orleans, Ouachita, Plaquemines, Pointe Coupee, Rapides, Red River, Richland, Sabine, St. Bernard, St. Charles, St. Helena, St. James, St. John, St. Landry, St. Martin, St. Mary, St. Tammany, Tangipahoa, Tensas, Terrebonne, Union, Vermilion, Vernon, Washington, Webster, West Baton Rouge, West Carroll, West Feliciana and Winn. The Louisiana Shelter Operations Plan, Supplement 1C to the State Emergency Operations Plan (EOP) and Shelter Sectors A, B and C Parishes that are accepting thousands of citizens evacuating from the areas expecting to be flooded as a result of Hurricane Rita are listed in the State Shelter Plan. Therefore, we are requesting assistance for the implementation of the State Evacuation and Sheltering Plan as part of this request.

In response to the situation, I have taken appropriate action under state law and directed the execution of the State Emergency Plan on September 20, 2005, in accordance with Section 401 of the Stafford Act. A State of Emergency has been issued for the state in order to support the evacuations of the coastal areas and the remainder of the state to support the State Evacuation and Sheltering Plan.

**EXHIBIT 23**

Mr. President
Page Two
September 22, 2005

A Preliminary Damage Assessment will be conducted as soon as possible after the landfall of Hurricane Rita. Based on the predictions we have received from the National Weather Service and other sources, I have determined that this incident is of such severity and magnitude that effective response is beyond the capabilities of the state and the affected local governments and that supplementary federal assistance will be necessary. I am specifically requesting: Individual Assistance, including the Individual and Household Program (IHP), Disaster Unemployment Assistance, Crisis Counseling, Public Assistance (Category A-G funding at 100%), Small Business Administration (SBA) disaster loans and Direct Federal Assistance (DFA) funding at 100% for the affected parishes listed above. We are requesting Hazard Mitigation for all parishes, adjusted from 75% to 100% federal cost-share, contingent upon their participation in long term recovery planning efforts and their agreement to create and/or update an all hazard mitigation plan for their jurisdiction before the end of the Hazard Mitigation Grant Program application period.

To support the evacuation/sheltering effort, I am also requesting: Individual Assistance, including the Individual and Household Program (IHP), Crisis Counseling, and Public Assistance (Category B funding at 100%) for the implementation of the State Shelter Operations Plan - Task Force Parishes: Sector A Parishes: Avoyelles, Catahoula, Concordia, Grant, LaSalle, Natchitoches, Rapides, Sabine, Winn and Vernon. Sector B Parishes: Bossier, Caddo, Claiborne, Union, Lincoln, Morehouse, East Carroll, West Carroll, Richland, Madison, Tensas, Franklin, Ouachita, Jackson, Caldwell, Bienville, DeSoto, Red River, and Webster. Sector C Parishes: Allen, Beauregard, Evangeline, St. Landry, Pointe Coupee, West Feliciana, East Feliciana, East Baton Rouge, Livingston, and St. Helena.

The following information is furnished on the nature and amount of state and local resources that have been or will be used to alleviate the conditions of this disaster:

- Department of Social Services (DSS)/Department of Health and Hospitals (DHH): Has opened (7) Special Need Shelters (SNS) and opened (317) General Population Shelters.
- Louisiana National Guard (LANG) and the Office of Homeland Security and Emergency Preparedness (OHSEP): Providing generators and support staff for SNS and Public Shelters and field personnel and equipment.
- Louisiana State Police (LSP): Costs to support evacuations.
- Louisiana Department of Wildlife and Fisheries (DWF): Costs to support evacuations.
- Louisiana Department of Transportation and Development (DOTD): Costs to support evacuations.

Due to the extraordinary nature of this catastrophic hurricane and based on the anticipated damages in the impacted areas including the Lake Charles Metropolitan region, I am requesting an increase of the federal cost-share from 75% to 100% for Individual Assistance, Public Assistance (All Categories), Direct Federal Assistance, and Hazard Mitigation. I certify that for this major disaster, the state and local governments will assume the applicable non-federal share of costs required by the Stafford Act.

Mr. President
Page Three
September 22, 2005

I request direct federal assistance for work and services to save lives and protect property.

    (a) We do not anticipate state and local government resources to be able to accomplish the volume of debris removal anticipated for this disaster.

    (b) We are requesting a direct debris removal mission assignment for Hurricane Rita.

In accordance with 44 CFR § 206.208, the state of Louisiana agrees that it will, with respect to direct federal assistance:

1. Provide without cost to the United States all lands, easements and rights-of-ways necessary to accomplish the approved work;

2. Hold and save the United States free from damages due to the requested work, and shall indemnify the Federal Government against any claims arising from such work;

3. Provide reimbursement to Federal Emergency Management Agency (FEMA) for the non-federal share of the cost of such work in accordance with the provisions of the FEMA-State Agreement; and

4. Assist the performing federal agency in all support and local jurisdictional matters.

In addition, I anticipate the need for debris removal, which poses an immediate threat to lives, public health, and safety. Pursuant to Sections 403 and 407 of the Stafford Act, 42 U.S.C. §§ 5170b & 5173, the state agrees to indemnify and hold harmless the United States of America for any claims arising from the removal of debris or wreckage for this disaster. The state agrees that debris removal from public and private property will not occur until the landowner signs an unconditional authorization for the removal of debris.

I have designated Colonel Jeff Smith as the State Coordinating Officer for this request. He will work with the Federal Emergency Management Agency in damage assessment and may provide further information or justification on my behalf.

Sincerely,

Kathleen Babineaux Blanco
Governor

jw

Enclosure

## ENCLOSURE A TO EXPEDITED REQUEST

Estimated requirements for other Federal agency programs:
- Department of Social Services (DSS): Opening (3) Special Need Shelters (SNS) and establishing (3) on Standby. Costs estimated at $500,000 per week for each in operation.
- Department of Health and Hospitals (DHH): Opening (3) Shelters and establishing (3) on Standby. Costs estimated at $500,000 per week for each in operation.
- LANG and the Office of Homeland Security and Emergency Preparedness (OHSEP): Providing generators and support staff for SNS and Public Shelters. Costs estimated to range from $250,000-$500,000 to support (6) Shelter generator operations and personnel/equipment support.
- Louisiana State Police (LSP): Costs to support evacuations - $500,000 for a direct landfall.
- Louisiana Department of Wildlife and Fisheries (WLF): Costs to support evacuations - $500,000 for a direct landfall.
- Louisiana Department of Transportation and Development (DOTD): Costs to support evacuations - $5,000,000 for a direct landfall.

Totals:  $130,000,000

Estimated Requirements for assistance under the Stafford Act:

|  | AMOUNT |
|---|---|
| Coordination |  |
| Technical and advisory assistance |  |
| Debris removal | $30,000,000 (est.*) |
| Emergency protective measures | $25,000,000 (est*) |
| Individuals and Households Program (IHP) | $75,000,000 (est*) |
| Distribution of emergency supplies |  |
| Other (specify) |  |
|  |  |
| Totals: | $130,000,000 |
| Grand Total: | $130,000,000 |

(*) Based on Hurricane Isidore, Lili, Ivan and Katrina (FEMA 1435, 1437, 1548, 1603)

Note: Estimates are to reflect total eligible costs before any cost sharing.