MINUTE ENTRY
ENGELHARDT, J.
November 10, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                             SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

       A telephone status conference was conducted on Tuesday, November 10, 2009, at 3:15 p.m. Participating were Thomas L. Cougill, Ryan E. Johnson, Lamont P. Domingue, Thomas W. Thagard, III, Michelle G. Boyle, Adam M. Dinnell, Mikal C. Watts, Gerald E. Meunier and Richard A. Sherburne.

JS10(00:35)