# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

CLARA M. HARVEY )
——————————————— )
Plaintiff )
v. )
LIBERTY HOMES, INC., ET AL. )
——————————————— )
Defendant )
)
)

**RETURN**

Civil Action No. 2:09-cv-4919

## Summons in a Civil Action

To: *(Defendant's name and address)*

Liberty Homes, Inc.
Through its registered agent for service:
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court
Loretta G. Whyte

Deputy clerk's signature

Date: **Oct 23 2009**

---

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  Liberty Homes, Inc. _____ .. _____ ,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with

_____

who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)*  ___by certified mail_____

_____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____28 October, 2009_____

Server's signature

Printed name and title   Lawrence J. Centola, Jr. Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

October 22, 2009

**_CERTIFIED MAIL: 7009 2250 0004 1428 5823_**

Through its registered agent for service:
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

        Re:    *Clara M. Harvey v Liberty Homes, Inc., et al.*
                   EDLA, Case No: 09-4919

Dear Sir/Madam

       Please accept service on behalf of Liberty Homes, Inc.

                Very truly yours,

                Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Liberty Homes, Inc.
Through its Agent for Service of Process
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Nick Crim_    ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

_Nick Crim_    11-3-09

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7009 2250 0004 1428 5823

PS Form 3811, February 2004    Domestic Return Receipt    4919    102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here    OCT 28 2009

Sent To

Liberty Homes, Inc.
Through its registered agent for service:
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

7009 2250 0004 1428 5823