# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS HIGGINBOTHAM, ET AL. )<br>Plaintiff )<br>v. )<br>CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, )<br>ET AL. )<br>Defendant ) | Civil Action No. 2:09-cv-5308 |

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Sentry Insurance a Mutual Company
Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court
Loretta G. Whyte

Deputy clerk's signature

Date: Oct 23 2009

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Sentry Insurance a Mutual Company</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>28 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr.</u> Attorney

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

October 23, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1428 6301</u>**

Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

      Re:    *Louis Higginbotham, et al. v Crum & Forster Specialty Insurance Company, et al.*
              EDLA, Case No: 09-5308

Dear Sir/Madam

    Please accept service on behalf of Sentry Insurance Mutual Company.

                         Very truly yours,

                         Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sentry Insurance Mutual Company
   Through its Registered Agent for Service
   The Corporation Trust Company
   1209 Orange Street
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Scott Lebeuf*    ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   NOV 2 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   [postmark: NOV 3 2009]

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7009 2250 0004 1428 6301

PS Form 3811, February 2004   Domestic Return Receipt   5308   102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

[Postmark: 70113-9610, OCT 28 2009, NEW ORLEANS, LA]

Sentry Insurance A Mutual Company
Through its Registered Agent for Service
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

7009 2250 0004 1428 6301

PS Form 3800, August 2006   See Reverse for Instructions