# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

DANIELLE FRANKLIN O/B/O NASJAE FRANKLIN, ET AL.
          Plaintiff
              v.
THOR CALIFORNIA, INC. DOING BUSINESS IN CALIFORNIA AS THOR MANUFACTURING, ET AL.
          Defendant

Civil Action No. 2:09-cv-4928

**RETURN**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Thor California, Inc. doing business in California as Thor Manufacturing
Through its registered agent for service:
John Deeds
100 S. Main Avenue
Suite 300
Sidney, OH 45365

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Oct 23 2009

Deputy clerk's signature

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Thor California, Inc. doing business in California as Thor Manufacturing__,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) __by certified mail_____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __28 October, 2009__

Server's signature

Printed name and title __Lawrence J. Centola, Jr.  Attorney__

Server's address __600 Carondelet St., Suite 602, New Orleans, LA 70130__

October 22, 2009

**CERTIFIED MAIL: 7009 2250 0004 1428 6226**

Through its registered agent for service:
John Deeds
100 S. Main Avenue
Suite 300
Sidney, OH 45365

      Re:    *Danielle Franklin O/B/O Nasjae Franklin, et al. v Thor California, Inc. Doing Business in California as Thor Manufacturing, et al.* EDLA, Case No: 09-4928

Dear Sir/Madam

    Please accept service on behalf of Thor California, Inc. doing business in California as Thor Manufacturing.

                        Very truly yours,

                        Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thor California, Inc. doing Business in California as Thor Manufacturing Through its Agent for Service of Process
John Deeds
100 S. Main Avenue, Suite 300
Sidney, OH 45365

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Marilyn Voisard    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MARILYN VOISARD
C. Date of Delivery: 11-7-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0004 1428 6226

PS Form 3811, February 2004   Domestic Return Receipt   4428   102595-02-M-154



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — USPS New Orleans LA 70113-9616 OCT 28 2009

7009 2250 0004 1428 6226

Thor California, Inc. doing Business in California as Thor Manufacturing
Through its Agent for Service of Process
John Deeds
100 S. Main Avenue, Suite 300
Sidney, OH 45365

PS Form 3800, August 2006    See Reverse for Instructions