# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

| | |
|---|---|
| LAWRENCE JAMES, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-4893 |
| TIMBERLAND RV COMPANY D/B/A ADVENTURE ) | |
| MANUFACTURING, ET AL. ) | |
| Defendant ) | |
| ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
Baker & Daniels
202 S. Michigan St, Suite 1400
South Bend, IN 46601-2020

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

*B. Gregory*
Name of clerk of court

Oct 23 2009

Deputy clerk's signature

Date: _____

October 22, 2009

**<u>CERTIFIED MAIL: 7009 2250 0004 1429 0780</u>**

Through its Agent for Service of Process
Baker & Daniels
202 S. Michigan St, Suite 1400
South Bend, IN 46601-2020

   Re: *Lawrence James et al. v Timberland RV Company D/B/A Adventure Manufacturing, et al.* EDLA, Case No: 09-4893

Dear Sir/Madam

  Please accept service on behalf of Timberland RV Company d/b/a Adventure Manufacturing.

            Very truly yours,

            Lawrence J. Centola Jr.

LC:jld
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Timberland RV Company d/b/a
   Adventure Manufacturing
   Baker & Daniels
   202 S. Michigan St.
   Suite 1400
   South Bend, IN 46601-2020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ✗ *Marlene Voorde*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   MARLENE VOORDE            11·2·09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 2250 0004 1429 0780

PS Form 3811, February 2004   Domestic Return Receipt   4893   102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NEW ORLEANS, LA 70113 OCT 28 2009

7009 2250 0004 1429 0780

Sent To
Timberland RV Company d/b/a Adventure Manufacturing
Baker & Daniels
202 S. Michigan St. Suite 1400
South Bend, IN 46601-2020

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Timberland RV Company doing business as Adventure Manufacturing</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>28 October, 2009</u>

Server's signature

Printed name and title <u>Lawrence J. Centola, Jr.</u> Attorney

Server's address <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>