# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

**RETURN**

JOHN JORDAN, JR. )
Plaintiff )
v. ) Civil Action No. 2:09-cv-4915
TIMBERLAND RV COMPANY D/B/A ADVENTURE )
MANUFACTURING, ET AL. )
Defendant )
)

## Summons in a Civil Action

To: *(Defendant's name and address)*

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
Baker & Daniels
202 S. Michigan St, Suite 1400
South Bend, IN 46601-2020

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Oct 23 2009

Deputy clerk's signature

Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Timberland RV Company doing business as Adventure Manufacturing__, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __by certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __28 October, 2009__

Server's signature

Printed name and title   __Lawrence J. Centola, Jr.__  Attorney

Server's address   __600 Carondelet St., Suite 602, New Orleans, LA 70130__

October 22, 2009

**CERTIFIED MAIL: 7009 2250 0004 1428 5922**

Through its Agent for Service of Process
Baker & Daniels
202 S. Michigan St, Suite 1400
South Bend, IN 46601-2020

  Re: *John Jordan Jr., v Timberland RV Company D/B/A Adventure Manufacturing, et al.* EDLA, Case No: 09-4915

Dear Sir/Madam

  Please accept service on behalf of Timberland RV Company d/b/a Adventure Manufacturing.

           Very truly yours,

           Lawrence J. Centola Jr.

LC:jld
See Enclosures

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Timberland RV Company d/b/a
    Adventure Manufacturing
    Baker & Daniels
    202 S. Michigan St.
    Suite 1400
    South Bend, IN 46601-2020

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X *Marlene Voorde*    ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   MARLENE VOORDE               11·2·09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7009 2250 0004 1428 5922

PS Form 3811, February 2004    Domestic Return Receipt 4915    102595-02-M-154

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — 70113-9610 New Orleans, LA — OCT 28 2009 USPS

7009 2250 0004 1428 5922

Sent To
Timberland RV Company d/b/a Adventure Manufacturing
Baker & Daniels
202 S. Michigan St. Suite 1400
South Bend, IN 46601-2020

PS Form 3800, August 2006    See Reverse for Instructions