AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09-CV-01006-RTH-MEM
## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
**American Camper Manufacturing L L C (Defendant)**,

by: __Robert W. collier__

(1) personally delivering a copy of each to the individual at this place, _____ or;

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on __October 13, 2009__ ; or

(5) other *(specify)* __Building is vacant, for sale sign in front__
__FM stone commercial  574-296-1308__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

*Robert W Collier*
Server's signature

Robert W. Collier  Action Process S[...]
Printed name and title
55160 Butternut  Rd
South Bend, Indiana 46628
Server's address

*Cherie A. Collier*
*Notary Public*
*State of Indiana*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONIA JOSEPH, ET AL. <br> Plaintiff <br> v. <br> ALLIANCE HOMES INC., ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. 6:09-CV-01006-RTH-MEM <br> ) <br> ) |

## Summons in a Civil Action

To: **American Camper Manufacturing L L C (Defendant)**
American Camper Manufacturing, LLC d/b/a Ameri-Camp
Through is Agent for Service of Process – Jim Tillbrook
72440 State Road 13
Syracuse, IN 46567-9236

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Lawrence Joseph Centola
> Hurricane Legal Center
> 600 Carondelet St Ste 602
> New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-06-24 16:24:14.0 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*