AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09–CV–01019–RFD–CMH
**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on
**American Camper Manufacturing L L C (Defendant)**,

by: __Robert W. Collier__

(1) personally delivering a copy of each to the individual at this place, _____ or;

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on __October 13, 2009__; or

(5) other *(specify)* __Building is vacant, for sale sign in front__
__FM stone Commercial 574-296-1308__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

Server's signature

Robert W. Collier Action Process Srv
Printed name and title
55160 Butternut Rd
South Bend, Indiana 46628
Server's address

Cherie A. Collier
Notary Public
State of Indiana

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEANNA GRIFFIN, ET AL. <br> Plaintiff <br> v. <br> ALLIANCE HOMES INC., ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. 6:09-CV-01019-RFD-CMH <br> ) <br> ) |

## Summons in a Civil Action

To: **American Camper Manufacturing L L C (Defendant)**
Jim Tilbrooke
72440 State Road 13
Syracuse, IN 46567-9236

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Joseph Centola
Hurricane Legal Center
600 Carondelet St Ste 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-09-14 17:03:29.0, Clerk USDC WDLA

* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)