UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Civil Action No. 07-9228* | § | |
| *Aldridge, et al v. Gulf Stream Coach, Inc., et al* | § | MAGISTRATE CHASEZ |
| *(Elisha Dubuclet o/b/o Timia Dubuclet)* | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFENDANT FLUOR ENTERPRISES, INC.'S RESPONSE
TO FLEETWOOD ENTERPRISES, INC.S, MOTIONS IN LIMINE

Defendant Fluor Enterprises, Inc. hereby adopts and joins in the following motions filed

on behalf of co-defendant Fleetwood Enterprises, Inc (Fleetwood):

1. Rec. Doc 6655, Fleetwood's Daubert Motion to Exclude testimony of Al Mallet

2. Rec. Doc. 6644, Fleetwood's MIL to limit testimony of Dr. Paul Hewett.

3. Rec. Doc 6649, Fleetwood's MIL to limit testimony of Kenneth Laughery, PhD.

4. Rec. Doc 6660, Fleetwood's MIL to limit testimony of Stephan Smulski, PhD.

5. Rec. Doc. 6657, Fleetwood's MIL to limit testimony of Charles David Moore, P.E.

6. Rec. Doc 6661, Fleetwood's MIL to limit testimony of Marco Kaltofen.

7. Rec. Doc 6649, Fleetwood's MIL to limit testimony of Patricia Williams, PhD.

8. Rec. Doc 6662, Fleetwood's Motion to Exclude testimony of Dr. Edward Shwery.

9. Rec. Doc 6665, Fleetwood's Exclude testimony of Dr. Lawrence Miller.

10. Rec. Doc 6649, Fleetwood's MIL to limit testimony of Ervin Ritter, P.E..

The Court should grant each such Motion for all the reasons set forth in Defendant Fleetwood

Enterprises, Inc.'s Memorandum filed in support thereof.


Dated:November 13, 2009                        Respectfully Submitted,

                                                **MIDDLEBERG, RIDDLE & GIANNA**

                                                BY:     s/ Richard A. Sherburne, Jr.
                                                Dominic J. Gianna, La. Bar No. 6063
                                                Sarah A. Lowman, La. Bar No. 18311
                                                201 St. Charles Avenue, Suite 3100
                                                New Orleans, Louisiana 70170
                                                Telephone: (504) 525-7200
                                                Facsimile:  (504) 581-5983
                                                dgianna@midrid.com
                                                slowman@midrid.com

                                                Charles R. Penot, Jr., La. Bar No. 1530 &
                                                Texas Bar No. 24062455
                                                717 North Harwood, Suite 2400
                                                Dallas, Texas 75201
                                                Telephone: (214) 220-6334
                                                Facsimile:  (214) 220-6807
                                                cpenot@midrid.com

                                                        -and-

                                                Richard A. Sherburne, Jr., La. Bar No. 2106
                                                450 Laurel Street, Suite 1101
                                                Baton Rouge, Louisiana 70801
                                                Telephone: (225) 371-7700
                                                Facsimile:  (225) 381-7730
                                                rsherburne@midrid.com

                        **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2009, a copy of the foregoing Response  on behalf of Fluor Enterprises, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.


/s/ Richard A. Sherburne, Jr.
RICHARD A. SHERBURNE, JR.
rsherburne@midrid.com