UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-05563: *Stubbs v. Timberland RV Company d/b/a Adventure Manufacturing*

### NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff Judith R. Stubbs hereby dismisses her claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 13th day of November, 2009.

                                             By:   /s/ James M. Priest, Jr.  
                                                            James M. Priest, Jr.,  
                                                             Attorney for Plaintiffs

Of Counsel:  
W. Bobby Gill, III, Miss. Bar #9857  
Kirk G. Ladner, Miss. Bar #9977  
James M. Priest, Jr., Miss. Bar #99352  
GILL, LADNER & PRIEST, PLLC

403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            /s/ James M. Priest, Jr.
                                            James M. Priest, Jr.