UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
Member Case No. 07-9228

*************************************************

## STATEMENT

**Paul Lastrapes** has advised his attorneys associated with the Plaintiffs Steering Committee that he has been working out of state for the past three years with the International Union of Operating Engineers (IUOE) Local 25, a union based in New Jersey, having recent assignments in North Carolina and New Jersey. Currently, Mr. Lastrapes is working on assignment in New Jersey as a dozer operator for Great Lakes Dredge and Dock based out of Oakbrook, Illinois. Mr. Lastrapes is unable to predict whether the New Jersey assignment will continue through July of 2010 or whether he will be on a different assignment at that time. However, Mr. Lastrapes does not foresee work in the New Orleans area between now and the trial against Keystone RV Company, CH2M Hill Constructors, Inc., and the United States Government through the Federal Emergency Management Agency (FEMA) scheduled for July 19, 2010. Based upon his work schedule which is out-of-state and unpredictable in location, Mr. Lastrapes believes a full two week trial in July 2010 would be unduly difficult to attend and participate.

Accordingly, Mr. Lastrapes has informed his attorneys that he cannot in good faith sign a certification for bellwether trial purposes. If the MDL does not resolve by settlement after the bellwether trials are concluded, Mr. Lastrapes will be available as a trial plaintiff in the appropriate scheduling of trials following remand.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 13, 2009.

/s/Gerald E. Meunier
GERALD E. MEUNIER