UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: Member Case No. 07-9228 | * * * * | JUDGE ENGLEHARDT MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CORRECTION TO PLAINTIFF FACT SHEET

**Paul Lastrapes** has advised his attorneys associated with the Plaintiffs Steering Committee that the information provided on his Plaintiff Fact Sheet ("PFS") is incorrect as to his "move in" date. While his PFS indicates he moved into the EHU on January 12, 2006, Mr. Lastrapes did not move into the Keystone unit, VIN #4YPT26026N129851, until January 2007, at the earliest.

_____
GERALD E. MEUNIER
**Representative for Paul Lastrapes**

