# Exhibit "B"

## Deposition Transcript Excerpt of Dr. Edward H. Shwery

Page 15, Line 24-25;
Page 16, Line 1-10; and
Page 67, Line 1-6.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                                    Dr. Edward H. Shwery

Page 15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24        Q.    Tell me, please, what did you
25    review for this case by way of medical

1   records, background documents, anything you
2   can recall.
3        A.   Yes.  Deposition of Ms. Dubuclet.
4        Q.   That would be Elisha Dubuclet?
5        A.   Yes.  I also reviewed Children's
6   Hospital records; the records of Dr. White,
7   Dr. Miller -- report by Dr. Miller --
8   records of Dr. Farber, and there were one or
9   two other brief medical records that are on
10  these disks.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Dr. Edward H. Shwery

Page 67

```
 1        Q.   How long do you think you spent
 2   with Elisha Dubuclet on the 13th of July?
 3        A.   Three hours, probably.
 4        Q.   And how long do you think you
 5   spent with Timia Dubuclet on the 15th?
 6        A.   It was four to five hours, total.
```

PROFESSIONAL SHORTHAND REPORTERS, INC    (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport