```
                                                               Page 1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

                              DOCKET MDL NO. 1873 "N"
                              NEW ORLEANS, LOUISIANA
                              THURSDAY, SEPTEMBER 17, 2009, 8:30 A.M.

THIS DOCUMENT IS RELATED TO

CHARLIE AGE, ET AL V
GULF STREAM COACH, INC.,
ET AL, DOCKET NO. 09-2892;
ALANA ALEXANDER,
INDIVIDUALLY AND ON BEHALF
OF CHRISTOPHER COOPER

****************************************************************

                             DAY 4
                         MORNING SESSION
              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS:

                         GAINSBURGH BENJAMIN DAVID MEUNIER AND
                         WARSHAUER
                         BY:  GERALD E. MEUNIER, ESQUIRE
                         2800 ENERGY CENTRE
                         1100 POYDRAS STREET, SUITE 2800
                         NEW ORLEANS LA   70163


                         THE BUZBEE LAW FIRM
                         BY:  ANTHONY G. BUZBEE, ESQUIRE
                         600 TRAVIS, SUITE 7300
                         HOUSTON TX   77002
```

IN RE: FEMA TRAILER                                      CATHY PEPPER, CRR
FORMALDEHYE PRODUCTS LIABILTY LITIGATION                 SEPTEMBER 17, 2009

```
                                                              Page 2
 1   APPEARANCES CONTINUED:
 2
                         WATTS GUERRA CRAFT
 3                       BY:  MIKAL C. WATTS, ESQUIRE
                         FOUR DOMINION DRIVE
 4                       BUILDING THREE, SUITE 100
                         SAN ANTONIO TX 78257
 5
 6                       HILLIARD MUNOZ GUERRA
                         BY:  ROBERT C. HILLIARD, ESQUIRE
 7                       719 S. SHORELINE BOULEVARD #500
                         CORPUS CHRISTI TX 78401
 8
 9                       CHRIS PINEDO
                         ATTORNEY AT LAW
10                       802 N. CARANCAHUA, SUITE 2250
                         CORPUS CHRISTI TX  78470
11
12   FOR GULF STREAM COACH, INC.:
13                       DUPLASS ZWAIN BOURGEOIS MORTON
                         PFISTER & WEINSTOCK
14                       BY:  ANDREW D. WEINSTOCK, ESQUIRE
                              JOSEPH G. GLASS, ESQUIRE
15                       THREE LAKEWAY CENTER
                         3838 N. CAUSEWAY BOULEVARD
16                       SUITE 2900
                         METAIRIE LA  70002
17
18                       SCANDURRO & LAYRISSON
                         BY:  TIMOTHY D. SCANDURRO, ESQUIRE
19                       607 ST. CHARLES AVENUE
                         NEW ORLEANS LA  70130
20
21
     FOR FLUOR ENTERPRISES, INC.:
22
                         MIDDLEBERG RIDDLE & GIANNA
23                       BY:  CHARLES R. PENOT, JR., ESQUIRE
                              RICHARD A. SHERBURNE, ESQUIRE
24                            SONIA MALLETT, ESQUIRE
                         717 N. HARDWOOD
25                       DALLAS TX  75201
```

IN RE:   FEMA TRAILER                                        CATHY PEPPER, CRR
FORMALDEHYE PRODUCTS LIABILTY LITIGATION                   SEPTEMBER 17, 2009

Page 3

1   OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RMR, CRR
                                 500 POYDRAS STREET, ROOM B406
2                                NEW ORLEANS LA   70130
                                 (504) 589-7779
3
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
4   PRODUCED BY COMPUTER.

5

6

7                            I N D E X

8

9   EXAMINATIONS                                                    PAGE

10

11  VIDEOTAPED DEPOSITION OF RICHARD SOBER.................    5

12  DR. EDWARD SHWERY......................................   23

13  VOIR DIRE EXAMINATION BY MR. MEUNIER...................   23

14  DIRECT EXAMINATION BY MR. MEUNIER......................   25

15  CROSS-EXAMINATION BY MR. GLASS.........................   49

16  CROSS-EXAMINATION BY MR. SHERBURNE.....................   63

17  REDIRECT EXAMINATION BY MR. MEUNIER....................   67

18  CHARLES DAVID MOORE....................................   69

19  DIRECT EXAMINATION BY MR. HILLIARD.....................   70

20  CROSS-EXAMINATION BY MR. PENOT......................... 100

21  REDIRECT EXAMINATION BY MR. HILLIARD................... 122

22

23

24

25

```
19            MR. GLASS:  YOUR HONOR, I'LL STIPULATE TO HIS EXPERTISE
20   IN CLINICAL PSYCHOLOGY.
21            THE COURT:  IS HE BEING TENDERED AS AN EXPERT IN THE
22   FIELD OF CLINICAL PSYCHOLOGY?
23            MR. MEUNIER:  CLINICAL PSYCHOLOGY, YES, JUDGE.
```

IN RE: FEMA TRAILER                                      CATHY PEPPER, CRR
FORMALDEHYE PRODUCTS LIABILTY LITIGATION                 SEPTEMBER 17, 2009

Page 125

1  THE COURT SECURITY OFFICER: ALL RISE.

2  (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE JURY

3  PANEL LEAVES THE COURTROOM, AND THE COURT WAS IN LUNCHEON

4  RECESS.)

5                           *   *   *

6

7

8                       REPORTER'S CERTIFICATE

9

10   I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED

11  MERIT REPORTER, REGISTERED PROFESSIONAL REPORTER, CERTIFIED COURT

12  REPORTER, OFFICIAL COURT REPORTER FOR THE UNITED STATES DISTRICT

13  COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY THAT THE

14  FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY

15  ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN

16  THE ABOVE-ENTITLED AND NUMBERED MATTER.

17

18

19                              S/CATHY PEPPER

20                              CATHY PEPPER, CRR, RMR, CCR

21                              OFFICIAL COURT REPORTER

22                              UNITED STATES DISTRICT COURT

23

24

25