UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION TO WITHDRAW ITS MOTION IN LIMINE TO LIMIT DR. GEORGE A. FARBER'S TESTIMONY**

NOW INTO COURT, through undersigned counsel, comes Defendant, Fleetwood Enterprises, Inc. (hereinafter "Fleetwood"), and respectfully moves this Honorable Court to withdraw its Motion in Limine to Limit Dr. George A. Farber's Testimony [Rec. Doc. 6656]. Inasmuch as counsel for Plaintiff have now confirmed to Defendants in writing that they will not call Dr. George A. Farber as a witness in the Dubuclet bellwether trial, Fleetwood's motion to exclude his testimony is now moot. Therefore, Fleetwood respectfully moves to formally withdraw its motion at Rec. Doc. 6656.

This 13th day of November 2009.

Respectfully submitted:

/s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
E-mail: richard.hines@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700

Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

**C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( ) Hand Delivery    ( ) Prepaid U.S. Mail

( ) Facsimile     ( ) Federal Express

(X) CM/ECF

  New Orleans, Louisiana, this 13th day of November 2009.

         _/s/ Richard K. Hines, V_
         Richard K. Hines, V
         Georgia Bar No. 356300
         E-mail:  richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)