UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV 12  PM 3: 50

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N-5" |
| THIS DOCUMENT RELATES TO *Member Case No. 09-2982* | * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

*****************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Ex Parte Motion to Continue Defendants, Gulf Stream Coach, Inc., and Fluor Enterprises, Inc., Motions for the Taxation of Costs filed by the plaintiff is GRANTED and reset for the 2nd day of December, 2009 at 9:30 A.M. for oral argument before the Clerk of Court.

New Orleans, Louisiana, this 10th day of Nov., 2009.

Loretta G. Whyte
CLERK

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____