AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

CHERYL ANDREWS, et als.  )
          *Plaintiff*       )
v.  )   Civil Action No. 1:09cv518 H50-JMR
GULF STREAM COACH, INC., et als.  )
         *Defendant*     )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, through the U.S. Attorney
for the Southern District of Mississippi
Stan Harris, Acting U.S. Attorney
188 East Capitol Street
One Jackson Place, Suite 500
Jackson, MS 39201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sidney D. Torres, III
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**
*CLERK OF COURT*

Date: 7/30/09

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USA through US Attorney for SD-MS
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* See US mail, certified card

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/12/09

Server's signature

---

**SENDER: COMPLETE THIS SECTION**
Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
United States of America, through the U.S. Attorney for the SD-MS
Stan Harris, Acting U.S. Attorney
188 East Capitol Street
One Jackson Place, Suite 500
Jackson, MS 39201

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _Case_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Lindsay Case
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
Transfer from service label: 7001 2510 0001 8537 1722

Form 3811, February 2004   Domestic Return Receipt

Law Offices of
**SIDNEY D. TORRES, III**
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043