UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO
Member case No. 07-9228

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing by Defendant Fleetwood Enterprises, Inc. Regarding its Motion for Leave to File Motions Out of Time (Rec. Doc. 6803)** is **GRANTED.** Because the two "untimely" motions were filed only "one hour" late, the Court sees no need to order that an opposition be filed to this motion. Accordingly,

**IT IS FURTHER ORDERED** that **Fleetwood Enterprises, Inc.'s Motion for Leave to File Motions Out of Time (Rec. Doc. 6802) Is GRANTED.** The Court notes that this motion did not state whether it is opposed. **All future motions should comply with Pretrial Order 10. Further, there is no need to request expedited hearing on unopposed motions. By their very nature, they are treated on an expedited basis.**

**IT IS FINALLY ORDERED that** oppositions to the motions at Rec. Docs. 6664 and 6665 shall be filed **on or before Tuesday, November 17, 2009**. The Court hereby grants leave to file replies to these motions (leave of Court need not be requested). Such replies shall be filed **on or**

**before Thursday, November 19, 2009.**

New Orleans, Louisiana, this 12th day of November, 2009.

                                              **KURT D. ENGELHARDT**
                                              **UNITED STATES DISTRICT JUDGE**