UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER             MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

           SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER

**IT IS ORDERED** that oppositions to the motion at Rec. Docs. 6898 shall be filed **on or before Tuesday, November 17, 2009**. The Court hereby grants leave to file replies to these motions (leave of Court need not be requested). Such replies shall be filed **on or before Thursday, November 19, 2009.**

New Orleans, Louisiana, this 13th day of November, 2009.

                                  **KURT D. ENGELHARDT**
                                  **UNITED STATES DISTRICT JUDGE**