UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * * | |
| Case No. 07-9228 | | * * * | JUDGE: ENGELHARDT |
| | | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering Fleetwood Enterprises, Inc's Motion to Withdraw its Motion in Limine to Exclude the Testimony of Plaintiff's Expert, Mary DeVany,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**DONE AND SIGNED** this  13th  day of   November   , 2009

　　　　　　　　　　　　　　_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**