UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                   SECTION "N"  (4)

This Document Relates to:
*Dubuclet v. Fleetwood Enterprises, Inc.*

Case No. 07-9228

## O R D E R

Due to a conflict in the Court's schedule, the pre-trial conference, presently scheduled for Thursday, November 19, 2009, at 10:30 a.m., is rescheduled for 9:00 a.m. on the same date.

New Orleans, Louisiana, this 13th day of November, 2009.

                                       _____
                                                  **KURT D. ENGELHARDT**
                                                  **United States District Judge**