UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
|         FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
|         LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892* | * | |
| | * | |
| **This Pleading Relates Only to**: Severed Claims of Alana Alexander | * | MAG: CHASEZ |
| individually and on behalf of the minor child Christopher Cooper | * | |

*****************************************************************************

### ORDER

Considering Gulf Stream Coach, Inc.'s Local Rule 7.8.1 Motion for Leave to File an Opposition to Plaintiff's Motion for New Trial, or Alternatively, Motion for Relief from Judgment in Excess of Page Limit,

**IT IS HEREBY ORDERED** that the Motion is granted, and that Gulf Stream Coach, Inc. may file its Opposition to Plaintiff's Motion for New Trial, or Alternatively, Motion for Relief from Judgment in excess of the page limit.

**DONE AND SIGNED** this  13th  day of  November, 2009.

_____
**HONORABLE KURT D. ENGELHARDT**
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA