```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

****************************************************************

```
IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
                              DOCKET MDL NO. 1873 "N"
                              NEW ORLEANS, LOUISIANA
                              MONDAY, SEPTEMBER 14, 2009, 8:30 A.M.
THIS DOCUMENT IS RELATED TO
CHARLIE AGE, ET AL V
GULF STREAM COACH, INC.,
ET AL, DOCKET NO. 09-2892;
ALANA ALEXANDER,
INDIVIDUALLY AND ON BEHALF
OF CHRISTOPHER COOPER
```

****************************************************************

```
                         MORNING SESSION
              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                   UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

                         GAINSBURGH BENJAMIN DAVID MEUNIER AND
                         WARSHAUER
                         BY:  GERALD E. MEUNIER, ESQUIRE
                         2800 ENERGY CENTRE
                         1100 POYDRAS STREET, SUITE 2800
                         NEW ORLEANS LA  70163

                         THE BUZBEE LAW FIRM
                         BY:  ANTHONY G. BUZBEE, ESQUIRE
                         600 TRAVIS, SUITE 7300
                         HOUSTON TX  77002
```

```
 1              PROSPECTIVE JUROR 1:  MITZI MARKERSON AUCOIN.  I'M A
 2   PARA-PROFESSIONAL WITH TERREBONNE PARISH SCHOOL BOARD.  MY
 3   HUSBAND IS A FINANCIAL ADVISOR WITH EDWARD JONES INVESTMENTS.  I
 4   HAVE TWO CHILDREN, AGES 17 AND 14.  IS THAT IT?
 5              MR. WATTS:  WHAT DO THEY DO FOR A LIVING?
 6              PROSPECTIVE JUROR 1:  THEY ARE STUDENTS.
 7              THE COURT:  THEY'RE STUDENTS.  ALL RIGHT.  LET'S MOVE ON
 8   THEN TO MS. ROBICHAUX, NUMBER 2.
 9              PROSPECTIVE JUROR 2:  MY NAME IS SAMANTHA ROBICHAUX,
10   SINGLE, NO KIDS.  I'M A REGISTERED NURSE.  I WORK AT TERREBONNE
11   GENERAL MEDICAL CENTER IN HOUMA, LOUISIANA.
12              THE COURT:  MR. WETZEL.
13              PROSPECTIVE JUROR 3:  MICHAEL WETZEL.  I'M THE PRESIDENT
14   OF BIG EASY LIMOS.  MY WIFE IS RETIRED.  I HAVE TWO CHILDREN, 30
15   AND 35.  THE 30-YEAR-OLD WORKS FOR ME AND THE 35 WORKS FOR
16   BLESSEY INDUSTRIES, WHICH IS A TUGBOAT COMPANY OUT ON THE RIVER.
17              MR. HILLIARD:  WHAT DID YOUR WIFE DO BEFORE SHE RETIRED?
18              PROSPECTIVE JUROR 3:  OH, I'M SORRY.  SHE WAS A
19   SECRETARY FOR A REAL ESTATE.
20              PROSPECTIVE JUROR 4:  BERT ST. ROMAIN, III.  I'M SINGLE,
21   AND I'M A SALES REP FOR COMMUNITY COFFEE.
22              PROSPECTIVE JUROR 5:  STEPHEN HYMEL, MARRIED, TWO KIDS,
23   EIGHT AND NINE.  MY WIFE IS AN OCCUPATIONAL THERAPIST.  I'M A
24   REGISTERED NURSE.
25              THE COURT:  THANK YOU, MR. HYMEL.
```

```
 1              PROSPECTIVE JUROR 7:  CRAIG NAQUIN, AUTO MECHANIC.  MY
 2     WIFE WORKS AS A FOOD SERVER.  I HAVE TWO KIDS, 8 AND 18.
 3              THE COURT:  8 AND 18.
 4              PROSPECTIVE JUROR 8:  MAXINE BOURG, ACCOUNTS MANAGER FOR
 5     A NURSING COMPANY.  I'M THE ONLY PERSON IN THAT DEPARTMENT.  I
 6     HAVE TWO CHILDREN, AGE 25 AND 10.  AND MY HUSBAND IS A SALESMAN.
 7              THE COURT:  ALL RIGHT.
 8              PROSPECTIVE JUROR 9:  RACHEL MORRIS.  SINGLE, AND I WORK
 9     AS A CASHIER.
10              THE COURT:  IF YOU COULD -- AGAIN, I HATE TO GET ON YOU
11     ALL WITH THE PADDLES, BUT IF YOU HOLD YOUR --
12              PROSPECTIVE JUROR 9:  WORK AT WAL-MART AS A CASHIER.
13              THE COURT:  THAT'S DREW BREES' NUMBER, NUMBER 9.
14              PROSPECTIVE JUROR 10:  GLEN DEMPSEY.  I'M EMPLOYED AS AN
15     AIR TRAFFIC CONTROL SPECIALIST FOR 21 YEARS.  MARRIED FOR
16     22 YEARS.  SIX KIDS, AGES 20 THROUGH THREE.  AND MY WIFE IS A
17     HOMEMAKER.
18              THE COURT:  ANY OF YOUR KIDS EMPLOYED OUTSIDE THE HOME?
19              PROSPECTIVE JUROR 10:  NO, THEY ARE IN COLLEGE.
20              THE COURT:  ALL RIGHT.  THANK YOU.
21              PROSPECTIVE JUROR 11:  RONALD FRANKLIN.  I'M A
22     CARPENTER.  I JUST LOST MY WIFE.  AND I HAVE TWO KIDS, 32 AND 33.
23              THE COURT:  ARE YOUR TWO CHILDREN EMPLOYED?
24              PROSPECTIVE JUROR 11:  YES.
25              THE COURT:  THE 32 AND 33, HOW ARE THEY EMPLOYED?
```