## JUROR QUESTIONNAIRE

Full Name: _Rachel marie morris_ Male _____   Female _____

Date of Birth: _09-24-1987_

Place of Birth: _new orleen_ _____

**Each of the parties in this case has a right to have the case tried by a qualified, fair and impartial jury. A qualified, fair and impartial jury is one which is responsible and capable and which, without favor, bias, prejudice, passion or sympathy, will objectively hear and decide the issues to be tried and render its verdict solely on the evidence presented at trial and the law applicable to the case, as given to the jury by this Court.**

**This questionnaire is designed to shorten the amount of time the Court and/or the attorneys will need to ask you questions in open court, so please provide as much detail to your answers as possible. You are obliged as prospective jurors to provide answers in this questionnaire, which are truthful and supportable by your oath as a prospective juror. If you are selected as a juror, this questionnaire will become part of the Court's record, but the information you provide here will be held confidential and will be seen only by the attorneys, parties, the judge and the Court's staff. Please recognize that there are no right or wrong answers to this questionnaire. If you feel you**

should not answer a particular question, please write "Need to discuss" and the

Court will address this with you privately.

**Please do not write on the back of any page.**

1.   What is your current residence address? *238 Historic east st Garyville La*

2.   How long have you lived in this area of Louisiana? *21*

3.   What other cities and states have you lived in during the last ten years? *N/A*

4.   Where did you grow up? *Garyville*

5.   Do you:

  _____Own your home   _____ Rent your home

  ___✓___ Live with homeowners of the residence

6.   Is your residence a house, apartment, condominium or <u>mobile home?</u>

7.   What is your current marital status?

  _✓_Single   ___Married   ___ Divorced   ___Widowed   ___ Life Partner

8.   Do you have children?      ____ Yes      __✓__ No

If "Yes", please list their ages, highest level of school completed, and

occupations:

9.   Are you primarily responsible for making financial decisions and taking care

of financial matters in your family?      ____ Yes      __✓__ No

If "Yes", please explain:

10.  Describe your educational background:

What was the highest level of school you completed?  12

If college, what was your major/primary area(s) of study?  N/A

What degrees or certificates did you attain, if applicable:  N/A

List any technical courses you have taken:  N/A

11.   What is your current employment status?

_____Full-time _____Part-time _____Self-employed _____Retired

_____Homemaker _____Student _____Disabled _____Unemployed

_____Other: _____

Please list your current or most recent occupation:

Name of employer: *Wal-Mart*

Type of business:

Years employed by this employer: *2 1/2*

Current job duties:

Do/did these duties include the hiring, training, supervision, evaluation, discipline and firing of individuals, if so please explain:



Number of individuals you supervise, if any:

12.   For the last five years, please list your employers and the job duties you had for each.   N/A

13.   If you are or were ever married, have or had a life partner, please state the following for your spouse or partner:

Highest level of education completed and degrees attained, if applicable:

Name of current or last known employer and job duties:

14.   Are you parents living?

**Mother:** _____ Yes   _____ No   **Father:** _____ Yes   _____ No

15. What are your parents' primary occupations (If retired or deceased, previous occupations):

Mother: _____ N/A _____

Father: _____ N/A _____

16. Do you, your spouse/partner or any member of your immediate family belong to a Labor Union?     _____ Yes     ___ No

If "Yes", which union: _____

17. Have you, your spouse/partner or any member of your immediate family ever served in the military? If so, please state:

Which branch of service?

What was your/their military occupational specialty?

What was your/their current or most recent rank?

Number of years of service?

18.   What social, civic, professional, religious, trade or other organizations are

you or your spouse/partner affiliated with?



Describe any offices held:


19.   Voter Registration:

_____Democrat   _____Republican   _____Independent

_____Other: _____

20.   Have you ever held or sought political office?   _____ Yes   _____ No

If "Yes", what office?

21.   Did you vote in the last presidential election?   _____ Yes   _____ No

22.   Did you vote in the last congressional election in your district?

_____ Yes   _____ No

23.   Did you vote in the last mayoral (or parish president) election where you

live?

_____ Yes   _____ No

24.   When you are in a group, how often would you say that you speak out or take

a leadership position?

_____ Frequently

_____ Occasionally

_____ Seldom

_____ Never

25.    If selected as a juror, you will be asked to maintain your honest beliefs about what the evidence shows, while at the same time giving full consideration to the views of other jurors without hesitation to re-examine your own opinion and change your mind, if convinced that you are wrong.  Do you believe this will be possible for you? _____ Yes _____ No

If "No", please explain in full your concerns about this.

26.    What are your three principal sources of news? (Circle no more than three)

        Newspapers          Magazines

        ~~Local TV News~~    National TV News

        ~~Radio~~            ~~TV Talk Shows~~

        Internet             Other _____

27.    Do you believe that the news media:

___Is always accurate

___Is usually accurate

___Is rarely accurate

___Is never accurate

___Unsure

28.    What television programs do you watch regularly (including news

programs? *one on one*

29.    What do you like to do in your spare time (hobbies, recreations, or pastimes)?

*sleep*

30.    Do you  own a computer, or have routine access to one?

_____ Yes       _____ No

If "Yes", what image do you currently maintain as your screen saver on that

computer?

9

31.   What informational websites do you visit regularly (including news websites, but excluding commercial vendor websites visited for making personal purchases)? *N/A*

32.   Do you access one or more blogs on the Internet at least on a weekly basis?

    _____ Yes    __✗__ No

If "Yes", what is/are the name(s) and the general subject(s) of the blog(s) you most often access?

33.   Do you have any bumper stickers on your car(s)?  If "Yes", what do they say? *No*

34.   Within the past five years, have you experienced any of the following events: (Circle all that apply)

        Loss of employment

        Serious financial hardship

        Major hospitalization

        Surgery

        Taken time off work because of stress

Serious illness or injury

Death of spouse/partner or child

Separation from partner, spouse or child

Divorce

35.    Compared to others you know, would you describe yourself as an unusually sympathetic person?

_____ Yes        _____ No  Please explain:

DO not teuk gurel with othe/

36.    Have you/anyone close to you ever received:

_____ Disability Insurance        _____ Unemployment Compensation

_____ Public housing assistance        _____ Worker's Compensation

_____ Any other form of public assistance: _____

If "YES", please explain: the basis for the assistance, including the date(s) the assistance was provided:

37.   Have you, your spouse/partner or any member of your immediate family ever

worked for a federal, state, or local government agency or held a government

office?  If "Yes", please state:

Which government agency? _____ N/A _____

What does the agency do?

What was your/their job title?

What were your/their job duties?

What were your/their dates of employment?

38.   Have you, your spouse/partner or any member of your immediate family ever

owned or managed a business? _____ Yes   _____ No

If "Yes", please explain:

39.  Do you, or any family member, have any training, experience and/or knowledge in any of the following fields?  (Please circle all that apply).

If "YES", who?    Self ("S") or Family ("F")?

| | | |
|---|---|---|
| Medicine/Healthcare | S | (F) |
| Laboratory   Work | S̶ | (F) |
| Construction | S | F |
| Furniture/Carpet/Textiles | S | F |
| Mortuary | S | F |
| Safety Products | S | F |
| Safety Practices | S | F |
| Journalism/TV/Media | S | F |
| Emergency Services | S | F |
| Law/Legal Field | S | F |
| Engineering | S | F |
| Government Work | S | (F) |
| Government/FEMA | S | F |
| Social Work | S | F |
| Workplace Safety | S | F |

Environmental Regulations          S      F

Recreational Vehicle Industry      S      F

Manufactured Housing Ind.          S      F

Toxicology                         S      F

Psychology/Social Work             S      F

Woodworking                        S      F

Quality Assurance                  S      F

Product Design/Manufacturing       S      F

Consumer Product Testing           S      F

Chemistry                          S      F

Biology                            S      F

Toxic/Hazardous Materials          S      F

Insurance/Claims Handling          S      F

Investigative Work                 S      F

Contracts                          S      F

Contract Negotiation/Enforcement   S      F

Volunteer Work                     S      F

Wood Products                      S      F

If you answered "Yes" to any of the above, please explain the extent of the experience/training: _N/A_

40.    Have you or someone close to you ever worked as a builder or contractor?

____ Yes    __✓__ No  If "Yes", please explain:

41.    Have you or someone close to you worked as a contractor for the U.S. Government? ____ Yes    __✓__ No    If "Yes", please explain:

42.    Have you or someone close to you ever worked for or with any regulatory agency?    ____ Yes    __✓__ No    If "Yes", please explain:

43.     Have you or someone close to you ever had the responsibility for insuring

        compliance with any government standards or regulations?

        _____ Yes        _____ No     If "Yes", please explain:


44.     Have you or someone close to you ever had the responsibility of writing,

        training or enforcing health or safety policies and practices?

        _____ Yes        _____ No  If "Yes", please explain:


45.     Have you, any family member or a close friend ever been warned,

        reprimanded or otherwise disciplined for a health or safety policy/rule

        violation?

        _____ Yes        _____ No   If "Yes", please explain:


46.     Have you, or someone close to you, ever worked with, or around hazardous

        materials?     _____ Yes      _____ No  If "Yes", please explain:


47.     Do you have a regular, or family, doctor?     _____ Yes      _____ No

48.    Please list any medical conditions for which you are currently being treated:

*N/A*

49.    How often do you go to the Doctor?

50.    What type of health care plan do you have?

51.    What type of healthcare facility do you usually use?

52.    How would you rate your basic state of health?

____ Poor, often sick       ____ Average       ____ Good, seldom sick

53.    To what extent do you believe you have control over your health?

_____ I feel my health is largely within my control

_____ I feel my health is somewhat within my control

_____ I feel my health is somewhat outside my control

_____ I feel my health is largely outside my control

54.    Have you or anyone in your family suffered from asthma, allergies, other

respiratory illness, or any autoimmune disorder?

_____ Yes       ____ No

If "YES", what is/was the medical diagnosis of your condition, if any:

17

If "YES", please list any substances to which you are allergic:

If "YES", you suffer from asthma, allergies, respiratory illness, or any autoimmune disorders, have you ever experienced a threatening reaction to something in your environment?

55.  Have you ever smoked?

_____ Yes       _____ No

If "YES", do you still smoke?    _____ Yes      _____ No

If "YES", how long have you been a smoker? _____Months _____Years

If "YES", number of packs per day: _____

If "YES", how many times have you tried to stop? _____

If "Yes", do you smoke inside your home? _____ Yes      _____ No

56.   Which of the following statements about smoking do you think is most

correct?

_____People who smoke are addicted and are not personally responsible for

their continued smoking

_____Smoking is a bad habit, and people can quit if they really want to

_____Neither

57.   Have you or anyone close to you ever been unable to work due to a serious

medical problem, permanent injury or disability?

____ Yes, I have        ____ Yes, someone close to me has      ____ No

If "YES", please explain:


58.   Have you, any family members, or close friends ever had a loved one injured

or die as a result of wrongdoing or the negligence of another party?

_____ Yes        ____ No

IF "YES", please explain who was involved and what happened:

59.  Have you, a family member, or anyone close to you ever been injured by a
product you thought was defective?

_____Yes          Who? _____

_____No

_____Maybe        Who? _____

Please explain:


60.  Have you ever served on a jury?

_____Yes:          _____Civil          _____Criminal

How many times?

If "YES", please indicate the type of case(s):


If "YES", was a verdict reached?

_____Yes          _____No

If "YES", did you serve as the foreperson?

_____Yes          _____No

61.    Have you, or anyone close to you, ever been a party to a lawsuit (plaintiff, defendant, witness)?

____ Yes      ____ No

If "YES", please explain (including whether you were the plaintiff or defendant and the kind of case):



62.    Have you or someone close to you ever been sued or threatened with a suit by someone else?        ____ Yes      ____ No

If "Yes", explain:



63.    Have you ever felt you had reason to sue but decided not to?

____ Yes      ____ No  If "Yes", please explain:



64.    Have you/anyone close ever had a dispute with the Federal Government or a federal government agency?      ____ Yes      ____ No

If "Yes", please describe the dispute, who was involved, and the outcome.

65.    Do you believe too many people too often file frivolous lawsuits to address

grievances? _____Yes _____No    Explain (optional).



66.    Do you believe there should be a fixed limit on the amount of compensation a

plaintiff may recover, even if the evidence supported a higher amount of

compensation?

_____ Yes        ✓_____ No    Please explain:



67.    Do you support legislative reforms to place caps or limits on the amount of

money juries can award?    _____ Yes    _____No  If "Yes", please explain:



68.     On a scale of 1 to 10, how possible do you think it is to get a fair trial in

Louisiana? (Circle one number; 1 being "impossible to get a fair trial"; 5

being "sometimes able to get a fair trial"; and 10 being "always able to get a

very fair trial")

1      2      3      4      ⑤      6      7      8      9      10

69.    Do you think corporations have an unfair advantage or disadvantage in the

       courtroom?

       _____ Yes        _____ No     Please explain:


70.    Do you think our system of lawsuits gives an unfair advantage or

       disadvantage to people who file lawsuits?       _____ Yes       _____ No

       Please explain:


71.    Do you feel you could fairly decide a lawsuit involving an individual against

       a corporation?    _____ Yes    _____ No


72.    Have you or a family member ever had a serious, negative dispute with a

       manufacturer over the quality of a product?    _____ Yes    _____ No

       IF "Yes", please explain:

73.   How much confidence do you have in major companies in our country?

_____ A great deal of confidence

_____ Only some confidence

__/__ Hardly any confidence

74.   To what extent do you believe that corporations conspire together to hide important health and safety information from the public?

___ I am positive they conspire          ___ I suspect they conspire

___ I am doubtful they conspire          __/__ I do not believe they conspire

75.   Which statement do you agree with more? (Check one)

_____ (a) Most companies try to conduct their business profitably in an honest and ethical manner.

-OR-

__/__ (b) Most companies try to do anything they can to make the highest profit possible, without regard to honesty and/or ethics.

76.   Before putting a product on the market, do you believe the typical American company does safety testing of that product that is:

__/__ Adequate          _____ Inadequate          __/__ Very inadequate

77.   Do you think corporations generally try to make their products safe?

             ____ Yes       ✓ No

78.   Do you have any concerns about holding a product manufacturer legally responsible if a user or consumer of the product gets sick from exposure to hazardous air pollutants emitted from the product? _____ Yes ____ No ✓

If "Yes", please explain your concerns.

79.   Do you think the government should provide "free" health care for all citizens?

             ✓ Yes       _____ No

80.   Generally, do you believe that it is the government's responsibility, in the face of a disaster, to ensure that all displaced individuals are provided with some form of housing? ____ Yes     ✓ No

If "Yes", please explain why you believe this.

25

81.   Do you have general concerns about how the Federal Government spends
      money, operates, or treats its citizens, which would influence your ability to
      be a fair and impartial juror in this case?   ___Yes   ___No

      If "Yes", please explain why this is so.

82.   Do you agree or disagree with the following statements?

      a.   If a person claims injury, or health or safety concerns, based upon
           actions taken by the government in an emergency, the government
           should pay for the injury, or health or safety concerns, even when
           there is no proof that the government did something wrong.

           ___Agree strongly

           ____ Agree

           ___Disagree

           ____ Disagree strongly

           ____ Not sure

b.     Individuals receiving emergency assistance from the government after a natural disaster should have no right to sue the federal government over injuries, or health or safety concerns, that they believe to be related to the government assistance?

_____Agree strongly

_____ Agree

_____ Disagree

_____ Disagree strongly

_____ Not Sure

83.   Do you feel you could fairly decide a lawsuit between an individual and the government?        _____ Yes        _____ No

84.   How much confidence do you have in our country's government?

_____ A great deal of confidence

_____ Only some confidence

_____ Hardly any confidence

85. Do you agree or disagree with the following statement: Overall, the government does a good job of protecting the public from toxic substances in the environment.

_____Agree strongly

_____ Agree

_____ Disagree

_____ Strongly disagree

_____ Not sure

86. Have you, or anyone close to you, ever worked in a job where you/they had contact or familiarity with OSHA or HUD standards?

_____ Yes        _____ No

IF "Yes", who?

87. Overall, what kind of job would you say government agencies (such as Housing and Urban Development ("HUD") and the Occupational Safety and Health Administration ("OSHA")) do making manufacturers, employers and employees follow safety regulations?

____Good    ____Okay    ____Not very good    ____Bad    ____No opinion

88. Do you consider yourself an "environmentalist"?    ____ Yes    ____ No

89.   Do you contribute money, volunteer work, or are you a member of any

environmental conservation organization?      _____ Yes      _____ No

IF "Yes", which one(s):


90.   Do you have any health or safety concerns about where you live or work?

_____ Yes      _____ No   IF "Yes", please explain:


91.   Have you ever experienced any of the following problems in your home,

condo, or apartment?

____ sick building syndrome      ____ toxic mold      ____ asbestos exposure

____ recurring indoor mold or mildew      ____ chemical exposure

92.   How often do you question your personal safety on a day-to-day basis?

_____ Frequently      _____ Sometimes      _____ Rarely, if ever

93.   How concerned are you about environmental toxins in your food, water or air

that may harm you?

_____ Very      _____ Somewhat      _____ Not very or not at all

94.   Have you, a member or your family or someone close to you, ever been
      exposed to substances or chemicals which were a potential health hazard?

            ____ Yes            ____ No      IF "Yes", please explain:

95.   Have you, a member of your family or someone close to you, ever been
      injured as a result of exposure to hazardous substances or chemicals?

            ____ Yes            ____ No      IF "Yes", please explain:

      If YES, how seriously were you injured:

            ____ Very      ____ Somewhat      ____ Not very or hardly at all

96.   If a company exposed consumers to any kind of toxic substance responsible
      for a related disease, I would (check one):

      _____Always find the company liable

      _____ Never find the company liable

      _____Depends on the facts of the case

97.  Have you, your spouse/partner or any member of your immediate family ever

owned, used or resided in a travel trailer, park model, manufactured housing

(mobile home) unit or any recreational vehicle? _____Yes _____No

If "Yes", who was the manufacturer and what was the brand name or model?

98.  Have you, any member of your immediate family, or anyone you know ever

had a complaint about the quality of construction in your/their residence?

_____ Yes      _____ No    If "Yes", please explain who was involved and what

happened:

99.  Have you or anyone close to you lived in, worked in, gone to school in,

visited or temporarily occupied a motor home, recreational vehicle (RV),

and/or a manufactured housing (mobile home)unit? _____ Yes    _____ No

If "Yes", please explain:

100. Do you have any safety concerns about travel trailers, park models, or manufactured housing unit (mobile homes) or other type of camper or recreational vehicle ?

___Yes          ___No     If "Yes", please explain:

101. Do you believe that your health or the health of anyone close to you has been negatively affected by time spent in a travel trailer, park model, manufactured housing unit (mobile home) or any other type of camper or recreational vehicle?

     ___Yes    ___No      Please explain:

102. Have you, your spouse/partner or any member of your immediate family ever owned, used or resided in a product manufactured by Gulf Stream Coach, Inc.?      ___Yes          ___No

103. Have you, your spouse/partner or any member of your immediate family ever been employed by Gulf Stream Coach, Inc., or any dealer or other company associated with Gulf Stream Coach, Inc.?     ___Yes    ___No

104. Have you, your spouse/partner or any member of your immediate family ever been employed by Fluor Enterprises, Inc?    ___Yes    ___No

105.   Have you, your spouse/partner or any member of your immediate family ever

had a relationship or some business connection with Fluor Enterprises, Inc.?

___Yes   ___No

106.   Do you have any opinions about companies that manufacture

travel trailers, park models or manufactured housing that would make you

favor one side over the other in a lawsuit between an emergency aid recipient

and the manufacturer of travel trailers, park models or manufactured housing?

____Yes   ___No   ___Maybe

Please explain which side you would favor and why?

107.   In the aftermath of a disaster, who do you believe is <u>most</u> responsible for

providing housing assistance to those without housing?

_____Federal Government   ____State Government

_____Local Government   ____None of the Above

33

108.   Do you believe that FEMA generally:

_____Does a good job helping people after disasters

_____Does an "okay" job helping people after disasters

_____Does a poor job helping people after disasters

_____Only makes disasters worse

__✓__Unsure

Please explain why you believe this.


109.   Have you/anyone close ever had personal experience/contact with FEMA?

_____Yes          __✓__No

If "Yes", please explain who had the experience/contact and describe the

nature of the experience/contact:

110.  Have you/anyone close to you ever received:

_____FEMA Rental Assistance          _____FEMA Issued Housing Unit

_____FEMA Hotel Assistance          _____FEMA Relocation Assistance

_____FEMA Financial Assistance          _____Other Type of FEMA Aid

If "Yes", please identify who received the assistance and explain the basis for

the assistance, including the date(s) the assistance was provided:




111.  If you have ever sought disaster aid or relief from FEMA, how would you

describe the way you personally were treated by FEMA:

_____I have never sought disaster aid or relief from FEMA

_____I was treated well

_____I was treated satisfactorily

_____I was treated poorly

_____I was mistreated by FEMA

Please explain your answer:

112.   Did you, any family member or close acquaintance experience property damage or personal injury as a result of Hurricane Katrina or Rita?

If "Yes", explain what property damage or injury you/they experienced.

Did you/they seek aid from FEMA?   _____Yes        _____No

Who was injured?

How seriously were you/they injured?

__ Very     __ Somewhat     ___ Not very or hardly at all

113.   Were you or any family member or close acquaintance displaced from your/their residence as a result of Hurricane Katrina or Rita?

_____Yes          ___No

If "Yes", explain your relationship with these individuals, and indicate if they received emergency housing assistance from FEMA.

114.   Do you believe that the damage caused by Hurricane Katrina to this part of Louisiana was the fault of the Federal Government?   ___Yes ___No

If "Yes", please explain why you believe this.

115.   Have you, any family member or any close acquaintance of yours ever resided in housing provided by FEMA or any government agency following a natural disaster, including (but not limited to) Hurricanes Katrina or Rita?

_____Yes          __✓__No

If "Yes", identify the individual(s) receiving this housing assistance and your relationship to the individual(s) and the type of housing assistance provided.

116.   Do you have any opinions about companies that FEMA contracted with to install and maintain travel trailers, park models or manufactured housing (mobile homes) that would make you favor one side over the other in a lawsuit between an emergency aid recipient and the company that installed and maintained the travel trailers, park models or manufactured housing (mobile homes)?

_____Yes     _✓_No      _____Maybe

If "Yes" or "Maybe", please explain which side you would favor and why.

117. Have you, a family member, or anyone close to you ever suffered from a disease or injury that you believe was caused by living in an emergency housing unit (travel trailer, park model or manufactured housing)?

_____Yes          Who: _____

_____No

_____Maybe      Who: _____

Please explain:

118. Have you heard about or discussed the topic of formaldehyde exposure with anyone?

_____Yes          _____No

If "Yes", please explain:

119.   Do you or anyone close to you work with or around <u>formaldehyde,</u> or

products that contain formaldehyde?

_____Yes          Who: _____

_____No

___Unsure

If "Yes", please explain the circumstances and what it was used for:

120.   Based on your experience and what you have heard/read, have you formed

any opinions about the overall effects, if any, of formaldehyde exposure on a

person?

_____Yes          _____No

If "Yes", what is your opinion?

121.   How dangerous do you think it is for someone to be exposed to

formaldehyde.

____ Very   ____ Somewhat   ____ Not very   ____ Not at all   ____Unsure

122. Have you, or anyone you know, ever been screened or tested to determine if you might have a formaldehyde-related condition?

_____Yes        Who: _____ When: _____

__✓__No

123. Do you claim to have, or do you know anyone who claims to have, a disease or injury associated with formaldehyde exposure?

_____Yes        __✓__No

If "Yes", please explain:

124. Have you attended any meetings about filing lawsuits concerning alleged formaldehyde exposure to occupants of FEMA provided trailers and mobile homes?

_____Yes        _✓___No

If "Yes", state where, and what you have seen/heard or read:

125.   Have you seen, heard or read anything about lawsuits brought by some of the

occupants of FEMA emergency housing units in which the occupants claim

injury or disease because of their alleged exposure to formaldehyde?

_____Yes        _____No        _____Unsure

If "Yes" or "Unsure", please explain:

126.   Have you seen/heard or read any advertisements from lawyers about lawsuits

involving alleged formaldehyde exposure to occupants of FEMA provided

trailers and mobile homes?

_____Yes        _____No        _____Unsure

If "Yes" or "Unsure", please explain:

127.   Do you, a family member, or anyone close to you believe you have or they

have a claim concerning alleged injuries from living in a FEMA-provided

emergency housing unit (travel trailer, park model or manufactured housing

(mobile home) unit)?

_____Yes, me

_____Yes, family member

_____Yes, someone close

_____No

_____Don't know

128.   Is there anything you can think of that would give you trouble being open-

minded in a case involving  a person suing the trailer manufacturers,

installation and maintenance contractors, and FEMA for formaldehyde

exposure from their FEMA-issued trailers?

129. If chosen as a juror, you should know that the trial of this case <u>may</u> take two full work weeks (Monday through Friday). Would this present such a severe personal or economic hardship for you that you believe you could not serve as a fair and impartial juror? If so, please explain why (including specific information as to the nature of your hardship, or indicate that you would like to speak to the Court privately about the matter). *NO cause I have no ride to come out here and I do not know how to come out here my sister had to live work to bring me here. I live in Garyville*

I swear that the answers that I have given are true and correct to the best of my knowledge.

Print Name: *Rachel Morris*

Signature: *Rachel Morris*

Date: *July 28, 2009*