Page 136

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER            *   Docket MDL 1873 "N"
FORMALDEHYDE PRODUCTS          *
LIABILITY LITIGATION           *   New Orleans, Louisiana
                               *
THIS DOCUMENT IS RELATED TO:   *   September 15, 2009
                               *
CHARLIE AGE, ET AL V           *   12:40 P.M.
GULF STREAM COACH, INC.,       *
ET AL, DOCKET NO. 09-2892;     *
ALANA ALEXANDER, INDIVIDUALLY  *
AND ON BEHALF OF               *
CHRISTOPHER COOPER             *
* * * * * * * * * * * * * * * *
```

DAY 2
AFTERNOON SESSION
JURY TRIAL PROCEEDINGS BEFORE THE
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:        Gainsburgh, Benjamin, David,
                              Meunier & Warshauer
                           BY: GERALD E. MEUNIER, ESQ.
                           1100 Poydras Street
                           Suite 2800
                           New Orleans, Louisiana 70163


                           The Buzbee Law Firm
                           BY: ANTHONY G. BUZBEE, ESQ.
                           JP Morgan Chase Tower
                           600 Travis, Suite 7300
                           Houston, Texas  77002


JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

16:31  1    A.   Yes, sir.
16:31  2    Q.   And is that accurate based on the test that you did?
16:31  3    A.   It is.
16:31  4    Q.   The next sentence says:  "We are willing to share these
16:31  5    informal test results with you."  Right?
16:31  6    A.   That's correct.
16:31  7    Q.   Do you know if FEMA ever asked you for those results?
16:31  8    A.   Not to me, no, personally.
16:31  9    Q.   Do you know whether or not FEMA was already doing its own
16:31  10   testing at this particular point in time?
16:32  11   A.   I don't know for sure the date that they started.
16:32  12   Q.   But you know they did start?
16:32  13   A.   Yes.
16:32  14   Q.   The last paragraph says:  "If FEMA receives any
16:32  15   complaints, we would appreciate hearing from you as soon as
16:32  16   possible so we can work with you to address any follow-up that
16:32  17   FEMA believes may be appropriate.  If you desire to provide an
16:32  18   additional ventilation alternative, which, when installed,
16:32  19   could provide a flow of outside air into the trailer, there is
16:32  20   a product called the Fantastic Vent.  We can provide further
16:32  21   information," et cetera.
16:32  22              Do you see that?
16:32  23   A.   Yes, sir.
16:32  24   Q.   Describe for the ladies and gentlemen of the jury what the
16:32  25   Fantastic Vent is.

| | | | |
|---|---|---|---|
| 16:32 | 1 | A. | It's a 14-by-14 powered fan that has a very high velocity |
| 16:32 | 2 | | fan motor in it and blade combination that's able to, I |
| 16:32 | 3 | | believe, exchange 1300 cubic feet of air per minute. |
| 16:32 | 4 | Q. | Is that something that comes on a standard travel trailer, |
| 16:32 | 5 | | or is it an optional accessory? |
| 16:33 | 6 | A. | It would be an option. |
| 16:33 | 7 | Q. | Do you know what the FEMA specs said about optional |
| 16:33 | 8 | | accessories? |
| 16:33 | 9 | A. | No options. |
| 16:33 | 10 | Q. | No optional accessories? |
| 16:33 | 11 | A. | That's right. |
| 16:33 | 12 | Q. | Were you wanting to sell these fans to FEMA, or were you |
| 16:33 | 13 | | wanting -- what was your purpose at the company? |
| 16:33 | 14 | A. | We wanted to take care of any concerns or complaints that |
| 16:33 | 15 | | customers had issued, and we were offering those fans as a |
| 16:33 | 16 | | resolution. |
| 16:33 | 17 | Q. | If I turn to the next page, is that the ventilation |
| 16:33 | 18 | | information that Gulf Stream sent to FEMA a couple of weeks |
| 16:33 | 19 | | before Ms. Alexander moved into her trailer? |
| 16:33 | 20 | A. | It is. |
| 16:33 | 21 | Q. | And I see formaldehyde is mentioned in the second |
| 16:33 | 22 | | paragraph, correct, and in the first one? |
| 16:33 | 23 | A. | Correct. |
| 16:33 | 24 | Q. | And you give ventilation instructions there? |
| 16:33 | 25 | A. | Yes. |