UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Calvin J. Buras, Calvin P. Buras, and Jane R. Buras | * | Docket No. 09-3629 |
| | * | Section: N |
| Versus | * | |
| Mitchell County Industries, LLC and CH2M HILL, Constructors, Inc. | * | Magistrate: 5 |
| | * | |
| This Document Relates to: | * | |
| *In re:* FEMA Trailer Formaldehyde Products Liability Litigation – MDL No. 1873 | * | |

## ORDER

Considering the above and foregoing motion of d Sidney J. Angelle, Pamela K. Richard and the law firm, Lobman, Carnahan, Batt, Angelle, and Nader, requesting to withdraw as counsel of record for Mitchell County Industries, LLC.;

**IT IS ORDERED, ADJUDGED AND DECREED** be and is hereby permitted to withdraw as counsel of record for Mitchell County Industries, LLC..

New Orleans, Louisiana, this __13th__ day of __November__, 2009.

_____
JUDGE

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).