```
MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 12, 2009
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER                          MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         NUMBER: 07-1873

                                             SECTION: "N"(5)
```

                           HEARING ON MOTION

APPEARANCES:    Justin Woods, Chris Pinedo, Andy Weinstock, Richard
                Hines, Raul Bencomo, Linda Nelson

MOTION:

(1) Plaintiff's Motion for Expedited Hearing on Motion to Compel
    Production of Documents and Testimony (Rec. doc. 6320);
(2) Plaintiff's Motion to Compel Production of Documents and
    Testimony (Rec. doc. 6319).

_____ :   Continued to

\_\_1\_\_ :   No Opposition

\_\_2\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR(00:30)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

__1__ : Granted.

_____ : Denied.

__2__ : Other. The "task list" itself need not be produced but the defendants are to produce Dr. Cole prior to December 7, 2009 so that his deposition can be reconvened at which he can be asked what work and contributions he made to the paper or manuscript written by Dr. Mandel at the behest of the Formaldehyde Council, when such work was performed, and how much he was paid for his efforts.  The paper or manuscript itself  is to be subpoenaed directly from Dr. Mandel and/or the Formaldehyde Council.


ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE