```
MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 10, 2009
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER                           MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          NUMBER: 07-1873

                                              SECTION: "N"(5)
```

### HEARING ON MOTION

APPEARANCES:   Justin Woods, Jonathan Waldron, Philip Watson, Karen Whitfield

MOTION:

(1) Plaintiffs' Motion to Compel United States to Produce Disaster and/or Individual Assistance Files Maintained by FEMA (Rec. doc. 2554).

_____ : Continued to

_____ : No Opposition

\_\_\_1\_\_ : Opposition

_____ : Local Rules 37.1E, 33.2, 36.1, 7.6E

```
MJSTAR(01:30)
```

ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

__1__ :   Other. Beginning in December, 2009, counsel for plaintiffs shall furnish the Government with the following information as to 200 individual plaintiffs of counsel's choosing for whom information is sought from the Government's NEMIS data base: 1) the claimant's full name, 2) claimant's FEMA identification number, 3) the disaster at issue, i.e., Hurricane Katrina or Rita, 4) claimant's social security number, 5) the location where the trailer which claimant received was installed and 6) a Privacy Act waiver pertaining to the information sought. Each month thereafter, until further orders of Court, plaintiffs may furnish additional information for another 200 people per month.

The Government shall furnish information sought from its NEMIS data base within 30 days of receipt of each of plaintiffs' requests, with the understanding that the Government will be obligated to furnish said information as to 200 people per month until further orders of the Court.

The Court holds in abeyance the Government's motion for cost shifting in connection with this production. The Government may re-urge that portion of its motion after the production ordered above has gone forward for a 90 day period so that a reasonable understanding of those costs can be evaluated.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE