```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)


                          ORDER ON MOTION
                          NOVEMBER 10, 2009


APPEARANCES:

MOTION:

(1)   Defendant United States of America's Ex Parte/Unopposed Motion
      for Leave to File Supplemental Memorandum in Response to
      Plaintiffs' "Motion to Compel United States to Produce
      'Disaster' and/or Individual Assistance Files Maintained By
      FEMA." (Rec. doc. 6654).

    _____ :    Continued to

    _____ :    No Opposition

    _____ :    Opposition

    _____ :    Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

___1___ :   Granted.

_____ :   Denied.

_____ :   Other.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE