Report of Patricia K Farris, M.D., F.A.A.D


This report is based on my examination of Timia Dubuclet on September 23, 2009, and a review of medical records and documents including expert opinions by Dr James Wedner, Dr Lawrence G. Miller, Dr George Farber and Dr Howard Maibach. I have also received a copy of Dr George Farber's deposition.

1. I am a board certified dermatologists and have been in private practice for 23 years. I have served on the clinical teaching faculty at Tulane University Medical School in the department of Dermatology since 1986. I am licensed to practice medicine in the states of Louisiana, California and New York. In my private practice I see patients with problems related to skin allergies, atopic dermatitis and contact dermatitis including pediatric patients. I served as an investigator in the phase III clinical trial for topical tacrolimus ointment (Protopic™ ointment). This product was approved for the treatment of atopic eczema in December 2000. During my graduate studies and while attending medical school, I conducted research in the field of physiology and immunology under the direction of Nicholas Di Luzio, PhD, who was chairman of the department of Physiology at Tulane Medical School and John Salvaggio, M.D, who was chairman of the Department of Allergy and Immunology at Tulane.

2. I have served as a consultant to cosmetic and pharmaceutical companies and have considerable expertise on the subject of topical skin care products, medications and their formulations. I have published and lectured extensively on topical skin care products and cosmeceuticals.

3. My curriculum vitae is attached.


## BACKGROUND INFORMATION ON ATOPIC DERMATITIS

Atopic Dermatitis affects approximately 20% of the childhood population.[1] Although the term "eczema" is often used by primary care physicians as a synonym for atopic dermatitis, to a dermatologist, eczema is a much broader term. Eczematous eruptions are inflammatory rashes that have similar clinical characteristics including papules, plaques, serous discharge and exudate and are associated with intense itching. The characterization of eczema is determined by the history, clinical course and distribution of the rash.[2] The differential diagnosis of eczematous eruptions includes conditions such as atopic dermatitis, seborrheic dermatitis, allergic contact dermatitis, nummular dermatitis and irritant dermatitis. Thus eczema sometimes presents a diagnostic dilemma for even the most astute clinician.

Atopic dermatitis is a unique eczematous eruption that typically starts in childhood. Atopic dermatitis is often the first presenting sign of the atopic triad which includes atopic dermatitis, allergic rhinitis and asthma. In these children, atopic dermatitis starts what is called the "atopic march" where patients go on to develop allergic rhinitis and asthma.[3] Although not all children with atopic dermatitis develop the



triad, 50-80% of those with atopic dermatitis do develop allergic rhinitis and 50% will eventually have asthma.[2]  In general children with more severe atopic dermatitis and high serum IgE levels have a higher risk for developing asthma and food allergies.[4, 5]

Atopic dermatitis has infantile, childhood and adult phases.[2]  In the infantile phase, birth to six months, the rash usually begins on the cheeks, forehead and scalp and may extend onto the trunk and extremities where it is found in symmetric patches. At this stage it is often difficult to differentiate atopic dermatitis from other inflammatory skin diseases such as seborrheic dermatitis (cradle cap) and sebopsoriasis that are also found in this distribution.  Infantile atopic dermatitis is scaling, weeping and itching can be intense.  Oral antihistamines may be required in addition to topical therapy at this stage. Mild to mid-potency topical corticosteroids are the mainstay of treatment for infantile eczema.

The childhood phase follows the infantile phase and lasts until puberty.  At this stage the eczematous eruption is more dry and papular.  There is a greater tendency towards chronic changes such as lichenification that occurs as a result of chronic scratching and rubbing.  Facial and scalp involvement is replaced by perioral involvement.[2]  The lips appear dry and chapped at this stage and there may be redness around the mouth.  In African American children, atopic dermatitis is more likely to be papular, follicular and lichenoid.  There is typically involvement of the popliteal and antecubital areas in children and adolescents and this distribution is widely recognized by dermatologists as typical of this disorder. Post-inflammatory hyperpigmentation (darkening of the skin) is also common in African American atopic patients.  Increased palmar marking and Dennie-Morgan lines (folds under the eyes) are also seen in the childhood phase.  Treatment at this stage consists of mild to mid potency topical corticosteroids or topical calcineurin inhibitors such as Elidel™ and Protopic™.  Antihistamines are used to control itching. In severe cases, systemic medications such as prednisone and other immunosuppressive agents may be required.

The adult phase begins at puberty and the eczema is primarily in the flexural folds of the neck, arms and legs.  I will not discuss this stage in detail as it is not relevant to this case.

The pathophysiology of atopic dermatitis is complicated by the fact that there are genetic, immunologic and environmental components.  In the past several years, we have gained a greater understanding of how these factors are interrelated and how they are expressed in atopic patients.  The outer layer of the skin, the stratum corneum, plays an important role in barrier function.  Its structure is commonly described as "bricks and mortar" since the flattened skin cells in this outer layer are embedded in lipids. This bricks and mortar configuration functions to keep water in the skin and keep unwanted substances out. [6]  It is now known that children with atopic dermatitis have an inadequate amount of ceramides and the protein filaggrin in their skin.  Ceramides are an important component of the lipids that make up the mortar between the epidermal cells.  Filaggrin is a protein found in the epidermal cells that is essential for normal epidermal maturation.[7] It is this breakdown in the bricks and mortar structure of the stratum corneum that leaves the epidermal barrier compromised allowing for increased water loss resulting in skin that is dry and cracked.  Additionally, when barrier function is compromised this allows for easier penetration of microorganisms, irritants and potential allergens into the skin.  These

substances then trigger an immune response that is mediated by T-lymphocytes resulting in the production of a variety of immune mediators causing skin inflammation and eczema. [8]

## TIMIA DUBUBCLETS HISTORY

During my examination of Timia, Elisha Dubuclet related the history of her daughter's illness. According to Ms Dubuclet, Timia was first diagnosed with eczema when she was just a few months old. She was seen and treated by her pediatrician Dr George Stern who prescribed 1% Hydrocortisone cream which seemed to control the problem. According to Ms Dubuclet the eczema was "no big deal" and was easily controlled with either 1% hydrocortisone cream or triamcinolone 0.1% cream that Dr Stern prescribed. She was never sent to a dermatologist and had no other medical problems except occasional allergies, runny nose type. There was no history of asthma.

According to her mother, the trouble began when Timia came back to New Orleans and moved into a FEMA trailer with her family. Her mother said that shortly after moving into the trailer in June 2006 Timia began experiencing headaches, runny nose, runny eyes, nose bleeds, itching and had four or five episodes of vomiting in her sleep. She said she was concerned that Timia might choke in her sleep due to the vomiting. Timia also had complained of burning eyes and lips at that time. She also said that Timia was scratching until her skin was raw. She had rash around lips and on the arms and legs in the fold which according to her mother was "much worse" after she returned from Houston and moved into the trailer. Ms Dubuclet noticed a funny smell in the trailer that she describes as "moldy, musty or a new trailer smell." She also said that there were spiders and roaches in the trailer. She stated that she was constantly cleaning the trailer since there was mold in the shower, on the windows and baseboards. She used Mean Green cleaner to try to control the mold. She also calked around the openings to try to seal the trailer. According to Ms Dubuclet, she had to put their clothes in plastic bags to keep them from getting moldy.

Timia saw Dr Solis once or twice after returning from Houston but switched to pediatrician Dr Doughty-White who was "more convenient". They did not see a dermatologist while Timia was in living in the trailer. In May 2008 they were seen at Kenner Dermatology Clinic for evaluation and treatment. Dr Doughty-White referred them to Dr Farber. Dr Farber treated Timia using light treatments and several creams and also did some skin testing on her. According her mother, Dr Farber's treatments have made Timia's rash much better. She is currently using Locoid Lipocream and an antihistamine (probably Atarax) at bedtime as need for itching. When asked the only exacerbating factor that they could identify for Timia's eczema was that when she gets over heated or sweats that seems to make it worse. Otherwise Timia had no specific allergies that Ms Dubuclet was aware of. Her mother uses sensitive skin Tide to wash her clothing and she has no intolerance to any kind of fabrics, clothing or problems with shoe allergy.

Timia contributed little to our discussion that day except when I specifically asked her about her move back to New Orleans after Katrina. She said she liked school and her friends in Houston and that she didn't want to come back. Her mother added that while she was doing very well in school in Houston,

she had some comprehension problems when she returned to New Orleans. She is apparently doing better now. Timia wants to be a forensic scientist when she grows up.

PHYSICAL EXAMINATION

EXAMINATION: The patient was scratching intermittently during the exam primarily around her lips, face and on her arms. She was happy and co-operative during the exam.

Head and Neck: There are Dennie-Morgan folds under both eyes and dry patchy eczematoid dermatitis on the left eyelid and the right eyelid. The eczema was more severe on the left eyelid than the right. The lips were dry and there was superficial desquamation around the lips that was more prominent at the corners. There was some hyperpigmentation of the skin on the posterior neck just below the hairline.

Trunk, arms and legs: There was a follicular prominence that had a lichenoid appearance.

Arms: There were a few hyperpigmented streaking lesions on her left arm, compatible with postinflammatory hyperpigmentation from scratching. In the antecubital fossa, there was some hyperpigmentation and eczematoid changes, which were more severe on the left than the right.

The hands were not involved. There was no increased palmar markings.

Legs: The left popliteal fossae showed hyperpigmentation with very mild eczematoid dermatitis. The feet were not involved.

DISCUSSION

Timia presents a very typical history and clinical course of an atopic patient. She has had mild to moderate atopic dermatitis since infancy which has easily controlled with antihistamines and topical medications including corticosteroids and Elidel™. She has never required oral antibiotics for secondary skin infection and she has she has not been given systemic medications like prednisone according to her medical records. A review of her medical records shows intermittent visits to the pediatrician or emergency room for treatment of her atopic dermatitis at a rate of 2 visits per year on average. RAST testing performed by Dr H. James Wedner was negative and total serum IGE levels within normal limits. Accordingly, Timia would be categorized as having intrinsic atopic dermatitis which is seen in children with mild eczema, normal IGE levels and no detectible allergen specific IGE. [9] Intrinsic atopic dermatitis is seen in 30% of atopic patients and indicates a favorable prognosis long term in that she is less likely to suffer from asthma. [2]

Timias medical records indicate she now suffers from sinus congestion and allergic rhinitis. This is in keeping the natural history of her atopic disease and the atopic march which starts with eczema followed by allergic rhinitis. The first mention of sinusitis was in 2002 and her records note "sinus problems" intermittently from that point on. She was prescribed Nasonex spray by Napoleon Pediatrics in November 2007. This nasal spray contains the steroid mometasone furoate and is useful for treating allergic rhinitis. There are several mentions of allergic rhinitis in her records between 2007 and 2009.

She continues to be treated for this problem by Dr Farber who prescribed Nasofed Suspension and Nasonex spray. During my discussion with her mother she indicated that allergies/runny nose were an ongoing problem although she did not mention that she was currently on the above prescribed medications.

The final question is why would Timia have developed a severe exacerbation of her atopic dermatitis and allergic symptoms during the time she resided in the FEMA trailer and could this be related to formaldehyde gas exposure? In my experience, I have never seen any patient with atopic dermatitis or any other type of skin allergy that has been caused by or exacerbated by exposure to formaldehyde gas. I was in practice after Katrina and I did not have patients with atopic dermatitis coming in with increasing frequency or with exacerbations of their conditions during the time following the storm. I also had many patient living in FEMA trailers and did not have any complaints of skin rash that developed as a result of living in these trailers. I did see several patients who were gutting houses with irritant dermatitis from sheet rock dust and debris. It is certainly possible that since the Dubuclets' FEMA trailer was sitting in front of their house during its construction that this child might have been exposed to such debris.

In attempt to determine if Timia was sensitized to formaldehyde Dr Farber conducted patch testing using the T.R.U.E test. The T.R.U.E test is the standard of care in the dermatology community for determining contact sensitivity to common allergens. According to Dr Farber's deposition Timia was patch test negative to formaldehyde indicating that she did not develop allergic sensitization to formaldehyde. This is not surprising since there is no evidence to suggest that gaseous formaldehyde can cause allergic contact sensitization to my knowledge. Most patients who become sensitized to formaldehyde do so by exposure to durable press fabrics or skin care products where it is used as a preservative. I will attach a copy of the standard information used by dermatologists and provided by Allerderm who markets the T.R.U.E test that advises patients on what to avoid should they test positive to Formaldehyde. Note that there is no reference to gaseous formaldehyde exposure.

Timia did have three positive reactions including imidazolidinyl urea, para-tertiary-butylphenol formaldehyde resin and epoxy resin. Imidazolidinyl urea is a preservative that is found in a number of skin care products. This positive reaction may be relevant in Timia since atopic patients tend to use lots of creams and lotions to hydrate their skin. P-tert-butylphenol formaldehyde resin which Timia also reacted to is found primarily in leather shoes and other glued leather goods. [10] I specifically asked Ms Dubuclet about shoe allergy and Timia has no problem with loafer type shoes or tennis shoes. And finally epoxy resin which is found in paints and adhesives and is irrelevant to this case. It is worth mentioning that patients with atopic dermatitis have a higher incidence of false positive patch tests compared to the normal population. [11,12] This phenomenon is called "angry back syndrome" and it is attributed to the fact that patients with allergic or irritant skin disorders, like atopic dermatitis, have a lower irritancy level. For this reason many practicing dermatologists shy away from patch testing these patients since the results are somewhat unreliable and false positive reactions may occur.

In conclusion, I think there is no direct evidence to support that Timia was sensitized to formaldehyde while living in the FEMA trailer. I think a far more plausible explanation for Timia's allergic flare at that

time is that she was under a tremendous amount of stress after leaving Houston and returning to live in a crowded FEMA trailer in the middle of a construction site. Stress is well documented to trigger and exacerbate allergic symptoms and atopic dermatitis.[13,14]  Emotional stress actually deregulates the immune system in a way that favors allergic symptoms and eczema.[14]  We know many of the children who returned to the city to see the devastation and destruction of their homes and community suffered from severe post-traumatic stress syndrome as well as anxiety and depression.[15,16] This remains an ongoing problem in our community.

Signed _____

Date ___9-30-09___

1. Laughter D, Istvan JA, Tofte SJ, et al. The prevalence of atopic dermatitis in Oregon schoolchildren. J Am Acad Dermatol 2000;43(3):649-655
2. Pallor AS and Mancini AJ. Hurwitz Clinical Pediatric Dermatology, 3rd Edition
3. Wuthrich B. Clinical aspects, epidemiology, and prognosis of atopic dermatitis. Ann Allergy Asthma Immunol 1999;83(5):860-876
4. Wolkerstorfer A, Wahn U, Kjellman NI, et al. Natural course of sensitization to cow's milk and hen's egg in childhood atopic dermatitis.
5. Hill DJ, Sporik R, Thorburn J, et al. The association of atopic dermatitis in infancy with immunoglobulin E food sensitization. J Pediatr 2000;137(4):475-479
6. Elias PM. Epidermal lipids, barrier function and desquamation. J Invest Dermatol. 1983;80(suppl):44s-49s
7. Palmer CN, Irvine AD, Terron-Kwiatkowski A, et al. Loss of function variants of the epidermal barrier protein filaggrin are a major predisposing factor for atopic dermatitis. Nat Genet 2006;38:441-446
8. Leung DYM, Boguniewicz M, Howell MD et al. New insights into atopic dermatitis J Clin Invest. 2004;113:651-657
9. Novak N and Beiber MD. Allergic and nonallergic forms of atopic diseases. J Allergy and Clin Immunol. 2003;112:252-262
10. Oztas P, Polat M, Cinar L, et al. Shoe dermatitis from para-tertiary butylphenol formaldehyde. Contact Dermatitis 2007;56(5):294-295.
11. Bruynzeel DP and Maibach HI. Excited skin syndrome (angry back). Arch Dermaol 1986;122(3):323-328
12. Pasche-Koo F, Hauser C. How to better understand the angry back syndrome. Dermatology 1992;184(4):237-240
13. Arndt J, Smith N, Tausk F. Stress and atopic dermatitis. Curr Allergy Asthma Rep. 2008;8(4):312-317
14. Hashizume J, Takigawa M. Anxiety in allergy and atopic dermatitis. Curr Opin Allergy Clin Immununol 2006;6(5):335-339.
15. Osofsky HJ, Osofsky JD, Kronenberg M, et al. Posttraumatic stress symptoms in children after Hurricane Katriina: predicting the need for mental health services. Am J Orthopsychiatry. 2009;79(2)212-220
16. Drury SS, Scheeringa MS, Zeanah CH. The traumatic impact of Hurrican Katrina on children in New Orleans. Child Adolesc Psychiatr Clin N Am. 2008 17(3):685-702

Transcript of the Testimony of
# Videotaped Deposition of Patricia Farris, M.D.

## Date taken: October 14, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
### Phone:   504-529-5255
### Fax:   504-529-5257
### Email:   reporters@psrdocs.com
### Internet:   www.psrdocs.com

**EXHIBIT**

**B**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS          SECTION N(4)

LIABILITY LITIGATION          JUDGE ENGELHARDT

(THIS DOCUMENT RELATES TO
 "DUBUCLET V. FLEETWOOD
  ENTERPRISES, INC.,"
  CASE NO. 07-9228)


                    *   *   *


            VIDEOTAPED DEPOSITION OF PATRICIA

FARRIS, M.D., 701 METAIRIE ROAD, METAIRIE,

LOUISIANA 70005, TAKEN AT THE OFFICES OF

LEAKE & ANDERSSON, 1100 POYDRAS STREET,

SUITE 1700, NEW ORLEANS, LOUISIANA 70163, ON

THE 14TH DAY OF OCTOBER, 2009.

REPORTED BY:

      CATHY RENEE´ POWELL, CCR
      PROFESSIONAL SHORTHAND REPORTERS
      (504)529-5255

VIDEOGRAPHER:

      JACK VERWOERT
      PROFESSIONAL SHORTHAND REPORTERS
      (504)529-525

Page 11

```
 1   correct?

 2        A.   Yes.

 3        Q.   Do you have that document with

 4   you?  Did you bring that with you?

 5        A.   No, I did not.

 6   MR. BENCOMO:

 7             Jerry, do you have a complete

 8   curriculum vitae?

 9   MR. SAPORITO:

10             Well, I have a copy.

11   MR. BENCOMO:

12             Okay.

13   MR. SAPORITO:

14             I don't know if it is complete or

15   not, but I have a copy.

16   EXAMINATION BY MR. BENCOMO:

17        Q.   How many pages is the actual

18   resumé?

19        A.   Fourteen.

20        Q.   Have you ever qualified as an

21   expert in court?

22        A.   I have.

23        Q.   And state or federal court?

24        A.   State.

25        Q.   And do you remember when you would
```

Page 12

```
 1   have qualified as an expert?
 2        A.   Boy, it was a long time ago.  I'm
 3   sorry, I do not.
 4        Q.   Was it more than ten years ago?
 5        A.   Probably, the first time maybe
 6   more than ten years ago, last time probably
 7   seven years ago.
 8        Q.   And do you remember what you were
 9   qualified as an expert in?
10        A.   Dermatology.
11        Q.   Anything else?
12        A.   No.
13        Q.   And that is what you are here to
14   testify in connection with today,
15   dermatology?
16        A.   Yes.
17        Q.   You are a member of the Louisiana
18   State Medical Society?
19        A.   Yes.
20        Q.   And how long have you been a
21   member of the Louisiana State Medical
22   Society?
23        A.   Since 1986.
24        Q.   According to page 2 of your
25   resumé, you actually obtained your license
```

Page 50

1    dermatitis?

2         A.   I have never testified in another

3    case involving atopic dermatitis.

4         Q.   And that was going to be one of my

5    questions.

6              So this is the first time that you

7    have ever testified in connection with a

8    matter involving atopic dermatitis; is that

9    a fair statement?

10        A.   Correct.

11        Q.   And you have never been qualified

12   specifically as having expertise in atopic

13   dermatitis in a court of law?

14        A.   I would assume -- there is no

15   specialty in atopic dermatitis, so I assume

16   as a qualified expert in dermatology, that

17   is under our purview of things that we

18   treat.

19        Q.   Have you written in the field of

20   atopic dermatitis?

21        A.   Actually, I did publish a chapter

22   on atopic dermatitis, and as I mentioned,

23   this is something that is in the purview of

24   all dermatologists.

25        Q.   And tell us what book or document

Page 51

```
 1    that appeared in.

 2         A.    You'll have to go back to my

 3    curriculum vitae, and I apologize, because

 4    it is quite some time ago.  But I can find

 5    it.

 6         Q.    And for the record, while you are

 7    looking, what is it that you are looking at

 8    in order to determine --

 9         A.    I'm looking at my curriculum

10    vitae, and I did, during my residency

11    training, coauthor a book chapter on the

12    subject of atopic dermatitis, and it is

13    reference No. 11.

14         Q.    Would you mind, just for the

15    record, tell us what the title or name is.

16         A.    It is called, "Current Clinical

17    Practice-Atopic Dermatitis."

18              This was a chapter in a textbook.

19         Q.    And did you -- you said you

20    coauthored that?

21         A.    Coauthored it.

22         Q.    And who were the coauthors?

23         A.    Coauthors were Moroczkowski and

24    Anderson.

25         Q.    Were you the primary contributor
```

Page 54

1    is referred to as the stratum corneum?

2         A.    Correct.

3         Q.    And you do agree that the stratum

4    corneum plays an important role in barrier

5    function?

6         A.    Correct.

7         Q.    And what exactly is barrier

8    function in layman's terms?

9         A.    Barrier function is keeping the

10   good stuff in the skin and keeping the bad

11   stuff out.

12        Q.    And isn't the structure of the

13   stratum corneum commonly described as bricks

14   and mortar?

15        A.    Yes, it is.

16        Q.    So that is not my term, that is a

17   term that you recognize and that other

18   dermatologists would recognize.  Is that

19   correct?

20        A.    Correct.

21        Q.    And why is it described as bricks

22   and mortar?

23        A.    Well, it is described as bricks

24   and mortar because the bricks are the

25   epidermal cells, and the mortar that holds

Page 55

1    them are a series of lipids called natural

2    moisturizing factor or ceramides.

3            So it is this structure of skin

4    cells and lipids that make the epidermal

5    barrier impenetrable to external substances

6    and also holds water in the skin.

7        Q.   And how do children with atopic

8    dermatitis differ from those who don't have

9    atopic dermatitis?

10       A.   Children with atopic dermatitis

11   have lower levels of ceramides, or lipids,

12   so they have less mortar.  They also have

13   dysfunctional bricks.  They lack a protein

14   called filaggrin that causes the bricks to

15   mature in a normal way.

16           So, in other words, their

17   epidermal barrier is compromised.

18       Q.   And that, in turn, allows for

19   increased water loss resulting in a skin

20   that becomes dry and cracked.  Correct?

21       A.   Correct.

22       Q.   And do you not agree then that,

23   additionally, when barrier function is

24   compromised, such as someone with atopic

25   dermatitis, that this allows for easier

Page 56

1    penetration of microorganisms, irritants and

2    potential allergens into the skin?

3         A.    Correct.

4         Q.    Now, is formaldehyde a

5    microorganism, irritant or a potential

6    allergen?

7         A.    Formaldehyde, topically, would be

8    both a potential allergen and an irritant.

9         Q.    And would you not agree that a

10   child whose epidermal barrier is compromised

11   is at greater risk of easier penetration of

12   microorganisms, irritants and potential

13   allergens into the skin, correct?

14        A.    Correct.

15        Q.    I'm sorry?

16        A.    Correct.

17        Q.    And what happens when the barrier

18   function is compromised?

19        A.    Well, like I said previously, the

20   skin barrier is to hold water in, so water

21   escapes the skin when the barrier is

22   compromised; and it is also to keep

23   potential allergens and microorganisms out,

24   so those may more easily penetrate the skin.

25        Q.    And does it not trigger an immune

Page 57

1    response then that causes skin inflammation

2    and eczema?

3        A.   The allergens can cause skin

4    inflammation and eczema.  Correct.

5        Q.   Now, during the examination of

6    Timia, and I'm going to assume that you

7    conduct your examination in a specific

8    manner:  You would have obtained a history

9    concerning Timia; is that not correct?

10       A.   That's correct.

11       Q.   Is that the first thing that you,

12   as a physician, obtain?

13       A.   Yes.

14       Q.   Okay.  And just in layman's terms,

15   what do you mean by a history?

16       A.   Just take an oral -- the best

17   recollection that you can get from either

18   the mother, in this case, or the patient in

19   most cases, of what their past medical

20   history has been and the history of the

21   present illness.

22       Q.   In this particular instance, you

23   obtained the history from the mother; is

24   that correct?

25       A.   Yes, it is.

Page 58

```
 1        Q.    Now, is that unusual for you to
 2   obtain the history from a mom such as
 3   Timia's mom?
 4        A.    No.
 5        Q.    As a matter of fact, that's pretty
 6   common, is it not?
 7        A.    Yeah, it would be.
 8        Q.    And you may have to refer to your
 9   notes, but do you have an independent
10   recollection about what the history that her
11   mom gave when you visited her was?  Or
12   rather, when she visited you?
13        A.    I do.  Do you want me to go
14   through this whole history at this point?  I
15   would be happy to.
16        Q.    My question was, do you have an
17   independent recollection or do you have to
18   refer to your notes in order to refresh your
19   recollection?
20        A.    I mean, I can summarize it fairly
21   simply if you don't want detail.
22             I mean, her mother told me that
23   she had had eczema since she was an infant,
24   first diagnosed, I believe, by Dr. Stern,
25   who was her pediatrician at the time.
```

Page 59

1          She said she had eczema that she

2     said was no big deal, she was controlling it

3     with hydrocortisone cream.  She got

4     occasional prescriptions of Triamcinolone

5     from the physician.

6          She gave a history of the child

7     having had allergies, runny nose, stuffy

8     nose, that sort of thing, which again, she

9     said was really no big deal.

10          And she pinned the time that they

11    moved into the FEMA trailer as the time when

12    she began experiencing what she described as

13    a fairly significant change in her medical

14    status:  Headaches, vomiting at night, itchy

15    eyes, burning eyes, itchy lips, burning

16    lips, runny nose, terrible rash that she was

17    itching until she was raw.

18          And the mother explained that

19    there were a number of things in the FEMA

20    trailer that she did not like, including

21    bugs and fungus and whatever else, you know,

22    that she said it was dirty, basically.

23          She told me that she did notice a

24    smell in the trailer, particularly right

25    when she moved in, which she described to me

Page 60

1    as a moldy, musty smell, or a new trailer

2    smell.

3              And she -- you know, that was

4    basically the history of the way she

5    described the change in the child's medical

6    condition after moving into the trailer.

7        Q.    After moving into the trailer, not

8    before.  Is that correct?

9        A.    After moving into the trailer.

10       Q.    Do you know what has been

11   established as the threshold level for a

12   human to be able to detect the smell of

13   formaldehyde?

14       A.    No.

15       Q.    So you are not aware of that

16   threshold level at all.  Is that correct?

17       A.    No.

18       Q.    Did you ever attempt to determine

19   what that threshold level is?

20       A.    No.

21       Q.    It is not something that plays any

22   role in your examination, diagnosis -- or

23   diagnosis of Timia.  Is that correct?

24       A.    Correct.

25       Q.    Okay.  Did she mention to you --

Page 63

1        Q.   All right.   I am told that we have

2   about a couple of minutes left on the tape,

3   so we are going to just take a quick break

4   while the tape is being changed and people

5   can kind of move around.

6        THE VIDEOGRAPHER:

7             We are going off the record; this

8   is the end of Tape No. 1.

9        (Recess.)

10       THE VIDEOGRAPHER:

11             Okay.   We're back on the record;

12   Tape No. 2.

13   EXAMINATION BY MR. BENCOMO:

14       Q.   Dr. Farris, other than obtaining

15   the history from Timia's mom and conducting

16   the examination of Timia, you don't have any

17   firsthand knowledge of anything that

18   actually occurred or what her condition was

19   like or what she looked like while she was

20   living in that trailer.  Is that correct?

21       A.   Correct.

22       Q.   I'd like to go over your actual

23   examination.  If you would be kind enough to

24   tell us what Timia was doing when you

25   actually conducted the examination?

Page 64

1      A.    What she was doing?

2      Q.    Yes.  Well, I'll read the first

3   sentence and ask you if that comports with

4   what your recollection is.

5            According to you, "The patient,"

6   meaning Timia, correct -- "was scratching

7   intermittently during the exam, primarily

8   around her lips, face and on her arm."  Is

9   that correct?

10     A.    Yeah, correct.

11     Q.    And you've already told us she was

12  happy and cooperative during the exam?

13     A.    Correct.

14     Q.    Now, is or was the scratching

15  during the exam something that you

16  considered odd or unusual based with what

17  this young lady was presenting herself with?

18     A.    No, it would be expected.

19     Q.    And this is actually an

20  observation that you made, it is not

21  something that she told you.  She didn't

22  say, "I usually have to scratch myself

23  around the lips, face or arms"; you actually

24  saw her do this?

25     A.    I did see her scratch.

Page 65

1       Q.    Now, you also noted that there are

2   Dennis Morgan folds under both eyes.  What

3   exactly is a Dennis Morgan fold?

4       A.    It is a Dennie, D-E-N-N-I-E, for

5   the record, Morgan fold.  And those are

6   little sort of pleats that are under the

7   lower eyelid that are common in atopic

8   children.

9       Q.    So again, nothing that surprised

10  you based on the history?

11      A.    Correct.

12      Q.    Now, you also determined that she

13  had dry, patchy, eczematoid dermatitis on

14  the left eyelid and the right eyelid.  Is

15  that correct?

16      A.    Yes.

17      Q.    Now, was the eczema more severe on

18  one as opposed to the other eyelid?

19      A.    Yes, it was more serve on the

20  left.

21      Q.    And are you able to, in layman's

22  terms, explain to us the extent of the

23  severity of the left as opposed to the

24  right?

25      A.    I would say both were mild.  The

Page 66

1    left was maybe a little bit more involved

2    than the right, but both of them were very

3    mild.

4         Q.   And how do you define -- do you

5    use a scale of mild, moderate and severe; is

6    that the scale you normally use?

7         A.   Yes, I would.

8         Q.   And how do you define mild as

9    opposed to moderate and then as opposed to

10   severe?

11        A.   Mild eczema -- and again, this is

12   very subjective, this would be in my office,

13   in my opinion.  Mild eczema would be just a

14   little bit of, perhaps, dryness and flaking.

15   Moderate gets more into papules, and then

16   sever eczema would be more weeping and

17   oozing and blistering, perhaps.

18        Q.   And if the mom was to tell you

19   that while she was living in the trailer,

20   she had the weeping and the other matters

21   that you discussed with us, would you then

22   say that at that point in time, meaning when

23   that would have been the situation, that her

24   condition would have been not mild, but it

25   would have been either moderate or severe?

Page 67

1     A.    She didn't explain to me or really

2  outline in detail what the eczema looked

3  like while she was in the trailer, but she

4  did note an increase in symptoms.  Itching,

5  I think she said she was itching until she

6  was raw, but she actually didn't tell me

7  what the eczema looked like.

8     Q.    And when somebody explains to you,

9  a layperson such as Elisha Dubuclet, that,

10  quote, "She was itching until she was raw,"

11  end quote, what does that mean to you?

12     A.    Again, just an increase in

13  symptomology.  I mean, you can itch without

14  a rash at all, so it doesn't necessarily

15  indicate a severity -- increased severity in

16  the rash per se, it's really just an

17  increase in symptomology.

18     Q.    And are children very affected by

19  that symptomology?

20     A.    Itching is present in mild,

21  moderate and severe cases of atopic

22  dermatitis.

23     Q.    But is it present to the same

24  extent, or is it just more pronounced as you

25  go up the scale?

Page 68

1      A.   I think it really depends on the

2   child, so you can have children who have

3   mild eczema but who itch a lot, and you can

4   have kids who have really severe eczema and

5   maybe don't itch as much.  I think it is

6   very individually variable-based child per

7   child.

8      Q.   And that has been your experience.

9   Is that correct?

10      A.   That is my experience.

11      Q.   Now, you also examined or at least

12   looked at her lips.  And how did you find

13   her lips at the time of your examination?

14      A.   They were a little bit dry, and

15   she had a little bit of mild flaking around

16   the lips.  There was a little bit of

17   hyperpigmentation or darkening around the

18   corners.

19      Q.   And what is that indicative of?

20      A.   Well, we would call it cheilitis

21   or inflammation around the lips.  Very

22   common in atopics.  As they get older, they

23   develop cheilitis.  That is very common.

24      Q.   And what about the trunk, the arms

25   and the legs, did you conduct an examination

Page 69

1  of --

2       A.   I did.  She had eczema in the

3  antecubital folds on both arms, but it was

4  more severe on the left than on the right.

5       Q.   What is an antecubital fold, just

6  for the record, and if you would show the

7  camera.

8       A.   What we would call the flexor

9  surface of the arms.  These are the

10 antecubital folds.  Again, this is typical

11 of atopic dermatitis.

12            She also had some eczema on the

13 popliteal folds, which are the same folds,

14 but behind the knee.  Again, the classic

15 distribution of eczema in a child with

16 atopic dermatitis.

17      Q.   Okay.  Specifically as to the

18 arms, did you notice anything else?

19      A.   She did have some hyperpigmented

20 streaks, dark, linear streaks which were

21 compatible with previous scratch marks.  She

22 is African American; African American skin

23 tends to deposit pigment.

24            So again, this would be sort of in

25 keeping with the amount of itching that --

Page 70

1    pruritus or itching that she has.  These are

2    just signs of scratching.

3         Q.   But if someone were to scratch

4    himself or herself on one occasion or

5    something like that, even if they were

6    African American, you wouldn't really notice

7    what you noticed here, is that correct?  I

8    mean, it would have to be more pronounced or

9    at least more often than just a one-time

10   incident?

11        A.   No, that is incorrect.

12   Unfortunately, African American skin

13   deposits pigment very efficiently, so that

14   even, you know, a scratch from a bush, a

15   one-time scratch, can leave a hyperpigmented

16   spot in African Americans.  And that is very

17   common.

18        Q.   But not always the case?

19        A.   Not always the case.

20        Q.   Now, do you agree that

21   formaldehyde vapor may, in some people,

22   cause headaches, eye, nose and throat

23   irritation, and aggravation of allergies and

24   respiratory problems such as asthma?

25        A.   I should say that I am not an

Page 89

1   opinions is that Timia did not have any

2   complaints of skin rash that developed as a

3   result of living in the trailer?

4        A.    I think what my report says is

5   that I don't think she developed complaints

6   of skin rash that were related to gaseous

7   exposure, not denying that she had

8   complaints of skin rash.  She obviously did.

9        Q.    But you don't have any expertise

10  when it comes to gaseous exposure, correct?

11       A.    Again, to my knowledge, gaseous

12  exposure doesn't cause or exacerbate atopic

13  dermatitis.

14       Q.    And what about formaldehyde?

15       A.    Topical formaldehyde, yes.

16       Q.    And you are not saying to this

17  jury that she did not suffer from some type

18  of formaldehyde-related issues.  Is that

19  correct?

20       A.    I don't think we can say

21  formaldehyde at all.  She has no history of

22  topical formaldehyde exposure.

23       Q.    But you don't know whether or not

24  she had other types of formaldehyde

25  exposure?

Page 96

1      Q.   About a study that they conducted

2   in 1998 pertaining to gaseous formaldehyde

3   and changes in the epidermal barrier after

4   exposure to same.

5      A.   I did see that study.

6      Q.   Were you familiar with that study

7   before you got involved in this case?

8      A.   No.

9      Q.   And when you say you saw it, how

10  is it that you saw that study?

11     A.   I think I found it on PubMed.

12     Q.   And is that part of your reliance

13  materials or part of your file?

14     A.   I'm sorry?

15     Q.   Is that part -- that study part of

16  your reliance materials or part of your

17  file?

18     A.   No.

19     Q.   Are you aware that that study

20  showed changes in the epidermal barrier

21  after exposure to gaseous formaldehyde in

22  individuals with atopic eczema?

23     A.   An increase in TEWL, if I

24  believe -- if I'm correct.  Correct?

25     Q.   I'm just asking you.

Page 97

1      A.    To my recollection, it was an

2    increase in transepidermal water loss.

3      Q.    Now, are you familiar with an

4    article written by Matsunaga and colleagues?

5      A.    No.

6      Q.    Do you remember finding that

7    article in PubMed or any other search

8    engine?

9      A.    No.

10      Q.    Are you familiar with a study by

11    Takahashi and colleagues?

12      A.    No.  Again, if you give me a

13    little more information on the article, I'm

14    not one to memorize the authors' names

15    necessarily.

16      Q.    Well, it would be a study that

17    showed increased symptoms and skin test

18    reactions in medical students exposed to

19    formaldehyde gas.

20      A.    I did see that study.

21      Q.    And do you disagree with the

22    findings in that study?

23      A.    I don't know exactly what the

24    findings were, but as I recall, they were

25    looking at patients or medical students who

Page 98

1    had been in an anatomy lab, correct?  And I

2    believe the exposure level that someone

3    would get in an anatomy lab would be fairly

4    significant exposure to liquid formaldehyde,

5    or embalmed bodies.

6         Q.   Do you know how that exposure

7    would have been determined?

8         A.   No.

9         Q.   How would you think that such

10   exposure would be determined?

11        MR. SAPORITO:

12             Excuse me.  Object to the form of

13   the question.  Are you talking about in that

14   study?

15        MR. BENCOMO:

16             Yes.

17        THE WITNESS:

18             No, I don't know.

19   EXAMINATION BY MR. BENCOMO:

20        Q.   Now, do you believe the T.R.U.E.

21   test to be the standard of care in the

22   dermatology community to determine contact

23   sensitivity to common allergens?

24        A.   Correct.

25        Q.   Are you aware of false negative

Page 101

```
 1    rates for the T.R.U.E. test?

 2        A.   No.

 3        Q.   And you do state and I quote, "I

 4    think there is no direct evidence to support

 5    that Timia was sensitized to formaldehyde

 6    while living in the FEMA trailer," end

 7    quote.

 8        A.   Correct.

 9        Q.   We have already established that

10    you don't have expertise when it comes to

11    formaldehyde, correct?

12        A.   Gaseous formaldehyde.

13        Q.   And your statement is that there

14    is no direct evidence, correct?

15        A.   Correct.

16        Q.   Are you hypothesizing that there

17    is no direct evidence?

18        A.   Direct evidence to me would be a

19    positive patch test of formaldehyde, which

20    she had a negative patch test for

21    formaldehyde, according to Dr. Farber's

22    records.

23        Q.   And you did not conduct that patch

24    test?

25        A.   Did not.
```

Page 104

1      A.   No, only what her mother told me,

2  which we have already discussed.

3      Q.   Now, do you believe that statement

4  is true within a reasonable medical

5  certainty?

6      A.   Yes, I do.

7      Q.   Okay.  And give me all of the

8  bases that you rely on to give us that

9  opinion.

10      A.   That stress could have exacerbated

11  her allergic phenomenon?  I mean, it's --

12      Q.   No, that everything you've

13  indicated, that she was under a tremendous

14  amount of stress from leaving Houston and

15  returning to live in a crowded FEMA trailer

16  in the middle of a construction site.

17      A.   Well, I'm relying on the mother's

18  history, and what the mother told me about

19  the child was that the child was under a

20  tremendous amount of stress, that they were

21  living in a two-bedroom trailer, three

22  people living in one bed in the middle of a

23  construction zone.  So I'm relying on what

24  the mother told me.

25      Q.   But you leave -- you conveniently

Page 110

1      Q.   But you said they look

2   differently, which leads me to believe that

3   it is more than just location, that there is

4   something that visually tells you that this

5   is atopic as opposed to contact.

6      A.   No, not really because they are

7   both eczemas so they both have the same

8   clinical characteristics.  So dry, scaling,

9   bumpy, blistery in bad cases.  So all of

10  those characteristics of the rash could for

11  contact dermatitis or for atopic dermatitis.

12          But depending on the location of

13  the rash, for example, a patient has an

14  eczematous dermatitis on the earlobe, one

15  would conclude or consider the diagnosis of

16  contact dermatitis to nickel because of

17  where it is.  Same as if that rash is around

18  where the belt buckle might be.

19          Again, nickel dermatitis or

20  contact dermatitis.  On the top of the

21  shoes.  Contact dermatitis to a shoe.  But

22  the rash itself is an eczema.

23          Now, obviously, atopic dermatitis

24  in this patient, Timia, is a classic atopic.

25  She has eczema in the antecubital folds,

Page 126

1      Q.   Now, you were also asked questions

2   about her medical condition at the time she

3   was living in the trailer, and counsel made

4   a point of saying that you did not know

5   anything about her medical condition while

6   she was in the trailer.

7           Did you look at her medical

8   records that were produced by plaintiffs'

9   counsel?

10     A.   I did.

11     Q.   All right.  Did you learn anything

12  from the medical record review of Timia

13  Dubuclet relative to when her eczema

14  started, how she got treatment, how often

15  she got treatment prior to living in the

16  trailer?

17     A.   Well, as I mentioned in my medical

18  report, she was treated on an average of

19  twice a year, two or three times a year,

20  mostly by her pediatrician, sometimes in the

21  emergency room for eczema.

22          And during the time that she was

23  in the trailer, to the best of my

24  recollection, she had one visit, and I

25  believe, again, it was to the pediatrician

Page 127

1   for treatment for her eczema.  She had a

2   couple of other visits for unrelated things.

3        Q.   She lived in the trailer basically

4   from sometime in June of 2006 until July of

5   2007.  And during that time frame, your

6   review of the medical records found one

7   visit with a complaint of eczema?

8        A.   Correct.

9        Q.   You were also asked about your

10  practice immediately after the hurricane and

11  whether or not you had treated patients that

12  lived in FEMA trailers.  Do you remember

13  that testimony?

14       A.   Correct.

15       Q.   Did any of those patients have

16  atopic dermatitis?

17       A.   Yes.

18       Q.   Did any of those patients complain

19  to you that they thought that their atopic

20  dermatitis was caused by or made worse by

21  their living in the trailer?

22       A.   No.

23       Q.   Did any of those patients who

24  might have lived in the FEMA trailers

25  complain to you that they thought their

Page 129

1  testing, what does that tell you about the

2  possibility of that test having false

3  negatives?

4       MR. BENCOMO:

5            Object to the form of the

6  question.

7       THE WITNESS:

8            I would say that would be highly

9  unlikely.

10  EXAMINATION BY MR. SAPORITO:

11       Q.   Why is that?

12       A.   Well, particularly in this child,

13  with eczema, kids with eczema have a problem

14  with false positive tests, not a problem

15  with false negatives.

16       Q.   All right.  And so the fact that

17  Dr. Farber found at least three positive

18  results, you would say it would be highly

19  unlikely that there would be any false

20  negatives on that test?

21       MR. BENCOMO:

22            Same objection.

23       THE WITNESS:

24            Correct.

25  EXAMINATION BY MR. SAPORITO:

## PATRICIA K. FARRIS, M.D., F.A.A.D.

### PERSONAL INFORMATION

| | |
|---|---|
| Business Address: | 701 Metairie Road<br>Suite 2A 205<br>Metairie, LA  70005 |
| Telephone Number: | 504-836-2050 |
| Fax number: | 504-836-0533 |
| E mail Address: | PKFAR@aol.com |

### EDUCATION

| | |
|---|---|
| 1971-1975 | B.A. Biology - Southern Illinois University<br>Carbondale, Illinois |
| 1975-1978 | M.S. Physiology - Tulane University Medical School<br>New Orleans, Louisiana<br>Thesis:  Employment of Serum Lysozyme as an<br>Index of Reticuloendothelial Function |
| 1982 | M.D. - Tulane University Medical School<br>New Orleans, Louisiana |
| 1982-1983 | Internship-Internal Medicine<br>Tulane Affiliated Hospitals<br>New Orleans, Louisiana |
| 1983-1986 | Residency-Department of Dermatology<br>Tulane University Medical School<br>New Orleans, Louisiana |
| 1986 | Certified - American Board of Dermatology |

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1999-present | Private Practice, Old Metairie Dermatology<br>Metairie, Louisiana |
| 1986-1998 | Partner, Nia Terezakis, M.D., APMC<br>New Orleans, Louisiana |
| 1986-present | Clinical Assistant Professor<br>Department of Dermatology<br>Tulane University Medical Center |
| 1993-2001 | Clinical Assistant Professor<br>Department of Dermatology<br>Louisiana State University Medical School |

1



## LICENSURE

| 1982 | Louisiana |
|------|-----------|
| 1992 | California |
| 2003 | New York |
| 2006 | Vermont |

## MEMBERSHIPS

American Academy of Dermatology, Fellow

American Dermatologic Association

American Society for Dermatologic Surgery

Women's Dermatologic Society

Louisiana State Medical Society

Jefferson Parish Medical Society

Louisiana Dermatologic Society

Dermatology Foundation Leaders Society/Annenberg Circle

American Society for Dermatologic Surgery/ Stegman Circle

International Academy of Cosmetic Dermatology

American Society for Laser Medicine and Surgery

Noah Worcester Society

## HONOR SOCIETIES & HONORS

| 1973-1975 | Beta Honor Society: Southern Illinois University |
|-----------|--------------------------------------------------|
| 1974-1975 | Honors Research Program<br>Organic Chemistry & Physiology |
| 1975 | Graduation with Highest Honors: Southern Illinois University |
| 1978-1979 | Tulane Medical Student Honors Research Program<br>John Salvaggio, M.D. |
| 1985-1986 | Chief Resident, Tulane University Medical School<br>Department of Dermatology |
| 1998 | Presidential Citation: American Academy of |

2

Dermatology for outstanding contributions in the communication.

2000         Presidential Citation:  American Academy of Dermatology for communications.

## COMMITTEES

| | |
|---|---|
| 1987-1990 | Women's Dermatologic Society, Newsletter Editor |
| 1988-1991 | Sulzberger Institute, Board of Directors |
| 1990-1992 | American Cancer Society, Board of Directors |
| 1990-1992 | American Academy of Dermatology Youth Education Committee Member |
| 1991-1993 | American Cancer Society Chairman of Public Education |
| 1991-1993 | Women's Dermatologic Society Nominating Committee |
| 1991-1995 | American Academy of Dermatology Presidential Commission on Melanoma & Skin Cancer |
| 1991-1995 | American Academy of Dermatology Chairman, Youth Education Committee |
| 1991-1995 | American Academy of Dermatology Council on Communications |
| 1995-1998 | American Academy of Dermatology Co-Chairman, Communications Council |
| 1995-1998 | Louisiana Dermatological Society Insurance Commission |
| 1995-1998 | CDC Senior Consultant Panel CDC/AAD Cooperative Agreement to Provide Technical Assistance in Skin Cancer Prevention |
| 1996-1998 | AAD Camp Discovery Planning Committee |
| 1997-2002 | Women's Dermatologic Society Communications Committee |
| 1997-2000 | National Sun Safety Coalition |
| 1998-2000 | Internet Committee American Academy of Dermatology |

3

| | |
|---|---|
| 1998-2001 | National Dermatology Public Awareness Program |
| 1999-2000 | Communications American Academy of Dermatology Dermatology 2000 Initiative-Chairman |
| 1999-2003 | American Academy of Dermatology Co-Chairman Council on Communications |
| 1999 | American Academy of Dermatology Special Olympics Committee |
| 2000-2001 | Dermatology Foundation-Vice Chairman |
| 2000-2004 | AAD/ Pediatric Dermatology Joint Committee |
| 2000-2001 | AAD Task Force on the Safe Usage of Isotretinoin |
| 2001 | Consensus Conference on the Safe and Optimal Usage of Isotretinoin AAD representative held in New Orleans, La. |
| 2002 | American Society for Dermatologic Surgery Chairman Membership Committee |
| 2002-2004 | American Society for Dermatologic Surgery Fund Raising Committee |
| 2002-2003 | Women's Dermatologic Society Fund Raising Committee |
| 2002-2008 | Women's Dermatologic Society Communication Committee |
| 2003-2005 | Women's Dermatologic Society Chairman Communications Committee |
| 2005-2007 | Women's Dermatologic Society History Committee |
| 2003-2004 | American Academy of Dermatology:  Office Based Medicine Task Force |
| 2008-2010 | American Society for Dermatologic Surgery-Chairman Media and Public Relations Work Group |

## COMMUNITY & MEDIA ACTIVITIES

| | |
|---|---|
| 1989-1992 | American Academy of Dermatology Coordinator, New Orleans Area Skin Cancer Screening |
| 1989 | American Cancer Society Implementation of the Teaching Program "Children's Guide to Sun Protection" New Orleans area and private schools |

| 1990 | Louisiana Children's Museum |
| | Project for the development of a sun protection |
| | exhibit for children |

| 1990 | NBC Affiliate, New Orleans |
| | Health Reporting on Dermatologic Related Issues: |
| | Series "House Calls" |

| 1990 | WWL TV-CBS affiliate, The Angela Show, "To Tan or Not To Tan" |

| 1992 | CNN, Health Segment on Sun Protection and |
| | Educational Programs in Children |

| 1992 | WWL, Channel 4 CBS Affiliate Melanoma |
| | Diagnosis & Treatment |

| 1992 | NBC Affiliate, New Orleans |
| | Health Segment on Sun Protection Badges for Children |

| 1994 | Camp Discovery for Children with severe skin |
| | disease.  Staff physician. |

| 1995 | CNN:  Talking to Children about Sun Protection |

| 1997 | Health Segment:  Good Morning America |
| | "What baby boomers think about aging facial |
| | appearance" |

| 1997 | "The Wrinkle Report" – Television and Radio |
| | Media Tour.  Topical Treatments for Aging Skin |

| 1998 | LPGA Golf Initiative for Skin Cancer Prevention |
| | American Academy of Dermatology |

| 1998 | i Village: On Line Chat "The Wrinkle Report" |

| 1999 | "Women in Know"-Web Site-Expert on Skin Care |

| 1999 | Satellite Media Tour-Sunscreens and Skin Cancer |
| | Prevention, New York, New York. American Academy of |
| | Dermatology |

| 1999 | Speaker for Advanced Practice Management and |
| | Enhancement Institute.  Ortho Dermatologic |
| | Office dispensing and cosmeceuticals for aging skin |

| 1999 | Press Conference:  National Teen Acne Awareness |
| | New York, New York.  American Academy of Dermatology |

| 1999 | Satellite Media Tour:  National Teen Acne |
| | Awareness Week, Los Angeles. American Academy of Dermatology |
| | Dr Drew Pinsky and Dr Patricia K Farris |

| | |
|---|---|
| 1999 | Radio Media Tour:  The psychological aspects of teenage acne. |
| 1999 | WWL Healthbreak,  Microdermabrasion and your skin. |
| 2000 | On Health.com:  Hair loss: Causes and Current Treatments |
| 2000 | WWL TV-CBS Affiliate. Non-ablative Laser Resurfacing New Orleans, La. |
| 2000 | Press Conference:  Topical Retinol: How Does It Work? Istanbul, Turkey. |
| 2001 | Health Watch, Cellulite: Does anything really help? WDSU NBC Affiliate, New Orleans, La |
| 2001 | Your Health Today.  Accutane:  Is it Safe? WDSU NBC Affiliate, New Orleans, LA. |
| 2002 | Video News Release:  Antioxidants for the treatment of aging skin. American Academy of Dermatology |
| 2002 | Television Media Tour: Innovative Treatments for Melasma |
| 2003 | Video News Release: New Treatments for Lentigines |
| 2003 | Press Conference:  Circadian Rhythms in Dermatology. New York, NY |
| 2003 | Television Media Tour:  Topical treatments for Age Spots |
| 2004 | Wrinkle Free Fridays:   WWL TV-CBS affiliate What's New In Topical Treatments for Aging Skin |
| 2004 | Wrinkle Free Fridays:  WWL TV-CBS Advances in Non-Ablative Lasers |
| 2007 | Wrinkle Free Fridays:  WWL TV-CBS  Liquid Silicone:  Is it Safe? |
| 2007 | Press Conference: Cellulite treatment: What's New?  New York, NY |
| 2008 | Wrinkle Free Fridays: WWL TV-CBS  Nutraceuticals and aging skin |
| 2008 | AAD Skin Academy Press Event. Cosmeceutical Conundrums. |
| 2008 | Tyra Banks Show:    The Cellulite Challenge |
| 2009 | AAD Satellite Radio Tour:  Natural Ingredients in Skin Care |

6

2009                     Wrinkle Free Friday:  WWL-TV  Tri-Luma Cream: New Uses in Photoaging

2009                     Wrinkle Free Friday:  WWL TV-CBS  Laser Treatments for Cellulite

2009                     Wrinkle Free Friday:  WWL TV-CBS  Pro-X by Olay, Does it work?

2009                     Morning News   WWL TV-CBS     Melanoma Monday

## PUBLICATIONS

1.      Cohen C, Cook J, Rodrigue J, Kokoshis P, McNamee R, DiLuzio NR. Synergistic inhibitory effect of glucan-mediated immunity and chemotherapy with cytoxan on growth of acute myelogenous tumor cells in rate. Reticuloendothelial Soc. Prog. Abstracts, p 56a, 1976

2.      Kokoshis P, Cook JA, DiLuzio NR.  Specificity of glucan induced elevation in serum lysozyme activity.  J. Reticuloendothelial Soc. Prog. Abstracts, p 401, 1977

3.      DiLuzio NR, McNamee R, Jones E, Rodrigue J, Gibert K, Cook J, Kokoshis P, Malshet V. Influence of the immunostimulant glucan on hepatic cells.  Hepatologic-Leirarische Schnelldienst Sept 1977

4.      DiLuzio NR, Cook JA, Kokoshis P.  Enhancement of the antitumor activity of cytoxen chemotherapy  by cojoint glucan-immunotherapy.  EURES Proc. Sept. 1977 (abstract)

5.      Kokoshis P, Cook JA, DiLuzio NR.  Employment of serum lysozyme activity as an index of reticuloendothelial (RE) hyperfunction following the administration of glucan.  Physiologist, Aug. 1988

6.      DiLuzio NR, Kokoshis P, William EL.  Hepatic Kupffer cell alterations induced by glucan. Gastroenterol, 1977

7.      DiLuzio NR, Cook JA, Cohen C, Rodrigue J, Kokoshis P, McNamee RB.  Enhancement of the inhibitory effect of cyclophosphamide on experimental acute myelogenous leukemia by glucan immunopotentiation and response of serum lysozyme.  Modulation of Host Immune Resistance in Prevention of Treatment of Induced Neoplasia, M. A. Chirigos, Ed, Raven Press NY, 1978

8.      Kokoshis P, Williams D, Cook JA, DiLuzio NR.  Increased resistance to Staphylococcus aureus infection and enhancement in serum lysozyme activity by glucan.  Science 199. p 1340, 1978

9.      Kokoshis P, DiLuzio NR.  Serum lysozyme: An index of macrophage function.  Journal Reticuloendothelial Society 15(1) p 85, 1979

10.     Lehrer SB, McCants M, Farris PK, Bazin H.  Passive cutaneous anaphylaxis inhibition:  Evidence for heterogenity in IgE mast cells interactions.  Immunology, Dec 44(4) 711-716, 1982.

11.     Moroczkowski T, Farris PK, Anderson L.  Current clinical practice. Atopic Dermatitis, Ed Franz Messerli, Saunder, 1986

12.     Terezakis N, McBurney EI, Farris PK.  Treatment of Large Periorbital Hemangiomas with Intralesional Steroid Injections.  Poster.  American Academy of Dermatology, San Antonio, TX, December 1987

7

13. Goldsmith L, Koh HX, Bewerse B, Reilley B, Wyatt S, Bergfeld W, Geller AC, Farris-Walters P. <u>Proceedings from the national conference to develop a national skin cancer agenda.</u> American Academy of Dermatology and Centers for Disease Control and Prevention. J Am Acad Dermatol 1996: 34(5):822-23. April 8-10, 1995

14. Goldsmith L, Koh Bewerse B, Reilley B, Wyatt S, Bergfeld W, Geller AC, Farris-Walters P. <u>Full proceedings from the National Conference to Develop a National Skin Cancer Agenda.</u> American Academy of Dermatology and Centers for Disease Control and Prevention. J Am Acad Dermatology 1996: 35:748-756

15. J.K. Robinson, M.D., Rex Amoneette, M.D., Stephen W. Wyatt, M.D., B. A. Bewerse, MN, MPH, Wilma Bergfeld, M.D., and Patricia K. Farris, M.D. <u>Executive summary of the national "Sun Safety: Protecting Our Future" Conference: American Academy of Dermatology and Centers for Disease Control and Prevention.</u> J AM Acad Dermatology 1998: 38:774-80

16. Farris Patricia K, <u>How to Get Started With in Office Product Dispensing.</u> Skin and Aging, Vol. 7 Supplement, pgs. 29-31, March, 1999

17. Farris Patricia K, <u>Office Dispensing: A Responsible Approach.</u> Seminars In Cutaneous Medicine and Surgery, September 2000: 19(3):195-200

18. Farris, Patricia K. and Rietschel, Robert L. <u>An Unusual Acute Urticarial Response following Microdermabrasion. A case Report.</u> Derm Surg July 2002: 28(7):606-608.

19. Farris, Patricia K. Cosmeceuticals: <u>The Science Behind the Claims.</u> Cosm Dermatology. March 2002.

20. Brody HJ. Farris PK and Geronemus RE. <u>Beauty vs Medicine: The Non-Physician Practice of Dermatologic Surgery.</u> Journ Derm Surg April 2003: 29:319-324

21. Rogers NE, Farris, PK and Wang AR. <u>Juvenile Chondrodermatitis Nodularis Helicis: A case Report and Literature Review.</u> Pediatr Dermatol. 2003 20(6);:488-90

22. Farris, PK. <u>Topical Vitamin C: A useful agent for treating photaged skin.</u> Jour Derm Surg; 2005 31(7 Pt 2):814-7

23. Farris, Patricia K. <u>Cosmeceutical Critique: Peptides for Aging Skin.</u> August 2004

24. Farris, Patricia K. <u>Combination Therapy for Solar Lentigines.</u> Drugs in Derm 2004:3(5);s23-s26.

25. Farris, Patricia K. Cosmeceutical Vitamins: Vitamin C. <u>*Cosmeceuticals.*</u> Chapter 8. Draelos and Dover. Elsevier. 2006

26. Farris, Patricia K. <u>New and Innovative Antioxidant Cosmeceuticals.</u> Dermatatologic Therapy 2007;20(5):322

27. Lupo, M, Draelos ZD, Farris PK, et al. CoffeeBerry :<u>A new, natural antioxidant in professional antiaging skin care.</u> Cosmetic Dermatology 2007;20(10);2

28. Farris, PK. <u>Promoting compliance with topical rejuvenation regimens.</u> Practical Dermatology, 2007; May S10-11.

8

29.   Farris, PK. Effective management of fine lines and wrinkles: reviewing the role of tretinoin in treating photodamage. Skin and Aging 2008; July:58-62.

## PRESENTATIONS

1.   Hyperimmunoglobulin E:  Buckleys Syndrome.  A review and case presentation. Louisiana Dermatologic Society. New Orleans, Louisiana. 1983

2.   HTLV.I Associated T-Cell Lymphoma:  A case presentation. American Dermatologic Society for Allergy and Immunology. Boston, MA. September 1984

3.   Sarcoidosis occurring in Herpes Zoster cicatrix:  A case presentation. Farris P, Christianson H. Southern Medical Association. Orlando, Florida. November 1985

4.   Peterkin Paper:  The effect of chronic Ultraviolet B irridation on T-cell subpopulation in mice. Louisiana Dermatologic Society. New Orleans, LA. 1986

5.   Challenges in pediatric dermatology. American Academy of Dermatology Summer Session. New York. June 1988

6.   Pediatric dermatology for the house officer: A monthly lecture series, Children's Hospital of New Orleans. 1989-1994

7.   The Women's Health Care Curriculum:  Representing the American Academy of Dermatology at the American Medical Women's Association Meeting. Washington DC. August 1992.

8.   The effects of ultraviolet light on women's health. Representing the American Academy of Dermatology at the Society for the Advancement of Women's Health Research Meeting. Washington, DC. June 1993

9.   Women in Dermatology:  A view of private practice. American Academy of Dermatology. San Francisco. July 1994

10.   Hirsutism: New and innovating therapies. Dermatology Update. New York, NY. October 1994

11.   Your skin and how to save it. An educational video produced by the American Academy of Dermatology and Beiersdorf Corporation, produced by Flatiron, Inc., February 1995

12.   Public Education: Materials and Methods from the AAD. American Academy of Dermatology. Washington, DC. February 1995

13.   Clinical Aspects of Skin Cancer. AAD/CDC Partners in Prevention Conference. New York, NY. May 1996

14.   The Use of Retinoids in Photoaging. Hawaii Dermatology Seminar. Island of Hawaii, January 1998

15.   Office Dispensing: Should you? Advanced Practice Management Seminar. Dallas, Texas. July 1998

16.   Renova: The Wrinkle Report. Advanced Practice Management Seminar. Dallas, Texas. July 1998

9

17. <u>Tretinoin: From Acne to Aging</u>. American Academy of Osteopathy. New Orleans, Louisianana. September 1998

18. <u>The Pathophysiology of Photoaging</u>. Hawaii Dermatology Seminar. Mauii, Hawaii. February 1999

19. <u>The Art of Office Dispensing</u>. American Academy of Dermatology Summer Session. New York. July 1999

20. <u>Photoaging Pathophysiology</u>. 14th Dialogues in Cosmetic Dermatology. Carlsbad, California. November 1999

21. <u>Acne Therapy What's New</u>. Phoenix Derm Open. Phoenix, Arizona. January 2000

22. <u>Topical Antiaging Update</u>. Phoenix Derm Open. Phoenix , Arizona.  January 2000

23. <u>Office Dispensing</u>: A Value Added Service For Your Patients. 4th Annual International Symposium on Aging Skin. Ft. Lauderdale, Florida. January 2000

24. <u>Developing a Cosmetic Dermatology Practice</u>. Resident's Practice Management Symposium. Bristol-Meyers Squibb. San Francisco, California. March 2000

25. <u>Retinol: Does It Work</u>? American Academy of Dermatology, Cosmetic Symposium. San Francisco, California. March 2000

26. <u>The Aging Face and the New Millennium</u>. 15th Dialogues in Cosmetic Dermatology. Scottsdale, Arizona. September 2000

27. <u>The Pathophysiology of Photoaging and the Use of Retinoids</u>. Brazilian Dermatology Congress. Salavador, Brazil. September 2000

28. <u>Retinol in the Treatment of Photoaged Skin</u>. Anakara and Istanbul, Turkey. October 2000

29. <u>Beauty at any Age: A historical prospective on beauty and aging</u>. Video presentation Dermatology Update. New York, New York. October 2000

30. <u>A Clinical Perspective on the Use of Topical Retinol</u>. Hawaii Dermatology Seminar. Maui, Hawaii.  February 2001

31. <u>Cosmetic Dermatology</u>. Practice Management Seminar. Residents Symposium Washington, DC. March 2001

32. <u>Searching for the Fountain of Youth</u>. New Orleans Academy of Internal Medicine. New Orleans, Louisiana.  April 2001

33. <u>Office Dispensing for the New Millinneum</u>. Annual International Symposium on Aging Skin San Diego, California.  May 2001

34. <u>Office Dispensing the Right Way</u>. 20th Fall Clinical Dermatology Conference. Las Vegas, Nevada October 2001

35. <u>Cosmetic Dermatology.</u>  Practice Management Seminar.  Residents Symposium New Orleans, Louisiana.  February 2002

36. <u>Office Dispensing: An ethical approach.</u>  6th Annual International Symposium on Aging Skin. Chicago, Illinois.  May 2002

37. <u>Cosmeceuticals:  Does the Science Support the Claims.</u>  Dermatology Update.  New York, NY October 2002.

38. <u>Practice Management: How to incorporate Office Dispensing.</u>  Florida Dermatology Society. South Beach, Florida.  February 2003

39. <u>Media Relations for the Practicing Dermatologist.</u>  American Academy of Dermatology Summer Session.  July 2003

40. <u>Treatment of Aging Skin</u>:  We've come a long way baby, or have we?  American College of Osteopathic Dermatology.  New Orleans, La   October 2003

40. <u>Anti-aging Agents</u>:  Fall Clinical Dermatology Conference.  Las Vegas, Nevada.  October 2003

41. <u>Disease Based Office Dispensing.</u>  American Academy of Dermatology.  Washington DC, Feb 2004

42. <u>Cosmeceuticals:  Anti-oxidants and beyond.</u>  American Academy of Dermatology.  Washington DC, 2004

43. <u>Cosmeceuticals: Are they just hope in a bottle?</u>  Florida Dermatology Society.  Miami, Florida Feb 2004

44. <u>Office Dispensing: an integral part of practice management</u>.  Florida Dermatology Society.  Miami, Florida   Feb 2004

45. <u>A New Paradigm for treating Lentigenes</u>.  Florida Dermatology Society.  Miami, Florida Feb 2004

46. <u>Topicals from Pigmentation to Wrinkles.</u>  Dermatology Foundation Clinical Symposium.  Amelia Island, Florida March 2004.

47. <u>Cosmeceuticals.  What works and what doesn't,</u>  Dermatology Foundation Clinical Symposium, Amelia Island Florida.  March 2004

48. <u>The Biologic Basis of Cosmeceuticals</u>.  American Society for Aesthetic Plastic Surgery. Vancouver, Canada.  April 2004

49. <u>Cosmeceuticals: The Adventure Continues.</u>  American Academy of Dermatology. New York, NY. July 2004

50. <u>The Science Behind Cosmeceuticals.</u>  International Society of Cosmetic Laser Surgery, La Vegas Nevada.  Sept 2004

51. <u>Marketing Strategies for Your Cosmetic Practice</u>.  Connetics Connection Practice Management Symposium, Napa Valley,     CA. Sept 2004

52. <u>What's New in Cosmeceuticals?</u> Fall Clinical Dermatology Symposium. Las Vegas, NV. Oct 2004

53. <u>Topical Approaches to Aging Skin.</u> Winter Clinical Dermatology Symposium. Kona, Hawaii. Jan 2005

54. <u>The Biologic Basis for Cosmeceuticals.</u> Florida Dermatologic Society. South Beach, Fla. Feb 2005

55. <u>Botox</u>: Pitfalls and Pearls. Society for Dermatologic PA's. New Orleans, La. Feb 2005

56. <u>Skin Care and Topical Treatments for Aging Skin.</u> Society for Dermatologic PA's. New Orleans, La. Feb 2005

57. <u>Office Dispensing</u>: Making Cents of Dispensing. Live Webcast. Dallas Texas. March 2005

58. <u>Is Your Practice Disaster Proof: What You Should Know?</u> A Practice Management Approach. Fall Clinical Dermatology Symposium. Las Vegas, NV. Oct 2005

59. <u>Cosmeceuticals to Pharmaceuticals.</u> Florida Dermatologic Society. South Beach, Fla. Feb 2006

60. <u>Cosmeceutical Update.</u> American Academy of Dermatology San Francisco, California. March 2006

61. <u>Cosmeceuticals: A Comprehensive Review.</u> Valley of the Sun Dermatology Meeting. Phoenix, Arizona April 2006

62. <u>New Therapies: Where Do Cosmeceuticals Fit In?</u> American Academy of Dermatology: Summer Session. San Diego, California. July 2006

63. <u>Lasers and Light Sources: What Really Works?</u> Seminar at Sea. Vancouver, Canada August 2006

64. <u>How to Approach the Aging Face Like an Artist.</u> Seminar at Sea. Vancouver, Canada. August 2006

65. <u>The use of Topical Anti-aging Products: A Practical Approach.</u> Seminar at Sea Vancouver, Canada August 2006

66. <u>Cosmeceuticals: Truth in Advertising.</u> California Dermatology Society. San Diego, California. September 2006

67. <u>At Home Skin Care treatments: Do They Work?</u> Fall Clinical Dermatology Symposium. Las Vegas, Nevada. October 2006

68. <u>Cosmeceutical Products and the Dermatologist.</u> Florida Dermatology Society Meeting. South Beach, Florida. February 2007

69. <u>Treatment of the Aging Face: New Innovations.</u> Alabama Dermatologic Society, Destin, Fla. July 2007

70. <u>Direct Dispensing: Can it work for you</u>? Cosmetic Boot Camp, Las Vegas, NV. December 2007

71. <u>Tretinoin: The Supercosmeceutical.</u> South Beach Symposium. South Beach, Florida. February 2008

72. <u>Cosmeceutical Overview: What works and What doesn't.</u> Advances in Cosmetic and Medical

Dermatology.  Maui, Hawaii. March 2008

73. <u>Office Dispensing:</u>  Do patients really benefit?  American Dermatologic Association. Asheville, NC, August 2008

74. <u>Botox:</u> The long and the short of it.  American Society for Dermatologic Surgery, Orlando, Florida. November 2008.

75. <u>Figuring out the folds:</u> psoriasis, sebopsoriasis and other intertiginous disorders.  South Beach Symposium, South Beach, Florida.  February 2009

76. <u>Cosmeceuticals my way,</u>  South Beach Symposium, South Beach, Florida.  February 2009

77. <u>Cosmeceuticals:</u>  Where's the Beef?  Noah Worcester Society Meeting, Las Vegas Nevada. March 2009

78. <u>Effective Communications</u>.  Course director, AAD summer session  Boston, Mass 2009


## CONSULTING /ADVISORY BOARD ACTIVITIES

| | |
|---|---|
| Allergan | 2006 |
| Advanced Polymer Systems | 1999-2000 |
| Barrier Therapeutics | 2005-2008 |
| Bieirsdorf | 2003-present |
| Bioglan | 1999-2004 |
| Bristol-Meyers Squibb | 2000-2001 |
| Dermik | 2004 |
| Enhanced Dermatology Technology | 2000-2001 |
| Fujisawa | 1999-2001 |
| Galderma Laboratories | 1999-present |
| Guthy-Renker Corp | 1999-present |
| Inamed | 2004-2006 |
| Maybelline | 1998-1999 |
| L'Oreal of Paris | 1998-1999 |
| La Roche Posay | 2007 |
| Neutrogena | 2005-2009 |

| | |
|---|---|
| NuSkin | 2004-2005 |
| Ortho Dermatologic | 1997-1999 |
| Revance | 2006 |
| SkinMedica | 2004-2005 |
| Steifel | 2008 |
| Unilever | 2008-2009 |
| Nineth Street Beverage | 2008 |

**Investigator**

| | |
|---|---|
| Fugisawa Phase III Trial for Protopic[R] | 2001-2002 |
| InaMed Phase III Trial for Reloxin[R] | 2004-2005 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY<br>LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION: N(5) |
| This Document Relates to:<br>*Dubuclet v. Fleetwood Enterprises, Inc.*<br>*Case No. 07-9228* | * <br> * <br> * <br> * <br> * | JUDGE: ENGELHARDT <br><br> MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF PATRICIA K. FARRIS, M.D., F.A.A.D.

STATE OF LOUISIANA
PARISH OF JEFFERSON

Before me, an officer duly authorized to administer oaths, came Patricia K. Farris, M.D., F.A.A.D. who, having been duly sworn deposes and makes this affidavit in support of the response of Fleetwood Enterprises, Inc. to Plaintiff's Daubert motion to limit the testimony of Patricia K. Farris, M.D., F.A.A.D. and says:

1. I have reviewed Plaintiff's Daubert Motion to Exclude the Testimony of Patricia K. Farris, M.D., F.A.A.D. including plaintiff's argument that my opinion that stress exacerbated Timia Dubuclet 's eczema should be excluded as beyond my expertise in the field of dermatology.



2. I disagree with plaintiff's statement that as an expert in the field of dermatology I am not qualified to provide the expert opinion that stress can exacerbate atopic dermatitis.

3. I am a board certified dermatologist and have been in private practice for 23 years. (*See* Curriculum Vitae attached as Exhibit "A").

4. I was questioned during my deposition about whether I had ever been qualified as an expert in the field of atopic dermatitis. There is no specialty within the general field of dermatology known as atopic dermatitis. Atopic dermatitis is simply one of the many skin diseases that I, as a clinician, deal with on a daily basis.

5. I have served on the clinical teaching faculty at Tulane University Medical School in the department of Dermatology since 1986. (Exhibit "A").

6. I am licensed to practice medicine in the states of Louisiana, California and New York. (Exhibit "A").

7. I have co-authored a published chapter on atopic dermatitis in a textbook entitled "Current Clinical Practice-Atopic Dermatitis."

8. As part of my practice I treat patients with problems related to skin allergies, atopic dermatitis and contact dermatitis including pediatric patients.

9. As part of my dermatology practice I regularly treat patients with atopic dermatitis that have flares caused by stress.

10. In the field of dermatology it is widely accepted that stress is a cause of flares of atopic dermatitis as discussed in Pallor AS and Mancini AJ. Hurwitz Clinical Pediatric Dermatology, 3rd Edition, Ch. 3, p. 58 "Eczematous Eruptions in Childhood".

11. There are several published studies which clearly demonstrate that stress exacerbates atopic dermatitis. These studies include, but are not limited to, "Arndt J, Smith N, Tausk F. Stress and atopic dermatitis. Curr Allergy Asthma Rep. 2008;8(4):312-317"; "Hashizume J, Takigawa M. Anxiety in allergy and atopic dermatitis. Curr Opin Allergy Clin Immununol 2006;6(5):335-339";

12. Based upon my experience as a dermatologist and the applicable literature I am qualified as an expert in the field of dermatology to render the opinion that stress exacerbates atopic dermatitis.

13. Based upon my training, education and experience, my review and understanding of the world's literature and my clinical, hands on, medical examination of Timia Dubuclet it is my opinion that the alleged flares which were purportedly exacerbated while Timia Dubuclet was residing in the trailer were caused by the stress that Timia Dubuclet was under when she returned to live in New Orleans, Louisiana.

**PATRICIA K. FARRIS, M.D., F.A.A.A.**

Sworn to and subscribed to me
This 13th day of November 2009.

Notary Public

Name: Marc E. Devenport

La. Bar No: 23712

Commission: Lifetime

## PATRICIA K. FARRIS, M.D., F.A.A.D.

### PERSONAL INFORMATION

Business Address:          701 Metairie Road
                           Suite 2A 205
                           Metairie, LA  70005

Telephone Number:          504-836-2050

Fax number:                504-836-0533

E mail Address:            PKFAR@aol.com

### EDUCATION

1971-1975          B.A. Biology - Southern Illinois University
                   Carbondale, Illinois

1975-1978          M.S. Physiology - Tulane University Medical School
                   New Orleans, Louisiana
                   Thesis:  Employment of Serum Lysozyme as an
                   Index of Reticuloendothelial Function

1982               M.D. - Tulane University Medical School
                   New Orleans, Louisiana

1982-1983          Internship-Internal Medicine
                   Tulane Affiliated Hospitals
                   New Orleans, Louisiana

1983-1986          Residency-Department of Dermatology
                   Tulane University Medical School
                   New Orleans, Louisiana

1986               Certified - American Board of Dermatology

### PROFESSIONAL EXPERIENCE

1999-present       Private Practice, Old Metairie Dermatology
                   Metairie, Louisiana

1986-1998          Partner, Nia Terezakis, M.D., APMC
                   New Orleans, Louisiana

1986-present       Clinical Assistant Professor
                   Department of Dermatology
                   Tulane University Medical Center

1993-2001          Clinical Assistant Professor
                   Department of Dermatology
                   Louisiana State University Medical School

1


EXHIBIT
A

## LICENSURE

| | |
|---|---|
| 1982 | Louisiana |
| 1992 | California |
| 2003 | New York |
| 2006 | Vermont |

## MEMBERSHIPS

American Academy of Dermatology, Fellow

American Dermatologic Association

American Society for Dermatologic Surgery

Women's Dermatologic Society

Louisiana State Medical Society

Jefferson Parish Medical Society

Louisiana Dermatologic Society

Dermatology Foundation Leaders Society/Annenberg Circle

American Society for Dermatologic Surgery/ Stegman Circle

International Academy of Cosmetic Dermatology

American Society for Laser Medicine and Surgery

Noah Worcester Society

## HONOR SOCIETIES & HONORS

| | |
|---|---|
| 1973-1975 | Beta Honor Society: Southern Illinois University |
| 1974-1975 | Honors Research Program<br>Organic Chemistry & Physiology |
| 1975 | Graduation with Highest Honors: Southern Illinois University |
| 1978-1979 | Tulane Medical Student Honors Research Program<br>John Salvaggio, M.D. |
| 1985-1986 | Chief Resident, Tulane University Medical School<br>Department of Dermatology |
| 1998 | Presidential Citation:  American Academy of |

Dermatology for outstanding contributions in the communication.

| 2000 | Presidential Citation:  American Academy of Dermatology for communications. |

## COMMITTEES

| 1987-1990 | Women's Dermatologic Society, Newsletter Editor |
| 1988-1991 | Sulzberger Institute, Board of Directors |
| 1990-1992 | American Cancer Society, Board of Directors |
| 1990-1992 | American Academy of Dermatology<br>Youth Education Committee Member |
| 1991-1993 | American Cancer Society<br>Chairman of Public Education |
| 1991-1993 | Women's Dermatologic Society<br>Nominating Committee |
| 1991-1995 | American Academy of Dermatology<br>Presidential Commission on Melanoma & Skin Cancer |
| 1991-1995 | American Academy of Dermatology<br>Chairman, Youth Education Committee |
| 1991-1995 | American Academy of Dermatology<br>Council on Communications |
| 1995-1998 | American Academy of Dermatology<br>Co-Chairman, Communications Council |
| 1995-1998 | Louisiana Dermatological Society<br>Insurance Commission |
| 1995-1998 | CDC Senior Consultant Panel<br>CDC/AAD Cooperative Agreement to Provide<br>Technical Assistance in Skin Cancer Prevention |
| 1996-1998 | AAD Camp Discovery<br>Planning Committee |
| 1997-2002 | Women's Dermatologic Society<br>Communications Committee |
| 1997-2000 | National Sun Safety Coalition |
| 1998-2000 | Internet Committee American Academy of Dermatology |

| 1998-2001 | National Dermatology Public Awareness Program |
|---|---|
| 1999-2000 | Communications American Academy of Dermatology Dermatology 2000 Initiative-Chairman |
| 1999-2003 | American Academy of Dermatology Co-Chairman Council on Communications |
| 1999 | American Academy of Dermatology Special Olympics Committee |
| 2000-2001 | Dermatology Foundation-Vice Chairman |
| 2000-2004 | AAD/ Pediatric Dermatology Joint Committee |
| 2000-2001 | AAD Task Force on the Safe Usage of Isotretinoin |
| 2001 | Consensus Conference on the Safe and Optimal Usage of Isotretinoin AAD representative held in New Orleans, La. |
| 2002 | American Society for Dermatologic Surgery Chairman Membership Committee |
| 2002-2004 | American Society for Dermatologic Surgery Fund Raising Committee |
| 2002-2003 | Women's Dermatologic Society Fund Raising Committee |
| 2002-2008 | Women's Dermatologic Society Communication Committee |
| 2003-2005 | Women's Dermatologic Society Chairman Communications Committee |
| 2005-2007 | Women's Dermatologic Society History Committee |
| 2003-2004 | American Academy of Dermatology:  Office Based Medicine Task Force |
| 2008-2010 | American Society for Dermatologic Surgery-Chairman Media and Public Relations Work Group |

## COMMUNITY & MEDIA ACTIVITIES

| 1989-1992 | American Academy of Dermatology Coordinator, New Orleans Area Skin Cancer Screening |
|---|---|
| 1989 | American Cancer Society Implementation of the Teaching Program "Children's Guide to Sun Protection" New Orleans area and private schools |

| | |
|---|---|
| 1990 | Louisiana Children's Museum<br>Project for the development of a sun protection<br>exhibit for children |
| 1990 | NBC Affiliate, New Orleans<br>Health Reporting on Dermatologic Related Issues:<br>Series "House Calls" |
| 1990 | WWL TV-CBS affiliate, The Angela Show, "To Tan or Not To Tan" |
| 1992 | CNN, Health Segment on Sun Protection and<br>Educational Programs in Children |
| 1992 | WWL, Channel 4 CBS Affiliate Melanoma<br>Diagnosis & Treatment |
| 1992 | NBC Affiliate, New Orleans<br>Health Segment on Sun Protection Badges for Children |
| 1994 | Camp Discovery for Children with severe skin<br>disease.  Staff physician. |
| 1995 | CNN:  Talking to Children about Sun Protection |
| 1997 | Health Segment:  Good Morning America<br>"What baby boomers think about aging facial<br>appearance" |
| 1997 | "The Wrinkle Report" – Television and Radio<br>Media Tour.  Topical Treatments for Aging Skin |
| 1998 | LPGA Golf Initiative for Skin Cancer Prevention<br>American Academy of Dermatology |
| 1998 | i Village: On Line Chat "The Wrinkle Report" |
| 1999 | "Women in Know"-Web Site-Expert on Skin Care |
| 1999 | Satellite Media Tour-Sunscreens and Skin Cancer<br>Prevention, New York, New York. American Academy of<br>Dermatology |
| 1999 | Speaker for Advanced Practice Management and<br>Enhancement Institute.  Ortho Dermatologic<br>Office dispensing and cosmeceuticals for aging skin |
| 1999 | Press Conference:  National Teen Acne Awareness<br>New York, New York.  American Academy of Dermatology |
| 1999 | Satellite Media Tour:  National Teen Acne<br>Awareness Week, Los Angeles. American Academy of Dermatology<br>Dr Drew Pinsky and Dr Patricia K Farris |

| | |
|---|---|
| 1999 | Radio Media Tour:  The psychological aspects of teenage acne. |
| 1999 | WWL Healthbreak,  Microdermabrasion and your skin. |
| 2000 | On Health.com:  Hair loss: Causes and Current Treatments |
| 2000 | WWL TV-CBS Affiliate. Non-ablative Laser Resurfacing New Orleans, La. |
| 2000 | Press Conference:  Topical Retinol: How Does It Work? Istanbul, Turkey. |
| 2001 | Health Watch, Cellulite: Does anything really help? WDSU NBC Affiliate, New Orleans, La |
| 2001 | Your Health Today.  Accutane:  Is it Safe? WDSU NBC Affiliate, New Orleans, LA. |
| 2002 | Video News Release:  Antioxidants for the treatment of aging skin. American Academy of Dermatology |
| 2002 | Television Media Tour: Innovative Treatments for Melasma |
| 2003 | Video News Release: New Treatments for Lentigines |
| 2003 | Press Conference:  Circadian Rhythms in Dermatology. New York, NY |
| 2003 | Television Media Tour:  Topical treatments for Age Spots |
| 2004 | Wrinkle Free Fridays:   WWL TV-CBS affiliate What's New In Topical Treatments for Aging Skin |
| 2004 | Wrinkle Free Fridays:  WWL TV-CBS Advances in Non-Ablative Lasers |
| 2007 | Wrinkle Free Fridays:  WWL TV-CBS   Liquid Silicone:  Is it Safe? |
| 2007 | Press Conference:  Cellulite treatment: What's New?  New York, NY |
| 2008 | Wrinkle Free Fridays:  WWL TV-CBS   Nutraceuticals and aging skin |
| 2008 | AAD Skin Academy Press Event.  Cosmeceutical Conundrums. |
| 2008 | Tyra Banks Show:     The Cellulite Challenge |
| 2009 | AAD Satellite Radio Tour:  Natural Ingredients in Skin Care |

6

2009                   Wrinkle Free Friday:  WWL-TV  Tri-Luma Cream: New Uses in Photoaging

2009                   Wrinkle Free Friday:  WWL TV-CBS  Laser Treatments for Cellulite

2009                   Wrinkle Free Friday:  WWL TV-CBS  Pro-X by Olay, Does it work?

2009                   Morning News   WWL TV-CBS     Melanoma Monday

## PUBLICATIONS

1.    Cohen C, Cook J, Rodrigue J, Kokoshis P, McNamee R, DiLuzio NR. Synergistic inhibitory effect of glucan-mediated immunity and chemotherapy with cytoxan on growth of acute myelogenous tumor cells in rate. Reticuloendothelial Soc. Prog. Abstracts, p 56a, 1976

2.    Kokoshis P, Cook JA, DiLuzio NR.  Specificity of glucan induced elevation in serum lysozyme activity. J. Reticuloendothelial Soc. Prog. Abstracts, p 401, 1977

3.    DiLuzio NR, McNamee R, Jones E, Rodrigue J, Gibert K, Cook J, Kokoshis P, Malshet V. Influence of the immunostimulant glucan on hepatic cells.  Hepatologic-Leirarische Schnelldienst Sept 1977

4.    DiLuzio NR, Cook JA, Kokoshis P.  Enhancement of the antitumor activity of cytoxen chemotherapy by cojoint glucan-immunotherapy.  EURES Proc. Sept. 1977 (abstract)

5.    Kokoshis P, Cook JA, DiLuzio NR.  Employment of serum lysozyme activity as an index of reticuloendothelial (RE) hyperfunction following the administration of glucan.  Physiologist, Aug. 1988

6.    DiLuzio NR, Kokoshis P, William EL.  Hepatic Kupffer cell alterations induced by glucan. Gastroenterol, 1977

7.    DiLuzio NR, Cook JA, Cohen C, Rodrigue J, Kokoshis P, McNamee RB.  Enhancement of the inhibitory effect of cyclophosphamide on experimental acute myelogenous leukemia by glucan immunopotentiation and response of serum lysozyme.  Modulation of Host Immune Resistance in Prevention of Treatment of Induced Neoplasia, M. A. Chirigos, Ed, Raven Press NY, 1978

8.    Kokoshis P, Williams D, Cook JA, DiLuzio NR.  Increased resistance to Staphylococcus aureus infection and enhancement in serum lysozyme activity by glucan.  Science 199. p 1340, 1978

9.    Kokoshis P, DiLuzio NR. Serum lysozyme: An index of macrophage function.  Journal Reticuloendothelial Society 15(1) p 85, 1979

10.   Lehrer SB, McCants M, Farris PK, Bazin H.  Passive cutaneous anaphylaxis inhibition:  Evidence for heterogenity in IgE mast cells interactions.  Immunology, Dec 44(4) 711-716, 1982.

11.   Moroczkowski T, Farris PK, Anderson L.  Current clinical practice. Atopic Dermatitis, Ed Franz Messerli, Saunder, 1986

12.   Terezakis N, McBurney El, Farris PK.  Treatment of Large Periorbital Hemangiomas with Intralesional Steroid Injections.  Poster.  American Academy of Dermatology, San Antonio, TX, December 1987

7

13.  Goldsmith L, Koh HX, Bewerse B, Reilley B, Wyatt S, Bergfeld W, Geller AC, Farris-Walters P. <u>Proceedings from the national conference to develop a national skin cancer agenda.</u>  American Academy of Dermatology and Centers for Disease Control and Prevention. J Am Acad Dermatol 1996: 34(5):822-23.  April 8-10, 1995

14.  Goldsmith L, Koh Bewerse B, Reilley B, Wyatt S, Bergfeld W, Geller AC, Farris-Walters P. <u>Full proceedings from the National Conference to Develop a National Skin Cancer Agenda.</u>  American Academy of Dermatology and Centers for Disease Control and Prevention. J Am Acad Dermatology 1996: 35:748-756

15.  J.K. Robinson, M.D., Rex Amoneette, M.D., Stephen W. Wyatt, M.D., B. A. Bewerse, MN, MPH, Wilma Bergfeld, M.D., and Patricia K. Farris, M.D.  <u>Executive summary of the national "Sun Safety: Protecting Our Future" Conference:  American Academy of Dermatology and Centers for Disease Control and Prevention.</u> J AM Acad Dermatology 1998: 38:774-80

16.  Farris Patricia K, <u>How to Get Started With in Office Product Dispensing.</u>  Skin and Aging, Vol. 7 Supplement, pgs. 29-31, March, 1999

17.  Farris Patricia K,  <u>Office Dispensing: A Responsible Approach.</u> Seminars In Cutaneous Medicine and Surgery,  September 2000: 19(3):195-200

18.  Farris, Patricia K. and Rietschel, Robert L.  <u>An Unusual Acute Urticarial Response following Microdermabrasion. A case Report.</u>  Derm Surg July 2002: 28(7):606-608.

19.  Farris, Patricia K. Cosmeceuticals:  <u>The Science Behind the Claims.</u> Cosm Dermatology.  March 2002.

20.  Brody HJ. Farris PK and Geronemus RE.  <u>Beauty vs Medicine:  The Non-Physician Practice of Dermatologic Surgery.</u> Journ Derm Surg April 2003: 29:319-324

21.  Rogers NE, Farris, PK and Wang AR. <u>Juvenile Chondrodermatitis Nodularis Helicis: A case Report and Literature Review.</u> Pediatr Dermatol. 2003 20(6);:488-90

22.  Farris, PK.  <u>Topical Vitamin C;  A useful agent for treating photaged skin.</u>  Jour Derm Surg; 2005 31(7 Pt 2):814-7

23.  Farris, Patricia K. <u>Cosmeceutical Critique: Peptides for Aging Skin.</u>  August 2004

24.  Farris, Patricia K.  <u>Combination Therapy for Solar Lentigines.</u>  Drugs in Derm 2004:3(5);s23-s26.

25.  Farris, Patricia K. Cosmeceutical Vitamins: Vitamin C.  <u>*Cosmeceuticals.*</u>  Chapter 8. Draelos and Dover. Elsevier. 2006

26.  Farris, Patricia K. <u>New and Innovative Antioxidant Cosmeceuticals.</u>  Dermatologic Therapy 2007;20(5):322

27.  Lupo, M, Draelos ZD, Farris PK, et al.  CoffeeBerry : <u>A new, natural antioxidant in professional antiaging skin care.</u> Cosmetic Dermatology 2007;20(10);2

28.  Farris, PK. <u>Promoting compliance with topical rejuvenation regimens.</u> Practical Dermatology, 2007; May S10-11.

29.     Farris, PK. Effective management of fine lines and wrinkles: reviewing the role of tretinoin in treating photodamage. Skin and Aging 2008; July:58-62.

## PRESENTATIONS

1.   Hyperimmunoglobulin E: Buckleys Syndrome. A review and case presentation. Louisiana Dermatologic Society. New Orleans, Louisiana. 1983

2.   HTLV.I Associated T-Cell Lymphoma: A case presentation. American Dermatologic Society for Allergy and Immunology. Boston, MA. September 1984

3.   Sarcoidosis occurring in Herpes Zoster cicatrix: A case presentation. Farris P, Christianson H. Southern Medical Association. Orlando, Florida. November 1985

4.   Peterkin Paper: The effect of chronic Ultraviolet B irridation on T-cell subpopulation in mice. Louisiana Dermatologic Society. New Orleans, LA. 1986

5.   Challenges in pediatric dermatology. American Academy of Dermatology Summer Session. New York. June 1988

6.   Pediatric dermatology for the house officer: A monthly lecture series, Children's Hospital of New Orleans. 1989-1994

7.   The Women's Health Care Curriculum: Representing the American Academy of Dermatology at the American Medical Women's Association Meeting. Washington DC. August 1992.

8.   The effects of ultraviolet light on women's health. Representing the American Academy of Dermatology at the Society for the Advancement of Women's Health Research Meeting. Washington, DC. June 1993

9.   Women in Dermatology: A view of private practice. American Academy of Dermatology. San Francisco. July 1994

10.   Hirsutism: New and innovating therapies. Dermatology Update. New York, NY. October 1994

11.   Your skin and how to save it. An educational video produced by the American Academy of Dermatology and Beiersdorf Corporation, produced by Flatiron, Inc., February 1995

12.   Public Education: Materials and Methods from the AAD. American Academy of Dermatology. Washington, DC. February 1995

13.   Clinical Aspects of Skin Cancer. AAD/CDC Partners in Prevention Conference. New York, NY. May 1996

14.   The Use of Retinoids in Photoaging. Hawaii Dermatology Seminar. Island of Hawaii, January 1998

15.   Office Dispensing: Should you? Advanced Practice Management Seminar. Dallas, Texas. July 1998

16.   Renova: The Wrinkle Report. Advanced Practice Management Seminar. Dallas, Texas. July 1998

17. <u>Tretinoin: From Acne to Aging</u>. American Academy of Osteopathy. New Orleans, Louisianana. September 1998

18. <u>The Pathophysiology of Photoaging</u>. Hawaii Dermatology Seminar. Mauii, Hawaii. February 1999

19. <u>The Art of Office Dispensing</u>. American Academy of Dermatology Summer Session. New York. July 1999

20. <u>Photoaging Pathophysiology</u>. 14th Dialogues in Cosmetic Dermatology. Carlsbad, California. November 1999

21. <u>Acne Therapy What's New</u>. Phoenix Derm Open. Phoenix, Arizona. January 2000

22. <u>Topical Antiaging Update</u>. Phoenix Derm Open. Phoenix , Arizona. January 2000

23. <u>Office Dispensing</u>: A Value Added Service For Your Patients. 4th Annual International Symposium on Aging Skin. Ft. Lauderdale, Florida. January 2000

24. <u>Developing a Cosmetic Dermatology Practice</u>. Resident's Practice Management Symposium. Bristol-Meyers Squibb. San Francisco, California. March 2000

25. <u>Retinol: Does It Work</u>? American Academy of Dermatology, Cosmetic Symposium. San Francisco, California. March 2000

26. <u>The Aging Face and the New Millennium</u>. 15th Dialogues in Cosmetic Dermatology. Scottsdale, Arizona. September 2000

27. <u>The Pathophysiology of Photoaging and the Use of Retinoids</u>. Brazilian Dermatology Congress. Salavador, Brazil. September 2000

28. <u>Retinol in the Treatment of Photoaged Skin</u>. Anakara and Istanbul, Turkey. October 2000

29. <u>Beauty at any Age: A historical prospective on beauty and aging</u>. Video presentation Dermatology Update. New York, New York. October 2000

30. <u>A Clinical Perspective on the Use of Topical Retinol</u>. Hawaii Dermatology Seminar. Maui, Hawaii. February 2001

31. <u>Cosmetic Dermatology</u>. Practice Management Seminar. Residents Symposium Washington, DC. March 2001

32. <u>Searching for the Fountain of Youth</u>. New Orleans Academy of Internal Medicine. New Orleans, Louisiana. April 2001

33. <u>Office Dispensing for the New Millinneum</u>. Annual International Symposium on Aging Skin San Diego, California. May 2001

34. <u>Office Dispensing the Right Way</u>. 20th Fall Clinical Dermatology Conference. Las Vegas, Nevada October 2001

10

35. Cosmetic Dermatology. Practice Management Seminar. Residents Symposium New Orleans, Louisiana. February 2002

36. Office Dispensing: An ethical approach. 6th Annual International Symposium on Aging Skin. Chicago, Illinois. May 2002

37. Cosmeceuticals: Does the Science Support the Claims. Dermatology Update. New York, NY October 2002.

38. Practice Management: How to incorporate Office Dispensing. Florida Dermatology Society. South Beach, Florida. February 2003

39. Media Relations for the Practicing Dermatologist. American Academy of Dermatology Summer Session. July 2003

40. Treatment of Aging Skin: We've come a long way baby, or have we? American College of Osteopathic Dermatology. New Orleans, La   October 2003

40. Anti-aging Agents: Fall Clinical Dermatology Conference. Las Vegas, Nevada. October 2003

41. Disease Based Office Dispensing.  American Academy of Dermatology. Washington DC, Feb 2004

42. Cosmeceuticals: Anti-oxidants and beyond.  American Academy of Dermatology. Washington DC, 2004

43. Cosmeceuticals: Are they just hope in a bottle? Florida Dermatology Society. Miami, Florida Feb 2004

44. Office Dispensing: an integral part of practice management. Florida Dermatology Society. Miami, Florida   Feb 2004

45. A New Paradigm for treating Lentigenes. Florida Dermatology Society. Miami, Florida Feb 2004

46. Topicals from Pigmentation to Wrinkles. Dermatology Foundation Clinical Symposium. Amelia Island, Florida March 2004.

47. Cosmeceuticals. What works and what doesn't. Dermatology Foundation Clinical Symposium, Amelia Island Florida. March 2004

48. The Biologic Basis of Cosmeceuticals. American Society for Aesthetic Plastic Surgery. Vancouver, Canada. April 2004

49. Cosmeceuticals: The Adventure Continues. American Academy of Dermatology. New York, NY. July 2004

50. The Science Behind Cosmeceuticals. International Society of Cosmetic Laser Surgery, La Vegas Nevada. Sept 2004

51. Marketing Strategies for Your Cosmetic Practice. Connetics Connection Practice Management Symposium, Napa Valley,     CA. Sept 2004

52. What's New in Cosmeceuticals? Fall Clinical Dermatology Symposium. Las Vegas, NV. Oct 2004

53. Topical Approaches to Aging Skin. Winter Clinical Dermatology Symposium. Kona, Hawaii. Jan 2005

54. The Biologic Basis for Cosmeceuticals. Florida Dermatologic Society. South Beach, Fla. Feb 2005

55. Botox: Pitfalls and Pearls. Society for Dermatologic PA's. New Orleans, La. Feb 2005

56. Skin Care and Topical Treatments for Aging Skin. Society for Dermatologic PA's. New Orleans, La. Feb 2005

57. Office Dispensing: Making Cents of Dispensing. Live Webcast. Dallas Texas. March 2005

58. Is Your Practice Disaster Proof: What You Should Know? A Practice Management Approach. Fall Clinical Dermatology Symposium. Las Vegas, NV. Oct 2005

59. Cosmeceuticals to Pharmaceuticals. Florida Dermatologic Society. South Beach, Fla. Feb 2006

60. Cosmeceutical Update. American Academy of Dermatology San Francisco, California. March 2006

61. Cosmeceuticals: A Comprehensive Review. Valley of the Sun Dermatology Meeting. Phoenix, Arizona April 2006

62. New Therapies: Where Do Cosmeceuticals Fit In? American Academy of Dermatology: Summer Session. San Diego, California. July 2006

63. Lasers and Light Sources: What Really Works? Seminar at Sea. Vancouver, Canada August 2006

64. How to Approach the Aging Face Like an Artist. Seminar at Sea. Vancouver, Canada. August 2006

65. The use of Topical Anti-aging Products: A Practical Approach. Seminar at Sea Vancouver, Canada August 2006

66. Cosmeceuticals: Truth in Advertising. California Dermatology Society. San Diego, California. September 2006

67. At Home Skin Care treatments: Do They Work? Fall Clinical Dermatology Symposium. Las Vegas, Nevada. October 2006

68. Cosmeceutical Products and the Dermatologist. Florida Dermatology Society Meeting. South Beach, Florida. February 2007

69. Treatment of the Aging Face: New Innovations. Alabama Dermatologic Society, Destin, Fla. July 2007

70. Direct Dispensing: Can it work for you? Cosmetic Boot Camp, Las Vegas, NV. December 2007

71. Tretinoin: The Supercosmeceutical. South Beach Symposium. South Beach, Florida. February 2008

72. Cosmeceutical Overview: What works and What doesn't. Advances in Cosmetic and Medical

Dermatology.  Maui, Hawaii. March 2008

73. <u>Office Dispensing:</u>  Do patients really benefit?  American Dermatologic Association. Asheville, NC, August 2008

74. <u>Botox:</u> The long and the short of it.  American Society for Dermatologic Surgery, Orlando, Florida.  November 2008.

75. <u>Figuring out the folds:</u> psoriasis, sebopsoriasis and other intertiginous disorders.  South Beach Symposium, South Beach, Florida.  February 2009

76. <u>Cosmeceuticals my way,</u> South Beach Symposium, South Beach, Florida.  February 2009

77. <u>Cosmeceuticals:</u>  Where's the Beef?  Noah Worcester Society Meeting, Las Vegas Nevada. March 2009

78. <u>Effective Communications.</u>  Course director, AAD summer session  Boston, Mass 2009

## CONSULTING /ADVISORY BOARD ACTIVITIES

| | |
|---|---|
| Allergan | 2006 |
| Advanced Polymer Systems | 1999-2000 |
| Barrier Therapeutics | 2005-2008 |
| Bieirsdorf | 2003-present |
| Bioglan | 1999-2004 |
| Bristol-Meyers Squibb | 2000-2001 |
| Dermik | 2004 |
| Enhanced Dermatology Technology | 2000-2001 |
| Fujisawa | 1999-2001 |
| Galderma Laboratories | 1999-present |
| Guthy-Renker Corp | 1999-present |
| Inamed | 2004-2006 |
| Maybelline | 1998-1999 |
| L'Oreal of Paris | 1998-1999 |
| La Roche Posay | 2007 |
| Neutrogena | 2005-2009 |

| | |
|---|---|
| NuSkin | 2004-2005 |
| Ortho Dermatologic | 1997-1999 |
| Revance | 2006 |
| SkinMedica | 2004-2005 |
| Steifel | 2008 |
| Unilever | 2008-2009 |
| Nineth Street Beverage | 2008 |

**Investigator**

| | |
|---|---|
| Fugisawa Phase III Trial for Protopic[R] | 2001-2002 |
| InaMed Phase III Trial for Reloxin[R] | 2004-2005 |

14