Exhibit B

# CURRICULUM VITAE

| | |
|---|---|
| NAME: | H. James Wedner, M.D. |
| DATE OF BIRTH: | May 12, 1941 - Pittsburgh, Pennsylvania |
| RESIDENCE: | 60 Ladue Terrace, St. Louis, Missouri 63124 |
| OFFICE INFORMATION: | 660 South Euclid, Campus Box 8122, St. Louis, Missouri 63110 |
| MISSOURI LICENSE: | R 3928 |
| TELEPHONE: | Office: (314) 454-7937 / Home: (314) 995-6801 |
| MARITAL STATUS: | Married, June 18, 1978 |

**PRE-MEDICAL EDUCATION:**
1959 - 1963    Cornell University, Ithaca, New York
               B.A Degree, Zoology

**MEDICAL EDUCATION:**
1963 - 1967    Cornell University Medical College, New York, New York
               M.D. Degree

**HOSPITAL TRAINING:**
1967 - 1968    Intern, Barnes Hospital, St. Louis, Missouri
1970 - 1971    Senior Assistant Resident, Barnes Hospital, St. Louis, Missouri

**ACADEMIC APPOINTMENTS:**
1971 - 1974    USPHS Trainee in Immunology, Washington University School of Medicine, St. Louis, Missouri
1973 - 1974    Instructor in Medicine, Washington University School of Medicine, St. Louis, Missouri
1974 - 1980    Assistant Professor of Medicine, Washington University School of Medicine, St. Louis, Missouri
1979 – 1997    Director, Allergy Clinic, Barnes Hospital, St. Louis, Missouri
1980 - 1996    Associate Professor of Medicine (With Tenure), Washington University School of Medicine, St. Louis, Missouri
1986 - 1995    Director, Training Program in Allergy and Clinical Immunology, Washington University School of Medicine, St. Louis, Missouri
1987 - 2001    Chief, Clinical Allergy and Immunology, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri
1996 - Present Professor of Medicine (With Tenure), Washington University School of Medicine, St. Louis, Missouri
1998 - 2001    Member, Institutional Review Board (Human Studies Committee), Washington University School of Medicine, St. Louis, Missouri
2000 - Present Medical Director, The Asthma & Allergy Center, Washington University School of Medicine, St. Louis, Missouri
2001-Present   Chief, Division of Allergy and Clinical Immunology, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri
2001-Present   Director, Allergy and Clinical Immunology Fellowship Training Program, Washington University School of Medicine/ Barnes-Jewish Hospital/Children's Hospital of St. Louis Graduate Medical Education Consortium, St. Louis, Missouri
2001-Present   Committee Chairman, Institutional Review Board #1, Human Studies Committee, Washington University School of Medicine, St. Louis, Missouri

H. James Wedner, M.D.
**Curriculum Vitae - Page 2**
Last Updated: April 7, 2008

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1974 - 1981 | Assistant Physician, Barnes Hospital, St. Louis, Missouri |
| 1981 - 1996 | Associate Physician, Barnes Hospital, St. Louis, Missouri |
| 1991 - Present | Associate Physician, Barnes West County Hospital, St. Louis, Missouri |
| 1996 - Present | Associate Physician, Barnes-Jewish Hospital, St. Louis, Missouri |

## HONORS AND AWARDS:

Clarence Coryell Prize in Medicine, Cornell University Medical College
Senior Price in Medicine, Cornell University Medical College
Senior Thesis Award, Cornell University Medical College
Bordon Prize for Research, Cornell University Medical College
Alpha Omega Alpha Honor Medical Society, Cornell University Medical College
NIAID Research Career Award Recipient, 1975-1980
Visiting Professor, American College of Allergy, at University of Arkansas, March, 1991
Visiting Professor, American College of Allergy, at Michigan State University, October, 1992
Chairman, Steering Committee, National Cooperative Inner-City Asthma Study, National Institute of Allergy and Infectious Diseases, 1991-1995
American Lung Association Volunteer Award, 1995
Visiting Professor, SUNY-Buffalo, Children's Hospital of Buffalo and Buffalo General Hospital, September, 1999
Nominee for Washington University's AWN Mentor Award, 2000.
Visiting Professor, Eastern Virginia Medical School, April, 2003
Visiting Professor, State University Of New York at Buffalo Medical School, May, 2004
Listed in "America's Top Doctors", Castle Connolly Medical Ltd, 2005 – present
Listed in "Best Doctors in America", affiliated with Harvard Medical School, 2005 - present
Listed in "St. Louis Best Doctors", 2005 - present

## MILITARY SERVICE:

| | |
|---|---|
| 1968 - 1970 | Senior Assistant Surgeon, USPHS, assigned to U.S. Coast Guard, Governors Island, New York |

## ACADEMIC AND PROFESSIONAL ORGANIZATIONS:

American Academy of Allergy and Immunology – Fellow Status
American Association of Immunologists
American College of Allergy, Asthma & Immunology
Clinical Immunological Society – Chair, Communications Committee
European Academy of Allergology and Clinical Immunology
St. Louis Metropolitan Medical Society

| | |
|---|---|
| 2005 – present | Member Indoor Air Quality Committee, AAAAI |
| 1991 - Present | Cori Society, Washington University School of Medicine |
| 1996 -2006Member | Committee on Allergy and Immunology in Medical Schools, AAAAI |
| 2004 – 2005 | Committee Chair, AAAAI Primary Care Rotations in Allergy and Pierson Visitation Program Committee |
| 2004-2005 | Committee Member, AAAAI Urticaria and Angioedema Committee |
| 2004-Present | Representative, Division of Allergy/Immunology, American Association of Subspecialty Professors |

**EDITORSHIP(S):**

| | |
|---|---|
| 1980 - 1982 | Associate Editor, The Journal of Immunology |
| 1984 - 1997 | Topic Editor, Clinical Immunology, Quarterly Survey of Immunology Research |
| 1974 - 1985 | Volume Associate Editor, The Year in Immunology |
| 1985 - 1986 | Volume Associate Editor, The Year in Immunology |
| 1991 - 1996 | Editorial Board, Journal of Allergy and Immunology |
| 1999-2004 | Editor, Clinical Immunology Society Newsletter |
| 2000-Present | Editor, Anaphylaxis and Drug Allergy Section, Current Allergy Reports |

**PUBLICATIONS**

1. Grace CM, Wedner HJ. Measles in previously immunized children. *Morbidity and Mortality*, 1969; 18:141.
2. Wedner HJ, Hoffer BJ, Battenberg E, Steiner AL, Parker CW and Bloom FE. A method for detecting cyclic AMP by immunofluorescence. *J Histochem Cytochem* 1972; 10:293.
3. Bloom FE, Hoffer BJ, Battenberg ER, Siggins GR, Steiner AL, Parker CW and Wedner HJ. Adenosine 3',5' monophosphate is localized in cerebellar neurons: Immunofluorescence evidence. *Science* 1972; 177:436.
4. Eisen SA, Wedner HJ and Parker CW. Isolation of pure human peripheral T lymphocytes on nylon columns. *Immunol Comm* 1972; 1:571.
5. Bloom FE, Wedner HJ and Parker CW. The use of antibodies of study cell structure and metabolism. *Pharmacol Rev* 1973; 25:343.
6. Parker CW, Sullivan TJ and Wedner HJ. Cyclic AMP and the immune response. In: Advances in Cyclic Nucleotide Research. Eds: GA Robison and P Greengard. Raven Press, New York, 1974, Vol. 4, pp. 1-79.
7. Pan P, Bonner J, Wedner HJ and Parker CW. Immunofluorescence evidence for the distribution of cyclic AMP in cells and cell masses of the cellular slime molds. *Proc Natl Acad Sci* 1974; 71:1625.
8. Parker CW, Snider DE, Wedner HJ. The role of cyclic nucleotides in lymphocyte activation. In: Progress in Immunology II. Eds: L Brent and J Holborow. North-Holland Publishing Co., New York, 1974. Vol. 2, pp. 85-94.
9. Wedner HJ and Parker CW. Protein phosphorylation in human peripheral lymphocytes. Stimulation by phytohemagglutinin and $N^6$ monobutyryl cyclic AMP. *Biochem Biophys Res Comm* 1975; 62:808.
10. Wedner HJ, Bloom FE and Parker CW. The role of cyclic nucleotides in lymphocyte proliferation. In: Immune Recognition. Ed: AS Rosenthal. Academic Press, New York, 1975, pp. 337-357.
11. Wedner HJ and Parker CW. Lymphocyte activation. In: Progress in Allergy. Karger Basel, 1976, Vol. 20, pp. 195-300.
12. Wedner HJ, Parker LN and Rosenfeld MG. Mechanism of cAMP control of protein synthesis. I. The preparation of a highly purified antibody and a solid-state immunoassay for porcine pancreatic alpha-amylase. *Anal Biochem* 1975; 65:175.
13. Wedner HJ, Dankner R and Parker CW. Cyclic GMP and lectin induced lymphocyte activation. *J Immunol* 1975; 115:1682.
14. Atkinson JP, Wedner HJ and Parker CW. Two novel stimuli of cyclic adenosine 3',5'-monophosphate (cAMP) in human lymphocytes. *J Immunol* 1975; 115:1023.
15. Steiner AL, Ong S and Wedner HJ. Cyclic nucleotide immunochemistry. *Adv Cyclic Nucleotide Res* 1976; 7:115.
16. Lichenstein JR, Bauer EA, Hoyt R and Wedner HJ. Immunologic characterization of the membrane-bound collagen in normal human fibroblasts: Identification of a distinct membrane collagen. *J Exp Med* 1976; 114:145.

17. Atkinson JP, Udey MC, Wedner HJ and Parker CW. Studies on the stimulation of cAMP metabolism by heparin solutions containing benzyl alcohol. *J Cyclic Nucleotide Res* 1976; 2:297.
18. Wedner HJ Parker CW. Adenylate cyclase activity in lymphocyte subcellular fractions. Characterization of a nuclear adenylate cyclase. *Biochem J* 1977; 162:483.
19. Wedner HJ, Chaplin DD and Parker CW. Evidence for an early sulfhydryl reagent sensitive step during lymphocyte activation. In: Proceedings of the 11th Leukocyte Culture Conference. Academic Press, New York, 1977, p. 456.
20. Kelly JP, Wedner HJ and Parker CW. Mitogenic receptors on human peripheral blood lymphocytes: The interaction of phaseolus vulgaris (E-PHA) and ATG on the human peripheral blood lymphocyte membrane. *J Immunol* 1977; 118:2213.
21. Greene WC, Wedner HJ and Parker CW. Calcium Ionophore A23187 and lymphocyte activation. In: Leukocyte Membrane Determinants Regulating Immune Reactivity. Eds: VP Eijsvoogel, D Roos, and WP Ziijlemaker. Academic Press, New York, 1976, p. 129.
22. Buckley PJ and Wedner HJ. Variation in DNA and RNA synthetic responses during activation of lymphocytes from inbred strains of mice. *J Immunol* 1977; 119:9.
23. Chaplin DD and Wedner HJ. Inhibition of lectin-induced lymphocyte activation by diamide and other sulfhydryl reagents. *Cell Immunol* 1978; 36:303.
24. Buckley PJ and Wedner HJ. Measurement of the DNA synthetic capacity of activated lymphocytes: Nucleotide triphosphate incorporation by permeabilized cells. *J Immunol* 1978; 120:1930.
25. Shearer WT, Wedner HJ, Strominger DB, Kissane J and Hong R. Successful transplantation of the thymus in Nezelof's syndrome. *Pediatrics* 1978; 61:619-624.
26. Pan P and Wedner HJ. Immunohistochemical localization of cyclic GMP in aggregating polysphodylium violaceum. *Differentiation* 1979; 14:113.
27. Atkinson JP, Kelly JP, Weiss A, Wedner HJ and Parker CW. Enhanced intracellular cGMP concentrations and lectin-induced lymphocyte transformation. *J Immunol* 1978; 121:2282.
28. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation and lymphocyte activation. In: Proceedings of the International Symposium on the Biological Basis for Immunodeficiency. Toronto, October, 1978. Raven Press, New York, 1980, pp. 269-281.
29. Yecies LD, Wedner HJ, Johnson SM, Jakschik BA and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated peritoneal mast cells of the normal rat. I. Conditions of generation and initial characterization. *J Immunol* 1979; 122:2083.
30. Yecies LD, Johnson SM, Wedner HJ and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated peritoneal mast cells of the normal rat. II. Evidence for a precursor role of arachidonic acid and further purification. *J Immunol* 1979; 122:2090.
31. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. I. Subcellular distribution and partial characterization of adenosine 3',5'-monophosphate-dependant protein kinase. *Biochem J* 1979; 182:525.
32. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. II. Phosphorylation of endogenous plasma membrane and cytoplasmic proteins. *Biochem J* 1979; 182:537.
33. Wedner HJ. Inhibition of lectin induced lymphocyte mitogenesis by parachloro-mercuri-benzoate linked to dextran and sephadex: Relationship to cyclic nucleotide metabolism. *Cell Immunol* 1979; 92:209.
34. Wedner HJ, Chan BY, Parker CS and Parker CW. Cyclic nucleotide phosphodiesterase activity in human peripheral blood lymphocytes and monocytes. *J Immunol* 1979; 123:725.
35. Yecies LD, Wedner HJ and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated human leukemic basophils. I. Evidence for a precursor role of arachidonic acid and initial purification. *J Immunol* 1979; 123:2814.

36. Wedner HJ. The effect of diamide on cyclic AMP levels and cyclic nucleotide phosphodiesterase in human peripheral blood lymphocytes. *Biochim Biophys Acta* 1980; 628:407.
37. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. Mitogen-induced increases in protein phosphorylation in intact lymphocytes. *J Immunol* 1980; 124:2390.
38. Udey MD, Chaplin DD, Wedner HJ and Parker CW. Early activation events in lectin-stimulated human lymphocytes. Evidence that wheat germ agglutinin and mitogenic lectins cause similar early changes in lymphocyte metabolism. *J Immunol* 1980; 125:1544.
39. Parker CW, Fischman CM and Wedner HJ. Relationship of slow reacting substance biosynthesis to intracellular glutathione levels. *Proc Natl Acad Sci USA* 1980; 77:6870.
40. Goffstein BJ, Gordon LK, Wedner HJ and Atkinson JP. cAMP concentrations in human peripheral blood lymphocytes: Changes in association with cell purification. *J Lab Clin Med* 1980; 96:1002.
41. Wedner HJ, Simchowitz L, Stenson WF and Fischman CW. Inhibition of human polymorphonuclear leukocyte function by 2-cyclohexene-1-one: A role for glutathione in cell activation. *J Clin Invest* 1981; 68:535.
42. Sullivan TJ, Wedner HJ, Shatz GS, Yecies LD and Parker CW. Skin testing to detect penicillin allergy. *J Allergy Clin Med* 1981; 68:171.
43. Fischman CM, Udey M, Kurtz M and Wedner HJ. Inhibition of lectin-induced lymphocyte activation by 2-cyclohexene-1-one: Decreased intracellular glutathione inhibits an early event in the activation sequence. *J Immunol* 1981; 127:2257.
44. Sullivan TJ, Yecie, LR, Shatz GS, Parker CW and Wedner HJ. Desensitization of patients allergic to penicillin using orally administered P lactin antibodies. *J Allergy Clin Immunol* 1982; 69:275.
45. MacDermott RP, Bertovich MJ and Wedner HJ. Decreased intracellular glutathione inhibits cell mediated cytotoxicity. *FASEB* 1982; 41:315.
46. Shatz G, Sullivan T, Kulczycki A, Zull D, Yecies LD and Wedner HJ. Feather pillows and allergic patients. *Ann of Allergy* 1982; 48:59.
47. Wedner HJ. Cyclic AMP in the immune response. In: Handbook of Experimental Pharmacology: Cyclic Nucleotides. Eds: JW Kebabian and JA Nathanson. Springer-Verlag, Berlin, Heidelberg, New York, 1982, 58(2), pp. 764-785.
48. Wedner HJ. The role of calcium and arachidonic acid metabolism in lymphocyte activation. In: Advances in Immunopharmacology. Eds: JW Hadden, L Chedid, P Dukor, F Spreafico, and D Willoughby. Pergamon Press, New York, 1983. pp. 81-86.
49. Stenson WF, Lobos B and Wedner HJ. Glutathione depletion inhibits amylase release in guinea pig pancreatic acini. *Am J Physiol* 1983; 244:G273.
50. Bromberg-Schneider S, Erickson N, Dennis A, Halverson J and Wedner HJ. Cutaneous energy and marrow suppression as complications of gastroplasty for morbid obesity. *Surgery* 1983; 94:109.
51. Parker CW and Wedner HJ. Pneumonococcal infection in a splenectomized patient. *Amer J Med* 1983; 74:129.
52. Dankner RE and Wedner HJ. Aspirin desensitization in aspirin-sensitive asthma. *Amer Rev Respir Dis* 1983; 128:953.
53. Wedner HJ, Bahn G and Fischman CM. Inhibition of lectin induced lymphocyte mitogenesis by acivicin and 6-diazo-5-oxo-L-norleucine. *Int J Immunopharm* 1984; 1:16.
54. Wedner HJ, Korenblat PE. Eds: Allergy: Theory and Practice. Grune and Stratton Press, San Diego, Calif., 1984.
55. Wedner HJ and Korenblat PE. Introduction: Allergy past and future. In: Allergy: Theory and Practice. Grune and Stratton Press, San Diego, Calif., 1984, pp. 1-4.
56. Wedner HJ. Theophylline. In: Allergy: Theory and Practice. Grune and Stratton Press, San Diego, Calif., 1984, pp. 221-234.

57. Wedner HJ, Korenblat PE and White R. Systemic mastocytosis. *Amer J Med* 1984; 144:2249.
58. Wedner HJ. Adverse Reactions to Drugs. In: Current Pediatric Therapy. Eds: SS Gellis and BM Kagan. WB Saunders Co., Philadelphia. 1984, pp. 643-646.
59. Lutz CT, Bell CE, Wedner HJ and Krogstad DJ. Allergy skin testing of multiple patients with a common syringe should be abandoned. *New Eng J Med* 1984; 310:1335.
60. Hamilos D and Wedner HJ. The T lymphocyte antigen receptor. *Surv Synth Path Res* 1984; 3:292.
61. Korenblat PE, Wedner HJ, Whyte MP, Frankel S and Avioli LV. Systemic mastocytosis. *Arch Int Med* 1984; 144:2249.
62. Wedner HJ. Biochemical events associated with lymphocyte activation. *Surv Immunol Res* 1984; 3:295.
63. Hamilos D and Wedner HJ. Enzymatic depletion of intracellular lymphocyte glutathione by buthionine sulfoximine does not inhibit activation by mitogenic lectins. *FASEB* 1984; 43:974.
64. Wedner HJ, Bahn G, Gordon LK and Fischman CM. Inhibition of lectin-induced lymphocyte activation by 2-cyclohexene-1-One: Analysis of DNA synthesis in individual cells by BUdR quenching of hoechst 33258. *Int J Immunopharm* 1985; 7:25.
65. Cort D, Bass G and Wedner HJ. Lectin stimulated tyrosine phosphorylation of human T lymphocyte particulate proteins. *FASEB* 1985; 44:1313.
66. Bass G, Cort D and Wedner HJ. Tyrosine phosphorylation of a 66KD soluble protein is stimulated by mitogens and growth factors in human T lymphocytes. *FASEB* 1985; 44:1527.
67. Cort D, Bass G and Wedner HJ. Tyrosine phosphorylation of particulate proteins in lectin stimulated human T lymphocytes. *J Allergy Clin Immunol* 1985; 75:181.
68. Zenger VE and Wedner HJ. Analysis of extractable oak pollen proteins. *J Allergy Clin Immunol* 1985; 75:175.
69. Hamilos DL and Wedner HJ. The role of glutathione in lymphocyte activation. I. Comparison of inhibitory effects of buthionine sulfoximine and 2-cyclohexene-1-one by nuclear size transformation. *J Immunol*. 1985; 135:2740.
70. Wedner HJ. Recent advances in lymphocyte activation. In: The Year in Immunology 1984-85. Eds: JM Cruse and RE Lewis, Jr. Karger Basel, Switzerland, 1985, pp. 129-135.
71. Wedner HJ. Adverse reactions to drugs. In: Current Pediatric Therapy. Vol. 12. Eds: SS Gellis and BM Kagen. WB Saunders, Co., Philadelphia. 1985. pp. 640-646.
72. Wedner HJ. Recent studies in lymphocyte activation. The Year in Immunology. Eds: JM Cruse and RE Lewis, Jr. Karger Basel, Switzerland, 1986, Vol. 2, pp. 145-151.
73. MacDermott RP, Bertovich MJ, Bragdon MJ, Nash GS, Leusch MS and Wedner HJ. Inhibition of cell-mediated cytotoxicity by 2-cyclohexene-1-One: Evidence for a role for glutathione and/or glutathione-protein interactions in cytolysis. *Immunol* 1986; 57:521.
74. Wedner HJ and Bass G. Tyrosine phosphorylation of a 66,000 $M_r$ soluble protein in lectin activated human peripheral blood T lymphocytes. *J Immunol* 1986; 136:4226.
75. Wedner HJ and Bass G. Tyrosine phosphorylation of a 66KD soluble protein and augmentation of lectin induced mitogenesis by DMSO in human T lymphocytes. *FASEB* 1986; 45:2036.
76. Wedner HJ. Patterns of theophylline utilization. In: New Trends in Allergy II. Eds: J Ring and G Burg. Springer-Verlag, 1986, pp. 335-41.
77. Frankel SJ, Polmar SH, Grumet FC and Wedner HJ. Anti-IgA antibody associated reactions to intravenous gamma-globulin in a patient who tolerated intramuscular gamma globulin. *Ann Allergy* 1986; 56:436.
78. Wedner HJ. Recent advances in lymphocyte activation. In: The Year in Immunology. Vol. 2. Eds: JM Cruse, RE Lewis, Jr. Karger Basel, Switzerland, 1986, pp. 145-151.

79. Wedner HJ and Bass G. Stimulation of the phosphorylation of a 66,000 dalton soluble tyrosine phosphoprotein by agents that activate or augment activation of human peripheral blood T lymphocytes. *Cell Immunol* 1986; 104:201.
80. Wedner HJ and Bass G. Induction of the tyrosine phosphorylation of a 66 KD soluble protein by DMSO in human peripheral blood T lymphocytes. *Biochem Biophys Res Comm* 1986; 140:743.
81. Wedner HJ. Pulmonary infiltrates and eosinophilia in a young man. CPC. Eds: KM Ludmerer and JM Kissane. *Amer J Med* 1986; 81:533.
82. Wedner HJ, Zenger VE and Lewis WH. Allergic reactivity to parthenium hysterophores (Santa Maria Feverfew) pollen: An unrecognized allergen. *Int Arch Appl Immunol* 1987; 84:116.
83. Panuska JR, King TE, Korenblat PE and Wedner HJ. Hypersensitivity reaction to desipramine. *J All Clin Immunol* 1987; 80:18.
84. Loria RC, Jadidi S and Wedner HJ. Anaphylactic reaction to Ampicillin in a patient with common variable immunodeficiency syndrome desensitized to penicillin. *Ann Allergy* 1987; 59:15-16 and 34-38.
85. Wedner HJ. Allergic reactions to drugs. Update on allergy. *Primary Care* 1987; 14:523.
86. Wedner HJ, Zenger V, Lewis W. Allergic reactivity to parthenium hysterophores pollen. In: Advances in Aerobiology. *Experientia* 1987; 51:125.
87. Sternberg EM, Wedner HJ, Leung MK and Parker CW. Effect of serotonin (5-HT) and other monoamines on murine macrophages: Modulation of interferon-gamma induced phagocytosis. *J Immunol* 1987; 138:4360.
88. Hansbrough JR, Wedner HJ and Chaplin DD. Anaphylaxis to intravenous furosemide. *J Allergy and Clin Immunol* 1987; 80:538.
89. Lewis WH, Dixit AB and Wedner HJ. Reproductive biology of parthenium hysterophores (Asteraceae). *J Palynology* 1988; 23-24:73-82.
90. Wedner HJ. Recent studies in T lymphocyte activation. In: Year in Immunology. Eds: JM Cruse and RE Lewis, Jr. Karger Basel, Switzerland. 1988. pp. 119-128.
91. Loria RC, Prange JO and Wedner HJ. Immunoblotting of pollen proteins: Tween 20 mediates nonspecific binding of gamma globulins to immunoblots of oak pollen proteins. *J Allergy Clin Immunol* 1988; 82:834.
92. Wedner HJ. Reintroduction of drugs in the allergic patient. In: <u>Insights in Allergy</u>. Ed: JA Grant. CV Mosby Co., 1988, Vol. 3, #3.
93. Loria RC, Finnerty N and Wedner HJ. Successful use of aztreonam in a patient who failed oral penicillin desensitization. *J Allergy Clin Immunol* 1989; 83:735.
94. Loria RC, Wilson P and Wedner HJ. Identification of the allergens in white oak (Quercus alba) pollen by immunoblotting. *J Allergy Clin Immunol* 1989; 84:9.
95. Loria RC and Wedner HJ. Facial swelling secondary to inhaled bronchodilator abuse: catecholamine induced sialosis. *Ann Allergy* 1989; 62:289.
96. Wedner HJ, Wilson P and Lewis WH. Allergic reactivity of parthenium hysterophores pollen: An ELISA study of 582 sera from the United States gulf coast. *J Allergy Clin Immunol* 1989; 84:263.
97. Gupta A, Hruska KA and Wedner HJ. Phytohemagglutinin rapidly lyses S49 T-lymphoma cells and the cytotoxicity is not mediated by generation of cAMP or increase in cytosolic calcium. *Biochem Biophys Res Comm* 1990; 170:1035.
98. Lewis WH, Dixit AB and Wedner HJ. Aeropollen of herbaceous plants at Corpus Christi, Texas. *Aerobiologia* 1990; 6:141.
99. Hamilos DL, Mascali JJ and Wedner HJ. The role of glutathione in lymphocyte activation -- II. Effects of buthionine sulfoximine and 2-cyclohesene-1-one on early and late activation events. *Int J Immunopharmac* 1991; 13:75.

100. Lewis WH, Kennelly EJ, Bass GN, Wedner HJ, Elvin-Lewis MP and Fast WD. Ritualistic use of the holly ilex guayusa by amazonian jivaros. *J Ethnopharmacology* 1991; 33:25-30.
101. Lewis WH, Dixit AB and Wedner HJ. Asteraceae aeropollen of the Western United States Gulf Coast. *Ann Allergy* 1991; 67:37.
102. Wedner HJ. Drug Allergy Prevention and Treatment. In: Immunology and Allergy Clinics of No. America. Ed: PP VanArsdel, Jr. WB Saunders Co., Philadelphia, PA. 1991, pp. 679-694.
103. Lewis WH, Dixit AB and Wedner HJ. Aeropollen of weeds of the Western United States Gulf Coast. *Ann Allergy* 1991; 67:47.
104. Korenblat PE and Wedner HJ, Eds. Allergy: Theory and Practice, Second Edition. WB Saunders Co., Philadelphia, PA. 1992. pp. 1-578.
105. Wedner HJ. Chapter 19. Theophylline. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 313-330.
106. Wedner HJ and Korenblat PE. Chapter 1. Allergy: Past and Future -Revisited. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 1-4.
107. Sullivan TJ and Wedner HJ. Chapter 35. Drug Allergy. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 541-559.
108. Wedner HJ, Corey J and Johnson W. Chapter 23. Anticholinergic agents in the treatment of asthma. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 375-383.
109. Lewis WH, Dixit AB and Wedner HJ. Grass aeropollen of the Western United States Gulf Coast. *Intern Archives of Allergy and Immunol* 1992; 98:80-88.
110. Dixit AB, Lewis WH and Wedner HJ. The allergens of <u>Epicoccum nigrum</u> link. I. Identification of the potential allergens by immunoblotting. *Allergy Clin Immunol* 1992; 90:11-20.
111. Wedner HJ. Cat Allergy: Nothing to sneeze at. In: Encyclopaedia Britannica, Medical and Health Annual, 1993. Chicago, Encyclopaedia Britannica, Inc., pp. 479-483, 1992.
112. Haire-Joshu D, Fisher EB, Munro J and Wedner HJ. A comparison of patient attitudes towards asthma self-management among acute and preventive care settings. *J Asthma* 1993; 30:359-371.
113. Wedner HJ. Drug Allergy. In: Basic and Clinical Immunology. 8th Edition. Eds: DP Stites, AI Terr, and TG Parslow. Appleton & Lange Medical Publishers, Norwalk, CN. 1994, pp. 371-379.
114. Straus SE, Komaroff A and Wedner HJ. Chronic Fatigue Syndrome. Point and Counterpoint. *J Inf Dis* 1994; 170:1-6.
115. Wedner HJ. Adverse reactions to drugs. In: Current Pediatric Therapy. Vol. 13. Eds: SS Gellis and BM Kagen. WB. Saunders Co., Philadelphia, PA, 1995.
116. Reiss JL, Abelson MB, George MA and Wedner HJ. Allergic Conjunctivitis. In: Ocular Infection & Immunity. Eds: JS Pepose, GN Holland and KR Wilhelmus. Mosby Year Book, 1996, pp. 345-358.
117. Munro JF, Haire-Joshu D, Fisher EB and Wedner HJ. Articulation of asthma and its care among low income emergency care recipients. *J Asthma* 1996; 33:313-325.
118. Wedner HJ. Drug Allergy. In: Medical Immunology. Ninth Edition. Eds: DP Stites, AI Terr and TG Parslow. Appleton & Lange Medical Publishers, Stamford, CN. 1997, pp. 433-443.
119. Dixit AB, Lewis WH and Wedner HJ. Indoor fungal aerospora of buildings damaged by the US Mississippi River flood of 1993. Ed: SN Agashe. In: Aerobiology, Fifth International Conference, Bangalore, Oxford & IBH Publishing Co., New Dehli, India, 1994, pp. 129-135.
120. Wade S, Weil C, Holden G, Mitchell H, Evans R III, Kruszon-Moran D, Bauman L, Crain E, Eggleston P, Kattan M, Kercsmar C, Leickly F, Malveaux F and Wedner HJ. Psychosocial characteristics of inner-city children with asthma: A description of the NCICAS psychosocial protocol. *Pediatr Pulmonol* 1997; 24:263-276.

121. Mitchell H, Senturia Y, Gergen P, Baker D, Joseph C, McNiff K, Wedner HJ, Crain E, Eggleston P, Evans R III, Kattan M, Kercsmar C, Leickly F and Malveaux F. Design and methods of the National Cooperative Inner-City Asthma Study. *Pediatr Pulmonol* 1997; 24:237-252.
122. Kattan M, Mitchell H, Eggleston P, Gergen P, Crain E, Redline S, Weiss K, Evans R III, Kercsmar C, Leickly F, Malveaux F and Wedner HJ. Characteristics of inner-city children with asthma: The National Cooperative Inner-City Asthma Study. *Pediatr Pulmonol* 1997; 24:253-262.
123. Senturia YD, McNiff-Mortimer K, Baker D, Gergen P, Mitchell H, Joseph C and Wedner HJ. Successful techniques for retention of study participants in an inner-city population. *Control Clin Trials*, 1998; 19(6):544-54.
124. Lewis WH, Dixit AB, Wedner HJ and Crozier WA. Airborne and Allergenic Tree Pollen of the Texas Gulf Coast (USA): Current concepts in pollen-spore and biopollution research. Prof. Sunirmal Chandra 60th Birth Anniversary Felicitation Volume. Eds: NM Dutta, S Gupta-Bhattacharya, S Mandal and K Bhattacharya. Research Periodicals and Book Publishing House, Houston, TX. 1998, pp. 319-336.
125. Evans R III, Gergen P, Mitchell H, Kattan M, Kercsmar C, Crain E, Anderson J, Eggleston P, Malveau F and Wedner HJ. An Intervention to Reduce Asthma Morbidity Among Inner-City Children: Results of the National Cooperative Inner-City Asthma Study (NCICAS). *J Pediatr* 1999; 135(3):332-38.
126. Dixit A, Lewis W, Baty J, Crozier W, Wedner J. Deuteromycete aerobiology and skin-reactivity patterns: A two year concurrent study in Corpus Christi, Texas, USA. *Granna* 39: 209-218, 2000.
127. Wedner HJ. Direct comparison of newer antihistamines using wheal and flare response. *Current Allergy Reports*, 1:1, 2000.
128. Grayson, M., Wedner, HJ, Korenblat, P., The Washington Manual of Ambulatory Therapeutics, ed. Tammy L. Lin, Scott W. Rypkema, Chapter 12, Allergy and Asthma, 2002 <u>Lippincott Williams& Wilkins</u>, pp 227
129. Mian RR, Wedner HJ. Poster Session 3406, Poster 439: Steroid Sparing Agents for the Treatment of Patients with Chronic Urticaria Requiring Daily Oral Corticosteroids and Sedating H1 Antihistaminics. AAAI Meeting, San Francisco, CA, March 2004:
130. Mian RR, Ramos MS, Wedner HJ. Eosinophilia in an Iranian Woman. *Ann of Allergy, Asthma & Immunol* 92: 1-6, 2004.
131. Jost BC, Wedner HJ, Bloomberg GR, Elective penicillin skin testing in a pediatric outpatient setting. Ann Allergy Asthma Immunol. 2006, 97:807-12
132. Wedner, HJ., There Is a Fungus Among Us—But Should We Worry?, ACP Medicine, 30: 1, 2007