Exhibit C

# Case: FEMA Trailer Formaldehyde Products Liability Litigation

Volume No.

## Transcript of the Testimony of H. James Wedman

**Date:** October 12, 2009



515 Olive Street, Suite 700
St. Louis, MO  63101
Phone: 314.241.6750
1-800-878-6750
Fax: 314.241.5070
Email: schedule@goreperry.com
Internet: www.goreperry.com

1    exacerbation of eczema and exposure to
2    formaldehyde?
3            **MR. HINES:**  Object to form, foundation.
4        **A**    No, I don't think that's correct.  There
5    are papers in which they purport to show, but I
6    don't think there is a paper in the world's
7    literature that demonstrates that formaldehyde
8    either causes or exacerbates atopic dermatitis.
9        **Q**    (By Mr. Pinedo)  Well, you are using some
10   terms that are a little bit terms of art.  I mean,
11   what we talk about in medical literature is there
12   is association or it's more probable than not.
13   Medical literature never really comes out and
14   says, this causes it, does it?
15       **A**    Sure.  Medical literature says something
16   causes -- A causes B, pneumococci causes
17   pneumococcal pneumonia, I mean, absolute, no
18   questions asked.
19       **Q**    That's a little bit different.  We are
20   talking about in a exposure type of setting.
21       **A**    Let me give you a better example.
22   Hydrochloric acid causes severe eczematoid
23   dermatitis.  So, yes, the presumption that medical
24   literature cannot show cause and effect is total
25   hogwash.

Page 157

1   often topical corticosteroids.  Do you agree with
2   that, sir, generally speaking?
3       A    For the routine person reading the Merck
4   Manual, yes, that's a fine statement.  It's very,
5   very naive.  It leaves out a greet deal about
6   atopic dermatitis, but it's -- I can't disagree
7   with it except to say it's a rather naive way of
8   putting it.  But the Merck Manual has one, two,
9   three, four, maybe eight pages in which to put
10  dermatitis, and there is a whole library full of
11  2000 page books that do the same thing, so that's
12  what they have to do.
13      Q    Let's read the next paragraph here.  I
14  want to ask you similar questions.  Atopic
15  dermatitis is IgE-mediated, parenthesis, extrinsic
16  type, 70 to 80 percent of the cases, or
17  non-IgE-mediated, intrinsic type, 20 to 30 percent
18  of the cases.  So let me stop right there.  Do you
19  agree that atopic dermatitis is primarily can be
20  -- let me start over.  Do you agree that atopic
21  dermatitis can be divided down into IgE-mediated
22  and non-IgE-mediated?
23      A    Yes.
24      Q    But in fact, it's your opinion that Timia
25  Dubuclet had non-IgE-mediated atopic dermatitis;

1   is that right?
2     **A**   Correct.
3     **Q**   And is that based upon her RAST scores,
4   or what is that based upon, your opinion that she
5   had non-IgE-mediated or also described as
6   intrinsic atopic dermatitis?
7     **A**   Right, that's the fact that she had
8   negative RAST to everything and she has a low IgE
9   level.  Most individuals with true atopic, atopic
10  dermatitis, that is the so-called extrinsic, have
11  very, very high IgE levels.
12    **Q**   And intrinsic or non-IgE-mediated disease
13  is non-familial typically speaking; isn't that
14  right?
15    **A**   Typically speaking, yes.
16    **Q**   But in this particular case, Timia
17  Dubuclet, did she also have some family member who
18  also had eczema?
19    **A**   Eczema?
20    **Q**   Or dermatitis of some type.
21    **A**   Well, her brother had some skin disease.
22  He had acne and may have had eczema according to
23  the grandmother.
24    **Q**   Is it possible that somebody could have
25  at the same time both intrinsic and extrinsic

FEMA Trailer Formaldehyde Products Liability Litigation                    H. James Wedman
                                                                              10/12/2009

Page 159

1   atopic dermatitis?
2     **A**   No.
3     **Q**   It has to be one or the other?
4     **A**   Yes.
5     **Q**   And what's that based upon?
6     **A**   You either have positive skin test or
7   RAST tests, or you don't.  You either have a high
8   IgE, or you don't.
9     **Q**   Let me read another statement here.  It's
10  under etiology and pathophysiology.  I'm going to
11  ask if you agree with it.  Atopic dermatitis
12  occurs when environmental exposures trigger
13  immunological --
14    **A**   Where are we reading?  Okay.  I'm with
15  you.
16    **Q**   Atopic dermatitis occurs when
17  environmental exposures trigger immunologic,
18  usually allergic reactions in genetically
19  susceptible people.  Do you see that statement?
20    **A**   Correct.
21    **Q**   Is that just true for those who have
22  extrinsic dermatitis or is that also true for
23  people who have intrinsic atopic dermatitis?
24    **A**   That's extrinsic.
25    **Q**   So that does not apply to people who have

1    this one, that was the imidazolidiny urea.
2        **Q**    (By Mr. Pinedo)  Right.
3        **A**    And the only one that then came up and
4    was then progressive from day two to day three --
5        **Q**    Same one, I think.
6        **A**    Let me then --
7        **Q**    (By Mr. Pinedo)  Let me see if we can't
8    find the report itself, Doctor, and that will help
9    us.
10       **A**    I thought I had appended the report.
11   This is going to drive me crazy.
12           **MR. HINES:**  Off the record.
13           (Off-the-record discussion.)
14       **A**    Here's what it says, Timia was positive
15   strongly to p-tert butylphenolformaldehyde resin
16   four plus at 72 hours but negative to
17   formaldehyde.
18           **MR. HINES:**  Let's look at the report.
19       **A**    Because I thought that's what the report
20   said.
21           **MR. PINEDO:**  Well, that's what I'm trying
22   to find is a copy of the report here.
23       **A**    And I couldn't find -- I know I thought
24   it was appended to this, Richard.  I'm sorry.
25           **MR. HINES:**  I know it was appended to the

1    very hard to tell the difference.
2       Q   If it's true condensation, that wouldn't
3    be a water leak, would it?
4       A   If it's true condensation, yes.
5       Q   I'm sorry, I feel like we are kind of
6    replowing some ground here, but I just want to
7    make sure I understand it.  We had talked about
8    intrinsic and extrinsic atopic dermatitis?
9       A   Yes.
10      Q   In your report, you talk about type IV
11   hypersensitivity is better known as an allergy?
12      A   Correct.
13      Q   And I apologize that I'm having to replow
14   this ground.  Is that part of what's considered
15   contact dermatitis as opposed to atopic
16   dermatitis, or is there some type of overlap
17   between those two?
18      A   No.  In the spectrum of human what are
19   called hypersensitivity disorders, that is when
20   your immune system does something that adversely
21   affects your own health, there are a well-defined
22   four types, I, II, III and IV.  This is the
23   so-called Gell and Coombs Classification.  Type I
24   is allergies.  It results from the production of
25   IgE type antibodies.  Type II are cytotoxic

 1     antibodies.  Type III are antigen antibody
 2     complexes.  And type IV, which is the same as
 3     contact sensitivity result in the production of
 4     cytotoxic T-cells.
 5          Q     Stop you right there.  We can agree that
 6     there is no type of -- there is no action of type
 7     II or type III in the case of Timia Dubuclet?
 8          A     Let's agree on that, yes.
 9          Q     All right.  Please, continue.  So now we
10     are talking about type I and type IV?
11          A     Correct.  Within the category of type I,
12     okay, there are what we call the atopic diseases,
13     but not all atopic diseases are atopic.  So the
14     terms extrinsic and intrinsic are probably
15     inappropriate.  The term extrinsic and intrinsic
16     was originally coined for asthma, and there were
17     people who had asthma who are clearly allergic to
18     something, and there were people who had asthma
19     were clearly not allergic to anything.  And the
20     term extrinsic means you were allergic to
21     something extrinsic.  And the term intrinsic came
22     from the fact that people believed you were
23     allergic, but you were allergic to your own
24     intrinsic bacterial flora, that there was
25     something in your lungs you were allergic to, we

Page 199

1   just couldn't suck it out of your lungs and
2   culture it, okay?  We now know that that is
3   probably incorrect and that there are two diseases
4   that look identical but are probably different.
5   One is a type I, and the other is a type I-a, if
6   you will.  Type I requires IgE.  Type I-a or
7   so-called intrinsic doesn't.  But they act the
8   same.  If you walk-through the door and you have
9   atopic dermatitis, I can look at you and say, you
10  have atopic dermatitis.  I cannot by looking at
11  you tell that you are a extrinsic or intrinsic
12  until I do the laboratory evaluation.
13       Q    And this is where I'm kind of losing you.
14  How does type IV relate to intrinsic?
15       A    It doesn't.
16       Q    Type IV relates to intrinsic or
17  extrinsic, it relates to extrinsic?
18       A    Neither.
19       Q    Okay.  Type IV relates to contact
20  dermatitis?
21       A    That's it.  The reason we talk about type
22  IV is because the question was, was it possible
23  that Timia had a contact sensitivity to something,
24  and so that's why they did the patch test.  It
25  turned out she does, she's got contact sensitivity

FEMA Trailer Formaldehyde Products Liability Litigation                H. James Wedman
                                                                         10/12/2009

Page 216

1    **Q**   Yes.
2    **A**   Yes.
3    **Q**   You would agree with me that there are
4    studies to the effect that the elderly and
5    children are more susceptible to the irritant
6    effects of formaldehyde than adults?
7    **A**   No, actually --
8         **MR. HINES:**  Object to the form and
9    foundation.
10   **A**   Actually, the ATSDR in their report on
11   formaldehyde said there was no evidence to suggest
12   that children are more sensitive to the irritant
13   effects.
14   **Q**   (By Mr. Pinedo)  So do you want to rely
15   upon some pronouncements of the ATSDR on
16   formaldehyde and call other pronouncements of the
17   ATSDR on formaldehyde as silly?
18   **A**   Sure.
19   **Q**   But you are aware there is medical
20   literature to the effect that the elderly and
21   children are more susceptible to the irritant
22   effects of formaldehyde than adults?
23   **A**   No.
24   **Q**   You don't agree that there is literature
25   to that effect?

Page 217

 1    **A**    No.  I think you will have to show it to
 2    me if you want me to agree to it.
 3    **Q**    You've never seen any literature to that
 4    effect?
 5    **A**    I don't think that there is literature to
 6    that effect.  If you think there is, show it to
 7    me.  We will go over it.
 8    **Q**    Let me ask you a different question so we
 9    are clear.  You are not aware of any literature
10    that the irritant effects of formaldehyde are
11    lower for children and elderly people than they
12    are for adults?
13    **A**    Correct.
14    **Q**    Never seen any literature like that?
15    **A**    None that documents exactly what you just
16    said.
17    **Q**    Generally speaking, not --
18    **A**    Not generally.  None of the documents
19    that you just said.  You can't change the rules.
20    There is no literature in which they actually
21    measure the irritant effects in elderly and
22    children and show they were lower in other people.
23    It's not been done.
24    **Q**    Sir, I'm not changing the rules, I'm
25    asking you a question.

FEMA Trailer Formaldehyde Products Liability Litigation                H. James Wedman
                                                                          10/12/2009

Page 218

 1     **A**   I'm telling you.  You were asking me
 2  would I agree with you, and my answer is, no, I do
 3  not agree with you.
 4     **Q**   Sir, you understand I'm not changing any
 5  rules.  I'm asking you a question.
 6     **A**   I understand.  I understand.  All I'm
 7  saying is, the question was, is there literature,
 8  and I'm saying, no, I disagree with you.
 9     **Q**   Here is my question.  I'm going to ask
10  you a different question.  Are you generally aware
11  of any literature to the effect that the irritant
12  levels for formaldehyde on children and the
13  elderly is lower than for adults?
14          **MR. HINES:**  Object to form and
15  foundation.
16     **A**   Define literature.
17     **Q**   (By Mr. Pinedo)  Medical literature,
18  scientific articles.
19     **A**   Not review articles, an article where
20  they actually studied the irritant effects on
21  children and adults?
22     **Q**   Let's put them all together.
23     **A**   No, no, you have to define it.  If that's
24  what you are talking about, I disagree with you.
25  I don't know that there is that article in the

FEMA Trailer Formaldehyde Products Liability Litigation                 H. James Wedman
                                                                        10/12/2009

Page 219

```
 1    literature where they actually study children and
 2    adults and show that they were more sensitive.
 3    It's been written about, but it's not based on
 4    well-founded scientific literature.
 5        Q    Okay.  What articles --
 6        A    I'm not going to give you the articles.
 7    We've been through that before.  If you want to
 8    show me articles, I would be delighted to discuss
 9    them with you.
10        Q    Let me finish my question, sir.  Can you
11    name an article that states or refers to that
12    children and the elderly experience the irritant
13    effects of formaldehyde at lower levels than
14    adults that you disagree with?
15        A    No.
16        Q    But you are aware that certain articles
17    have been written, whether they are review
18    articles, peer review literature, scientific
19    literature, medical literature that include that
20    statement or that proposition that children and
21    the elderly are more susceptible to the irritant
22    of effects of formaldehyde?
23        A    That particular statement?  No.
24        Q    Why did you look over at Mr. Hines?
25        A    Just because I like looking at Mr. Hines.
```

FEMA Trailer Formaldehyde Products Liability Litigation                         H. James Wedman
                                                                                    10/12/2009

Page 221

1    changes in the nasal epithelial?
2        **A**   It has been shown to cause changes in the
3    nasal epithelial which may be a stratification or
4    changes in the stratified corneum, yes.  We talked
5    about that before.
6        **Q**   Have you read the Franklin paper?
7        **A**   Yes, I have.
8        **Q**   And Franklin found that school children
9    exposed to formaldehyde had headaches, nose
10   bleeds, and rhinitis; is that right?
11       **A**   Again, I don't recall the exact data in
12   the paper.  If you have it, let's go over it.
13       **Q**   Do you disagree with that statement?
14       **A**   I didn't agree or disagree.  I don't
15   remember the study.  If you've got it, let's talk
16   about it.  If not, let's move on.  I'm not going
17   to agree on something based on the memory of a
18   paper I read sometime ago.  If you want to discuss
19   papers, I would be delighted to do so, but not
20   based on my memory.  If you've got the paper,
21   let's talk about it.
22       **Q**   You can't talk about the Franklin paper
23   from memory, can you, Doctor?
24       **A**   No.  Can you?
25       **Q**   I can, but I'm here to ask you questions

Page 222

1    and find out what your knowledge is in this case
2    and what your opinions are.  Do you understand
3    that, Doctor?
4         A     I do.
5         Q     I had questions about that based upon
6    your last statement.
7         A     Well, let's get it out and talk about it.
8         Q     What level of formaldehyde is necessary
9    to cause a nose bleed?
10        A     Are we back to nose bleeds?  To my
11   knowledge, there is no level of formaldehyde that
12   has ever been shown to cause a nose bleed.
13        Q     Now, you testified in the Alexander case
14   that statistically speaking, the cause of nose
15   bleeds is picking the nose; is that right?
16        A     Absolutely.
17        Q     What studies do you have to show
18   statistically speaking the cause of nose bleeds is
19   picking the nose?
20        A     I have no studies whatsoever.
21        Q     You had talked about two papers that you
22   are working on with the Formaldehyde Council?
23        A     Correct.
24        Q     And the co-author is Dr. Golden; is that
25   right?