# Exhibit "A"

# Affidavit of
# Paul Hewett, PH.D, CIH

**AFFIDAVIT OF PAUL HEWETT CONCERNING
IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION**

**STATE OF WEST VIRGINIA
COUNTY OF MONONGALIA**

**BEFORE ME,** the undersigned authority personally came and appeared:

**Paul Hewett, Ph.D.**

who, after being duly sworn by me, did depose and say that the information contained in the attached
report is true and accurate to the best of his knowledge.



PAUL HEWETT, Ph.D.

Sworn to and subscribed
before me, this 16 day of July , 2009.

Denise M. Appleton    #
NOTARY PUBLIC

My commission expires   01 - 31 - 2010

DENISE M. APPLETON
Notary Public
Minnesota
My Commission Expires January 31, 2010



Technical Report
July 16, 2009
www.oesh.com

## Analysis of the Fleetwood Formaldehyde Dataset

Paul Hewett PhD, CIH

## 1    Introduction

Exposure Assessment Solutions, Inc. (EAS) was requested on June 29, 2009, by the "FEMA Trailer Formaldehyde Products Liability Litigation Plaintiffs Steering Committee" (hereafter referred to as the PSC or Plaintiffs Steering Committee) to do a statistical analysis of the Fleetwood formaldehyde dataset, which consists of measurements of formaldehyde exposures and formaldehyde levels in Federal Emergency Management Agency (FEMA) Temporary Housing Units (THU's), plus supporting information (if available), such as the date the measurement was collected, trailer location, model of trailer, temperature, humidity, etc.  In this report the abbreviation "THU's" is used to refer to the "temporary housing units" as used by FEMA, which includes travel trailers, mobile homes, park homes, and other similar housing units.  This analysis is for the case of Dubuclet v. Fleetwood, FEMA, and Fluor.

The plaintiffs were assigned to a Fleetwood travel trailer that had been modified to accommodate those with special needs.  The FEMA model code was "FEMA Special", but the THU was basically a modified "Pioneer" model travel trailer.  The THU was manufactured on March 27, 2006.  According to the information provided, the plaintiff lived in the "Pioneer" travel trailer for 16 months, from June, 2006 to September, 2007.  On July 8, 2009 the unit, now unoccupied, was tested for formaldehyde, with results of 0.23 ppm and 0.34 ppm (Minden, 2009).  These measurements show that several years after the date of manufacture the THU in question retains a potential for generating significant levels of formaldehyde.

Because neither the trailer manufacturer, Fluor, nor FEMA monitored or tested either the formaldehyde levels or the potential exposures in the THU in question, at the time of manufacture or at any time while the plaintiffs were in residence, information does not exist regarding the actual formaldehyde levels or resident exposures to formaldehyde.  Consequently, a retrospective exposure assessment was necessary in order to estimate the probable exposures to these and other residents of Fleetwood THU's in general and Fleetwood "Pioneer" THU's in particular.

The methods of retrospective exposure assessment - the evaluation of historical exposure data or data collected from similar processes or work environments, exposure reconstruction (where exposures are measured while work activities, for example, are reproduced), and exposure modeling (where exposures are estimated using a theoretical physical/chemical model of the workplace or process) - are well established and accepted in toxic tort litigation.  For this case, the PSC assembled a database consisting of measurements of formaldehyde exposures and formaldehyde levels collected in both occupied and unoccupied Fleetwood THU's similar to the Fleetwood THU used by the Dubuclet's.  These measurements were collected from various sources: public advocacy organization, governmental agencies, and occupational health consultancies retained by the PSC and by the U.S. government.  This dataset, containing 1537 formaldehyde measurements (plus supporting information) from Fleetwood THU's, was provided to EAS on June 30, 2009 as an Excel® spreadsheet.  From this dataset 1518 valid cases were extracted.[a]

This analysis is for the case of Dubuclet v. Fleetwood, FEMA, and Fluor and has the following objectives:
 • Compare the formaldehyde levels to the Agency for Toxic Substances and Disease Registry (ATSDR) "Minimum Risk Level" (MRL) of 0.008 ppm limit for formaldehyde, which was intended to be used for

---

[a] Nineteen cases were deleted: 14 were missing concentrations, 4 were Bureau Veritas measurements with zero as the concentration, and one was determined (per Jim Styles, Boston Chemical Data; 7/7/09) to be the analysis of a sample blank.

minimizing risk to the general population whenever exposures exceed 365 days.
• Compare the formaldehyde levels to the NIOSH occupational exposure limit of 0.016 ppm (for daily 8-hour exposures for healthy, adult workers).
• Evaluate the dataset for a relationship of the formaldehyde levels to season (and therefore presumably temperature).
• Evaluate the dataset for evidence that the formaldehyde levels tend to decline with the age of the THU.
• Using the graphical and statistical analyses, estimate the probable exposures for residents, such as the Dubuclet's, in unmeasured, unevaluated, and untested Fleetwood THU's in general and in the Fleetwood "Pioneer" model travel trailers in particular.

## 2    Background

### 2.1    Data sources

There are several sources for the formaldehyde dataset provided by the PSC. First, there are the publically available datasets:
• data collected by the Sierra Club
• data collected by the Centers for Disease Control (CDC) for FEMA
• data collected by Bureau Veritas (collected at the request of CDC and FEMA)
Second, there are several datasets collected by various occupational and environmental consulting firms:
• DeVany Industrial Consultants
• Boston Chemical Data
• Technical Environmental Services (TES)
• W. D. Scott Group
Last, in the dataset were measurements provided by "occupant", which refers to data where the occupant of a THU collected the formaldehyde measurement using a passive sampler.

The sampling times varied with data source. The CDC dataset consisted of 60 minute measurements. The datasets from the Sierra Club, DeVany Industrial Consultants, Boston Chemical Data, Technical Environmental Services, the W. D. Scott Group, and "occupant" tended to be 24 to 72 hour measurements. The sampling times (i.e., start and stop times) for the Bureau Veritas dataset were missing.

### 2.2    Exposure Limits

Occupational, population, and environmental concentration levels can be compared to occupational, general population, or environmental limits for harmful chemicals and substances. EAS was asked to compare the Fleetwood formaldehyde data to two limits: (1) the Agency for Toxic Substances and Disease Registry (ATSDR) "Minimum Risk Level" of 0.008 ppm, and (2) the National Institute for Occupational Safety and Health (NIOSH) recommended occupational exposure limit of 0.016 ppm.

The ATSDR "Minimum Risk Level" of 0.008 ppm was intended to minimize health effects to the general population when the exposure is chronic; that is, greater than 365 days (ATSDR, 2007). EAS is not aware of any official guidance on how the ATSDR limit for chronic exposure should be statistically interpreted. However, it appears that the intent is that the mean or average exposure for periods of one year or more should not exceed 0.008 ppm (ATSDR, 2007; ATSDR, date not available).

The NIOSH exposure limit was intended to minimize the risk of chronic disease when the exposures to healthy, adult workers do not exceed 8 to 10 hours per day for a typical 40–hour work week. The NIOSH limit is intended to be the upper limit to which any healthy adult worker should be exposed each and every working day, throughout a working lifetime. While defined as an upper limit for the average exposure for *each* day, it is common practice to define a reasonably controlled work environment as one where 95% of the full-shift exposures for each worker are less than the exposure and where the excursions above the limit do not exceed

it by any great amount (Bullock and Ignacio, 2006).[b]

## 3     Methods

The data were transferred to a "working" Excel® spreadsheet and then imported into Systat® (Version 12, www.systat.com). Summary statistics were produced using Systat and IHDataAnalyst (V1.01; www.oesh.com), developed by EAS for the analysis of occupational and environmental contaminant data. All figures and descriptive statistics were generated or calculated using Systat® Version 12. The IHDataAnalyst (available from EAS, www.oesh.com) was used to estimate (a) the non-parametric exceedance fraction (i.e., the fraction or percent of formaldehyde levels expected to be above the ATSDR and NIOSH limits), plus the lower and upper confidence limits for this estimate, and (b) the Minimum Variance Unbiased Estimator (MVUE) (an estimate of the mean; discussed in Section 3.4) and its lower and upper confidence limits.

Three out of the 1518 measurements were identified as non-detects (i.e., measurements less than the minimum detectable concentration). Given the low percentage of non-detects, the common method of substituting half of the minimum detectable concentration (i.e., the non-detect level) for use in the statistical analyses was employed.

### 3.1     Figures

Graphs were plotted to illustrate various features of the dataset. The histograms in Figures 1 and 2 show the distribution of the formaldehyde levels relative to the ATSDR and NIOSH limits for both the overall Fleetwood dataset and the Pioneer model. Time series plots (Figures 3-6, 8-14) show the formaldehyde levels in relation to the time the measurements were collected, and are useful for evaluating the influence of season or "time of year" on the formaldehyde levels. The formaldehyde levels were plotted by data source (Figures 7-14). These figures show that regardless of the source of the data the levels were consistently greater than the ATSDR limit (as well as the NIOSH occupational exposure limit).

In all of these figures reference lines are provided to show the location of the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm relative to the data.

### 3.2     Goodness-of-fit Evaluation

The first step in the analysis of occupational, population, or environmental contaminant data is generally the graphing of the data and an evaluation of the goodness-of-fit for the lognormal distribution (Hewett, 2001; Bullock and Ignacio, 2006). In general, occupational, population, and environmental contaminant data tend to be best described by the lognormal distribution (Esmen and Hammad, 1977; Bullock and Ignacio, 2006). Hewett (2008) showed that the lognormal distribution assumption tends to fit the majority of the formaldehyde data for various THU manufacturers (i.e., the majority of the data fall on or nearby a best fit line). Hewett (2008) also showed that it would be incorrect to apply the normal distribution assumption to the data: the data are clearly not distributed symmetrically about a sample mean. It should be noted that both CDC (2008) and ATSDR (2007) also assumed that the data were best described by the lognormal distributional model.

### 3.3     Descriptive Statistics

A "statistic" is an estimate of a parameter or true value. In general, a statistic will better approximate the true value as the sample size increases. A statistic is sometimes referred to as the "point estimate" of the parameter. Tables 1 and 2 contain statistical analyses of the Fleetwood and Fleetwood "Pioneer" datasets. The following descriptive statistics are provided:
- sample size (n), minimum (min), maximum (max), and median
- sample mean and sample standard deviation (Mean, SD)
- sample geometric mean (GM) and sample geometric standard deviation (GSD).

---

[b] An employer should be 95% confident that 95% of the full-shift exposures are less than the occupational exposure limit (Leidel, Busch, and Lynch, 1977).

Given that these data appear to be well described by the lognormal distribution (Hewett, 2008), the lognormal statistics (i.e., the sample GM and sample GSD) describe the shape of the underlying distribution better than the normal distribution statistics.

## 3.4    Compliance Statistics

Various statistics were calculated that assist in determining whether or not the Fleetwood THU's in general and the Fleetwood "Pioneer" THU's in particular were in compliance with the ATSDR formaldehyde limit of 0.008 ppm. These statistics are shown in Tables 3 through 6. In Tables 3 and 4 the point estimates of percent of formaldehyde levels that exceeded both the ATSDR and NIOSH limits were calculated. The statistics estimate the true percent (or fraction; divide percent by 100) of formaldehyde levels that exceed the two limits. Because these are statistics, and not the true values, a 99% lower and 99% upper confidence limit was calculated for each estimate. The lower and upper confidence limits were calculated using standard methods for calculating confidence intervals around a proportion (Gilbert, 1987; Hewett, 2001).

In Tables 5 and 6 the mean formaldehyde level was estimated for each data source for the overall dataset and for the Fleetwood "Pioneer" THU's. Because these are statistics, and not the true values, a 99% lower and 99% upper confidence limit was calculated for each estimate. The confidence intervals for the arithmetic mean were calculated using standard methods, while the confidence intervals calculated assuming the lognormal distribution were calculated using Land's method (Land, 1975; Bullock and Ignacio, 2005; Hewett, 1997).

The true mean formaldehyde level was estimated using two methods. Regardless of the shape of the underlying distribution of occupational and environmental concentration profile there will be a true mean for the entire distribution. This true mean is estimated in Tables 1 and 2 by the simple arithmetic mean. If the data are not normally distributed (and they are not) and the lognormal distribution is deemed more appropriate for describing the shape of the underlying distribution, then a superior estimate of the true mean is the Minimum Variance Unbiased Estimator (MVUE) (Aitchison and Brown, 1957; Bullock and Ignacio, 2006). Table 5 and 6 contain both the simple arithmetic mean and MVUE estimates of the true mean formaldehyde level, by data source and overall, for the Fleetwood dataset and the Fleetwood "Pioneer" dataset. For large sample sizes, say for example $n > 30$, there will often be little practical difference between the simple arithmetic mean and the MVUE. This is evident when comparing the sample mean and MVUE in Tables 5 and 6 for data sources where the sample sizes are large or small. However, for smaller sample sizes the MVUE is the preferred estimate of the true mean.

In Tables 5 and 6 the 99% Lower and Upper Confidence Limits (99%LCL and 99%UCL) are provided for both the simple arithmetic mean and the MVUE. For large sample sizes there will often be little difference in the lower and upper confidence limits calculated using the normal or lognormal distribution assumption. However, for small sample sizes the 99%LCL calculated using the normal distribution assumption can be negative (see Table 6). Since it is impossible for the true mean to be less than zero, it is inappropriate when the sample size is small to apply the normal distribution assumption to data that are clearly skewed. As mentioned before, the preferred estimates of the mean and the confidence intervals are those calculated using the lognormal distribution assumption.\[c]

The sample mean and the MVUE are statistics or point estimates, and as such represent estimates of the true mean, given the normal and the lognormal distribution assumptions respectively. But since each is calculated from only a fraction of the total possible number of days for the total possible number of THU's per manufacturer neither the sample mean nor the MVUE is expected to be exactly equal to the true mean. However, a confidence interval can be calculated in which the true value of the mean is expected to fall 98% of the time. It is therefore expected that 1% of the time the true mean will be less than the 99%LCL and 1% of the time it will be greater than the 99%UCL.

---

[c] From the "central limit theorem" it can be expected for non-normal distributions that as the sample size increases the distribution of the "sample arithmetic means" will approach a normal distribution. This being the case the LCL and UCL calculated using the normal distribution assumption will be good approximations of the correct confidence limits even when the underlying population is not normally distributed. But for small sample sizes the confidence limits calculated using the normal distribution assumption can greatly misrepresent the correct confidence limits (Hewett, 1997).

In summary, given the data collected, the MVUE provides the best estimate of the true mean for a particular manufacturer. The MVUE is not the true mean. As the sample size increases the MVUE (and arithmetic mean), in principle, better estimates the true, but unknowable, mean concentration. The MVUE (and arithmetic mean) can be considered a "point estimate" of the true mean. A method for gauging the uncertainty in the point estimate or statistic is the calculation of a confidence interval consisting of a lower and an upper confidence limit. The point estimate is the best estimate and it is expected that the true value will lie between the 99% lower and 99% upper confidence limit 98% of the time. As the sample size increases, the point estimate, in principle, approaches the true mean and at the same time the confidence interval narrows, resulting in less uncertainty regarding the range in which the true mean lies.

## 4      Results

## 4.1      Figures

The histograms in Figures 1 and 2 show that the overwhelming majority of formaldehyde levels were greater than the ATSDR and NIOSH limits. Specifically, 95.2% and 100% of the Fleetwood and Fleetwood "Pioneer" measurements, respectively, were greater than the ATSDR population limit (see Tables 3 and 4).

A log (base 10) x-axis was used in these figures due to the fact that the measurements range from very low to high concentrations. These figures also clearly show that the data tend to be lognormally distributed rather than normally distributed.\[d]  Therefore, the compliance statistics - mean and confidence limits - calculated using the lognormal distribution assumption should be considered superior estimates over those calculated using the normal distribution assumption. (This was discussed in considerable detail by Hewett (2008).)

Figures 3 and 4 are time series plots, and display the Fleetwood formaldehyde data in two different, but complementary ways. Figure 3 is a standard box-whisker plot\[e] where the x-axis is in terms of the year and month that a measurement was collected. The y-axis indicates the formaldehyde levels in "parts per million" or ppm. Note that the y-axis is a logarithmic scale, where the evenly spaced increments differ by a factor of 10. The center bar of the box indicates the median or 50th percentile of the data collected that month. The box itself covers 50% of the data for each month, with 25% of the measurements being greater than or less than the upper and lower ends of the box. It is clear that the overwhelming majority of the measurements exceed both the ATSDR and NIOSH limits, regardless of the data source. Figure 5 displays only the Fleetwood "Pioneer" measurements. All of "Pioneer" measurements exceed the ATSDR population limit, while 97.7% exceed the NIOSH occupational exposure limit.

Figures 4 and 6 are symmetrical dot density plots, and show the number and magnitude of the measurements collected each month. The x-axis and the y-axis are the same as before. Very few measurements were less than the ATSDR and NIOSH limits. Figures 2 and 5 assist in determining the central tendency of the data collected each month, and Figure 4 and 6 show the number and magnitude of measurements collected each month. While the data in these figures were collected by various groups and at various times, a seasonal effect on the data is apparent, with higher formaldehyde levels in the warmer months and lower levels in the cooler months.

Figure 7 shows the data by data source. Figures 8-14 show the data for each data source by the year and month of collection. The "FEMA CDC" data were collected in the cooler months and tend to be lower than other datasets. The data collected by DeVany consultants tend to be greater than the other datasets as the majority of these measurements were collected in unoccupied THU's during warm months. The "Occupant" and TES datasets were collected over roughly the same period of time and are similar.

---

[d]  If the histogram has a symmetrical, bell-shape when a standard x-axis is used the underlying distribution is usually well approximated using the normal distribution. If the histogram has a symmetrical, bell-shape when a $\log_{10}$ x-axis is used the underlying distribution is usually well approximated using the lognormal distribution.

[e]  In a box-whisker plot the center bar in the box represents the median value, or 50th percentile value, of the data set. The upper and lower half of the box represents the 2nd and 3rd quartiles, or the central 50% of the dataset. The whiskers, or lines projecting left and right of the box, are more complicated to explain, but basically represent the coverage of an additional fraction of the dataset. Overlaid on the plot is what is called the dot density plot, or basically a plot of the individual datapoints for each study.

The Bureau Veritas dataset was collected at the behest of CDC and FEMA, but each case contains little more than manufacturer and concentration. Missing was information on the model sampled and other useful contextual information, such as the "date collected", age of the trailer, conditions of sampling (e.g., temperature and pressure); and whether or not the result was from an actual measurement or from an unused field blank. Because information on the "date collected" was not available a plot of "formaldehyde (ppm) versus Year.Month sampled" could not be generated.

It appears that regardless of the data source or the time of year the data were collected each of the datasets lead to identical conclusions that the overwhelming majority of the measurements were greater than both the ATSDR population and the NIOSH occupational limits. The DeVany consultants data were collected primarily from currently unoccupied THU's or from THU's that had never been occupied, and strongly suggest that the THU's, even several years after manufacture, continue to produce high levels of formaldehyde.

## 4.2    Tables

Another way to view the data collected is through descriptive statistics and compliance statistics. Descriptive statistics indicate various features of the dataset, such as minimum and maximum values, as well as describe the shape of the distribution of the formaldehyde concentrations. If the data are symmetrically distributed then the sample mean and standard deviation provide reasonable estimates of the central tendency and spread in the distribution. If the data are skewed to the right, as is typical of environmental and occupational datasets, the sample geometric mean (GM) and geometric standard deviation (GSD) are better indicators of the central tendency and variability of the dataset.

Tables 1 and 2 contain descriptive statistics for the Fleetwood and Fleetwood "Pioneer" datasets. A total of 1518 measurements was available for analysis. For the overall dataset and the source-specific datasets the median or 50th percentile formaldehyde levels were greater than both the ATSDR and NIOSH limits, as were the sample means. (The lognormal distribution statistics are provided as they were used to generate an alternative, and arguably superior, estimate of the mean level, as well as 99% lower and upper confidence limits for the mean.)

Tables 3 through 6 contain compliance statistics that assist in determining whether or not the levels were systematically greater than the ATSDR and NIOSH limits. Considering the Fleetwood THU's in general (Table 3), 95.3% and 89.7% of the measurements overall were greater than ATSDR population limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm, respectively. The percentage of measurements exceeding the two limits varied by data source, ranging from 82% to 100%. Considering the Fleetwood "Pioneer" dataset (Table 4), 100% and 97.7% of the measurements overall were greater than ATSDR population limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm, respectively. The percentage of measurements that exceeded the two limits varied by data source, ranging from 85.7% to 100%.

Each of the percentages discussed above represent estimates of the true percent (or fraction; divide the percent by 100) of the formaldehyde levels in the Fleetwood and Fleetwood "Pioneer" THU's that exceeded the ATSDR and NIOSH limits. The 99% lower confidence limits (99%LCL) and the 99% upper confidence limits (99%UCL) were also calculated and are provided in Tables 3 and 4. In almost all cases, the 99%LCL was greater than 50%. (The instances where the 99%LCL was less than 50% involved very small sample sizes.) In summary, the points estimates of the percent or fraction of formaldehyde levels that exceed the ATSDR and NIOSH limits suggest that the overwhelming majority of the formaldehyde levels in THU's were greater than the two limits. The 99%LCL suggest that one could be 99% confident that considerably more than 50% of the formaldehyde levels exceeded the two limits.

The mean formaldehyde levels (Tables 5 and 6) were greater than both limits, whether the mean was estimated using the normal distribution assumption or the lognormal distribution assumption. Furthermore, the 99% lower confidence limits (99%LCL) were also greater than both limits, which permits one to conclude with high confidence that the true mean for Fleetwood THU's in general and the Fleetwood "Pioneer" model in particular was greater than both limits. (Note that the 99%LCL was negative for small sample sizes when using the normal distribution assumption, verifying yet again that the normal distribution assumption is inappropriate when the sample size is small and the underlying distribution is skewed to the right.)

## 5    Discussion

Data analysis involves (a) the inspection of the data, using appropriate figures, and (b) a statistical analysis of the data, calculating appropriate descriptive and compliance statistics. Both the figures and the statistics should be used to assist in evaluating whether or not the measured formaldehyde levels indicate that the true levels were greater than the ATSDR and NIOSH limits.

• Compare the formaldehyde levels to the Agency for Toxic Substances and Disease Registry (ATSDR) "Minimum Risk Level" (MRL) of 0.008 ppm limit for formaldehyde, which was intended to be used for minimizing risk to the general population whenever exposures exceed 365 days.

• Compare the formaldehyde levels to the NIOSH occupational exposure limit of 0.016 ppm (for daily 8-hour exposures for healthy, adult workers).

With this particular dataset the figures tell a compelling story. Figures 1 through 14 show that the majority of measurements collected were greater than the ATSDR population limit for exposure scenarios that exceed one year. This was true regardless of the source of the data - government agency, public advocacy organization, or professional occupational health consultancy - or time of year the measurements were collected or whether the THU was occupied or unoccupied. Furthermore, the figures show that the majority of the measurements were also greater than the NIOSH occupational exposure limit for healthy adult workers.

Inspection of the figures suggest that the majority of the measurements collected by the various sources exceeded the ATSDR limit. The statistics in Tables 3 and 4 provides estimates of the actual percentages observed to exceed the ATSDR limit. The point estimates of the percentage of Fleetwood THU formaldehyde levels that exceeded the ATSDR limit varied by data source, ranging from 88.6% to 100% (Table 3). With one exception where the sample size was small (leading to greater statistical uncertainty), the 99%LCL's ranged between 78.5% and 98.1%, indicating that one could be highly confident that far more than 50% of the THU levels exceeded the ATSDR limit. The statistics and 99%LCL's were similar when comparing the formaldehyde levels to the NIOSH limit.

Similarly, for the Fleetwood "Pioneer" dataset (Table 4), 100% of the measurements were greater than ATSDR limit for all of the data sources. Since the sample sizes for three of the five data sources were very small ($n \leq 3$) there is a considerable amount of statistical uncertainty in the point estimates of the percentage exceeding the ATSDR limit. For the two data sources, where the sample size was respectable, the 99%LCL's were 72.0% and 97.0%, indicating that one could be highly confident that far more than 50% of the "Pioneer" THU levels exceeded the ATSDR limit. The statistics and 99%LCL's were similar when comparing the formaldehyde levels to the NIOSH limit.

As mentioned earlier, the NIOSH occupational exposure limit of 0.016 ppm was intended to represent the upper limit of exposures for healthy, adult workers. That is, in a controlled work environment the majority of exposures should be less than the NIOSH limit. Here, there is compelling evidence of the majority of the formaldehyde levels exceeded the NIOSH occupational limit.

If the overwhelming majority of the formaldehyde levels were observed to be greater than the ATSDR and NIOSH limits it stands to reason that mean exposures will also exceed the limits. To determine if, across the Fleetwood THU's, the mean formaldehyde levels exceeded the ATSDR limit a hypothesis testing approach was adopted. The comparison of the formaldehyde sample mean to a limit is basically a test of two hypotheses:

$H_o$: $\mu \leq$ Limit
$H_a$: $\mu >$ Limit

The first hypothesis $H_o$ is called the null hypothesis. Here it is assumed that the true mean ($\mu$; pronounced "mu") is equal to or less than the Limit. The second hypothesis $H_a$ is the alternative hypothesis that the true mean is greater than the Limit. In hypothesis testing it is the practice to assume that the null hypothesis is true *unless* compelling evidence exists that the alternative hypothesis is true. This is similar to the "innocent until proven guilty" maxim used in criminal matters. If the sample mean is equal to or less than the limit then by default the null hypothesis is accepted and the alternative hypothesis is rejected. Evidence exists that the

null hypothesis is wrong or incorrect when the sample mean is greater than the Limit. *Compelling* evidence exists when both the sample mean *and* the lower confidence limit (LCL) for the sample mean are greater than the Limit.

Inspection of Tables 5 and 6 reveals that the sample mean formaldehyde level for each data source was greater than both the ATSDR and the NIOSH limits, providing evidence that the true means for the Fleetwood models in general and the Pioneer model in particular, were greater than the two limits. The fact that the 99%LCL's - looking at those calculated using the preferred lognormal distribution assumption - were in all cases (where the sample size was sufficient for calculating confidence limits) also greater than both limits, providing compelling evidence that the true means were greater than the two limits. This suggests that one could be at least 99% confident that the true mean was greater than both limits for the Fleetwood THU's in general and the Fleetwood "Pioneer" model THU's in particular.

• Evaluate the dataset for a relationship of the formaldehyde levels to season (and therefore presumably temperature).

While few yearly cycles were represented in the dataset, there does appear to be a cyclic pattern to the formaldehyde levels in Figures 2 and 3. The CDC data (data source = FEMA CDC; Figures 7 and 10) were collected in December and January, leading to these comments in the CDC study report (CDC, 2008; pages 12 and 13):

"Increased indoor temperature and RH [relative humidity] were associated with increased formaldehyde levels. These associations indicate exposure risks could increase during the summer, perhaps dramatically, with warmer and more humid weather. Formaldehyde levels during the winter may not represent summer levels."

"Study results are not representative of trailers purchased and used in other places and other situations because the sample for this study was selected only from occupied FEMA-supplied trailers in LA and MS. Formaldehyde levels in other trailers used elsewhere could differ by age, characteristics of manufacture, circumstances of use, or characteristics of environment.

Formaldehyde levels are expected to be lower in cooler temperatures and lower RH because of the processes of formaldehyde off-gassing. Therefore, levels measured in this study are likely to underestimate past levels—when trailers were hotter and more humid—and future levels— during summer months. Many of these trailers were >2 years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes (Hodgson et al., 2000; Gordon et al., 1999), so residents were probably exposed to higher levels of formaldehyde when their trailers were newer."

• Evaluate the dataset for evidence that the formaldehyde levels tend to decline with the age of the THU.

The data collected by DeVany Industrial Consultants in July and August of 2008 from unoccupied THU's were considered the most appropriate for addressing this question. The THU's were all unoccupied or never occupied and presumably were subject to roughly identical temperatures and relative humidity, and stored in similar locations. Therefore, it could be assumed that any differences in formaldehyde levels would be related more to the age of the trailers than any other factor. These data were extracted and plotted by year of THU manufacture. Figure 15, where the data were plotted in relation to age of the THU, does not suggest that older THU's tend to have lower formaldehyde levels. However, a decline in levels with the age of the trailer is the expected result, based upon past studies (CDC, 2008). This phenomenon was observed in an earlier analysis of the Gulf Stream Coach, Inc. dataset (Hewett, 2009) and was discussed by the CDC (2008; page 13):

"These measured level probably underrepresent [sic] occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather."

• Using the graphical and statistical analyses, estimate the probable exposures for residents, such as the Dubuclet's, in unmeasured, unevaluated, and untested Fleetwood THU's in general and in the Fleetwood "Pioneer" model travel trailers in particular.

Ideally, either Fleetwood, Fluor, or FEMA should have collected measurements of formaldehyde levels shortly after the manufacture of the THU's, after the setup of the THU's, and very soon after being occupied. Such measurements would be preferred for determining compliance with the ATSDR (and NIOSH) limits. However, as mentioned in Section 1 this was not done and a retrospective exposure assessment was necessary in order to estimate the probable exposures for residents of Fleetwood THU's.

The overall purpose of this report was to characterize the datasets, compare the data to the ATSDR and NIOSH limits, and draw inferences regarding the probable exposures experienced by Fleetwood THU occupants in general and Fleetwood "Pioneer" THU occupants in particular. It appears that the overwhelming majority of the measurements for both the Fleetwood THU's in general and the Fleetwood "Pioneer" THU's in particular exceeded the ATSDR limit for population exposures, as well as the NIOSH exposure limit for healthy, adult workers. This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public advocacy organization, government agency, or occupational health consultancy); the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on. Both the point estimates and the 99%LCL's for the percent of measurements exceeding the ATSDR and NIOSH limits strongly suggest that the majority of formaldehyde levels in unmeasured THU's, such as that used by the Dubuclet's, exceeded the ATSDR limit and the NIOSH limits.

Furthermore, it appears the mean formaldehyde levels for both the Fleetwood THU's in general and the Fleetwood "Pioneer" THU in particular exceeded the ATSDR limit for population exposures, as well as the NIOSH exposure limit for healthy, adult workers. This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public advocacy organization, government agency, or occupational health consultancy); the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on. Both the point estimates and the 99%LCL's for mean formaldehyde levels strongly suggest that the true mean formaldehyde level for the Fleetwood THU's in general and the Fleetwood "Pioneer" model THU's in particular exceeded the ATSDR limit for the general population, as well as the NIOSH occupational exposure limit for healthy, adult workers.

(Note that for this assessment the datasets with large samples sizes are being weighted far more strongly than datasets where the sample size was small; e.g., 6 and fewer.)

When considered together - the high percentage of measurements that exceeded the ATSDR population limit and the mean formaldehyde levels that also exceeded the ATSDR limit, as well as the 99%LCL's for these estimates - there is compelling evidence to support the conclusion that formaldehyde levels in unmeasured THU's, such as that used by the Dubuclet's, exceeded the ATSDR and NIOSH limits the majority of the time.

The only way to escape this conclusion would be for the someone to produce measurements from the THU used by the Dubuclet's, that were collected while the they were in residence. Since such measurements were never collected, the next best source of information on the probable formaldehyde levels and probable exposures are the datasets analyzed here.

## 6   References

Aitchison, J. and Brown, J.A.C. (1957): *The Lognormal Distribution with special reference to its uses in economics*. Cambridge University Press.

ATSDR (Agency for Toxic Substances and Disease Registry) (2007): An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006. (October, 2007).

ASDTR (date not available): Minimal Risk Level Worksheet - Appendix A.

Bullock, W.H. and Ignacio, J.S.: (editors) (2006): A Strategy for Assessing and Managing Occupational Exposures, Third Edition. Fairfax, VA: American Industrial Hygiene Association.

CDC (Centers for Disease Control) (2008): Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, (July 2, 2008).

Esmen, N.A. and Hammad, Y.Y. (1977): Log-normality of environmental sampling data. *J Environ Sci and Hlth* A12:29-41.

Gilbert, R.O. (1987): *Statistical Methods for Environmental Pollution Monitoring*. Van Nostrand Reinhold, New York.

Hewett, P. (1997): Mean Testing: II. Comparison of Several Alternative Procedures. *Applied Occupational and Environmental Hygiene* 12:347-355.

Hewett, P. (2001): Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. in *Handbook of Chemical Health and Safety*. Alaimo, R.J. (editor), American Chemical Society; Oxford University Press. (see also Technical Report 07-03 - Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. Exposure Assessment Solutions, Inc.; available at www.oesh.com).

Hewett, P. (2008): Estimation of Sample Sizes for the FEMA Temporary Housing Unit Study. Exposure Assessment Solutions, Inc. Technical Report.

Hewett, P. (2009): Analysis of the Gulf Stream Coach Inc. Formaldehyde Exposure Dataset. Exposure Assessment Solutions, Inc. Technical Report (dated May 18, 2009, revised July 2, 2009).

Land, C.E. (1975): Tables of Confidence Limits for Linear Functions of the Normal Mean and Variance. in *Selected Tables in Mathematical Statistics*, Volume III; Harter, H. and Owen, D. editors, pp.385-419.

Leidel, N.A., Busch, K.A., Lynch, J.R. (1977): *Occupational Exposure Sampling Strategy Manual*. National Institute for Occupational Safety and Health (NIOSH) Publication No. 77-173 (available as a pdf file from NIOSH website).

Minden, J. (2009): Lambert & Nelson, PLC emails dated July 13, 2009; with attached files "Badge Report.PDF.pdf" and "Tube Report.pdf".

**7      Tables**

**Table 1:** Descriptive statistics for the Fleetwood formaldehyde exposure dataset (in ppm).

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 45 | 0.0270 | 0.5400 | 0.0870 | 0.1248 | 0.1013 | 0.0944 | 2.1272 |
| Bureau Veritas | 577 | 0.0020 | 0.8200 | 0.0440 | 0.0569 | 0.0663 | 0.0368 | 2.6933 |
| DeVany Industrial Consultants | 582 | 0.0023 | 2.3000 | 0.2500 | 0.2807 | 0.2122 | 0.2022 | 2.5546 |
| FEMA CDC | 86 | 0.0030 | 0.3000 | 0.0420 | 0.0514 | 0.0395 | 0.0409 | 2.0404 |
| Occupant | 50 | 0.0008 | 1.0000 | 0.0530 | 0.0925 | 0.1622 | 0.0442 | 3.5096 |
| Sierra Club | 6 | 0.0600 | 0.2200 | 0.1350 | 0.1383 | 0.0722 | 0.1215 | 1.7755 |
| TES | 90 | 0.0009 | 0.2800 | 0.0400 | 0.0579 | 0.0478 | 0.0429 | 2.4237 |
| W. D. Scott Group | 82 | 0.0110 | 0.4800 | 0.0490 | 0.0684 | 0.0718 | 0.0489 | 2.2086 |
| Total | 1518 | 0.0008 | 2.3000 | 0.0710 | 0.1466 | 0.1788 | 0.0758 | 3.4267 |

**Table 2:** Descriptive statistics for the Fleetwood "Pioneer" formaldehyde exposure dataset (in ppm).

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 2 | 0.0470 | 0.0980 | 0.0725 | 0.0725 | 0.0361 | 0.0679 | 1.6813 |
| DeVany Industrial Consultants | 152 | 0.0100 | 1.3000 | 0.2500 | 0.2811 | 0.1818 | 0.2251 | 2.1049 |
| Occupant | 3 | 0.0680 | 0.2200 | 0.1110 | 0.1330 | 0.0784 | 0.1184 | 1.8035 |
| TES | 14 | 0.0150 | 0.2200 | 0.0345 | 0.0491 | 0.0516 | 0.0373 | 1.9752 |
| W. D. Scott Group | 1 | 0.1800 | 0.1800 | 0.1800 | 0.1800 | | 0.1800 | |
| Total | 172 | 0.0100 | 1.3000 | 0.2200 | 0.2566 | 0.1850 | 0.1894 | 2.4303 |

Exposure Assessment Solutions, Inc.

12

DUB000556

**Table 3:** Compliance statistics for the Fleetwood formaldehyde exposure dataset (in ppm). The percent of the level exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | % > 0.008 ppm ATSDR limit | 99%LCL | 99%UCL | % > 0.016 ppm NIOSH limit | 99%LCL | 99%UCL |
|---|---|---|---|---|---|---|---|
| Boston Chemical Data | 45 | 100% | 90.3% | 100% | 100% | 90.3% | 100% |
| Bureau Veritas | 577 | 89.6% | 86.2% | 92.3% | 80.4% | 76.2% | 84.0% |
| DeVany Industrial Consultants | 582 | 99.5% | 98.1% | 99.9% | 98.3% | 96.4% | 99.2% |
| FEMA CDC | 86 | 97.7% | 90.6% | 99.8% | 90.7% | 80.8% | 96.5% |
| Occupant | 50 | 92.0% | 78.5% | 98.3% | 82.0% | 66.0% | 92.6% |
| Sierra Club | 6 | 100% | 46.4% | 100% | 100% | 46.4% | 100% |
| TES | 90 | 97.8% | 91.0% | 99.8% | 91.1% | 81.7% | 96.7% |
| W. D. Scott Group | 82 | 100% | 94.5% | 100% | 89.0% | 78.4% | 95.6% |
| Total | 1518 | 95.3% | 93.9% | 96.5% | 89.7% | 87.7% | 91.4% |

**Table 4:** Compliance statistics for the Fleetwood "Pioneer" formaldehyde exposure dataset (in ppm). The percent of the level exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | % > 0.008 ppm ATSDR limit | 99%LCL | 99%UCL | % > 0.016 ppm NIOSH limit | 99%LCL | 99%UCL |
|---|---|---|---|---|---|---|---|
| Boston Chemical Data | 2 | 100% | 0.1% | 100% | 100% | 0.1% | 100% |
| DeVany Industrial Consultants | 152 | 100% | 97.0% | 100% | 98.7% | 94.6% | 99.9% |
| Occupant | 3 | 100% | 21.5% | 100% | 100% | 21.5% | 100% |
| TES | 14 | 100% | 72.0% | 100% | 85.7% | 52.2% | 98.9% |
| W. D. Scott Group | 1 | 100% | <0.1% | 100% | 100% | <0.1% | 100% |
| Total | 172 | 100% | 97.7% | 100% | 97.7% | 93.4% | 99.5% |

Exposure Assessment Solutions, Inc.

13

DUB000557

**Table 5:** Compliance statistics for the Fleetwood formaldehyde exposure dataset (in ppm). The sample mean was calculated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 45 | 0.1248 | 0.0883 | 0.1612 | 0.1246 | 0.0957 | 0.1793 |
| Bureau Veritas | 577 | 0.0569 | 0.0505 | 0.0633 | 0.0601 | 0.0537 | 0.0682 |
| DeVany Industrial Consultants | 582 | 0.2807 | 0.2602 | 0.3013 | 0.3135 | 0.2826 | 0.3523 |
| FEMA CDC | 86 | 0.0514 | 0.0413 | 0.0615 | 0.0525 | 0.0437 | 0.0660 |
| Occupant | 50 | 0.0925 | 0.0373 | 0.1476 | 0.0945 | 0.0603 | 0.1968 |
| Sierra Club | 6 | 0.1383 | 0.0391 | 0.2376 | 0.1390 | 0.0788 | 0.6732 |
| TES | 90 | 0.0579 | 0.0460 | 0.0699 | 0.0631 | 0.0502 | 0.0851 |
| W. D. Scott Group | 82 | 0.0684 | 0.0496 | 0.0872 | 0.0666 | 0.0539 | 0.0873 |
| Total | 1518 | 0.1466 | 0.1348 | 0.1584 | 0.1617 | 0.1470 | 0.1794 |

\* An estimate of the true mean, calculated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

**Table 6:** Compliance statistics for the Fleetwood "Pioneer" formaldehyde exposure dataset (in ppm). The sample mean was calculated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 2 | 0.0725 | -0.7389 | 0.8839 | 0.0725 | ** | ** |
| DeVany Industrial Consultants | 152 | 0.2811 | 0.2464 | 0.3157 | 0.2963 | 0.2556 | 0.3532 |
| Occupant | 3 | 0.1330 | -0.1821 | 0.4481 | 0.1325 | 0.0485 | $3.9 \times 10^9$ |
| TES | 14 | 0.0491 | 0.0125 | 0.0856 | 0.0462 | 0.0306 | 0.0965 |
| W. D. Scott Group | 1 | 0.1800 | | | | | |
| Total | 172 | 0.2566 | 0.2198 | 0.2933 | 0.2801 | 0.2359 | 0.3449 |

\* An estimate of the true mean, calculated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

\*\* The sample size must be 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

DUB000558

## 8    Figures



**Figure 1:** Histogram of the Fleetwood dataset (all models sampled) (n=1519)  (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.) (Three cases were between 0.0001 and 0.001.)



**Figure 2:** Histogram of the Fleetwood "Pioneer" dataset (n=172)  (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 3**: Box-whisker plot for the Fleetwood dataset, showing the formaldehyde levels (in PPM) and the year and month the measurements were collected. (n=942) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.) (Note: The 577 Bureau Veritas measurements are not displayed due to missing sampling dates.) (Three cases between 0.0001 and 0.001 are not shown.)



**Figure 4**: Symmetric dot-density plot for the Fleetwood dataset, showing the formaldehyde levels (in PPM) and the year and month the measurements were collected. (n=942) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.) (Note: The 577 Bureau Veritas measurements are not displayed due to missing sampling dates.) (Three cases between 0.0001 and 0.001 are not shown.)



**Figure 5**: Box-whisker plot for the Fleetwood "Pioneer" dataset, showing the formaldehyde levels (in PPM) and the year and month the measurements were collected. (n=172) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 6**: Symmetric dot-density plot for the Fleetwood "Pioneer" dataset, showing the formaldehyde levels (in PPM) and the year and month the measurements were collected. (n=172) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 7**: Symmetric dot-density plot for the Fleetwood dataset, showing the formaldehyde levels by data source (n=1519). (Three cases between 0.0001 and 0.001 are not shown.)



**Figure 8**: Symmetric dot-density plots for the Fleetwood data collected by Boston Chemical Data, showing the formaldehyde levels (in PPM) by year and month (n=45).



**Figure 9**: Symmetric dot-density plot for the Fleetwood data collected by DeVany Industrial Consultants, showing the formaldehyde levels (in PPM) by year and month (n=582).



**Figure 10**: Symmetric dot-density plot for the Fleetwood data collected by "FEMA CDC" (i.e., the Centers for Disease Control for FEMA), showing the formaldehyde levels (in PPM) by year and month (n=86).



**Figure 11**: Symmetric dot-density plot for the Fleetwood data collected by "occupants", showing the formaldehyde levels (in PPM) by year and month (n=50).  (One case between 0.0001 and 0.001 is not shown.)



**Figure 12**: Symmetric dot-density plot for the Fleetwood data collected by the Sierra Club, showing the formaldehyde levels (in PPM) by year and month (n=6).



**Figure 13**: Symmetric dot-density plot for the Fleetwood data collected by TES, showing the formaldehyde levels (in PPM) by year and month (n=90). (Two cases between 0.0001 and 0.001 are not shown.)



**Figure 14**: Symmetric dot-density plot for the Fleetwood data collected by the W.D. Scott Group, showing the formaldehyde levels (in PPM) by year and month (n=82).



**Figure 15**: Formaldehyde data collected by DeVany Industrial Consultants during July and August of 2008 from unoccupied THU's. The data are plotted by the age of the THU, with a best fit line calculated using a linear model.