# Exhibit "B"

## Trial Testimony of Paul Hewett, PH.D, NIF in *Alexander, et al. vs. Gulf Stream, Inc., et al.*

## Appearances and Swear in of witness -Pages 113-116 and 215.

## Excerpt-Page 256, Line 24-25.

## Certificate of Official Court Reporter – Page 283.

Page 113

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  FEMA TRAILER            *   Docket MDL 1873 "N"
FORMALDEHYDE PRODUCTS           *
LIABILITY LITIGATION            *   New Orleans, Louisiana
                                *
THIS DOCUMENT IS RELATED TO:    *   September 18, 2009
                                *
CHARLIE AGE, ET AL V            *   12:40 P.M.
GULF STREAM COACH, INC.,        *
ET AL, DOCKET NO. 09-2892;      *
ALANA ALEXANDER, INDIVIDUALLY   *
AND ON BEHALF OF                *
CHRISTOPHER COOPER              *
* * * * * * * * * * * * * * * *
```

DAY 5
AFTERNOON SESSION
JURY TRIAL PROCEEDINGS BEFORE THE
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Gainsburgh, Benjamin, David,
                               Meunier & Warshauer
                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


                             The Buzbee Law Firm
                             BY:  ANTHONY G. BUZBEE, ESQ.
                             JP Morgan Chase Tower
                             600 Travis, Suite 7300
                             Houston, Texas  77002


JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

Page 114

```
14:13   1    APPEARANCES:
14:13   2    For the Plaintiffs:        Watts Guerra Craft
                                        BY:  MIKAL C. WATTS, ESQ.
14:13   3                               Four Dominion Drive
                                        Building Three, Suite 100
14:13   4                               San Antonio, Texas  78257
14:13   5
                                        Hilliard Munoz Guerra
14:13   6                               BY:  ROBERT C. HILLIARD, ESQ.
                                        710 S. Shoreline Boulevard #500
14:13   7                               Corpus Christi, Texas  78401
14:13   8
                                        CHRIS PINEDO, ESQ.
14:13   9                               Attorney at Law
                                        802 North Carancahua
14:13  10                               Suite 2250
                                        Corpus Christi, Texas  78470
14:13  11
14:13  12    For Gulf Stream Coach:     Duplass, Zwain, Bourgeois
                                          & Morton
14:13  13                               BY:  ANDREW D. WEINSTOCK, ESQ.
                                        BY:  JOSEPH G. GLASS, ESQ.
14:13  14                               3838 N. Causeway Blvd.
                                        Suite 2900
14:13  15                               Metairie, Louisiana 70002
14:13  16
                                        Scandurro & Layrisson
14:13  17                               BY:  TIMOTHY SCANDURRO, ESQ.
                                        607 St. Charles Avenue
14:13  18                               New Orleans, Louisiana  70130
14:13  19
             For Fluor Enterprises:     Middleberg, Riddle & Gianna
14:13  20                               BY:  CHARLES R. PENOT, JR., ESQ.
                                        BY:  RICHARD A. SHERBURNE, ESQ.
14:13  21                               BY:  SONIA MALLETT, ESQ.
                                        717 North Harwood
14:13  22                               Dallas, Texas  75201
       23
       24
       25
             JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                         UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
```

```
                                                              Page 115
14:13   1   APPEARANCES:
14:13   2
            Official Court Reporter:    Jodi Simcox, RMR, FCRR
14:13   3                                500 Poydras Street
                                         Room HB-406
14:13   4                                New Orleans, Louisiana 70130
                                         (504) 589-7780
14:13   5
14:13   6
14:13   7
14:13   8   Proceedings recorded by mechanical stenography, transcript
14:13   9   produced by computer.
14:13  10
       11
       12
       13
       14
       15
       16
       17
       18
       19
       20
       21
       22
       23
       24
       25
                   JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                            UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF LOUISIANA
```

14:13  1                         I N D E X

14:13  2                                                        Page

14:13  3
          MARCO KALTOFEN
14:13  4       Direct Examination                               118
               Cross-Examination                                144
14:13  5       Redirect Examination                             159

14:13  6  KARIN PACHECO
               Videotaped Deposition                            168
14:13  7
          PAUL HEWETT
14:13  8       Direct Examination                               215
               Cross-Examination                                252
14:13  9       Cross-Examination                                267
               Redirect Examination                             271
14:13 10
          PROFFER                                               280
      11

      12

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25

              JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                      UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
      JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
              UNITED STATES DISTRICT COURT

Page 215

```
14:59  1   right?
14:59  2              MR WATTS:  Yes, sir.
14:59  3              THE COURT:  Okay.  Good.
14:59  4              THE DEPUTY CLERK:  All rise.
14:59  5              (WHEREUPON, the jury exited the courtroom.)
15:12  6              THE DEPUTY CLERK:  All rise.
15:13  7              THE COURT:  You may be seated.  And the next witness,
15:13  8   Mr. Watts, is going to be?
15:13  9              MR WATTS:  Dr. Paul Hewett.
15:13 10              THE COURT:  Dr. Paul Hewett.  I'll ask you to stand
15:13 11   up again, Dr. Hewett.
15:13 12              (WHEREUPON, Paul Hewett, having been duly sworn,
15:13 13   testified as follows.)
15:13 14              THE DEPUTY CLERK:  Please state your full name and
15:13 15   correct spelling for the record.
15:14 16              THE WITNESS:  My name is Paul Hewett, P-A-U-L,
15:14 17   H-E-W-E-T -- H-E-W-E-T-T -- excuse me.  I have no middle
15:14 18   initial, my parents could not afford one.
15:14 19                        DIRECT EXAMINATION
15:14 20   BY MR WATTS
15:14 21   Q.   All right.  Dr. Hewett, tell the members of the jury your
15:14 22   name and what you do.
15:14 23   A.   Well, again, Paul Hewett.  I am a professional industrial
15:14 24   hygienist or occupational hygienist.  We go by both terms.  My
15:14 25   training is in the recognition, evaluation in control of
```

```
16:03  1
16:03  2
16:03  3
16:03  4
16:03  5
16:03  6
16:03  7
16:03  8
16:03  9
16:03 10
16:04 11
16:04 12
16:04 13
16:04 14
16:04 15
16:04 16
16:04 17
16:04 18
16:04 19
16:04 20
16:04 21
16:04 22
16:04 23
16:04 24  have done a bang-up analysis.  I am learning rapidly to
16:04 25  moderate my phraseology.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
16:42  1   down as they age?
16:42  2   A.   The data, the analysis, the statistics, the graphs, all
16:42  3   show that as the unit ages, the exposures tend to be lower.
16:42  4   Q.   Okay.
16:42  5             MR WATTS:  That concludes our offer of proof, Your
16:42  6   Honor.  At this time we would request a ruling and we would ask
16:43  7   the Court to permit us to bring Dr. Hewett back on Monday
16:43  8   morning and to testify as to the matters that have been just
16:43  9   tendered in the offer of proof.
16:43 10             (WHEREUPON, the proceedings were concluded.)
16:43 11                              *****
16:43 12                            CERTIFICATE
16:43 13             I, Jodi Simcox, RMR, FCRR, Official Court Reporter
16:43 14   for the United States District Court, Eastern District of
16:43 15   Louisiana, do hereby certify that the foregoing is a true and
16:43 16   correct transcript, to the best of my ability and
16:43 17   understanding, from the record of the proceedings in the
16:43 18   above-entitled and numbered matter.
16:43 19
16:43 20
16:43 21                                   S/ Jodi Simcox, RMR, FCRR
                                           Jodi Simcox, RMR, FCRR
16:43 22                                   Official Court Reporter
      23
      24
      25
              JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                         UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
```