Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION N(4)

LIABILITY LITIGATION          JUDGE ENGELHARDT


\*   \*   \*


VIDEOTAPED DEPOSITION OF MARCO

KALTOFEN, 2 SUMMER STREET, SUITE 14, NATICK,

MASSACHUSETTS 01760,  TAKEN AT THE OFFICES

OF LAMBERT & NELSON, 701 MAGAZINE STREET,

NEW ORLEANS, LOUISIANA 70130, ON THE 16TH

DAY OF JUNE, 2009.



REPORTED BY:

    CATHY RENEE´ POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    BRIAN SOILEAU
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Page 68

1       Q.    In Section 5 where it says "temperature

2   and humidity" --

3       A.    Before you go to a new question, let's

4   answer the question you asked already, okay?

5       Q.    Okay.

6       A.    I wasn't done with my answer, and I

7   wanted to say, and I started to say, that's not

8   quite right.

9           What I was doing was using that

10  particular data to illustrate what happens when

11  that correction factor is applied.

12      Q.    So you did, at the end of your report,

13  actually perform a correction of a test result for

14  temperature and humidity, did you not?

15      A.    You're close.  I used the data from the

16  Alexander-Cooper trailer to illustrate what

17  happens with that correction.

18          I don't mean to imply that the actual

19  number needed correcting for any particular

20  factor, but it was a nice number to use to

21  illustrate how that correction process can work.

22      Q.    Did you think that the number that you

23  ultimately used for these corrections that you

24  reference in Section 5, did you think that it

25  needed correction?

Page 69

1        A.    The number that was produced was for the

2    conditions under which the sample was taken.  If

3    one wanted to look at the effective temperature

4    and how that generally impacts formaldehyde

5    release rates and presumably the results that you

6    get, there is a methodology for doing that.  I

7    used the data from that trailer as a way of

8    illustrating that methodology.

9        Q.    Well, do you think a correction needed

10   to be made for the data that is corrected here in

11   Section 5?

12       MR. PINEDO:

13            Objection to form.

14       THE WITNESS:

15            The data that I used in Section 5 is

16   actually the data from the Alexander-Cooper

17   trailer.  That data was collected -- that is data

18   from samples collected on May 6 and 7 of this

19   year.

20       MR. WEINSTOCK:

21            Object to the form.

22       THE WITNESS:

23            And this is the actual test data from

24   the trailer.  It's not my intent to alter it in

25   any way.  But it made a nice bit of data to use to

Page 81

1    information together is important.

2              In fact, the knowledge gained from

3    testing all these other units can sometimes be

4    more important than testing a particular unit.

5        Q.    Well, let's use the Alexander-Cooper

6    unit as an example --

7        A.    Okay.

8        Q.    -- for a moment.  Just a hypothetical

9    example.

10             You could test 11,000 trailers other

11   than the Alexander-Cooper unit, and that would not

12   tell you precisely what the level of formaldehyde

13   was in the Alexander-Cooper unit, would it?

14       A.    Actually, it would tell you with greater

15   precision than doing a single test in the

16   Alexander-Cooper unit.

17       Q.    That's not my question.

18       A.    That's not clear from your question.  It

19   sounded like that's what you were asking.

20       Q.    Let's do it again.

21       A.    All right.

22       Q.    If you tested 11,000 trailers other than

23   the Alexander-Cooper unit, none of those test

24   results would tell you precisely what the level of

25   formaldehyde was in the Alexander-Cooper unit,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Marco Kaltofen

Page 82

```
1     would it?

2          MR. PINEDO:

3               At what time?  Objection, form.

4          THE WITNESS:

5               Actually, I disagree.

6               What you're saying is, it's improper to

7     test the other 11,000 trailers other than the

8     Alexander-Cooper unit versus testing that one

9     unit.  And certainly, it is superior to test

10    11,000 similar trailers under a variety of

11    conditions than to test the Alexander-Cooper unit

12    under a single condition.

13               Certainly, it is more precise to have

14    that body of knowledge about the trailers than to

15    have any single test.

16    EXAMINATION BY MR. PERCY:

17         Q.   Well, let's get back and see if I can

18    get an answer to my question.

19               Did my question ask anything about what

20    is proper and what's not proper?

21         MR. PINEDO:

22               Objection, form.

23         THE WITNESS:

24               Yes, absolutely.

25         MR. PERCY:
```

Page 84

1    answer.

2        A.    Actually, I thought I did.  You asked

3    whether the 11,000 trailers can give a precise

4    answer about the Alexander-Cooper trailer, and I

5    answered that they can.

6        Q.    So you can test 11,000 trailers other

7    than the Alexander-Cooper unit, and that can tell

8    you precisely what the level of formaldehyde is in

9    the Alexander-Cooper unit?

10       MR. PINEDO:

11            Object to the form.

12   EXAMINATION BY MR. PERCY:

13       Q.    Is that your testimony?

14       A.    My testimony is that by testing the

15   11,000 other units, you actually get good,

16   precise, high-quality information about what the

17   formaldehyde concentration was in the

18   Alexander-Cooper unit.  In fact, it's testing

19   that's superior to testing that exact unit once

20   under specific conditions because it addresses a

21   range of conditions.

22       Q.    All right.  Testing 11,000 units other

23   than the Alexander-Cooper unit, how does it tell

24   you what the level is in the Alexander-Cooper

25   unit?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Marco Kaltofen

Page 85

1        A.    It gives you the formaldehyde

2   concentration in a large number of similar units

3   over what amounts to, for this case, a fairly long

4   period, and a fairly wide range of conditions.

5   And these are conditions that are generally going

6   to be very similar to what is experienced in the

7   Alexander-Cooper unit.

8            In fact, that large body of data is

9   superior than any single sample taken in the

10  Cooper unit itself.

11       Q.    You would agree that there were test

12  results -- or there are test results in your

13  database that show formaldehyde levels below the

14  detection limit in some trailers, correct?

15       A.    I do have some below the detection

16  limit.  That's correct.

17       Q.    All right.  So would you agree that in a

18  trailer that shows a below-the-detection-limit

19  level of formaldehyde, that testing 11,000 other

20  units tells you absolutely nothing about what

21  you're going to find in a trailer that has a

22  below-the-detection-limit formaldehyde level,

23  correct?

24       A.    Actually, that exactly illustrates my

25  previous answer, that looking at the body of

Page 139

1            What this does for me here is

2    illustrates the same principle that temperature is

3    affecting concentration by changing the rate of

4    release and the diffusivity of the formaldehyde.

5         Q.   So you are using it here in only an

6    illustrative fashion?

7         A.   It is another example of the accepted

8    principle that higher temperatures result in

9    higher formaldehyde concentrations.

10        Q.   Now, in the last full paragraph on page

11   10, the first sentence begins, "It is important to

12   note that CDC directly states that the

13   formaldehyde results for trailers decline with

14   time."

15           Do you see that?

16   A.   Correct.

17        Q.   And you cite the CDC 2008 report.

18           Did the CDC actually make that as a

19   finding as a result of the tests that they

20   performed, or did they merely reference other

21   sources?

22        A.   They are using their other sources.

23        Q.   Then you also cite Pickeral, 1983, for

24   this statement.  Are you citing Pickeral as a

25   source for the statement that formaldehyde results

Page 140

1  for trailers decline with time?

2      A.   I'm going to go back and say first, I

3  apologize about having that reference to two

4  different studies.  I didn't realize that was the

5  case when I was doing this report.

6           And I don't believe Pickeral is

7  discussing anything beyond, again, the general

8  relationship on aging of these materials results

9  in the loss of formaldehyde which reduces the

10 driving force to create a specific formaldehyde

11 concentration.

12     Q.   Now, this statement actually says,

13 "Formaldehyde results for trailers decline with

14 time," and you cite Pickeral as a source for that

15 statement, correct?

16     A.   Yes.

17     Q.   You cite his 1983 information.  I have

18 got both those publications here, and I don't mind

19 taking a little time because I don't want this to

20 be a memory test by any stretch, but one is in

21 "Environmental Science Technology" -- actually,

22 that is 1984.  This is 1983.

23          It gives the volumes; I will give you

24 both of them, but can you find me where in either

25 of these report Pickeral --

Page 146

1    these things go.

2        Q.    Let's move to page 12, and we are going

3    to get into actually some of the statistical

4    sampling questions.

5              I'm going to just ask you one question

6    on Section 3, which begins on page 11 and ends on

7    page 12.  This just references certain standards

8    that you are aware of, correct?

9        A.    Yes.

10       Q.    You didn't participate in the setting of

11   any of those standards or regulatory levels, for

12   lack of a better term?

13       A.    No.

14       Q.    Now, with regard to Section 4, which

15   begins on page 12, and we talked about this in

16   your previous deposition with regard to class

17   certification issues.

18             There are many variables that go into

19   ultimately what results in a level of formaldehyde

20   in a trailer when it is tested on a particular

21   date.  Correct?

22       A.    Yes.

23       Q.    And you would agree that those

24   variations are the level of off-gassing of any

25   component parts that contain formaldehyde,

Page 147

1    correct?

2          A.    That's one.

3          Q.    Any other sources other than component

4    parts of the trailer that might actually find

5    their way into the interior of the trailer,

6    correct?

7          A.    Yes.

8          Q.    What are the rates of ventilation in the

9    trailer?

10         A.    Yes.

11         Q.    Interior temperature of the trailer?

12         A.    Yes.

13         Q.    Interior humidity levels of the trailer;

14   that would be a factor?

15         A.    Yes.

16         Q.    Behavioral issues of the actual

17   residents of the trailer also play a role in the

18   ultimate level of formaldehyde found in the

19   trailer, correct?

20         A.    Different from what we have already

21   discussed?  How behaviors affect ventilation,

22   other materials and so on?

23         Q.    And let's just use some examples and

24   make sure we're talking about the same thing.

25               Smoking is a behavioral issue that

Page 148

```
 1      could, in fact, affect the levels of formaldehyde

 2      in a resident's trailer?

 3           A.    I assumed you included that in other

 4      materials.

 5           Q.    But you would agree, smoking can --

 6           A.    Smoking can affect formaldehyde.

 7           Q.    Cosmetics that may contain formaldehyde?

 8           A.    Again, same answer.

 9           Q.    Permanent press fabrics?

10           A.    Not as much, but yeah.  Yeah.

11           Q.    Opening and closing doors?

12           A.    In that it affects the ventilation, yes.

13           Q.    Opening and closing of windows?

14           A.    Yes.

15           Q.    Cooking?

16           A.    Cooking.

17           Q.    How does cooking affect levels of

18      formaldehyde in a particular unit?

19           A.    Combustion, breakdown of materials that

20      might produce hydrocarbons that might form into

21      formaldehyde.

22           Q.    And according to your report, age of the

23      unit affects levels of formaldehyde?

24           A.    All other things being equal, yes.

25           Q.    All other things being equal.  As a
```

Page 149

1    matter of fact, you have used that term "all other

2    things being equal" several times.  Explain to me

3    what you mean when you use that phrase, "all other

4    things being equal."

5         A.   We have multiple variables that operate

6    at once.  If you want to talk about one variable,

7    and we are just holding the others constant and we

8    are trying to talk in isolation about that one

9    variable.

10        Q.   And if you are only talking in isolation

11   about that one variable, that's all you can

12   actually talk about because you are assuming that

13   everything else does not affect that one variable,

14   correct?

15        A.   No.  There might be, in fact, dependent

16   variables, variables that change together.

17   Temperature and humidity being one example.  But

18   if we want to just talk about the effect of

19   humidity, we can, as a convention, just assume

20   everything else is the same while we are doing it.

21   That way, we are just teasing out the contribution

22   of the humidity.

23        Q.   Let's use ventilation as an example.  If

24   I take one unit and it is typically closed, doors

25   and windows, with the HVAC system running, based

Page 150

1    upon what you have seen from these test results,

2    would you expect that its tests from formaldehyde

3    would differ from a unit that does not have the

4    HVAC running, but is constantly left with the

5    doors and windows open?

6         A.    Each of those variables will come into

7    play, and you have to decide how significant each

8    one is.  They might, in fact, give fairly similar

9    results.

10        Q.    As an example, we went through the ATSDR

11   study which found that running the HVAC system

12   reduced the average formaldehyde level by a factor

13   of 60 percent over just a closed and unheated or

14   air-conditioned unit; you remember that?

15        A.    I remember we discussed it.

16        Q.    And then, they also showed that a unit

17   with the windows and doors open reduced the

18   average formaldehyde level in those units tested

19   by 90 percent.  Do you recall that?

20        A.    I do.

21        Q.    Okay.  So, I mean, those are fairly

22   significant reductions by running the HVAC system

23   and by keeping the windows and doors open,

24   correct?

25        A.    Pretty much covered by the idea that

Page 151

```
 1   increased ventilation reduces formaldehyde

 2   concentration, increased temperature increases it.

 3        Q.    Wouldn't it be important if you were

 4   trying to determine what the actual level was that

 5   a particular resident was exposed to, wouldn't it

 6   be important to know, for example, what their

 7   common use of the HVAC system is?

 8        MR. PINEDO:

 9             Objection, form.

10        THE WITNESS:

11             Or one would want to be aware of the

12   differences in temperature and humidity, by the

13   same token, since that's where the real power over

14   the formaldehyde concentration is coming from.

15   EXAMINATION BY MR. PERCY:

16        Q.    Would you also want to know, wouldn't it

17   also be important to know what the entire

18   ventilation system might be?

19        A.    Again, ventilation rate is going to

20   affect your formaldehyde concentration.

21        Q.    Would it be equally important to know

22   what their personal habits were, cooking habits,

23   smoking habits, et cetera?

24        A.    Each one of those things is going have a

25   role, yes.
```

Page 152

1    Q.    If you knew those things, would you be

2  able to take a test result in a closed system

3  without the HVAC unit running, with its windows

4  closed, if you knew all of the variables we just

5  talked about -- actual living condition

6  temperatures, actual doors opening and closing,

7  actual behavioral issues such as smoking -- would

8  you be able to take that test result of the closed

9  unit and extrapolate to an actual exposure level?

10    A.    There are two things happening with

11  that, and they are really two different methods of

12  arriving at what the concentration is.

13         One of them is looking at a

14  statistically large body of data and using that to

15  find out what the most probable levels are, and

16  another is to put together a set of specific

17  conditions with their associated release or

18  concentration levels, and then simulate what it

19  will be for a specific case.

20         Those are -- they are not opposites, but

21  they are two ways at arriving at the same

22  question.  They both have different data needs,

23  but they could both be valid.

24    Q.    Well, if I take 10,000 test results of

25  units that are all closed without the HVAC system

Page 153

1    running, and I get all of those results, how does

2    that tell me how to extrapolate what test results

3    for units using HVAC systems would be?

4          MR. PINEDO:

5                Objection, form.

6          THE WITNESS:

7                That is another hypothetical, of course,

8    it's not what was actually done.

9                What we were talking about before was

10   taking a fairly wide range of conditions, wide

11   range of ventilation rates and temperatures and

12   humidities and looking at what is happening

13   statistically with those.

14               The other is measure a large number of a

15   standard set of conditions, I mean, we don't have

16   that.  We could, but we would have to look at what

17   data would be produced doing it that way.

18               That is not what I actually did.  We

19   might need a little bit more basis for that

20   hypothetical.

21         Q.   Are you suggesting that a percentage of

22   these test results in your database actually came

23   from units where the HVAC system was on?

24         A.   Actually, what I'm suggesting is -- what

25   I suggested with my answer is that it tends to

Page 159

1      A.    The test results in my database?  You

2  mean my data?  The BCD data or overall?

3      Q.    Overall.

4      A.    They represent actual formaldehyde

5  concentrations from testing.

6      Q.    And regardless of the level of

7  off-gassing of a particular component material,

8  regardless of the rate of off-gassing, in order to

9  determine what someone who actually is in the

10  trailer is exposed to, you need to know the

11  concentration level at any particular time,

12  correct?

13      A.    Well, that's a -- that one needs

14  parsing.

15           At any time particular?  I think we are

16  back to talking about confidence levels again,

17  when we say we know we have a scientific certainty

18  that this is the concentration average/mean/median

19  that a person is exposed to, as opposed to the

20  specific formaldehyde concentration for one

21  specific time.  I don't see that second case as

22  useful.

23      Q.    Actually, I think you missed what I was

24  aiming at, so it was probably an inartfully worded

25  question.  I will try this again.

Page 170

1    likewise for test results that are coming in at

2    different times of the year. If it's colder

3    weather, the numbers are coming in lower. They

4    reflect the actual variability of the samples.

5        Q.   So the answer to my question is over

6    time, as you have collected these samples the mean

7    and median calculation has actually changed?

8        A.   Well, the mean and median is going to be

9    reflected in the data set you have at the time.

10   So you are going to get more data, but there are

11   some general trends.

12            For instance, the older trailers are

13   starting to show lower and lower concentrations on

14   average originally.

15       Q.   So your 95 percent calculation has

16   changed as you have accumulated more and more

17   data, correct?

18       A.   Well, every new data point is going to

19   make a smaller and smaller difference. That is

20   the nature of this data set.

21       Q.   Would you agree with me when I say that

22   each individual unit tests at different rates from

23   all other units?

24       A.   What do you mean, rates?

25       Q.   Concentration levels.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Videotaped Deposition of Marco Kaltofen

Page 185

1    A.    No.    That is not what the variances do.

2    Q.    I've got to be a little repetitive, but

3  I'm going to try not to be very.

4         In your approximate 1,100 test results

5  that you put into this spread sheet -- I'm sorry,

6  this chart on page 6, the one we are looking at,

7  that is the almost 1,100 units you used?

8    A.    Close to 11,000.

9    Q.    The 11,000 test results we have,

10  correct?

11    A.    Yes.

12    Q.    Okay.    You did not correct those in any

13  way for heat, humidity or ventilation?

14    A.    They represent whatever the heat and

15  humidity was at the time.

16    Q.    You did an analysis of the Alexander

17  unit in Section 5 of your report where you correct

18  for heat and humidity, correct?

19    A.    No, actually, I used the data from the

20  Alexander to show what happens when you use the

21  correction factor from the laboratory procedure

22  that is in the ASTM 1333.

23    Q.    But you didn't do that with any other

24  point of data of the 11,000, correct?

25    A.    I didn't correct any of the data

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255
New Orleans * Baton Rouge * Covington * Shreveport

(504) 529-5255

Page 191

1    Final Report Prepared for the USEPA," does it not?

2          A.    Yes, I see it.

3          Q.    Are you familiar with that mathematical

4    model?

5          A.    No, I haven't used that mathematical

6    model.

7          Q.    Are you familiar with it?

8          A.    No, sir.

9          Q.    You certainly did not use a model you

10   are not familiar with to correct the results in

11   the Alexander unit, did you?

12         A.    Actually, I didn't correct the results

13   in any of the data and I didn't do any

14   mathematical modeling for it.  Actually I'm just

15   reporting the results we got from the laboratory

16   testing.

17         Q.    You could have done mathematical

18   monitoring to correct how temperature, humidity

19   may have affected the result.  Correct?

20         MR. PINEDO:

21              Object to the form.  What test are you

22   talking about?

23         THE WITNESS:

24              I'm not sure your question is

25   well-formed so let me try and figure out what you

Page 192

1    are really asking here.

2              The test results that I have are for

3    trailers at specific times over a range of

4    conditions, and those concentrations actually

5    reflect the different variables that go into

6    making that formaldehyde concentration.

7              So when I get a concentration from doing

8    a test result in a trailer, it already

9    incorporates the increased release and diffusivity

10   of formaldehyde based on increases in temperature.

11             It already incorporates any information

12   from whatever the ventilation rate is, because it

13   is an actual test result.

14             So no further correction is required to

15   get the true concentration at that time.

16             Are you asking me about the earlier

17   discussion where if you don't have a test, if you

18   don't have a concentration, you could

19   theoretically derive a concentration by knowing

20   the generation rate and the ventilation rate?

21             That's for when you don't have a test

22   and you don't know what the concentration is.  If

23   you know those other two things you derive it.  Is

24   that what you are asking about?

25        Q.    No.  But it does raise another point.

Page 195

1    an understood scientific principle.

2        Q.    Well, if you wouldn't mind proving it to

3    me.

4              You are taking a general statement that

5    it is lower in the colder months than the CDC

6    took; you are taking your 11,000 test results,

7    correct?

8        A.    Go on.

9        Q.    And you are extrapolating that to how

10   the Alexander unit fits in that model?

11       A.    No, that is not.  That is not what I

12   said at all.

13             One, I am not doing any extrapolation I

14   am not going beyond our data at all.

15             Two, when I look at what is a number

16   that is a good representation of what was

17   experienced in the Alexander trailer, I'm

18   confident that that CDC number, that median value

19   is a very reasonable floor value for the averaged

20   of exposures that she had in her trailer because

21   that number was done in the winter months when it

22   is generally colder and less humid, and also, it

23   is done after the trailers are older.  It is not

24   done in the early part of the period.  So prior to

25   that point, the numbers probably generally trended

Page 232

1    this concentration and manipulation, it's only

2    valid for a specific temperature range, which is

3    outside the one you just mentioned.

4        Q.    And I believe -- excuse me, I'm sorry.

5            In the ASTM paper, which is Exhibit 4,

6    looking at Table A1-1 --

7        A.    A1-1 on page 6.

8        Q.    Correct.  That's where you got the

9    figure of 36 percent, correct?

10       A.    Well, these are just -- they had done up

11   the calculation for arranged temperatures.

12           Yes, mine would be the one at one end.

13       Q.    The one at the top?

14       A.    Yes.

15       Q.    But you recognize the Berge calculation

16   is not an appropriate calculation to do on the

17   test results of these trials to try to find out a

18   specific level?

19       A.    I would not use this calculation.

20       Q.    And again, just for illustrative

21   purposes, the correcting to 50 percent humidity on

22   a 6 percent factor, where does that come from?

23       A.    Again, it comes from the same

24   methodology, and it's again designed to allow for

25   inter-laboratory calibration, and it's not

Page 233

1    something I would do to the data point for the

2    Alexander trailer.

3         Q.    But even looking at that ASTM paper,

4    that's really a test that's done on new wood?

5         A.    Well, you could do it on old wood as

6    well.  Most of the time this is done to look at

7    new material.

8         Q.    Right, that's what this ASTM paper

9    shows; isn't it?

10        A.    This is a test for new material, but it

11   can be done on old material by the same method.

12        Q.    But if we're going to illustrate the

13   point that temperature can increase emission, we

14   would have to factor in the age of the wood,

15   correct?

16        A.    Temperature will increase emission and

17   that's going to be an additive independent issue

18   over and above what's happening with the age of

19   the wood.

20        Q.    Let me ask it another way.  In my

21   inartful way we discussed before, accepting there

22   are three stages of emissions, one, the steep

23   decline; two, the linear decline; and three, the

24   plateau.

25             If we're in the plateau stage, correct,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Marco Kaltofen

Page 341

1    environmental issues and cases.  Some of them

2    involve litigation, some of them are grant

3    supported, some of them involve individual retail

4    clients looking at different environmental issues

5    related to nuclear and chemical contamination.

6        Q.   What are some of the chemical

7    contamination type of issues that you have been

8    involved in over the last 20 years?

9        A.   Oil spills, indoor air pollution

10   problems, or stack emissions from chemical

11   manufacturers or refineries, explosions,

12   accidental releases, discharges from waterways,

13   groundwater contamination.

14       Q.   And are you an engineer?

15       A.   I am.

16       Q.   Would you tell us about your engineering

17   degree and the specific area of engineering that

18   you work in?

19       A.   I received my engineering degree from

20   Boston University, a bachelor's degree in general

21   engineering with a separate concentration in

22   chemistry.

23            I have taken the Massachusetts licensing

24   examinations for engineers specifically for the

25   environmental branch of civil engineering.

Page 342

1    Massachusetts has a structural and an

2    environmental option for civil engineering.  I

3    took the environmental one.

4        Q.    And are you an environmental engineer as

5    certified by the State of Massachusetts?

6        A.    I'm certified as a civil engineer and

7    the exam I passed was for an environmental

8    engineering subspecialty.

9        Q.    And are you involved at all with the

10   American Chemical Society?

11       A.    I've been a member for somewhere between

12   25 and 30 years.

13       Q.    And what is the American Chemical

14   Society?

15       A.    It's a professional society for

16   chemists.

17       Q.    And have you also worked as a chemist?

18       A.    Yes, I have.  In addition to the work I

19   did as an undergraduate in chemistry, I also

20   worked as the founder and director of Chemical

21   Testing Laboratory.

22       Q.    And how long did you hold that position?

23       A.    I did the director's position at the

24   laboratory for five years.

25       Q.    And what is the interface between

Page 343

1    chemistry and environmental engineering?

2        A.    Well, environmental engineering is

3    really about how chemicals interact in the

4    environment.  Environmental Alexander engineering

5    deals with issues related to water pollution, air

6    pollution, contamination of soils and groundwater.

7        Q.    Over the last 20 years, is that

8    something you've routinely done is measure

9    chemicals either in the air, the water or the

10   soil?

11       A.    With very few exceptions, all of the

12   work I've done relates to that.  Even my academic

13   work, graduate work at Worcester College

14   Polytechnic Institute.  Most of my engineering

15   courses really are all about chemistry and how it

16   interacts with the environment.

17       Q.    Over the last 20 years, can you give us

18   some type of approximation of how many tests you

19   have done, either on air, water or soil, to

20   determine the chemical content of the particular

21   medium you were examining?

22       A.    Some that were tens of thousands.  I

23   don't think I'm up to six figures yet.

24       Q.    When you do these tests, are there any

25   specific protocols that you would follow to do

Page 358

1      A.    That was generally proven out in the

2  data and certainly all of my reference materials.

3      Q.    Is there any particular data set that

4  you looked at that had more hot weather type of

5  observations that you observed as being consistent

6  with that phenomena?

7      A.    I noticed the Devany data had a higher

8  median than the FEMA CDC data.  And the

9  preponderance of the Devany results were in the

10  hot months, whereas, none of the FEMA CDC results

11  were in the hot months.  That seemed consistent to

12  me.

13      Q.    Do you have an opinion based upon

14  reasonable scientific probability as to what was

15  the average low level of formaldehyde that

16  Ms. Alexander was exposed to while she was living

17  in her travel trailer?

18      MR. PERCY:

19          Objection, beyond the scope of the

20  report and the expert opinion.

21      THE WITNESS:

22          In my report, I mention it two different

23  times.  I do say in --

24  EXAMINATION BY MR. PINEDO:

25      Q.    Please show us in your report and

Page 359

1  communicate for us where you address that issue.

2      A.    The last time I addressed it is on

3  page 11, where the trailer bedroom nightstand

4  result of 0.074 parts per million formaldehyde is

5  a conservative value of Ms. Alexander's actual

6  exposure.

7           And that is based on looking at the FEMA

8  CDC data where the median for travel trailers came

9  in at 81 parts per billion, which was slightly

10  higher, less conservative.  But given that data

11  was done after the initial runup to deployment for

12  many of these trailers, it was conservative

13  because it was an older set.

14           And very importantly, it's very

15  conservative because it was in the December and

16  January months, when temperatures were colder.

17  Most of these were occupied trailers.  And if you

18  look at all of the data sets, it's pretty much the

19  lowest of the median.  That's very consistent with

20  what we found.  So I thought the 81 parts per

21  billion was the most conservative average floor

22  for her value.

23      Q.    When you talk about this average for her

24  value, is that your opinion -- in this case, is

25  that also supported by the EPA's data?

Page 360

1          A.     The EPA's data was actually higher than

2    that, but I didn't use it because it was less

3    conservative.

4          Q.     And the EPA number, what's the -- what

5    are the numbers for EPA?

6          A.     Well, their median was 110 parts per

7    billion.

8          Q.     And your opinion was that 0.8 parts per

9    million or 80 parts per billion would be below the

10   threshold level for Ms. Alexander in the trailer

11   she was living in?

12         A.     I thought for her average level, that

13   would be the very conservative value.

14         MR. MALONE:

15              I'm objecting to the extent that he's

16   referring to the third paragraph of page 11, which

17   is in reference to the May 2009 test.

18         MR. PINEDO:

19              He wasn't referring to it in that last

20   one.

21         MR. MALONE:

22              Well, to the extent his testimony did

23   rely on that testing in May of 2009, the objection

24   stands.

25         THE WITNESS:

Page 378

1    humidities.  And they allow them to correct that

2    data to make it comparable for standard

3    conditions.

4              So this method is really, its primary

5    usefulness is to allow the intercomparison of

6    different laboratory tests, but it's also a good

7    example of the quantitative way that temperature

8    and humidity affect formaldehyde results.

9         Q.   If we took the test result of the W.D.

10   Scott Group of 50 parts per billion in January

11   2008, and you applied the factors that they're

12   talking about, first the temperature, how would

13   that 50 parts per billion change if you had

14   accounted for the temperature being some level

15   below 70 or 72, whatever standard they're talking

16   about in the ASTM?

17        A.   Well, I wouldn't use that equation for

18   making an adjustment to the data.  What was tested

19   is an accurate reflection of what was actually in

20   that sample at that time.

21             But what's really happening with

22   formaldehyde is that as temperatures generally

23   increase, the release rates will increase.

24             Although your sample is accurate, with

25   higher temperatures, you're actually releasing

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Marco Kaltofen

Page 380

1          Q.    And how would that relate to the

2    increase in the emission of formaldehyde if it was

3    normalized in some degree?

4          A.    Well, "normalized" --

5    MR. PERCY:

6              Objection, foundation.

7    THE WITNESS:

8              What really happens is, if the

9    temperatures were higher, the number would have

10   actually gone up.  So you wouldn't do any further

11   change to the data, but the sampling would have

12   accurately reflected that at higher temperatures,

13   the concentration would, in fact, be higher.

14   EXAMINATION BY MR. PINEDO:

15         Q.    Did you do any calculations in your

16   paper with regard to the temperature?

17         A.    I didn't actually adjust any of the

18   temperatures.  I did use that one data point to

19   illustrate how the interlaboratory calibration

20   procedure worked.

21             But, again, that was only to demonstrate

22   how the increased temperature resulted in

23   increased formaldehyde.

24         Q.    And if you used that one data point in

25   making the estimate as to how it relates to

Page 395

```
 1    make my objection continuing.
 2         MR. MAGGIO:
 3              Same objection.
 4         MR. PINEDO:
 5              You've got your objection.  I'm doing my
 6    direct to his report.
 7    EXAMINATION BY MR. PINEDO:
 8         Q.   Please describe for me what you are
 9    relating here with regard to this paragraph with
10    regard to the CDC and the PPE respiratory
11    protection.
12         A.   This is a control measure that is noted
13    by the job hazard analysis.
14         Q.   And what specifically are they supposed
15    to do?
16         A.   For PPE, respiratory protection is
17    generally what we understand as wearing face
18    masks, air purifying face masks.
19         Q.   In your report, you also talk about "in
20    the 95 percent confidence interval" on page 13.
21    Could you please tell us what you are referring to
22    in that regard?
23         A.   Sure.  In the 95 percent confidence
24    interval, that tells me that there has been a
25    significant number of samples collected.  So that
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Marco Kaltofen

Page 396

```
 1    for a given analysis, one can be 95 percent

 2    confident that it's going to fall within a

 3    specific range.

 4         Q.   And statistically speaking, how many

 5    units would you need to be able to make a 95

 6    percent confidence interval determination in this

 7    particular case?

 8         A.   Well, what we're doing here is based on

 9    38 units, so what they have said is that for 38

10    units, you have 95 percent confidence that the

11    true mean of the data set falls within those

12    limits.

13         Q.   And the "true mean," you're talking

14    about the true average?

15         A.   Yes.

16         Q.   And then -- but it turns out they had

17    quite a few more than 38 units that the CDC

18    examined; is that right?

19         A.   Well, actually, for the studies that I

20    have quoted here, we do have a good deal more than

21    38 units.

22         Q.   And the total number of units?

23         A.   The total units for all different types

24    was 519.  That was all the strata combined.

25         Q.   And so your opinions in this regard, are
```

Page 397

1    they based at least upon the 95 percent confidence

2    interval?

3          A.    I felt like their reports of their

4    statistical significance were reliable.  I'm not a

5    statistician, but I didn't have any reasons based

6    on what I saw that this report was unreliable.

7          Q.    And that's what you set forth in your

8    report?

9          A.    Yes.

10         Q.    And the CDC, did they compare or come up

11   with averages of formaldehyde levels based upon

12   different models?

13         A.    They did.  That was in my reliance

14   material.

15         Q.    And what model had the highest parts per

16   billion formaldehyde that was observed by the

17   United States government in the CDC report?

18         A.    I don't remember the highest.  I know

19   that Gulf Stream was over 100 parts per billion.

20   I'd have to go look.

21   MR. PINEDO:

22              Pass the witness.

23   EXAMINATION BY MR. DINNELL:

24         Q.    You just talked about a document, "July

25   2006 FEMA Job Hazard Analysis," right?