# Curriculum Vitae

# Marco Kaltofen, PE

[Home]

2 Summer Street - Suite 14
Natick, MA 01760
Tel. (508) 651 1661

## Experience

**President,** (1988 - present) - Boston Chemical Data Corporation, Boston, MA - Providing tech for environmentally-related organizations and for litigation. Performed environmental investigati via computerized chemical and engineering information systems, including interactive GIS and reporting. Developed large-scale site remediation and laboratory investigation plans, including audits and facility inspections. Extensive Federal and State court-related expert testimony. Per cycle analyses and pollution prevention research, including product testing and site evaluations onsite investigations in the US and Internationally.

**Laboratory Director,** (1988 - 1993) - Citizens' Environmental Laboratory, Boston, MA - Founde nationally recognized nonprofit environmental testing laboratory. Duties included analyses, mar budgeting, hiring, public speaking, and expert testimony. Supervised quarterly USEPA perform evaluations. Extensive use of AAS, and GC/MS techniques. Performed engineering and chemi evaluations of contaminated sites.

**Project Coordinator,** (1984 - 1988) - Greenpeace International, London, UK - Responsible for program research and field sampling, supervision of a staff of fifty employees, media and comm relations, and field programs. Supervised US and International programs.

**Manager,** (1982 - 1984) - Cambridge Analytical Associates, Trace Inorganics Laboratory, Bost Responsible for atomic absorption, environmental, infrared, and polymer analyses, including s staff, client contacts, National Marine Fisheries Service contract, and USEPA performance eva

**Chemist,** (1981) - New England Aquarium, Boston, MA - Worked with U.S.D.O.E. tracing envir of petroleum drilling wastes and the fate of pollutants in oceans. Responsible for DC-Plasma E Spectroscopy, sample preparation and collection.

**Chemical Instrument Technician,** (1977 - 1980) - Boston University, Boston, MA - Responsib and calibration of UV-Visible, Nuclear Magnetic Resonance, Mass Spectroscopy and other spe equipment.

## Education

- 2007 to Present - Worcester Polytechnic Institute, Dept. of Civil and Environmental Engin of Science degree program in Environmental Engineering, Completed coursework in 200 pending. Courses completed: treatment systems, environmental fate and transport, airbo

- radionuclide transport, radionuclide sampling heterogeneity, industrial waste treatment, a groundwater flow models. Masters thesis, *Microanalysis of Heterogeneous Radiation in F Matter as an Aid to Nuclear Source Identification*, submitted July 2009.

- 1983 to 1985 - Northeastern University Graduate study in Civil Engineering, including twe credit hours in air pollution, water and waste treatment.

- 1977 to 1981 - Boston University Bachelor of Science degree in General Engineering with Chemical Society accredited concentration in Chemistry. Boston University College of En 2002 Distinguished Alumni Award for Community Service. Boston University School of Pu Superfund Basic Research Program / Toxics Action Center 2007 Science for the Benefit Environmental Health Award.

- Massachusetts Registered Professional Civil Engineer

- Hazwoper 8 hour recertified - 2007

- American Chemical Society continuing education in Environmental Chemistry and Safety 1993.

- Member American Society of Civil Engineers, Boston Society of Civil Engineers Section/ Committee on National Accreditation of Environmental Laboratories, American Chemical National and Northeastern section, (25 years); Coasts, Oceans, Ports and Rivers Institute

## Professional Service

- U. S. Army Restoration Advisory Board Chairman, (11 years), Soldier Systems Center, N Massachusetts
- Boston University College of Engineering Alumni Association - Distinguished Alumni Awa
- Toxics Action Center, Boston, Massachusetts - Boardmember, lecturer
- Environmental Technology Education Center - Boardmember
- US National Park Service - volunteer historic interpreter
- Hanford Challenge - Boardmember
- Engineers Without Borders, Professional member
- Provides pro bono website programming, design, and support for nonprofit education and service organizations.
- US Army Science, Math and Technology Student Competitions 2008 & 2009, Judge
- Task force for the development of sewer use regulations for the Massachusetts Water Re Authority.

## Professional Achievements

Marco Kaltofen, P.E.

Lead Field Engineer responsible for sampling and inspection of Murphy Oil Co. spill-related da Bernard Parish, LA following Hurricane Katrina. Conducted sampling design and sampling, labo

management, GIS database preparation, and data analyses to determine the extent of crude o petroleum product contamination in homes, soils, sediments and the release-point refinery. Sol for plaintiffs at class certification hearing. Performed class boundary mapping. Conducted nego defense experts and before Federal Court helping lead to successful settlement for plaintiffs.

Review and validation of site data including field verification related to environmental quality an Canal, Niagara Falls, NY; prior to settlement agreements between Occidental Chemicals and th

Sampling and management of laboratory analysis of airborne formaldehyde in FEMA-supplied housing units in Louisiana, Alabama, and Maryland. Database production and statistical review formaldehyde data.

Engineer in responsible charge of site investigations at eight Massachusetts retail centers invol remediation and assessment of leaking underground storage tanks and buried hazardous chlor Reviewed and selected innovative treatment systems and designs for three sites, including cor selection, oversight, and performance evaluation. Remediation methods selected include biode phytoremediation, two-phase extraction, and sparging. All of the retail centers remained in oper remediation activities.

Researched, specified and reviewed design and construction of a permeable reactive barrier in prevent migration of and to destroy a contaminated groundwater plume containing perchloroeth trichloroethylene at a commercial operation adjacent to a public water supply in Massachusetts first private operational reactive iron wall built in the Commonwealth of Massachusetts. (picture

Reviewed water quality issues related to cyanobacteria in Massachusetts and California lakes control measures.

Sampling and analysis of particulate matter, dusts, and fire/railcar debris related to a train dera near Cleveland, Ohio.

Sampling, specification, and management of laboratory analysis of formaldehyde and formalde containing resins in imported textile products.

Designed and performed field study of polychlorinated dibenzodioxins and dibenzofurans in a facility and its environs, including the oversight and conduction of all sampling, data validation, audits.

Review of industrial air monitoring data for total hydrocarbons and benzene, with calculation of exposure to benzene.

Completed review of POTW wastewater discharges, discharge monitoring performance and pr technologies for high petroleum hydrocarbon-bearing and alkaline industrial wastestreams.

Designed and performed field study of petroleum and volatile organics releases from a flooded petroleum refining facility and its environs, including the oversight or performance of all samplir data validation, laboratory contracts, and testing oversight.

Reviewed the use of hydrogen release compounds for the purpose of chlorinated solvent conce reduction in groundwater at military and commercial locations in Massachusetts.

PSC025272

Field analyses, sampling, and environmental fate review at a former mercury cell chloralkali pr... in coastal Alabama, including onsite and offsite analyses in multiple media. Media analyzed inc... sediments, air, water, indoor residential dusts, and soils.

Sampling and analysis of onsite and offsite dusts, soils, and ashes from a former chemical/petr... reclaimer in Chicago, IL. Use of ambient and subsurface air monitoring, metals, dioxin, PCBs, ... microscopic techniques to fingerprint airborne emissions fallout.

Review and inspection of a former New Jersey iron mine used for automobile paint waste disp...

Sampling, analysis, and microscopic review of tree rings collected to determine past exposure ... particulate metals.

Analysis of biological particulates in airborne dustfall, analysis of bulk and surface dusts, and s...

Inspection, sampling, and analysis of active paint spray booth operations.

Reviewed environmental conditions and process safety for a Seattle-based aerospace research... development firm.

Sampling and analysis of indoor house dusts for polychlorinated dibenzodioxins and dibenzofu... community surrounding a cluster of waste incinerators and industrial boilers, including report pr... a federally-sponsored public review meeting.

Sampling, specification, and management of laboratory analysis of reduced sulfides and sulfide... materials in imported textile construction materials.

Performed post-Hurricane Katrina field examination of petroleum spills in Mobile Bay, Mobile, A... Pascagoula, Mississippi. Mobilized field resources onsite in the Gulf Region to begin sampling ... within ten days of the 2005 storm event.

Court-Qualified as an expert witness in State and Federal courts in the fields of Chemistry and... Engineering, as well as in numerous civil depositions. (Massachusetts, Wisconsin, Texas, Calif... Pennsylvania, Louisiana, Alabama)

Co-Chair, US Army Soldier Systems Biological and Chemical Command Superfund Restoratio... Board. Reviews five operational Superfund units including multimedia human and ecological ex... vectors. Extensive communication with public, regulatory, state and federal public health autho... military agencies, including the Department of Defense Office of the Undersecretary for Enviro... Affairs. Reviews and comments on workplans, draft and final reports, and health and safety pla... remedial investigations, feasibility studies, environmental and human health risk assessments, ... budget priority documents. Also responsible for coordination of agendas, communications with ... officials, and community outreach.

Assessment of metal corrosion by airborne sulfide exposure from a pulp and paper mill and its ... treatment system.

Site investigation of a Municipal/Industrial waste landfill in South Texas, including determinatio... environmental fate of materials released from the land disposal facility after initial placement.

Researched, specified and oversaw design and construction of a phytoremediation project to c
contaminated soils containing perchloroethylene and trichloroethylene using a mix of northern l
and shallow-rooted plants in an engineered treatment cell adjacent to a residential area.

Engineer in responsible charge of site investigations and remediation of a leaking underground
product storage tank and fuel line in an urban commercial setting in Cambridge, MA.

Engineer in responsible charge of site investigations, remedial method selection and design of
contaminated groundwater environment and metal contaminated soils in an industrial zone in S
Duties include bid selection and vendor oversite.

Designed and performed field study of indoor house dusts and particulates for toxic metals usir
spectroscopy, xray microanalysis, and digital optical microscopy for a residential community su
metal smelter.

Reviewed the environmental aspects of Catalytic Extraction Processing of hazardous wastes fo
Technology of Waltham, MA.

Designed and performed field study of polychlorinated dibenzodioxins, volatile solvents, metals
polynuclear aromatic hydrocarbons at a former research/manufacturing facility located in a high
area.

Beginning in 1988 with an initial budget of less than $10,000, built a full service nationally recog
environmental laboratory to serve institutional, individual, and educational clients. Achieved a 1
success rate for trace metals, volatile organics, and PCBs on EPA performance evaluations. So
clients in four years. Raised $ 1,000,000 in grants and contracts.

Voting member of the USEPA Committee on National Accreditation of Environmental Laborato

Extensive public relations and communications experience including appearances or articles w
Morning America, the Today Show, NBC Nightly News, CNN, C Span, TBS, National Public Ra
& World Report, Chemical & Engineering News, The New York Times, and over 300 technical a
citations.

Reviewed formulations, safety hazards, and warnings of military-type zinc chloride smoke bom
alternatives.

Performed the first complete mass balance of hazardous materials into Boston Harbor and its t
study was the basis of a State funded study which was performed two years later with a far larg
The final aggregate results of the two studies agreed within 3 percent. Field work included sew
sampling and NPDES discharge sampling and analyses.

Determination of free crystaline silicate and other mineral particulate air releases from a West T
including sampling of parent material, air, soils, and dusts.

Sampled surface bedrock and weathered materials in Cuidad Juarez, Mexico for the determina
crystaline silicates and naturally-occuring arsenic.

Design and completion of sampling efforts to complete indoor air quality studies for gasoline-re

organic compounds.

Design and completion of sampling efforts, including health and safety presentations, for indoo pesticide contamination studies in mixed industrial and residential environments.

Sampling, analyses, and mapping of pesticide residues in public and residential sites in South to pesticide formulation activities.

Determined hydrogen gas, hydrogen sulfide, and sulfur dioxide production in anaerobic and ae sediments, composted food wastes, and sanitary wastewater treatment residuals.

Worked with State Attorneys General offices in three Northeast states. One investigation perfor resulted in the State of New Jersey recovering sufficient funds to run their Hazardous Waste St eighteen months without State appropriations.

Reviewed environmental impacts of polystyrene manufacture, use and disposal.

Performed real-time air quality monitoring and field sampling of beryllium-based particulates in medical devices manufacturing facility, and determined particle size, loading, and morphology metallic cuttings and dusts.

Assesment of lead and cadmium transport via soils and sediments surrounding a cement kiln i

Air sampling and real time particulate concentration monitoring in a metal processing laboratory

Review and field detection of emissions from a mineral fertilizer manufacturer, including sampli analyses of soils, indoor house dusts, and sediments.

Collected marine samples for a combined German and Swedish oceanographic research team Finland. Sampled media included both seawater and wastewater effluents and waste treatment the southeastern Swedish coast.

**Laboratory Investigations and Method Reviews**

Designed sampling protocol and carried out all analyses for closure of a scientific base in Antar including characterization of petroleum and Jet A1 releases.

Sampled and analyzed contaminated Boston Harbor/Fort Point Channel sediments.

Designed and constructed a mercury cold vapor inlet system for atomic absorption determinatic in environmental samples, and successfully completed a USEPA proficiency examination for m detection employing this apparatus.

Performed an onsite review of Soviet Environmental Ministry and Ministry of Chemical Industry monitoring procedures and laboratories analyses for steel production and natural gas processir Volgagrad, USSR.

Performed site investigations of a Refinery/Chloralkali complex in the vicinity of Volgagrad in th Russian Republic. Performed all required laboratory analyses and authored and presented fina

PSC025275

Ministry of Industry in Moscow and to Russian and US specialists in Washington, DC.

Reviewed and developed methodologies for the analytical determination of MIC in paints.

Conducted field sampling and laboratory analyses for the determination of metals and cyanides controlled groundwater at Spectacle Island in Boston Harbor, for preconstruction environmental investigations for the Boston Third Harbor Tunnel project.

Developed and performed analytical procedures for the determination of 4-phenylcyclohexene fibers, and presented findings for product liability determinations.

Designed and managed construction of an environmental analysis laboratory facility for a comm including HVAC, waste recycling, permit, and vendor qualification duties.

Designed sampling protocols and performed analyses of air, water, and sediment samples from of Kuwait immediately after the cessation of hostilities with Iraq. These results were reviewed a in the general press, as well as by the USGAO.

Detection of lead, arsenic, hafnium and other metals in soils from a closed 19th Century smelte Massachusetts; including use of Scanning Electron Microscopy/EDX and Atomic Absorption me determining insoluble lead species and the morphology and origins of lead and chromate-conta particulates. Presented findings of this investigation to the Commonwealth of Massachusetts E Protection Department and local Boards of Health in order to develop methodologies for regula develop a long-term groundwater and drinking water well monitoring program.

Determined morphology and bioavailability of silicates in paint matrices by digital optical micros investigation of stains and topcoats.

Reviewed field laboratory designs and field procedures for NGO laboratory testing facilities bas Amsterdam (The Netherlands) and in Russia.

Analysis of North Atlantic and Gulf Coast petroleum exploration and production drilling fluids ar marine biota for drilling fluid-related contaminants.

Sampling and laboratory analysis of airborne formaldehyde related to residential use of urea-fo insulation.

Sampled wastewater effluents in Boston Harbor and from its tributary river systems, and analy samples at Queen Mary's College, at Exeter in the United Kingdom.

Designed and carried out a complete sampling and laboratory analysis protocol for a seventy-s wastewater effluent characteristics in Mexican automobile and electronic component plants.

Sampled and analyzed chlorinated pesticide residues in residential soils in Matamoros, Mexico

Analyzed contaminated estuarine sediments in support of Boston's Logan Airport Bird Island Fl project.

Sampled and analyzed expanded polystyrene foams for extractable meals under replicated bio

conditions.

Data review and method validation for nerve agents and blister agents (including Sarin and Mu[...] Review of confirmed agent detection records and US Army analytical procedures for GC-MS, G[...] other analytical methods used at the Umatilla Chemical Depot.

Developed toxics use reduction plans for the Citizens' Environmental Laboratory which reduce[...] generation over 90% from originally predicted levels.

**Radiological Investigations**

Sampling, planning and study design for radiological and mixed waste contaminants in the Col[...] the Hanford Nuclear Reservation, particularly developing sampling strategies for foodchain con[...] including Strontium 90, Tritium, Americium, Plutonium, and Uranium isotopes. Supervised resu[...] and performance of sampling teams during execution of the sampling and safety plans.

Study design for radiologic and mixed waste contaminants along the Techa River downstream [...] Chemical Nuclear facility in the Ural Mountains in Russian Central Asia, particularly developing [...] strategies for foodchain contaminants including Strontium 90 and Cesium 137. Performed field [...] reviewed sampling teams onsite, as well as reviewed procedures with local and regional enviro[...] authorities.

Particulate sampling and analysis of uranium, plutonium, americium, and gaseous iodine-conta[...] environmental materials, Richland, WA and the Yakama Indian Nation, in cooperation with Wo[...] Polytechnic Institute and the Yakama Housing Authority.

Analysis of americium and cesium in the former effluent channel for an abandoned nuclear faci[...]

Analysis of radiobismuth in coal fly ash, mining wastes, and in dusts produced by nuclear weap[...]

Sampling and analysis of radioactive radon daughters in coal ash-amended construction mater[...]

Analysis of cesium 137 in components from the Chernobyl Unit 4 reactor, Ukraine.

Analysis of Naturally-occuring radioactive material in imported construction materials.

Presented radiological monitoring and testing seminar at St. Petersburg, Russia conference on [...] policies and technologies.

Performed an onsite review of radiological monitoring and laboratory procedures for the region[...] municipal environmental authorities in Chelyabinsk and Chelyabinsk Oblast, Russia.

Determined total alpha and beta emitters in river sediments from Nanda Devi Glacier near Lata[...] to naturally-occuring uranium and plutonium 238 and 239 contamination. Performed gamma sp[...] sediments by GeLi and NaI detectors.

Source determination of thorium isotopes in rivers sediments, in Richland, WA.

Analysis of cerium monazites from naturally-occuring materials and from thorium fuel cycle rea[...]

Determination of uranium isotopes in mining wastes, Midnight Uranium Mine, Wellpinit, WA.

Determination of uranium isotopes in aircraft engines exposed to particulate matter from use in Afghanistan.

Completed study designs, field sampling, and onsite monitoring for an offsite radiologic contam migration study at Los Alamos National Laboratory in Los Alamos, New Mexico, including a rev effluent quality data and soil and sediment chemical quality data. Study materials included dust sediments collected in Los Alamos, Santa Fe, and the San Ildefenso and Picuris Pueblos. Addi investigations were initiated for radiological exposures to Native American Indian craftspeople t use of traditional pottery-making materials. Assisted design of followup study with State of New Los Alamos National Laboratory personnel.

**Analytical Instrumentation Operation Experience**

- Gas chromatography with electron capture detection - GC/ECD
- Gas chromatography with mass spectral detection - GC/MS
- Direct injection mass spectroscopy - MS
- Gas chromatography with flame ionization detection - GC/FID
- Atomic Absorption with flame and graphite furnace excitation - AAS and GFAAS
- Inductively coupled plasma emission spectroscopy - ICP
- Field gamma spectrometry by cadmium/telluride detection
- Gamma spectrometry by sodium/iodide and liquid nitrogen cooled Germanium-Lithium de
- Infrared spectroscopy - IR
- Direct current plasma emission spectroscopy - DCPES
- Scanning electron microscopy / Energy-dispersive X-ray spectroscopy - SEM/EDX
- Mercury cold vapor atomic absorption spectroscopy - CVAAS
- Air contaminant monitoring instrumentation for sulfides, radionuclides, particulates, metal formaldehyde, carbon monoxide - including TO-15 and electrometric methods.



[Quotes/Information] [Litigation] [Microscopy] [Biography] [Home]

© 2008, The Boston Chemical Data Corp., All Rights Reserved