UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO:  07-9228 | * | JUDGE ENGELHARDT |
| Aldridge, et al. vs. Gulf Stream Coach, Inc., et al. | * | |
| *(Elisha Dubuclet on behalf of her minor child, Timia Dubuclet* | * | MAGISTRATE CHASEZ |
| *vs. Fleetwood Enterprises, Inc., et al.)* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STIPULATIONS OF FACTS

**THE PARTIES HAVE STIPULATED TO THE FOLLOWING:**

1. FEMA provided approximately 143,000 emergency housing units to families across the Gulf Coast, in response to hurricanes Katrina and Rita.

2. FEMA provided to Elisha Dubuclet and her minor daughter, Timia Dubuclet, a travel trailer with Vehicle Identification Number (VIN) 4CJ1F322764015272.

3. This travel trailer was manufactured by Defendant Fleetwood Travel Trailers of Texas, Inc. at its Longview, Texas plant on or about March 27, 2006 for use by FEMA as emergency housing for displaced residents of hurricanes Katrina and Rita.

4. Fleetwood Enterprises, Inc. was the Parent Company of Fleetwood Travel Trailer of Texas, Inc.

5. Fleetwood entered into a "Master Sales Agreement" with Morgan Buildings & Spas, Inc. on September 6, 2005 for Morgan Buildings & Spas, Inc. to purchase travel trailers from Fleetwood for sale to FEMA as emergency housing.

6. Fleetwood sold approximately 10,500 travel trailers to Morgan Buildings & Spas, Inc. for provision to FEMA following hurricanes Katrina and Rita.

7. Fleetwood Travel Trailers of Texas, Inc. provided the Dubuclet travel trailer to Morgan Buildings and Spas, Inc. on or about March 28, 2006.

8. Morgan Buildings & Spas, Inc. sold this Fleetwood travel trailer to FEMA for use as emergency housing.

9. The travel trailer provided to Elisha and Timia Dubuclet was a Fleetwood 32 FSH (handicap) model with a slide out feature.

10. Certain component parts used by Fleetwood Enterprises, Inc. in the manufacture of this travel trailer contained urea formaldehyde and/or urea formaldehyde resins.

11. Fluor had a contract with the Government to install travel trailers after hurricanes Katrina and Rita, including the Fleetwood travel trailer occupied by Timia Dubuclet and her family.

12. By May of 2006, the Fleetwood trailer provided to the Dubuclet family was set up at 6046 Dorothea Street by a subcontractor of Fluor.

13. Timia Dubuclet and her family moved into this travel trailer in June of 2006.

14. In or about September of 2007, Timia Dubuclet and her family moved out of the Fleetwood travel trailer and back into their home on Dorothea Street in New Orleans.

15. Timia Dubuclet and her family resided in this Fleetwood travel trailer for approximately 16 months.

16. On July 8-9, 2009 at the FEMA Storage Facility in Lottie, Louisiana, the Fleetwood trailer, which had been previously occupied by Timia Dubuclet and her family, was tested by W.D. Scott Group, Inc. for formaldehyde.

17. This testing on July 8-9, 2009 was witnessed by Tony Watson of Workplace Hygiene on behalf of Fleetwood Enterprises, Inc.

18. On August 10-14, 2009, at the FEMA Storage Facility at Lottie, Louisiana, the Fleetwood Enterprises, Inc. trailer, which had previously been occupied by Timia Dubuclet and her family, was tested for formaldehyde by Tony Watson of Workplace Hygiene, on behalf of Fleetwood. The testing was witnessed by W.D. Scott, on behalf of the Plaintiffs.

19. During the passive sampling performed by W.D. Scott Group, Inc. on July 8-9, 2009 inside the Fleetwood trailer provided to the Dubuclet family, the level of formaldehyde concentration in the air was 0.34 ppm or 340 ppb.

20. During the passive sampling performed by Mr. Watson on August 10, 2009, inside the Fleetwood trailer provided to the Dubuclet family, the level of formaldehyde concentration in the air was 0.16 ppm or 160 ppb.

21. During the active sampling performed by W.D. Scott Group, Inc. on July 8, 2009, inside the Fleetwood trailer provided to the Dubuclet family, the level of formaldehyde concentration in the air was 0.23 ppm or 230 ppb.

22. During the active sampling performed by Mr. Watson on August 13-14, 2009, inside the Fleetwood trailer provided to the Dubuclet family, the level of formaldehyde concentration in the air was 0.22 ppm or 220 ppb.

23. Elisha Dubuclet, and her minor son, Timothy Dubuclet, Jr. are named plaintiffs in this litigation. The Court has determined that Timia Dubuclet's case shall be tried separately from their claims.

24. Timia Dubuclet was diagnosed with eczema (atopic dermatitis) at approximately six (6) weeks old.

25. According to the National Vital Statistics Report, Timia Dubuclet's life expectancy is 70 additional years (age 81.1).

26. According to the National Vital Statistics Report, Timia Dubuclet's worklife equivalent is 40.3 years from the age of 18.

27. The weather data collected by Dr. Lee Branscome, Ph.D., a certified meteorologist, attached to his report dated July 9, 2009, is representative of the weather conditions for the time frame involved herein.

Parties have met and conferred on numerous occasions with regard to these stipulations and will continue to confer and to offer other stipulations of facts as appropriate.

Respectfully submitted,

FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

BY: /s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
gmeunier@gainsben.com

-and-

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	(504) 522-2304
Facsimile:	(504) 528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600
ROBERT BECNEL, #14072

-and-

*/s/ Andrew D. Weinstock*
ANDREW D. WEINSTOCK
**DEFENDANT MANUFACTURERS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, APLC
3838 N. Causeway Boulevard, 29th Floor
Three Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com

-and-

    /s/ Richard K. Hines
Richard K. Hines, V (GA Bar #356300)
Taylor T. Daly
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone:     (404) 322-6000
Facsimile:      (404) 322-6050
richard.hines@nelsonmullins.com
taylor.daly@nelsonmullins.com

Jerry L. Saporito (LA Bar #11717)
Amanda W. Vonderhaar (LA Bar #31350)
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-1701
Telephone:     (504) 585-7500
Facsimile:      (504) 585- 7775
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com

Counsel for Fleetwood Enterprises, Inc.

    -and-

    /s/ David Kurtz
**CONTRACTOR DEFENDANTS' LIAISON COUNSEL**
Baker Donelson & Bearman, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:     (504) 566-5200
Facsimile:      (504) 636-4000
dkurtz@bakerdonelson.com

    -and-

          /s/ Charles R. Penot, Jr.
          Charles R. Penot, Jr.
          MIDDLEBERG, RIDDLE & GIANNA
          KPMG Centre, Suite 2400
          717 N. Harwood Drive
          Dallas, TX 75201
          Telephone:    (214) 220-6334
          Facsimile:    (214) 220-6807

          Counsel for Fluor Enterprises, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

          /s/ Justin I. Woods
          JUSTIN I. WOODS (LA Bar #24713)