**EXHIBIT A TO THE JOINT PRE-TRIAL ORDER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| RELATES TO CIVIL ACTION NO. 07-9228 | * | |
| Aldridge, et al. vs. Gulf Stream Coach, Inc., et al. | * | JUDGE ENGELHARDT |
| (Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood, | * | |
| Fluor Enterprises, Inc., and FEMA) | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, come Plaintiff, Elisha Dubuclet

on behalf of her minor child, Timia Dubuclet, pursuant to this Honorable Court's Trial

Scheduling Order dated August 17, 2009 (Doc. No. 2717), who hereby submit the following

Exhibit List in connection with the above captioned matter:

| EXHIBIT ID | Category: | EXHIBIT DESCRIPTION | BATES RANGE | STATUS |
|---|---|---|---|---|
| Plaintiffs' Exhibits | | | | |
| | Governmental Agency Reports and Studies | | | |
| 1 | | CDC Summary and Interim Report: VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units – Indoor Environment Department, Lawrence Berkeley National Laboratory, 8 May, 2008 | PSC002113 - PSC002166 | |

| 2 | | U.S. Department of Health and Human Services and CDC Presentation Titled "Formaldehyde Levels in Occupied FEMA-supplied Temporary Housing Units (THUs) in LA and MS, Winter 2007-2008" | PSC002167 - PSC002181 | |
| --- | --- | --- | --- | --- |
| 3 | | CDC Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – February 29, 2008 | PSC002182- PSC002202 | |
| 4 | | CDC Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – July 2, 2008 | PSC002203 - PSC002263 | |
| 5 | | Agency for Toxic Substances and Disease Registry (ATSDR) "Health Consultation, Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, Louisiana, February 1, 2007" | PSC002264 - PSC002277 | |
| 6 | | ATSDR October 2007 "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October 2006" | PSC002278 - PSC002318 | |
| 7 | | Statement of Harvey E. Johnson, Jr., Acting Deputy Administrator and Chief Operating Officer for FEMA before the U.S. Senate Subcommittee on Disaster Recovery and Subcommittee on State, Local, and Private Sector Preparedness and Integration, March 4, 2008 | PSC003188 - PSC003198 | |

| 8 | | Statement of R. David Paulison, FEMA Administrator, before the U.S. House of Representatives Committee on Oversight and Government Reform, July 19, 2007 | PSC003199 - PSC003207 | |
| 9 | | "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making" published in March 2008 by the DHHS, CDC, DHS, FEMA and the EPA | PSC003208 - PSC003213 | |
| 10 | | U.S. EPA "Indoor Air Quality" Basic Information for Formaldehyde – Last updated November 14, 2007 | PSC003214 - PSC003217 | |
| 11 | | "Formaldehyde Levels in FEMA-Supplied Trailers - Early Findings from the Centers for Disease Control and Prevention" | PSC003218 - PSC003219 | |
| 12 | | ASTM Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates in Wood Products Using a Large Chamber  (2002) | PSC021571 – PSC021582 | |
| 13 | | Indoor Air Quality and Health in FEMA Temporary Housing for Trailer Residents prepared by CDC | PSC021583 – PSC021584 | |
| 14 | | Trailer Manufacturers and Elevated Formaldehyde Levels Majority Staff Analysis, Committee on Oversight and Government Reform, U.S. House of Representatives dated on July 9, 2008 | PSC024251 – PSC024277 | |
| 15 | | ASHRAE Handbook, 2007:  HVAC Applications, Chapter One: Residences | DUB002101 – DUB002107 | |

| 16 | | Department of Homeland Security, Office of Inspector General: FEMA's Response to Formaldehyde in Trailers dated June, 2009 | PSC025938 – PSC026022 | |
| 17 | | Majority Staff Report Subcommittee on Investigations & Oversight - Committee on Science & Technology U.S. House of Representatives, September 2008, "Toxic Trailers – Toxic Lethargy: How the Centers for Disease Control and Prevention Has Failed to Protect the Public Health" | PSC002070 - PSC002112 | |
| | **Standards, Regulations and Statutes** | | | |
| 18 | | 24 C.F.R. § 3280.309, Health Notice on formaldehyde emissions Current through November 6, 2008 | PSC003147 | |
| 19 | | §3280.309 – 24 CFR Ch. XX, Health Notice on Formaldehyde emissions (4-1-07 Edition) | PSC021693 – PSC021694 | |
| 20 | | ATSDR Formaldehyde Minimal Risk Levels and Worksheets – Appendix A | PSC003158 - PSC003172 | |
| 21 | | U.S. Department of Housing and Urban Development Rules and Regulations regarding Formaldehyde, 49 FR 31996 | PSC003173 - PSC003186 | |
| 22 | | California Air Resources Board's (CARB) Standards | PSC021695 – PSC021753 | |
| 23 | | Occupational Safety and Health Administration's (OSHA) Standards for Formaldehyde | PSC021754 – PSC021772 | |

| 24 | | American Conference of Governmental Industrial Hygienists' (ACGIH) Standards for Formaldehyde | | |
|----|--|--------------------------------------------------------------------------------------------------|--|--|
| 25 | | National Institute of Occupational Safety and Health's (NIOSH) Standards for Formaldehyde | PSC024278 – PSC024358 | |
| 26 | | Housing and Urban Development's (HUD) Standards for Formaldehyde | | |
| 27 | | World Health Organization (WHO) and Health Canada's Standards for Formaldehyde | PSC024359 – PSC024361 | |
| 28 | | World Health Organization (WHO) and Health Europe's Standards for Formaldehyde | PSC024830 – PSC025117 | |
| 29 | | American National Standard (ANSI) for Medium Density Fiberboard dated February 4, 1994 | PSC021773 – PSC021784 | |
| 30 | | American National Standard (ANSI) for Particleboard dated February 8, 1999 | PSC021785 – PSC021797 | |
| 31 | | ANSI A119.2, NFPA 1192: Standard on Recreational Vehicles; 2002 Edition | DUB002054 – DUB002100 | |
| 32 | | ANSI A119.4, NFPA 1194: Standard on Recreational Vehicle Parks and Campgrounds; 2002 Edition | PSC021798 – PSC021817 | |
| 33 | | Toxicological Profile on Formaldehyde prepared by ATSDR on July 1999 | PSC024362 – PSC024829 | |
| | **Articles** | | | |
| 34 | | July 20, 2007 "Formaldehyde and FEMA Trailers" by Lee Shull, Ph.D | PSC021640 – PSC021641 | |

| 35 | | Maddalena, Randy; Russell, Marion; Sullivan, Douglas P.; an Apte, Michael G. "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Unites – Final Report" – Ernest Orlando Lawrence Berkeley National Laboratory, November 2008 | PSC025133 – PSC025193 | |
| 36 | | "Effect of Formaldehyde Inhalation on Hsp70 in Seminiferous Tubules of rat testes: an immunohistochemical study" by O. Ozen, et al. (2005) | PSC021823 – PSC021829 | |
| 37 | | "Formaldehyde and Glutaradehyde and Nasal Cytotoxicity: Case Study within the Context of the 2006 IPCS Human Framework for the Analysis of a Cancer Mode of Action for Humans" by D. McGregor, et al. | PSC021830 – PSC021846 | |
| 38 | | "Effects of inhaled Formaldehyde on Learning and Memory of Mice" by Z. Lu, et al. (2008) | PSC021847 – PSC021854 | |
| 39 | | "Low Concentrations of Formaldehyde induce DNA damage and delay DNA repair after UV Irradiation in Human Skin Cells" by G. Emri, et al. (2004) | PSC021855 – PSC021866 | |
| 40 | | National Cancer Institute (NCI): Fact Sheet:  Formaldehyde and Cancer Risk dated May 7, 2009 | PSC021867 – PSC021873 | |
| 41 | | National Cancer Institute (NCI): Formaldehyde Exposure among Industrial Workers is Associated with Increased Risk of Cancers of the Blood and Lymphatic System dated May 12, 2009 | | |

| 42 | | FEMA media release: FEMA Awards Contracts for Low Emissions Travel Trailers – April 7, 2009 – Release No. HQ-09-034b | PSC021876 – PSC021879 | |
| 43 | | FEMA media release: FEMA to Introduce New Type of Manufactured Home – Dec. 18, 2008 – Release No. 1791-343 | PSC021880 | |
| 44 | | Article - "Formaldehyde Exposure in Nonoccupational Environments" by K. Dally, et al. | PSC021881 – PSC021888 | |
| 45 | | Article - "Formaldehyde-related Health Complaints of Residents Living in Mobile and Conventional Homes" by I. Ritchie, et al. | PSC021889 – PSC021894 | |
| 46 | | Article – FEMA rolls out new disaster mobile homes: Formaldehyde levels are far below those of Hurricane Katrina, Rita trailers dated 05/14/09 | PSC021895 – PSC021896 | |
| 47 | | Fact Sheet:  Airborne Toxic Control Measure (ATCM) to Reduce Formaldehyde Emissions from Composite Wood Products | | |
| 48 | | Environmental Health – Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making (March 2008) | PSC021897 – PSC021902 | |
| 49 | | Environmental Health – What you should know about Formaldehyde in Mobile Homes | PSC021903 – PSC021906 | |
| 50 | | Formaldehyde Levels in FEMA-Supplied Trailers; Early Findings from the Centers for Disease Control and Prevention | PSC003218 – PSC003219 | |

| 51 | | "*Formaldehyde Indoors*" by Dr. Stephen Smulski, April 1987, Progressive Builder, 12(4):9-11. | PSC002752 - PSC002754 | |
| 52 | | Boyson, M. "*Nasal mucosa in workers exposed to formaldehyde: a pilot study.*" Br J of Ind Med 47:116-121, 1990. | PSC002845 - PSC002853 | |
| 53 | | Edling, C. "*Occupational exposure to formaldehyde and histopathological changes in nasal mucosa.*" Br J of Ind Med 45:761-765, 1988. | PSC002854 - PSC002865 | |
| 54 | | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Rats after Long-term Exposure to Formaldehyde and Wood Dust.*" Acta Otolaryngol (Stockh) 108:274-283, 1989. | PSC002866 - PSC002881 | |
| 55 | | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust.*" Acta Otolaryngol (Stockh) 107: 120-129, 1989. | PSC002882 - PSC002893 | |
| 56 | | Garrett, MH.  "*Increased risk of allergy in children due to formaldehyde exposure in homes.*" Allergy 1999;54(4):330-7. | PSC002898 - PSC002905 | |
| 57 | | Jaakkola, JJ. "*Asthma, Wheezing, and Allergies in Russian Schoolchildren in Relation to New Surface Materials in the Home.*" Am J Public Health 2004;94(4):560-2. | PSC002906 - PSC002908 | |
| 58 | | Platts-Mills, TA. "*Indoor allergens and asthma: Report of the Third International Workshop.*" J Allergy Clin Immunol 1997;100(6 Pt 1):S2-S24. | PSC002909 - PSC002931 | |

| 59 | | "*Legacy of Shame: The On-Going Public Health Disaster of Children Struggling in Post-Katrina Louisiana.*"  Children's Health Fund & Columbia Univ. Mailman School of Public Health, Nov. 4, 2008 | PSC006033 – PSC006052 | |
| 60 | | "*Children from FEMA trailer park battle serious health problems*" USA Today 11/24/08 | PSC006053 – PSC006054 | |
| 61 | | Wantke, F, *"Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children"* Clinical and Experimental Allergy, 1996, Vol. 26, pages 276-280 | PSC006055 – PSC006059 | |
| 62 | | Krzyzanowski, Michal, *"Chronic Respiratory Effects of Indoor Formaldehyde Exposure"* Environmental Research 52, 117-125 (1990) | PSC006060 – PSC006068 | |
| 63 | | "Indoor Residential Chemical Emissions as Risk Factor for Children's Respiratory Health" by M. Mendell | PSC022228 – PSC022267 | |
| 64 | | "Formaldehyde and Leukemia: Epidemiology, Potential Mechanisms, and Implications for Risk Assessment" by Zhang, et al. | | |
| 65 | | "Formaldehyde-releasers: relationship to formaldehyde contact allergy.  Contact allergy to formaldehyde and inventory of formaldehyde-releasers" by Groot, et al. | | |

| 66 | | "Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas" by Takahashi, et al. (Exhibit 20 from the deposition of Dr. Robert James) | JAMES-008350 – JAMES-008356 | |
|---|---|---|---|---|
| 67 | | "Influence of airborne nitrogen dioxide or formaldehyde on parameters of skin function and cellular activation in patients with atopic eczema and control subjects" by Eberlein-Konig, et al. (Exhibit 21 from the deposition of Dr. Robert James) | JAMES-008357 – JAMES-008359 | |
| 68 | | "Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women: Baseline Data From the Osaka Maternal and Child Health Study" by Matsunaga, et al. (Exhibit 22 from the deposition of Dr. Robert James) | JAMES-008360 – JAMES-008366 | |
| | **Expert Records and Files** | | | |
| 69 | | Affidavit of Lee E. Branscome, Ph.D., C.C.M. | DUB000254 – DUB000271 | |
| 70 | | Curriculum Vitae of Lee E. Branscome, Ph.D., C.C.M. | PSC025205 – PSC025214 | |
| 71 | | Weather data from Dr. Lee Branscome for New Orleans, Louisiana and Lottie, Louisiana | DUB000272 – DUB000273 | |
| 72 | | Affidavit of Mary C. DeVany, M.S., C.S.P., C.H.M.M. | DUB000603 – DUB000644 | |
| 73 | | Curriculum Vitae of Mary C. DeVany, M.S., C.S.P., C.H.M.M. | PSC025215 – PSC025218 | |

| 74 | | THU Testing Protocol prepared by Mary DeVany, et al. | PSC003220 – PSC003348 | |
| 75 | | Medical Records of Timia Dubuclet and file of George Farber, M.D. | DUB-FARBER-000001 – DUB-FARBER-000509 | |
| 76 | | Affidavit of Paul Hewett, Ph.D. dated July 16, 2009 | DUB000544 – DUB000566 | |
| 77 | | Second Affidavit of Paul Hewett, Ph.D. dated October 26, 2009 | | |
| 78 | | Addendum to Affidavits of Paul Hewett, Ph.D. dated November 4, 2009 | | |
| 79 | | Curriculum Vitae of Paul Hewett, Ph.D. | PSC025265 – PSC025268 | |
| 80 | | File of Paul Hewett, Ph.D. | DUB-HEWETT-000001 – DUB-HEWETT-001055 | |
| 81 | | Affidavit of Marco Kaltofen, P.E. (Civil) | DUB000567 – DUB000587 | |
| 82 | | Curriculum Vitae of Marco Kaltofen, P.E. (Civil) | PSC025270 – PSC025278 | |
| 83 | | File of Marco Kaltofen, P.E. (Civil) | DUB-KALTOFEN-000001 – DUB-KALTOFEN-003362 | |
| 84 | | Affidavit of Kenneth Laughery, Ph.D. | DUB000588 – DUB000595 | |
| 85 | | Curriculum Vitae of Kenneth Laughery, Ph.D. | PSC025282 – PSC025310 | |
| 86 | | File of Kenneth Laughery, Ph.D. | DUB-LAUGH-000001 – DUB-LAUGH-000654 | |

| 87 | | Affidavit of Alexis Mallet, Jr. | DUB000683 – DUB001120 | |
| 88 | | Curriculum Vitae of Alexis Mallet, Jr. | PSC025314 – PSC025321 | |
| 89 | | File of Alexis Mallet, Jr. including thermographs and photographs | DUB-MALLET-000001 – DUB-MALLET-002515 | |
| 90 | | Trailer drawings by Alexis Mallet, Jr. | DUB001110 – DUB001120 | |
| 91 | | Affidavit of Lawrence G. Miller, M.D., M.P.H. | DUB000596 – DUB000602 | |
| 92 | | Curriculum Vitae of Lawrence G. Miller, M.D., M.P.H. | PSC025327 – PSC025342 | |
| 93 | | File of Lawrence G. Miller, M.D., M.P.H. | DUB-MILLER-000001 – DUB-MILLER-001221 | |
| 94 | | Affidavit of Charles David Moore, P.E., P.L.S. | DUB001121 – DUB001128 | |
| 95 | | Curriculum Vitae of Charles David Moore, P.E., P.L.S. | PSC025346 – PSC025348 | |
| 96 | | File of Charles David Moore, P.E., P.L.S. | DUB-MOORE-000001 – DUB-MOORE-000590 | |
| 97 | | Affidavit of Ervin Ritter, P.E. | DUB001395 – DUB002133 | |
| 98 | | Curriculum Vitae of Ervin Ritter, P.E. | PSC025350 – PSC025352 | |
| 99 | | File of Ervin Ritter, P.E. | DUB-RITTER-000001 – DUB-RITTER-001817 | |
| 100 | | Affidavit of William D. Scott, P.E., C.H.M.M. | DUB000645 – DUB000682 | |

| 101 | | Curriculum Vitae of William D. Scott, P.E., C.H.M.M. | PSC025355 – PSC025359 | |
| 102 | | File of William D. Scott, P.E., C.H.M.M. | DUB-SCOTT-000001 – DUB-SCOTT-005566 | |
| 103 | | W.D. Scott Group, Inc. Formaldehyde Passive Monitoring Data: FEMA Housing Units (Test Results on July 8, 2009 and July 9, 2009) | | |
| 104 | | W.D. Scott Group, Inc. Formaldehyde Active Sampling Data:  FEMA Housing Units (Test Results on July 8, 2009) | | |
| 105 | | Affidavit of Edward H. Shwery, Ph.D. regarding Timia Dubuclet | DUB001129 – DUB001137 | |
| 106 | | Second Affidavit of Edward H. Shwery, Ph.D. regarding Timia Dubuclet | | |
| 107 | | Curriculum Vitae of Edward H. Shwery, Ph.D. | PSC025369 – PSC025384 | |
| 108 | | File of Edward H. Shwery, Ph.D. | DUB-SHWERY-000001 – DUB-SHWERY-000377 | |
| 109 | | Affidavit of Stephen Smulski, Ph.D. | DUB000274 – DUB00284 | |
| 110 | | Curriculum Vitae of Stephen Smulski, Ph.D. | PSC025392 – PSC025403 | |
| 111 | | File of Stephen Smulski, Ph.D. | DUB-SMULSKI-000001 – DUB-SMULSKI-000653 | |
| 112 | | Affidavit of Patricia M. Williams, Ph.D., D.A.B.T. | DUB000206 – DUB000253 | |

| | | | | |
|---|---|---|---|---|
| 113 | | Curriculum Vitae of Patricia M. Williams, Ph.D., D.A.B.T. | PSC025407 – PSC025437 | |
| 114 | | File of Patricia M. Williams, Ph.D., D.A.B.T. | DUB-WILL-002461 – DUB-WILL-003337 | |
| 115 | | Exhibits from the deposition of Michael Zeiman | | |
| 116 | | Exhibits from the deposition of Elden Smith | | |
| 117 | | Exhibits from the deposition of Danny McBride | | |
| 118 | | Exhibits from the deposition of William Farish | | |
| 119 | | Exhibits from the deposition of Jessica Guay | | |
| 120 | | Exhibits from the deposition of Rene Rodriguez | | |
| | **Testing Database** | | | |
| 121 | | Formaldehyde Testing Database prepared by the PSC (as of August 5, 2009) | PSC026037 | |
| | **Inspection in Lottie, LA** | | | |
| 122 | | Photographs taken by D. Scott Johnson, Bombet, Cashio & Associates, during the inspection on July 8, 2009 and July 9, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000287 – DUB000543 | |
| 123 | | Video taken by D. Scott Johnson, Bomber, Cashio & Associates, during the inspection on July 8, 2009 and July 9, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000285 – DUB000286 | |

| 124 | | Photographs taken by Hugh Lambert, Esq., Lambert & Nelson, PLC, during the inspection on July 8, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000116 – DUB000205 | |
| 125 | | Photographs taken by William D. Scott, W.D. Scott Group, Inc., during initial window/door inspection on July 2, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000002 – DUB000115 | |
| 126 | | Photographs of Inspection taken by Robert Wozniak and Tony Watson | FLE00013954 – FLE00014082; FLE00015180 | |
| 127 | | Video taken by William D. Scott, W.D. Scott Group, Inc., during initial window/door inspection on July 2, 2009 at FEMA Staging/Storage Facility in Lottie, Louisiana | DUB000001 | |
| 128 | | Animations created by C4 Animation (Reagan Johnson) | | |
| 129 | | Test results of testing performed Tony Watson, on behalf of Defendant, Fleetwood, on the Dubuclet travel trailer | | |
| 130 | | Results of all testing and inspection of the Fleetwood/Dubuclet unit including, but not limited to, air sampling, temperature, humidity, and photographs thereof | | |
| 131 | | Exemplar of a Personal Monitoring System for Aldehydes (Exemplar Passive Dosimeter) | | |
| 132 | | Exemplar of a Panel of Wall from Fleetwood Travel Trailer | | |

| | Fleetwood | | | |
|---|---|---|---|---|
| 133 | | Fleetwood: Pioneer Owner's Manual dated 2006 | FLE-00006495 – FLE-00006615 | |
| 134 | | Fleetwood: Pioneer Owner's Manual dated 2006 (excerpts regarding Jacking Issues) | FLEET30b6-000001, 000005, 000007, 000008, 000011, 000034, 000035, 000036, 000037, 000038, 000039, 000040, 000098 | |
| 135 | | Fleetwood Enterprises, Inc. Travel Trailer Owner's Manual Excerpts | PSC003122 – PSC003134 | |
| 136 | | Confidential Consolidated Production: Unit Information | FLE-00010739 – FLE-00010747 | |
| 137 | | Fleetwood Floor Plan: FEMA 32FSH dated 12-07-2004 | FLE-00004089 – FLE-00004090 | |
| 138 | | Fleetwood Enterprises, Inc.'s Bill of Materials and Floor Plans (FEMA/JDE package) | FLE-00004474 – FLE-00004835 | |
| 139 | | Memorandum from Mike Livreri to Distribution regarding 32FSH, Product Code 428 (Special FEMA Handicap Unit) dated 09-07-2005 | FLE-00005018 – FLE-00005020 | |
| 140 | | Fleetwood Enterprises, Inc., Master Sales Agreement and Purchase Orders | FLE-00000045 – FLE-00000050 | |
| 141 | | Amendment No. 1 to Fleetwood Enterprises, Inc.'s Master Sales Agreement | FLE-00005671 | |
| 142 | | Amendment No. 2 to Fleetwood Enterprises, Inc.'s Master Sales Agreement | FLE-00005669 – FLE-00005670 | |
| 143 | | Important Health Notice regarding Formaldehyde | FLE-00005672 | |

| 144 | | Exhibit 7:  Travel Trailer Installation | FL-FCA-000113 – FL-FCA-000122 | |
|-----|--|------------------------------------------|-------------------------------|--|
| 145 | | RADCO Documents Fact Finding Reports: Formaldehyde Evaluation prepared for Fleetwood Enterprises, Inc. | FLE-00006624 – FLE00006897 | |
| 146 | | Fleetwood:  RV Ownercare Manual; Ownercare Warranty System (Partner Guidelines) edition publication date: April 2005 | FLE-00009792 – FLE-00009826 | |
| 147 | | Photographs of Fleetwood Plant 40 | | |
| 148 | | Travel Trailer Assembly Manual from Robert Wozniak's Reliance Materials | FLE00010017 – FLE00010912 | |
| 149 | | Bill of Materials from Robert Wozniak's Reliance Materials | FLE00004474 – FLE00005668 | |
| 150 | | Warning Label from Robert Wozniak's Reliance Materials | FLE00012455 | |
| 151 | | Email from Bill Farish regarding protecting particleboard dated October 11, 2005 | FLE-00000797 – FLE-00000801 | |
| 152 | | Fleetwood Formaldehyde Abatement Kit | | |
| 153 | | Quality Control Remarks and Equipment Serial Number Information | FLE_00010747a – FLE_00010747b | |
| 154 | | Email correspondence from Bill Farish to Dick Reinhard on September 26, 2005 regarding the number of units (3,000) that must be delivered by the end of November 2005 | FLE00000621 | |

| 155 | | Email correspondence from Bill Farish to Dick Reinhard on September 23, 2005 regarding Interpretation of FEMA specifications, DAIPIA drawings and inspection of units | FLE00000622 | |
| 156 | | Email correspondence from Doug Henriquez on September 23, 2005 regarding Production within limitations given (raw material issues) | FLE00000623 – FLE00000624 | |
| 157 | | Email correspondence from Ted Gugliotta on October 25, 2005 regarding weight of units and tire blow out issues | FLE00000733 – FLE00000744 | |
| 158 | | Workplace Hygiene: Formaldehyde Air Sampling Protocol created for Fleetwood Enterprises, Inc. by Tony Watson | | |
| | **Fluor Enterprises, Inc.** | | | |
| 159 | | Fluor: FEMA Projects "Specifications" | FL-FCA-003786 – FL-FCA-003803 | |
| 160 | | "Formaldehyde – Process for airing out trailers" | | |
| 161 | | "Action – Contracting Officer Technical Representative (COTR) informs that no further action need be taken" | | |
| 162 | | Fluor Enterprises, Inc. - List of Subcontractors | FL-FCA-000205 to FL-FCA-000206 | |
| 163 | | Award Contract from FEMA to Fluor Enterprises, Inc. HSFEHQ-05-0471 | FL-FCA-000001 to FL-FCA-000204 | |

| 164 | | Fluor Enterprises, Inc. – Task Order Number HSFEHQ-06-J-0011 (05-J-0020) | FL-FCA-000207 to FL-FCA-000910 | |
| --- | --- | --- | --- | --- |
| 165 | | Fluor Engineering: Engineering Capabilities, Design Capabilities and Contingency Operations (Fluor website) | PSC023593 – PSC023597 | |
| 166 | | Fluor Corporate News Release "Fluor Achieves Nine Million Safe Work Hours Supporting FEMA's Hurricane Katrina Relief Effort (Exhibit P-5 to the deposition of Robert Funkhouser taken on September 30, 2008) | PSC023598 | |
| 167 | | FEMA Hurricane Relief (Fluor website) | PSC023599 | |
| 168 | | Fluor Enterprises, Inc. – Installation Manual Revision Log (6/8/09) | FL-FCA-006941 to FL-FCA-006947 | |
| 169 | | Fluor Enterprises, Inc – Installation Manual pertaining to the Dubuclet Unit | FEI000001 – FEI000050 | |
| 170 | | U.S. Department of Homeland Security – FEMA – Travel Trailer Inspections – Field Inspectors | FL-FCA-06913 to FL-FCA-06940 | |
| 171 | | FEMA Individual Assistance (IA) Hourly Rate Schedule (Redacted) | FL-FCA-07138 to FL-FCA-07139 | |
| 172 | | Fluor Quality Assurance Quality Control Plan for FEMA contract | FL-FCA-07140 to FL-FCA-07158 | |
| 173 | | Section J; Attachment B for Individual Subcontracting Plan for FEMA contract | FL-FCA-07158 to FL-FCA-07174 | |
| 174 | | FEMA IA - Katrina Task Order List | FL-FCA-07177 | |

| 175 | | Tool Box Training - Proper Jacking Techniques | FL-FCA-07306 | |
| 176 | | Work Orders and Documents concerning the Installation of the Dubuclet Unit | FEI000001 – FEI000051 | |
| | FEMA | | | |
| 177 | | FEMA Storage Site Duties/Responsibilities regarding Fleetwood and Morgan | FLE-00001943 – FLE-00001945 | |
| 178 | | FEMA Unit Specifications: 32F/32FD and 32FSH/32DFSH dated 11-17-2005 | FLE-00006491 – FLE-00006494 | |
| 179 | | FEMA Floor plan regarding FEMA 32F | FLE-00006901 – FLE-00006902 | |
| 180 | | FEMA Model Travel Trailer Procurement Specifications dated 08-12-2004 (HSFE04-04-Q-800) | FLE-00006914 – FLE-00006917 | |
| 181 | | FEMA Accessible Model Travel Trailer Procurement Specifications dated 04-21-2006 (with Accessible One Bedroom Travel Trailer Floor plan) | FLE-00007041 – FLE-00007049 | |
| 182 | | "Important Information for Travel Trailer Occupants" FEMA brochure | PSC002350 - PSC002351 | |
| 183 | | FEMA Model Travel Trailer Procurement Specifications Dated: July 14, 2005 | PSC003049 - PSC003057 | |
| 184 | | Declaration of Kevin Souza, former Acting Deputy Director of Individual Assistance Division of FEMA | PSC003058 - PSC003065 | |
| 185 | | "FEMA Storage Site Duties/Responsibilities" | PSC003092 - PSC003094 | |

| 186 | | April 25, 2008 letter from FEMA to a THU occupant | PSC003397 - PSC003399 | |
| 187 | | Summary of Test Results conducted by Weston Solutions, Inc. for the U.S. EPA | PSC003407 - PSC003409 | |
| 188 | | Air Toxics Ltd. Laboratory Narrative for samples submitted by Weston Solutions | PSC003410 - PSC003415 | |
| 189 | | FEMA test results for formaldehyde testing at FEMA THU staging areas during November 2005, December 2005 and January 2006 | PSC003416 - PSC003420 | |
| 190 | | FEMA Memorandum from May 31, 2006 regarding Formaldehyde Air Sampling at the THU staging area in Purvis, Mississippi | PSC003421 - PSC003438 | |
| 191 | | Email correspondence between FEMA and Government staff | PSC003439 - PSC003447 | |
| 192 | | FEMA Job Hazard Analysis Worksheet | PSC023600 | |
| 193 | | FEMA Model Travel Trailer Procurement Specifications dated August 12, 2004 | FOREST- 0002503 - FOREST-0002508 | |
| 194 | | New FEMA Procurement Specifications dated April 11, 2008 Release Number HQ-08-056 | PSC023601 – PSC023686 | |
| 195 | | FEMA Formaldehyde Timeline as of June 15, 2007 | PSC023687 – PSC023689 | |
| 196 | | FEMA Timeline as of August 7, 2008 (From the deposition of Kevin Souza, FEMA Representative) | PSC023690 – PSC023702 | |
| 197 | | FEMA Procedure Storage Site Manual Fall 2005 | FLE-00001942 to FLE-00001945 | |

| 198 | | Dept of Homeland Security – Office of Inspector General – Hurricane Katrina Temporary Housing Technical Assistance Contracts – August 20, 2008 (Internal Audit: OIG-08-88) | PSC023835 – PSC023863 | |
|-----|--|-----|-----|--|
| 199 | | FEMA Myths & Facts : Travel Trailers - November 8, 2007 | PSC023735 – PSC023737 | |
| 200 | | FEMA media release: Katrina/Rita Housing Facts - January 29, 2008 | PSC023747 – PSC023751 | |
| 201 | | FEMA media release: FEMA's Ongoing Response to Formaldehyde - February 12, 2008 | PSC023752 – PSC023754 | |
| 202 | | FEMA media release: CDC Results of Formaldehyde Level Tests - February 14, 2008 | PSC023760 – PSC023761 | |
| 203 | | FEMA media release: FEMA Plan of Action on Formaldehyde Findings to be Implemented Immediately - February 14, 2008 | PSC023762 – PSC023763 | |
| 204 | | FEMA media release: FEMA Offering Formaldehyde Testing to Occupants of Trailers and Mobile Homes in Disasters Nationwide - February 22, 2008 | PSC023764 | |
| 205 | | FEMA media release: FAQ: 2008 Disaster Housing Plan - June 10, 2008 | PSC023768 – PSC023770 | |
| 206 | | FEMA Statement on Formaldehyde - July 9, 2008 | PSC023771 | |
| 207 | | FEMA media release: Myths & Facts about FEMA Housing Following Katrina - May 26, 2008 | PSC023772 – PSC023774 | |

| 208 | | FEMA media release: New Task Contract Awarded for Temporary Housing Units - August 4, 2008 | PSC023779 | |
| 209 | | FEMA media release: Frequently Asked Questions - October 27, 2008 | PSC023780 – PSC023782 | |
| 210 | | FEMA media release: Initial Indoor Air Quality Tests Results - November 14, 2008 | PSC023789 – PSC023790 | |
| 211 | | FEMA media release: FAQ National Disaster Housing Strategy - January 16, 2009 | PSC023791 – PSC023794 | |
| 212 | | FEMA Statement on Travel Trailers and Formaldehyde | PSC023795 | |
| 213 | | Email from Christopher DeRosa to Howard Frumkin on February 27, 2007 | PSC023796 | |
| 214 | | Correspondence from Christopher DeRosa to Patrick Preston on February 27, 2007 | PSC023797 | |
| 215 | | Email from Christopher DeRosa to Howard Frumkin and Thomas Sinks on March 9, 2007 | PSC023798 – PSC023799 | |
| 216 | | Email from Christopher DeRosa to Mike Groutt on August 10, 2007 | PSC023800 | |
| 217 | | Comments on Chronology of FEMA Trailers, drafter by Christopher DeRosa | PSC023801 | |
| 218 | | Correspondence from Christopher DeRosa to Howard Frumkin on September 21, 2007 | PSC023802 – PSC023808 | |
| 219 | | Email from Thomas Sinks to All CDC on October 12, 2007 | PSC023809 | |

| 220 | | NCEH/ATSDR Procedures regarding Official Interaction with Persons or Organization outside of NCEH/ATSDR | PSC023810 – PSC023811 | |
| 221 | | Logbook of Joseph Little | | |
| 222 | | Email from Patrick Preston to Scott Wright on November 30, 2005 | PSC023812 | |
| 223 | | Email from Scott Wright and Joseph Little to Richard Nikel, et al. on December 7, 2006 | PSC023813 | |
| 224 | | Correspondence between Barbara Rogers to Angela Davis and Sascha Fielding on March 21, 2007 | PSC023814 | |
| 225 | | Email of Mary Margaret Walker (FEMA-WAXMAN-7-26-07 Production – 485) | PSC023815 | |
| 226 | | Correspondence from Mark Keim to Patrick Preston on March 17, 2007 | PSC023816 – PSC023817 | |
| 227 | | Correspondence from Patrick Preston to Scott Wright on November 30, 2005 | PSC023818 | |
| 228 | | Email between Sam Coleman, Joseph Little and Scott Wright on December 1, 2006 | PSC023819 – PSC023821 | |
| 229 | | Correspondence from Mark Keim to Patrick Preston on February 1, 2007 | PSC023822 – PSC023823 | |
| 230 | | Email to and from Philip Allred on February 15, 2007 | PSC023824 | |
| 231 | | Email from Anne Sowell to Mark Bashor on August 8, 2007 | | |

| | | | | |
|---|---|---|---|---|
| 232 | | Email between Patrick Preston and Margaret Ramos on February 27, 2007 | PSC023825 | |
| 233 | | Email between David Chawaga and Mary Margaret Walker on May 1, 2007 | PSC023826 – PSC023827 | |
| 234 | | FEMA: Interim Direction on use of Temporary Housing Units (Revision Effective Date: March 10, 2008) | PSC023828 – PSC023834 | |
| 235 | | FEMA:  FEMA Begins Next Phase of Inventory Reduction of Excess Temporary Housing Units | | |
| 236 | | "FEMA:  Important Formaldehyde Information for FEMA Housing Occupants" | FEMA09-000388 | |
| 237 | | "FEMA Travel Trailer Requirements" | PSC021671 | |
| 238 | | Any and all documents produced by Dr. Christopher DeRosa at his deposition, which will be taken on or about July 6, 2009, or used as exhibits thereto | | |
| 239 | | Flyer:  "CDC will test Trailers and Mobile Homes for Formaldehyde for CDC Partners such as Community Organizations in Louisiana and Mississippi" dated December 2007 | CDC-000084 | |
| 240 | | Script for Formaldehyde Concerns in Temporary Housing Unit:  IA recipients with questions about formaldehyde , July 2007 | FEMA09-000402 – FEMA09-000407 | |

| 241 | | Applicants Reporting MH/TT Formaldehyde Issues:  IA recipients with questions about formaldehyde, July 2007 | FEMA09-000378 – FEMA09-000383 | |
| 242 | | Lottie Travel Trailer (Receiving) Inspection Checklist | FEMA154-000001 – FEMA154-000011 | |
| 243 | | FEMA Brochure:  "Important Information for Travel Trailer Occupants" | FEMA08-000013 – FEMA08-000014 | |
| 244 | | FEMA:  Important Formaldehyde Information for FEMA Housing Occupants | FEMA08-000015 | |
| 245 | | Email from Martin McNeese dated October 11, 2006 | FEMA17-000029 | |
| 246 | | Email from Curtis Melnick dated May 11, 2006 | FEMA17-022546 | |
| 247 | | Memo from FEMA Temporary Housing Agent Group:  Occupants with questions about formaldehyde regarding Formaldehyde-Help-line Calls, Referrals and Transfers dated July 2007 | FEMA10-000386 – FEMA10-000390 | |
| 248 | | FEMA Internal documents regarding formaldehyde | FEMA17-000026 – FEMA17-000619 FEMA17-002196 – FEMA17-002201 (Less 103 to 159) (Less 160 to 188) (Less 392 to 406) (Less 407 to 415) | |
| 249 | | Emails regarding Katrina and Rita housing estimates dated November 1, 2005 | FL-FCA-024211 – FL-FCA-024212 | |

| | | | | |
|---|---|---|---|---|
| 250 | | Assessment of Health Complaints among Pediatric Residents of FEMA-Supplied Trailers and Mobile Homes in Hancock County, Mississippi (Exhibit 17 from the deposition of Michael Lapinski, which was taken on July 24, 2009) | | |
| 251 | | Fact Sheet:  Assessment of Health Complaints Among Children Living in FEMA Temporary Housing Units in Hancock County, Mississippi (Exhibit 16 from the deposition of Michael Lapinski, which was taken on July 24, 2009) | | |
| 252 | | Email from Jessica Guay regarding Harmful Chemicals Notice dated July 17, 2006 | FEMA17-005860 – FEMA17-005862 | |
| | **Morgan Buildings & Spas, Inc.** | | | |
| 253 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc. dated September 9, 2005 (Exhibit 2 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009) | MORGAN-000002  - MORGAN- 000014 | |
| 254 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc., no effective date (Exhibit 3 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009) | MORGAN-000015 – MORGAN-000016 | |

| | | | | |
|---|---|---|---|---|
| 255 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc., effective date September 1, 2005 (Exhibit 4 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009) | MORGAN-000017 | |
| 256 | | Certificate of Origin for a Vehicle for Vin Number 4CJ1F322764015272 dated March 28, 2006 (Exhibit 9 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009 | MORGAN-001049 – MORGAN-001050 | |
| 257 | | Invoice from Morgan Buildings & Spas, Inc. to FEMA regarding the shipment of the Fleetwood Travel Trailer Vin Number | | |
| 258 | | Contract between Morgan Buildings & Spas, Inc. and FEMA | | |
| | Dubuclet Unit | | | |
| 259 | | Photographs taken by the Dubuclet Family of the Fleetwood unit | | |
| 260 | | Photograph of the "Manufacturer Certifies Compliance with FEMA Specifications" Sticker located on the Fleetwood unit provided to the Dubuclet Family | | |
| 261 | | Any and all labels or stickers on the Fleetwood unit provided to the Dubuclet Family | | |
| | Dubuclet File | | | |
| 262 | | Denial Letter from FEMA regarding Timia Dubuclet dated 03-25-2009 | | |

| 263 | | Photographs of Elisha Dubuclet, Timia Dubuclet, and Timothy Dubuclet, Jr. regarding skin conditions | | |
|---|---|---|---|---|
| 264 | | Dubuclet/Fleetwood Unit File from Robert Wozniak's Reliance Materials | FLE00010739 – FLE00010747 | |
| | **Education Records** | | | |
| 265 | | Education Records from Lake Forest Elementary Charter regarding Timia Dubuclet | | |
| | **Medical Records** | | | |
| 266 | | Medical Records from Children Hospital regarding Timia Dubuclet | | |
| 267 | | Medical Records from Dr. Sam Solis, Napoleon Pediatrics, regarding Timia Dubuclet | | |
| 268 | | Medical Records from Dr. Linda Doughty White regarding Timia Dubuclet | | |
| 269 | | Medical Records from Dr. George Farber, Kenner Dermatology, regarding Timia Dubuclet | | |
| 270 | | Medical Records from Primary Eye Center regarding Timia Dubuclet | | |
| 271 | | Medical Records from Dr. Cesar Parra regarding Timia Dubuclet | | |
| 272 | | Pharmacy Records from John Bull Pharmacy regarding Timia Dubuclet | | |

|  | Others |  |  |  |
|---|---|---|---|---|
| 273 |  | Pamphlet on Eczema/Atopic Dermatitis from the American Academy of Dermatology (AAD) |  |  |
| 274 |  | Temporary Medical License for Dr. Lawrence Miller |  |  |
| 275 |  | Louisiana State Board of Medical Examiners Temporary Permit Qualifications/Instructions |  |  |
| 276 |  | BlueLinx Corporation: Material Safety Data Sheet for Urea Formaldehyde Bonded Wood Products | PSC003068 – PSC003078 |  |
| 277 |  | Georgia-Pacific: Material Safety Data Sheet for Urea Formaldehyde Bonded Wood Products | PSC003079 – PSC003091 |  |
| 278 |  | Louisiana Pacific: Material Safety Data Sheet for Urea Formaldehyde Bonded Panel Products | FLE00006354 |  |
| 279 |  | Owens Corning: Material Safety Data Sheet for Low Density Fiber Glass Insulation (Sections 6 and 7) | FLE00006357 |  |
| 280 |  | Owens Corning: Material Safety Data Sheet for Low Density Fiber Glass Insulation | FLE00006360 |  |
| 281 |  | Engineering Service Bulletins from Robert Wozniak's Reliance Materials |  |  |
| 282 |  | Engineering Standard Bulletins from Robert Wozniak's Reliance Materials | FLE00010918 – FLE00010935; FLE00010913 – FLE00010918; FLE00010936 |  |

| 283 | | Quality Assurance Manual from Robert Wozniak's Reliance Materials | | |
| 284 | | Exemplar parts from a FW travel trailer including, but not limited to, a sample of the interior and exterior trailer wall with internal insulation | | |
| 285 | | Forensic Economics Corporation Report regarding the Life Expectancy and Worklife Equivalent of Timia Dubuclet | | |
| 286 | | Georgia Pacific: Material Safety Data Sheet #30 for UF Bonded Wood Products | GAPAC-000001– GAPAC-000006 | |
| 287 | | Georgia Pacific: Material Safety Data Sheet #31 for Wood and Wood Products | GAPAC-000007– GAPAC-000011 | |
| 288 | | Manufactured Home Decking Labels from Georgia Pacific | GAPAC-000012– GAPAC-000014 | |

Plaintiff respectfully reserves the right to utilize any exhibit listed by any other party or utilized as an exhibit in the depositions taken in this matter.  Plaintiff further respectfully reserve the right to supplement and amend this list once discovery is complete.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:      */s/Gerald E. Meunier*
          GERALD E. MEUNIER, #9471
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:    504/522-2304
          Facsimile:     504/528-9973
          gmeunier@gainsben.com

          */s/Justin I. Woods*
          JUSTIN I. WOODS, #24713
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:    504/522-2304
          Facsimile:     504/528-9973
          jwoods@gainsben.com


          **COURT-APPOINTED PLAINTIFFS'
          STEERING COMMITTEE**
                ANTHONY BUZBEE, Texas # 24001820
                RAUL BENCOMO, #2932
                FRANK D'AMICO, #17519
                MATT MORELAND, #24567
                LINDA NELSON, #9938
                MIKAL WATTS, Texas # 20981820
                DENNIS REICH, Texas # 16739600
                ROBERT BECNEL, #14072

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 13, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

 */s/ Justin I. Woods*
JUSTIN I. WOODS (LA Bar #24713)