**EXHIBIT C TO THE JOINT PRE-TRIAL ORDER**

**FLUOR ENTERPRISES, INC.'S EXHIBIT LIST**

**INTENTIONALLY LEFT BLANK**