**EXHIBIT G TO THE JOINT PRE-TRIAL ORDER**

**FLUOR ENTERPRISES, INC.'S WITNESS LIST**

**INTENTIONALLY LEFT BLANK**