## Barrios, Gerardo

| | |
|---|---|
| **From:** | Denise Martin [dmartin@gainsben.com] |
| **Sent:** | Wednesday, November 11, 2009 11:29 AM |
| **To:** | Amanda_Ballay@laed.uscourts.gov |
| **Cc:** | rjohnson@joncswalker.com; Percy, James; Barrios, Gerardo; Miller, Henry (CIV); Dinnell, Adam (CIV); Justin Woods; Tara Gilbreath; Gerald E. Meunier |
| **Subject:** | Formaldehyde - Keystone Bellwether |

Amanda,

The PSC is willing to withdraw its objections to either Kenneth Risch or David McGraw, the defendants' bellwether nominees for the cases against Keystone, CH2M Hill, and the Federal Government, if the defendants are willing to agree to a summary jury trial proceeding for presenting these claims.

However, based upon the Court's November 10, 2009 order and to the extent the Court intends to include a plaintiff who currently smokes among the bellwether plaintiffs whose cases are tried traditionally in this MDL, the PSC is prepared to try as the case against Keystone, CH2M Hill, and the Federal Government, the claims of David McGraw.

We assume this now renders it unnecessary for the PSC to comply with the Order of November 10, 2009.

Sincerely,
Jerry


Denise M. Martin, Legal Assistant to Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line:  504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com



CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

11/15/2009