UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| | * | * | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc., et al.* | | * * | * JUDGE: ENGELHARDT |
| *Case No. 07-9228* | | * * * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION IN
LIMINE TO EXCLUDE EVIDENCE, TESTIMONY, AND
<u>ARGUMENT REGARDING FAMILY MEMBERS' CLAIMS</u>**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court to exclude all evidence, testimony, and argument regarding Ms. Dubuclet's family members' claims against Fleetwood. Timia's mother, Elisha Dubuclet; her brother, also a minor; and her grandmother, Leslie Picot, have also filed claims in this MDL proceeding. But allowing evidence, testimony, or argument regarding their claims is irrelevant, risks jury confusion, and is unduly prejudicial. In support of this motion, Fleetwood also files it memorandum of law.

This 15th day of November 2009.

                Respectfully submitted:

                */s/ Richard K. Hines, V*
                Richard K. Hines, V
                GA Bar No. 356300
                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                Atlantic Station
                201 17th Street, NW, Suite 1700
                Atlanta, GA  30363
                (404) 322-6000 (phone)
                (404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## <u>C E R T I F I C A T E OF SERVICE</u>

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                    ( )     Prepaid U.S. Mail

( )     Facsimile                        ( )     Federal Express

(X)     CM/ECF

New Orleans, Louisiana, this 15th day of November 2009.

                                  */s/ Richard K. Hines, V*
                                  Richard K. Hines, V
                                  Georgia Bar No. 356300
                                  richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)