UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | | SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* | | * * * | |
| | | | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | | * * * | |
| | | | MAG: CHASEZ |

**************************************************************************

## DEFENDANT FLEETWOOD ENTERPRISES, INC'S MOTION IN LIMINE TO EXCLUDE REFERENCES TO TRAVEL TRAILERS FAILING TO MEET HOUSING CODES

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court *in limine* to exclude references that Fleetwood anticipates may be made in this case regarding the failure of the travel trailer occupied by Plaintiff Timia Dubuclet to comply with housing codes. This motion is supported by the memorandum of law filed herewith and by the following materials:

Exhibit A:  FEMA Accessible Model Travel Trailer Procurement Specification, Dated: August 12, 2004 (FLE-00010990 – 109902).

Exhibit B:  FEMA Accessible Model Travel Trailer Procurement Specification, Dated: April 21, 2006 (FLE-00007042 – 7048).

Exhibit C:  Report of Charles David Moore, p. 7.

Exhibit D.  Deposition of Thomas W. Fribley, October 21, 2009, at pp. 94-96, 106-110.

Exhibit E.  FEMA Ruggedized Manufactured Home Procurement Specifications, Dated: September 16, 2004, p. 2 "Quality of Construction (FLE-00000545 – 560).

Exhibit F:  30(b)6 Fleetwood Dep. taken June 25, 2009 and August 18, 2009, at pp. 207-208, 373-374.

Exhibit G:  Deposition of Damien Serauskas, taken October 22, 2009, at p. 149 -150.

Exhibit H:  Deposition of Robert Wozniak, taken October 6, 2009, at p. 23.

This 15th day of November 2009.

                Respectfully submitted:

                */s/ Richard K. Hines, V*
                Richard K. Hines, V
                GA Bar No. 356300
                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                Atlantic Station
                201 17th Street, NW, Suite 1700
                Atlanta, GA  30363
                (404) 322-6000 (phone)
                (404) 322-6050 (fax)

                Jerry L. Saporito
                LA Bar No. 11717
                LEAKE & ANDERSSON, L.L.P.
                1700 Energy Centre
                1100 Poydras St.
                New Orleans, LA 70163-1701
                (504) 585-7500 (phone)
                (504) 585- 7775 (fax)

                Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | | |

      New Orleans, Louisiana, this 15th day of November 2009.

      */s/ Richard K. Hines, V*
      Richard K. Hines, V
      Georgia Bar No. 356300
      richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)