HSFE04-04-Q-8000
# FEMA Model Travel Trailer Procurement Specifications
Dated: August 12, 2004

## General

Travel trailers being procured under this contract are for the purpose of providing temporary housing. The units are subjected to continuous road travel, multiple installations and deactivations, and various weather conditions. The standards shall not be considered restrictive in that the supplier may provide "equal or better" units considering that the competitive price and delivery requirements can be met.

The construction and outfitting standards identify minimum square footage of living space, floor plan configuration, finishes, furnishing and environmental living conditions necessary to provide emergency housing for disaster relief operations. All exterior openings such as windows, doors, drain pipes; etc… will be caulked with a clear, non-hardening weatherproof sealant to prevent air and moisture penetration.

The units shall meet industry standards except where identified. These units will not include awnings, stereos, holding tanks, and/or any optional accessories.

## Quality of Construction

The specifications establish the minimum standards for travel trailer construction and outfitting to meet FEMA contract requirements. This specification does not constitute any expressed or implied deviation or waiver of any requirement of the U.S. regulatory requirements from the governing agency. All units to include furnishings and appliances must be new. The manufacturer shall design and construct all units under this contract within a superior grade quality of workmanship.

| Size and Configuration | |
|---|---|
| Type | FEMA Model Travel Trailer |
| Exterior Length | 32-35 ft |
| Exterior Width | 8 ft (Not to exceed) (No Slide-out units) |
| Screwjack | Non-detachable (No fifth wheel units) |
| Electrical System – AMPS | 30 Amp power cord (50 ft long). |
| Furnishing | Fully |
| Bedrooms | Sleep 6. <u>There must be two bedrooms of which one must be contain a double bunk</u>. |
| Bathroom | 1 (residential commode and no holding tank) |
| Refrigerator | Yes - (Residential) 14 cf. Frost-free electric refrigerator with freezer |
| Range and Oven | Yes - (Gas) The each unit must have a gas range and oven. NOTE: <u>The gas appliances must have auto (electronic) ignition</u> |
| Washer Capacity | No |
| Dryer Capacity | No |
| Air Conditioner | Yes (Roof top) |
| Furnace | Yes |
| Microwave | Yes |
| Water Heater | Yes, Gas, 10 Gal (<u>auto electronic ignition</u>). |
| Exterior Covering | Industry standard |
| Smoke Detector | Yes, in kitchen area, and each bedroom/sleeping area. |
| LP Gas Detector | Yes |
| Fire Extinguisher | Yes |

HSFE04-04-Q-8000
## FEMA Model Travel Trailer Procurement Specifications
Dated: August 12, 2004

| Electrical Service Receptacles | |
|---|---|
| Interior Receptacles | Electrical receptacles will be installed at convenient locations throughout the unit. Receptacles located near or in wet areas must be protected with ground fault interrupter protection. |
| Exterior Receptacles | Each home will be provided with a heat tape receptacle located near the water inlet. Exterior receptacles must be protected with ground fault interrupter protection. |
| Phone and Cable | Television Jack: Each unit shall have a television jack and a telephone jack installed in the living room and master bedroom area. |

| Plumbing Service | |
|---|---|
| Plumbing System | Industry standard plumbing system will be installed. <u>The holding tank will not be installed</u>. |
| Winterization | All drain lines shall have antifreeze poured into all traps, including washer drain, after the flood test. |
| Faucet Assemblies | All faucet assemblies in the home shall be of the dual shutoff valve type. |
| Bathroom | The bathroom shall also have the manufacturer's standard vanity with lavatory, medicine cabinet with mirror and accessories (paper holder, towel bars/hooks). All interior plumbing must be assembled. All bathroom fixtures shall be of the same color. |
| Commode | The unit will have a residential commode. The water storage tank, seat and cover shall be the same color as the commode bowl. |
| Sewer Line | The sewer line will exit the home approximately two feet (2') and not more than three feet (3') behind the rear axle. The exit pipe shall protrude approximately six inches (6"), but not more than eight inches (8"), from the underlying, shall have a threaded end, and be capped with a removable plastic cap and chain. |

| Appliances | |
|---|---|
| Water Heater | A 10-gallon auto electric ignition water heater. |
| Range | A auto electric ignition cooking range having three (3) or four (4) burners (Note: four burners is preferred), thermostatically controlled oven, and a lighted, power-vented range hood |
| Refrigerator | Residential 14 c. f. frost-free electric refrigerator with freezer. |
| Microwave Oven | Each unit will have a minimum 1.2 cu. ft microwave. |

| Furnishings | |
|---|---|

FLE-00006915

HSFE04-04-Q-8000
## FEMA Model Travel Trailer Procurement Specifications
Dated: August 12, 2004

| Furnishings | |
|---|---|
| | Furnishings shall be the manufacturer's standard for functional quality (provides usability, comfort and minimum maintenance). All furniture shall be assembled with all packing material removed. All furniture shall be appropriately secured to prevent damage during transport. |
| Bedrooms. | One bedroom shall have a full-size bed. The other bedroom shall have a double bunk w/ storage. |
| Living Room | Each living room area will be furnished with sleeper sofa, capable of sleeping adults. |
| Dining Room | The dining room area will be furnished with dinette table and seating. |

| Interior | |
|---|---|
| Heating and Cooling System (NOTE: Furnace and A/C shall use the same thermostat) | |
| Furnace | The unit will be equipped with a furnace capable of operating on liquefied petroleum (LP) gas. The unit shall have a 34,000 BTU Furnace and In-Floor Ducted Heat with a wired thermostat connected and completely installed. Also if a battery is needed, then a battery and cover must be included. |
| Air Conditioner (A/C) | 15,000 BTU Ducted Roof A/C wired and connected with the furnace. Window units are not acceptable. |

| Safety Equipment | |
|---|---|
| Smoke Detectors | Each unit will include three battery-operated smoke detector (battery included). Smoke detectors shall be equipped with push-button testing devices. |
| Fire Extinguisher | Each home will be equipped with a five-pound A-B-C type fire extinguisher and a mounting bracket. |
| Gas Detector | LP gas detector. |
| LP Tanks | Double 30 LB LP bottles w/auto change-over gauge and bottle covers |
| Steps | Double entry steps-welded to frame |
| Jacks | Four corner stabilizer jacks with pads |

| Exterior Covering | |
|---|---|
| Siding | Industry standard with an entry assist handles at entrance/exit each door. |
| Roof | Industry standard covering. Rain gutter w/corner downspout along the roofline. |
| Exterior Door Lock | Flush mounted combo entry dead-bolt lock. |

FLE-00006916

HSFE04-04-Q-8000
# FEMA Model Travel Trailer Procurement Specifications
Dated: August 12, 2004

| Interior Covering | |
|---|---|
| Floor Covering | Living room and bedrooms shall have carpet and pad. Duct openings shall be covered with a 4" x 10" metal, adjustable louvered covering (register). No carpet shall be installed in the bathrooms and/or kitchen. These areas shall be covered with continuous, roll non-foam resilient sheet vinyl tension flooring. |
| Window Covering | Mini Blinds for all windows except bedrooms with bunks, which shall be covered with flame retardant curtains. |

| Transport | |
|---|---|
| FEMA Acceptance | Units will not be accepted as FEMA property until an appropriate FEMA Rep inspects and signs for the unit. FEMA must have a copy of all shipping documents. FEMA reserves the right to reject any unit due to damages, non- road ready and/or transportable unit, and/or non-specifications compliance. The unit must be made transportable and road ready prior to acceptance. Units that are not in a transportable and road ready condition (such as flat tires, damaged axles, etc) will not be considered acceptable. . |

| Miscellaneous | |
|---|---|
| Master Keys | The unit manufacturer or supplier <u>shall furnish 3 sets of keys for homes procured</u>. Master keys shall be provided and packaged separately. The master keys must be received with delivery of the first unit. |
| Warranty | The company the unit is purchased from will be FEMA's point-of-contact (POC) for all warranties, this includes the actual unit, A/C, furnace, water heater, and all furnishings and appliances. The company supplying the unit must identify a POC for handling warranty items and the company needs to provide FEMA the procedure for reporting warranty items. |
| Certificates of Origin | The certificate of origin must be provided. |

FLE-00006917