# FEMA Accessible Model Travel Trailer Procurement Specifications
Dated: April 21, 2006

General

Travel trailers being procured under this contract are for the purpose of providing temporary housing. The units are subjected to continuous road travel, multiple installations and deactivations, and various weather conditions. The standards shall not be considered restrictive in that the supplier may provide "equal or better" units considering that the competitive price and delivery requirements can be met. For elements required to conform to the Uniform Federal Accessibility Standards (UFAS), "equal or better" means that alternative designs or technologies provide substantially equal or better accessibility and usability for the intended user group.

The construction and outfitting standards identify minimum square footage of living space, floor plan configuration, finishes, furnishing and environmental living conditions necessary to provide emergency housing for disaster relief operations. All exterior openings such as windows, doors, drain pipes; etc… will be caulked with a clear, non-hardening weatherproof sealant to prevent air and moisture penetration.

The units shall meet industry standards except where identified. These units will not include awnings, stereos, holding tanks, and/or any optional accessories.

The delivery locations are subject to change due to disaster circumstances or situations associated with disaster and recovery efforts. The primary delivery locations will be in Atlanta, GA; Selma, AL; Cumberland, MD, and/or Ft. Worth, TX. Note: As a reminder the disaster location are subject to change and the contractor must be prepared to ship the units to the affected disaster area location identified by FEMA. The contractor must have a rep and/or technician there when the units arrive.

Units constructed to this specification must comply with the Uniform Federal Accessibility Standards (UFAS) (Appendix A to 24 CFR Part 40) issued as standards for accessibility by the U.S. Department of Housing and Urban Development (HUD). This specification does not constitute any expressed or implied deviation, waiver or modification of any HUD requirement. Conflicts between UFAS and other referenced shall be resolved by compliance with UFAS.

A downloadable copy of UFAS can be found at http://www.access-board.gov/ufas/ufas.pdf and a searchable copy can be found at http://www.access-board.gov/ufas/ufas-html/ufas.htm. Technical assistance on UFAS is available from the U.S. Access Board at 800-872-2253 or TA@access-board.gov .

# FEMA Accessible Model Travel Trailer Procurement Specifications
Dated: April 21, 2006

Quality of Construction

The specifications establish the minimum standards for travel trailer construction and outfitting to meet FEMA contract requirements. This specification does not constitute any expressed or implied deviation or waiver of any requirement of the U.S. regulatory requirements from the governing agency. All units to include furnishings and appliances must be new. The manufacturer shall design and construct all units under this contract within a superior grade quality of workmanship.

Note: The direction descriptions for left or right side of the unit means left or right side when facing the unit from the screwjack.

| Size and Configuration | |
|---|---|
| Type | Model: FEMA Disaster Housing Travel Trailer |
| | 50 Amp All Electric FEMA Disaster Housing Travel Trailer |
| Exterior Length | 35 ft (Includes 3' 6" hitch-approximate) |
| Exterior Width | 8 ft (Not to exceed). If slide-outs are provided, changes in level in the finish floor resulting from deployment of the slide-out shall not exceed ½ inch and shall be beveled with a slope no greater than 1:2. |
| Screwjack | Non-detachable (No fifth wheel units) |
| Electrical System – AMPS | 50 Amp power cord (50 ft long) |
| Furnishing | Fully (must not hinder the unit accessibility) |
| Bedrooms | One bedroom, sleep 2 to 4. |
| Bathroom | 1 (residential commode and no holding tank) |
| Refrigerator | Yes - (Residential) 14 cf. Frost-free electric refrigerator with freezer |
| Range and Oven | Yes - The each unit must have electric cook top and oven. |
| Washer Capacity | No |
| Dryer Capacity | No |
| Air Conditioner | Yes (Roof top) |
| Furnace | Yes |
| Microwave | Yes |
| Water Heater | Yes, 20 Gal |
| Exterior Covering | Industry standard |
| Smoke Detector | Yes, in kitchen area and in bedroom and sleeping area(s). |
| Carbon Monoxide Detector | Yes |
| Fire Extinguisher | Yes |

# FEMA Accessible Model Travel Trailer Procurement Specifications
Dated: April 21, 2006

| Electrical Service | |
|---|---|
| Receptacles | |
| Interior Receptacles and Switches | Electrical receptacles will be installed at convenient locations throughout the unit. Receptacles located near or in wet areas must be protected with ground fault interrupter protection. Install receptacles and switches 15" min. and 48" max. above finish floor. Where receptacles or switches are above obstructions, including countertops, locate them 44" max. above finish floor. |
| Exterior Receptacles | Each home will be provided with a heat tape receptacle located near the water inlet. Exterior receptacles must be protected with ground fault interrupter protection. |
| Phone and Cable | Television Jack: Each unit shall have a television jack and a telephone jack installed in the living room and master bedroom area. |
| Exterior Lighting | Each unit will have an exterior light near each entrance. The light switch will be located appropriately inside the unit. |
| Power Cord | 50 Amp. Electrical Service with Detachable Power Cord. |

| Plumbing Service | |
|---|---|
| Plumbing System | Industry standard plumbing system will be installed. <u>The holding tank will not be installed</u>. Each unit must have a water pressure regulator. |
| Winterization | All drain lines shall have antifreeze poured into all traps, including washer drain, after the flood test. |
| Plumbing Controls and Faucet Assemblies | Plumbing controls, including faucet assemblies, must comply with relevant provisions of UFAS 4.16 to 4.24 and 4.27. All faucet assemblies shall be of the dual shutoff valve type. |
| Bathroom | The bathroom shall also have the manufacturer's standard vanity with lavatory, medicine cabinet with mirror and accessories (paper holder, towel bars/hooks). All interior plumbing must be assembled. All bathroom fixtures shall be of the same color. The bathroom shall provide maneuvering clearances and fixtures for accessibility as required by UFAS 4.23. |
| Lavatory and Kitchen Sink | The vanity and lavatory shall comply with UFAS 4.19. The kitchen sink shall comply with UFAS 4.24. Lavatories, sinks and countertops supporting them shall be wall-supported. Provide easily removable base cabinets with finished floors and walls beneath. |
| Shower | Provide a 36 inch by 36 inch transfer shower complying with UFAS 4.21. |
| Commode | The unit will have a residential commode. The water storage tank, seat and cover shall be the same color as the commode bowl. Any loose objects must be properly secured. This includes tank lid. The commode shall comply with UFAS, except the seat height shall be 15" to 19" above the finish floor. |

FLE-00007044

# FEMA Accessible Model Travel Trailer Procurement Specifications
Dated: April 21, 2006

| Plumbing Service | |
|---|---|
| Sewer Line | The sewer line will exit the home approximately two feet (2') and not more than three feet (3') behind the rear axle. The exit pipe shall protrude approximately six inches (6"), but not more than eight inches (8"), from the underlying, shall have a threaded end, and be capped with a removable plastic cap and chain. |

| Appliances | (See UFAS Guidelines 4.34) |
|---|---|
| Kitchen Appliances | Kitchen appliances must not be obstructed by furnishings. Each kitchen appliance must have a clear floor space for a forward or parallel approach. See UFAS 4.2.4. |
| Water Heater | A 20-gallon electric water heater. |
| Range | An electric cooking range with two burners (Note: four burners are preferred), thermostatically controlled oven, and a lighted, power-vented range hood. Any loose objects must be properly secured. Locate controls for ranges, burners and vents to avoid reaching across burners. Oven shall be self-cleaning. |
| Refrigerator | Residential 14 c. f. frost-free electric refrigerator with freezer. Any loose objects must be properly secured. |
| Microwave Oven | Each unit will have a minimum 1.2 cu. ft microwave. Any loose objects must be properly secured. |

| Furnishings | |
|---|---|
| Furnishings and Storage | Furnishings shall be the standard functional quality (provides usability, comfort and minimum maintenance). All furniture shall be assembled with all packing material removed. All furniture shall be appropriately secured to prevent damage during transport. Furnishings shall not obstruct accessible routes providing circulation to spaces and rooms within the unit, unless they can be folded or retracted to the wall. Storage shall comply with UFAS 4.25. |
| Bedrooms. | The bedroom shall have a full-size bed. The bedroom shall contain a turning space complying with UFAS 4.2.3. Door shall comply with UFAS 4.13. |
| Living Room | Each living room area will be furnished with sleeper sofa, capable of sleeping adults. |
| Dining Room | The dining room area will be furnished with dinette table and seating. Table shall Comply with UFAS 4.32. |

| Interior | |
|---|---|
| Heating and Cooling System (NOTE: Furnace and A/C shall use the same thermostat) | |
| Furnace | The unit will be equipped with an electric furnace capable of maintaining an average of 75 degrees Fahrenheit temperature. The unit must have in-Floor ducted heat with a wired thermostat. |
| Air Conditioner (A/C) | 15,000 BTU Ducted Roof A/C wired and connected with the furnace. <u>Window units are not acceptable</u>. Note: The furnace and A/C must be wired to the same thermostat completely connected and installed. |

# FEMA Accessible Model Travel Trailer Procurement Specifications
Dated: April 21, 2006

| Safety Equipment | |
|---|---|
| Smoke Detectors | Each unit will include three hardwired, with battery back up, smoke detectors with a strobe component (battery included). Smoke detectors shall be equipped with push-button testing devices and are hard-wired into the unit. |
| Fire Extinguisher | Each home will be equipped with a five-pound A-B-C type fire extinguisher and a mounting bracket. The bracket shall be mounted 48 in. max. above the finished floor surface. |
| Steps | Triple entry steps-welded to frame |
| Jacks | Six stabilizer jacks with pads. Jacks will be needed for each corner and middle of the unit |

| Access System (Doors) | |
|---|---|
| Exterior Door | Each exterior door is to be a 36" wide insulated steel door. The door shall be pre-hung, and is fully insulated with no voids and includes safety chain, weather stripping, and a built in, non-operable window completely caulked with a non-hardening sealant. The doors shall be mounted in such a manner that the hinged side is toward the front of the unit and when fully opened the door shall not come in contact with any window. All locks shall be master keyed. Door shall have lever hardware. Doors must comply with UFAS 4.13. |

| Exterior Covering | |
|---|---|
| Siding | Industry standard with an entry assist handles at entrance/exit each door. |
| Roof | Industry standard covering. Rain gutter w/corner downspout along the roofline. |
| Exterior Door Lock | Flush mounted combo entry dead-bolt lock mounted no higher than 48" above the floor. |

| Interior Covering | |
|---|---|
| Floor Covering | All flooring shall be covered with continuous roll non-foam resilient linoleum. (No carpet allowed) Duct openings shall be covered with a 4" x 10" metal, adjustable louvered covering (register). Openings in floor surfaces shall not exceed ½ inch in any direction. |
| Window Covering | Mini Blinds for all windows. |

| Transport | |
|---|---|
| Readiness | The manufacturer and/or supplier of the unit shall ready the units for transport to the designated area and/or installation site. |
| Road Ready Condition | The units must be in transportable and road ready condition when received at staging. Units that are not in a transportable and road ready condition (such as flat tires, damaged axles, etc) will not be considered acceptable. |

# FEMA Accessible Model Travel Trailer Procurement Specifications
Dated: April 21, 2006

| Transport | |
|---|---|
| FEMA Acceptance | The contractor (vendor and/or manufacturer) <u>not FEMA</u> is responsible for providing a unit that complies with the appropriate requirements and this specification.<br><br>When the units are delivered the units must be in the FEMA acceptable condition or the vendor must make the unit FEMA acceptable within 24 hours or must remove the unit from the FEMA delivery location at no expense to FEMA or the government.<br><br>When FEMA receives the units at the FEMA delivery location this does not constitute as accepted. FEMA accepts simply means the unit <u>does not</u> obvious have visible damage. FEMA is also not responsible for units received but not accepted. Units will not be accepted as FEMA property until an appropriate FEMA Rep and company representative or technician inspects the unit damage.<br><br>The company must provide FEMA a copy of all shipping documents and the shipping documents must include the vendor/company name (NOTE: This refers to vendor/manufacturer/company the procurement contract was awarded).<br><br>FEMA reserves the right to reject any unit due to damages, non- road ready and/or non-transportable unit, and/or non-specifications compliance. The unit must be made transportable, road ready, and specification compliant prior to acceptance. |

| Miscellaneous | |
|---|---|
| Master Keys | The unit manufacturer or supplier shall furnish 3 sets of keys for homes procured. Master keys shall be provided and packaged separately. The master keys must be received with or prior to delivering the first unit. |
| Warranty | <u>The vendor supplying the unit must identify a POC for handling warranty items and the vendor needs to provide FEMA the procedure for reporting warranty items to the vendor.</u> The manufacturer shall also provide a supplier list, including company name, address and phone number of the suppliers of the various components of the home.<br><br>The vendor (awarded the contract) will be notified of any unit accepted, but later identified as non-compliant. The vendor must repair or replace these items at no additional cost to the government within 48 hours. This includes items missing that were not shipped. |
| Certificates of Origin | The certificate of origin must be provided at the time of billing.<br><u>The certificate of origin must accompany the invoice.</u> |
| Unit Floor Plan | The manufacturer shall provide a complete set of plans per model of the home to include floor plan and electrical and plumbing diagrams. Note: The bathroom shall be located in the back of the unit and all plumbing must be on the same side. |

# FEMA Accessible Model Travel Trailer Procurement Specifications
Dated: April 21, 2006

| Miscellaneous | |
|---|---|
| Testing Requirements | The following tests are required prior to delivery and may be witnessed at the discretion of the Government in accordance with the Standard.<br>Water piping will be tested with air only with the water heater disconnected<br>The drainage and vent system and the plumbing fixtures<br>The electrical system. |
| Delivery Schedule | The vendor must provide a realistic delivery schedule for the units with their bids.<br><br>    This schedule must include the number of units that would be at the FEMA designated delivery location by the dates (not the ship date).<br><br>    This schedule will also identify the projected completion date and the time it would take to provide the units from the date the order(s) are placed.<br><br>The final schedule must be provided within 24 hours of contract award and the schedule must be consistent to the schedule provided under the bid process. <u>The contractor (vendor awarded the contract) must at a minimum meet their projected delivery schedule according to the contract award or FEMA may exercise the right to purchase additional units from other sources and may subtract the remaining portion of the order above the guaranteed minimum.</u> |
| Company Commitment | The company FEMA has the contract with must demonstrate the capacity to support this mission and delivery schedules. If the company is supporting other FEMA disasters the company must also demonstrate continued support for those disasters as well, to include meeting those delivery schedules.<br><br>Also, the vendor must have a representative and technicians at the delivery locations to prepare the units for acceptance. FEMA is not obligated to provide an area or space for this purpose. |

# FEMA Accessible Model Travel Trailer Procurement Specifications
Dated: April 21, 2006

| Miscellaneous | |
|---|---|
| Unit designated number | All units must have a unit designation number. The "designated number" is:<br><br>- Approximately 3 to 4 inches high black colored numbers and should be visible from the street.<br><br>- Located on the left front corner of the unit when facing the unit.<br><br>- Approximately three feet high from the bottom of the unit.<br><br>- Consists of the contract number and the sequence number of the unit on the specific contract. Example 3025-0015 which indicates the contractor number 3025 has delivered the 15th unit on this contract and has been shipped into inventory. (Note: Confirm the contract number with FEMA prior to using). |
| Unit Barcode | All units must have a UPC bar code on the front left side of the unit and inside the unit within the main bedroom's left side cabinet. |