# Structural Condition Assessment

# For

# FEMA Travel Trailer
# Dubuclet/Fleetwood Trailer
# Lottie, Louisiana

**Prepared for**

**First General Services of the South**

**July 16, 2009**

**Prepared by:**


Freyou, Moore and Associates, Inc.
Civil Engineering & Land Surveying

**Charles David Moore, PE, PLS**
1833 East Main Street
New Iberia, LA  70560

Phone:  (337) 365-9535
FAX:  (337) 367-8131



DUB001121

approximately 6.2 psf. This compares to hurricane wind loads required for residential construction of approximately 30 psf.

5.2. JACKING – Jacking of the trailer would probably occur without the unit fully loaded (no passengers or other long term cargo). However, the jacks would cause a large differential in the loads applied to the beams if the process were done improperly. This danger is prominently noted on the warning stickers on each jack as discussed above. In addition to frame damage and door jamb damage, other damage could also occur, including damage to the interior finishes (wall paneling, cabinet doors, etc). In addition to visible damage, joint seals and sealant could also be damaged that would not be visible. Damage to the joint seals would then allow air and moisture leaks. The installation documents are silent concerning the method to use to jack up the trailer onto the blocks. This allows the contractor on site to determine how to jack up the unit and place it on the blocks and could vary from one unit to another.

Various methods of jacking could be employed in the raising of a trailer. The preferred methods would be to employ jacks that could lift the structure utilizing the strength of the structure to keep it from significant torsion or twisting. For example, a unified hydraulic jacking system could be employed to maintain a constant pressure/lifting force on the entire unit. Screw jacks could also be used to lift the trailer in small increments with monitoring of the unit to prevent large differential movements in the structure.

6. CONCLUSIONS – Based upon my observations at the site, photographs submitted, and technical documents, this trailer appears to be constructed in accordance with accepted practices for travel trailers. None of the standards consulted specifically pertain to travel trailers. However, considering the use of this trailer for long term residential occupancy, the trailer appears to be inadequate in construction.

First, the structural frame supporting the unit is not designed for the full load of a residence as provided for in ASCE 7. This standard is used for normal load requirements for buildings and other structures, including residential occupancies. Normally, travel trailers are designed for a short term occupancy, which is due to smaller number of people, less cargo, and overall less load requirements for weekend and/or overnight use. Longer term occupancy results in every day use that includes more people (family and friends), more cargo (furniture, clothing, etc.). Emergency use, such as hurricane disaster, can be considered a hybrid of short and long term occupancies. The initial occupancy will probably be lightly loaded due to the extreme need that the family has lost most of their possessions due to the disaster. However, as time proceeds, they will move into a more normal every day pattern of living.

It should be noted that the requirements from ASCE 7 for design loads of 30 – 40 psf are not intended to imply that the residence will actually be loaded with 30 – 40 pounds on every square foot of the residence. These requirements are derived from long term observations and research to provide for structural components that can provide adequate support for the variety of loads that can and will occur within a residence. At any given time one part of the