# Transcript of the Testimony of
# Videotaped Deposition of Thomas W. Fribley

## Date taken: October 21, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username**
and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)                Videotaped Deposition of Thomas W. Fribley

Page 94

1    travel trailer procurement document, not for
2    something that would be for the Disabilities
3    Act.
4         Q.   Well, suffice it to say, the
5    Dubuclet travel trailer, as you observed it,
6    does not meet these specifications, does it?
7         A.   Not this one, no.
8         Q.   And "this one," you mean
9    Exhibit 10?
10        A.   Yes, what you have marked as
11   Exhibit 10.
12        Q.   Now, under the specifications,
13   "The manufacturer shall design and construct
14   all units under this contract with a
15   superior grade and quality of workmanship."
16             Isn't that right?
17        A.   That's what it says, yes, sir.
18        Q.   And also under these
19   specifications, the travel trailer is
20   described as a home, isn't it?
21        A.   In the general area I see where it
22   is talked about as a travel trailer, size
23   and configuration, travel trailer.
24        Q.   Do you see under the area of
25   "Electrical Services, Exterior Receptacles,"

1   "Each home will be provided," and then when
2   you look at the "Fire extinguisher, safety
3   equipment," "Each home will be equipped,"
4   and it talks about having residential --
5        MS. DALY:
6             Will you break those up and let
7   him answer in between?
8        THE WITNESS:
9             Can we go back to the first --
10       MR. PINEDO:
11            Let me finish my question.
12       MS. DALY:
13            I'm objecting.  It's a multiple
14  question.
15       THE WITNESS:
16            I have a multiple number of
17  questions, and I was going to ask her to
18  read it back so I could answer one question
19  at a time.
20  EXAMINATION BY MR. PINEDO:
21       Q.   Okay.  You see -- let me start
22  over.
23            You see that in this document,
24  Exhibit 10, these FEMA specifications, that
25  the unit is described as a home with regard

1   to exterior receptacles where it says, "Each
2   home," and then we look at "Fire
3   extinguishers," and it says, "Each home will
4   be equipped," and we see there are various
5   residential items that are called for; is
6   that right?
7       A.   Well, when you get down to the
8   individual specifications, it does say
9   "home," but I'm not sure -- it's a travel
10  trailer.  I can't make a travel trailer
11  which is 8 feet wide by 25, 28 feet long
12  into a home.  It just doesn't fit.
13      Q.   Well, at least that's the way FEMA
14  is describing --
15      A.   Well --
16      Q.   -- it in these specifications,
17  isn't it?
18      A.   No, in the general contract, it is
19  describing it as a travel trailer.  A travel
20  trailer.  A travel trailer.  And then, in
21  these individual specifications, somebody at
22  FEMA apparently is saying that they have
23  decided it's not a travel trailer at that
24  point.  It's not a home really either,
25  because it's got mobile hookups and that's

Page 106

1   A.   Just the referenced standards, no,
2   sir.
3       Q.   Just the standards incorporated by
4   reference in NFPA 1192?
5       A.   And SAE standards, I believe they
6   are incorporated in that standard also.  Any
7   standard involved with the manufacturing
8   and, basically, I looked at clearance light
9   lenses --
10      (Brief discussion between reporter and
11  witness off the record.)
12      A.   -- I looked at clearance light
13  lenses and directional light lenses for
14  reflective requirements and saw that they
15  were all to the appropriate standards.
16      Q.   Well, that's what I'm trying to
17  do.  I'm trying to understand each standard
18  that you said it complied with.
19      A.   And you asked me the question, "Do
20  you remember them all," and I said I cannot
21  remember the numbers.
22      Q.   So let's do our best to try to
23  reconstruct which ones you do remember.
24           You said SAE standards.  Which SAE
25  standards are you referring to, either by

1  number or by topic?
2      A.   Direction lights, clearance
3  lights, marker light requirements.  Those
4  are also DOT specifications.
5           Propane bottles are DOT
6  specifications.
7      Q.   So the standards you now have
8  identified come at least from three
9  different groups:  The NFPA standards, the
10 SAE standards and the DOT standards?
11     A.   Yes, sir.
12     Q.   The SAE standards --
13     A.   And there's probably also some
14 ASME standards involved.  And I'm not
15 sure -- when I say "ASME standards," I don't
16 know if it's truly called a standard, but
17 there are ASME papers regarding certain
18 components on the unit.
19     Q.   And by ASME you mean American --
20     A.   Society of Mechanical Engineers.
21     Q.   And what topics do you think are
22 covered by those ASME standards?
23     A.   You know, I don't recall right off
24 the top of my head, but I recall that there
25 are some ASME standards.

1    Q.   And did you include those ASME
2  standards anywhere in your reliance
3  materials?
4    A.   Not that I recall.
5    Q.   And you didn't include any of the
6  SAE standards in your reliance materials,
7  did you?
8    A.   Not that I recall.
9    Q.   You did not include any of the DOT
10 standards, Department of Transportation
11 standards, in your reliance materials, did
12 you?
13   A.   That's part of the ANSI
14 standard -- excuse me, NFPA standards.  Many
15 of these are referenced standards that are
16 referenced in the code itself.  If I said I
17 can remember what they are, I cannot.
18   Q.   You did not include the NFPA
19 standards in any of your reliance materials,
20 did you?
21   A.   Not that I recall, no.
22   Q.   Let's find your report.  Are there
23 any Recreational Vehicle Industry
24 Association standards that would apply to
25 this travel trailer?

1    A.   That would be the NFPA 1192
2    standard.
3    Q.   Does the Recreational Vehicle
4    Industry Association, which is also called
5    the RVIA, issue any of their own standards
6    or do they just incorporate standards by
7    reference that have been promulgated by
8    other organizations?
9    A.   My response is, yes, they are --
10   they take all of the standards and help
11   incorporate them into the 1192 standard,
12   which is an NFPA standard for the guidance
13   of construction of recreational vehicles.
14   Q.   Well, I don't think I made myself
15   clear.
16        Does the RVIA issue their own
17   standards or do they just reach out and grab
18   other standards that have already been
19   passed by other agencies and say, "This
20   recreational vehicle needs to pass these
21   other standards"?
22   A.   RVIA is not a standards function;
23   that is, where NFPA and ANSI were.  Which
24   they combined NFPA and ANSI sometime in the
25   2003-2004 time period because it was

1  basically the same standard.  There was an
2  NFPA 501 standard and there was an ANSI
3  1190 -- or 119.2.
4           Those standards were combined into
5  NFPA 1192.  So there is now a single
6  standard for recreational vehicles.
7       Q.   And by ANSI, you mean American
8  National Standards Institute?
9       A.   Yes, sir.
10      Q.   ANSI?
11      A.   Yes, sir.
12      Q.   But my question is, RVIA doesn't
13  issue their own standards, do they?
14      A.   No, sir.
15      Q.   Does the RVDA, which is the
16  Recreational Vehicle Dealers Association,
17  pass their own standards with regard to the
18  manufacture of travel trailers?
19      A.   No, sir.
20      Q.   Are you a member of the
21  Recreational Vehicle Industry Association?
22      A.   Yes, sir, my company is.
23      Q.   I'm sorry?
24      A.   Yes, sir, my company is, and I am.
25      Q.   Are you a member of the