# FEMA Ruggedized Manufactured Home
# Procurement Specifications

Dated: September 16, 2004  ← ACTUALLY REV. AFTER 9/16/04

## General

The standard established by this specification shall not be considered restrictive in that the supplier may provide "equal or better" units considering that the competitive price and delivery requirements can be met. These units must meet and comply with all appropriate HUD requirements, regulations, standards, and guidance. This is not a waiver of HUD requirements, regulations, standards, and guidance.

Manufactured homes being procured under this contract are for the purpose of providing temporary housing to disaster victims. Some of these units will be used on a repetitive basis and must be built for multiple uses. These units will be subjected to continuous road travel, multiple installations and deactivations, and various to extreme weather conditions. All furniture and appliances to include A/C must be provided with the unit or the unit will not be accepted.

Throughout this document the reference of contractor, manufacturer, and vendor refers to the company awarded the contract. The company the unit is purchased from will be FEMA's point-of-contact (POC) for all warranties, this includes the actual unit, furnace, water heater, all furnishings, and appliances.

The delivery locations are subject to change due to disaster circumstances or situations associated with disaster and recovery efforts. The primary delivery locations at this time will be in Atlanta, GA or Ft. Worth, TX. Note: As a reminder the disaster location are subject to change and the contractor should be prepared to ship the units to the affected disaster area location identified by FEMA. The contractor must have a rep and/or technician there when the units arrive. <u>The first order of units will be needed as soon as possible preferably within 14 days of the contract award.</u>

NO "ADA" UNITS!

JUL 13 2005

Confidential                                                                                          FLE-00000545

# FEMA Ruggedized Manufactured Home
# Procurement Specifications
Dated: September 16, 2004

Quality of Construction

The specifications establish the minimum standards for manufactured home construction and outfitting to meet FEMA contract requirements. These units are designed for installation in approximately 90% of the Continental United States (CONUS) area. The construction and outfitting standards identify minimum square footage of living space, finishes, furnishing and environmental living conditions necessary to provide emergency housing for disaster relief operations.

This specification does not constitute any expressed or implied deviation or waiver of any requirement of the U.S. Department of Housing and Urban Development (HUD) Standards, Regulations, or its amendments or interpretative bulletins thereof. These units must comply with HUD Standards, Regulations, and other appropriate HUD guidance. These units must be built to the most stringent code when considering this specification to HUD requirements, regulations, and other HUD guidance. All units must comply and meet the HUD approval process.

All units to include furnishings and appliances must be new. The manufacturer shall design and construct all units under this contract within a superior grade quality of workmanship. The manufactured homes procured under these specifications shall at a minimum meet the design and construction requirements established in the latest version of Manufactured Housing Construction and Safety Standards (Part 3280) as issued by the U.S. Department of Housing and Urban Development (HUD).

Confidential    FLE-00000546

# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

Summary of Unit Features: This information is a general summary of the specifications. Please review the entire specification for more detail.

| Zoning Requirements. Structural design to be incorporated into each unit. | |
|---|---|
| Roof Load Zone: | Middle |
| Thermal (U/O) Zone: | 3 |
| Wind Zone: | 3 |
| Size and Configuration | |
| Type | FEMA Model Manufactured Home (60 feet) |
| Exterior Length | 60 ft BOX  ← rev |
| Exterior Width | 14 ft |
| Electrical System – AMPS | 100 A |
| Electrical System – Volts | 120/240 V |
| Furnishing | Fully |
| Bedrooms | 3 (Each bedroom designed for 2 people) |
| Bathroom | (1)  2.? |
| Refrigerator | Yes |
| Range and Oven | Yes |
| Washer Capacity | Yes, washer not included |
| Dryer Capacity | Yes, dryer not included |
| Air Conditioner | Yes, electric, central air (No window units) |
| Furnace | Yes, Gas (LP and/or natural gas) |
| Microwave | Yes |
| Water Heater | Yes, Electric, 40 Gal |
| Exterior Covering | Metal siding  ← rev. |
| Smoke Detector | Yes, electric w/battery-back-up (bedrooms, living room, kitchen) |
| Fire Extinguisher | Yes |
| Floor Plan | Each home will follow the following basic floor plan. Beginning with the front of the unit and working toward the rear, the layout shall be:<br><br>• Bedroom<br>• Living Room<br>• Kitchen/Dining Room<br>• Furnace/Water Heater/Plumbing Chase<br>• Bedroom         ) RESTRICTED<br>• Laundry/Bathroom  /<br>• Bedroom |

# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

| Construction and Outfitting Specifications | |
|---|---|
| Structural System | |
| Main Frame | The main frame of the unit will be a 12" steel 10.71# I-beam. <u>The manufacturer shall provide and install two (2) additional I-beams of the same material and composition as the main frame, with each additional I-beam measuring 10' 0" in length.</u> The additional I-beams will be installed by DAPIA approved skip-weld to the inside of each frame and centered over the axle area in such a manner that the main frame I-Beam is doubled forward and aft through the axle area. The frame shall be secured to the floor joist system and the frame alignment shall be maintained by installing appropriate steel fasteners and lag bolts at every floor joist. <u>Allow main beam splicing.</u> |
| Outriggers | The manufacturer shall provide and install industry standard tapered channel (minimum twelve gauge), preformed C- or Z-type, 14 gauge outriggers having a base of nine (9") inches nominal. Outriggers shall be installed the entire length of the home at forty-eight inch (48") on center (o.c.). The outriggers shall be mounted to the main frame I-Beam by DAPIA approved skip-weld on both sides. The <u>outriggers shall terminate flush with the</u> perimeter floor joist and be secured at this point with a lag bolt. <u>Additional outriggers will be provided and installed at each location where a shackle (spring hanger) is mounted to the main frame I-Beam.</u> |
| Buckplates | The manufacturer shall provide and install front and rear buckplates (aprons). Each buckplates will be the width of the unit and constructed of a minimum 12" x 10.71# I-Beam. The buckplates shall be secured to the ends of each mainframe member by continuous weld. Each buckplate shall be fastened to the front and rear perimeter floor joists, respectively, with a minimum of six (6) lag bolts evenly spaced from corner to corner along the length of the plate. |
| Cross-members | The industry standard cross members shall be provided and installed by the manufacturer. The cross members shall be installed the entire length of the home, located between the two main frame I-Beams, are forty-eight inch (48") on center, secured with DAPIA approved skip-weld, and are aligned with the outriggers on either side of the home. Also cross members shall be installed where additional outriggers are provided. |
| Connections | All lag bolt connections shall be provided with clearance holes. The size of the hole shall not exceed the nominal lag bolt size. All lag bolts must be 5/16" x 3". |

Confidential                                                                                          FLE-00000548

# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

| Construction and Outfitting Specifications | |
|---|---|
| **Structural System** | |
| Coatings | All exposed surfaces of the entire frame, including I-Beams, buckplates, outriggers, cross members, and drawbar shall be completely coated after welding. This coating must be a waterproof, asphalt-base undercoating. This does not apply to the screwjack or the serial number. The serial number shall be painted with rust resistant black paint. Coating is required for the exposed areas of the bottom board. pv✓ |
| Floor Joists | The floor joists shall be 2" x 6" nominal and run transverse to the length of the unit. Floor joists shall be spaced sixteen (16") inches on center (o.c.) and splicing of the floor joists is not acceptable.<br><br>A 2" x 6" pv nominal rim member shall be installed at 16"o.c. to enclose the floor perimeter. The hole shall not exceed one-half (1/2) the diameter of the lag bolt and cross members a maximum of every six an (6") inches. coop |
| Sub-Floor | The sub floor shall be double layered and composed of 4" x 8' x 5/8" thick panels (plywood or appropriate Oriented Strand Board –OSB- substitute) with joists spacing index of 24 (Long edges of the panel shall be tongue and groove) and OSB Floor Decking with <u>16" o.c. floor joists</u>. The first layer should be placed perpendicular to the joist length and the second layer placed parallel to the joist length. All plywood must be installed and secured in such a manner that the plywood ends terminate on structural members for proper securing.  BATT INSULATION NOT REQUIRED (coop) |
| Floor and ceiling | Floor and ceiling cavities will be insulated with flame retardant, insulation having a minimum R rating of 19. Condensation control (vapor barriers) will be installed in accordance with section 3280.504 of the Standard. |
| Interior Walls | A minimum 1" x 3" bottom plate shall be installed at all locations of interior walls. All interior walls will be framed (studded) with minimum 2" x 3" nominal lumber spaced on 16" centers. Interior walls shall be secured to a minimum 2" x 3" top plate. All openings for interior doors and alcoves will be double framed with the same materials as the interior door studs and shall have headers from the top of the door to the ceiling. |
| Roof Trusses | Roof trusses shall be installed the entire length of the home on 16" centers and each must align with an exterior wall stud. The roof trusses shall not cut the passage of any electrical, plumbing, and/or mechanical system. ?<br>The unit must have 3/8" structural rated sheathing. (See HUD regulation 3280.305). Exterior roof and wall coverings shall be secured to 3/8" structural rating sheathing. See <u>Part 3280.305 (HUD standard)</u>-Table of Design Wind Pressure. |

Confidential

FLE-00000549


# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

| Construction and Outfitting Specifications | |
|---|---|
| Structural System | |
| Exterior Walls | The exterior wall framing (studs) shall be 2" x 6" nominal **at 16"o.c.** and secured to the top and bottom plate. The strapping of the wall studs to roof trusses and perimeter joists must be 26 gage minimum steel straps or brackets at 16"o.c to conform to the requirements of Wind Zone III.<br><br>The **exterior walls shall be insulated with insulation having a minimum** R rating of 19. Condensation control (vapor barriers) <u>will be installed in accordance with Part 3280 (HUD standard)</u>. The insulation shall be"batt" wall insulation for this application.<br><br>(BUT RAILS OMITTED)<br><br>A strap shall be secured to each leg of the double-framed door and window openings (Straps are not required on jack studs). <u>End and sidewalls</u> shall be <u>horizontally strapped together at each corner with galvanized</u> strap wrapped around the corner at the top and bottom plates. Size and Securement of the strap shall be as stated above. ← (NO LONGER "STATED ABOVE".)<br><br>All exterior openings such as windows, doors, drain pipes; etc... will be caulked with a clear, non-hardening weatherproof sealant to prevent air and moisture penetration. The unit must have 3/8" structural rated sheathing. (See HUD regulation 3280.305). The exterior roof and wall coverings shall be secured to **at least a** 3/8" structural rating sheathing in accordance with <u>Part 3280.305 (HUD standard)</u>-Table of Design Wind Pressures.  REDRAFT |
| Air Supply Ductwork | All warm air supply ductwork shall be constructed of aluminum with a minimum thickness of .013" and be complete with joint stays and sealed ends. All seams will be sealed with 181-listed duct mastic with mechanical fastening to assure airtight construction and allow no air to pass into the floor system. No construction debris or sawdust may be left in the duct system. |
| Gas Piping | All homes shall be equipped with the standard wrought iron gas piping system and be designed for use with either liquid petroleum or natural gas. The connection line from the furnace gas valve to the gas supply pipe shall be no less than (1/2") inside dimension. A removable plastic cap and chain will be provided and installed at the start of the pipe run. The supply pipe connection shall be located on the left side of the home, approximately six feet (6') behind but not under the rear door. |

# FEMA Ruggedized Manufactured Home
# Procurement Specifications
Dated: September 16, 2004

| Construction and Outfitting Specifications | |
|---|---|
| **Structural System** | |
| Anchor Straps | Each home shall be equipped with a minimum of 13 vertical ties consisting of at least 5 over the roof straps to meet the requirements of 24 CFR 3280.306(d) of the Standards. The standards require a vertical tie to be provided at each diagonal tie location. In Wind Zone III, diagonal ties are typically required at 5'-4" o.c. to resist Wind Zone III drag and uplift wind forces. Anchor straps shall be installed in such a manner that they extend four feet (4') below floor level of which the ending shall be coiled and secured for shipment using mechanical fasteners (Tape is not acceptable). Equivalent wall strapping instead of "over-the-roof straps" is allowed. *[handwritten: omitted with over roof straps]* *[handwritten: GOOD]* |

| Construction and Outfitting Specifications | |
|---|---|
| **Transportation system** | |
| Axles | All homes will be equipped with at least four new industrial axle assemblies. A minimum of two axles will be equipped with electric brakes within the capacity for the unit size and weight. Axle assemblies supplied shall be designed for extensive use and long life application. Axles should be rated the appropriate pounds at 50-mph. *[handwritten: (5,000 LBS RATING DELETION - GOOD)]* |
| Hub & Drum/Hub & Stud | The appropriate for type and weight of the manufactured home for the minimum required operating life of 3,000 hours. |
| Outer Bearings | The minimum basic radial load shall be 1580 lbs. A minimum thrust rating for the capacity for the unit size and weight. The minimum required operating life is 3,000 hours. |
| Load Capacity. | The minimum load capacity of the complete hub, drum and bearing assembly shall be rated for the design of the home. The hub/drum/armature shall be of a one-piece (unicast) type with the brake armature surface machined into the inner flat surface of the hub/drum casting. The brake drum surface shall also be machined for true operation. |
| Brakes | The electric brakes assemblies shall be manufactured to all SAE codes and have a design braking force to equal the minimum axle capacity for the unit size and weight. *[handwritten: (BRAKE WIRING OMITTED - GOOD)]* |
| Springs | Springs shall be of the multi-leaf type and appropriately rated with an over the axle mounting assembly (Shackles, bolts, bushings, etc.). Shackled shall be secured to the main frame I-beams by continuous weld. *[handwritten: (N) 3000 MPH GOOD)]* |
| Tires and Rims | All tires and rims shall be new and free of defects. Tires shall be size 8.00 x 14.5, 10 ply Series "E". Rim clamps, bolts, nuts or other related tire-mounting hardware must be new. *[handwritten: GOOD]* |

Confidential   FLE-00000551

# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

| Construction and Outfitting Specifications | |
|---|---|
| Transportation system | |
| Drawbar | The drawbar ("A" frame) shall be made of 12" x 10.71# I-beam and installed in such a manner that it is centered for proper towing and is secured by continuous weld to two points on the bookplate and two points on the main frame I-beam. A cross member of the same material as the drawbar will be secured to the inside of the drawbar by continuous weld. The cross member will be located midway between the coupler hitch and the buckplates. An additional cross-member will be installed and secured by continuous weld inside the drawbar at the point where the drawbar legs are welded to the main frame I-beam. (36" protrusion omitted —Good) |
| The Screwjack | Industry standard. |

| Exterior | |
|---|---|
| Covering | |
| Exterior Siding Covering | Unit siding shall be the manufacturer's standard metal siding materials. The color shall be white or off-white. |
| Roof Covering | Metal. The metal roof covering must be pre-fabricated 30 gauge galvanized sheet metal and have mechanical lock joint seams. The manufacturer must use a galvanized sheet metal roofing material with an acid base or degreasing solution to remove any manufacturing residues that may interfere with proper bonding of the roof sealant material.<br><br>All roof edges, seams, joints, vents, stacks, and/or any other break in the roof system, which would allow water to enter, shall be thoroughly coated with non-hardening, permanently flexible aluminum plastic seam/ joint cement.<br><br>The roof seal must carry a minimum five (5) year guarantee such as Blue Label Kool Seal or equivalent.<br><br>All roof vent caps shall be metal, one piece, and completely sealed to prevent moisture penetration. |
| Bottom board | Bottom board of the home shall be secured to prevent rodents from entering the unit and shall be moisture resistant under the entire home. The underside of the home shall be a hardware cloth. Mesh material. The bottom board must be installed in a manner that it terminates on the structural members for proper securing. |

Handwritten notes in Roof Covering row: "not approved for use 2x3", "w/ay shingles"

Confidential                                    FLE-00000552

# FEMA Ruggedized Manufactured Home
# Procurement Specifications
Dated: September 16, 2004

| Interior | |
|---|---|
| Heating and Cooling System (NOTE: Furnace and A/C shall use the same thermostat) | |
| Furnace | The unit will be equipped with a furnace capable of operating on natural or liquefied petroleum (LP) gas. The manufacturer shall furnish and install in each home a gas-fired, forced air, central heating system. The furnace shall be of a gas gun type, equipped with a manual depress spark ignitor for standing pilot and/or atmospheric type equipped with electronic ignition having no standing pilot.<br><br>The BTU output shall not be less that 50,000Btuh output and shall have the capability to maintain an average of 70 degrees Fahrenheit temperature. The furnace shall also be built or equipped for the installation of a split- system air conditioner and have space in the furnace cabinet for an A-coil evaporator unit and a 4-wire thermostat connect completely installed. Each furnace shall have instructions attached to the furnace. The furnace shall be complete with a factory-supplied base suitable for a forced air duct distribution system an exhaust stack, and a metal, wind deflecting roof cap. |
| Air Conditioner | Appropriate size and model for central air. Compatible with the furnace and unit size. (Note: Must be provided with the unit) and shipped with home. |

| Electrical Service | |
|---|---|
| Electrical System | The unit electrical service shall consist of a <u>100 amp</u>, 120/240 volts 4-wire panel board, complete with master and branch circuit breakers. The distribution panel board shall be flush mounted inside the left exterior wall in the rear bedroom. The panel board shall be of a dead front, safety type, equipped with thermal magnetic molded case circuit breakers of the quick break type having trip indicators and common trip on all multiple breakers. A circuit directory will be permanently affixed to the inside of the circuit breaker access door. All circuits will be clearly and legibly identified. |
| Service Entrance Junction Box | Each home will be equipped with an appropriate hinged, metal service entrance junction box mounted to a floor joist between the I-beam and the sidewall in such a manner that the distance from the bottom side of the junction box to the floor joist is no more than eight inches (8"). The junction box shall be mounted at a sufficient distance beneath the unit to prevent rainwater penetration without installing special rain shield and located the behind the rear entrance/exit door without impeding the entrance or exit of the home. The conductors shall be continuously and appropriately color-coded or coded using colored tape wrapped around both ends of the conductors for a minimum of three inches (3"). Paint is not acceptable for coding wires. |

Confidential

FLE-00000553

# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

| Electrical Service | |
|---|---|
| Telephone/Cable Inlet | Each home will be equipped telephone/cable inlet. The telephone junction box inlet will be located near the rear entrance/exit door without impeding the entrance or exit of the home. The inlet must be assessable and not obstructed in any way the door. |
| Lighting Requirement | Minimum interior lighting requirements shall include a ceiling mounted fixture in the bedrooms, hallways, kitchen, living room, dining area, water heater compartment, and bathroom. All lighting fixtures will be standard fixtures, and wall switch controlled. No hanging lights. The bathroom shall have a lighted exhaust ceiling fan. |
| Electrical Service Fixtures | |
| Exterior Fixtures | An "UL" approved weatherproof exterior lighting fixture and associated wiring will be provided at each exterior entrance/exit door. An interior wall switch will be installed near the exterior entrance/exit door the light serves. The fixture shall be metal with a non-breakable globe. |
| Electrical Service Receptacles | |
| Interior Receptacles | Electrical receptacles will be installed in accordance with industry standard. Receptacles near wet areas will be protected with ground fault interrupter protection. <u>Note: Three receptacles are required in the kitchen area above the counter.</u> The receptacle for the range shall be flush mounted in the wall to the rear of the appliance. The receptacle for the refrigerator shall be located so it can be unplugged without moving the appliance. The unit will be equipped for washer and dryer hook-up. |
| Exterior Receptacles (Heat Tape) | Each home will be provided with a heat tape receptacle located under the unit and within two feet (2') of the water pipe inlet. It shall be a single outlet with weatherproof case. Exterior receptacles. ............ _(omitt'd 6FCF)_ |
| Weatherproof outdoor duplex receptacle | One (1) weatherproof outdoor duplex receptacle flush mounted on the exterior wall of the home, approximately five feet (5') forward of the water inlet and approximately six inches (6") up from the floor level. |
| Phone and Cable | Television Jack: Each unit shall have a pre-wired television jack installed in the living room.<br><br>Telephone jack: Each unit shall have a pre-wired telephone jack installed in the living room and master bedroom |

Confidential                                                                                           FLE-00000554

# FEMA Ruggedized Manufactured Home
# Procurement Specifications
Dated: September 16, 2004

| Plumbing Service: | |
|---|---|
| Plumbing System | The main water supply pipe shall be industry standard pex and extend from the water heater compartment to a point not more than six inches (6") below the bottom board of the home. Distribution lines from the water heater compartment to a point adjacent to the fixture it supplies shall be one-half inch (1/2") pipe.<br><br>All connection lines from the 1/2" distribution lines to the fixture it supplies shall be of three-eighths inch (3/8"). The bathroom and washer and dryer shall be located within the same area of the home and back-to-back to the kitchen and water heater. |
| Winterization | Water shall not be used to test water supply lines. All drain lines shall have antifreeze poured into all traps, including washer drain, after the flood test. |
| Faucet Assemblies | All faucet assemblies in the home shall be of the dual shutoff valve type. |
| Kitchen | Each home will have completely installed a self-rimming double bowl, stainless steel sink. Each sink bowl will be fitted with a metal strainer basket assembly and appropriately sized strainer baskets. |
| Construction | All fixtures will be provided with an adequate drainage system, each connecting to a main sewer line, which will run below the floor and above the bottom board to the place of exit in the rear of the axles.<br><br>All water lines shall be installed to a point above the bottom board in such a manner that opening of the valves result in the complete drainage of the water lines.<br><br>Interior walls where water lines are shall be removable access panels to all joints. The access panels shall match the walls and have vents for adequate circulation of air. |
| Lavatory | Industry standard. |
| Bathtub/shower | Bathroom shall have a bathtub/shower combination unit installed to manufacturer's standard. The unit will be provided with a curtain rod, shower curtain and curtain hooks. |
| Commode | Industry standard. |
| Washer/Dryer Area | Industry standard. |

Confidential

FLE-00000555

# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

| Appliances | |
|---|---|
| Water Heater | A 40-gallon electric water heater. The water heater will be complete with a pressure relief valve, drain pan, and a metal tank drain valve. The valves shall be separately piped four inches (4") to six inches (6") below the bottom board of the home and shall be at least five inches (5") away from the water inlet pipe. |
| Range | 30" electric cooking range. Include four (4) burners, thermostatically controlled oven, and a lighted, power-vented range hood (one-piece construction). A separate sidewall vent is not acceptable. The range shall be secured to the floor with two (2) angle (gusset type) brackets. The range shall be plugged into the receptacle. |
| Refrigerator | 18 c. f. frost-free refrigerator with freezer. The refrigerator shall be secured to the floor and to a wall stud. The refrigerator shall be plugged into its receptacle. The receptacle must be located in a position that the refrigerator can be unplugged without being moved. |
| Microwave Oven | Each unit will have a minimum 1.2 cu. ft microwave with child lock. |

| Furnishings | |
|---|---|
| | Furnishings shall be the manufacturer's standard for functional quality |
| Bedrooms | Each bedroom will be furnished with one full size mattress, box spring and a metal bed frame, one chest of (4) drawers; two nightstands and a double strength mirror, measuring 24 in. x 30 in. installed in an appropriate area in each bedroom. |
| Living Room | Each living room area will be furnished with one (1) sofa, one (1) armchair; one (1) coffee table; and one (1) end table. |
| Dining Room | The dining room area will be furnished with dinette table and chairs for six people. |

*[handwritten margin note: sculpting furnishing not included — good]*

| Safety Equipment | |
|---|---|
| Smoke Detectors | Each unit will have interconnected smoke detectors that utilize the electrical system of the home as the primary power source (w/battery back-up included). |
| Fire Extinguisher | Each home will be equipped with a five-pound A-B-C type fire extinguisher and a mounting bracket. The mounting bracket will be secured to a wall stud in the kitchen area. |
| Gas Detector | Gas detector to detect LP or natural gas. |

| Interior Covering | |
|---|---|
| Walls | Industry standard. Vinyl-covered gypsum with neutral color permitted. |

# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

| Interior Covering | |
|---|---|
| Molding | All trim molding used in the home will be color matched or color coordinated to the interior paneling. All seals, joints, door and window frames, corners, etc., will be finished with approved moldings. All exposed panel edges, such as access panels, shall be covered with permanently attached non-plastic edging. |
| Ceiling Panels | Industry standard. |
| Floor Covering | Industry standard. Carpet in the bathrooms and/or kitchen is not acceptable. A scrap of carpet approximately 30" by 15" shall be placed at each entrance as a foot-wipe pad. Heat duct openings will be covered with a 4" x 10" minimum, metal, adjustable louvered covering (register). |

| Cabinetry | Particleboard chipboard or wood fiberboard will not be acceptable for any construction material within the unit. MDFS tile with wood doors is preferred. |
|---|---|
| Bath Room | The bathroom shall include industry standard surfaced mounted lighted medicine cabinet and other bathroom accessories, which includes an installed toilet paper holder and towel rack. |
| Bedroom | The bedroom will be equipped with enclosed closet space. The closet space shall be equipped with a shelf and rod, running the length of the closet and supported on both ends. |
| Cabinets | All cabinets will be wall mounted constructed with a finish compatible with the interior decor. |

| Access System (Doors) | |
|---|---|
| Exterior Door | Industry standard 34" by 76" insulated steel or fiberglass door. The door shall be pre-hung, and open outward and is fully insulated with no voids and includes safety chain, weather stripping, and a built in, non-operable window completely caulked with a non-hardening sealant. The doors shall be mounted in such a manner that the hinged side is toward the front of the unit and when fully opened the door shall not come in contact with any window. The doors will not be on the same side. When facing the unit from the drawbar the front door will be on the left side and the rear door will be on the right side near the back. Each entrance door must have Weiser type or equivalent passage locks installed. |

Confidential

FLE-00000557

# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

| Access System (Doors) | |
|---|---|
| Exterior Water Heater Access Door | All homes shall have an installed and insulated exterior access door to the water heater compartment. Note: HUD will permit manufacturers to ship with each home a 3/4" single piece exposure 1 rated plywood or 3/4" exposure 1 rated structural rated sheathing cover and the fasteners needed to secure the plywood to the exterior wall of the home in lieu of providing an exterior passage door or having the water heater access panel/door tested to the Wind Zone III requirements of the Standards (Part 3280-Manufactured Home Construction and Safety Standards).<br><br>In addition, the manufacturers using this alternative will be required to add an additional stud on each side of the opening to facilitate the securment of the plywood or structural rated sheathing panel cover to the exterior wall.<br><br>Manufacturers using this alternative will also be required to include the information in their instructions on how to secure the plywood to the exterior wall in order to protect the opening in a high wind event. This alternative is limited to an electric water heater access panel/door only.<br><br>Other alternatives that are available to meet the requirements of the standards for wind protection for the water heater access panel/door include the use of an exterior passage door or to provision of a water heater access panel/door tested to the requirements of the Standards. |
| Windows | All windows shall have approved childproof mini-blinds installed. The windows will be insulated (double-pane) windows (preferably vinyl). The size will be 30" x 54". Screens are allowed to be shipped loose between glass and storm window. |

| Transport | |
|---|---|
| Readiness | The manufacturer and/or supplier of the unit shall ready the units for transport to the designated area and/or installation site. |
| Road Ready Condition | The units must be in transportable and road ready condition when received at staging. Units that are not in a transportable and road ready condition (such as flat tires, damaged axles, etc) will not be considered acceptable. |

Confidential                                                                                         FLE-00000558

# FEMA Ruggedized Manufactured Home
# Procurement Specifications
Dated: September 16, 2004

| Transport | |
|---|---|
| FEMA Acceptance | The contractor (vendor and/or manufacturer) <u>not FEMA</u> are responsible for providing a unit that complies with the specification. FEMA accepts simply means the unit has not obvious visible damage.<br><br>When the units are delivered the units must be in the FEMA acceptable condition or the vendor must make the unit FEMA acceptable within 24 hours or must remove the unit from the FEMA delivery location at no expense to FEMA or the government.<br><br>When FEMA receives the units at the FEMA delivery location this does not constitute as accepted. FEMA is also not responsible for units received but not accepted. Units will not be accepted as FEMA property until an appropriate FEMA Rep inspects the unit for damage and accepts.<br><br>The company must provide FEMA a copy of all shipping documents and the shipping documents must include the vendor/company name (NOTE: This refers to vendor/manufacturer/company the procurement contract was awarded).<br><br>FEMA reserves the right to reject any unit due to damages, non- road ready and/or transportable unit, and/or non-specifications compliance. The unit must be made transportable and road ready prior to acceptance. |

| Miscellaneous | |
|---|---|
| Master Keys | The unit manufacturer or supplier shall furnish 3 sets of keys for homes procured. Master keys shall be provided and packaged separately. The master keys must be received with or prior to delivering the first unit. |
| Warranty | <u>The vendor supplying the unit must identify a POC for handling warranty items and the vendor needs to provide FEMA the procedure for reporting warranty items to the vendor.</u> The manufacturer shall also provide <u>a supplier list,</u> including company name, address and phone number of the suppliers of the various components of the home. |
| Certificates of Origin | The certificate of origin must be provided. |
| Manufacturer's Installation Manual | Manufacturer's installation guideline and technical data for installation of the unit shall be provided in a packet stored in a readily locatable area within the unit and a copy needs to be provided to the FEMA designated address within 48 hours of award of this contract. |

# FEMA Ruggedized Manufactured Home
## Procurement Specifications
Dated: September 16, 2004

| Miscellaneous | |
|---|---|
| Unit Floor Plan | The manufacturer shall provide a complete set of DAPIA approved plans per model of the home to include floor plan and electrical and plumbing diagrams. |
| Testing Requirements | The following tests are required prior to delivery and may be witnessed at the discretion of the Government in accordance with the Standard.<br>Water piping will be tested with air only <u>with the water heater disconnected</u> (100 PSI)<br>The drainage and vent system and the plumbing fixtures<br>The gas piping system<br>The electrical system. |
| Delivery Schedule | The vendor must provide a realistic delivery schedule for the units. This schedule must include the number of units that would be at the FEMA designated delivery location by the dates (not the ship date). This schedule will also identify the projected completion date and the time it would take to provide the units from the date the order(s) are placed.<br><br><u>The contractor (vendor awarded the contract) must at a minimum meet their projected delivery schedule or FEMA may exercise the right to purchase additional units from other sources and may subtract the remaining portion of the order above the guaranteed minimum.</u> |
| Company Commitment | The company FEMA has the contract with must demonstrate the capacity to support this mission and delivery schedules. If the company is supporting other FEMA disasters the company must also demonstrate continued support for those disasters as well, to include meeting those delivery schedules.<br><br>Also, the vendor must have a representative and/or technicians at the delivery locations to prepare the units for acceptance. FEMA is not obligated to provide an area or space for this purpose. |

| | |
|---|---|
| Guaranteed minimum quantity total under this contract. This amount serves as the overall minimum. This amount in no way guarantees that each contractor will be awarded this minimum. | 175 |
| Maximum number of units that can be procured under this contract. This in no way guarantees the number of units to be ordered from the contract(s). This amount establishes the not to exceed amount. | 1000 |
| The first units are needed by | 14 days of contract award. |

FEMA Mobile Home Specs - JGlaze 040405.DOC

Confidential

FLE-00000560