```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: FEMA TRAILER FORMALDEHYDE      MDL NO. 1873
 5   PRODUCTS LIABILITY LITIGATION
 6                                         SECTION "N" (5)
 7                                         JUDGE ENGELHARDT
 8                                         MAGISTRATE CHASEZ
 9
10   THIS DOCUMENT IS RELATED TO
11
12   Elisha Dubuclet on behalf of
13   Timia Dubuclet vs. Fleetwood
14   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
15
16
17
18                VIDEOTAPED DEPOSITION OF
19                FLEETWOOD ENTERPRISES, INC.
20
21                      June 25, 2009
22                       10:07 a.m.
23
24                 3649 Mission Inn Avenue
25                   Riverside, California
26
27
28        Reported by Gail Nesson, CSR No. 7010
29
```

1    volume and if there's formaldehyde, and obviously,

2    there's formaldehyde in this room, you open the window,

3    and that concentration is reduced dramatically.  So

4    ventilation reduces whatever may be in the ambient.

5    BY MS. GREIF:

6        Q    So would you agree that ventilation is the best

7    approach to any formaldehyde exposure issues?

8             MR. BENCOMO:  Objection to the form of the

9    question.

10   BY MS. GREIF:

11       Q    The most efficient?

12            MR. BENCOMO:  Same objection.

13            THE WITNESS:  It's a really effective way to

14   clear out a volume of air is to ventilate it, yes.

15            MS. GREIF:  I think I don't have any more

16   questions with this witness.

17            MR. SAPORITO:  Do you want to take Craig back?

18            MS. GREIF:  Let's go off the record.

19            I'm done with this witness.  I think I asked you

20   that question.

21            THE VIDEOGRAPHER:  We're going off record at

22   5:00 p.m.

23            (Discussion off the record)

24            THE VIDEOGRAPHER:  We're going back on the

25   record at 5:03 p.m.

```
1                    ROBERT WOZNIAK,
2    having been previously duly sworn, was examined and
3    testified further as follows:
4                        EXAMINATION
5    BY MS. GREIF:
6         Q    The witness is Robert Wozniak.
7         A    Yes.
8         Q    You're still under oath --
9         A    Yes.
10        Q    -- do you understand that?  Okay.
11             Could you define for me blocking, blocking of
12   units of trailers.  What is meant by that?
13        A    I don't know if I can give you the universal
14   definition of blocking.
15        Q    How do you define it?
16        A    I have to look at the owner's manual.  I believe
17   the place we use the term "blocking" is we use that when
18   we were trying to keep a tire from rotating when it's in
19   a parked position.
20        Q    Does the owner's manual say anything about
21   jacking?
22        A    I'd like to look at it before I respond.
23        Q    Okay.  Take a look.
24        A    I do not believe that we use the term "jacking"
25   anyplace in the owner's literature.
```

Case 2:07-md-01873-KDE-MBN   Document 7194-7   Filed 11/15/09   Page 4 of 7
Fleetwood Enterprises, Inc. - Volume II                        August 18, 2009

373

1          MR. BENCOMO: -- to the form of the question.
2          I got to object before he answers.
3          Did you get the question and the answer?
4     BY MS. GREIF:
5          Q    Did you answer that question?
6          THE REPORTER: He said, "Oh, yes."
7     BY MS. GREIF:
8          Q    Would you turn to the page -- it's Page 7 of 13,
9     and the Bates No. ends 10925.
10         A    I have that.
11         Q    It says at the top there "Wood Panel Products"
12    and then "Formaldehyde Regulations"; is that correct?
13         A    That's correct.
14         Q    Now, does this reflect the policy of Fleetwood?
15         A    Yes, it does.
16         Q    So is it true that Fleetwood required that HUD
17    standards be applied to all recreational vehicles for its
18    products with regard to formaldehyde?
19         MR. BENCOMO: Objection to the form of the
20    question.
21         THE WITNESS: Yes, with regard to formaldehyde
22    emissions, yes.
23    BY MS. GREIF:
24         Q    Is it also true that the voluntary standards of
25    the National Particle Board Association were to be

Case 2:07-md-01873-KDE-MBN   Document 7194-7   Filed 11/15/09   Page 5 of 7
Fleetwood Enterprises, Inc. - Volume II                              August 18, 2009

374

1   followed by Fleetwood with regard to formaldehyde?
2        A    As stated in the background paragraph on that
3   page, yes.
4        Q    To the best of your knowledge, were these
5   regulations, the voluntary standards and the HUD
6   regulations, followed by Fleetwood?
7             MR. BENCOMO:  Object to the form of the
8   question.
9             THE WITNESS:  As to the area of formaldehyde
10  emissions, yes.  That's the only part of the HUD standard
11  that applies to recreational vehicles is formaldehyde
12  emissions, and it's voluntary.
13  BY MS. GREIF:
14       Q    Were those -- it was voluntary with regard to
15  travel trailers; is that correct?
16       A    Yes.
17       Q    Can we mark this as an exhibit, this document?
18       A    Yeah.  Do you want this?  What are we up to?
19            MS. DALY:  Can we go off for one second?
20            THE VIDEOGRAPHER:  Off the record at 12:37 p.m.
21            (Discussion off the record)
22            THE VIDEOGRAPHER:  Back on the record at 12:38
23  p.m.
24  BY MS. GREIF:
25       Q    We just marked that previous document that would

373

1          MR. BENCOMO:  -- to the form of the question.
2          I got to object before he answers.
3          Did you get the question and the answer?
4  BY MS. GREIF:
5      Q   Did you answer that question?
6          THE REPORTER:  He said, "Oh, yes."
7  BY MS. GREIF:
8      Q   Would you turn to the page -- it's Page 7 of 13,
9  and the Bates No. ends 10925.
10     A   I have that.
11     Q   It says at the top there "Wood Panel Products"
12 and then "Formaldehyde Regulations"; is that correct?
13     A   That's correct.
14     Q   Now, does this reflect the policy of Fleetwood?
15     A   Yes, it does.
16     Q   So is it true that Fleetwood required that HUD
17 standards be applied to all recreational vehicles for its
18 products with regard to formaldehyde?
19         MR. BENCOMO:  Objection to the form of the
20 question.
21         THE WITNESS:  Yes, with regard to formaldehyde
22 emissions, yes.
23 BY MS. GREIF:
24     Q   Is it also true that the voluntary standards of
25 the National Particle Board Association were to be

Case 2:07-md-01873-KDE-MBN   Document 7194-7   Filed 11/15/09   Page 7 of 7
Fleetwood Enterprises, Inc. - Volume II                          August 18, 2009

374

1  followed by Fleetwood with regard to formaldehyde?
2       A    As stated in the background paragraph on that
3  page, yes.
4       Q    To the best of your knowledge, were these
5  regulations, the voluntary standards and the HUD
6  regulations, followed by Fleetwood?
7            MR. BENCOMO:  Object to the form of the
8  question.
9            THE WITNESS:  As to the area of formaldehyde
10 emissions, yes.  That's the only part of the HUD standard
11 that applies to recreational vehicles is formaldehyde
12 emissions, and it's voluntary.
13 BY MS. GREIF:
14      Q    Were those -- it was voluntary with regard to
15 travel trailers; is that correct?
16      A    Yes.
17      Q    Can we mark this as an exhibit, this document?
18      A    Yeah.  Do you want this?  What are we up to?
19           MS. DALY:  Can we go off for one second?
20           THE VIDEOGRAPHER:  Off the record at 12:37 p.m.
21           (Discussion off the record)
22           THE VIDEOGRAPHER:  Back on the record at 12:38
23 p.m.
24 BY MS. GREIF:
25      Q    We just marked that previous document that would