# Transcript of the Testimony of
# Videotaped Deposition of Damien Serauskas, PE

### Date taken: October 22, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 149

1       Do you think that considering the
2  fact that this unit was occupied for 14
3  months and that the purpose of all these
4  regulations about heating and
5  air-conditioning systems are to provide for
6  a safe environment for people to live in, do
7  you think that the standards for -- HUD
8  standards for housing, at least in mobile
9  homes, should be followed?
10      A.   Again, I am not in the regular
11 practice of designing travel trailers, but,
12 no, HUD designed criteria specifically for a
13 completely different kind of structure
14 environment.
15      Q.   Why is that?
16      A.   Well, codes and standards --
17      Q.   What is that?  What is the
18 difference?
19      A.   Well, codes and standards for
20 everything, we have codes and standards that
21 deal with aircraft hangars, that deal with
22 high-rise buildings, that deal with
23 residential buildings.  HUD has one that
24 deals with manufactured housing, for
25 example.

Page 150

1  Because they are all different
2  animals, they have to adhere to different
3  requirements.  And the only one specifically
4  for travel trailers that I uncovered in my
5  research, and that even Mr. Ritter asserts
6  to in his report, is NFPA 1192.
7     Q.   That's vehicles?
8     A.   I'm sorry?
9     Q.   Is that vehicles?
10    A.   Travel trailers.
11    Q.   Yes.
12    A.   Yes.
13    Q.   1192, that's for --
14    A.   Travel trailers.
15    Q.   -- travel trailers?
16    A.   That's correct.  It's Standards
17  for Recreational Vehicles.
18    Q.   Standards for Recreational
19  Vehicles.
20    A.   Right, exactly.
21    Q.   But that's not really what I asked
22  you.  I didn't ask you which standards
23  apply.
24         I asked you:  Does it make sense
25  to you that since the purpose of standards