# Deposition of

## ROBERT WOZNIAK

## RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

*Taken On*
*October 6, 2009*

**Transcript provided by:**

**HUTCHINGS**℠
COURT REPORTERS, LLC
CSR 649

**GLOBAL LEGAL SERVICES**

**800.697.3210**

Page 23

| Time | Line | Text |
|---|---|---|
| 13:19 | 1 | was never made aware of any of those findings, nor were |
|  | 2 | you provided with any reports until a couple months ago; |
|  | 3 | correct? |
|  | 4 | MR. MILLER: Objection. Compound. |
| 13:19 | 5 | Mischaracterizes witness's testimony. |
|  | 6 | THE WITNESS: I had not physically seen those |
|  | 7 | reports, but the testing was done by Enterprises, and |
|  | 8 | the person that gave me direction on what to do for the |
|  | 9 | low formaldehyde-emitting products was an Enterprises |
| 13:19 | 10 | employee. |
|  | 11 | MR. BENCOMO: |
|  | 12 | Q. What's Enterprises? Fleetwood Enterprises |
|  | 13 | you're referring to? |
|  | 14 | A. Yes. |
| 13:19 | 15 | Q. And what's the difference between manufactured |
|  | 16 | housing and travel trailers? |
|  | 17 | A. I'm going to fall back on definitions that I |
|  | 18 | believe are industrywide. |
|  | 19 | A manufactured house is something that is currently |
| 13:19 | 20 | built to the housing and urban development requirements. |
|  | 21 | A recreational vehicle is defined within NFPA 1192, |
|  | 22 | and the travel trailer is one of the subsets of a |
|  | 23 | recreational vehicle. |
|  | 24 | Q. After Hurricane Katrina and during the entire |
| 13:20 | 25 | time that occupants of FEMA travel trailers were |