UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc., et al.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF HEARING**

IT IS HEREBY ORDERED that Fleetwood Enterprises, Inc's Motion in Limine to Exclude References to Travel Trailers Failing to Meet Housing Codes is hereby set for hearing on the 2nd day of December, 2009 at 9:30 a.m..

This 15th day of November 2009.

                                         Respectfully submitted:

                                         */s/ Richard K. Hines, V*
                                         Richard K. Hines, V
                                         GA Bar No. 356300
                                         NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                         Atlantic Station
                                         201 17th Street, NW, Suite 1700
                                         Atlanta, GA  30363
                                         (404) 322-6000 (phone)
                                         (404) 322-6050 (fax)

                                         Jerry L. Saporito
                                         LA Bar No. 11717
                                         LEAKE & ANDERSSON, L.L.P.
                                         1700 Energy Centre
                                         1100 Poydras St.
                                         New Orleans, LA 70163-1701

(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery        ( )  Prepaid U.S. Mail

( )  Facsimile          ( )  Federal Express

(X)  CM/ECF

  New Orleans, Louisiana, this 15th day of November 2009.

             */s/ Richard K. Hines, V*
             Richard K. Hines, V
             Georgia Bar No. 356300
             richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)