UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: | | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | | * | |
| | | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | | * | |
| | | * | |
| | | * | MAG: CHASEZ |

*************************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC'S
MOTION TO EXCLUDE REFERENCES TO POST-KATRINA "PROTOTYPE"**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court to exclude evidence, testimony, and argument regarding the "prototype" manufactured housing that one Fleetwood facility attempted to manufacture post-Katrina in order to determine whether Fleetwood would consider bidding on any future FEMA contract. This motion is supported by the memorandum of law filed contemporaneously therewith and by the following:

Exhibit A: Deposition of Steve Smith taken November. 3, 2009 (excerpt pages 7, 9, 66, 72, 73, 74, 75, 134).

Exhibit B: Deposition of William Farish taken November 4, 2009 (excerpt pages 8, 10).

This 15th day of November 2009.

Respectfully submitted:

*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700

Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery              ( )    Prepaid U.S. Mail

( )    Facsimile                   ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 15th day of November 2009.

                                    /s/ Richard K. Hines, V
                                    Richard K. Hines, V
                                    Georgia Bar No. 356300
                                    richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)