Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER        )   MDL NO. 07-1873
                           )
FORMALDEHYDE PRODUCTS      )   SECTION:  "N" (5)
                           )
LIABILITY LITIGATION       )   JUDGE ENGELHARDT

VIDEOTAPED AND ORAL DEPOSITION OF

STEVEN SMITH

VOLUME 1

    VIDEOTAPED AND ORAL DEPOSITION OF STEVEN SMITH, a witness produced at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of November, 2009, from 9:15 a.m. to 12:57 p.m., before Mary LaBounty, a Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at Associated Court Reporters, 425 Austin Avenue, 14th Floor, Waco, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record.

Steven Smith                    I                    November 3, 2009

Page 7

1      A.   Yes.
2      Q.   Could you please give me your current
3   employment.
4      A.   I am not employed at this -- at this time.
5      Q.   Have you ever been employed by Fleetwood?
6      A.   Yes, I was.
7      Q.   When did you cease being an employee of
8   Fleetwood?
9      A.   August 17th of 2009.
10     Q.   And when we use the term "Fleetwood," what
11  does that mean to you?
12     A.   Fleetwood Enterprises, the company, and I
13  worked with the manufactured-housing division.
14     Q.   And what was your title with Fleetwood?
15     A.   My last title was vice president of the
16  western region.
17     Q.   Did you ever do anything with regard to trend
18  analysis?
19     A.   As director of service, we consistently
20  followed trends.
21     Q.   And when I talk about trends, that's like
22  repairs or warranty plans.  Is that what you mean by it?
23     A.   That, as well as market, market share.
24     Q.   Were you employed by Fleetwood in 2005?
25     A.   Yes, I was.

Page 9

1    12.
2         Q.   And where is that located?
3         A.   On Gholson Road in Waco, Texas.
4         Q.   And is there a particular model of mobile home
5    they manufacture there or manufactured homes?
6         A.   A variety.
7         Q.   What are some of the models that they
8    manufacture there?
9         A.   They build 28-wide, 32-wide, 14-wide, 16-wide,
10   18-wide.
11        Q.   When you were vice president of the western
12   region for Fleetwood, did you have any responsibility or
13   oversight for any of the manufacture warranty claims or
14   anything else related to travel trailers manufactured by
15   Fleetwood?
16        A.   None, whatsoever.
17        Q.   What were your duties as vice president for
18   the western region for Fleetwood?
19        A.   Oversight of the western region manufacturing
20   plants.
21             THE REPORTER:  Manufacturing?
22             THE WITNESS:  Plants.
23        Q.   (By Mr. Pinedo)  And which manufacturing
24   plants were those?
25        A.   Initially it was Washington; Oregon; Woodland,

Page 66

1    the amount of formaldehyde that their workers were being
2    exposed to in the various positions that you held as
3    plant manager, plant superintendent?
4         A.   At different times there was measurements of
5    air quality which I assume would include dust and any
6    contaminants in the air.
7         Q.   And who would have done those measurements?
8         A.   Either the environmental department or they
9    may have used a third party to do the measuring.
10        Q.   Do you know if, indeed, formaldehyde was one
11   of the things that they measured?
12        A.   I don't know that -- don't recall that.
13        Q.   Does Fleetwood have their own apparatus to
14   which they can measure the amount of formaldehyde in the
15   plant at any time that you worked for them?
16        A.   Yeah.  At the end, yeah, they did.
17        Q.   What kind of apparatus machines or devices did
18   Fleetwood have to measure the amount of formaldehyde?
19        A.   It was a meter.  I can't recall the name of
20   it.  You put a cartridge in and take a reading over a
21   period of time.
22        Q.   Do you know if that was called Formaldemeter,
23   Draeger meter or anything like that?
24        A.   I can't recall the name of it.
25        Q.   And what time frame did Fleetwood have that

Page 72

1    FEMA standard, but it was very, very low if I recall.
2    It was what convinced us we didn't have to go real far
3    to get there.
4          Q.  Do you have any idea what it was?
5          A.  It would be a guess because there's numbers
6    running all over -- all over my head.
7          Q.  But you're telling me that Fleetwood would not
8    have to make many changes to get their standard --
9    standard manufactured home as completed in 2008 or 2009
10   to meet the new HUD standard?
11              MS. DALY:  Not the new HUD.
12              THE REPORTER:  I'm sorry?
13              MS. DALY:  You said "HUD."  You were
14   talking about FEMA.  He was talking about FEMA.
15         Q.  (By Mr. Pinedo)  Okay.  Let me start over.
16   Your test --
17         A.  We --
18              MS. DALY:  Let him re-ask it because that
19   question was --
20         Q.  (By Mr. Pinedo)  Your testimony was that FEMA
21   didn't have to do much to -- let me start over.  You
22   don't think Fleetwood would have to do much to make
23   their standard manufactured housing unit in late 2008 or
24   early 2009 to meet the new FEMA standard?
25         A.  Well, we determined that it was feasible --

Page 73

1    that it would be expensive because the products that
2    were substituted are not available or readily available.
3         Q.   Well, I want to go back to the one that was a
4    standard unit off the line because I understand there
5    was one with alternate materials, and then I understand
6    you said there was a standard one off the line.  And the
7    determination was, there wouldn't need to be many
8    changes made to it to make it meet the FEMA standard
9    because you understood the level was already very low.
10        A.   Correct.
11        Q.   Was there a third or fourth test?
12        A.   There were tests that were done immediately on
13   coming offline, and then after following the protocol
14   that FEMA lined up for how the test was done -- same --
15   same unit, different -- different time periods.
16        Q.   Did you observe or did it come to your
17   awareness that the amount of formaldehyde decreased as
18   time passed?
19        A.   It did very rapidly.
20        Q.   Do you know in total how many of these tests
21   were done?
22        A.   No.
23        Q.   Do you know anybody else -- anybody who was
24   involved in these tests?
25        A.   We had plant region people perform them, but

Page 74

1    there were different people that did tests at different
2    times.
3        Q.   Do you know the names of any of these
4    individuals?
5        A.   Bert McKedda was one of them and Jack Cheney
6    was the other.
7        Q.   And what are their titles?
8        A.   Jack Cheney was service manager at the Texas
9    facility, and Bert McKedda was region director of
10   service for the west region.
11       Q.   The materials that were used in this alternate
12   trailer that was below the standard when it was tested,
13   those materials have been available for some period of
14   time, haven't they?
15       A.   They weren't available then.  We had to make,
16   create and do offline work to basically create them.
17   You cannot buy them off the shelf today.
18       Q.   And what materials did Fleetwood create for
19   that unit?
20       A.   Trim, door trims, moldings was the -- was the
21   basic ones -- cabinet materials.
22       Q.   Well, cabinets have been made out of wood --
23   natural wood for some period of time, haven't they?
24       A.   They have, but they're -- they're not
25   finished, or if they're finished, they're not -- there's

Page 75

1    not matching moldings and things that meet and would
2    work in our assembly process readily.
3        Q.   And do you know of any similar tests being
4    done for travel trailers?
5        A.   I have no idea what travel trailers has done.
6             MR. PINEDO:  How much time do we have on
7    this tape?
8             THE VIDEOGRAPHER:  Eight minutes.
9             MS. DALY:  Do you need a break?
10            THE WITNESS:  I'm cool.  It's up to you.
11            MS. DALY:  Okay.
12            MR. PINEDO:  Adam, we have eight minutes
13   on this tape.  Do you want to start your questioning
14   while I shuffle my papers or we can go ahead and change
15   tapes?
16            MR. DINNELL:  Let's go ahead and change
17   tapes.
18            THE VIDEOGRAPHER:  Going off the record.
19   The time is approximately 11:16 a.m.
20                    (Recess.)
21            THE VIDEOGRAPHER:  Back on the record.
22   Today is Tuesday, November 3rd, 2009.  The time is
23   approximately 11:25 a.m.  This is tape three of the
24   video deposition of Steve Smith.
25       Q.   (By Mr. Pinedo)  Mr. Smith, before we took a

Page 134

1  Just stop.
2           MS. DALY: And -- excuse me. And you just
3  asked him if he even knew the specification for the
4  travel trailers, and he said, no.
5           MR. PINEDO: Okay. You've had your
6  speaking objection for the day.
7       Q.  (By Mr. Pinedo) Can you answer the question,
8  please?
9       A.  I personally don't think it's feasible to
10 build an all drywall travel trailer. I just -- just
11 room and doing it, I just can't see -- I just can't see
12 it happening.
13      Q.  Is that what went on in the prototype
14 manufactured home? It was all drywall?
15      A.  That was one of the changes, yeah -- one of
16 the components.
17      Q.  But you're aware there's other materials that
18 could be used for walls or panelling that are very low
19 or zero emitting formaldehyde products?
20          MS. DALY: Objection, lack of foundation.
21      A.  (By the witness) Without knowing what their
22 sizes -- what they're trying to build, I couldn't
23 recommend or state what materials they could or couldn't
24 use.
25      Q.  (By Mr. Pinedo) Besides the wall materials