237282rtFarishWilliam.txt

UNCERTIFIED REALTIME ROUGH DRAFT - DO NOT REMOVE HEADER

| | |
|---|---|
| 1 | UNCERTIFIED REALTIME COPY |
| 2 | IMPORTANT REMINDER:  IF YOU ARE GETTING AN INTERACTIVE REALTIME FEED FOR TODAY'S PROCEEDING, YOU MAY NEED TO |
| 3 | PURCHASE A LICENSING TOKEN.  Are you utilizing a Thomson West realtime program (LiveNote/Binder)?  Do you have a |
| 4 | software "subscription" licensing plan?  Visit www.livenote.com to purchase a licensing token for this |
| 5 | session, if applicable.  If you are using other software for your interactive realtime connection, please consult |
| 6 | your software vendor. |
| 7 | |
| | DISCLAIMER |
| 8 | |
| | CCP section 2025.540(b) provides that an uncertified |
| 9 | rough draft transcript either received by counsel during the actual proceeding ("realtime") or at any time prior |
| 10 | to the delivery of the final certified transcript "may not be used, cited, or transcribed as the certified |
| 11 | transcript of the deposition proceedings.  The rough draft transcript may not be cited or used in any way or |
| 12 | at any time to rebut or contradict the certified transcript of deposition proceedings as provided by the |
| 13 | deposition officer."  A similar prohibition is strongly inferred for the Federal Rules of Civil Procedure, Rule |
| 14 | 30(f)(1) which requires that the original certified transcript of a deposition be filed with the court for |
| 15 | intended purposes. |
| 16 | |
| 17 | |
| | CASE NAME:   IN RE: FEMA TRAILER |
| 18 | |
| 19 | DEPONENT:   WILLIAM FARISH |
| 20 | |
| | DATE TAKEN:   11-04-2009 |
| 21 | |
| 22 | REALTIME FILENAME:   237282-1 |
| 23 | |
| 24 | |
| 25 | |

HUTCHINGS COURT REPORTERS, LLC - GLOBAL LEGAL SERVICES
800.697.3210

UNCERTIFIED REALTIME ROUGH DRAFT - DO NOT REMOVE HEADER
Page 1

237282rtFarishWilliam.txt

1  CCP section 2025.220(a)(5) provides "[A]ny party or attorney requesting the provision of the instant visual
2  display of the testimony, or rough draft transcript [following the proceeding], shall pay the reasonable
3  cost of those services."  In addition, the individual requesting this service is agreeing to the purchase of
4  the certified transcript.

5  By this disclaimer, you have also been informed that you are not to share, give, copy, scan, fax, or in any way
6  distribute the realtime rough draft in any form (written or computerized) to any individual.  However, you may
7  have limited internal use to communicate this information to retained consultants/experts, co-counsel,
8  staff and your client; however, by this disclaimer you are being advised the Health Insurance Portability and
9  Accountability Act ("HIPAA") may be applicable to your election to distribute the record of this proceeding
10  which may contain Personal Health Information ("PHI").

11  THIS IS AN UNCERTIFIED REALTIME DRAFT THAT HAS BEEN PREPARED AND/OR PROVIDED IN A ROUGH FORMAT AT THE
12  SPECIFIC DIRECTION OF COUNSEL.   NO REPRESENTATION IS MADE ABOUT ITS ACCURACY.

13

14

15

16

17

18

19

20

21

22

23

24

25

2

HUTCHINGS COURT REPORTERS, LLC - GLOBAL LEGAL SERVICES
800.697.3210


UNCERTIFIED REALTIME ROUGH DRAFT - DO NOT REMOVE HEADER

1      THE VIDEOGRAPHER:  Good morning.  We are on the

2  record.  My name is Barbra Westmore.  I'm the video

Page 2

237282rtFarishWilliam.txt

|  |  |  |
|---|---|---|
|  | 13 | Q.  And were you working in the manufactured |
|  | 14 | housing end of the Fleetwood business? |
| 09:25 | 15 | A.  Yes.  That's correct. |
|  | 16 | Q.  Not the travel trailer? |
|  | 17 | A.  That's correct.  Only in manufactured housing. |
|  | 18 | Q.  How long did you work in the manufactured |
|  | 19 | housing end as opposed to maybe obtaining a job that |
| 09:25 | 20 | covered both manufactured housing and travel trailers? |
|  | 21 | A.  For my 21 years at Fleetwood, I was always in |
|  | 22 | manufactured housing side of things. |
|  | 23 | Q.  Now, who would your counterpart have been in |
|  | 24 | the travel trailer end of the business for Fleetwood? |
| 09:26 | 25 | A.  Well, after I got my last promotion, which was |

8

HUTCHINGS COURT REPORTERS, LLC - GLOBAL LEGAL SERVICES
800.697.3210

UNCERTIFIED REALTIME ROUGH DRAFT - DO NOT REMOVE HEADER

|  |  |  |
|---|---|---|
|  | 1 | to director of engineering on the housing side, my |
|  | 2 | counterpart would have been director of engineering on |
|  | 3 | the recreational vehicle side, would be Bob Wozniak. |
|  | 4 | Q.  And where was Mr. Wozniak located in relation |
| 09:26 | 5 | to you? |
|  | 6 | A.  We were both in Riverside corporate office, but |
|  | 7 | we were in separate buildings. |
|  | 8 | Q.  So there was a manufactured housing building, |
|  | 9 | if you will, and a travel trailer building? |
| 09:26 | 10 | A.  That's correct. |
|  | 11 | Q.  But all in the same campus? |
|  | 12 | A.  That's right. |
|  | 13 | Q.  And when did you first learn about |
|  | 14 | formaldehyde?  When is the first time you learned |

Page 8

237282rtFarishWilliam.txt

| | | |
|---|---|---|
| 09:26 | 15 | anything about formaldehyde? |
| | 16 | A. First awareness was probably maybe with Bendix |
| | 17 | back in the mid '70s, late '70s. All of us became aware |
| | 18 | of it more when HUD, Department of Housing and |
| | 19 | Development, started adding formaldehyde to the |
| 09:27 | 20 | construction standards and regulations. |
| | 21 | Q. Do you remember when that was? |
| | 22 | A. I thought, if I remember correctly, HUD got |
| | 23 | into it in '84 when their final regulations came about. |
| | 24 | But I could be wrong about that date. |
| 09:27 | 25 | Q. And what was your job title with Fleetwood in |

9

HUTCHINGS COURT REPORTERS, LLC - GLOBAL LEGAL SERVICES
800.697.3210

UNCERTIFIED REALTIME ROUGH DRAFT - DO NOT REMOVE HEADER

| | | |
|---|---|---|
| | 1 | 1984? You weren't there. |
| | 2 | A. I wasn't there yet. |
| | 3 | Q. So you were with Bendix at the time? |
| | 4 | A. Well, in '84 I would have been at Lancer |
| 09:27 | 5 | Brinkcraft in Wichita Falls, Texas. |
| | 6 | Q. When you came to Fleetwood, did you become |
| | 7 | aware of any issues pertaining to formaldehyde in any of |
| | 8 | the Fleetwood products, be they manufactured housing or |
| | 9 | travel trailers? |
| 09:28 | 10 | A. By the time I got to Fleetwood, formaldehyde |
| | 11 | just wasn't an issue in manufactured housing. It wasn't |
| | 12 | a service issue or -- the only issues I can remember |
| | 13 | were if -- making sure we had the labels on the |
| | 14 | products. And HUD made a change from -- on their label, |
| 09:28 | 15 | the label that goes inside the home. But, no, other |
| | 16 | than -- that was the only involvement we had. |

Page 9

237282rtFarishWilliam.txt

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 17 | Q.  How about manufactured housing?                    |
|       | 18 | A.  That was all manufactured housing.                 |
|       | 19 | Q.  Did you ever become aware of any testing that      |
| 09:29 | 20 | Fleetwood had undertaken pertaining to formaldehyde    |
|       | 21 | either prior to or subsequent to your employment with  |
|       | 22 | Fleetwood?                                             |
|       | 23 | A.  The only testing I know of was very recent         |
|       | 24 | testing done in Waco.                                  |
| 09:29 | 25 | Q.  And tell me when you say "very recent testing      |

10

HUTCHINGS COURT REPORTERS, LLC - GLOBAL LEGAL SERVICES
800.697.3210

UNCERTIFIED REALTIME ROUGH DRAFT - DO NOT REMOVE HEADER

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | in Waco," where in Waco and what was the testing that  |
|       | 2  | was done?                                              |
|       | 3  | A.  I can't remember which plant it was.  We had --    |
|       | 4  | Fleetwood had several plants in Waco.  But one of the  |
| 09:30 | 5  | plants was trying to produce a unit that would meet the|
|       | 6  | new FEMA requirements for ambient air formaldehyde. We |
|       | 7  | did some testing for that.  I say "we"; the company did|
|       | 8  | some testing for that.                                 |
|       | 9  | Q.  And was this manufactured housing or was this      |
| 09:30 | 10 | travel trailers?                                       |
|       | 11 | A.  Manufactured housing.                              |
|       | 12 | Q.  Do you remember what year that would have been?    |
|       | 13 | A.  I think 2007-2008, around there.                   |
|       | 14 | Q.  Were you still the director of engineering at      |
| 09:30 | 15 | the time?                                              |
|       | 16 | A.  Yes.                                               |
|       | 17 | Q.  What were the results of the tests that were       |
|       | 18 | undertaken at the plant in Waco?                       |

Page 10

237282rtFarishWilliam.txt

| | | |
|---|---|---|
| | 19 | A.  I don't remember the specifics.  And there were |
| 09:30 | 20 | probably several units produced.  And I think they |
| | 21 | tested them, and then they took things out or put things |
| | 22 | in and tested them again.  So I don't remember all the |
| | 23 | results in very much detail.  We were -- we were just |
| | 24 | monitoring and we weren't directing a test.  Engineering |
| 09:31 | 25 | wasn't directing the test. |

11

HUTCHINGS COURT REPORTERS, LLC - GLOBAL LEGAL SERVICES
800.697.3210

UNCERTIFIED REALTIME ROUGH DRAFT - DO NOT REMOVE HEADER

| | | |
|---|---|---|
| | 1 | Q.  Well, who was directing the test? |
| | 2 | A.  I think it was mainly our vice president of the |
| | 3 | western region, I think, at that time. |
| | 4 | Q.  Who would that have been? |
| 09:31 | 5 | A.  I think Steve Smith was mainly in charge of |
| | 6 | that. |
| | 7 | Q.  Well, did you ever have any meetings with |
| | 8 | Mr. Smith pertaining to the mode of testing or the |
| | 9 | results of the testing itself since you were the |
| 09:31 | 10 | director of engineering? |
| | 11 | A.  My staff was involved more than I was trying to |
| | 12 | interpret some of FEMA's protocols, how those really -- |
| | 13 | how those can be performed. |
| | 14 | Q.  And what is your understanding of what an |
| 09:32 | 15 | ambient air test is? |
| | 16 | A.  Well, it's just -- I don't know the exact |
| | 17 | equipment, but it's a way of sampling the air inside |
| | 18 | some area. |
| | 19 | Q.  A structure? |
| 09:32 | 20 | A.  Could be, yes. |

Page 11