Transcript of the Testimony of
# Videotaped Deposition of Thomas W. Fribley

## Date taken: October 21, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)

### *\*\*Note\*\**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username**
and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone: 504-529-5255**
**Fax: 504-529-5257**
**Email: reporters@psrdocs.com**
**Internet: www.psrdocs.com**

Page 14

1    your leaving the Marine Corps?

2         A.   Wife and child.

3         Q.   And in 1970 to 1971, you started

4    working for Triangle Home Products; is that

5    right?

6         A.   Yes, sir.

7         Q.   And that's a supplier to RV and

8    the mobile home industry; is that right?

9         A.   Yes, sir, it was.

10        Q.   And then you -- after that, you

11   worked for Suburban Manufacturing, which was

12   in a similar business from 1971 to 1975?

13        A.   Yes, sir, except they were just

14   for the RV industry.

15        Q.   And then from 1975 through 1980,

16   off and on during that period, you worked

17   for Coachmen Industries; is that right?

18        A.   I worked for Coachmen the whole

19   time, '75 through '80, yes, sir.

20        Q.   But you held various positions,

21   whether it was district marketing manager or

22   technical advisor and other positions; is

23   that right?

24        A.   Yes, sir.

25        Q.   And then from 1980 to 1981, you

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 15

1    worked for Pool Chevrolet?

2         A.   Yes, sir.

3         Q.   And then from 1981 to 1982, you

4    worked for Fan Coach Division; is that

5    right?

6         A.   Of Coachmen Industries, yes, sir.

7         Q.   1982 to 1983, you were a warranty

8    administrator for Sportscoach Manufacturing;

9    is that right?

10        A.   Division of Coachmen, yes, sir.

11        Q.   And then from 1983 to 1985, you

12   were working for Sportscoach Manufacturing

13   as national service manager; is that right?

14        A.   Yes, sir.

15        Q.   And then from 1985 to 1987, you

16   worked for MRV in Middlebury, Indiana; is

17   that right?

18        A.   A division of Coachmen, yes, sir.

19        Q.   And you were a warranty

20   administrator in that position; is that

21   right?

22        A.   I had a number of different titles

23   during that time period.

24        Q.   From 1987 to 1990, you worked for

25   Sportscoach Travelmaster Manufacturing; is

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)                Videotaped Deposition of Thomas W. Fribley

Page 16

1    that right?

2         A.   Yes, sir.

3         Q.   And during that period of time,

4    you were responsible for warranty claims; is

5    that right?

6         A.   I oversaw the processing of the

7    claims, yes, sir.

8         Q.   So how long have you been working

9    for Coachmen Industries?

10        A.   I worked for Coachmen until 2003

11   or '4.  The last two years with Coachmen, I

12   was semiretired and actually started my own

13   business.

14        Q.   And when did you start with

15   Coachmen?

16        A.   Originally, in 1975.

17        Q.   You also did some work in 1995 to

18   1996 for Destiny Motorhomes; is that right?

19        A.   That was also a division of

20   Coachmen, yes, sir.

21        Q.   From 1990 to 2004, you were

22   assistant vice president for technical

23   services for Coachmen; is that right?

24        A.   Yes, sir.

25        Q.   In 1981 to 2004, you were

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 17

1    continuously, during that period of time,

2    working for Coachmen Industries in various

3    capacities; is that right?

4         A.   Yes, sir.

5         Q.   In different divisions, whether it

6    Destiny Motorhomes or Sportscoach Travel

7    Master, etc., that was all related to

8    Coachmen Industries during that period of

9    time?

10        A.   Yes, sir.  All the way back to the

11   day I first started with Coachmen in '75.

12        Q.   You left Coachmen in 2004, but in

13   2002, you started your own business.

14        A.   Yes, sir.

15        Q.   And that business is Fribley

16   Technical Services, Inc.?

17        A.   Yes, sir.

18        Q.   And how would you describe the

19   work that Fribley Technical Services, Inc.,

20   does?

21        A.   A consulting company.  I do cause

22   and origin of fires, accident

23   reconstruction, training.

24             And at that point, we do a number

25   of litigation-related work in the Lemon Law

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 18

1    areas.  Mold remediation.  Just lots of

2    different things.

3         Q.    I see here, according to your

4    curriculum vitae, part of what Fribley

5    Technical Services, Inc., does is defense of

6    liability.  What does that mean, technical

7    defense of liability?

8         A.    That's the cause and origin of

9    fires, accident reconstruction, that sort of

10   thing.

11        Q.    Have you ever been involved in a

12   case regarding formaldehyde previously?

13        A.    No, sir.  Other than the class

14   certification case.

15        Q.    Did you give a deposition in that

16   case?

17        A.    No, sir.  I did not.

18        Q.    You authored a report in that

19   case?

20        A.    Yes, sir, I did.

21        Q.    And you have coauthored some

22   manuals for Coachmen or one of its

23   subdivisions; is that right?

24        A.    Subsidiaries, yes, sir.

25        Q.    Are those -- have you coauthored

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)                    Videotaped Deposition of Thomas W. Fribley

Page 18

1    areas.  Mold remediation.  Just lots of

2    different things.

3        Q.   I see here, according to your

4    curriculum vitae, part of what Fribley

5    Technical Services, Inc., does is defense of

6    liability.  What does that mean, technical

7    defense of liability?

8        A.   That's the cause and origin of

9    fires, accident reconstruction, that sort of

10   thing.

11       Q.   Have you ever been involved in a

12   case regarding formaldehyde previously?

13       A.   No, sir.  Other than the class

14   certification case.

15       Q.   Did you give a deposition in that

16   case?

17       A.   No, sir.  I did not.

18       Q.   You authored a report in that

19   case?

20       A.   Yes, sir, I did.

21       Q.   And you have coauthored some

22   manuals for Coachmen or one of its

23   subdivisions; is that right?

24       A.   Subsidiaries, yes, sir.

25       Q.   Are those -- have you coauthored

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 19

1    some owner's manuals for travel trailers?

2         A.    Yes, sir.

3         Q.    Have you coauthored some owner's

4    manuals for mobile homes?

5         A.    No, sir.

6         Q.    Have you done work in the area of

7    mobile homes?

8         A.    Coachmen owned a modular company

9    and a mobile home company, and I did some

10   cause and origin work for them.

11        Q.    You have never designed a travel

12   trailer, have you?

13        A.    Well, I designed a floor plan,

14   yes, sir.

15        Q.    Designed a floor plan for what

16   kind of travel trailer?

17        A.    My recollection is, it was a

18   23-and-a-half-foot bunk bed model.

19        Q.    And was that for Coachmen,

20   Sportscoach, MRV, who was that for?

21        A.    That was back in the early

22   Coachmen days.

23        Q.    Approximately when?

24        A.    Well, I want to say 1978-'79.

25        Q.    And do you remember the

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 20

1    designation of that model that you worked

2    on?

3         A.   Twenty-three-and-a-half-foot -- I

4    want to say it was a Crestliner travel

5    trailer.

6         Q.   Besides that travel trailer, have

7    you designed or worked on the design of any

8    other travel trailers?

9         A.   Yes, sir.

10        Q.   What others?

11        A.   I can't recall all of the

12   different ones.  I sat on the product

13   development committee for a number of years.

14        Q.   How long did you sit on the

15   product development committee?

16        A.   Gosh.  Well, the entire time I was

17   with the MRV company and also when I made

18   the switch to Coachmen corporate in 1990, I

19   worked in new product testing and

20   development that entire time.

21        Q.   But you weren't physically

22   involved in designing them, were you, you

23   were reviewing somebody else's designs?

24        A.   I was -- the only one that I

25   personally designed, drew the floor plan on

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 21

1    a napkin, basically, was in '77, that's

2    correct.

3         Q.   And how would you describe your

4    involvement with the design of travel

5    trailers after that point?

6         A.   From 1990 through my retirement

7    with Coachmen, we were involved with an

8    audit of every new product that was

9    developed and that was a part of my job with

10   the corporate engineering department.

11        Q.   When you say "audit," what do you

12   mean by audit?

13        A.   Audit is actually go in and look

14   at the finished product, look at the prints,

15   make sure that it conformed to what the

16   design requirements were.

17        Q.   So that audit really wasn't design

18   work, it was making sure it complied with

19   what the specifications were, whether it was

20   the size or the final finish on a product;

21   isn't that right?

22        A.   And the functionality, yes, sir.

23        Q.   Was any part of that audit the

24   amount of monitoring or determining the

25   amount of formaldehyde that was off-gassed

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 39

1      Q.   And in the last three years, the

2   only cases you are aware of where you

3   testified on behalf of the injured plaintiff

4   was the "Finch" case, the "Conley" case and

5   the "Plank" case; is that right?

6      A.   Yes, sir.

7      Q.   Let's talk about your work in the

8   class certification case.

9           What were you asked to do in the

10  class certification stage in the FEMA

11  litigation related to travel trailers?

12     A.   I was asked to review bills of

13  materials from a number of different

14  manufacturers, information from a number of

15  different manufacturers, actually toured

16  plants of a number of different

17  manufacturers --

18          (Brief discussion between reporter and

19  witness off the record.)

20     A.   -- manufacturing facilities of a

21  number of different manufacturers and

22  observed their manufacturing processes.

23     Q.   So you toured the plants, you

24  reviewed the bills of materials, and you

25  observed their manufacturing processes?

Page 40

1      A.   Yes, sir.

2      Q.   Did I miss anything?  Anything

3   else?

4      A.   There was a lot involved in that.

5   I recall spending a great deal of time.

6      Q.   And what's the summary of your

7   opinions that you had with regard to the

8   class certification stage?

9      A.   Lots of differences between

10   manufacturers.

11      Q.   Did you tour the plant of

12   Fleetwood relating to your work during the

13   class certification stage?

14      A.   Not specifically for that, but I

15   had been in the Fleetwood plant prior to

16   that.

17      Q.   On how many occasions had you been

18   to the Fleetwood plant?

19      A.   I want to say at least four.

20      Q.   Today, as you sit here, do you

21   recognize the odor of formaldehyde that has

22   been described by some as a pungent odor?

23          Do you recognize the odor of

24   formaldehyde?

25      A.   No, sir, I do not, not from the

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 44

1    the plant in Crawfordsville, and his name

2    was Errol Chaney.

3         Q.   He just asked you to come out?

4         A.   Yes, sir.  We sat on a couple of

5    RVI committees together.

6         Q.   When you say the Fleetwood

7    motorized unit, are we talking about -- what

8    kind of vehicle are we talking about?

9         A.   It was an American Series Coach

10   motor home.

11        Q.   And when you had those occasions

12   to go to the Fleetwood plant, on any of

13   those times, did you ever have the sensation

14   of your eyes burning or watering?

15        A.   No, sir.

16        Q.   Did you review bills of materials

17   for Fleetwood travel trailers in connection

18   with your work in the class certification

19   stage?

20        A.   Yes, sir.

21        Q.   Have you heard that there are wood

22   products that -- or alternate products to

23   use in travel trailers that emit very low or

24   zero formaldehyde?

25        MS. DALY:

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 67

1   more, like twice as much or three times

2   more?

3       A.   I can't say.  I know I took a lot

4   of time just reviewing documents.  There

5   were documents from, gosh, I want to say 15

6   or 20 manufacturers, and at that point, I'm

7   certain it was more time in that case than

8   this case.

9       Q.   Was Mr. Hines a principal attorney

10  that you were either talking to or

11  corresponding with during the class

12  certification stage?

13      A.   No.  I believe it was Weinstock.

14      Q.   Andrew Weinstock?

15      A.   I believe that was who I was

16  dealing with most of the time, yes.

17      Q.   But you also dealt with Mr. Hines;

18  is that right?

19      A.   My recollection is they were

20  handling the billing for that.

21      Q.   Was that Mr. Hines was taking care

22  to make sure your bill was being paid?

23      A.   I believe.  We sent the bills to

24  them.  I don't recall who paid them.  You

25  would have to ask my financial officer that.

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 68

1    Q.   And who is your financial officer?

2    A.   My wife.

3    Q.   Besides you and your wife, are

4    there any other employees of Fribley

5    Technical Services, Inc.?

6    A.   No, sir.

7    Q.   And 58194 Andrew Drive is the

8    address for Fribley Technical Services,

9    Inc.?

10   A.   Yes, sir.

11   Q.   Is that your home address as well?

12   A.   Yes, sir, it is.

13   Q.   Besides the Fleetwood plant, what

14   other recreational vehicle plants have you

15   toured?

16   A.   Coachmen, Sunny Brook, Dutchmen,

17   Four Winds -- wrong.

18        Keystone, Holiday Rambler.

19        Those are the ones that I can

20   recall right off the top of my head.  There

21   may have been others.

22   Q.   Have you ever toured a Forest

23   River plant?

24   A.   Yes, sir.  Thank you.  That's

25   another one.

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 43

1          Well, when you say that, I
2    received several things about class action
3    suits and just send in your name to be a
4    part of the class action suit and then they
5    send you a check for $2.30 or something like
6    that.
7          Q.   Right.   I'm talking about
8    something more than a class action suit.
9          A.   No, sir.
10         Q.   When you were touring the
11   Fleetwood plant, where was that located?
12         A.   I was in one in Crawfordsville,
13   Indiana, and one in Decatur, Indiana.
14         Q.   And those two plants you toured a
15   total of about four times?
16         A.   Yes, sir.
17         Q.   During those tours, did you
18   observe the manufacturer of Fleetwood travel
19   trailers?
20         A.   Yes, sir.
21         Q.   And what was the purpose of those
22   tours?
23         A.   One, I was involved with a
24   Fleetwood motorized product case in Decatur,
25   and then the other was a friend of mine ran

Page 44

1      the plant in Crawfordsville, and his name

2      was Errol Chaney.

3           Q.   He just asked you to come out?

4           A.   Yes, sir.  We sat on a couple of

5      RVI committees together.

6           Q.   When you say the Fleetwood

7      motorized unit, are we talking about -- what

8      kind of vehicle are we talking about?

9           A.   It was an American Series Coach

10     motor home.

11          Q.   And when you had those occasions

12     to go to the Fleetwood plant, on any of

13     those times, did you ever have the sensation

14     of your eyes burning or watering?

15          A.   No, sir.

16          Q.   Did you review bills of materials

17     for Fleetwood travel trailers in connection

18     with your work in the class certification

19     stage?

20          A.   Yes, sir.

21          Q.   Have you heard that there are wood

22     products that -- or alternate products to

23     use in travel trailers that emit very low or

24     zero formaldehyde?

25          MS. DALY:

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 57

1    utilize.  There's been all sorts of things

2    that I would look at when I'm going through

3    a plant on what I consider an inspection or

4    a tour.

5         Q.    Did you observe the manufacturing

6    process for Fleetwood travel trailers?

7         A.    Yes, sir.

8         Q.    And in part of your observation,

9    did you notice the way the various wall

10   panels and the floors were configured and

11   attached to the frame?

12        A.    How the floor was attached to the

13   frame, yes, sir, and then how the sidewalls

14   attached to the floor, and then how the

15   ceiling attached to the sidewalls, and then

16   the front and back walls.

17        Q.    And describe that for me.

18        A.    My recollection is the plant that

19   I had toured, the sidewall -- the frame

20   was -- the floor is bolted onto the frame

21   from the top down.  They have used a type of

22   what I call light screw to screw them into

23   place.  Some manufacturers bolt, some use

24   light screws, which is basically a

25   self-tapping screw.

Page 61

1    recollection.

2         Q.   As far as you know, has the

3    manufacturing process for travel trailers by

4    Fleetwood remained the same?

5         A.   It's my understanding that it has,

6    yes, sir.

7         Q.   Is that something, generally, once

8    the manufacturing process is set up that it

9    continues in the same fashion unless there

10   is some clear decision to depart from it?

11        A.   Or a radically different product

12   that would change that, yes.

13        Q.   And the travel trailers that they

14   were producing at the time that you were

15   there in early 2000, they are a similar type

16   of product as the Dubuclet travel trailer;

17   isn't that right?

18        A.   It would be almost an identical

19   product to it, as far as the side room,

20   the -- the flooring structure, the I beam

21   frame.  Yes, sir.

22        Q.   And so you would expect that the

23   same manufacturing process that you observed

24   in the early 2000 time frame would be

25   consistent with the manufacturing process

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 62

1    that was used in the Dubuclet travel trailer

2    that was produced in March of 2006?

3         A.   Yes, sir.

4         Q.   You don't see any -- you're not

5    aware of any radical departure, nor are the

6    units radically different?

7         A.   No, sir.  There has really not

8    been a major change in our industry since

9    the late '60s, early '70s, when the

10   technology that you see today was actually

11   utilized back then.

12        Q.   Have you ever seen any articles

13   from like the 1980s that talked about the

14   problem of formaldehyde in travel trailers?

15        A.   No, sir.  I don't recall any

16   issues in the '80s time period.  I'm certain

17   I would have heard about it.  I was doing

18   all of the liability work for Coachmen at

19   that time.  And Coachmen built a lot of

20   travel trailers and fifth wheels.  I don't

21   recall ever having a complaint.

22        Q.   Would you describe the travel

23   trailer that the Dubuclets had as a fifth

24   wheel?

25        A.   No, sir.

Page 62

1    that was used in the Dubuclet travel trailer

2    that was produced in March of 2006?

3          A.   Yes, sir.

4          Q.   You don't see any -- you're not

5    aware of any radical departure, nor are the

6    units radically different?

7          A.   No, sir.  There has really not

8    been a major change in our industry since

9    the late '60s, early '70s, when the

10   technology that you see today was actually

11   utilized back then.

12         Q.   Have you ever seen any articles

13   from like the 1980s that talked about the

14   problem of formaldehyde in travel trailers?

15         A.   No, sir.  I don't recall any

16   issues in the '80s time period.  I'm certain

17   I would have heard about it.  I was doing

18   all of the liability work for Coachmen at

19   that time.  And Coachmen built a lot of

20   travel trailers and fifth wheels.  I don't

21   recall ever having a complaint.

22         Q.   Would you describe the travel

23   trailer that the Dubuclets had as a fifth

24   wheel?

25         A.   No, sir.

Page 63

1      Q.   And how do you distinguish a fifth

2  wheel?  Does it have a gooseneck on it that

3  goes inside the hitch, like on the back of a

4  truck?

5      A.   Yes, sir.  Like very similar to a

6  semi-hitch where the trailer comes and it

7  has a large pin and it has a receiver

8  platform.  That's considered a fifth wheel

9  style of hitching system.  They come in

10  all -- the fifth wheels come in all

11  different types and shapes and sizes.  Some

12  are an extension that come down to an actual

13  ball in the trailer, in the bed of the truck

14  also.  But it is actually that raised,

15  elevated area.

16      Q.   Now, when you were retained by

17  Richard Hines, the attorney for Fleetwood in

18  this case, that was sometime this summer; is

19  that right?

20      A.   I don't recall the exact date.

21      Q.   Approximately?

22      A.   Sometime this year.

23      Q.   How much are you billing for your

24  time in this case?

25      A.   My billing rate is $100 an hour

Page 64

1    for travel and investigative work, and $200

2    an hour for depositions and trial testimony.

3         Q.   And have you done some

4    investigative work in this case?

5         A.   Yes, sir, I came down and took my

6    72 photos.

7         Q.   And when did you do that?

8         A.   That was in June or July.

9         Q.   Of 2009?

10        A.   Of 2009, this year, yes, sir.

11        Q.   Do you remember how much time

12   transpired between when you were first asked

13   to work on this case and you did that

14   inspection in 2000 -- in July -- June or

15   July of 2009?

16        A.   It may have been August, I'm not

17   sure.  Sometime in that time period.

18        Q.   And what were you specifically

19   asked to do in this case, the Dubuclet case?

20        A.   Inspect the unit, look at it and

21   determine if it was built to applicable

22   codes and standards at the time of its

23   production.  Industry standards.

24        Q.   Inspect the unit and determine if

25   it was built to applicable codes and

Page 65

1    standards at the time it was manufactured?

2         A.   The industry standards, yes, sir.

3         Q.   Anything else?

4         A.   That's about all I can recall

5    right now.  I know I looked at it also and

6    used my moisture meter testing to see if

7    there had been moisture infiltration into

8    the coach.  I did that.

9         Q.   Anything else?

10        A.   That's about it.  That's all I can

11   remember.

12        Q.   And when you were requested to do

13   this work, was it always over the phone or

14   was there any letter setting forth what your

15   tasks or duties were?

16        A.   I don't recall.  Most of it was

17   over the telephone.  If there was a letter,

18   it would have been part of my file.

19        Q.   And I've been through the reliance

20   materials, and I didn't see any

21   correspondence to or from Nelson Mullins or

22   any attorneys.  Is that consistent with your

23   understanding or you think there might be

24   something else?

25        A.   If I said I remembered, I don't

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 97

1    what it's talking about here.  And you know,

2    part of this spec is that it has got to be

3    moved from place to place.

4         Q.   Well, sir, if you could just wait

5    until I finish my question and not talk over

6    me --

7         A.   I'm sorry.  I apologize.

8         Q.   -- it will be easier for the court

9    reporter.

10              At least as we see in this

11   specification, individuals from FEMA or

12   somebody from FEMA is describing it as a

13   home, aren't they?

14        A.   That's what it says, the document

15   says that.

16        Q.   And you don't have any prior

17   recollection of seeing this document?

18        A.   I may have seen this document.

19        Q.   Well, I understood part of your

20   task is to determine if this travel trailer

21   was built to applicable codes and standards

22   at the time it was manufactured; is that

23   right?

24        A.   To industry standards, and yes,

25   sir, it was.

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 100

1      Q.   Well, sir, based upon the

2  documents you have seen today in your

3  review, you cannot offer sworn testimony

4  that you know that this travel trailer met

5  FEMA specifications at the time it was

6  manufactured, can you?

7      A.   Not from these two documents.

8      Q.   Or from anything?

9      A.   My recollection is that it met the

10  disability requirement for the entry door

11  size, which is not a standard travel trailer

12  door.  That it met the toilet, the shower,

13  the electric baseboard heating.

14          Now, where I saw those

15  specifications, I do not recall.

16      Q.   But you don't know if these are

17  all the FEMA specifications that would apply

18  to this particular unit, do you?

19      A.   Those are the things that I

20  recall.  And no, I don't.

21      Q.   So you cannot offer sworn

22  testimony that, indeed, it met all the FEMA

23  specifications that existed at the date of

24  manufacture in March of 2006, can you?

25      A.   My testimony was that it met all

Page 101

1   the industry standards.

2       Q.   So you cannot offer sworn

3   testimony that it indeed met FEMA

4   specifications, can you?

5       A.   Until I saw the FEMA-specific

6   document, no, sir, I can't.

7       Q.   Well, you're not anticipating

8   doing any additional work in this case, are

9   you?

10      A.   I don't know.

11      Q.   Well, this is my opportunity to

12  ask you your opinions in this case.

13      A.   Yes, sir.

14      Q.   And as I understand it, you are

15  not offering the opinion that this trailer

16  met all the FEMA specifications?

17      A.   At that point, it is my feeling

18  that they did.  However, I don't have a

19  document that I can compare it to at this

20  moment to say that it did meet those.

21      (Brief discussion between reporter and

22  witness off the record.)

23          And at that point, I may do -- I

24  may be asked to do more work on this case to

25  see that FEMA document where it talks about

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)                    Videotaped Deposition of Thomas W. Fribley

Page 102

1    disabilities.  Coaches built prior to this

2    document of -- was it April of '06 or May of

3    '06?

4        MS. DALY:

5            April.

6        THE WITNESS:

7            April of '06.

8    EXAMINATION BY MR. PINEDO:

9        Q.   Well, this is my opportunity to

10   depose you, and I'm going to object to any

11   further work you do on this case because

12   this is the time for your opinions.  And I

13   understood from your testimony that your

14   charge was to see if it was built to all

15   applicable codes and standards at the time

16   it was manufactured.

17       MS. DALY:

18           Industry standards is what he

19   said.

20       THE WITNESS:

21           Industry standards, that's that I

22   stated, and it is.

23   EXAMINATION BY MR. PINEDO:

24       Q.   Okay.  So let me make sure I

25   understand this.  You're not going to offer

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 103

1    an opinion as to whether or not it met FEMA

2    specifications, are you?

3         A.   That's correct.

4         Q.   What industry standards existed

5    for emergency living units in March of 2006?

6         A.   The requirements were that it be

7    built to travel trailer standards, and it

8    did meet all travel trailer standards

9    regarding fire/life safety issues, fire

10   extinguishers, wire securement, LP line

11   securement, tire sizes, axles, all of those

12   things.

13        Q.   And when you say "the

14   requirements," what requirements are you

15   talking about?

16        A.   Industry requirements.

17        Q.   What industry requirements?

18        A.   The NFPA 1192 standard.

19        Q.   National Fire Protection Act?

20        A.   Yes, sir.  Fire/life safety codes.

21        Q.   It's now the National Fire

22   Protection Association, NFPA, correct?

23        A.   Yes, sir.  That was the

24   replacement for the ANSI standard.

25        Q.   Let's identify each standard that

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 104

1    you examined that you believe it met.  So

2    that's the NFPA 921, you said?

3          A.   No, sir.  That's not what I said.

4          Q.   Please tell me.  I want to make

5    sure I have it right.

6          A.   1192.

7          Q.   1192?

8          A.   Yes, sir.

9          Q.   And that relates to fire

10   extinguishers and things of that matter?

11         A.   It involves the whole recreational

12   vehicle, and it also gives you a listing to

13   other standards, NFPA 54 and NFPA 58.

14         Q.   So are you saying that NFPA 1192

15   incorporates, by reference, other NFPA

16   standards?

17         A.   That is correct, sir.

18         Q.   And those others that are

19   incorporated by reference are -- please

20   identify those.

21         A.   If I said I can remember them all

22   because there is also a number of ANSI

23   standards that are required, SAE standards

24   that are required that all fall into it.

25   And if I said I remembered all the numbers,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 105

1      no, sir, I do not.

2          Q.    All right.  What other standards

3      can you identify for us that you believe

4      applied in the industry that this travel

5      trailer complied with?

6          A.    Could you reread that question for

7      me, please?

8          Q.    Let me -- let me ask you a

9      different question.

10              You believe this travel trailer

11     complied with industry standards at the time

12     it was manufactured?

13         A.    Yes, sir.

14         Q.    Besides NFPA 1192 and the

15     standards that are incorporated by reference

16     in NFPA 1192, what other standards, is it

17     your opinion, that this travel trailer

18     complied with?

19         A.    Those would be the standards.  The

20     1192 standard is the standard for

21     recreational vehicles.

22         Q.    Other than 1192 and the standards

23     incorporated by reference, you're not

24     offering an opinion that this travel trailer

25     met any other standards, are you?

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)                    Videotaped Deposition of Thomas W. Fribley

Page 106

1        A.    Just the referenced standards, no,
2    sir.
3        Q.    Just the standards incorporated by
4    reference in NFPA 1192?
5        A.    And SAE standards, I believe they
6    are incorporated in that standard also.  Any
7    standard involved with the manufacturing
8    and, basically, I looked at clearance light
9    lenses --
10       (Brief discussion between reporter and
11   witness off the record.)
12       A.    -- I looked at clearance light
13   lenses and directional light lenses for
14   reflective requirements and saw that they
15   were all to the appropriate standards.
16       Q.    Well, that's what I'm trying to
17   do.  I'm trying to understand each standard
18   that you said it complied with.
19       A.    And you asked me the question, "Do
20   you remember them all," and I said I cannot
21   remember the numbers.
22       Q.    So let's do our best to try to
23   reconstruct which ones you do remember.
24            You said SAE standards.  Which SAE
25   standards are you referring to, either by

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 170

1    depending on where inside the unit you're

2    taking it.  If you're on the return side of

3    the air, then you could get a negative

4    Pascal.  If you're on the discharge side of

5    the air, you could have a positive Pascal.

6         Q.   How about if I'm away from the air

7    ducts?

8         A.   I don't understand the positive --

9    the positive versus negative Pascal.  Pascal

10   is a unit of measurement that -- you know,

11   I'm used to using the sloped tube manometer.

12   I don't recall ever measuring in the

13   slightest what the Pascal is.

14        Q.   Do you know what a manometer is?

15        A.   Yes, sir.

16        Q.   Did you use a manometer in

17   examining this vehicle?

18        A.   I did not.  I was not asked to do

19   that.

20        Q.   So you're not here to offer any

21   expert opinions on heating and

22   air-conditioning systems for this unit, are

23   you?

24        A.   No, sir.

25        Q.   You're not an expert in wood

1    that right?

2        A.    Yes, sir.

3        Q.    So you do not know the condition

4    of this travel trailer as it existed when

5    they moved in, do you?

6        A.    No, sir.

7        Q.    You do not know what damage

8    existed or didn't exist on this travel

9    trailer at the time they moved in in the

10   May-June 2006 time frame, do you?

11       A.    That's correct.

12       Q.    I'm going to show you what has

13   been marked as Exhibit 12, which is a photo

14   that we have taken from the packet of

15   photographs you brought with you today.  Is

16   this a photograph that you took?

17       A.    Yes, sir, it is.

18       Q.    And does that photo depict some

19   molding on the Dubuclet travel trailer?

20       A.    Yes, sir.

21       Q.    And is there any problem with the

22   molding that you observe in Exhibit 12?

23       A.    The molding itself, no, sir.

24       Q.    Is there anything else unusual

25   about what's depicted in Exhibit 12?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)       Videotaped Deposition of Thomas W. Fribley

Page 133

1        Q.    And as we look at photos Nos. 13

2    and 12 where we have the sealant that is

3    cracked, you don't if that crack indeed

4    existed when they moved out in 2007, do you?

5        A.    No, sir.

6        Q.    Now, you also took a moisture

7    meter that's called an Extech and took some

8    measurements of the Dubuclets' travel

9    trailer, didn't you?

10       A.    Yes, sir.

11       Q.    I'm going to show you what has

12   been marked as Exhibit 14.  Let me ask you,

13   is that a photo you took of the interior of

14   the Dubuclet travel trailer when you were

15   there on August 14, 2009?

16       A.    Yes, sir.

17       Q.    Does that reveal the Extech

18   apparatus you used in the travel trailer?

19       A.    Yes, sir.  The Extech MO100.

20       Q.    And that gives you a reading of

21   what, the humidity, the moisture, what does

22   it give you a reading of?

23       A.    The percentage of moisture in the

24   wood product itself.

25       Q.    And what is the percentage of the

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 137

1    travel trailers, did you?

2        A.   I saw people moving the travel

3    trailers.  I don't know what they were

4    doing, but they were attaching and moving

5    the travel trailers.  I don't know if they

6    were maintaining them or not.  It didn't

7    appear that they had any maintenance.

8        Q.   Suffice it to say, if there is

9    some 10,000 travel trailers out there or

10   more, it didn't look like to you they had

11   any significant crew providing maintenance

12   to these travel trailers?

13       A.   I would have to agree with that

14   statement, yes, sir.

15       Q.   You're not able to offer sworn

16   testimony that the Dubuclets were negligent

17   in any regard with maintenance for the

18   travel trailer they were living in because

19   you don't know the condition that it existed

20   in after they moved out, do you?

21       A.   That's correct.

22       Q.   In paragraph 6 of your report, you

23   talk about water intrusion inside a screw

24   hole; isn't that right?

25       A.   Yes, sir.

Page 182

1        Q.    What does the term OEM mean?

2        A.    Original equipment manufacturer.

3        Q.    And so when you say non-OEM, what

4    does that mean?

5        A.    It means it was not originally

6    installed as a part of the coach.

7        Q.    So, in other words, when it left

8    Fleetwood, that was not something that was

9    there?

10        A.    That's correct.

11        Q.    Okay.  And you used that term

12    earlier, I believe, in connection with some

13    of the questioning by Mr. Pinedo about

14    paragraph 6 that these were non-OEM holes.

15    Is that what you meant?

16        A.    Well, the two screw holes down at

17    the bottom, I thought I had put non-OEM also

18    in there, but I don't see that word there

19    and it should be there.

20        Q.    Yes.  Two entries below what we

21    were just reading on page 2 of Exhibit 2, it

22    says, "Screw holes (2) in lower metal rear

23    of entry door."

24              Correct?  Did I read that correct?

25        A.    Yes, sir.

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 183

1      Q.   Correctly.

2           Now, the two screw holes to which

3   you were referring on page 2, and in

4   paragraph 6, you're telling us those were

5   non-OEM, in other words, non-original

6   equipment manufacture, right?

7      A.   That's correct.

8      Q.   Okay.  It says on page 2, "In

9   lower metal rear of entry door."

10          They were not actually in the door

11  itself, correct, sir?

12     A.   No.  That's correct.

13     Q.   Okay.  And --

14     A.   They had penetrated the sidewall

15  of the trailer.

16     Q.   And when you say, "penetrated the

17  sidewall," do you know that they had

18  penetrated the interior envelope, if you

19  will, of the -- let me back up.

20          What does the term "the envelope

21  of the trailer" mean to you?  Or is it a

22  meaningful term to you?

23     A.   The exterior skins of the trailer

24  is what I would -- when you are talking

25  about envelope, the exterior metal skins on

Page 156

1        Q.    In this particular exhibit we have

2    before us that says, in Exhibit 15,

3    "Formaldehyde vapors in low concentrations

4    may be released," I want to ask you, based

5    upon your 30 years' experience in the

6    recreational vehicle industry, including

7    your work with travel trailers, and at least

8    ten years of knowing that formaldehyde

9    vapors are released in these units or in

10   these vehicles, what to you does that mean,

11   "low concentrations of formaldehyde"?

12       A.    To me, it doesn't mean anything.

13   Like I say, they don't quantify a low

14   concentration.  I didn't write the label.  I

15   don't know what their implied meaning was

16   other than saying that there can be low

17   emissions or a low percentage emission of

18   formaldehyde in their products.

19       Q.    So you're telling us that even

20   though you've been working in the industry

21   for 30 years and have known at least for ten

22   years that formaldehyde is released from

23   wood products used in travel trailers and in

24   recreational vehicles, that doesn't mean

25   anything to you, "low concentrations of

Page 141

1     the inside of the medicine cabinet in the

2     Dubuclet travel trailer?

3          A.    Yes, sir.

4          Q.    Do you know what that label said?

5          A.    My recollection is there was one

6     that talked about moisture and condensation

7     in the unit, but I'm not sure if that's the

8     one that was in the cabinet or in the

9     closet, or in the other door.  And then

10    there was another one that actually talked

11    about using formaldehydes in the coach.

12              There was a third label on the

13    entry door that somebody had drilled through

14    apparently when they put a deadbolt lock in

15    that talked about mercury in the unit.

16         Q.    I'm going to show you what has

17    been marked as Exhibit 15.  Does this appear

18    to be the label that was inside the medicine

19    cabinet of the Dubuclet travel trailer?

20         A.    Yes, sir, it does appear to be

21    that.

22         Q.    And it's entitled "Important

23    Notice."

24              Is that right?

25         A.    Yes, sir.

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 142

1      Q.   And it talks about formaldehyde

2   that's used in wood products in the travel

3   trailer; is that right?

4      A.   Yes, sir.

5      Q.   And in this warning, it states

6   that "Formaldehyde in some people may cause

7   eye, nose and throat irritation."

8           Is that right?

9      A.   Yes, sir.

10      Q.   Do you agree that formaldehyde as

11   it's released from wood products can cause

12   eye irritation?

13      A.   Yes, sir.

14      Q.   And you agree that formaldehyde as

15   it is released from wood products can cause

16   nose irritation?

17      A.   That's what the paper says.

18      Q.   And you agree with that?

19      A.   That's what it says, yes, sir.

20      Q.   This also states that formaldehyde

21   can cause throat irritation.  Do you agree

22   that formaldehyde released from wood

23   products can cause throat irritation?

24      A.   That's what it says, yes, sir.

25      Q.   This also states that formaldehyde

Page 143

1    can cause aggravation of allergies.  Do you

2    agree that formaldehyde released from wood

3    products can cause aggravation of allergies?

4         A.   Again, that's what it says.  I do

5    not know that, but that's what it says.

6         Q.   I know that's what it says.  Do

7    you disagree with that, that formaldehyde

8    released from wood products can cause

9    aggravation of allergies?

10        A.   It can possibly do that.

11        Q.   This also states that formaldehyde

12   can cause respiratory problems, such asthma.

13             Do you agree that formaldehyde

14   released from wood products can cause

15   respiratory problems such asthma?

16        A.   Once again, that's what the

17   document says.

18        Q.   Do you agree with that?

19        A.   Yes, sir.

20        Q.   Then it goes on to state, "Prior

21   ventilation should reduce the risk of such

22   problems."

23             Is that what it states?

24        A.   That's what it states.

25        Q.   Now, did you read the owner's

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 144

1    manual for the Dubuclet travel trailer?

2         A.   I have read the Fleetwood owner's

3    manual, but I don't recall it was one out of

4    the Dubuclet travel trailer.

5         Q.   And the Fleetwood owner's manual,

6    it doesn't provide for you what proper

7    ventilation is, does it?

8         A.   It's been a while since I've read

9    it.  I don't recall that.  It just says

10   "ventilation."

11        Q.   But you don't know what "proper

12   ventilation" is, do you?

13        A.   For me personally, I know what

14   proper ventilation is, yes, sir.

15        Q.   You don't know what "proper

16   ventilation" is with regard to what they're

17   describing here in this notice that's inside

18   of the medicine cabinet of the Dubuclet

19   travel trailer?

20        A.   Well, that's a series of warnings

21   from the various wood suppliers that

22   Fleetwood apparently put together.  And one

23   is from Champion International and the other

24   is from Georgia-Pacific and Weyerhaeuser.

25        Q.   My question to you is, are you

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)                    Videotaped Deposition of Thomas W. Fribley

Page 145

1    aware of anywhere that it is defined for

2    Elisha Dubuclet what "proper ventilation"

3    is?

4         A.   I'm trying to remember what was

5    stated in the owner's manual and I cannot

6    remember the verbiage.  But not on that

7    particular label, no.

8         Q.   You cannot sit here and testify

9    that you know that it was ever defined for

10   Elisha Dubuclet what "proper ventilation"

11   was, can you?

12        A.   No, sir, I cannot.

13        Q.   In this notice, it says,

14   "Formaldehyde vapors in low concentrations,"

15   it says, "This product contains urea

16   formaldehyde resin and may release

17   formaldehyde vapors in low concentrations."

18             Is that what the label says?

19        A.   Which paragraph are you on?

20        Q.   Second paragraph.

21        A.   Yes, that's what the paragraph

22   says.

23        Q.   Do you know what they mean by "low

24   concentrations"?

25        A.   No, sir, I don't.  I don't know.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)                    Videotaped Deposition of Thomas W. Fribley

Page 146

1          Q.    Do you have a concept of what a

2    low concentration of formaldehyde would be?

3          MS. DALY:

4               Objection, foundation.

5          THE WITNESS:

6               When you say "a concept" --

7    EXAMINATION BY MR. PINEDO:

8          Q.    Concept, understanding?

9          A.    An understanding for me would be

10   when it would affect my eyes.

11         Q.    A low concentration would affect

12   your eyes?

13         A.    I don't -- I don't know that.  I

14   don't know what a low concentration would

15   be, it may not affect you at all.

16         Q.    Do you have any understanding of

17   what a low concentration of formaldehyde

18   would be?

19         A.    If you had .0000000001 parts per

20   million, that's obviously a low

21   concentration.  But would it affect anybody?

22   I do not know.

23         Q.    So when they're talking about low

24   concentrations here, you don't know what

25   they're talking about?

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 147

1          A.    No, sir, I do not.

2          Q.    In your vitae, you set forth a

3     section called "Writings and Publications";

4     is that right?

5          A.    Yes, sir.

6          Q.    And some of the items that you had

7     participated in writing is the Sportscoach

8     Policy and Procedure Manual; is that right?

9          A.    Yes, sir.

10          Q.    In the Sportscoach Policy and

11     Procedure Manual, did you write anything

12     about formaldehyde?

13          A.    No, sir.

14          Q.    And you weren't the only writer on

15     that manual, were you?

16          A.    No, sir.  I believe I had a couple

17     of other guys working with me on it.

18          Q.    But that Sportscoach Policy and

19     Procedure Manual doesn't contain anything

20     about formaldehyde, does it?

21          A.    No, sir, it's not designed to.

22     It's how to conduct business between

23     Sportscoach and its dealerships.  It's how

24     to handle what Sportscoach warranties are,

25     what Sportscoach reimbursement policies

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 148

1    were, what the dealers' responsibilities

2    were.

3          Q.   But you also participated in

4    writing the Sportscoach 4 owner's manual,

5    didn't you?

6          A.   Yes, sir, I did.

7          Q.   And there's nothing in that

8    owner's manual about formaldehyde, is there?

9          A.   No, sir.

10          Q.   But in that particular unit, the

11    Sportscoach 4, it contained formaldehyde in

12    many wood products, didn't it?

13          A.   May have, yes, sir.

14          Q.   You also participated in writing

15    the Sportscoach 3 owner's manual, didn't

16    you?

17          A.   Yes, sir.

18          Q.   And that didn't mention anything

19    about formaldehyde, did it?

20          A.   Not that I recall.

21          Q.   You've never written any owner's

22    manual that contained any type of warning

23    about formaldehyde, have you?

24          A.   Yes, sir, in the latest owner's

25    manuals that Coachmen put out just before I

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 149

1    left, we had information regarding it then,

2    regarding formaldehyde.

3        Q.    And you said just before you left,

4    you left in 2004?

5        A.    Yes, sir.

6        Q.    So you and the other folks at

7    Coachmen thought it was important to include

8    a warning about formaldehyde in the owner's

9    manual?

10        A.    I know there was discussion

11    regarding it and airing of the unit.  I

12    don't recall that it specifically is a

13    warning or a warning label.

14        Q.    And why did Coachmen decide to do

15    that, put language in there about

16    formaldehyde?

17        A.    Don't recall.

18        Q.    And what do you recollect that

19    that language in the owner's manual said

20    about formaldehyde?

21        A.    It just talked about correct

22    airing of the unit, and I don't recall that

23    it said much about formaldehyde other than

24    there may be formaldehyde from -- if I said

25    I recalled the exact wording, I may not.

Page 150

1      Q.   I'm asking generally.  Do you know

2  if the word "formaldehyde" was used?

3      A.   I believe that it was; to my

4  recollection, it was.

5      Q.   So Coachmen thought it was

6  important to warn people about the existence

7  of formaldehyde in the travel trailers?

8      A.   I don't know that "warn" is the

9  word that discussed it.  There was

10  formaldehyde there.  There is in every

11  place.

12      Q.   But we're sitting in this room

13  here today and there isn't any warnings

14  about formaldehyde, is there?

15      A.   No, sir.

16      Q.   So the purpose of that warning or

17  advisory or whatever you would call it is to

18  alert people or inform them of a level of

19  formaldehyde that might cause some type of

20  harm or irritation to them; isn't that

21  right?

22      A.   It talked about airing of the

23  coach.  I do recall that.  I don't recall

24  the specifics of what the writing was.

25      Q.   But you would agree with me that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 151

1    if formaldehyde isn't harmful, there would

2    be no need to air the coach?

3        MS. DALY:

4            Objection, foundation.

5        THE WITNESS:

6            At that point, there is a need to

7    air a coach on a regular basis anyway just

8    to take the staleness out of the coach.

9    EXAMINATION BY MR. PINEDO:

10       Q.   But what you're telling me is,

11   there's a discussion about formaldehyde, and

12   in conjunction with that discussion, there

13   is something about airing out the coach;

14   isn't that right?

15       A.   I believe -- that's my -- that's

16   my recollection, yes, sir.

17       Q.   And it's your understanding the

18   purpose for discussing airing out the coach

19   is to deal with the formaldehyde level in

20   the coach?

21       A.   No, sir.  It was to deal with just

22   proper airing of the coach.  I don't recall

23   that it was a specific warning of

24   formaldehyde.  At that point, there may have

25   been wood products containing formaldehyde

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 152

1    and then I remember that -- the section on

2    airing.

3              I don't recall anything else.

4         Q.   What you recall in the manual for

5    Coachmen just before you left sometime in

6    the 2004 range, they included something in

7    their owner's manual that wood products emit

8    formaldehyde used in these units and then

9    there is a discussion about airing out the

10   units; is that right?

11        A.   I don't recall if they are that

12   close together or not, but it may refer you

13   to the airing and ventilating area in the

14   manual.

15        Q.   And the purpose of any such

16   reference would be that airing it out would

17   get rid of some of the formaldehyde in the

18   unit?

19        A.   Yes, sir.

20        Q.   And you would not be concerned

21   about getting rid of the formaldehyde in the

22   unit if formaldehyde was not harmful to the

23   human body, would you?

24        MS. DALY:

25              Objection, foundation.

Page 153

1      THE WITNESS:

2          No, but airing of the unit is a

3   common thing.

4   EXAMINATION BY MR. PINEDO:

5      Q.   I agree.  Airing of the unit is a

6   common thing.  But I'm asking you -- at

7   least it's a common thing that is mentioned

8   in these owner's manuals, right?

9      A.   Yes, sir.

10      Q.   But you would agree with me that

11   airing out the unit is either referred to or

12   referenced in the section about

13   formaldehyde?

14      A.   Yes, it would be.

15      Q.   And you would agree with me that

16   if there is formaldehyde in the unit, that's

17   one way to try to dissipate it?

18      A.   Yes, sir.

19          Could we take a break?

20   MR. PINEDO:

21          Take a break.

22   THE VIDEOGRAPHER:

23          We are off the record; it is 4:32.

24   (Recess.)

25   THE VIDEOGRAPHER:

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 154

1          Back on the record; it is 4:42.

2     EXAMINATION BY MR. PINEDO:

3          Q.   Sir, let's take a look, again, at

4     Exhibit 15.  There's an item I missed here.

5     It says, "Formaldehyde vapor may in some

6     people cause headaches."

7          Do you agree, as this notice

8     states, that formaldehyde may cause

9     headaches?

10         A.   Where is that?  Which paragraph?

11         Q.   The first paragraph.  It states,

12    "This product is manufactured with urea

13    formaldehyde resins.  Formaldehyde vapor may

14    in some people cause headaches."

15         Do you agree that formaldehyde

16    vapor may cause headaches?

17         A.   That's what it says, yes, sir.

18         Q.   So I just want to make sure,

19    you're saying you do agree that formaldehyde

20    may cause headaches?

21         A.   Yes, sir.

22         Q.   And you agree that formaldehyde

23    vapor not only may cause headaches, it may

24    also cause eye irritation, nose irritation,

25    throat irritation, aggravate allergies,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 155

1    cause respiratory problems, such asthma?

2    You agree with all of that?

3         A.    That's what the document says,

4    yes, sir.

5         Q.    Well, I want to just make sure

6    we're clear.  I know that's what the

7    document says, but I am asking you if you

8    agree with that, that formaldehyde may cause

9    headaches, eye irritation, nose irritation,

10   throat irritation, aggravation of allergies

11   and respiratory problems, such as asthma?

12        MS. DALY:

13             Object to the foundation.

14        THE WITNESS:

15             Yes, sir.

16   EXAMINATION BY MR. PINEDO:

17        Q.    I know you've been working in the

18   recreational vehicle field for 30 years

19   plus; isn't that right?

20        A.    Yes, sir.

21        Q.    And you have testified that you

22   have known for at least ten years that

23   formaldehyde is released from wood products

24   used in recreational vehicles?

25        A.    Yes, sir.

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 156

1          Q.    In this particular exhibit we have

2     before us that says, in Exhibit 15,

3     "Formaldehyde vapors in low concentrations

4     may be released," I want to ask you, based

5     upon your 30 years' experience in the

6     recreational vehicle industry, including

7     your work with travel trailers, and at least

8     ten years of knowing that formaldehyde

9     vapors are released in these units or in

10    these vehicles, what to you does that mean,

11    "low concentrations of formaldehyde"?

12         A.    To me, it doesn't mean anything.

13    Like I say, they don't quantify a low

14    concentration.   I didn't write the label.   I

15    don't know what their implied meaning was

16    other than saying that there can be low

17    emissions or a low percentage emission of

18    formaldehyde in their products.

19         Q.    So you're telling us that even

20    though you've been working in the industry

21    for 30 years and have known at least for ten

22    years that formaldehyde is released from

23    wood products used in travel trailers and in

24    recreational vehicles, that doesn't mean

25    anything to you, "low concentrations of

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 157

1   formaldehyde"?

2       A.   No, sir.  I live in one four

3   months a year.

4       (Brief discussion between reporter and

5   witness off the record.)

6       A.   I live in one four months a year.

7       Q.   Let me ask you a separate

8   question.  Would you consider .1 parts per

9   million as a low concentration of

10  formaldehyde vapor?

11      MS. DALY:

12          Objection, lack of foundation.

13      THE WITNESS:

14          I'm not an air quality guy, so at

15  that point, you're asking the wrong man.  I

16  don't know what constitutes a low versus

17  high.  I can't recall what the standards

18  say, but I'm not an air quality guy.

19  EXAMINATION BY MR. PINEDO:

20      Q.   And if you don't know what a low

21  concentration is, you wouldn't expect

22  somebody who is just a layman who is living

23  in one of these travel trailers who hasn't

24  been working in the industry for 30 years to

25  know what a low concentration is either,

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 158

1    would you?

2         A.   No, sir.

3         Q.   I apologize, my copy is a little

4    light, so I have to look at the one that we

5    have marked.

6              In Exhibit 15, in the second

7    paragraph, it states, "Formaldehyde can be

8    irritating to the eyes and upper respiratory

9    system, especially" -- let me start over.

10             "Formaldehyde can be irritating to

11   the eyes and upper respiratory system of

12   especially susceptible persons, such as

13   those with allergies or respiratory

14   ailments.  Use adequate ventilation."

15             Is that what it states?

16        A.   Pretty close.  You left out a

17   "with."  "Use with adequate ventilation."

18        Q.   Okay.

19        A.   But pretty close.

20        Q.   All right.  Let me start over and

21   I'll just look at it together since this

22   copy is clearer.

23        A.   Sure.  I understand exactly what

24   you just said.

25        Q.   All right.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 159

1          A.    And I inserted "with" as we went

2     through it.

3          Q.    Okay.  Well, let's talk about

4     this.  They are telling people to use this

5     travel trailer with adequate ventilation?

6          A.    Yes, sir.

7          Q.    Can you tell the ladies and

8     gentlemen of the jury what is "adequate

9     ventilation" as they are discussing it here?

10          A.    This is written by Georgia-Pacific

11     Corporation.  And at that point, I'm not

12     sure what Georgia-Pacific means.  I know

13     what it would mean to me and that would be

14     to follow the ventilation as outlined in the

15     owner's manual.  Turning on the bat vents or

16     range hood or both to create enough

17     ventilation for comfort.

18          Q.    But you would agree with me that

19     it's never been defined for Elisha Dubuclet

20     what "adequate ventilation" is?

21          MS. DALY:

22               Objection, lack of foundation.

23          THE WITNESS:

24               I have read her deposition, and in

25     her deposition, she stated that she did not

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 160

1    receive the owner's manual.  At that point,

2    I believe she talked to somebody, so I can't

3    say what Mrs. Dubuclet -- I'm sorry, I'm

4    trying to get it out -- I cannot say that

5    she has no knowledge of what constitutes

6    ventilation in the coach.  Whether she

7    talked to FEMA and got some kind of a

8    statement from them on how to do it.  That's

9    my recollection.

10   EXAMINATION BY MR. PINEDO:

11        Q.   Well, we also have Leslie Picot

12   involved in that -- or Picot -- as well,

13   don't we?

14        A.   Yes, sir.

15        Q.   But you don't know of anywhere

16   where it was defined for them, either Elisha

17   Dubuclet or Leslie Picot, what "adequate

18   ventilation" was, do you?

19        MS. DALY:

20             Objection, lack of foundation.

21        THE WITNESS:

22             I would say that what my answer

23   was from before just stands out again.  If

24   they talked to somebody at FEMA and they got

25   instructions on how to do it, they would

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 161

1   have knowledge.  If they didn't -- and I

2   don't recall Mrs. Picot saying that she did.

3   EXAMINATION BY MR. PINEDO:

4       Q.   You don't know of anything in

5   writing that describes for the people who

6   lived in these travel trailers of what

7   "adequate ventilation" is, do you?

8       A.   No, sir.

9       Q.   I'm going to look again at your

10  copy because it's much clearer.  Again,

11  referring to Exhibit 15.

12          It states, "This product is

13  manufactured with urea formaldehyde resin

14  and will release small quantities of

15  formaldehyde."

16          My question to you is, based upon

17  your 30 years of experience in the industry

18  with travel trailers and recreational

19  vehicles, and your at least for ten years

20  knowing that the wood products used in these

21  travel trailers and recreational vehicles

22  emit formaldehyde, what does that mean to

23  you, "small quantities of formaldehyde"?

24      A.   Small quantities of formaldehyde.

25  It's something that you can live with.

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 162

1        Q.   If it's something you can live

2   with, is there any reason to put people on

3   notice of it?

4        A.   Yes.

5        Q.   Why is that?

6        A.   You guys.  Attorneys.

7        Q.   No, I'm being --

8        A.   I'm being honest.  That's why many

9   warnings are put in vehicles on a multitude

10  of different things.

11       Q.   Is just because of attorneys?

12       A.   And potential litigation, yes,

13  sir.

14       Q.   And don't you think that that has

15  something to do with safety?

16       A.   I have never had an issue with it

17  before in my 30 years.

18       Q.   You never had an issue with

19  formaldehyde --

20       A.   No, sir.  Other than walking into

21  a brand-new coach and having some burning of

22  the eyes.  As soon as I would ventilate that

23  coach, I had no problems.  My family has

24  never had any problems.

25       Q.   But at least you've already told

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 163

1    us that Coachmen, just before you left in

2    the 2004 time frame, changed their owner's

3    manual to say something about formaldehyde?

4        A.   Yes, sir.

5        Q.   Coachmen felt it was necessary to

6    say something about formaldehyde?

7        A.   At that point, I wasn't part of

8    Coachmen at that time.  And yes, I recall

9    putting something in.

10            Now, what it said, I don't know.

11   Did it call out a warning?  I do not know.

12   I don't recall it was more of a warning, it

13   was just an advisory that wood products emit

14   formaldehyde.

15       Q.   And you don't disagree with

16   putting people on notice about that, do you?

17       A.   No.

18       Q.   You said, "At that point, I was

19   not with Coachmen."

20       A.   I'm sorry?

21       Q.   I thought you said, "At that

22   point, I was not with Coachmen"?

23       A.   That's not what I said.

24       Q.   You were with Coachmen in 2004?

25       A.   Right at that time period, yes,

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 164

1    sir.

2        Q.   And just before you left, Coachmen

3    changed the owner's manual to provide some

4    type of information, advisory or warning to

5    the people who had these recreational

6    vehicles that there was formaldehyde in

7    them?

8        A.   You're saying "warning," I'm

9    saying "advisory."  There was something in

10   there that talks about formaldehyde, yes,

11   sir.

12       Q.   Well, let's do it differently

13   then.

14            Before you left Coachmen, they

15   changed the owner's manual to give some type

16   of information, advisory or whatever you

17   would call it, some kind of language that

18   told the people who were living in or using

19   these units that there was wood products in

20   them that emitted formaldehyde?

21       A.   Yes, sir.

22       Q.   And are you saying the only reason

23   they did that was because of lawyers?

24       A.   That's why we added a number of

25   warning labels to units.

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 165

1     Q.   I don't want to talk about a

2  number of warning labels, I want to talk

3  about where this language was added to the

4  Coachmen owner's manual.  Was the only

5  reason it was put there because of lawyers?

6     A.   I can't say that for sure.

7     Q.   You didn't draft the language, did

8  you?

9     A.   I was there when the language was

10  drafted.  I can't say what I put in or what

11  I didn't.  That was a while ago.

12     Q.   And if I have to ask somebody at

13  Coachmen why that language was put in there,

14  who should I ask?

15     A.   I can't remember her name.

16     Q.   What was her position?

17     A.   Owner's manual and manuals, and --

18  I can't remember her name.  I'm sorry.

19     Q.   It says here in Exhibit 15, in the

20  last paragraph, "This product is

21  manufactured with urea formaldehyde resin

22  and will release small quantities of

23  formaldehyde.  Formaldehyde levels in the

24  indoor air can cause temporary eye and

25  respiratory irritation and may aggravate

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)        Videotaped Deposition of Thomas W. Fribley

Page 166

1      respiratory conditions or allergies.
2      Ventilation will reduce indoor formaldehyde
3      levels."
4           A.   That's what it says, yes, sir.
5           Q.   Do you agree with that?
6           A.   Yes, sir.
7           Q.   It doesn't define what kind of
8      ventilation, how long to ventilate it or how
9      often to ventilate it, does it?
10          A.   No, sir.
11          Q.   As far as you know, the Dubuclets
12     were never told how often to ventilate, how
13     long to ventilate and how to ventilate their
14     travel trailer, were they?
15          A.   That's correct.
16          Q.   When we talk about this label that
17     we have marked as Exhibit 15, it's inside
18     the front door of the medicine cabinet;
19     isn't that right?
20          A.   Yes, sir, it's on the back of the
21     mirror part.
22          Q.   But the medicine cabinet itself
23     doesn't contain formaldehyde, does it?
24          A.   I don't know that.
25          Q.   This notice says, "Certain of our

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255                (504) 529-5255
New Orleans * Baton Rouge * Shreveport

f83986cc-ee48-4bce-a698-5dffa3bf106f

Page 167

1    Fluor product providers have advised us that

2    urea formaldehyde is used in the production

3    of particle board, hardwood plywood and

4    paneling."

5              Is that right?

6        A.    Yes, sir.

7        Q.    Now, that medicine cabinet is not

8    made out of particle board, hardwood plywood

9    or paneling, is it?

10       A.    No, sir.

11       Q.    It's made out of metal, isn't it?

12       A.    I'm not sure if it has got a

13   wooden liner behind the mirror.  That's why

14   I made my statement.

15       Q.    Assuming it's made out of metal,

16   metal doesn't emit formaldehyde, does it?

17       A.    Not to my knowledge, no, sir.

18       Q.    You're not an expert in heating

19   and air-conditioning systems, are you?

20       A.    I have installed furnaces in

21   recreational vehicles, I worked for Suburban

22   for almost five years and taught

23   manufacturers how to install furnaces,

24   conducting systems.

25              At that point, I had been in the

f83986cc-ee48-4bce-a698-5dffa3bf106f

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)          Videotaped Deposition of Thomas W. Fribley

Page 168

1    manufacturing end for 20-plus years, and at

2    that point, am very familiar with the

3    ducting systems utilized in recreational

4    vehicles.

5         Q.   So you're not an expert in heating

6    and air-conditioning systems, are you?

7         A.   That's not what I said.

8         Q.   You do consider yourself an

9    expert --

10        A.   I can fix anything anybody can

11   build.

12        Q.   Do you consider yourself an expert

13   in heating and air-conditioning systems?

14        A.   Yes, sir.  I teach people how to

15   repair them and how to install them at

16   times.

17        Q.   Do you know what the ventilation

18   rate is in this travel trailer?

19        A.   The ventilation rate of the travel

20   trailer itself?

21        Q.   Yes.

22        A.   Are you looking -- maybe our

23   terminology is not the same.  When you say

24   "ventilation rate," are you looking at air

25   exchanges?

f83986cc-ee48-4bce-a698-5dffa3bf106f