UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFEMDANT FLEETWOOD ENTERPRISES, INC.'S MOTION
IN LIMINE TO PROHIBIT ANY TESTIMONY, EVIDENCE,
OR ARGUMENT REGARDING NONPARTIES' MEDICAL ISSUES**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court to exclude all testimony, evidence, and argument regarding nonparties' medical issues on the grounds that such evidence is irrelevant and its admission into evidence would be unfairly prejudicial to Fleetwood. In support of this motion, Fleetwood also files it memorandum of law.

This 16th day of November 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.

1

New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery              ( )   Prepaid U.S. Mail

( )   Facsimile                  ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana, this 16th day of November 2009.

                                        */s/ Richard K. Hines, V*
                                        Richard K. Hines, V
                                        Georgia Bar No. 356300
                                        richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)