# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| DEBORAH PLEASANT, ET AL. )<br>Plaintiff )<br>v. )<br>CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, )<br>ET AL. )<br>Defendant )<br>) | Civil Action No. 2:09-cv-5314 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Sentry Insurance a Mutual Company
Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court
*Loretta G. Whyte*

*B. Gregory*
Deputy clerk's signature

Oct 23 2009
Date: _____

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Sentry Insurance Mutual Co.</u>, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>by certified mail</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>28, October, 2009</u>

Server's signature: [signature]

Printed name and title: <u>Lawrence J. Centola, Jr. Attorney</u>

Server's address: <u>600 Carondelet St., Suite 602, New Orleans, LA 70130</u>

October 22, 2009

***CERTIFIED MAIL: 7009 2250 0004 1429 0698*_*_

Through its registered agent for service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

      Re:    *Deborah Pleasant, et al. v Crum and Forster Specialty Insurance Company, et al.*
               EDLA, Case No: 09-5314

Dear Sir/Madam

    Please accept service on behalf of Sentry Insurance Mutual Company.

                             Very truly yours,

                             Lawrence J. Centola Jr.

LC:jld
See Enclosures

