Exhibit B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION


IN RE:  FEMA TRAILER       *  MDL NO. 1873

        FORMALDEHYDE       *

        PRODUCTS LIABILITY *  SECTION: N(4)

        LITIGATION         *  JUDGE:  ENGELHARDT


This Transcript Relates to:

Aldridge, et al.

v.

Fleetwood Enterprises, Inc., et al.




*   *   *

Deposition of Paul Hewett, Ph.D.

Thursday, October 29, 2009

*   *   *

Page 56

1    A.          Well, I hesitate to answer that because

2    then it gets into the area in which all parties have

3    agreed will not be part of or would not be part of

4    this October 26 report.

5    Q.          Fair enough.  That's what I wanted to make

6    sure.

7                Anything else is in the area in the "is

8    not part of"; is that correct?

9    A.          I would say so.  Originally I was retained

10   to do a statistical analysis and comparison.  Along

11   the way I was asked to comment upon declining

12   exposures over a period of time.

13               And then more recently as we discussed in

14   the deposition last week, I was asked to do an

15   analysis of the decay coefficients for the various

16   manufacturers.  That work that I have done is not

17   included in this report.

18   Q.          Fair enough.  That's what I wanted to make

19   sure we were clear.  And there's nothing else;

20   correct?

21   A.          Do you mean nothing else that I've been

22   asked to do that I haven't mentioned?

23   Q.          Yes, sir.  I'm sorry, it's one of those

24   lawyer questions.  Closing up the loop.

25                         MR. PINEDO:  I'm going to object to

Page 57

1    the form.  He has his report, Richard, which you have

2    in front of you.

3    A.            No, I don't think there are any other

4    analyses that I've been asked to do that you don't

5    know about.

6    BY MR. SHERBURNE:

7    Q.            Fair enough.

8                  Dr. Hewett, in any of the data that you

9    looked at, were there any data points or references in

10   any way that you could determine whether the trailers,

11   individual trailers, were tested, were units with a

12   slide-out side unit?

13   A.            Mr. Sherburne, I don't know that I could

14   identify such units unless somehow or another the VIN

15   code would indicate that; for example, those FEMA

16   units with the CJ or the CGJ1 designations, could it

17   be safely said that all of those had slide-out units,

18   or is this a hit and miss type of proposition?

19   Q.            That is the question, sir.  I really don't

20   know the answer to.  I'm asking is there anything in

21   there that tells you that it was a unit with a

22   slide-out as opposed to a non-slide-out unit?

23   A.            One would have to go back and inspect all

24   of the data fields for each case to try to ascertain

25   an answer to that question, Mr. Sherburne.  I'm not