UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER      * | | MDL NO. 1873 |
|          FORMALDEHYDE    * | | |
|          PRODUCTS LIABILITY * | | |
|          LITIGATION      * | | SECTION: N(5) |
| * | | |
| This Document Relates to:  * | | |
| *Dubuclet v. Fleetwood Enterprises, Inc., et al.* * | | |
| * | | JUDGE: ENGELHARDT |
| Case No. 07-9228         * | | |
| * | | |
| * | | MAG: CHASEZ |

*****************************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC.'S MOTION IN LIMINE REQUESTING THAT THE COURT ENTER ITS PRIOR RULINGS MADE IN THE *ALEXANDER* BELLWETHER TRIAL AS TO CERTAIN SIMILAR EVIDENTIARY ISSUES RELEVANT TO THIS MATTER**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood:) now respectfully moves this Court to enter in the *Dubuclet* matter its prior ruling made in the *Alexander* bellwether trial as to the following evidentiary issues which are also issues present in the *Dubuclet* case:

1. References to political proceedings as set out in Order 3029.

2. Events leading up to Hurricane Katrina as set out in Order 3018.

3. Fleetwood financial status/finances from FEMA sales as set out in Orders 3018 and 3019.

4. Ambient air standards as set out in Order 3069.

5. Chris DeRosa will not testify as an expert or render expert opinions as set out in Order 3067.

6. Inflammatory statements as outlined in Order 3018.

This 16th day of November, 2009.

        Respectfully submitted:

        /s/Richard K. Hines, V
        Richard K. Hines, V
        GA Bar No. 356300
        NELSON MULLINS RILEY & SCARBOROUGH, LLP
        Atlantic Station
        201 17th Street, NW, Suite 1700
        Atlanta, GA  30363
        (404) 322-6000 (phone)
        (404) 322-6050 (fax)

        Jerry L. Saporito
        LA Bar No. 11717
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        (504) 585-7500 (phone)
        (504) 585- 7775 (fax)

        Counsel for Fleetwood Enterprises, Inc.

**C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( ) Hand Delivery      ( ) Prepaid U.S. Mail

( ) Facsimile        ( ) Federal Express

(X) CM/ECF

  New Orleans, Louisiana, this 16th day of November, 2009.

           /s/Richard K. Hines, V
           Richard K. Hines, V
           Georgia Bar No. 356300
           richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)