September 17, 2009

**CERTIFIED MAIL: 7009 2250 0001 3449 8404**

CT Corporation System
5615 Corporate Blvd.
Ste. 400B
Baton Rouge, LA 70808

    Re:    *Dale Danastasio, et al. v Alliance Homes Inc, d/b/a Adrian Homes, et al.*
            WDLA, Case No: 09-01332

Dear Sir/Madam

Please accept service on behalf of Southern Energy Homes, Inc.

                        Very truly yours,

                        Lawrence J. Centola Jr.

LC:jdc
See Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Southern Energy Homes, Inc.
   Through its Agent for Service of Process
   **CT Corporation System**
   5615 Corporate Blvd. 400B
   Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _CT Corporation System_   ☐ Agent  ☐ Addressee
   _5615 Corporate Blvd_

B. Received by ( Printed Name )   C. Date of Delivery
   _Suite 400B_
   _Baton Rouge, LA 70808_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2250 0001 3449 8404

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7009 2250 0001 3449 8404

Southern Energy Homes, Inc.
Through its Agent for Service of Process
CT Corporation System
5615 Corporate Blvd. 400B
Baton Rouge, LA 70808

PS Form 3800, August 2006   See Reverse for Instructions

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE DANASTASIO, ET AL. <br> Plaintiff <br> v. <br> ALLIANCE HOMES INC, ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. 6:09-CV-01332-RFD-MEM <br> ) <br> ) |

### Summons in a Civil Action

To: **Southern Energy Homes Inc (Defendant)**

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Lawrence Joseph Centola
Hurricane Legal Center
600 Carondelet St Ste 602
New Orleans, LA 70130**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK

/s/ – Tony R. Moore

**ISSUED ON 2009-08-10 11:32:50.0 , Clerk USDC WDLA**

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09-CV-01332-RFD-MEM
**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on **Southern Energy Homes Inc (Defendant)**,

by: _____

    (1) personally delivering a copy of each to the individual at this place, _____ _____ or;

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                                 _____
                                                                             Server's signature

                                                                 _____
                                                                      Printed name and title

                                                                 _____
                                                                        Server's address