Exhibit A

# Transcript of the Testimony of
# Videotaped Deposition of Marco Kaltofen

## Date taken: June 16, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 165

1  know the concentration at an instantaneous time,
2  then you want to know the ventilation rate that
3  corresponds to it.
4       Q.   You raised an interesting point.  If you
5  have the concentration level, you don't need to
6  know the ventilation rate.
7            If the concentration level is taken from
8  the unit in an unventilated state, do you know the
9  concentration level of the unit when it is
10 ventilated?
11      A.   Actually, what you know is the
12 relationship between generation, which is what we
13 were actually discussing, concentration and
14 ventilation rate.  Of those three variables, only
15 two are independent.  You can calculate the third
16 from the other two.
17      Q.   Let me ask you, if you have one reading
18 from a trailer on a particular date and the
19 trailer is unventilated, windows and doors shut,
20 HVAC system not operating, and you have a level,
21 how do you know the ventilation rate of that
22 trailer?
23      A.   Well, you have to know the generation
24 rate.
25      Q.   Okay.  How do you know the generation