UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc., et al.* | * | |
| Case No. 07-9228 | * | JUDGE: ENGELHARDT |
| | * | |

*****************************************************************************

## CONSENT MOTION FOR LEAVE TO FILE OPPOSITION BRIEF OUT OF TIME

COMES NOW Movant Fleetwood Enterprises, Inc., and with the express consent of Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet and Fluor Enterprises, Inc., and hereby respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), to issue an Order accepting the filing of Fleetwood Enterprises, Inc.'s Opposition to Plaintiff's Motion to Exclude Testimony of Thomas Fribley (Rec. Doc. 7196), which was inadvertently filed out of time on Sunday, November 15, 2009.[1]  All parties consent to having this Opposition be deemed timely filed.  All parties further consent that Plaintiff's deadline to file her reply brief should accordingly be extended to Friday, November 20, 2009.

For the reasons stated herein, Fleetwood prays that this consent motion be granted.

This 16th day of November, 2009.

                        Respectfully submitted:

                        */s/ Richard K. Hines, V*
                        Richard K. Hines, V
                        GA Bar No. 356300
                        NELSON MULLINS RILEY & SCARBOROUGH, LLP

---

[1] Under this Court's Order dated November 10, 2009, Fleetwood's Opposition brief was due to be filed on Friday, November 13, 2009.  *See* Rec. Doc. 6787

Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)
jsaporito@leakeandersson.com
Counsel for Defendant Fleetwood Enterprises, Inc.

Consented to by:


*/s/ Raul R. Bencomo*
Raul R. Bencomo
LA Bar No. 2932
BENCOMO & ASSOCIATES
639 Loyola Avenue
Suite 2110
New Orleans, LA 70119
(504) 529-2929 (phone)
(504) 529-2018 (fax)
Ben_Law@bellsouth.net

Counsel for Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet


*/s/ Richard A. Sherburne*
Richard A. Sherburne Jr.
LA Bar No. 2106
Middleberg, Riddle & Gianna
450 Laurel St., Suite 1101
Baton Rouge, La. 70801
Ph: 225-381-7700
Fax: 225-381-7730
RSherburne@midrid.com

Counsel for Fluor Enterprises, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

|   |   |   |   |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | ( ) | E-Mail |

This 16th day of November, 2009.

*/s/ Richard K. Hines, V*
Richard K. Hines, V
Georgia Bar No. 356300

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

3