AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

Denyer Garrett, as Next Friend of Albert Beauford, a minor, et al.

|  | ) |
| --- | --- |
| Plaintiff | ) |
| v. | ) |
| Palm Harbor Homes, Inc. | ) |
| Defendant | ) |

Civil Action No. **09-4728**

**SECT. N MAG.5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Palm Harbor Homes, Inc.
C T Corporation System
251 E. Ohio Street Suite 1100
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

*B. Gregory*

Deputy clerk's signature

Date:     **Aug 06 2009**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 20, 2009

**_Via Certified Mail – Return Receipt Requested & Regular Mail_**
Palm Harbor Homes, Inc.
C T Corporation System
5615 Corporate Blvd. Suite 400B
Baton Rouge, LA 70808

RE:    Service for Denyer Garrett, as Next Friend of Albert Beauford, a minor, et al. v.
Palm Harbor Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause
No. 09-4728, in the USDC Eastern District of Louisiana.  This case will become part of
MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Palm Harbor Homes, Inc.. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1830 0004 6307 9392**
Status: **Delivered**

Your item was delivered at 12:00 pm on August 26, 2009 in BATON ROUGE, LA 70808. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.          No FEAR Act EEO Data     FOIA

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Palm Harbor Homes, Inc. by:

     (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

     (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

     (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

     (4) returning the summons unexecuted to the court clerk on _____ ; or

     (5) other (specify) Certified mail return receipt requested #70081830000463079392, Sent 8/24/2009,
Received 8/26/2009.  Registered Agent:  C T Corporation System 5615 Corporate Blvd. Suite 400B
Baton Rouge, LA 70808


My fees are $_____ for travel and $ _____ for services, for a total of $_____.


Date: 10/29/2009                                        _____
                                                                                Server's signature

                                                             Wynter Lee – Mass Tort Coordinator
                                                                          Printed name and title


                                                             2506 N. Port Ave. Corpus Christi, TX 78401
                                                                               Server's address