AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Middle District of Louisiana

Michael Brown, et al.

| | |
|---|---|
| Plaintiff | ) |
| v. | ) |
| Fleetwood Enterprises, Inc. | ) |
| Defendant | ) |

Civil Action No.  09-519

### Summons in a Civil Action

To: *(Defendant's name and address)*

Fleetwood Canada, Ltd.
Fleetwood Canada Ltd Registered Agent
70 Mount Hope St.
Lindsay ON, K9V 5G4,

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio

_____
Nick Lorio

*Beth Perry*   Name of clerk of court

July 30, 2009
Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@femadrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

October 27, 2009

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Fleetwood Enterprises, Inc.
The Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

RE:   Service for Michael Brown, et al. v. Fleetwood Enterprises, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 30, 2009 in Cause No. 09-519, in the USDC Middle District of Louisiana.  This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Fleetwood Enterprises, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Fleetwood Canada, Ltd.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70081830000115353184, Sent 10/28/0209,</u>
<u>Received 11/02/2009. Registered Agent: Fleetwood Canada Ltd Registered Agent 1029 Orange St.</u>
<u>Wilmington, DE 19801</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>11/16/2009</u>

_____
Server's signature

_____
Wynter Lee - Mass Tort Coordinator
Printed name and title

_____
2506 N. Port Ave. Corpus Christi, TX 78401
Server's address