Exhibit A

# PURCHASE ORDER

| PURCHASE ORDER NO. | REV | PAGE |
|---|---|---|
| 121796 | 3 | 1 |

*This purchase order number must appear on all invoices, packing lists, cartons and correspondence related to this order.*

*Continental Lumber*
*3125 Myers Street*
*Riverside, CA 92513-7638*
*(951) 351-3575   Fax: (951) 351-3606*

**SHIP TO:**
LONGVIEW WAREHOUSE & STORAGE
1601 W COTTON STREET
LONGVIEW, TX 75604
United States

**VENDOR:** ARGO FINE IMPORTS
3045 RIDGELAKE DRIVE SUITE 316
METAIRIE, LA 70056
United States

**BILL TO:**
CONTINENTAL LUMBER
3125 MYERS STREET
PO BOX 7368
RIVERSIDE, CA 92513-7638
United States

| CUSTOMER ACCT NO. | VENDOR NO. 1967 | SHIP VIA | |
|---|---|---|---|
| PAYMENT TERMS 1.0% 20 NET | FREIGHT TERMS | F.O.B. | |
| DATE OF ORDER/BUYER 04-JAN-06   C OXFORD | REVISED DATE/BUYER 23-FEB-06   C OXFORD | CONFIRM TO/TELEPHONE (504) 828-0943 | |

| ITEM | PART NUMBER DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1 | H3648084OV00 HWD- PLYWOOD,3.6MMx48x84",ME RANTI,OVL,LFE | 17-MAY-06 | 0 | SF | .201 | 0.00 | N |
| | ****************************** * This purchase order line CANCELLED on: 23-FEB-06 * * Original quantity ordered:        95760         * * Quantity CANCELLED:                            * ****************************** o SHIP TO: HAGERSTOWN TRANSLOAD 1016 VIRGINIA AVENUE HAGERSTOWN,MD 21740 United States ****************************** * This shipment CANCELLED on: 23-FEB-06     * * Original shipment quantity: 95,760         * * Quantity CANCELLED:         95,760         * ****************************** | | | | | | |
| 2 | H3648084OV00 HWD- PLYWOOD,3.6MMx48x84",ME RANTI,OVL,LFE | 17-MAY-06 | 95,760 | SF | .201 | 19,247.76 | N |

| | TOTAL | 19,247.76 |
|---|---|---|

*AUTHORIZED SIGNATURE*

Confidential

FLE-00002736

Page 1 of 1

## Oxford, Carole

| | |
|---|---|
| **From:** | Plyguyy@aol.com |
| **Sent:** | Tuesday, March 14, 2006 3:03 PM |
| **To:** | argoply@msn.com |
| **Cc:** | becky@argofineimports.com; debbie@argofineimports.com; Oxford, Carole |
| **Subject:** | Change in the routing of Fleetwood Orders |

Dear Don:

Per our conversation yesterday, please change the destinations on 3 Fleetwood purchase orders from Camden to New Orleans.

Fleetwood purchase order numbers 120821, 121796, and 121850, will now go to New Orleans (for Longview, Texas) instead of Camden.

Although our trucking will be $100 more per load, I do not want to raise the selling price to Fleetwood, because they have been a loyal customer. Therefore, note that the freight to Longview from New Orleans is $800, instead of the $700 to Hagerstown from Camden. This will help Fleetwood maintain the same price, and save them having to change purchase orders around, etc.

Use "In Transit" for these three loads, and make the necessary changes to send these loads to Longview, via New Orleans.

The selling prices will remain exactly the same as when the purchase orders were issued, the only change is the trucking freight, which we will absorb.

Thanks, and if you have any questions, give me a call.

Rgds,

Tom

03/14/2006

Confidential                                                                                    FLE-00002737

# PURCHASE ORDER

| PURCHASE ORDER NO. | REV | PAGE |
|---|---|---|
| 121796 | 0 | 1 |

*This purchase order number must appear on all invoices, packing lists, cartons and correspondence related to this order.*

*Continental Lumber*
*3125 Myers Street*
*Riverside, CA 92513-7638*
*(951) 351-3575   Fax: (951) 351-3606*

**SHIP TO:**

HAGERSTOWN TRANSLOAD
1016 VIRGINIA AVENUE
HAGERSTOWN, MD 21740
United States

**VENDOR:** ARGO FINE IMPORTS
3045 RIDGELAKE DRIVE SUITE 316
METAIRIE, LA 70056
United States

**BILL TO:**

CONTINENTAL LUMBER
3125 MYERS STREET
PO BOX 7368
RIVERSIDE, CA 92513-7638
United States

| CUSTOMER ACCT NO. | VENDOR NO. 1967 | SHIP VIA | |
|---|---|---|---|
| PAYMENT TERMS 1.0% 20 NET | FREIGHT TERMS | F.O.B. | |
| DATE OF ORDER/BUYER 04-JAN-06   C OXFORD | | REVISED DATE/BUYER | CONFIRM TO/TELEPHONE (504) 828-0943 |

| ITEM | PART NUMBER DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1 | H3648084OV00 HWD- PLYWOOD,3.6MMx48x84",ME RANTI,OVL,LFE | 20-APR-06 | 95,760 | SF | .201 | 19,247.76 | N |

| | | | | TOTAL | 19,247.76 |
|---|---|---|---|---|---|

*AUTHORIZED SIGNATURE*

Confidential

FLE-00002738

**CONTINENTAL LUMBER PRODUCTS, INC**

3125 MYERS STREET, P.O. BOX 7638
RIVERSIDE, CA 92532-7638

PHONE 909-351-3575, FAX 909-351-3721

SUPPLIER: *Argo - Tom*

SHIP TO: *Hagerstown #811*

**PURCHASE ORDER**

NO. *121796*

* OUR ORDER NUMBER AND COST BOOK NUMBER
MUST APPEAR ON ALL PAPERS AND PACKAGES.

SPECIAL REMARKS

CONFIRMING PHONE ORDER WITH
(DO NOT DUPLICATE)

| DATE OF ORDER | SHIP TO ARRIVE | F.O.B. | SHIP VIA | TERMS |
|---|---|---|---|---|
| 1/6/06 | 4/6/06 | | | 1% |

| QUANTITY | UOM | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 95,700 | | 36   48 X 84        LFL | .201 |
| | | H364808400(B) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PLEASE advise Car No. immediately when available / SHOW Continental lumber Products as shipper on B/L/SEND 3 copies of invoice and B/L

SUPPLIER: PLEASE sign one copy and return immediately to CLP, INC.

**CONTINENTAL LUMBER PRODUCTS, INC**
*Elizabeth A. Terrazas*

By:

Confidential

FLE-00002739



## Argo Fine Imports

## ACKNOWLEDGEMENT

3032 Ridgelake Drive · Suite 202 · Metairie, LA 70002
(504) 828-0943 · (504) 828-0946

| | |
|---|---|
| DATE: 01/18/2006<br>TO:   CONTINENTAL LUMBER<br>ATTN:CAROLE OXFORD<br>FROM:TOM LUCAS | REFERENCE:MAY ARRIVAL<br>AFI PO#:6763GOCA<br>VESSEL:TBA<br>VESSEL DUE:  / /<br>PORT:CAMDEN<br>TERMS:NET 10 DAYS<br>FREIGHT:PREPAID |

**THIS IS TO ACKNOWLEDGE YOUR PURCHASE ORDER # _121796._**

| PIECES | DESCRIPTION | SALES PRICE | TOTAL |
|---|---|---|---|
| 3420 | 3.4 48X84  OV/BT LFE | 201.000 | 19247.76 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 3420 | | | 19247.76 |

PLEASE ADVISE IF THE ABOVE INFORMATION IS INCORRECT.  PLEASE ISSUE YOUR
PURCHASE ORDER TO ARGO FINE IMPORTS, 3032 RIDGELAKE DRIVE, SUITE 202,
METAIRIE, LA 70002.  PLEASE REMIT TO: P.O. BOX 54288, NEW ORLEANS, LA. 70154.
NOTES:      FAX RELEASES TO MARKET TRANSPORT
               SHIP TO HAGERSTOWN, MD

*OUR BANK REQUIRES THIS FORM TO BE SIGNED AND RETURNED ASAP!*
ACCEPTED: PLEASE SIGN AND RETURN_____ _____
                              PURCHASE AGENT            DATE
                   THANK YOU FOR YOUR BUSINESS!

Confidential

FLE-00002740



**Argo Fine Imports**

**ACKNOWLEDGEMENT**

3045 Ridgelake Drive · Suite 316 · Metairie, LA 70002
PHONE:(504) 828-0943 · FAX:(504) 828-0946

REVISED
MAR 15 2006
ARGO FINE IMPORTS

| DATE: 01/18/2006 | REFERENCE:MAY ARRIVAL |
|---|---|
| TO:    CONTINENTAL LUMBER | AFI PO#:6763GOCA |
| ATTN:CAROLE OXFORD | VESSEL:TBA |
| FROM:TOM LUCAS | VESSEL DUE:  / / |
| | PORT:NEW ORLEANS |
| | TERMS:NET 10 DAYS |
| | FREIGHT:PREPAID |

**THIS IS TO ACKNOWLEDGE YOUR PURCHASE ORDER # _121796._**

| PIECES | DESCRIPTION | SALES PRICE | TOTAL |
|---|---|---|---|
| 3240 | 3.4 48X84  OV/BT LFE | 201.000 | 18234.72 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 0 | | 0.000 | 0.00 |
| 3240 | | | 18234.72 |

PLEASE ADVISE IF THE ABOVE INFORMATION IS INCORRECT.  PLEASE ISSUE YOUR
PURCHASE ORDER TO ARGO FINE IMPORTS, 3045 RIDGELAKE DRIVE, SUITE 316,
METAIRIE, LA 70002.  PLEASE REMIT TO: P.O. BOX 54288, NEW ORLEANS, LA. 70154.
NOTES:       FAX RELEASES TO MARKET TRANSPORT
                 SHIP TO LONG VIEW, TX REVISED 3-14-06
*OUR BANK REQUIRES THIS FORM TO BE SIGNED AND RETURNED ASAP!*
ACCEPTED: PLEASE SIGN AND RETURN _____     _____
                                    PURCHASE AGENT          DATE
THANK YOU FOR YOUR BUSINESS!

Confidential

FLE-00002741