Exhibit B



**PATRICK INDUSTRIES, INC.**
107 W. FRANKLIN • P.O. BOX 638
ELKHART, INDIANA 46515

Cust. Vin.-Waco (340)

PHONE: 254-7995717

**INVOICE**
WE THANK YOU FOR YOUR BUSINESS

| | |
|---|---|
| DIVISION: | 340 |
| INVOICE NUMBER: | 1329930 RI |
| INVOICE DATE: | 06/30/06 |
| SALES ORDER: | 967481 SO |
| SHIPPED DATE: | 06/27/06 |
| SALES PERSON: | SC |

**SOLD TO**
221487
Fleetwood T.T. Of Tx - #40
901 Fisher Road
P.O. Box 7909
Longview TX 75607

**SHIP TO**
221487
Fleetwood T.T. Of Tx - #40
901 Fisher Road
P.O. Box 7909
Longview TX 75607

Products with particle board or plywood are certified as complying with FMHCSS 3280.308, if ordered as such by customer
All sales subject to Patrick Industries' standard terms and conditions.

| CUSTOMER'S PO | SHIPPED VIA | TERMS | TAX CERTIFICATE | TAX ID |
|---|---|---|---|---|
| 40-130086 | FOB Destinatin (delivered) | 1% 10, Net 30 | 75-1330717 | |

| QUANTITY DELIVERED | ITEM NUMBER | DESCRIPTION | TOTAL UNITS | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 902.00 PC | 45006644 | MP 5/32X48X78 WISTERIA HAVEN   .004 LFE LAUAN G1S  G41-2020-11         1105635   Shipment: 00967481-00000003 | 23.4520  2442022 WO | 335.0000 MS | 7,876.42 |
| 554.00 PC | 45006643 | MP 5/32X48X96 WISTERIA HAVEN   .004 LFE LAUAN G1S  G41-2031-11         1105635   Shipment: 00967481-00000003 | 17.7280  2442023 WO | 330.0000 MS | 5,850.24 |

PAID JUL 14 2006
C154857
VOUCHER # 159040
DISC 1 % ON 718
NET CB 7-13-06

RECEIVED

| SHIPPER | APPROVED RETURNS SUBJECT TO A MINIMUM 20% RE-STOCKING CHARGE | | PAY THIS AMOUNT | 13,706.66 |
|---|---|---|---|---|

REMIT TO                              PLEASE RETURN THIS PAY STUB WITH REMITTANCE

Patrick Industries, Inc.
P.O. Box 905564
Charlotte,, NC 28290-5564

340       1329930 RI
          967481 SO
          221487
          Fleetwood T.T. Of Tx - #40
          901 Fisher Road
          P.O. Box 7909
          Longview TX 75607

| INVOICE TOTAL | 13,706.66 |
|---|---|