UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  			MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Fouth Supplemental and Amended Complaint (Rec. Doc. 5394) is **REFERRED** to the November 19, 2009 pre-trial conference.

New Orleans, Louisiana, this 16th day of November, 2009.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**