UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                 SECTION "N" (5)

THIS DOCUMENT RELATES TO
July 19, 2010 Keystone trial

## ORDER

**IT IS ORDERED** that David McGraw shall serve as the bellwether Plaintiff in the July 19, 2010 Keystone trial.

**IT IS FURTHER ORDERED** that, in the event that McGraw is rendered unable to serve in his capacity as bellwether plaintiff in this trial, Paul Lastrapes shall be the substitute bellwether plaintiff.

**IT IS FINALLY ORDERED** that the parties shall engage in pre-trial discovery and trailer testing on both of these selections (McGraw and his substitute, Lastrapes) and be ready to proceed to trial on July 19, 2010 on either of these selections.

New Orleans, Louisiana, this 16th day of November, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**