UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                          SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-5477

## ORDER

Plaintiffs' counsel has notified the Court that Plaintiff Elisha Dubuclet, individually and on behalf of Timia Dubuclet, has agreed to non-suit her claims against the United States and FEMA. Accordingly,

**IT IS ORDERED** that **Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint (Rec. Doc. 5395)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 16th day of November, 2009.

                                                         **KURT D. ENGELHARDT**
                                                         **UNITED STATES DISTRICT JUDGE**