UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-05580: *Biggs,
et al. v. Jayco, Inc., et al.*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

      The following Plaintiffs hereby dismiss their claims against all Defendants without

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

    1.     Tijuana Leigh Kimble, mother of S.B.

      No Defendant as of this date has served an answer or motion for summary judgment.

      Respectfully submitted this 16th day of November, 2009.

                         By:   /s/ James M. Priest, Jr.
                             James M. Priest, Jr.,
                             Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ James M. Priest, Jr.
James M. Priest, Jr.