Exhibit A

# Transcript of the Testimony of
# Stephen Smulski, Ph.D.

**Date taken: October 20, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 7259-1   Filed 11/16/09   Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Stephen Smulski, Ph.D.

Page 67

 1   answered that several times.
 2         MS. DALY:
 3             No, I don't think he has.
 4         MR. LAMBERT:
 5             Well, objection.
 6         MS. DALY:
 7             Okay.  You can have your
 8   objection.
 9         THE WITNESS:
10             Let me say this.
11   EXAMINATION BY MS. DALY:
12       Q   No, no.  Let me ask my question.
13       A   Please.
14       Q   Then you answer that.  My question
15   was this.  You have not done any study or
16   seen any travel trailer that uses the types
17   of products that you have just talked about,
18   correct?
19         MR. LAMBERT:
20             Objection.
21         THE WITNESS:
22             I have not.  However, whether
23   hardwood plywood is made with
24   urea-formaldehyde adhesive or some other
25   adhesive, there's no reason for me to

Case 2:07-md-01873-KDE-MBN   Document 7259-1   Filed 11/16/09   Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Stephen Smulski, Ph.D.

```
                                                    Page 68
 1   believe it's going to perform differently in
 2   a travel trailer.
 3            The same would be true
 4   particleboard or medium density fiberboard.
 5   The same would be true for a hardwood
 6   plywood panel that was overlaid on both face
 7   and rear with a vinyl overlay.
 8            There's no reason for me, based on
 9   my experience and knowledge, to believe that
10   it's going to perform any differently than
11   what was actually used in those units with
12   regard to the criteria you're asking about.
13   It's going to perform differently in terms
14   of emission of formaldehyde.
15   EXAMINATION BY MS. DALY:
16       Q    Okay.  But the fact remains that
17   you have never built one to see how it would
18   do?
19       A    That's correct.
20       Q    All right.  And you have never
21   done any tests with putting the overlayment
22   on the back side of the panel to see what
23   other effects that might have with respect
24   to condensation, cooling, energy use,
25   anything like that?
```