Exhibit B

# Transcript of the Testimony of
# Videotaped Deposition of Thomas W. Fribley

**Date taken: October 21, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)**

***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 103

1  an opinion as to whether or not it met FEMA
2  specifications, are you?
3      A.   That's correct.
4      Q.   What industry standards existed
5  for emergency living units in March of 2006?
6      A.   The requirements were that it be
7  built to travel trailer standards, and it
8  did meet all travel trailer standards
9  regarding fire/life safety issues, fire
10 extinguishers, wire securement, LP line
11 securement, tire sizes, axles, all of those
12 things.
13     Q.   And when you say "the
14 requirements," what requirements are you
15 talking about?
16     A.   Industry requirements.
17     Q.   What industry requirements?
18     A.   The NFPA 1192 standard.
19     Q.   National Fire Protection Act?
20     A.   Yes, sir.  Fire/life safety codes.
21     Q.   It's now the National Fire
22 Protection Association, NFPA, correct?
23     A.   Yes, sir.  That was the
24 replacement for the ANSI standard.
25     Q.   Let's identify each standard that

1  you examined that you believe it met.  So
2  that's the NFPA 921, you said?
3      A.   No, sir.  That's not what I said.
4      Q.   Please tell me.  I want to make
5  sure I have it right.
6      A.   1192.
7      Q.   1192?
8      A.   Yes, sir.
9      Q.   And that relates to fire
10 extinguishers and things of that matter?
11     A.   It involves the whole recreational
12 vehicle, and it also gives you a listing to
13 other standards, NFPA 54 and NFPA 58.
14     Q.   So are you saying that NFPA 1192
15 incorporates, by reference, other NFPA
16 standards?
17     A.   That is correct, sir.
18     Q.   And those others that are
19 incorporated by reference are -- please
20 identify those.
21     A.   If I said I can remember them all
22 because there is also a number of ANSI
23 standards that are required, SAE standards
24 that are required that all fall into it.
25 And if I said I remembered all the numbers,

Page 105

 1  no, sir, I do not.
 2       Q.   All right.  What other standards
 3  can you identify for us that you believe
 4  applied in the industry that this travel
 5  trailer complied with?
 6       A.   Could you reread that question for
 7  me, please?
 8       Q.   Let me -- let me ask you a
 9  different question.
10            You believe this travel trailer
11  complied with industry standards at the time
12  it was manufactured?
13       A.   Yes, sir.
14       Q.   Besides NFPA 1192 and the
15  standards that are incorporated by reference
16  in NFPA 1192, what other standards, is it
17  your opinion, that this travel trailer
18  complied with?
19       A.   Those would be the standards.  The
20  1192 standard is the standard for
21  recreational vehicles.
22       Q.   Other than 1192 and the standards
23  incorporated by reference, you're not
24  offering an opinion that this travel trailer
25  met any other standards, are you?

Page 106

```
 1      A.   Just the referenced standards, no,
 2   sir.
 3      Q.   Just the standards incorporated by
 4   reference in NFPA 1192?
 5      A.   And SAE standards, I believe they
 6   are incorporated in that standard also.  Any
 7   standard involved with the manufacturing
 8   and, basically, I looked at clearance light
 9   lenses --
10      (Brief discussion between reporter and
11   witness off the record.)
12      A.   -- I looked at clearance light
13   lenses and directional light lenses for
14   reflective requirements and saw that they
15   were all to the appropriate standards.
16      Q.   Well, that's what I'm trying to
17   do.  I'm trying to understand each standard
18   that you said it complied with.
19      A.   And you asked me the question, "Do
20   you remember them all," and I said I cannot
21   remember the numbers.
22      Q.   So let's do our best to try to
23   reconstruct which ones you do remember.
24           You said SAE standards.  Which SAE
25   standards are you referring to, either by
```

Page 107

1  number or by topic?
2       A.   Direction lights, clearance
3  lights, marker light requirements.  Those
4  are also DOT specifications.
5            Propane bottles are DOT
6  specifications.
7       Q.   So the standards you now have
8  identified come at least from three
9  different groups:  The NFPA standards, the
10  SAE standards and the DOT standards?
11      A.   Yes, sir.
12      Q.   The SAE standards --
13      A.   And there's probably also some
14  ASME standards involved.  And I'm not
15  sure -- when I say "ASME standards," I don't
16  know if it's truly called a standard, but
17  there are ASME papers regarding certain
18  components on the unit.
19      Q.   And by ASME you mean American --
20      A.   Society of Mechanical Engineers.
21      Q.   And what topics do you think are
22  covered by those ASME standards?
23      A.   You know, I don't recall right off
24  the top of my head, but I recall that there
25  are some ASME standards.