UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE § | | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION § | | |
| § | | SECTION N(5) |
| § | | |
| THIS DOCUMENT IS RELATED TO: § | | JUDGE ENGELHARDT |
| *Civil Action No. 07-9228* § | | |
| *Aldridge, et al v. Gulf Stream Coach, Inc., et al* § | | MAGISTRATE CHASEZ |
| *(Elisha Dubuclet o/b/o Timia Dubuclet)* § | | |

*************************************************************************

**PLAINTIFF'S RESPONSETO MOTIONS FOR SUMMARY JUDGMENT AND INCORPORATED REPLY BY FLUOR ENTERPRISES, INC.**

**NOW INTO COURT**, through undersigned counsel, come plaintiff Elisha Dubuclet o/b/o Timia Dubuclet in response to Motions for Summary Judgment filed by Fluor Enterprises, Inc. and Fluor Enterprises, Inc., in Reply to Plaintiff's Response, who submit the following to this Honorable Court:

1.

In response to Fluor's Motion for Summary Judgment regarding the negligence claims by plaintiff Dubuclet, (Rec. Doc. 6663), Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet states that she is not able to identify any factual issues in this particular case, or cite any legal authority based on the material facts in this particular case, to preclude a summary judgment in favor of Fluor Enterprises, Inc. on that motion

2.

In response to Fluor's Motion for Summary Judgment on the plaintiff Dubuclet's LPLA claims, (Rec. Doc. 6646), Plaintiff Elisha Dubuclet  o/b/o Timia Dubuclet states that the material facts in this particular case are identical to those in the Alexander case, where the same issue of whether Fluor is an LPLA "manufacturer" was decided by the Court (rec. Doc. 3217) in Fluor's

favor, and thus she cannot articulate any factual or legal basis for the Court to reach a different decision as to her LPLA claims in this particular case.

3.

Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet states that she expressly preserves for both appellate and "other case" purposes the legal positions that (1) Fluor is an LPLA "manufacturer" because it converted trailers from vehicular products into housing products by virtue of placing each vehicle (travel trailer) on blocks and hooking it to utilities, etc. for long-term residential purposes, and (2) that Fluor also is an LPLA "manufacturer" because it undertook activity herein pursuant to a Government contract to "refurbish" travel trailers, which Plaintiffs believe brings Fluor within the LPLA definition of a "manufacturer" to the extent it expressly includes refurbishing.

4.

Fluor Enterprises, Inc., in recognition of the effect of the response of Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet on this matter, agrees that its pending Motion for Summary Judgment Based on the Government Contractor Defense (Rec. Doc. 6643) is rendered moot if the Court grants summary judgment in its favor as to the motions referenced in Paragraph 1 and Paragraph 2 of this Response and Reply.

**WHEREFORE**, plaintiff Elisha Dubuclet o/b/o Timia Dubuclet and defendant Fluor Enterprises, Inc. respectfully suggest that it is appropriate for the Court to grant the Motion for Summary Judgment on Negligence Claims (Rec. Doc 6663) and for the Court to grant the Motion for Summary Judgment as to LPLA Claims (Rec. Doc. 6646). Defendant Fluor Enterprises, Inc. further respectfully suggests that its Motion for Summary Judgment Based on

Government Contractor Defense (rec. Doc 6643) is moot upon Fluor's dismissal as suggested hereinabove.

Respectfully Submitted

BY: */s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471

**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
gmeunier@gainsben.com

*and/*

*s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
jwoods@gainsben.com

*and/*

**COURT APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600
ROBERT BECNEL, #14072

*and*

**MIDDLEBERG, RIDDLE & GIANNA**

BY: */s/ Richard A. Sherburne Jr.*
    Charles R. Penot, Jr. (La. Bar No. 1530 &
    Tx. Bar No. 24062455)
    717 North Harwood, Suite 2400
    Dallas, Texas 75201
    Tel: (214) 220-6334; Fax: (214) 220-6807
    cpenot@midrid.com

*-and-*

    Dominic J. Gianna, La. Bar No. 6063
    Sarah A. Lowman, La. Bar No. 18311
    201 St. Charles Avenue, Suite 3100
    New Orleans, Louisiana 70170
    Telephone: (504) 525-7200
    Facsimile: (504) 581-5983
    dgianna@midrid.com
    slowman@midrid.com

*-and-*

    Richard A. Sherburne, Jr., La. Bar No. 2106
    450 Laurel Street, Suite 1101
    Baton Rouge, Louisiana 70801
    Telephone: (225) 381-7700
    Facsimile: (225) 381-7730
    rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 16, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                                 */s/Gerald E. Meunier*