AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Southern District of Mississippi

Jacqueline Bilbo, et al.

_____
Plaintiff
v.
Patriot Homes, Inc.
_____
Defendant

)
)
)
)
)

Civil Action No.  1:09 CV582HSO-JMR

### Summons in a Civil Action

To: *(Defendant's name and address)*

Patriot Homes of Texas, L.P.
Will Turk
1001 West Loop 340
Waco , TX 76712

A lawsuit has been filed against you.

Within  __20__  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

J. T. NOBLIN

_____
Porfi Stokes
Name of clerk of court

Date:  ___8/6/09___

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Patriot Homes of Texas, L.P.
Will Turk
1001 West Loop 340
Waco , TX 76712

RE:    Service for Jacqueline Bilbo, et al. v. Patriot Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause
No. 1:09-cv-582 HSO JMR, in the USDC Southern District of Mississippi. This case will
become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products
Liability Litigation.

Enclosed is the Court issued summons addressed to Patriot Homes of Texas, L.P.. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Patriot Homes of Texas, L.P. by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) Certified mail return receipt requested #70081830000463079446, Sent 8/24/2009,
Received 8/31/2009. Registered Agent:  Will Turk 1001 West Loop 340  Waco , TX 76712


My fees are $_____ for travel and $ _____ for services, for a total of $_____ .


Date:  10/29/2009

                                                *Wynter Lee*
                                               Server's signature

                                      Wynter Lee - Mass Tort Coordinator
                                             Printed name and title

                                    2506 N. Port Ave. Corpus Christi, TX 78401
                                               Server's address