AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

USDC Eastern District of Louisiana

Dodecanese Alexander, et al.

Plaintiff

v.

Patriot Homes, Inc.

Defendant

Civil Action No. 09-4729

SECT. N MAG.5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Patriot Manufacturing, Inc.
Patriot Manufacturing, Inc Registered Agent
582 S. Egg Harbor Road
Hammonton, NJ 08037

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 06 2009

B. Gregory
Deputy clerk's signature

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free
info@fematrailerlitigation.com

2506 N. Port Avenue
Corpus Christi, TX 78401

Mikal C. Watts, P.C.
Robert Hilliard, L.L.P.

August 20, 2009

***<u>Via Certified Mail - Return Receipt Requested & Regular Mail</u>***
Patriot Manufacturing, Inc.
Patriot Manufacturing, Inc Registered Agent
582 S. Egg Harbor Road
Hammonton, NJ 08037

RE: Service for Dodecanese Alexander, et al. v. Patriot Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4729, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Patriot Manufacturing, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures


U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com.
OFFICIAL USE
Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
AUG 24 2009
Postmark Here
To: Patriot Manufacturing, Inc.
Patriot Manufacturing, Inc Registered A
582 S. Egg Harbor Road
Hammonton, NJ 08037
ID#915
PS Form 3800, August 2006 See Reverse for Instructions
7008 1830 0004 6307 9507

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Patriot Manufacturing, Inc.
Patriot Manufacturing, Inc Registered A
582 S. Egg Harbor Road
Hammonton, NJ 08037
ID#915

COMPLETE THIS SECTION ON DELIVERY
A. Signature ☐ Agent ☑ Addressee
B. Received by (Printed Name) C. Date of Delivery 9-1-09
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
FEMA Service
3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
2. Article Number (Transfer from service label) 7008 1830 0004 6307 9507
PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Patriot Manufacturing, Inc. by:

(1) personally delivering a copy of each to the individual at this place, ______________________ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________ ; or

(4) returning the summons unexecuted to the court clerk on ______________ ; or

(5) other (specify) Certified mail return receipt requested #70081830000463079507, Sent 8/24/2009, Received 9/1/2009. Registered Agent: Patriot Manufacturing, Inc Registered Agent 582 S. Egg Harbor Road Hammonton, NJ 08037

My fees are $__________ for travel and $ __________ for services, for a total of $__________.

Date: 10/29/2009

Wynter Lee
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address