UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER

      **IT IS ORDERED** that oppositions to the motions at Rec. Docs. 7193, 7194, 7195, and 7196 shall be filed **on or before Thursday, November 19, 2009.**  The Court hereby grants leave to file replies to these motions (leave of Court need not be requested).  Such replies shall be filed **on or before Monday, November 23, 2009.**

      New Orleans, Louisiana, this 16th day of November, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**