Exhibit B

**EDWARD HALIE SHWERY, PH.D.**
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: 877 302 6701
EMAIL: shwery@gmail.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

# PSYCHOLOGICAL EXAMINATION

Name:  Timia Dubuclet
Date of Birth:  September 23, 1998
Date of Examination:  October 23, 2009
Date of Report:  November 5, 2009

Timia Dubuclet was re-examined on October 23, 2009 at the request of her mother. Mrs. Dubuclet was concerned that her daughter's psychological problems that led to the original examination on July 15, 2009 were continuing and beginning to worsen. Please see my report dated July 16, 2009 for additional information. Timia presented appropriately dressed and well groomed. She was moderately distressed and stated, "My eczema problem got worse!" I explored with her the more recent problems with which she is struggling and she noted, "Kids started up again at school." As we discussed her distress, she also stated, "They say I'm ugly, that my lips are chapped and then they laugh. They just keep saying it over and over and over. They just don't quit! "

As we explored the impact upon her she noted," It makes me feel real bad!" Timia began to cry and explained that she doesn't know how to cope with the continuing problems. She reflected upon her hopes earlier in the summer that this school year would be free of the taunting that occurred last year. She showed me the black area around her lips and the inside of her right elbow. She has become preoccupied with the blackened areas of her skin and maintains intense vigilance for people's eyes to discern if they are focusing upon her lips.

We also discussed what makes her lips worse. She noted that when she eats shrimp crayfish, or spicy foods her lips become inflamed. She further explained that when she licks her lips the blackened areas become more pronounced. We identified these behaviors as examples of what she can do to minimize her problems. Timia seemed eager to find ways that she can reduce the problems with her skin although she seemed unable to anticipate what conditions aggravate or minimize the problems with her skin.

As she explained her dilemma of how to cope with the taunting she recalled, "Like yesterday in Gym class a boy told me my lips are chapped." When I explored what "chapped" meant she replied "It means they are ugly!" Timia explained further that the

Page 2
Timia Dubuclet
November 5, 2009

taunting uses a "code word" of "chapped" to represent ugliness. She stated, "they say, 'what's that stuff around your lips...it's chapped!' and then they laugh at me."

We also discussed the extent of taunting at school and noted, "Most are mean to me and say those things, but I have one friend that is nice to me. Well a lot don't say all those things or anything, but this one group just keeps saying things over and over." Timia often will go to the bathroom to apply her medicine in private, but sometimes the teacher cannot permit her to leave the classroom. Timia also noted that when she is in the swimming pool at school, her skin becomes dry and the discoloration around her lips worsens.

The relentless taunting has tended to reinforce her negative self image as she has become obsessive and vigilant about the blackness around her lips. Privately she regards herself as defective and very unattractive. As she stated, "When they tell me that stuff over and over again, I think I must be ugly at school. At home my mama tells me I'm beautiful. My grandmother tells me that too, but then I go to school and they tell me I'm ugly. I look at me and I look at other kids that don't have that skin and I think they are prettier than me." Timia has become very self conscious about discussing her skin condition. She stated, "I feel uncomfortable telling people about my skin. I had to tell other doctors, but I didn't feel comfortable telling them about my skin."

We also discussed her continuing headaches. She notes that the headaches (bilateral temporal area and top of her head) occur primarily at school. She also notes that since returning to school the intensity and frequency of headaches has worsened. As I explored this symptom it became clear that there is likely to be a psychological component to her headaches. Timia described headaches that also appear to be migraines. She noted that light and sound intensifies her head pain. As she stated, "If everything is quiet and I'm by myself and it's not too bright it is better." The frequency of her headaches is 2-3 times per week and the duration is usually a half day. Timia noted that the headaches often begin at mid-day and gradually worsen. She recalled that in September soon after returning to school she began experiencing the increased headaches accompanied by dizziness. As she stated (upon returning home), "The room was spinning and I was dizzy. I closed my eyes; I went to sleep and the next morning it was gone and didn't come back. It made my stomach hurt too." Timia also noted that when she leaves school at the end of the day her headaches sometimes reduce.

Timia reported that she continues to have sleep problems and especially recurrent distressing dreams. As she reported, "I had a dream that somebody was cutting off my feet. Then (after awakening) I looked in the mirror and I saw I had bumps on my lips." Her anxiety dreams occur two to three times monthly. Timia often experiences her dreams so vividly that she cannot tell if she had a dream or is remembering a painful and distressing event. As she stated, "I woke up and then I thought it was a dream and then I thought it was real and then I thought it was a dream and then it was real. I just

Page 3
Timia Dubuclet
November 5, 2009

didn't know! In the dream my mama was standing there. I couldn't tell if she was there for real or in the dream."

As we explored the impact upon her of intense, frightening dreams, Timia noted that she becomes very frightened and confused. As she also stated, "The dreams I have are not good dreams they are bad dreams. I gently probed for clarification of her feelings and thoughts. Timia explained that a dream is a "bad dream" when frightening dream images occur accompanied by intense anxiety and fear. The psychological impact is intense and long lasting. As she noted, "After I have a bad dream it takes 2 days before I stop feeling scared."

The diagnoses reported in my July 16 report are confirmed in this re-examination.

This young lady is having psychological distress and mental anguish that is more intense than noted in the July examination. Her psychological problems continue and are worsening. She is beginning to develop a body image problem and she is at risk for the development of more ingrained personality problems. I re-affirm the recommendations in my July report. However the estimated duration of treatment may be longer than I recommended in July. Timia does respond favorably to gentle inquiries for more private information. She is very likely to benefit from psychotherapy, but the longer treatment is delayed, the worse her psychological problems will become. Consultation with Dr's White and Farber regarding long-term recommendations and coordination of treatment will be especially important when psychotherapy begins.

Very truly yours,

Edward Halie Shwery, Ph.D.
Clinical and Forensic Psychologist