Exhibit C

# ALLERGEN PATCH TEST

## TRUE TEST

This Low-Cost Rapid Use Epicutaneous Test

### STANDARD DATA COLLECTION FORM

Patient's Name _____
Chart No. _____  Age ___  Sex (M/F)
Physician's Name _____  Race (M/F)
Address _____  Phone _____
City _____  State ___  ZIP _____

| | Date | 1st Reading | 2nd Reading |
|---|---|---|---|
| Lot No. | | | |
| Date Applied | | | |
| 1st Reading | | | |
| 2nd Reading | | | |

**PANEL 1**

1 = Nickel Sulfate — 1st ___ 2nd ___
2 = Wool Alcohols — 1st ___ 2nd ___
3 = Neomycin Sulfate — 1st ___ 2nd ___
4 = Potassium Dichromate — 1st ___ 2nd ___
5 = Caine Mix — 1st ___ 2nd ___
6 = Fragrance Mix — 1st ___ 2nd ___
7 = Colophony — 1st ___ 2nd ___
8 = Paraben Mix — 1st ___ 2nd ___
9 = Negative Control — 1st ___ 2nd ___
10 = Balsam of Peru — 1st ___ 2nd ___
11 = Ethylenediamine Dihydrochloride — 1st ___ 2nd ___
12 = Cobalt Dichloride — 1st ___ 2nd ___

**PANEL 2**

13 = P-tert Butylphenol Formaldehyde Resin — 1st ___ 2nd ___
14 = Epoxy Resin — 1st ___ 2nd ___
15 = Carba Mix — 1st ___ 2nd ___
16 = Black Rubber Mix — 1st ___ 2nd ___
17 = Cl+ Me-Isothiazolinone — 1st ___ 2nd ___
18 = Quaternium -15 — 1st ___ 2nd ___
19 = Mercaptobenzothiazole — 1st ___ 2nd ___
20 = P-phenylenediamine — 1st ___ 2nd ___
21 = Formaldehyde — 1st ___ 2nd ___
22 = Mercapto Mix — 1st ___ 2nd ___
23 = Thimerosal — 1st ___ 2nd ___
24 = Thiuram Mix — 1st ___ 2nd ___

**PANEL 3**

25 = Diazolidinyl Urea (Germall II) — 1st ___ 2nd ___
26 = Imidazolidinyl Urea (Germall® 115) — 1st ___ 2nd ___
27 = Budesonide — 1st ___ 2nd ___
28 = Tixocortol-21-Pivalate — 1st ___ 2nd ___
29 = Quinoline Mix — 1st ___ 2nd ___

**Comments**

| POSITIVE REACTIONS | | CLINICAL RELEVANCE | | |
|---|---|---|---|---|
| Allergen No. | Present | Past | Unknown |
| | | | |

Description Codes for Patch Test Results:
Extreme Positive Reaction (++++): spreading, bullous, ulcerous
Strong Positive Reaction (+++): erythema, edema, papules and vesicles
Weak Positive Reaction (+): nonvesicular, erythema, infiltration, possibly papules
Doubtful Reaction(?): macular erythema only
Irritant Reaction (IR)
Negative Reaction (−)

DUB001143