UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) | |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ | |

*****************************************************************************

**DEFENDANT FLEETWOOD ENTERPRISES, INC'S**
**MOTION TO EXCLUDE CERTAIN COMMENTS TO THE JURY**

NOW INTO COURT, through undersigned counsel, comes Defendant, Fleetwood Enterprises, Inc. (hereinafter "Fleetwood"), which respectfully moves this Court to exclude certain comments to the jury that are irrelevant and unduly prejudicial.  In support of this motion, Fleetwood refers the Court to its memorandum of law filed contemporaneously herewith and the following exhibits:

| | |
|---|---|
| A | Transcript of *Alexander* proceedings, September 24, 2009, 73-74. |
| B | Deposition of Charles Reick, taken October 6, 2009, pp. 70-72. |
| C | Deposition of Danny McBride, taken on November 6, 2009, pp. 91-94, 96-97. |
| D | Deposition of Steve Smith, taken on November 3, 2009, pp. 111 - 14. |
| E | Affidavit of William Scott, dated July 17, 2009. |
| F | Deposition of William Scott, taken on Oct. 21, 2009, pp. 29-30. |
| G | Affidavit of Stephen Smulski, dated July 10, 2009. |
| H | Deposition of Stephen Smulski, taken on October 20, 2009, pp. 69-70. |
| I | 1987 article authored by Stephen Smulski, titled "Formaldehyde Indoors. |

This 16th day of November 2009.

       Respectfully submitted:


       */s/ Richard K. Hines, V*
       Richard K. Hines, V
       GA Bar No. 356300
       NELSON MULLINS RILEY & SCARBOROUGH, LLP
       Atlantic Station
       201 17th Street, NW, Suite 1700
       Atlanta, GA  30363
       (404) 322-6000 (phone)
       (404) 322-6050 (fax)

       Jerry L. Saporito
       LA Bar No. 11717
       LEAKE & ANDERSSON, L.L.P.
       1700 Energy Centre
       1100 Poydras St.
       New Orleans, LA 70163-1701
       (504) 585-7500 (phone)
       (504) 585- 7775 (fax)

       Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

       I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery             ( )    Prepaid U.S. Mail

( )    Facsimile                  ( )    Federal Express

(X)    CM/ECF

       New Orleans, Louisiana, this 16th day of November 2009.

                                           /s/ Richard K. Hines, V
                                           Richard K. Hines, V
                                           Georgia Bar No. 356300
                                           richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)