Exhibit A

```
                                                              Page 1

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA




 IN RE:  FEMA TRAILER              *   Docket MDL 1873 "N"
 FORMALDEHYDE PRODUCTS             *
 LIABILITY LITIGATION              *   New Orleans, Louisiana
                                   *
 THIS DOCUMENT IS RELATED TO:      *   September 24, 2009
                                   *
 CHARLIE AGE, ET AL V              *   8:30 A.M.
 GULF STREAM COACH, INC.,          *
 ET AL, DOCKET NO. 09-2892;        *
 ALANA ALEXANDER, INDIVIDUALLY     *
 AND ON BEHALF OF                  *
 CHRISTOPHER COOPER                *
 * * * * * * * * * * * * * * * *


                              DAY 9
               JURY TRIAL PROCEEDINGS BEFORE THE
                  HONORABLE KURT D. ENGELHARDT
                  UNITED STATES DISTRICT JUDGE


 APPEARANCES:


 For the Plaintiffs:         Gainsburgh, Benjamin, David,
                               Meunier & Warshauer
                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


                             The Buzbee Law Firm
                             BY:  ANTHONY G. BUZBEE, ESQ.
                             JP Morgan Chase Tower
                             600 Travis, Suite 7300
                             Houston, Texas  77002




           JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

10:15  1              What you don't know can hurt you.  These people,
10:15  2   with all their lawyers, and their excuses, and their
10:15  3   half-truths, and their tricks, they had the information.  They
10:15  4   had the information that any mother would have wanted.  She, if
10:15  5   nothing else, was entitled to have a choice.  A choice.
10:15  6              And they sit up here and they talk about how
10:15  7   great this trailer was, "Well, it's not perfect."  We know it's
10:15  8   not perfect.  We saw it.  We saw the trailer.  Of course, it's
10:15  9   not perfect.  It's far from perfect.  It's certainly not
10:15 10   superior quality.
10:15 11              If those trailers weren't dangerous, would there
10:16 12   be 30,000 of them sitting in a field?  Any taxpayer -- any
10:16 13   taxpayer -- should be appalled at that.  Absolutely appalled.
10:16 14   And they're still spending money.  Still spending money to --
10:16 15   remember this, when you point a finger at someone, you got
10:16 16   three fingers pointing back at you.
10:16 17              They want to blame this mother.  They want to
10:16 18   call her a liar in front of her son.  Her son is here and they
10:16 19   call her a liar in front of her son.  They play games.  I know
10:16 20   you caught it.  I know you caught it a couple of days ago when
10:16 21   they put on testimony that she got notice.  But then I stood up
10:16 22   and showed the actual document showing that absolutely she did
10:16 23   not get notice.
10:16 24              She was entitled to notice.  And it's not enough
10:16 25   to say, "Well, we're relying on FEMA to give notice."  You put

```
10:16   1   the product in the market.  You made a ton of money.  30,000
10:16   2   trailers wasted.
10:16   3                 I'm a taxpayer.  The judge is a taxpayer.  The
10:17   4   case manager is a taxpayer.  The court reporter is a taxpayer.
10:17   5   The clerk's a taxpayer.  Many people in this room are
10:17   6   taxpayers.  And I know you're all taxpayers.  You should be
10:17   7   appalled.  You should be absolutely appalled.  That is not
10:17   8   right.
10:17   9            MR. WEINSTOCK:  That's fairly inappropriate, Your
10:17  10   Honor.
10:17  11            THE COURT:  Well, it's closing argument.
10:17  12            MR. BUZBEE:  I think it's absolutely appropriate to
10:17  13   be appalled.
10:17  14                 Waste, absolute waste.  If those trailers were
10:17  15   safe, they wouldn't be sitting in a graveyard.  These people
10:17  16   were forced out of the trailers.  Not her.  She found out and
10:17  17   she got out.  They tried to pretend like she was forced out.
10:17  18   She got out.  Once she had the information, like any
10:17  19   responsible mother would do, she got out.
10:17  20                 And now, our taxpayer dollars are sitting in
10:17  21   some field in Lottie, Louisiana, because they didn't care
10:17  22   enough to do what was right, to be responsible.
10:18  23                 You know, when I first was asked to get involved
10:18  24   in this case the first thing thought, my first reaction was --
10:18  25   I'm be honest.  I'm a very conservative person.  I thought,
                    JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                              UNITED STATES DISTRICT COURT
                              EASTERN DISTRICT OF LOUISIANA
```