Exhibit B

# Deposition of

## CHARLES REICK, JR.

## RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

*Taken On*
*October 6, 2009*

**Transcript provided by:**

**HUTCHINGS**℠
COURT REPORTERS, LLC
CSR 649

GLOBAL LEGAL SERVICES

800.697.3210

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.    October 6, 2009    CHARLES REICK, JR.

Page 70

11:55  1      There was a individual part number for the label
       2   that was affixed to the unit, and there was an
       3   individual part number for the owner's manual that was
       4   installed in each unit.
11:55  5      Q.  And those different part numbers were part of
       6   the bill of materials for the travel trailers?
       7      A.  Yes.
       8      They're part of the bill of materials.
       9      Q.  And that is true for the FEMA travel trailers
11:55 10   that were built for use after Katrina?
      11      A.  That's correct.
      12      Q.  Now, with respect to the low-emitting
      13   formaldehyde products that you have discussed, were
      14   those products used in the FEMA trailers that were
11:55 15   supplied following Katrina?
      16      MR. BENCOMO:  Objection to the form of the
      17   question.
      18      THE WITNESS:  Yes.
      19      Low formaldehyde-emitting products were used in all
11:55 20   travel trailers, FEMA and dealer units.
      21      MS. DALY:  Okay.
      22      Q.  The unit involved in this case, the Dubuclet
      23   unit, was produced at Plant 40.
      24      Do you understand that?
11:56 25      A.  That's correct.

Case 2:07-md-01873-KDE-MBN   Document 7278-3   Filed 11/16/09   Page 4 of 5

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.    October 6, 2009                    CHARLES REICK, JR.

Page 71

| | | |
|---|---|---|
| 11:56 | 1 | Q.   Okay. |
| | 2 | How do you know Plant 40 was utilizing LFE |
| | 3 | products? |
| | 4 | A.   They were ordering from the suppliers that were |
| 11:56 | 5 | spec'd in that met the low formaldehyde-emitting |
| | 6 | products. |
| | 7 | Q.   You mentioned in your testimony earlier that |
| | 8 | there were -- there was information sent to suppliers, |
| | 9 | which information included the requirement for LFE. |
| 11:56 | 10 | Could you explain that? |
| | 11 | A.   Suppliers were notified via a multitude of |
| | 12 | ways -- the supplier agreement, engineering bulletins, |
| | 13 | what I called a wood products manual -- that mentioned |
| | 14 | that these products needed to be low-emitting |
| 11:56 | 15 | formaldehyde, and that would be the only ones that we |
| | 16 | would use in our products. |
| | 17 | Q.   In your position in purchasing during the time |
| | 18 | that these FEMA units that were used for Katrina were |
| | 19 | produced, 2005, 2006, did it ever come to your attention |
| 11:57 | 20 | that any of your plants were concerned that they were |
| | 21 | not receiving LFE? |
| | 22 | A.   No. |
| | 23 | I had never had a complaint about those types of |
| | 24 | materials not being available. |
| 11:57 | 25 | Q.   Did there ever come a time during the |

Case 2:07-md-01873-KDE-MBN   Document 7278-3   Filed 11/16/09   Page 5 of 5

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION V.   October 6, 2009   CHARLES REICK, JR.

Page 72

11:57    1    production of the FEMA units following Katrina that you
         2    got any -- any information that there were shortages of
         3    any particular type of LFE product?
         4         A.   The -- we did experience some shortages.  They
11:57    5    were an issue of the size, the dimensions of the wood.
         6         The -- we ran out of a particular size, 48 by maybe
         7    81 inches, and we had to substitute 48 by 96.  Same
         8    product, just different dimensions, and, if not in most
         9    cases, paid an upcharge to buy a larger piece because we
11:58   10    couldn't get the shorter pieces.
        11         Q.   So even though you had to buy the larger piece
        12    because the supplier didn't have your usual product
        13    available, you had to pay an upcharge?
        14         A.   That's correct.
11:58   15         Q.   And yet, using the bigger piece, you had more
        16    waste, I assume?
        17         A.   We generated more scrap and more labor.
        18         Q.   But Fleetwood still paid the extra charge to
        19    have the LFE?
11:58   20         A.   That's correct.
        21         Q.   All right.
        22         In a number of documents that Fleetwood has
        23    produced relative to the production of these units used
        24    by FEMA after Katrina, there is a reference to Fleetwood
11:58   25    using obsolete products of various kinds.