Exhibit D

Steven Smith                     I                  November 3, 2009

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER         )   MDL NO. 07-1873
                            )
FORMALDEHYDE PRODUCTS       )   SECTION: "N" (5)
                            )
LIABILITY LITIGATION        )   JUDGE ENGELHARDT

VIDEOTAPED AND ORAL DEPOSITION OF

STEVEN SMITH

VOLUME 1

   VIDEOTAPED AND ORAL DEPOSITION OF STEVEN SMITH, a witness produced at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of November, 2009, from 9:15 a.m. to 12:57 p.m., before Mary LaBounty, a Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at Associated Court Reporters, 425 Austin Avenue, 14th Floor, Waco, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record.

Page 112

1      A.    It is a memo to me from Bill Farish who was
2    our engineering manager.
3      Q.    And this was written to you while you were an
4    employee of Fleetwood; is that right?
5      A.    That is correct.
6      Q.    And what this reflects is that due to the
7    great number of FEMA units that needed to be produced,
8    that Fleetwood suspended their longstanding practice of
9    avoiding the use of particleboard for homes --
10           MS. DALY:  Objection to the form.
11     Q.    (By Mr. Pinedo)  -- in the Gulf Coast.
12           MS. DALY:  Object to the form.
13     A.    (By the witness)  What it is, is a response to
14   a question that if we didn't have adequate OSB and we
15   were to use particleboard, was there a way of sealing
16   the particleboard, and the reason for that historically
17   in the Gulf Coast there were incidents of the particle
18   board swelling and causing floor humps.  So, from a
19   service perspective, I was adverse to using it.  I
20   didn't want to create any service problems.
21     Q.    Well, this memo seems, quote, "This means we
22   will probably be violating our longstanding practice of
23   avoiding the use of particleboard for homes going to the
24   Gulf Coast."  Is that what it states?
25     A.    That was Bill's interpretation of the question

Page 113

1    that if we had to use particleboard, but it started with
2    a question of if we have to use particleboard, we know
3    of a sealer that works on top and the edges of the
4    board.  Can we do it all the way around the board, which
5    meant on the bottom, and Bill's answer says that you
6    can't do that because it doesn't let the glue bond to
7    the joist work.
8                THE REPORTER:  The glue bond?
9                THE WITNESS:  Glue bond to the floor
10   joist.
11               THE REPORTER:  Floor joist.
12        Q.   (By Mr. Pinedo)  The memo starts out, "The
13   word from our supplier is that we will have to be
14   prepared to use any and all types and brands of floor
15   decking during our crash FEMA production;" is that
16   right?
17        A.   That's the way it starts out.
18        Q.   And "crash FEMA production" is producing a lot
19   of units for FEMA?
20        A.   Right.  They had a very tight time frame and
21   wanted to ramp production up very quickly.
22        Q.   Did Fleetwood indeed violate their
23   longstanding practice of avoiding the use of
24   particleboard for homes going to be used in the Gulf
25   Coast?

Page 114

 1        A.    Yeah, I -- I can't specifically say.  My
 2   recollection is that we did not have to, but I can't
 3   specifically say on the particleboard issue.
 4        Q.    But at least here what this memo is talking
 5   about, due to the great number of units that need to be
 6   prepared Fleetwood was looking at violating some of
 7   their own internal practices; is that right?
 8        A.    We reviewed products that we would need to
 9   build the FEMA orders in the time frame that we had to
10   build them in, the availability of materials, and there
11   were a couple of products that were in question.  And,
12   you know, rather than wait till -- till it happens, we
13   address the issues ahead of it that if it did happen,
14   then what do we need to do to make sure that we don't
15   create and introduce any unnecessary service issues or
16   product issues in the field.
17        Q.    Did Fleetwood indeed violate their
18   longstanding practice of avoiding the use of
19   particleboard for homes going to be used in the Gulf
20   Coast?
21        A.    Yeah.  As I just stated, I don't think that we
22   had to, but on the issue of the flooring or the
23   particleboard, I don't know for absolute sure.
24        Q.    Well, Fleetwood to your knowledge didn't make
25   two types of travel trailers, one type to be used in the