Exhibit E

# AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned Notary, appeared on this the 17th day of July, 2009, William D. Scott, PE, CHMM, a person whose identity is known to me. After being sworn under oath, he stated as follows:

1. My name is William D. Scott, PE, CHMM. I am over 21 years of age and am competent to give this affidavit. Unless otherwise noted, the facts contained in this affidavit are based on my personal knowledge.

2. I am a registered professional Environmental Engineer in the states of Louisiana, Mississippi, and Missouri. I am the principal of the W. D. Scott Group, Inc., a professional environmental engineering and consulting firm that, for nearly thirty years, provides hazardous materials evaluation and consulting services to the public and private sectors. These services include the management of hazardous and toxic materials and wastes, regulatory compliance programs, environmental technical direction for many hazardous/toxic materials release incidents at transportation and industrial incident sites, hazard evaluations, exposure controls, occupational safety and health, and technical and regulatory compliance training. I have more than thirty years personal and direct experience in the above mentioned areas. I have completed post-graduate courses and seminars in chemical toxicology, occupational and public environmental safety and health, chemical exposure assessment, indoor air quality, air contaminant sampling methodology, exposure recognition, and hazardous materials evaluation and control. Throughout this period, I have personally conducted and directed the use of field air sampling, laboratory report interpretation, and field investigative techniques to determine the source and origin of environmental contaminants. Further information on my background and experience is contained in my resume as Attachment 1 herein.

3. **Background** - The objective of the following study is to quantitatively determine the airborne concentrations of Formaldehyde in one (1) Federal Emergency Management Agency (FEMA) temporary housing unit (THU). The THU in question is identified as follows:

    A. **THU Identity** - The THU is designated by the following information:

    | | |
    |---|---|
    | Manufacturer: | Fleetwood Travel Trailers of Texas, Inc. |
    | Model: | N/A |
    | Date of Manufacture: | 03/06 |
    | Vehicle Identification Number: | 4CJ1F322764015272 |
    | FEMA Identification Number: | 1373963 |
    | THU Size (nominal): | 8' x 28' |

    B. **Occupancy** - The THU was occupied by the Dubuclet family during the period of June, 2006, through September, 2007.

    C. **Configuration** - The THU is configured as three (3) rooms: Bedroom, Bathroom, and Kitchen/Living Room (with slide-out). It is designed as Americans with Disabilities Act compliant housing. Floorplan drawings are contained in Attachment 2. Photographs are contained in Attachment 3.

*Page 1 of 12*

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

D. **Preliminary Site Visit** - The THU was visually inspected by William D. Scott at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, on July 2, 2009. Mr. Tony Watson (Workplace Hygiene) witnessed the visual inspection. The THU was found to have intact windows, doors, and outer membrane. The door, all windows, and ventilation openings were closed. Security tape was installed on the door and windows to validate the closure of these openings until the date of the Sampling and Inspection event.

Glass debris was found on the Kitchen counter in the space between the sink and cooktop insert. This debris, based on morphology, suggests that a glass envelope, similar to that used for active (tube) sampling, was opened at the counter location. This debris was noted and photographed in the course of the Preliminary Site Visit.

E. **THU Sampling Location** - The THU was sampled on July 8th and 9th, 2009. The THU was located at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, at the time of the Sampling Event.

F. **Notice Inside Trailer** - The THU contained one Notice installed on the interior side of the medicine cabinet. The notice is 6" x 3 1/2". A photograph of the Notice is contained in Attachment 6.

4. **FEMA Job Hazard Analysis** – A job hazard analysis (JHA) is a safety evaluation technique that focuses on work tasks as a means to identify physical, electrical, chemical, fire, or other hazards before they occur. It evaluates the relationship between the worker, task, tools, and the work environment. It identifies uncontrolled hazards and requires procedures and precautions to eliminate hazards or to reduce risk to an acceptable level. The FEMA Job Hazard Analysis, dated 07/06, for the task of *Trailer In-Bound Inspection (new trailer),* under the activity of *Entering new trailers/mobile home* (sic), identifies the following parameters, in addition to trip/slip, repetitive motion, and lifting:

A. **Physical Hazard or Chemical** : Formaldehyde off gassing from building materials including plywood, crush-board, urea formaldehyde foam, insulation (UFFI), etc.(new trailers)

B. **Potential Injury**: Formaldehyde exposure, inhalation, Cancer

C. **Control Type**: Ventilation, PPE-respiratory protection, Rotation

D. **Type of Training Required**: Formaldehyde awareness in accordance with OSHA 1910.1048

E. **Frequency and/or duration of exposure**: 480 min/day

F. **Occupational Exposure Limit (if applicable)**: OSHA PEL TWA 0.75 ppm, OSHA Action Level 0.5 ppm, ACGIH Ceiling 0.3 ppm

A copy of the FEMA Job Hazard Analysis is contained in Attachment 8.

*Page 2 of 12*

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

5. **Formaldehyde** - Formaldehyde is a colorless, flammable, acrid, pungent-smelling gas. The chemical formula for formaldehyde is HCOH and its molecular weight is 30.03 grams per mole. Formaldehyde's CAS is 50-00-0.[1]

6. **Potential Formaldehyde Sources** - Hardwood plywood, particleboard, and medium-density fiberboard (MDF) release formaldehyde. Cabinets, countertops, shelving, doors, wall paneling, furniture, and floor underlayment are all potential formaldehyde sources. The origin of the formaldehyde vapor is urea formaldehyde (UF) adhesive. UF adhesive is used to bond veneers, wood particles, and wood fibers. Melamine formaldehyde adhesives are used to bond vinyl overlays and hardwood veneers to particleboard and hardwood plywood. During fabrication and curing of these materials, the majority of the formaldehyde becomes part of the adhesive matrix. A small amount of formaldehyde, however, attaches directly to the wood without reacting. This "free" formaldehyde can be later released when ambient conditions become favorable.

   THU manufacturers commonly use pressed wood products such as particleboard, plywood, and MDF as building materials and finishes. These materials may be used in sub-floors, walls, cabinetry and furniture. In addition, some formaldehyde-containing upholstery, fabrics, and carpeting are also used in the manufacture of THUs. Countertops, carpeting and the above-listed wood products are commonly installed using formaldehyde-based glues and adhesives.[2]

7. **Formaldehyde Exposure Standards** - The following formaldehyde exposure standards have been published by regulatory agencies, advisory agencies, and health and safety professional organizations.

   A. **Occupational Safety & Health Administration** (OSHA), US Department of Labor; Workplace Exposure Standard [3]

   Permissible Exposure Limit:
   Time-Weighted Average (TWA) (8-hours) - 0.75 parts per million (ppm)

   Short Term Exposure Limit (workplace allowable exposure for 15 minutes followed by 1.75 hours of no exposure) - 2 ppm

---

[1] Lewis, *Sax's Dangerous Properties of Industrial Materials Tenth Edition and Hawley's Condensed Chemical Dictionary Thirteenth Edition*, Wiley, Hoboken, NJ, 2000.

[2] USEPA, *Indoor Air Quality - Basic Information - Formaldehyde*, Washington DC, 2007
http://www.epa.gov/iaq/formalde.html

[3] USDOL, OSHA, *OSHA Formaldehyde Standards*, Washington DC, 2008
http://wvvw.osha.gov/SLTC/formlaldehyde/standards.html

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

B. **American Conference of Governmental Industrial Hygienists** (ACGIH); Workplace Exposure Standard [4]

  Threshold Limit Value - Short Term Exposure Limit (TLV-STEL) (workplace allowable exposure for 15 min. followed by 1.75 hrs. of no exposure) - 0.3 ppm

C. **World Health Organization** (WHO), 2000, Air Quality Guidelines for Europe; General Public [5]

  Air Quality Guideline Value (0.5 hour) - 0.08 ppm

D. **Health Canada** (HC), Residential Indoor Air Quality Guidelines; General Public [6]

  One (1) hour exposure limit - 0.1 ppm

  Eight (8) hour exposure limit - 0.04 ppm

E. **National Institute for Occupational Safety & Health** (NIOSH), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; Workplace Exposure Standard [7]

  Recommended Exposure Limits:

  TWA up to 10 hour work day/40 hour work week - 0.016 ppm

  Ceiling (never exceed) - 0.1 ppm

  Immediately Dangerous to Life and Health (IDLH) - 20 ppm

F. **Agency for Toxic Substances and Disease Registry** (ATSDR), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; General Public [8]

  Minimal Risk Levels (MRL)

---

[4] ACGIH, *Documentation of Threshold Limit Values and Biological Exposure Indices*, 2001

[5] World Health Organization, *Air Quality Guidelines for Europe - Formaldehyde*, Copenhagen, DE, 2001   http://www.euro.who.int/document/aiq/5_8formaldehyde.pdf

[6] Health Canada, *Residential Indoor Air Quality Guideline - Formaldehyde* , 2006 http://www.hc-sc.gc.calewh-selnt/alt forn1ats/hecs-sesc/pdf/pubs/air/formaldehyde-eng.pdf

[7] NIOSH, *NIOSH Pocket Guide to Chemical Hazards*, 2005 http://www.cdc.gov/niosh/npg/npgd0293.html

[8] ATSDR, *Minimal Risk Levels (MRLs) for Hazardous Substances*, 2007 http://www.atsdr.cdc.gov/mrls/index.html

### AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

Acute MRL (exposure < 14 days) - 0.04 ppm

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

Chronic duration MRL (exposure > 1 year) - 0.008 ppm

G. **California Environmental Protection Agency** (CEPA), Office of Environmental Health Hazard Assessment; General Public [9]

As low as possible (assuming concentrations < background not achieved), or:

Recommended exposure limits (REL)

Acute REL (1 hour) - 0.076 ppm

Intermediate REL (8 hour) - 0.027 ppm

Chronic REL - 0.0024 ppm

In evaluating the exposure standards presented above, it is important to understand that a *Workplace Exposure Standard* is, as the name implies, based on the contaminant concentration in air for which it is believed that nearly all workers may be repeatedly exposed, day after day, without adverse effect, based on a conventional 8-hour workday and a 40-hour work week, without adverse effect. The population used to establish workplace exposure standards consists of adults, generally males, in relatively good health.

*General Public Exposure Standards* are significantly lower than *Workplace Exposure Standards* for two predominant reasons: 1) the General Public contains many subsets of sensitive individuals (the elderly, the very young, immuno-compromised individuals, individuals with respiratory disease, etc.) that are excluded from the workplace model and 2) the General Public will have an exposure duration that far exceeds the "8-hour workday and 40-hour work week" exposure basis of workplace standards.

For these reasons, the OSHA, NIOSH, and ACGIH formaldehyde workplace exposure standards cannot be competently applied as guidance when evaluating the General Public's exposures.

8. **Sample Collection Media** –

A. **Passive Sampler** - The passive sample collection media (diffusive sampler) used in the formaldehyde sampling of the THU was the AT Laboratories Model 571 Aldehyde Sampler, manufactured by AT Laboratories, 1252 Quarry Lane, Pleasanton, CA 94566. Formaldehyde is collected on a glass fiber filter treated with 2,4-dinitrophenylhydrazine (2,4 DNPH) and phosphoric acid. When the diffusive sampler is exposed in a formaldehyde containing environment there is a concentration gradient between the

---

[9] California EPA, ARB, *Indoor Air Quality Guideline - Formaldehyde in the Home*, 2004 http://www.arb.ca.gov/researchiindoor/formaldgl08-04.pdf

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

ambient air and sampler interior air. This gradient is the force that drives the contaminant molecules to migrate into the diffusive sampler. The direct chemical reactions between formaldehyde and 2,4 DNPH take place in the sampler, insuring there is virtually no free formaldehyde vapor molecules in the air inside. Thus, the full concentration gradient is maintained during exposure. In the laboratory, the sample filter is extracted with acetonitrile and analyzed by HPLC using a UV detector.

Opening its integral cover to expose the collection media to the atmosphere to be sampled actuates the diffusive sampler. At the completion of sampling, the cover is closed, ending the sampler's exposure to the atmosphere. The sampler is returned to its shipping envelope, sealed, the envelope is then placed in a sample bag, sealed, placed on ice in an insulated cooler, and sent to the laboratory for analysis.

The availability of diffusive samplers for formaldehyde is plentiful and inexpensive. Two sources of the diffusive samplers for formaldehyde, both with American Industrial Hygiene Association (AIHA) accredited laboratories, and associated costs are noted below:

1. AT Laboratories quotes the following costs for the Model 571 Aldehyde Sampler, in quantity:

   a. 5,000 Samplers and Analyses per year: $31.80 each.

   b. 7,000 Samplers and Analyses per year: $29.60 each.

2. Advanced Chemical Sensors, Inc. quotes the following costs for the ACS Formaldehyde Vapor Monitor (Cat. No. F-50), in quantity: 500 Monitors and Analyses: $29.90 each.

The quotations and AIHA accreditations for each manufacturer/laboratory are contained in Attachment 7. Specimen samples of each device are included in the Reliance Materials that accompany this document.

B. **Active Sampler** - The active sample collection media used in the formaldehyde sampling of the THU was the SKC, Inc. 226-119 Sorbent Tube, manufactured by SKC, Inc., 863 Valley View Road, Eighty Four, PA 15330. The sorbent tube is made of glass and contains silica gel doped with 2,4-dinitrophenylhydrazine (2,4 DNPH). A sample is collected by opening the glass tube, connecting it to a sample pump, and drawing air through the tube with the pump. The Sorbent Tube is prepared for sampling by removing both fused ends of the tube using a tube scorer/breaker or wire cutters and inserting the opened tube into the sample train inlet hose. The atmosphere to be sampled is introduced, through the tube, by the motive force of the sample pump. Formaldehyde in the sampled atmosphere is collected in the 2,4 DNPH treated silica gel matrix. The tube is then sealed with push-on caps, further sealed with laboratory film, and sent to the laboratory for analysis.

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

9. **Sampling Methodology** - The formaldehyde sampling methods employed in determining the concentrations in the Dubuclet THU are described below. The sampling methods employed comply with *Formaldehyde Sampling: Active and Passive Sampling Protocols* [10] (Sampling Protocol).

   A. **Passive Sampling** -

   Passive Dosimetry was employed, using an Assay Technology, Inc., ChemDisk 571 Aldehyde Monitor (Monitor). Sampling was conducted, by William D. Scott, on July 8th and 9th, 2009. The Monitor was placed in the Bedroom, on the left Night Stand, at 28" above floor level to simulate the breathing zone of a recumbent person occupying the bed. The Monitor was exposed to the environment for approximately twenty-two and one-half hours.

   At the completion of the sampling period, the Monitor was recovered, closed, placed in the shipping envelope and sealed. The shipping envelope is then placed in a sample bag, sealed, placed on ice in an insulated cooler, and shipped via overnight delivery to the Laboratory for analysis. Field data collection records for the Sampling Event are contained in Attachment 4.

   B. **Active Sampling** -

   Active sampling, in accordance with *NIOSH Method 2016* [11] (Method), was conducted on July 8th, 2009, by William D. Scott. Active sampling was conducted by the use of a battery operated personal sampling pump (Air One, Model TI-004, Serial No. 18104), connected with flexible tubing to an SKC 226-119 sorbent tube (Sample Tube). The sample train was calibrated prior to and following the Sampling Event using a mini-Buck Calibrator (Model M-30B, Serial No. A40033). The sample train was placed in the Bedroom, on the left (facing the hitch) Night Stand, with the sample tube inlet at a height of 28" above floor level to simulate the breathing zone of a recumbent bed occupant. The sampling duration was 30 minutes. Based on the calibrated sample train flow rate and duration, the sample volume was determined.

   At the completion of the sampling period, the Sample Tube was recovered, sealed, placed in a sample bag, placed on ice, and shipped via overnight delivery to the Laboratory for analysis. Field data collection records for the Sampling Event are contained in Attachment 4.

   C. **Interferences** -

   Passive Sampling was to occur with the THU sealed. Three door openings were necessary to allow the entry of personnel and equipment to conduct the sampling.

---

[10] *Formaldehyde Sampling: Active and Passive Sampling Protocols*, DeVany, 2008

[11] NIOSH, *Method 2016 (Formaldehyde), Issue 2, NIOSH Manual of Analytical Methods (NMAM), Fourth Edition*, 2003, http://www.cdc.gov/Niosh/nmam/pdfs/2016.pdf

*Page 7 of 12*

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

Active Sampling was to occur with the THU sealed. Two door openings were necessary to allow the entry of personnel and equipment to conduct the sampling. Field data collection records for the Sampling Event are contained in Attachment 5.

**D.   Additional Sampling -**

The glass debris observed on July 2, 2009, during the Pre-Sampling Inspection, was collected. The glass debris was transferred, using a non-shedding nylon ½" brush, to a laboratory certified glass container with screw top, and placed, under chain of custody, into secure storage at the Scott Group office. This sample is designated 3070-01-FW. The Chain of Custody document and photographs are contained in Attachment 7.

**10.   Laboratory Analysis**

**A.   All samples were analyzed in accordance with *NIOSH Method 2016 (Formaldehyde)*,** Issue 2, 15 March 2003 (Method). The Method employs High Performance Liquid Chromatography with Ultraviolet Detection (HPLC UV) as the analysis method.

**B.** All samples were analyzed by AT Labs, a Unit of Assay Technology, 250 DeBartolo Place, Suite 2525, Youngstown, OH 44512. AT Labs is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 100903.

**11.   Results** - The following, summarized results for the Sampling Events are presented below:

| Sample Number | Sample Location | Monitor Result HCOH (ppm) | Tube Result HCOH (ppm) |
|---|---|---|---|
| GL 1969 | MBR @ Night Stand | 0.34 | N/A |
| 2917200296 | MBR @ Night Stand | N/A | 0.23 |

Laboratory reports and chain of custody documents are contained in Attachment 5.

**12.   Conclusions -**

**A.   Passive Sampling** - The Passive Dosimetry (Sample Number GL 1969) result was a formaldehyde concentration in air of 0.34 ppm or 340 parts per billion (ppb) . The average of sample start and sample stop THU interior temperature was 87.2° F. The average of sample start and sample stop THU interior relative humidity was 67.2 %.

**B.   Active Sampling** - The Active Sampling (Sample Number 2917200296) result was a formaldehyde concentration in air of 0.23 ppm (230 ppb). The ambient outdoor temperature for the duration of the sampling event was 88° F. The average THU interior temperature was 84.1° F. The average THU interior relative humidity was 74.4 %.

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

C. **Formaldehyde Concentration Variance Over Time -**

The off gassing rates of formaldehyde containing building materials over time have been well documented. The rate at which formaldehyde emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time. In simple terms, the rate of off gassing of formaldehyde containing building materials decreases over time.

The Sampling Event occurred approximately 39 months after the THU was constructed (03/06). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak formaldehyde off gassing period. This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Sampling Event.

The same conclusion was reached by the U. S. Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of 519 FEMA-supplied occupied travel trailers, park models, and mobile homes conducted in December/January, 2008: *These measured levels probably under-represent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.* [12]

D. **Temperature Effects -**

The fact that formaldehyde off gassing rates from materials (and resulting formaldehyde concentrations in air in enclosed spaces) vary directly with both temperature and relative humidity is well documented.

ASTM Standard E 1333 – 96 [13] shows that the effect of temperature on measured formaldehyde concentration is characterized by the expression:

$$C_o = C \cdot e^{R(1/T - 1/T_o)}$$

Where:
- $C$ = test formaldehyde concentration in air
- $C_o$ = corrected formaldehyde concentration in air
- $e$ = exponential function
- $R$ = coefficient of temperature (9799)
- $T$ = actual temperature K
- $T_o$ = corrected temperature, K

---

[12] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes; Conclusions*; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

[13] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

*Page 9 of 12*

DUB000653

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

Thus, the increase to an average temperature of 87.2°F for the Passive Sampling Event, from the average temperature of 84.1°F encountered in the THU in the Active Sampling Event, results in a temperature adjusted Active Sampling airborne formaldehyde concentration of approximately 0.29 ppm (290 ppb) from the measured 0.24 ppm (240 ppb). On the basis of temperature effects, the adjusted Active Sampling formaldehyde concentration is approximately 85% of the Passive Sampling result.

The temperature correction, alone, confirms that the results obtained by both Sampling Events are consistent.

E.  **Ventilation -**

Active Sampling was performed without the HVAC system in operation and with the THU openings shut (with the exception of limited door openings to admit personnel). Passive sampling was performed without the HVAC system in operation and with the THU openings shut (with the exception of limited door openings to admit personnel).

F.  **Comparison of Dubuclet Trailer Sampling Results With Published Standards -**

Using only the results of Sample Number 2917200296 that measured 0.24 ppm (240 ppb) formaldehyde in air (the lowest concentration measured in the THU) for clarity, the following comparisons are presented:

1. The Sample Number 2917200296 result exceeds the World Health Organization (WHO), *Air Quality Guidelines for Europe*; General Public; Air Quality Guideline Value (0.5 hour) - 0.08 ppm

2. The Sample Number 2917200296 result exceeds the Health Canada (HC), *Residential Indoor Air Quality Guidelines*; General Public; Eight (8) hour exposure limit - 0.04 ppm

3. The Sample Number 2917200296 result exceeds the National Institute for Occupational Safety & Health (NIOSH), CDC; *Workplace Exposure Standard*; Recommended Exposure Limits: TWA up to 10 hour work day/40 hour work week - 0.016 ppm

4. The Sample Number 2917200296 result exceeds the Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; *Minimal Risk Levels* (MRLs):

    Acute MRL (exposure < 14 days) - 0.04 ppm

    Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

    Chronic duration MRL (exposure > 1 year) - 0.008 ppm

DUB000654

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

5. The Sample Number 2917200296 result exceeds the California Environmental Protection Agency (CEPA), Office of Environmental Health Hazard Assessment; General Public; *Recommended Exposure Limits* (REL):

Intermediate REL (8 hour) - 0.027 ppm

Chronic REL - 0.0024 ppm

A graphical comparison of Dubuclet Trailer Sampling Results compared with Published Standards is contained in Attachment 9.

G. **Comparison of Dubuclet Trailer Sampling Results With CDC Results -**

The CDC, in its Final Report, stated the following:

1. The range of formaldehyde concentrations detected in the forty-seven Fleetwood travel trailers sampled was 0.003 ppm (3 ppb) to 0.140 ppm (140 ppb). The CDC's Fleetwood data set's geometric mean was reported as 0.039 ppm (39 ppb).

2. The range of formaldehyde concentrations detected in the thirty-nine Fleetwood CA travel trailers sampled was 0.007 ppm (7 ppb) to 0.300 ppm (300 ppb). The CDC's Fleetwood CA data set's geometric mean was reported as 0.043 ppm (43 ppb).

The CDC Report noted: *Our study was done in the winter months of December 2007 through January 2008, when people had already lived in the trailers and mobile homes for two years. The formaldehyde level was probably higher in newer trailers and mobile homes and when the weather was warmer.* [14]

Given the behavior of formaldehyde concentrations in air with respect to temperature (as shown in paragraph D, above) and the actual formaldehyde concentrations measured in the Dubuclet THU Sampling Event, the Sampling Event results are consistent with the CDC's findings for the Fleetwood THUs.

---

[14] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes*; Conclusions; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this 17th day of July, 2009

_William D. Scott, PE, CHMM_
1117 Wright Avenue
Gretna, Louisiana  70056

_Notary Public Signature_

Linda J. Nelson
Notary Public Name

LA Bar # 9938
Notary Number

with life
Commission Expires