Exhibit F

# Transcript of the Testimony of
# William D. Scott, P.E.

### Date taken: October 21, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 7278-7   Filed 11/16/09   Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    William D. Scott, P.E.

```
                                                        Page 29
 1      Q    What did you notice by way of
 2  condition of the unit that you suspect was
 3  not as the unit was when it rolled off the
 4  production line?
 5      MR. PINEDO:
 6           Objection, form.
 7      THE WITNESS:
 8           I guess one thing right off the
 9  bat, it had some mud and such in it that
10  probably resulted from the FEMA crews
11  spotting it or, you know, hauling it off,
12  spotting it, what have you.  There was some
13  damage to some of the built-in furniture or
14  furnishings.  I recall a couple of pieces of
15  the wooden fixtures --
16      Q    Were broken?
17      A    -- were knocked loose, broken,
18  what have you.
19      Q    Okay.
20      A    That was primarily what I noticed.
21      Q    And the Dubuclet unit was tested,
22  of course, at the Lottie FEMA storage site,
23  correct, by you?
24      A    By me, yes.  It was obvious that
25  somebody else had been in there testing
```

Case 2:07-md-01873-KDE-MBN Document 7278-7 Filed 11/16/09 Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                William D. Scott, P.E.

```
                                                    Page 30
 1    before me, but --
 2         Q    But you don't know where or when?
 3         A    I have no idea.
 4         Q    You used two different sampling
 5    devices for the Dubuclet test, correct?
 6         A    Yes, ma'am.
 7         Q    The active one and the passive one
 8    that's described in your report?
 9         A    Yes, ma'am.
10         Q    Did you use a Formaldemeter at all
11    for the Dubuclet testing?
12         A    I don't even know what that is.
13         Q    Okay.
14         A    That sounds like a joke.
15         Q    Well, it has come up several times
16    in this litigation, that device.  So that is
17    not a device that you know about or have
18    ever used to test anything?
19         A    I assume it refers to a real-time
20    formaldehyde indicator, which is not very
21    useful in this kind of an application.  It's
22    not useful at all in this kind of an
23    application.
24         Q    All right.  When you placed the
25    passive sampler that you discussed in your
```