Exhibit H

# Transcript of the Testimony of
# Stephen Smulski, Ph.D.

**Date taken: October 20, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***\*\*Note\*\****

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN Document 7278-9 Filed 11/16/09 Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Stephen Smulski, Ph.D.

Page 69

```
 1      A    That's correct.
 2      Q    All right.  Now, I think in your
 3  report that you understand that Fleetwood
 4  had a policy of using the low-emitting
 5  formaldehyde materials in its travel
 6  trailers back from the 1980's forward,
 7  correct?
 8      A    That's my understanding, yes.
 9      Q    Okay.  And in paragraphs 24 and 25
10  of your report, you indicate that in the
11  seventies and eighties Fleetwood was aware
12  of the formaldehyde off-gassing issue,
13  correct?
14      A    Yes.
15      Q    In one of those paragraphs or
16  maybe both of them, you use the term that
17  the industry was "plagued" with this
18  problem.  On what do you base the use of
19  that terminology, "plagued"?
20      A    I base that on the research that I
21  did for an article I wrote in 1987 called
22  "Formaldehyde Indoors."
23           It was relative to the number of
24  complaints that were filed with at that time
25  the Consumer Products Safety Commission and
```

Case 2:07-md-01873-KDE-MBN Document 7278-9 Filed 11/16/09 Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Stephen Smulski, Ph.D.

Page 70

```
 1   the general response from the mobile home
 2   industry, which is what it was called at
 3   that time, from the public who was
 4   purchasing mobile homes, from the medical
 5   community and others who were concerned
 6   about formaldehyde emissions from wood
 7   composite products used in the construction
 8   of mobile homes.
 9        Q    All right.  First, in your
10   article, you didn't use the word "plagued"?
11        A    I don't remember.
12        Q    You didn't.  I read your article.
13   Do you know how many complaints Fleetwood
14   had in the seventies or early eighties about
15   formaldehyde in its products?
16        A    I don't.
17        Q    Do you know whether it had
18   complaints in its travel trailers as
19   specific from its manufactured housing?
20        A    I don't.
21        Q    Okay.  You do know that Fleetwood
22   commissioned a study by the RADCO people to
23   look at formaldehyde emission issues?
24        A    Several studies, in fact.
25        Q    And do you know that those were on
```