UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* Case No. 07-9228 | | * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOOD ENTERPRISES, INC'S
MOTION TO EXCLUDE EMAILS REGARDING "HARMFUL CHEMICALS NOTICE"**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") moves this Court in limine to exclude certain emails with the subject line "FW: Harmful chemicals notice." This email chain, and all testimony related to it, is irrelevant and unduly prejudicial to Fleetwood. Fleetwood anticipates that Plaintiff may seek to introduce this email chain in an attempt to show that Fleetwood had knowledge about the purported dangers of formaldehyde. This email chain is written about an unknown label, allegedly found on a Fleetwood travel trailer unit, and has no probative force in this matter. Fleetwood has produced all relevant labels regarding the Dubuclet unit, and introducing evidence relating to an unseen, unidentified label from a different unit should be excluded.

Fleetwood's motion is supported by its memorandum of law filed contemporaneously with this motion and by the following:

Exhibit A: Deposition of Jason Leidig, November 3, 2009 (excerpt pages 23, 25, 26, 27, 30, 34, 37, 40, 42, 56 -63, 67, 69 – 72) and Exh. 2 to his deposition.

Exhibit B. Deposition of Steven Smith, November 3, 2009 (excerpt pages 76 -86)

Exhibit C:  Guay email (July 17, 2006) (FEMA17-005860)

Exhibit D:  Deposition of Jessica Guay, November 4, 2009, in its entirety, and Exhibit 2 to this deposition

This 16th day of November 2009.

>Respectfully submitted:
>
>/s/ Richard K. Hines, V
>Richard K. Hines, V
>GA Bar No. 356300
>NELSON MULLINS RILEY & SCARBOROUGH, LLP
>Atlantic Station
>201 17th Street, NW, Suite 1700
>Atlanta, GA  30363
>(404) 322-6000 (phone)
>(404) 322-6050 (fax)
>
>Jerry L. Saporito
>LA Bar No. 11717
>LEAKE & ANDERSSON, L.L.P.
>1700 Energy Centre
>1100 Poydras St.
>New Orleans, LA 70163-1701
>(504) 585-7500 (phone)
>(504) 585- 7775 (fax)
>
>Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                    ( )    Prepaid U.S. Mail

( )    Facsimile                        ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana, this 16th day of November 2009.

                                          /s/ Richard K. Hines, V
                                          Richard K. Hines, V
                                          Georgia Bar No. 356300
                                          richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)