Exhibit B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| | ) | |
| FORMALDEHYDE PRODUCTS | ) | SECTION: "N" (5) |
| | ) | |
| LIABILITY LITIGATION | ) | JUDGE ENGELHARDT |

VIDEOTAPED AND ORAL DEPOSITION OF

STEVEN SMITH

VOLUME 1

    VIDEOTAPED AND ORAL DEPOSITION OF STEVEN SMITH, a witness produced at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of November, 2009, from 9:15 a.m. to 12:57 p.m., before Mary LaBounty, a Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at Associated Court Reporters, 425 Austin Avenue, 14th Floor, Waco, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record.

1    break we were talking about this alternate mobile home
2    that Fleetwood manufactured to see if they can meet the
3    new FEMA standard.  Do you recollect that?
4         A.   Yes.
5         Q.   And the products that had to be created, as it
6    were, were some matching trims for the cabinet work; is
7    that right?
8         A.   For the entire home.
9         Q.   For the entire home.
10        A.   Uh-huh.
11        Q.   But Fleetwood custom orders parts for their
12   manufactured homes all the time, don't they?
13        A.   Yes.
14        Q.   You have a set of documents in front of you,
15   which I'm now going to hand you, that has been marked as
16   Exhibit 1, and it's three pages.  And it has the Bates
17   numbers ending in production 866, 867 and 868.  Do you
18   have that in front of you, sir?
19        A.   Yes.
20        Q.   And this is a series of e-mails; is that
21   right?
22        A.   Appears to be.
23        Q.   Okay.  Well, let's go to -- and this is a
24   series of e-mails that includes people from Fleetwood;
25   is that right?

Page 77

```
 1        A.   It says that it is.  I don't recognize the
 2   people.  I do recognize Jason Leidig.
 3        Q.   All right.  Well, let's go to the last page of
 4   this, and it just has the address of somebody on page
 5   three of three.  It's Rene Rodriguez with DHOPS with
 6   FEMA.  Do you know who that is?
 7        A.   No, I do not.
 8        Q.   Okay.  Let's go to the second to last page
 9   starting at the bottom of the page, 867.  It's from Rene
10   Rodriguez to Margarita Dibenedetto.  Do you know who
11   that is?
12        A.   No idea.
13        Q.   On the cc, there's Tracy Haynes, Stephen
14   Miller, Louis Narciso, Jill Igert and Cembrye Ross.  Do
15   you know who any of those individuals are?
16        A.   I know none of them.
17        Q.   The subject is a harmful chemicals notice; is
18   that right?
19        A.   That's what it says.
20        Q.   It says, "Please see the attached pictures of
21   a notice posted on the window of a Fleetwood unit
22   located at" -- blank -- "Louisiana.  The applicant's
23   name is" -- blank -- "wants to know what types of
24   chemicals are in the unit so that he may inform his
25   doctor."
```

1              MS. DALY: Let me -- let me place an
2    objection, please. I don't see his name on this e-mail
3    anywhere. The people you just asked him to read off he
4    doesn't know. I don't see that this even deals with the
5    manufactured unit. You can't tell -- at least, I can't
6    tell.
7              MR. PINEDO: Well --
8              MS. DALY: He's nev -- you -- I don't
9    think he's ever seen the document before, so I don't
10   know why you're asking him about the document.
11             MR. PINEDO: Well, you have your
12   objection.
13        Q.   (By Mr. Pinedo) Is that the way it reads,
14   sir?
15        A.   Is what the way it reads?
16        Q.   The way I read it. I can read it again.
17        A.   Yes, you read it properly.
18        Q.   And then it goes on to state, "This looks like
19   it's going to turn into something negative for us, so I
20   wanted to give everyone a heads up." Is that what it
21   reads?
22        A.   That's what it says.
23        Q.   Then it's -- the next e-mail we have after
24   that on July the 12th at 5:46 p.m., it's from Stephen
25   Miller; is that right?

1   A.   Yes.

2   Q.   Do you know who Stephen Miller is?

3   A.   I do not.

4   Q.   And it's to Lydell Broom. Do you know who

5   that is?

6   A.   I do not.

7   Q.   There's a series of names on the cc. Do you

8   recognize any of those names?

9   A.   I do not.

10  Q.   The request that Stephen Miller has says,

11  "Lydell, can you get in touch with Fleetwood and inquire

12  if they placed this notice in the unit," question mark.

13  "No one I can find has seen it in any of the EHSS." Did

14  I read that correctly?

15  A.   Yes, you did.

16  Q.   Do you know what a EHSS is?

17  A.   I don't.

18  Q.   Then we go up to the next e-mail on the second

19  page of Exhibit Number 1, and it's addressed to Jason

20  Leidig; is that right?

21  A.   Yes, it is.

22  Q.   And who is Jason Leidig?

23  A.   Jason was a staff person for our marketing

24  corporate office housing group.

25  Q.   The housing group, does that include

Page 80

1    recreational vehicles such as travel trailers or is that
2    limited to manufactured housing?
3         A.   Limited just to manufactured housing.
4         Q.   And the subject is "harmful chemicals notice;"
5    is that right?
6         A.   Yes, it is.
7         Q.   It says, "Per our conversation this morning,
8    I'm forwarding the file that contains pictures of the
9    mobile home unit I spoke about in California. I need
10   for you to verify Fleetwood placed this sign in the
11   unit, and if so, what type of chemicals were used. The
12   applicant in the home is requesting this information to
13   report to his doctor." Did I read that to you
14   correctly?
15        A.   Yes, you did.
16        Q.   Does -- let me start over. Did Fleetwood in
17   the 2005, 2006 time frame post notices on the windows of
18   Fleetwood mobile homes regarding chemicals?
19        A.   No.
20        Q.   Did Fleetwood post any notices that were
21   offered for sale in California regarding chemicals in
22   the units different from that which would be offered for
23   sale elsewhere in the United States?
24        A.   Not that I'm aware of. I don't know.
25        Q.   But your testimony is, you're not aware of any

Page 81

1    policy or procedure to put harmful chemical notices or
2    any kind of notices on the windows of Fleetwood mobile
3    homes?
4         A.   That's correct.
5         Q.   Do you know if there was any such policy at
6    any time for travel trailers?
7         A.   I have no idea about travel trailers.
8         Q.   Let's turn to the first page of Exhibit 1, and
9    this is an e-mail from Jason Leidig to Owner Relations
10   15; is that right?
11        A.   Yes, it is.
12        Q.   And who is Owner Relations 15?  Is that
13   Jessica Guay?
14        A.   I have no idea.
15        Q.   Do you know who Jessica Guay is?
16        A.   I do not.
17        Q.   What is Owner Relations 15?
18        A.   I don't know.
19        Q.   The e-mail reads on page one of Exhibit 1,
20   July 14th at 2:15 p.m., "Jessie, I appreciate you taking
21   the time to take my call today and explain to me the
22   purpose of the warning label and it being secured on the
23   window of travel trailer units."  Did I read that
24   correctly?
25        A.   Yes, you did.

1          Q.   So, is it your understanding this is a label
2     for travel trailer units?
3          A.   Again, other than what's cited here, I really
4     don't know.
5          Q.   I'm going to --
6               MS. DALY:  Are you done with this one?
7               MR. PINEDO:  I might come back to it.
8               MS. DALY:  Okay.  Did you -- did you put
9     on the record the date of this?  I don't believe we did,
10    and it would be more inclusive if you would.
11              MR. PINEDO:  I think I did, but I'm glad
12    to put it on now.
13              MS. DALY:  Thank you.
14         Q.   (By Mr. Pinedo)  Exhibit Number 1, as you look
15    at it, the date of this first e-mail is July the 11th,
16    2006, and the date of the last e-mail is July 17th,
17    2006; is that right?
18         A.   Yes.
19         Q.   And the last person who appears here is -- it
20    looks like it was printed off by Jill Igert.  Do you
21    know who Jill Igert is?
22         A.   I do not.
23         Q.   I'm going to show you what's been marked as
24    Exhibit Number 2, and I only have one copy of this.  But
25    I think the various attorneys here have seen it before.

Page 83

```
 1    Do you know if that's the notice that is being referred
 2    to in Exhibit Number 1?
 3              MS. DALY:  Objection, lack of foundation.
 4    He doesn't know the people.
 5              MR. PINEDO:  Wait a minute.  Just let
 6    him --
 7              MS. DALY:  Lack of foundation.
 8         A.   (By the witness)  Yeah, I -- I don't know.
 9         Q.   (By Mr. Pinedo)  Have you ever seen that
10    notice before?
11         A.   No, not prior -- not prior to these meetings,
12    I have not.
13         Q.   Well, other than discussions with the attorney
14    or attorneys for Fleetwood, which I do not want you to
15    discuss or divulge the contents of those -- when you say
16    other than these meetings, what meetings are you talking
17    about where you saw this particular notice that we've
18    now marked as Exhibit Number 2?
19         A.   Before -- before -- before now, I have not
20    seen them.
21         Q.   Okay.  Excluding any --
22         A.   No idea.
23         Q.   -- discussions with attorneys for Fleetwood,
24    you're telling me you have not seen that notice before,
25    Exhibit Number 2?
```

1      A.   That is correct.
2      Q.   Have you seen any other notices regarding
3   formaldehyde that were used at any time by Fleetwood?
4      A.   The required notice that's put in manufactured
5   homes.
6           MS. FIELDS:  Chris, does that Exhibit 2
7   have any sort of Bates labeling or any other identifying
8   information on it?
9           MS. DALY:  No.
10          MS. FIELDS:  Okay.
11     Q.   (By Mr. Pinedo)  Let's continue on here, and
12  reading from Exhibit Number 1, this is the last e-mail
13  from Jessica Guay toward the top one-third or so of the
14  page.  Do you see that?  Monday, July 17th, 2006, at
15  10:01 a.m.
16     A.   Yes.
17     Q.   And Jessica Guay also -- she signs as Jessie
18  at Fleetwood Service; is that right?
19     A.   That's how it's signed, yes.
20     Q.   And it states, "Hello, I understand you are
21  very concerned with the notice that you see in the
22  trailer advising of harmful chemicals in the trailer
23  that can cause cancer or birth defects."  Do you see
24  that?
25     A.   Yes, I do.

1    Q.   Do you agree that chemicals in Fleetwood
2    travel trailers can cause cancer or birth defects?
3              MS. DALY:  Objection, lack of foundation.
4    A.   (By the witness)  I don't know that at all.
5    Q.   (By Mr. Pinedo)  It says, "These products are
6    manufactured with urea-formaldehyde resin."  Do you
7    agree that the Fleetwood travel trailers are
8    manufactured with urea-formaldehyde resin?
9    A.   I --
10             MS. DALY:  Objection, lack of foundation.
11   A.   (By the witness)  -- could only assume they
12   are.  Again, I don't know any of the products
13   specifically that they use.
14   Q.   (By Mr. Pinedo)  This e-mail from Jessica Guay
15   at Fleetwood goes on to state, "Formaldehyde vapor may
16   in some people cause headaches, eye, nose and throat
17   irritation and aggravation of allergies and respiratory
18   problems, such as asthma."  Do you agree with that, sir?
19   A.   Yes.
20             MS. DALY:  Objection, lack of foundation.
21   Q.   (By Mr. Pinedo)  It says, "Proper ventilation
22   should reduce the risk of such problems."  Do you know
23   what proper ventilation is?
24   A.   Well, it would be a change of the air.
25   Q.   Well, ventilation is a change of air; is that

1    right, sir?
2         A.   Yes.
3         Q.   Do you know what proper ventilation is for a
4    Fleetwood travel trailer?
5         A.   I would not know.
6         Q.   In the 2005, 2006 time frame, did Fleetwood
7    manufacture travel trailers in a plant located in
8    California?
9         A.   Yeah.  I can't cite when the Rialto,
10   California plant closed, but prior to that, they were
11   manufactured there.
12        Q.   Do you know if all the Fleetwood travel
13   trailers that were ultimately used by FEMA were
14   manufactured out of more than one plant or a specific
15   plant?
16        A.   I don't know.
17             MR. PINEDO:  I'll pass the witness.
18             MR. DINNELL:  I'm going to need your
19   microphone, please, or I'll use this one.
20             THE VIDEOGRAPHER:  Yeah, just use that
21   one.
22             MR. DINNELL:  Yeah, thanks.
23             MR. PINEDO:  You can probably just pull it
24   close to you.  Speak in that deep resonant voice of
25   yours and we'll be --