Exhibit C

## Igert, Jill

**From:** Miller, Stephen
**Sent:** Monday, July 17, 2006 11:27 AM
**To:** Igert, Jill; Dibenedetto, Margarita; Haynes, Tracy; Smith, George; Rodriguez, Rene; Haubrich, Gail
**Subject:** FW: Harmful chemicals notice

---

**From:** Guay, Jessica [mailto:Jessica.Guay@fleetwood.com] **On Behalf Of** Owner Relations 15
**Sent:** Monday, July 17, 2006 10:01 AM
**To:** Kaczorowski, James; Scott, Colonel; Goins, Ronald; Miller, Stephen; Broom, Lydell M
**Subject:** RE: Harmful chemicals notice

Hello,

I understand that you all are very concerned with the notice that you see in the trailer advising of harmful chemicals in the trailer that can cause cancer or birth defects. These products are manufactured with urea-formaldehyde resin. Formaldehyde vapor may in some people cause headaches, eye, nose and throat irritation, and aggravation of allergies and respiratory problems, such as asthma. Proper ventilation should reduce the risk of such problems.
Also you should know that urethane foam is flammable. Urethane foam will burn rapidly, in an enclosed space the resulting deficiency of oxygen will present a danger of suffocation to the occupants. Hazardous gases released by the burning foam can be incapacitating or fatal to human beings if inhaled in sufficient quantities.
I'm not sure if these trailers came with owners manuals, but if so they do outline what I just wrote.
I hope this will answer your questions. If we can be of further assistance you can also reach us at 800-445-3307.


Thank you,

Jessie
Fleetwood Service

---

**From:** Leidig, Jason
**Sent:** Friday, July 14, 2006 2:15 PM
**To:** Owner Relations 15
**Cc:** Kaczorowski, James; Scott, Colonel; Goins, Ronald; Miller, Stephen; 'Broom, Lydell M'
**Subject:** FW: Harmful chemicals notice

Jessie,

 I appreciate you taking the time to take my call today and explaining to me the purpose for the warning label and it being secured in the window of the travel trailer units.  Could you please respond to all the recipients in this email and explain the purpose of the warning label and reference the code that requires its placement in the window of the travel trailer unit.  I appreciate your assistance with this.

Take care,
-----------------------------------------------
Jason Leidig
Senior Data and Trend Analyst
Business Development and Community Sales
phone: 254.799.0134 x2108
cell: 254.315.8331


Δ π EXHIBIT 1
Deponent J. Guay
Date 11/4/09  Rptr. RF

FEMA-Waxman - 7/19/07 Production - 866

7/12/2007

FCP033-000866