**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Anthony Bartel, et al. vs. Gulf Stream Coach, Inc., et al. | * | |
| Civil Action No. 09-3943 | * | MAGISTRATE CHASEZ |
| Leslie Kujawa, et al. vs. Keystone RV Company, et al. | * | |
| Civil Action No. 09-3944 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*

## EX PARTE UNOPPOSED MOTION TO CONTINUE HEARING ON
## DEFENDANT BECHTEL NATIONAL INC.'S MOTION TO CERTIFY THE COURT'S OCT. 1,
## 2009 ORDER FOR INTERLOCUTORY REVIEW

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Anthony Bartel,

Sherry Bartel, Richard Kujawa, and Leslie Kujawa, individually, and on behalf of her minor

children, Devin Kujawa and Blake Kujawa, who respectfully move this Court to continue

the hearing on Defendant Bechtel National Inc.'s Motion to Certify the Court's Oct. 1, 2009

Order for Interlocutory Review (Rec. No 6082), which is currently set for Wednesday,

November 18, 2009. Plaintiffs request that this motion be heard on the next available

motion hearing date on Wednesday, December 2, 2009. Counsel needs additional time to

respond to this Motion. Counsel for Defendant has no objection to the continuance of this

matter.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    */s/ Gerald E. Meunier*
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com


       */s/ Justin I. Woods*
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:    504/528-9973
       jwoods@gainsben.com


       **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       RAUL BENCOMO, #2932
       FRANK D'AMICO, #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       MIKAL WATTS, Texas # 20981820
       DENNIS REICH, Texas # 16739600
       ROBERT BECNEL, #14072

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 16, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

*/s/ Gerald E. Meunier*
GERALD E. MEUNIER, #9471