**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Anthony Bartel, et al. vs. Gulf Stream Coach, Inc., et al. | * | |
| Civil Action No. 09-3943 | * | |
| Leslie Kujawa, et al. vs. Keystone RV Company, et al. | * | MAGISTRATE CHASEZ |
| Civil Action No. 09-3944 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*

### ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Ex Parte Unopposed

Motion to Continue Hearing on Defendant Bechtel National Inc.'s Motion to Certify the

Court's Oct. 1, 2009 Order for Interlocutory Review filed by Plaintiffs IS GRANTED and

reset for the 2nd day of December, 2009, at 9:30 A.M.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE