UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

MDL NO. 07-1873

(Elisha Dubuclet obo      SECTION "N" (5)
Timia Dubuclet vs.
Fleetwood, Fluor Enterprises,      JUDGE ENGELHARDT
Inc., and FEMA)

MAG. JUDGE CHASEZ

ORAL AND VIDEOTAPED DEPOSITION OF
WILLIAM L. DYSON, Ph.D., CIH
October 27, 2009
10:00 a.m.
201 17th Street
Suite 1700
Atlanta, Georgia

Maureen S. Kreimer, RPR, CCR-B-1379

EXHIBIT
B

In Re: FEMA Trailer                William Dyson, Ph.D.                10/27/2009

Page 17

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25        Q.    So but is it your opinion that that, in

In Re: FEMA Trailer                    William Dyson, Ph.D.                    10/27/2009

1    low concentrations, that that is not a cause of

2    formaldehyde exposure?

3        A.    Based on what I know, and obviously I'm

4    not a dermatologist, but my best reading of the

5    scientific literature is that there is no scientific

6    support for the proposition that gaseous formaldehyde

7    at very low concentrations, in the less than a part

8    per million, result in atopic eczema or exacerbation

9    of atopic eczema.

10

11

12

13

14

15

16

17

18

19

20

21

22        Q.    Now, as far as the other documents in your

23   reliance materials, what was your process of coming

24   up with those, those articles?

25        A.    The articles that are footnoted in my

In Re: FEMA Trailer                William Dyson, Ph.D.                10/27/2009

1    report, I can describe my process there.  I'm looking

2    for the best summary information I can find that

3    represents good science, at least as best I can judge

4    it, on a particular issue, whether it is the

5    carcinogenic potential of formaldehyde, or the

6    irritancy of formaldehyde.  And those are the

7    articles that I used.

8         Q.    So it's based on your judgment of what's

9    good science; is that correct?

10        A.    Yes.

11

12

13

14

15

16

17        A.    Well, I have been looking at these

18   articles for a long time, and I believe I'm competent

19   to make that judgment, and certainly if I use that

20   article in my report, I have to stand behind that

21   judgment, so I'm not relying upon other people to

22   make that judgment for me.

23        Q.    All right.  Have you done any independent

24   testing yourself of effects of formaldehyde exposure?

25        A.    Not in the sense of a design scientific

In Re: FEMA Trailer          William Dyson, Ph.D.              10/27/2009

Page 20

1    study.   Obviously, I have made thousands of

2    measurements for airborne formaldehyde over time, in

3    factory situations, in situations around

4    manufacturing housing, and I have noted my own

5    reactions to that, and so forth.  But I have not done

6    a scientific study.

7         Q.    And I believe this was covered in the Gulf

8    Stream -- the Alexander case, but I don't believe

9    you've published any peer-reviewed papers or anything

10   like that involving the issue of the effects of

11   formaldehyde as far as individuals?

12

13

14

15

16

17

18

19

20

21

22

23

24

25

In Re: FEMA Trailer                 William Dyson, Ph.D.                        10/27/2009

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12        Q.    And in your introduction to your report,

13    it indicated -- indicates that you were asked to

14    provide expert opinions on issues arising in the

15    referenced case from the standpoint of an industrial

16    hygienist.  What --- if you could explain to me what

17    is meant by "from the standpoint of an industrial

18    hygienist"?

19        A.    Well, there are obviously many experts

20    involved in this case, and each of us have

21    overlapping areas of knowledge, but the core

22    expertise of an industrial hygienist is exposure and

23    risk assessment.  And so I would say that that is the

24    core of what I would do, and along with that, would

25    be controls of those risks.
```

In Re: FEMA Trailer                 William Dyson, Ph.D.                 10/27/2009

Page 38

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20         Q.    All right.  So would it be fair to say

21    that, I guess, what you do as an industrial hygienist

22    is, as far as risk assessment, you've read these

23    studies that tell you what parts per million levels

24    may or may not cause problems as far as formaldehyde

25    exposure; correct?

Page 39

```
 1        A.     Yes.

 2        Q.     Okay.  And then -- then you have someone

 3    like Mr. Watson go measure the levels of formaldehyde

 4    within the whatever, in this case the travel trailer,

 5    and he comes up with parts per million figure;

 6    correct?

 7        A.     Yes.

 8        Q.     And then you just take what you read, and

 9    what he did, and you just see how they match up.  So

10    if he comes back with something in the tenths of a

11    part per million, then based on the literature you

12    read, you said there is little risk; is that a fair

13    summary of what you did?

14        A.     Yes, that's my assessment.

15

16

17

18

19

20

21

22

23

24

25
```

In Re: FEMA Trailer          William Dyson, Ph.D.          10/27/2009

Page 54

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          Q.     And in this particular situation, the fact

In Re: FEMA Trailer                William Dyson, Ph.D.                10/27/2009

Page 55

1    that you're dealing with a -- would you consider to

2    that to be -- a relatively new unit to be a March of

3    '06 unit to be moved into June of '06?

4        A.    Well, it had been manufactured three

5    months prior to their occupancy, yes.

6        Q.    And would it be fair to say that in

7    general a newer unit is more likely to off-gas higher

8    concentrations of formaldehyde than an older unit?

9        A.    Well, the scientific information that we

10   have on this suggests that that's true.  The older it

11   gets, the less emissions occur.  But to put that into

12   numerical terms, I don't believe we can.

13       Q.    All right.  And that's why you can't

14   really say what the levels were, formaldehyde levels

15   were, in June of '06, when you were testing in August

16   of 2008; is that correct?

17       A.    2009.

18       Q.    2009.  Okay.  Even better.

19       A.    We could not, we can't, you can't, not

20   with any degree of accuracy or precision.

21       Q.    But would it be a stretch to think that

22   those levels would be higher in June of 2006 than

23   they were in August of 2009?

24       A.    Higher under what conditions, I guess is

25   the appropriate question.

Page 56

1      Q.      Okay.

2      A.      And if you tested them under the same

3  conditions in both periods, you would intuitively

4  expect them to be somewhat higher, but how much, we

5  can't say.

6      Q.      Right.  And have you done a regression

7  curve or model for emissions of formaldehyde in

8  travel trailers over the time of occupancy for the

9  Dubuclets?

10     A.      No, because there is no good scientific

11 way of accounting for all of the variables that are

12 involved.  There are too many variables and they

13 interact in complex ways, and so I don't believe I

14 can, or anyone else can do that.

15     Q.      Okay.  So you don't have any plans to try

16 to do that?

17     A.      No, I don't.

18     Q.      Okay.

19     A.      We don't have a measurement while they

20 were in the home, so we can't put a number on it

21 while they were in the home --

22     Q.      Right.

23     A.      -- without such a measurement.

24

25

In Re: FEMA Trailer                    William Dyson, Ph.D.                    10/27/2009

Page 62

1
2
3
4
5
6
7
8
9
10
11
12
13      Q.     Okay.  So you wouldn't do the same

14  assessment for an exacerbation of a symptom, only if

15  it was a new symptom?

16      A.     It's probably not an industrial

17  hygienist's role to deal with exacerbation.  That's a

18  medical role.

19
20
21
22
23
24
25

In Re: FEMA Trailer               William Dyson, Ph.D.                  10/27/2009

Page 94

15    Q.    Would it be fair to say that in your view

16  there is really, I guess, no one on the planet who

17  could determine what level of formaldehyde the

18  Dubuclet family was exposed to while they lived in

19  the travel trailer?

20    A.    With any reasonable degree of certainty,

21  that's correct.  And I state that on page 14.

In Re: FEMA Trailer                William Dyson, Ph.D.                10/27/2009

Page 103

14        Q.     But you couldn't testify that that would

15   be the type exposure range to a reasonable degree of

16   scientific certainty?

17        A.     No.   They may have been exposed even less

18   than that because they were opening the windows and

19   going in and out of it.   And as I indicated to you

20   earlier, the Hewett comparison between occupied and

21   unoccupied suggests that the occupied trailers had

22   dramatically lower concentrations than unoccupied

23   trailers.

24             So I can't say that it was lower or

25   higher.   It's the best information we have right now,

In Re: FEMA Trailer                William Dyson, Ph.D.                10/27/2009

1      on this particular travel trailer.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

In Re: FEMA Trailer                    William Dyson, Ph.D.                    10/27/2009

Page 109

8      Q.      Right.   But you've only attempted as a

9   matter of best estimate to quantify one source?

10      A.      The allegation is against the trailer,

11   travel trailer manufacturers, and that's what I'm

12   here on behalf of.

13              But I mean, I have given you measurements

14   in urban environments, which I think are akin to what

15   might have been experienced in New Orleans.  I have

16   suggested in my report at least that that would

17   contribute 5 to 20 percent of their exposure

18   concentration, for example, I have attempted to do

19   something along those lines.

20      Q.      But you have not -- but you have not

21   attempted to say, at least it's my understanding when

22   you're talking about the Dubuclet family and the

23   symptoms that they experienced, that the only reason

24   they would have experienced these symptoms is because

25   of some outside source of formaldehyde?

In Re: FEMA Trailer          William Dyson, Ph.D.          10/27/2009

1     A.    No.   In fact, I believe that they would

2    have experienced these symptoms for a variety of

3    reasons, if -- and including substances other than

4    formaldehyde, and perhaps even for the next item of

5    my conclusions here, various personal products that

6    they used might have affected the skin contact with

7    formaldehyde.

8          There -- they may have been the result of

9    volatile organic chemicals other than formaldehyde

10   that resulted in this.  Formaldehyde is not the only

11   thing that causes eye irritation or nose and throat

12   irritation, or whatever those symptoms might have

13   been.

14    Q.    Okay.  And I understand what you're

15   saying, I just -- what I don't understand, it's just

16   an unusual conclusion that these are other things

17   that may have caused it that are problems, but there

18   was no testing to really determine whether those

19   other things really did.

20          The only thing you tested was the travel

21   trailer, or that you were involved in the testing and

22   analysis of was the travel trailer?

23    A.    That's the only thing that's being accused

24   of causing these symptoms.

25    Q.    Exactly.  But if you could prove something

In Re: FEMA Trailer                William Dyson, Ph.D.                10/27/2009

1    else was causing it, that would probably advance your

2    clients' position?

3         A.    I would not use the word causing, but I

4    would use the word contributing to.  And I think that

5    we can say unequivocally that they had contributions

6    to their formaldehyde exposure from our sources other

7    than the travel trailer.

8         Q.    And I think we're probably saying the same

9    thing.  I understand you're saying there were

10   contributions, but you've done nothing to try to

11   measure the extent of contributions from other

12   sources?

13        A.    It's pretty hard for me to measure the

14   contribution of the exhaled air from other people,

15   which is a contributor to their source.

16             I could go down, I suppose, and am sure

17   the concentration of formaldehyde in -- at the street

18   next to where the home was located, or the travel

19   trailer was located.  But I know that I would find

20   it, okay, sir.  And I don't know exactly how much,

21   but I know that I would find it.

22             All I'm saying -- I'm not trying to make a

23   quantitative statement here, but a qualitative

24   conclusion is clear to me that there are other

25   contributors to their formaldehyde exposure other

In Re: FEMA Trailer             William Dyson, Ph.D.              10/27/2009

Page 112

1    than emissions from the wood products in this travel

2    trailer.

3         Q.    All right.  Do you know to what extent

4    Timia Dubuclet used various cleansers that may have

5    contained formaldehyde?

6         A.    No, I don't, unfortunately.

7         Q.    What about the extent she may have used

8    cosmetics?

9         A.    I don't know.  She was a young girl, I

10   wouldn't expect to a great extent, but shampoos and

11   that sort of thing I would expect she would use, but

12   I don't know that in detail.

13

14

15

16

17

18

19

20

21

22

23

24

25

In Re: FEMA Trailer                    William Dyson, Ph.D.                        10/27/2009

Page 113

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          Q.     But it's the levels that range from

21      non-detectable to 5.4 parts per million, would you

22      consider that to be a pretty broad range?

23          A.     It is, yes.  But the key is the averages

24      here.

25

In Re: FEMA Trailer                    William Dyson, Ph.D.                    10/27/2009

Page 119

2      Q.    And I'm pretty sure I asked you this, but

3   as far as your background, you're not a medical

4   doctor, isn't that correct?

5      A.    That's true.

6      Q.    And you're not a biologist?

7      A.    No.

8      Q.    Not a chemist?

9      A.    I'm a chemical engineer.

10     Q.    Chemical engineer.   How about a

11  toxicologist?

12     A.    No.