UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | * | |
|  Docket No. 07-9228; | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY AND EVIDENCE
RELATING TO FLEETWOOD ENTERPRISES, INC.'S BANKRUPTCY FILING**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Elisha Dubuclet ("Ms. Dubuclet" or "Plaintiff"), who hereby respectfully moves this Court *in Limine* to Exclude Testimony and Evidence Relating to the Bankruptcy Filing of Fleetwood Enterprises, Inc.  In support of this Motion, Plaintiff refers this Court to its attached Memorandum in support.

       Respectfully submitted:

       **FEMA TRAILER FORMALDEHYDE
       PRODUCT LIABILITY LITIGATION**

       BY:    s/Gerald E. Meunier
             GERALD E. MEUNIER, #9471
             **PLAINTIFFS' CO-LIAISON COUNSEL**
             Gainsburgh, Benjamin, David, Meunier &
             Warshauer, L.L.C.
             2800 Energy Centre, 1100 Poydras Street
             New Orleans, Louisiana 70163
             Telephone:    504/522-2304
             Facsimile:     504/528-9973
             gmeunier@gainsben.com

        s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on November 16, 2009.

     s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

RALD E. MEUNIER

2