**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | * | |
| Docket No. 07-9228; | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION *IN LIMINE* TO PREVENT ANY MENTION OF THE REVOCATION OF THE TREATING PHYSCIAN DR. GEORGE FARBER'S MEDICAL LICENSE**

Plaintiff Elisha Dubuclet ("Ms. Dubuclet" or "Plaintiff") submits this Memorandum in support of her Motion *in Limine* to Prevent any Mention of the Revocation of Treating Physician Dr. George Farber's Medical License.   Specifically, Plaintiff seeks to exclude the following:

> Any testimony or evidence referring to or relating to the revocation of the medical license for George Farber or the facts, circumstances or allegations related thereto.

**BACKGROUND**

Dr. George was a treating doctor for Plaintiff Timia Dubuclet.  On or about October 28, 2009, Plaintiff's counsel received notice  that Dr. Farber's medical license had been revoked by the State of Louisiana Board of Medical Examiners.  Plaintiff had previously designated Dr. Farber as an expert witness in this matter.  Plaintiff has since withdrawn Dr. Farber as a testifying expert.  Plaintiff would show that any reference to the revocation or the facts or circumstances relating to the revocation of Dr. Farber's medical license would be highly prejudicial.  Further it would be a waste of time to go into issues as to why Dr. Farber, a witness,

1

who is not being called to testify at the trial of this matter had his license revoked. Such would

testimony would further be irrelevant and confusing to the jury.

## ARGUMENT AND AUTHORITIES

### I. STANDARD OF ADMISSIBILITY.

Only relevant evidence is admissible. FED. R. EVID. 402. In determining relevancy, Rule

401 provides that relevant evidence is "evidence, having any tendency to make the existence of

any fact that is of consequence the determination of the action more probable or less probable

than it would be without the evidence." FED. R. EVID. 401. Under Rule 403 of the Federal Rules

of Evidence, a district judge is permitted to exclude even relevant evidence if he finds that its

probative value is substantially outweighed by the danger of "unfair prejudice, confusion of the

issues, or misleading the jury". FED. R. EVID. 403.

### II. TESTIMONY REGARDING THE LICENSURE REVOCATION IS IRRELEVANT AND FAILS THE RULE 403 BALANCING TEST.

The Louisiana Board of Medical Examiners has revoked the medical license of Dr.

George Farber. Plaintiff submits that any evidence regarding revocation or the facts,

circumstances or allegations related to the same are irrelevant to the case at bar, and if submitted,

such evidence would confuse the issues, mislead the jury and/or would present a waste of time.

Even if this Court were to find the revocation and/or the facts, circumstances or

allegations relating to the same slightly relevant, testimony or evidence regarding the same

should be excluded because it fails the balancing test set forth in Rule 403. This Court may

exclude relevant evidence if its probative value is substantially outweighed by the danger of

unfair prejudice, confusion of the issues, misleading the jury, or by considerations of undue

delay, waste of time, or needless presentation of cumulative evidence. FED. R. EVID. 403.

Evidence is considered unfairly prejudicial not merely because it damages the opposing party's case, but also because its admission makes it likely the jury will decide the case on an improper basis, such as an emotional one, rather than on the evidence presented. *United States v. Connelly*, 874 F.2d 412, 418 (7th Cir. 1989). Here, because evidence relating to the licensure revocation would raise issues of prejudice wholly unrelated to any relevant issue. Any such evidence should be excluded as unfairly prejudicial and as confusing and/or misleading the jury. Furthermore, any evidence and testimony regarding the same presents a waste of time in what this Court has deemed as limited trial time. Therefore, this Court should exclude any evidence relating to the medical license revocation of Dr. George Farber and the facts, circumstances or allegations related thereto.

## PRAYER

WHEREFORE, Plaintiffs respectfully requests that this Court exclude any evidence relating to the medical license revocation of Dr. George Farber and the facts, circumstances or allegations related thereto and grant Plaintiff's Motion *in Limine* to Prevent any Mention of the Revocation of Treating Physician Dr. George Farber's Medical License.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

3

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on November 16, 2009.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471