UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO | * | SECTION: N (5) |
| CIVIL ACTION NO. 2:07-CV-9228 | * | JUDGE ENGELHARDT |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al* (*Elisha Dubuclet obo Timia Dubuclet v. Fleetwood Fluor Enterprises, Inc. and FEMA*) | * * * | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION IN LIMINE TO
PROHIBIT NARRATIVE AND/OR NON-RESPONSIVE TESTIMONY**

Plaintiffs, Elisha Dubuclet and her minor child, Timia Dubuclet, through undersigned counsel, respectfully request that this Honorable Court issue an order prohibiting defendant's expert Dr. H. James Wedner, from offering narrative and/or non-responsive testimony at trial.

WHEREFORE, Plaintiffs pray that this Court enter an order prohibiting defendant's expert Dr. H. James Wedner, from offering narrative and/or non-responsive testimony at trial.

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

*/s/ Gerald E. Meunier*
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
**Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70113
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
**meunier@gainsben-com**

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
JUSTIN I. WOODS (LA Bar #24713)
RAÚL R. BENCOMO (LA Bar #2932)
LINDA J. NELSON (LA Bar #9938)
FRANK J. D'AMICO, JR. (LA Bar #17519)
MATT MORELAND (LA Bar #24567)
ROBERT M. BECNEL (LA Bar #14072)
ANTHONY BUZBEE (TX #24001820)
MIKAL WATTS (TX #20981820)
DENNIS REICH (TX #16739600)

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by electronic mail (CM/ECF) system which will send a notice of electronic filing to all counsel of record addressed this 16th day of November, 2009.

/s/ Gerald E. Meunier
GERALD E. MEUNIER