# EXHIBITS TO
# PLAINTIFFS' MOTION IN LIMINE TO
# PROHIBIT NARRATIVE AND/OR NON-RESPONSIVE TESTIMONY

1. Transcript of trial testimony of Dr. H. James Wedner, Sept. 23, 2009, at pages 86-95, 108-09.

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2
 3     ****************************************************
 4     IN RE:  FEMA TRAILER
       FORMALDEHYDE PRODUCTS
 5     LIABILITY LITIGATION
 6                              DOCKET MDL NO. 1873 "N"
                                NEW ORLEANS, LOUISIANA
 7                              WEDNESDAY, SEPTEMBER 23, 2009, 8:30 A.M.
 8     THIS DOCUMENT IS RELATED TO
 9     CHARLIE AGE, ET AL V
       GULF STREAM COACH, INC.,
10     ET AL, DOCKET NO. 09-2892;
       ALANA ALEXANDER,
11     INDIVIDUALLY AND ON BEHALF
       OF CHRISTOPHER COOPER
12
       ****************************************************
13
                                 DAY 8
14                          MORNING SESSION
                   TRANSCRIPT OF JURY TRIAL PROCEEDINGS
15            HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
                       UNITED STATES DISTRICT JUDGE
16
17     APPEARANCES:
18
       FOR THE PLAINTIFFS:
19
                              GAINSBURGH BENJAMIN DAVID MEUNIER AND
20                            WARSHAUER
                              BY:  GERALD E. MEUNIER, ESQUIRE
21                            2800 ENERGY CENTRE
                              1100 POYDRAS STREET, SUITE 2800
22                            NEW ORLEANS LA   70163
23
                              THE BUZBEE LAW FIRM
24                            BY:  ANTHONY G. BUZBEE, ESQUIRE
                              600 TRAVIS, SUITE 7300
25                            HOUSTON TX   77002
```

```
 1                         H. JAMES WEDNER
 2    WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY THE
 3    CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:
 4           THE DEPUTY CLERK:  THANK YOU, YOU MAY BE SEATED.
 5                         DIRECT EXAMINATION
 6    BY MR. WEINSTOCK:
 7    Q.   DR. WEDNER, I BELIEVE WE HAVE A STIPULATION TO YOUR --
 8           THE DEPUTY CLERK:  CAN YOU STATE AND SPELL YOUR FULL
 9    NAME FOR RECORD.
10           THE WITNESS:  MY NAME IS H. JAMES WEDNER, W-E-D-N-E-R.
11                            EXAMINATION
12    BY MR. WEINSTOCK:
13    Q.   I BELIEVE WE HAVE A STIPULATION AS TO YOUR EXPERTISE IN --
14    AS A MEDICAL DOCTOR IN THE FIELDS OF ALLERGY AND IMMUNOLOGY --
15           MR. WATTS:  THAT'S TRUE.
16                            EXAMINATION
17    BY MR. WEINSTOCK:
18    Q.   -- BUT I WOULD LIKE TO GO INTO NOT ONLY THAT BUT -- TO SOME
19    EXTENT.
20           THE COURT:  WE'LL LET YOU ASK A FEW QUESTIONS ON THAT.
21    THE COURT WILL GO AHEAD AND ACCEPT THE WITNESS AS AN EXPERT IN
22    THE STATED FIELDS, AND YOU CAN GO AHEAD AND PROCEED.
23                            EXAMINATION
24    BY MR. WEINSTOCK:
25    Q.   AND I DO WANT TO ASK YOU NOT ONLY ABOUT THAT, BUT ABOUT YOUR
```

1   WORK WITH ASTHMATICS.  WHAT IS YOUR CURRENT INVOLVEMENT WITH
2   ASTHMATICS?
3   A.   I'M THE CHIEF OF THE DIVISION OF ALLERGY AND IMMUNOLOGY AT
4   WASHINGTON UNIVERSITY SCHOOL OF MEDICINE, WHICH IS IN ST. LOUIS,
5   MISSOURI.  AND I RUN TWO CLINICS.  ONE IS CALLED THE ASTHMA AND
6   ALLERGY CENTER.  IT'S A LARGE CLINIC IN WHICH WE SEE PATIENTS,
7   BOTH ADULTS AND CHILDREN, WHO HAVE ASTHMA AND ALLERGIC DISEASES.
8   IT'S IN SUBURBAN ST. LOUIS COUNTY.
9          AND THEN WE HAVE ANOTHER CLINIC, WHICH IS CALLED THE
10  LUNG CENTER, WHICH IS ON THE CAMPUS OF WASHINGTON UNIVERSITY
11  SCHOOL OF MEDICINE.  ALSO, WE SEE BOTH ADULTS AND CHILDREN.
12  AGAIN, THAT'S MORE OF AN INNER CITY POPULATION.  THE OTHER IS
13  MORE OF A COUNTY, SUBURBAN POPULATION.
14  Q.   IN THE HIERARCHY OF MEDICAL SCHOOLS, WHERE DOES WASHINGTON
15  UNIVERSITY FALL?
16  A.   CURRENTLY, WE'RE THIRD.
17  Q.   WORKING YOUR WAY UP?
18  A.   WE'RE TRYING TO STAY WHERE WE ARE.
19  Q.   HOW LONG HAVE YOU WORKED WITH ASTHMATICS?
20  A.   35 YEARS.
21  Q.   ARE YOU -- HAVE YOU -- DO YOU JUST WORK WITH ASTHMATICS, OR
22  DO YOU REVIEW THE WORLD'S LITERATURE ON ASTHMA?
23  A.   I SPEND MOST OF MY TIME WORKING AND REVIEWING THE
24  LITERATURE, SPENDING A LOT OF TIME STUDYING ASTHMATICS.  WE'VE
25  STUDIED ASTHMA, PARTICULARLY INNER CITY ASTHMA, FOR MANY, MANY

1   YEARS.

2   Q.   WE'VE HAD A LOT OF DIFFERENT EXPERTS COME IN HERE IN THE

3   LAST WEEK AND A HALF.  WHAT WERE YOU DOING YESTERDAY AFTERNOON?

4   A.   TAKING CARE OF ASTHMATICS.

5   Q.   IS THAT WHAT YOU CALL CLINICALS?

6   A.   YEAH, I SAW -- I HAD CLINIC ALL DAY YESTERDAY.  I FLEW IN

7   AFTER CLINIC.

8   Q.   IN YOUR 30, 35 YEARS OF WORKING WITH ASTHMATICS, WHAT TYPE

9   OF EXPERIMENTAL STUDIES HAVE YOU DONE REGARDING ASTHMA IN KIDS?

10  A.   WE DID THE FIRST LARGE-SCALE STUDY OF INNER CITY ASTHMA.  IT

11  WAS CALLED THE NATIONAL INNER CITY ASTHMA STUDY.  THERE WERE FIVE

12  LARGE CENTERS.  AND WHAT WE DID WAS THE FIRST INTERVENTIONAL

13  STUDY, FIRST OF ALL, LOOKING AT WHAT WERE THE CAUSES OF THE

14  MARKED INCREASE IN ASTHMA THAT OCCURS IN THE INNER CITY AND,

15  SECOND, LOOKING AT WHAT WE MIGHT DO ABOUT THAT.  AND WE WERE THE

16  FIRST GROUP TO EVER SHOW AN INTERVENTION THAT ACTUALLY WORKED IN

17  A STATISTICALLY SIGNIFICANT BASIS.

18  Q.   WHAT INTERVENTION WAS THAT?

19  A.   WE DID WHAT WAS CALLED AN ASTHMA COUNSELOR STUDY.  WHAT WE

20  HAD HOPED TO SHOW WAS THAT THERE WAS A FACTOR THAT, IF YOU WENT

21  INTO THE INNER CITY, YOU WOULD FIND PERHAPS ONE OR TWO THINGS

22  THAT DIFFERENTIATED THE INNER CITY FROM SUBURBIA.

23          AND WHAT WE FOUND IS THAT OUR INITIAL FEELINGS WERE

24  TOTALLY WRONG.  THAT FOR EACH CHILD IN THE INNER CITY, THERE WAS

25  SOMETHING THAT WE COULD LINK TO THE FACT THAT THEY HAD ASTHMA

1   THAT WASN'T DOING VERY WELL.  BUT, ALTHOUGH THERE WERE CERTAIN

2   FACTORS THAT WERE COMMON, FOR EXAMPLE, WE WERE THE FIRST PEOPLE

3   THAT IDENTIFIED THE NUMBER ONE ALLERGIN IN THE INNER CITY IS

4   COCKROACHES.  IT'S NOT DUST MITE OR CATS LIKE IT IS IN SUBURBIA.

5   WE ALSO IDENTIFIED THE NUMBER TWO ALLERGIN BEING MICE.

6             BUT PSYCHOSOCIAL PROBLEMS ARE ALSO VERY IMPORTANT.  AND

7   SO WHAT WE DID IS EACH GROUP HAD AN ASTHMA COUNSELOR WHO WORKED

8   WITH EACH CHILD AND THEIR PARENTS AND OTHER AREAS SO THAT WE

9   WOULD IDENTIFY WHAT THE PROBLEM WAS, TRY AND SOLVE THE PROBLEM.

10  AND THEN, ALONG WITH GETTING THEM APPROPRIATE MEDICATION, MAKING

11  SURE THEY TOOK THEIR MEDICINE, WE WERE THE FIRST ONES TO SHOW

12  THAT THAT KIND OF AN APPROACH COULD ACTUALLY MAKE THESE YOUNG

13  PEOPLE BETTER.

14  Q.   DID YOU CONSIDER THAT THERE WERE OTHER ENVIRONMENTAL FACTORS

15  THAT MIGHT BE CAUSING OR AGGRAVATING ASTHMA?

16  A.   WE MEASURED A HUGE NUMBER OF ENVIRONMENTAL FACTORS.  WE

17  LOOKED AT EVERYTHING THAT WE COULD GET OUR HANDS ON.

18  Q.   WAS ONE OF THOSE THINGS FORMALDEHYDE?

19  A.   EARLY ON, WE MEASURED FORMALDEHYDE.  WE WERE UNABLE TO

20  DOCUMENT THE FORMALDEHYDE.  WE MEASURED NITROGEN DIOXIDE AND

21  OTHER NITROGEN OXIDES.  WE WERE UNABLE TO DOCUMENT THAT THEY WERE

22  A FACTOR, SO IN THE LATER PARTS OF THE STUDY WE DIDN'T MEASURE

23  THEM.

24  Q.   SO IN THE EARLY PARTS OF THIS STUDY YOU CONSIDERED

25  FORMALDEHYDE, BUT, BECAUSE OF WHAT YOU HAD FOUND, IT FELL OUT OF

1    THE STUDY?

2    A.    IT FELL OUT.  NITROGEN DIOXIDE.  OTHER IRRITANTS ALL FELL

3    OUT.

4    Q.    YOU SAID ONE THING THAT I GLOSSED OVER TOWARDS THE END OF

5    YOUR ANSWER AS TO WHAT YOU WERE DOING.  DID YOU SAY THAT THERE

6    WAS A SIGNIFICANT RELATIONSHIP BETWEEN IMPROVEMENT AND TAKING THE

7    PROPER MEDICINE?

8    A.    OH, ABSOLUTELY.

9    Q.    WELL, IT MAY BE JUMPING THE GUN, BUT WHAT IS THE PROPER WAY

10   TO TREAT ASTHMA WITH MEDICINE?

11   A.    THE PROPER WAY TO TREAT ASTHMA, THERE ARE TWO KINDS OF

12   MEDICINES FOR ASTHMA.  WE CALL THOSE CONTROLLERS AND RELIEVERS.

13   ASTHMA IS A DISEASE WHERE YOU HAVE INFLAMMATION IN THE LUNGS, AND

14   A CONTROLLER IS A MEDICINE THAT CONTROLS THE INFLAMMATION.  AND

15   IT'S A MEDICINE THAT ASTHMATICS -- AND IT DOESN'T MATTER WHAT

16   YOUR AGE IS -- SHOULD TAKE EVERY SINGLE DAY TO CONTROL THE

17   INFLAMMATION.

18          RELIEVERS ARE LARGELY SHORT-ACTING BRONCHODILATORS,

19   LIKE ALBUTEROL.  AND THAT IS TAKEN TO RELIEVE THE ACUTE SYMPTOMS.

20   SO YOUNG PEOPLE OR OLD PEOPLE SHOULD TAKE A CONTROLLER MEDICINE

21   EVERY SINGLE DAY FOR THEIR ASTHMA, AND THAT WILL MINIMIZE THE USE

22   OF THE RELIEVER MEDICINES LIKE ALBUTEROL.

23   Q.    ONE OF THE THINGS I NOTICED IN YOUR REPORT IS THAT YOU STATE

24   THERE'S A -- BECAUSE OF THE WIDE USE OF FORMALDEHYDE, THERE IS A

25   LARGE BODY OF MEDICAL LITERATURE INVESTIGATING THE ALLEGED HEALTH

1   EFFECTS OF FORMALDEHYDE?

2   A.   THAT'S CORRECT.

3   Q.   DID ALL OF THIS LITERATURE START AFTER THE FEMA FORMALDEHYDE

4   TRAILERS WERE MADE?

5   A.   NO.   ACTUALLY, THE INTEREST IN FORMALDEHYDE BEGAN IN THE

6   LATE '60S, EARLY '70S.   AND IT ACTUALLY STARTED WITH UREA

7   FORMALDEHYDE FOAM INSULATION WHICH WAS PUT IN A LOT OF HOMES AND

8   OTHER BUILDINGS.   AND THERE WAS A LOT OF INTEREST IN WHETHER OR

9   NOT THE FORMALDEHYDE MIGHT BE CAUSING SOME DEGREE OF HEALTH --

10  ADVERSE HEALTH EFFECTS, WHETHER IT WAS PULMONARY, UPPER AIRWAY OR

11  OTHER HEALTH EFFECTS.

12           AND THOSE BEGAN A SERIES OF STUDIES WHICH ACTUALLY

13  STARTED PROBABLY IN THE VERY EARLY 1970S, AND HAVE CONTINUED TO

14  TODAY.   SO THIS IS A VERY OLD PROBLEM.   IT'S NOT A BRAND-NEW

15  PROBLEM.

16  Q.   AND IN TERMS OF THAT WORLD LITERATURE, IS THAT SOMETHING YOU

17  STAY CURRENT WITH?

18  A.   I'VE BEEN READING THAT LITERATURE SINCE THE EARLY '70S.

19  Q.   AS A CLINICIAN, DO YOU FIND THAT LITERATURE HELPS YOU

20  UNDERSTAND WHAT'S GOING ON WITH YOUR PATIENTS?

21  A.   ALL THE LITERATURE HELPS US UNDERSTAND WHAT'S GOING ON WITH

22  OUR PATIENTS.

23  Q.   WHAT EXACTLY IS FORMALDEHYDE?

24  A.   FORMALDEHYDE IS A LOW MOLECULAR WEIGHT SINGLE CARBON

25  MOLECULE.   IT'S A VERY SIMPLE BUT HIGHLY REACTIVE SINGLE CARBON

1    MOLECULE.  IT'S ONE CARBON, ONE OXYGEN AND TWO HYDROGENS.

2    Q.   IS IT USED IN NORMAL METABOLISM?

3    A.   IT IS A NORMAL METABOLIC BY-PRODUCT.

4    Q.   WHAT IS THE ODOR THRESHOLD TO FORMALDEHYDE?

5    A.   THERE ARE -- THE ODOR THRESHOLD VARIES WIDELY AMONG THE

6    NORMAL POPULATION.  MOST PEOPLE CAN DETECT -- AND BY DETECT, I

7    MEAN THAT IF YOU -- IF IT WERE THERE, YOU WOULD KIND OF SNIFF

8    AROUND AND SAY, GEE, IT'S THERE -- SOMETHING IN THE NEIGHBORHOOD

9    OF ABOUT 50 PARTS PER BILLION.  THERE ARE SOME VERY, VERY

10   SENSITIVE PEOPLE THAT CAN DETECT IT PERHAPS TENFOLD LOWER.  SO

11   THAT'S THE ODOR THRESHOLD.

12   Q.   WELL, I WANT TO FOLLOW YOU.  DID YOU SAY 50 PARTS PER

13   BILLION OR 500?

14   A.   50 PARTS PER BILLION IS THAT -- IS THAT YOU CAN DETECT IT.

15   Q.   IS IT DIFFERENT FOR EVERYBODY?

16   A.   YES.  THERE ARE SOME PEOPLE WHO HAVE REALLY GOOD NOSES AND

17   SOME PEOPLE LIKE ME WHO DON'T HAVE GOOD NOSES AT ALL.

18   Q.   WELL, WHEN WE SMELL FORMALDEHYDE, WHAT DOES THAT TRIGGER?

19   A.   WELL, IT JUST TRIGGERS THE FACT THAT YOU DETECT SOMETHING IN

20   YOUR ENVIRONMENT THAT IS -- THAT IS DIFFERENT.

21   Q.   AND HOW DO PEOPLE REACT WHEN THEY SMELL SOMETHING LIKE

22   FORMALDEHYDE?

23   A.   WELL, EVERYBODY REACTS DIFFERENTLY; BUT, IF YOU DON'T

24   PERCEIVE IT AS BAD, EVENTUALLY YOU WILL FORGET IT, TO BE HONEST.

25   Q.   IS THAT A CONCEPT CALLED ADAPTATION?

1   A.   WE ALL HAVE OR WERE PERCEIVED -- AND WE PERCEIVE MULTIPLE
2   ODORS IN OUR ENVIRONMENT ALL THE TIME.  WE'RE VERY GOOD AT
3   DETECTING THINGS, AND WE'RE ALSO VERY GOOD AT ADAPTING TO THEM SO
4   THAT WE CAN DETECT NEW ODORS.
5        SENSE OF SMELL IS THE MOST ANCIENT SENSE WE HAVE, AND
6   IT GOES TO A VERY ANCIENT PART OF OUR BRAIN, SO THAT WE CAN PUT
7   AWAY, IN ESSENCE, WE CAN ADAPT TO ODORS; SO, IF IS THERE A NEW
8   ODOR, WE'LL BE ABLE TO SENSE THAT.  IF YOU COULDN'T DO THAT, YOU
9   WOULD BE -- WOULDN'T BE ABLE TO DISCRIMINATE ODORS.  WE CAN DO
10  THAT FOR ALL OF OUR SENSES, BUT WE CAN DO IT VERY WELL FOR ODORS.
11  Q.   IS THAT PART OF THE BODY'S NORMAL DEFENSE MECHANISMS, TO GET
12  ADAPTED TO ONE SMELL SO THAT IF A SMELL, LIKE, FOR EXAMPLE, THE
13  ROOM IS ON FIRE, YOU WOULD STILL BE ABLE TO DISTINGUISH THAT?
14  A.   ABSOLUTELY.
15  Q.   CAN FORMALDEHYDE ACT AS AN IRRITANT?
16  A.   YES, IT CAN.
17  Q.   WHEN IT ACTS AS AN IRRITANT, WHAT PART OF THE BODY DOES IT
18  IRRITATE?
19  A.   IT USUALLY IRRITATES THE MUCUS MEMBRANES OF THE UPPER
20  AIRWAY.  SO THE MOST SENSITIVE IS PROBABLY THE EYES, SO YOU CAN
21  GET EYE IRRITATION.  AND THEN THE NOSE, WHICH IS A VERY SENSITIVE
22  MUCUS MEMBRANE.  AND THEN, ULTIMATELY, THE ORAL MUCOSA.  WHEN YOU
23  OPEN YOUR MOUTH, YOU CAN GET A SORE MOUTH.
24       SO, YES, IT'S DEFINITELY WHAT WE CALL A PRIMARY
25  IRRITANT, WHICH MEANS THAT EVERYBODY, TO A GREATER OR LESSER

1   EXTENT, WILL BE IRRITATED BY FORMALDEHYDE.

2   Q.   WHAT ABOUT THE LUNGS?

3   A.   IT'S NOT A PRIMARY IRRITANT TO THE LUNGS BECAUSE IT DOESN'T

4   GET INTO THE LUNGS.  ONE OF THE THINGS ABOUT FORMALDEHYDE IS THAT

5   IT IS SO REACTIVE THAT IT LITERALLY BINDS TO THE UPPER AIRWAY,

6   AND IT NEVER GETS INTO THE LUNGS.

7   Q.   WE'VE SEEN OR WE'VE HAD PEOPLE DISCUSS VARIOUS RESPONSES THE

8   BODY CAN MAKE TO FORMALDEHYDE.  WHAT ABOUT THE -- AND I ALWAYS

9   GET THIS ONE WRONG -- THE TRIGEMINAL NERVE -- TRIGEMINAL NERVE?

10  A.   TRIGEMINAL.

11  Q.   I KNEW I'D GET IT WRONG.

12  A.   THE TRIGEMINAL NERVE IS PART OF THE VAGUS SYSTEM, WHICH IS A

13  VERY IMPORTANT SYSTEM THAT WE USE BOTH TO SENSE THINGS AND TO

14  TELL PARTS OF THE BODY THAT WE'VE SENSED THEM.

15          SO THE TRIGEMINAL NERVE IS A BIG NERVE WHICH INNERVATES

16  MOST OF OUR UPPER HEAD.  AND IT'S CALLED TRIGEMINAL BECAUSE IT'S

17  GOT THREE PARTS TO IT.  ONE PART GOES HERE, AND IT BASICALLY

18  IS -- PART OF IT IS WHAT THE DENTIST DOES WHEN HE ANESTHETIZES

19  YOUR JAW.  AND ANOTHER PART GOES TO THE NOSE, AND ANOTHER PART

20  THAT GOES UP HERE.

21          AND THERE ARE DISEASES THAT CAUSE INTENSE PAIN CALLED

22  TRIGEMINAL NEURALGIA.  IF YOU'VE EVER MET EVERYBODY THAT HAS

23  THAT, THEY CAN TELL WHERE EACH BRANCH IS BECAUSE SOMETIMES YOU

24  GET ONE BRANCH AND SOMETIME THE OTHER.

25          BUT THE TRIGEMINAL NERVE CARRIES THESE WHAT ARE CALLED

1    IRRITANT FIBERS.  IRRITANT FIBERS ARE VERY, VERY TINY NERVE

2    FIBERS, THE SMALLEST NERVE FIBERS, OFTEN REFERRED TO AS C FIBERS.

3    AND THAT'S BECAUSE THEY ARE TINY AND THEY ARE NOT MYELINATED.

4    THEY DON'T HAVE A COATING ON THEM.

5            AND WE USED TO THINK THAT THESE FIBERS --

6            THE COURT:  LET'S --

7            THE WITNESS:  IS THAT ENOUGH?

8            THE COURT:  -- GET TO THE NEXT QUESTION.

9                         EXAMINATION

10   BY MR. WEINSTOCK:

11   Q.   LET ME THROW IN A QUESTION; ALTHOUGH, IT IS GETTING CLOSER

12   TO THE LUNCH HOUR.

13            WOULD IRRITATING THAT NERVE AFFECT ASTHMA?

14   A.   THERE ARE INDIVIDUALS IN WHOM SENSORY SMELLS AFFECT ASTHMA,

15   BUT IRRITANT, PER SE, DOES NOT APPEAR TO.

16   Q.   SO THE IRRITANT PROPERTY OF FORMALDEHYDE HAS NO IMPACT ON

17   ASTHMA --

18   A.   THAT'S CORRECT.

19   Q.   -- THROUGH THAT MECHANISM?

20   A.   THROUGH THAT MECHANISM.

21   Q.   AND I THINK, IF I UNDERSTOOD YOU EARLIER, IT DOESN'T GET

22   INTO THE LUNGS TO DIRECTLY CONTACT IT?

23   A.   IT DOES NOT GET INTO THE LUNGS.

24   Q.   WHAT DOES IT MEAN TO BE SENSITIZED TO ASTHMA -- TO

25   FORMALDEHYDE?

1     IF YOU DREW A LINE STRAIGHT ACROSS WHERE I DREW IT,
2  IF CHRIS HAD HAD VOCAL CORD DYSFUNCTION, THAT LOOP WOULD GO DOWN,
3  ACROSS WHERE THE YELLOW LINE IS AND BACK UP, BECAUSE THAT'S A
4  SIGN OF A FIXED EXTRATHORACIC, BECAUSE YOUR LARYNX IS NOT IN YOUR
5  CHEST, OBSTRUCTION TO FLOW.  DOWN, FLAT AND UP.  AND HE'S GOT AN
6  ABSOLUTELY NORMAL INSPIRATORY LOOP, SO THIS IS EVIDENCE THAT THIS
7  YOUNG MAN DOES NOT HAVE VOCAL CORD DYSFUNCTION.
8                             EXAMINATION
9  BY MR. WEINSTOCK:
10 Q.   SO YOU'VE GOT TWO WAYS OF FINDING IT; YOU LOOKED AT BOTH,
11 AND YOU COULD NOT CONFIRM THIS DIAGNOSIS, CORRECT?
12 A.   NO.
13 Q.   MAYBE HE'S GOT IT.  IS THERE ANY LITERATURE THAT SUGGESTS
14 THAT VOCAL CORD DYSFUNCTION IS ASSOCIATED WITH FORMALDEHYDE
15 EXPOSURE?
16 A.   NO.
17 Q.   LET'S RETURN TO THE POTENTIAL IRRITATING EFFECTS OF
18 FORMALDEHYDE.  CAN IRRITATING EFFECTS OF FORMALDEHYDE AGGRAVATE
19 ASTHMA?
20 A.   NO.  IT'S ACTUALLY BEEN LOOKED AT.  BACK IN THE BEGINNING,
21 IN THE MID '70S, WHEN THERE WAS THIS REAL QUESTION OF WHETHER
22 FORMALDEHYDE COULD CAUSE ASTHMA OR COULD AGGRAVATE ASTHMA, THERE
23 WERE A NUMBER OF STUDIES IN WHICH THEY LITERALLY TOOK PEOPLE, PUT
24 THEM IN CHAMBERS, AND EXPOSED THEM TO HIGH LEVELS OF
25 FORMALDEHYDE, BEGINNING WITH, LET'S SAY, .1 PARTS PER MILLION OR

1  A HUNDRED PARTS PER MILLION AND GOING UP TO AS HIGH AS THREE
2  PARTS PER MILLION, AMOUNTS OF FORMALDEHYDE THAT YOU WOULD REALLY
3  NOT LIKE TO BE IN.
4      AND THEY DID BASICALLY THREE GROUPS OF INDIVIDUALS.
5  THE FIRST GROUP WERE NORMAL PEOPLE. AND WHAT THEY SHOWED IS THAT
6  IF YOU TAKE A NORMAL PERSON AND EXPOSE THEM TO THREE PARTS PER
7  MILLION FORMALDEHYDE, ALTHOUGH THEY DON'T LIKE IT, THEY DON'T
8  WHEEZE, AND THERE'S NO CHANGE IN THEIR PULMONARY FUNCTION.
9      THE SECOND GROUP WERE PEOPLE WHO HAD ASTHMA. AND THEY
10 EXPOSED THEM TO AMOUNTS OF FORMALDEHYDE UP TO THREE PARTS PER
11 MILLION, AND ASTHMATICS DON'T WHEEZE.
12     AND THE THIRD GROUP WERE PEOPLE WHO HAD ASTHMA AND
13 BELIEVED THAT THEIR ASTHMA WAS CAUSED BY FORMALDEHYDE, AND THEY
14 BLEW FORMALDEHYDE AT THEM BUT THEY MASKED THE ODOR. YOU CAN TAKE
15 SOMETHING THAT SMELLS WORSE, AND SO IN THAT CASE THEY USED METHYL
16 MERCAPTAN, THE SMELL OF ROTTEN EGGS. AND EVEN THEN,
17 FORMALDEHYDE, WHEN THE PATIENTS DIDN'T KNOW THAT IT WAS
18 FORMALDEHYDE, THEY WERE UNABLE TO DOCUMENT THAT FORMALDEHYDE
19 EITHER CAUSES OR MAKES YOU WHEEZE, EVEN AT VERY HIGH
20 CONCENTRATIONS.
21     NOW, AT THESE HIGH CONCENTRATIONS, YOU HAVE TO
22 UNDERSTAND THAT PEOPLE WOULD GET, YOU KNOW, RUNNY NOSE, AND THEY
23 WOULD GET ITCHY EYES, SO IT WAS IRRITATING AT THAT LEVEL.
24 Q.  WE HAVE BEEN HEARING IT, BUT THOSE ARE STUDIES OF ADULTS.
25 A.  CORRECT.