UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:07-CV-9228 *Aldridge, et al. v. Gulf Stream Coach, Inc., et al* *(Elisha Dubuclet obo Timia Dubuclet v. Fleetwood Fluor Enterprises, Inc. and FEMA)* | * * * * * * * | SECTION: N (5) JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE
EVIDENCE, TESTIMONY, AND ARGUMENT
REGARDING OTHER LAWSUITS OR CLAIMS
<u>(OR ABSENCE OF OTHER CLAIMS OR LAWSUITS)</u>**

Plaintiffs, Elisha Dubuclet on behalf of her minor child, Timia Dubuclet, through undersigned counsel, respectfully request that this Honorable Court issue an order excluding all evidence, testimony and argument regarding other lawsuits or claims against Defendants (or the alleged absence of such claims or lawsuits) because such evidence is irrelevant, improper character evidence, risks jury confusion, and is unfairly prejudicial.

WHEREFORE, Plaintiffs pray that this Court enter an order excluding all evidence, testimony and argument regarding other lawsuits or claims against Defendants (or the alleged absence of such claims or lawsuits).

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

*/s/ Gerald E. Meunier*
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70113
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
**meunier@gainsben-com**

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
JUSTIN I. WOODS (LA Bar #24713)
RAÚL R. BENCOMO (LA Bar #2932)
LINDA J. NELSON (LA Bar #9938)
FRANK J. D'AMICO, JR. (LA Bar #17519)
MATT MORELAND (LA Bar #24567)
ROBERT M. BECNEL (LA Bar #14072)
ANTHONY BUZBEE (TX #24001820)
MIKAL WATTS (TX #20981820)
DENNIS REICH (TX #16739600)

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by electronic mail (CM/ECF) system which will send a notice of electronic filing to all counsel of record addressed this 16th day of November, 2009.

                                           */s/ Gerald E. Meunier*
                                           GERALD E. MEUNIER