**EXHIBITS TO
PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE
EVIDENCE, TESTIMONY, AND ARGUMENT
REGARDING OTHER LAWSUITS OR CLAIMS
(OR ABSENCE OF OTHER CLAIMS OR LAWSUITS)**

1. 30(b)(6) Deposition of Fleetwood Enterprises, Inc., through Forrest Theobald, June 25, 2009, pages 1-8, 206, 246-49.

## 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE        MDL NO. 1873
PRODUCTS LIABILITY LITIGATION
                                         SECTION "N" (5)
                                         JUDGE ENGELHARDT
                                         MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

Elisha Dubuclet on behalf of
Timia Dubuclet vs. Fleetwood
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF
FLEETWOOD ENTERPRISES, INC.

June 25, 2009
10:07 a.m.

3649 Mission Inn Avenue
Riverside, California

Reported by Gail Nesson, CSR No. 7010

## 2

APPEARANCES OF COUNSEL

For Plaintiff's Steering Committee:
BENCOMO & ASSOCIATES
RAUL R. BENCOMO, ESQ.
639 Loyola Avenue, Suite 2110
New Orleans, Louisiana 70113
504.529.2929
504.529.2018 Fax
ben_law@bellsouth.net

For Fleetwood Enterprises, Inc.:

NELSON, MULLINS, RILEY & SCARBOROUGH LLP
RICHARD K. HINES, V, ESQ.
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
404.322.6154
404.322.6050 Fax
richard.hines@nelsonmullins.com
    -and-
LEAKE & ANDERSON LLP
JERRY L. SAPORITO, ESQ.
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
504.585.7500
504.585.7775 Fax
jsaporito@leakeanderson.com

For Fluor Enterprises, Inc.
MIDDLEBERG, RIDDLE & GIANNA
CHARLES R. PENOT, JR., ESQ.
717 North Harwood, Suite 2400
Dallas, Texas 75201
214.220.6334
214.220.6640 Fax
cpenot@midrid.com

## 3

APPEARANCES

For CH2M Hill Constructors, Inc. and Shaw Environmental, Inc.:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
GERARDO R. BARRIOS, ESQ.
3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471
985.819.8416
985.819.6716 Fax
gbarrios@bakerdonelson.com

For Morgan Building and Spas:
MCGLINCHEY STAFFORD PLLC
DAN E. WEST, ESQ.
301 Main Street, 14th Floor, One American Place
Baton Rouge, Louisiana 70825
225.383.9000
225.343.3076 Fax
dwest@mcglinchey.com

For The United States:

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
MICHELE S. GREIF, ESQ.
1331 Pennsylvania Avenue, NW
Room 8022S, Nat'l Place
Washington, DC 20004
202.353.2492
202.616.4473 Fax
michele.greif@usdoj.gov

## 4

APPEARANCES

For Keystone RV Company, Thor California, Thor Industries, Dutchmen Manufacturing, DS Corp (d/b/a CrossRoads RV) and KZ RV, LP:
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.
RYAN JOHNSON, ESQ.
(A.M. participation via telephone)
REGINA HAMILTON, ESQ.
(P.M. participation via telephone)
8555 United Plaza Boulevard, 5th Floor
Baton Rouge, Louisiana 70809
225.248.2088
225.248.3088 Fax
rhamilton@joneswalker.com

For Bechtel National, Inc.:

FRILOT L.L.C.
PETER R. TAFARO, ESQ.
(Participation via telephone)
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163-3700
504.599.8060
504.599.8152 Fax
PTafaro@frilot.com

For Jayco, Inc. and Starcraft RV, Inc.:

WILLINGHAM, FULTZ AND COUGILL
THOMAS COUGILL, ESQ.
(Participation via telephone)
808 Travis, Suite 1608
Houston, Texas 77070
713.333.7600
tomc@willingham-law.com

### Page 5

```
 1              APPEARANCES
 2
 3   For Gulf Stream Coach, Inc.:
 4      DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
        PHILIP WATSON, ESQ.
 5      (Participation via telephone)
        3838 North Causeway Boulevard, Suite 2900
 6      Metairie, Louisiana 70002
        504.832.3700
 7      504.837.3119 Fax
        pwatson@duplass.com
 8
 9   For Heartland Recreational Vehicles, LLC:
10      ALLEN & GOOCH
        LORI A. DAIGLE, ESQ.
11      (Participation via telephone)
        One Lakeway
12      3900 North Causeway Boulevard, Suite 1450
        Metairie, Louisiana 70002
13      504.836.5216
        504.836.5219 Fax
14      LoriDaigle@AllenGooch.com
15
     Also present:
16
        MARIO KYPRIANOU, VIDEOGRAPHER
17      ROBERT WOZNIAK
        FORREST THEOBALD
18      CRAIG BIAZO
19
20
21
22
23
24
25
```

### Page 6

```
 1              INDEX OF EXAMINATION
 2
 3   WITNESS: ROBERT WOZNIAK
 4   EXAMINATION                              PAGE
 5   By Mr. Bencomo               11, 115, 215
 6   ~~By Ms. Greif~~             210
 7
 8   WITNESS: FORREST THEOBALD
 9   EXAMINATION
10   By Mr. Bencomo               41, 94, 133, 223,
11                                246, 249
12   By Ms. Greif                 199
13   By Mr. Hines                 235, 248
14
15   WITNESS: CRAIG BIAZO
16   EXAMINATION
17   By Mr. Bencomo               73, 141, 221
18   By Ms. Greif                 147
19   By Mr. Penot                 163
20
21       SECTION OF TRANSCRIPT REQUESTED TO BE MARKED
22           Page     Line
23            67       18
24
25
```

(Note: Witness Forrest Theobald examination section circled by hand.)

### Page 7

```
 1              INDEX TO EXHIBITS
 2
 3   Exhibit       Description                         Page
 4      1    FEMA Unit Specifications                   250
             32FSH/32DFSH
 5
        2    Diagram                                    250
 6
        3    Pioneer 2006 Owner's Manual                250
 7
        4    Material Safety Data Sheet Urea            250
 8           Formaldehyde Bonded Panel Products
 9      5    Material Safety Data Sheet                 250
10      6    Material Safety Data Sheet                 250
11      7    Material Safety Data Sheet                 250
12      8    Panel Products document                    250
13      9    FEMA Unit Specifications                   250
             32F/32FD
14
       10    FEMA Unit Specifications                   250
15           32FSH/32DFSH
16     11    Limited One-Year Warranty document         250
17     12    Warranty document                          250
18     13    Important Notices and Warning              250
             document
19
       14    Warning document                           250
20
       15    Propane System document                    250
21
       16    Document from Jim Croxton                  250
22
       17    RADCO Test Series 107                      250
23
       18    RADCO Test document                        250
24
       19    RADCO Test document                        250
25
```

### Page 8

```
 1   Exhibit       Description                         Page
 2
 3     20    RADCO Fact Finding Report,                 250
             Formaldehyde Evaluation
 4
       21    RADCO Test document                        250
 5
       22    RADCO Test document                        250
 6
       23    RADCO Test Report, Formaldehyde            250
 7           Levels in New Homes Before, During
             and After Treatment with Ammonia
 8
       24    RADCO Test Report, Large Scale             250
 9           Test Method for Determining
             Formaldehyde Emissions by the
10           Large Chamber Method FTM 2-1983
11     25    RADCO Test document                        250
12     26    Number chart                               250
13     27    Number chart                               250
14     28    Fleetwood Memorandum, dated August         250
             20, 2004
15
       29    FEMA Model Travel Trailer                  250
16           Procurement Specifications
17     30    Important Notice document                  250
18     31    FEMA Procedure Storage Site Manual         250
             Fall 2005
19
       32    Exhibit 8                                  250
20
21
22
23
24
25
```

### 205

1. left-hand corner of a medicine cabinet mirror.
2. BY MS. GREIF:
3. Q  Do you know at what point in the production
4. process the tag would have been affixed onto the mirror?
5. A  It would be what was called final finish. Final
6. finish department, which is basically at the end of the
7. line. The unit is for all intents and purposes complete
8. through the manufacturing process, and a group of
9. associates would be responsible for details, putting tags
10. on, putting manuals in the drawer or wherever we put them
11. at the time, those types of things, and looking for
12. defects to take care of.
13. Q  Any reason to believe that this process was
14. not -- would not have been followed for the FEMA
15. trailers?
16. MR. BENCOMO: Object to the form of the
17. question.
18. THE WITNESS: No reason at all.
19. BY MS. GREIF:
20. Q  Does Fleetwood have a policy or practice to use
21. low formaldehyde emitting products?
22. A  Yes. And like this notice that was placed in
23. all units beginning in '83 or '84, Fleetwood's policy for
24. using low formaldehyde emission wood products was
25. started, I'm going to say, '80 or '81, sometime in that

### 206

1. timeframe, maybe '82.
2. Q  Is it a Fleetwood company policy to make safe
3. products?
4. MR. BENCOMO: Objection to the form of the
5. question.
6. THE WITNESS: It always was while I was there,
7. yes. I assume that continued in my absence.
8. BY MS. GREIF:
9. Q  Fleetwood stands behind its trailers, the
10. quality of its trailers and the safety of its trailers?
11. A  Yes.
12. Q  If Fleetwood learns of a problem with one of its
13. trailers, what is -- is there a typical type of response
14. or a process to respond to any concerns or complaints?
15. A  Yes.
16. Q  Did Fleetwood receive any complaints related to
17. formaldehyde with regard to the trailers that it provided
18. to Morgan post Katrina?
19. MR. HINES: Michele, this is post his time, and
20. that's more of Craig Biazo's area.
21. BY MS. GREIF:
22. Q  Okay.
23. A  I left in April of '05.
24. Q  Given the use of the low formaldehyde emission
25. products, are Fleetwood trailers actually -- do they

### 207

1. actually exceed all industry standards?
2. MR. BENCOMO: Objection to the form of the
3. question.
4. THE WITNESS: With respect to low emission?
5. BY MS. GREIF:
6. Q  For the trailers.
7. A  I'm not sure -- I'm not sure there are industry
8. standards, but Fleetwood adopted these standards, its own
9. standards with respect to low emission products in the
10. late '70s, early '80s for housing units and recreational
11. vehicles.
12. At the time that all of this was an issue and
13. earlier when Mr. Bencomo was taking me through these
14. RADCO studies, all of those tests were done for
15. Fleetwood.
16. And the information that was gathered for those,
17. that was not a housing exercise. That was a Fleetwood
18. exercise, and the information that was gathered from
19. those tests was applied to the housing units. And since
20. we're using basically the same materials in recreational
21. vehicles, we applied the same knowledge that we had
22. gathered for recreational vehicles.
23. Now, ultimately HUD determined in 1984 to make
24. product standards for particle board and plywood --
25. hardwood plywood as product standards. So that's a

### 208

1. regulation, and HUD regulates manufactured housing. It
2. has nothing to do with recreational vehicles, but we
3. apply that same thing to recreational vehicles and did at
4. the same time we did it all for housing.
5. And beside that, HUD doesn't cover medium
6. density fiberboard in their product standards, MDF, but
7. we went a step further and required our MDF vendors to
8. meet the HUD standard for particle board. And just as we
9. related all of the standards to -- from housing to RVs,
10. we did the same with MDF as well.
11. From the standpoint of LFE, it was a Fleetwood
12. exercise and not a Fleetwood housing versus a Fleetwood
13. travel trailer exercise. It was just all the information
14. that was gathered simply because it was gathered by
15. people who had responsibilities for the entire company
16. and not one side or the other made sure that all of what
17. we were gathering was available to everybody.
18. Q  Is venting adequate to solve any formaldehyde
19. problems that could occur in a trailer?
20. MR. BENCOMO: Objection to the form of the
21. question.
22. THE WITNESS: Well, again, ventilation, you have
23. an area, a volume of air that has whatever it has in it,
24. smoke, for example. We're smoking in this room, they
25. open the window, and that goes away. If you have a

245

1  natural disasters.
2     Can you give the jury a feel for the history
3  that Fleetwood has had in providing travel trailers to a
4  natural disaster site in the United States over the last
5  several decades.
6     MR. BENCOMO: Objection. The question calls for
7  a narrative.
8     THE WITNESS: I understand we've provided travel
9  trailers for a flood in Johnstown, Pennsylvania in the
10 early '70s. We provided units for other floods in the
11 Midwest in the mid-'80s, another, I believe, in the early
12 '90s, as well as several hurricanes in Florida.
13 BY MR. HINES:
14    Q  Are you aware of whether or not -- let's name a
15 couple of specific hurricanes.
16    Are you familiar with whether or not we supplied
17 travel trailers into the Miami area following Hurricane
18 Andrew in 1992?
19    A  I believe we did, yes.
20    Q  Are you familiar with the providing of travel
21 trailers into the West Coast of Florida following
22 Hurricane Charlie in 2004?
23    A  Yes, we did.
24    Q  Then you left the company in the spring of 2005,
25 so you actually were not with Fleetwood during the

246

1  Katrina, Rita situation?
2     A  That's correct, I was not.
3     Q  During the period of time that you were
4  associated with the providing of travel trailers to
5  natural disaster sites, are you aware of a single
6  instance where there was ever a complaint from a resident
7  of a travel trailer provided in the emergency setting
8  with respect to formaldehyde issues, odor problems, or
9  otherwise during the period of time those displaced
10 persons were living in the emergency housing units
11 provided to them following that natural disaster?
12    MR. BENCOMO: Objection to the form of the
13 question.
14    THE WITNESS: I'm not aware of any, and I have
15 to believe if there had been any they would have come to
16 me.
17 BY MR. HINES:
18    Q  Thank you, Mr. Theobald. That's all I've got
19 right now.
20    FURTHER EXAMINATION
21 BY MR. BENCOMO:
22    Q  I have a followup, Mr. Theobald.
23    How many times were you sued relating to
24 formaldehyde in the 1980s? When I say "you," of course,
25 you know I mean Fleetwood.

247

1     A  I understand.
2     MR. HINES: Let me object to the form as whether
3  or not it's with respect to manufactured housing or
4  travel trailers.
5     MR. BENCOMO: I asked about formaldehyde,
6  period.
7     MR. HINES: I just object to the form that it's
8  unclear.
9     THE WITNESS: I don't know the answer to that.
10 If we were to break it down with travel trailers, I would
11 say maybe a handful. Certainly, more on the housing
12 side, but I don't know. I can't sit here and quantify
13 that.
14 BY MR. BENCOMO:
15    Q  How many would be on the housing side?
16    A  Lawsuits?
17    Q  Yes, sir.
18    A  In the '80s?
19    Q  Yes, sir.
20    A  Maybe 100, 200, maybe.
21    Q  What about claims that were resolved short of
22 the lawsuit?
23    A  Perhaps about the same number on the housing
24 side.
25    Q  Who would have those records?

248

1     A  They would be in record retention at Fleetwood.
2  At least that's where they would have been, and subject
3  to whatever record retention policy currently exists.
4     MR. BENCOMO: We would ask for production of all
5  of those documents, as, I believe, we have already.
6     Thank you. Appreciate it.
7     FURTHER EXAMINATION
8  BY MR. HINES:
9     Q  I did want to put something in context.
10    With respect to the number of units manufactured
11 by Fleetwood, first with respect to manufactured homes,
12 on an annual basis, approximately how many manufactured
13 homes were you manufacturing per year during the period
14 of time 1980 through 1990?
15    A  My recollection is about 40,000 a year. At some
16 time a number of years ago, we built our 1 millionth
17 home. So a lot of houses.
18    Q  With respect to travel trailers, approximately
19 how many travel trailers per year would have been
20 produced during the period of time 1980 to 1990?
21    A  25- to 30,000, perhaps, in that ballpark.
22    Q  So out of -- just with respect to travel
23 trailers, if there were approximately 30,000 a year for
24 10 years for that period of the '80s and you recall a
25 handful, about five lawsuits, perhaps, that would be

### 249

1 maybe five lawsuits out of 300,000 travel trailers?
2   A   That's correct.
3       MR. HINES: Thank you. That's all I've got.
4           FURTHER EXAMINATION
5 BY MR. BENCOMO:
6   Q   Now I'm going to follow up with a question.
7       Mr. Theobald, what if you were to be told that
8 140,000 trailers, travel trailers were issued to victims
9 of Rita and Katrina and that approximately 70,000 of
10 those trailers were claiming to have urea formaldehyde
11 issues?
12      That would be approximately 50 percent, would it
13 not?
14      MR. BARRIOS: Object to form.
15      MR. SAPORITO: Everybody --
16 BY MS. BENCOMO:
17  Q   I'm talking about units that were sold by
18 everyone, Fleetwood, Gulf Stream, and other providers.
19  A   I can't speak to what other manufacturers are
20 doing and how they were building them and what they
21 were --
22  Q   I'm just asking about the percentages.
23  A   May I finish?
24  Q   Sure.
25  A   -- what their production was like, what types of

### 250

1 products they were using. I can't speak to that at all.
2       The only thing I can speak to with any
3 confidence at all would be what Fleetwood was doing and
4 what Fleetwood's experience has been during the years
5 that I was there, the 30 years that I was there.
6   Q   But you certainly, then, are not in a position
7 to address what occurred with the Fleetwood trailers as a
8 result of Katrina when it comes to the issue of urea
9 formaldehyde resins in those trailers; correct?
10  A   That's correct. I left in spring of '05.
11  Q   Thank you.
12      MR. SAPORITO: How many more minutes was that
13 for him?
14      We're off the record. Okay?
15      MR. PENOT: Yeah.
16      THE VIDEOGRAPHER: We're going off the record at
17 6:06 p.m.
18      (Discussion off the record)
19      THE VIDEOGRAPHER: This is the end of the
20 deposition at 6:07 p.m.
21      (Exhibits 1 through 32 marked)
22      (The deposition concluded at 6:07 p.m.)
23              * * *
24
25

### 251

DECLARATION UNDER PENALTY OF PERJURY

I, Robert Wozniak, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on June 25, 2009; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

DATED this _____ day of _____,
_____, at _____, California.

_____
Robert Wozniak

### 252

DECLARATION UNDER PENALTY OF PERJURY

I, Forrest Theobald, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on June 25, 2009; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

DATED this _____ day of _____,
_____, at _____, California.

_____
Forrest Theobald