OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 17, 2009

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

BRYANT LEE
vs.
KEYSTONE RV COMPANY, ET AL

Case No. 09-5228

Dear Sir:

Please **issue** summons on the **complaint** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW, Washington DC 20472

2. USA, through Eric Holder, U.S. Attorney General, 950 Pennsylvania Ave. NW, Washington DC 20530-0001

3. USA through James Letten, U.S. Attorney, Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130

4. Keystone RV Company, through its agent for service, David G. Thomas, 2642 Hackberry Drive, Goshen, IN 46526.

Very truly yours,

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff