AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
## USDC Southern District of Mississippi

| | |
|---|---|
| W.J. Simmons, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09CV146 HSO-JMR |
| Recreation By Design, LLC | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Recreation By Design, LLC
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date: August 6, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Recreation By Design, LLC
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

RE:   Service for W.J. Simmons, et al. v. Recreation By Design, LLC, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 2:09-cv-146 HSO-JMR, in the MS - USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Recreation By Design, LLC. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1830 0001 1499 6849**
Status: **Delivered**

Your item was delivered at 1:28 pm on August 31, 2009 in ELKHART, IN 46516. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

[ Restore Offline Details > ] (?)   [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Recreation By Design, LLC</u> by:

  (1) personally delivering a copy of each to the individual at this place, _____
_____; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

  (4) returning the summons unexecuted to the court clerk on _____; or

  (5) other (specify) <u>Certified mail return receipt requested #70081830000114996849, Sent 8/27/2009, Received 8/31/2009. Registered Agent:  Randall K. Rush 21746 Buckingham Rd.  Elkhart, IN 46516</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: 10/29/2009

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address