# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Toussaint Kary, et al.
)
Plaintiff )
v. ) Civil Action No. **09-4731**
Recreation By Design, LLC )
Defendant )

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Recreation By Design, LLC
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Aug 06 2009__

B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free      2506 N. Port Avenue      Mikal C. Watts, P.C.
info@fematrailerlitigation.com      Corpus Christi, TX 78401      Robert Hilliard, L.L.P.

August 20, 2009

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Recreation By Design, LLC
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

RE:  Service for Toussaint Kary, et al. v. Recreation By Design, LLC, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 09-4731, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Recreation By Design, LLC. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1830 0004 6307 9767**
Status: **Delivered**

Your item was delivered at 12:21 pm on August 27, 2009 in ELKHART, IN 46516. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Recreation By Design, LLC</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70081830000463079767, Sent 8/24/2009, Received 8/27/2009. Registered Agent: Randall K. Rush 21746 Buckingham Rd. Elkhart, IN 46516</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 10/29/2009

                                                */s/ Wynter Lee*
                                                Server's signature

                                     Wynter Lee - Mass Tort Coordinator
                                                  Printed name and title

                                     2506 N. Port Ave. Corpus Christi, TX 78401
                                                  Server's address