UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N"(4) |
| THIS DOCUMENT RELATES TO:<br>09-6632, 09-6494, 09-6495, 09-6497, 09-6412,<br>09-6643, 09-6419, 09-6899, 09-6908, 09-6902,<br>09-6903, 09-6016, 09-6717, 09-6894, 09-6895,<br>09-6896, 09-6897, 09-6901, 09-6211, 09-6898,<br>09-6907, 09-6716, 09-6017, 06-6889, 09-6890 | |

**************************************************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE 41(a)(1)(a)(I)

Now into Court, through undersigned counsel, come Named Plaintiffs in the above referenced matters who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for **Shaw Environmental, Inc.** ("Shaw"), as well as those of a Shaw's Program Manager, Geoffrey C. Compeau, in the attached affidavit that this defendant did not haul, install, or maintain travel trailers, park model trailers, or mobile homes in the States of Mississippi or Alabama pursuant to Shaw's IA/TAC contract with FEMA, hereby give notice of referenced Named Plaintiffs' voluntary dismissal of all claims asserted

1

in the referenced matters which were originally filed in various district courts of the States of Mississippi and Alabama against Shaw, which matters now have been consolidated in the multidistrict litigation before this Court.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By: _____s/ Roberta L. Burns_____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
**Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

_____s/ Roberta L. Burns_____
ROBERTA L. BURNS