UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>All Cases | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF GEOFFREY C. COMPEAU

1. My name is Geoffrey C. Compeau. I am an employee of Shaw Environmental, Inc. ("Shaw").

2. I worked as the Program Manager for Shaw in connection with the IA/TAC contract dated September 30, 2005 between Shaw and FEMA (the "Contract").

3. I am personally familiar with the scope of Shaw's work under the Contract.

4. Shaw did not haul, install, or maintain any travel trailers, park model trailers, or mobile homes in the States of Mississippi or Alabama in connection with Shaw's work under the Contract.

_____
Geoffrey C. Compeau

SWORN TO AND SUBSCRIBED before me, Notary Public, at Seattle, Washington, this 2ND day of ~~October~~ November, 2009.

_____
NOTARY PUBLIC