UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION N-5
                                                                         JUDGE ENGELHARDT
                                                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, et. al.*, No. 09-2977 (E.D. LA)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFF LYNDON WRIGHT'S FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

       Defendant the United States of America ("United States") hereby moves pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), or alternatively, Fed. R. Civ. P. 56(b), to dismiss plaintiff Lyndon Wright's Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction. The Court lacks subject matter jurisdiction over Mr. Wright's FTCA claims because: (1) he filed suit on April 2, 2009, prior to exhausting his administrative remedy, 28 U.S.C. § 2674(a), and (2) his claim accrued on or about March 2006, and he presented his administrative claim to the Federal Emergency Management Agency ("FEMA") on March 20, 2009, well beyond the FTCA's requirement that a claim be filed within two-years of its accrual. 28 U.S.C. § 2401(b). The Court should grant this motion for the all the reasons set forth in the memorandum and statement of facts filed by the United States in support of this motion.

| | |
|---|---|
| Dated:  November 17, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | MICHELLE BOYLE<br>ADAM DINNELL<br>MICHELE GREIF |
| DAVID S. FISHBACK<br>Assistant Director | JONATHAN WALDRON<br>Trial Attorneys |
| OF COUNSEL: | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)