UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, et. al.*, No. 09-2977 (E.D. LA)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S STATEMENT
OF FACTS IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF
LYNDON WRIGHT'S FTCA CLAIMS FOR LACK OF SUBJECT
MATTER JURISDICTION**

Defendant the United States of America ("United States") hereby submits this statement of facts in support of its Fed. R. Civ. P. 12(b)(1) and 12(h)(3), or alternatively, Fed. R. Civ. P. 56(b), motion to dismiss plaintiff Lyndon Wright's Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction.

**STATEMENT OF FACTS**

1.  On March 1, 2006, Mr. Wright moved into a FEMA issued travel trailer manufactured by Forest River. Exh. 1, Fact Sheet No. 1 at 8-9; Exh. 2, Fact Sheet No. 2 at 8-9; Exh. 3, Fact Sheet No. 3; Exh. 4, Wright Depo. 298:25-299:11; 346:22-348:14.

2.  The travel trailer was installed at 2315 Seminole Lane, New Orleans, Louisiana. Exh. 1, Fact Sheet No. 1 at 9. Mr. Wright vacated the unit in July 2008. *Id.*; Exh. 4, Wright Depo. 287:21-288:7.

3.  Mr. Wright asserts that in March 2006, as a result of living in the trailer and being exposed to formaldehyde, his "allergies worsened," and he suffered "irritation, coughing,

sneezing, and eyes red." Exh. 1, Fact Sheet No. 1 at 3-5; Exh. 2, Fact Sheet No. 2 at 3-5; Exh. 3, Fact Sheet No. 3 at 3-5; *see also* Exh. 4, Wright Depo. 293:17-24 (acknowledging that his "injury or disease" first occurred in March 2006); 307:6-25 ("My main thing is the blood that comes out of my sinuses, you know, when I expel mucus. . . . I mean, I wasn't sick before I got into that trailer.")

4.  Mr. Wright, in March 2006, and certainly no later than April 2006, thought that his health problems – bloody sinuses, allergies, irritation, coughing, sneezing, and red eyes red – were caused by the trailer. Exh. 4, Wright Depo. 134:16-136:10 (in April 2006 Mr. Wright told his mother that "I think this trailer is making me sick"); 169:25-171:16 (in April 2006 Mr. Wright was of the opinion that the trailer was making him sick); 295:1-8 (same).

5.  On April 2, 2008, a representative from Mr. Doug Schmidt's law firm came to the trailer and Mr. Wright signed the administrative claim form. Exh. 4, Wright Depo. 304:25 - 305:5; Exh. 10, Administrative Claim. Mr. Wright through this lawsuit is seeking to recover "as much as I [sic] can possibly get," and claims $100,000 in property damage and $200,000 for personal injuries. Exh. 4, Wright Depo. 308:6-10; Exh. 10, Administrative Claim.

6.  On March 2, 2009, Mr. Wright filed this action against the United States. *See* Complaint, *Wright*, No. 09-2977 (Doc. Rec. 1).

7.  On March 20, 2009, FEMA received Mr. Wright's administrative claim. Exh. 5, Dec. Hackshaw; Exh. 6, Dec. Kyles; Exh. 7, Dec. Crosby; Exh. 8, Shipping Labels; Exh. 9, UPS Delivery Confirmation. Mr. Wright's administrative claim was sent to FEMA by Mr. Douglas Schmidt, through Royal Mail & Parcel, 609 Metairie Road, Metairie, Louisiana, via UPS. Exh. 5, Dec. Hackshaw; Exh. 6, Dec. Kyles; Exh. 8, Shipping Labels; Exh. 9, UPS Delivery

Confirmation.

8. No cover letter or document providing an inventory of the materials sent was included with the package. Exh. 5, Dec. Hackshaw. Mr. Wright's claim was one of the more than five-hundred claims contained in the package. Exh. 5, Dec. Hackshaw; Exh. 6, Dec. Kyles.

Dated: November 17, 2009                                   Respectfully Submitted,

| | |
|---|---|
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | MICHELLE BOYLE |
| Director, Torts Branch, Civil Division | ADAM DINNELL |
| | MICHELE GREIF |
| DAVID S. FISHBACK | JONATHAN WALDRON |
| Assistant Director | Trial Attorneys |
| | |
| OF COUNSEL: | //S// *Henry T. Miller* |
| | HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED | Senior Trial Counsel |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, D.C. 20004 |
| Federal Emergency Management Agency | Telephone No: (202) 616-4223 |
| Department of Homeland Security | E-mail: Henry.Miller@USDOJ.Gov |
| Washington, D.C. 20472 | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                    //S// *Henry T. Miller*
                    HENRY T. MILLER (D.C. Bar No. 411885)