UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER          *     CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION         *
                             
                                   JUDGE ENGLEHARDT –DIV. N
                             *
                                   MAGISTRATE CHASEZ – MAG. 4

******************************************************************

### DECLARATION OF TRICIA HACKSHAW

I, Tricia Hackshaw state and declare as follows:

1. I am responsible for processing administrative claims presented to the Federal Emergency Management Agency ("FEMA") that seek damages for injuries resulting from formaldehyde in FEMA issued temporary emergency housing units.

2. As part of my duties and responsibilities associated with processing the administrative claims, I am required to identify and preserve all information showing when the claim was received by FEMA. This includes any shipping and tracking numbers, or similar type information that may reflect when the claims were received by FEMA.

3. On or about October 16, 2009, I processed a banker size box. The document assigned identification numbers FEMA178-000001 to FEMA178-000002 is a true and accurate copy of the shipping and other labels on the exterior of that box. These labels show that the box was shipped by Royal Mail and Parcel, 609 Metairie Rd., Metairie, LA, 70005 via United Parcel Service ("UPS") Ground to Office of Director, Federal Emergency Management Agency, 500 C Street, SW, Washington, D.C. 20472. The UPS tracking number on the shipping label affixed to the box was 1Z08W773035042 2137 and lists Douglas Schmidt as the sender.

4. That box also had two other color labels affixed to the exterior; a yellow label and

EXHIBIT
5

a white. The document assigned identification numbers FEMA000982 constitutes a true and accurate color copy of those labels.

5. The box contained approximately five-hundred (500) Standard Form 95 Administrative Claims. The box did not contain either a transmittal letter or any other document listing materials or contents in the box.

6. The document assigned identification numbers FEMA000979 to FEMA000981 is a true and accurate copy of one of the Standard Form 95 Administrative Claims that was contained in the box. That Administrative Claim is dated April 2, 2008, and is signed by Lyndon Wright. Mr. Wright's address listed on the claim form is 828 Royal Street, #310, N.O., LA 70116.

7. UPS operates a website that tracks and provides customers with proof of delivery for shipments. The website address is: http://www.ups.com/WebTracking/track?loc=en_US I have accessed that website and run a tracking search for 1Z08W773035042 2137. The document assigned identification number FEMA178-000004 is a true and accurate printout of the UPS "Proof of Delivery" for tracking number 1Z08W773035042 2137. That document shows that the item assigned tracking number 1Z08W773035042 2137 was delivered on March 20, 2009 at 8:40 A.M.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of November 2009

TRICIA HACKSHAW