UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>* | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAGISTRATE CHASEZ – MAG. 4 |

*********************************************************************

### DECLARATION OF REPRESENTATIVE OF ROYAL MAIL & PARCEL

I, Austin Kyles state and declare as follows:

1. I am the an owner of Royal Mail & Parcel, 609 Metairie Road, Metairie, Louisiana 70005. Royal Mail & Parcel provides packing and shipping services using vendors such as United Parcel ~~Post~~ Services (UPS).

2. On or about November 10, 2009, Royal Mail & Parcel received a subpoena from the United States of Department of Justice requesting any and all records and materials reflecting packages, letters, parcel or other items that Royal Mail & Parcel sent to the Federal Emergency Management Agency ("FEMA"), 500 C Street, SW, Washington, D.C. 20472. This request included, but is not limited to any documents or materials related to United Parcel Service Package Tracking No. 1Z08W7730350422137, and any, materials reflecting who requested Royal Mail & Parcel to send the packages and what was in the packages that were sent.

3. Royal Mail & Parcel has produced to the United States Department of Justice in response to that subpoena true and accurate copies of any and all documents and materials in its possession responsive to the request. Those records and materials constitute Royal Mail & Parcel's business records that it maintains in the normal course and scope of its business.



EXHIBIT 6

4. Based upon my personal knowledge and review of those records for purposes of responding to the subpoena, Royal Mail & Parcel arranged on behalf of Mr. Douglas Schmidt, the shipment of ten boxes to FEMA, 500 C Street, SW, Washington, D.C. 20472. Those ten boxes were shipped on: (1) September 19, 2008; (2) September 25, 2008; (3) January 28, 2009; (4) March 17, 2009; (5) April 1, 2009; (6) May 28, 2009; (7) July 6, 2009; (8) July 7, 2009; (9) August 6, 2009; and (10) September 18, 2009.

5. The shipping and tracking records show that the box that was labeled United Parcel Service Package Tracking No. 1Z08W7730350422137 was shipped on March 17, 2009.

6. Prior to shipping the boxes, each box was opened to ensure that the materials were properly packed and would not shift during transit. For some of the boxes that were less full, Loosefill was placed to ensure that the contents of the boxes would not shift.

7. Based upon observation of the materials in the box during this process, as well as discussions with Mr. Schmidt, each of the boxes contained approximately 500-1000 claims relating to FEMA trailers.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this __13__ day of November 2009

_____
AUSTIN KYLES
Royal Mail & Parcel
609 Metairie Road
Metairie, Louisiana 70005

\ \ \ \ \ \ \ \ \ \ \ \

\ \ \ \ \ \ \ \ \ \ \ \

**Customer:**
DOUGLAS SCHMIDT

**Ship To:**
OFFICE OF DIRECTOR, FEDERAL EMERGENCY MANAGEMENT AGENCY
500 C. ST SW

WASHINGTON, DC 20472

**Details:**
UPS Ground - Commercial
Date/Time:       3/17/2009 4:28:39 PM
[User Defined]:
Package ID:      60205675
Shipment ID:     124658
Tracking Number: 1Z08W7730350422137
Weight(MAN WT):  20 LB 0.00 OZ
Rating Weight:   20 LB
Dimensions:      18.00 x 12.00 x 10.00
Declared Value:  $0.00

Contents:

**Charges:**

| | |
|---|---|
| Shipping: | 17.28 |
| Labor: | 0.00 |
| Packing Materials: | 1.00 |
| Discount: | -3.00 |
| Sales Tax: | $0.09 |
| **Total:** | **$15.37** |

PC 7.4.5.3 E2844



International Shipping Notice · Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.
United Parcel Service, Louisville, KY

RMP-000004