UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER        *    CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION       *
                                JUDGE ENGLEHARDT – DIV. N
                           *
                                MAGISTRATE CHASEZ – MAG. 4

*******************************************************************

## DECLARATION OF YONG CROSBY

I, Yong Crosby, state and declare as follows:

1. I am responsible for processing boxes and parcels delivered to Federal Emergency Management Agency ("FEMA") Headquarters, 500 C Street, SW, Washington, D.C. 20472, and I am familiar with labels attached by FEMA to boxes for the purpose of internally tracking those materials. I am located at the federal government's CRDS shipping facility in Capitol Heights, Maryland. All mail send to the foregoing FEMA Headquarters address is processed by my office in Capitol Heights.

2. I have reviewed the documents assigned identification numbers FEMA178-000001 to FEMA178-000002, and FEMA000982. The labels on the documents assigned FEMA 178-000002 and FEMA000982 are copies of labels that I, as FEMA receiving agent, placed on boxes and parcels upon processing the item delivered to FEMA. The labels show the date and time that the FEMA receiving agent processed the item, and date and time that the items were forwarded to the appropriate office within FEMA.

3. Review of these labels shows that the item at issue was processed by the FEMA receiving agent on March 20, 2009.

1 of 2

**EXHIBIT 7**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this __17th__ day of November 2009.

_____Yong Crosby_____
(Signature)

_____Yong Crosby_____
Name (Printed)