





```
ROYAL MAIL & PARCEL                        20 LBS           1 OF 1
(504) 828-7363                                  DWT:18,12,10
609 METAIRIE RD
METAIRIE LA 70005

SHIP TO:
OFFICE OF DIRECTOR
FEDERAL EMERGENCY MANAGEMENT AGENCY
500 C. ST SW
WASHINGTON   DC 20472


                              MD 201 9-45


UPS GROUND
TRACKING #: 1Z 08W 773 03 5042 2137


BILLING: P/P


REF 1: PM PKG ID 60205675
REF 2: FROM DOUGLAS SCHMIDT       WS 11.0.14      LP2844 04.0A 10/2008
```

FEMA178-000002