UPS: Tracking Information <span style="float:right">Page 1 of 1</span>

 **Proof of Delivery**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z08W7730350422137 |
| **Service:** | GROUND |
| **Delivered On:** | 03/20/2009 8:40 A.M. |
| **Delivered To:** | WASHINGTON, DC, US |
| **Signed By:** | BROWNING |
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   11/16/2009 9:40 A.M.   ET

EXHIBIT 9