# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHEILA MAGEE O/B/O DOMINICK MAGEE, ET AL. | ) |
| Plaintiff | ) |
| v. | ) |
| STEWART PARK HOMES, INC., ET AL. | ) |
| Defendant | ) |

Civil Action No.  2:09-cv-5738

## Summons in a Civil Action

To: *(Defendant's name and address)*

**Fluor Enterprises, Inc.**
Through its registered agent for service:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Loretta G. Whyte
Name of clerk of court

*B. Gregory*

_____
Deputy clerk's signature

Date: _____ **Nov 12 2009**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____11/13/2009_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
Corporation Service Company. 320 Somerulos St.  Baton Rouge, LA 70802 _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ __0.00_____ for travel and $ __0.00_____ for services, for a total of $ __0.00_____ .

Date: _____11/13/2009_____

_____
Server's signature

John Crawford - Legal Assistant
_____
Printed name and title

3041 Dumaine Street, New Orleans LA 70119
_____
Server's address