UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER

**IT IS ORDERED** that oppositions to the motions at Rec. Docs. 7202, 7215, 7278, 7279, 7281, 7282, 7283, 7284, 7285, 7286, 7287, 7288 shall be filed **on or before Thursday, November 19, 2009.** The Court hereby grants leave to file replies to these motions (leave of Court need not be requested).  Such replies shall be filed **on or before Monday, November 23, 2009.**

New Orleans, Louisiana, this 17th day of November, 2009.

                                               KURT D. ENGELHARDT
                                               UNITED STATES DISTRICT JUDGE