AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Middle District of Louisiana

| | | |
|---|---|---|
| Sara Bailey, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   09-512 |
| River Birch Homes, Inc. and/or River Birch Homes, L.L.C. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL 35570

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio  Nick Lorio
_____
Name of clerk of court

Date:  July 30, 2009   *Claressa Mansfield*
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free      2506 N. Port Avenue      Mikal C. Watts, P.C.
info@fematrailerlitigation.com      Corpus Christi, TX 78401      Robert Hilliard, L.L.P.

August 20, 2009

*__Via Certified Mail - Return Receipt Requested & Regular Mail__*
River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL 35570

RE:     Service for Sara Bailey, et al. v. River Birch Homes, Inc. and/or River Birch
        Homes, L.L.C., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 30, 2009 in Cause
No. 09-512, in the USDC Middle District of Louisiana. This case will become part of
MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to River Birch Homes, Inc. and/or
River Birch Homes, L.L.C.. Your signature on the Return Receipt serves as your proof
of service.

Sincerely,

Robert Hilliard

Enclosures





**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>River Birch Homes,</u>
<u>Inc. and/or River Birch Homes, L.L.C.</u> by:

        (1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

        (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

who resides there and is of suitable age and discretion; or

        (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

        (4) returning the summons unexecuted to the court clerk on _____ ; or

        (5) other (specify) <u>Certified mail return receipt requested #70081830000463079859, Sent 8/24/2009,</u>
<u>Received 8/28/2009.  Registered Agent:  Delmo Payne 5400 Bexar Ave. E.  Hamilton, AL 35570</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>10/29/2009</u>                   _____

                                              Server's signature

                             Wynter Lee - Mass Tort Coordinator
                                      Printed name and title

                             2506 N. Port Ave. Corpus Christi, TX 78401
                                             Server's address