O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF LOUISIANA

CHANTELLE HUNTER
Plaintiff
v.
LIBERTY MUTUAL INSURANCE CORPORATION, ET AL.
Defendant

Civil Action No. 2:09-cv-5714

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**Liberty Mutual Insurance Corporation**
Through its registered agent for service:
Corporation Service Company
320 Somerulos St
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

**Nov 10 2009**

Date: ______________

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 11/13/2009, by:

(1) personally delivering a copy of each to the individual at this place, ______________________ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Corporation Service Company. 320 Somerulos St. Baton Rouge, LA 70802 ; or

(4) returning the summons unexecuted to the court clerk on ______________ ; or

(5) other *(specify)* ______________________ .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

Date: 11/13/2009

Server's signature

John Crawford - Legal Assistant

Printed name and title

3041 Dumaine Street, New Orleans LA 70119

Server's address