UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

# ORDER

Considering Plaintiff's Response to Motions for Summary Judgment and Incorporated Reply by Fluor Enterprises, Inc. (Rec. Doc. 7261),

**IT IS ORDERED** that

(1)　**Fluor Enterprises, Inc's Motion for Summary Judgment on Negligence Claims (Rec. Doc. 6663)** is **GRANTED**. Plaintiffs' negligence claims against Fluor Enterprises, Inc. ("Fluor") are hereby dismissed.

(2)　**Fluor Enterprises, Inc's Partial Motion for Summary Judgment to Dismiss Louisiana Products Liability Claims (Rec. Doc. 6646)** is **GRANTED**. Plaintiffs' claims against Fluor under the Louisiana Products Liability Act ("LPLA") are hereby dismissed.

(3)　**Fluor Enterprises, Inc.'s Motion for Summary Judgment Based on the Government Contractor Defense (Rec. Doc. 6643)** is **DENIED AS MOOT** based on the above.

New Orleans, Louisiana, this 17th day of November, 2009.

　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**