UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: Anthony Bartel, et al. vs. Gulf Stream Coach, Inc., et al. Civil Action No. 09-3943 Leslie Kujawa, et al. vs. Keystone RV Company, et al. Civil Action No. 09-3944 | * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Ex Parte Unopposed Motion to Continue Hearing on Defendant Bechtel National Inc.'s Motion to Certify the Court's Oct. 1, 2009 Order for Interlocutory Review filed by Plaintiffs is GRANTED and reset for the 2nd day of December, 2009, at 9:30 A.M. WITHOUT ORAL ARGUMENT.

New Orleans, Louisiana, this __17th__ day of __November__, 2009.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

-1-