

A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Nov 13, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 1 3 2009

LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 28, 2009

FILED
CLERK'S OFFICE

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-17)**

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 413 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 13, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
X_ Dkd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                         MDL No. 1873

## SCHEDULE CTO-17 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | CASE NO. EDLA |
|---|---|---|
| **LOUISIANA MIDDLE** | | |
| LAM 3  09-681 | John E. Burns, III, et al. v. Coachmen Industries, Inc., et al. | 09-7352 |
| LAM 3  09-839 | Robert Bundridge, et al. v. Gulf Stream Coach, Inc., et al. | 09-7353 |
| **LOUISIANA WESTERN** | | |
| LAW 1  09-996 | Edward Hawkins, et al. v. Forest River, Inc., et al. | 09-7354 |
| LAW 2  09-995 | Lynette Jones, et al. v. Forest River, Inc. | 09-7355 |
| LAW 2  09-1339 | Sylvester Barnett, et al. v. Gulf Stream Coach, Inc., et al. | 09-7356 |
| LAW 6  09-1007 | Karen Carpenter, et al. v. Forest River, Inc., et al. | 09-7357 |

SECTION N (5)

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

November 13, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-17)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 28, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *[signature]*
Tanisha Spinner
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Kurt D. Engelhardt

JPML Form 36A

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                   MDL No. 1873

## INVOLVED COUNSEL LIST (CTO-17)

Jonathan B. Andry
ANDRY LAW FIRM LLC
610 Baronne Street
New Orleans, LA 70113

Lawrence J. Centola, Jr.
HURRICANE LEGAL CENTER LLC
600 Carondelet Street
Suite 602
New Orleans, LA 70130

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519

J. Rock Palermo, III
VERON BICE PALERMO & WILSON LLC
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

Catherine N. Thigpen
BAKER DONELSON BEARMAN CALDWELL & BERKOWTIZ
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                     MDL No. 1873

## INVOLVED JUDGES LIST (CTO-17)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                    MDL No. 1873

## INVOLVED CLERKS LIST (CTO-17)

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Tony R. Moore, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501