# EXHIBIT "A"

Case 2:07-md-01873-KDE-MBN   Document 7444-1   Filed 11/17/09   Page 2 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:   FEMA TRAILER              MDL NO. 1873

FORMALDEHYDE PRODUCTS              SECTION "N"(5)

LIABILITY LITIGATION               JUDGE ENGELHARDT
                                   MAGISTRATE CHASEZ


                  *   *   *

             (RE:   DUBUCLET)


Videotaped Deposition of LAWRENCE G. MILLER, M.D., 118 Upland Road, Waban, Massachusetts 02468, taken at the Law Offices of Frank J. D'Amico, Jr., 622 Baronne Street, 3rd Floor, New Orleans, Louisiana 70113, on Tuesday, the 22nd day of September, 2009.


REPORTED BY:

    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Case 2:07-md-01873-KDE-MBN   Document 7444-1   Filed 11/17/09   Page 3 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Lawrence G. Miller, M.D.

Page 18

```
 1      Q    With respect to any type of
 2   discipline or a particular type of
 3   discipline within medicine?
 4      A    No, it was very broad.
 5      Q    All right.  Did it have any sort
 6   of specialty within medicine itself other
 7   than assist in the decision/treat process,
 8   if you will, of making clinical and
 9   pharmacological decisions?
10      A    No, it did not.
11      Q    What happened to HPR in 1996?
12      A    It was sold.
13      Q    And sold to whom?
14      A    A company called McKesson.
15      Q    All right.  And did you become
16   employed by McKesson?
17      A    I did not.
18      Q    All right.  And who did you become
19   employed by at that time?
20      A    A company called Avicenna.
21      Q    And what did Avicenna do?
22      A    Pretty much the same thing.
23      Q    Where was Avicenna located?
24      A    In Cambridge, Massachusetts.
25      Q    And with respect to your work at
```

Case 2:07-md-01873-KDE-MBN   Document 7444-1   Filed 11/17/09   Page 4 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation         Videotaped Deposition of Lawrence G. Miller, M.D.

Page 19

1  Avicenna and your clinical work that you may
2  have been participating in at that period of
3  time, what percentage of your time was
4  devoted to Avicenna on the one hand and any
5  clinical work on the other?
6      A    It stayed pretty constant. It
7  varied from week to week and month to month
8  between 10 to 20 percent on the clinical
9  side.
10     Q    On the clinical side or on the
11 Avicenna side?
12     A    On the clinical side, 10 to
13 20 percent.
14     Q    All right. So 10 to 20 percent on
15 the clinical side, 80 to 90 percent on the
16 Avicenna side?
17     A    That's correct.
18     Q    And the Avicenna side, once again,
19 was in the business of helping physicians
20 determine what type of medication to use for
21 patients, what kind of clinical decisions to
22 make for patients?
23     A    Right. Decision support it's
24 often called.
25     Q    Decision support. When you were

Case 2:07-md-01873-KDE-MBN   Document 7444-1   Filed 11/17/09   Page 5 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Lawrence G. Miller, M.D.

Page 90

1   assessed or diagnosed with eczema?
2        A    That's correct.
3        Q    And if the medical records reflect
4   that on that occasion, she was also
5   prescribed Westcort two percent, that would
6   be consistent with a topical steroid cream
7   for eczema?
8        A    Correct.  I mean, Westcort could
9   be used for a number of different rashes,
10  but it's certainly consistent with eczema.
11       Q    And it would be an appropriate
12  treatment for eczema?
13       A    Yes, it generally is.
14       Q    Mark this as the next numbered
15  exhibit.  (Miller Deposition Exhibit 5 was
16  marked.)
17            Let me hand you Exhibit No. 5, and
18  look at the history and physical findings
19  for her visit on May 17, 1999, to what
20  appears to be the emergency room of
21  Children's Hospital, and it says, "History &
22  Physical:  Seven-month black female with,"
23  and then can you read that?
24       A    Something "faint."  I believe it's
25  "faint spots on forehead with redness and"

Case 2:07-md-01873-KDE-MBN Document 7444-1 Filed 11/17/09 Page 6 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Lawrence G. Miller, M.D.

Page 111

1   prescription for an eczema-related issue?
2       A    Well, no.  That could be used for
3   almost any kind of rash, whether eczema or
4   not.  Steroids are quite effective for most
5   inflammatory diseases of the skin, so I
6   can't tell whether this was eczema or not.
7       Q    All right.  Let me go back two
8   weeks before that to an exhibit we have now
9   marked as Exhibit 16, and she presents at
10  the emergency room with a history of eczema
11  on that occasion, although she's complaining
12  of fever, sore throat and stomachache on
13  page Bates labeled 121, and if you go to
14  Page 123, under "Skin," it says "fine
15  flesh-colored papules to face"?
16      A    I have it on Page 122, but at any
17  rate, I believe we're looking at the same
18  place.
19      Q    123?
20      A    122 is where I have it.
21  (Indicating).
22      Q    Sorry.  We have two different
23  numbering systems going on here, but go over
24  two pages --
25      MR. D'AMICO:

Case 2:07-md-01873-KDE-MBN   Document 7444-1   Filed 11/17/09   Page 7 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Lawrence G. Miller, M.D.

Page 157

1   toxicological properties of formaldehyde in
2   children are limited.  Nevertheless, the
3   same type of effects that occur in adults
4   are expected to occur in children (e.g.
5   Damage in portal-of-entry tissues at
6   exposure levels that exceed tissue
7   detoxification mechanisms).  Symptoms
8   expected to occur in children include eye,
9   nose, and throat irritation from exposures
10  to between" -- excuse me -- "from exposure
11  to airborne concentrations between 0.4 and
12  three parts per million, and dermal
13  irritation from exposure to dermal contact
14  with liquids containing more than two
15  percent formaldehyde."
16          So at least the ATSDR in this one
17  paragraph is suggesting that airborne
18  formaldehyde at levels between .4 and three
19  parts per million can cause those upper
20  respiratory symptoms in children, but that
21  dermal conditions are caused by two percent
22  or more formaldehyde in solution, correct?
23       A    That's what the sentence says.
24       Q    All right.  Now, let's look
25  further at the tox profile.  Your report --

Case 2:07-md-01873-KDE-MBN Document 7444-1 Filed 11/17/09 Page 8 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation　　　Videotaped Deposition of Lawrence G. Miller, M.D.

Page 248

1　　　　　　REPORTER'S CERTIFICATE

2

3　　　　　I, James T. Bradle, Certified

4　Court Reporter, do hereby certify that the

5　above-named witness, after having been first

6　duly sworn by me to testify to the truth,

7　did testify as hereinabove set forth;

8　　　　　That the testimony was reported by

9　me in shorthand and transcribed under my

10　personal direction and supervision, and is a

11　true and correct transcript, to the best of

12　my ability and understanding;

13　　　　　That I am not of counsel, not

14　related to counsel or the parties hereto,

15　and not in any way interested in the outcome

16　of this matter.

17

18

19

20

21　　　　_____

22　　　　JAMES T. BRADLE

23　　　　Certified Shorthand Reporter

24

25