AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
### WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEANNA GRIFFIN , ET AL. <br> Plaintiff <br> v. <br> ALLIANCE HOMES INC., ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. 6:09–CV–01019–RFD–CMH <br> ) <br> ) |

### Summons in a Civil Action

**To: Coachmen Recreational Vehicles of Georgia L L C (Defendant)**

> Coachmen Recreational Vehicles of GA, LLC.
> Through its Agent for Service of Process
> Corporation Service Company
> 40 Technology Pkwy. South Suite 300
> Norcross, GA 30092

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

      Lawrence Joseph Centola
      Hurricane Legal Center
      600 Carondelet St Ste 602
      New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



          TONY R. MOORE

          CLERK

          /s/ – Tony R. Moore

   ISSUED ON 2009–09–17 15:11:30.0 , Clerk USDC WDLA

* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

6:09–CV–01019–RFD–CMH
### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
**Coachmen Recreational Vehicles of Georgia L L C (Defendant)** ,

by: _____

(1) personally delivering a copy of each to the individual at this place, _____
_____ or;

(2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_Jamie Brumbelow, Agent for CSC_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  _Served on 9/13/09 2:05 pm_____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

_Chris Stander O.I.____
Printed name and title

_1327 Arkwright Place, Atlanta GA_
Server's address