UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER     *    MDL NO. 1873
       FORMALDEHYDE PRODUCTS   *
       LIABILITY LITIGATION     *    SECTION "N" (5)
                                                 *
                                                 *    JUDGE ENGELHARDT
                                                 *    MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

*Dubuclet v. Fleetwood Enterprises, Inc.*
Docket No. 07-9228

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO DEFENDANT FLEETWOOD
ENTERPRISES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE EXPRESS WARRANTY CLAIM**

Plaintiff Elisha Dubuclet, on behalf of her minor child Timia Dubuclet responds to Defendant Fleetwood Enterprises, Inc.'s ("Fleetwood") Motion for Partial Summary Judgment on the Express Warranty Claim, and in response, would show:

**I.**

Plaintiff hereby withdraws her claim as to express warranty. Defendant's partial motion for summary judgment on the express warranty claim is therefore moot.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
           GERALD E. MEUNIER, #9471
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163

Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL, #14072
DENNIS REICH, Texas # 16739600

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                              s/Gerald E. Meunier
                                                              GERALD E. MEUNIER, #9471