AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

LEANNA GRIFFIN, ET AL.  )
Plaintiff  )
v.  ) Civil Action No. 6:09-CV-01019-RFD-CMH
ALLIANCE HOMES INC, ET AL.  )
Defendant  )

## Summons in a Civil Action

To: Timberland R V Co (Defendant)

A lawsuit has been filed against you.

Within the time required by law*, normally 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Joseph Centola
Hurricane Legal Center
600 Carondelet St Ste 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK

/s/ – Tony R. Moore

ISSUED ON 2009-09-14 17:03:29.0 , Clerk USDC WDLA

* (60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  September 18th 2009 ,
by:

(1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  by certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 18, September 2009

Server's signature

Printed name and title   Lawrence J. Centola, Jr.  Attorney

Server's address   600 Carondelet St., Suite 602, New Orleans, LA 70130

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
Kean MacOwan
P.O. Box 1210
Peru, IN 46970

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
SEP 1 1 2009

D. Is delivery address different from Item 1? ☐ Yes ☑ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 8687 8384

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here
SEP 18 2009

Timberland RV Company d/b/a Adventure Manufacturing
Through its Agent for Service of Process
Kean MacOwan
P.O. Box 1210
Peru, IN 46970

PS Form 3800, August 2006   See Reverse for Instructions