# Exhibit "B"

## Excerpt of Deposition Transcript of Patricia M. Williams, Ph.D., DABT, September 28, 2009

Appearances and Swear in of Witness- Page 1-4 and 8.

Excerpt- Page 11, Line 21-24;
Page 12, Line 16-24;
Page 21, Line 6-25;
Page 22, Line 3-21;
Page 26, Line 14-15;
Page 44, Line 15-21;
Page 80, Line 23-25;
Page 81, Line 1-3;
Page 110, Line 13-25;
Page 111, Line 1-4;
Page 137, Line 4-10;
Reporter's Certificate-Page 144.

Case 2:07-md-01873-KDE-MBN   Document 7451-2   Filed 11/17/09   Page 2 of 18

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER           MDL NO. 1873

FORMALDEHYDE PRODUCTS           SECTION "N"(5)

LIABILITY LITIGATION            JUDGE ENGELHARDT
                                MAGISTRATE CHASEZ

\*  \*  \*

(RE:   DUBUCLET)

Videotaped Deposition of PATRICIA M. WILLIAMS, Ph.D., DABT, 234 West William David Parkway, Metairie, Louisiana 70005, taken at the Law Offices of Frank J. D'Amico, Jr., 622 Baronne Street, 3rd Floor, New Orleans, Louisiana 70113, on Monday, the 28th day of September, 2009.

REPORTED BY:

    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 2

```
 1    APPEARANCES:
 2          LAW OFFICES OF FRANK J. D'AMICO, JR.
            (BY: FRANK J. D'AMICO, JR., ESQUIRE)
 3          622 BARONNE STREET, 3RD FLOOR
            NEW ORLEANS, LOUISIANA 70113
 4
            FORMALDEHYDE TRAILER CLAIMS OFFICE
 5          (BY: CYNTHIA M. WALLACE, ESQUIRE)
            ATTORNEY AT LAW
 6          4731 CANAL STREET
            NEW ORLEANS, LOUISIANA 70119
 7
               ATTORNEYS FOR THE PLAINTIFFS
 8
            MIDDLEBERG, RIDDLE & GIANNA
 9          (BY: LEZLY LYN PETROVICH, ESQUIRE)
            201 ST. CHARLES AVENUE, 31ST FLOOR
10          NEW ORLEANS, LOUISIANA 70170
11             ATTORNEYS FOR FLUOR ENTERPRISES,
               INC.
12
            U.S. DEPARTMENT OF JUSTICE
13          (BY: HENRY MILLER, ESQUIRE -
              VIA TELEPHONE)
14          CIVIL DIVISION
            1331 PENN AVENUE, N.W.
15          ROOM 8220-N WASHINGTON, D.C. 20004
16             ATTORNEYS FOR DEFENDANT, UNITED
               STATES OF AMERICA
17
            NELSON, MULLINS, RILEY & SCARBOROUGH
18          (BY: RICHARD K. HINES, V, ESQUIRE)
            ATLANTIC STATION
19          201 17TH STREET, NW, SUITE 1700
            ATLANTA, GEORGIA 30363
20
               ATTORNEYS FOR DEFENDANT,
21             FLEETWOOD ENTERPRISES, INC.
22
23
24
25
```

Case 2:07-md-01873-KDE-MBN   Document 7451-2   Filed 11/17/09   Page 4 of 18

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 3

```
 1   APPEARANCES CONTINUED:
 2        WILLINGHAM, FULTZ & COUGILL
          (BY: THOMAS L. COUGILL, ESQUIRE -
 3          VIA TELEPHONE)
          NIELS ESPERSON BUILDING
 4        808 TRAVIS, SUITE 1608
          HOUSTON, TEXAS  77002
 5
             ATTORNEYS FOR DEFENDANTS,
 6           JAYCO, INC. AND STARCRAFT
             RV, INC.
 7
          JONES, WALKER, WAECHTER, POITEVENT,
 8          CARRERE & DENEGRE, LLP
          (BY: MADELEINE FISCHER, ESQUIRE)
 9        201 ST. CHARLES AVENUE
          NEW ORLEANS, LOUISIANA 70170
10
             ATTORNEYS FOR DEFENDANTS,
11           KEYSTONE RV COMPANY, THOR
             CALIFORNIA, THOR INDUSTRIES,
12           DUTCHMEN MANUFACTURING, DS CORP
             (d/b/a CROSSROADS RV) AND KZ RV,
13           LP
14        GIEGER, LABORDE & LAPEROUSE, L.L.C.
          (BY: JASON D. BONE, ESQUIRE)
15        48TH FLOOR, ONE SHELL SQUARE
          701 POYDRAS STREET
16        NEW ORLEANS, LOUISIANA 70139
17           ATTORNEYS FOR DEFENDANT,
             FOREST RIVER, INC.
18
          GARRISON, YOUNT, FORTE &
19          MULCAHY, L.L.C.
          (BY: RANDALL C. MULCAHY, ESQUIRE -
20          VIA TELEPHONE)
          909 POYDRAS STREET
21        SUITE 1800
          NEW ORLEANS, LOUISIANA  70112
22
             ATTORNEYS FOR DEFENDANTS,
23           RECREATION BY DESIGN, LLC, TL
             INDUSTRIES, INC., FRONTIER RV,
24           INC. AND PLAY'MOR TRAILERS, INC.
25
```

Case 2:07-md-01873-KDE-MBN   Document 7451-2   Filed 11/17/09   Page 5 of 18

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 4

```
 1   APPEARANCES CONTINUED:
 2         LUGENBUHL, WHEATON, PECK,
             RANKIN & HUBBARD
 3         (BY: KRISTOPHER M. REDMANN, ESQUIRE -
             VIA TELEPHONE)
 4         601 POYDRAS STREET, SUITE 2775
           NEW ORLEANS, LOUISIANA 70130
 5
           ATTORNEYS FOR DEFENDANT,
 6         LIBERTY INSURANCE CORPORATION
 7
 8                   *   *   *
 9              EXAMINATION INDEX
10                                            Page
11   EXAMINATION BY MR. HINES ...............8
12                   *   *   *
13              INDEX OF EXHIBITS
14                                            Page
15   Exhibit No. 1 .........................8
16   Amended Notice of Video Deposition of Dr.
17   Patricia Williams
18   Exhibit No. 2 .........................8
19   Affidavit of Patricia M. Williams, Ph.D.,
20   DABT in the Trial of Timia Dubuclet
21   Exhibit No. 3 .........................9
22   Dr. Williams' Curriculum Vitae and
23   Professional Services Fee Schedule
24
25
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation      Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 8

```
 1                *     *     *     *
 2          PATRICIA M. WILLIAMS, Ph.D., DABT,
 3   after having been first duly sworn by the
 4   above-mentioned court reporter, did
 5   testify as follows:
 6   EXAMINATION BY MR. HINES:
 7       Q    This will be the deposition of
 8   Dr. Patricia Williams taken by Fleetwood for
 9   all purposes recognized by the Federal Rules
10   of Civil Procedure in accordance to the
11   notice, which we are appending as Exhibit 1
12   to Dr. Williams' deposition.
13            And, Dr. Williams, as you know,
14   you have the right to read and sign this
15   deposition prior to the time the original is
16   sealed.  Would you like to read and sign or
17   do you waive that right?
18       A    No, I would like to read and sign.
19   And I would like to perhaps have a call from
20   the reporter when he is sending it.  There
21   was a "lost in transit" last time.
22       Q    Dr. Williams, I'm going to annex
23   to your deposition today a copy of your
24   affidavit/report in this case.
25            Do you have a copy with you?
```

Case 2:07-md-01873-KDE-MBN   Document 7451-2   Filed 11/17/09   Page 7 of 18

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21           There are other studies that talk
22    about the free formaldehyde, which would be
23    a gaseous emission from either a liquid or a
24    cream or some type of semi-solid form.
25           So that when you say "gaseous,"

Page 12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16     A     Well, there are many studies that
17   talk about formaldehyde releasers that will
18   release the free formaldehyde, and certainly
19   in the textile industry you see this.
20         The textiles are in very close
21   approximation to the skin, but it is
22   actually the free formaldehyde that is
23   released from the product, be it a textile
24   or other component.
25

Page 21

6   A   This study is showing an
7   association. That is what epidemiologic
8   studies do and --
9   Q   It is certainly not drawing by its
10  very own terms a cause and effect
11  relationship, is it?
12  A   No, the causal consideration comes
13  with examining strength of the association
14  of "epi" studies in addition to consistency
15  of association in multiple studies, in
16  addition to the mechanisms behind those
17  particular associations, in addition to the
18  temporality of the particular eczema and
19  exposure, in addition to the biological
20  plausibility, the dose-response, biological
21  gradient, coherence and animal models.
22          A cause and effect is a causal
23  opinion, where all of the information has
24  been looked at, not just a cause and effect
25  from one study.

Case 2:07-md-01873-KDE-MBN   Document 7451-2   Filed 11/17/09   Page 10 of 18

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 22

1
2
3              But having placed my objection on
4    the record, the fact of the matter is, the
5    authors of this paper expressly state, "We
6    draw no cause and effect relationship in
7    this study between formaldehyde exposure on
8    the one hand and eczema on the other"; isn't
9    that correct?
10       A    That's correct.  One study should
11   not draw a cause and effect.  The authors
12   will examine it and will put out their
13   results.
14            A causal opinion is exactly that,
15   an opinion, and requires looking at all of
16   the parameters from the Bradford Hill
17   parameters, which are also code-required in
18   Federal Court, so that one would not take
19   any one study without looking at all of the
20   other evidence.
21       Q    Right.  And, in fact, this study
22
23
24
25

Case 2:07-md-01873-KDE-MBN   Document 7451-2   Filed 11/17/09   Page 11 of 18

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 26

1
2
3
4
5
6
7
8
9
10
11
12
13
14     A     Three, but some additional that I
15  mentioned with free formaldehyde.
16
17
18
19
20
21
22
23
24
25

Case 2:07-md-01873-KDE-MBN   Document 7451-2   Filed 11/17/09   Page 12 of 18

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 44

1                    ]                           /de.
2                                                  e
3
4
5
6
7
8
9
10
11
12
13
14                              - - - -
15    A    Well, no.  There are other studies
16 that talk about free formaldehyde being
17 released from components, but these are the
18 three that talk about with the epidemiologic
19 information or statistically significant
20 information concerning the parameters that
21 they evaluated.
22
23
24
25

Page 80
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23    free formaldehyde release is so great from
24    textiles, so you cannot ignore the fact that
25    you have clothing on that may be releasing

Page 81

1  the gaseous formaldehyde so great that it
2  can contaminate other clothing in the same
3  drawer.  And I forgot totally about the
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 2:07-md-01873-KDE-MBN   Document 7451-2   Filed 11/17/09   Page 15 of 18

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 110

13   Q   And assuming you've got no
14   filaggrin deficit and all of the things
15   being equal, not everything that strikes the
16   outer barrier of your skin is then going to
17   be absorbed and be reacted below the
18   surface, correct?
19   A   If it does not penetrate, you will
20   see the irritant reaction of the contact
21   between the reactive electrophile with the
22   surface of the cell membranes of the skin.
23   That's what makes the irritant reaction.
24   Q   You may see an irritant reaction,
25   correct?

Page 111

1　　　A　　If there is sufficient amount of
2　　the reactive electrophile combining with the
3　　negative components of the cell membranes,
4　　you will see an irritant reaction.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4       I do have a whole volume of
5  literature that talks about the free
6  formaldehyde off-gassing from textiles that
7  gives you, you know, gaseous formaldehyde,
8  but it's a different off-gassing.  It's
9  coming from material in close contact with
10 the skin, but it is free formaldehyde.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:07-md-01873-KDE-MBN   Document 7451-2   Filed 11/17/09   Page 18 of 18

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 144

1                REPORTER'S CERTIFICATE

2

3         I, James T. Bradle, Certified

4   Court Reporter, do hereby certify that the

5   above-named witness, after having been first

6   duly sworn by me to testify to the truth,

7   did testify as hereinabove set forth;

8         That the testimony was reported by

9   me in shorthand and transcribed under my

10  personal direction and supervision, and is a

11  true and correct transcript, to the best of

12  my ability and understanding;

13        That I am not of counsel, not

14  related to counsel or the parties hereto,

15  and not in any way interested in the outcome

16  of this matter.

17
18
19
20
21  _____
22  JAMES T. BRADLE
23  Certified Shorthand Reporter
24
25